**Study D1447C00127        Patient ID: E0047005        quetiapine 100 mg        Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 46 year old Caucasian women with bipolar I disorder, most recent episode depressed.

The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of the Open Label Treatment Phase that the investigator considered to be severe in intensity. At the time of the onset of the sedation the patient was treated with quetiapine 100 mg daily. The event resolved on Day 1 and the patient was discontinued from the study on Day 7. The last dose of study medication was taken on Day 1.

Physical examination at screening was normal. The patient's relevant medical history included anemia at age 14. There was no relevant surgery history. Before entering the study, the patient had been treated with 40-mg citalopram hydrobromide (CELEXA®, Forest Pharmaceuticals), and 100-mg rose hips. During the study, the patient was given concomitant treatment with 40-mg citalopram hydrobromide (CELEXA®, Forest Pharmaceuticals), 100-mg rose hips, and 600-mg lithium (LITHOBID®, Solvay), per protocol.

The investigator considered the sedation to be related to the study medication.

CONFIDENTIAL
AZSER12775374

**Study D1447C00127**          **Patient: E0048001**          **quetiapine 600 mg**          **Withdrawal AE:**

**Spider Bite (MedDRA: Arthropod bite)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 20-year old Caucasian male patient with bipolar I disorder, most recent episode depressed.  The patient had an adverse event of a spider bite (MedDRA: Arthropod bite) on Day 112 of the open label treatment phase that the investigator considered to be severe in intensity.  At the time of the onset of the spider bite the patient was being treated with quetiapine 600 mg daily.  The event resolved on Day 126.  The patient was withdrawn from the study due to the adverse event on Day 154 and the last dose of study medication was taken on Day 117.

Physical examination at screening revealed obesity.  The patient's relevant medical history included a fractured wrist, obesity, and an ear infection.  Before entering the study, the patient had been treated with 1 tablet of acetaminophen/hydrocodone bitartrate (VICODIN®, Abbott Laboratories) and 200 mg of placebo or lamotrigine (LAMICTAL®, GlaxoSmithKline).  During the study the patient was given concomitant treatment with 500-1000 mg of divalproex sodium (DEPAKOTE®, Abbott Laboratories), per protocol, 2 mg of lorazepam (ATIVAN®, Wyeth), 750 mg of amoxicillin, 1 shot of penicillin, 2 tablets of acetaminophen/hydrocodone bitartrate (PERCOCET®, Endo Pharmaceuticals), 10 mg of prednisone, and 1 tablet of acetaminophen/codeine phosphate (TYLENOL-3®, Ortho-McNeil).

The investigator considered the spider bite to be unrelated to study medication.

1

CONFIDENTIAL
AZSER12775375

**Study D1447C00127     Patient: E0048002     Quetiapine 400 mg**
**Withdrawal AEs:  Worsened Drowsiness (MedDRA: Somnolence), Weight Gain**
**(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 57 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed.  The patient had adverse events of worsened drowsiness (MedDRA: Somnolence) on Day 13 and weight gain (MedDRA: Weight increased) on Day 30 of the open label treatment phase.  The investigator considered the worsened drowsiness to be severe in intensity and the weight gain to be mild in intensity.  At the time of the onset of the worsened drowsiness and the weight gain, the patient was being treated with 400 mg of quetiapine daily.  The worsened drowsiness resolved on Day 156 and the weight gain resolved on Day 134.  The patient was withdrawn from the study due to the adverse events on Day 177 and the last dose of study drug was taken on Day 156.

The physical examination at screening revealed obesity and a protuberant abdomen.  The patient's relevant medical history included hypertension, arthritis, asthma, heartburn, obesity, and drowsiness.  The patient's surgical history included a hysterectomy.  Before entering the study, the patient had been treated with 25 mg of rofecoxib (VIOXX®, Merck), 40 mg of furosemide (LASIX®, Aventis Pharmaceuticals), 200 mg of quetiapine fumarate, 500 mg of divalproex sodium (DEPAKOTE®, Abbott Laboratories), 10 mg of lisinopril, 400 mg of cimetidine (TAGAMET®, GlaxoSmithKline), 2 tablets of sodium bicarbonate, citric acid, and potassium bicarbonate (ALKA SELTZER PLUS®, Bayer HealthCare, LLC), and 2 puffs of albuterol.  During the study, the patient was given concomitant treatment with rofecoxib (VIOXX®, Merck), 40 mg of furosemide (LASIX®, Aventis Pharmaceuticals), 10 mg of lisinopril, 400 mg of cimetidine (TAGAMET®, GlaxoSmithKline), 2 puffs of albuterol, 100 mg of acetaminophen (TYLENOL®, McNeil PPC), and 500 – 1000 mg of divalproex sodium (DEPAKOTE®, Abbott Laboratories), per protocol.

The investigator considered the worsened drowsiness and weight gain to be related to study treatment.

CONFIDENTIAL
AZSER12775376

**Study D1447C00127       Patient: E0048005       Quetiapine 400 mg     Withdrawal: Liver Fibrosis (MedDRA: Hepatic Fibrosis)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 43 year-old Black female patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of liver fibrosis (MedDRA: Hepatic Fibrosis) on Day 92 of open label treatment phase that the investigator considered to be moderate in intensity. At the time of onset of liver fibrosis the patient was receiving 400 mg of quetiapine daily. The event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 125 and the last dose of study drug was taken on Day 98.

Physical examination at screening revealed obesity and a cholecystectomy scar on the right upper quadrant of the abdomen. The patient's relevant medical history included Hepatitis C, occasional headaches, and an allergy to codeine. The patient's surgical history included a cholecystectomy and tubal ligation. Before entering the study, the patient had been treated with 500 mg of divalproex sodium (DEPAKOTE ER®, Abbott Laboratories), 400 mg of quetiapine fumarate, 25 mg of hydroxyzine, and 500 mg of acetaminophen (TYLENOL®, McNeil, PPC). During the study, the patient was given concomitant treatment with 1000 mg of divalproex sodium (DEPAKOTE ER®, Abbott Laboratories), per protocol, 500 mg of acetaminophen (TYLENOL®, McNeil, PPC), 1 tablet of multivitamin, one unit of morphine, and 1200 mg of pegylated interferon alpha and ribavirin (COPEGASUS®, Roche Pharmaceuticals).

The investigator considered the liver fibrosis to be unrelated to study medication.

1

2704

CONFIDENTIAL
AZSER12775377

**Study D1447C00127 Patient: E0048009          quetiapine 400 mg          Withdrawal AE: Drowsiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 48 year-old Black male patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 1 of the open label treatment phase that the investigator considered to be severe in intensity. At the time of the onset of drowsiness the patient was receiving quetiapine 300 mg daily. The dose of quetiapine was increased to a maximum of 400 mg daily on Day 5. The drowsiness resolved on Day 7. The patient was withdrawn from the study due to the adverse event on Day 8 and the last dose of study medication was taken on Day 5.

Physical examination at screening revealed a well-healed scar on the right front of the face and asthma. The patient's relevant medical history included asthma, occasional headaches, and an allergy to penicillin. The patient's surgical history included left eye repair for strabismus. Before entering the study, the patient had been treated with 200 mg of quetiapine fumarate, 325 mg of aspirin, 500 mg of divalproex sodium (DEPAKOTE ER®, Abbott Laboratories), 1000 mg of calcium, 500 mg of vitamin C, 5 mg of prednisone, and 180 mcg of albuterol. During the study, the patient was given concomitant treatment with 325 mg of aspirin, 1000 mg of divalproex sodium (DEPAKOTE ER®, Abbott Laboratories), per protocol, 1000 mg of calcium, 500 mg of vitamin C, 5 mg of prednisone, and 180 mcg of albuterol.

The investigator considered the drowsiness to be related to study medication.

CONFIDENTIAL
AZSER12775378

**Study D1447C00127     Patient: E0048010     quetiapine 300 mg     Withdrawal AE: Drowsiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 47 year-old Black female patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 3 of the open label treatment phase that the investigator considered to be severe in intensity. At the time of the onset of drowsiness the patient was being treated with quetiapine 200 mg daily. The dose of quetiapine was increased to a maximum of 300 mg daily on Day 5. The event resolved on Day 8. The patient was withdrawn from the study due to the drowsiness on Day 8 and the last dose of study medication was taken on Day 5.

Physical examination at screening revealed obesity, multiple scars, and an artificial right knee. The patient's relevant medical history included menstrual cramps, occasional headaches, insomnia, and obesity. The patient's relevant surgical history included five knee surgeries for tendon repair and an artificial right knee. Before entering the study, the patient had been treated with 10 mg of aripiprazole (ABILIFY™, Otsuka America Pharmaceutical, Inc.), 10 mg of venlafaxine hydrochloride (EFFEXOR™, Wyeth Pharmaceuticals, Inc.), 150 mg of diphenhydramine hydrochloride (BENADRYL™, Warner-Lambert Company), 200 mg of ibuprofen, and 500 mg of acetaminophen (TYLENOL™, McNeil PPC). During the study, the patient was given concomitant treatment with 500 mg of divalproex sodium (DEPAKOTE ER™, Abbott Laboratories), per protocol, 150 mg of diphenhydramine hydrochloride (BENADRYL™, Warner-Lambert Company), 200 mg of ibuprofen, and 500 mg of acetaminophen (TYLENOL™, McNeil PPC).

The investigator considered the drowsiness to be related to study medication.

1

CONFIDENTIAL
AZSER12775379

**Study D1447C00127   Patient: E0048018        quetiapine 400 mg              Withdrawal**
**AEs: Drowsiness    (MedDRA: Somnolence) and**
**Weight gain (MedDRA: Weight increased)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 49 year-old Caucasian male patient with bipolar I disorder, most recent episode depressed.  The patient had adverse events of drowsiness (MedDRA: Somnolence) and weight gain (MedDRA: Weight increased) on Day 1 of the open label treatment phase.  The investigator considered the drowsiness to be moderate in intensity and the weight gain to be severe in intensity.  At the time of the onset of the drowsiness and weight gain the patient was being treated with quetiapine 100 mg daily.  The dose of quetiapine increased to a maximum of 400 mg daily on Day 7.  The drowsiness resolved on Day 20 and the weight gain resolved on Day 21.  The patient was withdrawn from the study due to the adverse events on Day 21 and the last dose of study medication was taken on Day 19.

Physical examination at screening revealed a scar at the lumbar 4 and 5 level and some spasms.  The patient's relevant medical history included a low back pain and relevant surgical history included a laminectomy.  Before entering the study, the patient had been treated with 300 mg of topiramate (TOPAMAX™, Ortho-McNeil Neurologics, Inc.), 300 mg of tramadol hydrochloride (ULTRAM™, Ortho-McNeil Pharmaceutical, Inc.), 800 mg of ibuprofen, and 1300 mg of acetaminophen (TYLENOL™, McNeil PPC).  During the study, the patient was given concomitant treatment with 800 mg of ibuprofen, and 1300 mg of acetaminophen (TYLENOL™, McNeil PPC), 100 mg of celecoxib (CELEBREX™, Pfizer), and 1000 – 1500 mg of divalproex sodium (DEPAKOTE ER™, Abbott Laboratories), per protocol.

The investigator considered the drowsiness and weight gain to be related to study medication.

1

CONFIDENTIAL
AZSER12775380

| Study D1447C00127 | Patient ID: E0048019 | quetiapine 300 mg | Withdrawal AE: 1. Weight Gain (MedDRA: Weight Increase) 2. Vomiting (MedDRA: Vomiting) |

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 47 year old black women with bipolar I disorder, most recent episode depressed.

The patient had an adverse event of weight gain (MedDRA: Weight Increase) on Day 6 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity.  At the time of the onset of the weight gain the patient was treated with quetiapine 300 mg daily.  The event resolved on Day 161. The patient had a second adverse event of vomiting (MedDRA: Vomiting) on Day 140 of the Open Label Treatment Phase that the investigator considered to be mild in intensity. At the time of the vomiting the patient was treated with quetiapine 500 mg daily. The event resolved on Day 145. The patient was discontinued from the study on Day 161.  The last dose of study medication was taken on Day 145.

Physical examination at screening was normal.  The patient's relevant medical history included asthma, and an allergy to sulfa resulting in Stevens Johnson Syndrome. The patient's relative surgical history included a hysterectomy, right lumpectomy 1991, and right hernia repair 1980. Before entering the study, the patient had been treated with 75-mg lamotrigine (LAMICTIL® GlaxoSmithKline), 12-mg paroxetine (PAXIL®, GlaxoSmithKline), 2 puffs salmeterol/Fluticasone (ADVAIR DISKUS®, GlaxoSmithKline), and 180-mcg albuterol. During the study, the patient was given concomitant treatment with 500-mg to1500-mg divalproex sodium EC (DEPAKOTE®, Abbott Laboratories), per protocol, 180-mcg albuterol, 2 tabs Tums, and 400-mg ibuprofen (ADVIL®, Wyeth).

The investigator considered the weight gain and the vomiting to be related to the study medication.

**Table of Weights**:

| Visit | Dose (mg) | Weight |
|---|---|---|
| Enrollment visit | NA | 71.4 kg |
| Visit S2 | 300 | 72.7 kg |
| Visit S3 | 500 | 73.6 kg |
| Visit S6 | 500 | 81.6 kg |
| Discontinuation | NA | 80.7 kg |

CONFIDENTIAL
AZSER12775381

Study D1447C00127     Patient E0048026   quetiapine   400 mg        Withdrawal AE:
                                                                         Weight gain
                                                              (MedDRA: Weight Increased)

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 53-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 8 of the open label treatment phase that was considered by the investigator to be severe in intensity. At the time of the adverse event the patient was being treated with 400-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to weight gain on Day 196 of study treatment, and the last dose of study medication was taken on Day 195.

Physical examination at screening revealed an abnormal protuberance on the abdomen. The patient was post-menopausal and had a history of headaches, heartburn, urinary tract infection, anxiety, dry mouth, lightheadedness, heart palpitations, and surgeries for hysterectomy and cholecystectomy. Before entering the study, the patient had been treated with 300 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), 400 mg of nefazodone (SERZONE®, Bristol-Myers Squibb), 1000 mg of divalproex (DEPAKOTE ER®, Abbott), 1 tablet of multivitamin, 1000 mcg of biotin, 1 tablet of glucosamine, 600 mg of ibuprofen, and 1 tablet of MAALOX®. During the study, the patient was given concomitant treatment with 1000 – 1250 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol, 1 tablet of multivitamin, 1000 mcg of biotin, 1 tablet of glucosamine, 600 mg of ibuprofen, 1 tablet of MAALOX®, 1 tablet of cimetidine (TAGAMET®, GlaxoSmithKline), and 750 mg of nabumetone (RELAFEN®, GlaxoSmithKline).

The investigator considered the weight gain to be related to study medication.

**Table 1          Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|-----------|---------------|-------------|
| Enrollment | Not applicable | 90.5 |
| Day 8 | 400 | 96.8 |
| Day 15 | 400 | 96.3 |
| Day 85 | 400 | 108.9 |
| Day 112 | 400 | 111.6 |
| Day 139 | 400 | 111.6 |
| Day 166 | 400 | 113.4 |
| Day 196 | 400 | 113.9 |

CONFIDENTIAL
AZSER12775382

**Study D1447C00127        Patient E0048027    Randomized quetiapine 400mg/Val**
**Withdrawal AE:**
**Abnormal ECG**
**(MedDRA: Electrocardiogram Abnormal)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 58-year-old black woman with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of abnormal ECG (MedDRA: Electrocardiogram Abnormal) on Day 169 and was considered by the investigator to be mild in intensity. At the time of the adverse event the patient was being treated with 400-mg quetiapine in the randomised treatment period. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to abnormal ECG on Day 181 of study treatment, and the last dose of study medication was taken on Day 175.

Physical examination at screening was normal. The patient was post-menopausal and had a history of hypertension, congestive heart failure, hypercholesterolemia, arthritis, and lumpectomy at age 18. Before entering the study, the patient had been treated with 5 mg of amlodipine (NORVASC®, Pfizer), 1 tablet of amlodipine/benazepril (LOTREL®, Novartis), 6.25 mg of carvedilol (COREG®, GlaxoSmithKline), and 81 mg of aspirin. During the study, the patient was given concomitant treatment with 1 tablet of amlodipine/benazepril (LOTREL®, Novartis), 6.25 mg of carvedilol (COREG®, GlaxoSmithKline), 81 mg of aspirin, 500 – 1000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol, 20 mg of resuvastatin calcium (CRESTOR®, AstraZeneca), and 1600 mg of ibuprofen.

The investigator considered the abnormal ECG to be related to study medication.

CONFIDENTIAL
AZSER12775383

**Study D1447C00127**       **Patient E0048029  quetiapine 400 mg**       **Withdrawal AEs:**
**Increased blood pressure**
**(MedDRA: Blood Pressure Increase)**
**Bilateral ankle edema**
**(MedDRA: Oedema Peripheral)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 56-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of increased blood pressure (MedDRA: Blood Pressure Increase) and bilateral ankle edema (MedDRA: Oedema Peripheral) on Day 31 of the open label treatment phase.  The investigator considered the adverse event of increased blood pressure to be moderate in intensity, while the bilateral ankle edema was considered to be severe in intensity.  At the time of the events the patient was being treated with 400-mg quetiapine.  The adverse events resolved on Day 35 of study treatment.  The patient was withdrawn from the study on Day 74 and the last dose of study medication was taken on Day 33.

Physical examination at screening was normal.  The patient had a history of right umbilical hernia repair.  During the study, the patient was given concomitant treatment with 1 tablet of multivitamin, and 500 – 1000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the adverse events of increased blood pressure and bilateral ankle edema to be not related to study medication.

**Table 1**       **Blood Pressure and Heart Rate**

| Study day | Dose (mg/day) | Supine BP (mmHg) | Supine HR (bpm) | Standing BP (mmHg) | Standing HR (bpm) |
|---|---|---|---|---|---|
| Enrollment | Not applicable | 138/84 | 60 | 150/90 | 68 |
| Day 8 | 300 | 157/80 | 76 | 157/93 | 80 |
| Day 22 | 300 | 165/89 | 74 | 136/84 | 71 |
| Day 74 | Not applicable | 136/78 | 56 | 132/88 | 68 |

CONFIDENTIAL
AZSER12775384

**Study D1447C00127**          **Patient: E0048032**          **quetiapine 400 mg**

**Withdrawal AE: Drowsiness (MedDRA: Somnolence), Weight gain (MedDRA: Weight increased)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 32 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed. The patient had adverse events of drowsiness (MedDRA: Somnolence) on Day 12 and weight gain (MedDRA: Weight increased) on Day 81 of the open label treatment phase. The investigator considered the adverse events to be moderate in intensity. At the time of the onset of the drowsiness and weight gain the patient was being treated with quetiapine 400 mg daily. The dose of quetiapine was decreased to 200 mg daily on Day 92. The drowsiness resolved on Day 116. The weight gain persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse events on Day 123 and the last dose of study drug was taken on Day 115.

The physical examination at screening was normal. The patient's relevant medical history included headaches, muscle aches, sinus congestion, insomnia, and an allergy to sulfa. The patient's relevant surgical history included a tonsillectomy and adenoidectomy. Before entering the study, the patient had been treated with 220 mg of naproxen sodium (ALEVE™, Bayer), 30 mg of pseudoephedrine hydrochloride, 500 mcg of chromium, 0.5 mg of clonazepam (KLONOPIN™, Roche Pharmaceuticals), and 1 injection of medroxyprogesterone acetate (DEPO-PROVERA™, Pfizer). During the study, the patient was given concomitant treatment with 500-1000 mg of divalproex sodium (DEPAKOTE ER™, Abbott Laboratories), per protocol, 6 tablets of HYDROXYCUT™ (Iovate), 2 sprays of phenylephrine hydrochloride (NEO-SYNEPHRINE™, Bayer), 220 mg of naproxen sodium (ALEVE™, Bayer), 30 mg of pseudoephedrine hydrochloride, 500 mcg of chromium, and 1 injection of medroxyprogesterone acetate (DEPO-PROVERA™, Pfizer).

The investigator considered the drowsiness and the weight gain to be related to study medication.

CONFIDENTIAL
AZSER12775385

**Study D1447C00127**      **Patient E0048035**      **quetiapine 100 mg**      **Withdrawal AEs: Drowsiness (MedDRA: Drowsiness) Dizziness (MedDRA: Dizziness) Nausea (MedDRA: Nausea)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 39-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of drowsiness (MedDRA: Somnolence), dizziness (MedDRA: Dizziness), and nausea (MedDRA: Nausea) on Day 1 of the open label treatment phase that were all considered by the investigator to be severe in intensity.  At the time of the events the patient was being treated with 100-mg quetiapine.  The adverse events were resolved on Day 2 of study treatment.  The patient was withdrawn from the study on Day 9 and the last dose of study medication was taken on Day 1.

Physical examination at screening revealed fullness of the neck.  The patient had a history of an allergy to PCN (penicillin).  Before entering the study, the patient had been treated with 20 mg of paroxetine (PAXIL®, GlaxoSmithKline) and 200 mg of ibuprofen.  During the study, the patient was given concomitant treatment with 200 mg of ibuprofen.

The investigator considered the drowsiness, dizziness, and nausea to be related to study medication.

CONFIDENTIAL
AZSER12775386

**Study D1447C00127**       **Patient: E0048037**       **quetiapine 300 mg**
**Withdrawal AE: Loss of equilibrium**
**(MedDRA: Balance disorder),**
**Decreased concentration**
**(MedDRA: Disturbance in attention)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 40 year-old Caucasian male patient with bipolar I disorder, most recent episode manic. The patient had adverse events of loss of equilibrium (MedDRA: balance disorder) and decreased concentration (MedDRA: Disturbance in attention) on Day 30 of the open label treatment phase. The investigator considered the loss of equilibrium to be severe in intensity and the decreased concentration to be moderate in intensity. At the time of the onset of the loss of equilibrium and decreased concentration the patient was being treated with quetiapine 300 mg daily. The adverse events resolved on Day 32. The patient was withdrawn from the study due to the adverse events on Day 33 and the last dose of study drug was taken on Day 31.

The physical examination at screening revealed tattooed skin. During the study, the patient was given concomitant treatment with 900 mg of lithium, per protocol.

The investigator considered the loss of equilibrium and decreased concentration to be related to study medication.

CONFIDENTIAL
AZSER12775387

**Study D1447C00127**     **Patient E0048043**     **quetiapine 500 mg**     **Withdrawal AE: Drowsiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 43-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 37 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 500-mg quetiapine. The adverse event was resolved on Day 95. The patient was withdrawn from the study on Day 85 and the last dose of study medication was taken on Day 84.

Physical examination at screening revealed right clavicular scar, slight herniation at L4, and a rod in right tibia. The patient had a history of a knee surgery, a rod in the right tibia due to right tibia injury, past marijuana and alcohol abuse, an allergy to penicillin, kidney stone, anxiety secondary to kidney pain, and back pain. Before entering the study, the patient had been treated with 1600 mg of ibuprofen (MOTRIN®, McNeil), 4 tablets of acetaminophen/hydrocodone (VICODIN®, 3M), and 1 mg of lorazepam (ATIVAN®, Wyeth). During the study, the patient was given concomitant treatment with 1600 mg of ibuprofen (MOTRIN®, McNeil) and 600 – 900 mg of lithium carbonate, per protocol.

The investigator considered the drowsiness to be related to study medication.

CONFIDENTIAL
AZSER12775388

**Study D1447C00127**     **Patient E0048046**     **quetiapine 200 mg**          **Withdrawal AE:**
                                                                                  **Severe drowsiness**
                                                                              **(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 42-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of severe drowsiness (MedDRA: Somnolence) on Day 3 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 200-mg quetiapine.  The adverse event resolved on Day 7.  The patient was withdrawn from the study on Day 7 and the last dose of study medication was taken on Day 6.

Physical examination at screening was normal.  The patient had a history of migraine headaches, codeine allergies, alopecia, tubal ligation, and cesarean section.  Before entering the study, the patient had been treated with 1 tablet of olanzapine/fluoxetine (SYMBYAX®, Eli Lilly), and 1 tablet of butalbital/aspirin/caffeine (FIORINAL®, Novartis).  During the study, the patient was given concomitant treatment with an unknown amount of morphine and 500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the severe drowsiness to be related to study medication.

CONFIDENTIAL
AZSER12775389

**Study D1447C00127**  **Patient E0048052**  **quetiapine 300 mg**  **Withdrawal AEs:**
**Dry mouth**
**(MedDRA: Dry Mouth)**
**Weight gain**
**(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 58-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of dry mouth (MedDRA: Dry Mouth) on Day 2 of the open label treatment phase that was considered by the investigator to be mild in intensity.  The patient also had an adverse event of weight gain (MedDRA: Weight Increased) on Day 9 of the open label treatment phase that was considered to be mild in intensity.  At the time of the adverse event of dry mouth the patient was being treated with 100-mg quetiapine.  The patient was being treated with 300-mg quetiapine at the time of adverse event of weight gain.  The adverse event of dry mouth resolved on Day 26, while the weight gain resolved on Day 29.  The patient was withdrawn from the study on Day 29 and the last dose of study medication was taken on Day 24.

Physical examination at screening was normal.  The patient had a history of allergy to codeine.  Before entering the study, the patient had been treated with an unknown amount of morphine.  During the study, the patient was given concomitant treatment with 50 mg of metoprolol tartrate, 5 mg of lisinopril, 30 mg of lansoprazole (PREVACID®, Tap Pharmaceuticals), and 500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the dry mouth and weight gain to be related to study medication.

**Table 1**  **Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 113.4 |
| Day 8 | 300 | 115.7 |
| Day 29 | Not applicable | 113.9 |

CONFIDENTIAL
AZSER12775390

**Study D1447C00127     Patient E0048057   quetiapine 100 mg**                **Withdrawal AEs:**
**Dry mouth**
**(MedDRA: Dry Mouth)**
**Drowsiness**
**(MedDRA: Somnolence)**
**Weight gain**
**(MedDRA: Weight Increased)**
**Nightmares**
**(MedDRA: Nightmare)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 41-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of dry mouth (MedDRA: Dry Mouth) on Day 2 of the open label treatment phase that was considered by the investigator to be mild in intensity. The patient also had an adverse event of drowsiness (MedDRA: Somnolence) on Day 12 of the open label treatment phase that was considered moderate in intensity by the investigator. On Day 29 of the open label treatment phase, the patient had an adverse event of weight gain (MedDRA: Weight Increased) that was considered moderate in intensity, and nightmares (MedDRA: Nightmare) that was considered severe in intensity. At the time of the adverse event of dry mouth, the patient was being treated with 100-mg quetiapine. At the time of the adverse events of drowsiness, weight gain, and nightmares, the patient was being treated with 400-mg quetiapine. The adverse events resolved on Day 41 of study treatment. The patient was withdrawn from the study on Day 56 and the last dose of study medication was taken on Day 34.

Physical examination at screening was normal. During the study, the patient was given concomitant treatment with 20 mg of famotidine (PEPCID® AC, Merck Frosst) and 500 – 1000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered all the adverse events to be related to study medication.

**Table 1          Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 77.9 |
| Day 8 | 200 | 78.3 |
| Day 15 | 400 | 83.3 |
| Day 56 | Not applicable | 76.5 |

CONFIDENTIAL
AZSER12775391

**Study D1447C00127**      **Patient: E0050003**      **quetiapine 100 mg**
                                                                    **Withdrawal: Sedation**
                                                                    **(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 54 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of the open label treatment phase that the investigator considered to be moderate in intensity. At the time of the onset of sedation the patient was receiving quetiapine 100 mg daily. The event resolved on Day 5. The patient was withdrawn from the study due to the adverse event on Day 7 and the last dose of study medication was taken the same day.

Physical examination at screening was normal. The patient's relevant medical history included elevated liver enzymes, dilation and curettage, urinary incontinence, collapsed lungs, menopause, arthritis in the right hip, and migraine headaches. The patient's relevant surgical history included bladder surgery and right hip surgery. Before entering the study, the patient had been treated with 1 capsule of multivitamin, 0.3 mg of conjugated estrogen (PREMARIN™, Wyeth Pharmaceuticals, Inc.), 1 injection of sumatriptan succinate (IMITREX™, GlaxoSmithKline), 4 mg of tolterodine tartrate (DETROL LA™, Pfizer), 400 mg of ibuprofen (ADVIL™, Wyeth Pharmaceuticals, Inc.), 100 mg of progesterone (PROMETRIUM™, Solvay Pharmaceuticals, Inc.), and 25 mg of rofecoxib (VIOXX™, Merck). During the study, the patient was given concomitant treatment with 250 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol, 1 capsule of multivitamin, 0.3 mg of conjugated estrogen (PREMARIN™, Wyeth Pharmaceuticals, Inc.), 1 injection of sumatriptan succinate (IMITREX™, GlaxoSmithKline), 4 mg of tolterodine tartrate (DETROL LA™, Pfizer), 400 mg of ibuprofen (ADVIL™, Wyeth Pharmaceuticals, Inc.), 100 mg of progesterone (PROMETRIUM™, Solvay Pharmaceuticals, Inc.), and 25 mg of rofecoxib (VIOXX™, Merck).

The investigator considered the sedation to be related to study medication.

1

CONFIDENTIAL
AZSER12775392

**Study D1447C00127**                    **Patient: E0050004        quetiapine 500 mg**
                                        **Withdrawal AE: Short term**
                                        **memory impairment**
                                        **(MedDRA: Memory impairment)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 35 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of short term memory impairment (MedDRA: Memory impairment) on Day 71 of the open label treatment phase that the investigator considered to be moderate in intensity. At the time of the onset of the short term memory impairment the patient was receiving quetiapine 500 mg daily. The event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 77 and the last dose of study medication was taken the same day.

Physical examination at screening was normal. The patient's relevant medical history included menstrual cramps. Before entering the study, the patient had been treated with 1000 mg of vitamin C, 400 mg of ibuprofen (ADVIL™, Wyeth Pharmaceuticals, Inc.), 1 tablet of acetaminophen/codeine phosphate (TYLENOL III™, Ortho-McNeil), 500 mg of naproxen sodium (ALEVE™, Bayer), and 1500 mg of calcium. During the study, the patient was given concomitant treatment with 1000 mg of vitamin C, 400 mg of ibuprofen (ADVIL™, Wyeth Pharmaceuticals, Inc.), 500 mg of naproxen sodium (ALEVE™, Bayer), 1500 mg of calcium, and 250 - 750 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol.

The investigator considered the short term memory impairment to be related to study medication.

1

CONFIDENTIAL
AZSER12775393

**Study D1447C00127   Patient: E0050010     Seroquel® 100 mg   Withdrawal AE:**

**Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 39 year-old Caucasian male patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that the investigator considered to be severe in intensity. At the time of the onset of the sedation the patient was being treated with Seroquel® 100 mg daily. The event resolved on Day 7. The patient was withdrawn from the study due to the sedation on Day 8 and the last dose of study medication was taken on Day 5.

Physical examination at screening was normal. The patient's relevant medical history included penicillin hypersensitivity, egg hypersensitivity, allergic rhinitis, eczema, heartburn, appendicitis, torn right meniscus, iodine hypersensitivity, and hypercholesterolemia. The patient's relevant surgical history included a vasectomy and an appendectomy. Before entering the study, the patient had been treated with 1 mg of lorazepam (ATIVAN™, Wyeth), 10 mg of zaleplon (SONATA™, King Pharmaceuticals, Inc.), and 50-100 mg of sertraline hydrochloride (ZOLOFT™, Pfizer). During the study, the patient was given concomitant treatment with 500 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775394

**Study D1447C00127**                              **Patient: E0050012    quetiapine 100 mg**
**Withdrawal AEs: Sedation (MedDRA: Sedation),**
**Eye crossing**
**(MedDRA:**
**Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 41 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed. The patient had adverse events of sedation (MedDRA: Sedation) and eye crossing (MedDRA: Sedation) on Day 2 of the open label treatment phase. The investigator considered the sedation to be severe in intensity, and the eye crossing to be moderate in intensity. At the time of the onset of the adverse events the patient was being treated with quetiapine 100 mg daily. The adverse events resolved on Day 3. The patient was withdrawn from the study due to the adverse events on Day 8 and the last dose of study medication was taken on Day 2.

Physical examination at screening revealed a nasal septal defect, multiple small nodes in the neck bilaterally, and a slightly enlarged thyroid. The patient's relevant medical history included a nasal septal defect and an enlarged thyroid. The patient's surgical history included a tubal ligation. During the study, the patient was given concomitant treatment with 500 mg of valproic acid, per protocol.

The investigator considered the sedation, knee buckling, and eye crossing to be related to study medication.

CONFIDENTIAL
AZSER12775395

**Study D1447C00127   Patient: E0050016   Quetiapine 100 mg   Withdrawal AEs: Sedation (MedDRA: Sedation) Tachycardia (MedDRA: Tachycardia), Bradypneic (MedDRA: Bradypnoea)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 60 year-old Caucasian female patient with bipolar I disorder, most recent episode manic. The patient had adverse events of sedation (MedDRA: Sedation) on Day 1, and tachycardia (MedDRA: Tachycardia) and bradypneic episodes (MedDRA: Bradypnoea) on Day 2 of the open label treatment phase. The investigator considered the sedation to be severe in intensity and the tachycardia and bradypneic episodes to be mild in intensity. At the time of the onset of the adverse event sedation the patient was receiving quetiapine 100 mg daily. At the time of the adverse events tachycardia and bradypneic the patient was receiving quetiapine 0 mg. The tachycardia and bradypneic episodes resolved on Day 2 and the sedation resolved on Day 3. The patient was withdrawn from the study due to the adverse events on Day 59 and the last dose of study medication was taken on Day 3.

Physical examination at screening revealed bilateral lower extremity contact dermatitis and a tender lower back. The patient's relevant medical history included seasonal allergies, acid reflux, spinal stenosis, a herniated disk, degenerative disk disease, and migraines. The patient's relevant surgical history included a vaginal hysterectomy and a partial vulvectomy. Before and during the study, the patient was treated with 20 mg of citalopram hydrobromide (CELEXA™, Forest Pharmaceuticals, Inc.), 40 mg of pantoprazole sodium (PROTONIX™, Wyeth Pharmaceuticals, Inc.), 10 mg of cetirizine hydrochloride (Zyrtec™, Pfizer), 50 mg of sumatriptan succinate (IMITREX™, GlaxoSmithKline), 50 mg of fentanyl transdermal (DURAGESIC™, Ortho-McNeil), and 1 tablet of conjugated estrogen (PREMARIN™, Wyeth Pharmaceuticals, Inc.).

The investigator considered the sedation, tachycardia, and bradypneic episodes to be related to study medication.

CONFIDENTIAL
AZSER12775396

| Study D1447C00127 | Patient ID: E0052003 | quetiapine 800 mg | Withdrawal AE: Low platelet count (MedDRA: Platelet Count Decreased) |

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 54 year old Caucasian women with bipolar I disorder, most recent episode depressed.

The patient had an adverse event of low platelet count (MedDRA: Platelet Count Decrease) on Day 31 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of the low platelet count the patient was treated with quetiapine 800 mg daily. The event resolved on Day 45 and the patient was discontinued from the study on Day 46. The last dose of study medication was taken on Day 43.

Physical examination at screening was normal. The patient's relevant medical history included hypothyroidism, deep venous thrombosis, irritable bowel syndrome, constipation, chronic interstitial cystitis, chronic environmental allergies, headaches, migraines, fibromyalgia, asthma, shortness of breath, pulmonary hypertension, and an allergy to urocit. Relevant surgical history included a hysterectomy, tonsillectomy, tubal ligation, bunionectomy, surgery for neuroma on the right foot, and deep venous thrombosis. Before entering the study, the patient had been treated with 1000-mg glucosamine, 1 tab multivitamin, 1 tab methyl sulfa methionan, 325-mg aspirin, 440-mg naproxen, and 900-mg lithium carbonate, per protocol. During the study, the patient was given concomitant treatment with 500-mg and 1000-mg divalproex sodium EC (DEPAKOTE®, Abbott Laboratories), 1000-mg glucosamine , 1 tab multivitamin, 1 tab methyl sulfa methionan, 325-mg aspirin, 440-mg naproxen, 900-mg lithium carbonate, per protocol, 20-mg fluoxetine hydrochloride (PROZAC®, Eli Lilly and Company), 200-mg modafinil (Provigil®, Cephalon), and 6mg/25mg olanzapine/fluoxetine (Symbyax®, Elli Lilly and Company).

The investigator considered the low platelet count to be related to the study medication.

CONFIDENTIAL
AZSER12775397

**Study D1447C00127**     **Patient ID: E0052010**     **quetiapine 100 mg**     **Withdrawal AE: Somnolence (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 59 year old Caucasian women with bipolar I disorder, most recent episode depressed.

The patient had an adverse event of somnolence (MedDRA: Somnolence) on Day 4 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of the somnolence the patient was treated with quetiapine 100 mg daily. The event resolved on Day 49 and the patient was discontinued from the study on Day 57. The last dose of study medication was taken on Day 52.

Physical examination at screening was normal. The patient's relevant medical history included insomnia, bladder spasms, gastro-esophageal reflux disease, allergy to codeine, hypertension with Aleve, toothache, elevated liver enzymes, chronic diarrhea, stomach ulcer, urinary tract infections, mild arthritis, hearing loss both ears, and sinusitis. Relevant surgery history included a hysterectomy, joint prosthesis put in feet and gall bladder removal. Before entering the study, the patient had been treated with 30-mg lansoprazole (PREVACID®, TAP Pharmaceutical Products, Inc.), 2-mg tolteradine (DETROL®, Pfizer), 1500-mg glucosamine sulfate, 207-mg magnesium and 450-mg St. John's Wort. During the study, the patient was given concomitant treatment with 30-mg lansoprazole (PREVACID®, TAP Pharmaceutical Products, Inc.), 2-mg tolterodine (DETROL®, Pfizer), 1500-mg glucosamine sulfate, 207-mg magnesium, 250-mg to 750-mg divalproex sodium EC (DEPAKOTE®, Abbott Laboratories), per protocol, and 600-mg ibuprofen (ADVIL™ , Wyeth).

The investigator considered the somnolence to be related to the study drug.

CONFIDENTIAL
AZSER12775398

**Study D1447C00127      Patient E0052012   quetiapine 400 mg            Withdrawal AE:
                                                                    Psoriasis (exacerbated)
                                                                    (MedDRA: Psoriasis)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 44-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of psoriasis (exacerbated)
(MedDRA: Psoriasis) on Day 60 of the randomized treatment phase that was considered by
the investigator to be moderate in intensity.  At the time of the event the patient was being
treated with 400-mg blinded study medication vs placebo.  The adverse event was ongoing at
the time of withdrawal.  The patient was withdrawn from the study on Day 73 of the
randomized treatment phase and the last dose of study medication was taken on the same day.

Physical examination at screening revealed congenital shortening of both thumbs.  The patient
had a history of left ACL (anterior cruciate ligament) reconstruction surgery in 1995, an
exploratory laparoscopy in 1984, heart murmur, asthma, heartburn, psoriasis, chicken pox,
hearing loss in both ears, sinusitis, headaches, multiple head injuries, and a congenital
abnormality.  Before entering the study, the patient had been treated with 300 mg of
venlafaxine (EFFEXOR®, Wyeth-Ayerst), 200 mg of modafinil (PROVIGIL®, Cephalon), 10
mg of aripiprazole (ABILIFY®, Otsuka), and 100 mg of quetiapine (SEROQUEL®,
AstraZeneca).  During the study, the patient was given concomitant treatment with 300 mg of
venlafaxine (EFFEXOR®, Wyeth-Ayerst), 1500 mg of amoxicillin, 50 mg of levothyroxine,
2400 mg of acetaminophen (TYLENOL®, McNeil), 5 tablets of herbal balance platinum, and
250 – 1250 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the psoriasis to be not related to study medication.

CONFIDENTIAL
AZSER12775399

**Study D1447C00127      Patient E0052023      quetiapine 600 mg      Withdrawal AE: Hematuria (MedDRA: Hematuria)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 27-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of hematuria (MedDRA: Hematuria) on Day 113 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 600-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 142 and the last dose of study medication was taken on Day 118.

Physical examination at screening revealed a grade II systolic ejection murmur.  The patient had a history of migraines, grade II systolic ejection murmur, gall bladder removal, and hernia repair surgery.  Before entering the study, the patient had been treated with 25 mg of paroxetine (PAXIL®, GlaxoSmithKline), 600 mg of quetiapine (SEROQUEL®, AstraZeneca), and 1000 mg of divalproex (DEPAKOTE®, Abbott).  During the study, the patient was given concomitant treatment with 1000 mg of amoxicillin, 250 mg of ciprofloxacin, and 1000 – 2000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the hematuria to be related to study medication.

CONFIDENTIAL
AZSER12775400

**Study D1447C00127      Patient E0052024      quetiapine 100 mg      Withdrawal AE: Weight gain (MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 40-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 4 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 100-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 65 and the last dose of study medication was taken on Day 36.

Physical examination at screening was normal. The patient had a history of staphylococcus infection, an allergy to aspirin, anxiety, insomnia, tonsillectomy, and C-section. Before entering the study, the patient had been treated with 150 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), 300 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), 25 mg of trazodone, 150 mg of topiramate (TOPAMAX®, Ortho-McNeil), 1 tablet of drospirenone/ethinyl estradiol (YASMIN 28®, Schering), 1 tablet of multivitamin, and 650 mg of acetaminophen (TYLENOL®, McNeil). During the study, the patient was given concomitant treatment with 150 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), 300 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), 25 mg of trazodone, 1 tablet of multivitamin, and 650 mg of acetaminophen (TYLENOL®, McNeil), 1 tablet of drospirenone/ethinyl estradiol (YASMIN 28®, Schering), 2 tablets of phenylephrine/chlorpheniramine/guaifenesin (P Chlor GG®, TriMed Labortories), 50 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), and 250 – 750 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1          Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 77.3 |
| Day 8 | 300 | 80.0 |
| Day 15 | 300 | 81.4 |
| Day 165 | Not applicable | 78.9 |

CONFIDENTIAL
AZSER12775401

**Study D1447C00127          Patient E0052027   quetiapine 400 mg          Withdrawal AE: Somnolence (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an initial adverse event of somnolence on Day 1 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At that time the patient was being treated with 425-mg quetiapine.  The patient then had another adverse event of somnolence (MedDRA: Somnolence) on Day 45 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of this adverse event the patient was being treated with 400-mg quetiapine.  The adverse event resolved on Day 138.  The patient was withdrawn from the study on Day 141 and the last dose of study medication was taken on Day 137.

Physical examination at screening was normal.  The patient had a history of anemia, ETOH (alcohol) dependence, head injury in 1993, arthritis (joint and muscle pain), mumps, and chicken pox.  Before entering the study, the patient had been treated with 500 mg of divalproex (DEPAKOTE®, Abbott) and 400 mg of quetiapine (SEROQUEL®, AstraZeneca).  During the study, the patient was given concomitant treatment with 1000 – 1500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered somnolence to be related to study medication.

2729

CONFIDENTIAL
AZSER12775402

**Study D1447C00127      Patient E0052034      quetiapine 400 mg      Withdrawal AE: Grogginess (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 40-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of grogginess (MedDRA: Somnolence) on Day 3 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was resolved on Day 48 of study treatment.  The patient was withdrawn from the study on Day 62 and the last dose of study medication was taken on Day 45.

Physical examination at screening was normal.  The patient had a history of pneumonia in 2003.  Before entering the study, the patient had been treated with 100 – 200 mg of quetiapine (SEROQUEL®, AstraZeneca) and 200 – 500 mg of divalproex (DEPAKOTE®, Abbott).  During the study, the patient was given concomitant treatment with and 200 – 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the grogginess to be related to study medication.

CONFIDENTIAL
AZSER12775403

**Study D1447C00127   Patient E0052038   quetiapine 500 mg**

**Withdrawal AEs:**
**Edema in Hands**
**(MedDRA: Oedema Peripheral)**
**Weight Gain**
**(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 32-year-old Caucasian (Hispanic) woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of edema in hands (MedDRA: Oedema Peripheral) on Day 1 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  The patient also had an adverse event of weight gain (MedDRA: Weight Increased) on Day 10 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the events the patient was being treated with 500-mg quetiapine. The adverse events were ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 15 of the randomized treatment phase and the last dose of study medication was taken on Day 15 of the randomized treatment phase.

Physical examination at screening was normal.  The patient had a history of seasonal allergies.  Before entering the study, the patient had been treated with 25 – 400 mg of quetiapine (SEROQUEL®, AstraZeneca), 2 tablets of fexofenadine/pseudoephedrine (ALLEGRA®, Aventis), and 250 – 500 mg of divalproex (DEPAKOTE®, Abbott).  During the study, the patient was given concomitant treatment with 2 tablets of fexofenadine/pseudoephedrine (ALLEGRA®, Aventis), and 250 – 1,500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the edema in hands and weight gain to be related to study medication.

**Table 1          Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 82.5 |
| Day 10 (open label phase) | 500 | 87.0 |
| Day 17 (open label phase) | 500 | 88.0 |
| Day 84 (open label phase) | 400 | 92.5 |
| Day 174 (open label phase) | 400 | 95.2 |
| Day 1 (randomized treatment phase) | 400 | 97.1 |

CONFIDENTIAL
AZSER12775404

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Day 15 (randomized treatment phase) | Not applicable | 97.2 |

CONFIDENTIAL
AZSER12775405

**Study D1447C00127        Patient ID: E0053003        quetiapine 400 mg        Withdrawal AEs: Weight gain
                                                                                         (MedDRA: Weight increased)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 50 year-old Caucasian male patient with bipolar I disorder, most recent episode mixed.  The patient had an adverse event of weight gain (MedDRA: Weight increased) on Day 45 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity.  At the time of the onset of the weight gain the patient was treated with quetiapine 300 mg daily.  The dose of quetiapine was increased to a maximum of 400 mg daily on Day 60.  The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 153 and the last dose of study medication was taken the same day.

Physical examination at screening revealed protuberance of the abdomen.  The patient had no relevant medical or surgical history.  Before the entering the study, the patient had been treated with 1000 and 1500-mg divalproex sodium (DEPAKOTE®, Abbott), 4-mg alprazolam (XANAX®, Pfizer), 400-mg topiramate (TOPAMAX®, Ortho-McNeil), 200-mg quetiapine fumarate (Seroquel®), 10 and 20-mg escitalopram oxalate (LEXAPRO®, Forest Pharmaceuticals), 600-mg oxcarbazepine (TRILEPTAL®, Novartis), 40-mg ziprasidone (GEODON®, Pfizer) and 20-mg fluoxetine hydrochloride (PROZAC®, Eli Lilly).  During the study the patient was given concomitant treatment with 4-mg alprazolam (XANAX®, Pfizer), 400-mg topiramate (TOPAMAX®, Ortho-McNeil), 600-mg oxcarbazepine (TRILEPTAL®, Novartis), 40 and 80-mg ziprasidone (GEODON®, Pfizer), 2-mg lorazepam (ATIVAN®, Wyeth) and 1500-mg divalproex sodium (DEPAKOTE®, Abbott), per protocol.

The investigator considered the weight gain to be related to study medication.

| Study day | Dose (mg/day) | Weight (kilograms) |
|---|---|---|
| Enrollment | N/A | 95.4 |
| Day 88 | 400 mg/day | 107.7 |
| Discontinuation | 400 mg/day | 112.5 |

2733

CONFIDENTIAL
AZSER12775406

| Study D1447C00127   Patient: E0054001 | Seroquel® 100 mg   Withdrawal AEs: Nausea (MedDRA: Nausea), Sedation (MedDRA: Sedation), Increased irritability (MedDRA: Irritability) |
|---|---|

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 22 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had adverse events of nausea (MedDRA: Nausea), sedation (MedDRA: Sedation), and increased irritability (MedDRA: Irritability) on Day 2 of the open label treatment phase that the investigator considered to be moderate in intensity. At the time of the onset of the adverse events the patient was being treated with Seroquel® 100 mg daily. The dose of Seroquel® was increased to a maximum of 200 mg daily on Day 4. The events resolved on Day 6. The patient was withdrawn from the study due to the adverse events on Day 14 and the last dose of study medication was taken on Day 4.

Physical examination at screening was normal. The patient's relevant medical history included bilateral kidney cysts, urinary tract infections, a right wrist ganglion cyst, and contraception. The patient's relevant surgical history included a ganglion cyst removal. Before entering the study, the patient had been treated with 250 - 750 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), 1 patch of norelgestromin/ethinyl estradiol (ORTHO EVRA™, Ortho-McNeil), and 2 tablets of ibuprofen with psuedoephedrine hydrochloride (ADVIL COLD & SINUS™, Wyeth). During the study, the patient was given concomitant treatment with 750 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol, and 1 patch of norelgestromin/ethinyl estradiol (ORTHO EVRA™, Ortho-McNeil).

The investigator considered the nausea, sedation, and increased irritability to be related to study medication.

1

CONFIDENTIAL
AZSER12775407

| Study D1447C00127 | Patient ID: E0054008 | Quetiapine 400-mg | Withdrawal AEs: Decompensated bipolar disorder (MedDRA: Bipolar disorder) |

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 22 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of decompensated bipolar disorder (MedDRA: Bipolar disorder) on Day 150 of the Open Label Treatment that the investigator considered to be severe in intensity. At the time of the onset of decompensated bipolar disorder the patient was treated with quetiapine 400 mg daily. The dose of quetiapine was increased to a maximum of 600 mg daily on Day 6, subsequently decreased to 400 mg daily on Day 8, increased to 500 mg daily on Day 57 and decreased to 400 mg on Day 85. The event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 161 and the last dose of study medication was taken on Day 160.

Physical examination at screening was normal. The patient's relevant medical history included exercise induced asthma, episodic chest pain, herniated discs at C1 and C2, a pinched nerve in the neck, episodic migraine headaches, an allergy to penicillin and panic attacks. Before the entering the study, the patient had been treated with one-tablet desogestel/ethinyl estradiol (CYCLESSA®, Organon), one-puff albuterol, and 1500-mg divalproex sodium (DEPAKOTE®, Abbott). During the study the patient was given concomitant treatment with one-tablet desogestel/ethinyl estradiol (CYCLESSA®, Organon), one-puff albuterol, one-stray mometasone (NASONEX®, Shering), one-tablet acetaminophen with hydrocodone (VICODIN®, Abbott), 500-mg naproxen, 300-mg gabapentin (NEURONTIN®, Parke-Davis) and 1500-mg divalproex sodium (DEPAKOTE®, Abbott), per protocol.

The investigator considered the decompensated bipolar disorder to be unrelated to study medication.

2735

CONFIDENTIAL
AZSER12775408

**Study D1447C00127   Patient: E0054012        Quetiapine 600 mg        Withdrawal AE: Pregnancy (MedDRA: Pregnancy)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 37 year-old Black female patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of pregnancy (MedDRA: Pregnancy) on Day 35 of the open label treatment phase that the investigator considered to be severe in intensity. At the time of the onset of the pregnancy the patient was being treated with quetiapine 600 mg daily. The pregnancy was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 40 and the last dose of study medication was taken on Day 35.

Physical examination at screening was normal. The patient's relevant medical history included attention-deficit hyperactivity disorder. The patient's relevant surgical history included a bilateral tubal ligation. Before entering the study, the patient had been treated with 60 mg of fluoxetine hydrochloride (PROZAC™, Lilly). During the study, the patient was given concomitant treatment with 1000 mg of amoxicillin/clavulanate potassium (AUGMENTIN™, GlaxoSmithKline), 1000 mg of amoxicillin, 1 tablet of hydrocodone bitartrate and acetaminophen, 500 – 1500 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol, 120 mg of fexofenadine hydrochloride (ALLEGRA™, Aventis Pharmaceuticals), and 2 tablespoons of an unknown cough syrup with codeine.

The investigator considered the pregnancy to be unrelated to study medication.

CONFIDENTIAL
AZSER12775409

**Study D1447C00127       Patient E0054020  quetiapine 200 mg       Withdrawal AE:**
**Oversedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 28-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of oversedation (MedDRA: Sedation) on Day 3 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 200-mg quetiapine.  The adverse event resolved on Day 7 of study treatment.  The patient was withdrawn from the study on Day 8 and the last dose of study medication was taken on Day 5.

Physical examination at screening was normal.  The patient had a history of acid reflux symptoms and a tonsillectomy in 1987.  Before entering the study, the patient had been treated with 1 tablet of desogestrel/ethinyl estradiol (ORTHOCEPT®, Ortho-McNeil), 20 mg of escitalopram oxalate (LEXAPRO®, Forest), 0.5 mg of clonazepam (KLONOPIN®, Roche), and 37.5 mg of phentermine (ADIPEX®, Teva).  During the study, the patient was given concomitant treatment with 1 tablet of desogestrel/ethinyl estradiol (ORTHOCEPT®, Ortho-McNeil), 20 mg of escitalopram oxalate (LEXAPRO®, Forest), 37.5 mg of phentermine (ADIPEX®, Teva), and 500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the oversedation to be related to study medication.

2737

CONFIDENTIAL
AZSER12775410

**Study D1447C00127**  **Patient E0054028  quetiapine 400 mg**  **Withdrawal AE: Pregnancy (MedDRA: Pregnancy)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 27-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of pregnancy (MedDRA: Pregnancy) on Day 13 of the open label treatment phase that was considered by the investigator to be mild in intensity. At the time of the event the patient was being treated with 400-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 23 and the last dose of study medication was taken on Day 13.

Physical examination at screening was normal. The patient had a history of acid reflux, asthma, migraine headaches, and seasonal allergies. Before entering the study, the patient had been treated with 1 tablet of acetaminophen (EXCEDRIN®, Bristol-Myers Squibb) and an unknown amount of bupropion (WELLBUTRIN®, GlaxoSmithKline). During the study, the patient was given concomitant treatment with 1 application of miconazole (MONISTAT 3®, McNeil) and 600 – 900 mg of lithium, per protocol.

The investigator considered the pregnancy to be not related to study medication.

CONFIDENTIAL
AZSER12775411

**Study D1447C00127   Patient: E0055003        quetiapine 300 mg        Withdrawal AE: Increased drowsiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 39 year-old Caucasian female patient with bipolar I disorder, most recent episode manic.  The patient had an adverse event of increased drowsiness (MedDRA: Somnolence) on Day 3 of the open label treatment phase that the investigator considered to be mild in intensity.  At the time of the onset of the increased drowsiness the patient was being treated with quetiapine 300 mg daily.  The dose of quetiapine was increased to a maximum of 700 mg daily on Day 7, but subsequently decreased.  The increased drowsiness resolved on Day 21.  The patient was withdrawn from the study due to the adverse event on Day 26 and the last dose of study drug was taken on Day 20.

Physical examination at screening was normal.  The patient's relevant medical history included gastroesophageal reflux disease and childbirth.  The patient's relevant surgical history included cyst removal from the right side of the neck, cyst removal from the right ear, left wrist ganglion cyst removal, and bilateral tubal ligation. Before entering the study, the patient had been treated with 1000 mg divalproex sodium (DEPAKOTE®, Abbott Laboratories), 20 mg of esomeprazole magnesium (NEXIUM®, AstraZeneca), and 10 mg of olanzapine (ZYPREXA®, Lilly).  During the study, the patient was given concomitant treatment with 500-1500 mg of divalproex sodium (DEPAKOTE®, Abbott Laboratories), per protocol, 20 mg of esomeprazole magnesium (NEXIUM®, AstraZeneca), 10 mg of olanzapine (ZYPREXA®, Lilly), and 550 mg of naproxen sodium (ANAPROX®, Roche).

The investigator considered the increased drowsiness to be related to study medication.

1

2739

CONFIDENTIAL
AZSER12775412

**Study D1447C00127**       **Patient E0055015  quetiapine 100 mg**       **Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 29-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event was resolved on Day 20 of study treatment.  The patient was withdrawn from the study on Day 29 and the last dose of study medication was taken on Day 29.

Physical examination at screening was normal.  The patient had a history of seasonal allergies.  Before entering the study, the patient had been treated with 25 mg of sertraline (ZOLOFT[®], Pfizer) and 25 mg of divalproex (DEPAKOTE[®], Abbott).  During the study, the patient was given concomitant treatment with 25 mg of sertraline (ZOLOFT[®], Pfizer) and 25 mg of divalproex (DEPAKOTE[®], Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

2740

CONFIDENTIAL
AZSER12775413

**Study D1447C00127          Patient E0055022          quetiapine 500 mg          Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 53-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 36 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 500-mg quetiapine.  The adverse event was resolved on Day 123 of study treatment.  The patient was withdrawn from the study on Day 148 and the last dose of study medication was taken on Day 147.

Physical examination at screening was normal.  The patient had a history of seasonal allergies, was post menopausal, and had an ectopic pregnancy in 1986.  Before entering the study, the patient had been treated with 81 mg of aspirin, 62.5 mg of paroxetine (PAXIL®, GlaxoSmithKline), 50 mg of trazodone, and 1200 mg of lithium.  During the study, the patient was given concomitant treatment with, 81 mg of aspirin, 37.5 – 62.5 mg of paroxetine (PAXIL®, GlaxoSmithKline), 0.25 – 0.5 mg of lorazepam (ATIVAN®, Wyeth), 1000 mg of amoxicillin, 50 mg of trazodone, and 1200 – 1800 mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775414

**Study D1447C00127**     **Patient E0055040   quetiapine 100 mg**          **Withdrawal AE:**
**Fatigue**
**(MedDRA: Fatigue)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 35-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of fatigue (MedDRA: Fatigue) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 24 and the last dose of study medication was taken on Day 24.

Physical examination at screening was normal.  The patient had a history of gastroesophageal reflux disease (GERD), mitral valve prolapse, migraines, stable hypoglycemia (diet controlled), seasonal allergies, C-section in 1995, and bilateral tubal ligation in 2000.  Before entering the study, the patient had been treated with 50 mg of metoprolol succinate (TOPROL XL®, AstraZeneca), 20 mg of rabeprazole sodium (ACIPHEX®, EISAI Medical), 225 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), and 100 mg of atomoxetine (STRATTERA®, Eli Lilly).  During the study, the patient was given concomitant treatment with 50 mg of metoprolol succinate (TOPROL XL®, AstraZeneca), 20 mg of rabeprazole sodium (ACIPHEX®, EISAI Medical), 150 – 225 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), 100 mg of atomoxetine (STRATTERA®, Eli Lilly), and 225 – 450 mg of lithium, per protocol.

The investigator considered the fatigue to be related to study medication.

2742

CONFIDENTIAL
AZSER12775415

**Study D1447C00127   Patient: E0059006    quetiapine 300 mg    Withdrawal AEs: Sedation (MedDRA: Sedation) and bilateral acne (MedDRA: Acne)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 43 year-old Caucasian male patient with bipolar I disorder, most recent episode mixed. The patient had adverse events of sedation (MedDRA: Sedation) on Day 9 and bilateral acne (MedDRA: Acne) on Day 12 of the open label treatment phase that the investigator considered to be mild in intensity. At the time of the onset of the adverse events the patient was being treated with quetiapine 300 mg daily. The events persisted throughout the study and were ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse events on Day 15 and the last dose of study medication was taken on Day 14.

Physical examination at screening revealed bruises due to a motorcycle accident. The patient's relevant medical history included allergies, acid reflux, refractive error, back arthritis, high cholesterol, and insomnia. Before entering the study, the patient had been treated with 900 mg of lithium, 150 mg of venlafaxine hydrochloride (EFFEXOR™, Wyeth Pharmaceuticals, Inc.), 100 mg of trazodone hydrochloride, 20 mg of fluvastatin sodium, (LESCOL™, Novartis Pharmaceuticals), 180 mg of fexofenadine hydrochloride (ALLEGRA™, Aventis Pharmaceuticals), and 40 mg of esomeprazole magnesium (NEXIUM™, AstraZeneca). During the study, the patient was given concomitant treatment with 900 mg of lithium, per protocol, 75-150 mg of venlafaxine hydrochloride (EFFEXOR™, Wyeth Pharmaceuticals, Inc.), 20 mg of fluvastatin sodium, (LESCOL™, Novartis Pharmaceuticals), 180 mg of fexofenadine hydrochloride (ALLEGRA™, Aventis Pharmaceuticals), and 40 mg of esomeprazole magnesium (NEXIUM™, AstraZeneca).

The investigator considered the sedation and bilateral acne to be related to study medication.

CONFIDENTIAL
AZSER12775416

**Study D1447C00127**        **Patient ID: E0059008**        **quetiapine 400 mg**        **Withdrawal AEs: Akasthia (MedDRA: Akathisia)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 39 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of akasthia (MedDRA: Akathisia) on Day 15 of the Open Label Treatment Phase that the investigator considered to be severe in intensity. At the time of the onset of akasthia the patient was treated with quetiapine 400-mg daily. The event resolved on Day 25. The patient was withdrawn from the study due to the adverse event on Day 29 and the last dose of study medication was taken on Day 25.

Physical examination at screening revealed tattoos on the left breast and abdomen and upper and lower dentures. The patient's relevant surgical history included a tubal ligation in 1999. Before the entering the study, the patient had been treated with 1000-mg divalproex sodium (DEPAKOTE®, Abbott) and 25-mg quetiapine fumarate (Seroquel®.) During the study the patient was given concomitant treatment with 1000-mg divalproex sodium (DEPAKOTE®, Abbott), per protocol.

The investigator considered the akasthia to be related to study medication.

CONFIDENTIAL
AZSER12775417

| Study D1447C00127 | Patient ID: E0059018 | quetiapine 400 mg | Withdrawal AEs: Drowsiness (MedDRA: Somnolence) |

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 41 year-old black female patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 1 of the Open Label Treatment Phase that the investigator considered to be mild in intensity. At the time of the onset of drowsiness the patient was treated with quetiapine 100 mg daily. The dose of quetiapine was increased to a maximum of 400 mg daily on Day 4 of the Open Label Treatment Phase. The event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 63 and the last dose of study medication was taken on Day 62.

Physical examination at screening was normal. The patient had no relevant medical or surgical history. Before the entering the study, the patient had been treated with 200-mg bupropion (WELLBUTRIN®, GlaxoSmithKline) and 25-mg quetiapine fumarate (Seroquel®.) During the study the patient was given concomitant treatment with 100 and 200-mg bupropion (WELLBUTRIN®, GlaxoSmithKline) and 600-mg lithium, per protocol.

The investigator considered the drowsiness to be related to study medication.

2745

CONFIDENTIAL
AZSER12775418

**Study D1447C00127        Patient: E0060004        quetiapine 100 mg   Withdrawal AE:**

**Confusion (MedDRA: Confusional state)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 27 year-old Caucasian male patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of confusion (MedDRA: Confusional state) on Day 3 of the open label treatment phase that the investigator considered to be severe in intensity. At the time of the onset of confusion the patient was being treated with quetiapine 100 mg daily. The event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 9 and the last dose of study medication was taken on Day 8.

Physical examination at screening was normal. The patient's relevant medical history included myopia, seasonal allergies, tonsillitis, and first degree AV block. The patient's relevant surgical history included a tonsillectomy. Before entering the study, the patient was treated with 1000 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories) and 10 mg of loratidine (CLARITIN™, Schering-Plough Healthcare Products, Inc.). During the study, the patient was given concomitant treatment with 1000 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol, and 10 mg of loratidine (CLARITIN™, Schering-Plough Healthcare Products, Inc.).

The investigator considered the confusion to be related to study medication.

1

2746

CONFIDENTIAL
AZSER12775419

**Study D1447C00127   Patient: E0060007   Quetiapine 500 mg   Withdrawal AE: Lethargy (MedDRA: Lethargy)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 30 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of lethargy (MedDRA: Lethargy) on Day 10 of the open label treatment phase that the investigator considered to be severe in intensity. At the time of the onset of sedation the patient was receiving quetiapine 500 mg daily. The lethargy persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to adverse event on Day 61 and the last dose of study medication was taken the same day.

Physical examination at screening revealed the patient to be overweight. The patient's relevant medical history included headaches, lethargy, dry mouth, seasonal allergies, gastroesophageal reflux disease, broken ankle in 1999, plantar fasciitis, palpitations, thrombocytopenia, urinary tract infections, sinus infections, vitiligo, and asthma. Before entering the study, the patient had been treated with 1 tablet of drospirenone and ethinyl estradiol (YASMIN™, Berlex), 100 mg of quetiapine fumarate (SEROQUEL™, AstraZeneca Pharmaceuticals), 250 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), 2 mg of clonazepam, and 100 mg of sertaline hydrochloride (ZOLOFT™, Pfizer). During the study, the patient was given concomitant treatment with 1 tablet of drospirenone and ethinyl estradiol (YASMIN™, Berlex), 2 mg of clonazepam, 500 - 1000 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol, 1 tablet of naproxen sodium (ALEVE™, Bayer), 300 mg of quetiapine fumarate (SEROQUEL™, AstraZeneca Pharmaceuticals), and 50 - 100 mg of sertaline hydrochloride (ZOLOFT™, Pfizer).

The investigator considered the lethargy to be related to study medication.

1

CONFIDENTIAL
AZSER12775420

**Study D1447C00127      Patient E0061007      quetiapine 300 mg**                    **Withdrawal AE: Drowsiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 57-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 9 of open label treatment phase that was considered by the investigator to be mild in intensity. At the time of event the patient was being treated with 300-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to drowsiness on Day 28 and the last dose of study medication was taken on Day 25.

Physical examination at screening was normal. The patient had a history of abdominal hysterectomy in 1977, mitral valve prolapse, type 2 diabetes mellitus, and headaches. Before entering the study, the patient had been treated with 300 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), 1500 mg of divalproex (DEPAKOTE®, Abbott), 1 mg of lorazepam (ATIVAN®, Wyeth), 1.25 mg of conjugated estrogens (PREMARIN®, Wyeth-Ayerst), and 100 mg of quetiapine (SEROQUEL®, AstraZeneca). During the study, the patient was given concomitant treatment with 1500 mg of divalproex (DEPAKOTE®, Abbott), per protocol, 1 mg of lorazepam (ATIVAN®, Wyeth), 1.25 mg of conjugated estrogens (PREMARIN®, Wyeth-Ayerst), and 20 mg of fluoxetine (PROZAC®, Eli-Lilly).

The investigator considered the drowsiness to be related to study medication.

CONFIDENTIAL
AZSER12775421

**Study D1447C00127      Patient E0061020   quetiapine 700 mg**                    **Withdrawal AE: Worsening of back pain (MedDRA: Back Pain)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 49-year-old Black man with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of worsening of back pain (MedDRA: Back Pain) on Day 181 of the randomized treatment phase that was considered by the investigator to be severe in intensity. At the time of the event the patient was being treated with 700-mg blinded study medication vs placebo. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 182 of the randomized treatment phase and the last dose of study medication was taken on Day 181 of the randomized treatment phase.

Physical examination at screening revealed arthritis in the knees. The patient had a history of rheumatoid arthritis, poor dental hygiene, hypertension, back pain, and knee surgery. Before entering the study, the patient had been treated with 100 mg of quetiapine (SEROQUEL®, AstraZeneca), and an unknown amount of labetalol. During the study, the patient was given concomitant treatment with an unknown amount of labetalol, and 900 mg of lithium, per protocol.

The investigator considered the increased back pain to be not related to study medication.

CONFIDENTIAL
AZSER12775422

**Study D1447C00127      Patient E0062003      quetiapine 500 mg      Withdrawal AE: Right and left leg pain (EPS symptoms) (MedDRA: Extrapyramidal Disorder )**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 31-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of right and left leg pain (EPS symptoms) (MedDRA: Extrapyramidal Disorder) on Day 7 of open label treatment phase that resolved on Day 129 and was considered by the investigator to be mild in intensity.  At the time of event the patient was being treated with 300-mg quetiapine.  On Day 130 the investigator considered leg pain to be moderate in intensity, and the patient was being treated with 500-mg quetiapine. The adverse event resolved on Day 173 of study treatment.  The patient was withdrawn from the study due to right and left leg pain (EPS symptoms) on Day 185 and the last dose of study medication was taken on Day 172.

Physical examination at screening was normal.  The patient had a history of anemia in 1985, sinus pressure and occasional headaches in 2004, and depression.  Before entering the study, the patient had been treated with 1 injection every 3 months of medroxyprogesterone acetate (DEPO-PROVERA®, Pfizer), 50 – 100 mg of sertraline (ZOLOFT®, Pfizer), 400 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), 2 tablets of acetaminophen (TYLENOL SINUS®, McNeil), and 600 mg of lithium.  During the study, the patient was given concomitant treatment with 1 injection every 3 months of medroxyprogesterone acetate (DEPO-PROVERA®, Pfizer), 400 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), 2 tablets of acetaminophen (TYLENOL SINUS®, McNeil), 600 – 1200 mg of lithium, per protocol, 20 mg of oxycodone, 10 mg of cyclobenzapine HCl (FLEXERIL®, Merck), and 2 mg of benztropine (COGENTIN®, Merck).

The investigator considered the leg pain to be related to study medication.

CONFIDENTIAL
AZSER12775423

**Study D1447C00127          Patient E0062004      quetiapine 100 mg          Withdrawal AE: Sleepiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 37-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of sleepiness (MedDRA: Somnolence) on Day 3 of the open label treatment phase that was considered by the investigator to be severe in intensity. At the time of the event the patient was being treated with 100-mg quetiapine. The adverse event resolved on Day 14. The patient was withdrawn from the study due to sleepiness on Day 15 and the last dose of study medication was taken on Day 14.

Physical examination at screening was normal. The patient had a history of hysterectomy, acid reflux, recurrent rectal bleeding, recurrent bronchitis, and allergies to morphine, sulfa, and DEMEROL, Sanofi-Synthelabo (meperidine hydrochloride). Before entering the study, the patient had been treated with 100 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), unknown dose of conjugated estrogens (PREMARIN®, Wyeth-Ayerst), 1000 mg of calcium, and 600 mg of lithium. During the study, the patient was given concomitant treatment with 1000 mg of calcium, 600 mg of lithium, per protocol, 50 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), 650 mg of acetaminophen (TYLENOL®, McNeil), and 50 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline).

The investigator considered the sleepiness to be related to study medication.

CONFIDENTIAL
AZSER12775424

**Study D1447C00127**      **Patient E0062007**      **quetiapine 500 mg**      **Withdrawal AEs:**
**Hair loss**
**(MedDRA: Alopecia)**
**Low energy**
**(MedDRA: Asthenia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of hair loss (MedDRA: Alopecia) on Day 94 of the randomized treatment phase that was considered by the investigator to be mild in intensity.  The patient had an initial adverse event of low energy (MedDRA: Asthenia) on Day 49 of the randomized treatment phase that was considered by the investigator to be mild in intensity.  This event resolved on Day 128 of the randomized treatment phase.  The patient then had another adverse event of low energy (MedDRA: Asthenia) on Day 180 of the randomized treatment phase that was considered by the investigator to be mild in intensity.  At the time of the events the patient was being treated with blinded 500-mg study medication vs placebo.  The adverse events were ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 225 and the last dose of study medication was taken on Day 224 of the randomized treatment phase.

Physical examination at screening was normal.  The patient did not have any relevant medical history.  Before entering the study, the patient had been treated with 900 mg of lithium and 900 mg of gabapentin (NEURONTIN®, Pfizer).  During the study, the patient was given concomitant treatment with 300 – 600 mg of gabapentin (NEURONTIN®, Pfizer), 650 mg of acetaminophen (TYLENOL®, McNeil), 975 mg of aspirin, 75 mg of ranitidine hydrochloride effervescent (ZANTAC®, GlaxoSmithKline), 20 mg of esomeprazole magnesium (NEXIUM®, AstraZeneca), 900 – 1350 mg of lithium carbonate (ESKALITH CR®, GlaxoSmithKline), per protocol, and 900 mg of lithium, per protocol.

The investigator considered the adverse events of hair loss and low energy to be related to study medication.

CONFIDENTIAL
AZSER12775425

**Study D1447C00127**       **Patient E0062010**       **quetiapine 300 mg**       **Withdrawal AE:
                                                                                    Increased itching
                                                                                    (MedDRA: Pruritus)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 45-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode depressed.  The patient had an adverse event of increased itching
(MedDRA: Pruritus) on Day 4 of open label treatment phase that was considered by the
investigator to be moderate in intensity.  At the time of event the patient was being treated
with 300-mg quetiapine.  The adverse event resolved on Day 13.  The patient was withdrawn
from the study due to increased itching on Day 18 and the last dose of study medication was
taken on Day 13.

Physical examination at screening was normal.  The patient had a history of hysterectomy,
hypercholesterolemia, and generalized itching.  Before entering the study, the patient had been
treated with 1000 mg of divalproex (DEPAKOTE ER®, Abbott), 100 – 200 mg of quetiapine
(SEROQUEL®, AstraZeneca), and 500 mg of niacin (NIASPAN®, Oryx Pharma).  During the
study, the patient was given concomitant treatment with 1000 mg of divalproex
(DEPAKOTE ER®, Abbott), per protocol, 500 mg of niacin (NIASPAN®, Oryx Pharma), and
25 mg of diphenhydramine hydrochloride (BENADRYL®, Warner-Lambert).

The investigator considered the increased itching to be related to study medication.

CONFIDENTIAL
AZSER12775426

**Study D1447C00127**     **Patient E0062013   quetiapine 400 mg**                    **Withdrawal AEs:**
                                                                                            **Increased sedation**
                                                                                            **(MedDRA: Sedation)**
                                                                                            **Orthostatic hypotension**
                                                                                            **(MedDRA: Orthostatic Hypotension)**
                                                                                            **Leg pain**
                                                                                            **(MedDRA: Leg Pain)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 62-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had initial adverse events of increased sedation on Day 2 and orthostatic hypotension on Day 11 of the open label treatment phase that were considered by the investigator to be mild in intensity.  The patient then had adverse events of increased sedation (MedDRA: Sedation) and orthostatic hypotension (MedDRA: Orthostatic Hypotension) on Day 35 of the open label treatment phase that were considered by the investigator to be mild in intensity.  The patient also had an adverse event of leg pain (MedDRA: Pain in Extremity) on Day 41 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the events leading to discontinuation, the patient was being treated with 400-mg quetiapine.  The adverse events of increased sedation and orthostatic hypotension were resolved on Day 72 of study treatment.  The adverse event of leg pain was resolved on Day 73 of study treatment.  The patient was withdrawn from the study on Day 99 and the last dose of study medication was taken on Day 71.

Physical examination at screening was normal.  The patient had a history of hypertension, skin cancer, emphysema, congenital heart disease, concussion, insomnia, skin cancer removed from left arm and leg in 2004, and skull reconstruction and plates in 1998.  Before entering the study, the patient had been treated with 81 mg of aspirin, 300 mg of vitamin B complex, and 1000 mg of vitamin E.  During the study, the patient was given concomitant treatment with 81 mg of aspirin, 300 mg of vitamin B complex, 1000 mg of vitamin E, 2 puffs of albuterol, 81 mg of baby aspirin, and 600 – 900 mg of lithium, per protocol.

The investigator considered the adverse events of increased sedation, orthostatic hypotension, and leg pain to be related to study medication.

2754

CONFIDENTIAL
AZSER12775427

**Table 1**      **Blood Pressure and Heart Rate**

| Study day | Dose (mg/day) | Supine BP (mmHg) | Supine HR (bpm) | Standing BP (mmHg) | Standing HR (bpm) |
|---|---|---|---|---|---|
| Enrollment | Not applicable | 130/88 | 72 | 126/88 | 68 |
| Day 8 | 200 | 120/88 | 96 | 128/80 | 88 |
| Day 17 | 400 | 114/78 | 60 | 102/70 | 72 |
| Day 74 | Not applicable | 138/90 | 80 | 128/82 | 72 |

CONFIDENTIAL
AZSER12775428

**Study D1447C00127      Patient E0062015   quetiapine 100 mg**                    **Withdrawal AE:**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 46-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 100-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 76 and the last dose of study medication was taken on Day 76.

Physical examination at screening was normal. During the study, the patient was given concomitant treatment with 750 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

2756

CONFIDENTIAL
AZSER12775429

**Study D1447C00127        Patient E0064001        quetiapine 100 mg        Withdrawal AEs:**
**Confusion**
**(MedDRA: Confusional State)**
**Dry mouth**
**(MedDRA: Dry mouth)**
**Palpitations**
**(MedDRA: Palpitations)**
**Hyperventilation**
**(MedDRA: Hyperventilation)**
**Dry skin**
**(MedDRA: Dry Skin)**
**Sinus pressure**
**(MedDRA: Sinus Headache)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 41-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic. The patient had an adverse event of palpitations (MedDRA: Palpitations) on Day 1 of open label treatment phase that was considered by the investigator to be mild in intensity. The patient had hyperventilation (MedDRA: Hyperventilation), and sinus pressure (MedDRA: Sinus Headeache) on Day 1 that was considered by the investigator to be moderate in intensity. On the same day, the patient had confusion (MedDRA: Confusional State), dry mouth (MedDRA: Dry Mouth), and dry skin (MedDRA: Dry Skin) that was considered by the investigator to be severe in intensity. At the time of events the patient was being treated with 100-mg quetiapine. The adverse events resolved on Day 3. The patient was withdrawn from the study due to the adverse events on Day 12 and the last dose of study medication was taken on Day 2.

Physical examination at screening was normal. The patient had a history of muscle ache due to fall. Before entering the study, the patient had been treated with 1 tablet of oxycodone (ENDOCET®, Endo Pharmaceuticals), and with unknown doses of aminoacids, multivitamin, and creatine. During the study, the patient was given concomitant treatment with unknown doses of aminoacids, multivitamin, and creatine, 800 mg of ibuprofen, and 250 – 500 mg of divalproex (DEPAKOTE ®, Abbott), per protocol.

The investigator considered the adverse events to be related to study medication.

2757

CONFIDENTIAL
AZSER12775430

**Study D1447C00127**        **Patient E0064008   quetiapine 400 mg**                **Withdrawal AE:**
                                                                                **Lip smacking**
                                                                **(MedDRA: Tardive Dyskinesia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 32-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of lip smacking (MedDRA: Tardive Dyskinesia) on Day 146 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 167 and the last dose of study medication was taken on Day 166.

Physical examination at screening was normal.  The patient had a history of deviated septum, and surgery on the deviated septum.  Before entering the study, the patient had been treated with 300 mg of nefazodone (SERZONE®, Bristol-Myers Squibb), 900 mg of lithium, 200 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), 5 mg of olanzapine (ZYPREXA®, Eli Lilly), and 100 mg of quetiapine (SEROQUEL®, AstraZeneca).  During the study, the patient was given concomitant treatment with 8 tablets of colon cleanse, and 250 – 500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the lip smacking to be related to study medication.

2758

CONFIDENTIAL
AZSER12775431

**Study D1447C00127          Patient E0064014          quetiapine 100 mg          Withdrawal AE: Sluggishness (MedDRA: Sluggishness)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 32-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of sluggishness (MedDRA: Sluggishness) on Day 1 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 161 and the last dose of study medication was taken on Day 160.

Physical examination at screening was normal.  The patient had a history of a surface wound from a bullet shot in the abdominal area.  Before entering the study, the patient had been treated with 1 tablet of multivitamin (CENTRUM®, Wyeth-Ayerst) and an unknown amount of olanzapine (ZYPREXA®, Eli Lilly).  During the study, the patient was given concomitant treatment with 1 tablet of vitamin C, 1 tablet of multivitamin (CENTRUM®, Wyeth-Ayerst), and 250 – 750 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the sluggishness to be related to study medication.

2759

CONFIDENTIAL
AZSER12775432

**Study D1447C00127      Patient E0064024      quetiapine 100 mg      Withdrawal AE: Diziness (MedDRA: Diziness)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 33-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of dizziness (MedDRA: Dizziness) on Day 3 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event was resolved on Day 5 of study treatment.  The patient was withdrawn from the study on Day 8 and the last dose of study medication was taken on Day 3.

Physical examination at screening was normal.  The patient did not have any relevant medical history.  The patient was not treated with any medication on entry or during the study.

The investigator considered the dizziness to be related to study medication.

CONFIDENTIAL
AZSER12775433

**Study D1447C00127       Patient E0064033       quetiapine 0 mg       Withdrawal AE: Fatigue (MedDRA: Fatigue)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 32-year-old Hispanic man with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of fatigue (MedDRA: Fatigue), which began during the enrollment period, 11 days before the open label treatment phase began. The event was considered by the investigator to be severe in intensity. At the time the event began, the patient was not being treated with quetiapine. The patient began open label study medication 11 days after the event began. The adverse event resolved on Day 28 of the open label treatment period. The patient was withdrawn from the study due to fatigue on Day 43 and the last dose of study medication was taken on Day 25.

Physical examination at screening was normal. Before entering the study, the patient had been treated with  300 – 600 mg of lithium. During the study, the patient was given concomitant treatment with 600 mg of lithium, per protocol.

The investigator considered the severe fatigue to be related to study medication.

CONFIDENTIAL
AZSER12775434

**Study D1447C00127**      **Patient E0064037   quetiapine 300 mg**      **Withdrawal AE:**
**Type II Diabetes**
**(MedDRA: Diabetes mellitus non-insulin-dependent)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 39-year-old black woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of type II diabetes (MedDRA: Diabetes mellitus non-insulin-dependent) on Day 168 of the open label treatment that was considered by the investigator to be severe intensity.  At the time of the event the patient was being treated with 300-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 211 and the last dose of study medication was taken on Day 205.

Physical examination at screening was normal.  The patient had a history of hypertension, asthma, thyroid deficiency, and a cesarean section.  Before entering the study, the patient had been treated with 50/12.5 mg of losartan potassium-hydrochlorothiazide (HYZAAR®, Merck), 1 puff of albuterol, and 50 mcg of levothyroxine.  During the study, the patient was given concomitant treatment with 50/12.5 – 100/50 mg of losartan potassium-hydrochlorothiazide (HYZAAR®, Merck), 1 puff of albuterol, 50 mcg of levothyroxine, and 1,000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the type II diabetes to be related to study medication.

CONFIDENTIAL
AZSER12775435

**Study D1447C00127   Patient: E0066001      quetiapine 200 mg   Withdrawal AE:**

**Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 23 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 17 of the open label treatment phase that the investigator considered to be severe in intensity.  At the time of the onset of the sedation the patient was being treated with quetiapine 200 mg daily.  The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event Day 23 and the last dose of study medication was taken the same day.

The physical examination at screening revealed obesity.  The patient's relevant medical history included left shoulder pain, fracture of left clavicle, a stomach ulcer, intermittent headaches, and allergies to peaches and pears.  Before entering the study the patient was treated with 1000 mg of acetaminophen (TYLENOL®, McNeil, PPC) and 600 mg of ibuprofen (MOTRIN®, McNeil, PPC).  During the study, the patient was given concomitant treatment with 500 – 1000 mg of divalproex sodium (DEPAKOTE®, Abbott Laboratories), per protocol, 1000 mg of acetaminophen (TYLENOL®, McNeil, PPC), and 600 mg of ibuprofen (MOTRIN®, McNeil, PPC).

The investigator considered the sedation to be related to study medication.

1

CONFIDENTIAL
AZSER12775436

**Study D1447C00127   Patient: E0066005        quetiapine 100 mg        Withdrawal AEs: Sedation (MedDRA: Sedation) and Dizziness (MedDRA: Dizziness)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 33 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had adverse events of sedation (MedDRA: Sedation) on Day 1 and dizziness (MedDRA: Dizziness) on Day 6 of the open label treatment phase. The investigator considered the sedation to be severe in intensity and the dizziness to be moderate in intensity. At the time of the onset of the sedation the patient was being treated with quetiapine 100 mg daily. At the time of the onset of the dizziness the patient was being treated with quetiapine 200 mg daily. The adverse events resolved on Day 10. The patient was withdrawn from the study due to the adverse events on Day 14 and the last dose of study medication was taken on Day 9.

Physical examination at screening was normal. The patient's relevant medical history included occasional headaches and occasional migraines. The patient's relevant surgical history included an appendectomy and knee surgery. Before entering the study, the patient was treated with 2 tablets of acetaminophen/isometheptene/dichloralphenazone (MIDRIN®, Women First) and 600 mg of ibuprofen (ADVIL®, Wyeth Pharmaceuticals, Inc.). During the study, the patient was given concomitant treatment with 2 tablets of acetaminophen/isometheptene/dichloralphenazone (MIDRIN®, Women First), 600 mg of ibuprofen (ADVIL®, Wyeth Pharmaceuticals, Inc.) and 500 - 1000-mg of divalproex sodium (DEPAKOTE®, Abbott Laboratories), per protocol.

The investigator considered the sedation and dizziness to be related to study medication.

CONFIDENTIAL
AZSER12775437

**Study D1447C00127**     **Patient E0066006**     **quetiapine 100 mg**     **Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 37-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of event the patient was being treated with 100-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to sedation on Day 113 and the last dose of study medication was taken on the same day.

Physical examination at screening was normal.  Before entering the study, the patient had been treated with 1 tablet of ethinyl estradiol (CYCLESSA®, Organon).  During the study, the patient was given concomitant treatment with 1000 mg of divalproex (DEPAKOTE ®, Abbott), per protocol, and 1 tablet of ethinyl estradiol (CYCLESSA®, Organon).

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775438

**Study D1447C00127          Patient E0066008          quetiapine 100 mg          Withdrawal AEs: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 44-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of event the patient was being treated with 100-mg quetiapine. The adverse event resolved on Day 90. The patient was withdrawn from the study due to sedation on Day 92 and the last dose of study medication was taken on Day 89.

Physical examination at screening revealed yellow drainage of left ear. The patient had a history of decreased bilateral hearing, asthma, heartburn, intermittent headaches, cocaine, and alcohol abuse, allergy to VICODIN®, 3M (acetaminophen and hydrocodone), and surgeries for mastoidectomy and facial laceration suture. Before entering the study, the patient had been treated with 180 mcg of albuterol. During the study, the patient was given concomitant treatment with 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol, and 180 mcg of albuterol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775439

**Study D1447C00127       Patient E0066011 quetiapine 100 mg        Withdrawal AEs:**
**Sedation**
**(MedDRA: Sedation)**
**Weakness (generalized)**
**(MedDRA: Asthenia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation. It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 58-year-old Hispanic man with a diagnosis of bipolar I disorder,
most recent episode mixed. The patient had adverse events of sedation (MedDRA: Sedation)
and weakness (generalized) (MedDRA: Asthenia) on Day 3 of the open label treatment phase
that were considered by the investigator to be moderate in intensity. At the time of the adverse
events the patient was being treated with 100-mg quetiapine. The sedation and weakness
resolved on Day 5 of study treatment. The patient was withdrawn from the study due to
sedation and somnolence on Day 8, and the last dose of study medication was taken on the
Day 5.

Physical examination at screening revealed obesity and a healed scar on the abdomen. The
patient had a history of hypertension, diabetes mellitus, hypercholesterolemia,
hypothyroidism, stomach ulcer, renal cancer, and a nephrectomy. Before entering the study,
the patient had been treated with 20 mg of glipizide, 300 mg of venlafaxine (EFFEXOR XR®,
Wyeth-Ayerst), 60 mg of duloxetine HCl (CYMBALTA®, Eli Lilly), 75 mg of levothyroxine
(LEVOTHROID®, Forest), 20 mg of lisinopril, and 40 mg of atorvastatin (LIPITOR®, Pfizer).
During the study, the patient was given concomitant treatment with 20 mg of glipizide,
300 mg of venlafaxine (EFFEXOR XR®, Wyeth-Ayerst), 60 mg of duloxetine HCl
(CYMBALTA®, Eli Lilly) , 75 mg of levothyroxine (LEVOTHROID®, Forest), 20 mg of
lisinopril, 40 mg of atorvastatin (LIPITOR®, Pfizer), and 1000 mg of divalproex
(DEPAKOTE®, Abbott), per protocol.

The investigator considered the sedation and weakness to be related to study medication.

CONFIDENTIAL
AZSER12775440

**Study D1447C00127   Patient: E0067005      Quetiapine 400 mg         Withdrawal AE: Acute dystonic reaction with oculargyric symptoms (Dystonia)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns an 18 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of acute dystonic reaction with oculargyric symptoms (MedDRA: Dystonia) on Day 80 of the open label treatment phase that the investigator considered to be moderate in intensity. At the time of the onset of acute dystonic reaction with oculargyric symptoms the patient was being treated with quetiapine 400 mg daily. The event resolved on Day 91. The patient was withdrawn from the study due to the adverse event on Day 106 and the last dose of study medication was taken on Day 91.

Physical examination at screening revealed a pierced nose, psoriasis, and pityriasis rosea. The patient's relevant medical history included seasonal allergies, a heart murmur, heartburn, frequent urinary tract infections, sinus headaches, migraine headaches, stress headaches, atypical pityriasis rosea, and a persistent rash. Before entering the study, the patient had been treated with 1000 mg of acetaminophen (TYLENOL™, McNeil, PPC). During the study, the patient was given concomitant treatment with 1000 mg of acetaminophen (TYLENOL™, McNeil, PPC), 500 – 1000 mg of divalproex sodium (DEPAKOTE ER™, Abbott Laboratories), per protocol, and 4 puffs of fluticasone propionate (FLONASE™, GlaxoSmithKline).

The investigator considered the acute dystonic reaction with oculargyric symptoms to be related to study medication.

1

2768

CONFIDENTIAL
AZSER12775441

**Study D1447C00127       Patient E0067029   quetiapine 700 mg                 Withdrawal AE:**
**Akathesia**
**(MedDRA: Akathisia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation.  It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 48-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode depressed.  The patient had an adverse event of akathesia (MedDRA:
Akathisia) on Day 10 of the open label treatment phase that was considered by the investigator
to be moderate in intensity.  At the time of the event the patient was being treated with
700-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient
was withdrawn from the study due to akathesia on Day 23 and the last dose of study
medication was taken on Day 22.

Physical examination at screening revealed I/V systolic ejection murmur, probably mitral
valve prolapse.  The patient had a history of tubal ligation, seasonal allergies, heart murmur,
elevated cholesterol, irritable bowel syndrome, urinary tract infection, breast fibrocystic cyst,
painful menstrual period, headaches due to stress, migraine, and sinus, fibromyalgia, ruptured
disc neck, probable mitral valve prolapse, akathesia, and pancreatitis.  Before entering the
study, the patient had been treated with 900 mg of lithium (ESKALITH®, GlaxoSmithKline),
100 – 600 mg of quetiapine (SEROQUEL®, AstraZeneca), 0.5 mg of alprazolam (XANAX®,
Pharmacia), 300 mg of gabapentin (NEURONTIN®, Pfizer), 300 mg of bupropion
(WELLBUTRIN®, GlaxoSmithKline), 10 mg of zolpidem (AMBIEN®, Novartis), 25 mg of
diphenhydramine (BENADRYL®, Warner-Lambert), 800 mg of ibuprofen, 1 packet of
powder containing aspirin, salicylamide, and caffeine (BC® POWDER, GlaxoSmithKline),
400 mg of metaxalone (SKELAXIN®, Jones Pharma), 180 mg of fexofenadine plus
pseudoephedrine (ALLEGRA®, Aventis), and 1 mg of benztropine (COGENTIN®, Merck).
During the study, the patient was given concomitant treatment with 180 mg of fexofenadine
plus pseudoephedrine (ALLEGRA®, Aventis), 4 mg benztropine (COGENTIN®, Merck),
1350 mg of lithium (ESKALITH CR®, GlaxoSmithKline), per protocol, and 50 mg of
levothyroxine (SYNTHROID®, Knoll).

The investigator considered the akathesia to be related to study medication.

2769

CONFIDENTIAL
AZSER12775442

**Study D1447C00127**      **Patient E0067030**      **quetiapine  200 mg**      **Withdrawal AE:**
**Cognitive Problems**
**(MedDRA: Cognitive Disorder)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 51-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of cognitive problems (MedDRA: Cognitive Disorder) on Day 9 of the open-label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 200 mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 16 of the open-label treatment phase and the last dose of study medication was taken on Day 15 of the open-label treatment phase.

Physical examination at screening was normal.  The patient had a history of seasonal allergies, hyperthyroidism, sedation, muscle twitching, insomnia, back pain, tremors and trapped nerve surgery on the right elbow.  Before entering the study, the patient had been treated with 2 puffs each nostril daily of fluticasone (FLONASE, GlaxoSmithKline), 225 mg daily of venlafaxine (Effexor XR, Wyeth) decreased to 150 mg daily, decreased to 112.5 mg daily and decreased to 37.5 mg daily, 900 mg daily of lithium increased to 1125 mg daily, 10 mg daily of zolpidem (AMBIEN®, Novartis), and 50 – 500 mg of quetiapine daily (Seroquel, AstraZeneca).  During the study, the patient was given concomitant treatment with fluticasone (FLONASE, GlaxoSmithKline), 675 mg of lithium daily increased to 900 mg daily and then decreased to 450 mg daily.

The investigator considered the adverse event to be related to study medication.

CONFIDENTIAL
AZSER12775443

**Study D1447C00127      Patient E0067038      quetiapine 800 mg**

**Withdrawal AEs:
Vomiting
(MedDRA: Vomiting)
Nausea
(MedDRA: Nausea)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 24-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of vomiting (MedDRA: Vomiting) and nausea (MedDRA: Nausea) on Day 114 of the open label treatment phase.  The adverse event of vomiting was considered by the investigator to be severe in intensity, and the nausea was considered to be moderate in intensity.  At the time of the events the patient was being treated with 800-mg quetiapine.  The adverse events were resolved on Day 118 of study treatment.  The patient was withdrawn from the study on Day 128 and the last dose of study medication was taken on Day 118.

Physical examination at screening revealed bilateral ear rings, a shaved head, the left lower leg was in a cast, and mild pain with range of motion of the left upper extremity.  The patient had a history of heartburn, hiatal hernia, stress headaches, migraine headaches, neck pain, a cyst on the back, left knee pain, left shoulder separated, insomnia, left shoulder pain, broken ribs, hernia inguinal, back pain, hernia surgery (hiatal), and tonsilectomy.  Before entering the study, the patient had been treated with 150 mg of amitriptyline, 3 tablets of hydrocodone (LORTAB®, UCB), 600 mg of etodolac (LODINE®, Wyeth-Ayerst), and 500 mg of indomethacin (INDOCIN®, Merck).  During the study, the patient was given concomitant treatment with 650 mg of acetaminophen (TYLENOL®, McNeil), 1000 mg of glucosamine sulfate, 1 qd of calamine lotion, and 600 – 1200 mg of lithium (LITHOBID®, JDS), per protocol.

The investigator considered the vomiting and nausea to be related to study medication.

CONFIDENTIAL
AZSER12775444

**Study D1447C00127     Patient E0068001 quetiapine 400 mg        Withdrawal AE:**
**Weight gain**
**(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 23-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of weight gain (MedDRA: Weight Increased) during the enrollment phase that was considered by the investigator to be mild in intensity. At the time the adverse event began, the patient was being treated with 400-mg commercial quetiapine. The patient began open label treatment 14 days after the adverse event began.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to weight gain on Day 71 of the open label treatment phase. Additional study medication was dispensed on this day in order for patient to taper off study medication and the last dose was taken on the Day 86.

Physical examination at screening revealed non-nodular and enlarged thyroid, muffled heart sound, and dilated loop of bowel with possible enlarged spleen.  The patient had a history of acid reflux, ovarian cancer, and surgeries for ovarian cyst removal, three C sections, an appendectomy, tonsillectomy, and knee surgery.  Before entering the study, the patient had been treated with 400 mg of quetiapine (SEROQUEL®, AstraZeneca), 600 mg of lithium (ESKALITH®, GlaxoSmithKline), and 0.5 – 1 mg of clonazepam.  During the study, the patient was given concomitant treatment with 600 mg of lithium (ESKALITH®, GlaxoSmithKline), per protocol, 0.5 – 1 mg of clonazepam, 750 mg of methocarbamol, and 2 tablets of hydrocodone.

The investigator considered the weight gain to be not related to study medication.

**Table 1          Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 53.1 |

CONFIDENTIAL
AZSER12775445

**Study D1447C00127**         **Patient E0068003 quetiapine 800 mg**         **Withdrawal AE: Weight gain (MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 29-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic. The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 137 of the open label treatment phase that was considered by the investigator to be mild in intensity. At the time of the adverse event the patient was being treated with 800-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to weight gain on Day 149, and the last dose of study medication was taken on the same day.

Physical examination at screening was normal. The patient had a history of migraine headache and appendectomy. Before entering the study, the patient had been treated with 100 mg of butalbital (FIORICET®, Watson Pharmaceuticals) and 900 mg of lithium (ESKALITH®, GlaxoSmithKline). During the study, the patient was given concomitant treatment with    900 – 1200 mg of lithium (ESKALITH®, GlaxoSmithKline), per protocol, 0.5 – 2 mg of lorazepam, and 10 – 20 mg of zolpidem.

The investigator considered the weight gain to be not related to study medication.

**Table 1**         **Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|-----------|---------------|-------------|
| Enrollment | Not applicable | 78.3 |
| Day 11 | 700 | 79.2 |
| Day 18 | 600 | 79.2 |
| Day 112 | 800 | 86.4 |
| Day 144 | 800 | 86.4 |

CONFIDENTIAL
AZSER12775446

**Study D1447C00127      Patient E0068010    quetiapine   200 mg          Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 43-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 8 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the adverse event the patient was being treated with 200-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to sedation on Day 66, and the last dose of study medication was taken on Day 61.

Physical examination at screening was normal.  The patient had a history of gout, hypothyroidism, head concussion resulting in loss of consciousness in 1989, and orthoscopic knee surgery in 2002.  Before entering the study, the patient had been treated with 300 mg of allopurinol, 50 mg of sildenafil, and 0.1 mg of levothyroxine.  During the study, the patient was given concomitant treatment with 300 mg of allopurinol, 50 mg of sildenafil, 0.1 mg of levothyroxine, 2000 – 2500 mg of valproic acid, 20 mg of amphetamine-dextroamphetamine (ADDERALL®, Shire BioChem), and 10 mg of zolpidem (AMBIEN®, Novartis).

The investigator considered the sedation to be not related to study medication.

2774

CONFIDENTIAL
AZSER12775447

**Study D1447C00127      Patient E0068013    Placebo 500mg      Withdrawal AEs:**
**Nausea**
**(MedDRA: Nausea)**
**Vomiting**
**(MedDRA: Vomiting)**
**Diarrhea**
**(MedDRA: Diarrhoea)**
**Weight loss**
**(MedDRA: Weight Decreased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 31-year-old black man with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had adverse events of nausea (MedDRA: Nausea) on Day 6 of the randomized treatment phase and vomiting (MedDRA: Vomiting), diarrhea (MedDRA: Diarrhoea), and weight loss (MedDRA: Weight Decreased) on Day 9 that were considered by the investigator to be moderate in intensity.  At the time of the adverse events the patient was being treated with 500-mg study drug vs. placebo.  The adverse events resolved on Day 11 of the randomized treatment phase.  The patient was withdrawn from the study due to nausea, vomiting, diarrhea, and weight loss on Day 49 of the randomized treatment phase, and the last dose of study medication was taken on Day 10 of the randomized treatment phase.

Physical examination at screening revealed torn ACL (anterior cruciate ligament) of the left knee.  The patient had a history of torn ACL from sports injury, nasal and sinus congestion, varicella, pneumonia, and surgery for testicular torsion repair in 1986.  Before entering the study, the patient had been treated with 400 mg of ibuprofen and 45 ml of oxymetazoline HCl (AFRIN[®], Schering).  During the study, the patient was given concomitant treatment with 400 mg of ibuprofen, 45 ml of oxymetazoline HCl (AFRIN[®], Schering), unknown dose of naproxen (ALEVE[®], Bayer), 4 tablespoons of bismuth subsalicylate (PEPTO-BISMOL[®], Procter & Gamble), and 10 mg of zolpidem (AMBIEN[®], Novartis).

The investigator considered the adverse events to be not related to study medication.

**Table 1          Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 110.7 |
| Day 74 of open label phase | 500 | 117.9 |
| Day 159 of open label | 500 | 117.0 |

2775

CONFIDENTIAL
AZSER12775448

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| phase | | |
| Day 49 of randomized treatment phase | Not applicable | 110.7 |

CONFIDENTIAL
AZSER12775449

**Study D1447C00127       Patient E0068020    quetiapine    700 mg          Withdrawal AE:**
**Inability to lose weight**
**(MedDRA: Weight Loss Poor)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 40-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of inability to lose weight (MedDRA: Weight Loss Poor) on Day 138 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the adverse event the patient was being treated with 700-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to inability to lose weight on Day 204, and the last dose of study medication was taken on Day 199.

Physical examination at screening was normal. The patient had a history of genital herpes, cervical cancer, lower back surgeries, and five laproscopic surgeries for cervical cancer. Before entering the study, the patient had been treated with 40 mg of citalopram (CELEXA®, Forest), 500 mg of acetaminophen, 4000 mg of lysine, DMS (Derma-membrane structure) cream, 1 tablet of multivitamin, and 2 tablets of calcium carbonate (TUMS®, GlaxoSmithKline) . During the study, the patient was given concomitant treatment with 40 mg of citalopram (CELEXA®, Forest), 500 mg of acetaminophen, 4000 mg of lysine, DMS cream, 10 tablespoons of bismuth subsalicylate (PEPTO-BISMOL®, Procter & Gamble), 1 tablet of multivitamin, 2 tablets of calcium carbonate (TUMS®, GlaxoSmithKline), and 500 – 1250 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the inability to lose weight to be not related to study medication.

**Table 1          Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 83.2 |
| Day 11 | 300 | 86.4 |
| Day 85 | 500 | 89.1 |
| Day 172 | 800 | 87.5 |
| Day 214 | Not applicable | 85.5 |

CONFIDENTIAL
AZSER12775450

**Study D1447C00127      Patient E0068021 quetiapine 100 mg            Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 30-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of the open label treatment phase that was considered by the investigator to be severe in intensity. At the time of the adverse event the patient was being treated with 100-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to sedation on Day 14, and the last dose of study medication was taken on the Day 4.

Physical examination at screening was normal.  The patient had a history of chronic bronchitis and an emergency C-section.  Before entering the study, the patient had been treated with 90 mg of albuterol and 40 mg of fluoxetine (PROZAC®, Eli Lilly).  During the study, the patient was given concomitant treatment with 90 mg of albuterol, 40 mg of fluoxetine (PROZAC®, Eli Lilly), and 500 – 1000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the sedation to be not related to study medication.

CONFIDENTIAL
AZSER12775451

**Study D1447C00127      Patient E0068022   quetiapine   400 mg          Withdrawal AE:**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation.  It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 46-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 15 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the adverse event the patient was being treated with 400-mg quetiapine.  The adverse event resolved on Day 65 of study treatment.  The patient was withdrawn from the study due to sedation on Day 65, and the last dose of study medication was taken on the same day.

Physical examination at screening revealed a scar on the abdomen due to previous surgery. The patient had a history of diverticulitis, migraines, and surgeries for left and right carpal tunnel, and partial colectomy due to unknown etiology in 1998.  Before entering the study, the patient had been treated with 250 mg of divalproex (DEPAKOTE ER®, Abbott) and 25 mg of pseudoephedrine (SUDAFED®, Pfizer).  During the study, the patient was given concomitant treatment with 250 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol, and 25 mg of pseudoephedrine (SUDAFED®, Pfizer).

The investigator considered the sedation to be not related to study medication.

CONFIDENTIAL
AZSER12775452

**Study D1447C00127      Patient E0068024    quetiapine   500 mg**          **Withdrawal AE:**
**Weight gain**
**(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 26-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 85 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the adverse event the patient was being treated with 500-mg quetiapine.  The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to weight gain on Day 164, and the last dose of study medication was taken on Day 146.

Physical examination at screening was normal.  The patient had a history of hyperhydrosis. Before entering the study, the patient had been treated with 300 – 600 mg of lithium.  During the study, the patient was given concomitant treatment with 600 – 1200 mg of lithium, per protocol, and 1000 mg of hydrocodone.

The investigator considered the weight gain to be related to study medication.

**Table 1          Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 81.9 |
| Day 85 | 500 | 88.2 |
| Day 164 | Not applicable | 84.5 |

CONFIDENTIAL
AZSER12775453

**Study D1447C00127        Patient E0069002        quetiapine 100 mg        Withdrawal AEs:**
**Elevated ALT**
**(MedDRA: Alanine Aminotranferase Increased)**
**Elevated AST**
**(MedDRA: Aspartate Aminotransferase Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 34-year-old Caucasian (Hispanic) man with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had adverse events of elevated ALT (MedDRA: Alanine Aminotransferase Increased), and elevated AST (MedDRA: Aspartate Aminotransferase Increased) on Day 1 of the open label treatment phase that were considered by the investigator to be mild in intensity.  At the time of the events the patient was being treated with 100-mg quetiapine.  The adverse events were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to elevated ALT and elevated AST on Day 5 and the last dose of study medication was taken on Day 4.

Physical examination at screening and medical history revealed obesity.  Before entering the study, the patient had been treated with 150 mg of venlafaxine (EFFEXOR ER®, Wyeth-Ayerst), 30 mg of olanzapine (ZYPREXA®, Eli Lilly), and unknown dose of benztropine (COGENTIN®, Merck).

The investigator considered the adverse events to be not related to study medication.

CONFIDENTIAL
AZSER12775454

**Study D1447C00127      Patient E0070011   quetiapine   400 mg**

**Withdrawal AEs:
Nausea
(MedDRA: Nausea)
Dizziness
(MedDRA: Dizziness)
Sluggishness
(MedDRA: Sluggishness)
Drowsiness
(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 32-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had adverse events of sluggishness (MedDRA: Sluggishness) and drowsiness (MedDRA: Somnolence) on Day 5 of the enrollment phase that were considered by the investigator to be moderate in intensity. At the time of these events, the patient was not taking quetiapine. The patient had adverse events of nausea (MedDRA: Nausea) and dizziness (MedDRA: Dizziness) on Day 3 of the open label treatment phase that were considered by the investigator to be moderate in intensity. At the time of the adverse events the patient was being treated with 400-mg quetiapine. The adverse events resolved on Day 6 of study treatment. The patient was withdrawn from the study due to nausea and dizziness on Day 7, and the last dose of study medication was taken on Day 5.

Physical examination at screening was normal. The patient had a history of broken right arm in 1992 and peptic ulcer in 1995. Before entering the study, the patient had been treated with 200 mg of quetiapine (SEROQUEL®, AstraZeneca). During the study, the patient was given concomitant treatment with 600 – 900 mg of lithium, per protocol.

Causality for the events of nausea, dizziness, sluggishness, and drowsiness were not recorded.

CONFIDENTIAL
AZSER12775455

**Study D1447C00127        Patient E0070012    quetiapine   0 mg        Withdrawal AE:**
**Dystonia**
**(MedDRA: Dystonia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 35-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of dystonia (MedDRA: Dystonia) during the enrollment phase that was considered by the investigator to be moderate in intensity. At the time of the adverse event the patient was not being treated with quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to dystonia on Day 8, and the last dose of study medication was taken on Day 7.

Physical examination at screening was normal. The patient had a history of intermittent back pain and surgeries for spinal fusion, hysterectomy, and laminectomy. Before entering the study, the patient had been treated with 150 mg of quetiapine (SEROQUEL®, AstraZeneca) and 1500 mg of divalproex (DEPAKOTE ER®, Abbott). During the study, the patient was given concomitant treatment with 650 mg of acetaminophen (TYLENOL®, McNeil).

The investigator considered the dystonia to be related to study medication.

CONFIDENTIAL
AZSER12775456

**Study D1447C00127**        **Patient E0070014  placebo 500 mg**        **Withdrawal AE: Fatigue (MedDRA: Fatigue)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 22-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of fatigue (MedDRA: Fatigue) on Day 134 of randomized treatment phase that was considered by the investigator to be mild in intensity. At the time of the adverse event the patient was being treated with 500-mg quetiapine.  The adverse event resolved on Day 173 of the randomized treatment phase.  The patient was withdrawn from the study due to fatigue on Day 188, and the last dose of study medication was taken on the Day 167 of the randomized treatment phase.

Physical examination at screening was normal.  The patient had no relevant medical history.  Before entering the study, the patient had been treated with 1 tablet of ethinyl estradiol/norethindrone (NORTREL®, Wyeth), 50 mg of quetiapine (SEROQUEL®, AstraZeneca), and 150 mg of sertraline (ZOLOFT®, Pfizer).  During the study, the patient was given concomitant treatment with 1 tablet of ethinyl estradiol/norethindrone (NORTREL®, Wyeth), 600 mg of lithium ER, per protocol, 1 tablet of ibuprofen/pseudoephedrine hydrochloride (ADVIL COLD & SINUS®, Wyeth-Ayerst), 1 tablet of ethinyl estradiol/norethindrone (ORTHO NOVUM®, Janssen-Ortho), and 2 g of cephalexin (KEFLEX®, Advancis).

The investigator considered the fatigue to be related to study medication.

2784

CONFIDENTIAL
AZSER12775457

**Study D1447C00127      Patient E0070015      quetiapine      400 mg      Withdrawal AEs:**
**Edema - extremities**
**(MedDRA: Oedema Peripheral)**
**Shortness of breath**
**(MedDRA: Dyspnoea)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 38-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had adverse events of edema - extremities (MedDRA: Oedema Peripheral) and shortness of breath (MedDRA: Dyspnoea) on Day 10 of the open label treatment phase.  The adverse event of shortness of breath was considered by the investigator as mild in intensity.  At the time of the adverse event the patient was being treated with 400-mg quetiapine.  The adverse events resolved on Day 14 of study treatment. The patient was withdrawn from the study due to edema and shortness of breath on Day 11, and the last dose of study medication was taken on the same day.

Physical examination at screening revealed an abdominal scar from a cholecystectomy.  The patient had a history of hysterectomy and cholecystectomy.  Before entering the study, the patient had been treated with 100 mg of quetiapine (SEROQUEL®, AstraZeneca) and 10 mg of aripiprazole (ABILIFY®, Otsuka).  During the study, the patient was given concomitant treatment with 1000 –1500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the edema and shortness of breath to be related to study medication.

2785

CONFIDENTIAL
AZSER12775458

**Study D1447C00127        Patient E0070018    quetiapine   200 mg        Withdrawal AE: Drowsiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 49-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of drowsiness (MedDRA: Somnolence) during the enrollment phase that was considered by the investigator to be severe in intensity.  At the time of the adverse event the patient was being treated with 200-mg quetiapine.  The adverse event resolved on Day 10 of study treatment.  The patient was withdrawn from the study due to drowsiness on Day 15, and the last dose of study medication was taken on Day 8.

Physical examination at screening was normal.  The patient had a history tubal ligation.  During the study, the patient was given concomitant treatment with 250 – 500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the drowsiness to be related to study medication.

2786

CONFIDENTIAL
AZSER12775459

**Study D1447C00127**       **Patient E0070037 quetiapine 300 mg**              **Withdrawal AE:**
                                                                                **Drowsiness**
                                                                    **(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 35-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 7 of open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the adverse event the patient was being treated with 300-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to drowsiness on Day 12, and the last dose of study medication was taken on the Day 11.

Physical examination at screening was normal.  The patient had no relevant medical history.  . During the study, the patient was given concomitant treatment with 250 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the drowsiness to be related to study medication.

CONFIDENTIAL
AZSER12775460

**Study D1447C00127        Patient E0071002        quetiapine 300 mg        Withdrawal AE: Somnolence (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 26-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of somnolence (MedDRA: Somnolence) on Day 15 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the adverse event the patient was being treated with 300-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to somnolence on Day 56, and the last dose of study medication was taken on the Day 15.

Physical examination at screening was normal. The patient had a history of bilateral vision impairment, genital herpes, seasonal allergies, allergy to sulfa, adhesions of large bowel, uterine prolapse, heart murmur, urinary incontinence, obesity, cervical dysplasia, endometriosis, and surgeries for tubal ligation, exploratory laparotomy, breast augmentation and removal of old implant, coneoscopy , anterior and posterior colposcopy, bladder repair, and root canal. Before entering the study, the patient had been treated with 2 mg of lorazepam (ATIVAN®, Wyeth), 50 mg of sertraline (ZOLOFT®, Pfizer), 500 mg of divalproex (DEPAKOTE ER®, Abbott), 25 mg of quetiapine (SEROQUEL®, AstraZeneca), 2000 mg of amoxicillin (AMOXIL®, GlaxoSmithKline), 500 mg of valacyclovir (VALTREX®, GlaxoSmithKline), and 15 mg of buspirone (BUSPAR®, Bristol-Myers Squibb). During the study, the patient was given concomitant treatment with 2 mg of lorazepam (ATIVAN®, Wyeth), 50 mg of sertraline (ZOLOFT®, Pfizer), 500 – 1500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol, 50 mg of meperidine (DEMEROL®, Sanofi-Synthelabo), and 500 mg of valacyclovir (VALTREX®, GlaxoSmithKline).

The investigator considered the somnolence to be related to study medication.

CONFIDENTIAL
AZSER12775461

**Study D1447C00127    Patient: E0110003        quetiapine 450mg    Withdrawal AEs: Irritability (MedDRA: Irritability), Constipation (MedDRA: Constipation), Fatigue (MedDRA: Fatigue), Dry Mouth (MedDRA: Dry Mouth), Light-Headedness (MedDRA: Dizziness)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 48 year-old Caucasian male patient with bipolar I disorder, most recent episode manic. The patient had adverse events of irritability (MedDRA: Irritability), constipation (MedDRA: Constipation), fatigue (MedDRA: Fatigue), dry mouth (MedDRA: Dry Mouth), and light-headedness (MedDRA: Dizziness) during the enrollment phase that the investigator considered to be mild in intensity. At the time of the onset of the adverse events, the patient was being treated with commercial quetiapine 450 mg daily. The adverse events resolved before the patient was withdrawn from the study. The patient was withdrawn from the study seven days after the enrollment visit and during the enrollment phase.

Physical examination at screening was normal. The patient's relevant medical history included high cholesterol, high blood pressure, gastroesophageal reflux disease, gout, and arthritis in the toes. The patient's relevant surgical history included dental surgery, a tonsillectomy, and an adenoidectomy. Before entering the study, the patient had been treated with 10 mg of ramipril (ALTACE™, Monarch Pharmaceuticals), 10 mg of atorvastatin calcium (LIPITOR™, Pfizer), 20 mg of omeprazole (LOSEC™, AstraZeneca), 200 mg of rofecoxib (VIOXX™, Merck), an unknown dose of allopurinol sodium, 5 - 15 mg of olanzapine (ZYPREXA™, Eli Lilly), 0.5 mg of clonazepam (RIVOTRIL™, Roche), 25 - 450 mg of quetiapine fumarate (SEROQUEL™, AstraZeneca), and 2250 mg of divalproex (EPIVAL™, Abbott Laboratories). During the enrollment phase, the patient had been treated with 10 mg of ramipril (ALTACE™, Monarch Pharmaceuticals), 10 mg of atorvastatin calcium (LIPITOR™, Pfizer), 20 mg of omeprazole (LOSEC™, AstraZeneca), 200 mg of rofecoxib (VIOXX™, Merck), an unknown dose of allopurinol sodium, 10 mg of olanzapine (ZYPREXA™, Eli Lilly), 0.5 mg of clonazepam (RIVOTRIL™, Roche), 450 mg of quetiapine fumarate (SEROQUEL™, AstraZeneca), and 2250 mg of divalproex (EPIVAL™, Abbott Laboratories).

The investigator considered the irritability to be unrelated to study medication and the constipation, fatigue, dry mouth, and light-headedness to be related to study medication.

1

2789

CONFIDENTIAL
AZSER12775462

**Study D1447C00127        Patient E0071006   quetiapine   800 mg          Withdrawal AEs:**
                                                                          **Agitation**
                                                              **(MedDRA: Agitation)**
                                                                             **Mania**
                                                                 **(MedDRA: Mania)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 26-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had adverse events of agitation (MedDRA: Agitation) and mania (MedDRA: Mania) on Day 24 of the open label treatment phase that were considered by the investigator to be moderate in intensity. At the time of the adverse events the patient was being treated with 800-mg quetiapine. The adverse events were ongoing at the time of withdrawal. The patient was withdrawn from the study due to agitation and mania on Day 41, and the last dose of study medication was taken on the same day.

Physical examination at screening was normal. The patient had no relevant medical history. During the study, the patient was given concomitant treatment with and 1500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the agitation and mania to be not related to study medication.

2790

CONFIDENTIAL
AZSER12775463

**Study D1447C00127   Patient: E0073004   Quetiapine 100 mg   Withdrawal AEs: Sedation (MedDRA: Sedation), Light-headedness (MedDRA: Dizziness)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 49 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed. The patient had adverse events of sedation (MedDRA: Sedation) on Day 2 and light-headedness (MedDRA: Dizziness) on Day 6 of the open label treatment phase that the investigator considered to be mild in intensity. At the time of the onset of the sedation the patient was being treated with quetiapine 100 mg daily. At the time of the onset of the light-headedness the patient was being treated with quetiapine 200 mg daily. The dose of quetiapine was increased to a maximum of 400 mg daily on Day 14. The events persisted throughout the study and were ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 21 and the last dose of study medication was taken on Day 20.

Physical examination at screening revealed a scar secondary to umbilical hernia repair. The patient's relevant medical history included urinary tract infection, muscle pain in the back, cocaine dependence, alcohol dependence, and hypertension. The patient's relevant surgical history included a tubal ligation. Before entering the study, the patient had been treated with 600 mg of ibuprofen and 300 mg of venlafaxine hydrochloride (EFFEXOR™, Wyeth Pharmaceuticals, Inc.). During the study, the patient was given concomitant treatment with 600 mg of ibuprofen and 500 – 1250 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol.

The investigator considered the sedation and light-headedness to be related to study treatment.

1

CONFIDENTIAL
AZSER12775464

**Study D1447C00127**         **Patient: E0073009**         quetiapine 0 mg Withdrawal AE:
                                                            Depression (MedDRA: Depression)

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 54 year-old Caucasian (Hispanic) male patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of depression (MedDRA: Depression) on Day 68 of the open label treatment phase that the investigator considered to be severe in intensity. At the time of the onset of depression the patient was not being treated with quetiapine. The event resolved on Day 77. The patient was withdrawn from the study on Day 88 and the last dose of study medication was taken on Day 65.

Physical examination at screening was normal. The patient's relevant medical history included asthma, an enlarged prostate, rheumatoid arthritis, and basal cell carcinoma on the lip. The patient's relevant surgical history included removal of basal cell carcinoma from the lip. Before entering the study, the patient was treated with 1000 mg of naproxen (NAPROSYN®, Roche Pharmaceuticals), 6 puffs of salbutamol and ipratropium bromide (COMBIVENT®, Boehringer Ingelheim), 5 mg of trazodone hydrochloride (TERAZOSIN®, Angelini), and 1000 mg of divalproex sodium (DEPAKOTE®™, Abbott Laboratories). During the study, the patient was given concomitant treatment with 1000 mg of naproxen (NAPROSYN®, Roche Pharmaceuticals), 6 puffs of salbutamol and ipratropium bromide (COMBIVENT®, Boehringer Ingelheim), 5 mg of trazodone hydrochloride (TERAZOSIN®, Angelini), and 1000 mg of divalproex sodium (DEPAKOTE®, Abbott Laboratories), per protocol.

The investigator considered the depression to be unrelated to study treatment.

CONFIDENTIAL
AZSER12775465

Study D1447C00127    Patient: E0073012        quetiapine 100 mg            Withdrawal
AEs: Swelling in jaw
(MedDRA: Swelling face),
Restlessness (MedDRA: Restlessness)

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 30 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of swelling in jaw (MedDRA: Swelling face) during the enrollment phase that the investigator considered to be moderate in intensity. The patient had an adverse event of restlessness (MedDRA: Restlessness) on Day 1 of the open label treatment phase that the investigator to be moderate in intensity. At the time of the onset of restlessness the patient was being treated with quetiapine 100 mg daily. The patient was dispensed study medication but instead took commercial quetiapine. The restlessness resolved on Day 4 and the swelling in jaw resolved on Day 9. The patient was withdrawn from the study due to the adverse events on Day 16.

Physical examination at screening was normal. The patient's relevant medical history included a penicillin allergy, sulfa allergy, dust allergy, pollen allergy, ulcerative colitis, and anemia. Before entering the study, the patient had been treated with 200 mg of topiramate (TOPAMAX™, Ortho-McNeil Neurologics, Inc.), 1 mg of alprazolam (XANAX™, Pfizer), clonazepam (KLONOPIN™, Roche Pharmaceuticals), gabapentin (NEURONTIN™, Pfizer), divalproex sodium (DEPAKOTE™, Abbott Laboratories), 1 tablet of norgestimate/ethinyl/estradiol (ORTHO TRI-CYCLEN™, Ortho-McNeil Pharmaceuticals, Inc.), 10 mg of zoldipem tartrate (AMBIEN™, Sanofi Aventis), 2400 mg of mesalamine (ASACOL™, Procter & Gamble Pharmaceuticals), and 600 mg of lithium. During the study, the patient was given concomitant treatment with 1 tablet of norgestimate/ethinyl/estradiol (ORTHO TRI-CYCLEN™, Ortho-McNeil Pharmaceuticals, Inc.), 10 mg of zoldipem tartrate (AMBIEN™, Sanofi Aventis), 2400 mg of mesalamine (ASACOL™, Procter & Gamble Pharmaceuticals), and 600 mg of lithium, per protocol.

The investigator considered the swelling in jaw and restlessness to be unrelated to study medication.

1

CONFIDENTIAL
AZSER12775466

**Study D1447C00127          Patient E0073014          quetiapine 100 mg**          **Withdrawal AEs:**
**Nausea**
**(MedDRA: Nausea)**
**Fatigue**
**(MedDRA: Fatigue)**
**Generalized weakness**
**(MedDRA: Asthenia)**
**Dizziness**
**(MedDRA: Dizziness)**
**Malaise**
**(MedDRA: Malaise)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 49-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had adverse events of nausea (MedDRA: Nausea) and fatigue (MedDRA: Fatigue) on Day 2 of the open label treatment phase that were considered by the investigator to be severe in intensity. The patient also had generalized weakness (MedDRA: Asthenia), dizziness (MedDRA: Dizziness), and malaise (MedDRA: Malaise) on the same day that were considered by the investigator to be moderate in intensity. At the time of the events the patient was being treated with 100-mg quetiapine. Nausea, fatigue, and dizziness resolved on Day 5. Generalized weakness and malaise resolved on Day 6. The patient was withdrawn from the study on Day 8 and the last dose of study medication was taken on the same day.

Physical examination at screening was normal. The patient had a history of headaches, osteoarthritis of the back, and degeneration of lumbar 4 and 5. Before entering the study, the patient had been treated with 600 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), 400 mg of nefazodone, 1200 mg of gabapentin (NEURONTIN®, Pfizer), and 1 tablet of multivitamin. During the study, the patient was given concomitant treatment with 600 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), 1200 mg of gabapentin (NEURONTIN®, Pfizer), 400 mg of nefazodone, and 1 tablet of multivitamin.

The investigator considered the adverse events to be related to study medication.

CONFIDENTIAL
AZSER12775467

**Study D1447C00127          Patient E0073015      quetiapine 100 mg          Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 23-year-old Caucasian (Hispanic) woman with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 100-mg quetiapine. The adverse event resolved on Day 9. The patient was withdrawn from the study on Day 8 and the last dose of study medication was taken on the same day.

Physical examination at screening was normal. The patient had a history of asthma, anemia, acne, and had lasik surgery on both eyes in 2000. Before entering the study, the patient had been treated with 5 mg of olanzapine (ZYPREXA®, Eli Lilly). During the study, the patient was given concomitant treatment with 500 mg of penicillin, and 600 mg of ibuprofen.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775468

**Study D1447C00127**      **Patient ID: E0074003**      **Quetiapine 400 mg      Withdrawal AEs: Bilateral hand tremors (MedDRA: Tremor), Bilateral upper extremity myoclonic jerk (MedDRA: Myoclonus), Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 54 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had adverse events of bilateral hand tremors (MedDRA: Tremor), bilateral upper extremity myoclonic jerk (MedDRA: Myoclonus), and sedation (MedDRA: Sedation) on Day 9 of the Open Label Treatment Phase. The investigator considered the bilateral hand tremors to be severe in intensity, and the bilateral upper extremity myoclonic jerk and sedation to be moderate in intensity. At the time of the onset of the adverse events, the patient was being treated with quetiapine 400 mg daily. The adverse events resolved on Day 13. The patient was withdrawn from the study due to the adverse events on Day 14 and the last dose of study medication was taken on Day 11.

Physical examination at screening revealed decreased muscle strength. The patient's relevant medical history included gastroesophageal reflux disorder, uterine fibroid tumors, difficulty sleeping, occasional constipation, a fractured left heel, severe menstrual cramps, tonsillitis, seasonal allergies, codeine intolerance, aspirin intolerance, myopia, headaches, hives, and right hip osteoarthritis. The patient's relevant surgical history included a tonsillectomy, laparoscopy, and left heel surgery. Before entering the study, the patient had been treated with 30 mg of lansoprazole (PREVACID®, TAP Pharmaceutical Products, Inc.), 300 mg of bupropion hydrochloride (WELLBUTRIN®, GlaxoSmithKline), 900 mg of lithium, 0.25 mg of triazolam (HALCION®, Upjohn), 1250 mg of calcium polycarbophil (FIBERCON®, Wyeth), 1 tablet of multivitamin (CENTRUM SILVER®, Wyeth), 1000 mg of acetaminophen (MAPAP®, Major Consumer Products), 75 – 100 mg of quetiapine fumarate, 400 mg of naproxen sodium (ALEVE®, Bayer), and 50 mg of diphenhydramine hydrochloride (BENADRYL®, Warner-Lambert Company). During the study, the patient was given concomitant treatment with 30 mg of lansoprazole (PREVACID®, TAP Pharmaceutical Products, Inc.), 300 mg of bupropion hydrochloride (WELLBUTRIN®, GlaxoSmithKline), 900 mg of lithium, per protocol, 1250 mg of calcium polycarbophil (FIBERCON®, Wyeth), 1 tablet of multivitamin (CENTRUM SILVER®, Wyeth), 1000 mg of acetaminophen (MAPAP®, Major Consumer Products), 400 mg of naproxen sodium (ALEVE®, Bayer), 200 mg of docusate sodium (COLACE®, Purdue Products), and 50 mg of diphenhydramine hydrochloride (BENADRYL®, Warner-Lambert Company).

The investigator considered the adverse events to be related to study medication.

CONFIDENTIAL
AZSER12775469

**Study D1447C00127      Patient E0074005 quetiapine   300 mg                Withdrawal AE: Daytime sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 45-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an initial adverse event of daytime sedation during the enrolment phase that was considered by the investigator to be moderate in intensity.  The patient then had another adverse event of daytime sedation (MedDRA: Sedation) on Day 5 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the adverse event the patient was being treated with 300-mg quetiapine.  The adverse event resolved on Day 31 of study treatment.  The patient was withdrawn from the study due to daytime sedation on Day 36, and the last dose of study medication was taken on the Day 28.

Physical examination at screening revealed sunburn across shoulders, contact dermatitis on the legs bilaterally, and a healed surgical scar on the abdomen.  The patient had a history of hypercholesterolemia, pre-atrial tachycardia, myopia, bilateral ringing in ears, lithium intolerance, blackout spell due to pre atrial tachycardia, embryonal carcinoma on left testicle and lymph nodes, benign growth on left breast, fungal infection of bilateral big toe nails, panic attacks, an orchiectomy of left testicle, retroperitoneal lymphodectomy, and benign growth removal from the left breast.  Before entering the study, the patient had been treated with 1500 mg of oxcarbazepine (TRILEPTAL®, Novartis), 10 mg of olanzapine (ZYPREXA®, Eli Lilly), 20 mg of escitalopram (LEXAPRO®, Forest), 100 mg of metoprolol (TOPROL XL®, AstraZeneca), 20 mg of atorvastatin (LIPITOR®, Pfizer), and 1 topical application of econazole cream 1% (SPECTAZOLE®, OrthoNeutrogena).  During the study, the patient was given concomitant treatment with 10 mg of olanzapine (ZYPREXA®, Eli Lilly), 20 mg of escitalopram (LEXAPRO®, Forest), 100 mg of metoprolol (TOPROL XL®, AstraZeneca), 20 mg of atorvastatin (LIPITOR®, Pfizer), 1000 – 1500 mg of divalproex (DEPAKOTE®, Abbott), and 1500 - 2000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the daytime sedation to be related to study medication.

CONFIDENTIAL
AZSER12775470

**Study D1447C00127**       **Patient E0074007 quetiapine   100 mg**       **Withdrawal AE: Drowsiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 41-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 1 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the adverse event the patient was being treated with 100-mg quetiapine.  The adverse event resolved on Day 15 of study treatment.  The patient was withdrawn from the study due to drowsiness on Day 20, and the last dose of study medication was taken on the Day 12.

Physical examination at screening revealed that the patient was overweight.  The patient had a history of a herniated disc, osteoarthritis of bilateral hands, difficulty sleeping, tea allergy, codeine intolerance, hyperopia, bilateral hearing loss, gastric ulcer, fractured right 5th finger, fractured left foot, heat stroke, and a vasectomy.  During the study, the patient was given concomitant treatment with 1500 - 2000 mg of divalproex (DEPAKOTE ER[®], Abbott), per protocol.

The investigator considered the drowsiness to be related to study medication.

CONFIDENTIAL
AZSER12775471

**Study D1447C00127**     **Patient E0074009  quetiapine  400 mg**          **Withdrawal AEs:**
**Fatigue**
**(MedDRA: Fatigue)**
**Weight gain**
**(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 44-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of fatigue (MedDRA: Fatigue) on Day 102 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  On Day 106 of the open label treatment phase the patient had weight gain (MedDRA: Weight Increased) considered by the investigator to be severe in intensity.  At the time of the adverse events the patient was being treated with 400-mg quetiapine.  The fatigue resolved on Day 118 of study treatment and the weight gain was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to fatigue and weight gain on Day 115, and the last dose of study medication was taken on Day 114.

Physical examination at screening was normal.  The patient had a history of right wrist pain, gastroesophageal reflux disease, hypertension, fungal infection of left big toe nail, spondylosis, atherosclerotic cardiovascular disease, hypertriglyceridemia, right middle finger injury, angina, astigmatism, kidney stone, fractured left wrist, fractured second, third, forth, and fingers of the left hand, difficulty sleeping, acute pharyngitis, intermittent nausea and vomiting, arachnoid cyst on the right inferior cerebellopontine angle, non-specific white matter abnormalities in cerebral hemispheres, four suicide attempts, lateral band surgery on right middle finger, cardiac catheterization, and stent placement.  Before entering the study, the patient had been treated with 75 – 150 mg of venlafaxine (EFFEXOR XR®, Wyeth-Ayerst), 2000 mg of divalproex (DEPAKOTE ER®, Abbott), 75 mg of clopidogrel (PLAVIX®, Sanofi-Synthelabo), 40 mg of simvastatin (ZOCOR®, Merck Frosst), 250 mg of terbinafine (LAMISIL, Novartis), 50 – 150 mg of metoprolol (TOPROL XL®, AstraZeneca), 1 tablet of hydrochlorothiazide (DYAZIDE®, GlaxoSmithKline), 10 mg of amlodipine (NORVASC®, Pfizer), 200 mg of celecoxib (CELEBREX®, Pfizer), 1 tablet of multivitamin, 81 mg of aspirin, 40 mg of omeprazole (ZEGERID®, Santarus), 1500 mg of divalproex (DEPAKOTE®, Abbott), 15 mg of lansoprazole (PREVACID®, Tap Pharmaceuticals), 5 mg of zolpidem (AMBIEN®, Novartis), 1 – 2 mg of lorazepam (ATIVAN®, Wyeth), 500 mg of naproxen (NAPROSYN®, Roche), 40 mg of esomeprazole (NEXIUM, AstraZeneca), 25 mg of promethazine (PHENERGAN®, Wyeth-Ayerst), 75 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), 1 tablet of acetaminophen/propoxyphene (DARVOCET N-100®, Eli Lilly), 20 – 40 mg of rabeprazole sodium (ACIPHEX®, Janssen), 250 – 500 mg of azithromycin (ZITHROMAX®, Pfizer), 600 mg of telithromycin (KETEK®, Sanofi-Aventis), 25 – 150 mg of sertraline (ZOLOFT®, Pfizer), and 1 tablespoon of chlorpheniramine/hydrocodone (TUSSIONEX®, Celltech).  During the study, the patient was given concomitant treatment with 37.5 – 225 mg of venlafaxine (EFFEXOR XR®, Wyeth-Ayerst), 2000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol, 75 mg of

CONFIDENTIAL
AZSER12775472

clopidogrel (PLAVIX®, Sanofi-Synthelabo), 40 mg of simvastatin (ZOCOR®, Merck Frosst), 250 mg of terbinafine (LAMISIL, Novartis), 50 mg of metoprolol (TOPROL XL®, AstraZeneca), 1 tablet of hydrochlorothiazide (DYAZIDE®, GlaxoSmithKline), 10 mg of amlodipine (NORVASC®, Pfizer), 200 mg of celecoxib (CELEBREX®, Pfizer), 1 tablet of multivitamin, 81 mg of aspirin, 40 mg of omeprazole (ZEGERID®, Santarus), and 200 mg of naproxen (ALEVE®, Bayer).

The investigator considered the fatigue and weight gain to be related to study medication.

**Table 1**          **Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 95.5 |
| Day 7 | 400 | 100.9 |
| Day 14 | 400 | 103.2 |
| Day 87 | 400 | 111.8 |
| Day 115 | Not applicable | 111.6 |

CONFIDENTIAL
AZSER12775473