Study D1447C00127        Patient E0074010    quetiapine   200 mg        **Withdrawal AEs:**
**Increased irritability**
**(MedDRA: Irritability)**
**Auditory hallucinations**
**(MedDRA: Hallucination, Auditory)**
**Visual hallucinations**
**(MedDRA: Hallucination, Visual)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 21-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had adverse events of increased irritability (MedDRA: Irritability) on Day 3 of the open label treatment phase, auditory hallucinations (MedDRA: Hallucination, Auditory) on Day 5, and visual hallucination (MedDRA: Hallucination, Visual) on Day 6 that were considered by the investigator to be moderate in intensity. At the time of the increased irritability the patient was being treated with 200-mg quetiapine and at the time of the hallucinations the patient was being given 300-mg quetiapine. The visual hallucinations resolved on Day 9. The increased irritability and auditory hallucinations resolved on Day 11. The patient was withdrawn from the study due to the adverse events on Day 9, and the last dose of study medication was taken on Day 8.

Physical examination at screening was normal. The patient had a history of a bone spur of the right knee, an allergy to penicillin, 20% hearing loss of the left ear, a broken right elbow, broken left ulna and radius, migraine, occasional headaches, and surgery for bone spur removal from the right knee. Before entering the study, the patient had been treated with 900 mg of oxcarbazepine (TRILEPTAL®, Novartis) and 1 tablet of multivitamin. During the study, the patient was given concomitant treatment with 300 – 900 mg of oxcarbazepine (TRILEPTAL®, Novartis), 900 mg of lithium, per protocol, and 1 tablet of multivitamin.

The investigator considered the adverse events of increased irritability, auditory hallucinations, and visual hallucinations to be related to study medication.

CONFIDENTIAL
AZSER12775474

**Study D1447C00127   Patient: E0077012   quetiapine 800 mg       Withdrawal AE:**

**Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 20 year-old Other (Mixed) race male patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that the investigator considered to be severe in intensity. At the time of the onset of sedation the patient was being treated with quetiapine 200 mg daily. The dose of quetiapine was increased to a maximum of 800 mg daily on Day 18, but subsequently decreased. The sedation persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 38 and the last dose of study medication was taken the same day.

Physical examination at screening was normal. The patient's relevant medical history included a smoker's cough, gastroesophageal reflux disease, and chronic headaches. Before entering the study, the patient was treated with 1200 mg of lithium. During the study, the patient was given concomitant treatment with 1200 – 1500 mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

1

2802

CONFIDENTIAL
AZSER12775475

Study D1447C00127   Patient: E0077014   Quetiapine 200 mg   **Withdrawal AEs: Extreme sleepiness (MedDRA: Somnolence), Loss of balance (MedDRA: Balance disorder), Dry mouth (MedDRA: Dry mouth)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 54 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed. The patient had adverse events of extreme sleepiness (MedDRA: Somnolence) and loss of balance (MedDRA: Balance disorder) on Day 2, and dry mouth (MedDRA: Dry mouth) on Day 3 of the open label treatment phase that the investigator considered to be severe in intensity. At the time of the onset of the adverse events the patient was being treated with quetiapine 200 mg daily. The dose of quetiapine was increased to a maximum of 400 mg daily on Day 6, but subsequently decreased. The events resolved on Day 11. The patient was withdrawn from the study due to the adverse events on Day 15 and the last dose of study medication was taken on Day 9.

Physical examination at screening revealed arthritis. The patient's relevant medical history included sinus problems, year round allergies, low back disc disease, and fibroids. The patient's surgical history included a hysterectomy. Before entering the study, the patient was treated with 0.625 mg of conjugated estrogen (PREMARIN™, Wyeth Pharmaceuticals, Inc.), 1 - 2 tablets of multivitamin, and 1 tablet of diphenhydramine hydrochloride (BENADRYL™, Warner-Lambert Company). During the study, the patient was given concomitant treatment with 0.625 mg of conjugated estrogen (PREMARIN™, Wyeth Pharmaceuticals, Inc.), 2 tablets of multivitamin, 1 application of tretinoin gel microsphere (RETIN-A MICRO™, Ortho-Neutrogena), 1 tablet of diphenhydramine hydrochloride (BENADRYL™, Warner-Lambert Company), 500 – 1000 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol, and 2 tablets of acetaminophen/diphenhydramine hydrochloride (TYLENOL PM™, McNeil PPC).

The investigator considered the extreme sleepiness, loss of balance, and dry mouth to be related to study medication.

1

2803

CONFIDENTIAL
AZSER12775476

Study D1447C00127   Patient: E0077019      Quietiapine 400mg      **Withdrawal AEs:**
**Restless legs (MedDRA: Restless leg syndrome),**
**Burning and tingling sensation along arms and legs**
**(MedDRA: Burning sensation), Sugar cravings**
**(MedDRA: Food craving)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 39 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of restless legs (MedDRA: Restless leg syndrome) on Day 1 of the open label treatment phase that the investigator considered to be severe in intensity. The patient had adverse events of burning and tingling sensation along arms and legs (MedDRA: Burning sensation) and sugar cravings (MedDRA: Food craving) on Day 55 of the open label treatment phase that the investigator considered to be moderate in intensity. At the time of the onset of the restless legs the patient was being treated with quetiapine 100 mg daily. At the time of the onset of the burning and tingling sensations along arms and legs and the sugar cravings, the patient was being treated with quetiapine 400 mg daily. The adverse event of restless legs resolved on Day 86. The adverse events of burning and tingling along arms and legs and the sugar cravings resolved on Day 90. The patient was withdrawn from the study due to the adverse events on Day 157 and the last dose of study medication was taken on Day 83.

Physical examination at screening was normal. The patient's relevant medical history included ulcers, endometriosis, gallbladder disease, astigmatism, asthma, osteoarthritis, allergies and pedal edema. The patient's surgical history included gallbladder removal and a hysterectomy. Before entering the study, the patient had been treated with 10 mg of montelukast (SINGULAIR™, Merck), 2 puffs of salbutamol/ipratroprium bromide (COMBIVENT™, Boehringer Ingelheim), 180 mg of fexofenadine hydrochloride (ALLEGRA™, Aventis Pharmaceuticals), 50 mg of rofecoxib (VIOXX™, Merck), 1 tablet of multivitamin, 1.25 mg of conjugated estrogen (PREMARIN™, Wyeth Pharmaceuticals, Inc.), 2.5 mg of medroxyprogesterone (PROVERA™, Pfizer), 2.5 mg of hydrochlorothiazide/triamterene (DYAZIDE™, GlaxoSmithKline), 40 mg of esomeprazole magnesium (NEXIUM™, AstraZeneca), and 4 mg of cholestyramine. During the study, the patient was given concomitant treatment with 10 mg of montelukast (SINGULAIR™, Merck), 2 puffs of salbutamol/ipratroprium bromide (COMBIVENT™, Boehringer Ingelheim), 180 mg of fexofenadine hydrochloride (ALLEGRA™, Aventis Pharmaceuticals), 50 mg of rofecoxib (VIOXX™, Merck), 1 tablet of multivitamin, 1.25 mg of conjugated estrogen (PREMARIN™, Wyeth Pharmaceuticals, Inc.), 2.5 mg of medroxyprogesterone (PROVERA™, Pfizer), 1 tablet of hydrochlorothiazide/triamterene (DYAZIDE™, GlaxoSmithKline), 40 mg of esomeprazole magnesium (NEXIUM™, AstraZeneca), 250 – 1500 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol, 600 mg of lithium (LITHOBID™, GlaxoSmithKline), per protocol, 4 mg of benztropine mesylate (CONGENTIN™, Merck), 10 mg of zoldipem tartrate (AMBIEN™, Sanofi Aventis), and 40 mg of omeprazole (PRILOSEC™, Procter & Gamble).

The investigator considered the restless legs, burning and tingling sensation along arms and legs, and sugar cravings to be related to study medication.

CONFIDENTIAL
AZSER12775477

| Study D1447C00127 | Patient ID: E0077033 | quetiapine 100 mg | Withdrawal AEs: Sedation (MedDRA: Sedation), Hallucinations (MedDRA: Hallucination), Overall Weakness (MedDRA: Asthenia), Poor Coordination (MedDRA: Coordination Abnormal), Sinus Congestion (MedDRA: Sinus Congestion) |
|---|---|---|---|

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 20 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had adverse events of sedation (MedDRA: Sedation), hallucinations (MedDRA: Hallucination), overall weakness (MedDRA: Asthenia), poor coordination (MedDRA: Coordination Abnormal), and sinus congestion (MedDRA: Sinus Congestion) on Day 1 of the Open Label Treatment Phase. The investigator considered the sedation to be severe in intensity, and the hallucinations, overall weakness, poor coordination, and sinus congestion to be moderate in intensity. At the time of the onset of the adverse events, the patient was being treated with quetiapine 100 mg daily. The adverse events resolved on Day 4. The patient was withdrawn from the study due to the adverse events on Day 8 and the last dose of study medication was taken on Day 2.

Physical examination at screening was normal. Before entering the study, the patient was not treated with any medication. During the study, the patient was given concomitant treatment with 30 mg of sennosides (EX-LAX®, Novartis AG), and 250 –750 mg of divalproex sodium (DEPAKOTE®, Abbott Laboratories), per protocol.

The investigator considered the adverse events to be related to study medication.

CONFIDENTIAL
AZSER12775478

Study D1447C00127        Patient ID: E0077046        quetiapine 100 mg        Withdrawal AEs: Drowsiness (MedDRA: Somnolence)

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 51 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 1 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of the adverse event, the patient was being treated with quetiapine 100 mg daily. The adverse event continued throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 79 and the last dose of study medication was taken the same day.

Physical examination at screening revealed a chest tattoo. The patient's relevant medical history included a mitral valve click, a dislocated right hip, shock due to mustard exposure, insomnia, and an episode of unconsciousness due to trauma. Before entering the study, the patient had been treated with 50 mg of diphenhydramine hydrochloride (BENADRYL®, Warner-Lambert Company) and 2 pills of naproxen sodium (ALEVE®, Bayer). During the study, the patient was given concomitant treatment with 600 – 1200 mg of lithium, per protocol, 2 – 4 pills of naproxen sodium (ALEVE®, Bayer), and 1 mg of benztropine mesylate (COGENTIN®, Merck).

The investigator considered the drowsiness to be related to study medication.

2806

CONFIDENTIAL
AZSER12775479

**Study D1447C00127        Patient E0077053    quetiapine   400 mg        Withdrawal AE:
Drowsiness
(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 37-year-old Caucasian man with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an initial adverse event of drowsiness on Day 1
of the open label treatment phase that was considered by the investigator to be moderate in
intensity.  At that time, the patient was being treated with 100-mg quetiapine.  The patient
then had another adverse event of drowsiness (MedDRA: Somnolence) on Day 24 of
randomized treatment phase that was considered by the investigator to be moderate in
intensity.  At the time of the adverse event the patient was being treated with 400-mg
quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was
withdrawn from the study due to drowsiness on Day 47 of the randomized treatment phase,
and the last dose of study medication was taken on Day 46 of the randomized treatment phase.

Physical examination at screening was normal.  The patient had a history of concussion after a
motorcycle accident in 1986, left plantar fasciitis since 2004, poison ivy on left forearm, and
seasonal mild allergy to pollen.  Before entering the study, the patient had been treated with
200 mg of bupropion (WELLBUTRIN SR®, GlaxoSmithKline), 750 mg of divalproex
(DEPAKOTE®, Abbott), and 1 glass of nutritional supplement (MONAVIE™).  During the
study, the patient was given concomitant treatment with 200 mg of bupropion
(WELLBUTRIN SR®, GlaxoSmithKline), 150 mg of bupropion (WELLBUTRIN XL®,
GlaxoSmithKline), 750 – 1500 mg of divalproex (DEPAKOTE®, Abbott), per protocol,
1 glass of nutritional supplement (MONAVIE™), 1 topical application of poison ivy cream
(ZANFEL™, Zanfel Laboratories), 40 mg of pseudoephedrine (SUDAFED®, Pfizer),
3 tablespoons of dextromethorphan/guaifenesin (ROBITUSSIN®, Wyeth-Ayerst), 1750 mg of
amoxicillin, 1500 mg glucosamine, and 1 pill of guaifenesin/pseudoephedrine (ENTEX LA®,
Purdue Pharma).

The investigator considered the drowsiness to be related to study medication.

CONFIDENTIAL
AZSER12775480

**Study D1447C00127      Patient E0077056   quetiapine   100 mg                Withdrawal AE: Somnolence (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 40-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of somnolence (MedDRA: Somnolence) on Day 3 of open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the adverse event the patient was being treated with 100-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to somnolence on Day 14, and the last dose of study medication was taken on the same day.

Physical examination at screening revealed obesity and minor discomfort on the right lower quadrant.  The patient had a history of sinusitis, tinnitus, pneumonia, heart murmur, kidney stones, discomfort due to dull acne on left flank, carpal tunnel syndrome, intermittent headaches, upper spine DJD (degenerative joint disease) with occasional pain, high blood pressure, and carpal tunnel syndrome surgery in 1991.  Before entering the study, the patient had been treated with 200 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline).  During the study, the patient was given concomitant treatment with 100 – 200 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), 500 – 1500 mg of divalproex (DEPAKOTE®, Abbott), per protocol, 5 mg of amlodipine (NORVASC®, Pfizer), 2 caplets of aspirin/caffeine (BAYER® Aspirin/Caffeine, Bayer), and 400 mg of ibuprofen (ADVIL®, Wyeth-Ayerst).

The investigator considered the somnolence to be related to study medication.

CONFIDENTIAL
AZSER12775481

**Study D1447C00127      Patient E0077059   quetiapine   100 mg            Withdrawal AE:**
**Restless legs (muscular unrest)**
**(MedDRA: Restless Legs Syndrome)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation.  It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 40-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of restless legs (muscular unrest) (MedDRA: Restless Legs Syndrome) on Day 3 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the adverse event the patient was being treated with 100-mg quetiapine.  The adverse event resolved on Day 42 of study treatment.  The patient was withdrawn from the study due to restless legs on Day 65, and the last dose of study medication was taken on Day 31.

Physical examination at screening revealed a tattoo on the right upper back and on the lower left leg.  The patient had a history of menstrual cramping, migraine, osteoarthristis in back due to lumbar fracture in 1985, toe nail fungus since 2003, and periods of diarrhea. The patient had surgery for tubal ligation.  Before entering the study, the patient had been treated with 100 mg of sertraline (ZOLOFT®, Pfizer) and 100 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline).  During the study, the patient was given concomitant treatment with 25 – 100 mg of sertraline (ZOLOFT®, Pfizer), 12.5 – 100 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), 1000 mg of naproxen (ALEVE®, Bayer), 600 – 900 mg of lithium (LITHOBID®, JDS), per protocol, 500 mg of hydrocodone, 1200 mg of naproxen, 10 mg of cyclobenzaprine HCl (FLEXERIL®, Alza), and 30 mg of pseudoephedrine (SUDAFED®, Pfizer).

The investigator considered the restless legs to be related to study medication.

CONFIDENTIAL
AZSER12775482

**Study D1447C00127**      **Patient E0078005**      **quetiapine 300 mg**      **Withdrawal AE: Lightheadedness (MedDRA: Dizziness)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 56-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of lightheadedness (MedDRA: Dizziness) on Day 2 of open label treatment phase that was considered by the investigator to be severe in intensity. At the time of the onset of lightheadedness, the patient was being treated with 300-mg quetiapine. The adverse event resolved on Day 6.  The patient was withdrawn from the study due to lightheadedness on Day 7 and the last dose of study medication was taken on Day 6.

Physical examination at screening was normal.  The patient had a history of hypotension, surgery for benign mass removal, uterine bleeding, and partial hysterectomy. Current medical conditions include gastroesophageal reflux disease, fybromyalgia, psoriasis, hypertension, multiple drug allergies, allergies, and chronic bronchitis.  Before entering the study, the patient had been treated with 10 mg of lisinopril, 12.5 mg of hydrochlorothiazide, 1000 mg of acetaminophen (TYLENOL®, McNeil), 20 mg of esomeprazole (NEXIUM®, AstraZeneca), 50 – 300 mg of quetiapine (SEROQUEL®, Astra Zeneca), 250 – 500  mg of divalproex (DEPAKOTE®, Abbott), 20 mg of cyclobenzaprine (FLEXERIL®, McNeil), and 50 mg of amitriptyline (ELAVIL®, Merck Sharpe & Dohme).  During the study, the patient was given concomitant treatment with 10 mg of lisinopril, 12.5 mg of hydrochlorothiazide, 1000 mg of acetaminophen (TYLENOL®, McNeil), 20 mg of esomeprazole (NEXIUM®, AstraZeneca), and 750 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the lightheadedness to be related to study medication.

CONFIDENTIAL
AZSER12775483

**Study D1447C00127        Patient E0078006   quetiapine 600 mg**        **Withdrawal AE: Weight Gain (MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 84 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 600-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 116 and the last dose of study medication was taken on Day 116.

Physical examination at screening was normal.  The patient had a history of arthritis, asthma, sinus congestion, migraines, sleepiness, dry mouth, constipation, and a tubal ligation.  Before entering the study, the patient had been treated with 20 mg of aripiprazole, 3 mg of clonazepam (KLONOPIN®, Roche), 2400 mg of ibuprofen, 1000 mg of divalproex (DEPAKOTE®, Abbott), 100 mg of trazodone, 30 cc of acetaminophen/dextromethorphan (NYQUIL®, Vicks), 2 puffs of albuterol inhaler, 2 drops of oxymetazoline, 100 mg of tramadol, and 100 – 400 mg of quetiapine (SEROQUEL®, AstraZeneca).  During the study, the patient was given concomitant treatment with 10 mg of aripiprazole, 2-3 mg of clonazepam (KLONOPIN®, Roche), 2400 mg of ibuprofen, 15 – 30 cc of acetaminophen/dextromethorphan (NYQUIL®, Vicks), 2 puffs of albuterol inhaler, 2 drops of oxymetazoline, 100 mg of tramadol, 2-3 mg of benztropine mesylate (COGENTIN®, Merck), 2 tablets of trimethoprim and sulfamethoxazole (SEPTRA®, King), 2 tablets of acetaminophen, aspirin, and caffeine (EXCEDRIN MIGRAINE®, Novartis), 10 mg of rizatriptan benzoate (MAXALT ®, Merck), 25 mg of diphenhydramine (BENDRYL®, Pfizer), 1 mg of lorazepam (ATIVAN®, Wyeth-Ayerst), 2 tablets of acetaminophen and aspirin (EXEDRIN®, Novartis), and 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1            Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 53.5 |
| Day 10 | 600 | 58.0 |
| Day 24 | 600 | 58.0 |
| Day 101 | 400 | 64.2 |
| Day 116 | Not applicable | Unknown |

CONFIDENTIAL
AZSER12775484

**Study D1447C00127      Patient E0079001      quetiapine 400 mg      Withdrawal AE: Nausea (MedDRA: Nausea)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 58-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of nausea (MedDRA: Nausea) on Day 41 of open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of event the patient was being treated with 400-mg quetiapine.  The adverse event resolved on Day 62.  The patient was withdrawn from the study due to nausea on Day 50 and the last dose of study medication was taken on Day 44.

The results of the physical examination at screening were normal.  The patient had a history of partial removal of thyroid due to a benign mass in 2003, and a stable thyroid condition of Hashimoto's Thyroiditis. Before entering the study, the patient had been treated with 1200 mg of lithium, and unknown dose of levothyroxine (LEVOTHROID®, Forest).  During the study, the patient was given concomitant treatment with 1200 mg of lithium, and unknown dose of levothyroxine (LEVOTHROID®, Forest).

The investigator considered the nausea to be related to study medication.

CONFIDENTIAL
AZSER12775485

**Study D1447C00127**    **Patient ID: E0079004**    **quetiapine 400 mg**    **Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 24 year-old Caucasian male patient with bipolar I disorder, most recent episode manic. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 65 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of the adverse event, the patient was being treated with quetiapine 400 mg daily. The adverse event resolved on Day 69. The patient was withdrawn from the study due to the adverse event on Day 84 and the last dose of study medication was taken on Day 68.

Physical examination at screening was normal. The patient's relevant medical and surgical history included a hernia repair. Before entering the study, the patient had been treated with 1250 mg divalproex sodium (DEPAKOTE®, Abbott Laboratories) and 0.125 mg of risperidone (RISPERDAL®, Janssen). During the study, the patient was given concomitant treatment with 1500 mg of divalproex sodium (DEPAKOTE®, Abbott Laboratories), per protocol.

The investigator considered the sedation to be related to study medication.

2813

CONFIDENTIAL
AZSER12775486

Study D1447C00127        Patient ID: E0079010        quetiapine 300 mg        **Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 65 year-old Caucasian male patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 11 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of the adverse event, the patient was being treated with quetiapine 300 mg daily. The adverse event resolved on Day 12. The patient was withdrawn from the study due to the adverse event on Day 14 and the last dose of study medication was taken on Day 11.

Physical examination at screening revealed partial amputation of some of the distal phalanges of the left hand. The patient's relevant medical history included dyslipidemia, benign prostatic hyperplasia, and arthritis. The patient's relevant surgical history included cystectomy and adrenal gland removal. Before entering the study, the patient had been treated with 200 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), 400 mg of bupropion hydrochloride, 10 mg of atorvastatin calcium (LIPITOR®, Pfizer), 0.04 mg of tamsulosin hydrochloride (FLOMAX, Boehringer Ingelheim), 1 tablet of multivitamin, 1000 mg of vitamin C, and 81 mg of aspirin. During the study, the patient was given concomitant treatment with 10 mg of atorvastatin calcium (LIPITOR®, Pfizer), 0.04 mg of tamsulosin hydrochloride (FLOMAX, Boehringer Ingelheim), 1 tablet of multivitamin, 1000 mg of vitamin C, 81 mg of aspirin, and 500 - 750 mg of divalproex sodium (DEPAKOTE®, Abbott Laboratories), per protocol.

The investigator considered the sedation to be related to study medication.

2814

CONFIDENTIAL
AZSER12775487

**Study D1447C00127**     **Patient ID: E0080003**     **Quetiapine 0 mg**     **Withdrawal AE: Fleeting suicidal ideation (MedDRA: Suicidal ideation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 48 year-old Caucasian male patient with bipolar I disorder, most recent episode mixed.  The patient had an adverse event of fleeting suicidal ideation (MedDRA: Suicidal ideation) on Day 119 of the Open Label Treatment Phase that the investigator considered to be mild in intensity.  At the time of the onset of the adverse event, the patient was not being treated with quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 119 and the last dose of study medication was taken on Day 118.

Physical examination at screening was normal.  The patient's relevant medical history included far-sightedness, gastroesophageal reflux disease, irritable bowel syndrome, migraine headaches, osteoarthritis, erectile dysfunction, allergic rhinitis, and tremors.  The patient's relevant surgical history included an appendectomy.  Before entering the study, the patient had been treated with 20 mg of pantoprazole sodium (PROTONIX®, Wyeth), 750 - 1500 mg of divalproex sodium (DEPAKOTE®, Abbott Laboratories), 150 mg of bupropion hydrochloride (WELLBUTRIN®, GlaxoSmithKline), 100 - 400 mg of quetiapine fumarate (SEROQUEL®, AstraZeneca), 1300 mg of acetaminophen (TYLENOL®, Ortho-McNeil), 600 mg of ibuprofen, 900 mg of lithium, 10 mg of olanzapine (ZYPREXA®, Eli Lilly), 12.5 mg of paroxetine (PAXIL®, GlaxoSmithKline), and 1 tablet of acetaminophen/hydrocodone bitartrate (LORTAB®, UCB Pharma).  During the study, the patient was given concomitant treatment with 20 mg of pantoprazole sodium (PROTONIX®, Wyeth), 1300 mg of acetaminophen (TYLENOL®, Ortho-McNeil), 600 mg of ibuprofen, 10 mg of tadalafil (CIALIS®, Lilly ICOS, LLC), 1350 - 1800 mg of lithium (ESKALITH®, GlaxoSmithKline), per protocol, 1 – 2 mg of lorazepam, and 1 tablet of pseudoephedrine hydrochloride (SUDAFED®, Pfizer).

The investigator considered the fleeting suicidal ideation to be unrelated to study medication.

CONFIDENTIAL
AZSER12775488

**Study D1447C00127      Patient E0080016   quetiapine  800 mg        Withdrawal AE:**
**Elevated triglycerides**
**(MedDRA: Blood Triglycerides Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 45-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of elevated triglycerides (MedDRA: Blood Triglycerides Increased) on Day 1 of the randomized treatment phase that was considered by the investigator to be severe in intensity.  At the time of the adverse event the patient was being treated with 800-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to elevated triglycerides on Day 42, and the last dose of study medication was taken on the Day 41 of the randomized treatment phase.

Physical examination at screening was normal.  The patient had a history of sinusitis, recurrent allergic rhinitis, dysphagia, cough, recurrent bronchitis, hypertension, hyperlipidemia, gastroesophageal reflux disease, hypothyroidism, hyperglycemia, seborrhea keratosis, depression, chronic low back pain, degenerative joint disease of the neck, arthritis of multiple joints, upper respiratory tract infection, insomnia, seasonal allergies, lipoma, and surgery on right knee meniscus and seborrhoea keratosis removal.  Before entering the study, the patient had been treated with 450 – 900 mg of lithium (ESKALITH ER®, GlaxoSmithKline), 100 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), 175 mcg of levothyroxine (LEVOXYL®, King Pharmaceuticals), 50 mg of tramadol (ULTRAM®, McNeil), 100 mg of acetaminophen/propoxyphene (DARVOCET-N 100®, Eli Lilly), and 325 mg of carisoprodol (SOMA®, Forest).  During the study, the patient was given concomitant treatment with 900 mg of lithium (ESKALITH ER®, GlaxoSmithKline), per protocol, 100 mg of acetaminophen/propoxyphene (DARVOCET-N 100®, Eli Lilly), 175 – 200 mcg of levothyroxine (LEVOXYL®, King Pharmaceuticals), 50 – 100 mg of tramadol (ULTRAM®, McNeil), 1 tablet of acetaminophen/oxycodone (PERCOCET®, Endo Labs), and 2 g of niacin (NIASPAN®, Oryx Pharma).

The investigator considered the elevated triglycerides to be not related to study medication.

CONFIDENTIAL
AZSER12775489

**Study D1447C00127      Patient E0080034      quetiapine      400 mg          Withdrawal AE:**
<b>Sedation<br>(MedDRA: Sedation)</b>

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 23-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the adverse event the patient was being treated with 400-mg quetiapine.  The adverse event resolved on Day 6 of study treatment.  The patient was withdrawn from the study due to sedation on Day 53, and the last dose of study medication was taken on Day 4.

Physical examination at screening was normal.  The patient had a history of secondary hypertension, headaches, seasonal allergies, obesity, hypothyroidism, elevated liver enzymes, and a vasectomy.  Before entering the study, the patient had been treated with 900 mg of lithium (ESKALITH®, GlaxoSmithKline) and 4 tablets of ephedra (XENADRINE®, Cytodyne).  During the study, the patient was given concomitant treatment with 900 mg of lithium (ESKALITH®, GlaxoSmithKline), per protocol, 4 tablets of ephedra (XENADRINE®, Cytodyne), 6 tablets of lactulose, 30 mg of levothyroxin (SYNTHROID®, Abbott).

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775490

**Study D1447C00127      Patient E0080038    quetiapine   600 mg          Withdrawal AE: Worsening of tremors (MedDRA: Tremor)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 58-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of mild tremor (MedDRA: Tremor) on Day 83 of the open label treatment phase that was considered by the investigator to be mild in intensity and resolved on Day 111.  On Day 31 of the randomized treatment phase the patient had worsening of tremors (MedDRA: Tremor) considered by the investigator to be severe in intensity.  At the time of the adverse event during the open label treatment phase, the patient was being treated with 400-mg quetiapine.  At the time of the adverse event during the randomized treatment phase the patient was being treated with 600 mg blinded study drug vs placebo.  The worsening of tremors was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to worsening of tremors on Day 42 of the randomized treatment phase, and the last dose of study medication was taken on the same day.

Physical examination at screening was normal.  The patient had a history of myopia, erectile dysfunction, headaches, restless leg syndrome, hypothyroidism, seasonal allergies, chronic back pain, osteoarthritis, and back surgery.  Before entering the study, the patient had been treated with 7.5 – 15 mg of aripiprazole (ABILIFY®, Otsuka), 300 – 900 mg of lithium, 2 mg of ropinirole (REQUIP®, GlaxoSmithKline), 15 – 60 mg of thyroid, 100 – 800 mg of quetiapine (SEROQUEL®, AstraZeneca), 1 – 2 tablet of tramadol/acetaminophen (ULTRACET®, Ortho-McNeil), 75 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), 150 mg of bupropion (WELLBUTRIN XL®, GlaxoSmithKline), 200 mg of modafinil (PROVIGIL®, Cephalon), and 30 mg of temazepam (RESTORIL®, Novartis).  During the study, the patient was given concomitant treatment with 300 – 1800 mg of lithium, per protocol, 60 mg of thyroid , 2 – 8 mg of ropinirole (REQUIP®, GlaxoSmithKline), 2 mg of lorazepam, 10 mg of propanol, and 2 mg of benztropine mesylate.

The investigator considered the worsening of tremors to be not related to study medication.

2818

CONFIDENTIAL
AZSER12775491

**Study D1447C00127        Patient E0083002        quetiapine 400 mg        Withdrawal AEs:**
**Weight gain**
**(MedDRA: Weight Increased)**
**Bilateral ankle edema**
**(MedDRA: Oedema Peripheral)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had adverse events of weight gain (MedDRA: Weight Increased) on Day 09 and bilateral ankle edema (MedDRA: Oedema Peripheral) on Day 90 of open label treatment phase. The investigator considered the weight gain to be moderate and the bilateral ankle edema to be mild in intensity. At the time of onset of weight gain (Table 1), the patient was being treated with 300-mg quetiapine and at the time of onset of the bilateral ankle edema, the patient was being treated with 400-mg quetiapine. The adverse events were ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse events on Day 172.

Physical examination at screening was normal. The patient had a history of sinus infection, irregular menses, recurrent headaches, gastroesophageal reflux, seasonal allergies, and hypercholesterolemia. The patient's relevant surgical history included dilation and curettage. Before entering the study, the patient had been treated with fluticasone propionate inhalation (FLONASE®, GlaxoSmithKline), 300 mg of trazodone, 750 – 1000 mg of divalproex (DEPAKOTE®, Abbott), 60 mg of lovastatin (ALTOCOR®, Andrx), 1 tablet of multivitamin, 450 mg of bupropion (WELLBUTRIN XL®, SmithKlineBeecham), 800 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), 20 mg of omeprazole (PRILOSEC, Procter & Gamble), and 50 – 75 mg of quetiapine (SEROQUEL®, AstraZeneca). During the study, the patient was given concomitant treatment with fluticasone propionate inhalation (FLONASE®, GlaxoSmithKline), 60 mg of lovastatin (ALTOCOR®, Andrx ), 1 tablet of multivitamin, 800 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), 20 mg of omeprazole (PRILOSEC®, Procter & Gamble), 1000 – 2000 mg of divalproex (DEPAKOTE®, Abbott), per protocol, and 500 mg of ciprofloxacin (CIPRO®, Bayer).

The investigator considered the adverse events to be related to study medication.

2819

CONFIDENTIAL
AZSER12775492

**Table 1**          **Weight**

| Study day | Dose (mg/day) | Weight (kg) |
| --- | --- | --- |
| Enrollment | Not applicable | 88.7 |
| Day 9 | 300 | 91.4 |
| Day 16 | 400 | 92.2 |
| Day 85 | 400 | 99.5 |
| Day 172 | Not applicable | 108.9 |

CONFIDENTIAL
AZSER12775493

**Study D1447C00127**                    **Patient: E0083003    Quetiapine 400mg/day Withdrawal: Weight gain (MedDRA: Weight increased)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 27 year-old Caucasian female patient with Bipolar I Disorder, most recent episode mixed. The patient had an adverse event of weight gain (MedDRA: Weight increased) on Day 30 of the Open Label Treatment Phase that was considered by the investigator to be moderate in intensity. At the time of the onset of the weight gain the patient was treated with quetiapine 400 mg daily. The event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 85 and the last dose of study medication was taken on Day 80.

Physical examination at screening was normal. The patient's relevant medical history included bilateral nearsightedness, recurrent headaches and colonic polyps. Before entering the study, the patient had been treated with 300-mg and 600-mg of carbamazepine (CARBETROL®, Shire US), 150-mg and 300-mg bupropion (WELLBUTRIN SR®, GlaxoSmithKline), 25-mg and 50-mg Seroquel®, 900-mg lithium and 500-mg sodium naproxen (ALEVE®, Bayer). During the study, the patient was given concomitant treatment with 300-mg to 1200-mg lithium per protocol and 500-mg sodium naproxen (ALEVE®, Bayer).

The investigator considered the weight gain to be related to study medication.

| Study Day | Dose (mg/day) | Weight |
|---|---|---|
| Enrollment | N/A | 66.2 kg |
| Day 15 | 400 mg | 65.3 kg |
| Discontinuation | N/A | 77.4 kg |

1

2821

CONFIDENTIAL
AZSER12775494

Study D1447C00127        Patient ID: E0083004        Quetiapine  500 mg
Withdrawal AEs: Intermittent
Cardiac palpitations
(MedDRA: palpitations),
intermittent pain in jaw
(MedDRA: Pain in jaw),
and Intermittent pain
down left arm (MedDRA:
Pain in extremity)

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns 42 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had adverse events of intermittent cardiac palpitations (MedDRA: Palpitations) on Day 32 of the Open Label Treatment Phase that the investigator considered to be mild in intensity, and intermittent pain in jaw (MedDRA: Pain in jaw) and intermittent pain down the left arm (MedDRA: Pain in extremity) on Day 38 of the Open Label Treatment Phase that the investigator considered to be mild in intensity.   At the time of the onset of intermittent cardiac palpitations the patient was treated with Seroquel$^®$ 500 mg daily.  The dose of quetiapine was increased to a maximum of 600mg daily on Day 36.  At the time of the onset of the intermittent pain in jaw and intermittent pain down left arm the patient was treated with quetiapine 600 mg daily.  The events persisted throughout the study and were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse events on Day 46 and the last dose of study medication was taken the same day.

Physical examination at screening was normal.  The patient's relevant medical history included migraine headaches, gastroesophageal reflux disease, hypercholesterolemia, hypothyroidism, and bilateral nearsightedness.

Before the entering the study, the patient had been treated with ranitidine hydrochloride 300 mg (ZANTAC™, GlaxoSmithKline), levothroid .112 mcg, niacin extended-release/lovastatin tablets 111/20mg (ADVICOR™, Kos), sumatriptan 50 mg (IMITREX™, GlaxoSmithKline), multivitamin one tablet, lamotrigine 100 to 200mg (LAMICTAL™, GlaxoSmithKline), carbamazepine 600 to 900mg (CARBATROL™, Shire US), risperidone 2mg (RISPERDAL™, Johnson & Johnson), bupropion 300 to 600mg (WELLBUTRIN SR™, GlaxoSmithKline), zolpidem 20mg (AMBIEN™, Sanofi-Aventis), and fluvoxamine 300 mg (LUVOX™, Solvay).

During the study the patient was given concomitant treatment with ranitidine hydrochloride 300 mg (ZANTAC™, GlaxoSmithKline), levothroid .112 mcg, niacin extended-release/lovastatin tablets 111/20mg (ADVICOR™, Kos), sumatriptan 50 mg (IMITREX™, GlaxoSmithKline), multivitamin one tablet, lamotrigine 200 to 100mg (LAMICTAL™, GlaxoSmithKline), carbamazepine 600 to 300mg (CARBATRAL™, Shire US), and bupropion 600 to 300mg (WELLBUTRIN XL™, GlaxoSmithKline), bupropion 300mg (WELLBUTRIN XL™, GlaxoSmithKline), and divalproex sodium 1000 to 1500mg (DEPAKOTE™, Abbott), per protocol.

2822

CONFIDENTIAL
AZSER12775495

The investigator considered the intermittent cardiac palpitations, intermittent pain in jaw, and intermittent pain down the left arm to be unrelated to study medication.

CONFIDENTIAL
AZSER12775496

**Study D1447C00127        Patient E0083012        quetiapine 800 mg        Withdrawal AEs:**
                                                                              **Lethargic**
                                                                 **(MedDRA: Lethargy)**
                                                 **Increased difficulty with concentration**
                                            **(MedDRA: Disturbance in Attention)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 37-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had adverse events of lethargic (MedDRA: Lethargy) and increased difficulty with concentration (MedDRA: Disturbance in Attention) on Day 35 of open label treatment phase that was considered by the investigator to be mild in intensity. At the time of events the patient was being treated with 800-mg quetiapine. At the time of withdrawal the patient was being treated with 500-mg quetiapine and the adverse events were ongoing. The patient was withdrawn from the study due to the adverse events on Day 72 and the last dose of study medication was taken on Day 71.

The results of the physical examination at screening were normal. The patient had a history of tubal ligation, seasonal allergies, and recurrent headache. Before entering the study, the patient had been treated with 650 mg of aspirin, 120 mg of dexbrompheniramine maleate and pseudoephedrine sulfate (DRIXORAL®, Schering), 300 mg of topiramate (TOPAMAX®, Ortho-McNeil), 100 – 125 mg of amitriptyline (ELAVIL®, Merck), 10 – 20 mg of zolpidem (AMBIEN®, Novartis), 1 – 3 mg of clonazepam (KLONOPIN®, Roche), 25 – 100 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), 5 – 10 mg of olanzapine (ZYPREXA®, Eli Lilly), 1.5 – 6 mg of lorazepam (ATIVAN®, Wyeth), 200 – 400 mg of zonisamide (ZONEGRAN®, Dainippon Pharmaceuticals), 400 – 900 mg of carbamazepine (CARBATROL®, Shire Pharmaceuticals), 2 mg of tiagabine (GABITRIL®, Cephalon), 900 mg of lithium, and 400 mg of quetiapine (SEROQUEL®, AstraZeneca). During the study, the patient was given concomitant treatment with 1.5 mg of lorazepam (ATIVAN®, Wyeth), 650 mg of aspirin, 120 mg of dexbrompheniramine maleate and pseudoephedrine sulfate (DRIXORAL®, Schering), and 900 – 1125 mg of lithium, per protocol.

The investigator considered the adverse events to be related to study medication.

2824

CONFIDENTIAL
AZSER12775497

| **Study D1447C00127** | **Patient ID: E0083016** | **quetiapine 400mg** | **Withdrawal AEs: Slurred speech (MedDRA: Dysarthria), Excessive salivation (MedDRA: Salivary hypersecretion), Equilibrium disturbance (MedDRA: Balance disorder)** |

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 51 year old Caucasian female patient with bipolar I disorder, most recent episode mixed.  The patient had adverse events of slurred speech (MedDRA: Dysarthria), excessive salivation (MedDRA: Salivary hypersecretion), and equilibrium disturbance (MedDRA: Balance disorder) on Day 23 of the Open Label Treatment Phase that the investigator considered to be mild in intensity.  At the time of the onset of the slurred speech, excessive salivation and equilibrium disturbance the patient was receiving quetiapine 400 mg daily.  The events persisted throughout the study and were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse events on Day 29 and the last dose of study medication was taken on Day 25.

Physical examination at screening revealed obesity, a surgical scar in the lumbar area, and a surgical scare due to Cesarean sections.   The patient's relevant medical history included recurrent back pain, irritable bowel syndrome, seasonal allergies, recurrent urinary tract infections, lumbar surgery, colon polyps, and a colon polypectomy.  Before entering the study, the patient had been treated with venlafaxine 112.5mg (EFFEXOR™, Wyeth-Ayerst) and ibuprofen 400mg (ADVIL™, Wyeth).  During the study the patient was given concomitant treatment with ibuprofen 400mg (ADVIL™, Wyeth), lorazepam 1mg (ATIVAN™, Wyeth), lithium carbonate 450mg (ESKALITH™, GlaxoSmithKline) and lithium carbonate 675mg (ESKALITH™, GlaxoSmithKline), per protocol.

The investigator considered the slurred speech, excessive salivation, and equilibrium disturbance to be unrelated to study medication.

CONFIDENTIAL
AZSER12775498

**Study D1447C00127**      **Patient ID: E0083024**      **Quetiapine 400mg**
                                                         **Withdrawal AEs:**
                                                         **Increased**
                                                         **irritability**
                                                         **(MedDRA:**
                                                         **Irritability)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 49 year old Caucasian female patient with bipolar I disorder, most recent episode mixed.  The patient had an adverse event of increased irritability (MedDRA: Irritability) on Day 56 of the Open Label Treatment Phase that the investigator considered to be mild in intensity.  At the time of the onset of increased irritability the patient was receiving quetiapine 400 mg daily.   The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 73 and the last dose of study medication was taken on Day 72.

Physical examination at screening was normal.  The patient's relevant medical history included tonsillitis, laceration to left foot, allergy to mold, menorrhagia, genital herpes, sulfa allergy, tonsillectomy, surgical repair to laceration on left foot, and D&C.  Before the entering the study, the patient had been treated with lamotrigine 25 mg (LAMICTAL™, GlaxoSmithKline), escitalopram oxalate 10 mg (LEXAPRO™, Forest),  lorazepam 1mg (ATIVAN™, Wyeth), drospirenone and ethinyl estradiol one tablet (YASMIN™, Berlex), zonisamide 100 mg (ZONEGRAN™, Elan), zolpidem 10 mg (AMBIEN™, Sanofi Aventis), and acyclovir 400mg and azelastine 137 mcg (ASTELIN™, Wallace).  During the study the patient was given concomitant treatment with lorazepam 1mg (ATIVAN™, Wyeth), drospirenone and ethinyl estradiol one tablet (YASMIN™, Berlex), acyclovir 400mg and azelastine 137 mcg (ASTELIN™, Wallace), and lithium carbonate 900mg (ESKALITH™, GSK), per protocol.

The investigator considered the irritability to be related to study medication.

CONFIDENTIAL
AZSER12775499

**Study D1447C00127**      **Patient ID: E0083026**      **quetiapine 400 mg      Withdrawal AEs: Over sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 37 year old Caucasian male patient with bipolar I disorder, most recent episode
mixed.  The patient had an adverse event of over sedation (MedDRA: Sedation) on Day 13 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity.  At the time of the onset of the over sedation the patient was treated with quetiapine 400 mg daily.  The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 36 and the last dose of study medication was taken on Day 35.

Physical examination at screening revealed a tattoo on the right hip.  The patient's relevant medical history included an inguinal hernia, fracture of the left wrist, fracture of the right wrist, seasonal allergies, recurrent headaches, repair of inguinal hernia, and testicular biopsy.  Before the entering the study, the patient had been treated with sertraline hydrochloride 400 mg to 100mg (ZOLOFT™, Pfizer), buspirone hydrochloride 15 mg (BUSPAR™, Bristol-Myers Squibb), lithium 600 mg, lithium carbonate 900 mg (ESKALITH™, GlaxoSmithKline) and acetaminophen, aspirin and caffeine (EXCEDRIN™, Novartis).  During the study the patient was given concomitant treatment with lithium carbonate 900 mg (ESKALITH™, GlaxoSmithKline) per protocol, acetaminophen, aspirin and caffeine (EXCEDRIN™, Novartis) and saline flush o.u.

The investigator considered the oversedation to be related to study medication.

2827

CONFIDENTIAL
AZSER12775500

**Study D1447C00127        Patient E0083033   quetiapine 400 mg               Withdrawal AE:
                                                                                     Weight gain
                                                               (MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 39-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of weight gain (MedDRA:
Weight Increased) on Day 64 of the open label treatment phase that was considered by the
investigator to be mild in intensity.  At the time of the event the patient was being treated with
400-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient
was withdrawn from the study on Day 111 and the last dose of study medication was taken on
Day 110.

Physical examination at screening was normal.  The patient had a history of polycystic
ovaries, migraine headache, hemorrhoids, allergy to penicillin, fibromyalgia, and surgeries for
tubal ligation, C-sections, and hemorrhoidectomy.  Before entering the study, the patient had
been treated with 1000 mg of metformin (GLUCOPHAGE®, Bristol-Myers Squibb), 1 tablet
of multivitamin, 250 mg of naproxen (ALEVE®, Bayer), 75 – 300 mg of venlafaxine
(EFFEXOR XR®, Wyeth-Ayerst), 10 mg of zolpidem (AMBIEN®, Novartis), 20 mg of
amphetamine-dextroamphetamine (ADDERALL XR®, Shire BioChem), 600 mg of lithium
(LITHOBID®, JDS), 25 – 150 mg of quetiapine (SEROQUEL®, AstraZeneca), 900 mg of
lithium (ESKALITH®, GlaxoSmithKline), 1 tablet of acetaminophen/butalbital ( FIORCET®,
Watson Pharma), and 60 mg of intramuscular ketorolac (TORADOL®, Roche).  During the
study, the patient was given concomitant treatment with 1000 mg of metformin
(GLUCOPHAGE®, Bristol-Myers Squibb), 1 tablet of multivitamin, 250 mg of naproxen
(ALEVE®, Bayer), 37.5 – 75 mg of venlafaxine (EFFEXOR XR®, Wyeth-Ayerst), and 900 –
1350 mg of lithium (ESKALITH®, GlaxoSmithKline), per protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1           Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 73.4 |
| Day 8 | 400 | 72.9 |
| Day 89 | 500 | 80.6 |
| Day 111 | Not applicable | 84.2 |

CONFIDENTIAL
AZSER12775501

**Study D1447C00127          Patient E0083044   quetiapine 400 mg                    Withdrawal AE: Concentration difficulties (MedDRA: Disturbance in Attention)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 42-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of concentration difficulties (MedDRA: Disturbance in Attention) on Day 44 of the open label treatment phase that was considered by the investigator to be mild in intensity. At the time of the event the patient was being treated with 400-mg quetiapine. The adverse event resolved on Day 56 of study treatment. The patient was withdrawn from the study on Day 57 and the last dose of study medication was taken on Day 52.

Physical examination at screening was normal. The patient had a history of thrush and headache. Before entering the study, the patient had been treated with 50 – 400 mg of quetiapine (SEROQUEL®, AstraZeneca), 1 tablet of multivitamin, 400 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), 16 cc of nystatin suspension, and 1000 mg of divalproex (DEPAKOTE ER®, Abbott). During the study, the patient was given concomitant treatment with 1 tablet of multivitamin, 400 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), 1000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol, and 50 mg of diphenhydramine hydrochloride (BENADRYL®, Warner-Lambert).

The investigator considered the concentration difficulties to be not related to study medication.

2829

CONFIDENTIAL
AZSER12775502

**Study D1447C00127          Patient E0083050   placebo   500 mg          Withdrawal AE: Hairloss (MedDRA: Alopecia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 40-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of hairloss (MedDRA: Alopecia) on Day 37 of the randomized treatment phase that was considered by the investigator to be moderate in intensity. At the time of the adverse event the patient was being treated with 500-mg of blinded study medication. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to hairloss on Day 101 of the randomized treatment phase, and the last dose of study medication was taken on Day 89 of the randomized treatment phase.

Physical examination at screening revealed bilateral wheezing at the lower lobes. The patient had a history of acne and gastroesophageal reflux. Before entering the study, the patient had been treated with 1000 mg of simethicone (MAALOX®), 1 application of 8.5% benzoyl peroxide (ZODERM®, GlaxoSmithKline), 1 application of 0.05 % tazarotene (TAZORAC®, Allergan), 50 mg of spironolactone, 50 mg of clindamycin/benzoyl peroxide (BENZACLIN®, Sanofi-Aventis), 1000 mg of divalproex (DEPAKOTE ER®, Abbott), and 100 – 400 mg of quetiapine (SEROQUEL®, AstraZeneca). During the study, the patient was given concomitant treatment with 1000 mg of simethicone (MAALOX®), 1 application of 8.5% benzoyl peroxide (ZODERM®, GlaxoSmithKline), 1 application of 0.05 % tazarotene (TAZORAC®, Allergan), 50 mg of spironolactone, 50 mg of clindamycin/benzoyl peroxide (BENZACLIN®, Sanofi-Aventis), 1000 - 2000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol, 1 mg of lorazepam (ATIVAN®, Wyeth), and 12.5 mg of hydrochlorothiazide.

The investigator considered the hairloss to be not related to study medication.

CONFIDENTIAL
AZSER12775503

| Study D1447C00127   Patient: E0085002 | Quetiapine 400 mg | Withdrawal AE: Fatigue (MedDRA: Fatigue) |
|---|---|---|

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 21 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of fatigue (MedDRA: Fatigue) on Day 59 of the open label treatment phase that the investigator considered to be mild in intensity. At the time of the onset of fatigue the patient was being treated with quetiapine 400 mg daily. The event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 59 and the last dose of study medication was taken the same day.

Physical examination at screening revealed a mild obesity. The patient's relevant medical history included obesity. Before entering the study, the patient had been treated with 100 mg quetiapine fumarate (SEROQUEL™, AstraZeneca), 1000 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), 150 mg of sertaline hydrochloride (ZOLOFT™, Pfizer), and 150 mg of venlafaxine hydrochloride (EFFEXOR™, Wyeth Pharmaceuticals, Inc.). During the study, the patient was given concomitant treatment with 150 mg of venlafaxine hydrochloride (EFFEXOR™, Wyeth Pharmaceuticals, Inc.) and 300 – 900 mg of lithium, per protocol.

The investigator considered the fatigue to be related to study medication.

1

2831

CONFIDENTIAL
AZSER12775504

Study D1447C00127        Patient E0085003    quetiapine  200 mg        Withdrawal AE:
Sedation
(MedDRA: Sedation)

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 40-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the adverse event the patient was being treated with 200-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to sedation on Day 10, and the last dose of study medication was taken on the Day 7.

Physical examination at screening was normal.  The patient had a history of allergy to pollen, hypothyroidism, intermittent acne, and tardive dyskinesia.  Before entering the study, the patient had been treated with 450 mg of lithium (ESKALITH ER®, GlaxoSmithKline), 0.5 mg of clonazepam (KLONOPIN®, Roche), 75 mg of sertraline (ZOLOFT®, Pfizer), 1 mg of risperidone (RISPERDAL®, Janssen-Ortho), 150 mg of bupropion (WELLBUTRIN XL®, GlaxoSmithKline), and 125 mcg of levothyroxine (SYNTHROID, Abbott).  During the study, the patient was given concomitant treatment with 450 mg of lithium (ESKALITH ER®, GlaxoSmithKline), per protocol, 0.5 mg of clonazepam (KLONOPIN®, Roche), 75 mg of sertraline (ZOLOFT®, Pfizer), 150 mg of bupropion (WELLBUTRIN XL®, GlaxoSmithKline) and 125 mcg of levothyroxine (SYNTHROID, Abbott).

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775505

**Study D1447C00127      Patient E0085005   quetiapine 200 mg          Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 43-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 200-mg quetiapine.  The adverse event was resolved on Day 3 of study treatment.  The patient was withdrawn from the study on Day 12 and the last dose of study medication was taken on Day 1.

Physical examination at screening was normal.  The patient had a history of elevated cholesterol, testicular cancer and testicular surgery.  Before entering the study, the patient had been treated with 900 mg of lithium carbonate, 1 mg of clonazepam (KLONOPIN®, Roche), 10 mg of buspirone (BUSPAR®, Bristol-Myers Squibb), and 300 – 600 mg of lithium.  During the study, the patient was given concomitant treatment with 500 – 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol, and 300 – 600 mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775506

**Study D1447C00127     Patient E0085006   quetiapine 800 mg                Withdrawal AEs:**
**Fatigue**
**(MedDRA: Fatigue)**
**Nausea**
**(MedDRA: Nausea)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation.  It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 60-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode manic.  The patient had adverse events of fatigue (MedDRA: Fatigue) and
nausea (MedDRA: Nausea) on Day 24 of the open label treatment phase that was considered
by the investigator to be moderate in intensity.  At the time of the events the patient was being
treated with 800-mg quetiapine.  The adverse events were ongoing at the time of withdrawal.
The patient was withdrawn from the study on Day 27 and the last dose of study medication
was taken on the same day.

Physical examination at screening revealed bilateral tubes in ears and carpal tunnel on the left.
The patient had a history of allergy to codeine, inner ear infection, vertigo, right leg muscle
atrophy, pineal tumor, carpal tunnel left wrist, irritable bowel, hypothyroidism,
hypercholesterolemia, and hypertension.  Before entering the study, the patient had been
treated with 1200 mg of gemfibrozil, 0.112 mg of levothyroxine sodium (LEVOXYL®, King
Pharmaceuticals), 1 mg of clonazepam (KLONOPIN®, Roche).  During the study, the patient
was given concomitant treatment 1200 mg of gemfibrozil, 0.112 mg of levothyroxine sodium
(LEVOXYL®, King Pharmaceuticals), 25 mg of HCTZ (hydrochlorotiazide), 10 mg of
zolpidem (AMBIEN®, Novartis), 450 - 900 mg of lithium, per protocol, and 1 mg of
clonazepam (KLONOPIN®, Roche).

The investigator considered the fatigue and nausea to be not related to study medication.

CONFIDENTIAL
AZSER12775507

**Study D1447C00127        Patient E0085010        quetiapine 400 mg        Withdrawal AEs:**
**Weight gain**
**(MedDRA: Weight Increased)**
**Pre-diabetes**
**(MedDRA: Glucose Tolerance Impaired)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 26-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 46 of the open label treatment phase, and pre-diabetes (MedDRA: Glucose Tolerance Impaired) on Day 113 of the open label treatment phase.  Both events were considered by the investigator to be moderate in intensity.  At the time of the events the patient was being treated with 400-mg quetiapine.  Both adverse events were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to weight gain and pre-diabetes on Day 197, and the last dose of study medication was taken on Day 196.

Physical examination at screening revealed mitral valve prolapse.  The patient had a history of THC, abdominal hernia, pain pills use, mitral valve prolapse, allergy to penicillin, sulfa, and vancomycin, birth control use, and surgery for hernia repair.  Before entering the study, the patient had been treated with 1 birth control tablet (SEASONALE®, Barr Laboratories), 30 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), and 0.5 mg of risperidone (RISPERDAL®, Janssen-Ortho).  During the study, the patient was given concomitant treatment with 1 birth control tablet (SEASONALE®, Barr Laboratories), 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol, 20 mg of omeprazole (PRILOSEC®, Procter & Gamble), 1 tablet of chlorpheniramine/pseudoephedrine (QDALL®, Atley), unknown dose of acetaminophen/hydrocodone (VICODIN®, 3M), and unknown dose of morphine.

The investigator considered the adverse events to be related to study medication.

**Table 1          Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 51.7 |
| Day 15 | 400 | 55.3 |
| Day 113 | 400 | 65.7 |
| Day 142 | 400 | 68.4 |
| Day 169 | 400 | 69.3 |
| Day 197 | Not applicable | 70.2 |

2835

CONFIDENTIAL
AZSER12775508

**Study D1447C00127      Patient E0085019   quetiapine   800 mg            Withdrawal AE:**
**Decreased absolute neutrophils**
**(MedDRA: Neutrophil Count Decreased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 20-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of decreased absolute neutrophils (MedDRA: Neutrophil Count Decreased) on Day 29 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the adverse event the patient was being treated with 800-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to decreased absolute neutrophils on Day 85, and the last dose of study medication was taken on Day 55.

Physical examination at screening was normal. The patient had a history of a sulfa allergy, migraine, and sinus headache. Before entering the study, the patient had been treated with 150 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), 50 mg of sertraline (ZOLOFT®, Pfizer), 50 mg of naltrexone, 600 mg of quetiapine (SEROQUEL®, AstraZeneca), 200 mg of modafinil (PROVIGIL®, Cephalon), and 5 mg of lorazepam (ATIVAN®, Wyeth). During the study, the patient was given concomitant treatment with 150 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), 50 mg of sertraline (ZOLOFT®, Pfizer), 50 mg of naltrexone, 200 mg of modafinil (PROVIGIL®, Cephalon), 5 mg of lorazepam (ATIVAN®, Wyeth), and 1000 – 1500  mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the decreased absolute neutrophils to be related to study medication.

2836

CONFIDENTIAL
AZSER12775509

**Study D1447C00127        Patient E0085022   quetiapine 400 mg            Withdrawal AEs:**
**Left shoulder enlarged lymph node**
**(MedDRA: Lymphadenopathy)**
**Difficulty concentrating**
**(MedDRA: Disturbance in attention)**
**Drowsiness**
**(MedDRA: Somnolence)**
**Stuttering**
**(MedDRA: Dysphemia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation.  It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 23-year-old Black female with a diagnosis of bipolar I disorder,
most recent episode depressed.  The patient had adverse events of difficulty concentrating
(MedDRA: Distrubance in attention) and drowsiness (MedDRA: Somnolence) on Day 8 of
open label treatment phase that were considered by the investigator to be moderate in
intensity. Also, the patient had adverse events of left shoulder enlarged lymph node
(MedDRA: Lymphadenopathy) on Day 20 and stuttering (MedDRA: Dysphemia) on Day 11
of open label treatment phase that were considered by the investigator to be mild in intensity.
At the time of the difficulty concentrating and drowsiness the patient was receiving quetiapine
100 mg daily.  The dose of quetiapine was increased to 200 mg on Day 11, 300 mg on Day 15,
and 400 mg on Day 19. The adverse events persisted throughout the study and were ongoing
at the time of withdrawal. The patient was withdrawn from the study due to non-compliant
with dosing instructions on Day 20 of the open label treatment phase and the last dose of study
medication was taken on Day 19.

Physical examination at screening was normal. The patient had a history of an allergic
reaction to Levaquin, lupus, acid reflux, menstral cramps, bladder infection, and muscle
soreness. Before entering the study, the patient had been treated with 100 mg of celecoxib
(CELEBREX®, Pfizer), 1 tablet of centrum (CENTRUM®, Wyeth), 200 mg of tocopherol, 400
mg of ibuprofen, 50 mg sertraline (ZOLOFT®, Pfizer), and 4 tablets of calcium carbonate
(TUMS®, GlaxoSmithKline).  During the study, the patient was given concomitant treatment
with 25-75 mg of quetiapine (SEROQUEL®, AstraZeneca), and 500-1000 mg of valproic acid
(DEPAKOTE®, Abbott).

The investigator considered the difficulty concentrating, drowsiness, and stuttering to be
related to study medication but not the left shoulder enlarged lymph node.

CONFIDENTIAL
AZSER12775510

**Study D1447C00127      Patient E0085033      quetiapine 400 mg      Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 31-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 26 of the open label treatment phase that was considered by the investigator to be severe in intensity. At the time of the event the patient was being treated with 400-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 28 and the last dose of study medication was taken on Day 26.

Physical examination at screening was normal. The patient had a history of low sodium. The patient was not on any treatment entering the study. The patient was given concomitant treatment with 500 mg of levetiracetam (KEPPRA®, UCB), 10 mg of zolpidem (AMBIEN®, Novartis), 100 – 200 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), and 500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775511

**Study D1447C00127      Patient E0086003   quetiapine 100 mg**      **Withdrawal AEs:**
**Dry mouth**
**(MedDRA: Dry Mouth)**
**Malaise**
**(MedDRA: Malaise)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 55-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of dry mouth (MedDRA: Dry Mouth) on Day 2 of the open label treatment phase that was considered by the investigator to be severe in intensity. At the time of the event of dry mouth the patient was being treated with 100-mg quetiapine. On Day 6 the patient had an adverse event of malaise that was considered by the investigator to be moderate in intensity. At the time of the event of malaise the patient was being treated with 300-mg quetiapine. The adverse events resolved on Day 11 of study treatment. The patient was withdrawn from the study on Day 15 and the last dose of study medication was taken on Day 9.

Physical examination at screening was normal. The patient had a history of high blood pressure, ruptured disk, seizure due to ethanol withdrawal, seasonal allergies, and spinal microdisectomies and disk fusion. Before entering the study, the patient had been treated with 300 mg of gabapentin (NEURONTIN®, Pfizer), 8 mg of buprenorphine/naloxone (SUBOXONE®, Reckitt Benckiser), 60 mg of paroxetine (PAXIL®, GlaxoSmithKline), 150 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), 50 mg of atenolol, and 600 mg of lithium. During the study, the patient was given concomitant treatment with 300 mg of gabapentin (NEURONTIN®, Pfizer), 8 mg of buprenorphine/naloxone (SUBOXONE®, Reckitt Benckiser), 60 mg of paroxetine (PAXIL®, GlaxoSmithKline), 150 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), 50 mg of atenolol, and 900 mg of lithium, per protocol.

The investigator considered both the dry mouth to be related to study medication and the malaise to be not related to study medication.

CONFIDENTIAL
AZSER12775512

**Study D1447C00127    Patient: E0086004    Quetiapine 100 mg        Withdrawal AEs: Drowsiness (MedDRA: Somnolence), Nausea (MedDRA: Nausea), Bloodshot Eyes (MedDRA: Eye Redness)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 55 year-old Caucasian (Hispanic) male patient with bipolar I disorder, most recent episode depressed. The patient had adverse events of drowsiness (MedDRA: Somnolence), nausea (MedDRA: Nausea), and bloodshot eyes (MedDRA: Eye Redness) on Day 1 of the open label treatment phase that the investigator considered to be moderate in intensity. At the time of the onset of the adverse events the patient was being treated with quetiapine 100 mg daily. The events resolved on Day 9. The patient was withdrawn from the study due to the adverse events on Day 34 and the last dose of study medication was taken on Day 8.

Physical examination at screening was normal. The patient has no relevant medical or surgical history. Before entering the study, the patient had been treated with 10 mg of diazepam (VALIUM™, Roche US Pharmaceuticals). During the study, the patient was given concomitant treatment with 10 mg of diazepam (VALIUM™, Roche US Pharmaceuticals), 240 mg of aspirin, and 1000 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol.

The investigator considered the drowsiness, nausea, and bloodshot eyes to be related to study medication.

1

CONFIDENTIAL
AZSER12775513

**Study D1447C00127      Patient E0086005   quetiapine 200 mg**            **Withdrawal AE: Tiredness (MedDRA: Fatigue)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 41-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of tiredness (MedDRA: Fatigue) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of event the patient was being treated with 200-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to tiredness on Day 195 and the last dose of study medication was taken on Day 194.

Physical examination at screening revealed a few beats of nystagmus.  The patient had a history of appendectomy.  Before entering the study, the patient had been treated with 900 mg of lithium, 100 mg of quetiapine (SEROQUEL®, AstraZeneca), and 400 mg of ibuprofen.  During the study, the patient was given concomitant treatment with 900 – 1500 mg of lithium, per protocol, 400 mg of ibuprofen, 150 mg of clindamycin, 10 mg of oxycodone, 250 mg of penicillin, 10 mg of escitalopram (LEXAPRO®, Forest), and 200 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline).

The investigator considered the tiredness to be related to study medication.

2841

CONFIDENTIAL
AZSER12775514

**Study D1447C00127        Patient E0086007   quetiapine 100 mg            Withdrawal AE: Restless legs, muscular unrest (MedDRA: Restless Legs Syndrome)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 26-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of restless legs, muscular unrest (MedDRA: Restless Legs Syndrome) on Day 2 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event resolved on Day 17 of study treatment.  The patient was withdrawn from the study on Day 17 and the last dose of study medication was taken on Day 10.

Physical examination at screening revealed multiple tattoos on the arms, trunk, and leg.  The patient had a history of an oophorectomy.  Before entering the study, the patient had been treated with 25 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline) and 3 mg of clonazepam.  During the study, the patient was given concomitant treatment with 25 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), 3 mg of clonazepam, 500 – 1000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the restless legs to be related to study medication.

CONFIDENTIAL
AZSER12775515

**Study D1447C00127   Patient: E0086010      Quetiapine 400 mg      Withdrawal AEs: Slurred Speech (MedDRA: Dyarthria), Slowed Movements (MedDRA: Hypokinesia)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 57 year-old Caucasian male patient with bipolar I disorder, most recent episode mixed. The patient had adverse events of slurred speech (MedDRA: Dysarthria) and slowed movements (MedDRA: Hypokinesia) on Day 16 of the open label treatment phase that the investigator considered to be moderate in intensity. At the time of the onset of the adverse events the patient was being treated with quetiapine 400 mg daily. The adverse events resolved on Day 20. The patient was withdrawn from the study due to the adverse events on Day 30 and the last dose of study medication was taken on Day 23.

Physical examination at screening was normal. The patient's relevant medical history included attention deficit disorder and obesity, and relevant surgical history included gastroplasty. Before entering the study, the patient had been treated with 100 mg of methylphenidate (RITALIN™, Novartis Pharmaceuticals) and 500 mg of vitamin B. During the study, the patient was given concomitant treatment with 60 - 100 mg of methylphenidate (RITALIN™, Novartis Pharmaceuticals), 500 mg of vitamin B, and 1000 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol.

The investigator considered the slurred speech and slowed movements to be related to study medication.

1

2843

CONFIDENTIAL
AZSER12775516

**Study D1447C00127   Patient: E0086011       Seroquel® 100 mg       Withdrawal AE: Tremor in legs (MedDRA:  Tremor)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 47 year-old Hispanic male patient with bipolar I disorder, most recent episode depressed.  The patient had an adverse event of tremor in legs (MedDRA: Tremor) on Day 2 of the open label treatment phase that the investigator considered to be severe in intensity.  At the time of the onset of the adverse event the patient was being treated with Seroquel® 100 mg daily.  The dose of Seroquel® was increased to a maximum of 300 mg daily on Day 8, but subsequently decreased.  The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 16 and the last dose of study medication was taken on Day 12.

Physical examination at screening was normal.  The patient's relevant medical history included restless legs and toothache.  Before entering the study, the patient had been treated with 50 mg of paroxetine (PAXIL™, GlaxoSmithKline), 10 mg of hydrocodone, and 10 mg of diazepam (VALIUM™, Roche US Pharmaceuticals).  During the study, the patient received concomitant treatment with 50 mg of paroxetine (PAXIL™, GlaxoSmithKline) and 300 mg of lithium, per protocol.

The investigator considered the tremor in legs to be related to study medication.

CONFIDENTIAL
AZSER12775517

**Study D1447C00127**    **Patient E0086017**    **quetiapine 500 mg**    **Withdrawal AE:**
**Weight gain**
**(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 24-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 56 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 500-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 153 and the last dose of study medication was taken on Day 142.

Physical examination at screening revealed a tattoo on the right posterior shoulder and a chrome stud in the tongue. The patient had a history of asthma and tonsillectomy. Before entering the study, the patient was not on any medication. During the study, the patient was given concomitant treatment with 250 mg of azithromycin (ZITHROMAX®, Pfizer), 1 teaspoon of aloe vera gel, 10 mg of zolpidem (AMBIEN®, Novartis), 60 mg of pseudoephedrine (SUDAFED®, Pfizer), 100 mg of hydrocortisone, and 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1**    **Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 55.8 |
| Day 7 | 300 | 58.1 |
| Day 13 | 400 | 58.5 |
| Day 84 | 500 | 65.9 |
| Day 145 | Not applicable | 65.3 |

2845

CONFIDENTIAL
AZSER12775518

**Study D1447C00127      Patient E0086019   quetiapine 500 mg          Withdrawal AE: Weight gain (MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 47-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 53 of open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of event the patient was being treated with 500-mg quetiapine.  The adverse event resolved on Day 105 of study treatment.  The patient was withdrawn from the study on Day 105 and the last dose of study medication was taken on Day 85.

Physical examination at screening revealed decreased hearing of left ear.  The patient had a history of fractured T-12 vertebrae, seasonal allergies, and surgeries for tubal ligation, appendectomy, and hysterectomy.  Before entering the study, the patient had been treated with 1 mg of clonazepam, 10 mg of escitalopram (LEXAPRO®, Forest), and 25 mg of sumatriptan (IMITREX®, GlaxoSmithKline).  During the study, the patient was given concomitant treatment with 300 – 900 mg of lithium, per protocol, 600 mg of guaifenesin, 1 mg of clonazepam, 10 mg of escitalopram (LEXAPRO®, Forest), and 25 mg of sumatriptan (IMITREX®, GlaxoSmithKline).

The investigator considered the weight gain to be related to study medication.

**Table 1          Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 81.5 |
| Day 8 | 200 | 81.9 |
| Day 15 | 300 | 82.4 |
| Day 81 | 500 | 86.0 |
| Day 105 | Not applicable | 81.6 |

2846

CONFIDENTIAL
AZSER12775519

**Study D1447C00127          Patient E0086028   quetiapine 100 mg          Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 38-year-old Cauasian (Hispanic) man with a diagnosis of bipolar I disorder, most recent episode manic. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of the open label treatment phase that was considered by the investigator to be severe in intensity. At the time of the event the patient was being treated with 100-mg quetiapine. The adverse event resolved on Day 10 of study treatment. The patient was withdrawn from the study on Day 21 and the last dose of study medication was taken on Day 2.

Physical examination at screening was normal. The patient had a history of intermittent herpes, hypoglycaemia, kidney stone, spondylolisthesis, and sciatica. Before entering the study, the patient had been treated with 800 mg of ibuprofen. During the study, the patient was given concomitant treatment with 800 mg of ibuprofen, 1 tablespoon of bismuth subsalicylate (PEPTO-BISMOL®, Procter & Gamble), 81 mg of aspirin, and 500 – 1000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775520

**Study D1447C00127**      **Patient E0086030**      **quetiapine 400 mg**      **Withdrawal AEs:**
**Sedation**
**(MedDRA: Sedation)**
**Constipation**
**(MedDRA: Constipation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old Caucasian (Hispanic) man with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 and constipation (MedDRA: Constipation) on Day 9 of the open label treatment phase that were considered by the investigator to be moderate in intensity. At the time of the event of sedation the patient was being treated with 300-mg quetiapine. At the time of the event of constipation, the patient was being treated with 400-mg quetiapine. The adverse events were ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 27 and the last dose of study medication was taken on Day 26.

Physical examination at screening revealed a decrease in vibration sense in right hand. The patient did not have any relevant medical conditions other than bipolar I disorder. Before entering the study, the patient had been treated with 100 mg of quetiapine (SEROQUEL®, AstraZeneca). During the study, the patient was given concomitant treatment with 1 tablet of pseudoephedrine (SUDAFED®, Pfizer), and 450 – 900 mg of lithium carbonate (ESKALITH CR®, GlaxoSmithKline), per protocol.

The investigator considered the sedation and constipation to be related to study medication.

CONFIDENTIAL
AZSER12775521

**Study D1447C00127**     **Patient E0086032   quetiapine 300 mg**          **Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 49-year-old Caucasian (Hispanic) man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 300-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 53 and the last dose of study medication was taken on Day 51.

Physical examination at screening revealed decreased hearing, bilaterally.  The patient did not have any past or current medical conditions other than Bipolar I Disorder.  Before entering the study, the patient had been treated with 500 mg of divalproex (DEPAKOTE®, Abbott) and 150 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline).  During the study, the patient was given concomitant treatment with 1 tablet of multivitamin, 150 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), 500 mg of acetaminophen (TYLENOL®, McNeil), 400 mg of ibuprofen, and 500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775522

**Study D1447C00127          Patient E0086033   quetiapine 400 mg          Withdrawal AE: Vomiting (MedDRA: Vomiting)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 58-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of vomiting (MedDRA: Vomiting) on Day 8 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was resolved on Day 12.  The patient was withdrawn from the study on Day 13 and the last dose of study medication was taken on Day 10.

Physical examination at screening was normal.  The patient had a history of hyperglycemia, sciatica, hypertension, hypercholesterolemia, an allergy to penicillin, and cervical cancer.  Before entering the study, the patient had been treated with 40 mg of simvastatin (ZOCOR®, Merck Frosst), 12 mg of valsartan (DIOVAN®, Novartis), 500 mg of acetaminophen (TYLENOL®, McNeil), and 250 mg of naproxen (ALEVE®, Bayer).  During the study, the patient was given concomitant treatment with 40 mg of simvastatin (ZOCOR®, Merck Frosst), 12 mg of valsartan (DIOVAN®, Novartis), 500 mg of acetaminophen (TYLENOL®, McNeil), and 250 mg of naproxen (ALEVE®, Bayer).

The investigator considered the vomiting to be not related to study medication.

CONFIDENTIAL
AZSER12775523

**Study D1447C00127**      **Patient E0088011  quetiapine 125 mg**                    **Withdrawal AE:**
                                                                                       **Excess sedation**
                                                                                    **(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 23-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of excess sedation (MedDRA: Sedation) on Day 3 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the event the patient was being treated with 125-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 32 and the last dose of study medication was taken on Day 19.

Physical examination at screening was normal.  The patient had a history of asthma, migraine headaches, torn left Achilles tendon, obesity, and surgical repair of left torn Achilles tendon.  Before entering the study, the patient had been treated with 25 – 50 mg of quetiapine (SEROQUEL®, AstraZeneca) and 300 – 600 mg of lithium.  During the study, the patient was given concomitant treatment with 400 mg of ibuprofen, and 300 – 900 mg of lithium, per protocol.

The investigator considered the excess sedation to be related to study medication.

2851

CONFIDENTIAL
AZSER12775524

**Study D1447C00127      Patient E0091003   quetiapine 600 mg                Withdrawal AE:**
**Intermittent sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation.  It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 43-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of intermittent sedation
(MedDRA: Sedation) on Day 5 of the open label treatment phase that was considered by the
investigator to be moderate in intensity.  At the time of the event the patient was being treated
with 600-mg quetiapine.  The adverse event was resolved on Day 7 of study treatment.  The
patient was withdrawn from the study on Day 8 and the last dose of study medication was
taken on Day 6.

Physical examination at screening was normal.  The patient had a history of intermittent
psoriasis and intermittent herpes since 1984.  There were no concomitant medications at entry
or during the study.

The investigator considered the intermittent sedation to be related to study medication.

2852

CONFIDENTIAL
AZSER12775525

**Study D1447C00127      Patient E0091004   quetiapine 400 mg         Withdrawal AE:**
                                                                                   **Weight gain**
                                                                    **(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 33-year-old black woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an initial adverse event of weight gain on Day 21 of the open label treatment phase that resolved on Day 80 and was considered by the investigator to be mild in intensity.  The patient then had another adverse event of weight gain (MedDRA: Weight Increased) on Day 81 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was resolved on Day 97 of study treatment.  The patient was withdrawn from the study on Day 97.

Physical examination at screening was normal.  The patient had a history of appendectomy and hysterectomy.  Before entering the study, the patient had been treated with 1000 mg of divalproex (DEPAKOTE®, Abbott) and 300 mg of lithium.  During the study, the patient was given concomitant treatment with 1000 – 1500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1          Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|-----------|---------------|-------------|
| Enrollment | Not applicable | 140.6 |
| Day 8 | 400 | 148.5 |
| Day 15 | 400 | 150.3 |
| Day 80 | 400 | 168.8 |
| Day 97 | Not applicable | 174.2 |

CONFIDENTIAL
AZSER12775526

**Study D1447C00127        Patient E0091011  quetiapine 600 mg        Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 44-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an initial adverse event of sedation on Day 5 of the open label treatment phase that was considered by the investigator to be mild in severity.  At that time, the patient was being treated with 600-mg quetiapine.  The patient had another adverse event of sedation on Day 23 of the open label treatment phase that was considered by the investigator to be moderate in severity.  At that time the patient was being treated with 800-mg quetiapine.  The patient then had another adverse event of sedation (MedDRA: Sedation) on Day 128 of the open label treatment that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 600-mg quetiapine.  The adverse event was resolved on Day 156 of study treatment.  The patient was withdrawn from the study on Day 163 and the last dose of study medication was taken on Day 142.

Physical examination at screening was normal.  The patient had a history of intermittent asthma, intermittent insomnia, allergy to penicillin, seasonal allergies, and gonorrhea.  Before entering the study, the patient had been treated with 25 mg of diphenhydramine (BENADRYL®, Warner-Lambert).  During the study, the patient was given concomitant treatment with 500 – 1500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

2854

CONFIDENTIAL
AZSER12775527

**Study D1447C00127       Patient E0091014   quetiapine 600 mg          Withdrawal AE: Rash (MedDRA: Rash)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 25-year-old black woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of rash (MedDRA: Rash) on Day 5 of the open label treatment that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 600-mg quetiapine.  The adverse event was resolved on Day 14 of study treatment.  The patient was withdrawn from the study on Day 9 and the last dose of study medication was taken on Day 5.

Physical examination at screening was normal.  The patient had a history of intermittent indigestion, urinary tract infection, intermittent moderate back pain, and intermittent mild urgency in urination.  During the study, the patient was given concomitant treatment with 325 mg of aspirin and 5 mg of prednisone.

The investigator considered the rash to be related to study medication.

CONFIDENTIAL
AZSER12775528

**Study D1447C00127        Patient E0092001   quetiapine 100 mg              Withdrawal AE:**
**Worsening of somnolence**
**(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 38-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of worsening of somnolence (MedDRA: Somnolence) on Day 1 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 23 and the last dose of study medication was taken on Day 3.

Physical examination at screening revealed that the patient was obese.  The patient had a history of somnolence, dyslipidemia, hematuria, proteinuria, arthroscopic surgery of left knee, and condyle cartilage transplant in left knee.  Before entering the study, the patient had been treated with 1500 mg of divalproex (DEPAKOTE ER®, Abbott).  During the study, the patient was given concomitant treatment with 1500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the somnolence to be related to study medication.

CONFIDENTIAL
AZSER12775529

**Study D1447C00127      Patient E0092009   quetiapine 400 mg            Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 45-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 54 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was resolved on Day 67 of study treatment.  The patient was withdrawn from the study on Day 78 and the last dose of study medication was taken on Day 64.

Physical examination at screening revealed alopecia.  The patient had a history of idiopathic alopecia.  Before entering the study, the patient had been treated with 100 mg of quetiapine (SEROQUEL®, AstraZeneca) and 300 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline).  During the study, the patient was given concomitant treatment with 600 – 1200 mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775530

**Study D1447C00127**                **Patient: E0093001     Quetiapine 100 mg**
**Withdrawal AEs: Tachycardia (MedDRA:  Tachycardia),**
**Increased Symptoms of Restless Leg Syndrome**
**(MedDRA: Restless Legs Syndrome)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 51 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed.  The patient had adverse events of tachycardia (MedDRA: Tachycardia) and increased symptoms of restless leg syndrome (MedDRA: Restless Legs Syndrome) on Day 1 of the open label treatment phase that the investigator considered to be moderate in intensity.  At the time of the onset of the adverse events the patient was being treated with quetiapine 100 mg daily.  The events resolved on Day 3.  The patient was withdrawn from the study due to the adverse event on Day 8 and the last dose of study medication was taken on Day 2.

Physical examination at screening was normal.  The patient's relevant medical history included restless leg syndrome, arthritis, migraines, thrush, premenstrual syndrome, and appendicitis.  The patient's relevant surgical history included an appendectomy.  Before entering the study, the patient had been treated with 10 mg of escitalopram oxalate (LEXAPRO™, Forest Pharmaceuticals), 5 mg of zolmitriptan (ZOMIG™, AstraZeneca), 100 mg of propoxyphene napsylate and acetaminophen (DARVOCET-N™, Eli Lilly & Company) and 100 mg of spironolactone (ALDACTONE™, Pharmacia & Upjohn, Inc.).  During the study, the patient was given concomitant treatment with 5 mg of zolmitriptan (ZOMIG™, AstraZeneca), 100 mg of propoxyphene napsylate and acetaminophen (DARVOCET-N™, Eli Lilly & Company), 100 mg of spironolactone (ALDACTONE™, Pharmacia & Upjohn, Inc.), and 1000 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol.

The investigator considered the tachycardia and increased symptoms of restless leg syndrome to be related to study medication.

CONFIDENTIAL
AZSER12775531

**Study D1447C00127**     **Patient: E0093002**     **quetiapine 500 mg Withdrawal AEs: Sedation (MedDRA: Sedation), Ataxia (MedDRA: Ataxia)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 64 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed.  The patient had adverse events of sedation (MedDRA: sedation) and ataxia (MedDRA: Ataxia) on Day 2 of the open label treatment phase that the investigator considered to be severe in intensity.  At the time of the onset of the adverse events the patient was being treated with quetiapine 200 mg daily.  The dose of quetiapine was increased to a maximum of 500 mg daily on Day 7, but subsequently decreased.  The events resolved on Day 8.  The patient was withdrawn from the study due to the adverse event on Day 8 and the last dose of study medication was taken the same day.

Physical examination at screening was normal.  The patient's relevant medical history included arthritis, hypertension, heartburn, appendicitis, non-functioning gallbladder, and bowel adhesion.  The patient's relevant surgical history included a hysterectomy, an appendectomy, a cholecystectomy, bowel surgery, and intestinal bypass.  Before entering the study, the patient had been treated with 900 mg of lithium, 100 mg of metoprolol succinate (TOPROL XL™, AstraZeneca), 50 mg of trazodone hydrochloride, 80 mg of famotidine (PEPCID™, Johnson & Johnson – Merck Consumer Pharmaceuticals), 20 mg of olmesartan medoxomil (BENICAR™, Sankyo Pharma), and 2 pills of aspirin.  During the study, the patient received concomitant treatment with 1200 mg of lithium, per protocol, 100 mg of metoprolol succinate (TOPROL XL™, AstraZeneca), 80 mg of famotidine (PEPCID™, Johnson & Johnson – Merck Consumer Pharmaceuticals), 20 mg of olmesartan medoxomil (BENICAR™, Sankyo Pharma), and 2 pills of aspirin.

The investigator considered the sedation and ataxia to be related to study medication.

1

CONFIDENTIAL
AZSER12775532

**Study D1447C00127          Patient E0093003   quetiapine 100 mg          Withdrawal AEs:**
**Poor concentration**
**(MedDRA: Disturbance in Attention)**
**Drowsiness**
**(MedDRA: Somnolence)**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 21-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had adverse events of poor concentration (MedDRA: Disturbance in Attention), drowsiness (MedDRA: Somnolence), and sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the events the patient was being treated with 100-mg quetiapine. The adverse events were ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 22 and the last dose of study medication was taken on Day 22.

Physical examination at screening was normal. The patient had a history of mitral valve prolapse and surgical repair for undescended testicle. During the study, the patient was given concomitant treatment with 900 mg of lithium carbonate, per protocol.

The investigator considered the adverse events to be related to study medication.

CONFIDENTIAL
AZSER12775533

**Study D1447C00127   Patient: E0093004       quetiapine 200 mg           Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 28 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: sedation) on Day 4 of the open label treatment phase that the investigator considered to be severe in intensity.  At the time of the onset of the adverse event the patient was being treated with quetiapine 200 mg daily.  The event resolved on Day 5.  The patient was withdrawn from the study due to the adverse event on Day 8 and the last dose of study medication was taken on Day 4.

Physical examination at screening revealed decreased deep tendon reflexes. The patient's relevant medical history included a compazine allergy and relevant surgical history included a tubal ligation.  Before entering the study, the patient was treated with 2 mg of lorazepam (ATIVAN™, Wyeth).  During the study, the patient was given concomitant treatment with 2 mg of lorazepam (ATIVAN™, Wyeth) and 1000 mg of divalproex sodium (DEPAKOTE ER™, Abbott Laboratories), per protocol.

The investigator considered the sedation to be related to study medication.

1

CONFIDENTIAL
AZSER12775534

**Study D1447C00127      Patient E0093006   quetiapine 100 mg**                    **Withdrawal AE: Drowsiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 32-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 1 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event resolved on Day 15 of study treatment.  The patient was withdrawn from the study on Day 15 and the last dose of study medication was taken on Day 13.

Physical examination at screening was normal.  The patient had a history of gastroesophageal reflux disease, headaches, allergy to penicillin, appendicitis, and appendectomy.  Before entering the study, the patient had been treated with 200 mg of ibuprofen (ADVIL®, Wyeth-Ayerst).  During the study, the patient was given concomitant treatment with 500 mg of erythromycin, 200 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), and 500 – 1000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the drowsiness to be related to study medication.

CONFIDENTIAL
AZSER12775535

**Study D1447C00127          Patient E0093010  quetiapine 400 mg          Withdrawal AEs:
Dizziness
(MedDRA: Dizziness)
Ataxia
(MedDRA: Coordination Abnormal)
Increased heart rate
(MedDRA: Heart Rate Increased)
Lightheadedness
(MedDRA: Dizziness)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 44-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had adverse events of dizziness (MedDRA: Dizziness), ataxia (MedDRA: Coordination Abnormal), increased heart rate (MedDRA: Heart Rate Increased), and lightheadedness (MedDRA: Dizziness) on Day 11 of the open label treatment phase that were considered by the investigator to be moderate in intensity.  At the time of the events, the patient was not taking study medication.  The last dose of study medication, 400 mg of quetiapine, had been taken on Day 10.  The adverse events resolved on Day 12 and the patient was withdrawn from the study due to the adverse events on Day 20.

Physical examination at screening revealed a scar on the right inner upper arm and right leg amputation below the knee.  The patient had a history of kidney stones, narrowing of esophagus and an esophageal stretching procedure, headaches, and surgeries for right leg amputation.  During the study, the patient was given concomitant treatment with 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the adverse events to be related to study medication.

**Table 1          Blood Pressure and Heart Rate**

| Study day | Dose (mg/day) | Supine BP (mmHg) | Supine HR (bpm) | Standing BP (mmHg) | Standing HR (bpm) |
|---|---|---|---|---|---|
| Enrollment | Not applicable | 116/70 | 72 | 110/80 | 72 |
| Discontinu-ation visit | | Not available | Not available | Not available | Not available |

2863

CONFIDENTIAL
AZSER12775536

**Study D1447C00127     Patient E0100003     quetiapine 800 mg          Withdrawal AE:
Worsening of depressed mood
(MedDRA: Depressed Mood)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 29-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of worsening of depressed mood
(MedDRA: Depressed Mood) on Day 16 of the open label treatment phase that was
considered by the investigator to be moderate in intensity.  At the time of the event the patient
was being treated with 800-mg quetiapine.  The adverse event resolved on Day 30 of study
treatment.  The patient was withdrawn from the study due to the adverse event on Day 34 and
the last dose of study medication was taken on Day 26.

Physical examination at screening revealed bilateral hernia.  The patient had a history of back
pain, asthma, and bilateral hernia since 1980.  Before entering the study, the patient had been
treated with 650 mg of acetaminophen (TYLENOL®, McNeil), 2 inhalations of albuterol
(VENTOLIN®, GlaxoSmithKline), 2 puffs of salmeterol/fluticasone (ADVAIR®,
GlaxoSmithKline), 500 – 1500 mg of divalproex (EPIVAL®, Abbott), 550 – 1200 mg of
quetiapine (SEROQUEL®, AstraZeneca), 1500 mg of lithium, 25 mg of paroxetine (PAXIL®,
GlaxoSmithKline), and 300 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline).  During
the study, the patient was given concomitant treatment with   650 – 1000 mg of
acetaminophen (TYLENOL®, McNeil), 2 inhalations of albuterol (VENTOLIN®,
GlaxoSmithKline), 2 puffs of salmeterol/fluticasone (ADVAIR®, GlaxoSmithKline), 450 –
750 mg of divalproex (EPIVAL®, Abbott), per protocol, and 1 mg of lorazepam (ATIVAN®,
Wyeth).

The investigator considered the worsening of depressed mood to be related to study
medication.

CONFIDENTIAL
AZSER12775537

**Study D1447C00127        Patient E0100004   quetiapine 200 mg                        Withdrawal AE:**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 43-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 200-mg quetiapine.  The adverse event resolved on Day 9 of study treatment.  The patient was withdrawn from the study due to the sedation on Day 11 and the last dose of study medication was taken on Day 7.

Physical examination at screening was normal.  The patient had a history of grogginess in A.M. and loosed stools.  Before entering the study, the patient had been treated with 150 - 900 mg of lithium.  During the study, the patient was given concomitant treatment with 900 mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775538

**Study D1447C00127**      **Patient E0100005**      **quetiapine 000 mg**      **Withdrawal AE: Increased sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 33-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic. The patient had an adverse event of increased sedation (MedDRA: Sedation) on Day 18 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was not taking any study medication. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 29 and the last dose of study medication was taken on Day 7.

Physical examination at screening was normal. The patient had a history of insomnia, sedation, and a left hip replacement. Before entering the study, the patient had been treated with 2250 mg of divalproex (EPIVAL®, Abbott), 250 – 400 mg of quetiapine (SEROQUEL®, AstraZeneca), 10 – 15 mg of olanzapine (ZYPREXA®, Eli Lilly), 100 mg of zuclopenthixol (CLOPIXOL®, Lundbeck), 30 – 60 mg of temazepam (RESTORIL®, Sandoz), and one treatment of general anesthetic. During the study, the patient was given concomitant treatment with 2250 mg of divalproex (EPIVAL®, Abbott), per protocol.

The investigator considered the increased sedation to be related to study medication.

CONFIDENTIAL
AZSER12775539

**Study D1447C00127**      **Patient: E0101001**      **Quetiapine 800 mg**      **Withdrawal AE:**

**Sedation (MedDRA:  Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 47 year-old Caucasian male patient with bipolar I disorder, most recent episode manic.  The patient had an adverse event of sedation (MedDRA: sedation) on Day 3 of the open label treatment phase that the investigator considered to be moderate in intensity.  At the time of the onset of the adverse event the patient was being treated with quetiapine 800 mg daily.  The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 8 and the last dose of study medication was taken the same day.

Physical examination at screening was normal. The patient's relevant medical history included alcohol abuse and agitation.  The patient's relevant surgical history included left hand surgery. Before entering the study, the patient had been treated with 1000 mg of vitamin C, 500 mg of odorless garlic, 1500 - 2000 mg of divalproex (EPIVAL™, Abbott Laboratories), 5 mg of loxapine, 1000 mg of niacin, 1 tablet of vitamin B-50 complex, 1 tablet of mulitvitamin, 1- 2 mg of lorazepam (ATIVAN™, Wyeth), 7.5 mg of zopiclone (IMOVANE™, Aventis Pharma), 17.2 mg of senna (SENOKOT™, Purdue Products), 200 mg of docusate sodium (COLACE™, Purdue Products), 100 mg of thiamine hydrochloride, 2 mg of clonazepam, 600 mg of quetiapine fumarate (SEROQUEL™, AstraZeneca Pharmaceuticals), and 200 mg of gabapentin.  During the study, the patient was given concomitant treatment with 1000 mg of vitamin C, 500 mg of odorless garlic, 2500 mg of divalproex (EPIVAL™, Abbott Laboratories), per protocol, 1000 mg of niacin, 1 tablet of vitamin B-50 complex, 1 tablet of mulitvitamin, 1- 2 mg of lorazepam (ATIVAN™, Wyeth), 7.5 mg of zopiclone (IMOVANE™, Aventis Pharma), 17.2 mg of senna (SENOKOT™, Purdue Products), 200 mg of docusate sodium (COLACE™, Purdue Products), 1 - 2 mg of clonazepam, and 200 mg of gabapentin.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775540

**Study D1447C00127**     **Patient E0103001**   **placebo 500 mg**          **Withdrawal AE:**
                                                                                              **Neutropenia**
                                                                           **(MedDRA: Neutropenia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation. It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 22-year-old Caucasian man with a diagnosis of bipolar I disorder,
most recent episode manic. The patient had an adverse event of neutropenia (MedDRA:
Neutropenia) on Day 1 of the randomized treatment phase that was considered by the
investigator to be moderate in intensity. At the time of the event the patient was being treated
with 500-mg blinded study medication vs. placebo. The adverse event was ongoing at the
time of withdrawal. The patient was withdrawn from the study due to neutropenia on Day 4
of the randomized treatment phase and the last dose of study medication was taken on Day 2
of the randomized treatment phase.

Physical examination at screening revealed acne. The patient had a history of environmental
allergies, intermittent blurry vision, mild lethargy, and recent weight gain. Before entering the
study, the patient had been treated with 1000 mg of divalproex (EPIVAL[®], Abbott), 500 mg
of quetiapine (SEROQUEL[®], AstraZeneca), 1 – 2 mg of lorazepam (ATIVAN[®], Wyeth), 150
mg of venlafaxine (EFFEXOR ER[®], Wyeth-Ayerst), and unknown dose of ginseng.
During the study, the patient was given concomitant treatment with 1000 mg of divalproex
(EPIVAL[®], Abbott), per protocol, and 1 – 2 mg of lorazepam (ATIVAN[®], Wyeth).

The investigator considered the neutropenia to be related to study medication.

2868

CONFIDENTIAL
AZSER12775541

**Study D1447C00127      Patient E0106003   quetiapine 600 mg      Withdrawal AEs:**
**Confusion**
**(MedDRA: Confusional State)**
**Disorientation**
**(MedDRA: Disorientation)**
**Unsteady gait**
**(MedDRA: Gait Disturbance)**
**Unusual behaviour**

**(MedDRA: Abnormal Behaviour)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old black man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of confusion (MedDRA: Confusional State), disorientation (MedDRA: Disorientation), unusual behaviour (MedDRA: Abnormal Behaviour) and unsteady gait (MedDRA: Gait Disturbance) on Day 189 of the open label treatment phase that were all considered by the investigator to be moderate in intensity.  At the time of the events the patient was being treated with 600-mg quetiapine.  The adverse events resolved on Day 190 of study treatment.  The patient was withdrawn from the study on Day 196 and the last dose of study medication was taken on Day 189.

Physical examination at screening revealed an umbilical hernia.  The patient had a history of type II diabetes, gynecomastia, and removal of a lump in the breast.  Before entering the study, the patient had been treated with 600 – 900 mg of lithium, 50 – 400 mg of quetiapine (SEROQUEL®, AstraZeneca), 150 – 300 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), 500 mg of divalproex (EPIVAL®, Abbott), 2 mg of risperidone, 20 mg of glyburide, 1000 mg of metformin, 150 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), 5 mg of ramipril (ALTACE®, Wyeth-Ayerst), 150 mg of acarbose (PRANDASE®, Bayer), and 10 mg of atorvastatin (LIPITOR®, Pfizer).  During the study, the patient was given concomitant treatment with 20 mg of glyburide, 1000 mg of metformin, 5 mg of ramipril (ALTACE®, Wyeth-Ayerst), 150 mg of acarbose (PRANDASE®, Bayer), 10 mg of atorvastatin (LIPITOR®, Pfizer), 2 mg of risperidone (RISPERDAL®, Janssen-Ortho), and 900 – 1050 mg of lithium, per protocol.

The investigator considered the adverse events of confusion, disorientation, unsteady gait, and unusual behavior to be not related to study medication.

2869

CONFIDENTIAL
AZSER12775542

**Study D1447C00127   Patient: E0108002      quetiapine 200 mg**        **Withdrawal AE: Drowsiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 41 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed.  The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 9 of the open label treatment phase that the investigator considered to be severe in intensity.  At the time of the onset of the drowsiness the patient was being treated with quetiapine 200 mg daily.  The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 14 and the last dose of study medication was taken the same day.

Physical examination at screening revealed asthma. The patient's relevant medical history included asthma and insomnia.  Before entering the study, the patient was treated with 900 mg of lithium, 8 inhalations of albuterol (VENTOLIN®, GlaxoSmithKline), and 1 mg of lorazepam.  During the study, the patient was given concomitant treatment with 900 mg of lithium, per protocol, 8 inhalations of albuterol (VENTOLIN®, GlaxoSmithKline), and 1 mg of lorazepam.

The investigator considered the drowsiness to be related to study medication.

1

2870

CONFIDENTIAL
AZSER12775543

**Study D1447C00127   Patient: E0108006     Quetiapine 400 mg          Withdrawal:**

**Sedation (MedDRA:  Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 46 year-old Caucasian male patient with bipolar I disorder, most recent episode manic.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 13 of the open label treatment phase that the investigator considered to be severe in intensity.  At the time of the onset of the sedation the patient was being treated with quetiapine 400 mg daily.  The event resolved on Day 19.  The patient was withdrawn from the study due to the adverse event on Day 26 and the last dose of study medication was taken on Day 19.

Physical examination at screening revealed obesity. The patient's relevant medical history included sleep apnea.  Before entering the study, the patient had been treated with 10 mg of olanzapine (ZYPREXA™, Lilly) and 1200 mg of lithium.  During the study, the patient was given concomitant treatment with 1200 mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

1

CONFIDENTIAL
AZSER12775544

**Study D1447C00127      Patient E0108022      quetiapine 200 mg**      **Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 29-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 5 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 200-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 75 and the last dose of study medication was taken on Day 75.

Physical examination at screening was normal.  The patient had a history of sedation.  Before entering the study, the patient had been treated with 60 mg of citalopram (CELEXA®, Forest), 1000 mg of divalproex (EPIVAL®, Abbott), and 600 mg of lithium.  During the study, the patient was given concomitant treatment with 60 mg of citalopram (CELEXA®, Forest), 50 mg of quetiapine (SEROQUEL®, AstraZeneca), 750 – 1000 mg of divalproex (EPIVAL®, Abbott), per protocol, and 150 – 600 mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775545

**Study D1447C00127      Patient E0108024   quetiapine 400 mg**                **Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 33-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 43 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was resolved on Day 62.  The patient was withdrawn from the study on Day 60 and the last dose of study medication was taken on Day 60.

Physical examination at screening was normal.  The patient had a history of recurrent sinus problems.  Before entering the study, the patient had been treated with 1 mg of risperidone, 100 – 200 mg of quetiapine, and 500 mg of divalproex.  During the study, the patient was given concomitant treatment with 500 – 750 mg of divalproex, per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775546

**Study D1447C00127**        **Patient E0109003   quetiapine 200 mg**        **Withdrawal AE:**
**Excessive sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 53-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of excessive sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 200-mg quetiapine.  The adverse event was resolved on Day 8 of study treatment.  The patient was withdrawn from the study on Day 9 and the last dose of study medication was taken on Day 5.

Physical examination at screening was normal.  The patient had a history of elevated cholesterol, elevated triglycerides, arthritis, headaches, and occasional heartburn.  Before entering the study, the patient had been treated with 40 mg of atorvastatin (LIPITOR[®], Pfizer), 2000 mg of glucosamine, and 1000 mg of acetaminophen.  During the study, the patient was given concomitant treatment with 40 mg of atorvastatin (LIPITOR[®], Pfizer), 2000 mg of glucosamine, and 1000 mg of acetaminophen.

The investigator considered the excessive sedation to be related to study medication.

CONFIDENTIAL
AZSER12775547

**Study D1447C00127     Patient: E0110003          quetiapine 450mg       Withdrawal AEs: Irritability (MedDRA: Irritability), Constipation (MedDRA: Constipation), Fatigue (MedDRA: Fatigue), Dry Mouth (MedDRA: Dry Mouth), Light-Headedness (MedDRA: Dizziness)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 48 year-old Caucasian male patient with bipolar I disorder, most recent episode manic.  The patient had adverse events of irritability (MedDRA: Irritability), constipation (MedDRA: Constipation), fatigue (MedDRA: Fatigue), dry mouth (MedDRA: Dry Mouth), and light-headedness (MedDRA: Dizziness) during the enrollment phase that the investigator considered to be mild in intensity.  At the time of the onset of the adverse events, the patient was being treated with commercial quetiapine 450 mg daily.  The adverse events resolved before the patient was withdrawn from the study.  The patient was withdrawn from the study seven days after the enrollment visit and during the enrollment phase.

Physical examination at screening was normal.  The patient's relevant medical history included high cholesterol, high blood pressure, gastroesophageal reflux disease, gout, and arthritis in the toes.  The patient's relevant surgical history included dental surgery, a tonsillectomy, and an adenoidectomy.  Before entering the study, the patient had been treated with 10 mg of ramipril (ALTACE™, Monarch Pharmaceuticals), 10 mg of atorvastatin calcium (LIPITOR™, Pfizer), 20 mg of omeprazole (LOSEC™, AstraZeneca), 200 mg of rofecoxib (VIOXX™, Merck), an unknown dose of allopurinol sodium, 5 - 15 mg of olanzapine (ZYPREXA™, Eli Lilly), 0.5 mg of clonazepam (RIVOTRIL™, Roche), 25 - 450 mg of quetiapine fumarate (SEROQUEL™, AstraZeneca), and 2250 mg of divalproex (EPIVAL™, Abbott Laboratories).  During the enrollment phase, the patient had been treated with 10 mg of ramipril (ALTACE™, Monarch Pharmaceuticals), 10 mg of atorvastatin calcium (LIPITOR™, Pfizer), 20 mg of omeprazole (LOSEC™, AstraZeneca), 200 mg of rofecoxib (VIOXX™, Merck), an unknown dose of allopurinol sodium, 10 mg of olanzapine (ZYPREXA™, Eli Lilly), 0.5 mg of clonazepam (RIVOTRIL™, Roche), 450 mg of quetiapine fumarate (SEROQUEL™, AstraZeneca), and 2250 mg of divalproex (EPIVAL™, Abbott Laboratories).

The investigator considered the irritability to be unrelated to study medication and the constipation, fatigue, dry mouth, and light-headedness to be related to study medication.

CONFIDENTIAL
AZSER12775548

**Study D1447C00127**       **Patient E0113004   placebo 700 mg**          **Withdrawal AEs:**
**Anxiety Attack**
**(MedDRA: Anxiety)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 53-year-old Caucasian male with a diagnosis of bipolar I disorder, most recent episode manic. The patient had an adverse event of anxiety attack (MedDRA: Anxiety) on Day 128 of randomized treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient had been treated with 700 mg study drug vs placebo. The adverse event resolved on Day 139. The patient was withdrawn from the study due to depressive mood event on Day 348 of the randomized treatment phase and the last dose of study medication was taken on Day 137.

Physical examination at screening was normal. The patient had a history of hypercholesterolemia, lower back pain, tonsillectomy, ophtalmoc foreign body removed, and testos surgery/accident (repair). Before entering the study, the patient had been treated with 600 mg of lithium and 10 mg of atorvastatin (ATORVASTATIN®, Pfizer). During the study, the patient was given concomitant treatment with 4 mg when required of imodium, 2 mg when required of lorazepam (ATIVAN®, Wyeth), 900-1800 mg of lithium, 200 mg of celecoxib (CELEBRAX®, Pfizer), undetermined amount of valerian root.

The investigator considered the anxiety attack to be unrelated to study medication.

2876

CONFIDENTIAL
AZSER12775549

**Study D1447C00127      Patient E0115005   quetiapine 600 mg          Withdrawal AE:**
**Tiredness**
**(MedDRA: Fatigue)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 39-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of tiredness (MedDRA: Fatigue) on Day 12 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 600-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 55 and the last dose of study medication was taken on Day 55.

Physical examination at screening was normal.  The patient had a history of migraine headaches, tension headaches, and tubal ligation.  Before entering the study, the patient had been treated with 1000 mg of divalproex (EPIVAL®, Abbott), 1 – 2 tablets of aspirin/butalbital/caffeine (FIORINAL®, Watson), 60 mg of mirtazapine (REMERON®, Organon), an unknown amount of acetaminophen (TYLENOL®, McNeil), and 1 tablet of B-complex.  During the study, the patient was given concomitant treatment with, 1 – 2 tablets of aspirin/butalbital/caffeine (FIORINAL®, Watson), 30 – 60 mg of mirtazapine (REMERON®, Organon), 1 tablet of B-complex, unknown amount of acetaminophen/dextromethorphan/pseudoephedrine (TYLENOL® COLD, McNeil), 150 mg of bupropion (WELLBUTRIN XL®, GlaxoSmithKline), 400 mg of moxifloxacin, 500 mg of dimenhydrinate (GRAVOL®, Carter-Horner),  and 1000 – 1750 mg of divalproex (EPIVAL®, Abbott), per protocol.

The investigator considered the tiredness to be related to study medication.

2877

CONFIDENTIAL
AZSER12775550

Study D1447C00127       Patient E0115008     quetiapine    400 mg               **Withdrawal AEs:**
**Severe anxiety**
**(MedDRA: anxiety)**
**Suicidal thoughts**
**(MedDRA: Suicidal Ideation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 57-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of severe anxiety (MedDRA: Anxiety) on Day 22 of the open label treatment phase that was considered by the investigator to be severe in intensity.  The severe anxiety resolved on the same day.  On Day 83 the patient had an adverse event of suicidal thoughts (MedDRA: Suicidal ideation) that resolved on the same day and was considered by the investigator to be moderate in intensity.  At the time of the adverse events the patient was being treated with 400-mg quetiapine.  The patient was withdrawn from the study due to severe anxiety and suicidal thoughts on Day 85, and the last dose of study medication was taken on the same day.

Physical examination at screening was normal.  The patient had a history of degeneration of cervical spine.  Before entering the study, the patient had been treated with 50 mg of quetiapine (SEROQUEL®, AstraZeneca), 37.5 – 300 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), 1 mg of risperidone (RISPERDAL®, Janssen-Ortho), and 500 mg of divalproex (EPIVAL®, Abbott).  During the study, the patient was given concomitant treatment with 300 – 1500 mg of lithium, per protocol.

The investigator considered the severe anxiety and suicidal thoughts to be not related to study medication.

CONFIDENTIAL
AZSER12775551

**Study D1447C00127  Patient: E0116001  Quetiapine 100 mg  Withdrawal AE: Somnolence (MedDRA:  Somnolence)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 44 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed.  The patient had an adverse event of somnolence (MedDRA: Somnolence) on Day 1 of the open label treatment phase that the investigator considered to be mild in intensity.  At the time of the onset of the somnolence the patient was being treated with quetiapine 100 mg daily.  The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 18 and it is unknown when the last dose of study medication was taken.

Physical examination at screening was normal. The patient's relevant medical history included depression.  Before entering the study, the patient was treated with 20 mg of fluoxetine hydrochloride (SARAFEM™, Eli Lilly).  During the study, the patient was given concomitant treatment with 20 mg of fluoxetine hydrochloride (SARAFEM™, Eli Lilly) and 1000 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol.

The investigator considered the somnolence to be related to study medication.

CONFIDENTIAL
AZSER12775552

**Study D1447C00127   Patient: E0116003      quetiapine 100 mg                    Withdrawal AE:**
**Fatigue**
**(MedDRA:  Fatigue)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 44 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed.  The patient had an adverse event of fatigue (MedDRA: Fatigue) on Day 2 of the open label treatment phase that the investigator considered to be moderate in intensity.  At the time of the onset of the fatigue the patient was being treated with quetiapine 100 mg daily.  The fatigue resolved on Day 7.  The patient was withdrawn from the study due to the adverse event on Day 7 and the last dose of study medication was taken on Day 2.

Physical examination at screening was normal.  The patient's relevant medical history included depression, irritable bowel syndrome, and gallbladder disease.  The patient's relevant surgical history included gallbladder removal and a hysterectomy.  Before entering the study, the patient had been treated with 50 mg of sertaline hydrochloride (ZOLOFT™, Pfizer) and 15 mg of lansoprazole (PREVACID™, TAP Pharmaceutical Products, Inc.).  During the study, the patient was given concomitant treatment with 15 mg of lansoprazole (PREVACID™, TAP Pharmaceutical Products, Inc.).

The investigator considered the fatigue to be related to study medication.

CONFIDENTIAL
AZSER12775553

**Study D1447C00127          Patient E0116007   quetiapine 400 mg          Withdrawal AEs:**
**Muscle spasm**
**(MedDRA: Muscle Spasms)**
**Dry mouth**
**(MedDRA: Dry Mouth)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 19-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had adverse events of muscle spasm (MedDRA: Muscle spasms) and dry mouth (MedDRA: Dry Mouth) on Day 167 of the open label treatment phase that were considered by the investigator to be moderate in intensity. At the time of the events the patient was being treated with 400-mg quetiapine. The adverse events were ongoing at the time of withdrawal. The patient was withdrawn from the study due to muscle spasm and dry mouth on Day 201 and the last dose of study medication was taken on Day 172.

Physical examination at screening was normal. The patient had a history of tonsillectomy in 1993, insomnia, and spastic colon. During the study, the patient was given concomitant treatment with 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the muscle spasm and dry mouth to be related to study medication.

CONFIDENTIAL
AZSER12775554

| Study D1447C00127 | Patient ID: E0116010 | quetiapine 400 mg | Withdrawal AEs: Fatigue (MedDRA: Fatigue); Weight gain (MedDRA: Weight increased) |
|---|---|---|---|

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 28 year-old Caucasian male patient with bipolar I disorder, most recent episode manic. The patient had adverse events of fatigue (MedDRA: Fatigue) on Day 85 and weight gain (MedDRA: Weight increased) on Day 183 of the Open Label Treatment Phase that the investigator considered to be mild and moderate in intensity respectively. At the time of the onset of fatigue and weight gain the patient was receiving quetiapine 400-mg daily. The dose of quetiapine was increased to a maximum of 400-mg on Day 4, subsequently decreased to 100-mg daily on Day 57 and re-titrated to 400-mg daily dose on Day 60. The events persisted throughout the study and were ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse events on Day 183 and the last dose of study medication was taken on Day 180.

Physical examination at screening revealed dermatitis. The patient's relevant medical history included bilateral dermatitis of the hands. Before entering the study, the patient had been treated with 15-g clobetasole propionate. During the study the patient was given concomitant treatment with 15-g clobetasole propionate and 250, 500 and 750-mg divalproex sodium (DEPAKOTE®, Abbott) per protocol.

The investigator considered the fatigue and weight gain to be related to study medication.

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | N/A | 71.1 |
| Day 22 | 400 | 70.6 |
| Day 92 | 400 | 80.1 |
| Discontinuation | N/A | 86.0 |

CONFIDENTIAL
AZSER12775555

**Study D1447C00127**          **Patient E0116017**          **quetiapine 400 mg**          **Withdrawal AE:**
**Weight Increase**
**(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 57-year-old Caucasian man with a diagnosis of bipolar I disorder,
most recent episode depressed.  The patient had an adverse event of weight increase
(MedDRA: Weight Increased) on Day 116 of the randomized treatment phase that was
considered by the investigator to be moderate in intensity.  At the time of the event the patient
was being treated with 400-mg blinded study medication vs. placebo.  The adverse event
resolved on Day 166 of the randomized treatment phase.  The patient was withdrawn from the
study on Day 194 of the randomized treatment phase and the last dose of study medication
was taken on Day 188 of the randomized treatment phase.

Physical examination at screening was normal.  The patient had a history of hyperlipidemia
and nasal congestion.  Before entering the study, the patient had been treated with 200 – 500
mcg of fluticasone propionate (FLONASE®, GlaxoSmithKline).  During the study, the patient
was given concomitant treatment with 200 – 500 mcg of fluticasone propionate (FLONASE®,
GlaxoSmithKline), 150 mg of doxycycline, 250 mg of penicillin, and 1000 mg of divalproex
(DEPAKOTE®, Abbott), per protocol.

The investigator considered the weight increase to be related to study medication.

**Table 1**          **Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 90.4 |
| Day 14 open label phase | 400 | 94.0 |
| Day 92 open label phase | 400 | 99.5 |
| Day 149 open label phase | 400 | 102.6 |
| Day 28 randomized treatment phase | 400 mg blinded study medication vs. placebo | 104.0 |
| Day 84 randomized treatment phase | 400 mg blinded study medication vs. placebo | 107.7 |
| Day 194 randomized treatment phase | Not applicable | 104.9 |

CONFIDENTIAL
AZSER12775556

**Study D1447C00127       Patient E0116018   quetiapine 400 mg**                     **Withdrawal AE:**
**Weight gain**
**(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 63-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 47 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to weight gain on Day 113 and the last dose of study medication was taken on the same day.

Physical examination at screening was normal.  The patient had a history of dentures, asthma since 1974, arthritis since 1998, hiatal hernia since 1999, gastroesophageal reflux disease and enlarged prostate since 2000, environmental allergies, torn meniscus, and surgery on the right knee.  Before entering the study, the patient had been treated with 30 mg of lansoprazole (PREVACID®, Tap Pharmaceuticals), 150 mg of diclofenac/misoprostol (ARTHROTEC®, Pfizer), 600 mg of theophylline, 8 mg of tamsulosin (FLOMAX®, Boehringer Ingelheim), 1 mg of dutasteride (AVODART®, GlaxoSmithKline), and 180 mcg inhalation of albuterol. During the study, the patient was given concomitant treatment with 30 mg of lansoprazole (PREVACID®, Tap Pharmaceuticals), 150 mg of diclofenac/misoprostol (ARTHROTEC®, Pfizer), 600 mg of theophylline, 8 mg of tamsulosin (FLOMAX®, Boehringer Ingelheim), 1 mg of dutasteride (AVODART®, GlaxoSmithKline), 180 mcg inhalation of albuterol, and 500 – 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1            Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 106.7 |
| Day 8 | 400 | 108.9 |
| Day 78 | 400 | 111.2 |
| Day 113 | 300 | 114.3 |

CONFIDENTIAL
AZSER12775557

**Study D1447C00127      Patient E0116026      quetiapine 300 mg      Withdrawal AE: Heartburn (MedDRA: Dyspepsia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 23-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of heartburn (MedDRA: Dyspepsia) on Day 10 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the event the patient was being treated with 300-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 37 and the last dose of study medication was taken on Day 34.

Physical examination at screening was normal.  The patient had a history of anemia, headaches, and an allergy to doxycycline.  Before entering the study, the patient had been treated with 500 mg of acetaminophen (TYLENOL®, McNeil) and 5 mg of diazepam (VALIUM®, Roche).  During the study, the patient was given concomitant treatment with 500 mg of acetaminophen (TYLENOL®, McNeil), 5 mg of diazepam (VALIUM®, Roche), and 500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the heartburn to be related to study medication.

2885

CONFIDENTIAL
AZSER12775558

**Study D1447C00127       Patient E0116027       quetiapine 400 mg       Withdrawal AE:
Worsening of arthritis
(MedDRA: Arthritis)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 64-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of worsening of arthritis
(MedDRA: Arthritis) on Day 15 of the open label treatment phase that was considered by the
investigator to be moderate in intensity.  At the time of the event the patient was being treated
with 400-mg quetiapine.  The adverse event was resolved on Day 23 of study treatment.  The
patient was withdrawn from the study on Day 23 and the last dose of study medication was
taken on Day 22.

Physical examination at screening was normal.  The patient had a history of arthritis and
codeine allergy.  Before entering the study, the patient had been treated with 800 mg of
ibuprofen (MOTRIN®, McNeil).  During the study, the patient was given concomitant
treatment with 800 mg of ibuprofen (MOTRIN®, McNeil), 1 tablet of B12, 1 tablet of
potassium, 1 tablet of multi-vitamin, and 500 mg of divalproex (DEPAKOTE®, Abbott), per
protocol.

The investigator considered the worsening of arthritis to be not related to study medication.

CONFIDENTIAL
AZSER12775559

**Study D1447C00127      Patient E00116034   quetiapine 100 mg            Withdrawal AE:**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation.  It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 56-year-old black man with a diagnosis of bipolar I disorder, most
recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on
Day 3 of the open label treatment phase that was considered by the investigator to be
moderate in intensity.  At the time of the event the patient was being treated with 100-mg
quetiapine.  The adverse event was resolved on Day 40.  The patient was withdrawn from the
study on Day 26 and the last dose of study medication was taken on Day 21.

Physical examination at screening revealed a slight heart murmur.  The patient had a history
of prostate cancer, lactose intolerance, and a penile implant in 2004.  During the study, the
patient was given concomitant treatment with 500-750 mg of divalproex (DEPAKOTE[®],
Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775560

**Study D1447C00127      Patient E0116052      quetiapine 400 mg**          **Withdrawal AE:**
**Fatigue**
**(MedDRA: Fatigue)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 42-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of fatigue (MedDRA: Fatigue) on Day 113 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was resolved on Day 160.  The patient was withdrawn from the study on Day 160 and the last dose of study medication was taken on Day 138.

Physical examination at screening was normal.  The patient had a history of insomnia, aches and pains, slurred speech, and an appendectomy.  Before entering the study, the patient had been treated with 2 tablets of acetaminophen and diphenhydramine (TYLENOL PM®, McNeil), 2 tablets of acetaminophen (ASPIRIN®, Bayer), and injections of medroxyprogesterone (DEPO PROVERA®, Pfizer).  During the study, the patient was given concomitant treatment with 2 tablets of acetaminophen (ASPIRIN®, Bayer), injections of medroxyprogesterone (DEPO PROVERA®, Pfizer), 2 tablets of calcium carbonate/magnesium hydroxide (ROLAIDS®, Pfizer), and 250 – 500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the fatigue to be related to study medication.

2888

CONFIDENTIAL
AZSER12775561

**Study D1447C00127        Patient E0118002        quetiapine 200 mg**                 **Withdrawal AE: Increased sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 44-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of increased sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 200-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 9 and the last dose of study medication was taken on Day 7.

Physical examination at screening was normal.  The patient had a history of diabetes type II, occasional tension headaches, and a rhinoplasty for deviated septum.  The patient did not have any medication on entry or during the study.

The investigator considered the increased sedation to be related to study medication.

2889

CONFIDENTIAL
AZSER12775562

**Study D1447C00127      Patient E0118012      unknown dose blinded study medication vs. placebo**
**Withdrawal AE:**
**Acid Reflux Disease**
**(MedDRA: Gastroesophageal Reflux Disease)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 59-year-old Pacific Islander woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of acid reflux (MedDRA: Gastroesophageal Reflux Disease) on Day 2 of the randomized treatment phase that was considered by the investigator to be mild in intensity.  At that time of the event the dose the patient was taking was not known, however the last dose in the open-label treatment phase was 400 mg.  The adverse event resolved on Day 7 of the randomized treatment phase.  The patient was withdrawn from the study on Day 8 of the randomized treatment phase and it is unknown when the date of the last dose of study medication was taken.

Physical examination at screening was normal.  The patient had a history of hypothyroidism, hypercholesterolemia, an allergy to codeine, a tonsillectomy, a cholecystectomy, a LEEP procedure, and she was post-menopausal.  Before entering the study, the patient had been treated with 600 mg of gemfibrozil (LOPID®, Pfizer), 0.125 mg of levothyroxine (LEVOXYL®, King), and 450 mg of lithium.  During the study, the patient was given concomitant treatment with 600 mg of gemfibrozil (LOPID®, Pfizer), 0.125 mg of levothyroxine (LEVOXYL®, King), 4 tablets of calcium carbonate (TUMS®, GlaxoSmithKline), and 450 mg of lithium, per protocol.

The investigator considered the acid reflux to be related to study medication.

2890

CONFIDENTIAL
AZSER12775563

| Study D1447C00127 | Patient ID: E0119001 | quetiapine 500-mg Withdrawal AEs: Weight gain, (MedDRA: Weight increased); Shortness of breath, (MedDRA: Dyspnoea); Lethargic, (MedDRA: Lethargy) |
| --- | --- | --- |

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 58 year-old Caucasian female patient with bipolar I disorder, most recent episode manic.  The patient had adverse events of weight gain,  (MedDRA: Weight increased) on Day 83, lethargic, (MedDRA: Lethargy) on Day 119 and shortness of breath, (MedDRA: Dyspnoea) on Day 127 of the Open Label Treatment Phase.  The investigator considered the weight gain to be moderate in intensity and the shortness of breath and lethargy to be mild in intensity.  At the time of the onset of weight gain, shortness of breath and lethargy the patient was receiving quetiapine 500-mg daily.  The dose of quetiapine was initiated at 800-mg daily dose, decreased to a minimum of 300-mg on Day 15 and subsequently increased to a maximum of 500-mg daily on Day 57.   The events persisted throughout the study and were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse events on Day 141 and the last dose of study medication was taken on Day 140.

Physical examination at screening was revealed a systolic murmur.  The patient's relevant medical history included perennial allergic rhinitis, lazy eye, myopia, mitral valve prolapse, hypertension, shortness of breath, irritable bowel syndrome, osteoarthritis, dry skin and hypercholesterolemia and a surgical history of eye surgery.  Before the entering the study, the patient had been treated with 400-mg ibuprofen (MOTRIN®, McNeil Consumer Products Company), 800-mg quetiapine fumarate (Seroquel®,) 400-mg topiramate (TOPAMAX®, Ortho McNeil), 2500-mg gabapentin (NEURONTIN®, Park-Davis) and 2-mg loperamide (IMODIUM®, McNeil consumer Products Company).  During the study the patient was given concomitant treatment with 400-mg ibuprofen (MOTRIN®, McNeil Consumer Products Company), 2-mg loperamide (IMODIUM®, McNeil consumer Products Company), 50/25-mg metoprolol tartrate and hydrochlorthiaziade (LOPRESSOR HCT®, Novartis) and 1000, 1250, and 1500-mg divalproex sodium (DEPAKOTE®, Abbott) per protocol.

The investigator considered the weight gain, shortness of breath and lethargy to be related to study medication.

| Study day | Dose (mg/day) | Weight (kg) |
| --- | --- | --- |
| Enrollment | N/A | 100.0 |
| Day 15 | 300 | 99.1 |
| Day 83 | 500 | 100.5 |
| Discontinuation | N/A | 103.6 |

CONFIDENTIAL
AZSER12775564

Study D1447C00127     Patient E0119004     quetiapine 400 mg          Withdrawal AE:
                                                                          Weight gain
                                                          (MedDRA: Weight Increased)

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic. The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 8 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 400-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to weight gain on Day 160 and the last dose of study medication was taken on Day 159.

Physical examination at screening revealed a scalp laceration. The patient had a history of appendectomy in 1971, testicular torsion in 1978, nasal polyps since 1988, smoking induced asthma since 1995, neck pain secondary to motor vehicle accident in 1999, high cholesterol diet controlled since 2002, and alcohol abuse one year in remission. Before entering the study, the patient had been treated with 100 mg of quetiapine (SEROQUEL®, AstraZeneca), 300 mg of oxcarbazepine (TRILEPTAL®, Novartis), 75 mg of venlafaxine (EFFEXOR XR®, Wyeth-Ayerst), 400 mg of ibuprofen (MOTRIN®, McNeil), 2 mg of lorazepam (ATIVAN®, Wyeth). During the study, the patient was given concomitant treatment with 800 mg of ibuprofen (MOTRIN®, McNeil), 2 mg of lorazepam (ATIVAN®, Wyeth), and 1000 – 2000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the weight gain to be related to study medication.

Table 1          Body weight

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 80.0 |
| Day 8 | 400 | 84.5 |
| Day 15 | 400 | 86.4 |
| Day 92 | 500 | 93.2 |
| Day 140 | 400 | 95.0 |
| Day 160 | Not applicable | 98.2 |

2892

CONFIDENTIAL
AZSER12775565

| Study D1447C00127 | Patient ID: E0119005 | quetiapine 800-mg | Withdrawal AEs: Weight gain (MedDRA: Weight increased) |

***The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.***

This narrative concerns a 48 year-old Caucasian female patient with bipolar I disorder, most recent episode manic. The patient had an adverse event of weight gain (MedDRA: Weight increased) on Day 8 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of the weight gain the patient was being treated with quetiapine 800-mg daily. The event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 153 and the last dose of study medication was taken the on Day 152.

Physical examination at screening was normal. The patient's relevant medical history included allergic sinusitis, myopia, diet controlled hypertension, emphysema, acid reflux and osteoarthritis and a surgical history of tubal ligation and bilateral eye surgery. Before the entering the study, the patient had been treated with 900-mg oxcarbazepine (TRILEPTAL®, Novartis), 100-mg desyrel (TRAZADONE®, Bristol-Myers Squibb), one-mg lorazepam (ATIVAN®, Wyeth) and 800-mg ibuprofen (MOTRIN®, McNeil Consumer Products Company). During the study the patient was given concomitant treatment with 150-mg oxcarbazepine (TRILEPTAL®, Novartis), 50-mg desyrel (TRAZADONE®, Bristol-Myers Squibb), one-mg lorazepam (ATIVAN®, Wyeth), 800-mg ibuprofen (MOTRIN®, McNeil Consumer Products Company) and 1000, 1500 and 1750-mg divalproex sodium (DEPAKOTE®, Abbott) per protocol.

The investigator considered the weight gain to be related to study medication.

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | N/A | 70.9 |
| Day 8 | 800 | 77.3 |
| Day 15 | 800 | 74.1 |
| Day 85 | 800 | 76.8 |
| Discontinuation | N/A | 80.5 |

2893

CONFIDENTIAL
AZSER12775566

Study D1447C00127   **Patient E0119009   quetiapine 800 mg**   Withdrawal AE:
Weight gain
(MedDRA: Weight Increased)

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 45-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 7 of the open label treatment phase that was considered by the investigator to be severe in intensity. At the time of the event the patient was being treated with 800-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to weight gain on Day 223 and the last dose of study medication was taken on Day 222.

Physical examination at screening was normal. The patient had a history of tonsillectomy in 1969, bilateral breast reduction in 1998, hysterectomy in 2004, acid reflux, high cholesterol diet controlled, low back pain, allergic reaction to penicillin, headaches, and myopia. Before entering the study, the patient had been treated with 0.625 mg of conjugated estrogens (PREMARIN®, Wyeth-Ayerst), 30 mg of lansoprazole (PREVACID®, Tap Pharmaceuticals), 2 – 3 mg of lorazepam (ATIVAN®, Wyeth), 800 mg of quetiapine (SEROQUEL®, AstraZeneca), 800 mg of ibuprofen (MOTRIN®, McNeil), and 2000 mg of divalproex (DEPAKOTE®, Abbott). During the study, the patient was given concomitant treatment with 0.625 mg of conjugated estrogens (PREMARIN®, Wyeth-Ayerst), 30 mg of lansoprazole (PREVACID®, Tap Pharmaceuticals), 800 mg of ibuprofen (MOTRIN®, McNeil), 2 mg of lorazepam (ATIVAN®, Wyeth), and 2000 – 3000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1         Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 99.5 |
| Day 15 | 800 | 100.9 |
| Day 90 | 800 | 101.8 |
| Day 151 | 800 | 100.5 |
| Day 176 | 800 | 101.4 |
| Day 223 | Not applicable | 104.5 |

2894

CONFIDENTIAL
AZSER12775567

**Study D1447C00127       Patient E0119010    quetiapine 400 mg           Withdrawal AE:**
**Exacerbation of hypothyroidism (hypothyroid)**
**(MedDRA: Hypothyroidism)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 38-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of exacerbation of hypothyroidism (hypothyroid) (MedDRA: Hypothyroidism) on Day 1 of the randomized treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 307 and the last dose of study medication was taken on Day 306 of the randomized treatment phase.

Physical examination at screening was normal.  The patient had a history of headaches, lower back pain, arthritis, bilateral hand tremor, tonsillectomy, and a tubal ligation.  Before entering the study, the patient had been treated with 10 mg of aripiprazole (ABILIFY®, Otsuka), 100 mg of trazodone, 2 mg of lorazepam (ATIVAN®, Wyeth), and 1000 mg of divalproex (DEPAKOTE ER®, Abbott).  During the study, the patient was given concomitant treatment with 2 mg of lorazepam (ATIVAN®, Wyeth), 0.05 mg of levothyroxine (SYNTHROID®, Abbott), and 1000 – 1500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the exacerbation of hypothyroidism to be related to study medication.

2895

CONFIDENTIAL
AZSER12775568

**Study D1447C00127     Patient ID: E0119014     quetiapine 100 mg     Withdrawal AEs: Sedation (MedDRA: Sedation); Bilateral leg cramps (MedDRA: Muscle cramp)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36 year-old Caucasian male patient with bipolar I disorder, most recent episode manic. The patient had adverse events of sedation (MedDRA: Sedation) and bilateral leg cramps (MedDRA: Muscle cramp) on Day 2 of the Enrollment Phase that the investigator considered to be moderate and mild in intensity, respectively. At the time of the onset of sedation the patient was receiving commercial quetiapine 100 mg daily. The events were ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse events on Day 3 of the Enrollment Phase and the patient continued taking commercial quetiapine 100 mg daily after withdrawal.

Physical examination at screening was normal. The patient's relevant medical history included left lower hernia quadrant pain and a surgical history of laminectomy, disc fusion and two hernia repairs. Before entering the study, the patient had been treated with 1000-mg divalproex (DEPAKOTE®, Abbott) and 2-mg lorazepam (ATIVAN®, Wyeth). During the study the patient was given concomitant treatment with 2-mg lorazepam (ATIVAN®, Wyeth) and 2000-mg divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the sedation and bilateral leg cramps to be related to study medication.

2896

CONFIDENTIAL
AZSER12775569

**Study D1447C00127       Patient E0119015   quetiapine 400 mg**

**Withdrawal AE:
Bloody nose
(MedDRA: Epistaxis)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 21-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of bloody nose (MedDRA: Epistaxis) on Day 8 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was resolved on Day 28 of study treatment.  The patient was withdrawn from the study on Day 29 and the last dose of study medication was taken on Day 23.

Physical examination at screening was normal.  The patient did not have any relevant medical history.  During the study, the patient was given concomitant treatment with 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the bloody nose to be related to study medication.

2897

CONFIDENTIAL
AZSER12775570

**Study D1447C00127      Patient E0119018         quetiapine 300 mg      Withdrawal AE:**
                                                                  **Weight gain**
                                              **(MedDRA: Increased Weight)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 32-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic. The patient had an initial adverse event of weight gain on Day 3 of the open label treatment phase that was considered by the investigator to be moderate in intensity. The patient then had another adverse event of weight gain (MedDRA: Weight Increased) on Day 8 of the open label treatment that was considered by the investigator to be severe in intensity. At the time of this event the patient was being treated with 300 mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient randomized on 2005-01-03 and was withdrawn from the study on Day 10 of the randomized treatment phase. The last dose of study medication was taken on the same day.

Physical examination at screening was normal. The patient had a history of generalized arthritis, 3 right knee surgeries in 1995, 1996, and 2000, left wrist surgery in 1996, and nasal surgery in 2003. Before entering the study, the patient had been treated with 120 mg of ziprasidone (GEODON[®], Pfizer), 200 – 300 mg of quetiapine (SEROQUEL[®], AstraZeneca), and 1500 mg of divalproex (DEPAKOTE[®], Abbott). During the study, the patient was given concomitant treatment with 20 mg of tadalafil (CIALIS[®], Eli Lilly), and 1500 mg of divalproex (DEPAKOTE[®], Abbott), per protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1           Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 89.5 |
| Day 16 | 400 | 90.0 |
| Day 97 | 300 | 106.4 |
| Day 106 | 400 | 105.9 |

2898

CONFIDENTIAL
AZSER12775571

**Study D1447C00127        Patient ID: E0119021        quetiapine 0 mg        Withdrawal AEs: Somnolence(MedDRA: Somnolence); shortness of breath (MedDRA: Dyspnoea)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 45 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had adverse events of somnolence (MedDRA: somnolence) and shortness of breath (MedDRA: dyspnoea) on Day 3 of the Enrollment Phase that the investigator considered to be moderate and mild in intensity respectively. At the time of the onset of the events the patient was not receiving quetiapine. The patient was treated with one dose of 100 mg commercial quetiapine on Day 1 of the Enrollment Phase. The events were ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse events on Day 4 of the Enrollment Phase.

Physical examination at screening was normal. The patient's relevant medical history included diet controlled high cholesterol, allergic rhinitis, heart burn, neck pain, middle back pain, right shoulder pain, sinus tachycardia, hypertension, headaches and a hiatal hernia and surgical history of appendectomy, two cesarean sections and right wrist surgery. Before the entering the study, the patient had been treated with 20-mg propranolol (INDERAL®, Wyeth) and 20-mg pantoprazole (PROTONIX®, Wyeth-Ayerst). During the study the patient was given concomitant treatment with 1000 and 1500-mg divalproex sodium (DEPAKOTE®, Abbott) per protocol.

The investigator considered the somnolence and shortness of breath to be unrelated to study medication.

2899

CONFIDENTIAL
AZSER12775572

Study D1447C00127    Patient E0119022    quetiapine    400 mg    Withdrawal AE:
Weight gain
(MedDRA: Weight Increased)
Sedation
(MedDRA: Sedation)

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 56-year-old Hispanic woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 37 of the open label treatment phase that was considered by the investigator to be severe in intensity. At the time of the adverse event the patient was being treated with 400-mg quetiapine. The patient then had an adverse event of sedation (MedDRA: Sedation) on Day 225 of the randomization treatment phase that was considered by the investigator to be mild in intensity. At the time of the adverse event the patient was being treated with 400-mg quetiapine. The subject was withdrawn from the study due to weight gain and sedation on Day 258 of the randomized treatment phase and the last dose of study medication was taken on Day 252 of the randomized treatment phase. The adverse event resolved 12 days after the end of study treatment.

Physical examination at screening was normal. The patient had a history of tonsillectomy and adenoidectomy in 1955 and C-section in 1989. Before entering the study, the patient had been treated with 5 mg of olanzapine (ZYPREXA®, Eli Lilly). During the study, the patient was given concomitant treatment with 5 mg of olanzapine (ZYPREXA®, Eli Lilly), 1000 mg of ampicillin, 1000 – 1250 mg of divalproex (DEPAKOTE®, Abbott), per protocol, 200 mg of dextromethorphan/guaifenesin (ROBITUSSIN®, Wyeth-Ayerst), and nasal spray.

The investigator considered the weight gain to be related to study medication.

### Table 1        Body weight

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 80.9 |
| Day 8 | 400 | 80.0 |
| Day 15 | 400 | 80.5 |
| Day 85 | 400 | 86.4 |
| Day 109 | 400 | 82.7 |
| Day 139 | 400 | 87.3 |
| Day 167 | 400 | 89.5 |

CONFIDENTIAL
AZSER12775573