| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Day 194 | 400 | 89.5 |
| Day 309 | 400 | 87.7 |
| Day 361 | Not applicable | 88.6 |

CONFIDENTIAL
AZSER12775574

**Study D1447C00127      Patient E0119027   quetiapine 400 mg          Withdrawal AE:**
**Bilateral inner groin cramps**
**(MedDRA: Muscle Spasms)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 40-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of bilateral inner groin cramps (MedDRA: Muscle Spasms) on Day 9 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event resolved on Day 40 of study treatment.  The patient was withdrawn from the study due to the bilateral inner groin cramps on Day 45 and the last dose of study medication was taken on Day 41.

Physical examination at screening was normal.  The patient had a history of tonsillectomy in 1975, bilateral breast reduction in 1992, left wrist surgery in 1997, cholecystectomy in 2004, myopia, headaches, low abdominal abcess, right shoulder pain, and degenerative disc disease.  Before entering the study, the patient had been treated with 10 mg of aripiprazole (ABILIFY®, Otsuka), 25 mg of paroxetine (PAXIL®, GlaxoSmithKline), and 1000 mg of acetaminophen (TYLENOL®, McNeil).  During the study, the patient was given concomitant treatment with 12.5 mg of paroxetine (PAXIL®, GlaxoSmithKline), 1000 mg of acetaminophen (TYLENOL®, McNeil), 1 – 2.5 mg of benztropine (COGENTIN®, Merck), and 900 – 1200 mg of lithium, per protocol.

The investigator considered the bilateral inner groin cramps to be related to study medication.

CONFIDENTIAL
AZSER12775575

**Study D1447C00127        Patient E0119029    quetiapine    000 mg             Withdrawal AE:**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 25-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the adverse event the patient was not taking any study drug.  The adverse event resolved on the same day.  The patient was withdrawn from the study due to sedation on Day 7, and the last dose of study medication was taken on Day 1.

Physical examination at screening was normal.  The patient had no relevant medical history. Before entering the study, the patient had been treated with 1500 mg of lithium.  During the study, the patient was given concomitant treatment with 1500 mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

2903

CONFIDENTIAL
AZSER12775576

**Study D1447C00127        Patient E0119033  quetiapine 300 mg                    Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 30-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 8 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 300-mg quetiapine.  The adverse event was resolved on Day 11 of study treatment.  The patient was withdrawn from the study on Day 27 and the last dose of study medication was taken on Day 11.

Physical examination at screening was normal.  The patient had a history of allergic rhinitis. Before entering the study, the patient had been treated with 1 tablet of levonorgestrel/ethinyl estradiol (LEVORA®, Watson), 37.5 mg of phentermine, and 15 mg of antihistamine.  During the study, the patient was given concomitant treatment with 1000 mg of divalproex (DEPAKOTE®®, Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

2904

CONFIDENTIAL
AZSER12775577

**Study D1447C00127**       **Patient E0119034   quetiapine 100 mg**             **Withdrawal AE:**
                                                                                              **Sedation**
                                                                                       **(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 35-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event was resolved on Day 3. The patient was withdrawn from the study on Day 15 and the last dose of study medication was taken on Day 2.

Physical examination at screening was normal.  The patient had a history of eczema, headaches, a cholecystectomy, and a tubal ligation.  Before entering the study, the patient had been treated with 200 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), and 50 mg of paroxetine (PAXIL® CR, GlaxoSmithKline).  During the study, the patient was given concomitant treatment with 25 mg of paroxetine (PAXIL® CR, GlaxoSmithKline) and 1,000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775578

**Study D1447C00127      Patient E0119035   quetiapine   200 mg            Withdrawal AE:**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 49-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an initial adverse event of sedation during the enrolment phase that was considered by the investigator to be moderate in intensity. At the time of that adverse event the patient was being treated with 100-mg quetiapine. The patient then had another adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the adverse event the patient was being treated with 200-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to sedation on Day 15, and the last dose of study medication was taken on Day 14.

Physical examination at screening was normal. The patient had a history of acid reflux, fibrocystic breast, and a C-section. Before entering the study, the patient had been treated with an unknown dose of atorvastatin (LIPITOR®, Pfizer). During the study, the patient was given concomitant treatment with 900 mg of lithium, per protocol, and an unknown dose of atorvastatin (LIPITOR®, Pfizer).

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775579

**Study D1447C00127          Patient E0121001   quetiapine 400 mg          Withdrawal AEs:
Increased Appetite
(MedDRA: Increased Appetite)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 31-year-old Caucasian female with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of increased appetite (MedDRA:
Increased Appetite) on Day 30 of open label treatment phase that was considered by the
investigator to be mild in intensity.  At the time of the event the patient was receiving
quetiapine 400 mg daily. The adverse event resolved on Day 203 of the randomized treatment
phase. The patient was withdrawn from the study due to lost to follow-up on Day 263 of the
randomized treatment phase and the last dose of study medication was taken on Day 209.

Physical examination at screening was normal. The patient had a history of asthma, occasional
headache, back pain, and migraine, tonsillitis, allergic to beets and sulfa, chlamydia, throat
cyst, pain (secondary to tonsillectomy), anorexia, bulimia, obsessive-compulsive disorder,
tonsillectomy, and throat cyst removal. Before entering the study, the patient had been treated
with 25 mg of trazodone, 30 mg of fluoxetine (PROZAC®, Eli Lilly), 1 tablet or 500 mg of
paracetamol, and 1 tablet of Vicodin (VICODIN®, 3M). During the study, the patient was
given concomitant treatment with 2 tablets of magnesium hydroxide, 1 tablet of docusate, 2
tablespoons QOD of bisacodyl, 30 cc of magnesium hydroxide, 1 tablet of extra-strength
tylenol, 10 mg of zolpidem (AMBIEN®, Sanofi Aventis), 750-1000 mg of valproic acid
(DEPAKOTE®, Abbott), and 1 tablet of eugynon (TRIVORA®, Watson Pharma),

The investigator considered the increased appetite to be related to study medication.

CONFIDENTIAL
AZSER12775580

Study D1447C00127        Patient ID: E0121004        Quetiapine 200-mg
                                                      **Withdrawal AEs: Fatigue**
                                                      **(MedDRA: Fatigue)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 22 year-old Caucasian male patient with bipolar I disorder, most recent episode depressed.  The patient had an adverse event of fatigue (MedDRA: Fatigue) on Day 6 of the Open Label Treatment Phase that the investigator considered to be mild in intensity.  At the time of the onset of fatigue the patient was receiving quetiapine 200-mg daily.  The dose of quetiapine was increased to a maximum of 400-mg on Day 14.  The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 29 and the last dose of study medication was taken on Day 28.

Physical examination at screening revealed a scar on the left arm and tattoos on the left and right arm.   The patient's relevant medical history included chest discomfort, shortness of breath, seizures and a head injury.  During the study the patient was given concomitant treatment with 300-mg lithium per protocol.

The investigator considered the fatigue to be related to study medication.

CONFIDENTIAL
AZSER12775581

**Study D1447C00127      Patient E0121006  quetiapine 100 mg      Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 32-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 8 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event resolved on Day 14 of study treatment.  The patient was withdrawn from the study due to sedation on Day 13 and the last dose of study medication was taken on Day 11.

Physical examination at screening was normal.  The patient had a history of intermittent headaches.  Before entering the study, the patient had been treated with 325 mg of aspirin.  During the study, the patient was given concomitant treatment with 1 tablet of pseudoephedrine (SUDAFED®, Pfizer), and 250 – 500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775582

**Study D1447C00127       Patient E0122001       quetiapine 300 mg       Withdrawal AE: Sleepiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 58-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sleepiness (MedDRA: Somnolence) on Day 18 of the open label treatment phase that was considered by the investigator to be mild in intensity. At the time of the sleepiness the patient was being treated with 300-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to sleepiness on Day 29, and the last dose of study medication was taken on the same day.

Physical examination at screening was normal.  The patient had a history of wearing bifocals, hypercholesteremia, tingling in bladder, natural urinary frequency, hypothyroidism, hell spurs, allergy to codeine, hot flashes, tonsillitis, appendicitis, gallstones, tonsillectomy, adenoidectomy, appendectomy, and cholestectomy.  Before entering the study, the patient had been treated with 0.1 mcg of levothyroxine (SYNTHROID®, Knoll), 20 mg of rosuvastatin calcium (CRESTOR®, AstraZeneca), 1 tablet of multivitamin, 1200 mg of calcium, 5 g of iron, and 600 mg of lithium.  During the study, the patient was given concomitant treatment with 0.1 mcg of levothyroxine (SYNTHROID®, Knoll), 20 mg of rosuvastatin calcium (CRESTOR®, AstraZeneca), 1 tablet of multivitamin, 1200 mg of calcium, 5 g of iron, and 900 mg of lithium, per protocol.

The investigator considered the sleepiness to be related to study medication.

CONFIDENTIAL
AZSER12775583

**Study D1447C00127          Patient E0122002          quetiapine 100 mg          Withdrawal AEs:
Increased tiredness
(MedDRA: Fatigue)
Muscle aches
(MedDRA: Myalgia)
Stiff neck
(MedDRA: Musculoskeletal Stiffness)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 43-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of increased tiredness (MedDRA: Fatigue) on Day 1 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the increased tiredness the patient was being treated with 100-mg quetiapine.  On Day 7 the patient presented with muscle aches (MedDRA: Myalgia) and on Day 13 the patient had a stiff neck (MedDRA: Musculoskeletal Stiffness).  The muscle aches and stiff neck were considered by the investigator to be mild in intensity.  At the time of muscle aches the patient was being treated with 100-mg quetiapine.  At the time of the stiff neck the patient was being treated with 200-mg quetiapine.  The adverse events were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to increased tiredness, muscle aches, and stiff neck on Day 21, and the last dose of study medication was taken on the same day.

Physical examination at screening was normal.  The patient had a history of nearsightedness, farsightedness, hypothyroidism, and IVP dye allergy.  Before entering the study, the patient had been treated with 0.125 mg of levothyroxin (SYNTHROID®, Knoll), 10 mg of drospirenone/ethinyl estradiol (YASMIN®, Berlex), 5 mg of amphetamine/dextro-amphetamine (ADDERALL®, Shire BioChem), 1.25 mg of risperidone (RISPERDAL®, Janssen-Ortho), 50 mg of quetiapine (SEROQUEL®, AstraZeneca), and 1000 mg of divalproex (DEPAKOTE ER®, Abbott).  During the study, the patient was given concomitant treatment with 0.125 mg of levothyroxin (SYNTHROID®, Knoll), 10 mg of drospirenone/ethinyl estradiol (YASMIN®, Berlex), 5 mg of amphetamine/dextro-amphetamine (ADDERALL®, Shire BioChem), 1.25 mg of risperidone (RISPERDAL®, Janssen-Ortho), and 1000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the adverse events to be related to study medication.

2911

CONFIDENTIAL
AZSER12775584

**Study D1447C00127      Patient E0122004      quetiapine 200 mg      Withdrawal AE: Rash (MedDRA: Rash)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 59-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of rash (MedDRA: Rash) on Day 12 of the open label treatment phase that was considered by the investigator to be severe in intensity. At the time of the rash the patient was being treated with 200-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the rash on Day 16, and the last dose of study medication was taken on the same day.

Physical examination at screening was normal.  The patient had a history of nearsightedness, hard of hearing, enlarged hernia, and herniorrhaphy.  Before entering the study, the patient had been treated with 1 tablet of multivitamin, 5 mg of olanzapine (ZYPREXA®, Eli Lilly), and 1500 mg of divalproex (DEPAKOTE ER®, Abbott).  During the study, the patient was given concomitant treatment with 1 tablet of multivitamin, 5 mg of olanzapine (ZYPREXA®, Eli Lilly), and 1500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the rash to be related to study medication.

2912

CONFIDENTIAL
AZSER12775585

**Study D1447C00127      Patient E0122006   quetiapine   400 mg            Withdrawal AEs:**
                                                      **Weakness in arms and legs (Muscle weakness)**
                                                           **(MedDRA: Muscular Weakness)**
                                                                **Spasms in arms and legs**
                                                                **(MedDRA: Muscle Spasms)**
                                                                        **Drowsiness**
                                                                **(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 29-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had adverse events of weakness in arms and legs (Muscle weakness) (MedDRA: Muscular Weakness) and spasms in arms and legs (MedDRA: Muscle Spasms) on Day 6 of the open label treatment phase that was considered by the investigator to be severe in intensity.  On Day 7 the patient had drowsiness (MedDRA: Somnolence) considered by the investigator to be moderate in intensity.  At the time of the weakness and spasms in arms and legs the patient was being treated with 200-mg quetiapine and the events resolved on Day 11. At the time of drowsiness the patient was being given 400-mg quetiapine and the event resolved on Day 13.  The patient was withdrawn from the study due to the adverse events on Day 22, and the last dose of study medication was taken on Day 10.

Physical examination at screening was normal.  The patient had a history of myopia, reflux, back pain, appendicitis, and an appendectomy.  Before entering the study, the patient had been treated with unknown dose of olanzapine (ZYPREXA®, Eli Lilly).  During the study, the patient was given concomitant treatment with 250 – 500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the adverse events of weakness in arms and legs, spasms in arms and legs, and drowsiness, to be related to study medication.

2913

CONFIDENTIAL
AZSER12775586

**Study D1447C00127        Patient E0122015    quetiapine   500 mg        Withdrawal AEs:**
**Sleeplessness**
**(MedDRA: Insomnia)**
**Panic attacks**
**(MedDRA: Panic Attack)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 49-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sleeplessness (MedDRA: Insomnia) on Day 9 of the open label treatment phase and panic attacks (MedDRA: Panic Attack) on Day 10.  The sleeplessness was considered by the investigator to be moderate in intensity and the panic attacks to be severe.  At the time of the adverse events the patient was being treated with 500-mg quetiapine.  The adverse events were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to sleeplessness and panic attacks on Day 31, and the last dose of study medication was taken on Day 18.

Physical examination at screening revealed a healing rash on the base of the right palm and right forefoot.  The patient had a history of seizures (drug related), diabetes, rash on the hands and feet, cholecystitis, gangrene of the left toe, arthritis in the neck, dry mouth, allergies to tegretol, codeine, and flexeril, and surgeries for amputation of the right great toe and cholecystectomy.  Before entering the study, the patient had been treated with 250 – 1000  mg of divalproex (DEPAKOTE®, Abbott), 1 mg of clonazepam (KLONOPIN®, Roche), 5 – 7.5 mg of olanzapine (ZYPREXA®, Eli Lilly), insulin, 1 capsule of multivitamin, 750 mg of aspirin, 450 mg of carisoprodol (SOMA®, Forest), 12.5 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), 40 mg of propanolol (INDERAL®, Wyeth-Ayerst), 15 – 100 mg of topiramate (TOPAMAX®, Ortho-McNeil), and 300 – 1500 mg of oxcarbazepine (TRILEPTAL®, Novartis).  During the study, the patient was given concomitant treatment with 750 – 1250 mg of divalproex (DEPAKOTE®, Abbott), per protocol, 1 – 2 mg of clonazepam (KLONOPIN®, Roche), 5 – 7.5 mg of olanzapine (ZYPREXA®, Eli Lilly), insulin, 1 capsule of multivitamin, 750 mg of aspirin, 450 mg of carisoprodol (SOMA®, Forest), 12.5 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), 40 mg of propanolol (INDERAL®, Wyeth-Ayerst), and 300 – 900 mg of gabapentin (NEURONTIN®, Pfizer).

The investigator considered the adverse events of sleeplessness and panic attacks to be related to study medication.

CONFIDENTIAL
AZSER12775587

**Study D1447C00127       Patient E0122018   quetiapine   600 mg**

**Withdrawal AEs:**
**Increased anxiety**
**(MedDRA: Anxiety)**
**Increased depression**
**(MedDRA: Depression)**
**Headache**
**(MedDRA: Headache)**
**Stomach pain**
**(MedDRA: Abdominal Pain Upper)**
**Suicidal ideation**
**(MedDRA: Suicidal Ideation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation. It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 63-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode mixed. The patient had adverse events of headache (MedDRA:
headache) and stomach pain (MedDRA: Abdominal Pain Upper) on Day 84 of the open label
treatment phase. On Day 92 the patient had increased anxiety (MedDRA: Anxiety) and on
Day 96 increased depression (MedDRA: Depression) and suicidal ideation (MedDRA:
Suicidal ideation). The investigator considered the stomach pain to be mild, the headache and
suicidal ideation to be moderate, and the increased anxiety and increased depression to be
severe in intensity. At the time of the adverse events the patient was being treated with
600-mg quetiapine. Suicidal ideation resolved on Day 97 and other adverse events were
ongoing at the time of withdrawal. The patient was withdrawn from the study due to the
adverse events on Day 98, and the last dose of study medication was taken on Day 98.

Physical examination at screening was normal. The patient had a history of
hypercholesterolemia, thyroid disease, osteopenia, varicose veins, and surgery for bilateral leg
vein ligation. Before entering the study, the patient had been treated with 75 – 100 mg of
nortriptyline (PAMELOR®, Novartis), 0.025 mg of levothyroxine (SYNTHROID®, Abbott),
400 mg of pravastatin (PRAVACHOL®, Bristol-Myers Squibb), 60 mg of raloxifene
(EVISTA®, Eli Lilly), 3.5 – 8.75 mg of olanzapine (ZYPREXA®, Eli Lilly), 50 – 75 mg of
lamotrigine (LAMICTAL, GlaxoSmithKline), 250 – 500 mg of divalproex (DEPAKOTE®,
Abbott), 600 mg of lithium, and 10 mg of amphetamine-dextroamphetamine (ADDERALL®,
Shire Biochem). During the study, the patient was given concomitant treatment with 75 mg of
nortriptyline (PAMELOR®, Novartis), 0.025 mg of levothyroxine (SYNTHROID®, Abbott),
400 mg of provastatin (PRAVACHOL®, Bristol-Myers Squibb), 60 mg of raloxifene
(EVISTA®, Eli Lilly), 3.5 mg of olanzapine (ZYPREXA®, Eli Lilly), 25 – 50 mg of
lamotrigine (LAMICTAL, GlaxoSmithKline), 900 mg of lithium (LITHOBID®, JDS), per
protocol, 250 – 1250 mg of divalproex (DEPAKOTE®, Abbott), per protocol, and 300 – 900
mg of lithium, per protocol.

The investigator considered the adverse events of increased anxiety, increased depression,
headache, stomach pain, and suicidal ideation to be related to study medication.

CONFIDENTIAL
AZSER12775588

**Study D1447C00127**     **Patient E0122019**   **quetiapine**   **300 mg**     **Withdrawal AEs:**
**Increased anxiety**
**(MedDRA: Anxiety)**
**Increased fatigue**
**(MedDRA: Fatigue)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 31-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had adverse events of increased anxiety (MedDRA: Anxiety) on Day 8 and increased fatigue (MedDRA: Fatigue) on Day 10 of the open label treatment phase.  The investigator considered the increased anxiety to be moderate and the increased fatigue to be severe in intensity.  At the time of the increased anxiety the patient was being treated with 100-mg quetiapine and at the time of increased fatigue the patient was being given 300-mg quetiapine.  The adverse events were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to increased anxiety and increased fatigue on Day 13, and the last dose of study medication was taken on Day 11.

Physical examination at screening was normal.  The patient had a history of diverticulosis and colon surgery.  During the study, the patient was given concomitant treatment with 750 –1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the adverse events of increased anxiety and increased fatigue to be related to study medication.

2916

CONFIDENTIAL
AZSER12775589

**Study D1447C00127          Patient E0122028   quetiapine 600 mg                Withdrawal AEs:**
**Suicidal Ideation**
**(MedDRA: Suicidal Ideation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 60-year-old Caucasian female with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of suicidal ideation (MedDRA: Suicidal Ideation) on Day 38 of open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the event the patient was receiving quetiapine 400 mg daily. The event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 45 of the open label treatment phase and the last dose of study medication was taken on Day 44.

Physical examination at screening revealed that a direct optal-mascope was done and the patient had a slightly dry oral pharynx. The patient had a history of hypothyroidism, edema, high cholesterol, hysterectomy, and knee surgery. Before entering the study, the patient had been treated with 1 mg of estradiol, 75 mg of levothyroxine (LEVOXYL®, King), 600 mg of lithium, 25 mg of quetiapine (SEROQUEL®, AstraZeneca) (VICODIN®, 3M), 25 mg of dyazide, 80 mg of fluvastatin (LESCOL®, Novartis), 5 mg of olanzapine (ZYPREXA®, Eli Lilly), 40 mg of potassium, and 5 mg of tranylcypromine. During the study, the patient was given concomitant treatment with 1000 mg of valproic acid (DEPAKOTE®, Abbott), 300-600 mg of lithium, 2.5 mg of olanzapine (ZYPREXA®, Eli Lilly), and 25 mg of diphenhydramine.

The investigator considered the suicidal ideation to be related to study medication.

CONFIDENTIAL
AZSER12775590

**Study D1447C00127      Patient E0122036  quetiapine 100 mg      Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 35-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 21 and the last dose of study medication was taken on Day 21.

Physical examination at screening revealed thyromegaly.  The patient had a history of abnormal heartbeat, high cholesterol, outdoor allergies, mild rash, and had undergone an angiogram and orthoscopic knee surgery.  Before entering the study, the patient had been treated with 25 – 100 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), an unknown amount of escitalopram oxalate (LEXAPRO®, Forest), 10 mg of loratadine (ALAVERT®, Wyeth-Ayerst), and 750 mg of divalproex (DEPAKOTE®, Abbott).  During the study, the patient was given concomitant treatment with 1 pill of doxylamine succinate (UNISOM®, Pfizer), 10 mg of loratadine (ALAVERT®, Wyeth-Ayerst), and 750 – 1250 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775591

**Study D1447C00127        Patient E0123021    quetiapine    300 mg            Withdrawal AE:
Sedation
(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 33-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode manic.  The patient had an adverse event of sedation (MedDRA:
Sedation) on Day 1 of the open label treatment phase that was considered by the investigator
to be moderate in intensity.  At the time of the adverse event the patient was being treated with
300-mg quetiapine.  The adverse event resolved on Day 19 of study treatment.  The patient
was withdrawn from the study due to sedation on Day 25, and the last dose of study
medication was taken on Day 24.

Physical examination at screening was normal.  The patient had a history of mononucleosis
and kidney stones.  During the study, the patient was given concomitant treatment with
500 mg of divalproex (DEPAKOTE[®], Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

2919

CONFIDENTIAL
AZSER12775592

**Study D1447C00127   Patient E0125007   quetiapine   300 mg**      **Withdrawal AEs:**
                                                                    **Worsening tremor**
                                                                    **(MedDRA: Tremor)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 58-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had adverse events of worsening tremor (MedDRA: Tremor) on Day 10 of the enrollment phase. The investigator considered the worsening tremor to be moderate in intensity.  At the time the adverse event began the patient was taking commercial quetiapine 300 mg.  The worsening tremor resolved 4 days after the onset.  The patient was withdrawn from the study due to the adverse events 28 days after enrollment.  The patient did not enter the open label treatment period and was not dispensed study medication.

Physical examination at screening was normal.  The patient had a history of tremor, hypertension, and obsessive-compulsive disorder.  Before entering the study, the patient had been treated with 2 mg of clonazepam, 10 – 50 mg of desipramine, 40 mg of fluoxetine, 900 mg of lithium, 50 mg of atenolol, 0.1 mg of clonidine, and 50 – 200 mg of quetiapine (SEROQUEL®, AstraZeneca).  During the enrollment phase of the study, the patient was given concomitant treatment with 2 mg of clonazepam, 50 mg of desipramine, 40 mg of fluoxetine, 900 mg of lithium, per protocol, 50 mg of atenolol, 0.1 mg of clonidine, 0.025 mg of levothyroxine (SYNTHROID, Abbott), and 100 – 400 mg of quetiapine (SEROQUEL®, AstraZeneca).

The investigator considered the adverse event to be not related to study medication.

CONFIDENTIAL
AZSER12775593

**Study D1447C00127      Patient E0127008   quetiapine 200 mg               Withdrawal AE:**
**Nausea**
**(MedDRA: Nausea)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 40-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of nausea (MedDRA: Nausea) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 200-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 16 and the last dose of study medication was taken on Day 6.

Physical examination at screening revealed a left hip replacement, and arthritis in the knees and fingers.  The patient had a history of spinal meningitis, headaches, gastric ulcers, presbyopia, arthritis, and left hip replacement.  During the study, the patient was given concomitant treatment with 1200 mg of gabapentin (NEURONTIN®, Pfizer) and 2 mg of alprazolam (XANAX®, Pfizer).

The investigator considered the nausea to be related to study medication.

2921

CONFIDENTIAL
AZSER12775594

**Study D1447C00127          Patient E0127015   quetiapine   100 mg**          **Withdrawal AEs:**
**Sedation**
**(MedDRA: Sedation)**
**Dizziness**
**(MedDRA: Dizziness)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 45-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had adverse events of sedation (MedDRA: Sedation) and dizziness (MedDRA: Dizziness) on Day 1 of the open label treatment phase.  The investigator considered the dizziness to be moderate and the sedation to be severe in intensity. At the time of the adverse events the patient was being treated with 100-mg quetiapine.  The adverse events were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to sedation and dizziness on Day 7, and the last dose of study medication was taken on Day 2.

Physical examination at screening was normal.  The patient had a history of hypertension, migraine headaches, and a tonsillectomy.  Before entering the study, the patient had been treated with 1 tablet of amlodipine/benazepril (LOTREL®, Novartis), 440 mg of naproxen, and 1000 mg of ibuprofen.  During the study, the patient was given concomitant treatment with 1 tablet of amlodipine/benazepril (LOTREL®, Novartis), 440 mg of naproxen, 1000 mg of ibuprofen, and 250 mg of divalproex (DEPAKOTE, Abbott), per protocol.

The investigator considered the sedation and dizziness to be related to study medication.

CONFIDENTIAL
AZSER12775595



| Clinical Study Report: Section 11.3.11 | |
| --- | --- |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00127 |

# Section 11.3.11
# Overdose reports received by AstraZeneca Drug Safety for
# Study D1447C00127

CONFIDENTIAL
AZSER12775596

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

Event Serious Criteria Legend:
F = Fatal, L= Life Threatening, H = Hospitalization, D = Disabling, A = Congenital Abnormality, I = Medically Important

**Protocol/Study ID: D1447C00127**

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Date Became Serious | Serious Criteria | Outcome | Study/Suspect Drug Start Date | Action Taken | Suspect Drug Number | Investigator causality | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004UW19416 | 0005 | E0005032 | 0032 | ▮▮ ▮▮ 1953 | F | 1 | | | | | 01-Jul-2004 | | | | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | | Date of Death | Suspect Drug Number |
|---|---|---|---|---|---|---|---|---|
| 2004UW19416 | Overdose | Overdose | 09-Sep-2004 | | * * H * * * | | | 1 |
| 2004UW19416 | Unconsciousness | Loss of consciousness | 09-Sep-2004 | | * * H * * * | | | 1 |

Narrative: (OVERDOSE, UNCONSCIOUSNESS)
A report was received from the sister of a 51 year old female patient who was enrolled in study a Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

On 01-Jul-2004 the patient was given 80 tablets of Seroquel and Depakote when she initiated the study. She reportedly took the medication for two days and "felt drowsy" so she discontinued taking the medication. The patient did not return to the study site for follow-up and overdosed with the remaining 76 tablets on 9-Sep-2004. The patient's sister reports that the bottle was labeled as Seroquel 100 mg.

The patient was admitted to the intensive care unit and was unconscious for four days after the overdose. As of the date of this report, the patient remains in a psychiatric facility.

The sister is unsure if the patient took Depakote as well because she is unable to locate it.

The event of overdose was considered serious due to hospitalization.

The company physician considered the event of overdose to be unrelated to the study therapy.

Date Produced: 07-Dec-2006

CONFIDENTIAL
AZSER12775597

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | | | | Study/Suspect Drug Start Date | Action Taken | | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004UW20513 | 0005 | E0005032 | | ▮▮▮1951 | F | | | | 01-Jul-2004 | No Change | | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Study/Suspect Drug Verbatim | Outcome | Suspect Drug Number | Date of Death | Action Taken | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004UW20513 | Overdose Of Medication Intentional | Intentional overdose | 09-Sep-2004 | 09-Sep-2004 | * * H * * * | | Not Yet Recovered | 1 | | | 1 | No |

Narrative: (OVERDOSE OF MEDICATION INTENTIONAL)
A report was received from an investigator concerning a 53 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

Concomitant drugs included acetylsalicylic acid for arthritis. Her medical history included gestational diabetes, osteoarthritis of the knees, attention deficit/hyperactivity disorder, seasonal allergies, psoriasis, spastic colon, carpal tunnel syndrome of the wrists and subsequent surgical repair, appendectomy, tonsillectomy, bilateral tubal ligation and cervical spine fusion C4-C5.

The patient began study drug on 01-JUL-2004 and experienced an intentional overdose of medication which started on 09-SEP-2004. On 16-Sep-2004 the site received a phone call from the patient's sister informing them the patient had been hospitalized for a medication overdose. At the time the call was placed the patient had been medically stabilized and transferred to a second facility for further treatment. According to the site, the sister inferred the study drug had been used in the overdose, however the specific medication or other medications the patient may have ingested was not known. The patient's last visit to the site occurred on 1-Jul-2004, at which time she entered the open label course and received study medication of Seroquel 100 mg orally daily. She failed to attend the next scheduled visit and did not respond to attempts from the site to contact her. She was terminated from the study as of 26-Jul-2004. The site reported that attempts to contact the patient have been unsuccessful. The patient is considered lost to follow-up at this time.

The investigator considered the event(s) to be unrelated to the study therapy.

Summary of follow-up information received by AstraZeneca on 29-Sep-2004: Added medical history, intensity of event and date when patient entered open label study.

Date Produced: 07-Dec-2006

CONFIDENTIAL
AZSER12775598

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Action Taken | Study Part |
|---------|--------|------------------------|--------------------------|---------------|--------|---------------------|------------------------------|--------------|------------|
| 2005UW08319 | 0005 | E0005065 | 5065 | ██ ██ 1979 | F | 1 | | Unknown | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Study/Suspect Drug Start Date | Date of Death | Suspect Drug Number | Investigator causality |
|---------|-------------|----------------|------------|---------------------|------------------|---------|-------------------------------|---------------|---------------------|------------------------|
| 2005UW08319 | Intentional Overdose | Intentional overdose | 21-May-2005 | 21-May-2005 | * * H * * * | | | | 1 | |
| 2005UW08319 | Suicide Attempt | Suicide attempt | 21-May-2005 | 21-May-2005 | * * H * * * | | | | 1 | |

Narrative: (SUICIDE ATTEMPT, INTENTIONAL OVERDOSE)
A report was received from an investigator concerning a 25-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient was started on study medication, 100 mg PO daily titrated up to 200 mg PO daily. On 21-May-2005 the patient's boyfriend called the police to report that the patient was cutting her wrists and had overdosed on study medication. It was reported that the patient injested thirty 100 mg tablets. The patient was medically cleared and was admitted to a psychiatric hospital on 22-May-2005.

The overdose was intentional, although any resulting adverse events are unknown.

A company physician assessed the event to be unrelated to the study therapy.

CONFIDENTIAL
AZSER12775599

![AstraZeneca]

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Date of Death | Action Taken | Suspect Drug Number | Investigator causality | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005UW08829 | 0005 | E0005065 | | 1979 REDACTED | F | 1 | | 18-May-2005 | | Drug Withdrawn | | | |
| 2005UW08829 | 0005 | E0005065 | | 1979 | F | 1 | | | | Drug Withdrawn | 1 | No | |
| 2005UW08829 | 0005 | E0005065 | | 1979 | F | 2 | | | | Unknown | 2 | Yes | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Suspect Drug Number | Date Became Serious | Serious Criteria | Outcome |
|---|---|---|---|---|---|---|---|
| 2005UW08829 | Intentional Overdose | Intentional overdose | 21-May-2005 | 1 | 21-May-2005 | * * H * * * | Recovery Without Sequelae |
| 2005UW08829 | Intentional Overdose | Intentional overdose | 21-May-2005 | 2 | 21-May-2005 | * * H * * * | Recovery Without Sequelae |

Narrative: {INTENTIONAL OVERDOSE}:
A report was received from an investigator concerning a 26 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

Concomitant drugs included midol for menstrual cramps, paracetamol for headache, excedrin tension ha for headache, diazepam for anxiety, lortab for body fracture from fall, alprazolam for anxiety, percocet for body fracture from fall, ortho tricyclen for birth control and ciprofloxacin hydrochloride.

The patient had a history of self harming behavior, overdose, childhood seizure and penicillin allergy.

On 21-May-2005, the patient ingested an overdose of study medication (a total of 30 tablets, according to the patient; the police reportedly took the bottle) in response to a boyfriend informing the patient that she could not live with him any longer. The patient was taken to a state psychiatric hospital on 22-May-2005. The patient was in the open label phase of the study.

Mental status evaluation was notable for tangentiality and circumstantial thoughts, the belief that there was "something evil" inside the patient, labile and tearful mood, and poor insight and judgment, as evidenced by her recent suicide attempt. A urine drug screen revealed benzodiazepines; in addition, 3+ blood, trace amount of protein and a few bacteria were noted. These findings were treated with Cipro x 2 days.

The patient was started on lithium carbonate 300 mg TID, later followed by Seroquel 100mg in the morning and 300mg in the evening. Shortly after admission, the patient denied suicidal and homicidal ideation, as well as auditory or visual hallucinations, and psychotherapy was recommended. The patient improved and was discharged on 27-May-2005. Discharge medications included Seroquel 200mg at night and lithium 900 mg at night. Prognosis at time of discharge was guarded. Axis I diagnoses at discharge included bipolar disorder, panic disorder and polysubstance abuse; axis II diagnoses included borderline traits. The patient completed an early termination visit on 22-Jun-2005.

The event is considered related to Seroquel and Lithium.

Summary of follow-up information received by AstraZeneca on 25-Aug-2005 adds Seroquel and lithium as suspect medications, causality and treatment.

CONFIDENTIAL
AZSER12775600

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Investigator causality | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005UW10128 | 0014 | E0014010 | | 1967 | F | 1 | | | Unknown | | |
| 2005UW10128 | 0014 | E0014010 | | 1967 RED ACT | F | 1 | | 14-Jun-2005 | Unknown | | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number |
|---|---|---|---|---|---|---|---|---|
| 2005UW10128 | Accidental Overdose | Accidental overdose | 14-Jun-2005 | | * * * * * * | Recovery Without Sequelae | | 1 |
| 2005UW10128 | Sedation | Sedation | 14-Jun-2005 | | * * * * * * | Recovery Without Sequelae | | 1 |
| 2005UW10128 | Tachycardia | Tachycardia | 14-Jun-2005 | | * * * * * * | Recovery Without Sequelae | | 1 |

Narrative: (ACCIDENTAL OVERDOSE, SEDATION, TACHYCARDIA)
A report was received from an investigator concerning a 38 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient began study drug and experienced sedation which started on 14-JUN-2005, tachycardia which started on 14-JUN-2005 and accidental overdose which started on 14-JUN-2005. The patient recovered without sequelae.

Date Produced: 07-Dec-2006

2928

CONFIDENTIAL
AZSER12775601

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

AstraZeneca

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Outcome | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006UW02187 | 0014 | | | 1976 | F | 1 | | | 25-Jan-2006 | Dose Reduced | |
| 2006UW02187 | 0014 | | | 1976 | F | 1 | | | | Dose Reduced | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|
| 2006UW02187 | Unintentional Overdose Without Sae | Accidental overdose | | | * * * * * * | | | 1 |

Narrative: {UNINTENTIONAL OVERDOSE WITHOUT SAE}
A report was received from an investigator concerning a female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient had called the site to clarify her medication dosage. She had been taking eight tablets per day out of each bottle. Therefore, she was taking sixteen tablets per day which equals 1600 mg QD from 25-Jan-2006 to 02-Feb-2006.

The investigator considered the overdose was not intentional and there was no adverse event associated.

Date Produced: 07-Dec-2006

CONFIDENTIAL
AZSER12775602

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|
| 2005UW02037 | 0030 | E0030013 | | [ ] 1971 | M | 1 | | Unknown | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2005UW02037 | Intentional Overdose | Intentional overdose | 26-Dec-2004 | | * * * * * * | | | | 1 |
| 2005UW02037 | Suspected Suicide Attempt | Suicide attempt | 26-Dec-2004 | | * * * * * | | | | 1 |
| 2005UW02037 | Tachycardia | Tachycardia | 26-Dec-2004 | | * * * * * * | | | | 1 |

Narrative: (INTENTIONAL OVERDOSE, SUSPECTED SUICIDE ATTEMPT, TACHYCARDIA)
A report was received from an investigator concerning a male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

On 26-DEC-2004, the patient took an intentional overdose of study drug, Seroquel 1400 mg during the mood stabilization open label phase. This was reported as a suspected suicide attempt. The patient also experienced tachycardia which started on 26-DEC-2004. The patient was taken to the emergency room where intravenous saline was administered for two hours. The patient was released with no suicidal ideation and was instructed to contact his mental health carrier for further assistance.

The company reviewing physician assessed the events as not medically important.

Date Produced: 07-Dec-2006

Page 7 of 23

2930

CONFIDENTIAL
AZSER12775603

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Onset Date | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|
| 2004UW18168 | 0033 | E0033026 | | 1984 | F | | 19-Jul-2004 | Drug Withdrawn | |

| Case ID | AE Verbatim | Preferred Term | Suspect Drug Number | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2004UW18168 | Attempted Suicide | Suicide attempt | 1 | 23-Aug-2004 | * * H * * * | Recovery Without Sequelae | | 1 | No |

Narrative: (ATTEMPTED SUICIDE)
A report was received from an investigator concerning a 19-year-old female patient enrolled in, a double blind, phase III comparison of the efficacy and safety of quetiapine fumarate to placebo when used as adjunct to mood stabilizers (Lithium or Divalproex) in the maintenance treatment of Bipolar I Disorder in adult patients.

Past medical history included astigmatism right eye. Concomitant drugs included lithium for mood stabilizer and ortho evra for birth control.

The patient began study drug on 19-Jul-2004.

Late in the evening on 23-Aug-2004, the patient presented to the emergency department in a lethargic state. She stated that she had argued with her sister and subsequently ingested 3400 mg of Seroquel because she wanted to get sleepy and go to bed. She was treated with activated charcoal and sorbitol and supplemental fluid hydration. She received supplemental potassium, after laboratory results revealed a potassium level of 2.7 mmol/L (reference range 3.8-5.0). An alcohol level was 2 mg/dl. An urine toxicology screen was negative for amphetamines, barbiturate, benzodiazepine, cocaine, opiates, phencyclidine, cannabinoids, and tricyclics. An EKG performed revealed sinus tachycardia, and non-specific ST and T wave abnormalities. She was stabilized and transferred to a psychiatric hospital on 24-Aug-2004, with the diagnosis of Seroquel overdose. Her Seroquel medication was discontinued at that time. She did continue on Lithium medication. Over the course of her hospitalization, she continued to stabilize and was discharged on 26-Aug-2004 and the adverse event was considered to be resolved.

The investigator considered the event to be unrelated to the study therapy.

Date Produced: 07-Dec-2006

CONFIDENTIAL
AZSER12775604

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Onset Date | Suspect Drug Number | Date Became Serious | Serious Criteria | Study/Suspect Drug Verbatim | Outcome | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005UW09607 | 0044 | E0044001 | 0007 | ▮▮▮▮1956 | M | | 1 | | | | | 02-Jun-2004 | Unknown | |

| Case ID | AE Verbatim | Preferred Term | | | | Onset Date | | Date Became Serious | Serious Criteria | Study/Suspect Drug Verbatim | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005UW09607 | Unintentional Overdose Without Any Apparent Associated Event | Accidental overdose | | | | 12-May-2004 | | | * * * * * * | | | | 1 | 1 |

Narrative: (UNINTENTIONAL OVERDOSE WITHOUT ANY APPARENT ASSOCIATED EVENT)
A report was received from an investigator concerning a 47-year-old male patient enrolled in a double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate to placebo when used as adjunct to mood stabilizers (lithium or divalproex) in the maintenance treatment of Bipolar I disorder in adult patients.

The patient began study drug on 02-Jun-2004. From 12-May-2004 to 25-May-2004, the patient experienced an unintentional overdose without any apparent associated event.

CONFIDENTIAL
AZSER12775605

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---------|--------|------------------------|-------------------------|---------------|--------|--------------------|-----------------------------|------------------------------|--------------|------------|
| 2004UW19462 | 0045 | E0045022 | | REDACT 1975 | F | 1 | | 26-Jul-2004 | Drug Withdrawn | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---------|-------------|----------------|------------|--------------------|--------------------|---------|---------------|--------------------|------------------------|
| 2004UW19462 | Accidental Overdose | Accidental overdose | 09-Sep-2004 | 09-Sep-2004 | * * H * * * | Recovery Without Sequelae | | 1 | No |
| 2004UW19462 | Suicidal Ideation | Suicidal ideation | 09-Sep-2004 | 09-Sep-2004 | * * H * * * | Recovery Without Sequelae | | 1 | No |

Narrative: (ACCIDENTAL OVERDOSE, SUICIDAL IDEATION)
A report was received from an investigator concerning a 29-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

Concomitant drugs included iron for anemia, ibuprofen and Darvocet for knee pain and valproic acid for mood stabilizer.

The patient had a history of depression starting in teen years, worsening depression over last 4 years, previous overdose, methamphetamine use, autoimmune anemia with concurrent peripheral vascular disease, digital necrosis with auto amputation of four fingertips of right hand, irritable bowel syndrome, migraine headaches, insomnia, eczema, torn meniscus of right knee and rheumatoid arthritis.

On 26-Jul-2004, the patient began on an oral dose of open-label quetiapine, 400 twice daily. On 09-Sep-2004, she ingested 6 tablets of 100 mg Seroquel at once rather than as prescribed. Approximately fifteen to thirty minutes later, she experienced difficulty breathing. She was admitted to the hospital for suicidal ideation and moderate overdose as she admitted to intentionally taking more than her prescribed dose of Seroquel in combination with inhaling amphetamines. On admission she was described as pleasant, alert and oriented. Vital signs were stable. A toxicity urine drug screen performed was positive for methamphetamine secondary to the patient smoking crystal methamphetamine. Blood glucose of 156 was also reported. On 09-Sep-2004, the event was considered resolved. While hospitalized she was started on Prozac (fluoxetine hydrochloride) for depression. On 11-Sep-2004, she was discharged from the hospital and will continue Prozac use. The patient was terminated prematurely from the study due to this event.

The overdose was considered accidental based on the patient's report to the site that the overdose was not intended (despite medical records indicating suicidal ideation).

The investigator considered the event of overdose and suicidal ideation to be unrelated to the study therapy.

Summary of follow up information received by AstraZeneca 17-Sep-2004: Medical history updated. Action taken regarding study provided. Amount of overdose clarified. Laboratory information updated.

Summary of follow-up information received by AstraZeneca on 28-Sep-2004 revised the event term from constricted breathing to overdose medication, added event information that the patient admitted to the hospital staff that she intentionally took more than her prescribed dose of Seroquel in combination with inhaling amphetamines. Outcome and date recovered added.

Summary of follow-up information received by AstraZeneca on 10-Nov-2004 revised the causality assessment from yes to no.

Summary of follow-up information received by AstraZenca on 24-Nov-2004 revised the event from one event of overdose medication to two events overdose medication and constricted breathing. Causality for overdose medication reported as no. Causality for constricted breathing was reported as yes.

Summary of follow-up information received by AstraZeneca on 03-Dec-2004 revised the events from two events of overdose medication and constricted breathing to one event of overdose medication. The event of constricted breathing was not considered an SAE but an AE. The causality remained no for the event of overdose medication. Concomitant medication updated. Case suppressed since no associated events due to overdose.

Summary of follow-up information received by AstraZenca on 07-Jan-2005 added a second event of suicidal ideation since the hospital records indicated that the patient's overdose was due to suicidal ideation. Case unsuppressed.

Date Produced: 07-Dec-2006

CONFIDENTIAL
AZSER12775606



**Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127**

Summary of follow-up information received by AstraZeneca on 01-Apr-2005 updated the event from "Accidental Overdose" to "Accidental medication overdose".

Page 11 of 23

2934

Date Produced: 07-Dec-2006

CONFIDENTIAL
AZSER12775607

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|
| 2004UW23816 | 0045 | E0045033 | | 1963 RED ACT | M | 1 | | 22-Oct-2004 | No Change | |
| 2004UW23816 | 0045 | E0045033 | | 1963 | M | 1 | | 29-Oct-2004 | No Change | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Study/Suspect Drug Verbatim | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|---|
| 2004UW23816 | Suicidal Ideation | Suicidal Ideation | 14-Nov-2004 | 14-Nov-2004 | * * H * * * | | Recovery Without Sequelae | | 1 | No |

Narrative: (SUICIDAL IDEATION)
A report was received from an investigator concerning a 40 year old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

Concomitant drugs included valproate semisodium for mood stabilization. Hydroxyzine embonate was added for anxiety on 14-Dec-2004.

The patient had a history of prior alcohol use, drug user (methamphetamine and cocaine use), hypertension and obesity.

On 14-Nov-2004 the patient was depressed and suicidal with thoughts of overdosing on medication. The patient voluntarily admitted himself for inpatient treatment in the behavioral health unit. At admission, the patient had worsening mood and psychotic symptoms with suicidal ideation (planning to jump off a bridge). The patient reported poor compliance with his medication regimen, and also admitted to recent alcohol and cocaine use. The mental status examination was performed, and was notable for psychomotor agitation with lability, irritability and disorganization. The patient's speech was rapid, pressured and interruptible. Mood was dysphoric with labile affect. Thought processes were delusional and tangential, but the patient denied suicidal or homicidal ideation at that time. The diagnostic impression was schizoaffective disorder, chronic acute decompensation with polysubstance abuse. An RPR obtained on 15-Nov-2004 was reactive. An evaluation the same day, revealed that the patient was depressed and started a Librium detoxification program due to recent use of alcohol and crack cocaine. During his stay, the patient received individual, group and milieu psychotherapy, as well as occupational and recreational therapy and individual behavior modification. On 17-Nov-2004 a urine drug screen was performed and was positive for cocaine and benzodiazepines. The patient improved, was no longer considered a danger to either self or others, and was discharged the same day to an outside facility (sober living program) for further care. Medications at discharge included Depakote, Trileptal, Seroquel, Effexor as well as hydrochlorothiazide and Altace. Study medication was discontinued, the last dose having been taken on 10-Nov-2004.

The investigator considered the event to be unrelated to the study therapy.

Summary of follow-up received by AstraZeneca on 24-Mar-2005: Narrative updated with event course/treatment, resolution date for event and outcome amended to recovered, concom med provided.

Summary of follow-up received by AstraZeneca on 30-Mar-2005: Start/stop dates for suspect drug; additional concom meds.

CONFIDENTIAL
AZSER12775608

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005UW08246 | 0047 | E0047013 | | 1970 | M | 1 | | 26-May-2005 | Not Applicable | |
| 2005UW08246 | 0047 | E0047013 | | 1970 | M | 2 | | 10-May-2005 | No Change | |
| 2005UW08246 | 0047 | E0047013 | | 1970 | M | 2 | | 16-Apr-2005 | No Change | |
| 2005UW08246 | 0047 | E0047013 | | 1970 | M | 2 | | 24-May-2005 | No Change | |
| 2005UW08246 | 0047 | E0047013 | REDACTED | 1970 | M | 2 | | 26-May-2005 | No Change | |
| 2005UW08246 | 0047 | E0047013 | | 1970 | M | 2 | | 27-May-2005 | No Change | |
| 2005UW08246 | 0047 | E0047013 | | 1970 | M | 3 | | 10-May-2005 | No Change | |
| 2005UW08246 | 0047 | E0047013 | | 1970 | M | 3 | | 24-May-2005 | No Change | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Suspect Drug Number | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005UW08246 | Suicide Attempt | Suicide attempt | 26-May-2005 | | * * H * * * | 2 | Recovery Without Sequelae | | 1 | |
| 2005UW08246 | Suicide Attempt | Suicide attempt | 26-May-2005 | | * * H * * * | 2 | Recovery Without Sequelae | | 2 | No |
| 2005UW08246 | Suicide Attempt | Suicide attempt | 26-May-2005 | | * * H * * * | 3 | Recovery Without Sequelae | | 3 | No |

Date Produced: 07-Dec-2006

2936

CONFIDENTIAL
AZSER12775609



AstraZeneca

Narrative: (SUICIDE ATTEMPT)

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

A report was received from an investigator concerning a 35-year-old Hispanic male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

Concomitant drugs included fluoxetine hydrochloride for depression and bipolar disorder, aripiprazole for bipolar and acetylsalicylic acid for pain, intermittent headache, and exercise-induced muscle soreness.

The patient had a history of prior suicide attempts (overdose and swimming out to sea) and bipolar disorder with depressive episodes. The patient was HIV positive (since 1998) and homosexual. The patient had also experienced occasional headaches (since 1990), and intermittent exercise-induced muscle soreness (since 1999).

It was noted that the patient's Depakote level on 16 May 2005 was less than 10. During a study visit on 24-May-2005, the patient reported suicidal thoughts, but was not planning to harm himself and was able to contract for safety. At approximately 1445 hours on 26-May-2005, the patient ingested two tablets of Depakote 500 mg and thirty-two doxylamine succinate 25 mg tablets. No Seroquel was taken in the overdose. According to the ER note, the patient had recently experienced increasing depression and paranoid thoughts. This attempt was made as a result of multiple stressors and triggered by an argument with friends. An hour following the ingestion, the patient appeared drowsy and was taken to the ER. The patient also reported nausea. Physical examination was notable for a blood pressure of 150/93 mmHg and a pulse of 90 bpm, but was otherwise unremarkable. Valproic acid level at admission was less than 10 mg/mL (normal range 50 to 125 ug/mL) and a urine drug screen was negative. Salicylates level and acetaminophen levels from the same day were reported as less than 4.0 mg?dL and less than 5 ug/mL. The patient was treated with charcoal lavage and admitted to the psychiatric unit. The mental status examination at admission revealed that the patient was mildly dysphoric and anxious with intermittent suicidal ideation. The Axis I assessment was bipolar disorder. In the psychiatric unit, the patient was continued on Seroquel 600 mg and Depakote 1500 mg daily. The patient was treated with oral Haldol (haloperidol) as needed and possibly Ativan (lorazepam) for an episode of agitation on 27-May-2005. The patient was discharged from the hospital on 28-May-2005 with instructions to continue the Seroquel and Depakote. Because he met the criteria for a "mood event," he was discontinued from the study. The study termination visit took place on 31-May-2005. He denied any suicidology at that time. He will be followed by the investigator until an alternate treatment can be found.

Upon receipt of follow-up information on 30-AUG-2005, it was noted that the hospital notes indicated the intention of restarting antiretroviral therapy; however, there was no indication that this was done. The follow-up report from the investigator indicated that the subject was not on antiretroviral therapy in the 28 weeks prior to the study or during study participation. A discharge summary from the hospital has been requested by the site on two occasions, but not received.

The event of suicide attempt was considered serious due to hospitalization. The investigator assessed the event as unrelated to both Seroquel and Depakote. No causality assessment was provided by the investigator for the over-the-counter sleeping pills (doxylamine succinate); however the AstraZeneca physician noted a causality of "no" in relationship to the suicide attempt. The patient recovered from the event on 28-MAY-2005.

CONFIDENTIAL
AZSER12775610

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|
| 2004UW26254 | 0062 | E0062006 | | REDACTED 979 | F | 1 | | Drug Withdrawn | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Study/Suspect Drug Start Date | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|---|
| 2004UW26254 | Increased Depression | Depression | 22-Dec-2004 | 23-Dec-2004 | * * H * * * | Recovery Without Sequelae | 14-Dec-2004 | | 1 | No |
| 2004UW26254 | Suicidal Ideation | Suicidal Ideation | 22-Dec-2004 | 23-Dec-2004 | * * H * * * | Recovery Without Sequelae | | | 1 | No |

Narrative: (INCREASED DEPRESSION, SUICIDAL IDEATION)
A report was received from an investigator concerning a 25-year-old female patient enrolled in study D1447C00127: A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate Vs Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

Concomitant drugs included lithium, bupropion hydrochloride, ortho Tri-Cyclen, multivitamin, levothyroxine sodium and amoxicillin, and nicotine inhalers.  Concurrent conditions included bipolar disorder and hypothyroidism.  The patient had a history depression (1997), tobacco user (one pack per day/quit in November 2004) and sore throat.  The patient was diagnosed with bipolar disorder type II in May 2004.

The patient began study drug on 14-Dec-2004.  Study drug was discontinued and the last dose was taken on 22-Dec-2004.  The patient reported to the emergency room on 23-Dec-2004 and requested hospitalization for stabilization of increased depression and suicidal ideation.  An evaluation revealed a two-week history of depressive symptoms.  The patient also reported recent marital difficulties, including separation from her husband in May 2004 and the loss of full custody of her son, following a manic episode at that time.  The patient also reported symptoms of panic; the last episode occurring approximately one month prior to the current event.  During the past week the patient experienced suicidal ideation including thoughts of cutting her wrists, overdosing on medication or shooting herself, although she reported not acting on these thoughts.  Nevertheless, the suicidal ideation was worsening.  Mental status examination at admission was notable for broad and tearful affect at times and suicidal and homicidal ideation.  Screening for ethanol, drugs and pregnancy was negative.  The patient was admitted and placed on suicide and escape precautions.  The patient was treated with (off-study) Seroquel with the dose increased from 400 mg to 800 mg daily.  The dose increase was well tolerated by the patient.  The patient also participated in individual and group treatments.  The patient was started on Zithromax (azithromycin) 500 mg daily for an upper respiratory infection.

The patient recovered and was discharged on 29-Dec-2004.  Psychiatric diagnoses at discharge included bipolar type II, mixed episode, nicotine dependence and panic attacks.  Concurrent medications will continue and psychosocial activities, as well as individual and group therapy will be provided as appropriate.  The patient will be discontinued from the study on a scheduled date of 05-Jan-2005.

The investigator considered the events of increased depression with suicidal ideation to be unrelated to the study therapy.

Summary of follow-up received on 14-Jan-2005 updated the narrative with additional hospitalization details (Seroquel dosage); event outcome and date of discharge.

Summary of follow-up received on 18-Jan-2005 updated the narrative with date of last dose of trial therapy and confirmed Seroquel treatment (off-study).

Date Produced: 07-Dec-2006

2938

CONFIDENTIAL
AZSER12775611

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|
| 2004UW13373 | 0077 | E0077012 | REDACTED | 1984 | M | 1 | | 22-Jun-2004 | Unknown | |
| 2004UW13373 | 0077 | E0077012 | | 1984 | M | 1 | | 23-Jun-2004 | Unknown | |
| 2004UW13373 | 0077 | E0077012 | | 1984 | M | 1 | | | Unknown | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2004UW13373 | Intentional Overdose | Intentional overdose | | | * * * * * | | | 1 | |
| 2004UW13373 | Sedation Got Better | Therapeutic response unexpected | | | * * * * * | | | 1 | |

Narrative: (INTENTIONAL OVERDOSE, SEDATION GOT BETTER)
A report was received from an investigator concerning a male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient began study drug on 22-JUN-2004 and experienced intentional overdose. The patient reported that the sedation he was feeling on 800 mg got better when he took 900 mg and 1000 mg per day.

2939

Date Produced: 07-Dec-2006

CONFIDENTIAL
AZSER12775612

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|
| 2005UW11362 | 0078 | E0078007 | 4160 | ▓▓1960 | F | 05-Oct-2004 | No Change | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Suspect Drug Number | Study/Suspect Drug Verbatim | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005UW11362 | Suicidal Ideation | Suicidal Ideation | 31-Jul-2005 | 1 | A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. | 31-Jul-2005 | * * H * * * | Recovering/resolving | | 1 | No |

Narrative: (SUICIDAL IDEATION)
A report was received from an investigator concerning a 45 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

Concomitant drugs included valproate semisodium for bipolar, acetylsalicylic acid, simvastatin for hypercholesterolemia, metformin for diabetes, glipizide for diabetes, bupropion hydrochloride, docusate sodium, temazepam, ezetimibe, simvastatin and glipizide.

The patient had a history of substance abuse and alcohol abuse.

The patient was off of her medications for one month. She has a history of crack/cocaine abuse and reported that she stopped taking her medications to decrease the risk of interaction. The patient reported that she became suicidal after smoking crack and experienced suicidal urges. She went to the emergency room claiming she had taken an overdose of sleeping pills. She then reported that she had not overdosed but wanted to protect herself from potentially traumatic sequelae. The patient was admitted to the inpatient psychiatric unit for safety and will restart medications when she is medically stable.

On admission to the hospital, the patient was agitated, irritable and depressed and reported thoughts "flying through her mind". She was treated with a Haldol injection, then parenteral Ativan and Haldol. All her thoughts were described as negative and suicidal. She denied hallucinations, was oriented x 3 and memory was intact to recent events. Alcohol level was < 10, Aspirin level < 5 and Tylenol level < 10. Urine drug screen was positive for cocaine. She was admitted to an inpatient psychiatric unit for safety, stabilization, pharmacologic management and clarification of diagnosis. She was maintained on high-risk suicide precautions as she continued to voice significant suicidal ideation. She was restarted on Depakote 1000 mg daily and the dose was increased to 1500 mg daily on 15-Aug-2005 due to a Valproic acid level of 36. She was also treated with Ativan and Zydis PRN, Wellbutrin-SR was started for depressive symptoms. By the fifth day of hospitalization, her suicidal thoughts had decreased and suicide precautions were lowered to low-risk. She remained somewhat anxious and oral Haldol was started. She attended groups on the unit and interacted appropriately with peers. Her mood gradually improved and her suicidal thoughts remitted. On discharge, the patient denied any suicidal or homicidal ideation, hallucinations or delusions. She was alert and oriented. She had good insight into her illness and appropriate judgement. Speech was normal. Discharge plan included participation in an Intensive Outpatient Chemical Program, as well as follow-up with her psychiatrist and primary care

The investigator considered the event to be unrelated to study therapy. The company physician considered the event(s) to be unrelated to the study therapy.

Date Produced: 07-Dec-2006

CONFIDENTIAL
AZSER12775613

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Onset Date | Suspect Drug Number | Study/Suspect Drug Verbatim | Serious Criteria | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---------|--------|-------------------------|--------------------------|---------------|--------|------------|---------------------|----------------------------|------------------|-------------------------------|--------------|------------|
| 2004UW25569 | 0080 | E0080011 | 1067 | ██ ██ ██ 1930 | F | | 1 | | | 07-Dec-2004 | Unknown | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---------|-------------|----------------|------------|---------------------|------------------|---------|---------------|---------------------|------------------------|
| 2004UW25569 | Took 42 Of 100 Mg Seroquel Over Seven Days | Accidental overdose | 07-Dec-2004 | | * * * * * * | Recovery Without Sequelae | | | 1 |

Narrative: [TOOK 42 OF 100 MG SEROQUEL OVER SEVEN DAYS]A report was received from an investigator concerning a 75 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient took 16 pills of study drug as instructed. However, in addition to study medication, she also took 42 pills of 100 mg Seroquel (quetiapine fumarate) over a seven day period, which averages out to 600 mg daily. This was an unintentional overdose. She did not experience any adverse events.

CONFIDENTIAL
AZSER12775614

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Study/Suspect Drug Start Date | Action Taken | Date of Death | Study Part |
|---|---|---|---|---|---|---|---|---|---|
| 2005UW16912 | 0080 | E0080029 | 1217 | ▓▓ 1963 | F | 22-Jun-2005 | Drug Withdrawn | | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Suspect Drug Number | Study/Suspect Drug Verbatim | Serious Criteria | Outcome | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005UW16912 | Suicidal Ideation | Suicidal Ideation | 04-Nov-2005 | 04-Nov-2005 | 1 | | * * H * * * | Recovery Without Sequelae | 1 | No |
| 2005UW16912 | Worsening Of Depression | Depression | 04-Nov-2005 | 04-Nov-2005 | | | * * H * * * | Recovery Without Sequelae | 1 | No |
| 2005UW16912 | Worsening Of Mania | Mania | 04-Nov-2005 | 04-Nov-2005 | | | * * H * * * | Recovery Without Sequelae | 1 | No |

Narrative: (SUICIDAL IDEATION, WORSENING OF MANIA, WORSENING OF DEPRESSION)
A report was received from an investigator concerning a 41-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

Concomitant drugs included estradiol for hormone replacement therapy, cetirizine hydrochloride for seasonal allergies, lithium carbonate for bipolar, thyroid for hypothyroidism, lorazepam for bipolar, zolpidem tartrate for insomnia, Estratest for hormone replacement therapy, nalbuphine and promethazine for migraine.

Medical history included hypothyroidism, sinus bradycardia, uterine tumor, pelvic adhesion disease, migraine headache, borderline personality disorder secondary to bipolar, ruptured disc (L-5), and allergies to penicillin, tetracycline, codeine, and Demerol.

The patient began study drug on 11-OCT-2005, and experienced suicidal ideation seondary to worsening of depression and mania, which started on 04-NOV-2005. She presented to the emergency room with a plan to overdose on her pills. Study therapy was permanently stopped on 04-Nov-2005. The patient was admitted for observation. She stated she had recently had racing thoughts, inability to focus, insomnia and felt overwhelmed. She had periods of agitation and an almost continuous sense of panic. She was unable to calm herself. She had multiple social stressors, such as loss of her job, repossession of her car, and isolation from her family. It was unclear if these circumstances exacerbated her symptoms or if her symptoms predisposed her to these stressors. She presented as alert but preoccupied. She had significant psychomotor agitation. Her vital signs were monitored and reported as stable. The dose of Seroquel was increased resulting in improvement of her sleep pattern and mental status stabilization. Her thyroid medication was increased due to a low free T3 level. The event was considered serious due to hospitalization. The patient recovered on 08-Nov-2005 and was discharged. The patient was discontinued from the trial after completing the after-care program.

The investigator considered the event to be unrelated to the study therapy.

Date Produced: 07-Dec-2006

CONFIDENTIAL
AZSER12775615

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Onset Date | Date Became Serious | Serious Criteria | Study/Suspect Drug Verbatim | Outcome | Study/Suspect Drug Start Date | Date of Death | Action Taken | Suspect DrugNumber | Investigator causality | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004UW19326 | 0082 | E0082001 | | 1953 | M | | | | | Recovery Without Sequelae | 16-Jun-2004 | | No Change | 1 | No | |
| 2004UW19326 | 0082 | E0082001 | | 1953 | M | | | | | Recovery Without Sequelae | 23-Jun-2004 | | Drug Withdrawn | 2 | No | |

| Case ID | AE Verbatim | Preferred Term | | | | Suspect DrugNumber | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004UW19326 | Attempted Suicide | Suicide attempt | | | | 1 | 11-Sep-2004 | 11-Sep-2004 | * L H * * * | | | | | | | | |
| 2004UW19326 | Attempted Suicide | Suicide attempt | | | | 2 | 11-Sep-2004 | 11-Sep-2004 | * L H * * * | | | | | | | | |

Narrative: (ATTEMPTED SUICIDE)
A report was received from an investigator concerning a 51 year old male patient enrolled in a  Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate  to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

Patient has history of bipolar depression, previous suicide attempts, alcohol abuse, and substance abuse.  Concomitant drugs included escitalopram for depression.

On 11-Sep-2004 the police, in response to a call from the patient's mother informing them of a possible suicide attempt, discovered the patient in an unresponsive state.  The patient was transported to the emergency department.  Upon initial assessment he had a pulse of 116 BPM, a blood pressure of 138/82 mmHg, a respiratory rate of 14, an oxygen saturation level of 87%, a negative gag response, and he remained unresponsive.  Lab values revealed a blood alcohol level of 373 mg/dL, and a rapid urine drug screen was positive for cocaine.  The patient may or may not have ingested Seroquel and Lexapro but no toxicology screen was performed; the ER note indicated an overdose on alcohol and two other psychiatric medications.  It was also reported that the patient had not returned his open label Seroquel at final visit.

He received several doses of naloxone hydrochloride which proved ineffective.  He was in respiratory distress and the decision was made to intubate him.  A radiology exam of the chest confirmed the proper placement of the endotracheal tube.  The patient was also noted to be hypokalemic (serum potassium = 3.1)  and supplemental potassium was given.  Following stabilization he was transferred to the critical care unit.  A psychiatric consult performed on 13-Sep-2004 reported the patient to be unarousable.  Also performed on 13-Sep-2004, a computerized tomography examination of the brain without contrast, was normal.  On 14-Sep-2004, the results of an electroencephalogram were notable for diffuse low voltage fast (beta) activity likely medication effect and a significant amount of movement or muscle artifact.  Laboratory tests revealed elevated aspartate aminotransferase and alanine aminotransferase levels which gradually decreased during the hospitalization.  The patient was extubated five days after admission.  Following extubation, the patient was agitated and received lorazepam (Ativan).  The patient initially received TPN due to his somnolent status, but was gradually moved to a regular diet.  In addition, because of his suicidal status, one to one observation was instituted.  A chest x-ray prior to discharge demonstrated only minimal bibasilar atelectasis without any active infection.  Following consultation with a psychiatrist and treatment team evaluation, the patient was transferred on 20-Sep-2004 to a separate facility for further psychiatric workup.  Diagnoses at discharge included drug overdose with alcohol intoxication with substance abuse.

Initially, the investigator considered the event(s) to be related to the study therapy.  On follow-up the investigator determined that the events were not related to the study therapy.

Summary of follow-up received by AstraZeneca on 29-Sep-2004: Causality amended to yes; narrative updated detailing event.

Summary of follow-up received by AstraZeneca on 06-Oct-2004: Causality amended to no.

Summary of follow-up received by AstraZeneca on 11-Nov-2004 adds chest x-ray and updates narrative with treatment.

Summary of follow-up received by AstraZeneca on 21-Feb-2005 adds event stop date, outcome and corrects Seroquel dosing dates.

Summary of follow-up received by AstraZeneca on 18-Apr-2006 changes the event term to attempted suicide. The monitor states that the hospitalization is not considered an SAE as it is a mood event and is not related to study drug.

Summary of follow-up received by AstraZeneca on 19-May-2006 changes the event back to serious due to the fact that the intentional suicide attempt occurred in connection with the use of the investigational product.

Date Produced: 07-Dec-2006

Page 20 of 23

2943

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | | | Study/Suspect Drug Start Date | Action Taken | | | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005UW04536 | 0093 | E0093019 | | ██ ██ 1976 | M | | | | Unknown | | | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Suspect Drug Number | Study/Suspect Drug Verbatim Serious Criteria | Outcome | | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005UW04536 | Unintentional Overdose Without Any Apparent Associated Event | Accidental overdose | 25-Jan-2005 | | 1 | * * * * * * | | | | | 1 |

Narrative: {UNINTENTIONAL OVERDOSE WITHOUT ANY APPARENT ASSOCIATED EVENT}
A report was received from an investigator concerning a 28 year old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient began study drug and unintentionally overdose the study drug without any apparent associated event from 25-JAN-2005 to 22-FEB-2005. The patient was instructed to take study medication 100 mg q AM and 600 mg q HS starting 25-Jan-2005. On 22-Feb-2005, he came into the clinic and stated that he misunderstood the instructions and had been taking 200 mg q AM and 700 mg q HS

2944

Date Produced: 07-Dec-2006

CONFIDENTIAL
AZSER12775617

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---------|--------|------------------------|--------------------------|---------------|--------|--------------------|-----------------------------|-------------------------------|--------------|------------|
| 2005UW03673 | 0098 | E0098002 | | [Jun 1956] | F | 1 | | 25-Feb-2005 | No Change | |

| Case ID | AE Verbatim | Preferred Term | | Onset Date | | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---------|-------------|----------------|---|------------|---|---------------------|------------------|---------|---------------|---------------------|------------------------|
| 2005UW03673 | Overdose | Prescribed overdose | | 25-Feb-2005 | | | * * * * * * | | | | 1 |

Narrative: (OVERDOSE)
A report was received from an investigator concerning a 49 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient began study drug and on 25-FEB-2005 his dosage was intentionally increased to 900mg. No adverse event was reported with the intentional overdose.

Date Produced: 07-Dec-2006

CONFIDENTIAL
AZSER12775618

AstraZeneca

## Overdose Reports Received by Drug Safety - Seroquel Study D1447C00127

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---------|--------|------------------------|--------------------------|---------------|--------|--------------------|-----------------------------|-------------------------------|--------------|------------|
| 2005UW11154 | 0107 | E0107010 | | 1964 | F | 1 | | 14-Jul-2005 | Drug Withdrawn | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---------|-------------|----------------|------------|---------------------|------------------|---------|---------------|---------------------|------------------------|
| 2005UW11154 | Unintentional Overdose | Accidental overdose | 14-Jul-2005 | | * * * * * * | | | 1 | 1 |

Narrative: (UNINTENTIONAL OVERDOSE):
A report was received from an investigator concerning a 40-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient was having insomnia and took 1600 mg of Seroquel at night from 14-Jul-2005 to 18-Jul-2005. The patient did not experience any adverse events as a result of the unintentional overdose. The patient was not on any concomitant medications and received no treatment for the overdose.

Date Produced: 07-Dec-2006

2946

CONFIDENTIAL
AZSER12775619

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha- se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event P?## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name/(Star t/Sto Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008004 | OL | 47/Female /32.3 | OL QTP (253) | DIABETES MELLITUS NON-INSULI N-DEPENDEN T (-85/2) | HYPERTEN SION | ANGIOTENSI N II ANTAGONIST S, PLAIN/ VALSARTAN (-385 /12) /PRE OL | Enrollme nt | 137.00(-26) OR | YES | 6.6(-260) | 85(-260) |
| | | | | | MIGRAINE HEADACHE S | LITHIUM/ LITHIUM (-253 /-227) | Week 1 | | | | 85(-246) |
| | | | | | | LITHIUM/ LITHIUM (-226 /32) | Week 12 | | | | 95(-169) |
| | | | | | | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (-33 /-33) | Week 24 | 168.00H(-8 5)F | NO | 7.2(-85) | 95(-85) |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

2947

CONFIDENTIAL
AZSER12775620

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treatment (Days Onset Treatment) | Adverse Event P?## P?(Start/Stop Day*) | Medical History | Medical Class Generic Name (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008004 | OL | 47/Female /32.3 | OL QTP (253) | | | BIGUANIDES METFORMIN (2 /32) | Week 24 | 154.00H(-2 9)F | NO | | |
| | | | | | | | Mean (post-en rollment ) | 161.00 | | 7.2 | 92 |
| | RD | 48/Female /41.4 | QTP+LI (2) | | | | At randomiz ation | 249.0OH(-1 )F | NO | 8.OH(-1) | 109(-1) |
| D1447C00127 /E0008021 | OL | 55/Male /24.7 | OL QTP (258) | HYPERGLYCA EMIA (-202/232) | ARTHRITI S (SHOULDE R) | FATTY ACID/ DERIVATIVE S/ VALPROATE SEMISODIUM (-2 258/ -230) | Enrollme nt | 112.00(-26 3)F | YES | 7.0(-265) | 87(-265) |
| | | | | | | LAXATIVES/ -244 /-214) | Enrollme nt | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2948

CONFIDENTIAL
AZSER12775621

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name/Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008021 | OL | 55/Male /24.7 | OL QTP (258) | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-230 /229) | Week 1 | | | | 90 (-251) |
| | | | | | | | Week 12 | 138.00H(-1 75)F | YES | 6.3(-175) | 89 (-175) |
| | | | | | | | Week 12 | 122.00(-14 6)F | NO | 6.5(-146) | |
| | | | | | | | Week 24 | 133.00H(-9 0)F | NO | 6.9(-90) | 88 (-90) |
| | | | | | | | Mean (post-en rollment ) | 131.00 | | 6.6 | 89 |
| | RD | 56/Male /26.7 | PLA\VAL (1199) | | | | At randomiz ation | 143.00H(1) F | YES | 8.2H(1) | 95(1) |
| | | | | | | | Week 4 | | | | 94(29) |
| | | | | | | | Week 8 | | | | 90(58) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2949

CONFIDENTIAL
AZSER12775622

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P?## (Start/Sto Day*) | Medical History | Medical Class/ Generic Name#(Star t/Sto Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008021 | RD | 56/Male /26.7 | PLA+VAL (199) | DIABETES MELLITUS NON-INSULI N-DEPENDEN T (165/225) | TENSION HEADACHE S | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN /UNK/UNK) /PRE OL | Week 12 | 120.00(86) F | YES | 7.3(86) | 87(86) |
| | | | | | | | Mean (post-ra ndomizat ion) | 120.00 | | 7.3 | 90 |
| D1447C00127 /E0020014 | OL | 36/Female /36.8 | OL QTP (224) | | MIGRAINE HEADACHE S | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID /UNK/UNK) /PRE OL | Enrolime nt | 129.00(-7) R | YES | 5.9(-7) | 95(-7) |
| | | | | | | | Week 1 | | | | 91(8) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# Concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2950

CONFIDENTIAL
AZSER12775623

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event /T## P=Start/Sto (Day*) | Medical History | Medication Class/ Generic Name/Star t/Sto p (Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0020014 | OL | 36/Female /36.8 | OL QTP (224) | | ASTHMA | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (1 /4) | Week 2 | | | | 92 (15) |
| | | | | | OSTEOART HRITIS | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (5 /7) | Week 12 | | | | 93 (85) |
| | | | | | HAY FEVER | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (8 /14) | Week 24 | 160.00H(16 5)F | YES | 6.6(165) | 94 (165) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2951

CONFIDENTIAL
AZSER12775624

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event †?## (Start/Stop Day*) | Medical History | Medical Class/Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0020014 | OL | 36/Female/36.8 | OL QTP (224) | | ALLERGY TO SULFA | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (15 /222) | Week 24 | 173.00H(20 0)F | YES | 7.0(200) | |
| | | | | | POLLEN ALLERGY | SELENIUM/ SELENIUM (152 /254) | Week 24 | 207.00H(22 5)F | YES | 7.6H(225) | |
| | | | | | CYST (R)/ TEMPLE | ANTIPSYCHO TICS/ ARIPIPRAZO LE (225 /232) | Week 24 | | | 7.2(246) | |
| | | | | | | | Week 36 | | | | 95(225) |
| | | | | | | | Mean (post-en rollment ) | 180.00 | | 7.1 | 93 |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas  06JUN2007:13:45  luchen

2952

CONFIDENTIAL
AZSER12775625

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days Onset/ Treat- ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medical History Class/ Generic Name(#Star t/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0020099 | OL | 55/Female /49.5 | OL QTP (116) | INSULIN RESISTANCE (108/117) | MITRAL VALVE DIFICIEN CY (AGE 24) | ANILIDES/ PARACETAMO L (UNK/UNK) /PRE OL | Enrollme nt | 91.00(-6) F | YES | 5.5(-6) | 131(-6) |
| | | | | | (L) TORN MEDIAL MENISCUS | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (UNK/UNK) /PRE OL | Week 1 | | | | 130(11) |
| | | | | | (R) TORN ANTERIOR CRUCIATE LIGAMENT | LITHIUM/ LITHIUM (UNK/-1) /PRE OL | Week 2 | | | | 124(17) |
| | | | | | ALLERGIE S TO DUST MITES | LITHIUM/ LITHIUM (1 /146) | Week 12 | 150.00H(80 )F | NO | 5.8(80) | 136(80) |
| | | | | | LIPOMA FOREARM | | Week 12 | 123.00(108 )F | YES | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AE's potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

2953

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

CONFIDENTIAL
AZSER12775626

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P?## (Start/Sto Day*) | Medical History | Medical Class/Generic Name#/Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0020099 | OL | 55/Female /49.5 | OL QTP (116) | | NEAR SIGHTED, WEARS CORRECTIVE LENSES / IRRITABLE BOWEL SYNDROME | | Week 12 | 113.00(117) P F | YES | 5.6(117) | 141(117) |
| | | | | | | | Mean (post-enrollment) | 128.67 | | 5.7 | 133 |
| D1447C00127 /E0026009 | OL | 47/Female /32.9 | OL QTP (91) | DIABETES MELLITUS NON-INSULIN-DEPENDEN T (77/92) | ASTHMA -1956 | DIPHENYLPR OPYLAMINE DERIVATIVE S / PARACETAMO L (-7) /PRE OL | Enrollme nt | 97.00(-7)R | NO | 6.0(-7) | 95(-7) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior concomitant medication are listed.
## All AEs potentially associated with diabetes mellitus.
P=Glucose fasting; R=Glucose non-fasting (random).

2954

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775627

11.3.12-1 Patients with diabetes-related adverse events
D1447C00127
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event P## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name/Star t/Stop Day* | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026009 | OL | 47/Female /32.9 | OL QTP (91) | | IRRITABL E BOWEL SYNDROME - 1992 | NON-SELECT IVE MONOAMINE REUPTAKE INHIBITORS AMITRIPTYL INE (-184 /-7) /PRE OL | Week 1 | | | | 99 (8) |
| | | | | | HYPERCHO LESTEROL EMIA - 2002 | OTHER ANTIPSYCHO TICS/ RISPERRIDON E (-155 /-7) /PRE OL | Week 2 | | | | 97 (15) |
| | | | | | MIGRAINE HEADACHE S - 1976 | AZASPIRODE CANEDIONE DERIVATIVE S/ BUSPIRONE HYDROCHLOR IDE (-33 /-7) /PRE OL | Week 12 | 94.00 (92) F | NO | 6.1 (92) | 98 (92) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2955

CONFIDENTIAL
AZSER12775628

D1447c00127

**11.3.12-1 Patients with diabetes-related adverse events**
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P?## (Start/Sto Day*) | Medical History | Medical Class/ Generic Name(/Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAIC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026009 | OL | 47/Female /32.9 | OL QTP (91) | | LOW BACK PAIN - 1989 | BENZODIAZE PINE DERIVATIVE S/ ALPRAZOLAM (-33 /-7) /PRE OL | Mean (post-en rollment ) | 94.00 | | 6.1 | 98 |
| | | | | | SEASONAL ALLERGIE S - 1956 | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E (-33 /-7) /PRE OL | | | | | |
| | | | | | RIGHT FOOT NEUROMA - 2004 | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-7/-4) /PRE OL | | | | | |

2956

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # Prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

CONFIDENTIAL
AZSER12775629

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(#Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026009 | OL | 47/Female /32.9 | OL QTP (91) | | DEGENERA TIVE DISK DISEASE - 1989 | DIPHENYLPR OPYLAMINE DERIVATIVE S/ PARACETAMO L (-6 /43) /PRE OL | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | ALLERGY TO PENICILL IN - 1980 | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-3 /-1) /PRE OL | | | | | |
| | | | | SENSITIV ITY TO NSAIDS - 1970 | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (2 /30) | | | | | |

* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AE$ potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

2957

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775630

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P?## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name(#Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026009 | OL | 47/Female /32.9 | OL QTP (91) | | OVARIAN CYSTS - 1998 SURGICAL MENOPAUS E - 1998 | HMG COA REDUCTASE INHIBITORS / ATORVASTAT IN (4 /121) FATTY ACID DERIVATIVE / VALPROATE SEMISODIUM (31 /77) DRUGS USED IN OPIOID DEPENDENCE / METHADONE (44 /53) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AE potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

2958

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775631

Page 13 of 138

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days Once Treat- ment) | Adverse Event ?*## (Start/Sto Day*) | Medical History | Medical tion Class/ Generic Name##(Star t/Sto Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026009 | OL | 47/Female /32.9 | OL QTP (91) | | | DIPHENYLPR OPYLAMINE DERIVATIVE S/ PARACETAMO L (44 /121) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (53 /54) | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (53 /56) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2959

CONFIDENTIAL
AZSER12775632

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment (Days on Treatment) | Adverse Event PT## (Start/Stop Day*) | Medical History | Medical Class Generic Name(Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026009 | OL | 47/Female /32.9 | OL QTP (91) | | | NATURAL AND SEMISYNTHETIC ESTROGENS, PLAIN/ ESTROGENS CONJUGATED (77 /121) FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (78 /91) | | | | | |
| D1447C00127 /E0034005 | OL | 59/Male /41.7 | OL QTP (55) | DIABETES MELLITUS (35/56) | ARTHRITIS | ACETIC ACID DERIVATIVE S AND RELATED SUBSTANCES/ SULINDAC (UNK/UNK) /PRE OL | Enrollme nt | 164.0OH(-6 )F | YES | 8.3H(-6) | 128(-6) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2960

CONFIDENTIAL
AZSER12775633

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event ?T## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name)(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day**) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0034005 | OL | 59/Male /41.7 | OL QTP (55) | | GALLSTONE | NATURAL OPIUM ALKALOIDS/ PARACETAMO L /(UNK/UNK) /PRE OL | Week 1 | | | | 125(8) |
| | | | | | ROSACEA | TETRACYCLI NES/ TETRACYCLI NE (-17 /85) /PRE OL | Week 2 | | | | 130(22) |
| | | | | | INCREASE D ANXIETY | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-6 OL) /PRE OL | Week 8 | | | 8.5H(56) | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

2961

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

CONFIDENTIAL
AZSER12775634

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P?## F=Start/Sto (Start/Stop Day*) | Medical History | Medication Class/Generic Name (Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0034005 | OL | 59/Male /41.7 | OL QTP (55) | | | LITHIUM/ LITHIUM CARBONATE (-6 /29) /PRE OL | Week 12 | 149.00H(56 )F | YES | | 129(56) |
| | | | | | | LITHIUM/ LITHIUM CARBONATE (30 /85) | Mean (post-en rollment ) | 149.00 | | 8.5 | 128 |
| | | | | | | BIGUANIDES | | | | | |
| | | | | | | METFORMIN HYDROCHLOR IDE (35 /85) | | | | | |
| | | | | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIPIZIDE (35 /85) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

2962

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775635

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha- se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medical Class/ Generic Name(#Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0034005 | OL | 59/Male /41.7 | OL QTP (55) | | | CEPHALOSPO RINS AND RELATED SUBSTANCES / CEPHALEXIN (55 /85) | | | | | |
| D1447C00127 /E0040001 | OL | 47/Female /46.5 | OL QTP (87) | DIABETES MELLITUS (73/87) | HYPERTEN SION | ALPHA AND BETA BLOCKING AGENTS/ LABETALOL /UNK/UNK) /PRE OL | Enrolime nt | 120.00(-6) R | NO | 6.2(-6) | 112(-6) |
| | | | | | OSTEOART HRITIS - BILATERA L KNEES | THYROID HORMONES/ LEVOTHYROX INE SODIUM (UNK/UNK) /PRE OL | Week 1 | | | | 111(8) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs for concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2963

CONFIDENTIAL
AZSER12775636

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha- se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event P*## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(/Star t/Stop Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | OL | 47/Female /46.5 | OL QTP (87) | | ASSESSED TOOTH | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE /-58 /-58) /PRE OL | Week 2 | | | | 109(15) |
| | | | | | HYPOTHYR OIDISM | LITHIUM/ LITHIUM /-58 /-58) /PRE OL | Week 12 | 65.00(87)R | NO | 5.1(87) | 112(87) |
| | | | | | OBESITY | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE /-43 /-43) /PRE OL | Mean (post-en rollment ) | 65.00 | | 5.1 | 111 |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2964

CONFIDENTIAL
AZSER12775637

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event P?## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name#(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | OL | 47/Female /46.5 | OL QTP (87) |  | UTERINE CANCER | LITHIUM/ LITHIUM CARBONATE (-43 /-43) /PRE OL |  |  |  |  |  |
|  |  |  |  |  | PERIDONT AL DISEASE | DIAZEPINES /THIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-42 /-42) /PRE OL |  |  |  |  |  |
|  |  |  |  |  | ALLERGIC TO PENICILL IN & CODEINE | DIAZEPINES /THIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-41 /-41) /PRE OL |  |  |  |  |  |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# AE, prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

2965

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

CONFIDENTIAL
AZSER12775638

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Daily Onset Treat-ment) | Adverse Event [?##] (Start/Sto Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAIC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | OL | 47/Female /46.5 | OL QTP (87) | | GASTRO ESOPHAGE AL REFLUX DISEASE | LITHIUM/ LITHIUM CARBONATE (-41 /-39) /PRE OL | | | | | |
| | | | | | HYPERCHO LESTEROL EMIA | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-40) /PRE OL | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-39) /PRE OL | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

2966

CONFIDENTIAL
AZSER12775639

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event ?T## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name/Star t/Stop Day* | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | OL | 47/Female /46.5 | OL QTP (87) | | | LITHIUM/ LITHIUM CARBONATE (-38 /-13) /PRE OL | | | | | |
| | | | | | | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-17 /-13) /PRE OL | | | | | |
| | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS FLUOXETINE HYDROCHLOR IDE (-31 /40) /PRE OL | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

2967

CONFIDENTIAL
AZSER12775640

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event †?## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name#(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | OL | 47/Female /46.5 | OL QTP (87) | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM (-31 /57) /PRE OL | | | | | | |
| | | | | | ANGIOTENSI N II ANTAGONIST S, PLAIN/ | | | | | | |
| | | | | | EPROSARTAN (-27 /73) /PRE OL | | | | | | |

2968

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

CONFIDENTIAL
AZSER12775641

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event T?## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | OL | 47/Female /46.5 | OL QTP (87) | | | ACETIC ACID DERIVATIVE S AND RELATED SUBSTANCES | | | | | |
| | | | | | | KETOROLAC TROMETHAMI NE (-8 /-8) /PRE OL | | | | | |
| | | | | | | OPIUM ALKALOIDS AND DERIVATIVE S/ HYDROCODON E (-7 /-6) /PRE OL | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

2969

CONFIDENTIAL
AZSER12775642

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On treat-ment) | Adverse Event >TH# (Start/Sto Day*) | Medical History | Medication Class/ Generic Name(#/Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | OL | 47/Female /46.5 | OL QTP (87) | | | BETA-LACTA MASE SENSITIVE PENICILLIN S/ PHENOXYMET HYLPENICIL LIN POTASSIUM (-7 /3) /PRE OL<br><br>LITHIUM/ LITHIUM (1 /3)<br><br>ANILIDES/<br><br>PARACETAMO L (8 /14)<br><br>H2-RECEPTO R ANTAGONIST S/ FAMOTIDINE (33 /66) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

2970

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775643

Page 25 of 138

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days on Treat-ment) | Adverse Event P?## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name (Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | OL | 47/Female /46.5 | OL QTP (87) | | | LITHIUM/ LITHIUM (33 /117) | | | | | |
| | | | | | | MACROLIDES /AZITHROMYC IN (58 /63) | | | | | |
| | | | | | | NASAL DECONGESTA NTS FOR SYSTEMIC USE/ PSEUDOEPHE DRINE SULFATE (58 /117) | | | | | |
| | | | | | | ANGIOTENSI N II ANTAGONIST S, PLAIN/ (58 /117) | | | | | |
| | | | | | | OLMESARTAN MEDOXOMIL (73 /117) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from lst dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

2971

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775644

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days Onset/ Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medical Class/ Generic Name (Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | OL | 47/Female /46.5 | OL QTP (87) | | | COMBINATIO NS OF BLOOD GLUCOSE LOWERING DRUGS/ METFORMIN HYDROCHLOR IDE (73 /117) HMG COA REDUCTASE INHIBITORS /FLUVASTATI N (73 /117) | | | | | |
| D1447C00127 /E0040056 | OL | 64/Male /33.9 | OL QTP (143) | DIABETES MELLITUS (-134/224) | SEASONAL ALLERGIE S | SELECTIVE SEROTONIN REUPTAKE INHIBITORS /FLUVOXAMIN E MALEATE (-195 /-195) /PRE OL | Enrollme nt | 137.00H(-1 50)F | YES | 7.1(-150) | 102(-150) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2972

CONFIDENTIAL
AZSER12775645

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event †*## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044056 | OL | 64/Male /33.9 | OL QTP (143) | | ALLERGIC TO CATS | OTHER ANTIPSYCHO -TICS RISPERIDON E (-134) /-174 /PRE OL | Week 1 | | | | 104(-134) |
| | | | | | | | Week 2 | | | | 105(-127) |
| | | | | AORTIC INSUFFIC IENCY | FATTY ACID DERIVATIVE / VALPROATE SEMISODIUM (-166 /-146) /PRE OL | | | | | |
| | | | | | | DIAZEPINES AND OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-166 /-164) /PRE OL | Week 12 | 154.0OH(-5 7)F | YES | 7.4(-57) | 105(-57) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

2973

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775646

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event ?†## F=Start/Sto (Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044056 | OL | 64/Male /33.9 | OL QTP (143) | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-150 /-13) /PRE OL | Mean (post-en rollment ) | 154.00 | | 7.4 | 105 |
| | RD | 65/Male /34.2 | PLA+VAL (224) | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-132 /-128) | At randomiz ation | 118.00(1)F | YES | 6.9(1) | 103(1) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-127 /254) | Week 4 | | | | 102(28) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2974

CONFIDENTIAL
AZSER12775647

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P?## (Start/Sto Day*) | Medical History | Generic Medical Class/ Name(Star t/Sto Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044056 | RD | 65/Male /34.2 | PLA+VAL (222) | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIPIZIDE (-35 /254) | Week 8 | | | | 101(56) |
| | | | | | | | Week 12 | 129.00H(84 )F | YES | 6.6(84) | 101(84) |
| | | | | | | | Week 28 | 92.00(198) F | YES | 7.2(198) | 100(198) |
| | | | | | | | Week 28 | 133.00H(22 4)F | YES | 7.0(224) | 102(224) |
| | | | | | | | Mean (postra ndomizat ion) | 118.00 | | 6.9 | 101 |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2975

CONFIDENTIAL
AZSER12775648

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P?## T (Start/Stop Day*) | Medical History | Visit | Medical Class/ Generic Name/Star t/Stop Day*) | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAIC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0064037 | OL | 39/Female / | OL QTP (205) | DIABETES MELLITUS NON-INSULI N-DEPENDEN T (168/211) | HYPERTEN SION | Enrollme nt | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL (UNK/UNK) /PRE OL | 77.00(-9) F | NO | 6.6(-9) | 100(-9) |
| | | | | | ASTHMA | Week 1 | ANGIOTENSI N II ANTAGONIST S AND DIURETICS/ HYDROCHLOR OTHIAZIDE /243 /14) /PRE OL | | | | 102(6) |
| | | | | | THYROID DEFICIEN CY | Week 2 | THYROID HORMONES/ LEVOTHYROX INE /-45 /26) /PRE OL | | | | 101(14) |

* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.list  all.sas  06JUN2007:13:45  luchen

2976

CONFIDENTIAL
AZSER12775649

Page 31 of 138

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name(Star t/Sto Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0064037 | OL | 39/Female / | OL QTP (205) | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (7 /235) | Week 12 | 93.00(85) F | YES | 7.1H(85) | 103(85) |
| | | | | | | ANGIOTENSI N II ANTAGONIST S AND DIURETICS/ | Week 24 | 196.00H(16 8)F | NO | 8.1H(168) | 106(168) |
| | | | | | | HYDROCHLOR OTHIAZIDE (15 /159) | | | | | |
| | | | | | | ANGIOTENSI N II ANTAGONIST S AND DIURETICS/ | Week 24 | 208.00H(19 6)R | NO | 10.1H(196) | |
| | | | | | | HYDROCHLOR OTHIAZIDE (167 /235) | | | | | |
| | | | | | | | Week 24 | | | | 106(211) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2977

CONFIDENTIAL
AZSER12775650

Page 32 of 138

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event ?*## [ (Start/Sto p Day*) | Medical History | Medical Condition Class/ Generic Name(##Star t/Sto p Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0064037 | OL | 39/Female / | OL QTP (205) | | | | Week 24 | 86.00(217) F | NO | 8.9H(217) | 52 (-148) |
| | | | | | | | Mean (post-en rollment ) | 145.75 | | 8.6 | 104 |
| D1447C00127 /E0085010 | OL | 26/Female /21.8 | OL QTP (141) | GLUCOSE TOLERANCE IMPAIRED (-29/56) | MITRAL VALVE PROLAPSE | OTHER ANTIEPILEP TICS LAMOTRIGIN E (-157/181 /-157) /PRE OL | Enrollme nt | 69.00(-148 )R | NO | 4.7(-148) | 52 (-148) |
| | | | | | ABDOMINA L HERNIA | OTHER ANTIPSYCHO TICS RISPERIDON E (-157/181 /-157) /PRE OL | Week 2 | | | | 55 (-127) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# Medication occurrence and medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

2978

CONFIDENTIAL
AZSER12775651

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label Safety Population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Treat-ment P?## (Start/Sto Day*) | Adverse Event P?## (Start/Sto Day*) | Medical History | Generic Name/Star t Stop Day* | Medication Class/ Generic | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085010 | OL | 26/Female /21.8 | OL QTP (141) | | | PENICILL IN ALLERGIE S | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ ETHINYLEST RADIOL (-162) /85) /PRE OL | | Week 12 | 100.00(-29) F | NO | 4.9(-29) | 66(-29) |
| | | | | | | SULFA ALLERGIE S | DIAZEPINES AND OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-148) /-148) /PRE OL | | Week 24 | 80.00(-1)F | NO | 4.7(-1) | 68(-1) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting/R=Glucose non-fasting (random).

2979

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775652

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days on Treat-ment) | Adverse Event P?## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name/Star t/Stop Day* | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085010 | OL | 26/Female /21.8 | OL QTP (141) | | VANCOMYC IN ALLERGIE S | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE /-147 /-147) /PRE OL | Mean (post-en rollment ) | 90.00 | | 4.8 | 63 |
| | RD | 27/Female /28.8 | QTP>VAL (55) | | SEASONAL (BIRTH CONTROL USE) | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE /-146 /-142) /PRE OL | At randomiz ation | 80.00(-1)F | NO | 4.7(-1) | 68(-1) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775653

11.3.12-1 Patients with diabetes-related adverse events
D1447C00127
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Generic Name (Star t/Stop Day*) Medication Class | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085010 | RD | 27/Female /28.8 | QTP↓VAL (55) | | HISTORY OF THC | FATTY ACID DERIVATIVE / VALPROATE SEMISODIUM (-141 /85) | Week 4 | | | | 69(28) |
| | | | | | PAIN PILLS USE | PROTON PUMP INHIBITORS / OMEPRAZOLE (-28 /66) | Week 8 | | | | 70(56) |
| | | | | | | NATURAL OPIUM ALKALOIDS/ MORPHINE (23 /23) | Week 12 | 77.00(56)F | NO | 5.1(56) | |
| | | | | | | NATURAL OPIUM ALKALOIDS/ PARACETAMO L (23 /23) | Mean (post-ra ndomizat ion) | 77.00 | | 5.1 | 70 |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2981

CONFIDENTIAL
AZSER12775654

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event †*## (Start/Sto p Day*) | Medical History | Medical History Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAIC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085010 | RD | 27/Female /28.8 | QTP+VAL (55) | | | NASAL DECONGESTA NTS FOR SYSTEMIC USE/ZEMIC PSEUDOEPHE DRINE (26 /36) | | | | | |
| D1447C00127 /E0105003 | OL | 24/Female /32.8 | OL QTP (208) | DIABETES MELLITUS (50/208) | DIABETES | BIGUANIDES /METFORMIN (UNK/UNK) /PRE OL | Enrolime nt | 217.OOH(-4 )R | YES | 9.6H(-4) | 86(-4) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (UNK/UNK) /PRE OL | Week 2 | | | | 85(15) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
† AE onset/resolution and concomitant medication dates are listed.
## All AE's potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

2982

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On- Treat- ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(#Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105003 | OL | 24/Female /32.8 | OL QTP (208) | | | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ ETHINYLEST RADIOL (UNK/UNK) /PRE OL | Week 12 | | | | 85(85) |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-248 /238) /PRE OL | Week 24 | | | | 84(168) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

2983

CONFIDENTIAL
AZSER12775656

Page 38 of 138

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event I?## (Start/Sto t-Stop Day*) | Medical History | Medication Class/ Generic Name(Star t-Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105003 | OL | 24/Female /32.8 | OL QTP (208) | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-70 /-70) /PRE OL | Week 24 | 328.0OH(20 8)F | YES | 10.0H(208) | 81(208) |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ TEMAZEPAM (-50 /-50) /PRE OL | Mean (post-en rollment ) | 328.00 | | 10.0 | 84 |
| | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-50 /-50) /PRE OL | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2984

CONFIDENTIAL
AZSER12775657

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population
D1447C00127

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P?## (Start/Sto Day*) | Medical History | Medical Class/ Generic Name/Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105003 | OL | 24/Female /32.8 | OL QTP (208) | | | BENZODIAZE PINE DERIVATIVE S/ TEMAZEPAM /(-49 /-15) /PRE OL | | | | | |
| | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-49 /138) /PRE OL | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIRAZEPINE S/ QUETIAPINE FUMARATE (-49 /238) /PRE OL | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random)

2985

/csre/prod/seroquel/di447c00127/sp/output/tif/ti10311201.lst   all.sas   06JUN2007:13:45   luchen

CONFIDENTIAL
AZSER12775658

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event †*## (Start/Sto Day*) | Medical History | Medical Class/ Generic Name/(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105003 | OL | 24/Female /32.8 | OL QTP (208) | | | THIAZOLIDI NEDIONES/ ROSIGLITAZ ONE MALEATE (50 /238) OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (139 /155) OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (156 /162) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
 * to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

2986

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775659

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event †?## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name/Star t/Stop (Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | OL | 52/Male /24.8 | OL QTP (218) | DIABETES MELLITUS (-190/90) | NASAL POLYPS | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (UNK/UNK) /PRE OL | Enrollme nt | 112.00(-22 5)R | NO | 6.2(-225) | 90(-225) |
| | | | | | GRAVES DISEASE | CORTICOSTE ROIDS/ FLUTICASON E PROPRIONATE (UNK/UNK) /PRE OL | Week 1 | | | | 90(-210) |
| | | | | | ALLERGIE S | CORTICOSTE ROIDS/ MOMETASONE FUROATE (UNK/UNK) /PRE OL | Week 12 | 138.0OH(-1 27)F | YES | 6.9(-127) | 109(-127) |
| | | | | | | MULTIVITAM INS WITH MINERALS/ (UNK/UNK) /PRE OL | Week 24 | 282.0OH(-4 4)F | NO | 7.3(-44) | 101(-44) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AE's potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

2987

CONFIDENTIAL
AZSER12775660

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event ?T## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | OL | 52/Male /24.8 | OL QTP (218) | | | OTHER LIPID MODIFYING AGENTS/ FISH OIL (UNK/UNK) /PRE OL | Mean (post-en rollment ) | 210.00 | | 7.1 | 100 |
| | RD | 52/Male /29.2 | QTP+VAL (83) | | | OTHER THERAPEUTI C PRODUCTS/ LINUM USITATISSI MUM SEED OIL (UNK/UNK) /PRE OL | At randomiz ation | 150.00H(-1 )F | NO | 7.9H(-1) | 106(-1) |
| | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS /CITALOPRAM HYDROBROMI DE (-275 /-238) /PRE OL | Week 4 | | | | 102(30) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas  06JUN2007:13:45  luchen

2988

CONFIDENTIAL
AZSER12775661

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event †*## (Start/Sto p Day*) | Medical History | Medication Class/Generic Name(#Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0108019 | RD | 52/Male/29.2 | QTP+VAL (83) | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-226 /-18) /PRE OL | Week 8 | | | | | 104(57) |
| | | | | | | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-225 /29) /PRE OL | Week 12 | | | | | 105(83) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
 ## All AEs† potentially associated with diabetes mellitus.
     †=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2989

CONFIDENTIAL
AZSER12775662

D1447c00127

## 11.3.12-1 Patients with diabetes-related adverse events
### Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event ?*## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name/Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | RD | 52/Male /29.2 | QTP+VAL (83) | | | PENICILLIN S WITH EXTENDED SPECTRUM/ | Week 12 | 121.00(90) F | YES | 6.7(90) | 99(90) |
| | | | | | | AMOXICILLI N (-222 /-210) /PRE OL | | | | | |
| | | | | | | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ | Mean (posts-ra ndomizat ion) | 121.00 | | 6.7 | 103 |
| | | | | | | SALBUTAMOL / (-219 /-210) /PRE OL | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ | | | | | |
| | | | | | | VALPROATE SEMISODIUM (-219 /-182) /PRE OL | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

2990

Page 45 of 138

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event ?*## (*Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(*Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | RD | 52/Male /29.2 | QTP+VAL (83) | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-182 /-150) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-149 /-106) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-105 /-90) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2991

CONFIDENTIAL
AZSER12775664

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event [?## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name/(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | RD | 52/Male /29.2 | QTP+VAL (83) | | | HMG COA REDUCTASE INHIBITORS /ATORVASTAT IN (-100 /113) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE /VALPROATE SEMISODIUM (-89 /-79) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-78 /-72) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

2992

CONFIDENTIAL
AZSER12775665

Page 47 of 138

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event (*?*## F(Start/Sto p Day*) | Medical History | Medical Diction Class/ Generic Name(#Star t/Sto Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | RD | 52/Male /29.2 | QTP+VAL (83) | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM (-71 /-28) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-71 /45) | | | | | |
| | | | | | | GLUCOCORTI COIDS/ PREDNISONE /-47 /-42) | | | | | |
| | | | | | | BIGUANIDES / METFORMIN (2 /113) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

2993

CONFIDENTIAL
AZSER12775666

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days on Treat- ment) | Adverse Event ?†## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name(Star t/Sto Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | RD | 52/Male /29.2 | QTP+VAL (83) | | | BIGUANIDES / METFORMIN (7 /113) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (17 /29) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (30 /44) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (45 /113) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

2994

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775667

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event ?*## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(Star t/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | RD | 52/Male /29.2 | QTP↓VAL (83) | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (46 /90) | | | | | | | |
| | | | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM (90 /113) | | | | | | | |
| | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (91 /113) | | | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from lst dose of OLQTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All medications are listed
## All prior and concomitant medications are listed
### All AE?? potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

2995

CONFIDENTIAL
AZSER12775668

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days Onset/ Treat-ment) | Adverse Event P?## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(#/Star t/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | RD | 52/Male /29.2 | QTP+VAL (83) | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / CITALOPRAM HYDROBROMI DE (129 /137) | | | | | 145/(-261) |
| D1447C00127 /E0112006 | OL | 51/Male /45.8 | OL QTP (254) | DIABETES MELLITUS (-153/-149 ) | SEASONAL RHINITIS | ACE INHIBITORS PLAIN/ RAMIPRIL /UNK/UNK) /PRE OL | Enrolime nt | | | | |
| | | | | | TYPE 2 DIABETES | FIBRATES/ FENOFIBRAT E (UNK/UNK) /PRE OL | Enrolime nt | 112.00(-26 0)F | YES | 6.1(-260) | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All medications are listed
## All AEs potentially associated with diabetes mellitus.
P=Glucose fasting/ R=Glucose non-fasting (random).

2996

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775669

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treatment (Days On Treat-ment) | Adverse Event PT## (Start/Stop Day*) | Medical History | Medication Class/ Generic Name/(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112006 | OL | 51/Male /45.8 | OL QTP (254) | | ANGINA | PROTON PUMP INHIBITORS /OMEPRAZOLE /(UNK/UNK) /PRE OL | Week 12 | 167.00H(-1 71)F | YES | 7.3(-171) | 143(-171) |
| | | | | | CHRONIC AIRWAY DISEASE | POTASSIUM/ POTASSIUM /-758 /70) /PRE OL | Week 24 | 128.00H(-8 3)F | YES | 6.6(-83) | 144(-83) |
| | | | | | GASTROES OPHAGEAL REFLUX | ORGANIC NITRATES/ GLYCERYL TRINITRATE /-541 /70) /PRE OL | Week 36 | | | | 122(-2) |

```
    Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    #  All prior/concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).
```

2997

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775670

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P*## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112006 | OL | 51/Male /45.8 | OL QTP (254) | | CHOLECYS TITIS | PROPIONIC ACID DERIVATIVE S/ NAPROXEN (-429 /70) /PRE OL | Mean (post-en rollment ) | 147.50 | | 7.0 | 136 |
| | RD | 52/Male /38.4 | PLA+LI (40) | | HYPERTEN SION | SELECTIVE SEROTONIN REUPTAKE INHIBITORS /CITALOPRAM HYDROBROMI DE (-276) /PRE OL | At randomiz ation | 102.00(1)F | YES | 5.3(1) | 122(1) |
| | | | | | | /408 | | | | | |
| | | | | | HYPERCHO LESTEROL EMIA | CORTICOSTE ROIDS/ FLUNISOLID E (-142 /70) /PRE OL | Week 4 | | | | 115(34) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

2998

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

CONFIDENTIAL
AZSER12775671

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

D1447c00127

| Study/<br>Patient | Pha-se | Age/Sex/<br>Baseline<br>BMI | Treat-ment<br>(Days<br>On<br>Treat-ment) | Adverse<br>Event<br>P?##<br>(Start/Sto<br>p<br>Day*) | Medical<br>History | Medication<br>Class/<br>Generic<br>Name(#Star<br>t/Sto<br>p<br>Day*) | Visit | Glucose<br>mg/dL<br>(Day*) | Fast-ing**<br>(YES/NO) | HBA1C<br>(Day*) | Weight<br>kg<br>(Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127<br>/E0112006 | RD | 52/Male<br>/38.4 | PLA+LI<br>(40) | | GENITAL<br>HEMATOMA | PROPULSIVE<br>S/<br>DOMPERIDON<br>E<br>/70/ /PRE<br>OL | Week 4 | | | | 115/(41) |
| | | | | | OBESITY | BIGUANIDES<br>/<br>METFORMIN<br>/-285<br>/-153/<br>/PRE OL | Week 12 | 105.00/(41)<br>F | YES | 5.3/(41) | |
| | | | | | THROAT<br>IRRITATI<br>ON | ACE<br>INHIBITORS<br>PLAIN/<br>RAMIPRIL<br>/-276<br>/-276/<br>/PRE OL | Mean<br>post-ra<br>ndomizat<br>ion) | 105.00 | | 5.3 | 115 |
| | | | | | DYSPHAGI<br>A | LITHIUM/<br>LITHIUM<br>/-276<br>/70/ /PRE<br>OL | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OLQTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775672

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days Onset/ Treat-ment) | Adverse Event P†## (=Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(#Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112006 | RD | 52/Male /38.4 | PLA+LI (40) | HYPOKALE MIA | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-252 /-254) /PRE OL | | | | | | |
| | | | | | DEPRESSI ON | SULFONAMID ES, UREA DERIVATIVE S/ GLIBENCLAM IDE (-153 /12) | | | | | |
| | | | | | GENERALI ZED LIMB PAIN | BIGUANIDES / METFORMIN (-152 /70) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
P=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.list all.sas 06JUN2007:13:45 luchen

3000

CONFIDENTIAL
AZSER12775673