Page 55 of 138

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On-Treat-ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | OL | 36/Female /34 | OL QTP (222) | DIABETES MELLITUS (-107/201) | MIGRAINE HEADACHE 1986 | ANILIDES/ ACETYLSALI CYLIC ACID (UNK/UNK) /PRE OL | Enrollme nt | 135.00H(-2 29)F | YES | 6.7(-229) | 100(-229) |
| | | | | | INSOMNIA 2000 | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ ETHINYLEST RADIOL (-5187 /-6)/PRE OL | Week 1 | | | | 100(-216) |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All AEs for concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

3001

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775674

11.3.12-1 Patients with diabetes-related adverse events
D1447c00127
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days Onstc Treat- ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medical Class/ Generic Name/Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | OL | 36/Female /34 | OL QTP (222) | | SEASONAL ALLERGIE S 1991 | OTHER HYPNOTICS AND SEDATIVES/ | Week 2 | | | | 99 (-209) |
| | | | | | | DIPHENHYDR AMINE HYDROCHLOR IDE (-438 (-16) /PRE OL | | | | | |
| | | | | | ATTENTIO N DEFICIT HYPERACT IVITY | PYRAZOLONE S/ PARACETAMO L (-438 /231) /PRE OL | Week 12 | 194.0OH(-1 39)F | YES | 7.4(-139) | 100(-139) |
| | | | | | GASTROES OPHAGIAL REFLUX DISEASE | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-223 /-162) /PRE OL | Week 12 | 173.0OH(-1 36)F | YES | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3002

CONFIDENTIAL
AZSER12775675

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days on Treat- ment) | Adverse Event P?## (Start/Sto t Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | OL | 36/Female /34 | OL QTP (222) | | BILATERA L CARPAL TUNNEL SYNDROME | BULK PRODUCERS/ PLANTAGO OVATA (-165 /114) | Week 24 | 190.00H(-5 5)F | NO | 6.7(-55) | 103(-55) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-111 /231) | Mean (post-en rollment ) | 185.67 | | 7.1 | 101 |
| | RD | 36/Female /36.5 | QTP+VAL (201) | | | BIGUANIDES METFORMIN (-101 /-73) | At randomiz ation | 140.00H(1) F | NO | 6.3(1) | 107(1) |
| | | | | | | HMG COA REDUCTASE INHIBITORS SIMVASTATI N (-101 /-41) | Week 4 | | | | 108(29) |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medication are listed.
   ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting, R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

3003

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

CONFIDENTIAL
AZSER12775676

Page 58 of 138

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treatment (Days On Treatment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medical Class/ Generic Name/Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0116029 | RD | 36/Female/36.5 | QTP+VAL (201) | | | FIBRATES/ FENOFIBRATE (-101/231) | Week 8 | | | | 109(57) |
| | | | | | | 3-OXOANDROSTEN(4)/ DERIVATIVES/ TESTOSTERONE (231)(-84) | Week 12 | 96.00(57)F | NO | | |
| | | | | | | BIGUANIDES/ METFORMIN (-72/231) | Week 12 | 99.00(85)F | NO | 6.1(85) | 108(85) |
| | | | | | | THIAZOLIDINEDIONES/ PIOGLITAZONE HYDROCHLORIDE (-72/231) | Week 28 | 190.00H(201)F | NO | 7.0(201) | 111(201) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3004

CONFIDENTIAL
AZSER12775677

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days Other Treat- ment) | Adverse Event [?]## (Start/Sto [Day*) | Medical History | Medication Class/ Generic Name (Star t/Sto [Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | RD | 36/Female /36.5 | QTP+VAL (201) | | | HMG COA REDUCTASE INHIBITORS OTHER COMBINATIO NS/ SIMVASTATI N (-40 /26) | Mean (post-ra ndomizat ion) | 128.33 | | 6.6 | 109 |
| | | | | | | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ (-1 /231) | | | | | |
| | | | | | | HMG COA REDUCTASE INHIBITORS / SIMVASTATI N (29 /231) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3005

CONFIDENTIAL
AZSER12775678

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days Onset/ Treat- ment) | Adverse Event P?## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | RD | 36/Female /36.5 | CTP+VAL (201) | | | ANILIDES/ GUAIFENESI N /42 (48) SOFTENERS, EMOLLIENTS DOCUSATE CALCIUM (89 /231) DIAZEPINES OXAZEPINES AND THIAZEPINE S/QUETIAPINE FUMARATE (415/UNK) | | | | | |
| D1447C00127 /E0008015 | OL | 54/Female /27.9 | OL CTP (112) | | HYPERTEN SION | OTHER ANTIPSYCHO TICS/ RISPERIDON E (-105/122 /PRE OL | Enrollme nt | 85.00(-119 )F | YES | 6.0(-119) | 85 (-119) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL CTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

3006

CONFIDENTIAL
AZSER12775679

11.3.12-1 Patients with diabetes-related adverse events
D1447c00127
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days Onset- ment) | Adverse Event P?## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008015 | OL | 54/Female /27.9 | OL QTP (112) | ARRHYTHM IA | ARRHYTHM IA | BETA BLOCKING AGENTS, SELECTIVE/ | Week 12 | 81.00(-28) F | YES | 5.7(-28) | 92 (-28) |
| | | | | | | METOPROLOL SUCCINATE (-122 /4/96) /PRE OL | | | | | |
| | | | | BRONCHIT IS | IMIDAZOLIN E RECEPTOR AGONISTS/ | Mean (post-en rollment ) | 81.00 | | 5.7 | 92 |
| | | | | | | CLONIDINE (-122 /496) /PRE OL | | | | | |
| | RD | 54/Female /30.2 | QTP+VAL (466) | HYPERGLYCA EMIA (557/466) | HYPERGLYCA EMIA (557/466) | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-112 /496) | At randomiz ation | 83.00(1)F | YES | 5.9(1) | 91(1) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3007

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

CONFIDENTIAL
AZSER12775680

Page 62 of 138

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treatment (Days On Treatment) | Adverse Event P?## (Start/Sto Day*) | Medical History | Medical Class/Generic Name(#Start/Sto Day*) | Visit | Glucose mg/dl (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0008015 | RD | 54/Female/30.2 | QTP+VAL (466) | | | OTHER ANTIPSYCHOTICS/RISPERIDONE (-104/-98) | Week 4 | | | | 95(30) |
| | | | | | | | Week 8 | | | | 98(57) |
| | | | | | | PLATELET AGGREGATION INHIBITORS EXCL. HEPARIN/ACETYLSALICYLIC ACID (10/496) | | | | | |
| | | | | | | ADRENERGICS/OTHER DRUGS FOR OBSTR. AIRWAY DISEASES/SALBUTAMOL (82/496) | Week 12 | 122.00(85) F | NO | 6.0(85) | 97(85) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# Prior and concomitant medications are listed.
## All AE's potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3008

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

CONFIDENTIAL
AZSER12775681

Page 63 of 138

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P?## (Start/Sto Day*) | Medical History | Medical Class/ Generic Name/(Star t/Sto Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008015 | RD | 54/Female /30.2 | QTP+VAL (466) | | | AMINOALKYL ETHERS/ CARBINOXAM INE MALEATE (196/496) | Week 12 | 82.00(95)F | YES | 6.1(95) | |
| | | | | | | FLUOROQUIN OLONES/ GATIFLOXAC IN (240 /246) | Week 28 | 146.00H(19 7)F | YES | 6.8(197) | 102(197) |
| | | | | | | GLUCOCORTI COIDS/ PREDNISONE (240 /246) | Week 28 | 113.00(214 )F | YES | 6.7(214) | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (240 /249) | Week 40 | 93.00(282) F | YES | 6.9(282) | 105(282) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3009

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775682

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days Onset Treat- ment) | Adverse Event P?## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name/(Star t/Stop Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008015 | RD | 54/Female /30.2 | QTP+VAL (466) | | | SUBSTITUTE D ALKYLAMINE S/ BROMPHENIR AMINE TANNATE (242/496) | Week 52 | 99.00(367) F | YES | 7.5(367) | |
| | | | | | | DIPHENYLPR OPYLAMINE DERIVATIVE S/ DEXTROPROP OXYPHENE (334/496) | Week 68 | 101.00(466 )F | YES | 6.9(466) | 105(466) |
| | | | | | | | Mean (post-ra ndomizat ion) | 108.00 | | 6.7 | 100 |
| D1447C00127 /E0014016 | OL | 29/Female /52.2 | OL QTP (167) | | | LITHIUM/ LITHIUM /-167 /-165) | Enrollme nt | | | | 142(-174) |

3010

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775683

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days Onset- Treat- ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(#Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0014016 | OL | 29/Female /52.2 | OL QTP (167) | | | LITHIUM/ LITHIUM /-164 /-162) | Enrollme nt | 84.00(-171 )F | YES | 5.2(-171) | |
| | | | | | | LITHIUM/ LITHIUM /-161 /-151) | Week 1 | | | | 142(-162) |
| | | | | | | LITHIUM/ LITHIUM /-150 /-27) | Week 2 | | | | 142(-153) |
| | | | | | | CONTACT LAXATIVES/ | Week 12 | 90.00(-85) F | YES | 5.3(-85) | 142(-85) |
| | | | | | | BISACODYL /-126 /-126) | | | | | |
| | | | | | | ANILIDES/ | Mean (post-en rollment ) | 90.00 | | 5.3 | 142 |
| | | | | | | PARACETAMO L (-99 /-99) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3011

CONFIDENTIAL
AZSER12775684

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label Safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event [*]## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name/(Star t/Stop Day*) | Visit | Glucose mg/dl (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day**) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0014016 | RD | 29/Female /56.6 | QTP+LI (230) | BLOOD INSULIN INCREASED (198/231) | | CONTACT LAXATIVES/ SENNA ALEXANDRIN A /-66 /-66) | At randomiz ation | 87.00(-1)F | YES | 5.7(-1) | 154(-1) |
| | | | | | | LITHIUM/ LITHIUM (-26 /13) | Week 4 | | | | 152(28) |
| | | | | | | BISMUTH PREPARATIO NS/ BISMUTH SUBSALICYL ATE (11 /11) | Week 8 | | | | 151(55) |
| | | | | | | LITHIUM/ LITHIUM (14 /260) | Week 12 | 99.00(82)F | YES | 5.6(82) | 154(82) |
| | | | | | | BULK PRODUCERS/ PLANTAGO OVATA (97 /97) | Week 28 | 103.00(198 )F | YES | | 165(198) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from lst dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3012

CONFIDENTIAL
AZSER12775685

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event †*## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAIC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E00140I6 | RD | 29/Female /56.6 | QTP+LI (230) | | | BULK PRODUCERS/ PLANTAGO OVATA (105 /105) | Week 28 | | | 6.0(204) | |
| | | | | | | ANILIDES/ (114 | Week 28 | 92.00(222) F | NO | 6.0(222) | |
| | | | | | | PARACETAMO L (114 /126) | | | | | |
| | | | | | | BULK PRODUCERS/ PLANTAGO OVATA (134 /135) | Week 28 | 98.00(231) F | YES | 6.1(231) | 166(231) |
| | | | | | | BULK PRODUCERS/ PLANTAGO OVATA (162 /162) | Mean (post-ra ndomizat ion) | 98.00 | | 5.9 | 158 |
| | | | | | | BULK PRODUCERS/ PLANTAGO OVATA (194 /194) | | | | | |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AE's potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

3013

CONFIDENTIAL
AZSER12775686

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event †?## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name/(Star t/Sto Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAIC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0014016 | RD | 29/Female /56.6 | QTP+LI (230) | | | IMIDAZOLE AND TRIAZOLE DERIVATIVE S/ CLOTRIMAZO LE (198 /212) BULK PRODUCERS/ PLANTAGO OVATA (229 /229) | | | | | |
| D1447C00127 /E0020009 | OL | 21/Female /21.7 | OL_QTP (142) | | OVARIAN CYSTS | SALICYLIC ACID AND DERIVATIVE S/ACETYLSALI CYLIC ACID (UNK/UNK) /PRE OL | Enrollme nt | 88.00(-149) R | NO | 5.4(-149) | 58 (-149) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3014

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

CONFIDENTIAL
AZSER12775687

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P*## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name/(Star t/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0020009 | OL | 21/Female /21.7 | OL QTP (142) | | CERVICAL DYSPLASI A | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM (-173 /-142) /PRE OL | Week 1 | | | | 60 (-134) |
| | | | | | GENITAL HERPES | AMINOALKYL ETHERS/ PHENYLALAN INE (-173 /-85) /PRE OL | Week 2 | | | | 61 (-127) |
| | | | | | EPISODIC ENVIRONM ENTAL ALLERGIE S | OTHER ANTIDEPRES SANT/ TRAZODONE (-150 /-150) /PRE OL | Week 12 | | | | 66 (-57) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed
## All AES potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.list  all.sas  06JUN2007:13:45  luchen

3015

CONFIDENTIAL
AZSER12775688

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name (Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAIC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0020009 | OL | 21/Female /21.7 | OL QTP (142) | | CHRONIC TENSION HEADACHE S | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-142 /-141) | Mean (post-en rollment ) | | | | 62 |
| | RD | 22/Female /25.4 | QTP+VAL (490) | INSULIN RESISTANCE (476/490) | SCOLIOSI S | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-140 /-139) | At randomiz ation | 85.00 (1)R | YES | 5.4 (1) | 68 (1) |
| | | | | | CHRONIC LOWER BACK PAIN | FATTY ACID DERIVATIVE S/ID VALPROATE SEMISODIUM -138 /-86) | Week 4 | | | | 64 (31) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All medications and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
R=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3016

CONFIDENTIAL
AZSER12775689

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days Treat-ment) | Adverse Event [*]?## (Start/Sto [Day*) | Medical History | Medical Class/ Generic Name(#Star t/Stop [Day*) | Visit | Glucose mg/dL ([Day*) | Fast-ing** (YES/NO) | HBA1C ([Day*) | Weight kg ([Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0020009 | RD | 22/Female /25.4 | QTP+VAL (490) | | | NATURAL OPIUM ALKALOIDS/ | Week 8 | | | | 69(57) |
| | | | | | | PARACETAMO L (-135 /-135) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-134 /-85) | Week 12 | 84.00(85) F | YES | 5.2(85) | 68(85) |
| | | | | | | PEROXIDES/ BENZOYL PEROXIDE (-133 /520) | Week 28 | 84.00(141) F | NO | 5.1(141) | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-85 /520) | Week 28 | 84.00(197) F | YES | 5.0(197) | 70(197) |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All medications are listed
## All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

3017

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775690

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treatment (Days Treatment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medical Class/Generic Name/(Start/Sto Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0020009 | RD | 22/Female /25.4 | QTP+VAL (490) | | | SYMPATHOMIMETICS/PSEUDOEPHEDRINE HYDROCHLORIDE (-58) | Week 40 | 87.00(281) F | YES | 5.1(281) | 71(281) |
| | | | | | | BENZODIAZEPINE DERIVATIVES/LORAZEPAM (31/56) | Week 52 | 86.00(365) F | YES | 5.1(365) | 67(365) |
| | | | | | | BENZODIAZEPINE DERIVATIVES/LORAZEPAM (57/505) | Week 68 | 77.00(470) F | YES | 5.3(470) | 69(470) |
| | | | | | | PROPIONIC ACID DERIVATIVES/IBUPROFEN (167/520) | Week 68 | 90.00(490) F | YES | 5.2(490) | 58(490) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
\* to sampling/onset/stop from lst dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
\*\* Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t110311201.lst  all.sas  06JUN2007:13:45  luchen

3018

CONFIDENTIAL
AZSER12775691

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event ‡?## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(#Star t/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAIC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0020009 | RD | 22/Female /25.4 | QTP+VAL (490) | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM (147 /520) BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (225 /520) BETA-LACTA M ANTIBACTER IALS/ PENICILLIN S/ PENICILLIN NOS (274 /520) | Mean (post-ra ndomizat ion) | 84.57 | | 5.1 | 67 |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3019

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775692

Page 74 of 138

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On treat- ment) | Adverse Event P?## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(#Star t/Sto Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0020087 | OL | 49/Male /35.9 | OL QTP (168) | | TONSILLI TIS | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM /UNK/UNK) /PRE OL | Enrollme nt | 88.00(-175 )F | YES | 4.9(-175) | 123(-175) |
| | | | | | OCCASION AL MUSCLE ACHES | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /-168 /-113) | Week 1 | | | | 124(-161) |
| | | | | | REMOVED BENIGN LIPOMA FROM BACK - 1985 | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /-112 /164) | Week 2 | | | | 124(-154) |

* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior/concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

3020

CONFIDENTIAL
AZSER12775693

Page 75 of 138

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days Onra-Treat-ment) | Adverse Event P?## (Start/Sto Day*) | Medical History | Medical Class/ Generic Name(#Star t/Sto Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0020087 | OL | 49/Male /35.9 | OL QTP (168) | | PENICILL IN ALLERGY | ANILIDES/ PARACETAMO L (11 /12) | Week 12 | 87.00(-84) F | YES | 5.0(-84) | 131(-84) |
| | | | | | | OPIUM ALKALOIDS AND DERIVATIVE S/ DEXTROMETH ORPHAN HYDROBROMI DE (11 /12) | Mean (post-en rollment ) | 87.00 | | 5.0 | 126 |
| | RD | 49/Male /39.7 | QTP+VAL (134) | INSULIN RESISTANCE (82/135) | | SYMPATHOMI METICS/ PSEUDOEPHE DRINE HYDROCHLOR IDE (11 /12) | At randomiz ation | 85.00(1)F | YES | 4.9(1) | 136(1) |
| | | | | | | | Week 4 | | | | 138(29) |
| | | | | | | | Week 8 | | | | 141(57) |
| | | | | | | | Week 12 | 96.00(82) F | YES | 5.3(82) | 142(82) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop for non-randomized patients and from 1st dose of RD trt for randomized patients.
from 1st dose of OL QTP for non-randomized patients, i.e. documented fasting.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3021

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

CONFIDENTIAL
AZSER12775694

11.3.12-1 Patients with diabetes-related adverse events

D1447c00127
Open-label safety population
Medical/Star

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days on Treat-ment) | Adverse Event ?T## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name (Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0020087 | RD | 49/Male /39.7 | QTP+VAL (134) | | | | Week 12 | 103.00(135 )F | NO | 5.3(135) | 144(135) |
| | | | | | | | Mean (post-ra ndomizat ion) | 99.50 | | 5.3 | 141 |
| D1447C00127 /E0026002 | OL | 33/Male /29.8 | OL QTP (224) | | CHRONIC SINUSITI S (1994) | DRUGS USED IN NICOTINE DEPENDENCE | Enrolime nt | 85.00(-231 )R | NO | 5.5(-231) | 89(-231) |
| | | | | | | BUPROPION HYDROCHLOR IDE /-352 /-348) /PRE OL | | | | | |
| | | | | | INTERMIT TENT SHARP CHEST WALL PAIN (2001) | OTHER ANTIPSYCHO TICS/ RISPERIDON E /-342 /-338) /PRE OL | Week 1 | | | | 91(-217) |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AE's potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3022

CONFIDENTIAL
AZSER12775695

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days Onset Treat-ment) | Adverse Event T## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dl (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | OL | 33/Male /29.8 | OL QTP (224) | | LOW BACK PAIN (1989) | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / SERTRALINE HYDROCHLOR IDE /-333 /-331) /PRE OL | Week 2 | | | | 94 (-210) |
| | | | | | HIP PAIN (1989) | OTHER ANTIEPILEP TICS/ TOPIRAMATE /-328 /-326) /PRE OL | Week 12 | 114.00(-14 0)F | NO | 5.7(-140) | 97 (-140) |
| | | | | | BILATERA L KNEE PAIN (2004) | DIAZEPINES , OXAZEPINES AND THIAZEPINE S/ OLANZAPINE /-211 /-245) /PRE OL | Week 24 | 77.00(-56) F | NO | 5.7(-56) | 101 (-56) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from lst dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

3023

CONFIDENTIAL
AZSER12775696

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days Onto Treat-ment) | Adverse Event P?## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAIC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | OL | 33/Male /29.8 | OL QTP (224) | | BILATERA L FOOT PAIN (2004) | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-279 /565) /PRE OL | Week 24 | | | 5.7(-43) | |
| | | | | | LEFT WRIST PAIN (1999) | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /-245 /-241 /PRE OL | Mean (post-en rollment ) | 95.50 | | 5.7 | 96 |
| | RD | 34/Male /33.4 | QTP>VAL (535) | HYPERINSUL INAEMIA (477/560) | BILATERA L ARM FRACTURE S | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE / -239 /-231 /PRE OL | At randomiz ation | 91.00(1)F | YES | 5.6(1) | 100(1) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

3024

CONFIDENTIAL
AZSER12775697

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On-treat-ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name (Star t/Sto p Day*) | Visit | Glucose mg/dl (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | RD | 34/Male /33.4 | QTP+VAL (535) | DIABETES MELLITUS NON-INSULI N-DEPENDEN T (533/540) | FRACTURE D RIGHT ANKLE (1985) | DIAZEPINES | Week 4 | | | | 102(29) |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-230 /-225) /PRE OL | | | | | |
| | | | | | ARTHRITI S | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-223 /535) | Week 8 | | | | 102(59) |
| | | | | | BORDERLI NE HYPERTEN SION | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (-218 /-218) | Week 12 | 122.00(92) F | NO | 5.6(92) | 100(92) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting,R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

3025

CONFIDENTIAL
AZSER12775698

Page 80 of 138

11.3.12-1 Patients with diabetes-related adverse events
D1447C00127
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | RD | 34/Male /33.4 | QTP+VAL (535) | | HEMORRHO IDS | PLATELET AGGREGATIO N INHIBITORS EXCL. HEPARIN/ ACETYLSALI CYLIC ACID (-153 /318) | Week 12 | 94.00(113) F | NO | | |
| | | | | | HEADACHE S | ANILIDES/ DIPHENHYDR AMINE /-141 /-140) | Week 28 | 110.00(204 )F | NO | 5.4(204) | 98(204) |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ ALPRAZOLAM (31 /31) | Week 40 | 165.00H(28 1)F | NO | 6.1(281) | 101(281) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3026

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775699

11.3.12-1 Patients with diabetes-related adverse events
D1447c00127
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event †?## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(/Star t/Sto Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBAIC (Day*) | Weight kg (Day**) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | RD | 34/Male /33.4 | QTP+VAL (535) | | | BENZODIAZE PINE DERIVATIVE S/ ALPRAZOLAM (32 /32) | Week 52 | 100.00(365 )F | YES | 6.0(365) | 102(365) |
| | | | | | | H2-RECEPTO R ANTAGONIST S/ RANITIDINE 203 /274) | Week 68 | 199.0OH(47 7)F | NO | 7.1(477) | 109(477) |
| | | | | | | MACROLIDES / AZITHROMYC IN (273 /273) | Week 68 | 116.00(500 )F | YES | 7.0(500) | |
| | | | | | | MACROLIDES / AZITHROMYC IN (274 /278) | Week 84 | 318.0OH(53 3)F | NO | 7.7H(533) | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3027

CONFIDENTIAL
AZSER12775700

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P?## (Start/Sto Day*) | Medical History | Medica-tion Class/ Generic Name (Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | RD | 34/Male /33.4 | QTP↓VAL (535) | | | MACROLIDES / AZITHROMYC IN (402 /402 | Week 84 | | | 7.7H(540) | 106(540) |
| | | | | | | SELECTIVE BETA 2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL (402 /404) | Week 84 | 96.00(547) F | YES | | |
| | | | | | | MACROLIDES / AZITHROMYC IN (403 /406) | Week 84 | 99.00(547) R | YES | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3028

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775701

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event †*## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | RD | 34/Male /33.4 | CTP+VAL (535) | | | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL (405 /425) | Week 84 | 92.00(568) F | NO | 6.6(568) | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (556 /565) | Week 84 | 95.00(568) R | NO | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM (537 /539) | Mean (post-ra ndomizat ion) | 133.83 | | 6.6 | 103 |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3029

CONFIDENTIAL
AZSER12775702

Page 84 of 138

11.3.12-1 Patients with diabetes-related adverse events
D1447c00127
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days Onset Treat- ment) | Adverse Event P?## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026024 | OL | 35/Male /25 | OL QTP (224) | | CHRONIC EAR INFECTIO NS 1970-198 6 | ANILIDES/ PARACETAMO L (UNK/UNK) /PRE OL | Enrollme nt | 90.00(-231 )F | NO | 5.1(-231) | 81(-231) |
| | | | | | TENSION HEADACHE S ONGOING 1980 | IMIDAZOLIN E RECEPTOR AGONISTS/ | Week 1 | | | | 82(-217) |
| | | | | | | CLONIDINE (-245 /-231) /PRE OL | | | | | |
| | | | | | POOR DENTITIO N 1999 ONGOING WITH CAVITIES ON MOLARS | SELECTIVE SEROTONIN REUPTAKE INHIBITORS | Week 12 | 170.00H(-1 40)F | YES | 5.3(-140) | 87(-140) |
| | | | | | | FLUOXETINE HYDROCHLOR IDE (-245 /-230) /PRE OL | | | | | |

* to sampling/onset/stop from lst dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
  #  Prior and concomitant medications are listed
  ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting, R=Glucose non-fasting (random).

3030

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775703

Page 85 of 138

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treatment (Days Onset Treatment) | Adverse Event PT## (Start/Stop Day*) | Medical History | Medical/Start/Stop Day*) Generic Name/Star t/Stop Day*) Medication Class | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026024 | OL | 35/Male /25 | OL QTP (224) | | HISTORY OF HYPERBILIRUBINEMIA EST 1986 | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE /-221 /-225) /PRE OL | Week 24 | 84.00(-56) F | NO | 5.5(-56) | 91(-56) |
| | | | | | BILATERAL WRIST FRACTURES EST 1982 | IMIDAZOLINE RECEPTOR AGONISTS/ CLONIDINE (-230 /-230) /PRE OL | Mean (post-enrollment) | 127.00 | | 5.4 | 87 |
| | RD | 35/Male /28.6 | PLA+VAL (14) | HYPERGLYCA EMIA (15/15) | RECURRENT RIGHT PATELLA DISLOCAT IONS EST 1982 | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /-124 /-197) | At randomiz ation | 104.00(1)F | YES | 5.6(1) | 93(1) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3031

CONFIDENTIAL
AZSER12775704

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(#Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAIC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026024 | RD | 35/Male /28.6 | PLA+VAL (14) | HYPERINSUL INAEMIA (15/15) | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-196 /-169) | Week 4 | | | | 91(15) |
| | | | | | | | | | | 5.7(15) | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-168 /-112) | Week 12 | 135.00H(15 )F | YES | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (/44)11 | Week 12 | 167.00H(43 )F | YES | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OLCQTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed here.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3032

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775705

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment (Days On Treatment) | Adverse Event PT## (Start/Stop Day*) | Medical History | Medication Class/Generic Name (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026024 | RD | 35/Male /28.6 | PLA+VAL (14) | | | PROTON PUMP INHIBITORS /OMEPRAZOLE (-108 /-76) | Mean (post-randomization) | 151.00 | | 5.7 | 91 |
| D1447C00127 /E0036019 | OL | 42/Female /40.9 | OL QTP (112) | | LOWER LUMBAR STRAIN 3 MONTHS AGO | CORTICOSTEROIDS/ BUDESONIDE (-143 /-141 /PRE OL | Enrollment | 134.0OH(-117)F | NO | 6.5(-117) | 122(-117) |
| | | | | | ALLERGIC RHINITIS RXED ALLEGRA, RHINOCORT AQUA IN PAST | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-128) /-127) /PRE OL | Week 2 | | | | 129(-98) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3033

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.1st all.sas 06JUN2007:13:45 luchen

CONFIDENTIAL
AZSER12775706

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days Onset Treat-ment) | Adverse Event P## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name#(Star t/Stop Day*) | Visit | Glucose mg/dl (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0036019 | OL | 42/Female /40.9 | OL QTP (112) | | ALLERGIC TO PENICILL IN->HIVE S, VOMITING | LITHIUM/ LITHIUM CARBONATE (-128 /-124) /PRE OL | Week 12 | 104.00(-28) F | YES | 6.3(-28) | 128(-28) |
| | | | | | GALLSTON ES, 2000 | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-126 /-118) /PRE OL | Mean (post-en rollment ) | 104.00 | | 6.3 | 129 |
| | RD | 42/Female /43.9 | QTP>LI (423) | DIABETES MELLITUS (225/424) | PREGNANC Y, 1990 | SOFTENERS, EMOLLIENTS/ DOCUSATE SODIUM (-124 /-117) /PRE OL | At randomiz ation | 157.00H(1) F | NO | 6.7(1) | 131(1) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3034

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775707

Page 89 of 138

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event ?## (Start/Sto p Day*) | Medical History | Medical Generic Name (Star t/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0036019 | RD | 42/Female /43.9 | QTP+LI (423) | | CONSTIPA TION | LITHIUM/ LITHIUM CARBONATE (-123 /-98) /PRE OL | Week 4 | | | | 136(30) |
| | | | | | BACK PAIN (PULLED MUSCLE) | OTHER CENTRALLY ACTING AGENTS/ CYCLOBENZA PRINE HYDROCHLOR IDE (-119 /-106) /PRE OL | Week 8 | | | | 133(58) |
| | | | | | | DIAZEPINES AND OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-117 /-113) /PRE OL | Week 12 | 122.00(86) F | YES | 6.2(86) | 131(86) |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas  06JUN2007:13:45  luchen

3035

CONFIDENTIAL
AZSER12775708

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event /T## (Start/Sto Day*) | Medical History | Medical Class/Generic Name(Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0036019 | RD | 42/Female/43.9 | QTP+LI (423) | | | OTHER ANTIHISTAMINES FOR SYST/EMIC USE/FEXOFENADINE (-98/-4) | Week 28 | 316.00H(196)F | YES | 9.0H(196) | 140(196) |
| | | | | | | LITHIUM/LITHIUM CARBONATE (-97/779) | Week 40 | 272.00H(277)F | NO | 9.9H(277) | 141(277) |
| | | | | | | OTHER ANTIHISTAMINES FOR SYST/EMIC USE/FEXOFENADINE (2/9) | Week 52 | 110.00(366)F | YES | 9.7H(366) | 139(366) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3036

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775709

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event ?## (Start/Stop Day*) | Medical History | Medication Class/Generic Name (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0036019 | RD | 42/Female /43.9 | QTP+LI (423) | | | LITHIUM/LITHIUM CARBONATE (80 /453) | Week 68 | 117.00/424 )F | YES | 6.6(424) | 131(424) |
| | | | | | | BIGUANIDES/METFORMIN HYDROCHLORIDE (274 /311) | Mean (post-randomization) | 187.40 | | 8.3 | 136 |
| | | | | | | OTHER ORAL BLOOD GLUCOSE LOWERING DRUGS/EXENATIDE (278 /311) | | | | | |
| | | | | | | BIGUANIDES/METFORMIN HYDROCHLORIDE (312 /453) | | | | | |

* to sampling/onset/stop from 1st dose of OLQTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

3037

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775710

11.3.12-1 Patients with diabetes-related adverse events
D1447C00127
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT# (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name/(Star t/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0036019 | RD | 42/Female /43.9 | QTP+LI (423) | | | OTHER ORAL BLOOD GLUCOSE LOWERING DRUGS/ EXENATIDE (312 /453) | | | | | |
| D1447C00127 /E0037014 | OL | 27/Male /49.6 | OL_QTP (224) | | OBESITY | LITHIUM/ LITHIUM (-224 /-218) | Enrolme nt | 81.00(-230 )R | NO | 5.0(-230) | 143(-230) |
| | | | | | | LITHIUM/ LITHIUM (-217 /-211) | Week 1 | | | | 150(-217) |
| | | | | | | LITHIUM/ LITHIUM (-210 /-160) | Week 2 | | | | 151(-210) |
| | | | | | | LITHIUM/ LITHIUM (-159 /-135) | Week 12 | | | | 149(-140) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3038

CONFIDENTIAL
AZSER12775711

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name#(Star t/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAIC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037014 | OL | 27/Male /49.6 | OL QTP (224) | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM /-144 /-142) | Week 24 | 101.00(-56) F | YES | 5.3(-56) | 165(-56) |
| | | | | | | LITHIUM/ LITHIUM /-127 /-127) | Mean (post-en rollment ) | 101.00 | | 5.3 | 154 |
| | RD | 28/Male /54.5 | QTP→LI (85) | HYPERGLYCA EMIA (78/98) | | LITHIUM/ LITHIUM /-126 /-126) | At randomiz ation | 117.00(1)F | YES | 5.6(1) | 158(1) |
| | | | | | | LITHIUM/ LITHIUM /-125 /-125) | Week 4 | | | | 173(30) |
| | | | | | | LITHIUM/ LITHIUM /-124 /-85) | Week 8 | | | | 173(57) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications listed.
    ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3039

CONFIDENTIAL
AZSER12775712

Page 94 of 138

11.3.12-1 Patients with diabetes-related adverse events
D1447C00127
Safety population
Open-label

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P?## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAIC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037014 | RD | 28/Male /54.5 | QTP+LI (85) | | | LITHIUM/ LITHIUM (-84 /115) | Week 12 | 151.00H(78 )F | YES | 6.4(78) | 166(78) |
| | | | | | | | Week 12 | 131.00(98) R | YES | 6.3(98) | 153(98) |
| | | | | | | | Mean (post-ra ndomizat ion) | 141.00 | | 6.4 | 166 |
| D1447C00127 /E0048011 | OL | 51/Male /26.3 | OL_QTP (226) | | ASTHMA | ANILIDES/ PARACETAMO L (UNK/UNK) /PRE OL | Enrollme nt | 94.00(-232 )R | YES | 5.2(-232) | 76(-232) |
| | | | | | GERD | MULTIVITAM INS WITH MINERALS/ ASCORBIC ACID (UNK/UNK) /PRE OL | Week 2 | | | | 82(-212) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

3040

CONFIDENTIAL
AZSER12775713

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days) On Treat-ment) | Adverse Event †?## †* (Start/Sto Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dl (Day*) | Fast-ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048011 | OL | 51/Male /26.3 | OL QTP (226) | | POLLEN ALLERGY | POTASSIUM POTASSIUM (UNK/UNK) /PRE OL | Week 12 | | | | 91 (-142) |
| | | | | | HEADACHE S (OCCASIO NALLY) | PROTON PUMP INHIBITORS (LANSOPRAZO LE (UNK/UNK) /PRE OL | Week 24 | 167.00H(-5 8)F | YES | 6.9(-58) | 89 (-58) |
| | | | | | | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL (UNK/UNK) /PRE OL | Mean (post-en rollment ) | 167.00 | | 6.9 | 87 |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3041

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775714

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On/ Treat- ment) | Adverse Event †™## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048011 | RD | 51/Male /30.9 | QTP+VAL (82) | HYPERGLYCA EMIA (61/68) | | OTHER ANTIDEPRES SANTS/ NEFAZODONE HYDROCHLOR IDE (-295 /-246) /PRE OL | At randomiz ation | 121.00(-1) F | YES | 7.0(-1) | 89(-1) |
| | | | | | | DIAZEPINES | Week 4 | | | | 92(26) |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-295 /27) /PRE OL | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AE's potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

3042

CONFIDENTIAL
AZSER12775715

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event ?T## (Start/Stop Day*) | Medical History | Medication Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048011 | RD | 51/Male /30.9 | QTP+VAL (82) | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-295 /-199 /PRE OL) | Week 8 | | | | 86(54) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-198 /112) | Week 12 | 249.0OH(83 )F | YES | 9.6H(83) | 83(83) |
| | | | | | | DRUGS USED IN NICOTINE DEPENDENCE | Mean (post-ra ndomizat ion) | 249.00 | | 9.6 | 87 |
| | | | | | | NICOTINE (-188 /-127) | | | | | |

3043

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775716

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event P?## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name/(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048011 | RD | 51/Male /30.9 | QTP>VAL (82) | | | BIGUANIDES / METFORMIN HYDROCHLOR IDE (61 /112) HMG COA REDUCTASE INHIBITORS / ATORVASTAT IN (61 /112) SULFONAMID ES UREA DERIVATIVE S/ GLIBENCLAM IDE (61 /112) SULFONAMID ES UREA DERIVATIVE S/ GLIPIZIDE (61 /112) | | | | | |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

3044

CONFIDENTIAL
AZSER12775717

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event ?*#*# (Start/Sto p Day*) | Medical History | Medication Class/Generic Name(#Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0059014 | OL | 57/Male /27.9 | OL QTP (113) | | HTN HYPERTENSION | OTHER ANTIPSYCHO TICS RISPERIDON E /-114/ -210 /PRE OL | Enrollme nt | 130.00(-11 9)R | NO | 5.0(-119) | 84 (-119) |
| | | | | | WEARS GLASSES SIGHT IMPAIRME NT | SELECTIVE SEROTONIN REUPTAKE INHIBITORS SERTRALINE HYDROCHLOR IDE /-210 /-114) /PRE OL | Week 1 | | | | 86 (-106) |
| | | | | | | BETA BLOCKING AGENTS, SELECTIVE/ ATENOLOL (-210 /68) /PRE OL | Week 2 | | | | 86 (-99) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior/concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3045

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775718

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days Onset Treat- ment) | Adverse Event [T## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0059014 | OL | 57/Male /27.9 | OL QTP (113) | | | THIAZIDES, PLAIN/ HYDROCHLOR OTHIAZIDE -210 (/68) /PRE OL | Week 12 | 194.00H(-2 9)F | YES | 6.8(-29) | 88(-29) |
| | | | | | | OTHER HYPNOTICS AND SEDATIVES/ | Mean (post-en rollment ) | 194.00 | | 6.8 | 87 |
| | | | | | | DIPHENHYDR AMINE /-119 (/-114) /PRE OL | | | | | |
| RD | 57/Male /30.1 | | CQTP+VAL (38) | DIABETIC KETOACIDOS IS (30/48) | | OTHER ANTIPSYCHO TICS/ RISPERIDON E -113 /-111) | At randomiz ation | 124.00(-1) F | YES | 7.1(-1) | 90(-1) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

3046

CONFIDENTIAL
AZSER12775719

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label reference population

| Study/ Patient | Pha- se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event T*## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(#Star t/Sto p Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0059014 | RD | 57/Male /30.1 | QTP↓VAL (38) | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-113 /-107) | Week 4 | | | | 86(28) |
| | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS /SERTRALINE HYDROCHLOR IDE (-113 /-107) | Week 8 | | | | 86(42) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-106 /68) | Week 12 | 900.0OH(42 )F | YES | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
\* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
\*\* Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3047

CONFIDENTIAL
AZSER12775720

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days Onset/ Treat-ment) | Adverse Event [?*##] (Start/Sto Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dl (Day*) | Fast-ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0059014 | RD | 57/Male /30.1 | QTP+VAL (38) | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / SERTRALINE HYDROCHLOR IDE (-106 /68) | Mean (post-ra ndomizat ion) | 900.00 | | | 86 |
| | | | | | | AMINOALKYL ETHERS/ DIPHENHYDR AMINE (-87 /-60) | | | | | |
| | | | | | | ANILIDES/ PARACETAMO L (1 /4) | | | | | |
| | | | | | | ANILIDES/ PARACETAMO L (9 /10) | | | | | |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3048

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

CONFIDENTIAL
AZSER12775721

Page 103 of 138

11.3.12-1 Patients with diabetes-related adverse events
D1447C00127
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0059014 | RD | 57/Male /30.1 | QTP+VAL (38) | | AMINOALKYL ETHERS/ DIPHENHYDR AMINE (29/68) | | | | | | |
| D1447C00127 /E0062017 | OL | 46/Female /31 | OL QTP (112) | | CHRONIC DIARRHEA | ANGIOTENSI N II ANTAGONIST S, PLAIN/ OLMESARTAN MEDOXOMIL (UNK/UNK) /PRE OL | Enrollme nt | 115.00(-12 0)F | NO | 6.0(-120) | 79(-120) |
| | | | | | CHRONIC DIARRHEA | CORTICOSTE ROIDS/ FLUTICASON E PROPIONATE (UNK/UNK) /PRE OL | Week 1 | | | | 79(-106) |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3049

CONFIDENTIAL
AZSER12775722

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event †*## (Start/Sto p Day*) | Medical History | Medication Class/Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0062017 | OL | 46/Female /31 | OL QTP (112) | | MITRAL VALVE PROLAPSE | NATURAL AND SEMISYNTHE TIC ESTROGENS, ESTROGENS, PLAIN/ ESTROGENS CONJUGATED (UNK/UNK) /PRE OL | Week 2 | | | | 79 (-99) |
| | | | | | HYPERTEN SION | THYROID HORMONES/ LEVOTHYROX INE SODIUM (UNK/UNK) /PRE OL | Week 12 | 125.00(-31 )F | YES | 5.2(-31) | 79 (-31) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3050

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

CONFIDENTIAL
AZSER12775723

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event †?## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0062017 | OL | 46/Female /31 | OL QTP (112) | | SINUS CONGESTI ON | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (UNK//113) /PRE OL | Mean (post-en rollment ) | 125.00 | | 5.2 | 79 |
| | RD | 46/Female /30.9 | QTP+LI (16) | | DRY SKIN | DIPHENYLME THANE DERIVATIVE S/ HYDROXYZIN E /-149) /PRE OL | At randomiz ation | 117.00(-1) F | YES | 5.3(-1) | 79(-1) |

DIABETES MELLITUS (6/19)

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3051

CONFIDENTIAL
AZSER12775724

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days Onset/ Treat-ment) | Adverse Event (*)## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(*Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0062017 | RD | 46/Female /30.9 | QTP↓LI (16) | | TYPE II DIABETES | OTHER PLAIN VITAMIN PREPARATIO NS/ PYRIDOXINE HYDROCHLOR IDE (-163 /46) /PRE OL | Week 4 | | | | 79(19) |
| | | | | | INSOMNIA | OTHER PLAIN VITAMIN PREPARATIO NS/ TOCOPHEROL (-163 /46) /PRE OL | Week 12 | 118.00(19) F | YES | 5.4(19) | |
| | | | | | HYPOTHYR OIDISM | LITHIUM/ LITHIUM CARBONATE (-144 /-113) /PRE OL | Mean (post-ra ndomizat ion) | 118.00 | | 5.4 | 79 |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

3052

/csre/prod/seroquel/d1447c00127/sp/output/tif/t110331201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775725

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event [*]## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name (#Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0062017 | RD | 46/Female /30.9 | QTP+LI (16) | | HIGH CHOLESTE ROL | BENZODIAZE PINE RELATED DRUGS/ ESZOPICLON E (-144 /46) /PRE OL | | | | | |
| | | | | | ACID REFLUX | POTASSIUM/ POTASSIUM (-143 /-62) /PRE OL | | | | | |
| | | | | | CYST ON LEFT OVARY | ANILIDES/ PARACETAMO L (-115 /-114) /PRE OL | | | | | |
| | | | | | ENLARGED LEFT OVARY | LITHIUM/ LITHIUM CARBONATE (-112 /-79) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AE's potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.list   all.sas   06JUN2007:13:45   luchen

3053

CONFIDENTIAL
AZSER12775726

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event P?## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name(Star t/Sto Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0062017 | RD | 46/Female /30.9 | QTP+LI (16) | | CALCIFIC ATIONS ON RIGHT BREAST | OTHER ANALGESICS AND ANTIPYRETI CS/ DIPHENHYDR AMINE /-108 /-104) | | | | | |
| | | | | | GALL STONES | BETA-LACTA MASE SENSITIVE PENICILLIN S/PHENOXYMET HYLPENICIL LIN POTASSIUM (-81 /-72) | | | | | |
| | | | | | | GLUCOCORTI COIDS/ METHYLPRED NISOLONE (-80 /-75) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior/concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3054

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.list  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775727

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name (Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0062017 | RD | 46/Female /30.9 | CTP+LI (16) | | | LITHIUM/ LITHIUM CARBONATE /-52 | | | | | |
| | | | | | | OTHER ANTIHISTAM INES FOR SYSTEMIC USE/ LORATADINE (-55 /46) | | | | | |
| | | | | | | LITHIUM/ LITHIUM CARBONATE (-51 /46) | | | | | |
| | | | | | | ANTIALLERG IC AGENTS, EXCL. CORTICOSTE ROIDS/ AZELASTINE HYDROCHLOR IDE (-32 /26) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random)

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

3055

CONFIDENTIAL
AZSER12775728

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment (Days On Treatment) | Adverse Event PT## (Start/Stop Day*) | Medical History | Medical Class/Generic Name/(Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0062017 | RD | 46/Female /30.9 | QTP+LI (16) | | | | | | | | |
| D1447C00127 /E0063001 | OL | 48/Male /36.2 | OL QTP (111) | | ALLERGIC RHINITIS - INTERMIT TENT | OTHER ANTIHISTAM INES FOR SYSTEMIC USE/ DESLORATAD INE (-32 /-26) | Enrolle nt | 117.00(-11 8)R | NO | 5.7(-118) | 108(-118) |
| | | | | | | ASCORBIC ACID (VITAMIN C) PLAIN/ ASCORBIC ACID (UNK/UNK) /PRE OL | | | | | |
| | | | | | HEPATITI S B | CALCIUM/ CALCIUM (UNK/UNK) /PRE OL | Week 1 | | | | 110(-104) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

3056

CONFIDENTIAL
AZSER12775729

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event P?## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(#Star t/Stop Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063001 | OL | 48/Male /36.2 | OL QTP (111) | | LOW BACK PAIN - INTERMIT TENT | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (UNK/UNK) /PRE OL | Week 2 | | | | 110(-98) |
| | | | | | ALCOHOL WITHDRAW AL SEIZURE | MULTIVITAM INS WITH MINERALS/ (UNK/UNK) /PRE OL | Week 12 | | | | 112(-27) |
| | | | | | | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-259) /-259) /PRE OL | Mean (post-en rollment ) | | | | 111 |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from lst dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3057

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775730

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event †?## p (Start/Sto p Day*) | Medical History | Medication Class/Generic Name(Star t/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063001 | RD | 48/Male /37 | QTP+LI (686) | DIABETES MELLITUS (208/687) | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE /-259 /-112) /PRE OL | At randomiz ation | 124.00(1)F | YES | 5.8(1) | 111(1) |
| | | | | | | LITHIUM/ LITHIUM /-259 /-112) /PRE OL | Week 4 | | | | 110(29) |
| | | | | | | DRUGS USED IN NICOTINE DEPENDENCE BUPROPION HYDROCHLOR IDE /-142 /-111) /PRE OL | Week 8 | | | | 110(55) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from lst dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

3058

11.3.12-1 Patients with diabetes-related adverse events
D1447C00127
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treatment (Days On Treatment) | Adverse Event PT## (Start/Stop Day*) | Medical History | Medical Class/Generic Name(Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0063001 | RD | 48/Male/37 | QTP+LI (686) | | | LITHIUM/LITHIUM (-111/-99) | Week 12 | | | | 111(85) |
| | | | | | | LITHIUM/LITHIUM (-98/-83) | Week 28 | 163.0OH(208)F | YES | 6.8(208) | 111(208) |
| | | | | | | LITHIUM/LITHIUM (-82/716) | Week 40 | 196.0OH(299)F | NO | 7.0(299) | 113(299) |
| | | | | | | OTHER ANTIALLERGICS/OLOPATADINE | Week 52 | 380.0OH(385)F | YES | 8.5H(385) | 110(385) |
| | | | | | | HYDROCHLOROTHIDE(30/447) | Week 68 | 373.0OH(497)F | YES | 10.5H(497) | 105(497) |
| | | | | | | BIGUANIDES/METFORMIN(604/716) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OLQTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AES potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3059

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

CONFIDENTIAL
AZSER12775732

11.3.12-1 Patients with diabetes-related adverse events
D1447C00127
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event P†## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name#(Star t/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063001 | RD | 48/Male /37 | QTP+LI (686) | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIPIZIDE (604 /716) | Week 68 | 416.00H(50 5)F | NO | 10.6H(505) | |
| | | | | | | CORTICOSTE ROIDS, WEAK (GROUP I)/ HYDROCORTI SONE (671 /694) | Week 84 | 190.00H(60 9)F | YES | 7.2(609) | 108(609) |
| | | | | | | | Week 104 | 221.00H(66 5)F | NO | 6.9(665) | |
| | | | | | | | Week 104 | 143.00H(68 7)F | YES | 6.7(687) | 109(687) |
| | | | | | | | Mean (post-ra ndomizat ion) | 260.25 | | 8.0 | 110 |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3060

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event T?## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(Star t/Sto p Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0077023 | OL | 45/Male | OL QTP (113) | | URINARY TRACT INFECTIO N | COMB OF SULFONAMID ES/TRIMETH OPRIM INCL DERIVATIVE S/ SULFAMETHO XAZOLE (-160 (-34) /PRE OL | Enrollme nt | 95.00 (-121 )R | YES | 5.5 (-121) | 91 (-121) |
| | | | | | DISCOID LUPUS | HMG COA REDUCTASE INHIBITORS / ATORVASTAT IN (-144 (-22) /PRE OL | Week 1 | | | | 93 (-105) |
| | | | | | ALLERGIE S TO RAGWEED, OAK, POLLENS AND ANIMALS | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-113 /-113) | Week 2 | | | | 94 (-99) |

3061

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
T=Treat-emergent P=diabetes mellitus. F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

CONFIDENTIAL
AZSER12775734

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event ?*## (Start/Sto t Day*) | Medical History | Medical Class/ Generic Name/(Star t/Stop Day*) | Visit | Glucose mg/dl (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0077023 | OL | 45/Male / | OL QTP (113) | | SLIGHTLY OBESE | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-112 /-112) | Week 12 | | | | 99 (-29) |
| | | | | | RECURREN T PROSTATI TIS | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-111 /-100) | Week 12 | 79.00 (-24) F | YES | 5.5 (-24) | |
| | | | | | HIGH CHOLESTE ROL | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-59 /172) | Mean (post-en rollment ) | 79.00 | | 5.5 | 95 |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting, R=Glucose non-fasting (random).

3062

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775735

Page 117 of 138

11.3.12-1 Patients with diabetes-related adverse events
D1447C00127
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0077023 | RD | 45/Male /31.8 | QTP+VAL (672) | HYPERINSUL INAEMIA (777/362) | TESTICUL AR PAIN | ANILIDES/ PARACETAMO L (2 /2) | At randomiz ation | 80.00(-1)F | YES | 5.5(-1) | 97 (-1) |
| | | | | | | HMG COA REDUCTASE INHIBITORS / ATORVASTAT IN (107 /702) | Week 4 | | | | 98 (33) |
| | | | | | | ANILIDES/ PARACETAMO L /140) L132 | Week 8 | | | | 98 (54) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROACE SEMISODIUM (173 /702) | Week 12 | 69.00(77)F | YES | 5.4(77) | 98 (77) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3063

CONFIDENTIAL
AZSER12775736

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event †*## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name (Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0077023 | RD | 45/Male /31.8 | QTP+VAL (672) | | | OTHER UROLOGICAL S/ FUROSEMIDE (192 /242) | Week 12 | 66.00(117) R | NO | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (249 /249) | Week 28 | 69.00(168) R | NO | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (271 /271) | Week 28 | 119.00(201) F | YES | 5.7(201) | 99(201) |
| | | | | | | OTHER UROLOGICAL S/ FUROSEMIDE (274 /702) | Week 40 | 79.00(252) R | YES | | |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas  06JUN2007:13:45   luchen

3064

CONFIDENTIAL
AZSER12775737

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event ?*## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name(#Star t/Sto Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0077023 | RD | 45/Male /31.8 | QTP:VAL (672) | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (275 /275) | Week 40 | 96.00(279) F | YES | 5.4(279) | 101(279) |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (289 /291) | Week 52 | 84.00(334) R | YES | | |
| | | | | | | OTHER ANTIHISTAM INES FOR SYSTEMIC USE/ LORATADINE (586 /702) | Week 52 | 94.00(362) F | YES | 5.5(362) | 100(362) |
| | | | | | | FLUOROQUIN OLONES/ LEVOFLOXAC IN (617 /631) | Week 68 | 104.00(424) )R | NO | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

3065

CONFIDENTIAL
AZSER12775738

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P?## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name(Star t/Sto Day*) | Visit | Glucose mg/dl (Day*) | Fast-ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0077023 | RD | 45/Male /31.8 | QTP+VAL (672) | | | | Week 68 | 75.00(476) F | YES | 5.8(476) | 100(476) |
| | | | | | | | Week 84 | 79.00(588) F | YES | 5.5(588) | 96(588) |
| | | | | | | | Week 84 | 85.00(644) R | NO | | |
| | | | | | | | Week 104 | 80.00(672) F | YES | | 96(672) |
| | | | | | | | Mean (post-ra ndomizat ion) | 84.54 | | 5.6 | 98 |
| D1447C00127 /E0078013 | OL | 58/Male /19.9 | OL QTP (91) | | DIABETES MELLITUS TYPE II | COMBINATIO NS OF VITAMINS/ VITAMINS NOS /UNK/UNK) /PRE OL | Enrollme nt | 159.00H(-9 8)F | YES | 7.3(-98) | 67(-98) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775739

Page 121 of 138

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P## (Start/Stop Day*) | Medical History | Medical Name(Start/Stop Day*) Medication Class/Generic | Visit | Glucose mg/dl (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0078013 | OL | 58/Male/19.9 | OL QTP (91) | | PANCREATITIS | SULFONAMIDES, UREA DERIVATIVE S/GLIBENCLAMIDE /UNK/UNK) /PRE OL | Week 2 | | | | 67 (-77) |
| | | | | | COLDS | VITAMIN B12 /CYANOCOBALAMIN AND ANALOGUES) CYANOCOBALAMIN (UNK/UNK) /PRE OL | Week 12 | 95.00 (-7)F | YES | 8.5H (-7) | 70 (-7) |
| | | | | | HEADACHES | ANTIDEPRESSANTS IN COMBINATION WITH PSYCHOLEPTICS/ PERPHENAZINE (UNK/-92) /PRE OL | Mean (post-enrollment) | 95.00 | | 8.5 | 69 |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3067

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775740

D1447c00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P?## (Start/Sto (Day*) | Medical History | Medical Class/ Generic Name#/Star t/Sto (Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | RD | 58/Male /21.2 | QTP+VAL (287) | HYPERGLYCA EMIA (269/270) | GLUACOMA (L) LEFT EYE | BIGUANIDES METFORMIN (-112 /-202 /PRE OL | At randomiz ation | 158.00H(1) F | YES | 8.8H(1) | 71 (1) |
| | | | | | | BETA BLOCKING AGENTS/ TIMOLOL MALEATE (-122 /128) /PRE OL | Week 4 | | | | 72 (29) |
| | | | | | BLISTERS (R) RIGHT FOOT | ANTIDEPRES SANTS IN COMBINATIO N WITH PSYCHOLEPT ICS/ PERPHENAZI NE(-91 /-90) | Week 8 | | | | 72 (58) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3068

CONFIDENTIAL
AZSER12775741

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population
D1447c00127

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event ?†## (Start/Sto Day*) | Medical History | Generic Class/ Medical Name(Star t/Sto Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBAIC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | RD | 58/Male /21.2 | QTP+VAL (287) | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-91 /-90) | Week 12 | 264.00H(85 )R | YES | 9.7H(85) | 71(85) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-89 /84) | Week 28 | 176.00H(19 7)F | NO | 8.8H(197) | 69(197) |
| | | | | | | BETA-LACTA MASE SENSITIVE PENICILLIN S/ PHENOXYMET HYLPENICIL LIN POTASSIUM (-68 /-49) | Week 40 | 77.00(288) F | YES | 6.4(288) | 67(288) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

3069

CONFIDENTIAL
AZSER12775742

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event T?## (Start/Sto p Day*) | Medical History | Generic Name(Star t/Stop Day*) Medication Class/ | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | RD | 58/Male /21.2 | QTP+VAL (287) | | | ANILIDES/ ETHANOL (-41 /-35) | Mean (post-ra ndomizat ion) | 172.33 | | 8.3 | 70 |
| | | | | | | BIGUANIDES | | | | | |
| | | | | | | METFORMIN (-19 /317) | | | | | |
| | | | | | | SALICYLIC ACID AND DERIVATIVE S/ACETYLSALI CYLIC ACID (43 /174) | | | | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM (69 /174) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3070

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

CONFIDENTIAL
AZSER12775743

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event T?## (Start/Sto p Day*) | Medical History | Medica- tion Class/ Generic Name(#Star t/Stop Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | RD | 58/Male /21.2 | QTP+VAL (287) | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (85 /317) | | | | | |
| | | | | | | ANILIDES/ ETHANOL (109 /116) | | | | | |
| | | | | | | BETA BLOCKING AGENTS/ TIMOLOL MALEATE (128 /150) | | | | | |
| | | | | | | PROSTAGLAN DIN ANALOGUES/ TRAVOPROST (128 /150) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

3071

CONFIDENTIAL
AZSER12775744

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medical Class/ Generic Name/(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | RD | 58/Male /21.2 | CTP+VAL (287) | | | SYMPATHOMI METICS IN GLAUCOMA THERAPY/ BRIMONIDIN E TARTRATE (128 /150) | | | | | |
| | | | | | | FLUOROQUIN OLONES/ MOXIFLOXAC IN HYDROCHLOR IDE (151 /317) | | | | | |
| | | | | | | PROSTAGLAN DIN ANALOGUES/ | | | | | |
| | | | | | | TRAVOPROST (151 /317) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All prior and concomitant medications are listed
    ## All AES potentially associated with diabetes mellitus.
      F=Glucose fasting, R=Glucose non-fasting (random).

3072

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775745

11.3.12-1 Patients with diabetes-related adverse events
D1447C00127
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event ↑*## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(#Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | RD | 58/Male /21.2 | QTP+VAL (287) | | | SYMPATHOMI METICS IN GLAUCOMA THERAPY/ BRIMONIDIN E TARTRATE (151 /317) | | | | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (267 /317) | | | | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM (267 /317) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3073

CONFIDENTIAL
AZSER12775746

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event P?## (Start/Sto (Day*) | Medical History | Trade Name/Star t/Stop (Day*) Generic Medical Class | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080036 | OL | 29/Male /38.4 | OL QTP (109) | | CHRONIC BILATERA L CERUMEN BUILD UP | ANTIPSYCHO TICS/ ARIPIPRAZO LE(-163 /-163) /PRE OL | Enrollme nt | 92.00(-115 )F | YES | 5.9(-115) | 118(-115) |
| | | | | | HEART MURMUR | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-163 /-163) /PRE OL | Week 1 | | | | 120(-103) |
| | | | | | HEADACHE S | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-162 /-161) /PRE OL | Week 2 | | | | 120(-88) |

3074

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775747

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat- ment (Days Onset/ Treat- ment) | Adverse Event I*## (Start/Sto p Day*) | Medical History | Medica- tion Class/ Generic Name#/Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAIC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080036 | OL | 29/Male /38.4 | OL QTP (109) | HYPOTHYR OIDISM | THYROID HORMONES/ THYROID /-162 /-104) /PRE OL | Week 12 | 98.00(-28) F | YES | 6.0(-28) | 120(-28) |
| | | | | | INTERMIT TENT RASH | DIAZEPINES DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE /-161 /-16) /PRE OL | Mean (post-en rollment ) | 98.00 | | 6.0 | 120 |
| | RD | 29/Male /38.8 | QTP>VAL (274) | DIABETES MELLITUS NON-INSULI N-DEPENDEN T (214/275) | ALLERGIC DERMATIT IS | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE /-115 /-110) /PRE OL | At randomiz ation | 147.00H(1) F | YES | 6.2(1) | 119(1) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.1st  all.sas  06JUN2007:13:45  luchen

3075

CONFIDENTIAL
AZSER12775748

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On- Treat- ment) | Adverse Event P?## (Start/Sto p Day*) | Medical History | Generic Name(Star t/Sto p Day*) | Medical Class/ Generic Name(Star t/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080036 | RD | 29/Male /38.8 | CTP+VAL (274) | | BILATERA L KNEE PAIN | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-115 /-104) /PRE OL | | Week 4 | | | | 122(30) |
| | | | | | | | | | | | | |
| | | | | CEREBRAL PALSY | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-93 /-29) | | | Week 8 | | | | 126(58) |
| | | | | | OBESITY | THYROID HORMONES/ THYROID (-103 /304) | | Week 12 | 120.00(87) F | YES | 7.2(87) | 127(87) |
| | | | | | METABOLI C SYNDROME | OXICAMS/ MELOXICAM (-28 /58) | | Week 28 | 583.0OH(19 9)F | YES | 15.6H(199) | 120(199) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OLQTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas  06JUN2007:13:45  luchen

3076

CONFIDENTIAL
AZSER12775749

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days on Treat- ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080036 | RD | 29/Male /38.8 | CTP+VAL (274) | | GLUCOSE INTOLERA NCE | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-28 /168) | Week 28 | 238.00H/20 61F | NO | | 112(275) |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-28 /304) | Week 40 | 94.00(275) F | YES | 9.4H(275) | 112(275) |
| | | | | | | ANILIDES/ ETHANOL (66 /87) | Mean (post-ra ndomizat ion) | 258.75 | | 10.7 | 121 |
| | | | | | | ANILIDES/ | | | | | |
| | | | | | | GUAIFENESI N (66 /87) | | | | | |

* to sampling/onset/stop from lst dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.list  all.sas  06JUN2007:13:45  luchen

3077

CONFIDENTIAL
AZSER12775750

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days Onset/ Treat- ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(#Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080036 | RD | 29/Male /38.8 | QTP→VAL (274) | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (169 /304) | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (276 /304) | | | | | |
| D1447C00127 /E0105016 | OL | 45/Female /34.3 | OL QTP (226) | DIABETES | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM | Enrollme nt | 95.00(-232 )F | YES | 5.6(-232) | 89(-232) |
| | | | | | | /UNK/UNK) /PRE OL | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from lst dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3078

CONFIDENTIAL
AZSER12775751

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event ?T## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dl (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105016 | OL | 45/Female /34.3 | OL QTP (226) | | HYPERTEN SION | MULTIVITAM INS WITH MINERALS/ ASCORBIC ACID (UNK/UNK) /PRE OL | Week 1 | | | | 88 (-219) |
| | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS | Week 2 | | | | 89 (-212) |
| | | | | | | CITALOPRAM HYDROBROMI DE (UNK/-227) /PRE OL | | | | | |
| | | | | | | DIAZEPINES | Week 12 | 94.00(-146 )F | YES | 5.7(-146) | 87(-146) |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ OLANZAPINE (-406 /-61) /PRE OL | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All events and prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3079

CONFIDENTIAL
AZSER12775752

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event ?*## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105016 | OL | 45/Female /34.3 | OL QTP (226) | | | ACE INHIBITORS PLAIN/ RAMIPRIL (-387 /-213) /PRE OL | Week 24 | | | | 88 (-59) |
| | | | | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-268 /-258) /PRE OL | Week 24 | 98.00(-58) F | YES | 5.8(-58) | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3080

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

CONFIDENTIAL
AZSER12775753

D1447C00127
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event †?## (Start/Sto p Day*) | Medical History | Medica tion Class/ Generic Name(*Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105016 | OL | 45/Female /34.3 | OL QTP (226) | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-257 /-252) /PRE OL | Mean (post-en rollment ) | 96.00 | | 5.8 | 88 |
| | RD | 46/Female /35.1 | PLA+VAL (18) | DIABETES MELLITUS (18/48) | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-257 /17) /PRE OL | At randomiz ation | 94.00 (1) F | YES | 6.0(1) | 91(1) |
| | | | | | | BIGUANIDES METFORMIN (-257 /17) /PRE OL | Week 8 | | | | 91(48) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

3081

CONFIDENTIAL
AZSER12775754

D1447C00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event ?*## (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name (Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105016 | RD | 46/Female /35.1 | PLA+VAL (18) | | | DIAZEPINES ´OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-251 /-245) /PRE OL | Week 12 | 83.00(48)F | YES | 5.8(48) | |
| | | | | | | DIAZEPINES ´OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-244 /-227) /PRE OL | Mean (post-ra ndomizat ion) | 83.00 | | 5.8 | 91 |

* to Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
sampling/onset/stop from lst dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3082

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst all.sas 06JUN2007:13:45 luchen

CONFIDENTIAL
AZSER12775755

D147c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event F*## (Start/Sto p Day*) | Medical History | Medical tion Class/ Generic Name (Star t/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D147C00127 /E0105016 | RD | 46/Female /35.1 | PLA+VAL (18) | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / | | | | | |
| | | | | | | CITALOPRAM HYDROBROMI DE (-226 / 92) | | | | | |
| | | | | | | ACE INHIBITORS PLAIN/ RAMIPRIL (-212 /48) | | | | | |
| | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / | | | | | |
| | | | | | | CITALOPRAM HYDROBROMI DE (-91 / 90) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OLQTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3083

/csre/prod/seroquel/d147c00127/sp/output/tif/t11031201.lst  all.sas  06JUN2007:13:45  luchen

CONFIDENTIAL
AZSER12775756

D1447c00127

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On- Treat- ment) | Adverse Event (*T##) (Start/Sto p Day*) | Medical History | Medical Class/ Generic Name(Star t/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105016 | RD | 46/Female /35.1 | PLA+VAL (18) | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (18 /48) | | | | | |
| | | | | | | BIGUANIDES / METFORMIN (18 /48) | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ OLANZAPINE (18 /48) | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (18 /48) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3084

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031201.lst   all.sas   06JUN2007:13:45   luchen

CONFIDENTIAL
AZSER12775757

11.3.12-2 Patients who received hypoglycemic medication
Open-label population

D1447c00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P'## (START/STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STOP DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001012 | OL | 54/Male/27.1 | HISTORY OF EPISODIC ALCOHOL ABUSE / Past; NUMBNESS - DISTAL PORTION LITTLE FINGERS / Current; STRESS HEADACHES / Current | OL QTP /168 | | COMBINATIONS OF VITAMINS/ VITAMINS NOS /UNK/-181 /PRE OL; PROPIONIC ACID DERIVATIVES - IBUPROFEN/-119/-119 /OL; SALICYLIC ACID AND DERIVATIVES - ACETYLSALICYLIC ACID/ /PRE OL | At enrollment; Week 12; Final visit | 119.0 (-173)F; 92.0 (-84)F; 91.0 (1)F | NO; YES; NO | 6.8 (-173); 5.5 (-84); 5.9 (1) | 90 (-84); 102 (1) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3085

CONFIDENTIAL
AZSER12775758

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT* P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001012 | | | VENTRIC ULAR SEPTAL DEFECT /Current | | | SALICYLIC ACID AND DERIVATIVE S /ACETYLSALI CYLIC ACID/ -7/-7 /OL | Mean (pos t-enroll ment) | 100.7 | NO | 6.1 | |
| | RD | 55/Male/30 .5 | | PLA↓VAL /464 | | FATTY ACID DERIVATIVE S /VALPROATE SEMISODIUM /-173/-169 /PRE OL | At randomiz ation | 91.0 (1)F | NO | 5.9 (1) | 102 (1) |
| | | | | | | FATTY ACID DERIVATIVE S /VALPROATE SEMISODIUM /-168/-138 /OL | Week 12 | 96.0 (9)F | YES | | 110(85) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# Prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3086

CONFIDENTIAL
AZSER12775759

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P*#@ (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001012 | | | | | | FATTY ACID DERIVATIVE /VALPROATE SEMISODIUM -137/-110 | Week 12 | 128.0 (85)F | NO | 6.3 (85) | 110(85) |
| | | | | | | /OL /FATTY ACID DERIVATIVE /VALPROATE SEMISODIUM /-109/-1 | Week 28 | 122.0 (197)F | NO | 7.0 (197) | 112(197) |
| | | | | | | /OL /SELECTIVE SEROTONIN REUPTAKE INHIBITORS ESCITALOPR AM OXALATE/ -152/-139 | Week 40 | 126.0 (278)F | YES | 7.1 (278) | 119(278) |
| | | | | | | /OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  ai2.sas  11JUN2007:10:13  luchen

3087

CONFIDENTIAL
AZSER12775760

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label settlement population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001012 | | | | | | OTHER ANTIDEPRES SANTS/ DULOXETINE /-138/-132 /OL | Week 52 | 167.0 (368)F | YES | 9.1 (368) | 119 (368) |
| | | | | | | OTHER ANTIDEPRES SANTS/ DULOXETINE -131/-84 /OL | Week 68 | 147.0 (465)F | YES | 8.2 (465) | 121 (465) |
| | | | | | | COMBINATIO NS OF ORAL BLOOD GLUCOSE LOWERING DRUGS/ METFORMIN HYDROCHLOR IDE/ 407/420 /RD | Final visit | 147.0 (465)F | YES | 8.2 (465) | 121 (465) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  ai2.sas  11JUN2007:10:13  luchen

3088

CONFIDENTIAL
AZSER12775761

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P'##(START/STOP DAY)* | MEDICATION CLASS/GENERIC NAME MSH (START/STOP DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0001012 | | | | | | THIAZIDES, PLAIN/HYDROCHLOROTHIAZIDE/23/280 /RD THIAZIDES, PLAIN/HYDROCHLOROTHIAZIDE/281/494 /RD ACE INHIBITORS AND DIURETICS/HYDROCHLOROTHIAZIDE/387/494 /RD PROPIONIC ACID DERIVATIVES/IBUPROFEN/137/137 /RD | Mean (post-randomization) | 128.0 | NO | 7.4 | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling, >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775762

11.3.12-2 Patients who received hypoglycemic medication
Open-label population
D1447C00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MESH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001012 | | | | | | | | | | | |
| D1447C00127 /E0008004 | OL | 47/Female/ 32.3 | HYPERTE NSION /Current | OL QTP /253 | DIABETES MELLITUS NON-INSULI N-DEPENDEN T-84/2 | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN/ 207/494 /RD | At enrollme nt | 137.0 (-260)R | YES | 6.6 (-260) | |
| | | | MIGRAIN E HEADACH ES /Current | | | NIFEDIPINE/ NIFEDIPINE/ 207/494 /RD ANGIOTENSI N II ANTAGONIST S, PLAIN/ VALSARTAN/ -385/32 /PRE OL | Week 24 | 168.0 (-85)F | NO | 7.2 (-85) | 95 (-85) |
| | | | | | | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID/ -33/-33 /OL | Week 24 | 154.0 (-29)F | NO | | 95 (-85) |
| | | | | | | LITHIUM/ LITHIUM/ -253/-227 /OL | | | | | |

\* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
\* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
\*\* Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs for concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3090

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031202.lst a12.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12775763

11.3.12-2 Patients who received hypoglycemic medication
Open-label population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC MSH NA P DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008004 | | | | | | LITHIUM/ LITHIUM/ -226/32 /OL | Final visit | 249.0 (-1)F | NO | 8.0 (-1) | 109 (-1) |
| | RD | 48/Female/ 41.4 | | QTP+LI / 2 | | BIGUANIDES/ METFORMIN/ 2/32 /RD | Mean (post-enroll ment) | 177.0 | NO | 7.3 | |
| | | | | | | | At randomiz ation | 249.0 (-1)F | NO | 8.0 (-1) | 109 (-1) |
| | | | | | | | Mean post -random ization) | 249.0 | NO | 8.0 | |
| D1447C00127 /E0031002 | OL | 50/Female/ 27.8 | ABDOMIN AL PAIN / Current | OL QTP / 85 | | PROTON PUMP INHIBITORS / | At enrollme nt | 72.0 (-7)R | YES | 6.4 (-7) | |
| | | | AGITATI ON/ INTERMI TTENT / Current | | | PANTOPRAZO LE/ 65/66 /OL SEROTONIN (5HT3) ANTAGONIST S/ ONDANSETRO N HYDROCHLOR IDE/ 66/66 /OL | Week 12 | 129.0 (99)R | NO | 6.1 (99) | 72 (84) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # AEs prior and concomitant medications are listed
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3091

CONFIDENTIAL
AZSER12775764

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/P*#@(START/STOP DAY)* | MEDICATION CLASS/GENERIC NAMSH(START/STOP DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0031002 | | | CONSTIPATION, INTERMITTENT / Current | | | CONTACT LAXATIVES/BISACODYL/68/69 /OL | Final visit | 129.0 (99)R | NO | 6.1 (99) | 71(98) |
| | | | DENTAL ABCESS / Current | | | OSMOTICALLY ACTING LAXATIVES/MAGNESIUM CITRATE/67/65/OL | Mean(post-enrollment) | 110.0 | NO | 6.2 | |
| | | | DIVERTICULITIS / Current | | | ENEMAS/OL | | | | | |
| | | | GASTRIC ESOPHAGEAL REFLUX DISEASE / Past | | | SODIUM PHOSPHATE DIBASIC/65/65 /OL | | | | | |
| | | | HEADACHES, INTERMITTENT / Current | | | INSULINS AND ANALOGUES, FAST-ACTING/G/ | | | | | |
| | | | | | | INSULIN/66/66/OL | | | | | |
| | | | | | | BIGUANIDES | | | | | |
| | | | | | | METFORMIN/66/115 /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3092

CONFIDENTIAL
AZSER12775765

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?#¶ (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MEH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031002 | | | INFLAMA TORY BOWEL DISEASE / Past | | | HEPARIN GROUP/ HEPARIN/ 65/66 /OL | | | | | |
| | | | MYOCARD IAL INFARCT ION / Past | | | FOLIC ACID AND DERIVATIVE S FOLIC ACID/ 66/69 /OL | | | | | |
| | | | OSTEOPO ROSIS / Past | | | MACROLIDES / ERYTHROMYC IN/ 65/69 /OL | | | | | |
| | | | PEPTIC ULCER DISEASE / Past | | | OTHER AMINOGLYCO SIDES/ NEOMYCIN/ 65/69 /OL | | | | | |
| | | | RECTAL POLYPS, BENIGN / Past | | | NATURAL OPIUM ALKALOIDS/ HYDROMORPH ONE HYDROCHLOR IDE/ 66/67 /OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All AEs prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3093

CONFIDENTIAL
AZSER12775766

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447C00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031002 | | | TOOTH PAIN / Current  TYPE II DIABETE S / Current | | | NATURAL OPIUM ALKALOIDS/ HYDROMORPH ONE HYDROCHLOR IDE/ 67/69 /OL  NATURAL OPIUM ALKALOIDS/ MORPHINE SULFATE/ 66/66 /OL PHENYLPIPE RIDINE DERIVATIVE S/ PETHIDINE/ 66/66 /OL PHENYLPIPE RIDINE DERIVATIVE S/ PETHIDINE HYDROCHLOR IDE/ 65/69 /OL | | | | | |

3094

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst   a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775767

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P*T## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031002 | | | | | | ANILIDES/ PARACETAMO L/-3/64 | | | | | |
| | | | | | | ANILIDES/ PARACETAMO L/68/68 | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /-191/115 /PRE OL | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ OLANZAPINE /-222/-188 /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3095

CONFIDENTIAL
AZSER12775768

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031002 | | | | | | DIAZEPINES | | | | | |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ | | | | | |
| | | | | | | QUETIAPINE FUMARATE/ -155/-153 /PRE OL DIAZEPINES | | | | | |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ | | | | | |
| | | | | | | QUETIAPINE FUMARATE/ -152/-142 /PRE OL DIAZEPINES | | | | | |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ | | | | | |
| | | | | | | QUETIAPINE FUMARATE/ -141/-1 /PRE OL | | | | | |

\* to Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
\*\* Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3096

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775769

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/<br>PATIENT | PHASE | AGE/SEX/<br>BASELINE<br>BMI | MEDICAL<br>HISTORY | TREATMENT<br>AND<br>DAYS<br>ON<br>TREATMENT | ADVERSE<br>EVENT*<br>P?##<br>(START/<br>STOP<br>DAY)* | MEDICATION<br>CLASS/<br>GENERIC NA<br>MSH<br>(START/STO<br>P DAY*)* | VISIT | GLUCOSE<br>MG/DL<br>(DAY*) | FAST-<br>ING**(YE<br>S<br>/NO) | HBA1C<br>(DAY*) | WEIGHT<br>KG<br>(DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127<br>/E0031002 | | | | | | BENZODIAZE<br>PINE<br>DERIVATIVE<br>S/<br>CLONAZEPAM<br>/-191/-2<br>/PRE OL<br>BENZODIAZE<br>PINE<br>DERIVATIVE<br>S/<br>LORAZEPAM/<br>-1/67 /OL<br>BENZODIAZE<br>PINE<br>DERIVATIVE<br>S/<br>LORAZEPAM/<br>68/69 /OL<br>BENZODIAZE<br>PINE<br>DERIVATIVE<br>S/<br>MIDAZOLAM<br>HYDROCHLOR<br>IDE/<br>66/66 /OL | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
  to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting, R=Glucose non-fasting (random).

3097

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775770

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031002 | | | | | | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE/ 65/115 /OL PHENOTHIAZ INE DERIVATIVE S/ PROMETHAZI NE/ 65/65 /OL | | | | | |
| D1447C00127 /E0034005 | OL | 59/Male/41 .7 | ARTHRIT IS Current | OL QTP / 55 | DIABETES MELLITUS35 /56 | BIGUANIDES / METFORMIN HYDROCHLOR IDE/ 35/55 /OL | At enrollme nt | 164.0 (-6)F | YES | -8.3 (-6) | |
| | | | GALLSTO NE / Current | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIPIZIDE/ 35/85 /OL | Week 8 | | YES | 8.5 (56) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3098

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775771

Page 15 of 155

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0034005 | | | INCREAS ED ANXIETY Current | | | TETRACYCLI NES/ TETRACYCLI NE/ -17/85 /PRE OL | Week 12 | 149.0 (56)F | YES | | 129(55) |
| | | | ROSACEA Current | | | CEPHALOSPO RIN AND RELATED SUBSTANCES CEPHALEXIN/ 55/85 /OL ACETIC ACID DERIVATIVE S AND RELATED SUBSTANCES SULINDAC/ /PRE OL NATURAL OPIUM ALKALOIDS/ PARACETAMO L/ /PRE OL | Final visit Mean(pos t-enroll ment) | 149.0 (56)F 154.0 | YES NO | 8.5 (56) 8.4 | 129(55) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
  ## All AE5 potentially associated with diabetes mellitus.
      F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3099

CONFIDENTIAL
AZSER12775772

D1447C00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P*## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0034005 | | | | DIAZEPINES | | | | | | | |
| | | | | ´OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -6/4 /PRE OL LITHIUM/ LITHIUM CARBONATE/ -6/29 /PRE OL LITHIUM/ LITHIUM CARBONATE/ 30/85 /OL | | | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3100

CONFIDENTIAL
AZSER12775773