D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STOP DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0036019 | OL | 42/Female/ 40.9 | ALLERGIC RHINITIS FIXED ALLERGIC RHINOCONJUNCTIVITIS AQUA IN PAST/ Current ALLERGIC TO PENICILLIN->HIVES, VOMITING G / Current | OL QTP /112 | DIABETES MELLITUS22 5/424 | SOFTENERS, EMOLLIENTS /DOCUSATE SODIUM/ -124/-117 /PRE OL | At enrollment | 134.0 (-117)F | NO | 6.5 (-117) | 128 (-28) |
| | | | | | | OTHER CENTRALLY ACTING AGENTS /CYCLOBENZAPRINE HYDROCHLORIDE/ -119/-106 /PRE OL | Week 12 | 104.0 (-28)F | YES | 6.3 (-28) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3101

CONFIDENTIAL
AZSER12775774

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447C00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT# P?##(START/STOP DAY)* | MEDICATION CLASS/GENERIC NAMSH (START/STOP DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FASTING** (YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0036019 | | | BACK PAIN (PULLED MUSCLE)/Current | | | DIAZEPINES ,OXAZEPINES AND THIAZEPINE S/QUETIAPINE FUMARATE/-128/-127/PRE OL | Final visit | 157.0 (1)F | NO | 6.7 (1) | 131 (1) |
| | | | CONSTIPATION/Current | | | DIAZEPINES AND THIAZEPINE S/QUETIAPINE FUMARATE/-126/-118 PRE OL | Mean(post-enrollment) | 131.7 | | 6.5 | |
| | RD | 42/Female/43.9 | GALLSTONES 2000/Past | QTP+LI 2000 / -/423 | | DIAZEPINES ,OXAZEPINES AND THIAZEPINE S/QUETIAPINE FUMARATE/-117/-113/PRE OL | At randomization | 157.0 (1)F | NO | 6.7 (1) | 131 (1) |

* to  Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and Concomitant medications listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3102

CONFIDENTIAL
AZSER12775775

D1447C00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT# P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MB# (START/STO P DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0036019 | | | LOWER LUMBAR STRAIN 3 MONTHS AGO / Current PREGNAN CY, 1990 / Past | | | LITHIUM/ LITHIUM CARBONATE/ -128/-124 /PRE OL | Week 12 | 122.0 (86)F | YES | 6.2 (86) | 131(86) |
| | | | | | | LITHIUM/ LITHIUM CARBONATE/ -123/-98 /PRE OL | Week 28 | 316.0 (196)F | YES | 9.0 (196) | 140(196) |
| | | | | | | LITHIUM/ LITHIUM CARBONATE/ -97/79 OL CORTICOSTE ROIDS/ BUDSSONIDE -143/141 /PRE OL | Week 40 | 272.0 (277)F | NO | 9.9 (277) | 141(277) |
| | | | | | | | Week 52 | 110.0 (366)F | YES | 9.7 (366) | 139(366) |

\* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
\* to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
\*\* Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3103

CONFIDENTIAL
AZSER12775776

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P*## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0036019 | | | | | | OTHER ANTIHISTAM INES FOR SYSTEMIC USE/ FEXOFENADI NE HYDROCHLOR IDE/ -98/-4 /OL | Week 68 | 117.0 (424)F | YES | 6.6 (424) | 131(424) |
| | | | | | | BIGUANIDES / METFORMIN HYDROCHLOR IDE/ 27/311 /RD | Final Visit | 117.0 (424)F | YES | 6.6 (424) | 131(424) |
| | | | | | | BIGUANIDES / METFORMIN HYDROCHLOR IDE/ 312/453 /RD | Mean (pos t-random ization) | 173.0 | NO | 7.8 | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All AEs prior and concomitant medications are listed
 ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3104

CONFIDENTIAL
AZSER12775777

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P*## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAMS H (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0036019 | | | | | | OTHER ORAL BLOOD GLUCOSE LOWERING DRUGS/ EXENATIDE/ 278/311 /RD OTHER ORAL BLOOD GLUCOSE LOWERING DRUGS/ EXENATIDE/ 312/453 /RD LITHIUM/ LITHIUM CARBONATE/ 80/453 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3105

CONFIDENTIAL
AZSER12775778

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447C00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P†## (START/ STOP DAY)* | OTHER MEDICATION CLASS/ GENERIC NAME (START/STOP DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0036019 | | | | | | | | | | | |
| D1447C00127 /E0037018 | OL | 21/Female/ 48.2 | ALLERGIC RHINITIS /Current ALLERGY TO CECLOR /Current ASTHMA /Current | OL QTP /178 | | OTHER ANTIHISTAMINES FOR SYSTEMIC USE/ FEXOFENADINE HYDROCHLORIDE/ 2/9 CALCIUM COMPOUNDS/ CALCIUM CARBONATE/ /PRE OL H2-RECEPTOR ANTAGONIST S /FAMOTIDINE /140/208 BISMUTH PREPARATIONS/ BISMUTH SUBSALICYL ATE/ /PRE OL | At enrollme nt Week 24 Final visit | 128.0 (-6)R 82.0 (170)F 82.0 (170)F | NO YES YES | 5.5 (-6) 5.4 (170) 5.4 (170) | 132 (168) 132 (168) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3106

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  al2.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775779

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/STOP DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0037018 | | | HEADACHES / Current  HEARTBURN / Current  MUSCULO-SKELET IC PAIN / Current  POLYCYS TIC OVARIAN SYNDROM E / Current | | | BIGUANIDES METFORMIN/ 67/201/OL PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ -120/67 /PRE OL /THYROID HORMONES/ LEVOTHYROX INE SODIUM/ 78/208 /OL COMBS OF PENICILLIN S INCL BETA-LACTA MASE INHIBITOR/ AMOXICILLI N/ 52/61 /OL | Mean (post-enroll ment) | 97.3 | NO | 5.4 | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from lst dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3107

CONFIDENTIAL
AZSER12775780

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P'T## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MEH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037018 | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN/ /PRE OL | | | | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM/ /PRE OL | | | | | |
| | | | | | | ANILIDES/ ETHANOL/ 166/166 /OL | | | | | |
| | | | | | | ANILIDES/ PARACETAMO L/ /PRE OL | | | | | |
| | | | | | | ANILIDES/ PARACETAMO L 166/166 /OL | | | | | |
| | | | | | | LITHIUM/ LITHIUM/ 1/13 /OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3108

CONFIDENTIAL
AZSER12775781

D1447c00127

**11.3.12-2 Patients who received hypoglycemic medication**
**Open-label treatment population**

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING**(YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037018 | | | | | | LITHIUM/ LITHIUM/ 14/28 /OL LITHIUM/ LITHIUM/ 29/76 /OL LITHIUM/ LITHIUM/ 77/169 /OL PIPERAZINE DERIVATIVE / CETIRIZINE HYDROCHLOR IDE/ /PRE OL | | | | | |
| D1447C00127 /E0037020 | OL | 29/Female/ 34 | CERVICA L DYS?LAS IA / Current DYSMENO RRHEA Current | OL QTP /137 | | H2-RECEPTO R ANTAGONIST S/ RANITIDINE HYDROCHLOR IDE/ -168/425 /PRE OL | At enrollme nt | 88.0 (-142)R | YES | 5.0 (-142) | |
| | | | | | | | Mean(pos t-enroll ment) | 88.0 | NO | 5.0 | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3109

CONFIDENTIAL
AZSER12775782

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME## (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037020 | RD | 29/Female/ 38.2 | GASTRO ESOPHAG EAL REFLUX /Current | QTP+LI /727 | OL | ANILIDES/ PARACETAMO L/ /PRE OL | Week 12 | 122.0 (1)F | YES | 4.9 (1) | 123(82) |
| | | | HEADACH ES / Current | | | LITHIUM/ LITHIUM/ -137/-131 /OL | Week 12 | 91.0 (82)F | YES | 4.9 (82) | 123(82) |
| | | | JUVENIL E RHEUMAT OID ARTHRIT IS / Past | | | LITHIUM/ LITHIUM/ -130/-124 /OL | Week 28 | 166.0 (180)F | YES | 5.1 (180) | 126(180) |
| | | | OSTEOAR THRITIS / Current | | | LITHIUM/ LITHIUM/ -123/-75 /OL | Week 40 | 100.0 (271)F | YES | 5.2 (271) | 129(271) |
| | | | | | | PROPULSIVE S/ METOCLOPRA MIDE/ 365/425 /RD | Week 52 | 98.0 (362)F | YES | 5.4 (362) | 131(362) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

3110

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775783

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/STOP DAY)* | MEDICATION CLASS/GENERIC NA MSH P DAY* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0037020 | | | | | | BIGUANIDES METFORMIN/ 233/289 /RD | Week 68 | 108.0 (481)F | YES | 5.6 (481) | 135 (481) |
| | | | | | | BIGUANIDES METFORMIN/ 290/296 /RD | Week 84 | 92.0 (600)F | YES | 5.4 (600) | 127 (600) |
| | | | | | | BIGUANIDES METFORMIN/ 297/425 /RD | Week 104 | 90.0 (727)F | YES | 5.3 (727) | 130 (727) |
| | | | | | | ALPHA AND BETA BLOCKING AGENTS/ CARVEDILOL /110/126 /RD | Final visit | 90.0 (727)F | YES | 5.3 (727) | 130 (727) |
| | | | | | | ALPHA AND BETA BLOCKING AGENTS/ CARVEDILOL /127/156 /RD | Mean(post randomization) | 106.3 | NO | 5.2 | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3111

CONFIDENTIAL
AZSER12775784

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P*T## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME/ (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037020 | | | | | | ALPHA AND BETA BLOCKING AGENTS/ CARVEDILIOL /157/482 /RD | | | | | |
| | | | | | | PREGNEN (4) DERIVATIVE S/PROGESTERO NE/ 119/130 /RD | | | | | |
| | | | | | | PENICILLIN S WITH EXTENDED SPECTRUM/ AMOXICILLI N/ 166/178 /RD | | | | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN/ 329/329 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/tl10311202.lst a12.sas 11JUN2007:10:13 luchen

3112

CONFIDENTIAL
AZSER12775785

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safe population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?H# (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037020 | | | | | | NATURAL OPIUM ALKALOIDS/ PARACETAMO L/ 166/171 /RD | | | | | |
| | | | | | | NATURAL OPIUM ALKALOIDS/ PARACETAMO L/266/269 /RD | | | | | |
| | | | | | | ANILIDES/ MEPYRAMINE MALEATE/ 328/328 /RD | | | | | |
| | | | | | | LITHIUM/ LITHIUM/ 292/757 /RD | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ ALPRAZOLAM /427/427 /RD | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# Prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3113

CONFIDENTIAL
AZSER12775786

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447C00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME## (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037020 | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM/ 464/464 /RD SYMPATHOMI METICS/ PSEUDOEPHE DRINE HYDROCHLOR IDE/ 292/292 /RD H2-RECEPTO R ANTAGONIST/ S FAMOTIDINE /33/66 /OL | | | | | |
| D1447C00127 /E0040001 | OL | 47/Female/ 46.5 | ABSESSE D TOOTH /Current | OL QTP / 87 | DIABETES MELLITUS73 /87 | | At enrollme nt | 120.0 (-6)R | NO | 6.2 (-6) | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3114

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst a12.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12775787

D1447C00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME## (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | | | ALLERGI C TO PENICIL LIN & CODEINE /Current | | | COMBINATIO NS OF ORAL BLOOD GLUCOSE LOWERING DRUGS/ METFORMIN HYDROCHLOR IDE/ | Week 12 | 65.0 (87)R | NO | 5.1 (87) | 112(86) |
| | | | GASTRO ESOPHAG EAL REFLUX DISEASE /Past HYPERCH OLESTER OLEMIA /Current | | | 73/117 /OL ALPHA AND BETA BLOCKING AGENTS/ LABETALOL/ /PRE OL | Final visit | 65.0 (87)R | NO | 5.1 (87) | 112(86) |
| | | | | | | ANGIOTENSI N II ANTAGONIST S PLAIN/ EPROSARTAN /-27/73 /PRE OL | Mean(pos t-enroll ment) | 83.3 | NO | 5.5 | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AES potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3115

CONFIDENTIAL
AZSER12775788

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | | | HYPERTE NSION / Current | | | ANGIOTENSI N II ANTAGONIST S, PLAIN/ OLMESARTAN MEDOXOMIL/ 73/117 /OL | | | | | |
| | | | HYPOTHY ROIDISM / Current | | | HMG COA REDUCTASE INHIBITORS /FLUVASTATI N/ 73/117 /OL | | | | | |
| | | | OBESITY / Current | | | THYROID HORMONES/ LEVOTHYROX INE SODIUM/ /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3116

CONFIDENTIAL
AZSER12775789

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/<br>PATIENT | PHASE | AGE/SEX/<br>BASELINE<br>BMI | MEDICAL<br>HISTORY | TREATMENT<br>AND<br>DAYS<br>ON<br>TREATMENT | ADVERSE<br>EVENT/<br>P*##<br>(START/<br>STOP<br>DAY)* | MEDICATION<br>CLASS/<br>GENERIC NA<br>MSH<br>(START/STO<br>P DAY*)* | VISIT | GLUCOSE<br>MG/DL<br>(DAY*) | FAST-<br>ING** (YE<br>S<br>/NO) | HBA1C<br>(DAY*) | WEIGHT<br>KG<br>(DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127<br>/E0040001 | | | OSTEOAR<br>THRITIS<br>-<br>BILATER<br>AL<br>KNEES<br>/<br>Current | | | BETA-LACTA<br>MASE<br>SENSITIVE<br>PENICILLIN<br>S<br>PHENOXYMET<br>HYLPENICIL<br>LIN<br>POTASSIUM/<br>-7/3 /PRE<br>OL | | | | | |
| | | | PERIDON<br>TAL<br>DISEASE<br>/<br>Current | | | MACROLIDES<br>/<br>AZITHROMYC<br>IN/ 58/63<br>/OL | | | | | |
| | | | UTERINE<br>CANCER<br>/ Past | | | ACETIC<br>ACID<br>DERIVATIVE<br>S AND<br>RELATED<br>SUBSTANCES<br>/<br>KETOROLAC<br>TROMETHAMI<br>NE/ 8/-8<br>/PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AES potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3117

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  1lJUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775790

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label set population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P'T## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | | | | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM/ -31/57 /PRE OL ANILIDES/ PARACETAMO L 8/14 /OL DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -58/-58 /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  al2.sas  11JUN2007:10:13  luchen

3118

CONFIDENTIAL
AZSER12775791

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P¬#@ (START/STOP DAY)* | MEDICATION CLASS/ GENERIC NAME MSH (START/STOP DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | | | | | | DIAZEPINES | | | | | |
| | | | | | | ´OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -43/-43 /PRE OL DIAZEPINES | | | | | |
| | | | | | | ´OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -42/-42 /PRE OL DIAZEPINES | | | | | |
| | | | | | | ´OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -41/-41 /PRE OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3119

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst a12.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12775792

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ MSH GENERIC NA ME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | | | | | | DIAZEPINES | | | | | |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -40/-40 /PRE OL DIAZEPINES | | | | | | |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -39/-38 /PRE OL DIAZEPINES | | | | | | |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -37/-13 /PRE OL | | | | | | |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment

3120

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775793

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447C00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?#? (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MEW (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | | | | | | LITHIUM/ LITHIUM/ -58/-58 /PRE OL LITHIUM/ LITHIUM/ 1/3 /OL LITHIUM/ LITHIUM/ 33/117 LITHIUM/ /OL LITHIUM/ LITHIUM CARBONATE/ -43/-42 /PRE OL LITHIUM/ LITHIUM/ CARBONATE/ -41/-39 /PRE OL LITHIUM LITHIUM CARBONATE/ -38/-13 /PRE OL | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3121

CONFIDENTIAL
AZSER12775794

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447C00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/STOP DAY)* | MEDICATION CLASS/GENERIC NAME (START/STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0040001 | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / FLUOXETINE HYDROCHLOR IDE/ -3IL/40 /PRE OL | | | | | |
| | | | | | | NASAL DECONGESTA NTS FOR SYSTEMIC USE/ PSEUDOEPHE DRINE SULFATE/ 58/117 /OL | | | | | |
| | | | | | | OPIUM ALKALOIDS AND DERIVATIVE S/ HYDROCCODON E/ -7/-6 /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3122

CONFIDENTIAL
AZSER12775795

11.3.12-2 Patients who received hypoglycemic medication
D1447C00127
Open-label Safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044007 | OL | 44/Male/40 .2 | DEGENER ATIVE DISC DISEASE OF CERVICA L SPINE Current | OL QTP /253 | | COMBINATIO NS OF ORAL BLOOD GLUCOSE LOWERING DRUGS/ METFORMIN HYDROCHLOR IDE/ /PRE OL | At enrollme nt | 87.0 (-260)R | NO | 6.4 (-260) | |
| | | | DEGENER ATIVE DISC DISEASE OF LUMBO-S ACRAL SPINE Current | | | THIAZOLIDI NEDIONES/ PIOGLITAZO NE HYDROCHLOR IDE/ /PRE OL | Week 24 | 229.0 (-85)F | YES | 6.2 (-85) | 135 (-85) |
| | | | DIABETE S MELLITU S TYPE II/ Current | | | CALCIUM/ CALCIUM/ -23/592 /PRE OL | Final visit | 127.0 (1)F | YES | 8.1 (1) | 145 (1) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3123

CONFIDENTIAL
AZSER12775796

D1447C00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/STO P DAY*)* | MEDICATION CLASS/ GENERIC NA ME/ PLAIN/ (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044007 | | | HYPERCH OLESTER OLEMIA / Current | | | ANGIOTENSI N II ANTAGONIST S PLAIN/ IRBESARTAN /PRE | Mean (pos t-enroll ment) | 147.7 | NO | 6.9 | |
| | RD | 45/Male/48 .9 | HYPERTE NSION / Current | QTP+VAL /562 | | FIBRATES/ FENOFIBRAT E/ /PRE OL | At randomiz ation | 127.0 (1)F | YES | 8.1 (1) | 145(1) |
| | | | HYPERTR IGLYCER IDEMIA / Current | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM | Week 12 | 404.0 (91)F | YES | 12.0 (91) | 144(91) |
| | | | SKIN RASHES / Current | | | -286/-253 /PRE /OL FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM / -252/28 /OL | Week 28 | 179.0 (196)F | YES | 8.1 (196) | 139(196) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3124

CONFIDENTIAL
AZSER12775797

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/P?## (START/STOP DAY)* | MEDICATION CLASS/ GENERIC NAMSH P DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044007 | | | | | | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -272/-260 /PRE OL | Week 40 | 169.0 (282)F | YES | 12.0 (282) | 135(282) |
| | | | | | | OTHER ANTIPSYCHO TICS/ RISPERIDON E/ UNK/-260 /PRE OL | Week 52 | 172.0 (369)F | YES | 10.2 (369) | 126(369) |
| | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE/ -284/-113 /PRE OL | Week 68 | 201.0 (484)F | YES | 10.6 (484) | 126(484) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All AEs prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3125

CONFIDENTIAL
AZSER12775798

11.3.12-2 Patients who received hypoglycemic medication
Open-label set population
D1447C00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT# P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MEH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044007 | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE/ -112/-106 /OL | Week 84 | 80.0 (562)F | YES | 9.4 (562) | 132 (562) |
| | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE/ -105/-98 /OL | Final visit | 80.0 (562)F | YES | 9.4 (562) | 132 (562) |
| | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE/ -97/-90 /OL | Mean(pos t random ization) | 176.5 | NO | 10.0 | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/tl10031202.lst a12.sas 1lJUN2007:10:13 luchen

3126

CONFIDENTIAL
AZSER12775799

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044007 | | | | | | INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN/ 112/592 /RD | | | | | |
| | | | | | | ACE INHIBITORS , PLAIN/ LISINOPRIL /52/592 /RD | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /29/481 /RD | | | | | |
| | | | | | | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE/ 287/307 /RD | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   #  All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3127

CONFIDENTIAL
AZSER12775800

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MEH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044026 | OL | 43/Male/35 .1 | ACID REFLUX DISEASE / Current | OL QTP /159 | | MAGNESIUM COMPOUNDS/ MAGNESIUM HYDROXIDE/ 160/189 /OL | At enrollme nt | 179.0 (-7)R | NO | 7.4 (-7) | |
| | | | ALCOHOL ISM / Past | | | ANTACIDS WITH ANTIFLATUL ENTS/ MAGNESIUM HYDROXIDE/ 160/189 /OL | Week 12 | 135.0 (85)F | YES | 6.8 (85) | 104 (84) |
| | | | ATHLETE FOOT RIGHT SIDE / Current | | | PROTON PUMP INHIBITORS / PANTOPRAZO LE/ 161/189 /OL | Final visit | 135.0 (85)F | YES | 6.8 (85) | 104 (84) |
| | | | ATTENTI ONA DEFICIT HYPERAC TIVITY DISORDE R / Current | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIMEPIRID E/ 165/189 /OL | Mean (pos t enroll ment) | 149.7 | NO | 7.0 | 104 (84) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling, >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst a12.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12775801

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P™## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA/ MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044026 | | | DIABETES TYPE II / Current | | | HMG COA REDUCTASE INHIBITORS / ATORVASTAT IN/ 160/189 /OL | | | | | |
| | | | HYPERCH OLESTER OLEMIA / Current | | | ANILIDES/ PARACETAMO L/ 160/189 /OL | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /-76/113 /PRE OL | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /114/189 /OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3129

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst ai2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12775802

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P'T##/ (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MEH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044026 | | | | | | DIAZEPINES | | | | | |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ | | | | | |
| | | | | | | QUESTIAPINE FUMARATE/ -10/-1 /PRE OL DIAZEPINES | | | | | |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ | | | | | |
| | | | | | | QUESTIAPINE FUMARATE/ 160/189 /OL | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ | | | | | |
| | | | | | | CLONAZEPAM / 160/189 /OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting, R=Glucose non-fasting (random).

3130

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst   a12.sas   11JUN2007:10:13   luchen

CONFIDENTIAL
AZSER12775803

Page 47 of 155

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044026 | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE/ -10/113 /PRR OL OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE/ 114/156 /OL OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE/ 157/159 /OL | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3131

CONFIDENTIAL
AZSER12775804

Page 48 of 155

D1447C00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P*## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044026 | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E | | | | | |
| | | | | | | HYDROCHLOR IDE/ 160//189 /OL | | | | | |
| | | | | | | CENTRALLY ACTING SYMPATHOMI METICS/ ATOMOXETIN E | | | | | |
| | | | | | | HYDROCHLOR IDE/ 114/120 /OL | | | | | |
| | | | | | | CENTRALLY ACTING SYMPATHOMI METICS/ ATOMOXETIN E | | | | | |
| | | | | | | HYDROCHLOR IDE/ 121//149 /OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/tl10311202.lst  a12.sas  11JUN2007:10:13  luchen

3132

CONFIDENTIAL
AZSER12775805

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044026 | | | | | | CENTRALLY ACTING SYMPATHOMI METICS/ ATOMOXETIN E HYDROCHLOR IDE/ 150/189 /OL CENTRALLY ACTING SYMPATHOMI METICS/ ATOMOXETIN E HYDROCHLOR IDE/ 160/189 /OL | | | | | |
| D1447C00127 /E0044056 | OL | 64/Male/33 .9 | ALLERGI C TO CATS / Current | OL QTP /143 | DIABETES MELLITUS-1 34/224 | | At enrollme nt | 137.0 (-150)F | YES | 7.1 (-150) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3133

CONFIDENTIAL
AZSER12775806

11.3.12-2 Patients who received hypoglycemic medication
Open-label population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P'T## (START/ STOP DAY)* | MEDICATION CLASS/ MSH# GENERIC NA ME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044056 | | | AORTIC INSUFFI CIENCY / Current | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIPIZIDE/ -35/254 /OL | Week 12 | 154.0 (-57)F | YES | 7.4 (-57) | 105 (-57) |
| | | | SEASONA L ALLERGI ES / Current | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM / -166/-149 /PRE OL | Final visit | 118.0 (1)F | YES | 6.9 (1) | 103 (1) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM / -150/-133 /PRE OL | Mean (pos t-enroll ment) | 136.3 | NO | 7.1 | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t1l031202.lst  a12.sas  1lJUN2007:10:13  luchen

3134

CONFIDENTIAL
AZSER12775807

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MEH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044056 | RD | 65/Male/34 .2 | | PLA+VAL /224 | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM -132/-128 /OL | At randomiz ation | 118.0 (1)F | YES | 6.9 (1) | 103 (1) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM -127/254 /OL | Week 12 | 129.0 (84)F | YES | 6.6 (84) | 101(84) |
| | | | | | | DIAZEPINES AND OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE /-166/-144 /PRE OL | Week 28 | 92.0 (198)F | YES | 7.2 (198) | 100 (198) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  1lJUN2007:10:13  luchen

3135

CONFIDENTIAL
AZSER12775808

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | TREATMENT START/ STOP DAY)* | ADVERSE EVENT/ PT## P DAY*) | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044056 | | | | | | | OTHER ANTIPSYCHO TICS/ RISPERIDON E -174/-134 /PRE OL | Week 28 | 133.0 (224)F | YES | 7.0 (224) | 100(198) |
| | | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS FLUVOXAMIN E MALEATE/ -195/-195 /PRE OL | Final visit | 133.0 (224)F | YES | 7.0 (224) | 102(224) |
| D1447C00127 /E0044065 | OL | 39/Male/35 | DIABETE S MELLITU S Current | OL QTP /247 | | | | Mean(pos t-random ization) | 121.0 | NO | 6.9 | |
| | | | | | | | BIGUANIDES METFORMIN/ 75/277 /OL | At enrollme nt | 141.0 (-6)F | YES | 7.2 (-6) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst   a12.sas   11JUN2007:10:13   luchen

3136

CONFIDENTIAL
AZSER12775809

11.3.12-2 Patients who received hypoglycemic medication
D1447c00127
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044065 | | | HYPERTE NSION / Current | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIBENCLAM IDE/ 75/277 /OL | Week 4 | | YES | 10.2 (27) | |
| | | | TREMORS / Current | | | ACE INHIBITORS , PLAIN/ ENALAPRIL/ -39/277 /PRE OL | Week 12 | 338.0 (27)F | YES | | 110(82) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /-28/26 /PRE OL | Week 12 | 95.0 (83)F | NO | 8.2 (83) | 110(82) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /-27/82 /OL | Week 24 | 99.0 (165)F | YES | 5.5 (165) | 107(164) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  al2.sas  11JUN2007:10:13  luchen

3137

CONFIDENTIAL
AZSER12775810

D1447C00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044065 | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /83/110 /OL | Final visit | 99.0 (165)F | YES | 5.5 (165) | 107(164) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /111/137 /OL | Mean (pos t-enroll ment) | 154.4 | NO | 7.3 | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /139/200 /OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3138

CONFIDENTIAL
AZSER12775811

11.3.12-2 Patients who received hypoglycemic medication
D1447c00127
Open-label population

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?T## (START/STOP DAY)* | MEDICATION CLASS/ MSH GENERIC NAME ## P (START/STOP DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044065 | | | | | | FATTY ACID DERIVATIVE VALPROATE SEMISODIUM /201/277 /OL DIAZEPINES, OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -18 /-1 /PRE OL BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM/ 16/277 /OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
 to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # Prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3139

CONFIDENTIAL
AZSER12775812

11.3.12-2 Patients who received hypoglycemic medication
Open-label population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044065 | | | | | | OTHER ANTIDEPRES SANTS/ DULOXETINE / -254/119 /PRE OL | | | | | |
| | | | | | | OTHER ANTIDEPRES SANTS/ DULOXETINE / -14/5 /PRE OL | | | | | |
| | | | | | | OTHER ANTIDEPRES SANTS/ DULOXETINE / 6/26 /OL | | | | | |
| | | | | | | OTHER ANTIDEPRES SANTS/ DULOXETINE / 27/82 /OL | | | | | |
| | | | | | | OTHER ANTIDEPRES SANTS/ DULOXETINE / 83/111 /OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3140

CONFIDENTIAL
AZSER12775813

11.3.12-2 Patients who received hypoglycemic medication
Open-label study population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME MSH (START/STO P DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044065 | | | | | | OTHER ANTIDEPRES SANTS/ DULOXETINE /OL 120/139 | | | | | |
| | | | | | | DRUGS USED IN NICOTINE DEPENDENCE BUPROPION HYDROCHLOR IDE/ 27/55 /OL | | | | | |
| | | | | | | DRUGS USED IN NICOTINE DEPENDENCE BUPROPION HYDROCHLOR IDE/ 56/139 /OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tlf/t11031202.lst  ai2.sas  11JUN2007:10:13  luchen

3141

CONFIDENTIAL
AZSER12775814

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME/ MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044065 | | | | | | | | | | | |
| D1447C00127 /E0048011 | OL | 51/Male/26.3 | ASTHMA Current GERD/ Current HEADACHES (OCCASI ONALLY) / Past POLLEN ALLERGY / Past | OL QTP /226 | HYPERGLYCA EMIA62/68 | DRUGS USED IN NICOTINE DEPENDENCE / BUPROPION HYDROCHLOR IDE /10/161 /OL | At enrolle ment | 94.0 (-232)R | YES | 5.2 (-232) | 89(-58) |
| | | | | | | PROTON PUMP INHIBITORS / LANSOPRAZO LE/ /PRE OL | Week 24 | 167.0 (-58)F | YES | 6.9 (-58) | |
| | | | | | | MULTIVITAM INS WITH MINERALS/ ASCORBIC ACID/ /PRE OL | Final visit | 121.0 (-1)F | YES | 7.0 (-1) | 89(-1) |
| | | | | | | POTASSIUM/ POTASSIUM/ /PRE OL | Mean (post enrollment) | 127.3 | NO | 6.4 | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs or concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst a12.sas 1iJUN2007:10:13 luchen

3142

CONFIDENTIAL
AZSER12775815

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?H# (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MEH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048011 | RD | 51/Male/30 .9 | | QTP:VAL / 82 | | ANILIDES/ PARACETAMO L/ /PRE OL | At randomiz ation | 121.0 (-1)F | YES | 7.0 (-1) | 89 (-1) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /-295/-199 /PRE OL | Week 12 | 249.0 (83)F | YES | 9.6 (83) | 83 (83) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /-198/112 /OL | Final visit | 249.0 (83)F | YES | 9.6 (83) | 83 (83) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3143

CONFIDENTIAL AZSER12775816

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label population

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/STOP DAY)* | MEDICATION CLASS/GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048011 | | | | | | DIAZEPINES ,OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -295/-227 /PRE OL OTHER ANTIDEPRES SANTS/ NEFAZODONE HYDROCHLOR IDE/ -295/-246 /PRE OL DRUGS USED IN NICOTINE DEPENDENCE /NICOTINE/ -188/-127 /OL | Mean (pos t-random ization) | 206.3 | NO | 8.7 | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# Adverse event and medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3144

CONFIDENTIAL
AZSER12775817

D1447c00127
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048011 | | | | | SELECTIVE BETA-2-ADRENORECEPTOR AGONISTS/ SALBUTAMOL /PRE OL | | | | | |
| | | | | | BIGUANIDES METFORMIN HYDROCHLORIDE/ 61/112 /RD | | | | | |
| | | | | | SULFONAMIDES, UREA DERIVATIVES/ GLIBENCLAMIDE/ 61/112 /RD | | | | | |
| | | | | | SULFONAMIDES, UREA DERIVATIVES/ GLIPIZIDE/ 61/112 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3145

CONFIDENTIAL
AZSER12775818

11.3.12-2 Patients who received hypoglycemic medication
Open-label population

D1447c00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?##/(START/STOP DAY)* | MEDICATION CLASS/GENERIC NAME/MSH GENERIC NA (#START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048011 | | | | | | | | | | | |
| D1447C00127 /E0063001 | OL | 48/Male/36.2 | ALCOHOL WITHDRAWAL SEIZURE /Past ALLERGIC RHINITIS -INTERMI TTENT /Current HEPATITIS B / Past | OL QTP /111 | DIABETES MELLITUS20 8/687 | HMG COA REDUCTASE INHIBITORS /ATORVASTAT IN/ 61/112 /RD MULTIVITAM INS WITH MINERALS/ /PRE OL ASCORBIC ACID (VITAMIN C)LAIN/ ASCORBIC ACID/ /PRE OL COMBINATIO NS OF VITAMINS/ VITAMINS NOS/ /PRE OL | At enrolleme nt Final visit Mean (pos t-enroll ment) | 117.0 (-118)R 124.0 (1)F 120.5 | NO YES NO | 5.7 (-118) 5.8 (1) 5.8 | 111 (1) |

*  Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
 #  All AEs prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3146

CONFIDENTIAL
AZSER12775819

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label set population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)P | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063001 | RD | 48/Male/37 | LOW BACK PAIN INTERMI TTENT /Current | QTP+LI /686 | | CALCIUM/ CALCIUM/ PRE OL | At randomiz ation | 124.0 (1)F | YES | 5.8 (1) | 111 (1) |
| | | | | | | DIAZEPINES ,OXAZEPINES AND THIAZEPINE S, QUETIAPINE FUMARATE/ -259/-259 /PRE OL | Week 28 | 163.0 (208)F | YES | 6.8 (208) | 111 (208) |
| | | | | | | DIAZEPINES ,OXAZEPINES AND THIAZEPINE S, QUETIAPINE FUMARATE/ -259/-112 /PRE OL | Week 40 | 196.0 (299)F | NO | 7.0 (299) | 113 (299) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3147

CONFIDENTIAL
AZSER12775820

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063001 | | | | LITHIUM/ LITHIUM/ -259/-112 /-2/PRE OL | | | Week 52 | 380.0 (385)F | YES | 8.5 (385) | 110 (385) |
| | | | | LITHIUM/ LITHIUM/ -111/-99 /OL | | | Week 68 | 373.0 (497)F | YES | 10.5 (497) | 105 (497) |
| | | | | LITHIUM/ LITHIUM/ -98/-83 /OL | | | Week 68 | 416.0 (505)F | NO | 10.6 (505) | 105 (497) |
| | | | | LITHIUM/ LITHIUM/ -82/716 /OL | | | Week 84 | 190.0 (609)F | YES | 7.2 (609) | 108 (609) |
| | | | | DRUGS USED IN NICOTINE DEPENDENCE BUPROPION HYDROCHLOR IDE/ -142/-111 /PRE OL | | | Week 104 | 221.0 (665)F | NO | 6.9 (665) | 109 (687) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3148

CONFIDENTIAL
AZSER12775821

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP/ DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063001 | | | | | | BIGUANIDES / METFORMIN/ 604/716 /RD | Week 104 | 143.0 (687)F | YES | 6.7 (687) | 109(687) |
| | | | | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIPIZIDE/ 604/716 /RD | Final visit | 143.0 (687)F | YES | 6.7 (687) | 109(687) |
| | | | | | | CORTICOSTE ROIDS, WEAK (GROUP I)/ HYDROCORTI SONE/ 671/694 /RD | Mean(pos t-random ization) | 234.9 | NO | 7.7 | |
| | | | | | | OTHER ANTIALLERG ICS/ OLOPATADIN E HYDROCHLOR IDE/ 30/447 /RD | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  al2.sas  11JUN2007:10:13  luchen

3149

CONFIDENTIAL
AZSER12775822

11.3.12-2 Patients who received hypoglycemic medication
Open-label population

D1447c00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/STOP DAY)* | MEDICATION CLASS/GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0073002 | OL | 51/Female/39.3 | DIABETES TYPE II / Current ECTOPIC PREGNAN CY / Past HAYFEVE R / Current | OL QTP /111 | | BIGUANIDES / METFORMIN/ /PRE OL | At enrollme nt | 93.0 (-118)R | YES | 7.8 (-118) | 105 (1) |
| | | | | | | CALCIUM / CALCIUM/ /PRE OL | Final visit | 125.0 (1)R | YES | 10.1 (1) | 105 (1) |
| | | | | | | FATTY ACID DERIVATIVE S / VALPROATE SEMISODIUM / -112/227 /OL | Mean (pos t-enroll ment) | 109.0 | NO | 9.0 | |
| | RD | 51/Female/39.5 | INSOMNI A / Current | QTP+VAL /197 | | INSULINS AND ANALOGUES, LONG-ACTIN G/ INSULIN GLARGINE/ 155/155 /RD | At randomiz ation | 125.0 (1)R | YES | 10.1 (1) | 105 (1) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst   a12.sas   11JUN2007:10:13  luchen

3150

CONFIDENTIAL
AZSER12775823

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0073002 | | | MENOPAU SE / Past | | | PENICILLIN S WITH EXTENDED SPECTRUM/ AMOXICILLI N/ 45/54 /RD | Week 12 | 124.0 (88) F | YES | 7.5 (88) | 106(88) |
| | | | MIGRAIN E | | | MACROLIDES / ERYTHROMYC IN/ 44/45 /RD | Final visit | 124.0 (88) F | YES | 7.5 (88) | 106(88) |
| | | | HEADACH ES / Current | | | | | | | | |
| | | | OBESITY / Current | | | FLUOROQUIN OLONES/ CIPROFLOXA CIN/ 142/156 /RD | Mean (pos t-random ization) | 124.3 | NO | 8.4 | |
| | | | PENICIL LIN ALLERGY / Current | | | IMIDAZOLE DERIVATIVE S/ METRONIDAZ OLE/ 142/156 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.1st  a12.sas  11JUN2007:10:13  luchen

3151

CONFIDENTIAL
AZSER12775824

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?##/ (START/ STOP/ DAY)* | MEDICATION CLASS/ MSH GENERIC NA (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0073002 | | | | | | | | | | | |
| D1447C00127 /E0078007 | OL | 44/Female/ 25.6 | CONSTIP ATION / Current | OL QTP / 140 | | PROPIONIC ACID DERIVATIVE S / IBUPROFEN/ 44/47 /RD | At enrollme nt | 139.0 (-145)R | NO | 8.6 (-145) | 74 (-50) |
| | | | DIABETE S / Current | | | MAGNESIUM COMPOUNDS/ MAGNESIUM HYDROXIDE/ -151/-94 /PRE OL | Week 12 | 231.0 (-50)F | YES | 9.4 (-50) | |
| | | | LIGHTHE ADEDNES S / Current | | | MAGNESIUM COMPOUNDS/ MAGNESIUM HIDROXIDE/ -93/130 /OL | Final visit | 231.0 (-50)F | YES | | 76 (1) |
| | | | MILD HYPERTE NSION / Current | | | OSMOTICALL Y ACTING LAXATIVES/ MACROGOL/ -22/-17 /OL | Final visit | 101.0 (1)R | YES | 9.2 (1) | 76 (1) |
| | | | | | | BIGUANIDES / METFORMIN/ -167/-24 /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
  to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All AEs prior and concomitant medication are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3152

CONFIDENTIAL
AZSER12775825

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P*## (START/ STOP/ DAY)* | MEDICATION CLASS/ GENERIC NA MSM (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | | | | | | | | | | | |
| | RD | 44/Female/ 28.6 | | PLA+VAL /130 | | BIGUANIDES METFORMIN/ -23/13 /OL | Mean (post-enroll ment) | 175.5 | NO | 9.1 | |
| | | | | | | SULFONAMID ES, UREA DERIVATIVE GLIPIZIDE/ -20/130 /OL | At randomiz ation | 101.0 (1)R | YES | 9.2 (1) | 76(1) |
| | | | | | | PLATELET AGGREGATIO N INHIBITORS EXCL. HEPARIN/ ACETYLSALI CYLIC ACID/ -151/130 /PRE OL | Week 12 | 149.0 (85)F | YES | 8.0 (85) | 71(85) |
| | | | | | | BETA BLOCKING AGENTS SELECTIVE/ ATENOLOL/ -151/-133 /PRE OL | Week 28 | 96.0 (169)F | YES | 7.7 (169) | 66(169) |

* to Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3153

CONFIDENTIAL
AZSER12775826

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | | | | | | HMG COA REDUCTASE INHIBITORS / SIMVASTATI N/ -103/-25 /OL | Final visit | 96.0 (169)F | YES | 7,7 (169) | 66(169) |
| | | | | | | HMG COA REDUCTASE INHIBITORS / SIMVASTATI N/ -24/130 /OL CEPHALOSPO RINS AND RELATED SUBSTANCES / CEFTRIAXON E SODIUM/ -22/-22 /OL | Mean(pos t-random ization) | 110.5 | NO | 8.2 | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# AE prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3154

CONFIDENTIAL
AZSER12775827

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | | | | | | MACROLIDES / AZITHROMYC IN/ -22/-22 /OL/ FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM / -189/130 /PRE OL DIAZEPINES AND OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -182/-141 /PRE OL | | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3155

CONFIDENTIAL
AZSER12775828

D1447C00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P"## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | | | | | | DRUGS USED IN NICOTINE DEPENDENCE /BUPROPION/ /-189/-112 /RE OL /OL DRUGS USED IN NICOTINE DEPENDENCE BUPROPION HYDROCHLOR IDE/ /OL /-98 INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN ASPART/ 167/167 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  ai2.sas  11JUN2007:10:13  luchen

3156

CONFIDENTIAL
AZSER12775829

11.3.12-2 Patients who received hypoglycemic medication
Open-label population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P*## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | | | | | | INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN ASPART/ 169/169 | | | | | |
| | | | | | | INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN ASPART/ 170/170 | | | | | |
| | | | | | | INSULINS AND ANALOGUES, LONG-ACTIN G/ INSULIN GLARGINE/ 162/163 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3157

CONFIDENTIAL
AZSER12775830

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ MSH GENERIC NA ME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | | | | | | BIGUANIDES / METFORMIN/ 167/130 /RD BIGUANIDES / METFORMIN/ 163/UNK /RD /UNK SULFONAMID ES, UREA DERIVATIVE S GLIPIZIDE/ 167/168 /RD SULFONAMID ES, UREA DERIVATIVE S GLIPIZIDE/ 169/UNK /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/tl10312202.lst  al2.sas  11JUN2007:10:13  luchen

3158

CONFIDENTIAL
AZSER12775831

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND NON DAXIS TREATMENT | ADVERSE EVENT/ PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STOP DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | | | | | | THIAZOLIDI NEDIONES/ PIOGLITAZO NE HYDROCHLOR IDE/ 167/UNK /RD VITAMIN B1, PLAIN/ THIAMINE/ 162/163 /RD/ FOLIC ACID AND DERIVATIVE S/ FOLIC ACID/ 163/163 /RD HMG COA REDUCTASE INHIBITORS/ SIMVASTATI N, 165/UNK /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3159

CONFIDENTIAL
AZSER12775832

11.3.12-2 Patients who received hypoglycemic medication
Open-label population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P²## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING**(YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | | | | | | OTHER LIPID MODIFYING AGENTS/ EZETIMIBE/ 165/UNK /RD ANTIBIOTIC S FOR TOPICAL USE/ 168/UNK /RD COMB OF SULFONAMID ES/TRIMETH OPRIM INCL DERIVATIVE S/ SULFAMETHO XAZOLE/ 162/166 /RD ANILIDES/ ETHANOL/ 106/110 /RD | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3160

CONFIDENTIAL
AZSER12775833

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P'T## (START/ STOP DAY)* | MEDICATION CLASS/ MSH GENERIC NA (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /162/UNK /RD BUTYROPHEN ONE DERIVATIVE S/ HALOPERIDO L DECANOATE/ 166/166 /RD DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ OLANZAPINE 162/162 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  1iJUN2007:10:13  luchen

3161

CONFIDENTIAL
AZSER12775834

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ MSH GENERIC NA ME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | | | | | | DIAZEPINES | | | | | |
| | | | | | | ´ÓXAZEPINES AND THIAZEPINE S/ OLANZAPINE /163/164 /RD DIAZEPINES | | | | | |
| | | | | | | ´ÓXAZEPINES AND THIAZEPINE S/ OLANZAPINE /165/UNK /RD DIAZEPINES | | | | | |
| | | | | | | ´ÓXAZEPINES AND THIAZEPINE S/ OLANZAPINE /168/168 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
  to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3162

CONFIDENTIAL
AZSER12775835

11.3.12-2 Patients who received hypoglycemic medication
Open-label study population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | | | | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM / 166/UNK /RD | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM/ 163/163 /RD/ | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM/ 164/164 /RD/ | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM/ 165/167 /RD/ | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3163

CONFIDENTIAL
AZSER12775836

11.3.12-2 Patients who received hypoglycemic medication
Open-label population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT[?]## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM/ 168/168 /RD BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM/ 169/UNK /RD BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE/ 162/168 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
  to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tlf/t11031202.lst  ai2.sas  11JUN2007:10:13  luchen

3164

CONFIDENTIAL
AZSER12775837

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447C00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ PT##/ (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME/ (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | | | | | | DRUGS USED IN NICOTINE DEPENDENCE /BUPROPION HYDROCHLOR IDE /166/UNK /RD DRUGS USED IN NICOTINE DEPENDENCE /NICOTINE /162/UNK /RD | | | | | |
| D1447C00127 /E0078013 | OL | 58/Male/19 .9 | BLISTER S (R) RIGHT FOOT/ Current COLDS / Past | OL QTP / 91 | HYPERGLYCA EMIA269/27 0 | BIGUANIDES /METFORMIN /-122/-20 /PRE OL /BIGUANIDES /METFORMIN /-19/317 /OL | At enrollme nt Week 12 | 159.0 (-98)F 95.0 (-7)F | YES YES | 7.3 (-98) 8.5 (-7) | 70(-7) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  al2.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775838

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P'T## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH GENERIC NA P DAY**) * | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY**) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | | | DIABETE S MELLITU S TYPE II/TYPE Current | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIBENCLAM IDE/ /PRE OL | Final visit | 158.0 (1)F | YES | 8.8  (1) | 71(1) |
| | | | GLUACOM A (L) LEF*/ EYE / Current | | | COMBINATIO NS OF VITAMINS/ VITAMINS NOS/ /PRE OL | Mean(pos t-enroll ment) | 137.3 | NO | 8.2 | |
| | RD | 58/Male/21 .2 | HEADACH ES / Current | QTP+VAL /287 | | VITAMIN B12 (CYANOCOBA LAMIN AND ANALOGUES) /CYANOCOBAL AMIN/ /PRE OL | At randomiz ation | 158.0 (1)F | YES | 8.8  (1) | 71(1) |

*   Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
*   to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    #   All AEs prior and concomitant medications are listed.
    ##  All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3166

CONFIDENTIAL
AZSER12775839

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT# P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MEH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | | | PANCREA TITIS / Past | | | BETA-LACTA MASE SENSITIVE PENICILLIN S /PHENOXYMET HYLPENICILL IN POTASSIUM/ -68/-49 /OL ANILIDES/ ETHANOL/ -41/-35 /OL FATTY ACID DERIVATIVE S /VALPROATE SEMISODIUM /-91/-90 /OL | Week 12 | 264.0 (85)R | YES | 9.7 (85) | 71(85) |
| | | | | | | | Week 28 | 176.0 (197)F | NO | 8.8 (197) | 69(197) |
| | | | | | | | Week 40 | 77.0 (288)F | YES | 6.4 (288) | 67(288) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## AE potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031202.lst  ai2.sas  11JUN2007:10:13  luchen

3167

CONFIDENTIAL
AZSER12775840

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MEH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | | | | | | FATTY ACID DERIVATIVE VALPROATE SEMISODIUM /-89/84 | Final visit | 264.0 (85)R | YES | | 67 (288) |
| | | | | | | ANTIDEPRES SANTS IN COMBINATIO N WITH PSYCHOLEPT ICS/ PERPHENAZI NE/ UNK/-92 | Final visit | 77.0 (288)F | YES | 6.4 (288) | 67 (288) |
| | | | | | | ANTIDEPRES SANTS IN COMBINATIO N WITH PSYCHOLEPT ICS/ PERPHENAZI NE/ -91/-90 /OL | Mean(pos t random ization) | 169.3 | NO | 8.0 | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3168

CONFIDENTIAL
AZSER12775841

D1447C00127
11.3.12-2 Patients who received hypoglycemic medication
Open-label population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P*## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | | | | | | BETA BLOCKING AGENTS/ TIMOLOL MALEATE/ -122/128 /PRE OL | | | | | |
| | | | | | | FLUOROQUIN OLONES/ MOXIFLOXAC IN HYDROCHLOR IDE/ 151/317 /RD | | | | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN/ 267/317 /RD | | | | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM/ 69/174 /RD | | | | | |

* to   Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
     sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
     ** Blood sampling >8 hours after last meal, i.e. documented fasting.
        # All prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
           F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3169

CONFIDENTIAL
AZSER12775842

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P'## (START/STO P DAY*) | MEDICATION CLASS/ GENERIC NAM (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | | | | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM/ 267/317 /RD SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID/ 43/174 /RD ANILIDES/ ETHANOL/ 109/116 /RD FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM / 85/317 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/tl1031202.lst a12.sas 1lJUN2007:10:13 luchen

3170

CONFIDENTIAL
AZSER12775843

D1447C00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P7## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MEH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | | | | | | SYMPATHOMI METICS IN GLAUCOMA THERAPY/ BRIMONIDIN E TARTRATE/ 128/150 /RD | | | | | |
| | | | | | | SYMPATHOMI METICS IN GLAUCOMA THERAPY/ BRIMONIDIN E TARTRATE/ 151/317 /RD | | | | | |
| | | | | | | BETA BLOCKING AGENTS/ TIMOLOL MALEATE/ 128/150 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3171

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst a12.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12775844

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT# P*## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | | | | | | PROSTAGLAN DIN ANALOGUES/ TRAVOPROST /128/150 /RD PROSTAGLAN DIN ANALOGUES/ TRAVOPROST /151/317 /RD | | | | | |
| D1447C00127 /E0080030 | OL | 41/Male/37 .9 | ANXIETY SECONDA RY TO BIPOLAR /Past ASTHMA /Current | OL QTP / 91 | | | At enrollme nt | 262.0 (-98)F | YES | 6.9 (-98) | |
| | | | | | | PROTON PUMP INHIBITORS LANSOPRAZO LE/ /PRE OL | Final visit | 165.0 (1)F | YES | 8.2 (1) | 115(1) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3172

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775845

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME (START/STO P DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | | | COUGH / Past | | | INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN LISPRO/ -299/-299 /PRE OL | Mean (pos t-enroll ment) | 213.5 | NO | 7.6 | |
| | RD | 42/Male/37 .8 | ECZEMA /Current | PLA+LI /170 | | INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN LISPRO/ -298/200 /PRE OL | At randomiz ation | 165.0 (1)F | YES | 8.2 (1) | 115(1) |
| | | | ERECTIL E DYSFUNC TION / Current | | | INSULINS AND ANALOGUES, LONG-ACTIN G/ INSULIN GLARGINE/ -299/-299 /PRE OL | Week 12 | 334.0 (94)F | YES | 7.7 (94) | 116(94) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# AE# prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3173

/csre/prod/seroquel/d1447c00127/sp/output/tif/t110311202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775846

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P*## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME MSH P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | | | GASTROESOPHAGEAL REFLUX DISEASE / Current | | | INSULINS AND ANALOGUES, LONG-ACTING / INSULIN GLARGINE / -298/67 /PRE OL | Week 28 | 220.0 (171)F | YES | 6.1 (171) | 115 (171) |
| | | | HEADACHES / Current | | | HMG COA REDUCTASE INHIBITORS / ATORVASTATIN/ -INY/ /PRE OL | Final visit | 220.0 (171)F | YES | 6.1 (171) | 115 (171) |
| | | | HYPERCHOLESTEROLEMIA / Current | | | HMG COA REDUCTASE INHIBITORS / SIMVASTATIN/ -122/10 /PRE OL | Mean (post-random-ization) | 234.8 | NO | 7.0 | |
| | | | HYPERTRIGLYCERIDES / Current | | | FIBRATES/ GEMFIBROZIL/ /PRE OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3174

CONFIDENTIAL
AZSER12775847

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY**) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | | | HYPOTHY ROIDISM / Current | | | OTHER ANTIPSORIA TICS FOR TOPICAL USE/CAL CALCIPOTRI OL/ -178/67 /PRE OL | | | | | |
| | | | INSOMNI A SECONDA RY TO BIPOLAR / Current | | | OTHER ANTIPSORIA TICS FOR TOPICAL USE/ CALCIPOTRI OL/ -178/200 /PRE OL | | | | | |
| | | | IRRITAB LE BOWEL SYNDROM E / Current | | | DRUGS USED IN ERECTILE DYSFUNCTIO N/SILDENAFIL CITRATE/ /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  al2.sas  11JUN2007:10:13  luchen

3175

CONFIDENTIAL
AZSER12775848

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P'T## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MESH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | | | LEFT KNEE CELLULI TIS / Past / MYOPIA / Current | | | THYROID HORMONES/ THYROID/ -217/-212 /PRE OL | | | | | |
| | | | | | | THYROID HORMONES/ THYROID/ -98/200 /PRE OL | | | | | |
| | | | OBESITY / Current | | | CEPHALOSPO RINS AND RELATED SUBSTANCES | | | | | |
| | | | | | | CEPHALEXIN/ -110/-100 /PRE OL | | | | | |
| | | | PANCRET ITIS / Past | | | MACROLIDES | | | | | |
| | | | | | | CLARITHROM YCIN/ -214/-205 /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # Prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

3176

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  ai2.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775849

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P*#/ (START/STOP DAY)* | MEDICATION CLASS/ GENERIC NAME MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | | | RESTLES S LEG SYNDROM E / Current | | | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E /PRE OL -126/-126 | | | | | |
| | | | SEASONA L ALLERGI ES / Current | | | OTHER ANTIEPILEP TICS/ ZONISAMIDE -148/-127 /PRE OL | | | | | |
| | | | SEVERE OBSTRUC TIVE SLEEP APNEA / Past | | | OTHER ANTIEPILEP TICS/ ZONISAMIDE -126/-120 /PRE OL | | | | | |
| | | | SINUSIT IS / Past | | | OTHER ANTIPSYCHO TICS/ ARIPIPRAZO LE/ -266/-266 /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3177

CONFIDENTIAL
AZSER12775850

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | | | TYPE 2 DIABETE S / Current | | | ANTIPSYCHO TICS/ ARIPIPRAZO LE/ -265/-212 /PRE OL | | | | | |
| | | | | | | ANTIPSYCHO TICS/ARIPIPRAZO LE/ -211/-126 /PRE OL | | | | | |
| | | | UPPER RESPIRA TORY TRACT INFECTI ON/ Past | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -126/-126 /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  al2.sas  11JUN2007:10:13  luchen

3178

CONFIDENTIAL
AZSER12775851

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447C00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT* P'T## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | | | | | | DIAZEPINES | | | | | |
| | | | | | | ´ OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE /PRE OL -126/-32 /PRE OL LITHIUM/ LITHIUM/ /PRE OL LITHIUM/ LITHIUM/ -212/-127 /PRE OL LITHIUM/ LITHIUM/ CARBONATE/ -126/200 /PRE OL BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM/ -67/44 /OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3179

/csre/prod/seroquel/d1447c00127/sp/output/tlf/tl1031202.lst a12.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12775852

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label study population
MEDICATION

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P"T##/ (START/ STOP DAY)* | CLASS/ GENERIC NAME/ (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | | | | | | AZASPIRODE CANEDIONE DERIVATIVE S INE BUSPIRONE HYDROCHLOR IDE/ -232/-232 /PRE OL AZASPIRODE CANEDIONE DERIVATIVE S BUSPIRONE HYDROCHLOR IDE/ -231/-228 /PRE OL BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE/ /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3180

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  al2.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775853

11.3.12-2 Patients who received hypoglycemic medication
Open-label Safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P T## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS /PAROXETINE HYDROCHLOR IDE/ -126/-126 /PRE OL SYMPATHOMI METICS COM BINATIONS EXCL CORTICOSTE ROIDS/ PHENYLEPHR INE HYDROCHLOR IDE/ -214/-205 /PRE OL CORTICOSTE ROIDS/ TRIAMCINOL ONE ACETONIDE/ -214/-205 /PRE OL | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# Prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3181

CONFIDENTIAL
AZSER12775854

11.3.12-2 Patients who received hypoglycemic medication
Open-label set population
D1447C00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P*## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA (MSH START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | | | | | | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL /PRE OL, OPIUM DERIVATIVE S AND EXPECTORAN TS/ GUAIFENESI N/ -214/-205 /PRE OL INSULINS AND ANALOGUES, LONG-ACTIN G/ INSULIN GLARGINE/ 68/200 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/tll031202.lst  al2.sas  11JUN2007:10:13  luchen

3182

CONFIDENTIAL
AZSER12775855

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P*## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | | | | | | OTHER MINERAL PRODUCTS/ CHROMIUM PICOLINATE /129/200 /RD GLUCOCORTI COIDS/ PREDNISONE /57/59 /RD GLUCOCORTI COIDS/ PREDNISONE /60/61 /RD GLUCOCORTI COIDS/ PREDNISONE /RD2/64 /RD MACROLIDES /TELITHROMY CIN/ 57/64 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst   ai2.sas   11JUN2007:10:13   luchen

3183

CONFIDENTIAL
AZSER12775856

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM/ 45/200 /RD ANTIALLERG IC AGENTS, EXCL. CORTICOSTE ROIDS/ AZELASTINE HYDROCHLOR IDE/ 113/200 /RD EXPECTORAN TS/ GUAIFENESI N 57/71 /RD OPIUM ALKALOIDS AND DERIVATIVE S/ CODEINE PHOSPHATE/ 54/57 /RD | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  1lJUN2007:10:13  luchen

3184

CONFIDENTIAL
AZSER12775857

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ MSH GENERIC NA (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | | | | | | OPIUM ALKALOIDS AND DERIVATIVE S/ PHENYLTOLO XAMINE/ 13/200 /RD OTHER COUGH SUP/PRESSAN TS/ CINNAMOMUM VERUM/ 129/200 /RD OTHER THERAPEUTI C PRODUCTS/ LINUM USI/TATISSI MUM_SEED OIL/ 129/200 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3185

CONFIDENTIAL
AZSER12775858

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label population
ADVERSE EVENT

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | OL | 57/Male/36 .3 | CORONAR Y ARTERY BLOCKAG E Past GASTROE SOPHAGE AL REFLUX / Current HEARING LOSS OF RIGHT EAR / Current HYPERCH OLESTER OLEMIA / Current | OL QTP /224 | | COMBINATIO NS OF VITAMINS/ VITAMINS NOS /PRE OL PLATELET AGGREGATIO N INHIBITORS EXCL. HEPARIN/ ACETYLSALI CYLIC ACID/ /PRE OL ACE INHIBITORS , PLAIN/ LISINOPRIL /PRE OL HMG COA REDUCTASE INHIBITORS /ATORVASTAT IN/ -255/210 /PRE OL | At enrollme nt Week 12 Week 24 Final visit | 134.0 (-230)F 150.0 (-142)F 132.0 (-56)F 118.0 (1)F | YES YES YES YES | 7.1 (-230) 6.9 (-142) 6.5 (-56) 6.2 (1) | 120 (-142) 116 (-56) 115 (1) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3186

CONFIDENTIAL
AZSER12775859

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT# P"##/ (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | | | HYPERTE NSION / Current | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM / -250/-176 /PRE OL | Mean (pos t-enroll ment) | 133.5 | NO | 6.7 | |
| | RD | 57/Male/35 | OBESITY / Current | PLA+VAL /442 | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM / -175/-143 /OL | At randomiz ation | 118.0 (1)F | YES | 6.2 (1) | 115(1) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM / -142/-118 /OL | Week 12 | 116.0 (86)F | YES | 6.7 (86) | 113(86) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# ALL AEs prior and concomitant medications are listed.
## ALL AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3187

CONFIDENTIAL
AZSER12775860

11.3.12-2 Patients who received hypoglycemic medication
Open-label setting population

D1447c00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?##/ (START/STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING** (YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0083038 | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /117/42 /OL | Week 28 | 125.0 (192)F | YES | 7.2 (192) | 114 (192) |
| | | | | | | DIAZEPINES/ OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -255/-244 /PRE OL | Week 40 | 141.0 (281)F | YES | 7.4 (281) | 116 (281) |
| | | | | | | DIAZEPINES/ OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -243/-241 /PRE OL | Week 52 | 116.0 (337)F 118.0 (337)R | YES | 7.6 (337) | 113 (370) |

\* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
\*\* Blood sampling,>8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3188

CONFIDENTIAL
AZSER12775861

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P*## (START/STOP DAY)* | MEDICATION CLASS/GENERIC NAME MSH (START/STOP DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FASTING** (YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0083038 | | | | | | DIAZEPINES | Week 52 | 118.0 (370)F | YES | 7.6 (370) | 113 (370) |
| | | | | | | ÓXAZEPINES AND THIAZEPINES/ QUETIAPINE FUMARATE/ -240/-238 /PRE OL | | | | | |
| | | | | | | DIAZEPINES | Week 68 | 115.0 (443)F | YES | 6.9 (443) | 116 (443) |
| | | | | | | ÓXAZEPINES AND THIAZEPINES/ QUETIAPINE FUMARATE/ -237/-235 /PRE OL | | | | | |
| | | | | | | DIAZEPINES | Final visit | 118.0 (337)R | YES | | 116 (443) |
| | | | | | | ÓXAZEPINES AND THIAZEPINES/ QUETIAPINE FUMARATE/ -234/-232 /PRE OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling, >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3189

CONFIDENTIAL
AZSER12775862

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P*## (START/STOP DAY)* | MEDICATION CLASS/ MSH GENERIC NA (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | | | | | | DIAZEPINES | Final visit | 115.0 (443)F | YES | 6.9 (443) | 116 (443) |
| | | | | | | ,OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE,/ -231/-229 /PRE OL | | | | | |
| | | | | | | DIAZEPINES | Mean(pos t-random ization) | 120.0 | NO | 7.1 | |
| | | | | | | ,OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE,/ -228/-227 /PRE OL | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | ,OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE,/ -226/-225 /PRE OL | | | | | |

* to  Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3190

CONFIDENTIAL
AZSER12775863

Page 107 of 155

D1447c00127
11.3.12-2 Patients who received hypoglycemic medication
Open-label population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | | | | | | AZASPIRODE CANEDIONE DERIVATIVE S/ BUSPIRONE HYDROCHLOR IDE/-250 /PRE OL OTHER ANTIDE=PRES SANTS/ TRAZODONE/ UNK/-250 /PRE OL THIAZOLIDI NEDIONES/ PIOGLITAZO NE HYDROCHLOR IDE/ 423/472 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # AEs prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3191

CONFIDENTIAL
AZSER12775864

D1447c00127

## 11.3.12-2 Patients who received hypoglycemic medication
### Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P*T#/ (START/ STOP DAY)* | MEDICATION CLASS/ MSH GENERIC NA STOP/ STO P DAY**)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING**(YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | | | | | | HMG_COA REDUCTASE INHIBITORS / ATORVASTAT IN/ 261/472 /RD IMIDAZOLE AND TRIAZOLE DERIVATIVE S/ ECONAZOLE NITRATE/ 322/472 /RD IMIDAZOLE AND TRIAZOLE DERIVATIVE S/ KETOCONAZO LE/ 382/472 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3192

CONFIDENTIAL
AZSER12775865

11.3.12-2 Patients who received hypoglycemic medication
Open-label study population

D1447c00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P'T## (START/STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STOP DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | | | | | | BETA-LACTA M ANTIBACTER IALS, PENICILLIN S/ PENICILLIN NOS /RD 205/218 /RD OXICAMS/ MELOXICAM/ 423/472 /RD PROPIONIC ACID DERIVATIVE S/ IBUPROFEN/ 413/472 /RD ANILIDES/ PARACETAMO L 205/220 /RD | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3193

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst a12.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12775866

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | | | | | | ANTIEPILEP TICS/ PREGABALIN /RD /423/472 FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /RD /423/472 BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM/ 43/472 /RD | | | | | |
| D1447C00127 /E0086022 | OL | 52/Female/ 35.5 | HYPOTHY ROIDISM /Current | OL QTP /113 | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM/ 1/112 /OL | At enrollme nt | 87.0 (-119)F | YES | 4.7 (-119) | |
| | | | PENICIL LIN /ALLERGY /Current | | | ESTROGENS/ /PRE OL | Week 12 | 67.0 (-28)F | NO | 4.8 (-28) | 93 (-28) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.1st  a12.sas  11JUN2007:10:13  luchen

3194

CONFIDENTIAL
AZSER12775867

11.3.12-2 Patients who received hypoglycemic medication
Open-label set population
D1447C00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ MSH GENERIC NA (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0086022 | RD | 52/Female/ 37.8 | SULFA ALLERGY / Current | QTP+LI /168 | | ANDROGENS AND ESTROGENS/ METHYLTEST OSTERONE/ -64/198 /OL | Final visit | 67.0 (-28)F | NO | | 94 (1) |
| | | | | | | THYROID HORMONES/ LEVOTHYROX INE SODIUM/ -144/-54 /PRE OL | Final visit | | | 4.8 (1) | 94 (1) |
| | | | | | | MACROLIDES / ERYTHROMYC IN/ -98/-61 /OL | Mean (post-enroll ment) | 73.7 | NO | 4.8 | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM / UNK/-118 /PRE OL | At randomiz ation | | | 4.8 (1) | 94 (1) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst   a12.sas   11JUN2007:10:13   luchen

3195

CONFIDENTIAL
AZSER12775868

D1447C00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P*## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0086022 | | | | | | DIAZEPINES , OXAZEPINES AND THIAZEPINE S/ OLANZAPINE UNK/-118 /PRE OL | Week 12 | | | 5.0 (85) | 91(85) |
| | | | | | | LITHIUM/ LITHIUM/ -113/-111 /OL | Week 28 | | | 5.0 (169) | 93(169) |
| | | | | | | LITHIUM/ LITHIUM/ -110/-108 /OL | Final visit | | | 5.0 (169) | 93(169) |
| | | | | | | LITHIUM/ LITHIUM/ -107/198 /OL | Mean(pos t random ization) | | | 5.0 | |

---

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3196

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst a12.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12775869

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P*## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0086022 | | | | | | DRUGS USED IN NICOTINE DEPENDENCE / BUPROPION HYDROCHLOR IDE/ -144/-111 /PRE OL PROPULSIVE S/ METOCLOPRA MIDE/ 55/83 /RD BILE ACID PREPARATIO NS/ URSODEOXYC HOLIC ACID/ 55/61 /RD BIGUANIDES / METFORMIN/ 22/53 /RD | | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3197

CONFIDENTIAL
AZSER12775870

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447C00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/STOP DAY)* | MEDICATION CLASS/ GENERIC NAME/ SODIUM (START/STOP DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0086022 | | | | | | THYROID HORMONES/ LEVOTHYROX INE SODIUM/ 98/198 /RD ANILIDES/ PARACETAMO L/74 /RD BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM/ 113/198 /RD DRUGS USED IN NICOTINE DEPENDENCE / BUPROPION/ 169/198 /RD | | | | | | |
| D1447C00127 /E0105003 | OL | 24/Female/ 32.8 | DIABETES Current | OL QTP /208 | DIABETES MELLITUS50 /208 | BIGUANIDES / METFORMIN/ /PRE OL | At enrollme nt | 217.0 (-4)R | YES | 9.6 (-4) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from lst dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling,>8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/tl1031202.lst  al2.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775871

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME/ (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105003 | | | | | | THIAZOLIDI NEDIONES/ ROSIGLITAZ ONE MALEATE/ 50/238 /OL | Week 24 | 328.0 (208)F | YES | 10.0 (208) | 84(167) |
| | | | | | | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ ETHINYLEST RADIOL/ /PRE OL | Final visit | 328.0 (208)F | YES | 10.0 (208) | 81(207) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM OL /PRE | Mean(pos t-enroll ment) | 291.0 | NO | 9.9 | |

\* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
\* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  \*\* Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3199

CONFIDENTIAL
AZSER12775872

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P*## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105003 | | | | | | DIAZEPINES | | | | | |
| | | | | | | ´OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -707/70 /PRE OL DIAZEPINES | | | | | |
| | | | | | | ´OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -49/238 /PRE OL BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM/ -248/238 /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3200

/csre/prod/seroquel/d1447c00127/sp/output/tlf/tl10311202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775873