D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT* P*/## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105003 | | | | | | BENZODIAZE PINE DERIVATIVE S/ TEMAZEPAM/ -50/-50 /PRE OL BENZODIAZE PINE DERIVATIVE S/ TEMAZEPAM/ -49/-15 /PRE OL OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE/ -50/-50 /PRE OL | | | | | |

3201

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775874

D1447C00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ MSH GENERIC NA P?## (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105003 | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE/ -/9/138 /PRR OL OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE/ 139/155 /OL OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE/ 156/162 /OL | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3202

CONFIDENTIAL
AZSER12775875

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P*/## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME* (START/STO P DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105014 | OL | 27/Female/ 27.2 | POLYCYS TIC OVARIES  Current | OL QTP  /270 | | BIGUANIDES /  METFORMIN/ 2/7/300  /OL | At enrollme nt | 83.0 (-6)F | YES | 5.0 (-6) | 68 (84) |
| | | | | | | FATTY ACID DERIVATIVE S /  VALPROATE SEMISODIUM  /PRE OL | Week 12 | 80.0 (85)F | YES | 5.0 (85) | |
| | | | | | | DIAZEPINES /  OXAZEPINES AND THIAZEPINE S / QUETIAPINE FUMARATE/ UNK/-1  /PRE OL | Final visit | 81.0 (271)F | YES | 5.0 (271) | 65 (270) |
| | | | | | | BENZODIAZE PINE DERIVATIVE S /  LORAZEPAM/  /PRE OL | Mean(pos t-enroll ment) | 81.3 | NO | 5.0 | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst   a12.sas   11JUN2007:10:13   luchen

3203

CONFIDENTIAL
AZSER12775876

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P²## (START/ STOP DAY)* | MEDICATION CLASS/ MSH GENERIC NA ME## (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105014 | RD | 27/Female/ 26 | | PLA+VAL / | | BENZODIAZE PINE DERIVATIVE S / LORAZEPAM/ 152/300 /OL | At randomiz ation | 81.0 (271)F | YES | 5.0 (271) | 65 (270) |
| | | | | | | | Week 12 | 79.0 (284)F | YES | 4.9 (284) | |
| | | | | | | | Final visit | 79.0 (284)F | YES | 4.9 (284) | 64 (283) |
| | | | | | | | Mean/pos t-random ization) | 79.7 | NO | 4.9 | |
| D1447C00127 /E0105016 | OL | 45/Female/ 34.3 | DIABETE S Current | OL QTP /226 | DIABETES MELLITUS18 /48 | BIGUANIDES / METFORMIN/ -257/17 /PRE OL | At enrollme nt | 95.0 (-232)F | YES | 5.6 (-232) | |
| | | | HYPERTE NSION / Current | | | MULTIVITAM INS WITH MINERALS/ ASCORBIC ACID/ /PRE OL | Week 12 | 94.0 (-146)F | YES | 5.7 (-146) | 87 (-146) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3204

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447C00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105016 | RD | 46/Female/ 35.1 | | PLA+VAL / 18 | | ACE INHIBITORS ,PLAIN /RAMIPRIL, /-387/-213 /PRE OL | Week 24 | 98.0 (-58)F | YES | 5.8 (-58) | 88 (-59) |
| | | | | | | ACE INHIBITORS ,PLAIN /RAMIPRIL, /-212/48 /OL | Final visit | 94.0 (1)F | YES | 6.0 (1) | 91(1) |
| | | | | | | FATTY ACID DERIVATIVE S /VALPROATE SEMISODIUM /-/PRE OL | Mean (pos t-enroll ment) | 95.3 | NO | 5.8 | |
| | | | | | | DIAZEPINES ,OXAZEPINES AND THIAZEPINE S/ OLANZAPINE /-406/-261 /PRE OL | At randomiz ation | 94.0 (1)F | YES | 6.0 (1) | 91(1) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3205

CONFIDENTIAL
AZSER12775878

11.3.12-2 Patients who received hypoglycemic medication
D1447c00127
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY*) | MEDICATION CLASS/ GENERIC NAME MSH P DAY** START/STO P DAY* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105016 | | | | | | DIAZEPINES | Week 12 | 83.0 (48)F | YES | 5.8 (48) | |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -260/-258 /PRE OL | | | | | |
| | | | | | | DIAZEPINES | Final visit | 83.0 (48)F | YES | 5.8 (48) | 91(48) |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -257/-252 /PRE OL | | | | | |
| | | | | | | DIAZEPINES | Mean(pos t-random ization) | 86.7 | NO | 5.9 | |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -251/-245 /PRE OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3206

CONFIDENTIAL
AZSER12775879

D1447C00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label study population

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/P*#(START/STOP DAY)* | MEDICATION CLASS/GENERIC NAME MSH (START/STOP DAY)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0105016 | | | | | | DIAZEPINES ,OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -244/227 /PRE OL /PRE OL BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM/ -25?/17 /PRE OL /PRE OL SELECTIVE SEROTONIN REUPTAKE INHIBITORS / CITALOPRAM HYDROBROMI DE/ UNK/-227 /PRE OL | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

3207

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775880

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MEH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105016 | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / -226/-92 /OL | | | | | |
| | | | | | | CITALOPRAM HYDROBROMI DE/ | | | | | |
| | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / -91/-90 /OL | | | | | |
| | | | | | | CITALOPRAM HYDROBROMI DE/ | | | | | |
| | | | | | | BIGUANIDES / 18/48 /RD | | | | | |
| | | | | | | METFORMIN/ | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from list dose of OL CTP for non-randomized patients and from list dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # Prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3208

CONFIDENTIAL
AZSER12775881

11.3.12-2 Patients who received hypoglycemic medication
Open-label study population
D1447C00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ MSH GENERIC NA (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105016 | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ OLANZAPINE /RD 18/48 DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ 18/48/RD BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM/ 18/48/RD | | | | | |
| D1447C00127 /E0108013 | OL | 34/Female/ 39.5 | DIABETE S/ Current | OL QTP /176 | | THIAZOLIDI NEDIONES/ ROSIGLITAZ ONE MALEATE/ 9/206/OL | At enrollme nt | 309.0 (-5)R | NO | 11.5 (-5) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3209

CONFIDENTIAL
AZSER12775882

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P T # # (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108013 | | | | | | FATTY ACID DERIVATIVE S/ VALPROIC ACID/ /PRE OL | Week 24 | 241.0 (176)F | YES | 8.3 (176) | 123 (175) |
| | | | | | | DIAZEPINES, OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -5/2 /PRE OL | Final visit | 241.0 (176)F | YES | 8.3 (176) | 123 (175) |
| | | | | | | OTHER ANTIPSYCHO TICS/ RISPERIDON E/ UNK/-5 /PRE OL | Mean (pos t-enroll ment) | 263.7 | NO | 9.4 | |
| | | | | | | OTHER ANTIPSYCHO TICS/ RISPERIDON E/ -4/-1 /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3210

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775883

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/STOP DAY)* | MEDICATION CLASS/GENERIC NA MSH (START/STOP P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108013 | | | | | | | | | | | |
| D1447C00127 /E0108019 | OL | 52/Male/24.8 | ALLERGIES /Current  GRAVES DISEASE /Past  NASAL POLYPS /Current | OL QTP /218 | DIABETES MELLITUS-1 89/90 | OTHER ANTIPSYCHO TICS/ RISPERIDON E/-17/8 /OL BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM / /PRE OL / MULTIVITAM INS WITH MINERALS/ /PRE OL COMBINATIO NS OF VITAMINS/ VITAMINS NOS/ /PRE OL HMG COA REDUCTASE INHIBITORS / ATORVASTAT IN/ -100/113 /OL | At enrollment  Week 12  Week 24 | 112.0 (-225)R  138.0 (-127)F  282.0 (-44)F | NO  YES  NO | 6.2 (-225)  6.9 (-127)  7.3 (-44) | 109 (-127)  101 (-44) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3211

CONFIDENTIAL
AZSER12775884

11.3.12-2 Patients who received hypoglycemic medication
D1447c00127
Open-label safety population
MEDICATION

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/STOP DAY)* | MEDICATION CLASS/GENERIC NA MEN (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0108019 | | | | | | OTHER LIPID MODIFYING AGENTS/FISH OIL/PRE OL /-47/-42 | Final visit | 150.0 (-1)F | NO | 7.9 (-1) | 106 (-1) |
| | | | | | | GLUCOCORTICOIDS/PREDNISONE/OL | Mean(post-enrollment) | 170.5 | NO | 7.1 | |
| | RD | 52/Male/29 .2 | | QT?+VAL / 83 | | PENICILLIN S WITH EXTENDED SPECTRUM/AMOXICILLIN /-222/-210 /PRE OL | At randomization | 150.0 (-1)F | NO | 7.9 (-1) | 106 (-1) |
| | | | | | | FATTY ACID DERIVATIVE S/VALPROATE SEMISODIUM /-226/-183 /PRE OL | Week 12 | 121.0 (90)F | YES | 6.7 (90) | 105 (83) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/tl103l202.lst a12.sas 11JUN2007:10:13 luchen

3212

CONFIDENTIAL
AZSER12775885

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ MSH GENERIC NA (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** S /NO) | (YE | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM / -219/-182 /PRE OL | Final visit | 121.0 (90)F | YES | | 6.7 (90) | 99 (90) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM / -182/-150 /OL | Mean(pos t-random ization) | 130.7 | NO | | 7.1 | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM / -149/-106 /OL | | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random)

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3213

CONFIDENTIAL
AZSER12775886

11.3.12-2 Patients who received hypoglycemic medication
Open-label population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM -105/-90 /OL FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM -89/-79 /OL FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM /78/-72 /OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3214

CONFIDENTIAL
AZSER12775887

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P T## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | | | | | | FATTY ACID DERIVATIVE VALPROATE SEMISODIUM /OL-71/45 DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE -225/219 /PRE OL BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM /OL-71/-28 | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3215

CONFIDENTIAL
AZSER12775888

11.3.12-2 Patients who received hypoglycemic medication
Open-label population

D1447c00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STOP DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0108019 | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / CITALOPRAM HYDROBROMI DE/ -275/-238 /PRE OL CORTICOSTE ROIDS/ FLUTICASON E PROPIONATE / /PRE OL /PRE CORTICOSTE ROIDS/ MOMETASONE FUROATE/ /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3216

CONFIDENTIAL
AZSER12775889

11.3.12-2 Patients who received hypoglycemic medication
Open-label population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P*## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | | | | | | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL /-219/-210 /PRE OL OTHER THERAPEUTI C PRODUCTS/ LINUM USITATISSI MUM SEED OIL /PRE OL BIGUANIDES METFORMIN/ 2/113 /RD BIGUANIDES METFORMIN/ 7/113 /RD | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3217

CONFIDENTIAL
AZSER12775890

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ PT## (START/ STOP DAY)* | MEDICATION CLASS// MSH GENERIC NA (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM / 46/90 /RD FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM / 91/113 /RD BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM / 90/113 /RD BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM / 17/29 /RD | | | | | |

3218

* to    Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
       sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  **    Blood sampling >8 hours after last meal, i.e. documented fasting.
  #     All AEs prior and concomitant medications are listed.
  ##    All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775891

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P'T## (START/STOP DAY)* | MEDICATION CLASS/GENERIC NAMSH (START/STOP DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | | | | | | BENZODIAZEPINE DERIVATIVES/ LORAZEPAM/ 30/44 /RD BENZODIAZEPINE DERIVATIVES/ LORAZEPAM/ 45/113 /RD SELECTIVE SEROTONIN REUPTAKE INHIBITORS/ CITALOPRAM HYDROBROMIDE/ 129/137 /RD | | | | | |
| D1447C00127 /E0110005 | OL | 53/Female/ 38.1 | DIABETES Current | OL QTP /142 | | SOFTENERS, EMOLLIENTS/ DOCUSATE SODIUM/ 138/172 /OL | At enrollment | 298.0 (-7)R | YES | 9.3 (-7) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3219

CONFIDENTIAL
AZSER12775892

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP/ DAY)* | MEDICATION CLASS/ GENERIC NA ME/ MSH P?## (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0110005 | | | HIGH CHOLEST EROL/ Current HYPOTHY ROIDISM /Current<br><br>PSORIAS IS/ Current | | | BIGUANIDES /METFORMIN/ /PRE OL SULFONAMID ES, UREA DERIVATIVE S/ GLIBENCLAM IDE/ /PRE OL THIAZOLIDI NEDIONES/ ROSIGLITAZ ONE/ MALEATE/ 2O./122E/OL PLATELET AGGREGATIO N INHIBITORS EXCL. HEPARIN/ ACETYLSALI CYLIC ACID/ /PRE OL | Mean (pos t-enroll ment) | 298.0 | NO | 9.3 | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3220

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  1iJUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775893

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0110005 | | | | | | HMG COA REDUCTASE INHIBITORS / ROSUVASTAT IN | | | | | |
| | | | | | | CALCIUM/ /PRE OL | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S VALPROATE SEMISODIUM -219/-107 /PRE OL | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S VALPROATE SEMISODIUM -106/172 /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3221

CONFIDENTIAL
AZSER12775894

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P'T## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0110005 | | | | | | OTHER ANTIEPILEP TICS/ TOPIRAMATE | | | | | |
| | | | | | | -219/-51 /PRE OL DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -7/-1 /PRE OL DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ 33/60 /OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3222

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775895

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0110005 | | | | | | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ 61/13 /OL DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ 139/172/ | | | | | |
| D1447C00127 /E0112006 | OL | 51/Male/45 .8 | ANGINA Current | OL QTP /254 | DIABETES MELLITUS-1 53/-149 | /OL AROYON PUMP INHIBITORS /OMEPRAZOLE /OL /PRE | At enrollme nt | 112.0 (-260)F | YES | | 6.1 (-260) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from lst dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
                    F=Glucose fasting; R=Glucose non-fasting (random).

3223

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775896

Page 140 of 155

D1447C00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?##/ (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MEH (GENERIC NA P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112006 | | | CHOLECY STITIS / Current | | | PROPULSIVE S/ DOMPERIDON E/ -286/70 /PRE OL | Week 12 | 167.0 (-171)F | YES | 7.3 (-171) | 143 (-171) |
| | | | CHRONIC AIRWAY DISEASE | | | BIGUANIDES / METFORMIN/ -285/-153 /PRE OL | Week 24 | 128.0 (-83)F | YES | 6.6 (-83) | 144 (-83) |
| | | | /Current DEPRESS ION / Past | | | BIGUANIDES / METFORMIN/ -152/70 /OL | Final visit | 102.0 (1)F | YES | 5.3 (1) | 122 (1) |
| | | | DYSPHAG IA/ Current | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIBENCLAM IDE/ -153/12 /OL | Mean (pos t-enroll ment) | 127.3 | NO | 6.3 | |
| | RD | 52/Male/38 .4 | GASTROE SOPHAGE AL REFLUX / Current | PLA+LI / 40 | | POTASSIUM/ POTASSIUM/ -758/70 /PRE OL | At randomiz ation | 102.0 (1)F | YES | 5.3 (1) | 122 (1) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3224

CONFIDENTIAL
AZSER12775897

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT# P7## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112006 | | | GENERAL IZED LIMB PAIN / Current | | | ORGANIC NITRATES/ GLYCERYL TRINITRATE /-547/70 /PRE OL | Week 12 | 105.0 (41)F | YES | 5.3 (41) | 115(41) |
| | | | GENITAL HEMATOM A / Current | | | ACE INHIBITORS /PLAIN/ RAMIPRIL/ /PRE OL | Final visit | 105.0 (41)F | YES | 5.3 (41) | |
| | | | HYPERCH OLESTER OLEMIA / Current | | | ACE INHIBITORS /PLAIN/ RAMIPRIL/ /-276/-276 /PRE OL | Mean(pos t-random ization) | 104.0 | NO | 5.3 | |
| | | | HYPERTE NSION / Current | | | FIBRATES/ FENOFIBRAT E/ /PRE OL | | | | | |
| | | | HYPOKAL EMIA / Current | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN/ /-429/70 /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3225

CONFIDENTIAL
AZSER12775898

Page 142 of 155

D1447C00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS// GENERIC NA ME## (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING**(YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112006 | | | OBESITY / Current | | | DIAZEPINES , OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -272/-254 /PRE OL LITHIUM/ LITHIUM/ -276/70 /PRE OL | | | | | |
| | | | SEASONA L RHINITI S / Current | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS/ CITALOPRAM HYDROBROMI DE/ -208/-276 /PRE OL | | | | | |
| | | | THROAT IRRITAT ION / Current | | | | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3226

CONFIDENTIAL
AZSER12775899

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/STO P DAY*)* | VISIT? | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112006 | | | TYPE 2 DIABETE S / Current | | | CORTICOSTE ROIDS/ FLUNISOLID E/ -342/70 /PRE OL | | | | | |
| D1447C00127 /E0116029 | OL | 36/Female/ 34 | ATTENTI ON DEFICIT HYPERAC TIVITY / Current | OL QTP /222 | DIABETES MELLITUS-1 07/201 | BULK PRODUCERS/ PLANTAGO OVATA/ -165/114 /OL | At enrollme nt | 135.0 (-229)F | YES | -6.7 (-229) | 100 (-139) |
| | | | BILATER AL CARPAL TUNNEL SYNDROM E/ Current | | | BIGUANIDES / METFORMIN / -101/-73 /OL | Week 12 | 194.0 (-139)F | YES | 7.4 (-139) | 100 (-139) |
| | | | GASTROE SOPHAGI AL REFLUX DISEASE / Current | | | BIGUANIDES / METFORMIN/ -72/231 /OL | Week 12 | 173.0 (-136)F | YES | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3227

CONFIDENTIAL
AZSER12775900

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | | | INSOMNI A 2000 / Current | | | THIAZOLIDI NEDIONES/ PIOGLITAZO NE HYDROCHLOR IDE/ -72/231 /OL | Week 24 | 190.0 (-55)F | NO | 6.7 (-55) | 103 (-55) |
| | | | MIGRAIN E HEADACH E 1986 / Current | | | HMG COA REDUCTASE INHIBITORS /SIMVASTATI N/ -101/-41 /OL | Final visit | 140.0 (1)F | NO | 6.3 (1) | 107(1) |
| | | | SEASONA L ALLERGI ES 1991 / Current | | | FIBRATES/ FENOFIBRAT E/ -101/231 /OL | Mean (pos t-enroll ment) | 166.4 | NO | 6.8 | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

3228

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775901

Page 145 of 155

D1447C00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P*#/# (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME/ (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*)* | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | RD | 36/Female/ 36.5 | | QTP:VAL /201 | | HMG COA REDUCTASE INHIBITORS / OTHER COMBINATIO NS/ SIMVASTATI N -40/26 /OL | At randomiz ation | 140.0 (1)F | NO | 6.3 (1) | 107(1) |
| | | | | | | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ -231 /OL | Week 12 | 96.0 (57)F | NO | | 108(85) |
| | | | | | | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ ETHINYLEST RADIOL/-6 -5187/-6 /PRE OL | Week 12 | 99.0 (85)F | NO | 6.1 (85) | 108(85) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst a12.sas 11JUN2007:10:13 luchen

3229

CONFIDENTIAL
AZSER12775902

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label set population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | | | | | | 3-OXOANDRO STEN (4) DERIVATIVE / TESTOSTERO NE/ -84/231 /OL | Week 28 | 190.0 (201)F | NO | 7.0 (201) | 111(201) |
| | | | | | | PYRAZOLONE S/ PARACETAMO L /-438/231 /PRE OL | Final visit | 190.0 (201)F | NO | 7.0 (201) | 111(201) |
| | | | | | | ANILIDES/ ACETYLSALI CYLIC ACID/ /PRE OL | Mean(pos t random ization) | 143.0 | NO | 6.6 | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM / /-223/-112 /OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3230

CONFIDENTIAL
AZSER12775903

11.3.12-2 Patients who received hypoglycemic medication
Open-label set population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STO P DAY)* | MEDICATION CLASS/ GENERIC NA MEN (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM -111/231 /OL OTHER HYPNOTICS AND SEDATIVES/ DIPHENHYDR AMINE HYDROCHLOR IDE/ -438/16 /PRE OL SOFTENERS, EMOLLIENTS / DOCUSATE CALCIUM/ 89/231 /RD | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3231

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst a12.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12775904

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ MEDICATION GENERIC NA ME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | | | | | | HMG COA REDUCTASE INHIBITORS / SIMVASTATI N/ 29/231 /RD ANTILIDES/ GUAIFENESI N/ 42/48 /RD DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ 4/5 /UNK | | | | | |
| D1447C00127 /E0127018 | OL | 61/Male/35 .3 | ALLERGY TO CITRUS AND NUTS / Current | OL QTP /173 | | BIGUANIDES / METFORMIN / 45/203 /OL | At enrollme nt | 124.0 (-7)F | YES | 6.7 (-7) | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3232

CONFIDENTIAL
AZSER12775905

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS// GENERIC NA MEN (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0127018 | | | ASTHMA / Current | | | COMBINATIO NS OF ORAL BLOOD GLUCOSE LOWERING DRUGS/ METFORMIN HYDROCHLOR IDE/ -14/44 /PRE OL | Week 12 | | YES | 5.8 (89) | 101(88) |
| | | | DIABETE S / Current | | | /THIAZOLIDI NEDIONES/ ROSIGLITAZ ONE MALEATE/ 45/203 /OL | Week 12 | 84.0 (112)F | NO | | 101(88) |
| | | | DIVERTI CULITIS / Past | | | GLUCOCORTI COIDS/ CORTISONE/ 8/8 /OL | Week 24 | 102.0 (173)F | YES | 5.8 (173) | 106(172) |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3233

CONFIDENTIAL
AZSER12775906

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MES (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0127018 | | | HEARING LOSS / Current | | | ACETIC ACID DERIVATIVE S AND RELATED SUBSTANCES / | Final visit | 102.0 (173)F | YES | 5.8 (173) | 106 (172) |
| | | | PRESBYO PIA / Current | | | SULINDAC/ 8/15 /OL PROPIONIC ACID DERIVATIVE S/ IBUPROFEN/ 8/15 /OL | Mean(pos t-enroll ment) | 103.0 | NO | 6.0 | |
| | | | PSORIAS IS Past | | | OTHER CENTRALLY ACTING AGENTS/ CYCLOBENZA PRINE HYDROCHLOR IDE/ 8/15 /OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling, >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medication listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

3234

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775907

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/ PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0127018 | | | | | | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E -301/-6 /PRE OL DIAZEPINES , OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE/ -23/92 /PRE OL LITHIUM/ LITHIUM CARBONATE/ -817/203 /PRE OL BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM -667/203 /PRE OL | | | | | |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment

3235

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775908

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME (START/STO P DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0127018 | | | | | | CENTRALLY ACTING SYMPATHOMI METICS/ DEXAMFETAM INE/ -29/-22 /PRE OL DRUGS USED IN NICOTINE DEPENDENCE /BUPROPION HYDROCHLOR IDE/ 8/28 /OL DRUGS USED IN NICOTINE DEPENDENCE /BUPROPION HYDROCHLOR IDE/ 29/89 /OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from list dose of OL QTP for non-randomized patients and from list dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

3236

CONFIDENTIAL
AZSER12775909

Page 153 of 155

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0127018 | | | | | | DRUGS USED IN NICOTINE DEPENDENCE | | | | | |
| | | | | | | BUPROPION HYDROCHLOR IDE/ 90/105 /OL | | | | | |
| | | | | | | DRUGS USED IN NICOTINE DEPENDENCE | | | | | |
| | | | | | | BUPROPION HYDROCHLOR IDE/ 106/141 /OL | | | | | |
| | | | | | | DRUGS USED IN NICOTINE DEPENDENCE | | | | | |
| | | | | | | BUPROPION HYDROCHLOR IDE/ 162/203 /OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst   a12.sas   11JUN2007:10:13   luchen

3237

CONFIDENTIAL
AZSER12775910

11.3.12-2 Patients who received hypoglycemic medication
Open-label population
D1447c00127

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT P?## (START/ STOP/ DAY)* | MEDICATION CLASS/ GENERIC NA MSH (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0127018 | | | | | | CORTICOSTE ROIDS/ FLUTICASON E PROPIONATE | | | | | |
| | | | | | | -681/203 /PRE OL | | | | | |
| | | | | | | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL | | | | | |
| | | | | | | -681/203 /PRE OL | | | | | |
| | | | | | | ADRENERGIC S/OTHER DRUGS FOR OBSTR AIRWAY DISEASES/ FLUTICASON E PROPIONATE | | | | | |
| | | | | | | -681/203 /PRE OL | | | | | |

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs for non-randomized patients' medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

3238

CONFIDENTIAL
AZSER12775911

D1447c00127

11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/PATIENT | PHASE | AGE/SEX/BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT/P?#/H (START/STOP DAY)* | MEDICATION CLASS/GENERIC NAME (START/STO P DAY*)* | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0127018 | | | | | | LEUKOTRIEN E RECEPTOR ANTAGONIS T/ MONTELUKAS T/ -1776/203 /PRE OL | | | | | |

3239

* Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031202.lst  a12.sas  11JUN2007:10:13  luchen

CONFIDENTIAL
AZSER12775912

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001009 | OL | 40/Female /41.7 | OL QTP /113 | | ALLERGY TO TRICYLIC MEDICATION S | BISMUTH PREPARATIO NS/ BISMUTH SUBSALICYL ATE (UNK/UNK)/ PRE OL | Enrollme nt | 86.00(-1 20) F | NO | 5.2(-120 ) | 111(-120 ) |
| | | | | | ALLERGY TO PENICILLIN | LITHIUM/ LITHIUM (UNK/UNK)/ PRE OL | Week 1 | | | | 115(-106 ) |
| | | | | | ALLERGY TO ERYTHROMYC IN | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (UNK/UNK)/ PRE OL | Week 2 | | | | 114(-101 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from or to 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

al13.sas  06JUN2007:13:47 luchen

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3240

CONFIDENTIAL
AZSER12775913

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population
Adverse
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001009 | OL | 40/Female /41.7 | OL QTP /113 | | | ALLERGY TO NAPROSYN | ALDEHYDES AND DERIVATIVE S/ CHLORAL HYDRATE (UNK/-141) / PRE OL | Week 12 | 92.00(-2 5) F | YES | 5.1(-25) | 110(-25) |
| | | | | | | IRRITABLE BOWEL SYNDROME | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (UNK/-141) / PRE OL | Mean (post-en rollment ) | 92.00 | | 5.1 | 113 |
| | | | | | | PSORASIS | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM | | | | | |
| | | | | | | | (UNK/-120) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*  or with a >=15 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from or after 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
          #  All prior and concomitant medications are listed.
          ##  All AEs potentially associated with diabetes mellitus.
                    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3241

CONFIDENTIAL
AZSER12775914

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment (Day*) | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001009 | OL | 40/Female /41.7 | OL QTP /113 | | HEADACHES | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (UNK/-114) / PRE OL | | | | | |
| | | | | | LEFT KNEECAP INSTABILIT Y | CALCIUM/ CALCIUM (-263/ -171)/ PRE OL | | | | | |
| | | | | | | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (-263/ -171)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3242

CONFIDENTIAL
AZSER12775915

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001009 | OL | 40/Female /41.7 | OL QTP /113 | | | MAGNESIUM/ | | | | | |
| | | | | | | MAGNESIUM /-(-163/ -171) PRE OL | | | | | |
| | | | | | | OTHER THERAPEUTI C PRODUCTS/ | | | | | |
| | | | | | | ECHINACEA PURPUREA EXTRACT /-(-263/ -121) PRE OL | | | | | |
| | | | | | | COMBINATIO NS OF VITAMINS/ VITAMINS NOS/ -(-112/ -84) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from or with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3243

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12775916

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001009 | OL | 40/Female /41.7 | OL QTP /113 | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-110/ -85) | | | | | |
| | | | | | | ZINC/ ZINC GLUCONATE (-108/ -107) | | | | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-49/ -20) | | | | | |
| | | | | | | ANILIDES/ | | | | | |
| | | | | | | GUAIFENESI N (-29/ -24) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 *  with a >=1.5 unit increase in HbA1c any time during the study.
 *  to sampling/onset/stop from or 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All AEs prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

3244

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12775917

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | T*## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001009 | OL | 40/Female /41.7 | OL QTP /113 | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-19/ 43) | | | | | |
| | RD | 40/Female /42.4 | PLA+LI / 13 | | | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (14/ 43) | At randomiz ation | 93.00(-1 7) F | YES | 5.4(-1) | 113(-1) |
| | | | | | | | Week 4 | | | | 109(17) |
| | | | | | | | Week 12 | 134.00H( 17) F | NO | 5.2(17) | 109(17) |
| | | | | | | | Mean (post- ra ndomizat ion) | 134.00 | | 5.2 | 109 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3245

CONFIDENTIAL
AZSER12775918

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001011 | OL | 57/Female /29.3 | OL QTP /116 | | THIRST (-110/-103 ) | ALLERGIC TO PENICILLIN | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (UNK/UNK)/ PRE OL | Enrollme nt | 142.00H( -123) F | NO | 5.7(-123 ) | 78 (-123) |
| | | | | | | ALLERGIC TO COMPAZINE | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM (-164/ -164)/ PRE OL | Week 1 | | | | 80 (-111) |
| | | | | | | ALLERGIC TO DEPAKOTE | SYMPATHOMI METICS/ GUAIFENESI N (-129/ -128)/ PRE OL | Week 2 | | | | 82 (-104) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AE's potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3246

CONFIDENTIAL
AZSER12775919

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001011 | OL | 57/Female /29.3 | OL QTP /116 | | HYPOTHYROI DISM | CEPHALOSPO RINS AND RELATED SUBSTANCES CEFUROXIME (-129/ -127)/ PRE OL | Week 12 | 106.00(- 32) F | YES | 5.7(-32) | 86(-32) |
| | | | | | ACID REFLUX | PROTON PUMP INHIBITORS ESOMEPRAZO LE MAGNESIUM (-126/ -110)/ PRE OL | Mean (post-en rollment ) | 106.00 | | 5.7 | 83 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs/prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3247

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12775920

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment PT## PT# (Start/Sto p Day*) | Adverse Event (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001011 | OL | 57/Female /29.3 | OL QTP /116 | | | POSTMENOPA USAL | OTHER ANTIHISTAM INES FOR SYSTEMIC USE/PSEUDOEPHE DRINE HYDROCHLOR IDE (-119/ -116) | | | | | |
| | | | | | | RIGHT EAR PAIN | LITHIUM/ LITHIUM (-112/ -105) | | | | | |
| | | | | | | SINUS INFECTION | LITHIUM/ LITHIUM (-104/ -6) | | | | | |
| | | | | | | GENERALIZE D MUSCLE ACHES | LITHIUM/ LITHIUM (-60/ 390) | | | | | |
| | RD | 58/Female /32.4 | PLA+LI /360 | | | | ANILIDES/ ETHANOL (15/ 16) | At randomiz ation | 104.00(1 ) F | YES | 5.7(1) | 86(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medication are listed.
## All AES potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst al3.sas 06JUN2007:13:47 luchen

3248

CONFIDENTIAL
AZSER12775921

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001011 | RD | 58/Female /32.4 | PLA+LI /360 | | | ANILIDES/ ETHANOL (24/ 24) | Week 4 | | | | 85(29) |
| | | | | | | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (162/ 171) | Week 8 | | | | 86(57) |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (299/ 303) | Week 12 | 103.00(8 5) F | YES | 5.6(85) | 87(85) |
| | | | | | | ANILIDES/ ETHANOL (337/ 337) | Week 28 | 110.00(2 00) F | YES | 5.6(200) | 86(200) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3249

CONFIDENTIAL
AZSER12775922

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001011 | RD | 58/Female /32.4 | PLA+LI /360 | | | CORTICOSTE ROIDS AND ANTIINFECT IVES IN COMBINATIO N/ HYDROCORTI SONE (355/ 390) | Week 40 | 124.00(2 81) F | NO | 5.8(281) | 86(281) |
| | | | | | | IMIDAZOLE AND TRIAZOLE DERIVATIVE S/ BETAMETHAS ONE DIPROPIONA TE (355/ 390) | Week 52 | 134.00H( 360) F | NO | 6.1(360) | 84(360) |
| | | | | | | IMIDAZOLE AND TRIAZOLE DERIVATIVE S/ KETOCONAZO LE (355/ 390) | Mean (post-ra ndomizat ion) | 117.75 | | 5.8 | 86 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3250

CONFIDENTIAL
AZSER12775923

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
D1447c00127

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P## PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start /Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001012 | OL | 54/Male /27.1 | OL QTP /168 | | VENTRICULA R SEPTAL DEFECT | SALICYLIC ACID AND DERIVATIVE S ACETYLSALI CYLIC ACID (UNK/UNK) / PRE OL | Enrollme nt | 119.00 (- 173) F | NO | 6.8 (-173 ) | 91 (-173) |
| | | | | | STRESS HEADACHES | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (-181 /UNK) / PRE OL | Week 1 | | | | 89 (-158) |
| | | | | | NUMBNESS -DISTAL PORTION OF LITTLE FINGERS | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-173/ -169) | Week 2 | | | | 88 (-152) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs or prior and concomitant medications listed.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3251

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12775924

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | T#/ (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001012 | OL | 54/Male /27.1 | OL QTP /168 | | HISTORY OF EPISODIC ALCOHOL ABUSE | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-168/ -138) | Week 12 | 92.00(-8 4) F | YES | 5.5(-84) | 90(-84) |
| | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / ESCITALOPR AM OXALATE (-152/ -139) | Mean (post-en rollment ) | 92.00 | | 5.5 | 89 |
| | | | | | | OTHER ANTIDEPRES SANTS/ DULOXETINE (-138/ -132) | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3252

CONFIDENTIAL
AZSER12775925

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001012 | OL | 54/Male /27.1 | OL QTP /168 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-137/ -110) | | | | | |
| | | | | | | OTHER ANTIDEPRES SANTS/ DULOXETINE (-131/ -84 ) | | | | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-119/ -119) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs for concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst al3.sas 06JUN2007:13:47 luchen

3253

CONFIDENTIAL
AZSER12775926

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001012 | OL | 54/Male /27.1 | OL QTP /168 | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-109/ -1) | | | | | |
| | RD | 55/Male /30.5 | PLA+VAL /464 | | | | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (-7/ -7) THIAZIDES, PLAIN/ HYDROCHLOR OTHIAZIDE (23/ 280) | At randomiz ation | 91.00(1) F | NO | 5.9(1) | 102(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs for concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3254

CONFIDENTIAL
AZSER12775927

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*#/ (Start/Sto p Day*) | Medical history | Medica- tion Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001012 | RD | 55/Male /30.5 | PLA+VAL /464 | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (137/ 137) | Week 4 | | | | 103(33) |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (207/ 494) | Week 8 | | | | 106(58) |
| | | | | | | THIAZIDES, PLAIN/ HYDROCHLOR OTHIAZIDE (281/ 494) | Week 12 | 128.00H( 85) F | NO | 6.3(85) | 110(85) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
    or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3255

CONFIDENTIAL
AZSER12775928

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (St (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001012 | RD | 55/Male /30.5 | PLA+VAL /464 | | | ACE INHIBITORS AND DIURETICS/ HYDROCHLOR OTHIAZIDE (387/ 494) | Week 28 | 122.00(1 97) F | NO | 7.0(197) | 112(197) |
| | | | | | | COMBINATIO NS OF ORAL BLOOD GLUCOSE LOWERING DRUGS/ METFORMIN HYDROCHLOR IDE (407/ 420) | Week 40 | 126.00H( 278) F | YES | 7.1(278) | 119(278) |
| | | | | | | | Week 52 | 167.00H( 368) F | YES | 9.1H(368) | 119(368) |
| | | | | | | | Week 68 | 147.00H( 465) F | YES | 8.2H(465 ) | 121(465) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
    or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## Prior and concomitant medications are listed
    ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47  luchen

3256

CONFIDENTIAL
AZSER12775929

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment PT## (Start/Sto p Day*) | Medical history | Adverse Event PT## (Start/Sto p Day*) | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0001012 | RD | 55/Male /30.5 | PLA+VAL /464 | | | | Mean (post-ra ndomizat ion) | 138.00 | | 7.5 | 113 |
| D1447C00127 /E0006032 | OL | 36/Female /44.9 | OL QTP /112 | SEASONAL ALLERGIES | | OTHER ADE HISTAM INES FOR SYSTEMIC USE/ LORATADINE (-50&/ 93)/ PRE OL | Enrollme nt | 130.00H( -119) R | NO | 6.0(-119 ) | 130(-119 ) |
| | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / FLUOXETINE HYDROCHLOR IDE (-230/ -200)/ PRE OL | Week 1 | | | | 130(-105 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*   with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All AEs for randomized patients are listed.
     ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3257

CONFIDENTIAL
AZSER12775930

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0006032 | OL | 36/Female /44.9 | OL_QTP /112 | | | | OTHER ANTIDEPRES SANTS/ TRAZODONE (-230/ -138)/ PRE OL | Week 2 | | | | 131/(-98) |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-112/ 93) | Week 12 | 153.00H( -28) F | YES | 6.8(-28) | 133/(-28) |
| | | | | | | | CALCIUM COMPOUNDS/ CALCIUM CARBONATE (-110/ 93) | Mean (post-en rollment ) | 153.00 | | 6.8 | 131 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All AEs for and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3258

CONFIDENTIAL
AZSER12775931

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment Days T#T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0006032 | RD | 36/Female /46.4 | QTP+VAL / 63 | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (13/ 17) | At randomiz ation | 121.00(1 ) F | YES | 6.3(1) | 134(1) |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ PSEUDOEPHE DRINE HYDROCHLOR IDE (43/ 48) | Week 4 | | | | 135(30) |
| | | | | | | | Mean (post-ra ndomizat ion) | | | | 135 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3259

CONFIDENTIAL
AZSER12775932

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (St art/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0006049 | OL | 38/Female /24.4 | OL CTP /121 | | | | OTHER PLAIN VITAMIN PREPARATIO NS/ TOCOPHEROL (-254/ 301)/ PRE OL | Enrollme nt | 88.00(-1 28) F | YES | 5.5(-128 ) | 77(-128) |
| | | | | | | | ASCORBIC ACID (VITAMIN C), PLAIN/ ASCORBIC ACID (-162/ 301)/ PRE OL | Week 1 | | | | 81(-112) |
| | | | | | | | VITAMIN A, PLAIN/ BETACAROTE NE (-162/ 301)/ PRE OL | Week 2 | | | | 83(-107) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from or to dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3260

CONFIDENTIAL
AZSER12775933

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment | Event P T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0006049 | OL | 38/Female /24.4 | OL QTP /121 | | | | OTHER THERAPEUTIC PRODUCTS/ (-134/ 301)/ PRE OL | Week 12 | 92.00(-36) F | NO | 5.3(-36) | 82(-36) |
| | | | | | | | LITHIUM/ LITHIUM (-121/ 301) | Mean (post-en rollment ) | 92.00 | | 5.3 | 82 |
| | RD | 38/Female /25.4 | QTP+LI /271 | | | | | At randomiz ation | 85.00(1) F | YES | 5.5(1) | 81(1) |
| | | | | | | | | Week 4 | | | | 82(27) |
| | | | | | | | | Week 8 | | | | 84(55) |
| | | | | | | | | Week 12 | 77.00(10 5) F | YES | 5.7(105) | 87(105) |
| | | | | | | | | Week 28 | 109.00(2 09) F | YES | 5.7(209) | 85(209) |
| | | | | | | | | Week 40 | 130.00H( 272) | YES | 5.9(272) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   #  All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12775934

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment (Day*) | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0006049 | RD | 38/Female /25.4 | QTP+LI /271 | | | | Mean (post-ra ndomizat ion) | 105.33 | | 5.8 | 85 |
| D1447C00127 /E0007008 | OL | 59/Male /28.7 | OL QTP /115 | | DIABETES (1997) | BENZODIAZE PINE DERIVATIVE S/ ALPRAZOLAM (-486/ -44)/ PRE OL | Enrollme nt | 196.00H(-120) R | NO | 7.9H(-12 0) | 96(-120) |
| | | | | | MIGRAINE - RECURRENT | SULFONAMID ES,UREA DERIVATIVE S/ GLIMEPIRID E(-303/ 41)/ PRE OL | Week 2 | | | | 94(-99) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
   *  with a >=1.5 unit increase in HbA1c any time during the study.
   *  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  **  Blood sampling >8 hours after last meal, i.e. documented fasting.
        ## All prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
                F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas  06JUN2007:13:47 luchen

3262

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBAlc (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007008 | OL | 59/Male /28.7 | OL QTP /115 | | INSOMNIA | INSULINS AND ANALOGUES, LONG-ACTIN G/ INSULIN GLARGINE (-21)/ PRE 41)/ OL | Week 12 | | | | 97 (-29) |
| | | | | | NECK PAIN | CARBAMIC ACID ESTERS/ METHOCARBA MOL (-193)/ -44)/ PRE OL | Mean (post-en rollment ) | | | | 96 |
| | | | | | DOUBLE VISION RECURRENT DUE TO NECK SURGERY | OTHER ANTIDEPRES SANTS/ TRAZODONE (-180)/ -88)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
    ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47  luchen

3263

CONFIDENTIAL
AZSER12775936

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007008 | OL | 59/Male /28.7 | OL QTP /115 | | ELEVATED POTASSIUM | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | PARACETAMO L (-151/ -71)/ PRE OL | | | | | |
| | | | | | | ANILIDES/ | | | | | |
| | | | | | | PARACETAMO L (-151/ 41)/ PRE OL | | | | | |
| | | | | | | OTHER LIPID MODIFYING AGENTS/ FISH OIL (-134/ 41)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.1st  a13.sas  06JUN2007:13:47  luchen

3264

CONFIDENTIAL
AZSER12775937

Case 6:06-md-01769-ACC-DAB   Document 1364-34   Filed 03/12/09   Page 65 of 100 PageID 89975

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/<br>Patient | Phase | Age/Sex/<br>Baseline<br>BMI | Treat-<br>ment<br>Days<br>On<br>Treat-<br>ment | Adverse<br>Event<br>PT##<br>(Start/Sto<br>p Day*) | Medical<br>history | Medication<br>Class/<br>Generic Na<br>me##<br>(Start/Sto<br>p Day*) | Visit | Glucose<br>mg/dL<br>(Day*) | Fast-<br>ing**<br>(YES/<br>NO) | HBA1C<br>(Day*) | Weight<br>kg<br>(Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127<br>/E0007008 | OL | 59/Male<br>/28.7 | OL QTP<br>/115 | | | OTHER<br>PLAIN<br>VITAMIN<br>PREPARATIO<br>NS/<br>TOCOPHEROL<br>(-134/<br>411)/ PRE<br>OL | | | | | |
| | | | | | | FATTY<br>ACID<br>DERIVATIVE<br>S/<br>VALPROATE<br>SEMISODIUM<br>-95/115/<br>-95) | | | | | |
| | | | | | | FATTY<br>ACID<br>DERIVATIVE<br>S/<br>VALPROATE<br>SEMISODIUM<br>(-94/<br>-57) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3265

CONFIDENTIAL<br>AZSER12775938

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c

Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007008 | OL | 59/Male /28.7 | OL QTP /115 | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-71/ -39) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-56/ 76) | | | | | |
| | | | | | | OTHER OPIOIDS/ PARACETAMO L (-44/ -29) | | | | | |
| | RD | 60/Male /28.9 | QTP+VAL 11 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (77/ 81) | At randomiz ation | 151.0OH (1) R | YES | 7.0(1) | 97(1) |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3266

CONFIDENTIAL
AZSER12775939

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007008 | RD | 60/Male /28.9 | QTP+VAL / 11 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (82/ 86) | Week 4 | | | | 101(28) |
| | | | | | | | Week 8 | | | | 101(56) |
| | | | | | | | Week 8 | | | | 102(70) |
| | | | | | | | Week 12 | 155.00H( 71) F | NO | 7.5(71) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 155.00 | | 7.5 | 101 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs potentially associated with diabetes mellitus.
# All prior and concomitant medications are listed.
F=Glucose fasting; R=Glucose non-fasting (random).

3267

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12775940

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event T=## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007011 | OL | 51/Female /55.8 | OL QTP / 92 | | CHRONIC SINUSITIS | THYROID HORMONES/ LEVOTHYROX INE SODIUM (-8065/ 74)/ PRE OL | Enrollme nt | 146.00H( -99) R | NO | 7.3(-99) | 158(-99) |
| | | | | | DIABETES | COXIBS/ CELECOXIB (-2951/ 74)/ PRE OL | Week 1 | | | | 158(-85) |
| | | | | | POLYCYSTIC OVARIAN DISEASE | BETA BLOCKING AGENTS, NON-SELECT IVE/ PROPRANOLO L HYDROCHLOR IDE (-1856/ 74)/ PRE OL | Week 2 | | | | 158(-78) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AES potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3268

CONFIDENTIAL
AZSER12775941

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P'T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007011 | OL | 51/Female /55.8 | OL CTP / 92 | | ARTHRITIS | BIGUANIDES / METFORMIN (-18/6 / 74)/ PRE OL | Mean (post-en rollment ) | | | | 158 |
| | | | | | | | | | | | |
| | | | | CHRONIC MIGRAINE HEADACHES | DIPHENYLPR OPYLAMINE DERIVATIVE S/ PARACETAMO L (-1856/ 74)/ PRE OL | | | | | |
| | | | | HYPOTHYROI DISM | DRUGS USED IN NICOTINE DEPENDENCE / BUPROPION HYDROCHLOR IDE (-1125/ -64)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

06JUN2007:13:47 luchen

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas

3269

CONFIDENTIAL
AZSER12775942

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (St art/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007011 | OL | 51/Female /55.8 | OL QTP / 92 | | TOE NAIL INFECTION (R) GREAT | BENZODIAZE PINE DERIVATIVE S/ DIAZEPAM (-1125/ 74) / PRE OL | | | | | |
| | | | | | BLADDER CANCER | OTHER ANTIEPILEP TICS/ TOPIRAMATE (-760/ -93) / PRE OL | | | | | |
| | | | | | SEASONAL ALLERGIES | ASCORBIC ACID (VITAMIN C) PLAIN/ ASCORBIC ACID (-395/ 74) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3270

CONFIDENTIAL
AZSER12775943

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007011 | OL | 51/Female /55.8 | OL QTP / 92 | | NECK INJURY | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (-395/ 74)/ PRE OL | | | | | |
| | | | | | CERVICAL NECK PAIN | SUBSTITUTE D ALKYLAMINE S/ CHLORPHENA MINE MALEATE (-395/ 74)/ PRE OL | | | | | |
| | | | | | RECURRENT COLITIS | VITAMIN B-COMPLEX, PLAIN/ PYRIDOXINE HYDROCHLOR IDE (-395/ 74)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*    with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
     **  Blood sampling >8 hours after last meal, i.e. documented fasting.
          ## All AEs for non-concomitant medications are listed.
          ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst al3.sas 06JUN2007:13:47 luchen

3271

CONFIDENTIAL
AZSER12775944

D1447c00127

11.3.12-3 Patients with high glucose and HBAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007011 | OL | 51/Female /55.8 | OL QTP / 92 | | | SELECTIVE SEROTONIN (5HT1) AGONISTS/ ELETRIPTAN HYDROBROMI DE (-319/ 74)/ PRE OL CEPHALOSPO RINS AND RELATED SUBSTANCES CEFALEXIN (-103/ -97)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HBAlc any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3272

CONFIDENTIAL
AZSER12775945

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event ## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007011 | OL | 51/Female /55.8 | OL QTP / 92 | | | | COMB OF SULFONAMID ES/TRIMETH OPRIM INCL DERIVATIVE S/ SULFAMETHO XAZOLE (-103/ -93)/ PRE OL | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-59/ -59) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs for the treatment period are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3273

CONFIDENTIAL
AZSER12775946

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me* (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007011 | OL | 51/Female /55.8 | OL QTP / 92 | | | COMB OF SULFONAMID ES/TRIMETH OPRIM INCL DERIVATIVE S/ SULFAMETHO XAZOLE (-85/ -75) | | | | | |
| | | | | | | MORPHINAN DERIVATIVE S/ BUTORPHANO L TARTRATE (-66/ -66) | | | | | |
| | | | | | | PHENOTHIAZ INE DERIVATIVE S/ PROMETHAZI NE (-66/ -65) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

3274

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12775947

D1447c00127
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlc (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007011 | OL | 51/Female /55.8 | OL QTP / 92 | | | ACETIC ACID DERIVATIVE S AND RELATED SUBSTANCES / KETOROLAC TROMETHAMI NE (-65/ -65) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-65/ -65) | | | | | |
| | | | | | | ELECTROLYT E SOLUTIONS/ POTASSIUM (-65/ -65) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from or 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3275

CONFIDENTIAL
AZSER12775948

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007011 | OL | 51/Female /55.8 | OL QTP / 92 | | | ERGOT ALKALOIDS/ | | | | | |
| | | | | | | DIHYDROERG OTAMINE MESILATE (-65/ -65) | | | | | |
| | | | | | | ORGANIC NITRATES/ GLYCERYL TRINITRATE (-65/ -65) | | | | | |
| | | | | | | PLATELET AGGREGATIO N INHIBITORS EXCL. HEPARIN/ ACETYLSALI CYLIC ACID (-65/ -65) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
    ** Blood sampling >8 hours after last meal, i.e. documented fasting.
        # All AEs or prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

3276

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12775949

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YEs/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007011 | OL | 51/Female /55.8 | OL QTP / 92 | | | PROPULSIVE S/ METOCLOPRA MIDE (-65/ -65) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-58/ 74) | | | | | |
| | | | | | | FLUOROQUIN OLONES/ CIPROFLOXA CIN (-42/ -32) | | | | | |
| | | | | | | CALCIUM/ CALCIUM (-29/ 74) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
   * with a >=1.5 unit increase in HbA1c any time during the study.
   * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
        ## All AEs prior and concomitant medications are listed.
       ### All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3277

CONFIDENTIAL
AZSER12775950

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007011 | RD | 51/Female /51.4 | PLA+VAL / 44 | | | MORPHINAN DERIVATIVE S/ BUTORPHANO L TARTRATE (14/ 14) | At randomiz ation | 138.00H( -1) R | NO | 7.3(-1) | 145(-1) |
| | | | | | | PENICILLIN S WITH EXTENDED SPECTRUM/ AMOXICILLI N (22/ 31) | Week 12 | 182.00H( 15) R | NO | | |
| | | | | | | | Mean (post-ra ndomizat ion) | 182.00 | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*  with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
#   All prior and concomitant medications are listed
##  All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3278

CONFIDENTIAL
AZSER12775951

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P'T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007047 | OL | 72/Male /28.8 | OL QTP /140 | | DIABETES | VITAMIN D AND ANALOGUES/ ERGOCALCIF EROL (-5464/ 2761)/ PRE OL | Enrollme nt | 115.00(- 147) F | NO | 6.2(-147 ) | 89(-147) |
| | | | | | ULCERATIVE COLITIS | MULTIVITAM INS WITH MINERALS/ VITAMINS NOS (-5464/ 465)/ PRE OL | Week 1 | | | | 89(-133) |
| | | | | | ARTHRITIS | CALCIUM, COMBINATIO NS WITH OTHER DRUGS/ CALCIUM (-1811/ 2761)/ PRE OL | Week 12 | | | | 89(-56) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*    with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
   #  All AEs prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3279

CONFIDENTIAL
AZSER12775952

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | OL QTP | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007047 | OL | 72/Male /28.8 | OL QTP /140 | | | SEASONAL ALLERGIES | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-232/ -225) / PRE OL | Week 12 | 128.00H(-55) F | YES | 6.5(-55) | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-224/ -218) / PRE OL | Mean (post-en rollment ) | 128.00 | | 6.5 | 89 |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-217/ -214) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All medications listed are concomitant medications.
   ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3280

CONFIDENTIAL
AZSER12775953

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | OL/ OTP | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007047 | OL | 72/Male /28.8 | /140 | OL OTP | | | OTHER ANTIPSYCHO TICS/ RISPERIDON E (-213)/ -148)/ PRE OL | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-213/ -84)/ PRE OL | | | | | |
| | | | | | | | OXICAMS/ MELOXICAM (-82)/ -114/ | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL OTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All AEs and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3281

CONFIDENTIAL
AZSER12775954

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event ‡†## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (St art/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007047 | OL | 72/Male /28.8 | OL QTP /140 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-83/ 465)  SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (-34/ 465) | | | | | |
| | RD | 72/Male /28.9 | QTP+VAL /435 | | | OPIUM ALKALOIDS AND DERIVATIVE S/ PARACETAMO L (188/ 192) | At randomiz ation | 121.00(1 ) F | YES | 6.8(1) | 90(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs or prior and concomitant medications are listed.
‡ All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3282

CONFIDENTIAL
AZSER12775955

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | T#/ T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007047 | RD | 72/Male /28.9 | QTP:VAL /435 | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN (188/ 192) | Week 4 | | | | 90(29) |
| | | | | | | | | | | | |
| | | | | | | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (240/ 243) | Week 8 | | | | 87(57) |
| | | | | | | | Week 12 | | | | |
| | | | | | | | Week 28 | 178.00H( 85) F | NO | 6.7(85) | 91(85) |
| | | | | | | | Week 28 | 198.00H( 197) F | YES | 7.3(197) | 91(197) |
| | | | | | | | Week 40 | | | 7.2(205) | |
| | | | | | | | Week 52 | 143.00H( 278) F | NO | 7.2(278) | 90(278) |
| | | | | | | | | 141.00H( 365) F | YES | 7.4(365) | 89(365) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
    or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3283

CONFIDENTIAL
AZSER12775956

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007047 | RD | 72/Male /28.9 | QTP+VAL /435 | | | | Week 68 | 139.00H( 435) F | YES | 7.5(435) | 89(435) |
| | | | | | | | Mean (post-ra ndomizat ion) | 159.80 | | 7.2 | 90 |
| D1447C00127 /E0007049 | OL | 34/Female /25.3 | OL QTP / 7 | | DIABETES | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-166/ 7)/ PRE OL | Enrollme nt | 143.00H( -7) F | NO | 6.8(-7) | |
| | | | | | SYNCOPE | DRUGS USED IN NICOTINE DEPENDENCE /BUPROPION HYDROCHLOR IDE (-80/ 37)/ PRE OL | Week 12 | 221.00H( 8) R | NO | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
   or with a >=1.5 unit increase in HbA1c any time during the study.
 *  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All AEs prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

3284

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12775957

D1447c00127
11.3.12-3 Patients with high glucose and HBA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0007049 | OL | 34/Female /25.3 | OL CTP / 7 | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-7/ -7)  FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (8/ 37) | Mean (post-en rollment) | 221.00 | | | |
| D1447C00127 /E0008004 | OL | 47/Female /32.3 | OL CTP /253 | DIABETES MELLITUS NON-INSULI N-DEPENDEN T (-85/2) | HYPERTENSI ON | ANGIOTENSI N II ANTAGONIST S, PLAIN/  VALSARTAN (-385/ 32)/ PRE OL | Enrollme nt | 137.00H( -260) R | YES | 6.6(-260 ) | 85 (-260) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
with a >=1.5 unit increase in HBA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

06JUN2007:13:47 luchen

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas

3285

CONFIDENTIAL
AZSER12775958

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P'T## P'T (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008004 | OL | 47/Female /32.3 | OL QTP /253 | | MIGRAINE HEADACHES | LITHIUM/ LITHIUM (-253/ -227) | Week 1 | | | | 85 (-246) |
| | | | | | | LITHIUM/ LITHIUM (-226/ 32) | Week 12 | | | | 95 (-169) |
| | | | | | | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (-33/ -33) | Week 24 | 168.00H( -85) F | NO | 7.2 (-85) | 95 (-85) |
| | | | | | | | Mean (post-en rollment ) | 168.00 | | 7.2 | 92 |
| | RD | 48/Female /41.4 | QTP+LI /2 | | | BIGUANIDES /METFORMIN (2/ 32) | At randomiz ation | 249.00H( -1) F | NO | 8.0H(-1) | 109(-1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3286

CONFIDENTIAL
AZSER12775959

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008015 | OL | 54/Female /27.9 | OL QTP /112 | | HYPERTENSI ON | OTHER ANTIPSYCHO TICS/ RISPERIDON E (-122/ -105)/ PRE OL | Enrollme nt | 85.00(-1 19) F | YES | 6.0(-119 ) | 85 (-119) |
| | | | | | ARRHYTHMIA | BETA BLOCKING AGENTS, SELECTIVE/ | Week 12 | 81.00(-2 8) F | YES | 5.7(-28) | 92 (-28) |
| | | | | | | METOPROLOL SUCCINATE (-122/ 496)/ PRE OL | | | | | |
| | | | | | BRONCHITIS | IMIDAZOLIN E RECEPTOR AGONISTS/ | Mean (post-en rollment ) | 81.00 | | 5.7 | 92 |
| | | | | | | CLONIDINE (-122/ 496)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All AEs prior to and concomitant medications are listed.
    ##  All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3287

CONFIDENTIAL
AZSER12775960

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008015 | OL | 54/Female /27.9 | OL QTP /112 | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-112/ 496) OTHER ANTIPSYCHO TICS/ RISPERIDON E (-104/ -98) | | | | | | | |
| | RD | 54/Female /30.2 | QTP+VAL /466 | | HYPERGLYCA EMIA (57/466) | | PLATELET AGGREGATIO N INHIBITORS EXCL. HEPARIN/ ACETYLSALI CYLIC ACID (10/ 496) | At randomiz ation | 83.00(1) F | YES | 5.9(1) | 91(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs (prior and concomitant medications) are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3288

CONFIDENTIAL
AZSER12775961

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment | Treatment Days On Treatment Day* | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Name (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008015 | RD | 54/Female /30.2 | QTP+VAL /466 | | | | ADRENERGIC S/OTHER DRUGS FOR OBSTR. AIRWAY DISEASES/ (82/ 496) | Week 4 | | | | 95(30) |
| | | | | | | | SALBUTAMOL (82/ 496) | | | | | |
| | | | | | | | AMINOALKYL ETHERS/ CARBINOXAM INE MALEATE (196/ 496) | Week 8 | | | | 98(57) |
| | | | | | | | FLUOROQUIN OLONES/ GATIFLOXAC IN (240/ 246) | Week 12 | 122.00(8 5) | NO F | 6.0(85) | 97(85) |
| | | | | | | | GLUCOCORTI COIDS/ PREDNISONE (240/ 246) | Week 12 | | | 6.1(95) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      or with a >=1.5 unit increase in HbA1c any time during the study.
      ## All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas  06JUN2007:13:47 luchen

3289

CONFIDENTIAL
AZSER12775962

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008015 | RD | 54/Female /30.2 | QTP:VAL /466 | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (240/ 249) | Week 28 | 146.00H( 197) F | YES | 6.8(197) | 102(197) |
| | | | | | | SUBSTITUTE D ALKYLAMINE S/ BROMPHENIR AMINE TANNATE (242/ 496) | Week 28 | | | 6.7(214) | |
| | | | | | | DIPHENYLPR OPYLAMINE DERIVATIVE S/ DEXTROPROP OXYPHENE (334/ 496) | Week 40 | 93.00(28 2) F | YES | 6.9(282) | 105(282) |
| | | | | | | | Week 52 | 99.00(36 7) F | YES | 7.5(367) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3290

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12775963

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008015 | RD | 54/Female /30.2 | QTP+VAL /466 | | | | Week 68 | 101.00(4 66) F | YES | 6.9(466) | 105(466) |
| | | | | | | | Mean (post-ra ndomizat ion) | 112.20 | | 6.7 | 100 |
| D1447C00127 /E0008021 | OL | 55/Male /24.7 | OL QTP /258 | HYPERGLYCA EMIA (-202/232) | ARTHRITIS (SHOULDER) | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-258/ -230) | Enrollme nt | | | 7.0(-265 ) | 871(-265) |
| | | | | | | LAXATIVES/ (-244/ -214) | Enrollme nt | 112.00(- 263) F | YES | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All AEs and Concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3291

CONFIDENTIAL
AZSER12775964

Page 53 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event P™## (Start/Stop Day*) | Medical history | Medication Class/Generic Name# (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008021 | OL | 55/Male /24.7 | OL QTP /258 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-230/ 229) | Week 1 | | | | 90 (-251) |
| | | | | | | | Week 12 | 138.00H( -175) F | YES | 6.3 (-175 ) | 89 (-175) |
| | | | | | | | Week 12 | | | 6.5 (-146 ) | |
| | | | | | | | Week 24 | 133.00H( -90) F | NO | 6.9 (-90) | 88 (-90) |
| | | | | | | | Mean (post-en rollment ) | 135.50 | | 6.6 | 89 |
| | RD | 56/Male /26.7 | PLA+VAL /199 | | | | At randomiz ation | 143.00H( 1) F | YES | 8.2H(1) | 95 (1) |
| | | | | | | | Week 4 | | | | 94 (29) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3292

/csre/prod/seroquel/d1447c00127/sp/output/tif/t110311203.lst a13.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12775965

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0008021 | RD | 56/Male /26.7 | PLA+VAL /199 | | | | Week 8 | | | | 90(58) |
| | | | | | | | Week 12 | 120.00(8 6) F | YES | 7.3(86) | 87(86) |
| | | | | | | | Mean (post-ra ndomizat ion) | 120.00 | | 7.3 | 90 |
| D1447C00127 /E0010014 | OL | 23/Male | OL QTP / 85 | | | NICOTINIC ACID AND DERIVATIVE S/ NICOTINIC ACID (UNK/UNK)/ PRE OL | Enrolleme nt | | | 4.9(-93) | 66(-93) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.1st   al3.sas   06JUN2007:13:47 luchen

3293

CONFIDENTIAL
AZSER12775966

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medica- tion Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0010014 | OL | 23/Male | OL QTP / 85 | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS | Week 1 | | | | 66 (-79) |
| | | | | | | | FLUOXETINE HYDROCHLOR IDE (-394/ -79)/ PRE OL | | | | | |
| | | | | | | | DIAZEPINES ,OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-163/ -86)/ PRE OL | Week 2 | | | | 65 (-72) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3294

CONFIDENTIAL
AZSER12775967

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/Generic Name (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0010014 | OL | 23/Male | OL QTP /85 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-116/ -56)/ PRE OL | Mean (post-enrollment) | | | | 66 |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-55/ 147) | | | | | |
| | RD | 23/Male /24.6 | QTP+VAL /424 | | | NEURAMINID ASE INHIBITORS/ OSELTAMIVI R (13/ 20) | At randomization | 86.00(-1 ) F | YES | 5.2(-1) | 69 (-1) |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All AEs prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t110311203.lst  al3.sas  06JUN2007:13:47 luchen

3295

CONFIDENTIAL
AZSER12775968

D1447C00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population
Medication

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0010014 | RD | 23/Male /24.6 | QTP+VAL /424 | | | ANILIDES/ | Week 4 | | | | 66(20) |
| | | | | | | PARACETAMO L (13/ 21) | | | | | |
| | | | | | | ANILIDES/ | Week 8 | | | | 64(48) |
| | | | | | | PARACETAMO L (33/ 36) | | | | | |
| | | | | | | PYRAZOLONE S/ PARACETAMO L (41/ 48) | Week 12 | 239.00H( 85) F | NO | 5.0(85) | 68(85) |
| | | | | | | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (41/ 48) | Week 28 | 136.00H( 196) F | NO | 5.1(196) | 70(196) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   #  AEs prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3296

CONFIDENTIAL
AZSER12775969

D1447C00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment Day*) | Adverse Event T*## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0010014 | RD | 23/Male /24.6 | QTP+VAL /424 | | | PYRAZOLONE S/ PARACETAMO L (78/ 81) | Week 40 | 82.00(28 4) F | YES | 5.0(284) | 70(284) |
| | | | | | | H2-RECEPTO R ANTAGONIST S/ FAMOTIDINE (82/ 82) | Week 52 | 195.00H( 364) F | YES | 5.2(364) | 60(364) |
| | | | | | | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (139/ 142) | Week 68 | 93.00(42 5) F | YES | 4.9(425) | 73(425) |
| | | | | | | DRUGS USED IN NICOTINE DEPENDENCE / NICOTINE (165/ 366) | Mean (post-ra ndomizat ion) | 149.00 | | 5.0 | 67 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c at any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AE$ potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3297

CONFIDENTIAL
AZSER12775970

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P'T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0010014 | RD | 23/Male /24.6 | QTP+VAL /424 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (168/ 454)<br><br>NATURAL OPIUM ALKALOIDS/ CODEINE PHOSPHATE (195/ 195)<br><br>CEPHALOSPO RINS AND RELATED SUBSTANCES / CEFPROZIL (223/ 233) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from or 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs for concomitant medication are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3298

CONFIDENTIAL
AZSER12775971

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medica- tion Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0010014 | RD | 23/Male /24.6 | QTP+VAL /424 | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM (333/ 340) | | | | | |
| | | | | | | CENTRALLY ACTING SYMPATHOMI METICS/ METAMFETAM INE (366/ 403) | | | | | |
| | | | | | | PROTON PUMP INHIBITORS / OMEPRAZOLE (403/ 423) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from or dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs for concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3299

CONFIDENTIAL
AZSER12775972

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0010014 | RD | 23/Male /24.6 | QTP+VAL /424 | | | OTHER CENTRALLY ACTING AGENTS/ CYCLOBENZA PRINE HYDROCHLOR IDE (417/ 419) | | | | | |
| D1447C00127 /E0020014 | OL | 36/Female /36.8 | OL,QTP /224 | | TENSION HEADACHES | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (UNK/UNK)/ PRE OL | Enrollme nt | 129.00H( -7) R | YES | | |
| | | | | | MIGRAINE HEADACHES | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (UNK/UNK)/ PRE OL | Enrollme nt | | | 6.9(274) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All medications are listed.
# AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3300

CONFIDENTIAL
AZSER12775973