D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event P†## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0020014 | OL | 36/Female /36.8 | OL QTP /224 | | | ASTHMA | | Week 24 | 160.00H( 165) F | YES | 6.6(165) | |
| | | | | | | OSTEOARTHR ITIS | | Week 24 | | | 7.0(200) | |
| | | | | | | HAY FEVER | | Week 24 | | | 7.6H(225 ) | |
| | | | | | | ALLERGY TO SULFA | | Week 24 | | | 7.2(246) | |
| | | | | | | POLLEN ALLERGY | | Mean (post-en rollment ) | 160.00 | | 7.1 | |
| | | | | | | CYST (R) TEMPLE | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (1/ 4) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*    to sampling/onset/stop from or with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All prior and concomitant medications are listed.
     ## All AES potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47  luchen

3301

CONFIDENTIAL
AZSER12775974

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0020014 | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (5/ 7) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (8/ 14) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (15/ 222) | | | | | |
| | | | | | | SELENIUM/ SELENIUM (152/ 254) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

Note: Patients with last glucose value >=126mg/dl...

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3302

CONFIDENTIAL
AZSER12775975

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0020014 | | | | | | ANTIPSYCHO TICS/ ARIPIPRAZO LE (225/ 232) | | | | | |
| D1447C00127 /E0020055 | OL | 44/Female /35.3 | OL QTP / 11 | | ENVIRONMEN TAL ALLERGIES | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN | Enrollme nt | 162.00H( -6) R | NO | 6.6(-6) | |
| | | | | | | (UNK/UNK)/ PRE OL | | | | | |
| | | | | | DIABETES | SULFONAMID ES,UREA DERIVATIVE S/ GLIPIZIDE | Week 4 | | | 6.7(14) | |
| | | | | | | (UNK/UNK)/ PRE OL | | | | | |
| | | | | | SARCOLDSIS | | Week 12 | 203.00H( 14) R | NO | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  or with a >=15 unit increase in HbA1c any time during the study.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All AEs prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3303

CONFIDENTIAL
AZSER12775976

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment PT## (Start/Sto p Day*) | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0020055 | OL | 44/Female /35.3 | OL QTP / 11 | | | OSTEOARTHR ITIS | | Mean (post-en rollment ) | 203.00 | | 6.7 | |
| | | | | | | ENVIRONMEN TAL ALLERGIES | | | | | | |
| | | | | | | FOOD ALLERGY - SHELLFISH | | | | | | |
| | | | | | | TONSILLITI S | | | | | | |
| | | | | | | TENSION HEADACHES | | | | | | |
| | | | | | | SINUS HEADACHES | | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (1/ 6) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study.
\* to sampling/onset/stop from or with a >=1.5 unit increase in HbA1c any time during the study.
1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
\*\* Blood sampling >8 hours after last meal, i.e. documented fasting.
\#\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3304

CONFIDENTIAL
AZSER12775977

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medi- cation Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024007 | OL | 41/Male /22.6 | OL QTP /162 | | DIABETES | INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN LISPRO (UNK/UNK)/ PRE OL | Enrollme nt | 302.00H( -5) R | YES | 12.0H(-5 ) | |
| | | | | | NEUROTIC EXCORIATIO NS | INSULINS AND ANALOGUES, LONG-ACTIN G/ INSULIN GLARGINE (UNK/UNK)/ PRE OL | Week 12 | 84.00(78 ) F | YES | 10.6H78 ) | |
| | | | | | ANEMIA | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-31/ 91)/ PRE OL | Week 24 | 251.00H( 162) F | NO | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3305

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12775978

D1447c00127

11.3.12-3 Patients with high glucose and HBA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | FT## PT## (Start/Stop Day*) | Medical history | Medication Class/ Generic Name (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024007 | OL | 41/Male /22.6 | OL QTP /162 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (92/ 192) | Mean (post-enrollment) | 167.50 | | 10.6 | |
| | | | | | | NATURAL OPIUM ALKALOIDS/ MORPHINE SULFATE (119/ 124) | | | | | |
| | | | | | | GLYCOPEPTIDE ANTIBACTERIALS/ VANCOMYCIN (120) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HBA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3306

CONFIDENTIAL
AZSER12775979

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c

Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | PT## (Start/Sto Day*) | Adverse Event | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024007 | | | | | | | PENICILLIN S WITH EXTENDED SPECTRUM/ PIPERACILL IN SODIUM (120/ 120)/ FLUOROQUIN OLONES/ LEVOFLOXAC IN (122/ 129)/ CEPHALOSPO RINS AND RELATED SUBSTANCES / CEFALEXIN (129/ 133)/ | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from or with 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/ti103i1203.ist ai3.sas 06JUN2007:13:47 luchen

3307

CONFIDENTIAL
AZSER12775980

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | PT## (Start/Sto p Day*) | Medical history | Adverse Event Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024007 | | | | | | SULFONAMID ES/ SULFADIAZI NE SILVER (129/ 149) | | | | | |
| D1447C00127 /E0024011 | OL | 32/Male /22.1 | OL QTP /163 | | NAIL FUNGUS | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-220/ 1211/ PRE OL | Enrollme nt | 78.00(-1 70) R | NO | 5.3(-170 ) | 76(-170) |
| | | | | | | DIAZEPINES | Week 1 | | | | 84(-156) |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-170/ -163) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
      with a >=1.5 unit increase in HbA1c any time during the study.
      Blood sampling >8 hours after last meal, i.e. documented fasting.
   ** All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3308

CONFIDENTIAL
AZSER12775981

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024011 | OL | 32/Male /22.1 | OL QTP /163 | | | H2-RECEPTO R ANTAGONIST S/ FAMOTIDINE (-159/ 121) | Week 12 | 79.00(-8 6) F | NO | 5.3(-86) | 90 (-86) |
| | | | | | | ETHERS OF TROPINE OR TROPINE DERIVATIVE S/ BENZATROPI NE MESILATE (-156/ 121) | Mean (post-en rollment ) | 79.00 | | 5.3 | 87 |
| | | | | | | PROTON PUMP INHIBITORS / LANSOPRAZO LE (-156/ 121) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
    or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from or 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
    # All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes melitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3309

CONFIDENTIAL
AZSER12775982

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | TRT## (Start/Sto p Day*) | Adverse Event Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024011 | OL | 32/Male /22.1 | OL QTP /163 | | | | PROTON PUMP INHIBITORS / OMEPRAZOLE (-149/ 121) IODINE PRODUCTS/ IODINE (-144/ 121) OTHER ANTIFUNGAL S FOR TOPICAL USE/ TERBINAFIN E (-118/ 121) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3310

CONFIDENTIAL
AZSER12775983

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/Generic Name# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0024011 | OL | 32/Male/22.1 | OL QTP /163 | | | PENICILLINS WITH EXTENDED SPECTRUM/ AMOXICILLIN (-10/1) | | | | | |
| | RD | 33/Male/24.6 | PLA+VAL / 91 | | | | At randomization | 80.00(1) F | NO | 5.3(1) | 84 (1) |
| | | | | | | | Week 4 | | | | 84 (29) |
| | | | | | | | Week 8 | | | | 85 (61) |
| | | | | | | | Week 12 | 146.00H( 89) F | NO | 5.3 (89) | 91 (89) |
| | | | | | | | Week 12 | | | 5.4 (92) | 91 (92) |
| | | | | | | | Mean (post-ra ndomizat ion) | 146.00 | | 5.4 | 88 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
   *  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3311

CONFIDENTIAL
AZSER12775984

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024030 | OL | 44/Male /23.5 | OL QTP /256 | | DIABETES | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL (UNK/UNK)/ PRE OL | Enrollme nt | 222.00H( -261) F | YES | 6.0(-261 ) | 72 (-261) |
| | | | | | ASTHMA (W/ALLERGI ES) | COMBINATIO NS OF ORAL BLOOD GLUCOSE LOWERING DRUGS/ METFORMIN HIDROCHLOR IDE (-431/ -431)/ PRE OL | Week 2 | | | | 72 (-245) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
with a >=1.5 unit increase in HbA1c any time during the study.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3312

CONFIDENTIAL
AZSER12775985

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024030 | OL | 44/Male /23.5 | OL QTP /256 | | CLOSED HEAD INJURY | INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN ASPART (-431/ 399)/ PRE OL | Week 12 | 243.00H( -171) F | NO | 6.5(-171 ) | 74(-171) |
| | | | | | PROSTATITI S | INSULINS AND ANALOGUES, LONG-ACTIN G/ INSULIN GLARGINE (-431/ 399)/ PRE OL | Week 24 | 136.00H( -94) F | NO | 6.4(-94) | 79(-94) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3313

CONFIDENTIAL
AZSER12775986

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024030 | OL | 44/Male /23.5 | OL OTP /256 | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS | Mean (post-en rollment ) | 189.50 | | 6.5 | 75 |
| | | | | | | | SERTRALINE HYDROCHLOR IDE (-309/ -278) PRE OL | | | | | |
| | | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS | | | | | |
| | | | | | | | CITALOPRAM HYDROBROMI DE (-292/ -281) PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL OTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3314

CONFIDENTIAL
AZSER12775987

D1447c00127
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment | Treat- ment Days On Treat- ment P T## (Start/Sto p Day*) | Adverse Event P T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024030 | OL | 44/Male /23.5 | OL QTP /256 | | | | TETRACYCLI NES/ DOXYCYCLIN E (-278/ -248)/ PRE OL | | | | | |
| | | | | | | | DIAZEPINES | | | | | |
| | | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-275/ -261)/ PRE OL | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-275/ -235)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3315

CONFIDENTIAL
AZSER12775988

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024030 | OL | 44/Male /23.5 | OL QTP /256 | | | DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-260/ -256) FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-234/ -193) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3316

CONFIDENTIAL
AZSER12775989

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment (Start/Sto p Day*) | Adverse Event T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024030 | OL | 44/Male /23.5 | OL QTP /256 | | | | BETA BLOCKING AGENTS; NON-SELECT IVE; PROPRANOLO L HYDROCHLOR IDE (-227/ -213) ETHERS OF TROPINE OR TROPINE DERIVATIVE S/ BENZATROPI NE MESILATE (-213/ -206) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
        ## All prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
                F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3317

CONFIDENTIAL
AZSER12775990

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024030 | OL | 44/Male /23.5 | OL QTP /256 | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-192/ -184)<br><br>FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-183/ 370)<br><br>CEPHALOSPO RINS AND RELATED SUBSTANCES / CEPHALEXIN (-176/ -171) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
    *  with a >=1.5 unit increase in HbA1c any time during the study.
   ** to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
      Blood sampling >8 hours after last meal, i.e. documented fasting.
       ##  All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
           F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3318

CONFIDENTIAL
AZSER12775991

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | ET## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024030 | OL | 44/Male /23.5 | OL QTP /256 | | | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | PARACETAMO L (-176/ -171) | | | | | |
| | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / ESCITALOPR AM OXALATE (-143/ -94) | | | | | |
| | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / ESCITALOPR AM OXALATE (-93/ -80) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3319

CONFIDENTIAL
AZSER12775992

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Concomitant Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024030 | OL | 44/Male /23.5 | OL QTP /256 | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-11/ 399) | | | | | |
| | | | | | | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (-11/ 399) | | | | | |
| | RD | 45/Male /26.4 | PLA+VAL /369 | | | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (318/ 399) | At randomiz ation | 184.00H( -1) F | NO | 6.4(-1) | 81(-1) |
| | | | | | | | Week 4 | | | | 81(21) |
| | | | | | | | Week 8 | | | | 78(48) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  ## All AEs prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

3320

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.1st  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12775993

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment Day* | Treatment PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024030 | RD | 45/Male /26.4 | PLA+VAL /369 | | | | Week 12 | 193.00H(81) F | YES | 6.3(81) | 78(81) |
| | | | | | | | Week 28 | | | 6.7(201) | 78(201) |
| | | | | | | | Week 40 | 59.00(28 5) F | YES | 6.8(285) | 81(285) |
| | | | | | | | Week 52 | | | 7.3(371) | 79(370) |
| | | | | | | | Week 52 | 109.00(3 71) F | YES | | |
| | | | | | | | Mean (post-ra ndomizat ion) | 120.33 | | 6.8 | 79 |
| D1447C00127 /E0024041 | OL | 41/Female /31.6 | OL QTP / 23 | | ALOPECIA | SELECTIVE SEROTONIN REUPTAKE INHIBITORs / PAROXETINE HYDROCHLOR IDE (UNK(/-17)/ PRE OL | Enrollme nt | 241.00H(-7) F | YES | 7.1(-7) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting, R=Glucose non-fasting (random).

3321

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas  06JUN2007:13:47  luchen

CONFIDENTIAL
AZSER12775994

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024041 | OL | 41/Female /31.6 | OL QTP / 23 | | | MUSCLE/NEC K PAIN | OTHER CENTRALLY ACTING AGENTS/ CYCLOBENZA PRINE HYDROCHLOR IDE (UNK/-7)/ PRE OL | Week 4 | | | 7.0(24) | |
| | | | | | | | BENZODIAZE PINE DERIVATIVE S/ ALPRAZOLAM (-32)/ PRE OL | Week 12 | 156.00H( 24) F | NO | | |
| | | | | | | | OTHER ANTIDEPRES SANTS/ TRAZODONE (-32)/ PRE OL | Mean (post-en rollment ) | 156.00 | | 7.0 | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3322

CONFIDENTIAL AZSER12775995

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024041 | OL | 41/Female /31.6 | OL QTP / 23 | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-27/ -25)/ PRE OL | | | | | | |
| | | | | | DIAZEPINES | | | | | | |
| | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-27/ -20)/ PRE OL | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All AEs prior and concomitant medications are listed.
         ## All AEs potentially associated with diabetes mellitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3323

CONFIDENTIAL
AZSER12775996

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024041 | OL | 41/Female /31.6 | OL QTP / 23 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-24/ -20)/ PRE OL | | | | | |
| | | | | | | LITHIUM/ LITHIUM CARBONATE (-19/ -15)/ PRE OL | | | | | |
| | | | | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-19/ -1)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3324

CONFIDENTIAL
AZSER12775997

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0024041 | OL | 41/Female /31.6 | OL QTP / 23 | | | LITHIUM/ LITHIUM CARBONATE (-14/ 53) PRE OL | | | | | |
| | | | | | | NATCHURAL OPIUM ALKALOIDS/ PARACETAMO L (1/ 3) | | | | | |
| | | | | | | IRON PREPARATIO NS/ IRON (1/ 53) | | | | | |
| | | | | | | BETA BLOCKING AGENTS, NON-SELECT IVE/ PROPRANOLO L (10/ 31) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  or with a >=1.5 unit increase in HbA1c any time during the study.
  ** Blood sampling >8 hours after last meal., i.e. documented fasting.
        # All prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
              F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3325

CONFIDENTIAL
AZSER12775998

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment — Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0025003 | OL | 48/Female /51.3 | OL QTP / 15 | DIABETES | ACE INHIBITORS ,PLAIN/ LISINOPRIL (UNK/UNK/) PRE OL | Enrollme nt | 155.00H( -6) R | NO | 8.5H(-6) | |
| | | | | FACIAL ACNE | BIGUANIDES / METFORMIN (UNK/UNK/) PRE OL | Week 4 | | | 8.4H(15) | |
| | | | | GERD | INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN (UNK/UNK/) PRE OL | Week 12 | 325.0H( 15) R | NO | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * with a >=1.5 unit increase in HbA1c any time during the study.
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 ## All prior and concomitant medications are listed.
 ## All AES potentially associated with diabetes mellitus.
 F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3326

CONFIDENTIAL
AZSER12775999

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment PT## (Start/Stop Day*) | Medical history | Adverse Event PT## Medication Class/ Generic Na me# (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0025003 | OL | 48/Female /51.3 | OL QTP / 15 | | HYPERTENSION | TETRACYCLINES/ MINOCYCLINE (UNK/UNK)/ PRE OL | Mean (post-enrollment | 325.00 | | 8.4 | |
| | | | | | DEVIATED SEPTUM | LOW-CEILING DIURETICS AND POTASSIUM-SPARING AGENTS/ HYDROCHLOROTHIAZIDE (-2908/ 45)/ PRE OL | | | | | |
| | | | | | ASTHMA ATTACKS | GLUCOCORTICOIDS/ BUDESONIDE (-717/ 45)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3327

CONFIDENTIAL
AZSER12776000

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0025003 | OL | 48/Female /51.3 | OL QTP / 15 | | | | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL (-71/ PRE 45)/ OL BENZODIAZE PINE DERIVATIVE S/ DIAZEPAM (-137/ -56)/ PRE OL OTHER ANTIEPILEP TICS/ LAMOTRIGIN E (-137/ -56)/ PRE OL | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3328

CONFIDENTIAL
AZSER12776001

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event I*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0025003 | OL | 48/Female /51.3 | OL QTP / 15 | | | PROTON PUMP INHIBITORS /RABEPRAZOL E SODIUM (-108/ 45)/ PRE OL | | | | | |
| | | | | | | OTHER ANTIPSYCHO TICS/ RISSPERIDON E (-777/ -56)/ PRE OL | | | | | |
| | | | | | | DIPHENYLPR OPILAMINE DERIVATIVE S/ PARACETAMO L (-2/ -12)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs and concomitant medications are listed.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3329

CONFIDENTIAL
AZSER12776002

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | PT## (Start/Sto p Day*) | Adverse Event | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0025003 | OL | 48/Female /51.3 | OL QTP / 15 | | | | | DIHYDROPYR IDINE DERIVATIVE S/ AMLODIPINE (-5/ 45) | | | | | |
| | | | | | | | | LITHIUM/ LITHIUM (1/ 45) | | | | | |
| | | | | | | | | GLUCOCORTI COIDS/ BUDESONIDE (13/ 13) | | | | | |
| | | | | | | | | SELECTIVE BETA-2-ADR ENORECEPTO R/ AGONISTS/ | | | | | |
| | | | | | | | | SALBUTAMOL (13/ 13) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All previous and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3330

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.1st   a13.sas   06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776003

Page 92 of 555

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | OL | 33/Male /29.8 | OL QTP /224 | | CHRONIC SINUSITIS (1994) | DRUGS USED IN NICOTINE DEPENDENCE / BUPROPION HYDROCHLOR IDE (-352/ -348) / PRE OL | Enrollme nt | 85.00(-2 31) R | NO | 5.5(-231 ) | 89(-231) |
| | | | | | INTERMITTE NT SHARP CHEST WALL PAIN (2001) | OTHER ANTIPSYCHO TICS/ RISPERIDON E (-342/ -338) / PRE OL | Week 1 | | | | 91(-217) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5-unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3331

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776004

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | OL | 33/Male /29.8 | OL QTP /224 | | LOW BACK PAIN (1989) | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / SERTRALINE HYDROCHLOR IDE /-333/ -331/ PRE OL | Week 2 | | | | 94 (-210) |
| | | | | | HIP PAIN (1989) | OTHER ANTIEPILEP TICS/ TOPIRAMATE /-3261/ -3261/ PRE OL | Week 12 | 114.00(- 140) F | NO | 5.7(-140 ) | 97(-140) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from or 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3332

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst al3.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776005

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | OL | 33/Male /29.8 | OL QTP /224 | | BILATERAL KNEE PAIN (2004) | DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ OLANZAPINE (-28)/ -263/ PRE OL | Week 24 | 77.00(-5 6) | NO | 5.7(-56) | 101(-56) |
| | | | | | BILATERAL FOOT PAIN (2004) | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN -279/ 565)/ PRE OL | Week 24 | | | 5.7(-43) | |
| | | | | | LEFT WRIST PAIN (1999) | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-245)/ -240/ PRE OL | Mean (post-en rollment ) | 95.50 | | 5.7 | 96 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3333

CONFIDENTIAL
AZSER12776006

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | OL | 33/Male /29.8 | OL QTP /224 | | BILATERAL ARM FRACTURES | DIAZEPINES | | | | | |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-239/ -231)/ PRE OL | | | | | |
| | | | | | FRACTURED RIGHT ANKLE (1985) | DIAZEPINES | | | | | |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-230/ -225) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * with a >=1.5 unit increase in HbA1c any time during the study.
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
        # All prior and concomitant medications are listed.
       ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3334

CONFIDENTIAL
AZSER12776007

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | OL | 33/Male /29.8 | OL QTP /224 | | | ARTHRITIS | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-223/ 535) | | | | | |
| | | | | | | BORDERLINE HYPERTENSI ON | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (-218/ -218) | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3335

CONFIDENTIAL
AZSER12776008

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event P T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | OL | 33/Male /29.8 | OL CTP /224 | | HEMORRHOID S | PLATELET AGGREGATIO N INHIBITORS EXCL. HEPARIN/ ACETYLSALI CYLIC ACID (-153/ 318) | | | | | |
| | | | | | HEADACHES | ANILIDES/ DIPHENHYDR AMINE (-14/ -140) | | | | | |
| | RD | 34/Male /33.4 | CTP VAL /535 | HYPERINSUL INAEMIA (477/540) | | BENZODIAZE PINE DERIVATIVE S/ ALPRAZOLAM (31/ 31) | At randomiz ation | 91.00(1) F | YES | 5.6(1) | 100(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
        or with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
     # All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting, R=Glucose non-fasting (random).

3336

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

CONFIDENTIAL
AZSER12776009

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event #T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | RD | 34/Male /33.4 | QTP↑VAL /535 | DIABETES MELLITUS NON-INSULI N-DEPENDEN T (533/540) | | BENZODIAZE PINE DERIVATIVE S/ ALPRAZOLAM (32/ 32) | Week 4 | | | | 102(29) |
| | | | | | | H2-RECEPTO R ANTAGONIST S/ RANITIDINE (203/ 274) | Week 8 | | | | 102(59) |
| | | | | | | MACROLIDES / AZITHROMYC IN (273/ 273) | Week 12 | 122.00(9 2) F | NO | 5.6(92) | 100(92) |
| | | | | | | MACROLIDES / AZITHROMYC IN (274/ 278) | Week 28 | 110.00(2 04) F | NO | 5.4(204) | 98(204) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776010

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P'T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | RD | 34/Male /33.4 | QTP+VAL /535 | | | MACROLIDES / AZITHROMYC IN (402/ 402) | Week 40 | 165.00H( 281) F | NO | 6.1(281) | 101(281) |
| | | | | | | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL (402/ 404) | Week 52 | 100.00(3 65) F | YES | 6.0(365) | 102(365) |
| | | | | | | MACROLIDES / AZITHROMYC IN (403/ 406) | Week 68 | 199.00H( 477) F | NO | 7.1(477) | 109(477) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AES potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3338

CONFIDENTIAL
AZSER12776011

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment (Day*) | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | RD | 34/Male /33.4 | QTP:VAL /535 | | | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ | Week 68 | | | 7.0(500) | |
| | | | | | | SALBUTAMOL /(605/ 425) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (536/ 565) | Week 84 | | | 7.7H(533 ) | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM (537/ 539) | Week 84 | | | | 106(540) |
| | | | | | | | Week 84 | | | 7.7H(540 ) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  *  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 **  Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed
     ##  All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3339

CONFIDENTIAL
AZSER12776012

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (St art/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026002 | RD | 34/Male /33.4 | QTP+VAL /535 | | | | Week 84 | 92.00(56 8) F | NO | | |
| | | | | | | | Week 84 | | | 6.6(568) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 131.33 | | 6.6 | 103 |
| D1447C00127 /E0026024 | OL | 35/Male /25 | OL QTP /224 | ANILIDES/ PARACETAMO L UNK/UNK)/ PRE OL | CHRONIC EAR INFECTIONS 1970-1986 | | Enrollme nt | 90.00(-2 31) F | NO | 5.1(-231 ) | 81(-231) |
| | | | | IMIDAZOLIN E RECEPTOR AGONISTS/ CLONIDINE (-245/ -231)/ PRE OL | TENSION HEADACHES ONGOING 1980 | | Week 1 | | | | 82(-217) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3340

CONFIDENTIAL
AZSER12776013

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026024 | OL | 35/Male /25 | OL QTP /224 | | POOR DENTITION, 1999 ONGOING WITH CAVITIES ON MOLARS | SELECTIVE SEROTONIN REUPTAKE INHIBITORS FLUOXETINE HYDROCHLOR IDE (-245/ -230)/ PRE OL | Week 12 | 170.00H( -140) F | YES | 5.3(-140 ) | 87(-140) |
| | | | | | HISTORY OF HYPERBILIRU BINEMIA EST 1986 | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-231/ -225) | Week 24 | 84.00(-5 6) F | NO | 5.5(-56) | 91(-56) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3341

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776014

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026024 | OL | 35/Male /25 | OL QTP /224 | | BILATERAL WRIST FRACTURES EST 1982 | IMIDAZOLIN E RECEPTOR AGONISTS/ | Mean (post-en rollment ) | 127.00 | | 5.4 | 87 |
| | | | | | | CLONIDINE (-230/ -230) | | | | | |
| | | | | RECURRENT RIGHT PATELLA DISLOCATIO NS EST 1982 | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-224/ -197) | | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-196/ -169) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs for concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3342

CONFIDENTIAL
AZSER12776015

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/<br>Patient | Phase | Age/Sex/<br>Baseline<br>BMI | Treat-<br>ment<br>Days<br>On<br>Treat-<br>ment | Adverse<br>Event<br>T*#<br>(Start/Sto<br>p<br>Day*) | Medical<br>history | Medication<br>Class/<br>Generic Na<br>me#<br>(Start/Sto<br>p Day*) | Visit | Glucose<br>mg/dL<br>(Day*) | Fast-<br>ing**<br>(YES/<br>NO) | HbA1c<br>(Day*) | Weight<br>kg<br>(Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127<br>/E0026024 | OL | 35/Male<br>/25 | OL QTP<br>/224 | | | FATTY<br>ACID<br>DERIVATIVE<br>S/<br>VALPROATE<br>SEMISODIUM<br>(-168/<br>-112) | | | | | |
| | | | | | | FATTY<br>ACID<br>DERIVATIVE<br>S/<br>VALPROATE<br>SEMISODIUM<br>(-111/<br>44) | | | | | |
| | | | | | | PROTON<br>PUMP<br>INHIBITORS<br>/<br>OMEPRAZOLE<br>(-108/<br>-76) | | | | | |
| | RD | 35/Male<br>/28.6 | PLA+VAL<br>/ 14 | HYPERGLYCA<br>EMIA<br>(15/15) | | | At<br>randomiz<br>ation | 104.00(1<br>) F | YES | 5.6(1) | 93(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3343

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776016

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/ Generic Name(Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0026024 | RD | 35/Male/28.6 | PLA+VAL/14 | HYPERINSULINAEMIA (15/15) | | | Week 4 | | | | 91(15) |
| | | | | | | | Week 12 | | | 5.7(15) | |
| | | | | | | | Week 12 | 167.00H(43) F | YES | | |
| | | | | | | | Mean (post-randomization) | 167.00 | | 5.7 | 91 |
| D1447C00127/E0026030 | OL | 34/Female/36 | OL QTP/99 | | GESTATIONAL DIABETES 1992-1993 | COMBINATIONS OF VITAMINS/ VITAMINS NOS (UNK/UNK)/ PRE OL | Enrollment | 166.00H(-5) F | NO | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs potentially associated with diabetes mellitus.
# All prior and concomitant medications are listed.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3344

CONFIDENTIAL
AZSER12776017

11.3.12-3 Patients with high glucose and HbA1c population
Open-label safety
D1447c00127

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment | Treat- ment Days On Treat- ment Day* | Adverse Event P*T## (Start/Sto p Day*) | Medical history | Medica- tion Class/ Generic Na me*# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026030 | OL | 34/Female /36 | OL QTP / 99 | | | SPONTANEOU SLY PASSED NEPHROLITH IASIS 1995 | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (UNK/UNK)/ PRE OL | Enrollme nt | | | 8.OH(-1) | |
| | | | | | | TENSION HEADACHES 1996 | DIAZEPINES AND OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-5/ -5) | Week 12 | 323.00H( 85) F | NO | 8.2H(85) | |
| | | | | | | TENDONITIS RIGHT/LEFT KNEE | DIAZEPINES AND OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-4/ -4) | Mean (post-en rollment ) | 323.00 | | 8.2 | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3345

CONFIDENTIAL
AZSER12776018

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Concomitant Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026030 | OL | 34/Female /36 | OL QTP / 99 | | | TENDONITIS RIGHT/LEFT ANKLE | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-3/ -2) | | | | | |
| | | | | | | OBESITY 1981 | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-1/ -1) | | | | | |
| | | | | | | CHRONIC BODY PAIN | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3346

CONFIDENTIAL
AZSER12776019

D1447c00127

11.3.12-3 Patients with high glucose and HBA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Treatment Start/Sto p Day*) | Adverse Event T#T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026030 | OL | 34/Female /36 | OL QTP / 99 | | | METHAMPHET AMINE DEPENDENCE | | | | | | |
| | | | | | | SUSTAINED FULL REMISSION | | | | | | |
| | | | | | | UPPER/LOWE R DENTURES CAUSED BY DENTOALVEO LAR | | | | | | |
| | | | | | | TONSILLITI S, 1980 | | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (1/ 17) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HBA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting,Y=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3347

CONFIDENTIAL
AZSER12776020

D1447c00127

11.3.12-3  Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlc (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0026030 | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (18/ 35) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (36/ 85) | | | | | |
| | | | | | | AMINOALKYL ETHERS/ DIPHENHYDR AMINE (58/ 63) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (86/ 113) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*   or with a >=1.5 unit increase in HbAlc any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
#   All prior and concomitant medications are listed.
##  All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3348

CONFIDENTIAL
AZSER12776021

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0029028 | OL | 40/Female / | OL QTP /145 | | | ALLERGIC TO ASPIRIN | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-145/ -131) | Enrollme nt | | | 6.4(-154 ) | 77(-154) |
| | | | | | | ALLERGIC TO PENICILLIN | AMINOALKYL ETHERS/ DIPHENHYDR AMINE (-144/ -143) | Week 1 | | | | 77(-138) |
| | | | | | | ENVIRONMEN TAL ALLERGIES | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-130/ 592) | Week 2 | | | | 79(-130) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed
  ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL AZSER12776022

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0029028 | OL | 40/Female / | OL QTP /145 | | BENIGN CYST LEFT BREAST | ANILIDES/ PARACETAMO L (-62/ -48) | Week 12 | 97.00(-6 0) F | YES | 6.6(-60) | 80 (-60) |
| | | | | | TORN LIGMAMENT, RIGHT KNEE | | Mean (post-en rollment ) | 97.00 | | 6.6 | 79 |
| | | | | | TORN RIGHT ACHILLES TENDON | | | | | | |
| | | | | | INTERMITTE NT MIGRAINE HEADACHES | | | | | | |
| | | | | | ABNORMAL THYROID DUCT | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*   with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
   #  All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting, R=Glucose non-fasting (random).

3350

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

CONFIDENTIAL
AZSER12776023

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment | Treat- ment Days On Treat- ment (Day*) | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0029028 | RD | 40/Female /27.9 | QTP+VAL /562 | | | | ANILIDES/ PARACETAMO L (131/ 139) | At randomiz ation | 95.00(1) F | YES | 5.6(1) | 78(1) |
| | | | | | | | ANILIDES/ PARACETAMO L (168/ 262) | Week 4 | | | | 79(32) |
| | | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (170/ 592) | Week 8 | | | | 77(60) |
| | | | | | | | DIAZEPINES , OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (563/ 592) | Week 12 | 87.00(88 ) F | YES | 5.1(88) | 77(88) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
    with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All AEs prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   al3.sas   06JUN2007:13:47 luchen

3351

CONFIDENTIAL
AZSER12776024

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Medication Class/ Generic Na me## (Start/Sto p Day*) | Medical history | Adverse Event I*T## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0029028 | RD | 40/Female /27.9 | QTP+VAL /562 | | | | Week 28 | 90.00(20 0) F | NO | 5.9(200) | 73(200) |
| | | | | | | | Week 40 | 88.00(29 1) F | YES | 5.1(291) | 74(291) |
| | | | | | | | Week 52 | 90.00(36 7) F | YES | 5.8(367) | 74(367) |
| | | | | | | | Week 68 | 90.00(47 9) F | YES | 6.6(479) | 73(479) |
| | | | | | | | Week 84 | | | | 71(563) |
| | | | | | | | Week 84 | 96.00(56 4) F | YES | 6.2(564) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 90.17 | | 5.8 | 75 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3352

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

CONFIDENTIAL
AZSER12776025

D1447c00127

11.3.12-3 Patients with high glucose and HBA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031011 | OL | 33/Female / | OL QTP /152 | | MIGRAINES | BETA BLOCKING AGENTS, NON-SELECT IVE/ PROPRANOLO L HYDROCHLOR IDE (UNK/UNK)/ PRE OL | Enrollme nt | | | | 104(-165 ) |
| | | | | | AMENORRHEA | OTHER ANTIDEPRES SANTS/ MIRTAZAPIN E (-164)/ -250)/ PRE OL | Enrollme nt | 92.00(-1 52) R | NO | 5.8(-152 ) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
with a >=1.5 unit increase in HBA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst al3.sas 06JUN2007:13:47 luchen

3353

CONFIDENTIAL
AZSER12776026

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031011 | OL | 33/Female | OL QTP /152 | | ELEVATED LIVER FUNCTION TESTS | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-250/ -152)/ PRE OL | Week 1 | | | | 104/(-145 ) |
| | | | | | OBESITY | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-250/ 88)/ PRE OL | Mean (post-en rollment ) | | | | 104 |
| | | | | | CONSTIPATI ON | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-50/ 25) | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

06JUN2007:13:47 luchen

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas

3354

CONFIDENTIAL
AZSER12776027

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P'T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031011 | OL | 33/Female / | OL_QTP /152 | | DISLOCATED RIGHT SHOULDER | | | | | | |
| | | | | | HYPERTENSI ON | | | | | | |
| | | | | | MRSA | | | | | | |
| | | | | | HYPERCHOLE STEROLEMIA | | | | | | |
| | RD | 33/Female /34.2 | PLA+VAL / 58 | | | | At randomiz ation | 99.00(1) F | YES | 6.0(1) | 105(1) |
| | | | | | | | Week 4 | | | | 105(29) |
| | | | | | | | Week 8 | | | | 105(58) |
| | | | | | | | Week 8 | | | | 104(59) |
| | | | | | | | Week 12 | 186.00H( 59) F | YES | 5.9(59) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 186.00 | | 5.9 | 105 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3355

CONFIDENTIAL
AZSER12776028

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event T*# (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBAlc (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031012 | OL | 45/Male /47 | OL QTP /252 | | DIABETES | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL (-1018/1 282)/ PRE OL | Enrollme nt | 223.00H( -7) R | NO | 7.3(-7) | |
| | | | | | HYPERTENSI ON | LEUKOTRIEN E RECEPTOR ANTAGONIST S/ MONTELUKAS T (-3609/ 282)/ PRE OL | Week 24 | 279.00H( 169) F | YES | 11.6H(16 9) | |
| | | | | | ASTHMA | BIGUANIDES / METFORMIN (-1891/ 282)/ PRE OL | Week 24 | | | 10.3H(19 8) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3356

CONFIDENTIAL
AZSER12776029

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031012 | OL | 45/Male /47 | OL QTP /252 | | | SLEEP APNEA | ADRENERGIC S/OTHER DRUGS FOR OBSTR AIRWAY DISEASES/ FLUTICASON E PROPIONATE (-854/ 282)/ PRE OL | Week 24 | | | 10.2H(25 3) | |
| | | | | | | CYST ON RIGHT BUTTOCK | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-135, -64)/ PRE OL | Mean (post-en rollment ) | 279.00 | | 10.7 | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs for and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3357

CONFIDENTIAL
AZSER12776030

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031012 | OL | 45/Male /47 | OL QTP /252 | | POLYNEUROP ATHY | THIAZIDES, PLAIN/ HYDROCHLOR OTHIAZIDE (-135/ -35)/ PRE OL | | | | | |
| | | | | | LIMBIC MOVEMENT DISORDER | ANGIOTENSI N II ANTAGONIST S, PLAIN/ | | | | | |
| | | | | | | OLMESARTAN MEDOXOMIL (-135/ 282)/ PRE OL | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3358

CONFIDENTIAL
AZSER12776031

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031012 | OL | 45/Male /47 | OL QTP /252 | | SEASONAL ALLERGIES | DIAZEPINES | | | | | |
| | | | | | | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-70/ PRE -36)/ PRE OL | | | | | |
| | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-70/ PRE -8)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3359

CONFIDENTIAL
AZSER12776032

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031012 | OL | 45/Male /47 | OL QTP /252 | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-70/ 282)/ PRE OL | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-54/ 161)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
    with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3360

CONFIDENTIAL
AZSER12776033

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031012 | OL | 45/Male /47 | OL QTP /252 | | | DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-35/ -1)/ PRE OL | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (17/ 282) | | | | | |
| | | | | | | CORTICOSTE ROIDS, WEAK (GROUP I)/ HYDROCORTI SONE ACETATE (43/ 282) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3361

CONFIDENTIAL
AZSER12776034

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0031012 | | | | | | PIPERAZINE DERIVATIVE S/ CETIRIZINE HYDROCHLOR IDE (43/ 282) | | | | | |
| D1447C00127/E0031026 | OL | 37/Female /40.6 | OL QTP /140 | | FIBROID TUMOR | BENZODIAZE PINE DERIVATIVE S/ ALPRAZOLAM (-222/ -222) PRE OL | Enrollme nt | 259.00H(-148) R | YES | 9.7H(-14 8) | 111l-148 ) |
| | | | | | OBESITY | LITHIUM/ LITHIUM (-222/ -222) PRE OL | Week 1 | | | | 111l-133 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3362

CONFIDENTIAL
AZSER12776035

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031026 | OL | 37/Female /40.6 | OL QTP /140 | | | CATARACT IN LEFT EYE | DIPHENYLPR OPYLAMINE DERIVATIVE S/ DEXTROPROP OXYPHENE HYDROCHLOR IDE (-149/ -149)/ PRE OL | Week 2 | | | | 112(-127 ) |
| | | | | | | LEGALLY BLIND | LITHIUM/ LITHIUM (-141/ -113) | Week 12 | 172.00H( -56) F | YES | 8.9H(-56 ) | 112(-56) |
| | | | | | | | LITHIUM/ LITHIUM (-112/ 45) | Mean (post-en rollment ) | 172.00 | | 8.9 | 112 |
| | | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-62/ 45) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HBA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t110311203.lst   a13.sas  06JUN2007:13:47 luchen

3363

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event ‡ TT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031026 | RD | 38/Female /41.6 | QTP+LI / 15 | QTP+LI | | | | At randomiz ation | 258.00H( 1) F | YES | 8.6H(1) | 113(1) |
| D1447C00127 /E0031033 | OL | 28/Male /32.5 | OL QTP / 13 | OL QTP | | SEASONAL ALLERGIES | BENZODIAZE PINE RELATED DRUGS/ ZALEPLON (-95/ -21)/ PRE OL | Enrollme nt | 141.00H( -7) R | NO | 5.8(-7) | |
| | | | | | | | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE (-95/ -21)/ PRE OL | Week 4 | | | 5.6(15) | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
    ** Blood sampling >8 hours after last meal, i.e. documented fasting.
         # All AEs prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
             F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776037

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | T*## (Start/Sto p Day*) | Adverse Event Medical history | Medication Class/ Generic Na me* (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031033 | OL | 28/Male /32.5 | OL CTP / 13 | | | CARBOXAMID E DERIVATIVE S/ OXCARBAZEP INE (-95/ -7)/ PRE OL | Week 12 | 133.00H( 15) R | NO | | |
| | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-95/ -7)/ PRE OL | Mean (post-en rollment ) | 133.00 | | 5.6 | |
| | | | | | | OTHER ANTIPSYCHO TICS/ RISPERIDON E (-95/ -7)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3365

CONFIDENTIAL
AZSER12776038

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031033 | OL | 28/Male /32.5 | OL QTP / 13 | | | BENZODIAZE PINE DERIVATIVE S/ ALPRAZOLAM (-95/ -95) / PRE 45)/ PRE OL | | | | | |
| | | | | | | OPIUM ALKALOIDS AND DERIVATIVE S/ HYDROCODON E (-8)/ PRE OL | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-7/ -1) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3366

CONFIDENTIAL
AZSER12776039

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0031033 | OL | 28/Male /32.5 | OL QTP / 13 | | | CARBOXAMID E DERIVATIVE S/ OXCARBAZEP INE (-6/ 45)  OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-6/ 45)  FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (1/ 45) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3367

CONFIDENTIAL
AZSER12776040

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## /TY (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447c00127 /E0031033 | | | | | | BENZODIAZE PINE DERIVATIVE S LORAZEPAM (5/ 5)<br><br>ACETIC ACID DERIVATIVE S AND RELATED SUBSTANCES DICLOFENAC (5/ 45) | | | | | |
| D1447c00127 /E0033008 | OL | 35/Male /34.4 | OL QTP /107 | OL QTP | HYPERTENSI ON | SELECTIVE SEROTONIN REUPTAKE INHIBITORS ESCITALOPR AM OXALATE (-240 /-35)/ PRE OL | Enrollme nt | 129.00H( -6) R | NO | 5.8(-6) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from or last dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
          R=Glucose fasting; F=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3368

CONFIDENTIAL
AZSER12776041

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event ↑↑## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0033008 | OL | 35/Male /34.4 | OL QTP /107 | | HYPERCHOLE STEROLEMIA | | Week 12 | 150.00H( 107) R | YES | 6.4 (107) | |
| | | | | | PSORISIS | | Mean (post-en rollment ) | 150.00 | | 6.4 | |
| | | | | | MYOPIA | | | | | | |
| | | | | | HEADACHES | | | | | | |
| | | | | | NUMBNESS ARMS | | | | | | |
| | | | | | | FATTY ACID DERIVATIVE SALPROATE VALPROATE SEMISODIUM (1/ 137) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  * with a >=1.5 unit increase in HbA1c any time during the study.
  * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3369

CONFIDENTIAL
AZSER12776042

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment Day*) | Treat- ment | Adverse Event I*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0033027 | OL | 53/Male /32.6 | OL QTP /255 | | | TYPE II DIABETES MELLITUS | SELECTIVE SEROTONIN REUPTAKE INHIBITORS /  CITALOPRAM HYDROBROMI DE (UNK/-17) / PRE OL | Enrollme nt | 101.00(- 7) R | NO | 6.5(-7) | |
| | | | | | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM  (UNK/-2) / PRE OL | Week 12 | 166.00H( 87) F | YES | 6.6(87) | |
| | | | | | | | LITHIUM/ LITHIUM (UNK/-1) / PRE OL | Week 12 | | | 6.7(115) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3370

CONFIDENTIAL
AZSER12776043

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0033027 | OL | 53/Male /32.6 | OL QTP /255 | | | ANTIPSYCHO TICS/ ARIPIPRAZO LE (-17)/ PRE OL | Week 24 | 131.00H( 171) F | YES | 6.1(171) | |
| | | | | | | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E (-17)/ PRE OL | Week 24 | | | 7.0(255) | |
| | | | | | | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE (-13)/ PRE OL | Mean (post-en rollment ) | 148.50 | | 6.6 | |
| | | | | | | LITHIUM/ LITHIUM CARBONATE (1/ 13) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs or concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3371

CONFIDENTIAL
AZSER12776044

Page 133 of 555

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto pDay*) | Medical history | Medication Class/ Generic Na me# (Start/Sto pDay*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0033027 | | | | | | LITHIUM/ LITHIUM CARBONATE (14/ 285) | | | | | |
| D1447C00127 /E0033038 | OL | 42/Female | OL QTP /190 | | MIGRAINES | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (UNK/UNK/) PRE OL | Enrollme nt | | | 4.5(-199 ) | 68(-199) |
| | | | | | HYPOTHYROI DISM | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ ETHINYLEST RADIOL (UNK/UNK/) PRE OL | Week 1 | | | | 69(-182) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=15 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3372

CONFIDENTIAL
AZSER12776045

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0033038 | OL | 42/Female | OL QTP /190 | | HEART MURMUR | THYROID HORMONES/ | Week 2 | | | | 71 (-176) |
| | | | | | | LEVOTHYROX INE SODIUM (UNK/UNK) / PRE OL | | | | | |
| | | | | | | DRUGS USED IN NICOTINE DEPENDENCE | Week 12 | 74.00(-1 06) F | YES | 4.4(-106 ) | 78 (-106) |
| | | | | | | BUPROPION HYDROCHLOR IDE (UNK/-199) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3373

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776046

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | TT## (Start/Sto p Day*) | Adverse Event TT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0033038 | OL | 42/Female/ | OL QTP /190 | | | | DRUGS USED IN NICOTINE DEPENDENCE / BUPROPION HYDROCHLOR IDE (-198/ -195) | Week 24 | 71.00(-2 9) F | YES | 4.5(-29) | 84(-29) |
| | | | | | | | ETHERS OF TROPINE OR TROPINE DERIVATIVE S/ BENZATROPI NE MESSILATE (-106/ 106) | Mean (post-en rollment ) | 72.50 | | 4.5 | 76 |
| | RD | 43/Female /30.2 | PLA/VAL / 76 | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (12/3) | At randomiz ation | 78.00(1) F | YES | 4.4(1) | 85(1) |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 with a >=1.5 unit increase in HbA1c any time during the study.
 # All prior and concomitant medications are listed
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting; R=Glucose non-fasting (random).

3374

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776047

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment | Treatment Days On Treatment / T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me* (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0033038 | RD | 43/Female /30.2 | PLA+VAL / 76 | | | | Week 4 | | | | 84(28) |
| | | | | | | | Week 8 | | | | 84(57) |
| | | | | | | | Week 12 | 135.00H( 77) F | NO | 4.5(77) | 83(77) |
| | | | | | | | Mean (post-ra ndomizat ion) | 135.00 | | 4.5 | 84 |
| D1447C00127 /E0034005 | OL | 59/Male /41.7 | OL QTP / 55 | | ARTHRITIS | ACETIC ACID DERIVATIVE S AND RELATED SUBSTANCES / SULINDAC (UNK/UNK)/ PRE OL | Enrollme nt | 164.00H( -6) F | YES | 8.3H(-6) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs, prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas  06JUN2007:13:47 luchen

3375

CONFIDENTIAL
AZSER12776048

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Population: Open-label safety

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P#T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (UNK/ (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0034005 | OL | 59/Male /41.7 | OL QTP / 55 | | GALLSTONE | NATURAL OPIUM ALKALOIDS/ | Week 8 | | | 8.5H(56) | |
| | | | | | | PARACETAMO L (UNK/UNK)/ PRE OL | | | | | |
| | | | | | ROSACEA | TETRACYCLI NES/ TETRACYCLI NE (-17/ 85) / PRE OL | Week 12 | 149.00H( 56) F | YES | | |
| | | | | | INCREASED ANXIETY | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-6/ -1) | Mean (post-en rollment ) | 149.00 | | 8.5 | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5% unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3376

CONFIDENTIAL
AZSER12776049

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0034005 | OL | 59/Male /41.7 | OL QTP / 55 | | | | LITHIUM/ LITHIUM CARBONATE (-6/ 29) | | | | | |
| | | | | | | | LITHIUM/ LITHIUM CARBONATE (30/ 85) | | | | | |
| | | | | | | | BIGUANIDES | | | | | |
| | | | | | | | METFORMIN HYDROCHLOR IDE (35/ 85) | | | | | |
| | | | | | | | SULFONAMID ES, UREA DERIVATIVE S GLIPIZIDE (35/ 85) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 *  with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t110311203.lst  ai3.sas  06JUN2007:13:47 luchen

3377

CONFIDENTIAL
AZSER12776050

11.3.12-3 Patients with high glucose and HbA1c

D1447C00127

Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0034005 | | | | | | CEPHALOSPO RINS AND RELATED SUBSTANCES CEFALEXIN (55/ 85) | | | | | |
| D1447C00127 /E0034006 | OL | 56/Male / 33.9 | OL QTP / 41 | | DIABETES | COMBINATIO NS OF ORAL BLOOD GLUCOSE LOWERING DRUGS/ METFORMIN HYDROCHLOR IDE (UNK/UNK) / PRE OL | Enrollme nt | 177.00H( 1) F | NO | 7.2(1) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medication are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3378

CONFIDENTIAL
AZSER12776051

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (St art/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0034006 | OL | 56/Male /33.9 | OL QTP / 41 | | HIGH CHOLESTERO L | OTHER LIPID MODIFYING AGENTS/ EZETIMIBE (UNK/UNK)/ PRE OL | Week 4 | | | 7.5(42) | |
| | | | | | BACK PAIN | LITHIUM/ LITHIUM CARBONATE (-14/ 42)/ PRE OL | Week 12 | 162.00H( 42) F | YES | | |
| | | | | | | | Mean (post-en rollment ) | 162.00 | | 7.5 | |
| D1447C00127 /E0036019 | OL | 42/Female /40.9 | OL QTP /112 | | LOWER LUMBAR STRAIN 3 MONTHS AGO | CORTICOSTE ROIDS/ BUDESONIDE (-143)/ (141)/ PRE OL | Enrollme nt | 134.00H( -117) F | NO | 6.5(-117 ) | 122(-117 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3379

CONFIDENTIAL
AZSER12776052

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0036019 | OL | 42/Female /40.9 | OL QTP /112 | | ALLERGIC RHINITIS RXED ALLEGRA, RHINOCORT AQUA IN PAST | DIAZEPINES , OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-128/ -127)/ PRE OL | Week 2 | | | | 129(-98) |
| | | | | | ALLERGIC TO PENICILLIN -HIVES /VOMITING | LITHIUM/ LITHIUM CARBONATE (-128/ -124)/ PRE OL | Week 12 | 104.00(- 28) F | YES | 6.3(-28) | 128(-28) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 or with a >=1.5 unit increase in HbA1c any time during the study.
    # All AEs prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3380

CONFIDENTIAL
AZSER12776053

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment Days On Treat- ment P T## (Start/Sto p Day*) | Adverse Event P T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0036019 | OL | 42/Female /40.9 | OL QTP /112 | | | GALLSTONES , 2000 | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE -126// -118)/ PRE OL | Mean (post-en rollment ) | 104.00 | | 6.3 | 129 |
| | | | | | | PREGNANCY, 1990 | SOFTENERS, EMOLLIENTS / DOCUSATE SODIUM (-124/ -117)/ PRE OL | | | | | |
| | | | | | | CONSTIPATI ON | LITHIUM/ LITHIUM CARBONATE (-123/ -98)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
              F=Glucose fasting; R=Glucose non-fasting (random).

3381

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.1st   a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776054

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0036019 | OL | 42/Female /40.9 | OL QTP /112 | | BACK PAIN (PULLED MUSCLE) | OTHER CENTRALLY ACTING AGENTS/ CYCLOBENZA PRINE HYDROCHLOR IDE (-119/ -106) PRE OL | | | | | |
| | | | | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-117/ -113) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
  * with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
       ## All medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3382

CONFIDENTIAL
AZSER12776055

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me* (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0036019 | OL | 42/Female /40.9 | OL QTP /112 | | | | OTHER ANTIHISTAM INES FOR SYSTEMIC USE/BMIC FEXOFENADI NE HYDROCHLOR IDE (-98/ -4) LITHIUM/ LITHIUM CARBONATE (-97/ 79) | | | | | |
| | RD | 42/Female /43.9 | QTP+LI /423 | | DIABETES MELLITUS (225/424) | | OTHER ANTIHISTAM INES FOR SYSTEMIC USE/BMIC FEXOFENADI NE HYDROCHLOR IDE (2/ 9) | At randomiz ation | 157.00H( 1) F | NO | 6.7(1) | 131(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All AEs prior and concomitant medications are listed.
    # All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting, R=Glucose non-fasting (random).

3383

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776056

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0036019 | RD | 42/Female /43.9 | QTP+LI /423 | | | LITHIUM/ LITHIUM CARBONATE (80/ 453) | Week 4 | | | | 136(30) |
| | | | | | | BIGUANIDES | Week 8 | | | | 133(58) |
| | | | | | | METFORMIN HYDROCHLOR IDE (274/ 311) | | | | | |
| | | | | | | OTHER ORAL BLOOD GLUCOSE LOWERING DRUGS/ EXENATIDE (278/ 311) | Week 12 | 122.00/(8 6) F | YES | 6.2(86) | 131(86) |
| | | | | | | BIGUANIDES / METFORMIN HYDROCHLOR IDE (312/ 453) | Week 28 | 316.00H( 196) F | YES | 9.0H(196 ) | 140(196) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

3384

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776057

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me(*Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0036019 | RD | 42/Female /43.9 | QTP+LI /423 | | | OTHER ORAL BLOOD GLUCOSE LOWERING DRUGS/ EXENATIDE (1312/ 453) | Week 40 | 272.00H( 277) F | NO | 9.9H(277 ) | 141(277) |
| | | | | | | | Week 52 | 110.00(3 66) F | YES | 9.7H(366 ) | 139(366) |
| | | | | | | | Week 68 | 117.00(4 24) F | YES | 6.6(424) | 131(424) |
| | | | | | | | Mean (post-ra ndomizat ion) | 187.40 | | 8.3 | 136 |
| D1447C00127 /E0037014 | OL | 27/Male /49.6 | OL QTP /224 | | OBESITY | LITHIUM/ LITHIUM (-224/ -218) | Enrollme nt | 81.00(-2 30) R | NO | 5.0I(-230 ) | 143I(-230 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
     with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776058

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037014 | OL | 27/Male /49.6 | OL QTP /224 | | | | LITHIUM/ LITHIUM (-217/ -211) | Week 1 | | | | 150(-217 ) |
| | | | | | | | LITHIUM/ LITHIUM (-210/ -160) | Week 2 | | | | 151(-210 ) |
| | | | | | | | LITHIUM/ LITHIUM (-159/ -135) | Week 12 | | | | 149(-140 ) |
| | | | | | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM (-144/ -142) | Week 24 | 101.00(- 56) F | YES | 5.3(-56) | 165(-56) |
| | | | | | | | LITHIUM/ LITHIUM (-127/ -127) | Mean (post-en rollment | 101.00 | | 5.3 | 154 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications listed.
## All AE6 potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3386

CONFIDENTIAL
AZSER12776059

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037014 | OL | 27/Male /49.6 | OL QTP /224 | | | LITHIUM/ LITHIUM (-126/ -126) | | | | | |
| | | | | | | LITHIUM/ LITHIUM (-125/ -125) | | | | | |
| | | | | | | LITHIUM/ LITHIUM (-124/ -85) | | | | | |
| | | | | | | LITHIUM/ LITHIUM (-84/ 115) | | | | | |
| | RD | 28/Male /54.5 | QTP+LI / 85 | HYPERGLYCA EMIA (78/98) | | | At randomiz ation | 117.00(1 ) F | YES | 5.6(1) | 158(1) |
| | | | | | | | Week 4 | | | | 173(30) |
| | | | | | | | Week 8 | | | | 173(57) |
| | | | | | | | Week 12 | 151.00H( 78) F | YES | 6.4(78) | 166(78) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs are listed regardless of concomitant medications.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

06JUN2007:13:47 luchen

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas a13.sas

3387

CONFIDENTIAL
AZSER12776060

Page 149 of 555

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/ Generic Name (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037014 | RD | 28/Male /54.5 | QTP+LI / 85 | | | | Week 12 | | | 6.3(98) | 153(98) |
| | | | | | | | Mean (post-randomization) | 151.00 | | 6.4 | 166 |
| D1447C00127 /E0037043 | OL | 49/Male /33 | OL QTP / 4 | | DIABETES MELLITUS, TYPE 2 | BENZODIAZEPINE RELATED DRUGS/ ZOLPIDEM TARTRATE (UNK/UNK) / PRE OL | Enrollment | 144.00H( -6) R | YES | 8.0H(-6) | |
| | | | | | ALLERGIC RHINITIS | BIGUANIDES / METFORMIN (UNK/UNK) / PRE OL | Week 4 | | | 7.7H(7) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs for patients with abnormal medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

06JUN2007:13:47 luchen

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas   06JUN2007:13:47 luchen

3388

CONFIDENTIAL
AZSER12776061

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037043 | OL | 49/Male /33 | OL QTP / 4 | | | HEADACHES | CORTICOSTE ROIDS/ FLUTICASON E PROPIONATE | Week 12 | 231.00H( 7) R | NO | | |
| | | | | | | | (UNK/UNK)/ PRE OL | | | | | |
| | | | | | | INSOMNIA | SULFONAMID ES, UREA DERIVATIVE S/ GLIPIZIDE (-189/ 34)/ PRE OL | Mean (post-en rollment ) | 231.00 | | 7.7 | |
| | | | | | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM (-93/ 34)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.1st  al3.sas  06JUN2007:13:47 luchen

3389

CONFIDENTIAL
AZSER12776062

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Start/Sto p## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037043 | OL | 49/Male /33 | OL QTP / 4 | | | | LITHIUM/ LITHIUM (-76/ -6)/ PRE OL | | | | | | |
| | | | | | | | PLATELET AGGREGATIO N INHIBITORS EXCL. HEPARIN/ ACETYLSALI CYLIC ACID (-76/ 34)/ PRE OL | | | | | | |
| | | | | | | | LITHIUM/ LITHIUM (-5/ -1) | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All AEs prior or concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3390

CONFIDENTIAL
AZSER12776063

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037043 | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (1/ 1) | | | | | |
| | | | | | | LITHIUM/ LITHIUM (4/ 34) | | | | | |
| D1447C00127 /E0037114 | OL | 44/Female | OL C*T* /169 | | DIABETES MELLITUS TYPE II | ACE INHIBITORS / LISINOPRIL | Enrollme nt | | | 6.5(-177 ) | 100(-177 ) |
| | | | | | | (UNK/UNK) / PRE OL | | | | | |
| | | | | | TACHYCARDI A | ANILIDES/ PARACETAMO L | Week 1 | | | | 101(-162 ) |
| | | | | | | (UNK/UNK) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL C*T* for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3391

CONFIDENTIAL
AZSER12776064

D1447c00127

## 11.3.12-3 Patients with high glucose and HbA1c Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037114 | OL | 44/Female | OL QTP /169 | | ALLERGIC RHINITIS | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE (UNK/UNK)/ PRE OL | Week 2 | | | | 98 (-155) |
| | | | | | HYPERCHOLE STEROLEMIA | BETA BLOCKING AGENTS SELECTIVE/ METOPROLOL SUCCINATE (UNK/UNK)/ PRE OL | Week 12 | 113.00(- 85) F | YES | 5.3(-85) | 97(-85) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
       #  All AEs prior and concomitant medications are listed.
      ##  All AEs potentially associated with diabetes mellitus.
              F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3392

CONFIDENTIAL
AZSER12776065

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | T## Adverse Event (Start/Sto p Day*) | Medical history | Concomitant Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037114 | OL | 44/Female / | OL QTP /169 | | URINARY INCONTINEN CE | COMBINATIO NS OF ORAL BLOOD GLUCOSE LOWERING DRUGS/ METFORMIN HYDROCHLOR IDE (UNK/UNK)/ PRE OL | Mean (post-en rollment ) | 113.00 | | 5.3 | 99 |
| | | | | | GASTROESOP HAGEAL REFLUX | FIBRATES/ FENOFIBRAT E (UNK/UNK)/ PRE OL | | | | | |
| | | | | | TENSION HEADACHES | HMG COA REDUCTASE INHIBITORS / ATORVASTAT IN (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * with a >=1.5 unit increase in HbA1c any time during the study.
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All AEs prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3393

CONFIDENTIAL
AZSER12776066

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037114 | OL | 44/Female / | OL QTP /169 | | ENDOMETRIO SIS | OTHER ANTIHISTAM INES FOR SYSTEMIC USE FEXOFENADI NE HYDROCHLOR IDE (UNK/UNK)/ PRE OL | | | | | |
| | | | | | OBESITY | PROPIONIC ACID DERIVATIVE S IBUPROFEN (UNK/UNK)/ PRE OL | | | | | |
| | | | | | ALLERGY TO CODEINE | PROTON PUMP INHIBITORS OMEPRAZOLE (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3394

CONFIDENTIAL
AZSER12776067

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment Days T## (Start/Sto p Day*) | Adverse Event T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037114 | OL | 44/Female | OL QTP /169 | | | OSTEOARTHR ITIS BILATERAL KNEES | URINARY ANTISPASMO DICS/ OXYBUTYNIN HYDROCHLOR IDE (UNK/UNK) / PRE OL | | | | | |
| | | | | | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM | | | | | |
| | | | | | | | (UNK/-177) / PRE OL | | | | | |
| | | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM | | | | | |
| | | | | | | | (UNK/-177) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3395

CONFIDENTIAL
AZSER12776068

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Treatment PT## (Start/Sto Day*) | Adverse Event | Medical history | Medication Class/Generic Name# (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0037114 | OL | 44/Female | OL QTP /169 | | | | OTHER ANTIEPILEP TICS/ GABAPENTIN (UNK/-177) / PRE OL | | | | | |
| | | | | | | | OTHER ANTIPSYCHO TICS/ RISPERIDON E (UNK/-177) / PRE OL | | | | | |
| | | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / ESCITALOPR AM OXXALATE (UNK/-177) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3396

CONFIDENTIAL
AZSER12776069

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P?## (Start/Sto Day*) | Medical history | Medica- tion Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037114 | OL | 44/Female / | OL QTP /169 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-200/ -138/ PRE OL | | | | | |
| | | | | | | OTHER ANTIEPILEP TICS GABAPENTIN (-176/ -174) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-176/ 235) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * with a >=1.5 unit increase in HbA1c any time during the study.
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3397

CONFIDENTIAL
AZSER12776070

D1447c00127
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | T## (Start/Sto p Day*) | Adverse Event | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037114 | OL | 44/Female | OL QTP /169 | | | | OTHER ANTIEPILEP TICS/ GABAPENTIN (-173/ -172) | | | | | |
| | | | | | | | ANILIDES/ | | | | | |
| | | | | | | | PARACETAMO L (-155/ -155) | | | | | |
| | | | | | | | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | | PARACETAMO L (-155/ -155) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  * with a >=1.5 unit increase in HbAlc any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47  luchen

3398

CONFIDENTIAL
AZSER12776071

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event P'T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037114 | OL | 44/Female / | OL QTP /169 | | | | OTHER UROLOGICAL S/ PHENAZOPYR IDINE HYDROCHLOR IDE (-140/ -138) | | | | | |
| | | | | | | | FLUOROQUIN OLONES/ CIPROFLOXA CIN (-140/ -136) | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-137/ 235) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3399

CONFIDENTIAL
AZSER12776072

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event P#T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037114 | OL | 44/Female / | OL QTP /169 | | | | ANILIDES/ PARACETAMO L(-119/ -114) | | | | | |
| | | | | | | | ETHERS OF TROPINE OR TROPINE DERIVATIVE S/ BENZATROPI NE MESILATE (-113/ -85) | | | | | |
| | RD | 44/Female /37.7 | QTP+VAL /205 | | | | THYROID HORMONES/ LEVOTHYROX INE (22/ 235) | At randomiz ation | 103.00(- 1) F | YES | 5.8(-1) | 105(-1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3400

CONFIDENTIAL
AZSER12776073