D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037114 | RD | 44/Female /37.7 | QTP+VAL /205 | | | ETHERS OF TROPINE OR TROPINE DERIVATIVE S/ BENZATROPI NE MESILATE (62/ 79) | Week 4 | | | | 106(32) |
| | | | | | | ETHERS OF TROPINE OR TROPINE DERIVATIVE S/ BENZATROPI NE MESILATE (103/ 109) | Week 8 | | | | 108(60) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*   with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from or last dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
    **  Blood sampling >8 hours after last meal, i.e. documented fasting.
         #  All prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
              F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   al3.sas   06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776074

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0037114 | RD | 44/Female /37.7 | QTP:VAL /205 | | | ETHERS OF TROPINE OR TROPINE DERIVATIVE S/ BENZATROPI NE MESILATE (110/ 235) | Week 12 | 130.00H( 88) F | YES | 6.3(88) | 111(88) |
| | | | | | | DIAZEPINES (110/ 235) | Mean (post-ra ndomizat ion) | 130.00 | | 6.3 | 108 |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (200/ 235) | | | | | |
| D1447C00127 /E0041032 | OL | 44/Male /39 | OL QTP /183 | | HYPERCHOLE STEROLEMIA | ACE INHIBITORS PLAIN/ LISINOPRIL (UNK/UNK)/ PRE OL | Enrollme nt | 282.00H( -190) F | NO | 6.2(-190 ) | 120(-190 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3402

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment T## (Start/Sto p Day*) | Medical history | Adverse Event T## (Start/Sto p Day*) | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0041032 | OL | 44/Male /39 | OL QTP /183 | RIGHT FOOT FRACTURE | | BETA BLOCKING AGENTS, SELECTIVE/ ATENOLOL (UNK/UNK)/ PRE OL | Week 1 | | | | 118(-176 ) |
| | | | | HIGH BLOOD PRESSURE | | HMG COA REDUCTASE INHIBITORS , OTHER COMBINATIO NS/ SIMVASTATI N (UNK/UNK)/ PRE OL | Week 2 | | | | 116(-169 ) |
| | | | | DIABETES | | SULFONAMID ES, UREA DERIVATIVE S/ GLIPIZIDE (UNK/UNK)/ PRE OL | Week 12 | 157.00H( -105) F | YES | 5.6(-105 ) | 116(-105 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3403

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776076

Page 165 of 555

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Medication
Event Class/
Treat- PT## Generic Na Fast-
ment (Start/Sto me## (St- ing**
Age/Sex/ Days p Day*) Medical art/Sto Glucose (YES/ HBA1C Weight
Study/ Base- On Treat- history p Day*) Visit mg/dL NO) (Day*) kg
Patient Phase line BMI ment (Day*) (Day*)

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Treatment PT## (Start/Stop Day*) | Medical history | Medication Class/Generic Name## (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0041032 | OL | 44/Male /39 | OL QTP /183 | | | NATURAL OPIUM ALKALOIDS/ | Week 24 | 127.00H(-28) F | NO | 5.9(-28) | 121(-28) |
| | | | | | | PARACETAMOL (-338/-66)/ PRE OL | | | | | |
| | | | | | | LITHIUM/ LITHIUM (-214/-3)/ PRE OL | Mean (post-enrollment) | 142.00 | | 5.8 | 118 |
| | | | | | | OTHER ANTIEPILEPTICS/ GABAPENTIN (-160/-99) | | | | | |

3404

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  * with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All prior and concomitant medications listed.
   ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

CONFIDENTIAL
AZSER12776077

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0041032 | OL | 44/Male /39 | OL QTP /183 | | | | NON-SELECT IVE MONOAMINE REUPTAKE INHIBITORS / NORTRIPTYL INE (-124/ -104) | | | | | |
| | RD | 44/Male /39.1 | QTP+LI /189 | | | | LITHIUM/ LITHIUM (-2/ 219) BETA-LACTA M ANTIBACTER IALS, PENICILLIN S / PENICILLIN NOS (47/ 54) | At randomiz ation | 159.00H( 1) F | YES | 6.4(1) | 120(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  *  with a >=1.5 unit increase in HbA1c any time during the study.
  ** to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
      Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AES potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

3405

CONFIDENTIAL
AZSER12776078

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0041032 | RD | 44/Male /39.1 | QTP+LI /189 | | | FLUOROQUIN OLONES/ CIPROFLOXA CIN (75/ 82) | Week 4 | | | | 121(22) |
| | | | | | | VITAMIN K ANTAGONIST S/ WARFARIN (112/ 219) | Week 8 | | | | 123(50) |
| | | | | | | HEPARIN GROUP/ DALTEPARIN SODIUM (155/ 155) | Week 12 | | | 6.4(8) | |
| | | | | | | NATURAL OPIUM ALKALOIDS/ | Week 12 | 143.00H( 78) F | YES | | 118(78) |
| | | | | | | PARACETAMO L (155/ 176) | Week 12 | | | 6.4(78) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3406

CONFIDENTIAL
AZSER12776079

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0041032 | RD | 44/Male /39.1 | QTP+LI /189 | | | | Week 28 | 135.00H( 190) F | YES | 6.7(190) | 118(190) |
| | | | | | | | Mean (post-ra ndomizat ion) | 139.00 | | 6.5 | 120 |
| D1447C00127 /E0042002 | OL | 33/Female /29.4 | OL QTP /112 | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS FLUOXETINE HYDROCHLOR IDE (-1121/ -1601)/ PRE OL | Enrollme nt | 75.00(-1 19) R | YES | 5.3(-119 ) | 72 (-119) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
    * or with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
        # All prior and concomitant medications are listed.
       ## All AEs potentially associated with diabetes mellitus.
              F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3407

CONFIDENTIAL
AZSER12776080

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment PT## (Start/Sto p Day*) | Adverse Event | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0042002 | OL | 33/Female /29.4 | OL QTP /112 | | | | DIAZEPINES | Week 12 | | | | 72 (-24) |
| | | | | | | | OXAZEPINES AND THIAZEPINE S/ OLANZAPINE (-112/ -152/ PRE OL | | | | | |
| | | | | | | | LITHIUM/ LITHIUM CARBONATE (-119/ -25) | Mean (post-en rollment ) | | | | 72 |
| | | | | | | | LITHIUM/ LITHIUM (-24/ 15) | | | | | |
| | | | | | | | ANILIDES/ | | | | | |
| | | | | | | | PARACETAMO L (-10/ 16) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3408

CONFIDENTIAL
AZSER12776081

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment | Treat- ment Days On Treat- ment T*## (Start/Sto p Day*) | Medical history | Adverse Event T*## (Start/Sto p Day*) | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0042002 | RD | 33/Female /29.1 | QTP+LI /280 | | | | LITHIUM/ LITHIUM (16/ 28) | At randomiz ation | 77.00(1) R | YES | 4.9(1) | 72(1) |
| | | | | | | | LITHIUM/ LITHIUM (29/ 310) | Week 4 | | | | 72(29) |
| | | | | | | | EXPECTORAN TS/ GUAIFENESI N (86/ 100) | Week 8 | | | | 74(57) |
| | | | | | | | OTHER ANTIHISTAM INES FOR SYSTEMIC USE/ LORATADINE (87/ 93) | Week 12 | 103.00(8 5) F | YES | 4.9(85) | 73(85) |
| | | | | | | | ANILIDES/ PARACETAMO L (198/ 310) | Week 28 | 75.00(19 7) F | YES | 4.8(197) | 71(197) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
           F=Glucose fasting; R=Glucose non-fasting (random).

3409

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776082

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event P T## (Start/Sto p Day*) | Medical history | Medication Class/Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0042002 | RD | 33/Female /29.1 | QTP+LI /280 | | | OTHER ANTIINFLAM /ANTIRHEUM ATIC AGENTS,NON -STEROIDS/ | Week 40 | 127.00H( 281) F | NO | 4.7(281) | 72(281) |
| | | | | | | NABUMETONE (235/ 310) | | | | | |
| | | | | | | | Mean (post-ra ndomizat ion) | 101.67 | | 4.8 | 72 |
| D1447C00127 /E0042010 | OL | 59/Female /27.4 | OL QTP / 26 | | DM II (DIABETES MELLITUS) | ANILIDES/ PARACETAMO L (UNK/UNK)/ PRE OL | Enrollme nt | 133.00H( -7) R | NO | 8.6H(-7) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3410

CONFIDENTIAL
AZSER12776083

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event P'T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0042010 | OL | 59/Female /27.4 | OL QTP / 26 | | | HYPERCHOLE STEROLEMIA | BENZODIAZE PINE DERIVATIVE / CLONAZEPAM (UNK/UNK) / PRE OL | Week 4 | | | 8.8H(29) | |
| | | | | | | GERD (GASTROESO PHAGEAL REFLUX DISORDER) | HMG COA REDUCTASE INHIBITORS / SIMVASTATI N (UNK/UNK) / PRE OL | Week 12 | 171.00H( 29) R | YES | | |
| | | | | | | PNEUMONIA | INSULINS AND ANALOGUES, LONG-ACTIN G/ INSULIN GLARGINE (UNK/UNK) / PRE OL | Mean (post-en rollment ) | 171.00 | | 8.8 | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3411

CONFIDENTIAL
AZSER12776084

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T##/ PT (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0042010 | OL | 59/Female /27.4 | OL QTP / 26 | | ARTHRITIS | LITHIUM/ LITHIUM CARBONATE | | | | | |
| | | | | | | (UNK/UNK)/ PRE OL | | | | | |
| | | | | | UTERINE TUMORS | PLATELET AGGREGATIO N INHIBITORS EXCL. HEPARIN/ ACETYLSALI CYLIC ACID (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * with a >=1.5 unit increase in HbA1c any time during the study.
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
          # All prior and concomitant medications are listed.
         ## All AEs potentially associated with diabetes mellitus.
             F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3412

CONFIDENTIAL
AZSER12776085

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0042010 | OL | 59/Female /27.4 | OL QTP / 26 | ARTHRITIC JT PAIN | ARTHRITIC JT PAIN | PLATELET AGGREGATIO N INHIBITORS EXCL HEPARIN/ CLOPIDOGRE L SULFATE (UNK/UNK)/ PRE OL | | | | | |
| | | | | | PERIPHERAL VASCULAR DISEASE | PROTON PUMP INHIBITORS (UNK/UNK)/ PRE OL | | | | | |
| | | | | | | LANSOPRAZO LE (UNK/UNK)/ PRE OL | | | | | |
| | | | | | | ANTIPSYCHO TICS/ ARIPIPRAZO LE (UNK/-?)/ PRE OL | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
   with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3413

CONFIDENTIAL
AZSER12776086

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0042010 | OL | 59/Female /27.4 | OL QTP / 26 | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM (UNK/-7)/ PRE OL MACROLIDES / AZITHROMYC IN (-11/ -11)/ PRE OL MACROLIDES / AZITHROMYC IN (-10/ -7)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
       or with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from or 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
       #  All AEs prior and concomitant medications are listed.
      ##  All AEs potentially associated with diabetes mellitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3414

CONFIDENTIAL
AZSER12776087

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment T*## (Start/Sto Day*) | Medical history | Adverse Event T*## (Start/Sto p Day*) | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0042010 | | | | | | | ASCORBIC ACID (VITAMIN C)/ PLAIN/ ASCORBIC ACID (7/ 56) | | | | | |
| | | | | | | | PENICILLIN S WITH EXTENDED SPECTRUM/ AMOXICILLI N (11/ 13) | | | | | |
| | | | | | | | ANTIPSYCHO TICS/ ARIPIPRAZO LE (21/ 56) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   with a >=1.5 unit increase in HbA1c any time during the study.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47  luchen

3415

CONFIDENTIAL
AZSER12776088

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment P†## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0042010 | | | | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM (21/ 56) | | | | | |
| D1447C00127 /E0042013 | OL | 38/Female /40.8 | OL/253 QTP | | NON-INSULI N DEPENDENT DIABETES | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (-1942/ 283)/ PRE OL | Enrollme nt | 95.00(-6 ) F | YES | 7.2(-6) | |
| | | | | | SEASONAL ALLERGIES | OTHER ANTIHISTAM INES FOR SYSTEMIC USE/ LORATADINE (-1942/ 283)/ PRE OL | Week 12 | 115.00(8 5) F | YES | 6.2(85) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3416

CONFIDENTIAL
AZSER12776089

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Medical history | Adverse Event T*## (Start/Sto p Day*) | Medica- tion Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0042013 | OL | 38/Female /40.8 | OL QTP /253 | | | | BIGUANIDES / METFORMIN (-237/ 283)/ PRE OL | Week 24 | 162.00H( 176) F | YES | 7.2(176) | |
| | | | | | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIBENCLAM IDE (-237/ 283)/ PRE OL | Week 24 | | | 8. 0H(253 ) | |
| | | | | | | | | Mean (post-en rollment ) | 138.50 | | 7.1 | |
| | | | | | | | LITHIUM/ LITHIUM (1/ 14) | | | | | |
| | | | | | | | LITHIUM/ LITHIUM (15/ 170) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   with a >=1.5 unit increase in HBA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3417

CONFIDENTIAL
AZSER12776090

Page 179 of 555

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0042013 | | | | | | NUCLEOSIDE /NUCLEOTID E EXCL REVERSE TRANS INHIBITOR/ FAMCICLOVI R (111/ 125) PENICILLIN S WITH EXTENDED SPECTRUM/ AMOXICILLI N (111/ 125) LITHIUM/ LITHIUM (171/ 283) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3418

CONFIDENTIAL
AZSER12776091

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Events

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment PT## (Start/Sto p Day*) | Medical history | Adverse Event PT## (Start/Sto p Day*) | Concomitant Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044006 | OL | 43/Male /35.1 | OL QTP /251 | | DIABETES MELLITUS TYPE II | | BETA BLOCKING AGENTS, SELECTIVE/ ATENOLOL (-942/ 261)/ PRE OL | Enrollme nt | 92.00(-2 55) R | NO | 5.5(-255 ) | 113(-255 ) |
| | | | | | HYPERTENSI ON | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-348/ -251)/ PRE OL | Week 1 | | | | 115(-245 ) |
| | | | | | MIGRAINE | | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E (-348/ -114)/ PRE OL | Week 2 | | | | 111(-228 ) |

3419

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AE## potentially associated with diabetes mellitus.
   F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL AZSER12776092

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment T#/ P## (Start/Sto p Day*) | Medical history | Adverse Event T*## (Start/Sto p Day*) | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044006 | OL | 43/Male /35.1 | OL QTP /251 | | HYPOTHYROI DISM | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-348/ -93)/ PRE OL | Week 12 | | | | 108(-168 ) |
| | | | | | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM (-348/ -84)/ PRE OL | Week 24 | 109.00(- 84) F | YES | 5.1(-84) | 107(-84) |
| | | | | | | | SELECTIVE SEROTONIN (5HT1) AGONISTS/ SUMATRIPTA N (-348/ 261)/ PRE OL | Mean (post-en rollment ) | 109.00 | | 5.1 | 110 |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

06JUN2007:13:47 luchen

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas

3420

CONFIDENTIAL
AZSER12776093

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## PT# (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044006 | OL | 43/Male /35.1 | OL QTP /251 | | | THYROID HORMONES/ <br><br> LEVOTHYROX INE SODIUM (-348/ 261)/ PRE OL <br><br> OTHER ANTIEPILEP TICS/ TOPIRAMATE (-319/ -114)/ PRE OL <br><br> LITHIUM/ LITHIUM CARBONATE (-260/ -251)/ PRE OL | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   or with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas  06JUN2007:13:47 luchen

3421

CONFIDENTIAL
AZSER12776094

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044006 | OL | 43/Male /35.1 | OL QTP /251 | | | LITHIUM/ LITHIUM CARBONATE -84) (-250/ | | | | | |
| | | | | | | OTHER ANTIEPILEP TICS/ TOPIRAMATE (-113/ -109) | | | | | |
| | | | | | | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E (-113/ -106) | | | | | |
| | | | | | | OTHER ANTIEPILEP TICS/ TOPIRAMATE (-108/ -99) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3422

CONFIDENTIAL
AZSER12776095

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044006 | OL | 43/Male /35.1 | OL QTP /251 | | | | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E (-105/ -99) OTHER ANTIDEPRES SANTS/ VENLAFAXIN E (-92/ -86) HYDROCHLOR IDE (-92/ -86) LITHIUM/ LITHIUM CARBONATE (-183/ 261) | | | | | |
| | RD | 44/Male /35.1 | QTP+LI /231 | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (41/ 261) | At randomiz ation | 94.00(1) F | YES | 5.2(1) | 113(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs for prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas  06JUN2007:13:47 luchen

3423

CONFIDENTIAL
AZSER12776096

D1447c00127

## 11.3.12-3 Patients with high glucose and HbA1c
### Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event F*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044006 | RD | 44/Male /35.1 | QTP+LI /231 | | | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE (232/261) | Week 4 | | | | 113(27) |
| | | | | | | | Week 8 | | | | 115(56) |
| | | | | | | | Week 12 | 129.00H( 85) F | YES | 5.8(85) | 114(85) |
| | | | | | | | Week 28 | 132.00H( 197) F | YES | 5.9(197) | 116(197) |
| | | | | | | | Week 40 | 381.00H( 245) F | NO | 6.5(245) | 118(245) |
| | | | | | | | Mean (post-ra ndomizat ion) | 214.00 | | 6.1 | 115 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3424

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776097

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044007 | OL | 44/Male /40.2 | OL QTP /253 | | DIABETES MELLITUS TYPE II | ANGIOTENSI N II ANTAGONIST S, PLAIN/ IRBESARTAN (UNK/UNK)/ PRE OL | Enrollme nt | 87.00(-2 60) R | NO | 6.4(-260 ) | 1191-260 ) |
| | | | | | DEGENERATI VE DISC DISEASE OF CERVICAL SPINE | COMBINATIO NS DISC ORAL BLOOD GLUCOSE LOWERING DRUGS/ METFORMIN HYDROCHLOR IDE (UNK/UNK)/ PRE OL | Week 2 | | | | 1191-233 ) |
| | | | | | DEGENERATI VE DISC DISEASE OF LUMBO-SACR AL SPINE | FIBRATES/ FENOFIBRAT E (UNK/UNK)/ PRE OL | Week 12 | | | | 133(-169 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
\* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
\*\* Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3425

CONFIDENTIAL
AZSER12776098

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment (Start/Sto p Day*) | Adverse Event P T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044007 | OL | 44/Male /40.2 | OL QTP /253 | | | HYPERTRIGL YCERIDEMIA | THIAZOLIDI NEDIONES/ PIOGLITAZO NE HYDROCHLOR IDE (UNK/UNK)/ PRE OL | Week 24 | 229.00H( -85) F | YES | 6.2(-85) | 135(-85) |
| | | | | | | SKIN RASHES | OTHER ANTIPSYCHO TICS/ RISSPERIDON E (UNK/-260) / PRE OL | Mean (post-en rollment ) | 229.00 | | 6.2 | 129 |
| | | | | | | HYPERTENSI ON | CALCIUM/ CALCIUM (-423/ 592)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3426

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47  luchen

CONFIDENTIAL
AZSER12776099

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044007 | OL | 44/Male /40.2 | OL QTP /253 | | HYPERCHOLE STEROLEMIA | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-284/ -253/ PRE OL<br><br>OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-284/ -113)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All medications and doses are listed.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3427

CONFIDENTIAL
AZSER12776100

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044007 | OL | 44/Male /40.2 | OL QTP /253 | | | DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-272/ -260) PRE OL | | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-252/ 28) | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3428

CONFIDENTIAL
AZSER12776101

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044007 | OL | 44/Male /40.2 | OL QTP /253 | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-112/ -106) | | | | | |
| | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-105/ -98) | | | | | |
| | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-97/ -90) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
     or with a >=1.5 unit increase in HbA1c any time during the study.
   * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3429

CONFIDENTIAL
AZSER12776102

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment Day*) | Treatment | Adverse Event TT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044007 | RD | 45/Male /48.9 | QTP+VAL /562 | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (29/ 481) | At randomiz ation | 127.00H( 1) F | YES | 8.1H(1) | 145(1) |
| | | | | | | | ACE INHIBITORS , PLAIN/ LISINOPRIL (52/ 592) | Week 4 | | | | 138(28) |
| | | | | | | | INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN (112/ 592) | Week 8 | | | | 143(56) |
| | | | | | | | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE (287/ 307) | Week 12 | 404.00H( 91) F | YES | 12.0H(91 ) | 144(91) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5% unit increase in HbAlc at any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3430

CONFIDENTIAL
AZSER12776103

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Treatment P°T##(Start/Sto p Day*) | Medical history | Adverse Event P°T##(Start/Sto p Day*) | Medication Class/Generic Na me#(Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0044007 | RD | 45/Male/48.9 | QTP+VAL/562 | | | | | Week 28 | 179.00H(196) | YES | 8.1H(196) | 139(196) |
| | | | | | | | | Week 40 | 169.00H(282) F | YES | 12.0H(282) | 135(282) |
| | | | | | | | | Week 52 | 172.00H(369) F | YES | 10.2H(369) | 126(369) |
| | | | | | | | | Week 68 | 201.00H(484) F | YES | 10.6H(484) | 126(484) |
| | | | | | | | | Week 84 | 80.00(562) F | YES | 9.4H(562) | 132(562) |
| | | | | | | | | Mean (post-randomization) | 200.83 | | 10.4 | 135 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3431

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776104

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment PT## (Start/Sto p Day*) | Medical history | Adverse Event PT## (Start/Sto p Day*) | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlc (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044026 | OL | 43/Male /35.1 | OL QTP /159 | | ALCOHOLISM | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-73/ 114)/ PRE OL | Enrollme nt | 179.00H( -7) R | NO | 7.4(-7) | |
| | | | | | ATHLETE FOOT RIGHT SIDE | | DIAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-9/ 1)/ PRE OL | Week 12 | 135.00H( 85) F | YES | 6.8(85) | |
| | | | | | | | OXAZEPINES | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst al3.sas 06JUN2007:13:47 luchen

3432

CONFIDENTIAL
AZSER12776105

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event T*T## (Y/N)/ (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044026 | OL | 43/Male /35.1 | OL QTP /159 | | ACID REFLUX DISEASE | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E | Mean (post-en rollment | 135.00 | | 6.8 | |
| | | | | | | HYDROCHLOR IDE (-9/ 114)/ PRE OL | | | | | |
| | | | | DIABETES TYPE II | | | | | | |
| | | | | HYPERCHOLE STEROLEMIA | | | | | | |
| | | | | ATTENTION DEFICIT HYPERACTIV ITY DISORDER | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3433

CONFIDENTIAL
AZSER12776106

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event T*# (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me* (St art/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044026 | | | | | | CENTRALLY ACTING SYMPATHOMI METICS/ ATOMOXETIN E HYDROCHLOR IDE (115/ 121) | | | | | |
| | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (115/ 157) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (115/ 190) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3434

CONFIDENTIAL AZSER12776107

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044026 | | | | | | CENTRALLY ACTING SYMPATHOMI METICS/ ATOMOXETIN E HYDROCHLOR IDE (122/ 150) | | | | | |
| | | | | | | CENTRALLY ACTING SYMPATHOMI METICS/ ATOMOXETIN E HYDROCHLOR IDE (151/ 190) | | | | | |
| | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (158/ 160) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3435

CONFIDENTIAL
AZSER12776108

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044026 | | | | | | ANILIDES/ PARACETAMO L (161/ 190) | | | | | |
| | | | | | | ANTACIDS WITH ANTIFLATUL ENTS/ MAGNESIUM HYDROXIDE (161/ 190) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM (161/ 190) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3436

CONFIDENTIAL
AZSER12776109

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044026 | | | | | | CENTRALLY ACTING SYMPATHOMI METICS/ ATOMOXETIN E HYDROCHLOR IDE (161/ 190) | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (161/ 190) | | | | | |
| | | | | | | HMG COA REDUCTASE INHIBITORS / ATORVASTAT IN (161/ 190) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
     or with a >=1.5 unit increase in HbA1c any time during the study.
     ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications are listed.
     ## All AE's potentially associated with diabetes mellitus.
     F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3437

CONFIDENTIAL
AZSER12776110

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P\T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044026 | | | | | | MAGNESIUM COMPOUNDS/ | | | | | |
| | | | | | | MAGNESIUM HYDROXIDE (161/ 190) | | | | | |
| | | | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (161/ 190) | | | | | |
| | | | | | | PROTON PUMP INHIBITORS /PANTOPRAZO LE (162/ 190) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 *   with a >=1.5 unit increase in HBAlc any time during the study.
 *  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
     ##  All AEs potentially associated with diabetes mellitus.
           F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3438

CONFIDENTIAL
AZSER12776111

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044026 | | | | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIMEPIRID E (166/ 190) | | | | | |
| D1447C00127 /E0044045 | OL | 49/Male /46.4 | OL QTP /249 | CHICKEN POX | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM<br><br>(UNK/UNK)/ PRE OL | Enrollme nt | 119.00(- 256) F | YES | 5.7(-256 ) | 159(-256 ) |
| | | | | MEASLES | | CARBOXAMID E DERIVATIVE S/ OXCARBAZEP INE (UNK/-259) / PRE OL | Week 1 | | | | 158(-239 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3439

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776112

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Events

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment T##(Start/Sto p Day*) | Medical history | Medication Class/Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044045 | OL | 49/Male /46.4 | OL QTP /249 | MUMPS | DIAZEPINES | Week 12 | 142.00H(-163) F | YES | 5.6(-163) | 160(-163) |
| | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (UNK/-250) / PRE OL | | | | | |
| | | | | SHINGLES | LITHIUM/ LITHIUM (-280/ -136)/ PRE OL | Week 24 | 101.00(-77) F | YES | 5.7(-77) | 161(-77) |
| | | | | ADENOIDS | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-280/ -106)/ PRE OL | Mean (post-en rollment) | 121.50 | | 5.7 | 160 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  *  with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3440

CONFIDENTIAL
AZSER12776113

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044045 | OL | 49/Male /46.4 | OL QTP /249 | | MODERATE OBESITY | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E (-280/ -106)/ PRE OL | | | | | |
| | | | | | HYPERTENSI ON | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | PARACETAMO L (-268/ -261)/ PRE OL | | | | | |
| | | | | | | NUCLEOSIDE /NUCLEOTID E EXCL REVERSE TRANS INHIBITOR/ | | | | | |
| | | | | | | FAMCICLOVI R (-261/ -268)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

or with a >=1.5 unit increase in HbA1c any time during the study.

3441

CONFIDENTIAL
AZSER12776114

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment T*## (Start/Sto p Day*) | Adverse Event | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044045 | OL | 49/Male /46.4 | OL QTP /249 | | | | ANGIOTENSI N II ANTAGONIST S, PLAIN/ | | | | | |
| | | | | | | | VALSARTAN (-255/ 217) | | | | | |
| | | | | | | | AMIDES/ BUPIVACAIN E HYDROCHLOR IDE (-230/ -230) | | | | | |
| | | | | | | | ANESTHETIC S, GENERAL/ (-230/ -230) | | | | | |
| | | | | | | | ANTICHOLIN ERGICS, ATROPINE (-230/ -230) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  ## All AEs for concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

or with a >=1.5 unit increase in HbA1c any time during the study.

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3442

CONFIDENTIAL
AZSER12776115

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044045 | OL | 49/Male /46.4 | OL QTP /249 | | | | ANTICHOLIN ERGICS/ CYCLOPENTO LATE HYDROCHLOR IDE (-230/ -230) | | | | | |
| | | | | | | | ANTIINFECT IVES/ GENTAMICIN (-230/ -230) | | | | | |
| | | | | | | | ANTIINFLAM MATORY AGENTS, NON-STEROI DS/ FLURBIPROF EN SODIUM (-230/ -230) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3443

CONFIDENTIAL
AZSER12776116

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044045 | OL | 49/Male /46.4 | OL QTP /249 | | | | SYMPATHOMI METICS/ PHENYLEPHR INE HYDROCHLOR IDE (-230/ -230) | | | | | |
| | | | | | | | FLUOROQUIN OLONES/ CIPROFLOXA CIN (-230/ -225) | | | | | |
| | | | | | | | CORTICOSTE ROIDS AND ANTIINFECT IVES IN COMBINATIO N/ DEXAMETHAS ONE (-230/ -200) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3444

CONFIDENTIAL
AZSER12776117

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044045 | OL | 49/Male /46.4 | OL QTP /249 | | | | ANTICHOLIN ERGICS/ HYOSCINE -230/ -168) | | | | | |
| | | | | | | | FLUOROQUIN OLONES/ CIPROFLOXA CIN HYDROCHLOR IDE (-230/ -145) | | | | | |
| | | | | | | | ANTICHOLIN ERGICS ATROPINE SULFATE (-230/ -111) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*  with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

3445

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas   06JUN2007:13:47   luchen

CONFIDENTIAL
AZSER12776118

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044045 | OL | 49/Male /46.4 | OL QTP /249 | | | | CORTICOSTE ROIDS AND ANTIINFECT IVES IN COMBINATIO N/ DEXAMETHAS ONE (-230/ -141) | | | | | |
| | | | | | | | LITHIUM/ LITHIUM (-135/ 84) | | | | | |
| | | | | | | | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E (-105/ -99) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*    or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
#    All prior and concomitant medications are listed.
##   All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3446

CONFIDENTIAL
AZSER12776119

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment | Adverse Event T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044045 | OL | 49/Male /46.4 | OL QTP /249 | | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-105/ -91) | | | | | |
| | RD | 50/Male /46.7 | QTP+LI /187 | | | | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E (-98/ -84) | At randomiz ation | 86.00(1) F | YES | 5.8(1) | 160(1) |
| | | | | | | | LITHIUM/ LITHIUM (85/ 115) | | | | | |
| | | | | | | | LITHIUM/ LITHIUM (116/ 145) | Week 4 | | | | 161(29) |
| | | | | | | | LITHIUM/ LITHIUM (116/ 217) | Week 8 | | | | 159(57) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
    or with a >=1.5 unit increase in HbA1c any time during the study.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All medications are listed. Concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3447

CONFIDENTIAL
AZSER12776120

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Concomitant Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044045 | RD | 50/Male /46.7 | QTP+LI /187 | | | | Week 12 | 127.00H(1 85) F | YES | 5.6(85) | 163(85) |
| | | | | | | | Week 28 | 102.00(1 88) F | NO | 5.9(188) | 169(188) |
| | | | | | | | Mean (post-ra ndomizat ion) | 114.50 | | 5.8 | 163 |
| D1447C00127 /E0044056 | OL | 64/Male /33.9 | OL QTP /143 | DIABETES MELLITUS (-134/224) | SEASONAL ALLERGIES | SELECTIVE SEROTONIN REUPTAKE INHIBITORS FLUVOXAMIN E MALEATE (-195/ -150) PRE OL | Enrollme nt | 137.00H( -150) F | YES | 7.1(-150 ) | 102(-150 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs prior and concomitant medications are listed.
   ## AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3448

CONFIDENTIAL
AZSER12776121

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Name# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044056 | OL | 64/Male /33.9 | OL QTP /143 | | ALLERGIC TO CATS | OTHER ANTIPSYCHO TICS/ RISPERIDON E (-174/ -134/) PRE OL | Week 1 | | | | 104/(-134 ) |
| | | | | | AORTIC INSUFFICIE NCY | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-166/ -169/) PRE OL | Week 2 | | | | 105/(-127 ) |
| | | | | | | DIAZEPINES AND OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-166/ -169/) PRE OL | Week 12 | 154.00H( -57) F | YES | 7.4(-57) | 105/(-57) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3449

CONFIDENTIAL
AZSER12776122

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment (Start/Sto p Day*) | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044056 | OL | 64/Male /33.9 | OL QTP /143 | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-150/ -133) | Mean (post-en rollment ) | 154.00 | | 7.4 | 105 |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-132/ -128) | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (127/ 254) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from or 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3450

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0044056 | OL | 64/Male /33.9 | OL QTP /143 | | | | | | | | |
| | RD | 65/Male /34.2 | PLA+VAL /224 | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIPIZIDE (-35/ 254) | At randomiz ation | 118.00(1 ) F | YES | 6.9(1) | 103(1) |
| | | | | | | | Week 4 | | | | 102(28) |
| | | | | | | | Week 8 | | | | 101(56) |
| | | | | | | | Week 12 | 129.00H( 84) F | YES | 6.6(84) | 101(84) |
| | | | | | | | Week 28 | 92.00(19 8) F | YES | 7.2(198) | 100(198) |
| | | | | | | | Week 28 | | | 7.0(224) | 102(224) |
| | | | | | | | Mean (post-ra ndomizat ion) | 110.50 | | 6.9 | 101 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3451

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776124

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | T*## (Start/Sto p Day*) | Medical history | Adverse Event P*## (Start/Sto p Day*) | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0045028 | OL | 40/Male /29.8 | OL QTP /141 | | PEPTIC ULCER | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / ESCITALOPR AM OXALATE (-252/ -155) PRE OL | Enrollme nt | 79.00(-1 48) F | YES | 4.5(-148 ) | 96(-148) |
| | | | | | HEPATITIS C | | OTHER ANALGESICS AND ANTIPYRETI CS / DIPHENHYDR AMINE (-122/ -141) PRE OL | Week 1 | | | | 101(-134 ) |
| | | | | | CONCUSSION | | LITHIUM/ LITHIUM (-141/ -128) | Week 2 | | | | 103(-127 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All medications and concomitant medications are listed
     ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47  luchen

3452

CONFIDENTIAL
AZSER12776125

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0045028 | OL | 40/Male /29.8 | OL QTP /141 | | INSOMNIA | LITHIUM/ LITHIUM (-127/ -112) | Week 12 | | | | 110(-62) |
| | | | | | OSTEOARTHR ITIS | MACROLIDES / ERYTHROMYC IN (-112/ -112) | Week 12 | 121.00(- 54) F | YES | 4.7(-54) | |
| | | | | | | BETA-LACTA M ANTIBACTER IALS/ PENICILLIN S/ PENICILLIN NOS (-111/ -101) | Mean (post-en rollment ) | 121.00 | | 4.7 | 105 |
| | | | | | | LITHIUM/ LITHIUM (-111/ -86) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3453

CONFIDENTIAL
AZSER12776126

Page 215 of 555

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/ Generic Name## (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0045028 | OL | 40/Male /29.8 | OL QTP /141 | | | LITHIUM/ LITHIUM (-85/ 539) | | | | | 113(1) |
| | RD | 41/Male /34.7 | PLA+LI /538 | | | BETA-LACTA M ANTIBACTER IALS/ PENICILLIN S/ PENICILLIN NOS (53/ 63) | At randomiz ation | 84.00(1) F | YES | 4.8(1) | 108(29) |
| | | | | | | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE (114/ 114) | Week 4 | | | | |
| | | | | | | BENZODIAZE PINE RELATED DRUGS/ ZALEPLON (141/ 160) | Week 8 | | | | 106(57) |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
        ## All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
           F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776127

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0045028 | RD | 41/Male /34.7 | PLA+LI /538 | | | OTHER ANTIFUNGAL S FOR TOPICAL USE/ TERBINAFIN E (141/ 568) | Week 12 | 90.00(85 ) F | YES | 4.4(85) | 104(85) |
| | | | | | | BENZODIAZE PINE RELATED DRUGS/ ESZOPICLON E (161/ 168) | Week 28 | 104.00(1 97) F | YES | 4.4(197) | 107(197) |
| | | | | | | NATURAL OPIUM ALKALOIDS/ HYDROMORPH ONE HYDROCHLOR IDE (189/ 189) | Week 40 | 122.00(2 81) F | YES | 4.9(281) | 107(281) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 or with a >=1.5 unit increase in HbA1C any time during the study.
 # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting, R=Glucose non-fasting (random).

3455

CONFIDENTIAL
AZSER12776128

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0045028 | RD | 41/Male /34.7 | PLA+LI /538 | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (189/ 568) | Week 52 | 122.00(3 65) F | YES | 5.1(365) | 112(365) |
| | | | | | | NATURAL OPIUM ALKALOIDS/ HYDROMORPH ONE HYDROCHLOR IDE (195/ 195) | Week 68 | 114.00(4 76) F | NO | 5.9(476) | 109(476) |
| | | | | | | PROTON PUMP INHIBITORS /LANSOPRAZO LE (198/ 568) | Week 84 | 153.00H( 539) F | NO | 6.2(539) | 107(539) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  *  or with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All AEs prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3456

CONFIDENTIAL
AZSER12776129

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P?## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0045028 | RD | 41/Male /34.7 | PLA+LI /538 | | | NATURAL OPIUM ALKALOIDS/ (201/ 201) | Mean (post-ra ndomizat ion) | 117.50 | | 5.2 | 108 |
| | | | | | | HYDROMORPH ONE HYDROCHLOR IDE (201/ 201) | | | | | |
| | | | | | | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | HYDROMORPH ONE HYDROCHLOR IDE (210/ 210) | | | | | |
| | | | | | | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE (211/ 238) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3457

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776130

Page 219 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event §†## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0045028 | RD | 41/Male /34.7 | PLA+LI /538 | | | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | HYDROMORPH ONE HYDROCHLOR IDE (220/ 220) | | | | | |
| | | | | | | OTHER ANALGESICS AND ANTIPYRETI CS/ DIPHENHYDR AMINE (239/ 443) | | | | | |
| | | | | | | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | HYDROMORPH ONE HYDROCHLOR IDE (250/ 250) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  * with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
       # All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3458

CONFIDENTIAL
AZSER12776131

Page 220 of 555

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0045028 | RD | 41/Male /34.7 | PLA+LI /538 | | | OPIOID ANESTHETIC S/ FENTANYL (251/ 252) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (254/ 281) | | | | | |
| | | | | | | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | HYDROMORPH ONE HYDROCHLOR IDE (256/ 256) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
    or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL-QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

3459

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

CONFIDENTIAL
AZSER12776132

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P'T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0045028 | RD | 41/Male /34.7 | PLA+LI /538 | | | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | HYDROMORPH ONE HYDROCHLOR IDE (261/ 261) | | | | | |
| | | | | | | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | HYDROMORPH ONE HYDROCHLOR IDE (269/ 269) | | | | | |
| | | | | | | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | HYDROMORPH ONE HYDROCHLOR IDE (277/ 277) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL or with a >=15 unit increase in HbA1c any time during the study.
                                        QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
    ** Blood sampling >8 hours after last meal, i.e. documented fasting.
              ## All AEs prior and concomitant medications are listed.
                 All AEs potentially associated with diabetes mellitus.
                        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3460

CONFIDENTIAL
AZSER12776133

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0045028 | RD | 41/Male /34.7 | PLA+LI /538 | | | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | HYDROMORPH ONE HYDROCHLOR IDE (290/ 290) | | | | | |
| | | | | | | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | HYDROMORPH ONE HYDROCHLOR IDE (296/ 296) | | | | | |
| | | | | | | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | HYDROMORPH ONE HYDROCHLOR IDE (305/ 305) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas   06JUN2007:13:47 luchen

3461

CONFIDENTIAL
AZSER12776134

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0045028 | RD | 41/Male /34.7 | PLA+LLI /538 | | | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | HYDROMORPH ONE HYDROCHLOR IDE (323/ 323) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (339/ 365) | | | | | |
| | | | | | | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE (347/ 365) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * with a >=1.5 unit increase in HbA1c any time during the study.
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
       # All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3462

CONFIDENTIAL
AZSER12776135

Case 6:06-md-01769-ACC-DAB   Document 1364-36   Filed 03/12/09   Page 63 of 100 PageID 90173

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P'T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0045028 | RD | 41/Male /34.7 | PLA+LI /538 | | | AMIDES/ BUPIVACAIN E | | | | | |
| | | | | | | HYDROCHLOR IDE (367/ 367) | | | | | |
| | | | | | | CEPHALOSPO RINS AND RELATED SUBSTANCES | | | | | |
| | | | | | | CEFAZOLIN SODIUM (367/ 367) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ | | | | | |
| | | | | | | TEMAZEPAM (367/ 415) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 ## All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

3463

/csre/prod/seroquel/d1447c00127/sp/output/tlf/tl10311203.lst   al3.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776136

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0045028 | RD | 41/Male /34.7 | PLA+LI /538 | | | AMIDES/ BUPIVACAIN E HYDROCHLOR IDE (368/ 370) BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE (423/ 445) | | | | | |
| D1447C00127 /E0046004 | OL | 47/Male /25.6 | OL QTP /110 | | DEEP VEIN THROMBOSIS | OTHER ANTIPSYCHO TICS/ RISPERIDON E (UNK/-138) / PRE OL | Enrollme nt | 90.00(-1 13) F | YES | 5.7(-113 ) | 77(-113) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
 *  with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All AEs and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3464

CONFIDENTIAL
AZSER12776137

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0046004 | OL | 47/Male /25.6 | OL QTP /110 | | RIGHT LUNG NODULE | VITAMIN K ANTAGONIST S/ WARFARIN (UNK/-136) / PRE OL | Week 12 | 183.00H(-28) | NO | 4.7(-28) | 80 (-28) |
| | | | | | PNEUMONIA | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (UNK/-132) / PRE OL | Mean (post-en rollment ) | 183.00 | | 4.7 | 80 |
| | | | | | HISTORY OF CONSTIPATI ON | FOLIC ACID AND DERIVATIVE S/ FOLIC ACID (UNK/-132) / PRE OL | | | | | |
| | | | | | HYPERLIPID EMIA | VITAMIN B1/ PLAIN/ THIAMINE (UNK/-132) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3465

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776138

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me* (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0046004 | OL | 47/Male /25.6 | OL QTP /110 | | | TINNITUS | MAGNESIUM COMPOUNDS/ | | | | | |
| | | | | | | | MAGNESIUM HYDROXIDE (-489)/ -489)/ PRE OL | | | | | |
| | | | | | | | LITHIUM/ LITHIUM CARBONATE (-141/ 43)/ PRE OL | | | | | |
| | | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-138/ -138)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3466

CONFIDENTIAL
AZSER12776139

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0046004 | OL | 47/Male /25.6 | OL QTP /110 | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE -138/ -137/ PRE OL | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM -137/ -137/ PRE OL | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM -136/ -136/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3467

CONFIDENTIAL
AZSER12776140

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Visit | Medication Class/ Generic Na me# (Start/Sto p Day*) | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0046004 | OL | 47/Male /25.6 | OL QTP /110 | | | DIAZEPINES | | | | | | |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-136/ -136)/ PRE OL | | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-135/ -135)/ PRE OL | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   or with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs prior and concomitant medications are listed.
   #  All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting, R=Glucose non-fasting (random).

3468

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776141

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0046004 | OL | 47/Male /25.6 | OL QTP /110 | | | DIAZEPINES ´OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-135/ -133)/ PRE OL | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-134/ -134)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs/prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3469

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776142

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0046004 | OL | 47/Male /25.6 | OL QTP /110 | | | DIAZEPINES<br><br>OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE ( -112/ -111) PRE OL<br><br>HMG COA REDUCTASE INHIBITORS / SIMVASTATI N ( -104/ -18)<br><br>VITAMIN K ANTAGONIST S/ WARFARIN ( -100/ 34) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*    with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
        ## All prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting, R=Glucose non-fasting (random).

06JUN2007:13:47 luchen

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas

3470

CONFIDENTIAL
AZSER12776143

Page 232 of 555

11.3.12-3 Patients with high glucose and HbAlc
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P'T## (Start/Sto p Day*) | Medical history | Drugs Used In Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0046004 | OL | 47/Male /25.6 | OL QTP /110 | | | DRUGS USED IN NICOTINE DEPENDENCE | | | | | |
| | | | | | | NICOTINE (-96/ -94) | | | | | |
| /E0046004 | RD | 47/Male /26.5 | QTP+LI /241 | | | VITAMIN K ANTAGONIST S/ WARFARIN (35/ 55) | At randomiz ation | 98.00(1) F | YES | 5.2(1) | 79(1) |
| | | | | | | LITHIUM/ LITHIUM CARBONATE (44/ 271) | Week 4 | | | | 80(29) |
| | | | | | | HMG COA REDUCTASE INHIBITORS / SIMVASTATI N (46/ 271) | Week 8 | | | | 82(57) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3471

CONFIDENTIAL
AZSER12776144

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0046004 | RD | 47/Male /26.5 | QTP+LI /241 | | | VITAMIN K ANTAGONIST S/ WARFARIN (56/ 107) | Week 12 | 121.00(8 5) F | NO | 5.3(85) | 81(85) |
| | | | | | | | Week 28 | 126.00H( 197) F | YES | 5.3(197) | |
| | | | | | | | Week 40 | 91.00(28 1) F | YES | 5.5(281) | 86(281) |
| | | | | | | | Week 52 | | | 5.3(367) | 89(367) |
| | | | | | | | Week 68 | 88.00(44 9) F | YES | 5.1(449) | 88(449) |
| | | | | | | | Mean (post-ra ndomizat ion) | 106.50 | | 5.3 | 84 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3472

CONFIDENTIAL
AZSER12776145

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment (Day*) | Treat- ment | Medical history | Adverse Event PT## (Start/Sto p Day*) | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048003 | OL | 51/Female /36 | OL QTP /251 | | HYPERTENSI ON | | DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-78/ -5)/ PRE OL | Enrollme nt | 75.00(-6 ) R | YES | 5.9(-6) | |
| | | | | | ARTHRITIS | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-78/ -1)/ PRE OL | Week 24 | 187.00H( 168) F | YES | 7.4(168) | |
| | | | | | DIABETES MELLITUS | | SULFONAMID ES, PLAIN/ FUROSEMIDE (-51/ 128)/ PRE OL | Week 24 | | | 7.8H(252 ) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*   with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All prior and concomitant medications are listed.
    ## All AES potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3473

CONFIDENTIAL
AZSER12776146

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048003 | OL | 51/Female /36 | OL QTP /251 | OL QTP /251 | | COCCIDOMY COSIS | ACE INHIBITORS (,PLAIN/ LISINOPRIL (-31)/PRE OL | Mean (post-en rollment) | 187.00 | | 7.6 | |
| | | | | | | | BETA BLOCKING AGENTS, SELECTIVE/ ATENOLOL (-31) 240)/PRE OL | | | | | |
| | | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-31) 240)/PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3474

CONFIDENTIAL
AZSER12776147

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medica- tion Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048003 | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (1/ 57) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (58/ 240) | | | | | |
| | | | | | | HMG COA REDUCTASE INHIBITORS / LOVASTATIN (62/ 281) | | | | | |
| | | | | | | ANTIBACTER IALS FOR SYSTEMIC USE/ (196/ 196) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
     with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from or 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AE's potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

3475

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776148

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048003 | | | | | FLUOROQUIN OLONES/ CIPROFLOXA CIN (210/ 217) | | | | | | |
| | | | | | FLUOROQUIN OLONES/ LEVOFLOXAC IN (237/ 248) | | | | | | |
| | | | | | CEPHALOSPO RINS AND RELATED SUBSTANCES | | | | | | |
| | | | | | CEFAZOLIN SODIUM (240/ 251) | | | | | | |
| | | | | | HEPARIN GROUP/ HEPARIN-FR ACTION, SODIUM, SALT, (240/ 251) | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All AEs prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst al3.sas 06JUN2007:13:47 luchen

3476

CONFIDENTIAL
AZSER12776149

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048003 | | | | | | PHENYLPIPE RIDINE DERIVATIVE S/ PETHIDINE HYDROCHLOR IDE (240/ 251) | | | | | |
| | | | | | | THIAZIDES, PLAIN/ HYDROCHLOR OTHIAZIDE (240/ 281) | | | | | |
| | | | | | | OTHER HYPNOTICS AND SEDATIVES/ DIPHENHYDR AMINE (241/ 251) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

3477

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776150

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment Start/Sto p Day** | Medical history | Adverse Event F##T## (Start/Sto p Day*) | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048003 | | | | | | | BETA BLOCKING AGENTS, SELECTIVE/ ATENOLOL (241/ 281) | | | | | |
| | | | | | | | FLUOROQUIN OLONES/ GATIFLOXAC IN (244/ 248) | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (244/ 281) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs for and concomitant medications are listed.
@## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3478

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776151

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
values - Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048003 | | | | | | NATURAL OPIUM ALKALOIDS/ | | | | | |
| | | | | | | PARACETAMO L (244/ 281) | | | | | |
| D1447C00127 /E0048011 | OL | 51/Male /26.3 | OL QTP /226 | | ASTHMA | ANILIDES/ | Enrollme nt | 94.00(-2 32) R | YES | 5.2(-232 ) | 76 (-232) |
| | | | | | | PARACETAMO L (UNK/UNK)/ PRE OL | | | | | |
| | | | | | GERD | MULTIVITAM INS WITH MINERALS/ ASCORBIC ACID (UNK/UNK)/ PRE OL | Week 2 | | | | 82 (-212) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   al3.sas   06JUN2007:13:47 luchen

3479

CONFIDENTIAL
AZSER12776152

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P'T## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048011 | OL | 51/Male /26.3 | OL QTP /226 | | POLLEN ALLERGY | POTASSIUM/ POTASSIUM (UNK/UNK)/ PRE OL | Week 12 | | | | 91 (-142) |
| | | | | | HEADACHES (OCCASIONA LLY) | PROTON PUMP INHIBITORS / LANSOPRAZO LE (UNK/UNK)/ PRE OL | Week 24 | 167.00H( -58) F | YES | 6.9(-58) | 89 (-58) |
| | | | | | | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL (UNK/UNK)/ PRE OL | Mean (post-en rollment ) | 167.00 | | 6.9 | 87 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3480

CONFIDENTIAL
AZSER12776153

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048011 | OL | 51/Male /26.3 | OL QTP /226 | | | OTHER ANTIDEPRES SANTS/ NEFAZODONE HYDROCHLOR IDE (-295/ -246/ PRE OL | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-295/ -127/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3481

CONFIDENTIAL
AZSER12776154

D1447c00127

11.3.12-3  Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event F*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E00048011 | OL | 51/Male /26.3 | OL QTP /226 | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-295/ -199) PRE OL | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM 198/ 112) | | | | | |
| | | | | | | | DRUGS USED IN NICOTINE DEPENDENCE / NICOTINE (-188/ -127) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  * with a >=1.5 unit increase in HbAlc any time during the study.
to sampling/onset/stop from or 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3482

CONFIDENTIAL
AZSER12776155

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment/Days On Treatment | Event PT## (Start/Sto p Day*) | Medical history | Medication Class/Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E00048011 | RD | 51/Male /30.9 | QTP+VAL / 82 | HYPERGLYCAEMIA (61/68) | | BIGUANIDES / METFORMIN HYDROCHLORIDE (61/112) | At randomization | 121.00(-1) F | YES | 7.0(-1) | 89(-1) |
| | | | | | | HMG COA REDUCTASE INHIBITORS / ATORVASTATIN (61/112) | Week 4 | | | | 92(26) |
| | | | | | | SULFONAMIDES, UREA DERIVATIVES / GLIBENCLAMIDE (61/112) | Week 8 | | | | 86(54) |
| | | | | | | SULFONAMIDES, UREA DERIVATIVES / GLIPIZIDE (61/112) | Week 12 | 249.00H(83) F | YES | 9.6H(83) | 83(83) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

06JUN2007:13:47 luchen

/csre/prod/seroquel/d1447c00127/sp/output/tlf/t11031203.lst  al3.sas

3483

CONFIDENTIAL
AZSER12776156

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | PT## (Start/Sto p Day*) | Adverse Event | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0048011 | RD | 51/Male /30.9 | QTP+VAL /82 | | | | | | Mean (post-ra ndomizat ion) | 249.00 | | 9.6 | 87 |
| D1447C00127 /E0051006 | OL | 62/Male /29.8 | OL QTP /198 | | | | DIABETES | INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN LISPRO (-418/ 309)/ PRE OL | Enrollme nt | | | 6.6(-205 ) | 111(-205 ) |
| | | | | | | | | INSULINS AND ANALOGUES, LONG-ACTIN G/ INSULIN GLARGINE (-418/ 309)/ PRE OL | Enrollme nt | 120.00(- 199) F | YES | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3484

CONFIDENTIAL
AZSER12776157

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Medication

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0051006 | OL | 62/Male /29.8 | OL QTP /198 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-295/ 309)/ PRE OL | Week 1 | | | | 114(-191 ) |
| | | | | | | DIAZEPINES | Week 2 | | | | 113(-184 ) |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-211/ -199)/ PRE OL | | | | | |
| | | | | | | | Week 12 | 92.00(-1 05) F | YES | 6.9(-105 ) | 112(-114 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  ## All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3485

CONFIDENTIAL
AZSER12776158

Page 247 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0051006 | OL | 62/Male /29.8 | OL QTP /198 | | | | Week 24 | 112.00(- 30) F | YES | 7.2(-30) | 112(-30) |
| | | | | | | | Mean (post-en rollment ) | 102.00 | | 7.1 | 113 |
| | RD | 63/Male /29.8 | QTP+VAL /279 | | | ENEMAS/ SODIUM PHOSPHATE DIBASIC (47/47) | At randomiz ation | 130.00H( -1) F | YES | 7.2(-1) | 111(-1) |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ MIDAZOLAM HYDROCHLOR IDE (48/ 48) | Week 4 | | | | 108(22) |
| | | | | | | OPIOID ANESTHETIC S/ FENTANYL (48/48) | Week 8 | | | | 105(49) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medication listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas   06JUN2007:13:47 luchen

3486

CONFIDENTIAL
AZSER12776159

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0051006 | RD | 63/Male /29.8 | QTP↑VAL /279 | | | | Week 12 | 136.00H( 77) F | YES | 7.3(77) | 104(77) |
| | | | | | | | Week 28 | 58.00(19 6) F | YES | 7.8H(196 ) | 107(196) |
| | | | | | | | Week 40 | 214.00H( 279) F | NO | 9.3H(279 ) | 109(279) |
| | | | | | | | Mean (post-ra ndomizat ion) | 136.00 | | 8.1 | 107 |
| D1447C00127 /E0052025 | OL | 52/Female /35.2 | OL QTP / 43 | | TYPE II DIABETES | BIGUANIDES METFORMIN (-2422/ 73)/ PRE OL | Enrollme nt | 158.00H( -6) F | YES | 8.4H(-6) | |

3487

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
        or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t110311203.lst a13.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776160

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## PT# (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (St art/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0052025 | OL | 52/Female /35.2 | OL QTP / 43 | | | HYPERTENSI ON | ACE INHIBITORS ,PLAIN/ QUINAPRIL HYDROCHLOR IDE (-1326/ 73)/ PRE OL | Week 4 | | | 7.5(43) | |
| | | | | | | ARTHRITIS | THIAZOLIDI NEDIONES/ PIOGLITAZO NE HYDROCHLOR IDE (-1326/ 73)/ PRE OL | Week 12 | 128.00H( 43) F | YES | | |
| | | | | | | HEADACHES (OCCASIONA L) | ANILIDES/ PARACETAMO L (-210/ 73)/ PRE OL | Mean (post-en rollment ) | 128.00 | | 7.5 | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3488

CONFIDENTIAL
AZSER12776161

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P'T## (Start/Sto p Day*) | Medical history | Medicat- ion Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0052025 | OL | 52/Female /35.2 | OL QTP / 43 | | MUSCLE ACHES & PAIN | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (-230/ 73)/ PRE OL | | | | | |
| | | | | | | AMINOALKYL ETHERS/ DOXYLAMINE SUCCINATE (-14/ -43)/ PRE OL | | | | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-37/ 73)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst al3.sas 06JUN2007:13:47 luchen

3489

CONFIDENTIAL
AZSER12776162

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0052025 | OL | 52/Female /35.2 | OL QTP / 43 | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ | | | | | |
| | | | | | | QUETIAPINE FUMARATE (-23)/ PRE OL | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-23)/ PRE OL | | | | | |
| | | | | | | COMBINATIO NS OF ANTIBACTER IALS/ SALICYLATE SODIUM (-2/ 2) | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting, R=Glucose non-fasting (random).

3490

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776163

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0052025 | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (9//73) | | | | | |
| D1447C00127 /E0055023 | OL | 52/Female /30.2 | OL QTP /260 | | HYPERCHOLE STEROLEMIA | ACETIC ACID DERIVATIVE S AND RELATED SUBSTANCES / INDOMETACI N (UNK/UNK)/ PRE OL | Enrollme nt | 103.00(- 7) R | NO | | |
| | | | | | PSORATIC ARTHRITIS | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (UNK/UNK)/ PRE OL | Enrollme nt | | | 9.7H(325 ) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*    with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
       #  All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47  luchen

3491

CONFIDENTIAL
AZSER12776164

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0055023 | OL | 52/Female /30.2 | OL QTP /260 | | | PSORIASIS | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-250/ -11)/ PRE OL | Week 12 | 120.00(8 7) F | YES | 6.7(87) | |
| | | | | | | SEASONAL ALLERGIES | OTHER ANTIHISTAM INES FOR SYSTEMIC USE/ LORATADINE (-37/ 290)/ PRE OL | Week 24 | 123.00(1 72) F | NO | 6.8(172) | |
| | | | | | | OCCASIONAL CONSTIPATI ON | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-31/ 3)/ PRE OL | Week 24 | | | 8.7H(260 ) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*    with or with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
#   All prior and concomitant medications are listed.
##  All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3492

CONFIDENTIAL
AZSER12776165

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0055023 | OL | 52/Female /30.2 | OL QTP /260 | | MIGRAINE HEADACHES | | Mean (post-en rollment) | 121.50 | | 7.4 | |
| | | | | | SHORTNESS OF BREATH | | | | | 9.4H(290 ) | |
| | | | | | INSOMNIA | | | | | | |
| | | | | | ANXIETY SYMPTOMS | | | | | | |
| | | | | | DEPRESSION | | | | | | |
| | | | | | CHILD BIRTH | | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (1/ 7) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from or 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t110311203.1st a13.sas 06JUN2007:13:47 luchen

3493

CONFIDENTIAL
AZSER12776166

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0055023 | | | | | | OTHER ANTIDEPRESSANTS/ VENLAFAXINE HYDROCHLORIDE (1/ 7) | | | | | |
| | | | | | | FATTY ACID DERIVATIVES/ VALPROATE SEMISODIUM (8/ 64) | | | | | |
| | | | | | | HMG COA REDUCTASE INHIBITORS /ATORVASTATIN (11/ 19) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL.CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3494

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0055023 | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (65/ 86) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (87/ 114) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (115/ 142) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs prior and concomitant medication are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3495

CONFIDENTIAL
AZSER12776168

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment /## P*T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0055023 | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (143/ 290) | | | | | |
| D1447C00127 /E0059014 | OL | 57/Male /27.9 | OL QTP /113 | | HTN HYPERTENSI ON | OTHER ANTIPSYCHO TICS/ RISSPERIDON E (-210/ -114)/ PRE OL | Enrollme nt | 130.00H( -119) R | NO | 5.0(-119 ) | 84(-119) |
| | | | | | WEARS GLASSES SIGHT IMPAIRMENT | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / SERTRALINE HYDROCHLOR IDE (-210/ -114)/ PRE OL | Week 1 | | | | 86(-106) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes melitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776169

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Adverse Event P T## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0059014 | OL | 57/Male /27.9 | OL QTP /113 | | | BETA BLOCKING AGENTS, SELECTIVE/ ATENOLOL (-210/ 68)/ PRE OL | | Week 2 | | | | 86 (-99) |
| | | | | | | THIAZIDES, PLAIN/ HYDROCHLOR OTHIAZIDE (-210/ 68)/ PRE OL | | Week 12 | 194.00H (-29) F | YES | 6.8(-29) | 88(-29) |
| | | | | | | OTHER HYPNOTICS AND SEDATIVES/ | | Mean (post-en rollment ) | 194.00 | | 6.8 | 87 |
| | | | | | | DIPHENHYDR AMINE (-119/ -114) | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
     ##  All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3497

CONFIDENTIAL
AZSER12776170

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0059014 | OL | 57/Male /27.9 | OL QTP /113 | | | | OTHER ANTIPSYCHO TICS/ RISPERIDON E (-113/ -111) | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-113/ -107) | | | | | |
| | | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / SERTRALINE HYDROCHLOR IDE (-113/ -107) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  or with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3498

CONFIDENTIAL
AZSER12776171

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0059014 | OL | 57/Male /27.9 | OL QTP /113 | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-106/ 68) | | | | | |
| | | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / SERTRALINE HYDROCHLOR IDE (-106/ 68) | | | | | |
| | | | | | | | AMINOALKYL ETHERS/ DIPHENHYDR AMINE (-87/ -60) | | | | | |
| | RD | 57/Male /30.1 | QTP+VAL 38 | DIABETIC KETOACIDOS IS (30/48) | | | ANILIDES/ PARACETAMO L (1/ 4) | At randomiz ation | 124.00(- 1) F | YES | 7.1(-1) | 90(-1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   or with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3499

CONFIDENTIAL
AZSER12776172

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0059014 | RD | 57/Male /30.1 | QTP↑VAL / 38 | | | ANILIDES/ | Week 4 | | | | 86(28) |
| | | | | | | PARACETAMO L (9/ 10) | | | | | |
| | | | | | | AMINOALKYL ETHERS/ DIPHENHYDR AMINE (29/ 68) | Week 8 | | | | 86(42) |
| | | | | | | | Week 12 | 900.00H( 42) F | YES | | |
| | | | | | | | Mean (post-ra ndomizat ion) | 900.00 | | | 86 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776173