D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0059017 | OL | 48/Male /34.4 | OL QTP /112 | | HYPERTENSI ON | INDOLE DERIVATIVE S/ ZIPRASIDON E HYDROCHLOR IDE -731/ -113/ PRE OL | Enrollme nt | 88.00(-1 18) R | NO | 5.2(-118 ) | 109(-118 ) |
| | | | | | ASTHMA | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E (-113/ -35/ PRE OL | Week 1 | | | | 110(-105 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3501

CONFIDENTIAL
AZSER12776174

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment PT## (Start/Sto p Day*) | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0059017 | OL | 48/Male /34.4 | OL CTP /112 | | | | ADRENERGIC S/OTHER DRUGS FOR OBSTR. AIRWAY DISEASES/ FLUTICASON E PROPIONATE (-335/ 630)/ PRE OL | Week 2 | | | | 111(-98) |
| | | | | | | | BETA BLOCKING AGENTS NON-SELECT IVE/ PRO PRANOLO L (-335/ 630)/ PRE OL | Week 12 | 178.0OH( -28) F | YES | 7.3(-28) | 120I(-28) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3502

CONFIDENTIAL
AZSER12776175

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | OL/TP /T## (Start/Sto p Day*) | Adverse Event /Start/Sto Medical p Day*) history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0059017 | OL | 48/Male /34.4 | OL OTP /112 | | | DIHYDROPYR IDINE DERIVATIVE S/ AMLODIPINE (-335/ 630)/ PRE OL | Mean (post-en rollment ) | 178.00 | | 7.3 | 114 |
| | | | | | | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ | | | | | |
| | | | | | | SALBUTAMOL (-335/ 630)/ PRE OL | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-153/ 630)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
          # All prior and concomitant medications are listed.
          ## All AEs potentially associated with diabetes mellitus.
                F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3503

CONFIDENTIAL
AZSER12776176

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0059017 | OL | 48/Male /34.4 | OL QTP /112 | | | | OTHER HYPNOTICS AND SEDATIVES/ DIPHENHYDR AMINE ( -143 / -106 ) PRE OL INDOLE DERIVATIVE S/ ZIPRASIDON E HYDROCHLOR IDE ( -112 / -109 ) OTHER ANTIEPILEP TICS/ LAMOTRIGIN E ( -112 / -109 ) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 *  with or with a >=1.5 unit increase in HbA1c any time during the study.
 *  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 **  Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3504

CONFIDENTIAL
AZSER12776177

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0059017 | RD | 49/Male /37.6 | PLA+VAL /600 | | | | At randomiz ation | 195.00H( 1) F | YES | 7.6H(1) | 119(1) |
| | | | | | | | Week 4 | | | | 120(29) |
| | | | | | | | Week 8 | | | | 119(57) |
| | | | | | | | Week 12 | 288.00H( 85) F | YES | 5.9(85) | 114(85) |
| | | | | | | | Week 28 | 97.00(19 7) F | YES | 5.5(197) | 109(197) |
| | | | | | | | Week 40 | 82.00(28 1) F | YES | 5.7(281) | 107(281) |
| | | | | | | | Week 52 | 86.00(36 5) F | YES | 5.9(365) | 105(365) |
| | | | | | | | Week 52 | | | 5.6(386) | |
| | | | | | | | Week 68 | 92.00(48 6) F | YES | 5.4(486) | 104(486) |
| | | | | | | | Week 84 | 104.00(5 96) F | YES | 5.3(596) | 101(596) |
| | | | | | | | Week 84 | | | 4.8(624) | 102(624) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
    or with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    #  All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.1st  a13.sas  06JUN2007:13:47  luchen

3505

CONFIDENTIAL
AZSER12776178

11.3.12-3 Patients with high glucose and HbA1c
D1447C00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment PT## (Start/Sto p Day*) | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0059017 | RD | 49/Male /37.6 | PLA+VAL /600 | | | | | Mean (post-ra ndomizat ion) | 124.83 | | 5.5 | 109 |
| D1447C00127 /E0060013 | OL | 28/Female /20.4 | OL QTP /112 | | | CERVICAL DYSPLASIA | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ ETHINYLEST RADIOL (-259/ 117)/ PRE OL | Enrollme nt | 99.00(-1 19) R | NO | 5.1(-119 ) | 66(-119) |
| | | | | | | SUICIDE ATTEMPT | DIAZEPINES AND OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-119/ -119) | Week 1 | | | | 66(-105) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
     or with a >=1.5 unit increase in HbA1c any time during the study.
  **  Blood sampling >8 hours after last meal, i.e. documented fasting.
          #  All prior and concomitant medications are listed
          ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3506

CONFIDENTIAL
AZSER12776179

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment PT## (Start/Sto p Day*) | Medical history | Adverse Event PT## (Start/Sto p Day*) | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0060013 | OL | 28/Female /20.4 | OL QTP /112 | | SINUS BRADYCARDI A | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-119/ -116) | Week 2 | | | | 67 (-98) |
| | | | | | | | DIAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-118/ -118) | Week 12 | 109.00 (- 28) F | NO | 5.1 (-28) | 70 (-28) |
| | | | | | | | OXAZEPINES | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
     or with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3507

CONFIDENTIAL
AZSER12776180

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T#/# (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0060013 | OL | 28/Female /20.4 | OL QTP /112 | | | DIAZEPINES | Mean (post-en rollment ) | 109.00 | | 5.1 | 68 |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-117/ -117) | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-116/ -116) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3508

CONFIDENTIAL
AZSER12776181

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population
Adverse

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0060013 | OL | 28/Female /20.4 | OL QTP /112 | | | DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-115/ -115) FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-115/ -112) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
   * with a >=1.5 unit increase in HbA1c any time during the study.
   * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.1st  al3.sas  06JUN2007:13:47 luchen

3509

CONFIDENTIAL
AZSER12776182

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0060013 | OL | 28/Female /20.4 | OL QTP /112 | | | DIAZEPINES | | | | | |
| | | | | | | ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-114/ -113) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-111/ -108) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-107/ -28) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3510

CONFIDENTIAL
AZSER12776183

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0060013 | OL | 28/Female /20.4 | OL QTP /112 | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-72/ 117) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-27/ 117) | | | | | |
| | RD | 28/Female /22 | PLA+VAL / 87 | | | PIPERAZINE DERIVATIVE S/ CETIRIZINE HYDROCHLOR IDE (76/ 86) | At randomiz ation | 85.00(1) F | NO | 5.0(1) | 71 (1) |
| | | | | | | | Week 4 | | | | 72 (22) |
| | | | | | | | Week 8 | | | | 78 (57) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3511

CONFIDENTIAL
AZSER12776184

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0060013 | RD | 28/Female /22 | PLA+VAL / 87 | | | | Week 12 | 132.00H( 87) F | NO | 5.3(87) | 67(87) |
| | | | | | | | Mean (post-ra ndomizat ion) | 132.00 | | 5.3 | 72 |
| D1447C00127 /E0062002 | OL | 26/Female | OL QTP /145 | | SEASONAL ALLERGIES - 2001 | ANTIMIGRAI NE PREPARATIO NS/ (UNK/UNK)/ PRE OL | Enrollme nt | | | 5.7(-157 ) | 101(-157 ) |
| | | | | | HYPOTHYROI DISM - 2002 | H2-RECEPTO R ANTAGONIST S/ RANITIDINE HYDROCHLOR IDE (UNK/UNK)/ PRE OL | Week 1 | | | | 101(-138 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
#   All prior and concomitant medications are listed.
##  All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3512

CONFIDENTIAL
AZSER12776185

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0062002 | OL | 26/Female | OL QTP /145 | | GASTROESOP HAGUEL REFLUX - 1999 | SYMPATHOMI METICS/ PSEUDOEPHE DRINE HYDROCHLOR IDE (UNK/UNK)/ PRE OL | Week 12 | 130.00H( -62) F | NO | 5.6(-62) | 104(-62) |
| | | | | | MIGRAINES - DEC. 2003 | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-176/ 25)/ PRE OL | Mean (post-en rollment ) | 130.00 | | 5.6 | 103 |
| | | | | | SHORTNESS OF BREATH UPON EXERTION 2000 | THYROID HORMONES/ LEVOTHYROX INE SODIUM (-176/ 25)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  ## All prior and concomitant medication are listed.
  ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3513

CONFIDENTIAL
AZSER12776186

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0062002 | OL | 26/Female | OL QTP /145 | | SINUS HEADACHES | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ ETHINYLEST RADIOL (-176/ 255)/ PRE OL | | | | | |
| | | | | | GENERALIZE D MUSCLE ACHES | PIPERAZINE DERIVATIVE S/ CETIRIZINE HYDROCHLOR IDE (-176/ 280)/ PRE OL | | | | | |
| | | | | | FAMILIAL TREMOR | LITHIUM/ LITHIUM (-157/ -153) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
# All AEs potentially associated with diabetes melitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3514

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776187

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0062002 | OL | 26/Female / | OL QTP /145 | | | LITHIUM/ LITHIUM /-152/ -150 | | | | | |
| | | | | | | LITHIUM/ LITHIUM /-149/ -117 | | | | | |
| | | | | | | LITHIUM/ LITHIUM /-116/ -59 | | | | | |
| | | | | | | LITHIUM/ LITHIUM (-58/ 550) | | | | | |
| | RD | 26/Female /39.4 | PLA.LI /520 | | | LITHIUM/ LITHIUM (1/ 550) | At randomiz ation | 118.00(1 ) F | YES | 5.7(1) | 106(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   **   Blood sampling >8 hours after last meal, i.e. documented fasting.
        ## All prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3515

CONFIDENTIAL
AZSER12776188

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (mg (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0062002 | RD | 26/Female /39.4 | PLA+LI /520 | | | | SYMPATHOMI METICS/ PSEUDOEPHE DRINE HYDROCHLOR IDE (1/ 550) | Week 4 | | | | 104(31) |
| | | | | | | | THYROID HORMONES/ | Week 8 | | | | 104(58) |
| | | | | | | | LEVOTHYROX INE SODIUM (26/ 550) | | | | | |
| | | | | | | | ANILIDES/ | Week 12 | 83.00(86 ) F | NO | 5.4(86) | 104(86) |
| | | | | | | | PARACETAMO L (29/ 550) | | | | | |
| | | | | | | | CORTICOSTE ROIDS/ FLUTICASON E PROPIONATE (80/ 550) | Week 28 | 89.00(19 8) F | YES | 5.9(198) | 101(198) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*    with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from or OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3516

CONFIDENTIAL
AZSER12776189

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medica- tion Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0062002 | RD | 26/Female /39.4 | PLA+LI /520 | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (190/ 196) | Week 40 | 107.00(2 88) F | YES | 5.5(288) | 102(288) |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM (205/ 233) | Week 52 | 151.00H( 366) F | NO | 6.0(366) | 101(366) |
| | | | | | | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ ETHINYLEST RADIOL (256/ 402) | Week 52 | | | 5.8(395) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*  or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3517

CONFIDENTIAL
AZSER12776190

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T##T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me** (St art/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0062002 | RD | 26/Female /39.4 | PLA+LI /520 | | | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ ETHINYLEST RADIOL (403/ 458) | Week 68 | 70.00/(47 2) F | YES | 5.8/(472) | 100/(472) |
| | | | | | | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ ETHINYLEST RADIOL (459/ 550) | Week 68 | | | 5.6/(520) | 101/(520) |
| | | | | | | MACROLIDES / AZITHROMYC IN (505/ 510) | Mean (post-ra ndomizat ion) | 100.00 | | 5.7 | 102 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3518

CONFIDENTIAL
AZSER12776191

Page 280 of 555

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063001 | OL | 48/Male /36.2 | OL OTP /111 | | ALLERGIC RHINITIS - INTERMITTE NT | ASCORBIC ACID (VITAMIN C) PLAIN/ ASCORBIC ACID (UNK/UNK) / PRE OL | Enrollme nt | 117.00 (- 118) R | NO | 5.7(-118 ) | 108(-118 ) |
| | | | | | HEPATITIS B | CALCIUM/ CALCIUM (UNK/UNK) / PRE OL | Week 1 | | | | 110(-104 ) |
| | | | | | LOW BACK PAIN - INTERMITTE NT | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (UNK/UNK) / PRE OL | Week 2 | | | | 110(-98) |
| | | | | | ALCOHOL WITHDRAWAL SEIZURE | MULTIVITAM INS WITH MINERALS/ (UNK/UNK) / PRE OL | Week 12 | | | | 112(-27) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl
* or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL OTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3519

CONFIDENTIAL
AZSER12776192

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063001 | OL | 48/Male /36.2 | OL QTP /111 | | | DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-259/ -259) PRE OL | Mean (post-en rollment ) | | | | 111 |
| | | | | | | DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-259/ -112) PRE OL | | | | | |
| | | | | | | LITHIUM/ LITHIUM (-259/ -112)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst al3.sas 06JUN2007:13:47 luchen

3520

Page 282 of 555

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063001 | OL | 48/Male /36.2 | OL QTP /111 | | DRUGS USED IN NICOTINE DEPENDENCE / BUPROPION HYDROCHLOR IDE (-142/ -111)/ PRE OL | | LITHIUM/ LITHIUM (-111/ -99) | | | | | |
| | | | | | | LITHIUM/ LITHIUM (-98/ -83) | | | | | | |
| | | | | | | LITHIUM/ LITHIUM (-82/ 716) | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*   with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All AEs prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3521

CONFIDENTIAL
AZSER12776194

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me* (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063001 | RD | 48/Male /37 | QTP+LI /686 | DIABETES MELLITUS (208/687) | | OTHER ANTIALLERG ICS/ CLOPATADIN E HYDROCHLOR IDE (30/ 447) | At randomiz ation | 124.00(1 ) F | YES | 5.8(1) | 111(1) |
| | | | | | | BIGUANIDES / METFORMIN (604/ 716) | Week 4 | | | | 110(29) |
| | | | | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIPIZIDE (604/ 716) | Week 8 | | | | 110(55) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*  with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
       # All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

3522

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776195

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event P'T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063001 | RD | 48/Male /37 | QTP;LI /686 | | | CORTICOSTE ROIDS, WEAK (GROUP I)/ HYDROCORTI SONE (671/ 694) | Week 12 | | | | 111(85) |
| | | | | | | | Week 28 | 163.00H( 208) F | YES | 6.8(208) | 111(208) |
| | | | | | | | Week 40 | 196.00H( 299) F | NO | 7.0(299) | 113(299) |
| | | | | | | | Week 52 | 380.00H( 385) F | YES | 8.5H(385 ) | 110(385) |
| | | | | | | | Week 68 | 373.00H( 497) F | YES | 10.5H(49 7) | 105(497) |
| | | | | | | | Week 68 | | | 10.6H(50 5) | |
| | | | | | | | Week 84 | 190.00H( 609) F | YES | 7.2(609) | 108(609) |
| | | | | | | | Week 104 | | | 6.9(665) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*  with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   #  All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

CONFIDENTIAL
AZSER12776196

Page 285 of 555

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063001 | RD | 48/Male /37 | QTP+LI /686 | | | | Week 104 | 143.00H( 687) F | YES | | 109(687) |
| | | | | | | | Week 104 | | | 6.7(687) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 240.83 | | 8.0 | 110 |
| D1447C00127 /E0063011 | OL | 52/Female /37 | OL QTP /238 | | NEARSIGHTE DNESS | SULFONAMID ES,UREA DERIVATIVE S/ GLIPIZIDE | Enrollme nt | 92.00(-2 45) F | YES | 6.0(-245 ) | 104(-245 ) |
| | | | | | | (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  * with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
          # All prior and concomitant medications are listed.
         ## All AEs potentially associated with diabetes mellitus.
               F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  all3.sas  06JUN2007:13:47 luchen

3524

CONFIDENTIAL
AZSER12776197

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063011 | OL | 52/Female /37 | OL QTP /238 | | INTERMITTE NT ALLERGIC RHINITIS | SELECTIVE SEROTONIN REUPTAKE INHIBITORS /ESCITALOPR AM OXALATE (-48)/ -224)/ PRE OL | Week 1 | | | | 109(-231 ) |
| | | | | | HYPERTENSI ON | PLATELET AGGREGATIO N INHIBITORS EXCL. HEPARIN/ ACETYLSALI CYLIC ACID (-406/ 228)/ PRE OL | Week 2 | | | | 110(-224 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
    #   All prior and concomitant medications are listed
    ##   All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   al3.sas  06JUN2007:13:47  luchen

3525

CONFIDENTIAL
AZSER12776198

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event Pᵀ## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063011 | OL | 52/Female /37 | OL QTP /238 | | | PALPITATIO NS ASSOCIATED WITH ANXIETY | THIAZOLIDI NEDIONES/ PIOGLITAZO NE HYDROCHLOR IDE (-375/ -187)/ PRE OL | Week 12 | 135.00H( -152) F | YES | 7.6H(-15 2) | 112(-152 ) |
| | | | | | | REACTIVE AIRWAY DISEASE | BIGUANIDES / METFORMIN (-375/ 228)/ PRE OL | Week 24 | | | 7.5(-64) | 108(-64) |
| | | | | | | GASTROESOP HAGEAL REFLUX DISEASE INTERMITTE NT | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-269/ -238)/ PRE OL | Mean (post-en rollment ) | 135.00 | | 7.6 | 110 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3526

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst al3.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776199

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T## ## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063011 | OL | 52/Female /37 | OL QTP /238 | | DIABETES | THIAZIDES, PLAIN/ HYDROCHLOR OTHIAZIDE (-1269/ -2101/ PRE OL | | | | | |
| | | | | | OBESITY | POTASSIUM/ POTASSIUM (-269/ -174/ PRE OL | | | | | |
| | | | | | OCCASIONAL LOWER EXTREMITY EDEMA | NATURAL AND SEMISYNTHE TIC ESTROGENS, PLAIN/ ESTROGENS CONJUGATED (-269/ 141/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients. with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3527

CONFIDENTIAL
AZSER12776200

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment PT## (Start/Sto p Day*) | Medical history | Adverse Event PT## (Start/Sto p Day*) | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063011 | OL | 52/Female /37 | OL QTP /238 | | OSTEOARTHR ITIS, LOWER BACK + KNEES | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-238/ -232) | | | | | |
| | | | | | DRY SKIN | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-231/ -225) | | | | | |
| | | | | | FISH SHRIMP / SHELLFISH ANAPHYLAXI S HAND | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-224/ -218) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3528

CONFIDENTIAL
AZSER12776201

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063011 | OL | 52/Female /37 | OL QTP /238 | | | LEFT 4TH + 5TH FINGER NUMBNESS | CORTICOSTE ROIDS/ MOMETASONE FUROATE (-223/ -222) | | | | | |
| | | | | | | | CORTICOSTE ROIDS/ MOMETASONE FUROATE (-219/ -218) | | | | | |
| | | | | | | | SULFONAMID ES/ PLAIN/ FUROSEMIDE (-214/ -173) | | | | | |
| | | | | | | | ACE INHIBITORS /PLAIN/ LISINOPRIL (-209/ 228) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 *  with a >=1.5 unit increase in HbA1c any time during the study.
 *  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All AEs prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

3529

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776202

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment PT## (Start/Sto p Day*) | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063011 | OL | 52/Female /37 | OL QTP /238 | | | | POTASSIUM/ POTASSIUM 228/173/ 228) | | | | | |
| | | | | | | | SULFONAMID ES, PLAIN/ FUROSEMIDE (-172/ -124) | | | | | |
| | | | | | | | SULFONAMID ES, PLAIN/ BUMETANIDE (-124/ -118) | | | | | |
| | | | | | | | SULFONAMID ES, PLAIN/ FUROSEMIDE (-123/ -118) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3530

CONFIDENTIAL
AZSER12776203

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment PT## (Start/Sto Day*) | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063011 | OL | 52/Female /37 | OL QTP /238 | | | | COMB/COMPL EXES ALUMINIUM, CALCIUM, MAGNESIIUM COMPS/ MAGNESIUM HYDROXIDE (-74/ -74/) | | | | | |
| | | | | | | | PROTON PUMP INHIBITORS / ESOMEPRAZO LE MAGNESIUM (-72/ -9) | | | | | |
| | | | | | | | THIAZIDES, PLAIN/ HYDROCHLOR OTHIAZIDE (-72/ 228) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
         # All prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
             F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3531

CONFIDENTIAL
AZSER12776204

Page 293 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063011 | OL | 52/Female /37 | OL QTP /238 | | | HMG COA REDUCTASE INHIB COMB LIPID MODIFYING AGENT/ NICOTINIC ACID (-65/ 228) PROTON PUMP INHIBITORS / LANSOPRAZO LE (-9/ 228) | | | | | |
| | RD | 53/Female /38.2 | QTP+LI /198 | | | PROTON PUMP INHIBITORS / ESOMEPRAZO LE MAGNESIUM (41/ 228) | At randomiz ation | 163.00H( 1) F | YES | 8.4H(1) | 108(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs or concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3532

CONFIDENTIAL
AZSER12776205

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me/ (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063011 | RD | 53/Female /38.2 | QTP+LI /198 | | | | H2-RECEPTO R ANTAGONIST S/ RANITIDINE HYDROCHLOR IDE (54/ 54) | Week 4 | | | | 108(29) |
| | | | | | | | PYRAZOLONE S/ PARACETAMO L (75/ 75) | Week 8 | | | | 108(57) |
| | | | | | | | PYRAZOLONE S/ PARACETAMO L (84/ 84) | Week 12 | 174.00H( 85) F | YES | 8.4H(85) | 106(85) |
| | | | | | | | ANILIDES/ PARACETAMO L (153/ 154) | Week 28 | 248.00H( 198) F | YES | 10.4H(19 8) | 104(198) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3533

CONFIDENTIAL
AZSER12776206

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063011 | RD | 53/Female /38.2 | QTP+LI /198 | | | | ANILIDES/ PARACETAMO L (166/ 166) | Mean (post-ra ndomizat ion) | 211.00 | | 9.4 | 107 |
| | | | | | | | ANILIDES/ PARACETAMO L (168/ 168) | | | | | |
| | | | | | | | ANILIDES/ PARACETAMO L (183/ 183) | | | | | |
| | | | | | | | ANILIDES/ PARACETAMO L (196/ 196) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from lst dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3534

CONFIDENTIAL
AZSER12776207

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medica- tion Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0063011 | RD | 53/Female /38.2 | QTP+LI /198 | | | | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE (202/ 228) INDOLE DERIVATIVE S/ ZIPRASIDON E HYDROCHLOR IDE (204/ 205) | | | | | |
| D1447C00127 /E0064029 | OL | 52/Female /36.5 | OL QTP /210 | | | DIABETES TYPE II ASTHMA | BIGUANIDES METFORMIN (UNK/UNK)/ PRE OL LITHIUM/ LITHIUM (-131/ 8)/ PRE OL | Enrollme nt Week 12 | 141.00H( -7) F 165.00H( 118) F | YES YES | 7.5(-7) 7.5(118) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
       or with a >=1.5 unit increase in HbA1c any time during the study.
   ** Blood sampling >8 hours after last meal., i.e. documented fasting.
       # All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting, R=Glucose non-fasting (random).

3535

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776208

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0064029 | OL | 52/Female /36.5 | OL QTP /210 | | HIGH BLOOD PRESSURE, INTERMITTE NT | | Mean (post-en rollment | 165.00 | | 7.5 | |
| | | | | | | LITHIUM/ LITHIUM (9/ 240) | | | | | |
| D1447C00127 /E0064037 | OL | 39/Female / | OL QTP /205 | | HYPERTENSI ON | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ | Enrollme nt | | | 6.6(-9) | |
| | | | | | | SALBUTAMOL | | | | | |
| | | | | | | (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5-unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47  luchen

3536

CONFIDENTIAL
AZSER12776209

Page 298 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0064037 | OL | 39/Female | OL QTP /205 | | ASTHMA | ANGIOTENSI N II ANTAGONIST S AND DIURETICS/ | Week 12 | 93.00(85 ) F | YES | 7.1(85) | |
| | | | | | | HYDROCHLOR OTHIAZIDE (-243/ 14)/ PRE OL | | | | | |
| | | | | | THYROID DEFICIENCY | THYROID HORMONES/ | Week 24 | 196.00H( 168) F | NO | 8.1H(168 ) | |
| | | | | | | LEVOTHYROX INE (-45/ 26)/ PRE OL | | | | | |
| | | | | | | | Week 24 | | | 10.1H(19 6) | |
| | | | | | | | Week 24 | | | 8.9H(217 ) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   or with a >=1.5 unit increase in HbA1c any time during the study.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3537

CONFIDENTIAL
AZSER12776210

D1447c00127

## 11.3.12-3 Patients with high glucose and HbA1c Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment (Start/Sto p Day*) | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0064037 | OL | 39/Female | OL QTP /205 | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (7/ 235)  ANGIOTENSI N II ANTAGONIST S AND DIURETICS/ HYDROCHLOR OTHIAZIDE (15/ 159) | Mean (post-en rollment ) | 144.50 | | 8.6 | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  with a >=1.5 unit increase in HbA1c any time during the study.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All AEs prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3538

CONFIDENTIAL
AZSER12776211

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment PT## (Start/Sto p Day*) | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0064037 | | | | | | | ANGIOTENSI N II ANTAGONIST S AND DIURETICS/ HYDROCHLOR OTHIAZIDE (167/ 235) | | | | | |
| D1447C00127 /E0067006 | OL | 44/Male /35.5 | OL QTP /203 | | FREQUENT COUGH | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-76/ 58)/ PRE OL | Enrollme nt | 91.00(-7 ) R | YES | 6.0(-7) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3539

CONFIDENTIAL
AZSER12776212

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event T*T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0067006 | OL | 44/Male /35.5 | OL QTP /203 | | SEASONAL ALLERGIES | DIAZEPINES | Week 24 | 137.00H( 171) F | YES | 7.6H(171 ) | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-4)/ -8)/ PRE OL | | | | | |
| | | | | | HISTORY BRONCHITIS | | Week 24 | | | 8.9H(204 ) | |
| | | | | | SHORTNESS OF BREATH | | Week 24 | | | 9.7H(218 ) | |
| | | | | | EDEMA - LEGS | | Mean (post-en rollment ) | 137.00 | | 8.7 | |
| | | | | | HEADACHES - MIGRAINE | | | | | | |
| | | | | | HEADACHES - SINUS | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      with a >=1.5% unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3540

CONFIDENTIAL
AZSER12776213

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event T*# (Start/Sto p Day*) | Medical history | Medica- tion Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0067006 | OL | 44/Male /35.5 | OL QTP /203 | | | INSOMNIA | | | | | | |
| | | | | | | OBESE | | | | | | |
| | | | | | | MILD BILATERAL TREMOR | | | | | | |
| | | | | | | DRY MOUTH | | | | | | |
| | | | | | | ANXIETY | | | | | | |
| | | | | | | | BETA BLOCKING AGENTS NON-SELECT IVE/ PROPRANOLO L HYDROCHLOR IDE (1/ 10) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from or with a 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3541

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776214

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0067006 | | | | | | BETA BLOCKING AGENTS, NON-SELECT IVE/ PROPRANOLO L HYDROCHLOR IDE (11/ 233)<br><br>COMBINATIO NS OF VITAMINS/ VITAMINS NOS (31/ 233)<br><br>OTHER PLAIN VITAMIN PREEPARATIO NS/ PYRIDOXINE HYDROCHLOR IDE (31/ 233) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
** to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3542

CONFIDENTIAL
AZSER12776215

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event TM## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0067006 | | | | | | OTHER PLAIN VITAMIN PREPARATIO NS/ TOCOPHEROL (31/ 233) | | | | | |
| | | | | | | VITAMIN B12 (CYANOCOBA LAMIN AND ANALOGUES) / CYANOCOBAL AMIN (31/ 233) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (59/ 233) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AES potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3543

CONFIDENTIAL
AZSER12776216

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment T#/ (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me/ (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0067006 | | | | | | ANILIDES/ PARACETAMO L/ (86/ 86) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (91/ 233) | | | | | |
| D1447C00127 /E0067010 | OL | 60/Male /38.2 | OL QTP /140 | | SLEEP APNEA | CORTICOSTE ROID FLUTICASON E PROPIONATE (-42/5/ 65)/ PRE OL | Enrollme nt | 126.00H( -147) R | YES | 6.1(-147 ) | 117(-147 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas   06JUN2007:13:47   luchen

3544

CONFIDENTIAL
AZSER12776217

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*T## (Start/ Sto p Day*) | Medical history | Concomitant Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0067010 | OL | 60/Male /38.2 | OL QTP /140 | | RECURRANT DIARRHEA | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-3814/ 65)/ PRE OL | Week 1 | | | | 117/(-132 ) |
| | | | | | DIZZINESS | THIAZIDES, PLAIN/ HYDROCHLOR OTHIAZIDE (-3134/ 65)/ PRE OL | Week 2 | | | | 116/(-125 ) |
| | | | | | TONSILITIS | NATURAL OPIUM ALKALOIDS/ PARACETAMO L -2038/ -1441/ PRE OL | Week 12 | 106.00(- 61) F | YES | 6.1(-61) | 119(-61) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3545

CONFIDENTIAL
AZSER12776218

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medica tion Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0067010 | OL | 60/Male /38.2 | OL QTP /140 | | SPASTIC COLON | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / FLUOXETINE HYDROCHLOR IDE (-1925/ -244) PRE OL | Mean (post-en rollment ) | 106.00 | | 6.1 | 117 |
| | | | | | FREQUENT COUGH | ADRENERGIC S/OTHER DRUGS FOR OBSTR AIRWAY DISEASES/ SALBUTAMOL (-1671/ 65) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
    * with a >=1.5 unit increase in HbA1c any time during the study.
    * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All AEs prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.1st  a13.sas  06JUN2007:13:47 luchen

3546

CONFIDENTIAL
AZSER12776219

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0067010 | OL | 60/Male /38.2 | OL QTP /140 | APPENDICIT IS | | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE (-1479/ -129)/ PRE OL | | | | | |
| | | | | FREQUENT URINATION | | SELECTIVE SEROTONIN (5HT1) AGONISTS/ | | | | | |
| | | | | | | SUMATRIPTA N (-1479/ 65)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas   06JUN2007:13:47   luchen

3547

CONFIDENTIAL
AZSER12776220

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | T## (Start/Sto Day*) | Medical history | Adverse Event | Medication Class/Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0067010 | OL | 60/Male /38.2 | OL QTP /140 | | DIFFICULTY SWALLOWING | | OTHER ANTIHISTAM INES FOR SYSTEMIC USE/ FEXOFENADI NE HYDROCHLOR IDE (-1445/ 65)/ PRE OL | | | | | |
| | | | | | SKIN CANCER | | BETA BLOCKING AGENTS SELECTIVE/ METOPROLOL (-1181/ 65)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
*    with a >=1.5 unit increase in HbA1c any time during the study.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All AE's prior and concomitant medications are listed.
      ## All AE's potentially associated with diabetes mellitus.
           F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3548

CONFIDENTIAL
AZSER12776221

D1447c00127
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event FT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0067010 | OL | 60/Male /38.2 | OL QTP /140 | | URINARY TRACT INFECTION | DIHYDROPYR IDINE DERIVATIVE S/ AMLODIPINE (-1168/ 65)/ PRE OL | | | | | |
| | | | | | SEASONAL ALLERGIES | OTHER DRUGS FOR PEPTIC ULCER AND GORD/ SUCRALFATE (-33/ 65)/ PRE OL | | | | | |
| | | | | | COLON POLYPS | PROTON PUMP INHIBITORS /ESOMEPRAZO LE MAGNESIUM (-330/ 65)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3549

CONFIDENTIAL
AZSER12776222

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment PT## (Start/Sto p Day*) | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0067010 | OL | 60/Male /38.2 | OL QTP /140 | | | PROSTATE INFECTION | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-237/ 65)/ PRE OL | | | | | |
| | | | | | | HISTORY EAR INFECTIONS | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-153/ -126)/ PRE OL | | | | | |
| | | | | | | TEMPOROMAN DIBULAR | COXIBS/ CELECOXIB (-139/ -133)/ | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
   * with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3550

CONFIDENTIAL
AZSER12776223

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0067010 | OL | 60/Male /38.2 | OL QTP /140 | | HIATAL HERNIA | ANILIDES/ PARACETAMO L (-131/ -126) | | | | | |
| | | | | | ASTHMA | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (-131/ -126) | | | | | |
| | | | | | FAINTING SPELLS | | | | | | |
| | | | | | SEDATION | | | | | | |
| | | | | | HISTORY PNEUMONIA | | | | | | |
| | | | | | GERD (GASTROESO PHAGEAL REFLUX DISEASE) | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3551

CONFIDENTIAL
AZSER12776224

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event T*#** (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0067010 | OL | 60/Male /38.2 | OL QTP /140 | | HEADACHES | | | | | | |
| | | | | | SHORTNESS OF BREATH | | | | | | |
| | | | | | ENLARGED LYMPH NODES | | | | | | |
| | | | | | ANGINA | | | | | | |
| | | | | | ARTHRITIS - WRISTS, KNEES, HANDS | | | | | | |
| | | | | | HYPERTENSI ON | | | | | | |
| | | | | | RECURRANT BACK PAIN | | | | | | |
| | | | | | EDEMA, ANKLES, HANDS, FEET, | | | | | | |
| | | | | | BURSITIS | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3552

CONFIDENTIAL
AZSER12776225

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0067010 | OL | 60/Male /38.2 | OL QTP /140 | | HYPERCHOLE STEROLEMIA<br><br>SKIN LESIONS<br><br>ACID REFLUX ( GERD) | | | | | |
| | RD | 61/Male /39.7 | PLA+VAL / 35 | | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE (10/ 65) | At randomiz ation | 219.00H( 1) F | NO | 6.6(1) | 122(1) |
| | | | | | COMBS OF PENICILLIN S INCL BETA-LACTA MASE INHIBITOR/ | Week 4 | | | | 119(29) |
| | | | | | AMOXICILLI N (22/ 31) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior to and concomitant medication are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3553

CONFIDENTIAL
AZSER12776226

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c population
Open-label safety

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (St Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0067010 | RD | 61/Male /39.7 | PLA+VAL / 35 | | | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (36/65) | Week 4 | | | | 118(36) |
| | | | | | | | Week 12 | 116.00(3 6) F | | 6.3(36) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 116.00 | NO | 6.3 | 119 |
| D1447C00127 /E0068002 | OL | 30/Female /41 | OL,QTP / 75 | | SCOLOIOSIS | FATTY ACID DERIVATIVE S/ VALPROIC ACID (UNK/1)/ PRE OL | Enrollme nt | 84.00(-7 ) F | YES | 6.3(-7) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*     with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL,QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
#  All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.1st  a13.sas  06JUN2007:13:47 luchen

3554

CONFIDENTIAL
AZSER12776227

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0068002 | OL | 30/Female /41 | OL QTP / 75 | | | DIAZEPINES | Week 12 | | | 10.2H(93 ) | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE (-77)/ PRE OL | | | | | |
| | | | | | | LOW-CEILIN G DIURETICS AND POTASSIUM- SPARING AGENTS HYDROCHLOR OTHIAZIDE (-4/ 133) | Mean (post-en rollment ) | | | 10.2 | |
| | | | | | | OTHER ANTIDEPRES SANTS VENLAFAXIN E (-3/ 59) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   or with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

3555

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776228

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event T*## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (St (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0068002 | OL | 30/Female /41 | OL QTP / 75 | | | OTHER CENTRALLY ACTING AGENTS/ CYCLOBENZA PRINE (-1/ 56) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROIC ACID (8/ 58) | | | | | |
| | | | | | | LITHIUM/ LITHIUM CARBONATE (29/ 57) | | | | | |
| | | | | | | LITHIUM/ LITHIUM CARBONATE (58/ 60) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
 ## All AEs prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting; R=Glucose non-fasting (random).

06JUN2007:13:47 luchen

3556

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776229

Page 318 of 555

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event T## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0068002 | | | | | | LITHIUM/ LITHIUM CARBONATE (64/ 65) | | | | | |
| | | | | | | LITHIUM/ LITHIUM CARBONATE (66/ 84) | | | | | |
| D1447C00127 /E0070001 | OL | 19/Female /35 | OL,QTP /196 | | ASTHMA | ALPHA- AND BETA-ADREN ORECEPTOR AGONISTS/ | Enrollme nt | 80.00(-2 03) R | NO | 5.71(-203 ) | 95 (-203) |
| | | | | | | EPINEPHRIN E (UNK/UNK) / PRE OL | | | | | |

3557

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL,QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.1st  a13.sas  06JUN2007:13:47  luchen

CONFIDENTIAL
AZSER12776230

Page 319 of 555

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070001 | OL | 19/Female /35 | OL QTP /196 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM | Week 1 | | | | 97 (-189) |
| | | | | | | (UNK/UNK) / PRE OL | | | | | |
| | | | | | | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ | Week 2 | | | | 94 (-181) |
| | | | | | | SALBUTAMOL | | | | | |
| | | | | | | (UNK/UNK) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
with a >=1.5 unit increase in HbA1c any time during the study.
## All AEs prior and concomitant medication are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3558

CONFIDENTIAL
AZSER12776231

Page 320 of 555

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event T*## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070001 | OL | 19/Female /35 | OL QTP /196 | | | | DIAZEPINES | Week 12 | | | | 105(-112 ) |
| | | | | | | | óOXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-221/ -204) PRE OL | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-221/ -204) PRE OL | Week 24 | | | 6.0(-28) | 108(-28) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   with a >=1.5 unit increase in HbA1c any time during the study.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs prior and concomitant medications are listed
   # All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3559

CONFIDENTIAL
AZSER12776232

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070001 | OL | 19/Female /35 | OL QTP /196 | | | DIAZEPINES , OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-203/ -201) | Mean (post-en rollment ) | | | 6.0 | 101 |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-203/ 674) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3560

CONFIDENTIAL
AZSER12776233

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070001 | OL | 19/Female /35 | OL QTP /196 | | | | DIAZEPINES | | | | | |
| | | | | | | | óxAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-200/ -197) | | | | | |
| | | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-167/ -167) | | | | | |
| | | | | | | | TETRACYCLI NES/ DOXYCYCLIN E (-119/ -110) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes melitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3561

CONFIDENTIAL
AZSER12776234

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070001 | RD | 20/Female /39.5 | QTP+VAL /644 | | | ANILIDES/ PARACETAMO L (26/ 32) | At randomiz ation | 92.00(1) F | NO | 6.1(1) | 108(1) |
| | | | | | | | Week 4 | | | | 109(29) |
| | | | | | | | Week 8 | | | | 109(57) |
| | | | | | | | Week 12 | 96.00(85 ) F | YES | 5.9(85) | 110(85) |
| | | | | | | | Week 28 | 95.00(19 7) F | NO | 6.1(197) | 110(197) |
| | | | | | | | Week 40 | 90.00(28 1) F | YES | 6.0(281) | 109(281) |
| | | | | | | | Week 52 | 98.00(36 5) F | YES | 6.1(365) | 111(365) |
| | | | | | | | Week 68 | 125.00(4 78) F | YES | 6.1(478) | 113(478) |
| | | | | | | | Week 84 | 128.00H( 589) F | YES | 6.2(589) | 112(589) |
| | | | | | | | Week 84 | | | 6.3(645) | 111(645) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3562

CONFIDENTIAL
AZSER12776235

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
D1447C00127

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment Days P=T## (Start/Sto p Day*) | Medical history | Adverse Event Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070001 | RD | 20/Female /39.5 | QTP+VAL /644 | | | | Mean (post-ra ndomizat ion) | 105.33 | | 6.1 | 110 |
| D1447C00127 /E0070006 | OL | 43/Female /44.2 | OL QTP /168 | | HYPERTENSI ON | ACE INHIBITORS PLAIN/ FOSINOPRIL SODIUM (UNK/UNK)/ PRE OL | Enrollme nt | 198.00H( -175) R | YES | | 109(-175 ) |
| | | | | | ACID REFLUX | ANILIDES/ PARACETAMO L (UNK/UNK)/ PRE OL | Enrollme nt | | | 8.1H(-17 0) | |
| | | | | | INTERMITTE NT KNEE PAIN | H2-RECEPTO R ANTAGONIST S/ CIMETIDINE (UNK/UNK)/ PRE OL | Week 1 | | | | 109(-160 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3563

CONFIDENTIAL
AZSER12776236

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070006 | OL | 43/Female /44.2 | OL CTP /168 | | OBESE | PREGNEN (4) DERIVATIVE S, MEDROXYPRO GESTERONE ACETATE (UNK/UNK)/ PRE OL | Week 2 | | | | 108(-153 ) |
| | | | | | CONSTIPATI ON | SOFTENERS, EMOLLIENTS DOCUSATE SODIUM (UNK/UNK)/ PRE OL | Week 12 | | | | 105(-84) |
| | | | | | SINUSITIS | SULFONAMID ES, PLAIN/ FUROSEMIDE (UNK/UNK)/ PRE OL | Mean (post-en rollment ) | | | | 107 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 *  to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
          or with a >=1.5 unit increase in HbA1c any time during the study.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
          #  Adverse Events are listed only if prior and concomitant medications are listed.
          ## All AEs potentially associated with diabetes mellitus.
              F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3564

CONFIDENTIAL
AZSER12776237

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070006 | OL | 43/Female /44.2 | OL QTP /168 | | HYPERCHOLE STEROLEMIA | DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ OLANZAPINE (UNK/-176) / PRE OL | | | | | |
| | | | | | BIRTH CONTROL | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / FLUOXETINE HYDROCHLOR IDE (UNK/-169) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   or with a >=1.5 unit increase in HbA1c any time during the study.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.1st  a13.sas  06JUN2007:13:47 luchen

3565

CONFIDENTIAL
AZSER12776238

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070006 | OL | 43/Female /44.2 | OL QTP /168 | | INTERMITTE NT BACK PAIN | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-199/ -154)/ PRE OL | | | | | |
| | | | | | EDEMA | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-199/ -57)/ PRE OL | | | | | |
| | | | | | ASTHMA | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-199/ -15)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3566

CONFIDENTIAL
AZSER12776239

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070006 | OL | 43/Female /44.2 | OL QTP /168 | | RENAL GLYCOSURIA | CEPHALOSPO RINS AND RELATED SUBSTANCES | | | | | |
| | | | | | | CEFALEXIN (-176/ -170) PRE OL | | | | | |
| | | | | GERD | DIAZEPINES | | | | | |
| | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-175/ -169) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AE's prior and concomitant medications are listed.
## All AE's potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3567

CONFIDENTIAL
AZSER12776240

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*# (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070006 | OL | 43/Female /44.2 | OL QTP /168 | | | DIAZEPINES ,OXAZEPINES AND THIAZEPINE S/ OLANZAPINE (-175/ -168)<br><br>SELECTIVE SEROTONIN REUPTAKE INHIBITORS /FLUOXETINE HYDROCHLOR IDE (-168/ -160)<br><br>FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-14/ 702) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
       # All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
           F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3568

CONFIDENTIAL
AZSER12776241

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070006 | RD | 44/Female /42 | QTP+VAL /672 | | | | ANILIDES/ PARACETAMO L (99/ 112) | At randomiz ation | 104.00(- 28) F | YES | 6.0(-28) | 104(-28) |
| | | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (113/ 702) | Week 4 | | | | 105(1) |
| | | | | | | | CARBAMIC ACID ESTERS/ CARISOPROD OL (114/ 117) | Week 8 | | | | 102(29) |
| | | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (617/ 702) | Week 12 | 107.00(5 7) F | NO | 6.2(57) | 102(57) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  * with a >=1.5 unit increase in HBA1c any time during the study.
  * to sampling/onset/stop from or 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t110311203.lst  a13.sas  06JUN2007:13:47 luchen

3569

CONFIDENTIAL
AZSER12776242

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment | Treat- ment Days On Treat- ment | Adverse Event T#/# (Start/Sto p Day*) | Medical history | Medica- tion Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070006 | RD | 44/Female /42 | QTP+VAL /672 | | | | | Week 28 | 152.00H( 169) F | YES | 5.9(169) | 103(169) |
| | | | | | | | | Week 40 | 115.00(2 53) F | YES | 6.5(253) | 104(253) |
| | | | | | | | | Week 52 | 92.00(33 7) F | YES | 6.6(337) | 104(337) |
| | | | | | | | | Week 68 | 177.00H( 447) F | YES | 6.2(447) | 102(447) |
| | | | | | | | | Week 84 | 130.00H( 561) F | YES | 6.2(561) | 98(561) |
| | | | | | | | | Week 104 | 106.00(6 73) F | YES | 6.6(673) | 100(673) |
| | | | | | | | | Mean (post-ra ndomizat ion) | 125.57 | | 6.3 | 102 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=15 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3570

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

CONFIDENTIAL
AZSER12776243

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070013 | OL | 62/Female /36.4 | OL QTP / 84 | | DIABETES, TYPE I | CALCIUM/ CALCIUM CARBONATE<br><br>(UNK/UNK)/ PRE OL | Enrollme nt | 183.00H( -91) R | YES | 12.4H(-9 1) | 93 (-91) |
| | | | | | HYPERTENSI ON | INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN (UNK/UNK)/ PRE OL | Week 1 | | | | 95 (-77) |
| | | | | | HYPERCHOLE STEROLEMIA | IRON IN OTHER COMBINATIO NS/ FOLIC ACID (UNK/UNK)/ PRE OL | Week 2 | | | | 97 (-70) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3571

CONFIDENTIAL
AZSER12776244

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070013 | OL | 62/Female /36.4 | OL QTP / 84 | | MENORRHAGIA | PLATELET AGGREGATIO N INHIBITORS EXCL. HEPARIN/ ACETYLSALI CYLIC ACID (UNK/UNK)/ PRE OL | Mean (post-en rollment ) | | | | 96 |
| | | | | | PENICILLIN ALLERGY | VITAMIN D AND ANALOGUES/ ERGOCALCIF EROL (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3572

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776245

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Concomitant Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070013 | OL | 62/Female /36.4 | OL QTP / 84 | | | DIAZEPINES | | | | | |
| | | | | | | ´OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-181/ -92)/ PRE OL | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-181/ -85)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
      **  Blood sampling >8 hours after last meal, i.e. documented fasting.
            # All prior and concomitant medications are listed.
           ## All AEs potentially associated with diabetes mellitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3573

CONFIDENTIAL
AZSER12776246

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070013 | OL | 62/Female /36.4 | OL QTP / 84 | | | ACE INHIBITORS ,PLAIN/ TRANDOLAPR IL (-115/ 41)/ PRE OL | | | | | |
| | | | | | | BETA BLOCKING AGENTS,SEL ECTIVE,AND OTHER DIURETICS/ CHLORTALID ONE (-115/ 41)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All AE/ or prior and concomitant medications are listed.
   ## All AE's potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

3574

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

CONFIDENTIAL
AZSER12776247

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medic- ation Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070013 | OL | 62/Female /36.4 | OL QTP / 84 | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-91/-84) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-84/ -71) | | | | | |
| | | | | | | MAGNESIUM COMPOUNDS/ | | | | | |
| | | | | | | MAGNESIUM HYDROXIDE (-73/ 701) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  * with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
     ** Blood sampling >8 hours after last meal, i.e. documented fasting.
                # All prior and concomitant medications are listed.
                ## All AEs potentially associated with diabetes mellitus.
                        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3575

CONFIDENTIAL
AZSER12776248

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070013 | OL | 62/Female /36.4 | OL QTP / 84 | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-70/ 701) | | | | | |
| | | | | | | | ACE INHIBITORS PLAIN/ FOSINOPRIL SODIUM (-10/ 40) | | | | | |
| | | | | | | | PHENYLALKY LAMINE DERIVATIVE S/ VERAPAMIL (-10/ 701) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  ## All AEs or prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3576

CONFIDENTIAL
AZSER12776249

Page 338 of 555

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070013 | OL | 62/Female /36.4 | OL QTP / 84 | | | PROPIONIC ACID DERIVATIVE S IBUPROFEN (-3/ 701) | | | | | |
| | RD | 62/Female /37.6 | PLA+VAL /671 | | | ACE INHIBITORS , PLAIN/ FOSINOPRIL SODIUM (41/ 701) | At randomiz ation | 219.00H( 1) F | YES | 9.8H(1) | 96(1) |
| | | | | | | IMIDAZOLIN E RECEPTOR AGONISTS/ | Week 4 | | | | 95(29) |
| | | | | | | CLONIDINE (41/ 701) | Week 8 | | | | 91(56) |
| | | | | | | | Week 12 | 105.00(8 4) | NO | 8.2H(84) | 89(84) |
| | | | | | | | Week 28 | 237.00H( 196) F | YES | 8.5H(196 ) | 91(196) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3577

CONFIDENTIAL
AZSER12776250

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070013 | RD | 62/Female /37.6 | PLA+VAL /671 | | | | Week 40 | 140.00H(280) | YES | 8.8H(280) | 93(280) |
| | | | | | | | Week 52 | 341.00H(364) | YES | 10.6H(364) | 94(364) |
| | | | | | | | Week 68 | 336.00H(476) | NO | 11.3H(476) | 97(476) |
| | | | | | | | Week 84 | 250.00H(588) F | YES | 7.7H(588) | 92(588) |
| | | | | | | | Week 104 | 138.00H(672) F | YES | 8.6H(672) | 93(672) |
| | | | | | | | Mean (post-ra ndomizat ion) | 221.00 | | 9.1 | 93 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * with a >=1.5 unit increase in HbA1c any time during the study.
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3578

CONFIDENTIAL
AZSER12776251

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070027 | OL | 38/Female /19 | OL QTP /140 | | | INSOMNIA | OTHER ANALGESICS AND ANTIPYRETI CS/ DIPHENHYDR AMINE (UNK/-148) /PRE OL | Enrollme nt | 75.00(-1 47) F | YES | 5.1(-147 ) | 49 (-147) |
| | | | | | | | DIAZEPINES | Week 1 | | | | 51 (-134) |
| | | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-147/ -139) | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-147/ 28) | Week 2 | | | | 52 (-126) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3579

CONFIDENTIAL
AZSER12776252

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | T*## (Start/Sto p Day*) | Medical history | Adverse Event Event T*## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070027 | OL | 38/Female /19 | OL QTP /140 | | | | Week 12 | 126.00H(-56) F | YES | 5.1(-56) | 52 (-56) |
| | | | | | | | Mean (post-en rollment) | 126.00 | | 5.1 | 52 |
| | RD | 39/Female /20.2 | PLA+VAL /275 | | | ANILIDES/ PARACETAMO L(1/ 113) | At randomiz ation | 72.00(1) F | YES | 4.9(1) | 52(1) |
| | | | | | | BETA-LACTA MASS SENSITIVE PENICILLIN S/ BENZYLPENI CILLIN SODIUM (14/ 14) | Week 4 | | | | 52(29) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from or OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications listed.
   ## All AE's potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3580

CONFIDENTIAL
AZSER12776253

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment | Treat- ment Days On Treat- ment (Start/Sto p Day*) | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070027 | RD | 39/Female /20.2 | PLA+VAL /275 | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (29/ 305) | Week 8 | | | | 51(57) |
| | | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (85/ 85) | Week 12 | 146.00H( 85) F | YES | 5.0(85) | 50(85) |
| | | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (114/ 114) | Week 28 | 73.00(19 5) F | YES | 5.0(195) | 50(195) |
| | | | | | | | | Mean (post-ra ndomizat ion) | 109.50 | | 5.0 | 51 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications are listed
    ## All AES potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3581

CONFIDENTIAL
AZSER12776254

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Medical history | Medication Class/ Generic Na me# PT## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070029 | OL | 38/Male /30.8 | OL C?P /113 | HERPES SIMPLEX | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM | Enrollme nt | 83.00(-1 20) F | YES | 6.0(-120 ) | 105(-120 ) |
| | | | | | (UNK/-121 ) PRE OL | | | | | |
| | | | | ANXIETY ASSOCIATED WITH BIPOLAR | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM | Week 1 | | | | 108(-106 ) |
| | | | | | (UNK/-121 ) PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL C?P for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3582

CONFIDENTIAL
AZSER12776255

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070029 | OL | 38/Male /30.8 | OL QTP /113 | | | SYNTHETIC ANTICHOLIN ERGIC AGENTS COMB PSYCHOLEPT IC/ ISOPROPAMI DE IODIDE (-183/ -183) PRE OL | Week 2 | | | | 109(-99) |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM (-120/ -115) | Week 12 | 185.00H( -30) F | YES | 6.9(-30) | 118(-30) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst    a13.sas   06JUN2007:13:47  luchen

3583

CONFIDENTIAL
AZSER12776256

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse
Event

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | PT## (Start/Sto p Day*) | Medical history | Medica-tion Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070029 | OL | 38/Male /30.8 | OL QTP /113 | | | | DIAZEPINES ,ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-120/ -115) | Mean (post-en rollment ) | 185.00 | | 6.9 | 112 |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-120/ 44) | | | | | |
| | RD | 39/Male /35.2 | PLA+VAL / 14 | | | | DIAZEPINES ,ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (15/ 44) | At randomiz ation | 168.00H(1) F | YES | 6.9(1) | 121(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3584

CONFIDENTIAL
AZSER12776257

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070029 | RD | 39/Male /35.2 | PLA+VAL / 14 | | | | Week 4 | | | | 117(15) |
| | | | | | | | Week 12 | 114.00(1 5) F | YES | 6.7(15) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 114.00 | | 6.7 | 117 |
| D1447C00127 /E0070035 | OL | 56/Male /41.7 | OL QTP /124 | | HYPERTENSI ON | BETA BLOCKING AGENTS, NON-SELECT IVE / PROPRANOLO L, HYDROCHLOR IDE (UNK/UNK) / PRE OL | Enrollme nt | 135.00H( -3) F | YES | 8.3H(-3) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3585

CONFIDENTIAL
AZSER12776258

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Medical history | Adverse Event PT## (Start/Sto p Day*) | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070035 | OL | 56/Male /41.7 | OL CTP /124 | | DIABETES, TYPE II | | BIGUANIDES / METFORMIN (UNK/UNK)/ PRE OL | Week 12 | 274.00H( 85) F | YES | 9.2H(85) | |
| | | | | | HYPERCHOLE STEROLEMIA | | ANGIOTENSI N II ANTAGONIST S PLAIN/ LOSARTAN POTASSIUM (-31/ 5)/ PRE OL | Mean (post-en rollment ) | 274.00 | | 9.2 | |
| | | | | | OVERDOSE | | HMG COA REDUCTASE INHIBITORS / ATORVASTAT IN (-31/ 5)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs for concomitant medications listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3586

CONFIDENTIAL
AZSER12776259

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment PT## (Start/Sto p Day*) | Medical history | Adverse Event PT## (Start/Sto p Day*) | Medica- tion Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0070035 | OL | 56/Male /41.7 | OL QTP /124 | | ALLERGY - SHELL FISH | | OTHER LIPID MODIFYING AGENTS - EZETIMIBE (-31/ 5)/ PRE OL | | | | | |
| | | | | | | | DIAZEPINES | | | | | |
| | | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-3/ -3) | | | | | |
| | | | | | ALLERGY - TETRACYCLI NE | | DIAZEPINES | | | | | |
| | | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-2/ -1) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HBA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All previous or concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3587

CONFIDENTIAL
AZSER12776260

Page 349 of 555

11.3.12-3 Patients with high glucose and HbA1c
D1447C00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | OL | 44/Female /25.6 | OL QTP /140 | | LIGHTHEADEDNESS | DRUGS USED IN NICOTINE DEPENDENCE / BUPROPION (-189/ -112)/ PRE OL | Enrollment | 139.00H(-145) R | NO | 8.6H(-145) | 68(-145) |
| | | | | | DIABETES | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-189/ 130)/ PRE OL | Week 1 | | | | 69(-131) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3588

CONFIDENTIAL AZSER12776261

Page 350 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## P## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | OL | 44/Female /25.6 | OL QTP /140 | | MILD HYPERTENSI ON | DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-182/ -141)/ PRE OL | Week 12 | 231.00H( -50) F | YES | 9.4H(-50 ) | 74(-50) |
| | | | | | CONSTIPATI ON | BETA BLOCKING AGENTS, SELECTIVE/ ATENOLOL (-151/ -133)/ PRE OL | Mean (post-en rollment ) | 231.00 | | 9.4 | 72 |
| | | | | | | MAGNESIUM COMPOUNDS/ | | | | | |
| | | | | | | MAGNESIUM HYDROXIDE (-151/ -94)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   al3.sas   06JUN2007:13:47 luchen

3589

CONFIDENTIAL
AZSER12776262

D1447c00127

11.3.12.3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment P'T## (Start/Sto p Day*) | Adverse Event Event P'T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | OL | 44/Female /25.6 | OL QTP /140 | | | | PLATELET AGGREGATIO N INHIBITORS EXCL. HEPARIN/ ACETYLSALI CYLIC ACID (-151/ 130)/ PRE OL | | | | | |
| | | | | | | | BIGUANIDES / METFORMIN (-145/ -24) | | | | | |
| | | | | | | | DRUGS USED IN NICOTINE DEPENDENCE / BUPROPION HYDROCHLOR IDE (-111/ -98) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3590

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776263

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | OL | 44/Female /25.6 | OL QTP /140 | | | HMG COA REDUCTASE INHIBITORS / SIMVASTATI N (-103/ -25) | | | | | |
| | | | | | | MAGNESIUM COMPOUNDS/ | | | | | |
| | | | | | | MAGNESIUM HYDROXIDE (-93/ 130) | | | | | |
| | | | | | | HMG COA REDUCTASE INHIBITORS / SIMVASTATI N (-24/ 130) | | | | | |
| | | | | | | BIGUANIDES / METFORMIN (-23/ 13) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs, prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3591

CONFIDENTIAL
AZSER12776264

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | OL | 44/Female /25.6 | OL QTP /140 | | | | CEPHALOSPO RINS AND RELATED SUBSTANCES | | | | | |
| | | | | | | | CEFTRIAXON E SODIUM (-22/ -22) | | | | | |
| | | | | | | | MACROLIDES / AZITHROMYC IN (-22/ -22) | | | | | |
| | | | | | | | OSMOTICALL Y ACTING LAXATIVES/ MACROGOL (-22/ -17) | | | | | |
| | | | | | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIPIZIDE (-120/ 130) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3592

CONFIDENTIAL
AZSER12776265

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | RD | 44/Female /28.6 | PLA+VAL /130 | | | BIGUANIDES / METFORMIN (14/ 130) | | 231.00H( -50) F | YES | | |
| | | | | | | ANILIDES/ ETHANOL (106/ 110) | At randomiz ation | | | 9.2H(1) | 76 (1) |
| | | | | | | DRUGS USED IN NICOTINE DEPENDENCE | Week 4 | | | | 73 (29) |
| | | | | | | NICOTINE (162/UNK) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (162/UNK) | Week 8 | | | | 71 (57) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
    ** Blood sampling >8 hours after last meal, i.e. documented fasting.
       # All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   al3.sas   06JUN2007:13:47 luchen

3593

CONFIDENTIAL
AZSER12776266

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | RD | 44/Female /28.6 | PLA+VAL /130 | | | DIAZEPINES | Week 12 | 149.00H( 85) F | YES | 8.0H(85) | 71(85) |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ OLANZAPINE (162/ 162) | | | | | |
| | | | | | | INSULINS AND ANALOGUES, LONG-ACTIN G/ INSULIN GLARGINE (162/163) | Week 28 | 96.00(16 9) F | YES | 7.7H(169 ) | 66(169) |
| | | | | | | COMB OF SULFONAMID ES/TRIMETH OPRIM INCL DERIVATIVE S/ SULFAMETHO XAZOLE (162/ 166) | Mean (post-ra nDomizat ion) | 122.50 | | 7.9 | 70 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3594

CONFIDENTIAL
AZSER12776267

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | RD | 44/Female /28.6 | PLA+VAL /130 | | | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE (162/ 168) | | | | | |
| | | | | | | BIGUANIDES / METFORMIN (163/UNK) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (163/ 163) | | | | | |
| | | | | | | FOLIC ACID AND DERIVATIVE S/ FOLIC ACID (163/ 163) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   with a >=1.5 unit increase in HbAlc any time during the study.
   ## All AEs prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3595

CONFIDENTIAL
AZSER12776268

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | RD | 44/Female /28.6 | PLA+VAL /130 | | | | VITAMIN B1, PLAIN/ THIAMINE (163/ 163) | | | | | |
| | | | | | | | DIAZEPINES | | | | | |
| | | | | | | | OXAZEPINES AND THIAZEPINE S/ OLANZAPINE (163/ 164) | | | | | |
| | | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (164/ 164) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3596

CONFIDENTIAL
AZSER12776269

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | RD | 44/Female /28.6 | PLA+VAL /130 | | | DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ OLANZAPINE (165/UNK) HMG COA REDUCTASE INHIBITORS / SIMVASTATI N (165/UNK) OTHER LIPID MODIFYING AGENTS/ EZETIMIBE (165/UNK) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AES potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3597

CONFIDENTIAL
AZSER12776270

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | RD | 44/Female /28.6 | PLA+VAL /130 | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (165/ 167) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM (166/UNK) | | | | | |
| | | | | | | DRUGS USED IN NICOTINE DEPENDENCE / BUPROPION HYDROCHLOR IDE (166/UNK) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*   with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    #  All AEs prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3598

CONFIDENTIAL
AZSER12776271

Page 360 of 555

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | RD | 44/Female /28.6 | PLA+VAL /130 | | | | BUTYROPHEN ONE DERIVATIVE S/ HALOPERIDO L DECANOATE (166/ 166) | | | | | |
| | | | | | | | THIAZOLIDI NEDIONES/ | | | | | |
| | | | | | | | PIOGLITAZO NE HYDROCHLOR IDE (167/UNK) | | | | | |
| | | | | | | | INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN ASPART (167/ 167) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
** to sampling/onset/stop from or 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3599

CONFIDENTIAL
AZSER12776272

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | RD | 44/Female /28.6 | PLA+VAL /130 | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIPIZIDE (167/ 168) | | | | | |
| | | | | | | ANTIBIOTIC S FOR TOPICAL USE/ (168/UNK) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (168/ 168) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3600

CONFIDENTIAL
AZSER12776273