D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event /T## /Start/Sto p Day* | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | RD | 44/Female /28.6 | PLA+VAL /130 | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ OLANZAPINE (168/ 168) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (169/UNK) | | | | | |
| | | | | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIPIZIDE (169/UNK) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3601

CONFIDENTIAL
AZSER12776274

Page 363 of 555

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078007 | RD | 44/Female /28.6 | PLA+VAL /130 | | | | INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN ASPART (169/ 169) INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN ASPART (170/ 170) | | | | | |
| D1447C00127 /E0078013 | OL | 58/Male /19.9 | OL QTP / 91 | | | DIABETES MELLITUS TYPE II | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (UNK/UNK)/ PRE OL | Enrollme nt | 159.0OH( -98), F | YES | 7.3(-98) | 67(-98) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * or with a >=1.5 unit increase in HbA1c any time during the study.
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal., i.e. documented fasting.
         # All prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3602

CONFIDENTIAL
AZSER12776275

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | CTP | Medical history | Adverse Event ET## (Start/Sto p Day*) | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | OL | 58/Male /19.9 | OL / 91 | | PANCREATIT IS | | SULFONAMID ES, UREA DERIVATIVE S/ GLIBENCLAM IDE (UNK/UNK)/ PRE OL | Week 2 | | | | 67 (-77) |
| | | | | | COLDS | | VITAMIN B12 (CYANOCOBA LAMIN AND ANALOGUES) / CYANOCOBAL AMIN (UNK/UNK)/ PRE OL | Week 12 | 95.00(-7 ) F | YES | 8.5H(-7) | 70 (-7) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All previous and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3603

CONFIDENTIAL
AZSER12776276

D1447c00127
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Treatment PT## (Start/Sto Day*) | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/Generic Name# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAlc (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | OL | 58/Male /19.9 | OL QTP / 91 | | | HEADACHES | ANTIDEPRES SANTS IN COMBINATIO N WITH PSYCHOLEPT ICS/ PERPHENAZI NE (UNK/-921/ PRE OL | Mean (post-en rollment ) | 95.00 | | 8.5 | 69 |
| | | | | | | GLUCOMA (L) LEFT EYE | BIGUANIDES METFORMIN (-122/ -20)/ PRE OL | | | | | |
| | | | | | | BLISTERS (R) RIGHT FOOT | BETA BLOCKING AGENTS/ TIMOLOL MALEATE (-122/ 128)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3604

CONFIDENTIAL
AZSER12776277

Page 366 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Concomitant Medication Class/ Generic Na me(Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | OL | 58/Male /19.9 | OL QTP / 91 | | | ANTIDEPRES SANTS IN COMBINATIO N WITH PSYCHOLEPT ICS/ PERPHENAZI NE (-91/ -90) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-91/ -90) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-89/ 84) | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3605

CONFIDENTIAL
AZSER12776278

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | OL | 58/Male /19.9 | OL QTP / 91 | | BETA-LACTA MASE SENSITIVE PENICILLIN S/PHENOXYMET HYLPENICIL LIN POTASSIUM (-68/ -49) ANILIDES/ ETHANOL (-41/ -35) BIGUANIDES / METFORMIN (-19/ 317) | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
# All AEs potentially associated with diabetes melitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3606

CONFIDENTIAL
AZSER12776279

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | RD | 58/Male /21.2 | QTP:VAL /287 | HYPERGLYCA EMIA (269/270) | | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (43/ 174) | At randomiz ation | 158.00H( 1) F | YES | 8.8H(1) | 71(1) |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM (69/ 174) | Week 4 | | | | 72(29) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (85/ 317) | Week 8 | | | | 72(58) |
| | | | | | | ANILIDES/ ETHANOL (109/ 116) | Week 12 | 264.00H( 85) R | YES | 9.7H(85) | 71(85) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal., i.e. documented fasting.
       # All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

3607

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776280

Page 369 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## P*T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me* (St art/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ion** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | RD | 58/Male /21.2 | QTP+VAL /287 | | | BETA BLOCKING AGENTS/ TIMOLOL MALEATE (128/ 150) | Week 28 | 176.00H( 197) F | NO | 8.8H(197 ) | 69 (197) |
| | | | | | | PROSTAGLAN DIN ANALOGUES/ TRAVOPROST (128/ 150) | Week 40 | 77.00(28 8) F | YES | 6.4(288) | 67(288) |
| | | | | | | SYMPATHOMI METICS IN GLAUCOMA THERAPY/ BRIMONIDIN E TARTRATE (128/ 150) | Mean (post-ra ndomizat ion) | 172.33 | | 8.3 | 70 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3608

CONFIDENTIAL
AZSER12776281

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | RD | 58/Male /21.2 | QTP+VAL /287 | | | FLUOROQUIN OLONES/ MOXIFLOXAC IN HYDROCHLOR IDE (151/ 317) | | | | | |
| | | | | | | PROSTAGLAN DIN ANALOGUES/ TRAVOPROST (151/ 317) | | | | | |
| | | | | | | SYMPATHOMI METICS IN GLAUCOMA THERAPY/ BRIMONIDIN E TARTRATE (151/ 317) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*    with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3609

Case 6:06-md-01769-ACC-DAB   Document 1364-38   Filed 03/12/09   Page 10 of 100 PageID 90320

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Concomitant Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0078013 | RD | 58/Male /21.2 | QTP↑VAL /287 | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (267/ 317) | | | | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM (267/ 317) | | | | | |
| D1447C00127 /E0080002 | OL | 54/ /Male | OL QTP /189 | | SEASONAL ALLERGIES | ANGIOTENSI N II ANTAGONIST S AND DIURETICS/ HYDROCHLOR OTHIAZIDE | Enrolleme nt | | | 5.3(-198 ) | 162(-198 ) |
| | | | | | | (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas   06JUN2007:13:47   luchen

3610

CONFIDENTIAL
AZSER12776283

Page 372 of 555

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080002 | OL | 54/Male | OL QTP /189 | HYPERTENSI ON | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (UNK/UNK)/ PRE OL | Week 1 | | | | 166(-182 ) |
| | | | | MYOCARDIAL INFARCTION | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ OLANZAPINE (-371/ -343)/ PRE OL | Week 2 | | | | 166(-175 ) |
| | | | | IRRITABLE BOWEL SYNDROME | | OTHER ANTIDEPRES SANTS/ MIRTAZAPIN E (-343)/ PRE OL | Week 12 | | | | 169(-105 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47  luchen

3611

CONFIDENTIAL
AZSER12776284

D1447c00127
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment P*## (Start/Sto p Day*) | Adverse Event P*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080002 | OL | 54/Male | OL QTP /189 | | | LEFT KIDNEY PAIN | SELECTIVE SEROTONIN REUPTAKE INHIBITORS/ ESCITALOPR AM OXALATE (-343/ -343)/ -343)/ PRE OL | Week 24 | | | 5.4(-15) | 167(-16) |
| | | | | | | OSTEOARTHR ITIS | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-318/ -318)/ PRE OL | Week 24 | 158.00H( -15) F | YES | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * with a >=1.5 unit increase in HbAlc any time during the study.
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
        ## All prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
           F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3612

CONFIDENTIAL
AZSER12776285

D1447c00127

**11.3.12.3 Patients with high glucose and HbA1c**
**Open-label safety population**

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080002 | OL | 54/Male | OL QTP /189 | INVERTED T WAVES PER ECG | | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-317/ -291)/ PRE OL | Mean (post-en rollment ) | 158.00 | | 5.4 | 167 |
| | | | | | INCISIONAL HERNIA MIDLINE | OTHER ANTIEPILEP TICS/ LEVETIRACE TAM (-290/ -291)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
or with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs for concomitant medications are listed.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3613

CONFIDENTIAL
AZSER12776286

11.3.12.3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080002 | OL | 54/Male | OL QTP /189 | | OBESITY | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE /-290/ -280/ PRE OL | | | | | |
| | | | | | INTERMITTE NT BILATERAL EDEMA EXTREMITY | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE /-283/ -210/ PRE OL | | | | | |
| | | | | | | LITHIUM/ LITHIUM CARBONATE /-220/ -183/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   with a >=1.5 unit increase in HbA1c any time during the study.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   # All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3614

CONFIDENTIAL
AZSER12776287

D1447c00127

**11.3.12-3  Patients with high glucose and HbA1c**
**Open-label safety population**

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080002 | OL | 54/Male | OL QTP /189 | | | BENZOTHIAZ EPINE DERIVATIVE S/ DILTIAZEM (-220/ -131)/ PRE OL  DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-220/ 175)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3615

CONFIDENTIAL
AZSER12776288

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment Days PT## (Start/Sto Day*) | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080002 | OL | 54/Male | OL QTP /189 | | | | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-191/ -190) LITHIUM/ LITHIUM CARBONATE (-182/ -133) FLUOROQUIN OLONES/ MOXIFLOXAC IN HYDROCHLOR IDE (-163/ -157) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776289

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080002 | OL | 54/Male | OL QTP /189 | | | ELECTROLYTE SOLUTIONS/ SODIUM CHLORIDE (-133/ -133) | | | | | |
| | | | | | | SOLUTIONS AFFECTING THE ELECTROLYTE BALANCE/ SODIUM LACTATE (-133/ -133) | | | | | |
| | | | | | | LITHIUM/ LITHIUM CARBONATE (-132/ -107) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3617

CONFIDENTIAL
AZSER12776290

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment Day* | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Concomitant Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080002 | OL | 54/Male | OL QTP /189 | | | | LITHIUM/ LITHIUM CARBONATE (-106/ -88) | | | | | |
| | | | | | | | LITHIUM/ LITHIUM CARBONATE (-87/ -78) | | | | | |
| | | | | | | | CEPHALOSPO RINS AND RELATED SUBSTANCES | | | | | |
| | | | | | | | CEFDINIR (-77/ -70) | | | | | |
| | | | | | | | CORTICOSTE ROIDS/ FLUTICASON E PROPIONATE (-77/ -70) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3618

CONFIDENTIAL
AZSER12776291

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080002 | OL | 54/Male | OL QTP /189 | | | | OPIUM ALKALOIDS AND DERIVATIVE S PHENYLEPHR INE HYDROCHLOR IDS (-77/ -70) LITHIUM/ LITHIUM CARBONATE (-77/ 705) | | | | | |
| | RD | 54/Male /55 | QTP+LI /675 | | | | BENZODIAZE PINE DERIVATIVE S LORAZEPAM (14/ 705) | At randomiz ation | 91.00(1) F | YES | 5.5(1) | 166(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
** to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
       Blood sampling >8 hours after last meal, i.e. documented fasting.
       # All AEs prior and concomitant medications are listed.
       ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.1st  a13.sas  06JUN2007:13:47 luchen

3619

CONFIDENTIAL
AZSER12776292

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/ Generic Name (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080002 | RD | 54/Male /55 | QTP+LI /675 | | | CEPHALOSPORINS AND RELATED SUBSTANCES / CEFDINIR (82/ 92) | Week 4 | | | | 167(28) |
| | | | | | | OTHER ANTIHISTAMINES FOR SYSTEMIC USE/ PSEUDOEPHEDRINE HYDROCHLORIDE (82/ 92) | Week 8 | | | | 168(57) |
| | | | | | | COMB OF SULFONAMIDES/TRIMETHOPRIM INCL DERIVATIVES/ SULFAMETHOXAZOLE (225/ 232) | Week 12 | 106.00(85) F | YES | 5.3(85) | 165(85) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

or with a >=1.5 unit increase in HbA1c any time during the study.

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas   06JUN2007:13:47   luchen

3620

CONFIDENTIAL
AZSER12776293

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080002 | RD | 54/Male /55 | QTP+LI /675 | | | HMG COA REDUCTASE INHIBITORS / ATORVASTAT IN (233/ 705) | Week 28 | 192.00H( 197) F | YES | 5.0(197) | 158(197) |
| | | | | | | PENICILLIN S WITH EXTENDED SPECTRUM/ AMOXICILLI N (471/ 480) | Week 40 | 112.00(2 81) F | YES | 5.0(281) | 154(281) |
| | | | | | | LITHIUM/ LITHIUM CARBONATE (533/ 588) | Week 52 | 93.00(36 6) F | YES | 4.6(366) | 142(366) |
| | | | | | | LITHIUM/ LITHIUM CARBONATE (589/ 705) | Week 68 | 83.00(47 8) F | YES | 4.6(478) | 131(478) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3621

CONFIDENTIAL
AZSER12776294

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

D1447c00127

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event ?T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080002 | RD | 54/Male /55 | QTP+LI /675 | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (646/ 705) | Week 84 | 96.00(58 9) F | YES | 4.8(589) | 127(589) |
| | | | | | | | Week 84 | | | 4.9(645) | 124(645) |
| | | | | | | | Mean (post-ra ndomizat ion) | 113.67 | | 4.9 | 148 |
| D1447C00127 /E0080017 | OL | 63/Male | OL QTP / 87 | | HYPEROPIA | ACE INHIBITORS /PLAIN LISINOPRIL (UNK/UNK)/ PRE OL | Enrollme nt | | | 7.4(-97) | 106(-97) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  ## All prior and concomitant medications are listed
  ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t110311203.lst  a13.sas  06JUN2007:13:47 luchen

3622

CONFIDENTIAL
AZSER12776295

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080017 | OL | 63/Male / | OL,QTP / 87 | | | HYPERTENSI ON | BETA BLOCKING AGENTS, SELECTIVE/ | | | | | |
| | | | | | | | METOPROLOL SUCCINATE | | | | | |
| | | | | | | | (UNK/UNK) / PRE OL | | | | | |
| | | | | | | HYPERLIPID EMIA | BIGUANIDES / | | | | | |
| | | | | | | | METFORMIN | | | | | |
| | | | | | | | (UNK/UNK) / PRE OL | | | | | |
| | | | | | | PERIPHERAL EDEMA RIGHT LEG | OTHER ANTIINFLAM /ANTIRHEUM ATIC AGENTS,NON -STEROIDS/ | | | | | |
| | | | | | | | GLUCOSAMIN E | | | | | |
| | | | | | | | (UNK/UNK) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3623

CONFIDENTIAL
AZSER12776296

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | T## (Start/Sto Day*) | Adverse Event | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080017 | OL | 63/Male | OL QTP / 87 | | | ERECTILE DYSFUNCTIO N | OTHER IMMUNOSUPP RESSIVE AGENTS/ METHOTREXA TE (UNK/UNK)/ PRE OL | | | | | |
| | | | | | | DEEP VENOUS THROMBOSIS | SULFONAMID ES, UREA DERIVATIVE S/ GLIPIZIDE (UNK/UNK)/ PRE OL | | | | | |
| | | | | | | TYPE II DIABETES | THIAZOLIDI NEDIONES PIOGLITAZO NE HYDROCHLOR IDE (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
 *   with a >=1.5 unit increase in HbA1c any time during the study.
 *   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 **  Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3624

CONFIDENTIAL
AZSER12776297

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | PT## (Start/Sto Day*) | Medical history | Adverse Event | Medication Class/ Generic Na me* (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080017 | OL | 63/Male | OL QTP / 87 | | PSORIASIS | | DIAZEPINES | | | | | |
| | | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (UNK/-88)/ PRE OL | | | | | |
| | | | | | ARTHRITIS | | HMG COA REDUCTASE INHIBITORS /ATORVASTAT IN (-158/ 313)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 *   with a >=1.5 unit increase in HbA1c any time during the study.
 *   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 **  Blood sampling >8 hours after last meal, i.e. documented fasting.
 #   All prior and concomitant medications are listed.
 ##  All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

3625

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776298

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080017 | OL | 63/Male / | OL QTP / 87 | | ATRIAL FIBRILLATI ON | CEPHALOSPO RINS AND RELATED SUBSTANCES / | | | | | |
| | | | | | | CEFALEXIN (-142/ -128)/ PRE OL | | | | | |
| | | | | | | ANTIARRHYT HMICS, CLASS IA/ | | | | | |
| | | | | | | PROCAINAMI DE HYDROCHLOR IDE (-142/ -33)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3626

CONFIDENTIAL
AZSER12776299

D1447c00127
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080017 | OL | 63/Male | OL QTP / 87 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-137/ -88)/ PRE OL | | | | | |
| | | | | | | POTASSIUM/ POTASSIUM CHLORIDE (-137/ 11)/ PRE OL | | | | | |
| | | | | | | SULFONAMID ES, PLAIN/ FUROSEMIDE (-137/ 11)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior or concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3627

CONFIDENTIAL
AZSER12776300

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080017 | OL | 63/Male | OL QTP / 87 | | | BENZODIAZE PINE DERIVATIVE S/ TEMAZEPAM (-128/ -97)/ PRE OL | | | | | |
| | | | | | | VITAMIN K ANTAGONIST S/ WARFARIN (-118/ -17)/ PRE OL | | | | | |
| | | | | | | LITHIUM/ LITHIUM CARBONATE (-111/ -109)/ PRE OL | | | | | |
| | | | | | | DIGITALIS GLYCOSIDES / DIGOXIN (-97/ 313) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  ## All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3628

CONFIDENTIAL
AZSER12776301

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080017 | OL | 63/Male | OL QTP / 87 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-87/ 313) | | | | | |
| | | | | | | ANTIARRHYT HMICS, CLASS IC/ | | | | | |
| | | | | | | PROPAFENON E HYDROCHLOR IDE (-32/ -18) | | | | | |
| | | | | | | VITAMIN K ANTAGONIST S/ WARFARIN (-16/ 313) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
#   All AEs prior and concomitant medications are listed.
##   All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47  luchen

3629

CONFIDENTIAL
AZSER12776302

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
population
Open-label safety

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Medical history | Adverse Event P T## (Start/Sto Day*) | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080017 | RD | 64/Male /31.3 | QTP+VAL /283 | | | | SULFONAMID ES, PLAIN/ FUROSEMIDE (12/ 116) | At randomiz ation | 145.00H( 1) F | NO | 7.2(1) | 97(1) |
| | | | | | | | ANTIARRHYT HMICS, CLASS IC/ | Week 4 | | | | 94(30) |
| | | | | | | | PROPAFENON E (12/ 313) | | | | | |
| | | | | | | | POTASSIUM/ | Week 8 | | | | 95(60) |
| | | | | | | | POTASSIUM CHLORIDE (12/ 313) | | | | | |
| | | | | | | | THYROID HORMONES/ THYROID (94/ 171) | Week 12 | 107.00(8 8) F | YES | 6.3(88) | 93(88) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  ## All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes melitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3630

CONFIDENTIAL
AZSER12776303

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event I\*H## (Start/Sto Day\*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day\*) | Visit | Glucose mg/dL (Day\*) | Fast- ing\*\* (YES/ NO) | HBA1C (Day\*) | Weight kg (Day\*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080017 | RD | 64/Male /31.3 | QTP+VAL /283 | | | SULFONAMID ES, PLAIN/ FUROSEMIDE (117/ 313) | Week 28 | 156.00H( 200) F | YES | 6.9(200) | 99(200) |
| | | | | | | THYROID HORMONES/ THYROID (175/ 204) | Week 40 | 123.00(2 83) F | YES | 7.4(283) | 90(283) |
| | | | | | | THYROID HORMONES/ THYROID (205/ 313) | Mean (post-ra ndomizat ion) | 128.67 | | 6.9 | 94 |
| | | | | | | PENICILLIN S WITH EXTENDED SPECTRUM/ | | | | | |
| | | | | | | AMOXICILLI N (270/ 277) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs or concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3631

CONFIDENTIAL
AZSER12776304

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080017 | RD | 64/Male /31.3 | QTP+VAL /283 | | | ANTIPSYCHO TICS/ ARIPIPRAZO LE (283/ 313) DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (283/ 313) | | | | | |
| D1447C00127 /E0080030 | OL | 41/Male /37.9 | OL QTP / 91 | | GASTROESOP HEAGEAL REFLUX DISEASE | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE (UNK/UNK)/ PRE OL | Enrolleme nt | 262.00H(- 98) F | YES | 6.9(-98) | 115(-98) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
   with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # AEs prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3632

CONFIDENTIAL
AZSER12776305

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

D1447c00127

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment PT## (Start/Sto Day*) | Medical history | Adverse Event PT## (Start/Sto Day*) | Medication Class/ Generic Na me* (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | OL | 41/Male /37.9 | OL CTP / 91 | | SINUSITIS | | DRUGS USED IN ERECTILE DYSFUNCTIO N / SILDENAFIL CITRATE (UNK/UNK) / PRE OL | | | | | |
| | | | | | COUGH | | FIBRATES/ GEMFIBROZI L (UNK/UNK) / PRE OL | | | | | |
| | | | | | MYOPIA | | HMG COA REDUCTASE INHIBITORS / ATORVASTAT IN (UNK/UNK) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3633

CONFIDENTIAL
AZSER12776306

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | OL | 41/Male /37.9 | OL QTP / 91 | | OBESITY | LITHIUM/ LITHIUM (UNK/UNK)/ PRE OL | | | | | |
| | | | | | ASTHMA | PROTON PUMP INHIBITORS | | | | | |
| | | | | | | LANSOPRAZO LE (UNK/UNK)/ PRE OL | | | | | |
| | | | | | PANCRETITI S | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ | | | | | |
| | | | | | | SALBUTAMOL (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
   or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3634

CONFIDENTIAL
AZSER12776307

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | OL | 41/Male /37.9 | OL CTP / 91 | | | UPPER RESPIRATOR Y TRACT INFECTION | INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN LISPRO (-299/ -299)/ PRE OL | | | | | |
| | | | | | | LEFT KNEE CELLULITIS | INSULINS AND ANALOGUES, LONG-ACTIN G/ INSULIN GLARGINE (-299/ -299)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3635

CONFIDENTIAL
AZSER12776308

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/Generic Name (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | OL | 41/Male /37.9 | OL QTP / 91 | | | HYPERCHOLE STEROLEMIA | INSULINS AND ANALOGUES, LONG-ACTIN G/ INSULIN GLARGINE (-298/ 67)/ PRE OL | | | | | |
| | | | | | | ANXIETY SECONDARY TO BIPOLAR | INSULINS AND ANALOGUES, FAST-ACTIN G/ INSULIN LISPRO (-298/ 200)/ PRE OL | | | | | |
| | | | | | | IRRITABLE BOWEL SYNDROME | ANTIPSYCHO TICS/ ARIPIPRAZO LE (-266/ -266/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47  luchen

3636

CONFIDENTIAL
AZSER12776309

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
D1447c00127

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment T##(Start/Sto Day*) | Medical history | Adverse Event Event T##(Start/Sto Day*) | Medication Class/ Generic Na me(Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | OL | 41/Male /37.9 | OL CTP / 91 | RESTLESS LEG SYNDROME | | ANTIPSYCHO TICS/ ARIPIPRAZO LE (-265/ -212)/ PRE OL | | | | | |
| | | | | ERECTILE DYSFUNCTIO N | | AZASPIRODE CANEDIONE DERIVATIVE S/ BUSPIRONE HYDROCHLOR IDE (-223/ -223)/ PRE OL | | | | | |
| | | | | HYPOTHYROI DISM | | AZASPIRODE CANEDIONE DERIVATIVE S/ BUSPIRONE HYDROCHLOR IDE (-231/ -281)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs for prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3637

CONFIDENTIAL
AZSER12776310

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | OL | 41/Male /37.9 | OL QTP / 91 | | HEADACHES | CORTICOSTE ROIDS/ TRIAMCINOL ONE ACETONIDE (-214/ -205)/ PRE OL | | | | | |
| | | | | | SEVERE OBSTRUCTIV E SLEEP APNEA | MACROLIDES / CLARITHROM YCIN (-214/ -205)/ PRE OL | | | | | |
| | | | | | TYPE 2 DIABETES | OPIUM DERIVATIVE S AND EXPECTORAN TS/ GUAIFENESI N (-205/ -214)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs or concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3638

CONFIDENTIAL
AZSER12776311

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment | Treat- ment Days On Treat- ment (Day*) | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me** (St art/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | OL | 41/Male /37.9 | OL QTP / 91 | | | HYPERTRIGL YCERIDES | SYMPATHOMI METICS,COM BINATIONS EXCL. CORTICOSTE ROIDS/ PHENYLEPHR INE HYDROCHLOR IDE (-214/ -205/ PRE OL) | | | | | |
| | | | | | | ECZEMA | THYROID HORMONES/ THYROID (-212/ -212/ PRE OL) | | | | | |
| | | | | | | INSOMNIA SECONDARY TO BIPOLAR | LITHIUM/ LITHIUM (-212/ -127/ PRE OL) | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All AEs prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3639

CONFIDENTIAL
AZSER12776312

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | OL | 41/Male /37.9 | OL QTP / 91 | | SEASONAL ALLERGIES | ANTIPSYCHO TICS/ ARIPIPRAZO LE (-211/ -126) PRE OL | | | | | |
| | | | | | | OTHER ANTIPSORIA TICS FOR TOPICAL USE/ CALCIPOTRI OL (-178/ 67) PRE OL | | | | | |
| | | | | | | OTHER ANTIPSORIA TICS FOR TOPICAL USE/ CALCIPOTRI OL (-178/ 200) PRE OL | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst al3.sas 06JUN2007:13:47 luchen

3640

CONFIDENTIAL
AZSER12776313

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | OL | 41/Male /37.9 | OL QTP / 91 | | | OTHER ANTIEPILEP TICS/ ZONISAMIDE (-148/ -127) PRE OL | | | | | |
| | | | | | | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-126/ -126) PRE OL | | | | | |
| | | | | | | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E (-126/ -126) PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3641

CONFIDENTIAL
AZSER12776314

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | TRT## Start/Sto p Day* | Medical history | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | OL | 41/Male /37.9 | OL QTP / 91 | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS | | | | | |
| | | | | | | PAROXETINE HYDROCHLOR IDE /-126/ -126/ PRE OL | | | | | |
| | | | | | | OTHER ANTIEPILEP TICS/ ZONISAMIDE /-120/ -120/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
      or with a >=1.5 unit increase in HbA1c any time during the study.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3642

CONFIDENTIAL
AZSER12776315

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | OL | 41/Male /37.9 | OL QTP / 91 | | | DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-165/) PRE -92)/ PRE OL | | | | | |
| | | | | | | LITHIUM/ LITHIUM CARBONATE (-126/ 200)/ PRE OL | | | | | |
| | | | | | | HMG COA REDUCTASE INHIBITORS/ SIMVASTATI N (-127/ 10)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas   06JUN2007:13:47  luchen

3643

CONFIDENTIAL
AZSER12776316

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event FT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | OL | 41/Male /37.9 | OL CTP / 91 | | | | CEPHALOSPO RINS AND RELATED SUBSTANCES / CEFALEXIN (-110/ -100) PRE OL | | | | | |
| | | | | | | | THYROID HORMONES/ THYROID (-98/ 200) | | | | | |
| | | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-67/ 44) | | | | | |
| RD | | 42/Male /37.8 | PLA+LI /170 | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (45/ 200) | At randomiz ation | 165.0OH( 1) F | YES | 8.2H(1) | 115(1) |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3644

CONFIDENTIAL
AZSER12776317

Page 406 of 555

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*H## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | RD | 42/Male /37.8 | PLA+LI /170 | | | | Week 4 | | | | 114(29) |
| | | | | | | OPIUM ALKALOIDS AND DERIVATIVE S/ CODEINE PHOSPHATE (54/ 57) | | | | | |
| | | | | | | GLUCOCORTI COIDS/ PREDNISONE (57/ 59) | Week 8 | | | | 112(58) |
| | | | | | | MACROLIDES / TELITHROMY CIN (57/ 64) | Week 12 | 334.00H( 94) F | YES | 7.7H(94) | 116(94) |
| | | | | | | EXPECTORAN TS/ GUAIFENESI N (57/ 71) | Week 28 | 220.00H( 171) F | YES | 6.1(171) | 115(171) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from or 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting; R=Glucose non-fasting (random).

3645

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776318

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | RD | 42/Male /37.8 | PLA+LI /170 | | | GLUCOCORTI COIDS/ PREDNISONE (60/ 61) | Mean (post-ra ndomizat ion) | 277.00 | | 6.9 | 114 |
| | | | | | | GLUCOCORTI COIDS/ PREDNISONE (62/ 64) | | | | | |
| | | | | | | INSULINS AND ANALOGUES, LONG-ACTIN G/ INSULIN GLARGINE (68/ 200) | | | | | |
| | | | | | | ANTIALLERG IC AGENTS, EXCL. CORTICOSTE ROIDS/ AZELASTINE HYDROCHLOR IDE (113/ 200) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas   06JUN2007:13:47 luchen

3646

CONFIDENTIAL
AZSER12776319

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | RD | 42/Male /37.8 | PLA+LI /170 | | | OPIUM ALKALOIDS AND DERIVATIVE S/ PHENYLTOLO XAMINE (113/ 200)<br><br>OTHER COUGH SUPPRESSAN TS/ CINNAMOMUM VERUM (129/ 200)<br><br>OTHER MINERAL PRODUCTS/ CHROMIUM PICOLINATE (129/ 200) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from or OL. QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3647

CONFIDENTIAL
AZSER12776320

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080030 | RD | 42/Male /37.8 | PLA+LI /170 | | | OTHER THERAPEUTI C PRODUCTS/ LINUM USITATISSI MUM SEED OIL (129/ 200) | | | | | |
| D1447C00127 /E0080032 | OL | 42/Male /25.9 | OL,QTP /168 | | BLIND LEFT EYE | SULFONAMID ES, UREA DERIVATIVE S/ GLIMEPIRID E (UNK/UNK)/ PRE OL | Enrollme nt | 118.00(- 6) F | YES | 5.8(-6) | |
| | | | | | DIABETES TYPE 2 | THIAZOLIDI NEDIONES/ PIOGLITAZO NE HYDROCHLOR IDE (UNK/UNK)/ PRE OL | Week 12 | 200.00H( 86) F | YES | 6.3(86) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL,QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3648

CONFIDENTIAL
AZSER12776321

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080032 | OL | 42/Male /25.9 | OL QTP /168 | | INTERMITTE NT HIVES | INDOLE DERIVATIVE S/ ZIPRASIDON E | Week 24 | 202.00H( 168) F | YES | 8.3H(168 ) | |
| | | | | | | HYDROCHLOR IDE /-168/ -168/ PRE OL | | | | | |
| | | | | | HYPOTHYROI DISM | LITHIUM/ LITHIUM (-167/ -155)/ PRE OL | Mean (post-en rollment ) | 201.00 | | 7.3 | |
| | | | | | ABDOMINAL HERNIA REPAIR | INDOLE DERIVATIVE S/ ZIPRASIDON E | | | | | |
| | | | | | | HYDROCHLOR IDE /-167/ -134)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AES potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47  luchien

3649

CONFIDENTIAL
AZSER12776322

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment (Day*) | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080032 | OL | 42/Male /25.9 | OL QTP /168 | | TINEA CRURIS | PENICILLIN S WITH EXTENDED SPECTRUM/ | | | | | |
| | | | | | | AMOXICICILLI N (-157/ -147)/ PRE OL | | | | | |
| | | | | SEDATION | | SYMPATHOMI METICS COM BINATIONS EXCL CORTICOSTE ROIDS/ PHENYLEPHR INE HYDROCHLOR IDE (-157/ -147)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3650

CONFIDENTIAL
AZSER12776323

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080032 | OL | 42/Male /25.9 | OL QTP /168 | | DRY SKIN | CORTICOSTE ROIDS, MODERATELY POTENT (GROUP III)/ TRIAMCINOL ONE (-157)/ 198)/ PRE OL | | | | | |
| | | | | | | LITHIUM/ LITHIUM (-154/ 7)/ PRE OL | | | | | |
| | | | | | | INDOLE DERIVATIVE S/ ZIPRASIDON E HYDROCHLOR IDE (-133/ -100)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3651

CONFIDENTIAL
AZSER12776324

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080032 | OL | 42/Male /25.9 | OL QTP /168 | | | | INDOLE DERIVATIVE S/ ZIPRASIDON E HYDROCHLOR IDE -99/ -48)/ PRE OL | | | | | |
| | | | | | | | CENTRALLY ACTING SYMPATHOMI METICS/ MODAFINIL -99/ -41)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3652

CONFIDENTIAL
AZSER12776325

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080032 | OL | 42/Male /25.9 | OL QTP /168 | | | OTHER ANTIFUNGAL S FOR TOPICAL USE/ CICLOPIROX OLAMINE (-73)/ PRE 198)/ OL | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-48)/ PRE 168)/ OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5-unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3653

CONFIDENTIAL
AZSER12776326

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080032 | OL | 42/Male /25.9 | OL QTP /168 | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-47/ -47)/ PRE OL | | | | | |
| | | | | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-46/ -46)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  ## All AEs prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3654

CONFIDENTIAL
AZSER12776327

Page 416 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | OL QTP | Adverse Event P*T## (Start/Sto p Day*) | Medical history | Medica-tion Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080032 | OL | 42/Male /25.9 | OL QTP /168 | | | | DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-45/ -45)/ PRE OL DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-44/ -44)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
* with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3655

CONFIDENTIAL
AZSER12776328

D1447c00127
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080032 | OL | 42/Male /25.9 | OL QTP /168 | | | | DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-43)/ -42)/ PRE OL DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-14)/ -14)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3656

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.1st a13.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776329

D1447c00127
11.3.12.3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event T*T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080032 | OL | 42/Male /25.9 | OL QTP /168 | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-136/ -1)/ PRE OL | | | | | |
| | | | | | | LITHIUM/ LITHIUM (8/ 198) | | | | | |
| | | | | | | THYROID HORMONES/ THYROID (86/ 120) | | | | | |
| | | | | | | THYROID HORMONES/ THYROID (121/ 198) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3657

CONFIDENTIAL
AZSER12776330

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment PT## (Start/Sto p Day*) | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080033 | OL | 38/Male /58.6 | OL CTP /144 | | | ARTHRITIS BILATERAL KNEES | ACE INHIBITORS ; PLAIN/ LISINOPRIL (UNK/UNK)/ PRE OL | Enrollme nt | 166.00H( -150) F | YES | 7.3(-150 ) | 186(-150 ) |
| | | | | | | HYPERTENSI ON | BIGUANIDES METFORMIN (UNK/UNK)/ PRE OL | Week 1 | | | | 188(-137 ) |
| | | | | | | GASTROESOP HEGEAL REFLUX DISEASE | PROPULSIVE S/ METOCLOPRA MIDE (UNK/UNK)/ PRE OL | Week 2 | | | | 189(-130 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs prior and concomitant medications are listed.
   # All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3658

CONFIDENTIAL
AZSER12776331

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment (Start-/Sto p Day*) | Medical history | Adverse Event T*#/ (Start/Sto p Day*) | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080033 | OL | 38/Male /58.6 | OL QTP /144 | GI UPSET - RECURRENT | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-347/ 282)/ PRE OL | Week 12 | 149.00H( -60) F | YES | 6.1(-60) | 188(-60) |
| | | | | DIABETES TYPE 2 | | OTHER ANTIDEPRES SANTS/ DULOXETINE (-288/ -288)/ PRE OL | Mean (post-en rollment ) | 149.00 | | 6.1 | 188 |
| | | | | HYPOTHYROI DISIM | | BENZODIAZE PINE DERIVATIVE S/ DIAZEPAM (-287/ -287)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3659

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776332

D1447C00127
11.3.12.3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080033 | OL | 38/Male /58.6 | OL QTP /144 | | OBESITY | BENZODIAZE PINE DERIVATIVE S/ TEMAZEPAM -(287)/ -287)/ PRE OL | | | | | |
| | | | | | TREMORS | OTHER ANTIDEPRES SANTS/ DULOXETINE -(287)/ -277)/ PRE OL | | | | | |
| | | | | | PSORIASIS LEFT ELBOW AND KNEE | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E -(287)/ -261)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3660

CONFIDENTIAL
AZSER12776333

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080033 | OL | 38/Male /58.6 | OL QTP /144 | | VITIGO BOTH EYE, LEFT 3RD FINGER; LEFT ELBOW; RIGHT HAND | BENZODIAZE PINE RELATED DRUGS/ ZOLPIDEM TARTRATE (-287/ -160)/ PRE OL | | | | | |
| | | | | | | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E (-260/ -260)/ PRE OL | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ TEMAZEPAM (-260/ -157)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All medications and conditions are listed.
## All AEs prior or potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3661

CONFIDENTIAL
AZSER12776334

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080033 | OL | 38/Male /58.6 | OL QTP /144 | | | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E -206)/ PRE OL | | | | | |
| | | | | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE -215)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3662

CONFIDENTIAL
AZSER12776335

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080033 | OL | 38/Male /58.6 | OL QTP /144 | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-214)/ -214)/ PRE OL | | | | | |
| | | | | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-213)/ -213)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  with a >=1.5 unit increase in HbAlc any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3663

CONFIDENTIAL
AZSER12776336

Page 425 of 555

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080033 | OL | 38/Male /58.6 | OL QTP /144 | | | DIAZEPINES ´OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-212)/ -212)/ PRE OL DIAZEPINES ´OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-211)/ -211)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  * with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
       ## All medications and concomitant medications are listed.
       ## All AEs potentially associated with diabetes mellitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3664

CONFIDENTIAL
AZSER12776337

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P™## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080033 | OL | 38/Male /58.6 | OL QTP /144 | | | DIAZEPINES | | | | | |
| | | | | | | ÓXAZEPINES | | | | | |
| | | | | | | AND | | | | | |
| | | | | | | THIAZEPINE | | | | | |
| | | | | | | S/ | | | | | |
| | | | | | | QUETIAPINE | | | | | |
| | | | | | | FUMARATE | | | | | |
| | | | | | | (-210/ | | | | | |
| | | | | | | -210) | | | | | |
| | | | | | | PRE OL | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | ÓXAZEPINES | | | | | |
| | | | | | | AND | | | | | |
| | | | | | | THIAZEPINE | | | | | |
| | | | | | | S/ | | | | | |
| | | | | | | QUETIAPINE | | | | | |
| | | | | | | FUMARATE | | | | | |
| | | | | | | (-209/ | | | | | |
| | | | | | | -200) | | | | | |
| | | | | | | PRE OL | | | | | |
| | | | | | | LITHIUM/ | | | | | |
| | | | | | | LITHIUM | | | | | |
| | | | | | | (-206/ | | | | | |
| | | | | | | -200) | | | | | |
| | | | | | | PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3665

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776338

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080033 | OL | 38/Male /58.6 | OL QTP /144 | | | OTHER ANTIEPILEP TICS/ LAMOTRIGIN E -203)/ PRE OL | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-199/ -178)/ PRE OL | | | | | |
| | | | | | | LITHIUM/ LITHIUM (-199/ -178)/ PRE OL | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3666

CONFIDENTIAL
AZSER12776339

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080033 | OL | 38/Male /58.6 | OL OTP /144 | | | COXIBS/ VALDECOXIB -(-198)/ -198/ PRE OL | | | | | |
| | | | | | | PROTON PUMP INHIBITORS /ESOMEPRAZO LE MAGNESIUM -(-178)/ -178/ PRE OL | | | | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ NAPROXEN SODIUM -(-178)/ 282)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL OTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3667

CONFIDENTIAL
AZSER12776340

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080033 | OL | 38/Male /58.6 | OL QTP /144 | | | PROTON PUMP INHIBITORS / OMEPRAZOLE (-178/ 282)/ PRE OL | | | | | |
| | | | | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-177/ -151)/ PRE OL | | | | | |
| | | | | | | THYROID HORMONES/ THYROID (-157/ 282)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  ## All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3668

CONFIDENTIAL
AZSER12776341

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080033 | OL | 38/Male /58.6 | OL QTP /144 | | | | LITHIUM/ LITHIUM CARBONATE (-156/ -145) PRE OL | | | | | |
| | | | | | | | DIAZEPINES | | | | | |
| | | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-150/ -145) | | | | | |
| | | | | | | | LITHIUM/ LITHIUM CARBONATE (-144/ -116) | | | | | |
| | | | | | | | LITHIUM/ LITHIUM CARBONATE (-115/ 7) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3669

CONFIDENTIAL
AZSER12776342

Page 431 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080033 | OL | 38/Male /58.6 | OL QTP /144 | | | BETA BLOCKING AGENTS, NON-SELECT IVE/ PROPRANOLO L (-86/ 282) | | | | | |
| | RD | 38/Male /57.4 | QTP+LI /252 | | | LITHIUM/ LITHIUM CARBONATE (8/ 54) | At randomiz ation | 120.00(1 ) F | YES | 6.0(1) | 182(1) |
| | | | | | | LITHIUM/ LITHIUM (55/ 282) | Week 4 | | | | 179(26) |
| | | | | | | DIAZEPINES | Week 8 | | | | 179(55) |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (253/ 282) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 ## All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776343

D1447c00127

## 11.3.12-3 Patients with high glucose and HbA1c Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080033 | RD | 38/Male /57.4 | QTP+LI /252 | | | | Week 12 | 141.00H( 83) | YES | 5.9(83) | 178(83) |
| | | | | | | | Week 28 | 158.00H( 197) F | YES | 7.1(197) | 186(197) |
| | | | | | | | Week 40 | 218.00H( 252) F | YES | 8.0H(252 ) | 184(252) |
| | | | | | | | Mean (post-ra ndomizat ion) | 172.33 | | 7.0 | 181 |
| D1447C00127 /E0080036 | OL | 29/Male /38.4 | OL,QTP /109 | | CHRONIC BILATERAL CERUMEN BUILD UP | ANTIPSYCHO TICS/ ARIPIPRAZO LE (-163)/ -163)/ PRE OL | Enrollme nt | 92.00(-1 15) F | YES | 5.9(-115 ) | 118(-115 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL,QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3671

CONFIDENTIAL
AZSER12776344

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event I*## T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080036 | OL | 29/Male /38.4 | OL QTP /109 | | HEART MURMUR | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM -(-163/ -163)/ PRE OL | Week 1 | | | | 120(-103 ) |
| | | | | | HEADACHES | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM -(-116/ -116)/ PRE OL | Week 2 | | | | 120(-88) |
| | | | | | HYPOTHYROI DISM | THYROID HORMONES/ THYROID (-104/ -104)/ PRE OL | Week 12 | 98.00(-2 8) F | YES | 6.0(-28) | 120(-28) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

* or with a >=1.5 unit increase in HbA1c any time during the study.

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3672

CONFIDENTIAL
AZSER12776345

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080036 | OL | 29/Male /38.4 | OL QTP /109 | INTERMITTE NT RASH | ALLERGIC DERMATITIS | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-116/ -116) PRE OL | Mean (post-en rollment ) | 98.00 | | 6.0 | 120 |
| | | | | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-115/ -110) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients. with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3673

CONFIDENTIAL
AZSER12776346

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P'T## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080036 | OL | 29/Male /38.4 | OL QTP /109 | | BILATERAL KNEE PAIN | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-115/ -104) | | | | | |
| | | | | | CEREBRAL PALSY | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-103/ -29) | | | | | |
| | | | | | OBESITY | THYROID HORMONES/ THYROID (-103/ 304) | | | | | |
| | | | | | METABOLIC SYNDROME | OXICAMS/ MELOXICAM (-28/ 58) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3674

CONFIDENTIAL
AZSER12776347

D1447c00127

## 11.3.12-3 Patients with high glucose and HbA1c Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | ## PT## (Start/Sto p Day*) | Medical history | Adverse Event Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080036 | OL | 29/Male /38.4 | OL QTP /109 | | | GLUCOSE INTOLERANC E | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-28/ 168) | | | | | |
| | | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-28/ 304) | | | | | |
| | RD | 29/Male /38.8 | QTP+VAL /274 | | DIABETES MELLITUS NON-INSULI N-DEPENDEN T (214/275) | | ANILIDES/ ETHANOL (66/ 87) | At randomiz ation | 147.00H( 1) F | YES | 6.2(1) | 119(1) |
| | | | | | | | ANILIDES/ | Week 4 | | | | 122(30) |
| | | | | | | | GUAIFENESI N (66/ 87) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AES potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3675

CONFIDENTIAL
AZSER12776348

D1447c00127

## 11.3.12-3 Patients with high glucose and HbA1c
## Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0080036 | RD | 29/Male /38.8 | QTP+VAL /274 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (169/ 304) | Week 8 | | | | 126(58) |
| | | | | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (276/ 304) | Week 12 | 120.00(8 7) F | YES | 7.2(87) | 127(87) |
| | | | | | | | Week 28 | 583.00H( 199) F | YES | 15.6H(19 9) | 120(199) |
| | | | | | | | Week 40 | 94.00(27 5) F | YES | 9.4H(275 ) | 112(275) |
| | | | | | | | Mean (post-ra ndomizat ion) | 265.67 | | 10.7 | 121 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

with a >=1.5 unit increase in HbA1c any time during the study.

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3676

CONFIDENTIAL
AZSER12776349

Page 438 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treat-ment PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083002 | OL | 36/Female /29 | OL QTP /172 | | RECURRENT HEADACHES | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (UNK/UNK)/ PRE OL | Enrollme nt | 95.00(-5 ) R | YES | 5.1(-5) | |
| | | | | | GASTROESOP HAGEAL REFLUX | CORTICOSTE ROIDS/ FLUTICASON E PROPIONATE | Week 24 | 141.00H( 172) F | YES | 7.3(172) | |
| | | | | | | (UNK/UNK)/ PRE OL | Mean (post-en rollment ) | 141.00 | | 7.3 | |
| | | | | | SEASONAL ALLERGIES | HMG COA REDUCTASE INHIBITORS / LOVASTATIN | | | | | |
| | | | | | | (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3677

CONFIDENTIAL
AZSER12776350

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlc (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083002 | OL | 36/Female /29 | OL QTP /172 | | HYPERCHOLE STEROLEMIA | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN | | | | | |
| | | | | | | (UNK/UNK)/ PRE OL | | | | | |
| | | | | | SINUS INFECTION | PROTON PUMP INHIBITORS /OMEPRAZOLE | | | | | |
| | | | | | | (UNK/UNK)/ PRE OL | | | | | |
| | | | | | IRREGULAR MENSES | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM | | | | | |
| | | | | | | (UNK/-6)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3678

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776351

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083002 | OL | 36/Female /29 | OL QTP /172 | | | DRUGS USED IN NICOTINE DEPENDENCE (UNK/-5) / PRE OL | | | | | |
| | | | | | | BUPROPION HYDROCHLOR IDE (UNK/-5) / PRE OL | | | | | |
| | | | | | | OTHER ANTIDEPRES SANTS/ TRAZODONE (UNK/-5) / PRE OL | | | | | |
| | | | | | | DIAZEPINES, OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-5/ -5) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3679

CONFIDENTIAL
AZSER12776352

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medica- tion Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083002 | OL | 36/Female /29 | OL QTP /172 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-5/ 16) | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | ,OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-4/ -1) | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | ,OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-3/ -1) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  ## All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3680

CONFIDENTIAL
AZSER12776353

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083002 | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (17/ 71) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (72/ 93) | | | | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (80/ 99) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  or with a >=1.5 unit increase in HbA1c any time during the study.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  ## All AEs prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.lst  ai3.sas  06JUN2007:13:47  luchen

3681

CONFIDENTIAL
AZSER12776354

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event ## PT## (Start/Sto p Day*) | Medical history | Medical Action Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083002 | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (94/ 146) | | | | | | |
| | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (147/ 172) | | | | | | |
| | | | | | FLUOROQUIN OLONES/ CIPROFLOXA CIN (170/ 172) | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst al3.sas  06JUN2007:13:47 luchen

3682

CONFIDENTIAL
AZSER12776355

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083013 | OL | 50/Female /41.3 | OL QTP /224 | | ENDOMETRIO SIS | ANILIDES/ ACETYLSALI CHLIC ACID (UNK/UNK)/ PRE OL | Enrollme nt | 90.00(-2 31) R | YES | 6.0(-231 ) | 109(-231 ) |
| | | | | | URINARY INCONTINEN CE | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (UNK/-227) / PRE OL | Week 1 | | | | 111(-217 ) |
| | | | | | RECURRENT HEADACHES | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-407/ -3040/ PRE OL | Week 2 | | | | 111(-210 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AES potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3683

CONFIDENTIAL
AZSER12776356

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083013 | OL | 50/Female /41.3 | OL QTP /224 | | | SEASONAL ALLERGIES | DRUGS USED IN NICOTINE DEPENDENCE | Week 12 | | | | 115(-141 ) |
| | | | | | | | BUPROPION HYDROCHLOR IDE (-370/ -370)/ PRE OL | | | | | |
| | | | | | | DEGENERATI ON JOINT DISEASE L4-5 | DRUGS USED IN NICOTINE DEPENDENCE | Week 24 | 104.00(- 61) F | YES | 6.7(-61) | 117(-61) |
| | | | | | | | BUPROPION HYDROCHLOR IDE (-369/ -274)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
   *  to sampling/onset/stop from or with a >=1.5 unit increase in HbA1c any time during the study.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All AEs prior and concomitant medications are listed
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

Note: Patients with last glucose value >=126mg/dl for non-randomized patients and from 1st dose of RD trt for randomized patients.

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3684

CONFIDENTIAL
AZSER12776357

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event ##T### (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083013 | OL | 50/Female /41.3 | OL QTP /224 | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / ESCITALOPR AM OXALATE (-340/ -340) PRE OL | Mean (post-en rollment ) | 104.00 | | 6.7 | 114 |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-303/ -274) PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3685

CONFIDENTIAL
AZSER12776358

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083013 | OL | 50/Female /41.3 | OL QTP /224 | | | | DIAZEPINES ,OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-274/ -274)/ PRE OL | | | | | |
| | | | | | | | DIAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-246/ -225)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3686

CONFIDENTIAL
AZSER12776359

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083013 | OL | 50/Female /41.3 | OL QTP /224 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-246/ -225/ PRE OL | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-224/ -211) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-210/ 656) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*   with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3687

CONFIDENTIAL
AZSER12776360

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083013 | OL | 50/Female /41.3 | OL_QTP /224 | | | DIPHENYLPR OPYLAMINE DERIVATIVE S/ PARACETAMO L (-3/ -1) | | | | | |
| | RD | 51/Female /45.5 | QTP+VAL /626 | | | COUGH AND COLD PREPARATIO NS/ (75/ 92) | At randomiz ation | 95.00(1) F | YES | 6.6(1) | 119(1) |
| | | | | | | ETHERS OF QUA TROPINE DERIVATIVE S/ BENZATROPI NE MESILATE (113/ 128) | Week 4 | | | | 119(28) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
       # All prior and concomitant medication is listed.
       ## All AEs potentially associated with diabetes mellitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

06JUN2007:13:47 luchen

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas

3688

CONFIDENTIAL
AZSER12776361

Page 450 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment | Treat- ment Days On Treat- ment PT## (Start/Sto p Day*) | Medical history | Adverse Event PT## (Start/Sto p Day*) | Medication Class/ Generic Na me | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083013 | RD | 51/Female /45.5 | QTP+VAL /626 | | | | | Week 8 | | | | 119(57) |
| | | | | | | | OPIUM DERIVATIVE S AND EXPECTORAN TS/ GUAIFENESI N (128/ 146) | | | | | |
| | | | | | | | | Week 12 | 117.00(8 4) F | YES | 6.7(84) | 126(84) |
| | | | | | | | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL (214/ 282) | | | | | |
| | | | | | | | | Week 28 | 104.00(1 97) F | YES | 6.7(197) | 120(197) |
| | | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (420/ 656) | | | | | |
| | | | | | | | | Week 40 | 93.00(28 2) F | YES | 6.3(282) | 116(282) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3689

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776362

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Medical history | Adverse Event PT## (Start/Stop Day*) | Visit | Medication Class/Generic Name## (Start/Stop Day*) | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0083013 | RD | 51/Female/45.5 | QTP+VAL/626 | | | Week 52 | | 119.00(365) | YES | 6.4(365) | 116(365) |
| | | | | | | Week 68 | | 138.00H(478) | YES | 7.6H(478) | 119(478) |
| | | | | | | Week 84 | | 115.00(590) F | YES | 7.0(590) | 113(590) |
| | | | | | | Week 84 | | | | 7.0(626) | 114(626) |
| | | | | | | Mean (post-randomization) | | 114.33 | | 6.8 | 118 |
| D1447C00127/E0083038 | OL | 57/Male/36.3 | OL QTP/224 | CORONARY ARTERY BLOCKAGE | | Enrollment | ACE INHIBITORS DAIV/LISINOPRIL (UNK/UNK)/PRE OL | 134.00H(-230) F | YES | 7.1(-230) | 119(-230) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HBA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t110311203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776363

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (St art/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | OL | 57/Male /36.3 | OL QTP /224 | | HYPERTENSI ON | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (UNK/UNK)/ PRE OL | Week 1 | | | | 120(-219 ) |
| | | | | | HYPERCHOLE STEROLEMIA | PLATELET AGGREGATIO N INHIBITORS EXCL. HEPARIN/ ACETYLSALI CYLIC ACID (UNK/UNK)/ PRE OL | Week 2 | | | | 122(-212 ) |
| | | | | | GASTROESOP HAGEAL REFLUX | AZASPIRODE CANEDIONE DERIVATIVE S/ BUSPIRONE HYDROCHLOR IDE (UNK/-250) / PRE OL | Week 12 | 150.00H( -142) F | YES | 6.91-142 ) | 120(-142 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
or with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3691

CONFIDENTIAL
AZSER12776364

Case 6:06-md-01769-ACC-DAB   Document 1364-38   Filed 03/12/09   Page 92 of 100 PageID 90402

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | OL | 57/Male /36.3 | OL CTP /224 | | HEARING LOSS OF RIGHT EAR | OTHER ANTIDEPRES SANTS/ TRAZODONE (UNK/-250) / PRE OL | Week 24 | 132.00H(-56) F | YES | 6.5(-56) | 116(-56) |
| | | | | | OBESITY | HMG COA REDUCTASE INHIBITORS/ ATORVASTAT IN (-255/ 240)/ PRE OL | Mean (post-en rollment ) | 141.00 | | 6.7 | 120 |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-250/ 240)/ PRE OL | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5-unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3692

CONFIDENTIAL
AZSER12776365

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0083038 | OL | 57/Male/36.3 | OL QTP/224 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-250/ -176) PRE OL | | | | | |
| | | | | | | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-243/ -211) PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from or 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47  luchen

3693

CONFIDENTIAL
AZSER12776366

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | OL | 57/Male /36.3 | OL QTP /224 | | | | DIAZEPINES ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-240/ -238)/ PRE OL  DIAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-237/ -235)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  or with a >=1.5 unit increase in HbAlc any time during the study.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AES potentially associated with diabetes mellitus.
    F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3694

CONFIDENTIAL
AZSER12776367

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | OL | 57/Male /36.3 | OL QTP /224 | | | DIAZEPINES ÓXAZEPINES AAND THIAZEPINE S/ QUETIAPINE FUMARATE (-234/ -232)/ PRE OL<br><br>DIAZEPINES AAND THIAZEPINE S/ QUETIAPINE FUMARATE (-231/ -229)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
     with a >=1.5 unit increase in HbA1c any time during the study.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
        ## All medications and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3695

CONFIDENTIAL
AZSER12776368

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | OL | 57/Male /36.3 | OL QTP /224 | | | DIAZEPINES ´ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-228/ -227) DIAZEPINES ´ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-226/ -225) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3696

CONFIDENTIAL
AZSER12776369

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | OL | 57/Male /36.3 | OL QTP /224 | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-175/ -143) | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-162/ -118) | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (117/ 42) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 *  with a >=1.5 unit increase in HbA1c any time during the study.
 *  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    #   All AEs prior and concomitant medications are listed.
    ##  All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3697

CONFIDENTIAL
AZSER12776370

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | RD | 57/Male /35 | PLA+VAL /442 | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (43/ 472) | At randomiz ation | 118.00(1 ) F | YES | 6.2(1) | 115(1) |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (43/ 472) | Week 4 | | | | 115(29) |
| | | | | | | | BETA-LACTA M ANTIBACTER IALS, PENICILLIN S/ PENICILLIN NOS (205/ 218) | Week 8 | | | | 113(57) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs/prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3698

CONFIDENTIAL
AZSER12776371

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | RD | 57/Male /35 | PLA+VAL /442 | | | ANILIDES/ PARACETAMO L (205/ 220) | Week 12 | 116.00(8 6) F | YES | 6.7(86) | 113(86) |
| | | | | | | HMG_COA_ REDUCTASE INHIBITORS / ATORVASTAT IN (241/ 472) | Week 28 | 125.00(1 92) F | YES | 7.2(192) | 114(192) |
| | | | | | | IMIDAZOLE AND TRIAZOLE DERIVATIVE S/ ECONAZOLE NITRATE (382/472) | Week 40 | 141.00H( 281) F | YES | 7.4(281) | 116(281) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  * with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

06JUN2007:13:47 luchen

/csre/prod/seroquel/d1447c00127/sp/output/tlf/tl10311203.lst  a13.sas

3699

CONFIDENTIAL
AZSER12776372

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days / ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (St art/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | RD | 57/Male /35 | PLA+VAL /442 | | | IMIDAZOLE AND TRIAZOLE DERIVATIVE S/ KETOCONAZO LE (382/ 472) | Week 52 | | | 7.6H(337 ) | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (413/ 472) | Week 52 | 118.00(3 70) F | YES | | 113(370) |
| | | | | | | ANTIEPILEP TICS/ PREGABALIN (423/ 472) | Week 52 | | | 7.6H(370 ) | |
| | | | | | | OXICAMS/ MELOXICAM (423/ 472) | Week 68 | 115.00(4 43) F | YES | 6.9(443) | 116(443) |

Note: Patients with last glucose value >=126mg/dL, or with at least 2 glucose values >126mg/dl at any time during the study,
  *  to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## AEs or prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3700

CONFIDENTIAL
AZSER12776373