D1447C00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | PT## /Start/Sto p Day*) | Adverse Event | Medical history | Medication Class/ Generic Na me# (/Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (/YES/ NO) | HBAlc (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0083038 | RD | 57/Male /35 | PLA+VAL /442 | | | | THIAZOLIDI NEDIONES/ PIOGLITAZO NE HYDROCHLOR IDE (423/ 472) | Mean (post-ra ndomizat ion) | 123.00 | | 7.2 | 114 |
| D1447C00127 /E0085008 | OL | 27/Male /30.6 | OL QTP / 97 | | PENICILLIN ALLERGY | | DRUGS USED IN NICOTINE DEPENDENCE BUPROPION HYDROCHLOR IDE (UNK/-104 ) PRE OL | Enrollme nt | 142.00H( -104) R | NO | 5.1(-104 ) | 99 (-104) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3701

CONFIDENTIAL
AZSER12776374

11.3.12.3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Concomitant Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085008 | OL | 27/Male /30.6 | OL QTP / 97 | | CODINE ALLERGY | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / ESCITALOPR AM OXALATE (-287/ -104) / PRE OL | Week 2 | | | | 102(-85) |
| | | | | | CECLOR ALLERGY | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-104/ -104) | Week 2 | | | | 104(-71) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3702

CONFIDENTIAL
AZSER12776375

Page 464 of 555

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085008 | OL | 27/Male /30.6 | OL QTP / 97 | | | INTERMITTE NT HEADACHES | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-104/ -101) | Mean (post-en rollment ) | | | | 103 |
| | | | | | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-103/ -103) | | | | | |
| | | | | | | SEASONAL ALLERGIES | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3703

CONFIDENTIAL
AZSER12776376

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
D1447c00127

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | T*## (Start/Sto p Day*) | Adverse Event Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me* (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085008 | OL | 27/Male /30.6 | OL QTP / 97 | | | BILATERAL TREMOR | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / ESCITALOPR AM OXALATE (-103/ -97) DIAZEPINES / OXAZEPINES AND THIAZEPINE S / QUETIAPINE FUMARATE (-102/ -102) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*  with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3704

CONFIDENTIAL
AZSER12776377

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085008 | OL | 27/Male /30.6 | OL QTP / 97 | | | DIAZEPINES, OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-101/ -98) FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-100/ -56) ANILIDES/ PARACETAMO L (-99/ -99) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All AEs prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3705

CONFIDENTIAL
AZSER12776378

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me* (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085008 | OL | 27/Male /30.6 | OL QTP / 97 | | | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (-88/ 687) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-55/ -24) | | | | | |
| | | | | | | OTHER ANTIHISTAM INES FOR SYS/BMIC USE/ LORATADINE (-55/ 687) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*    with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   **  Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications are listed.
     ## All AES potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

3706

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776379

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085008 | OL | 27/Male /30.6 | OL QTP / 97 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-23/ 687) | | | | | |
| | RD | 27/Male /32.2 | QTP+VAL /657 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (28/ 146) | At randomiz ation | 62.00(1) F | NO | 5.4(1) | 104(1) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (147/ 687) | Week 4 | | | | 105(28) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3707

CONFIDENTIAL
AZSER12776380

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event ¶T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (St art/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085008 | RD | 27/Male /32.2 | QTP+VAL /657 | | | ALPHA- AND BETA-ADREN ORECEPTOR AGONISTS/ | Week 8 | | | | 108(56) |
| | | | | | | EPINEPHRIN E(201/ 201) | | | | | |
| | | | | | | AMIDES/ BUPIVACAIN E HYDROCHLOR IDE (201/ 201) | Week 12 | 86.00(85 ) F | NO | 5.3(85) | 111(85) |
| | | | | | | AMIDES/ PRILOCAINE (201/ 201) | Week 28 | 118.00(2 01) F | YES | 5.5(201) | 116(201) |
| | | | | | | AMIDES/ LIDOCAINE (239/ 239) | Week 40 | 97.00(28 5) F | NO | 5.5(285) | 116(285) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AES potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3708

CONFIDENTIAL
AZSER12776381

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085008 | RD | 27/Male /32.2 | QTP;VAL /657 | | | ANESTHETIC S/ (239/ 239) | Week 52 | 96.00(36 5) F | NO | 5.9(365) | 122(365) |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ | Week 68 | 95.00(47 6) F | NO | 5.6(476) | 115(476) |
| | | | | | | MIDAZOLAM HYDROCHLOR IDE (239/ 239) | | | | | |
| | | | | | | HALOGENATE D HYDROCARBO NS/ SEVOFLURAN E (239/ 239) | Week 68 | | | 5.7(489) | |
| | | | | | | OPIOID ANESTHETIC S/ | Week 84 | 84.00(58 8) F | NO | 5.9(588) | 118(588) |
| | | | | | | FENTANYL (239/ 239) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HBA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medication are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3709

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776382

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medica- tion Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085008 | RD | 27/Male /32.2 | QTP:VAL /657 | | | OTHER GENERAL ANESTHETIC NITROUS OXIDE (239/ 239) | Week 84 | | | 6.2(658) | 119(658) |
| | | | | | | SEROTONIN (5HT3) ANTAGONIST S/ ONDANSETRO N HYDROCHLOR IDE (239/ 239) | Week 104 | 143.00H( 671) R | YES | 5.8(671) | |
| | | | | | | NATURAL OPIUM ALKALOIDS/ | Mean (post-ra ndomizat ion) | 102.71 | | 5.7 | 114 |
| | | | | | | PARACETAMO L (395/ 395) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=15 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AE§ potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3710

CONFIDENTIAL
AZSER12776383

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event T*## (Start/Stop Day*) | Medical history | Medication Class/ Generic Name** (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085035 | OL | 43/Male | OL QTP /126 | | HEADACHE | ANILIDES/ PARACETAMOL (UNK/UNK)/ PRE OL | Enrollment | | | 5.4(-140) | 86(-140) |
| | | | | | ACID REFLUX | CALCIUM COMPOUNDS/ CALCIUM CARBONATE (UNK/UNK)/ PRE OL | Week 1 | | | | 87(-119) |
| | | | | | ALLERGIC TO ACTIFED | H2-RECEPTOR ANTAGONISTS/ FAMOTIDINE (UNK/UNK)/ PRE OL | Week 12 | 92.00(-43) F | NO | 5.9(-43) | 89(-43) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
# All AES potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas   06JUN2007:13:47 luchen

3711

CONFIDENTIAL
AZSER12776384

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event P'T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | HBA1C (Day*) | Fast-ing** (YES/ NO) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085035 | OL | 43/Male | OL CTP /126 | INCREASED APPETITE | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-491/ -120/ PRE OL | Mean (post-en rollment ) | 92.00 | 5.9 | | 88 |
| | | | | WEIGHT GAIN | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM 119/ 321) | | | | | |
| | | | | INGUINAL HERNIA | | ACE INHIBITORS /PLAIN/ ;LISINOPRIL (-76/ 321) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5-unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All AEs prior and concomitant medications are listed.
     ## All AEs potentially-associated with diabetes mellitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3712

CONFIDENTIAL
AZSER12776385

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085035 | RD | 44/Male /29.1 | QTP+VAL /291 | | | OTHER ANTIDEPRES SANTS/ TRAZODONE (6/6) | At randomiz ation | 121.00(- 14) F | NO | 6.2(-14) | 89(-14) |
| | | | | | | SYMPATHOMI METICS/ PSEUDOEPHE DRINE HYDROCHLOR IDE (37/ 54) | Week 4 | | | | 93(15) |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (273/ 274) | Week 12 | 103.00(- 7) F | NO | | |
| | | | | | | DIHYDROPYR IDINE DERIVATIVE S/ AMLODIPINE (283/ 316) | Week 12 | | | | 96(69) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
    or with a >=1.5% unit increase in HbA1c any time during the study.
 *  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  AEs for prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3713

CONFIDENTIAL
AZSER12776386

D1447C00127
11.3.12.3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medica- tion Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0085035 | RD | 44/Male /29.1 | QTP+VAL /291 | | | | Week 28 | | | 6.5(160) | |
| | | | | | | | Week 40 | 131.0OH( 256),F | NO | 6.9(256) | 103(256) |
| | | | | | | | Week 40 | | | 7.5(291) | 100(291) |
| | | | | | | | Mean (post-ra ndomizat ion) | 117.00 | | 7.0 | 98 |
| D1447C00127 /E0088015 | OL | 38/Female /49.8 | OL QTP / 4 | | CERVICAL MUSCLE STRAIN | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-7/ -1) | Enrollme nt | 149.0OH( -7) F | NO | 7.0(-7) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*  with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3714

CONFIDENTIAL
AZSER12776387

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0088015 | OL | 38/Female /49.8 | OL QTP / 4 | | SEVERE OBESITY | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-7/ 5) | Week 4 | | | 7.5(21) | |
| | | | | | HYPERTENSI ON | | Week 12 | 182.00H( 21) F | YES | | |
| | | | | | "COLD IMMUNE DISEASE" | | Mean (post-en rollment ) | 182.00 | | 7.5 | |
| | | | | | OBSTRUCTIV E SLEEP APNEA | | | | | | |
| | | | | | | GLUCOCORTI COIDS/ PREDNISONE (12/ 13) | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.1st  a13.sas  06JUN2007:13:47 luchen

3715

CONFIDENTIAL
AZSER12776388

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0088015 | | | | | | ACE INHIBITORS L, PLAIN/ LISINOPRIL (12/ 34) | | | | | |
| | | | | | | GLUCOCORTI COIDS/ FLUTICASON E PROPIONATE (12/ 34) | | | | | |
| | | | | | | PLATELET AGGREGATIO N INHIBITORS EXCL. HEPARIN/ ACETYLSALI CYLIC ACID (12/ 34) | | | | | |
| | | | | | | POTASSIUM/ POTASSIUM CHLORIDE (12/ 34) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3716

CONFIDENTIAL
AZSER12776389

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event TT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (Yes/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0088015 | | | | | | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL (12/ 34) SULFONAMID ES, PLAIN/ FUROSEMIDE (12/ 34) | | | | | |
| D1447C00127 /E0089002 | OL | 46/Female / | OL QTP /126 | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ OLANZAPINE (-146/ -127)/ PRE OL | Enrollme nt | | | 6.3(-135 | 68 (-135) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3717

CONFIDENTIAL
AZSER12776390

D1447c00127

11.3.12-3 Patients with high glucose and HBA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0089002 | OL | 46/Female / | OL QTP /126 | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-166/ -127) PRE OL | Week 1 | | | | 68 (-119) |
| | | | | | | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ OLANZAPINE (-126/ -120) | Week 2 | | | | 70 (-112) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-126/ -120) | Week 12 | | | | 79 (-35) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  * with a >=1.5 unit increase in HBA1c any time during the study.
  * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3718

CONFIDENTIAL
AZSER12776391

Page 480 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0089002 | OL | 46/Female | OL QTP /126 | | | DIAZEPINES, OXAZEPINES AND THIAZEPINE S/ OLANZAPINE (-119/ -113) FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-119/ -113) FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-112/ -103) | Mean (post-en rollment ) | | | | 72 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  ## All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3719

CONFIDENTIAL
AZSER12776392

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0089002 | OL | 46/Female / | OL QTP /126 | | | | DIAZEPINES ,OXAZEPINES AND THIAZEPINE S/ OLANZAPINE (-112/ -99) | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM 64) | | | | | |
| | RD | 46/Female / 34.2 | QTP+VAL /267 | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (65/ 297) | At randomiz ation | 131.00H( 1) R | NO | 7.3(1) | 79(1) |
| | | | | | | | | Week 4 | | | | 78(29) |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs for prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3720

CONFIDENTIAL
AZSER12776393

Page 482 of 555

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0089002 | RD | 46/Female /34.2 | QTP+VAL /267 | | | | | Week 8 | | | | 78(65) |
| | | | | | | | | Week 12 | | | 7.2(93) | 78(93) |
| | | | | | | | | Week 28 | 228.00H( 225) F | NO | 7.3(225) | 79(225) |
| | | | | | | | | Week 40 | 211.00H( 268) F | NO | | |
| | | | | | | | | Week 40 | | | | 77(275) |
| | | | | | | | | Mean (post-ra ndomizat ion) | 219.50 | | 7.3 | 78 |
| D1447C00127 /E0100006 | OL | 22/Female /36.7 | OL QTP /148 | | | ASTHMA | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (UNK/UNK)/ PRE OL | Enrollme nt | 79.00(-1 54) F | YES | 5.5(-154 ) | 100(-154 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HBA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t110311203.lst   a13.sas  06JUN2007:13:47 luchen

3721

CONFIDENTIAL
AZSER12776394

D1447c00127
11.3.12.3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me(Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0100006 | OL | 22/Female /36.7 | OL QTP /148 | | DYSLEXIA | SELECTIVE BETA-2-ADR ENORECEPTO R. AGONISTS/ SALBUTAMOL (UNK/UNK)/ PRE OL | Week 2 | | | | 100(-134 ) |
| | | | | | ADHD | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-338/ -126)/ PRE OL | Week 12 | 88.00(-5 9) F | YES | 5.5(-59) | 108(-59) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
     with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3722

CONFIDENTIAL
AZSER12776395

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medica-tion Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0100006 | OL | 22/Female /36.7 | OL QTP /148 | DRUG ABUSE | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-226/ -219) PRE OL | Mean (post-en rollment ) | 88.00 | | 5.5 | 104 |
| | | | | | ALCOHOL ABUSE | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-226/ -219) PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3723

CONFIDENTIAL
AZSER12776396

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0100006 | OL | 22/Female /36.7 | OL QTP /148 | | MIGRAINES | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-218/ -111/ PRE OL | | | | | |
| | | | | | OVERWEIGHT | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-218/ / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3724

CONFIDENTIAL
AZSER12776397

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment P## (Start/Sto p Day*) | Adverse Event P## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0100006 | OL | 22/Female /36.7 | OL QTP /148 | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-210/ 411)/ PRE OL | | | | | |
| | | | | | | | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-177/ -175)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3725

CONFIDENTIAL
AZSER12776398

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0100006 | OL | 22/Female /36.7 | OL QTP /148 | | | | DIAZEPINES | | | | | |
| | | | | | | | ,OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-174/ -155) / PRE OL | | | | | |
| | | | | | | | DIAZEPINES | | | | | |
| | | | | | | | AND THIAZEPINE S/ QUETIAPINE FUMARATE (-154/ -154) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  *  with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3726

CONFIDENTIAL
AZSER12776399

Page 488 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0100006 | OL | 22/Female /36.7 | OL QTP /148 | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-153/ -32) | | | | | |
| | | | | | | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (-121/ -117) | | | | | |
| | | | | | | PROTON PUMP INHIBITORS /PANTOPRAZO LE (-101/ 41) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
    with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3727

CONFIDENTIAL
AZSER12776400

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0100006 | OL | 22/Female /36.7 | OL QTP /148 | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-94/ -94) | | | | | |
| | | | | | | | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (-63/ -63) | | | | | |
| | | | | | | | SALICYLIC ACID AND DERIVATIVE S/ ACETYLSALI CYLIC ACID (-61/ -61) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
    * with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
       # All AEs or concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3728

CONFIDENTIAL
AZSER12776401

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment | Treat- ment Days On Treat- ment | Adverse Event TRT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0100006 | OL | 22/Female /36.7 | OL QTP /148 | | | | DIAZEPINES | | | | | |
| | | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-31/ 41) | | | | | |
| | | | | | | | ANILIDES/ PARACETAMO L (-18/ 41) | | | | | |
| | RD | 23/Female /38.9 | PLA+VAL / 11 | | | | | At randomiz ation | 93.00(1) F | NO | 5.4(1) | 106(1) |
| | | | | | | | | Week 4 | | | | 107(11) |
| | | | | | | | | Week 12 | 146.00H( 11) F | NO | 5.5(11) | |
| | | | | | | | | Mean (post-ra ndomizat ion) | 146.00 | | 5.5 | 107 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

3729

CONFIDENTIAL
AZSER12776402

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment | Treatment Days On Treatment Day* | Adverse Event T## (Start/Stop Day*) | Medical history | Medication Class/ Generic Name (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105003 | OL | 24/Female /32.8 | OL QTP /208 | | | DIABETES | BIGUANIDES METFORMIN (UNK/UNK)/ PRE OL | Enrollment | 217.00H(-4) R | YES | 9.6H(-4) | |
| | | | | | | | FATTY ACID DERIVATIVES/ VALPROATE SEMISODIUM (UNK/UNK)/ PRE OL | Week 24 | 328.00H(208) F | YES | 10.0H(208) | |
| | | | | | | | PROGESTOGENS AND ESTROGENS, FIXED COMBINATIONS/ ETHINYLESTRADIOL (UNK/UNK)/ PRE OL | Mean (post-enrollment) | 328.00 | | 10.0 | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3730

CONFIDENTIAL
AZSER12776403

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105003 | OL | 24/Female /32.8 | OL QTP /208 | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-248/ 238)/ PRE OL | | | | | |
| | | | | | | DIAZEPINES OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-70/ -70)/ PRE OL | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ TEMAZEPAM (-50/ -50)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=15 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3731

CONFIDENTIAL
AZSER12776404

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P†## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105003 | OL | 24/Female /32.8 | OL QTP /208 | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-50)/ PRE OL | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ TEMAZEPAM (-49)/ (-15)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3732

CONFIDENTIAL
AZSER12776405

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105003 | OL | 24/Female /32.8 | OL QTP /208 | | | OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (-<9/ 138)/ PRE OL | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-<9/ 238)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*    with a >=1.5 unit increase in HbAlc any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #   All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes melitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3733

CONFIDENTIAL
AZSER12776406

D1447c00127
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0105003 | | | | | | THIAZOLIDI NEDIONES/ ROSIGLITAZ ONE MALEATE (50/ 238) OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (139/ 155) OTHER ANTIDEPRES SANTS/ VENLAFAXIN E HYDROCHLOR IDE (156/ 162) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3734

CONFIDENTIAL
AZSER12776407

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E01080013 | OL | 34/Female /39.5 | OL QTP /176 | | DIABETES | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM (UNK/UNK) / PRE OL | Enrollme nt | 309.00H( -5) R | NO | 11.5H(-5 ) | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROIC ACID (UNK/UNK) / PRE OL | Week 24 | 241.00H( 176) F | YES | 8.3H(176 ) | |
| | | | | | | OTHER ANTIPSYCHO TICS/ RISSPERIDON E (UNK/-5) / PRE OL | Mean (post-en rollment ) | 241.00 | | 8.3 | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas   06JUN2007:13:47   luchen

3735

CONFIDENTIAL
AZSER12776408

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108013 | OL | 34/Female /39.5 | OL QTP /176 | | | DIAZEPINES, OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-5/ 2) OTHER ANTIPSYCHO TICS/ RISSPERIDON E (-4/ -1) OTHER ANTIPSYCHO TICS/ RISSPERIDON E (1/ 8) | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3736

CONFIDENTIAL
AZSER12776409

Page 498 of 555

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
D1447C00127

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127/E0108013 | | | | | | THIAZOLIDI NEDIONES/ ROSIGLITAZ ONE MALEATE (9/206) | | | | | |
| D1447C00127/E0108019 | OL | 52/Male/24.8 | OL QTP/218 | DIABETES MELLITUS (-190/90) | NASAL POLYPS | COMBINATIO NS OF VITAMINS/ VITAMINS NOS (UNK/UNK)/ PRE OL | Enrollme nt | 112.00(-225) R | NO | 6.2(-225) | 90(-225) |
| | | | | | GRAVES DISEASE | CORTICOSTE ROIDS/ FLUTICASON E PROPIONATE (UNK/UNK)/ PRE OL | Week 1 | | | | 90(-210) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
** to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3737

CONFIDENTIAL
AZSER12776410

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | OL | 52/Male /24.8 | OL QTP /218 | | | ALLERGIES | CORTICOSTE ROIDS/ MOMETASONE FUROATE (UNK/UNK)/ PRE OL | Week 12 | 138.00H( -127) F | YES | 6.9(-127 ) | 109(-127 ) |
| | | | | | | | MULTIVITAM INS WITH MINERALS/ | Week 24 | 282.00H( -44) F | NO | 7.3(-44) | 101(-44) |
| | | | | | | | (UNK/UNK)/ PRE OL | | | | | |
| | | | | | | | OTHER LIPID MODIFYING AGENTS/ FISH OIL (UNK/UNK)/ PRE OL | Mean (post-en rollment ) | 210.00 | | 7.1 | 100 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3738

CONFIDENTIAL
AZSER12776411

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | OL | 52/Male /24.8 | OL QTP /218 | | | OTHER THERAPEUTI C PRODUCTS/ LINUM USITATISSI MUM SEED OIL (UNK/UNK) / PRE OL | | | | | |
| | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORs /CITALOPRAM HYDROBROMI DE (-275/ -281) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   #  All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3739

CONFIDENTIAL
AZSER12776412

D1447c00127
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | OL | 52/Male /24.8 | OL QTP /218 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-226/ -183) PRE OL | | | | | |
| | | | | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-225/ -219) | | | | | |
| | | | | | | PENICILLIN S WITH EXTENDED SPECTRUM/ | | | | | |
| | | | | | | AMOXICILLI N (-222/ -210) | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3740

CONFIDENTIAL
AZSER12776413

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T\*## (Start/Sto p Day\*) | Medical history | Medication Class/ Generic Na me\*\*\* (Start/Sto p Day\*) | Visit | Glucose mg/dL (Day\*) | Fast- ing\*\* (YES/ NO) | HBA1C (Day\*) | Weight kg (Day\*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | OL | 52/Male /24.8 | OL QTP /218 | | | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL (-219/ -210) FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM -182) FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-182/ -150) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3741

CONFIDENTIAL
AZSER12776414

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P'T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | OL | 52/Male /24.8 | OL QTP /218 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-149/ -106) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-105/ -90) | | | | | |
| | | | | | | HMG CoA REDUCTASE INHIBITORS /. ATORVASTAT IN (-100/ 113) | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3742

CONFIDENTIAL
AZSER12776415

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | OL | 52/Male /24.8 | OL QTP /218 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-89/ -79) | | | | | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-78/ -72) | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM (-71/ -28) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3743

CONFIDENTIAL
AZSER12776416

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | OL | 52/Male /24.8 | OL QTP /218 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-71/ 45) | | | | | |
| | | | | | | GLUCOCORTI COIDS/ PREDNISONE (-47/ -12) | | | | | |
| | RD | 52/Male /29.2 | QTP+VAL 83 | | | BIGUANIDES / METFORMIN (2/ 113) | At randomiz ation | 150.00H(-1) F | NO | 7.9H(-1) | 106(-1) |
| | | | | | | BIGUANIDES / METFORMIN (7/ 113) | Week 4 | | | | 102(30) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All AEs prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3744

CONFIDENTIAL
AZSER12776417

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | RD | 52/Male /29.2 | QTP+VAL / 83 | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (17/ 29) | Week 8 | | | | 104(57) |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (30/ 44) | Week 12 | | | | 105(83) |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (45/ 113) | Week 12 | 121.00(9 0) F | YES | 6.7(90) | |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (46/ 90) | Week 12 | | | | 99(90) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
     or with a >=1.5 unit increase in HbA1c any time during the study.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas  06JUN2007:13:47  luchen

3745

CONFIDENTIAL
AZSER12776418

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medica- tion Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0108019 | RD | 52/Male /29.2 | QTP+VAL / 83 | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM (90/ 113)<br><br>FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (91/ 113)<br><br>SELECTIVE SEROTONIN REUPTAKE INHIBITORS /CITALOPRAM HYDROBROMI DE (129/ 137) | Mean (post-ra ndomizat ion) | 121.00 | | 6.7 | 103 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   with a >=1.5 unit increase in HbA1c any time during the study.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs prior and concomitant medication are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas  06JUN2007:13:47  luchen

3746

CONFIDENTIAL
AZSER12776419

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event T*## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0110007 | OL | 42/Female /22.5 | OL CTP /119 | | | CHRONIC IRON DEFICIENCY | LITHIUM/ LITHIUM (UNK/UNK) / PRE OL | Enrollme nt | 117.00(- 126) R | NO | 5.8(-126 ) | 71(-126) |
| | | | | | | OBESITY | NATURAL OPIUM ALKALOIDS/ | Week 2 | | | | 71(-105) |
| | | | | | | | PARACETAMO L (UNK/UNK) / PRE OL | | | | | |
| | | | | | | | BENZODIAZE PINE DERIVATIVE S/ CLONAZEPAM | Week 12 | 100.00(- 36) F | YES | 5.6(-36) | 83 (-36) |
| | | | | | | | (UNK/-130) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 *  to sampling/onset/stop from 1st dose of OL CTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
     with a >=1.5 unit increase in HbA1c any time during the study.
        #  All prior and concomitant medications are listed.
       ##  All AEs potentially associated with diabetes mellitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3747

CONFIDENTIAL
AZSER12776420

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0110007 | OL | 42/Female /22.5 | OL QTP /119 | | | | DIAZEPINES óOXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-142/ -141) PRE OL | Mean (post-en rollment ) | 100.00 | | 5.6 | 77 |
| | | | | | | | DIAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-140/ -130) PRE OL | | | | | |
| | | | | | | | óOXAZEPINES | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * with a >=1.5 unit increase in HbA1c any time during the study.
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
       # All medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3748

CONFIDENTIAL
AZSER12776421

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0110007 | OL | 42/Female /22.5 | OL QTP /119 | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-129/ -106)/ PRE OL | | | | | |
| | | | | | | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-66/ -62) | | | | | |
| | | | | | | PERIPHERAL LY ACTING ANTIOBESIT Y PRODUCTS/ ORLISTAT (-7/ 31) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All medications and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3749

CONFIDENTIAL
AZSER12776422

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlc (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0110007 | RD | 43/Female /26.4 | QTP+LI /97 | | | THIAZIDES, PLAIN/ HYDROCHLOR OTHIAZIDE (7/ 37) | At randomiz ation | 100.00(- 36) F | YES | 5.6(-36) | 83(-36) |
| | | | | | | IRON PREPARATIO NS/ IRON (69/ 127) | Week 4 | | | | 86 (42) |
| | | | | | | THIAZIDES, PLAIN/ HYDROCHLOR OTHIAZIDE (69/ 127) | Week 12 | | | 6.1(4) | |
| | | | | | | | Week 12 | | | | 87(82) |
| | | | | | | | Week 12 | | | | 88(98) |
| | | | | | | | Week 12 | 131.00H( 110) F | YES | | |
| | | | | | | | Week 12 | | | | 6.1(110) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3750

CONFIDENTIAL
AZSER12776423

D1447C00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0110007 | RD | 43/Female /26.4 | QTP+LI / 97 | | | | Mean (post-ra ndomizat ion) | 131.00 | | 6.1 | 87 |
| D1447C00127 /E0112002 | OL | 62/Male /27.7 | OL QTP / 93 | | ASTHMA | SELECTIVE BETA-2-ADR ENORECEPTO R AGONISTS/ SALBUTAMOL (UNK/UNK) / PRE OL | Enrolle nt | | | | 75 (-100) |
| | | | | | HYPERTENSI ON | GLUCOCORTI COIDS/ FLUTICASON E PROPIONATE (UNK/-123) / PRE OL | Enrolle nt | 110.00(- 99) F | YES | 6.0(-99) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3751

CONFIDENTIAL
AZSER12776424

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112002 | OL | 62/Male /27.7 | OL QTP / 93 | | | DIAZEPINES | | | | | |
| | | | | | | OXAZEPINES AND THIAZEPINE S/ OLANZAPINE (-204/ -130) PRE OL | | | | | |
| | | | | | | BENZODIAZE PINE DERIVATIVE S/ LORAZEPAM (-129/ -129) PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3753

CONFIDENTIAL AZSER12776426

D1447c00127
11.3.12.3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112002 | OL | 62/Male /27.7 | OL QTP / 93 | | | DIAZEPINES ,ÓXAZEPINES AND THIAZEPINE S/ OLANZAPINE (-129/ -129/ PRE OL  DIAZEPINES ,ÓXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-128/ -128/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3754

CONFIDENTIAL
AZSER12776427

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112002 | OL | 62/Male /27.7 | OL QTP / 93 | | | | DIAZEPINES ´OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-125/ -122)/ PRE OL GLUCOCORTI COIDS/ BECLOMETAS ONE DIPROPIONA TE (-124/ 118)/ PRE OL LITHIUM/ LITHIUM (-122/ -114)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.1st a13.sas 06JUN2007:13:47 luchen

3755

CONFIDENTIAL
AZSER12776428

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event ?T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112002 | OL | 62/Male /27.7 | OL QTP / 93 | | | GLUCOCORTI COIDS/ FLUTICASON E PROPIONATE (-122/ 57)/ PRE OL | | | | | |
| | | | | | | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-121/ -108)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
    * with a >=1.5 unit increase in HbA1c any time during the study.
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
            # All prior and concomitant medications are listed.
           ## All AEs potentially associated with diabetes mellitus.
                 F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3756

CONFIDENTIAL
AZSER12776429

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112002 | OL | 62/Male /27.7 | OL QTP / 93 | | | H2-RECEPTO R ANTAGONIST S/ RANITIDINE HYDROCHLOR IDE (-120/ 57)/ PRE OL | | | | | |
| | | | | | | OTHER ANTIHEMORR HOIDALS FOR TOPICAL USE/ STARCH (-120/ 57)/ PRE OL)/ PRE | | | | | |
| | | | | | | LITHIUM/ LITHIUM (-113/ -113)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs or prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3757

CONFIDENTIAL
AZSER12776430

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112002 | OL | 62/Male /27.7 | OL QTP / 93 | | | OSMOTICALL Y ACTING LAXATIVES/ | | | | | |
| | | | | | | LACTULOSE (-113/ 57)/ PRE OL | | | | | |
| | | | | | | SOFTENERS, EMOLLIENTS / | | | | | |
| | | | | | | DOCUSATE SODIUM (-113/ 57)/ PRE OL | | | | | |
| | | | | | | LITHIUM/ LITHIUM (-112/ -111)/ PRE OL | | | | | |
| | | | | | | LITHIUM/ LITHIUM (-110/ )/ PRE OL | | | | | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\## All AEs for prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3758

CONFIDENTIAL
AZSER12776431

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment /Day*) | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112002 | OL | 62/Male /27.7 | OL QTP / 93 | | | DIAZEPINES ,OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-107/ -93)/ PRE OL | | | | | |
| | | | | | | LITHIUM/ LITHIUM (-105/ 57)/ PRE OL | | | | | |
| | RD | 62/Male /29.4 | PLA+LI / 27 | | | DIAZEPINES ,OXAZEPINES AND THIAZEPINE S/ OLANZAPINE (27/ 51) | At randomiz ation | 93.00(-2 ) F | NO | 5.4(-2) | 79(-2) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All previous and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3759

CONFIDENTIAL
AZSER12776432

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment (Start/Stop Day*) | Medical history | Adverse Event PT## (Start/Stop Day*) / Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112002 | RD | 62/Male /29.4 | PLA+LI / 27 | DIABETES MELLITUS (-153/-149) | BENZODIAZE PINE DERIVATIVE S LORAZEPAM (27/ 57) | Week 12 | | | 5.4(-1) | |
| | | | | SEASONAL RHINITIS | | Week 12 | 168.00H( 30) F | YES | | |
| | | | | | | Week 12 | | | 5.6(30) | |
| | | | | | | Mean (post-ra ndomizat ion) | 168.00 | | 5.5 | |
| D1447C00127 /E0112006 | OL | 51/Male /45.8 | OL QTP /254 | SEASONAL RHINITIS | ACE INHIBITORS PLAIN RAMIPRIL (UNK/UNK) / PRE OL | Enrollme nt | | | | 145(-261 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
     or with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   #  All prior and concomitant medications are listed
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

3760

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas   06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776433

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/ Generic Name (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112006 | OL | 51/Male /45.8 | OL QTP /254 | | TYPE 2 DIABETES | FIBRATES/ FENOFIBRAT E (UNK/UNK)/ PRE OL | Enrollme nt | 112.00(- 260) F | YES | 6.1(-260 ) | |
| | | | | | ANGINA | PROTON PUMP INHIBITORS / OMEPRAZOLE (UNK/UNK)/ PRE OL | Week 12 | 167.00H( -171) F | YES | 7.3(-171 ) | 143(-171 ) |
| | | | | | CHRONIC AIRWAY DISEASE | POTASSIUM/ POTASSIUM (-75 70)/ PRE OL | Week 24 | 128.00H( -83) F | YES | 6.6(-83) | 144(-83) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3761

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776434

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112006 | OL | 51/Male /45.8 | OL QTP /254 | | GASTROESOP HAGEAL REFLUX | ORGANIC NITRATES/ GLYCERYL TRINITRATE (-511/ 701/ PRE OL | Week 36 | | | | 122(-2) |
| | | | | | CHOLECYSTI TIS | PROPIONIC ACID DERIVATIVE S/ NAPROXEN (-429/ 701/ PRE OL | Mean (post-en rollment ) | 147.50 | | 7.0 | 136 |
| | | | | | HYPERTENSI ON | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / CITALOPRAM HYDROBROMI DE (-408/ -276)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    #  All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3762

CONFIDENTIAL
AZSER12776435

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment PT## Start/Sto p Day* | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (eff- ect) (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112006 | OL | 51/Male /45.8 | OL QTP /254 | | | HYPERCHOLE STEROLEMIA | CORTICOSTE ROIDS/ FLUNISOLID E (-312/ 70)/ PRE OL | | | | | |
| | | | | | | GENITAL HEMATOMA | PROPULSIVE S/ DOMPERIDON E (-286/ 70)/ PRE OL | | | | | |
| | | | | | | OBESITY | BIGUANIDES / METFORMIN (-285/ -153)/ PRE OL | | | | | |
| | | | | | | THROAT IRRITATION | ACE INHIBITORS / RAMIPRIL (-276/ -276)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3763

CONFIDENTIAL
AZSER12776436

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Event T## (Start/Sto Day*) | Medical history | Concomitant Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112006 | OL | 51/Male /45.8 | OL QTP /254 | | DYSPHAGIA | LITHIUM/ LITHIUM (-276/ 70)/ PRE OL | | | | | |
| | | | | | HYPOKALEMI A | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-272/ -254)/ PRE OL | | | | | |
| | | | | | DEPRESSION | SULFONAMID ES, UREA DERIVATIVE S/ GLIBENCLAM IDE (-153/ 12) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776437

Page 526 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0112006 | OL | 51/Male /45.8 | OL QTP /254 | | GENERALIZE D LIMB PAIN | BIGUANIDES / METFORMIN (-152/ 70) | | | | | |
| | RD | 52/Male /38.4 | PLA+LI / 40 | | | | At randomiz ation | 102.00(1 ) F | YES | 5.3(1) | 122(1) |
| | | | | | | | Week 4 | | | | 115(34) |
| | | | | | | | Week 4 | | | | 115(41) |
| | | | | | | | Week 12 | 105.00(4 1) F | YES | 5.3(41) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 105.00 | | 5.3 | 115 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=15 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.lst   al3.sas  06JUN2007:13:47 luchen

3765

CONFIDENTIAL
AZSER12776438

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Event PT## (Start/Stop Day*) | Medical history | Medication Class/Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | OL | 36/Female /34 | OL QTP /222 | DIABETES MELLITUS (-107/201) | MIGRAINE HEADACHE 1986 | ANILIDES/ ACETYLSALI CYLIC ACID (UNK/UNK)/ PRE OL | Enrollme nt | 135.00H( -229) F | YES | 6.7(-229 ) | 100(-229 ) |
| | | | | | INSOMNIA 2000 | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ ETHINYLEST RADIOL (-5187/ -6)/ PRE OL | Week 1 | | | | 100(-216 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

with a >=1.5 unit increase in HbA1c any time during the study.

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   al3.sas  06JUN2007:13:47 luchen

3766

CONFIDENTIAL
AZSER12776439

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me (sp) (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | OL | 36/Female /34 | OL QTP /222 | | SEASONAL ALLERGIES 1991 | OTHER HYPNOTICS AND SEDATIVES/ DIPHENHYDR AMINE HYDROCHLOR IDE (-438/ 16)/ PRE OL | Week 2 | | | | 99 (-209) |
| | | | | | ATTENTION DEFICIT HYPERACTIV ITY | PYRAZOLONE S/ PARACETAMO L (-438/ 231)/ PRE OL | Week 12 | 194.00H( -139) F | YES | 7.4(-139 ) | 100(-139 ) |
| | | | | | GASTROESOP HAGIAL REFLUX DISEASE | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-223/ -112) | Week 24 | 190.00H( -55) F | NO | 6.7(-55) | 103(-55) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  * with a >=1.5 unit increase in HbA1c any time during the study.
  * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  ## All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3767

CONFIDENTIAL
AZSER12776440

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | OL | 36/Female /34 | OL QTP /222 | | | BILATERAL CARPAL TUNNEL SYNDROME | BULK PRODUCERS/ PLANTAGO OVATA (-165/ 114) | Mean (post-en rollment ) | 192.00 | | 7.1 | 101 |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-111/ 231) | | | | | |
| | | | | | | | BIGUANIDES / METFORMIN (-101/ -73) | | | | | |
| | | | | | | | HMG COA REDUCTASE INHIBITORS / SIMVASTATI N (-101/ -41) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47 luchen

3768

CONFIDENTIAL
AZSER12776441

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | OL | 36/Female /34 | OL QTP /222 | | | | FIBRATES/ FENOFIBRAT E (-101/ 231) | | | | | |
| | | | | | | | 3-OXOANDRO STEN (4) DERIVATIVE S/ TESTOSTERO NE (-84/ 231) | | | | | |
| | | | | | | | BIGUANIDES / METFORMIN (-72/ 231) | | | | | |
| | | | | | | | THIAZOLIDI NEDIONES/ PIOGLITAZO NE HYDROCHLOR IDE (-72/ 231) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3769

CONFIDENTIAL
AZSER12776442

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Concomitant Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | OL | 36/Female /34 | OL QTP /222 | | | | HMG COA REDUCTASE INHIBITORS OTHER COMBINATIO NS/ SIMVASTATI N (-40/ 26) | | | | | |
| | | | | | | | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ (-1/ 231) | | | | | |
| | RD | 36/Female /36.5 | QTP+VAL /201 | | | | HMG COA REDUCTASE INHIBITORS / SIMVASTATI N(29/ 231) | At Randomiz ation | 140.00H( 1) F | NO | 6.3(1) | 107(1) |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas  06JUN2007:13:47 luchen

3770

CONFIDENTIAL
AZSER12776443

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | RD | 36/Female /36.5 | QTP+VAL /201 | | | | ANILIDES/ | Week 4 | | | | 108(29) |
| | | | | | | | GUAIFENESI N (42/ 48) | Week 8 | | | | 109(57) |
| | | | | | | | SOFTENERS, EMOLLIENTS / DOCUSATE CALCIUM (89/ 231) | | | | | 108(85) |
| | | | | | | | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (415/UNK) | Week 12 | 99.00(85 ) F | NO | 6.1(85) | |
| | | | | | | | | Week 28 | 190.00H( 201) F | NO | 7.0(201) | 111(201) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*    with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
#    All AEs prior and concomitant medications are listed.
##   All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3771

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776444

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116029 | RD | 36/Female /36.5 | QTP+VAL /201 | | | | | Mean (post-ra ndomizat ion) | 144.50 | | 6.6 | 109 |
| D1447C00127 /E0116030 | OL | 32/Female /29.6 | OL QTP /226 | | | SINUS HEADACHES 1982 | ANILIDES/ CAFFEINE (UNK/UNK)/ PRE OL | Enrollme nt | 78.00(-2 32) F | YES | 5.2(-232 ) | 77(-232) |
| | | | | | | DEGENERATI VE DISK 1997 | ANILIDES/ PARACETAMO L (UNK/UNK)/ PRE OL | Week 1 | | | | 78(-219) |
| | | | | | | HEADACHES 1986 | PYRAZOLONE S/ PARACETAMO L (UNK/UNK)/ PRE OL | Week 2 | | | | 79(-212) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3772

CONFIDENTIAL
AZSER12776445

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P##T (Start/Sto Day*) | Medical history | Medica- tion Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116030 | OL | 32/Female /29.6 | OL QTP /226 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-226/ -142) | Week 12 | 76.00(-1 41) F | YES | 5.3(-141 ) | 86 (-141) |
| | | | | | | CALCIUM COMPOUNDS/ CALCIUM CARBONATE (-224/ -224) | Week 24 | 82.00(-5 9) F | NO | 5.3(-59) | |
| | | | | | | CALCIUM COMPOUNDS/ CALCIUM CARBONATE (-218/ 114) | Week 24 | | | | 97 (-58) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs for concomitant medication are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3773

CONFIDENTIAL
AZSER12776446

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event P'T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116030 | OL | 32/Female /29.6 | OL QTP /226 | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-141/ -114) | Mean (post-en rollment ) | 79.00 | | 5.3 | 85 |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-113/ 114) | | | | | |
| | RD | 33/Female /39.7 | QTP+VAL /84 | | | | At randomiz ation | 110.00(1 ) F | NO | 5.1(1) | 103(1) |
| | | | | | | | Week 4 | | | | 101(29) |
| | | | | | | | Week 8 | | | | 101(57) |
| | | | | | | | Week 12 | 148.00H( 85) F | YES | 5.6(85) | 104(85) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
 *  with a >=1.5 unit increase in HbA1c any time during the study.
 ** to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3774

CONFIDENTIAL
AZSER12776447

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0116030 | RD | 33/Female /39.7 | QTP+VAL / 84 | | | | | Mean (post-ra ndomizat ion) | 148.00 | | 5.6 | 102 |
| D1447C00127 /E0118002 | OL | 44/Female /33.2 | OL QTP / 7 | QTP | | DIABETES TYPE II | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (UNK/UNK) / PRE OL | Enrollme nt | 178.00H( -6) R | NO | 8.6H(-6) | |
| | | | | | | OCCASIONAL TENSION HEADACHES | LITHIUM/ LITHIUM (UNK/UNK) / PRE OL | Week 4 | | | 8.8H(9) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*    with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All prior and concomitant medications are listed
     ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  al3.sas  06JUN2007:13:47  luchen

3775

CONFIDENTIAL
AZSER12776448

D1447c00127

11.3.12-3  Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | OTP | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0118002 | OL | 44/Female /33.2 | OL / 7 | 7 | | | PROGESTOGE NS AND ESTROGENS, FIXED COMBINATIO NS/ ETHINYLEST RADIOL (UNK/UNK)/ PRE OL | Week 12 | 268.00H( 9) R | NO | | |
| | | | | | | | SULFONAMID ES, UREA DERIVATIVE S/ GLIBENCLAM IDE (UNK/UNK)/ PRE OL | Mean (post-en rollment ) | 268.00 | | 8.8 | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*  with a >=1.5 unit increase in HbAlc any time during the study.
   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   #  All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3776

CONFIDENTIAL
AZSER12776449

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment | Adverse Event P*## (Start/Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0118014 | OL | 51/Female /34 | OL QTP /112 | | | HYPERTENSION | DIAZEPINES /OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (UNK/UNK)/ PRE OL | Enrollment | 107.00(-118) F | YES | 6.3(-118 ) | 85 (-118) |
| | | | | | | GERD | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM | Week 1 | | | | 82 (-104) |
| | | | | | | | (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3777

CONFIDENTIAL AZSER12776450

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment Days On Treatment PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0118014 | OL | 51/Female /34 | OL QTP /112 | | HYPOGLYCEM IC | NATURAL AND SEMISYNTHE TIC ESTROGENS, PLAIN / ESTRADIOL (UNK/UNK)/ PRE OL | Week 2 | | | | 83 (-98) |
| | | | | | MIGRAINE HEADACHES | SELECTIVE SEROTONIN REUPTAKE INHIBITORs / ESCITALOPR AM OXALATE (UNK/UNK)/ PRE OL | Week 12 | 137.0OH( -14) F | YES | 6.2(-14) | 86 (-14) |
| | | | | | MENOPAUSE | THIAZIDES, PLAIN / HYDROCHLOR OTHIAZIDE (UNK/UNK)/ PRE OL | Mean (post-en rollment ) | 137.00 | | 6.2 | 84 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*   with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
#   All AEs prior and concomitant medications are listed
##  All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.1st  a13.sas  06JUN2007:13:47 luchen

3778

CONFIDENTIAL
AZSER12776451

Page 540 of 555

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0118014 | OL | 51/Female /34 | OL QTP /112 | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / PAROXETINE HYDROCHLOR IDE (-1230/ -1341)/ PRE OL | | | | | |
| | RD | 51/Female /31.4 | QTP+VAL /180 | | | SOLUTIONS AFFECTING THE ELECTROLYT BALANCE/ SODIUM LACTATE (39/ 39) | At randomiz ation | 88.00(1) F | YES | 6.2(1) | 79(1) |
| | | | | | | | Week 4 | | | | 81(29) |
| | | | | | | | Week 8 | | | | 82(57) |
| | | | | | | | Week 12 | | | 7.3(86) | 84(86) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All AEs prior and concomitant medications are listed
     ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3779

CONFIDENTIAL
AZSER12776452

D1447c00127

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0118014 | RD | 51/Female /31.4 | QTP+VAL /180 | | | | Week 12 | 156.00H( 103) F | NO | | |
| | | | | | | | Week 28 | 88.00(18 4) F | YES | 7.1(184) | 80 (184) |
| | | | | | | | Mean (post-ra ndomizat ion) | 122.00 | | 7.2 | 82 |
| D1447C00127 /E0119006 | OL | 44/Male /29.3 | OL QTP / 7 | | HYPERTENSI ON, 1998 | INSULINS AND ANALOGUES, FAST-ACTIN G INSULIN (-11780/ 37)/ PRE OL | Enrollme nt | 194.00H( -7) R | NO | 8.7H(-7) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 * with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from or 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3780

CONFIDENTIAL
AZSER12776453

11.3.12-3 Patients with high glucose and HbA1c
D1447c00127
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*## (Start/Sto p Day*) | Medical history | Medica- tion Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HbA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0119006 | OL | 44/Male /29.3 | OL QTP / 7 | | DIABETES TYPE I, 1972 | INSULINS AND ANALOGUES, INTERMEDIA TE-ACTING/ INSULIN INJECTION, ISOPHANE (-11780/ 37)/ PRE OL | Week 4 | | | 9.2H(8) | |
| | | | | | GENERALIZE D ARTHRITIS, 1995 | DIHYDROPYR IDINE DERIVATIVE S/ AMLODIPINE (-2283/ 37)/ PRE OL | Week 12 | 207.00H( 8) R | NO | | |
| | | | | | HYPERTENSI ON | ACE INHIBITORS PLAIN/ LISINOPRIL (-1553/ 37)/ PRE OL | Mean (post-en rollment ) | 207.00 | | 9.2 | |

Note: Patients with last glucose value >126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medication are listed
## All AE's potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3781

CONFIDENTIAL
AZSER12776454

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me** (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0119006 | OL | 44/Male /29.3 | OL QTP /7 /7 | | | | DIAZEPINES , OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-822/ -7)/ PRE OL OTHER ANTIDEPRES SANTS/ TRAZODONE (-822/ -7)/ PRE OL FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-7/ 7) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All AEs for concomitant medication are listed.
   ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3782

CONFIDENTIAL
AZSER12776455

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0119006 | OL | 44/Male /29.3 | OL QTP /7 | | | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-6/ 1) | | | | | |
| D1447C00127 /E0120007 | OL | 21/Male /37.2 | OL QTP /140 | | ALLERGY TO PENICILLIN | CALCIUM COMPOUNDS/ CALCIUM CARBONATE (UNK/UNK)/ PRE OL | Enrollme nt | 103.0(- 147) R | NO | 5.2(-147) | 118(-147 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3783

CONFIDENTIAL
AZSER12776456

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event ## T (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0120007 | OL | 21/Male /37.2 | OL QTP /140 | | ALLERGY TO AUGMENTIN | DIAZEPINES / OXAZEPINES AND THIAZEPINE S/ QUETIAPINE FUMARATE (-143)/ -147)/ PRE OL | Week 1 | | | | 118(-133 ) |
| | | | | | ALLERGY TO ERYTHROMYA CIN | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-140)/ 631) | Week 2 | | | | 119(-126 ) |
| | | | | | ALLERGY TO SULFA | PROPIONIC ACID DERIVATIVE S/ IBUPROFEN (-114/ 631) | Week 12 | 81.00(-5 6) F | YES | 5.2(-56) | 121(-56) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c at any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   a13.sas   06JUN2007:13:47   luchen

3784

CONFIDENTIAL
AZSER12776457

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Event T*T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0120007 | OL | 21/Male /37.2 | OL QTP /140 | | ALLERGY TO ZITHROMAX | | Mean (post-en rollment ) | 81.00 | | 5.2 | 119 |
| | | | | | INTERMITEN T HEADACHES | | | | | | |
| | | | | | NEARSIGHTE D | | | | | | |
| | | | | | INTERMITEN T ACID REFLUX | | | | | | |
| | | | | | INTERMITEN T URINARY TRACT INFECTION | | | | | | |
| | | | | | ALLERGY TO CORN POLLEN | | | | | | |
| | | | | | ALLERGY TO DUST | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*   with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
#   All prior and concomitant medications are listed.
##  All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3785

CONFIDENTIAL
AZSER12776458

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0120007 | OL | 21/Male /37.2 | OL QTP /140 | | ALLERGY TO MOLD | | | | | | |
| | | | | | ALLERGY TO ANIMAL DANDER | | | | | | |
| | RD | 21/Male /38.1 | QTP+VAL /601 | | | OTHER ANTIHISTAM INES FOR SYSTEMIC USE/ LORATADINE (54/ 55) | At randomiz ation | 89.00(1) F | NO | 5.1(1) | 121(1) |
| | | | | | | OTHER OPHTHALMOL OGICALS (183/ 631) | Week 4 | | | | 122(29) |
| | | | | | | HMG COA REDUCTASE INHIBITORS /ATORVASTAT IN (225/ 228) | Week 12 | | | | 122(85) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3786

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst al3.sas 06JUN2007:13:47 luchen

CONFIDENTIAL
AZSER12776459

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Medical history | Adverse Event PT## (Start/Sto p Day*) | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0120007 | RD | 21/Male /38.1 | | QTP:VAL /601 | | | | Week 12 | 108.00(1 14) F | YES | 5.2(114) | |
| | | | | | | | | Week 12 | | | | 122(114) |
| | | | | | | | | Week 28 | 113.00(1 97) F | YES | | 123(197) |
| | | | | | | | | Week 40 | 137.00H( 281) F | YES | 5.7(281) | 122(281) |
| | | | | | | | | Week 52 | 134.00H( 365) F | NO | 6.1(365) | 123(365) |
| | | | | | | | | Week 68 | 176.00H( 484) F | YES | 7.7H(484 ) | 138(484) |
| | | | | | | | | Week 84 | 164.00H( 595) F | YES | 7.4(595) | 140(595) |
| | | | | | | | | Week 84 | | | 7.7H(602 ) | 140(602) |
| | | | | | | | | Mean (post-ra ndomizat ion) | 138.67 | | 6.6 | 128 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*     with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
#     All prior and concomitant medications are listed
##    All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3787

CONFIDENTIAL
AZSER12776460

D1447C00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment PT## (Start/Sto p Day*) | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0120013 | OL | 25/Female /17.7 | OL QTP /168 | | | INTERMITTE NT TENSION HEADACHES | ANILIDES/ PARACETAMO L (-2033/ 422) / PRE OL | Enrollme nt | | | 5.0(-175 ) | 48 (-175) |
| | | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS | Enrollme nt | 86.00(-1 68) F | YES | | |
| | | | | | | | PAROXETINE HYDROCHLOR IDE (-1603/ -168)/ PRE OL | | | | | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-603/ -161)/ PRE OL | Week 1 | | | | 49 (-161) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      with a >=1.5 unit increase in HbA1c any time during the study.
   *  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst a13.sas 06JUN2007:13:47 luchen

3788

CONFIDENTIAL
AZSER12776461

D1447c00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0120013 | OL | 25/Female /17.7 | OL QTP /168 | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS / PAROXETINE HYDROCHLOR IDE (-167/ -140) | Week 2 | | | | 48 (-154) |
| | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM (-140/ 422) | Week 12 | 111.00(- 84) F | NO | 5.1(-84) | 53 (-84) |
| | | | | | | | Mean (post-en rollment ) | 111.00 | | 5.1 | 50 |
| | RD | 25/Female /18.6 | PLA+VAL /392 | | | | At randomiz ation | 95.00(1) F | YES | 5.3(1) | 50(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All medications or prior and concomitant medications listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3789

CONFIDENTIAL
AZSER12776462

D1447C00127
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Sto Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0120013 | RD | 25/Female /18.6 | PLA+VAL /392 | | | | Week 4 | | | | 50(29) |
| | | | | | | | Week 8 | | | | 50(57) |
| | | | | | | | Week 12 | 108.00(8 5) F | YES | 5.1(85) | 50(85) |
| | | | | | | | Week 28 | 82.00(19 7) F | NO | 5.4(197) | 50(197) |
| | | | | | | | Week 40 | 103.00(2 88) F | YES | 5.1(288) | 50(288) |
| | | | | | | | Week 52 | | | 5.4(372) | 50(372) |
| | | | | | | | Week 52 | 144.00H( 393) F | YES | | |
| | | | | | | | Week 52 | | | 5.0(393) | 49(393) |
| | | | | | | | Mean (post-ra ndomizat ion) | 109.25 | | 5.2 | 50 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   with a >=1.5 unit increase in HbA1c any time during the study.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All AEs prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3790

CONFIDENTIAL
AZSER12776463

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event T*##(Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me* (St (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0125005 | OL | 49/Male /42.4 | OL QTP /205 | | GOUT | ALPHA-ADRE NORECEPTOR ANTAGONIST S/ PRAZOSIN (UNK/UNK) / PRE OL | Enrollme nt | 124.00(- 5) F | YES | 6.0(-5) | |
| | | | | | HYPERTENSI ON | ANGIOTENSI N II ANTAGONIST S, PLAIN/ CANDESARTA N CILEXETIL (UNK/UNK)/ PRE OL | Week 12 | 269.00H( 85) F | YES | 9.5H(85) | |
| | | | | | DIABETES | BETA BLOCKING AGENTS, SELECTIVE/ ATENOLOL (UNK/UNK)/ PRE OL | Week 24 | 143.00H( 170) F | YES | 8.3H(170 ) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      or with a >=1.5 unit increase in HbA1c any time during the study.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47  luchen

3791

CONFIDENTIAL
AZSER12776464

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0125005 | OL | 49/Male /42.4 | OL QTP /205 | | | HIGH CHOLESTERO L | BIGUANIDES / METFORMIN (UNK/UNK)/ PRE OL | Week 24 | | | 7.3(205) | |
| | | | | | | | FATTY ACID DERIVATIVE S/ VALPROATE SEMISODIUM | Mean (post-en rollment ) | 206.00 | | 8.4 | |
| | | | | | | | (UNK/UNK)/ PRE OL | | | | | |
| | | | | | | | HMG COA REDUCTASE INHIBITORS / SIMVASTATI N (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed
  ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst   al3.sas   06JUN2007:13:47 luchen

3792

CONFIDENTIAL
AZSER12776465

D1447c00127

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me## (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0125005 | OL | 49/Male /42.4 | OL QTP /205 | | | OTHER OPIOIDS/ TRAMADOL (UNK/UNK)/ PRE OL | | | | | |
| | | | | | | PREPARATIO NS INHIBITING URIC ACID PRODUCTION /ALLOPURINO L (UNK/UNK)/ PRE OL | | | | | |
| | | | | | | SELECTIVE SEROTONIN REUPTAKE INHIBITORS /CITALOPRAM HYDROBROMI DE (31/ 98)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3793

CONFIDENTIAL
AZSER12776466

D1447c00127

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event P T## (Start/Sto p Day*) | Medical history | Medication Class/ Generic Na me# (Start/Sto p Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/ NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00127 /E0125005 | OL | 49/Male /42.4 | OL QTP /205 | | | | DIHYDROPYR IDINE DERIVATIVE S/ NIFEDIPINE (-31/ 142)/ OL | PRE | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00127/sp/output/tif/t11031203.lst  a13.sas  06JUN2007:13:47 luchen

3794

CONFIDENTIAL
AZSER12776467



| | |
|---|---|
| **Clinical Study Report: Appendix 12.1** | |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00127 |

# Appendix 12.1
# Study information

CONFIDENTIAL
AZSER12776468

Clinical Study Report: Appendix 12.1
Study Code: D1447C00127

# TABLE OF CONTENTS FOR APPENDIX 12.1

Abbreviations in the table:
NA = Not Applicable RiR = Reported in the body of the report

| Appendix | Title | NA | RiR |
|---|---|---|---|
| 12.1.1 | Protocol and protocol amendments | | |
| 12.1.2 | Sample Case Report Form | | |
| 12.1.3 | Independent Ethics Committees/Institutional Review Boards consulted, and samples of written Subject Information and Consent Form | | |
| 12.1.4 | Participants in the study | | |
| 12.1.5 | Signatures | | |
| 12.1.6 | Listing of subjects receiving the various batches of investigational product(s) | | |
| 12.1.7 | Randomisation scheme and codes | | |
| 12.1.8 | Audit certificates | X | |
| 12.1.9 | Documentation of statistical methods and supporting statistical analysis | | |
| 12.1.10 | Documentation of assay methods, inter-laboratory standardisation methods, and related quality assurance procedures | X | |
| 12.1.11 | Publications based on the study | X | |
| 12.1.12 | Important publications referenced in the report | | |

2

CONFIDENTIAL
AZSER12776469



| | |
|---|---|
| **Clinical Study Report: Appendix 12.1.1** | |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00127 |

**Appendix 12.1.1**
**Protocol and protocol amendments**

CONFIDENTIAL
AZSER12776470

Clinical Study Report: Appendix 12.1.1
Study Code: D1447C00127

| Version of protocol or protocol amendment | Date of issue |
|---|---|
| Final protocol | 14 July 2003 |
| Protocol amendment 1 | 29 January 2004 |
| Protocol amendment 2 | 17 June 2004 |
| Prtotocol amendment 3 | 28 April 2005 |
| Protocol amendment 4 | 19 January 2006 |

CONFIDENTIAL
AZSER12776471



**Clinical Study Protocol**

| | |
|---|---|
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00127 |
| Edition No. | 1 |
| Date | 14 July 2003 |

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

The following Amendment(s) and Administrative Changes have been made to this protocol since the date of preparation:

| Amendment No. | Date of Amendment | Local Amendment No. | Date of local Amendment |
|---|---|---|---|
| | | | |

| Administrative change No. | Date of Administrative Change | Local Administrative change No. | Date of local Administrative Change |
|---|---|---|---|
| | | | |

CONFIDENTIAL
AZSER12776472

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

## ASTRAZENECA EMERGENCY CONTACT PROCEDURE

In the case of a medical emergency you may contact the Clinical Study Team Leader.  If the Clinical Study Team Leader is not available, contact the Clinical Study Team Physician at the AstraZeneca Research and Development site shown below.

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Rebecca Kozel-Kingston | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: 302-886-8744<br>Fax: 302-886-5567 |
| Clinical Study Team Physician | Jamie Mullen MD | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: 302-886-2779<br>Fax: 302-886-1093 |

For further clarifications regarding:

- Procedures in case of medical emergency see Section 9.2

- Procedures in case of overdose see Section 9.3.

2(75)

CONFIDENTIAL
AZSER12776473