Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

# PROTOCOL SYNOPSIS

---

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

---

**Investigator**

Not applicable.

**Study center(s) and number of patients planned**

To observe a total of 162 manic events, it is estimated that approximately 1440 patients will be enrolled, giving approximately 720 randomized patients at 120 centers in the United States and Canada with an average enrollment of 12 patients per center.  The final number of randomized patients may change during the study based on observed event rates.

| Study period | | Phase of development |
|---|---|---|
| Estimated date of first patient enrolled | October 2003 | III |
| Estimated date of last patient completed | May 2006 | |

**Objectives**

**Primary:**

The primary objective is to evaluate the efficacy of quetiapine fumarate (quetiapine) versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a manic event.  Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event, (2) hospitalization for a manic or mixed event, (3) Young Mania Rating Scale (YMRS; Young et al 1978) score $\geq 20$ at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event.

**Secondary:**

CONFIDENTIAL
AZSER12776474

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

1. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a mood event. Recurrence is defined as (1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event, (2) hospitalization for a manic, depressed or mixed event, (3) YMRS score ≥20 or Montgomery-Asberg Depression Rating Scale (MADRS; Montgomery and Asberg 1979) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event.

2. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a depressed event. Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed or mixed event, (2) hospitalization for a depressed or mixed event, (3) MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed or mixed event.

3. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS, the Clinical Global Impression- Bipolar (CGI-BP; Spearing et al 1997), and the Life Charting Method Self/Prospective Rating (NIMH-LCM S/P; Bipolar Network News 2002).

4. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in decreasing the severity of psychotic symptoms between mood events as assessed by the Positive and Negative Syndrome Scale- Positive Subscale (PANSS-P; Kay et al 1987).

5. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in improving level of functioning between mood events as assessed by the Sheehan Disability Scale (SDS; Sheehan 1999).

6. To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in reducing mood switching between manic and depressed events as assessed by the Life Charting Method Self/Prospective Rating (NIMH-LCM S/P).

7. To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in improving Quality of Life (QOL) as assessed by the Psychological General Well-being Scale (PGWB; Dupuy 1984).

8. To explore the level of patient acceptance of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) as assessed by time to all-cause discontinuation.

CONFIDENTIAL
AZSER12776475

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

9.  To determine whether quetiapine when used as adjunct to mood stabilizer (lithium or divalproex) is safe and well-tolerated as assessed by adverse events (AEs), laboratory values, vital signs, extrapyramidal symptoms (EPS) scales (Simpson Angus Scale [SAS; Simpson and Angus 1970], Barnes Akathisia Rating Scale [BARS; Barnes 1989], and Abnormal Involuntary Movement Scale [AIMS; Guy 1976]), physical examinations and electrocardiograms (ECGs).

**Study design**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or divalproex in the maintenance treatment of adult patients with Bipolar I Disorder for 28 weeks up to 104 weeks.  The study consists of enrollment and 2 phases, the Open-label treatment Phase and the Randomized treatment Phase.  To be randomized, patients must have been treated with quetiapine and mood stabilizer (lithium or divalproex) for at least 20 weeks but no more than 36 weeks.

**Target patient population**

Patients with a diagnosis of Bipolar I Disorder, at least 18 years old, with at least 1 manic or mixed episode in the last 3 years as defined by Diagnostic and Statistical Manual of Mental Disorders- Fourth Edition (DSM-IV) criteria, with an acute manic or mixed episode at enrollment; or a past manic or mixed episode within 26 weeks, as documented by medical records, treated with quetiapine and mood stabilizer (lithium or divalproex).

**Investigational product, dosage and mode of administration**

Patients will begin or continue on an oral dose of open-label quetiapine, 400 to 800 mg daily in divided doses, with a recommended target dose of 600 mg/day, after meeting all inclusion and none of the exclusion criteria for entering the Open-label treatment Phase.  Doses may be adjusted within this range to maximize efficacy and tolerability.  After meeting all inclusion criteria and none of the exclusion criteria for randomization, patients will be randomized either to oral quetiapine or oral placebo, twice daily.  After randomization, open-label 100-mg quetiapine tablets will be replaced with 100-mg tablets of blinded investigational product at a rate of 1 tablet per every 2 days.  The dose of blinded investigational product (quetiapine or placebo) may be adjusted as clinically indicated within the dose range of 400 to 800 mg/day all through the Randomized treatment Phase.

**Adjunct treatment, dosage and mode of administration**

Patients will begin or continue on an oral dose of open-label lithium or divalproex, chosen by the investigator according to his or her clinical judgment, after meeting all inclusion and none of the exclusion criteria for entering the Open-label treatment Phase.  Dose adjustment for lithium or divalproex will be at the discretion of the investigator to achieve symptom control, to minimize side effects, and to achieve target trough serum concentrations of 0.5 mEq/L to 1.2 mEq/L for lithium and 50μg/ml to 125 μg/ml for divalproex during the entire length of the study.

CONFIDENTIAL
AZSER12776476

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

**Duration of treatment**

The study consists of Enrollment and 2 phases: Open-label treatment Phase (4 weeks up to 36 weeks), and Randomized treatment Phase (28 weeks up to 104 weeks).

**Outcome Variables**

**-Efficacy**

**Primary outcome variable:**

–   time to manic event

**Secondary outcome variables:**

–   time to mood event

–   time to depressed event

–   YMRS total score

–   MADRS total score

–   PANSS-P score

–   CGI-BP score

**-Patient Reported Outcomes**

**Secondary outcome variables:**

–   SDS total score and by domains

–   NIMH-LCM S/P score

–   PGWB score

**-Safety**

adverse events; laboratory test results; vital signs; weight and body mass index (BMI); ECG results; physical examination results; and extrapyramidal symptoms (EPS), assessed by means of SAS, BARS, and AIMS scores

**Statistical methods**

The main analysis of the time to manic event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals.  A 2-sided test of the null hypothesis that the hazard ratio is equal to unity will be performed, with a significance level of 0.05.  The time to event will be censored when a patient discontinues from or completes the study.  The time of censoring will be the date of

CONFIDENTIAL
AZSER12776477

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

the patient's final assessment.  The assigned mood stabilizer (either lithium or divalproex) will be included as a covariate.

Time to mood event and time to depressed event will be analyzed with the same techniques used to analyze time to manic event.

The proportions of patients having a manic event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.  The proportions of patients having a mood event and the proportions of patients having a depressed event will be analyzed with the same techniques used to analyze the proportions of patients with a manic event.

YMRS, MADRS, CGI-BP, PANSS-P, and PGWB scores will be analyzed using a repeated measures analysis of all assessments between randomization and up to, but excluding the first mood event.  The assigned mood stabilizer (lithium or divalproex) and visit will be included as fixed-effect covariates.

The SDS Total Score will be summarized for each patient using the mean change from baseline across all assessments between randomization and up to, but excluding the first mood event.  These patient mean changes will be analyzed using ANCOVA with the baseline SDS Total Score as a covariate and assigned mood stabilizer (lithium or divalproex) as a fixed effect.  The 3 functional domains of the SDS will be analyzed using similar methods to those for the SDS Total Score.

Time to all-cause discontinuation will be analyzed with the same Cox proportional hazards techniques used in the main analysis of the primary outcome variable.

Descriptive statistics will be used to summarize changes from baseline in laboratory test results, vital signs, and ECG results.  In addition, clinically significant values will be summarized using shift tables.  The number and proportion of patients who have a weight gain ≥7% will be summarized by baseline BMI category.  Descriptive statistics will present changes from baseline in SAS, BARS, and AIMS scores.

A stepwise sequential procedure will be used for the 4 analyses in the confirmatory part of this study to ensure a multiple level of significance of 0.05.  These outcome variables will be tested sequentially in the following order: time to a manic event, time to a mood event, time to a depressed event and SDS Total Score.  A 2-sided test for each of these null hypotheses will be performed at a significance level of 0.05.  No confirmatory claims for the nth analysis will be made unless the null hypotheses in all prior analyses are rejected.

Data analyses will be based on the following patient populations:

- The open-label safety population will include all patients who entered the Open-label treatment Phase and took study treatment.  Data from this population will be used for safety analyses during the Open-label treatment Phase.

CONFIDENTIAL
AZSER12776478

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

- The randomized safety population will include all patients who took randomized study treatment during the Randomized treatment Phase, classified according to actual treatment taken.  Data from this population will be used for safety analyses during the Randomized treatment Phase.

- The intent-to-treat (ITT) population will include all randomized patients who took study treatment, classified according to their randomized treatment.  Data from this population will be used in most efficacy analyses.

- The per-protocol (PP) population will be the subset of ITT patients who did not have any protocol violations or deviations affecting efficacy.  Data collected after a patient had a deviation that significantly affected efficacy would be excluded from analysis.  Data from this population will be used as a consistency check for the primary study analysis.

CONFIDENTIAL
AZSER12776479

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

# TABLE OF CONTENTS                                        **PAGE**

PROTOCOL TITLE PAGE ............................................................................ 1

PROTOCOL SYNOPSIS ............................................................................... 3

TABLE OF CONTENTS ................................................................................ 9

LIST OF ABBREVIATIONS AND DEFINITION OF TERMS ...................... 14

1.      INTRODUCTION ........................................................................ 16

1.1     Background ................................................................................... 16

1.2     Rationale for this study................................................................. 16

2.      STUDY OBJECTIVES ................................................................ 17

2.1     Primary objective ........................................................................ 17

2.2     Secondary objectives ................................................................... 17

3.      STUDY PLAN AND PROCEDURES........................................ 18

3.1     Overall study design and flow chart ........................................... 18

3.1.1   Enrollment .................................................................................... 19

3.1.2   Open-label treatment Phase ......................................................... 19

3.1.3   Randomized treatment Phase ....................................................... 20

3.1.4   Recruitment and Study Termination ............................................ 20

3.2     Rationale for study design, doses and control groups ................. 28

3.3     Selection of study population ...................................................... 28

3.3.1   Study selection record ................................................................. 28

3.3.2   Open-label treatment Phase ......................................................... 29

3.3.2.1 Inclusion criteria for entering the Open-label treatment Phase ............................ 29

3.3.2.2 Exclusion criteria for entering the Open-label treatment Phase........................... 29

3.3.3   Randomized treatment Phase ....................................................... 30

3.3.3.1 Inclusion criteria for entering the Randomized treatment Phase ......................... 30

3.3.3.2 Exclusion criteria for entering the Randomized treatment Phase ........................ 31

3.3.4   Restrictions .................................................................................. 31

3.3.5   Discontinuation of patients from treatment or assessment........... 31

3.3.5.1 Criteria for Discontinuation.......................................................... 31

3.3.5.2 Procedures for discontinuation ..................................................... 32

3.4     Treatments ................................................................................... 33

3.4.1   Investigational product ................................................................ 33

3.4.1.1 Identity of investigational product and comparators .................... 33

3.4.1.2 Doses and treatment regimens...................................................... 34

3.4.1.3 Labeling ........................................................................................ 35

3.4.1.4 Storage.......................................................................................... 36

3.4.1.5 Accountability .............................................................................. 36

3.4.2   Method of assigning patients to treatment groups........................ 36

9(75)

CONFIDENTIAL
AZSER12776480

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

3.4.3       Blinding and procedures for unblinding the study ............................................. 37
3.4.3.1     Methods for ensuring blinding ....................................................................... 37
3.4.3.2     Methods for unblinding the study .................................................................. 37
3.4.4       Pre-study, concomitant and post-study treatment(s) ..................................... 38
3.4.4.1     Open-label treatment Phase ........................................................................... 38
3.4.4.2     Randomized treatment Phase ......................................................................... 39
3.4.5       Treatment compliance .................................................................................... 41

4.          MEASUREMENTS OF STUDY VARIABLES AND DEFINITIONS OF
            OUTCOME VARIABLES ............................................................................... 41

4.1         Primary variable ............................................................................................. 41

4.2         Screening and demographic measurements ................................................... 41

4.3         Patient-Reported Outcomes (PROs) .............................................................. 42
4.3.1       Sheehan Disability Scale (SDS) .................................................................... 42
4.3.1.1     Methods of assessment ................................................................................... 42
4.3.1.2     Derivation or calculation of variable ............................................................. 43
4.3.2       Life Charting Method Self/Prospective Rating Form (NIMH-LCM S/P) ........... 43
4.3.2.1     Methods of assessment ................................................................................... 43
4.3.2.2     Derivation or calculation of outcome variable .............................................. 43
4.3.3       Psychological General Well-being Scale (PGWB) ....................................... 43
4.3.3.1     Method of assessment ..................................................................................... 43
4.3.3.2     Derivation or calculation of outcome variable .............................................. 44
4.3.3.3     Administration of PRO questionnaires ........................................................... 44

4.4         Health Economic measurements and variables (Not applicable) ................. 44

4.5         Pharmacokinetic measurement and variables (Not applicable) .................... 44

4.6         Efficacy and pharmacodynamic measurement and variables ....................... 44
4.6.1       Time to event (manic, depressed or mixed) .................................................. 46
4.6.1.1     Methods of Assessment .................................................................................. 46
4.6.1.2     Calculation or derivation of outcome variables ............................................. 46
4.6.2       Young Mania Rating Scale (YMRS) .............................................................. 46
4.6.2.1     Methods of Assessment .................................................................................. 46
4.6.2.2     Calculation or derivation of outcome variables ............................................. 46
4.6.3       Montgomery-Asberg Depression Rating Scale (MADRS) ............................ 47
4.6.3.1     Methods of Assessment .................................................................................. 47
4.6.3.2     Calculation or derivation of outcome variables ............................................. 47
4.6.4       Positive and Negative Syndrome Scale- Positive Subscale (PANSS-P) ............... 47
4.6.4.1     Methods of Assessment .................................................................................. 47
4.6.4.2     Calculation or derivation of outcome variables ............................................. 47
4.6.5       Clinical Global Impression- Bipolar (CGI-BP) ............................................ 47
4.6.5.1     Methods of Assessment .................................................................................. 47
4.6.5.2     Calculation or derivation of outcome variables ............................................. 48

4.7         Safety measurements and variables ............................................................... 48
4.7.1       Adverse events ............................................................................................... 48
4.7.1.1     Definitions ...................................................................................................... 48
4.7.1.2     Recording of adverse events .......................................................................... 49

CONFIDENTIAL
AZSER12776481

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

| 4.7.1.3 | Reporting of serious adverse events | 51 |
|---|---|---|
| 4.7.2 | Laboratory safety measurements and variables | 52 |
| 4.7.2.1 | Methods of assessment | 52 |
| 4.7.2.2 | Calculation or derivation of outcome variables | 53 |
| 4.7.3 | Vital signs and weight measurement and variables | 53 |
| 4.7.3.1 | Methods of assessment | 53 |
| 4.7.3.2 | Calculation or derivation of outcome variables | 53 |
| 4.7.4 | Electrocardiogram (ECG) safety measurements and variables | 53 |
| 4.7.4.1 | Methods of assessment | 53 |
| 4.7.4.2 | Calculation or derivation of outcome variables | 54 |
| 4.7.5 | Physical Examination | 54 |
| 4.7.5.1 | Methods of assessment | 54 |
| 4.7.5.2 | Calculation or derivation of outcome variables | 54 |
| 4.7.6 | Neurological Assessments and variables | 54 |
| 4.7.6.1 | Methods of assessment | 54 |
| 4.7.6.2 | Calculation or derivation of outcome variables | 55 |
| 4.8 | Genetic sampling and storage | 55 |
| 4.9 | Volume of blood sampling and handling of biological samples | 56 |
| 5. | DATA MANAGEMENT | 56 |
| 6. | STATISTICAL METHODS AND DETERMINATION OF SAMPLE SIZE | 57 |
| 6.1 | Statistical evaluation – general aspects | 57 |
| 6.1.1 | Multiplicity | 57 |
| 6.2 | Description of outcome variables in relation to objectives and hypotheses | 58 |
| 6.2.1 | Primary study objective and outcome variable | 58 |
| 6.2.2 | Secondary objective: time to mood event | 59 |
| 6.2.3 | Secondary objective: time to depressive event | 59 |
| 6.2.4 | Secondary objective: severity of manic and depressive symptoms | 60 |
| 6.2.5 | Secondary objective: severity of psychotic symptoms | 60 |
| 6.2.6 | Secondary objective: level of functioning | 60 |
| 6.2.7 | Secondary objective:  switching between manic and depressive moods | 61 |
| 6.2.8 | Secondary objective: quality of life and well-being | 61 |
| 6.2.9 | Secondary objective: patient acceptance | 61 |
| 6.2.10 | Secondary objective:  safety and tolerability | 61 |
| 6.2.10.1 | Adverse Events | 62 |
| 6.2.10.2 | Laboratory safety measurements and variables | 62 |
| 6.2.10.3 | Vital signs and weight measurement | 62 |
| 6.2.10.4 | Electrocardiogram (ECG) safety measurements and variables | 62 |
| 6.2.10.5 | Neurological Assessments | 62 |
| 6.3 | Description of analysis sets | 62 |
| 6.4 | Method of statistical analysis | 63 |
| 6.4.1 | Time to manic event | 63 |
| 6.4.2 | Time to mood event | 63 |
| 6.4.3 | Time to depressive event | 64 |

CONFIDENTIAL
AZSER12776482

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

6.4.4       Severity of manic or depressive symptoms ........................................ 64
6.4.5       Severity of psychotic symptoms .......................................................... 64
6.4.6       Level of functioning ............................................................................ 64
6.4.7       Switching .............................................................................................. 65
6.4.8       Quality of life and well-being .............................................................. 65
6.4.9       Patient acceptance ................................................................................ 65
6.4.10      Safety and tolerability analyses ........................................................... 65
6.4.10.1    Adverse Events ..................................................................................... 65
6.4.10.2    Laboratory safety measurements and variables .................................... 66
6.4.10.3    Vital signs and weight measurement .................................................... 66
6.4.10.4    Electrocardiogram (ECG) measurements .............................................. 66
6.4.10.5    Neurological Assessments .................................................................... 66

6.5         Determination of sample size ............................................................... 66

6.6         Interim analyses (Not applicable) ......................................................... 67

6.7         Data and safety monitoring board (Not applicable) .............................. 67

7.          STUDY MANAGEMENT ..................................................................... 67

7.1         Monitoring ........................................................................................... 67

7.2         Audits and inspections ......................................................................... 68

7.3         Training of staff ................................................................................... 68

7.4         Changes to the protocol ....................................................................... 68

7.5         Study agreements ................................................................................. 69

7.6         Study timetable and termination ........................................................... 69

8.          ETHICS ................................................................................................ 69

8.1         Ethics review ....................................................................................... 69

8.2         Ethical conduct of the study ................................................................. 70

8.3         Written informed consent ..................................................................... 70

8.4         Patient data protection ......................................................................... 71

9.          EMERGENCY PROCEDURES ............................................................. 72

9.1         AstraZeneca emergency contact procedure ........................................... 72

9.2         Procedures in case of medical emergency ............................................. 72

9.3         Procedures in case of overdose ............................................................. 72

9.4         Procedures in case of suicide attempt or suicide ................................... 73

9.5         Procedures in case of pregnancy ........................................................... 73

10.         REFERENCES ...................................................................................... 74

CONFIDENTIAL
AZSER12776483

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

## LIST OF IN-TEXT TABLES                                    PAGE

Table 1    Study plan: Enrollment and Open-label treatment Phase ..................................... 25

Table 2    Study plan: Randomized treatment Phase ........................................................ 26

Table 3    Study plan: Randomized treatment Phase (cont.) ................................. 27

Table 4    Investigational product............................................................................ 33

Table 5    Permitted, restricted and prohibited medications during the Open-label
           treatment Phase ........................................................................................ 38

Table 6    Permitted, restricted and prohibited medications during the Randomized
           treatment Phase ........................................................................................ 40

Table 7    Efficacy objectives and variables relating to each objective............................ 44

Table 8    Volume of blood to be drawn from each patient.................................................. 56

## LIST OF IN-TEXT FIGURES                                   PAGE

Figure 1    Study chart.................................................................................................... 22

Figure 2    Visit schedule: Enrollment and Open-label treatment Phase .............................. 23

Figure 3    Visit schedule: Randomized treatment Phase...................................................... 24

## APPENDICES

Appendix A        Signature pages

Appendix B        Additional Safety Information

CONFIDENTIAL
AZSER12776484

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

## LIST OF ABBREVIATIONS AND DEFINITION OF TERMS

The following abbreviations and special terms are used in this study protocol.

| Abbreviation or special term | Explanation |
|---|---|
| AE | Adverse event (see definition in Section 4.7.1.1) |
| AIMS | Abnormal Involuntary Movement Scale |
| ALT | Alanine aminotransferase |
| ANCOVA | Analysis of covariance |
| Assessment | An observation made on a variable involving a subjective judgment (assessment) |
| AST | Aspartate aminotransferase |
| BARS | Barnes Akathisia Rating Scale |
| BMI | Body Mass Index |
| BP | Bipolar Disorder |
| CGI-BP | Clinical Global Impression- Bipolar |
| CNS | Central nervous system |
| CRF | Case Report Form |
| CRO | Clinical Research Organization |
| DNA | Deoxyribonucleic Acid |
| DSM-IV | Diagnostic and Statistical Manual of Mental Disorders- Fourth Edition |
| ECG | Electrocardiogram |
| ECT | Electroconvulsive therapy |
| Endpoint | A status of the patient that constitutes the 'endpoint' of a patient's participation in a clinical study and that is used as the final outcome. |
| EPS | Extrapyramidal symptoms |
| eRT | eResearch Technology, Inc. |
| FDA | Food and Drug Administration |
| GCP | Good Clinical Practice |
| HCG | Human Chorionic Gonadotropin |
| HIPAA | Health Insurance Portability and Accountability Act |
| ICH | International Conference on Harmonization |
| IEC | Independent Ethics Committee |
| IRB | Institutional Review Board |
| ITT | Intent-to-treat |

CONFIDENTIAL
AZSER12776485

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

| Abbreviation or special term | Explanation |
| --- | --- |
| IVRS | Interactive Voice Response System |
| MADRS | Montgomery-Asberg Depression Rating Scale |
| Measurement | An observation made on a variable using a measurement device. |
| MedDRA | Medical Dictionary for Regulatory Activities |
| MS | Mood stabilizer |
| NCSL | Non-center-specific labeling |
| NIMH-LCM S/P | Life Charting Method Self/Prospective Rating |
| OAE | Other significant Adverse Event (ie, an adverse event of special interest in this clinical development; see definition in Section 4.7.1.1). The classification of OAEs will be performed by AstraZeneca drug safety physicians after the study is complete |
| Outcome variable | A variable (usually a derived variable) specifically defined to be used in the analysis of a study objective. |
| PANSS-P | Positive and Negative Syndrome Scale- Positive Subscale |
| Parameter | A quantity (usually unknown) that characterizes the distribution of a variable in a population of patients. |
| PGWB | Psychological General Well-being Scale |
| Principal investigator | A person responsible for the conduct of a clinical study at an investigational study center. Every investigational study center has a principal investigator. |
| PROs | Patient Reported Outcomes |
| PP | Per-protocol |
| QOL | Quality of Life |
| SAE | Serious adverse event (see definition in Section 4.7.1.1) |
| SAP | Statistical Analysis Plan |
| SAS | Simpson-Angus Scale |
| SDS | Sheehan Disability Scale |
| TSH | Thyroid-stimulating hormone |
| USI | Universal Systems Incorporated |
| Variable | A characteristic or a property of a patient that may vary eg, from time to time or between patients |
| YMRS | Young Mania Rating Scale |

CONFIDENTIAL
AZSER12776486

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

# 1.     INTRODUCTION

## 1.1     Background

Quetiapine fumarate (SEROQUEL™, quetiapine) is a dibenzothiazepine derivative approved by the United States Food and Drug Administration (FDA) on 26 September 1997 following development by AstraZeneca (also referred to as the sponsor) for the treatment of patients with schizophrenia.  Quetiapine fumarate is designed chemically as bis [2-(2-[4-dibenzo[b,f][1,4]-thiapin-11-yl]piperazin-1-yl]ethoxy)ethanol]fumarate.

The Investigator's Brochure describes the results of toxicological and clinical studies that support clinical evaluation in man.

Bipolar I Disorder is a psychiatric disorder that is characterized by one or more manic or mixed episodes, usually accompanied by major depressed episodes.  It is a serious, lifelong medical condition, which is associated with a lifetime risk of suicide attempt up to 50%.  The prevalence of bipolar disorder is estimated to be 1 to 3.5%, evenly distributed between men and women.  It is estimated that only 60% of those suffering from a bipolar disorder receive appropriate pharmacotherapy.

There is a clear need for efficacious and well tolerated agents to treat and prevent episodes of acute mania and depression.  Current therapies for bipolar disorder prevent recurrence of illness in only 25 to 33% of patients (Tondo et al 1998).  While some patients can be safely treated with a single medication, the majority of patients require multiple medications to manage the numerous symptoms of bipolar disorder.

## 1.2     Rationale for this study

The efficacy and safety of quetiapine when used as monotherapy and as adjunct to mood stabilizers (lithium and divalproex) in the treatment of bipolar mania have been shown in a series of randomized placebo-controlled studies.

In two monotherapy studies, comparing quetiapine to placebo, quetiapine was effective in reducing core manic symptoms, depressive symptoms, agitation and aggression, and psychotic symptoms in patients with acute mania, and it improved functional status.  In a study with quetiapine used as adjunct therapy with lithium or divalproex, quetiapine plus mood stabilizer was significantly more effective than mood stabilizer alone in reducing core manic symptoms, depressive symptoms, agitation and aggression, and psychotic symptoms in patients with psychotic symptoms at baseline.

When used as monotherapy or adjunct therapy, approximately 90% of quetiapine-treated patients with a clinical response received 400-800 mg/day, and the mean last-week dose was approximately 600 mg/day.  A dosing regimen of 100 mg/day on Day 1, 200 mg/day on Day 2, 300 mg/day on Day 3, and 400 mg/day on Day 4 in twice daily divided doses was generally safe and well tolerated.

CONFIDENTIAL
AZSER12776487

The adverse profile of quetiapine in the treatment of acute mania was similar to that seen with quetiapine in the treatment of schizophrenia. The only notable differences were higher rates of dry mouth in the monotherapy studies, and higher rates of dry mouth and somnolence in the adjunct studies.

The studies of quetiapine in the treatment of mania examined efficacy during the acute and continuation phases of the illness, but not during the maintenance phase, when patients have achieved symptomatic remission but are still at risk for recurrence. For this reason, the current study examines the efficacy, safety and tolerability of quetiapine as adjunct to lithium or divalproex in preventing subsequent mood episodes.

# 2.        STUDY OBJECTIVES

## 2.1        Primary objective

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a manic event. Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event, (2) hospitalization for a manic or mixed event, (3) Young Mania Rating Scale (YMRS; Young et al 1978) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event.

## 2.2        Secondary objectives

1. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a mood event. Recurrence is defined as (1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event, (2) hospitalization for a manic, depressed or mixed event, (3) YMRS score ≥20 or Montgomery-Asberg Depression Rating Scale (MADRS; Montgomery and Asberg 1979) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event.

2. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a depressed event. Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed or mixed event, (2) hospitalization for a depressed or mixed event, (3) MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed or mixed event.

CONFIDENTIAL
AZSER12776488

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

3. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS, the Clinical Global Impression-Bipolar (CGI-BP; Spearing et al 1997), and the Life Charting Method Self/Prospective Rating (NIMH-LCM S/P; Bipolar Network News 2002).

4. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in decreasing the severity of psychotic symptoms between mood events as assessed by the Positive and Negative Syndrome Scale- Positive Subscale (PANSS-P; Kay et al 1987).

5. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in improving level of functioning between mood events as assessed by the Sheehan Disability Scale (SDS; Sheehan 1999).

6. To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in reducing mood switching between manic and depressed events as assessed by the Life Charting Method Self/Prospective Rating (NIMH-LCM S/P).

7. To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in improving Quality of Life (QOL) as assessed by the Psychological General Well-being Scale (PGWB; Dupuy 1984).

8. To explore the level of patient acceptance of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) as assessed by time to all-cause discontinuation.

9. To determine whether quetiapine when used as adjunct to mood stabilizer (lithium or divalproex) is safe and well-tolerated as assessed by adverse events (AEs), laboratory values, vital signs, extrapyramidal symptoms (EPS) scales (Simpson Angus Scale [SAS; Simpson and Angus 1970], Barnes Akathisia Rating Scale [BARS; Barnes 1989], and Abnormal Involuntary Movement Scale [AIMS; Guy 1976]), physical examinations and electrocardiograms (ECGs).

## 3.    STUDY PLAN AND PROCEDURES

## 3.1    Overall study design and flow chart

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or divalproex in the maintenance treatment of adult patients with Bipolar I Disorder for 28 weeks up to 104 weeks.  To observe a total of 162 manic events, it is estimated that approximately 1440 patients will be enrolled, giving approximately 720 randomized patients at 120 centers in the United States and Canada with an average enrollment of 12 patients per center.  The final number of randomized patients may change during the study based on observed event rates (see Section 6.5).

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a manic

CONFIDENTIAL
AZSER12776489

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

event in patients with Bipolar I Disorder.  To be eligible for the study patients must have an acute manic or mixed episode at enrollment or have had a past manic or mixed episode within 26 weeks, as documented by medical records, treated with quetiapine and mood stabilizer (lithium or divalproex).  All patients must be treated with quetiapine and the assigned mood stabilizer for at least 20 weeks up to 36 weeks before they can be randomized.  The study consists of enrollment and 2 phases, the Open-label treatment phase and the Randomized treatment Phase.

### 3.1.1      Enrollment

Enrollment will last for up to 7 days.  At enrollment patients, or a legally acceptable representative, will provide informed consent and complete all required laboratory and clinical evaluations (see Section 4.2).  Patients who meet all inclusion criteria and none of the exclusion criteria (see Section 3.3.2.1 and Section 3.3.2.2) will enter the Open-label treatment Phase at Visit S1.  Visit S1 must occur within 7 days of enrollment.  If the enrollment exceeds 7 days, all evaluations must be repeated before the patient can enter the Open-label treatment Phase.

### 3.1.2      Open-label treatment Phase

The purpose of the Open-label treatment Phase is to achieve stabilization of the patient's clinical condition and the dosages of quetiapine and mood stabilizer before randomization.  The first dose of open-label treatment will be dispensed at the first visit (S1) after the enrollment.  Visits will occur monthly with an option to perform additional visits at week 1 (visit S2) and week 2 (visit S3), depending on the patient's clinical condition, as judged by the investigator.

During the Open-label treatment Phase, patients will be treated with open-label quetiapine (400-800 mg daily in divided doses with a recommended target dose of 600 mg) and a mood stabilizer (lithium or divalproex with a trough serum concentration of 0.5 mEq/L to 1.2 mEq/L for lithium and 50 μg/ml to 125 μg/ml for divalproex) chosen by the investigator according to his or her clinical judgment (see Section 3.4.1.2 for more detailed information).  Other antipsychotic and psychoactive medications (eg, antidepressants and anxiolytics) can also be used as clinically indicated during this phase, with exception of the last 4 weeks prior to randomization (see Section 3.4.4.1).

Patients entering the Open-label treatment phase with an acute manic or mixed episode must be treated with quetiapine and mood stabilizer (lithium or divalproex) during this phase for a minimum of 20 weeks before being eligible to meet the criteria for randomization.

Patients with a manic or mixed episode within the last 26 weeks prior to enrollment, must be treated with quetiapine and mood stabilizer (lithium or divalproex) during this phase for a minimum of 4 weeks and for at least 20 weeks in total before being eligible to meet the criteria for randomization.

To be randomized, patients must meet all the inclusion criteria (see Section 3.3.3.1) and none of the exclusion criteria for randomization (see Section 3.3.3.2).  Patients must be randomized within 3 days after fulfilling all the inclusion criteria and none of the exclusion criteria for

CONFIDENTIAL
AZSER12776490

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

randomization.  If the patient is not randomized within 3 days, inclusion and exclusion criteria for randomization should be reassessed.

If the patient discontinues during the Open-label treatment Phase, assessments should be performed as described in Table 1.

### 3.1.3    Randomized treatment Phase

Patients who meet all the inclusion criteria for randomization and none of the exclusion criteria for randomization (see Sections 3.3.3.1 and 3.3.3.2) will be randomized (at Visit 1) in a blinded fashion to quetiapine or placebo (400-800 mg daily in divided doses with a recommended target dose of 600 mg) plus open-label mood stabilizer (lithium or divalproex with a trough serum concentration of 0.5 mEq/L to 1.2 mEq/L for lithium and 50 μg/ml to 125 μg/ml for divalproex).  Starting at Visit 1 (the day of randomization), open-label 100 mg quetiapine tablets should be replaced with 100 mg tablets of blinded investigational product at a rate of 1 tablet per every 2 days (see Section 3.4.1.2 for more detailed information).

Randomization will be stratified by assigned mood stabilizer (lithium or divalproex) (see Section 3.4.2).

Patients will continue in the Randomized treatment Phase for at least 28 weeks up to 104 weeks, or until they meet any of the criteria for a mood event (manic, depressed or mixed) (see Section 4.6.1.1), or until the study is terminated as described in Section 3.1.4.  Patients may also discontinue at any time due to other reasons (see Section 3.3.5.1).

### 3.1.4    Recruitment and Study Termination

Recruitment of patients to the Open-label treatment Phase will cease when it is estimated that a sufficient number of patients have been recruited to provide a total of 162 manic events (see Section 6.5).  AstraZeneca or a representative of AstraZeneca will notify the investigational centers at this time.

The study will be terminated when both of the following conditions have been fulfilled:

1.  the required number of events has occurred (at least 162 manic events)

2.  all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

Patients reaching 28 weeks of randomized treatment before the above is fulfilled will continue until the study is terminated by the sponsor, or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

AstraZeneca or a representative of AstraZeneca will notify the investigational centers when the study is terminated (see Section 6.5).

CONFIDENTIAL
AZSER12776491

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

Once a mood event occurs, the patient must be discontinued from the study according to the procedures stated in Section 3.3.5.2.  It should also be reported to the assigned monitor within 3 days of event onset.  Patients may also be discontinued from study treatment and assessments due to lack of efficacy, adverse event, patient lost to follow-up, protocol noncompliance, informed consent withdrawn, or other (see Section 3.3.5.1).

21(75)

CONFIDENTIAL
AZSER12776492

Clinical Study Protocol
Study Code D1447C00127
Edition No. 1

**Figure 1        Study chart**



CONFIDENTIAL
AZSER12776493

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

**Figure 2**    **Visit schedule: Enrollment and Open-label treatment Phase**



CONFIDENTIAL
AZSER12776494

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

**Figure 3**     **Visit schedule: Randomized treatment Phase**

First dose of randomized treatment

| Week | 0 1 2 | 4 | 6 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 |
|------|-------|---|---|---|----|----|----|----|----|----|----|
| Visit | 1 2 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |

| Week | 36 | 40 | 44 | 48 | 52 | 60 | 68 |
|------|----|----|----|----|----|----|----|
| Visit | 13 | 14 | 15 | 16 | 17 | 18 | 19 |

| Week | 68 | 76 | 84 | 92 | 104 |
|------|----|----|----|----|-----|
| Visit | 19 | 20 | 21 | 22 | 23 or Final visit |

24(75)

CONFIDENTIAL
AZSER12776495

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

**Table 1    Study plan: Enrollment and Open-label treatment Phase**

Study plan

| Study week: | Enrollment | 0 | 1 | 2 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | Discontinuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Visit number: | | S1 | S2 (optional) | S3 (optional) | S4 | S5 | S6 | S7 | S8 | S9 | S10 | S11 | S12 | |
| | | | | | *Open-label treatment Phase* | | | | | | | | | |
| Informed consent | ✓ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for Open-label treatment Phase | ✓ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for randomization | | | | | ✓ | | | | | | | | | |
| Demography and diagnosis | ✓ | | | | | | | | | | | | | |
| Medical, psychiatric, and medication history | ✓ | | | | | | | | | | | | | |
| Concurrent medications | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | | ✓ | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓ |
| MADRS | ✓ | ✓ | | ✓ | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓ |
| CGI-BP | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | | | | | | | | | | | | | |
| SDS[b] | ✓ | | | | | | | | | | | | | |
| Adverse events | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[c] | ✓ | | | | | | | | | | | | | ✓ |
| Urinalysis | ✓ | | | | | | | | | | | | | ✓ |
| Urine toxicology | ✓ | | | | | | | | | | | | | |
| Serum pregnancy test | ✓ | | | | | | | | | | | | | |
| Vital signs | ✓ | ✓ | | ✓ | | | ✓ | | | ✓ | | | ✓ | ✓ |
| Weight | ✓ | ✓ | | ✓ | | | ✓ | | | ✓ | | | ✓ | |
| Height | ✓ | | | | | | | | | | | | | |
| Electrocardiogram | ✓ | | | | | | | | | | | | | ✓ |
| Serum chemistry | ✓ | | | | | | | | | | | | | ✓ |
| Thyroid Function Tests | ✓ | | | | | | | | | | | | | ✓ |
| Hematology | ✓ | | | | ✓ | | ✓ | | | ✓ | | | | ✓ |
| Optional Genetic Blood Sample | ✓ | | | | | | | | | | | | | |
| Mood stabilizer level | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug dispensing | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug accountability | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

CGI-BP  Clinical Global Impression-Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  SDS  Sheehan Disability Scale.
YMRS  Young Mania Rating Scale.
[a] To be completed if all other inclusion criteria and none of the exclusion criteria  for randomization are fulfilled
[b] To be completed by the patient prior to clinical evaluation
[c] Physical examination to include ophthalmoscopic examination

CONFIDENTIAL
AZSER12776496

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

**Table 2      Study plan: Randomized treatment Phase**

| Study plan | Randomization | Randomized treatment Phase | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study week:** | 0 | 1 | 2 | 4 | 6 | 8 | 12 | 16 | 20 | 24 | 28 |
| **Visit Number:** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Inclusion/exclusion criteria for randomization | ✓ | | | | | | | | | | |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| SDS[a] | ✓ | | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PGWB[b] | ✓ | | | | | | ✓ | | | | |
| SAS, BARS, AIMS | ✓ | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | ✓ | | | | | | | | | | |
| Urinalysis | ✓ | | | | | | | | | | |
| Serum pregnancy test | | | | | | | | | | | |
| Vital signs | ✓ | | | | | ✓ | ✓ | | | | ✓ |
| Weight | ✓ | | | ✓ | | | ✓ | | | | ✓ |
| Electrocardiogram | ✓ | | | | | | ✓ | | | | |
| Serum chemistry | ✓ | | | | | | ✓ | | ✓ | | ✓ |
| Thyroid Function Tests | ✓ | | | | | | ✓ | | | | ✓ |
| Hematology | ✓ | | | | | | ✓ | | | | ✓ |
| Mood stabilizer level | ✓ | | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug dispensing | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug accountability | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| NIMH-LCM S/P | To be completed daily by the patient | | | | | | | | | | |

AIMS  Abnormal Involuntary Movement Scale.  BARS  Barnes Akathisia Rating Scale.  CGI-BP  Clinical Global Impression-Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  PGWB  Psychological General Well-being Scale.  SAS  Simpson-Angus Scale.  SDS  Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.  NIMH-LCM S/P  Life Charting Method Self/Prospective Rating

[a] To be completed by the patient prior to clinical evaluation
[b] Physical examination to include ophthalmoscopic examination

26(75)

CONFIDENTIAL
AZSER12776497

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

## Table 3    Study plan: Randomized treatment Phase (cont.)

| Study plan | Randomized treatment Phase | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study week:** | 32 | 36 | 40 | 44 | 48 | 52 | 60 | 68 | 76 | 84 | 92 | 104 |
| **Visit Number:** | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 or Final Visit |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| SDS[a] | ✓ | ✓ | | ✓ | | ✓ | ✓ | ✓ | ✓ | | | ✓ |
| PGWB[a] | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| SAS, BARS, AIMS | ✓ | | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Adverse events | | | | | | | | | | | | ✓ |
| Physical examination[b] | | | ✓ | | | ✓ | | | | | | ✓ |
| Urinalysis | | | | | | ✓ | | | | | | ✓ |
| Serum pregnancy test | | | | | | | | | | | | |
| Vital signs | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Weight | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Electrocardiogram | | | | | | | | | | | | ✓ |
| Serum chemistry | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Thyroid Function Tests | | | ✓ | | | ✓ | | | | ✓ | | ✓ |
| Hematology | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Mood Stabilizer Levels | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug dispensing | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Drug accountability | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| NIMH-LCM S/P | To be completed daily by the patient | | | | | | | | | | | ✓ |

AIMS  Abnormal Involuntary Movement Scale.  BARS  Barnes Akathisia Rating Scale.  CGI-BP  Clinical Global Impression-Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  PGWB  Psychological General Well-being Scale.  SAS  Simpson-Angus Scale.  SDS  Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.  NIMH-LCM S/P Life Charting Method Self/Prospective Rating

[a]To be completed by the patient prior to clinical evaluation
[b]Physical examination to include ophthalmoscopic examination

27(75)

CONFIDENTIAL
AZSER12776498

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

## 3.2      Rationale for study design, doses and control groups

Quetiapine as adjunct treatment to mood stabilizer (lithium or divalproex) has proven to be more efficacious than mood stabilizer alone in treating acute mania.  The studies examined efficacy during the acute and continuation phases of the illness, but not during the maintenance phase, when patients have achieved symptomatic remission but are still at risk for recurrence.  For this reason, the current study examines the efficacy of quetiapine as adjunct to lithium or divalproex in preventing subsequent mood episodes.

A study duration of 28 to 104 weeks should be sufficient to show efficacy and safety in maintenance treatment.  In addition, the patients have been treated with quetiapine and mood stabilizer (lithium or divalproex) for at least 20 weeks up to 36 weeks prior to randomization to ensure stabilization.

Time to event is a highly relevant measure from a clinical perspective and has been frequently used in maintenance studies.  Therefore, time to event is used in this study as the primary outcome variable.

The inclusion and exclusion criteria for this study ensure that the results in the study population can be generalized to patients with Bipolar I Disorder, and also provide adequate homogeneity for detection of a difference between study cohorts.  Specifically, the requirement that patients have a past or current manic episode and at least 1 manic or mixed episode in the previous 3 years is designed to ensure that patients are sufficiently at risk for recurrences during the study period.  Patients with 8 mood episodes or more in the previous year are excluded because they may require significantly different pharmacological approaches than patients with less rapid cycling (Grunze et al 2002).

Medications that are effective in the acute manic phases of the illness are generally given at similar or slightly lower doses during the maintenance phase of the illness.  In the quetiapine acute mania studies showing a difference between quetiapine and placebo, responding patients had a mean last-week daily dose of approximately 600 mg, with the majority of the patients receiving doses in the range of 400 to 800 mg/day.  These dosages were generally well tolerated.  Thus, a target dose of quetiapine of 600 mg, with allowance for titration for efficacy and tolerability, should ensure that adequate doses of quetiapine are used.

## 3.3      Selection of study population

### 3.3.1      Study selection record

Investigators must keep a record of patients who were considered for enrollment (ie, have signed the informed consent form) but did not receive an enrollment number.

CONFIDENTIAL
AZSER12776499

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

### 3.3.2     Open-label treatment Phase

### 3.3.2.1     Inclusion criteria for entering the Open-label treatment Phase

For inclusion in the Open-label treatment Phase, patients must fulfill all of the following criteria at enrollment:

1. Provide written informed consent before initiation of any study-related procedures

2. A diagnosis of Bipolar I Disorder, Most Recent Event Manic (296.4x), or Bipolar I Disorder, Most Recent Event Mixed (296.5x), with or without psychotic features, as defined by Diagnostic and Statistical Manual of Mental Disorders- Fourth Edition (DSM-IV)

3. Male or female, at least 18 years old

4. At least 1 manic or mixed episode in the 3 years prior to the index episode

5. One of the following:

    – A current manic or mixed episode by DSM-IV criteria

    – A past manic or mixed episode within 26 weeks as documented by medical records, that was treated with quetiapine and mood stabilizer (lithium or divalproex). Since this episode, treatment with this combination must not have been interrupted for more than 2 weeks continuously.

6. Female patients of childbearing potential must be using a reliable method of contraception. Reliable methods of contraception include hormonal contraceptives (eg, oral contraceptive or long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg, condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, and tubal ligation

7. Able to understand and comply with the requirements of the study

### 3.3.2.2     Exclusion criteria for entering the Open-label treatment Phase

Any of the following is regarded as a criterion for exclusion from the study at enrollment:

1. Diagnosis of an anxiety disorder as defined by DSM-IV, which was treated with medication within the past year

2. Known intolerance or lack of response to quetiapine fumarate or to the assigned mood stabilizer, as judged by the investigator

3. Pregnancy or lactation.  Female patients of childbearing potential must have a negative urine human chorionic gonadotropin (HCG) test at enrollment

CONFIDENTIAL
AZSER12776500

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

4.  Substance or alcohol dependence at enrollment (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria

5.  Opiates, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria within 4 weeks prior to enrollment

6.  Use of any of the following cytochrome P450 3A4 inhibitors in the 14 days preceding enrollment including but not limited to: ketoconazole, itraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir

7.  Use of any of the following cytochrome P450 inducers in the 14 days preceding enrollment including but not limited to: phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids

8.  Thyroid stimulating hormone (TSH) concentration more than 10% above the upper limit of the normal range, regardless of treatment for hypothyroidism or hyperthyroidism

9.  Unstable or inadequately treated medical illness (eg, diabetes, angina pectoris, hypertension) as judged by the investigator

10. Medical conditions that would affect absorption, distribution, metabolism, or excretion of study treatment

11. Use of an experimental drug within 30 days of enrollment

12. Previously randomized into this study or study D1447C00126

### 3.3.3   Randomized treatment Phase

### 3.3.3.1   Inclusion criteria for entering the Randomized treatment Phase

For inclusion in the Randomized treatment Phase, patients must fulfill all of the following criteria:

1.  has been treated with quetiapine and mood stabilizer (lithium or divalproex) for at least 20 weeks but no more than 36 weeks

2.  CGI-BP Bipolar Illness, Overall Severity of Illness score $\leq 3$ at the last 2 visits 4 weeks apart

3.  has been prescribed a stable dose of quetiapine within the range 400 to 800 mg/day during the last 4 weeks.  A stable dose is defined as a daily dose that does not vary by more than 100 mg (maximum-minimum) during this time interval.

4.  has been prescribed a stable dose of assigned mood stabilizer during the last 4 weeks.  A stable dose is defined as a daily dose of lithium carbonate that does not vary by more than 300 mg (maximum-minimum) or corresponding dose if another lithium salt is used, or a

CONFIDENTIAL
AZSER12776501

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

dose of divalproex that does not vary by more than 250 mg (maximum-minimum) or corresponding dose if another salt of divalproex is used, during this time interval.

5. has had stable mood stabilizer levels, defined as a trough serum concentration of 0.5 mEq/L to 1.2 mEq/L for lithium or 50 µg/ml to 125 µg/ml for divalproex during the last 4 weeks

6. YMRS ≤12 (assessed if all other inclusion criteria and none of the exclusion criteria for randomization have been fulfilled)

7. MADRS ≤12 (assessed if all other inclusion criteria and none of the exclusion criteria for randomization have been fulfilled)

### 3.3.3.2    Exclusion criteria for entering the Randomized treatment Phase

Any of the following is regarded as a criterion for exclusion from the study at the last visit of the Open-label treatment Phase:

1. Hospitalization due to a mood event (manic, depressed or mixed) during the Open-label treatment Phase

2. Use of more than 2 mg of lorazepam any day during the last 4 weeks

3. Use of any antidepressants, antipsychotics (other than quetiapine), anxiolytics (other than lorazepam), or mood stabilizers (other than the assigned mood stabilizer) during the last 4 weeks

4. Electroconvulsive therapy (ECT) during the Open-label treatment Phase

5. Use of depot antipsychotics during the last 8 weeks

6. Attempt to commit suicide or homicide during the Open-label treatment Phase

7. Substance or alcohol dependence (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria

8. Opiates, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last 4 weeks

### 3.3.4    Restrictions

See Section 3.4.4 for restricted and prohibited medications.

### 3.3.5    Discontinuation of patients from treatment or assessment

### 3.3.5.1    Criteria for Discontinuation

Patients may be discontinued from study treatment and assessments at any time.  Specific reasons for discontinuing a patient from this study are:

CONFIDENTIAL
AZSER12776502

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

1. Voluntary discontinuation by the patient who are at any time free to discontinue their participation in the study, without prejudice to further treatment.

2. Safety reasons as judged by the investigator and/or AstraZeneca.

3. Severe non-compliance to protocol as judged by the investigator and/or AstraZeneca.

4. Incorrect enrollment or randomization of the patient.

5. Patient is hospitalized due to a mood event (manic, depressed or mixed) during the Open-label treatment Phase.

6. Patient experiences a mood event (manic, depressed or mixed) during the Randomized treatment Phase as defined in Section 3.1.3.

7. The study is terminated by AstraZeneca.

### 3.3.5.2    Procedures for discontinuation

Patients who discontinue should always be asked about the reason(s) for their discontinuation and about the presence of any adverse events.  If possible, they should be seen and assessed by the investigator(s).  Adverse events should be followed up and the electronic diary and investigational products should be returned by the patient.  All study procedures including collections of safety variables required at Final Visit should be conducted and recorded on the appropriate Case Report Forms (CRFs).

For all patients who discontinue, except for those patients who are discontinued due to a mood event as defined by medical intervention or rating scale criteria, the investigator must ascertain whether the discontinuation was due to a mood event.  This determination can be made by the investigator based on a telephone or face-to-face interview, information from family or other persons familiar with the patient, or other reliable sources.  The information that was used in making this determination will be documented on the appropriate sections of the CRF and the patient will be determined to have met the endpoint criterion.

Any patient who discontinues during the study and has clinically significant or abnormal findings on any of the safety assessments will have a follow-up visit within one week and at appropriate intervals thereafter until the abnormality resolves, if possible.

All adverse events should be reported to AstraZeneca and followed up until resolved or until, in the investigator's opinion, the condition has become stable and unlikely to change further (see Section 4.7.1).

Once a mood event (manic, depressed or mixed) occurs (see Section 3.1.3), the patient must be discontinued from the study.  Mood events should be reported to the assigned monitor within 3 days of event onset.

CONFIDENTIAL
AZSER12776503

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

## 3.4 Treatments

### 3.4.1 Investigational product

The investigator or institution has the responsibility to establish a system for handling study treatments, including Investigational Product, so as to ensure that:

- Deliveries of such products from AstraZeneca are correctly received by the investigator or his designee.

- Such deliveries are recorded.

- Investigational Product is handled and stored safely and properly.

- Investigational Product is only dispensed to patients in accordance with the Clinical Study Protocol.

- Unused investigational product is accounted for and are returned to Universal Systems Incorporated (USI) for destruction (see Section 3.4.1.5).

#### 3.4.1.1 Identity of investigational product and comparators

The investigational product will be supplied to the investigator by AstraZeneca.  The investigational product will be supplied as tablets for oral use as follows (see Table 4):

**Table 4    Investigational product**

| Treatment | Formulation Number | Presentation |
| --- | --- | --- |
| quetiapine 100 mg | F12689 | yellow round tablet |
| placebo to match 100 mg | F12637 | yellow round tablet |

AstraZeneca will provide centers with open-labeled supplies of quetiapine during the Open-label treatment Phase of the study, and blinded supplies of quetiapine and placebo during the Randomized treatment Phase of the study.  Mood stabilizer (lithium or divalproex) will be provided locally, prescribed by the investigator.

Quetiapine and the matching placebo contain lactose, which may cause discomfort in lactose-intolerant individuals.

Open-label treatment Phase

Patients will be supplied with polyethylene bottles containing sufficient tablets for 1, 2, or 4 weeks, dependent upon the visit being dispensed.

33(75)

CONFIDENTIAL
AZSER12776504

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

Tablets will be packaged into tamper evident, high-density polyethylene (HPDE) bottles with an induction seal child resistant cap for all visits.

Randomized treatment Phase

AstraZeneca will provide patients with blinded quetiapine or placebo to match, during the Randomized treatment Phase.  Open-label quetiapine will also be provided for the beginning of this phase where the open-label quetiapine is replaced by the blinded investigational product.  Patients will be supplied with patient specific visit bottles containing sufficient tablets for the first visit being dispensed.

Blinded quetiapine or placebo and open-label quetiapine, where open-label quetiapine is replaced by blinded investigational product (up to 14 days), will be packed into tamper evident, high-density polyethylene (HPDE) bottles with an induction seal child resistant cap for all remaining visits.  Patients will be supplied with visit bottles containing sufficient tablets for each visit being dispensed.

### 3.4.1.2    Doses and treatment regimens

Open-label treatment Phase

Patients will begin or continue open-label quetiapine at visit S1, after meeting all inclusion and none of the exclusion criteria for entering the Open-label treatment Phase.  Quetiapine will be given orally, twice daily, in divided doses.  However, if the total daily dose is 100 mg, this should be given as a single dose.

The recommended target dosage of quetiapine is 600 mg/day, but the prescribed dosage may be adjusted within the range of 400 to 800 mg/day to maximize efficacy and tolerability.  Quetiapine should be given twice daily, in divided doses, and the dose should be titrated upward to reach 600 mg/day, as follows:

- Patients who are not taking quetiapine at enrollment should be given 100 mg on Day 1, 200 mg on Day 2, 300 mg on Day 3, and 400 mg on Day 4.  The dose should then be increased to 600 mg on Day 5.  However, the dose can be titrated more slowly to increase tolerability but must reach a minimum of 400 mg/day within 14 days after the first dose of quetiapine.

- Patients who are taking quetiapine at enrollment at a dosage of less than 400 mg/day should have their doses titrated upward in a manner consistent with the schedule stated above.

Patients will begin or continue on mood stabilizer (lithium or divalproex) after meeting all inclusion and none of the exclusion criteria for entering the Open-label treatment Phase.  Dose regimen and dose adjustment for lithium or divalproex will be at the discretion of the investigator to achieve symptom control, to minimize side effects, and to achieve target trough serum concentrations of 0.5 mEq/L to 1.2 mEq/L for lithium and 50µg/ml to 125 µg/ml for divalproex during the entire length of the study.

34(75)

CONFIDENTIAL
AZSER12776505

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

Treatment with open-label quetiapine and mood stabilizer will continue until patients meet all the inclusion criteria and none of the exclusion criteria for randomization (see Sections 3.3.3.1 and 3.3.3.2), at which time randomization will take place.  Patients who meet all the inclusion criteria and none of the exclusion criteria for randomization will be randomized in a blinded fashion to either quetiapine plus assigned mood stabilizer (lithium or divalproex), or placebo plus assigned mood stabilizer (lithium or divalproex).

Randomized treatment Phase

Quetiapine will be given orally, twice daily, in divided doses.  However, if the total daily dose is 100 mg, this should be given as a single dose.  Starting at Visit 1 (the day of randomization), open-label 100-mg quetiapine tablets should be replaced with 100-mg tablets of blinded investigational product at a rate of 1 tablet per every 2 days.  The rate of replacement can be slowed to increase tolerability.  Replacement of open-label quetiapine with blinded investigational product must be completed within 14 days.  If replacement is not completed within 14 days the assigned monitor should be contacted.  During this period the dose of blinded investigational product may be increased as clinically indicated to a maximum of 8 tablets/day (blinded and open-label medication combined).

After all open-label tablets are replaced; the dose of blinded investigational product (quetiapine or placebo) may be adjusted as clinically indicated within the dose range of 400 to 800 mg/day.

Investigators are encouraged to use investigational product (quetiapine or placebo) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medications.

Treatment with the assigned mood stabilizer will continue during the entire length of the study.  The assigned mood stabilizers cannot be adjusted after randomization except as follows:

1.  for intolerability, allow dosage decrease of mood stabilizer but no lower than the lower serum level limit (0.5mEq/L for lithium or 50 µg/ml for divalproex), or

2.  if serum level is above or below the limits (0.5mEq/L to 1.2 mEq/L for lithium or 50 µg/ml to 125 µg/ml for divalproex)

### 3.4.1.3    Labeling

Open-label treatment Phase

The bottles will be labeled with a single-panel label that will contain at least the following information: study number, product, number of tables per bottle and storage condition.  The bottles will then be placed into a carton.  The number of bottles per carton will be dependent on the visit structure.  The carton will then be labeled with a two-panel label.  This label will contain at least the following information:  study number, number of bottles per carton and storage condition.  The left portion of the label remains affixed to the carton.  The right portion of the label will be affixed to the Case Report Form as part of the patient's permanent

CONFIDENTIAL
AZSER12776506

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

record.  It will also contain the statements "Caution: New drug, limited by Federal (or USA) Law to Investigational Use" and "Keep out of reach of children".

<u>Randomized treatment Phase</u>

The bottles will be labeled with a single-panel label that will contain at least the following information:  study number, patient number, number of tablets per bottle and storage condition.  The number of bottles placed into a carton will be dependent on the visit structure.  This carton will be labeled with a two-panel label.  This label will contain at least the following information:  study number, patient number, number of bottles per carton and storage condition.  The left portion of the label will remain affixed to the carton.  The right portion of the label will be affixed to the Case Report Form as part of the patient's permanent record.  It will also contain the statements "Caution: New drug, limited by Federal (or USA) Law to Investigational Use" and "Keep out of reach of children".

### 3.4.1.4    Storage

All investigational products must be kept in a secure and locked place under appropriate storage conditions.  For quetiapine store below 30 degrees Celsius (86 degrees Fahrenheit) and protect from moisture.

### 3.4.1.5    Accountability

The investigational products are to be prescribed only by the investigator or the sub-investigators or by a person authorized to do so by the principal investigator named on Form FDA-1572.  Under no circumstances will the investigator allow the investigational product (quetiapine or placebo) to be used other than as directed by the protocol without prior AstraZeneca approval.

The investigator must maintain accurate records accounting for the receipt of the investigational products (AstraZeneca provides a copy of the Delivery Note for this purpose) and for the disposition of the material.  This record keeping consists of a dispensing record that includes the identification of the person to whom the drug is dispensed, the quantity and the date of dispensing, and documentation of any unused drug returned to the investigator.  This record is in addition to any drug accountability information recorded on the CRFs.  Patients must return all unused drug to the investigator.  At the termination of the study or at the request of the sponsor, the assigned Monitor must return any unused supplies to Universal Systems Incorporated (USI), at the address listed below, for destruction.  All returns will be documented on the AstraZeneca Study Drug Return Form supplied by AstraZeneca.

USI
2084 –900 Lake Industrial Court
Conyers, GA 30013

### 3.4.2      Method of assigning patients to treatment groups

This study will be established with a non-center-specific labeling (NCSL) randomization.  Patient eligibility will be established before open-label treatment begins in the Open-label

36(75)

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

treatment Phase. Patients will be randomized strictly sequentially, as patients are eligible for randomization. If a patient discontinues from the study, the patient number will not be reused, and the patient will not be allowed to re-enter the study.

Randomization will be stratified by assigned mood stabilizer (lithium or divalproex). Patients will be randomized in balanced blocks with an equal probability of receiving the two treatments within each stratum. The actual treatment given to the patient during the Randomized treatment Phase of the study will be determined by a randomization schedule prepared by the Biostatistical Group of AstraZeneca.

The investigator will assign the patient the first unallocated number available at the center according to the assigned mood stabilizer. If a number is allocated incorrectly, no attempt should be made to remedy the error once study material has been dispensed. The patient will continue with the allocated number and study material. The assigned monitor should be notified as soon as the error is discovered and the error should be adequately documented. Subsequent patients will continue using the first unallocated number in the original numbering sequence.

Randomization to study treatment is being done via an Interactive Voice Response System (IVRS) in order to ensure relative balance among treatment groups. The IVRS company is Perceptive Informatics, Inc.

### 3.4.3   Blinding and procedures for unblinding the study

#### 3.4.3.1   Methods for ensuring blinding

Quetiapine 100-mg tablets are yellow. The placebo 100-mg tablets will be identical in appearance, smell and taste to the active product. Packaging, labeling and preparation of the investigational product will be performed in a way that will ensure blinding throughout the Randomized treatment Phase of the study.

No member of the study team in AstraZeneca, at investigational centers or the Clinical Research Organization (CRO) handling data will have access to the randomization scheme during the conduct of the study.

#### 3.4.3.2   Methods for unblinding the study

The two-panel carton labels contain unblinded information. In order to unblind the patient, the plastic is removed from the right portion of the label and the black covering is scratched from the surface of the label.

The product must not be unblinded except in medical emergencies when the appropriate management of the patient necessitates knowledge of the treatment randomization. The investigator(s) must document and immediately report to the assigned monitor any breaking of the blinding. AstraZeneca retains the right to break the blind in order to report serious adverse events to regulatory authorities.

CONFIDENTIAL
AZSER12776508

Unblinding will not occur for the planned analyses of data until all decisions on the evaluability of the data from each individual patient have been made and documented.

### 3.4.4        Pre-study, concomitant and post-study treatment(s)

### 3.4.4.1        Open-label treatment Phase

Nonpsychotropic medications, including over-the counter medications, taken by the patient before entry into the study may be continued during the study.  Other medication, which is considered necessary for the patient's safety and well-being may be given at the discretion of the investigator.  The administration of all medication (including investigational products) must be recorded in the appropriate sections of the case report form (CRF).

Women who enter the study with an intrauterine device in place, using oral contraceptives, or using injectable or implantable hormonal agents designed to prevent pregnancy may continue these treatments throughout the study.

Not more than 2 mg of lorazepam per day and no psychoactive and antipsychotic drugs other than those specifically allowed during the study (ie, quetiapine, assigned mood stabilizer, and zolpidem tartrate) can be used during the last 4 weeks prior to randomization (see Section 3.3.3.2).  Psychoactive and antipsychotic drugs could interfere with the effect of the study treatment.

Potent cytochrome P450 3A4 inhibitors and inducers are prohibited due to an interaction that could influence the effect of quetiapine.

After discontinuation, patients should be treated according to normal practice at the investigational center.

**Table 5**        **Permitted, restricted and prohibited medications during the Open-label treatment Phase**

| Use category | Type of medication |
| --- | --- |
| Permitted | Investigational product (quetiapine fumarate) |
| | Adjunct treatment (lithium/divalproex) |
| | Previous medications for medical, nonpsychiatric illnesses |
| | Oral contraceptives and contraceptive devices |
| Restricted | The following can be used for insomnia up to the specified dosage per night: zolpidem tartrate, 10 mg. |
| | Benztropine mesylate can be used up to 4 mg/day to treat extrapyramidal symptoms (EPS).  Prophylactic use is prohibited. |

CONFIDENTIAL
AZSER12776509

**Table 5**          **Permitted, restricted and prohibited medications during the Open-label treatment Phase**

| Use category | Type of medication |
| --- | --- |
| | Benzodiazepines as clinically indicated can be used with the exception of the last 4 weeks prior to randomization.  However, lorazepam can be used up to 2 mg any day during 4 weeks prior to randomization. |
| | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or divalproex) as clinically indicated can be used with the exception of the last 4 weeks prior to randomization. |
| | Depot antipsychotic medications as clinically indicated can be used with the exception of the last 8 weeks prior to randomization. |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) as clinically indicated can be used with the exception of the last 4 weeks prior to randomization. |
| Prohibited | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, intraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Potent cytochrome P450 3A4 inducers (including but not limited to phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids) |
| | Electroconvulsive therapy (ECT) |

The administration of all medication (including investigational products), the specific type of medication (trade or generic name), the indication for use, and the dates of usage must be recorded in the appropriate sections of the CRF.

### 3.4.4.2    Randomized treatment Phase

Nonpsychotropic medications, including over-the counter medications, taken by the patient before entry into the study may be continued during the study.  Other medication, which is considered necessary for the patient's safety and well-being may be given at the discretion of the investigator.  The administration of all medication (including investigational products) must be recorded in the appropriate sections of the case report form (CRF).

Women who enter the study with an intrauterine device in place, using oral contraceptives, or using injectable or implantable hormonal agents designed to prevent pregnancy may continue these treatments throughout the study.

CONFIDENTIAL
AZSER12776510

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

The use of psychoactive and antipsychotic drugs other than those specifically allowed during the study (ie, randomized treatment, assigned mood stabilizer, lorazepam and zolpidem tartrate) is prohibited (see Table 6). Psychoactive and antipsychotic drugs could interfere with the result of the study and are part of the endpoint criteria.

Potent cytochrome P450 3A4 inhibitors and inducers are prohibited due to an interaction that could influence the effect of quetiapine.

Investigators are encouraged to use the investigational product (quetiapine) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medication.

After discontinuation, patients should be treated according to normal practice at the investigational center.

**Table 6** **Permitted, restricted and prohibited medications during the Randomized treatment Phase**

| Use category | Type of medication |
| --- | --- |
| Permitted | Investigational product (quetiapine fumarate) |
| | Adjunct treatment (lithium/divalproex) |
| | Previous medications for medical, nonpsychiatric illnesses |
| | Oral contraceptives and contraceptive devices |
| Restricted | The following can be used for insomnia up to the specified dosage per night: zolpidem tartrate, 10 mg. |
| | Lorazepam can be used up to 2 mg/day during the Randomized treatment Phase. No other benzodiazepines are permitted. |
| | Benztropine mesylate can be used up to 4 mg/day to treat extrapyramidal symptoms (EPS). Prophylactic use is prohibited. |
| Prohibited | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, intraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Potent cytochrome P450 3A4 inducers (including but not limited to phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids) |
| | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or divalproex) |

CONFIDENTIAL
AZSER12776511

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

| Table 6 | Permitted, restricted and prohibited medications during the Randomized treatment Phase | |
|---|---|
| Use category | Type of medication |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) other than those specifically allowed. |
| | Electroconvulsive therapy (ECT) |

The administration of all medication (including investigational products), the specific type of medication (trade or generic name), the indication for use, and the dates of usage must be recorded in the appropriate sections of the CRF.

### 3.4.5    Treatment compliance

Compliance will be assessed based on the difference between dispensed and returned tablets. Patients regarded as non-compliant will, at the investigator's discretion, be discontinued.

## 4.    MEASUREMENTS OF STUDY VARIABLES AND DEFINITIONS OF OUTCOME VARIABLES

## 4.1    Primary variable

The primary variable measured will be time to recurrence of a manic event in days from randomization confirmed by at least 1 of the following as judged by the investigator:

- initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event

- hospitalization for a manic or mixed event

- YMRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues

- discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event

This outcome variable is used as the basis for the sample size calculation found in Section 6.

## 4.2    Screening and demographic measurements

The following data are to be collected at enrollment:

41(75)

CONFIDENTIAL
AZSER12776512

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

- Informed Consent

- Inclusion and exclusion criteria

- Date of birth, sex and ethnic origin

- Psychiatric history (including documentation of DSM-IV criteria for Bipolar I Disorder)

- Significant medical history and surgical history, prior medication history and concurrent medication

- Psychiatric Assessments (YMRS, MADRS, CGI-BP, and PANSS-P)

- Sheehan Disability Scale (SDS)

- Physical examination including direct ophthalmoscopy

- Laboratory assessments including clinical chemistry tests, hematology, thyroid function test, urine toxicology, urinalysis, and serum pregnancy test as detailed in Section 4.7.2

- Mood stabilizer levels (only for those patients currently taking mood stabilizer (lithium or divalproex) at screening)

- Vital signs (including pulse rate, systolic and diastolic blood pressures at supine and standing), height, and weight (see Section 4.7.3)

- Adverse events

- 12-lead ECG (see Section 4.7.4)

The data listed above will be recorded on the appropriate sections of the CRF.

An optional blood sample for genetic research, as described in Section 4.8, will be collected from patients who provide appropriate consent.

## 4.3    Patient-Reported Outcomes (PROs)

The methods for collecting Patient Reported Outcomes (PRO) data are presented below.

### 4.3.1    Sheehan Disability Scale (SDS)

#### 4.3.1.1    Methods of assessment

The Sheehan Disability Scale (SDS) uses a discretized visual analog scale to measure 3 items to assess symptom impact on overall disability, reviewing the last week.  The instrument

42(75)

CONFIDENTIAL
AZSER12776513

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

evaluates symptom impact and impairment in the domains of work/school, social life/leisure, and family life/home responsibility.

The SDS will be utilized to evaluate the level of functioning between mood events in the patient population.

#### 4.3.1.2    Derivation or calculation of variable

Each one of the 3 domains is rated from 0-10 (no impairment to most severe impairment) with evaluation of not at all (0), mild (1-3), moderate (4-6), marked (7-9) and extreme (10) disability.  A total score will be calculated.  A score of 30 indicates most severe impairment.

The total score and each of the 3 domains will be analyzed separately.  For total score, imputation of the mean of scores for the social life/leisure domain and the family life/home responsibilities domain, may be necessary for patients who do not work or go to school.

### 4.3.2    Life Charting Method Self/Prospective Rating Form (NIMH-LCM S/P)

#### 4.3.2.1    Methods of assessment

The NIMH-LCM S/P tracks on a daily basis the longitudinal course of the illness in terms of mood and functioning.  Daily recordings are made, at the end of the day, for hours of night time sleep, functional impairment resulting from manic or depressive symptoms on a 4-level severity scale (mild, moderate low, moderate high, severe) for manic and depressive symptoms respectively, number of mood switches per day, mood on a VAS 0-100 and impact of significant life events (eg, divorce, loss of job).

#### 4.3.2.2    Derivation or calculation of outcome variable

The NIMH-LCM S/P will be utilized to explore the number of mood switches between manic and depressed events.  It will also be utilized to explore decreases in the severity of manic and depressive symptoms between manic and depressed events.

Number of mood switches will be derived from the functional impairment scale and the assessment of number of mood switches per day.  Severity of manic and depressive symptoms will be derived from the functional impairment scale and the mood VAS.

### 4.3.3    Psychological General Well-being Scale (PGWB)

#### 4.3.3.1    Method of assessment

The PGWB is a 22-item scale used to provide scores in 6 subscales of anxiety, depressed mood, positive well-being, self-control, general health and vitality.  Each item is rated over a 6-point rating scale.

The PGWB will be utilized to explore the quality of life of the patients.  The scale includes both positive and negative questions reviewing the last week.

CONFIDENTIAL
AZSER12776514

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

#### 4.3.3.2    Derivation or calculation of outcome variable

The change from baseline (randomization) will be calculated at each assessment and at specified intervals.  The total score and each of the 6 domains will be analyzed separately.

#### 4.3.3.3    Administration of PRO questionnaires

The SDS will be administered at enrollment, randomization (ie, baseline), visit 4, visit 6 and at each visit thereafter (see Table 2 and Table 3).  The data will be recorded in the appropriate sections of the CRF.  The instrument should be administered prior to clinical evaluation.

From randomization, the NIMH-LCM S/P will be completed daily by the patients using an electronic diary.  The electronic data entered will be regarded as source data and will be transferred electronically to the study database at AstraZeneca.

The PGWB will be administered at randomization (ie, baseline), visit 4, 6 and at each visit thereafter (see Table 2 and Table 3).  The data will be recorded on the appropriate sections of the CRF.  The instrument should be administered prior to clinical evaluation.

## 4.4       Health Economic measurements and variables (Not applicable)

## 4.5       Pharmacokinetic measurement and variables (Not applicable)

## 4.6       Efficacy and pharmacodynamic measurement and variables

This study will not include pharmacodynamic measurements.  Table 7 shows how the efficacy variables of this study relate to the study objectives.

**Table 7          Efficacy objectives and variables relating to each objective**

| Objective | Variable |
|---|---|
| **Primary objective** | **Primary variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a manic event. | Time to manic event, defined as 1 of the following: |
| | (a)  Use of medication to treat a manic or mixed event (see Section 2.1) |
| | (b)  The event of hospitalization for a manic or mixed event |
| | (c)  YMRS score ≥20 for 2 consecutive assessments |
| | (d)  YMRS score ≥20 at final assessment AND patient discontinues |
| | (e)  Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event |
| **Secondary objective** | **Secondary variable** |

44(75)

CONFIDENTIAL
AZSER12776515

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

| Objective | Variable |
|---|---|
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a mood event. | Time to mood event, defined as 1 of the following:<br><br>(a) Use of medication to treat a manic, depressed or mixed event (see Section 2.2)<br><br>(b) The event of hospitalization for a manic, depressed or mixed event<br><br>(c) YMRS score ≥20 or MADRS score ≥20 for 2 consecutive assessments<br><br>(d) YMRS score ≥20 or MADRS score ≥20 at final assessment AND patient discontinues<br><br>(e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a depressed event. | Time to depressed event, defined as 1 of the following:<br><br>(a) Use of medication to treat a depressed or mixed event (see Section 2.2)<br><br>(b) The event of hospitalization for depressed or mixed event<br><br>(c) MADRS score ≥20 for 2 consecutive assessments<br><br>(d) MADRS score ≥20 at final assessment AND patient discontinues<br><br>(e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed or mixed event |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in decreasing the severity of manic and depressive symptoms between mood events. | YMRS total score<br><br>MADRS total score<br><br>CGI-BP score<br><br>NIMH-LCM S/P item scores |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in decreasing the severity of psychotic symptoms between mood events. | PANSS-P score |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in improving level of | SDS total score and by domain |

CONFIDENTIAL
AZSER12776516

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

| Objective | Variable |
|---|---|
| functioning between mood events. | |
| To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in reducing mood switching between manic and depressed events. | NIMH-LCM S/P score |
| To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in improving Quality of life (QOL). | PGWB score |

CGI-BP  Clinical Global Impression – Bipolar.  NIMH-LCM S/P Life Charting Method Self/Prospective Rating . MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-S  Positive and Negative Syndrome Scale-Positive Subscale.  PGWB  Psychological General Well-being Scale.  SDS  Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.

The methods for collecting efficacy data are presented in the following sections.

### 4.6.1     Time to event (manic, depressed or mixed)

#### 4.6.1.1     Methods of Assessment

An event will be defined as described in Table 7.

#### 4.6.1.2     Calculation or derivation of outcome variables

The onset of a mood event and the type of event (manic, depressed, or mixed) will be documented.  Time from randomization to onset of the event will be calculated by the sponsor.

### 4.6.2     Young Mania Rating Scale (YMRS)

#### 4.6.2.1     Methods of Assessment

To ensure consistency throughout the study, all investigators will receive training in rating the YMRS.  Only investigators certified by training and listed on FDA Form-1572 will be permitted to conduct the assessments.  The same rater should conduct all YMRS assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the YMRS.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The YMRS score will be recorded on the appropriate sections of the CRF.

#### 4.6.2.2     Calculation or derivation of outcome variables

The change from baseline (ie, randomization) will be calculated by the sponsor at each assessment and final assessment in YMRS.

CONFIDENTIAL
AZSER12776517

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

### 4.6.3        Montgomery-Asberg Depression Rating Scale (MADRS)

#### 4.6.3.1      Methods of Assessment

To ensure consistency throughout the study, all investigators will receive training in rating the MADRS.  Only investigators certified by training and listed on FDA Form-1572 will be permitted to conduct the assessments.  The same rater should conduct all MADRS assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the MADRS.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The MADRS score will be recorded on the appropriate sections of the CRF.

#### 4.6.3.2      Calculation or derivation of outcome variables

The change from baseline (ie, randomization) will be calculated by the sponsor at each assessment and final assessment in MADRS.

### 4.6.4        Positive and Negative Syndrome Scale- Positive Subscale (PANSS-P)

#### 4.6.4.1      Methods of Assessment

To ensure consistency throughout the study, all investigators will receive training in rating the PANSS-P.  Only investigators certified by training and listed on FDA Form-1572 will be permitted to conduct the assessments.  The same rater should conduct all PANSS-P assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the PANSS-P.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The PANSS-P score will be recorded on the appropriate sections of the CRF.

#### 4.6.4.2      Calculation or derivation of outcome variables

The change from baseline (ie, randomization) will be calculated by the sponsor at each assessment and final assessment in PANSS-P.

### 4.6.5        Clinical Global Impression- Bipolar (CGI-BP)

#### 4.6.5.1      Methods of Assessment

To ensure consistency throughout the study, all investigators will receive training in the CGI-BP.  The same rater should conduct all CGI-BP assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the CGI-BP.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The CGI-BP scores will be recorded on the appropriate sections of the CRF.

CONFIDENTIAL
AZSER12776518

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

### 4.6.5.2    Calculation or derivation of outcome variables

The change from baseline (ie, randomization) will be calculated by the sponsor at each assessment and final assessment in CGI-BP Severity of Illness.

## 4.7    Safety measurements and variables

Safety will be evaluated in terms of adverse events (AEs, including serious adverse events), discontinuations due to AEs, clinical laboratory analyses, vital signs, weight, body mass index (BMI), ECG changes, physical examination, and EPS.  Safety and tolerability will be evaluated using mainly descriptive statistical methods.  The methods for collecting safety data are described below.

If there is a change in the medical condition of the patient, in the opinion of the investigator, the physical examination and any relevant laboratory analyses may be repeated at any time during the study.

### 4.7.1    Adverse events

#### 4.7.1.1    Definitions

The definitions of adverse events (AEs), serious adverse events (SAEs) and other significant adverse events (OAEs) are given below.  It is of the utmost importance that all staff involved in the study are familiar with the content of this section.  The principal investigator is responsible for ensuring this.

It is AstraZeneca's standard practice continually to review all serious adverse events and to conduct a formal, regular review of all adverse events while the study is in progress.  If the patients' safety appears to be jeopardized at any point, AstraZeneca will terminate the study.

**Adverse event**

An adverse event is the development of an undesirable medical condition or the deterioration of a pre-existing medical condition following or during exposure to a pharmaceutical product, whether or not considered causally related to the product.  An undesirable medical condition can be symptoms (eg, nausea, chest pain), or signs (eg, tachycardia, enlarged liver).  In clinical studies, an AE can include an undesirable medical condition occurring at any time, including run-in or washout periods, even if no study treatment has been administered.

**Serious adverse event**

A serious adverse event is an AE occurring during any study phase (ie,, run-in, treatment, washout, follow-up), and at any dose of the investigational product, comparator or placebo, that fulfills one or more of the following criteria:

- results in death

- is immediately life-threatening

48(75)

CONFIDENTIAL
AZSER12776519

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

- requires in-patient hospitalization or prolongation of existing hospitalization

- results in persistent or significant disability or incapacity

- is a congenital abnormality or birth defect

- is an important medical event that may jeopardize the patient or may require medical intervention to prevent one of the outcomes listed above.

The causality of SAEs (ie, their relationship to study treatment) will be assessed by the investigator(s), who in completing the relevant case report form must answer "yes" or "no" to the question "Do you consider that there is a reasonable possibility that the event may have been caused by the drug?"  For further guidance on the definition of an SAE and a guide to the interpretation of the causality question, see Appendix B to the Clinical Study Protocol.

**Other significant adverse event (OAE)**

OAEs will be identified by the Drug Safety Physician and if applicable also by the Clinical Study Team Physician during the evaluation of safety data for the Clinical Study Report. Significant adverse events of particular clinical importance, other than SAEs and those AEs leading to discontinuation of the patient from study treatment, will be classified as OAEs. Examples of these are certain events that lead to intervention (other than those already classified as serious), marked hematological and other laboratory abnormalities, dose reduction, or significant additional treatment.  For each OAE, a narrative may be written and included in the Clinical Study Report.

### 4.7.1.2    Recording of adverse events

All AEs that occur during enrollment, during treatment, or at the final visit, whether or not related to the investigational product, must be recorded on the appropriate sections of the CRF.  A description of the event, its intensity, duration, action taken, and outcome must be given, along with the investigator's causality assessment of the relationship of the event to the investigational product.

Intensity is defined as one of the following:

- Mild:          awareness of sign or symptom, but easily tolerated
- Moderate:   discomfort sufficient to cause interference with normal activities
- Severe:       incapacitating, with inability to perform normal activities

It is important to distinguish between serious and severe AEs.  Severity is a measure of intensity whereas seriousness is defined by the criteria in Section 4.7.1.1 under SAEs.  An AE of severe intensity need not necessarily be considered serious.  For example, nausea, which persists for several hours, may be considered severe nausea, but not an SAE.  On the other hand a stroke, which results in only a limited degree of disability, may be considered a mild stroke but would be an SAE.

CONFIDENTIAL
AZSER12776520

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

If a diagnosis of the patient's condition has been made, then the diagnosis should be recorded as the SAE or the AE.  In instances of well-recognized symptoms, they can be recorded as the commonly used diagnosis (eg, fever, runny nose, and cough can be recorded as "flu").  However, if a diagnosis of the patient's condition has not been made, or if the individual symptoms are not well recognized, then the individual symptoms should be recorded separately.

A causality assessment must be recorded for all AEs.  The CRF asks the question, "In your medical judgment, is there a reasonable possibility that the event may have been caused by the investigational product?" (investigational product defined as randomized treatment plus mood stabilizer).  If there is any valid reason, even if undetermined or untested, for suspecting a possible cause-and-effect relationship between the investigational product and the occurrence of the AE, then this should be answered "yes".  Otherwise, if no valid reason exists for suggesting a possible relationship, then this should be answered "no".  If more than one AE is identified, a causality assessment must be made for each AE.  For further guidance, see Appendix B.

Any detrimental change in the patient's condition after the patient enters the study will be discussed with the investigator.  Where the detrimental change is considered by the investigator to constitute a progression or recurrence of bipolar mania or depression due to a lack of efficacy, this will not be considered to be an AE even where this necessitates or prolongs hospitalization.  However, if it is felt that the medicine may have contributed to the deterioration, this should be treated as an AE.

Patient reported outcome questionnaires (SDS, NIMH-LCM S/P, PGWB (see Section 4.3)) should not be used as instruments for collecting safety data. However, if information about an AE is elicited, this will be recorded on the AE CRF page.  If such an AE fulfils the definition of an SAE, it should be reported as described in section 4.7.1.3.

Abnormal laboratory tests including ECGs, or vital signs, should not be reported as AEs unless they fulfill the criteria for an SAE or lead to discontinuation.  If an abnormal laboratory test result or vital sign is associated with clinical signs and symptoms, the sign or symptom should be reported as the AE, and the associated test result or vital sign should be recorded on the appropriate CRF.

Should an overdose occur, it must be reported in accordance with the procedures described in Section 9.3.  All overdoses, with or without associated symptoms, should be reported as AEs.

Suicide or attempted suicide, irrespective of the method, but occurring in connection with the use of investigational product, should be reported as AEs (serious or non-serious).  This event should be identified as suicide or attempted suicide, and the method of the suicide or attempt should be provided.  If an attempted suicide meets the criteria for an SAE, the event must be reported according to the guidelines in Section 4.7.1.3.  Also refer to Section 9.4.

Should pregnancy occur, it must be reported in accordance with the procedures described in Section 9.5.  Pregnancy in itself is not regarded as an AE unless there is a suspicion that the investigational product may have interfered with the effectiveness of a contraceptive medication.

CONFIDENTIAL
AZSER12776521

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

The adverse event dictionary, Medical Dictionary for Regulatory Activities (MedDRA), will be used by AstraZeneca staff for the classification and analysis of AEs in the AMOS study database. For regulatory reporting, SAEs will be processed in the Clintrace Global Drug Safety Database and coded using MedDRA.

All AEs will be reported in the CRF at each visit throughout the study. This will include AEs spontaneously reported by the patient and/or observed by the physician or center staff. The patient will be asked a non-specific open question "Have you had any health problems since the previous visit?". Patients will also be instructed to volunteer adverse events noted at any time during the study. All positive responses must include the dates of onset and cessation, the intensity of the event, and the investigator's appraisal of each AE, and must be recorded on the appropriate sections of the CRF. If the intensity of an AE changes, only the maximum intensity of the event will be recorded.

Adverse events will be recorded from enrollment up to the final study visit, and during any follow-up period as required. All AEs and SAEs, including those that are ongoing at the end of the study or follow-up period, as required, will be followed to resolution or until such time in the investigator's opinion that the AE or SAE has become stable and unlikely to change.

New AEs occurring after the final visit are not actively sought or collected, however, SAEs occurring within 30 days after the patient has completed the study have to be reported to the AstraZeneca Drug Safety Department, as described in section 4.7.1.3.

The requirement to follow up is not intended to delay database lock or production of the clinical study report. Both these activities should proceed as planned with ongoing adverse events. Beyond the database lock, only serious unexpected AEs (as indicated in the IB) should be followed to resolution.

### 4.7.1.3    Reporting of serious adverse events

Investigators and other center personnel must inform appropriate AstraZeneca representatives of any SAE that occurs in the course of the study within 1 day (ie, immediately but no later than the end of the next business day) of when he or she becomes aware of it.

The AstraZeneca representative will work with the investigator to compile all the necessary information and ensure that the AstraZeneca Drug Safety Department (ie,, Clintrace Data Entry Site) receives a report by day 1 for all fatal and life-threatening cases and by day 5 for all other SAEs.

Follow-up information on SAEs must also be reported by the investigator within the same time frames.

If a non-serious AE becomes serious, this and other relevant follow-up information must also be provided to AstraZeneca within 1 day as described above.

All SAEs have to be reported, whether or not considered causally related to the investigational product. All SAEs will be recorded in the case report form. The investigator is responsible for informing the Ethics Committee and/or the Regulatory Authority of the SAE as per local requirements.

CONFIDENTIAL
AZSER12776522

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

If the reason for discontinuation from the study is death, this event may be reported as due to an adverse event. The cause of death should be documented on the appropriate CRF. Where the death is due to a combination of conditions, the investigator must decide on the primary cause of death and assign discontinuation to the appropriate category. The appropriate sections of the CRF should be completed for all conditions and reported to AstraZeneca as an SAE on the same day. The report should contain information regarding the co-involvement of disease, if appropriate, and incorporate information regarding the primary and secondary causes of death. The results of any post mortem examinations should be made available to AstraZeneca as soon as they are available.

### 4.7.2    Laboratory safety measurements and variables

Blood and urine specimens will be collected for hematology, clinical chemistry tests, thyroid function tests, serum pregnancy tests, urinalysis, and urine toxicology and these samples will be processed by a central laboratory (Quintiles Laboratories). For the glucose samples, the time of the last meal will be recorded in the CRF. In addition, blood samples will be collected to check trough serum concentrations of the mood stabilizer (lithium or divalproex) to meet stabilization criteria and as needed, at the discretion of the investigator, during the Randomized treatment Phase of the study. For information on total volume of blood to be drawn see Section 4.9.

#### 4.7.2.1    Methods of assessment

The following clinical laboratory tests will be performed following the assessment schedule outlined in Table 1, Table 2, and Table 3. For information on how AEs based on laboratory tests should be recorded and reported see Section 4.7.1.2.

- Hematology tests will include the following: hemoglobin concentration, hematocrit, red blood cell count, total and differential white blood cell counts, and platelet count

- Clinical chemistry tests will include the following: total bilirubin, alkaline phosphatase, alanine transaminase (ALT), aspartate transaminase (AST), creatinine, BUN, sodium, potassium, chloride, glucose, bicarbonate, high-density lipoprotein cholesterol, triglycerides, low-density lipoprotein cholesterol, total cholesterol, and glycosylated hemoglobin levels (HbA$_{1C}$), and prolactin

- Thyroid function tests will include the following: thyroid stimulating hormone (TSH), free triiodothyronine (free T3) and free thyroxine (free T4)

- Serum pregnancy tests (βHCG) (only at enrollment and Final Visit or discontinuation)

- Mood stabilizer levels (lithium or divalproex)

- Urinalysis (chemistry and specific gravity) (only at enrollment and Final Visit or discontinuation)

52(75)

CONFIDENTIAL
AZSER12776523

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

- Urine toxicology screen (only at enrollment)

### 4.7.2.2    Calculation or derivation of outcome variables

For the Open-label treatment Phase, the change in laboratory measurements from enrollment to randomization visit will be calculated by the sponsor.  For the Randomized treatment Phase, the change in laboratory measurements from randomization to final visit will be calculated by the sponsor.  Change from enrollment to final visit will also be calculated.

Laboratory test values will be compared to the laboratory standard normal ranges and flagged with H (High) or L (Low) if they are outside of the normal range.  In addition, treatment emergent laboratory changes identified using computerized methods to compare results or changes from baseline to standard extended ranges will be flagged at the patient and test level. Source data will be electronically transferred from the central laboratory to the study database at AstraZeneca.

### 4.7.3    Vital signs and weight measurement and variables

### 4.7.3.1    Methods of assessment

Blood pressure, pulse rate, and weight will be recorded at enrollment and at subsequent study visits as described in Table 1, Table 2 and Table 3.  Blood pressure and pulse rate will be recorded in supine position and 2 minutes after the patient has been standing. The method used at baseline must be used at each subsequent recording.  Weight must be measured (in kg) with the patient in light clothing, without shoes, and must be recorded using the same scale and at approximately the same time of day at each visit.  For information on how AEs based on vital signs and weight should be recorded and reported see Section 4.7.1.2.

Data will be recorded on the appropriate sections of the CRF.

### 4.7.3.2    Calculation or derivation of outcome variables

Change from baseline in vital signs, and weight will be derived as the value at the visit minus the value at randomization.  Values outside the extended range will be flagged.  Body mass index will be calculated as $kg/m^2$.  During the Open-label treatment Phase, change from enrollment baseline to randomization visit will be summarized for each measurement by assigned mood stabilizer.  During the Randomized treatment Phase, change from randomization baseline to final visit will be summarized for each measurement by randomized treatment, and by randomized treatment and assigned mood stabilizer.  Change from enrollment baseline to final visit will be summarized for each measure by randomized treatment, and by randomized treatment and assigned mood stabilizer.

### 4.7.4    Electrocardiogram (ECG) safety measurements and variables

### 4.7.4.1    Methods of assessment

A 12-lead ECG for patients will be acquired at the site, at enrollment and at subsequent visits as outlined in Table 1, Table 2, and Table 3 and using a unit provided by the central ECG laboratory.  The data will be transmitted to the central ECG laboratory.  Quality assurance of

CONFIDENTIAL
AZSER12776524

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

the ECG Waveform will be conducted by eResearch Technology, Inc (eRT). ECGs will be processed through a computer interpretation program and then reviewed first by an ECG analyst and then by a board-certified cardiologist. Results will be faxed and a hard-copy report mailed to the site within 24 hours for the enrollment assessment. All other reports will be faxed and mailed within 72 hours of the assessment. The time of the ECG will be recorded in the central ECG laboratory database. Data will be transferred electronically to the study database at AstraZeneca. For information on how AEs based on ECGs should be recorded and reported see Section 4.7.1.2. All ECG print outs and hard copy reports should be signed and dated by the investigator.

ECG results should be reviewed for potential clinical significance, which should be determined by the investigator in consultation with the cardiologist at the ECG laboratory, if needed.

### 4.7.4.2 Calculation or derivation of outcome variables

Change from baseline for interval data and rate data will be derived by subtracting the randomization value from the final assessment value. Values outside the extended range will be flagged. During the Open-label treatment Phase, change from enrollment baseline to randomization visit will be summarized for each measurement by assigned mood stabilizer. During the Randomized treatment Phase, change from randomization baseline to final visit will be summarized for each measurement by randomized treatment, and by randomized treatment and assigned mood stabilizer. Change from enrollment baseline to final visit will be summarized for each measure by randomized treatment, and by randomized treatment and assigned mood stabilizer.

### 4.7.5 Physical Examination

### 4.7.5.1 Methods of assessment

A complete physical examination, including direct ophthalmoscopy, according to local routine practice will be conducted at enrollment and at subsequent visits as outlined in Table 1, Table 2, and Table 3 and recorded by body system on the appropriate sections of the CRF.

### 4.7.5.2 Calculation or derivation of outcome variables

Changes from enrollment examination will be reported.

### 4.7.6 Neurological Assessments and variables

### 4.7.6.1 Methods of assessment

EPS will be assessed as follows: Parkinsonian symptoms will be assessed using the Simpson-Angus Scale (SAS), akathisia will be measured by the Barnes Akathisia Rating Scale (BARS), and dyskinesia will be assessed using the Abnormal Involuntary Movement Scale (AIMS). Each of these assessments will be administered by the investigator at specified visits as defined in Table 2 and Table 3.

Assessments will be recorded on the appropriate sections of the CRF.

CONFIDENTIAL
AZSER12776525

### 4.7.6.2    Calculation or derivation of outcome variables

For SAS and AIMS, individual item scores will be added to obtain a total score for each assessment.  The changes from baseline (ie, randomization) will be calculated at each assessment for the 3 neurological assessments above.

## 4.8    Genetic sampling and storage

The study includes the option for enrolled patients to provide a blood sample from which DNA will be extracted and archived for genetic research.  Genetic factors have been clearly implicated in susceptibility to bipolar disease, as indicated by concordance in monozygotic and dizygotic twins, respectively, of 57% and 14%, and by the correlation of risk in adopted persons with that in their biologic relatives (Cadoret 1978).

The analysis of these samples will be limited to research aimed at identifying genetic polymorphisms that influence (1) susceptibility to bipolar disease and related psychiatric symptoms ("disease genetics") and/or (2) disposition of or response to treatment ("pharmacogenetics").  The samples will not be used for any other purpose.

Consent for genetic testing will be obtained through a form separate from that used for the main study.  This form will specifically state that sampling is optional and not a requirement for study participation.  The genetic research component of this protocol is optional for study sites as well as individual patients.

For patients who consent to genetic testing, an additional 10 ml of blood will be drawn. Sampling will generally be coordinated with a scheduled phlebotomy (usually at the enrollment visit), but may be collected on another occasion during the clinical study.  Blood samples for genetic research will be labeled only with patient enrollment numbers (ie, not with personal identifiers), and, to further protect confidentiality, will be recoded prior to DNA extraction and analysis.  A restricted-access file linking the original and new code numbers will be stored in a secure facility at AstraZeneca.  This link will be used (1) to identify relevant DNA samples for analysis, (2) to facilitate correlation of genotypic results with clinical data, (3) where required by law, to allow regulatory audit, and (4) to locate samples for destruction in the case of withdrawal of consent.  Genetic analyses will involve only double-coded samples and double-coded clinical data.

Once DNA testing has been performed, AstraZeneca cannot destroy DNA results.  DNA samples will be stored for a maximum of 15 years from completion of the clinical study; they will then be destroyed.

All genetic test results will be kept confidential in accordance with all applicable laws.  Test results that lack personal identifying information may be reviewed with research collaborators and published.  Otherwise, no genetic test results will be made available to the patient; to any insurance company, employer, or family member; or to the investigator or any other present or future treating physician.

CONFIDENTIAL
AZSER12776526

The results of any genetic testing, any genetic analyses, any genetic sequences, patents, diagnostic tests, drugs, or biological products developed directly or indirectly as a result of this study, as well as any information derived directly or indirectly from the samples collected in this study, are the sole property of the study sponsor (and its successors, licensees, and assigns) and may be used for commercial purposes. Participating patients have no right to this property or to any share of the profits that may be earned directly or indirectly as a result of this study.

## 4.9    Volume of blood sampling and handling of biological samples

The total volume of blood that will be drawn from each patient in this study is as follows:

**Table 8          Volume of blood to be drawn from each patient**

| Assessment | | Sample volume (mL) | N of samples | Total volume (mL) |
|---|---|---|---|---|
| Safety | Clinical chemistry and Thyroid functioning | 8.5 | 9 | 76.5 |
| | Hematology | 4.5 | 13 | 58.5 |
| | Serum pregnancy[a] | - | 3 | - |
| Mood Stabilizer | | 5 | 32 | 160 |
| Genotyping | | 10 | 1 | 10 |
| **Total** | | **28** | **58** | **305** |

[a]Sample volume included in sample volume for Clinical chemistry and Thyroid functioning

Procedures for collecting, labeling, storing and shipping all biological samples will be defined by the central laboratory (Quintiles Laboratories), which will be handling the analysis and reporting of results from the samples.

## 5.    DATA MANAGEMENT

Case Report Forms (CRFs) will be provided for recording of data. The forms will be in triplicate with carbonless paper. Data will be recorded legibly onto the CRFs with black ink, preferably with a ballpoint pen. If any data are not available, omissions will be indicated on the CRFs. Corrections should be made legibly and be initialed and dated. Correction fluid or covering labels must not be used. The top original and the first copy of the completed form will be collected and returned to AstraZeneca/AstraZeneca's agent and the investigator will retain the second copy.

Data received electronically by AstraZeneca from a validated source will be loaded directly into the study database for analysis. Further data checking and validation will be performed

CONFIDENTIAL
AZSER12776527

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

until the database corresponds completely with the data collected in the CRFs. Any queries raised by AstraZeneca/AstraZeneca's agent should be answered by the investigator.

Data will be cleaned on a regular basis by AstraZeneca/AstraZeneca's agent. Clean file for the final database will be declared at AstraZeneca when all data have been set to clean by AstraZeneca and after consistency check between center/countries and a final quality control (QC) on an agreed sample of the data have been performed.

The Data Management Plan (DMP) written by the Clinical Data Manager (CDM) at AstraZeneca will describe the methods used to collect, check, transfer and process clinical data in the study. It will also clarify the roles and responsibilities of the different functions and personnel involved in the data management process.

# 6. STATISTICAL METHODS AND DETERMINATION OF SAMPLE SIZE

## 6.1 Statistical evaluation – general aspects

A comprehensive Statistical Analysis Plan (SAP) will be prepared before unblinding of the data. The Biostatistical Group of AstraZeneca will perform all analyses using the most recent validated version of SAS®.

### 6.1.1 Multiplicity

A stepwise sequential procedure will be used for the confirmatory part of this study to ensure a multiple level of significance of 0.05. The following outcome variables will be tested sequentially

1. Time to a manic event

   The null hypothesis is that the between group hazard ratio is equal to unity.

2. Time to a mood event

   The null hypothesis is that the between group hazard ratio is equal to unity.

3. Time to a depressed event

   The null hypothesis is that the between group hazard ratio is equal to unity.

4. Mean change in SDS Total Score

   The null hypothesis is that the between group difference in mean change is zero.

A 2-sided test for each of these null hypotheses will be performed at a significance level of 0.05.

CONFIDENTIAL
AZSER12776528

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

A successful outcome of the primary analysis (1st step) is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a manic event.

No confirmatory claims for time to a mood event (2nd step) will be made unless the null hypotheses in both the 1st and 2nd step are rejected. A successful outcome in both these steps is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a mood event.

No confirmatory claims for time to a depressed event (3rd step) will be made unless the null hypothesis in the 1st, 2nd and 3rd step are all rejected. A successful outcome in all these steps is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a depressed event.

No confirmatory claims for SDS Total Score (4th step) will be made unless the null hypotheses in the 1st, 2nd, 3rd and 4th steps are all rejected. A successful outcome on all these steps is regarded as evidence that quetiapine as adjunct to mood stabilizer is more effective than mood stabilizer alone in improving level of functioning between mood episodes.

This stepwise sequential procedure ensures a multiple level of significance of 0.05 and concords to the CPMP guideline (CPMP guideline, Points to Consider on Multiplicity Issues in Clinical Studies).

Analyses made to check for robustness and/or validity of the primary analysis will be exploratory and focusing on presenting point estimates and 95% confidence intervals for the hazard ratio of quetiapine as adjunct to a mood stabilizer versus a mood stabilizer alone. The main purpose is to increase confidence in the results obtained from the primary analysis and no adjustment of the confidence levels used or the p-values displayed are therefore needed.

No confirmatory claims will be made for the other secondary outcome variables but p-values will generally be presented in order to aid the interpretation of the result. The confidence levels and p-values displayed will be unadjusted for multiplicity and the overall interpretation of these results will need to take multiplicity issues into account.

## 6.2 Description of outcome variables in relation to objectives and hypotheses

### 6.2.1 Primary study objective and outcome variable

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a manic event in patients with Bipolar I Disorder. Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event, (2) hospitalization for a manic or mixed event, (3) YMRS score $\geq 20$ at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event.

CONFIDENTIAL
AZSER12776529

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

This objective will be tested using the outcome variable of time to manic event. This will be defined as the time from randomization to the first of the above listed events. In the case of YMRS score ≥20 at 2 consecutive assessments, the event start time will be the time of the first of the 2 consecutive assessments. In the case of YMRS score ≥20 at the final assessment, the time will be the time to the final assessment.

The proportions of patients having a manic event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.

### 6.2.2    Secondary objective: time to mood event

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time in days to recurrence of a mood event (manic or depressed). Recurrence is defined as (1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event, (2) hospitalization for a manic, depressed or mixed event, (3) YMRS score ≥20 or MADRS score ≥20 at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event.

This objective will be tested using the outcome variable of time to mood event. This will be defined as the time from randomization to the first of the above listed events. In the case of , YMRS score ≥20 or MADRS score ≥20 at 2 consecutive assessments, the event start time will be the time of the first of the 2 consecutive assessments with YMRS score ≥20, or to the first of 2 consecutive assessments with MADRS score ≥20. In the case of YMRS score ≥20 or MADRS score ≥20 at the final assessment, the time will be the time to the final assessment.

The proportions of patients having a mood event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.

### 6.2.3    Secondary objective: time to depressive event

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time in days to recurrence of a depressed event. Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed or mixed event, (2) hospitalization for a depressed or mixed event, (3) MADRS score ≥20 at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed or mixed event.

This objective will be tested using the outcome variable of time to depressed event. This will be defined as the time from randomization to the first of the above listed events. In the case of MADRS score ≥20 at 2 consecutive assessments, the event start time will be the time of the

59(75)

CONFIDENTIAL
AZSER12776530

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

first of the 2 consecutive assessments with MADRS score ≥20.  In the case of MADRS score ≥20 at the final assessment, the time will be the time to the final assessment.

The proportions of patients having a depressed event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.

### 6.2.4    Secondary objective: severity of manic and depressive symptoms

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in decreasing the severity of manic and depressive symptoms between mood events.

This objective will be tested using the following outcome variables:

- YMRS change from baseline (ie, randomization) score at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, depressed, or mixed event (as defined previously).

- MADRS change from baseline (ie, randomization) score at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, depressed, or mixed event (as defined previously).

- CGI-BP change from baseline (ie, randomization) scores at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, depressed, or mixed event (as defined previously).

- NIMH-LCM S/P scores after randomization and before the patient discontinues from the study, or meets the criteria for a manic, depressed, or mixed event (as defined previously).

### 6.2.5    Secondary objective: severity of psychotic symptoms

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in decreasing the severity of psychotic symptoms between mood events.

This objective will be tested using the following outcome variables:

- PANSS-P change from baseline (ie, randomization) score at visits as defined in Table 2 and Table 3 after randomization and before the patient discontinues from the study, or meets the criteria for a manic, depressed, or mixed event (as defined previously).

### 6.2.6    Secondary objective: level of functioning

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in improving level of functioning between mood events.

CONFIDENTIAL
AZSER12776531

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

This objective will be tested using the Sheehan Disability Scale. The total score and each of the 3 domains will be analyzed separately. For total score, imputation of the mean of scores for the social life/leisure domain and the family life/home responsibilities domain, may be necessary for patients who do not work or go to school.

The SDS Total Score will be summarized for each patient using the mean change from baseline across all assessments between randomization and up to, but excluding the first mood event. The 3 functional domains of the SDS will be summarized using similar methods to those for the SDS Total Score.

### 6.2.7      Secondary objective:  switching between manic and depressive moods

This objective is to explore the efficacy of quetiapine versus placebo in reducing mood switching between manic and depressive symptoms as assessed by the NIMH-LCM S/P.

This objective will be tested using outcome variables derived from the daily assessments generated in the NIMH-LCM S/P. The NIMH-LCM S/P will be utilized to determine the number of mood switches per month for patients. Evaluations will be described more in detail in the SAP.

### 6.2.8      Secondary objective: quality of life and well-being

This objective is to explore the efficacy of quetiapine versus placebo in improving QOL as assessed by the PGWB.

This objective will be tested using the scores from PGWB assessment between randomization and the time at which a patient either discontinues or meets the criteria for a manic, depressed, or mixed event. The change in baseline will be calculated at each assessment (observed cases) and specified intervals. The total score will be analyzed and each of the 6 domains will also be analyzed independently.

### 6.2.9      Secondary objective: patient acceptance

This objective is to explore the level of patient acceptance of quetiapine versus placebo as assessed by time to all-cause discontinuation.

This objective will be tested using the outcome variables of time between randomization and discontinuation from the study (for any reason).

### 6.2.10     Secondary objective:  safety and tolerability

This objective is to determine whether quetiapine when used as adjunct to mood stabilizer (lithium or divalproex) is safe and well tolerated during the Randomized treatment Phase.

This objective will be tested using the following outcome variables, which are grouped according to type of outcome.

CONFIDENTIAL
AZSER12776532

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

### 6.2.10.1    Adverse Events

All adverse events will be reported by randomized treatment and assigned mood stabilizer (lithium and divalproex), separately for the Open-label treatment Phase and the Randomized treatment Phase.  These are described in more depth in Section 4.7.1.

### 6.2.10.2    Laboratory safety measurements and variables

These are described in Section 4.7.2.

### 6.2.10.3    Vital signs and weight measurement

These are described in Section 4.7.3, with the addition of the outcome variable of increase in weight by $\geq 7\%$ of baseline weight.

### 6.2.10.4    Electrocardiogram (ECG) safety measurements and variables

These are described in Section 4.7.4.

### 6.2.10.5    Neurological Assessments

The following 3 neurological assessments are detailed in Section 4.7.6:

- Change from baseline (ie, randomization) SAS score

- Change from baseline (ie, randomization) BARS score

- Change from baseline (ie, randomization) AIMS score

## 6.3    Description of analysis sets

Data analyses will be based on the 4 patient populations, defined below.

- The open-label safety population will include all patients who entered the Open-label treatment Phase and took study treatment.  Data from this population will be used for safety analyses during the Open-label treatment Phase.

- The randomized safety population will include all patients who took randomized study treatment during the Randomized treatment Phase, classified according to actual treatment taken.  Data from this population will be used for safety analyses during the randomization phase.

- The intent-to-treat (ITT) population will include all randomized patients who took study treatment, classified according to their randomized treatment.  Data from this population will be used in most efficacy analyses.

- The per-protocol (PP) population will be the subset of ITT patients who did not have any protocol violations or deviations affecting efficacy.  Data collected after a patient had a deviation that significantly affected efficacy would be excluded from

CONFIDENTIAL
AZSER12776533

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

analysis.  Data from this population will be used as a consistency check only for the primary study analysis.

## 6.4      Method of statistical analysis

### 6.4.1      Time to manic event

The main analysis of the time to manic event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals.  This will be a 2-sided test of the hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting manic or mixed event criteria.  Time of censoring will be the date of the patient's final assessment.

The assigned adjunctive mood stabilizer (either lithium or divalproex) will be included as a covariate.

The effects of center and treatment-by-center interaction will not be formally investigated because the effect of centers will be confounded with previously listed covariates.  No analysis will be performed of individual centers or a subgroup of centers.

In addition the number and the proportion of patients having a manic event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

### 6.4.2      Time to mood event

The main analysis of the time to mood event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals.  This will be a 2-sided test of the hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting manic, depressed, or mixed event criteria.  Time of censoring will be the date of the patient's final assessment.

The assigned adjunctive mood stabilizer (either lithium or divalproex) will be included as a covariate.

The effects of center and treatment-by-center interaction will not be formally investigated because the effect of centers will be confounded with previously listed covariates.  No analysis will be performed of individual centers or a subgroup of centers.

In addition the number and the proportion of patients having a mood event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

CONFIDENTIAL
AZSER12776534

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

### 6.4.3        Time to depressive event

The main analysis of the time to depressed event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals.  This will be a 2-sided test of the hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting depressed or mixed event criteria.  Time of censoring will be the date of the patient's final assessment.

The assigned adjunctive mood stabilizer (either lithium or divalproex) will be included as a covariate.

The effects of center and treatment-by-center interaction will not be formally investigated because the effect of centers will be confounded with previously listed covariates.  No analysis will be performed of individual centers or a subgroup of centers.

In addition the number and the proportion of patients having a depressed event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

### 6.4.4        Severity of manic or depressive symptoms

YMRS, MADRS, CGI-BP, and scores will be analyzed using a repeated measures analysis of all assessments between randomization and up to, but excluding the mood event.  The estimated difference between the least square means of the treatment groups will be used as the test statistic, with a statistical significance level of 0.05.  By using the least-squares means, the analysis will adjust for differences in covariates.

The assigned adjunctive mood stabilizer (either lithium or divalproex) and visit will be included as a fixed effect covariate.  Other potential covariates will be examined and finalized in the SAP.

Details of the analysis of the NIMH-LCM S/P score will be described in the SAP.

### 6.4.5        Severity of psychotic symptoms

The PANSS-P scores will be analyzed using the same techniques as the YMRS and MADRS scores.

### 6.4.6        Level of functioning

Global level of functioning between mood events, as assessed by the SDS total score will be evaluated as a secondary outcome of particular interest. The key outcome variable for this claim will be the mean change from baseline of the SDS total score (ie, the sum of the 3 domains; Work/school, Social life and Family/Home responsibilities). For patients with a documented mood event (manic, depressed or mixed), all assessments from randomization to

CONFIDENTIAL
AZSER12776535

the last assessment prior to the event will be used when calculating mean change from baseline of the SDS total score. For patients not experiencing a mood event during the study, all available assessments will be used.

This outcome variable will be analyzed by using an Analysis of Covariance model with treatment and assigned mood stabilizer as fixed effects and the SDS total score at baseline as a covariate. The null hypothesis of no difference in the mean SDS total score between treatment groups will be tested in favor of the alternative that there is a difference. A statistically significant result in favor of quetiapine will provide evidence that quetiapine is more effective than placebo, as adjunct to mood stabilizers, in improving level of functioning in between mood episodes.

In addition, the estimated mean of the mean change in SDS total score for each treatment group, the estimated difference between groups and the corresponding 95% confidence intervals will be calculated using the above model.  Similar analyses will be performed separately for the 3 SDS domains (Work/school, Social life and Family/Home).

### 6.4.7    Switching

The frequency of mood switching will be assessed using the NIMH-LCM S/P.  Details of the analysis will be described in the SAP.

### 6.4.8    Quality of life and well-being

The Quality of life and well-being will be assessed using the PGWB.  Details of the analysis will be described in the SAP.

### 6.4.9    Patient acceptance

Time to all-cause discontinuation will be analyzed with the same Cox proportional hazards techniques as in the main analysis of the primary outcome variable.  This will estimate a hazard ratio of discontinuation between treatment groups, with 95% confidence intervals. Details of the analysis will be finalized in the SAP.

### 6.4.10    Safety and tolerability analyses

Safety and tolerability will be assessed for the Open-label treatment Phase, the Randomized treatment Phase, and across the entire study interval.  Safety and tolerability will be evaluated by assigned mood stabilizer (lithium or divalproex).  Clinically significant thresholds will be identified in the SAP.

### 6.4.10.1    Adverse Events

Serious adverse events, adverse events leading to death, and adverse events leading to discontinuation of patients from the study will be tabulated.

Adverse events will be classified using the Medical Dictionary for Regulatory Activities (MedDRA) system of nomenclature.  Numbers of events and crude incidence rates will be tabulated by body system and preferred term.  If a particular adverse event occurs more than

CONFIDENTIAL
AZSER12776536

once in any patient, the event will contribute only 1 observation to the numerator of the crude incidence rate.  If the intensity or seriousness of the adverse event changes, the overall intensity or seriousness will be the maximum intensity or seriousness of the multiple recurrences.  The denominator of the rate will comprise all patients exposed to treatment.  The intensities of all events will also be tabulated.

No statistical analyses are planned of adverse event incident rates.  Only descriptive statistics will be generated.

### 6.4.10.2   Laboratory safety measurements and variables

Descriptive statistics will present change in laboratory measurements from baseline.  In addition, clinically significant values will be summarized using shift tables.

### 6.4.10.3   Vital signs and weight measurement

Descriptive statistics will present change in vital sign measurements from baseline.  In addition, clinically significant values will be summarized using shift tables.

The number and proportion of patients who have a weight gain $\geq 7\%$ will be summarized by baseline BMI category.

### 6.4.10.4   Electrocardiogram (ECG) measurements

Descriptive statistics will present change in ECG measurements from baseline.  In addition, clinically significant values will be summarized using shift tables.

### 6.4.10.5   Neurological Assessments

Descriptive statistics will present change in SAS, BARS, and AIMS measurements from baseline.

## 6.5      Determination of sample size

The primary outcome variable in this study is time to recurrence of a manic event.  This variable will be analyzed using Cox proportional hazards model.  Assuming a hazard ratio of 0.6 for quetiapine versus placebo, this analysis requires at least 162 patients with a documented recurrence of mania (with a two-tailed test with significance level of 0.05 and a power of 90%.).

Recruitment of patients to the Open-label treatment Phase will be stopped by the sponsor when it is estimated that a sufficient number of patients have been recruited to provide a total of 162 manic events.

The study will be terminated by the sponsor when both of the following conditions have been fulfilled:

1. the required number of events has occurred (at least 162 manic events)

CONFIDENTIAL
AZSER12776537

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

2. all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

Patients reaching 28 weeks of randomized treatment before the above is fulfilled will continue until the study is terminated by the sponsor or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

Assuming that 22.5% of the patients will have a manic recurrence, approximately 720 patients will need to be randomized.  If 50% of the enrolled patients fulfill the criteria for randomization this will lead to approximately 1440 enrolled patients.

The assumptions made for the power calculations were based on information from a 1-year recurrence prevention study with the atypical antipsychotic drug olanzapine (Tohen, Marneros, Bowden et al 2002).  In this study the rate of a manic recurrence at 1 year was approximately 15% in the olanzapine group and 30% in the lithium group.

## 6.6     Interim analyses (Not applicable)

## 6.7     Data and safety monitoring board (Not applicable)

## 7.     STUDY MANAGEMENT

## 7.1     Monitoring

Before first patient enters into the study, a representative of AstraZeneca or company representing AstraZeneca will visit the investigational study center to:

- determine the adequacy of the facilities

- discuss with the investigator(s) (and other personnel involved with the study) their responsibilities with regard to protocol adherence, and the responsibilities of AstraZeneca or its representatives.  This will be documented in a Clinical Study Agreement between AstraZeneca and the investigator.

- discuss where source data will be recorded (eg, medical record(s), CRF and other associated documents).  This will be documented in the Clinical Study Agreement between AstraZeneca and the investigator.

During the study, a monitor from AstraZeneca or company representing AstraZeneca will have regular contacts with the investigational center, including visits to:

- provide information and support to the investigator(s)

- confirm that facilities remain acceptable

CONFIDENTIAL
AZSER12776538

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

- confirm that the investigational team is adhering to the protocol, that data are being accurately recorded in the case report forms (CRFs), and that investigational product (quetiapine or placebo) accountability checks are being performed

- perform source data verification (a comparison of the data in the CRFs with the patient's medical records at the hospital or practice, and other records relevant to the study).  This will require direct access to all original records for each patient (eg, clinic charts).

The monitor or another AstraZeneca representative will be available between visits if the investigator(s) or other staff at the center need information and advice.

## 7.2    Audits and inspections

Authorized representatives of AstraZeneca, a regulatory authority, an Independent Ethics Committee (IEC) or an Institutional Review Board (IRB) may visit the center to perform audits or inspections, including source data verification.  The purpose of an AstraZeneca audit or inspection is to systematically and independently examine all study-related activities and documents to determine whether these activities were conducted, and data were recorded, analyzed, and accurately reported according to the protocol, Good Clinical Practice (GCP), guidelines of the International Conference on Harmonization (ICH), and any applicable regulatory requirements.  The investigator should contact AstraZeneca immediately if contacted by a regulatory agency about an inspection at his or her center.

## 7.3    Training of staff

The principal investigator will maintain a record of all individuals involved in the study (medical, nursing and other staff).  He or she will ensure that appropriate training relevant to the study is given to all of these staff, and that any new information of relevance to the performance of this study is forwarded to the staff involved.

To ensure consistency throughout the study, all investigators will receive training in rating the assessment scales.  Only investigators certified by training and listed on FDA Form-1572 will be permitted to conduct the assessments.

## 7.4    Changes to the protocol

Study procedures will not be changed without the mutual agreement of the Principal Investigator and AstraZeneca.

If it is necessary for the study protocol to be amended, the amendment or a new version of the study protocol (Amended Protocol) must be notified to or approved by each IRB or IEC, and if applicable, also the local regulatory authority, before implementation.  Local requirements must be followed.

If a protocol amendment requires a change to a particular center's Written Informed Consent Form, then AstraZeneca and the center's IRB or IEC must be notified.  Approval of the

68(75)

CONFIDENTIAL
AZSER12776539

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

revised Written Informed Consent Form by AstraZeneca and by the IRB or IEC is required before the revised form is used.

AstraZeneca or a company representing AstraZeneca will distribute amendments and new versions of the protocol to each principal investigator(s), who in turn is responsible for the distribution of these documents to his or her IRB or IEC, and to the staff at his or her center. The distribution of these documents to the regulatory authority will be handled according to local practice.

## 7.5    Study agreements

The principal investigator at each center must comply with all the terms, conditions, and obligations of the Clinical Study Agreement for this study.  In the event of any inconsistency between this Clinical Study Protocol and the Clinical Study Agreement, the Clinical Study Agreement shall prevail.

## 7.6    Study timetable and termination

First patient is planned to be enrolled in October 2003 and that the last patient is estimated to complete the study in May 2006.  The recruitment period is estimated to begin in October 2003 and end in April 2005, or when the Sponsor notifies the investigator as described in Section 3.1.4.

Before a patient's enrollment in the study and any study-related procedures are undertaken the following should be fulfilled:

- signed Clinical Study Protocol and other agreements between AstraZeneca and the Principal Investigator/Study Center.

- written approval of the study by the IRB/IEC

- written approval of the study, if applicable, by the regulatory authority

- signed and dated FDA Form 1572

- signed and dated Financial Disclosure forms for all study personnel listed on the most recent version of FDA Form 1572

The study will be terminated by AstraZeneca as described in section 3.1.4.

## 8.    ETHICS

## 8.1    Ethics review

It is hoped that the treatment will be of benefit to the patient and that the information retrieved will lead to more efficacious treatments of Bipolar I Disorder.  The study drugs may cause

CONFIDENTIAL
AZSER12776540

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

side effects, including risks that have not been identified in previous studies. The study involves blood sampling, which may cause discomfort to the patient.

The final study protocol, including the final version of the Written Informed Consent Form, must be approved or given a favorable opinion in writing by an IRB or IEC as appropriate. The investigator must submit written approval to AstraZeneca before he or she can enroll any patient into the study.

The principal investigator(s) is responsible for informing the IRB or IEC of any amendment to the protocol in accordance with local requirements. In addition, the IRB or IEC must approve all advertising used to recruit patients for the study. The protocol must be re-approved by the IRB or IEC annually, as local regulations require.

Progress reports and notifications of serious unexpected adverse drug reactions will be provided to the IRB or IEC according to local regulations and guidelines.

The principal investigator(s) is also responsible for providing the IRB with reports of any serious adverse drug reactions from any other study conducted with the investigational product, if applicable. AstraZeneca will provide this information to the principal investigator(s).

## 8.2     Ethical conduct of the study

The study will be performed in accordance with ethical principles that have their origin in the Declaration of Helsinki and are consistent with ICH/GCP, applicable regulatory requirements and the AstraZeneca policy on Bioethics.

## 8.3     Written informed consent

The principal investigator(s) at each center will ensure that the patient is given full and adequate oral and written information about the nature, purpose, possible risk and benefit of the study. Patients must also be notified that they are free to discontinue from the study at any time. The patient should be given the opportunity to ask questions and allowed time to consider the information provided.

If the patient is incapacitated (mentally or physically), he/she must be informed about the study to the extent of his/her understanding. If capable, the patient must personally consent by signing the ICF. If the patient is not capable of consenting personally, the procedure for obtaining the patient's informed consent then applies to a legally acceptable representative, who must also be given the information and sign and date the ICF.

If a patient is unable to read or write, an impartial witness must be present during the entire informed consent discussion. The ICF and any other written information to be provided to the patient should be read and explained to the patient. After the patient has verbally consented to participate in the study, the patient, if capable of doing so, must sign and date the ICF. The impartial witness must also sign and date the ICF. This will indicate that the ICF and any

CONFIDENTIAL
AZSER12776541

other written information were accurately explained to, and apparently understood by, the patient and that the patient freely gave that informed consent.

The patient's signed and dated informed consent must be obtained before conducting any procedure specifically for the study.

The principal investigator(s) must store the original, signed Written Informed Consent Form. A copy of the signed Written Informed Consent Form must be given to the patient.

Where genetic analyses are included, special account of these will be made in the consent form, as it is recognized that special provisions need to be made to retain confidentiality of medical information. These factors have been taken into account in the design of the consent form. Consent forms specific for giving consent for taking samples for genotyping will be used, the format depending on the design of the study. The patient's signed and dated informed consent(s) form for genetic testing must be obtained before conducting this procedure. The principal investigator(s) must store the original, signed Written Informed Consent Form for genotyping. A copy of the signed Written Informed Consent Form for genotyping must be given to the patient.

If modifications are made according to local requirements, the new version has to be approved by AstraZeneca.

## 8.4    Patient data protection

The Written Informed Consent Form will explain that study data will be stored in a computer database, maintaining confidentiality in accordance with national data legislation. All data computer processed by AstraZeneca will be identified by study code/patient number/initials.

The Written Informed Consent Form will also explain that for data verification purposes, authorized representatives of AstraZeneca, a regulatory authority, an IRB or IEC may require direct access to parts of the hospital or practice records relevant to the study, including patients' medical history.

AstraZeneca recognizes the importance of protecting the privacy of patient data. Therefore, for study sites within the US or in studies where foreign patients' protected health information (patient data) will come into the US through a covered entity (eg, Central Lab/Reader), the Informed Consent Form will incorporate, or be accompanied by, a separate document incorporating Health Insurance Portability and Accountability Act (HIPAA) compliant wording by which patients authorize the use and disclosure of their Protected Health Information by the investigator and by those persons who need that information for the purposes of the study.

CONFIDENTIAL
AZSER12776542

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

# 9.     EMERGENCY PROCEDURES

## 9.1     AstraZeneca emergency contact procedure

In the case of a medical emergency, contact the Clinical Study Team Leader.  If the Clinical Study Team Leader is not available, contact the Clinical Study Team Physician at the AstraZeneca Research and Development site shown below.

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Rebecca Kozel-Kingston | AstraZeneca<br>1800 Concord Pike<br>Wilmington DE  19850<br><br>Office: 302-886-8744 |
| Clinical Study Team Physician | Jamie Mullen MD | AstraZeneca<br>1800 Concord Pike<br>Wilmington DE  19850<br><br>Office: 302-886-2779 |
| The local AstraZeneca representative could be found on page 2 in this protocol, AstraZeneca emergency contact procedure. | | |

## 9.2     Procedures in case of medical emergency

The principal investigator(s) is responsible for ensuring that procedures and expertise are available to handle medical emergencies during the study.

The treatment code may not be broken unless in an emergency situation when the appropriate management of the patient necessitates knowledge of the treatment allocation.  In such an emergency, the investigator will, if time and circumstances permit, contact the assigned person at AstraZeneca prior to breaking the treatment code.  If the code is broken, the date, time, and reason should be recorded and the investigator should sign the record.

## 9.3     Procedures in case of overdose

For the purpose of this study, all overdoses, with or without associated symptoms, should be reported as adverse events (AEs).  However, all cases of overdose must be reported immediately, within 1 day, if sequelae meeting the criteria for a serious adverse event (SAE) have occurred in association with the overdose.  In all instances, the overdose substance must be stated and an assessment whether the overdose was accidental or intentional should be recorded.  If the overdose was a suicide attempt, this fact should be clearly stated.  Adverse

CONFIDENTIAL
AZSER12776543

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

events (serious and nonserious) that occur as a result of an overdose should be recorded on the CRF as "sequelae to overdose" (for example, nausea as sequelae to overdose").

In clinical studies, experience with quetiapine in overdosage is limited. Estimated dosages of up to 20 g of quetiapine have been taken; no fatalities were reported and patients recovered without sequelae. In postmarketing experience, there have been very rare reports of overdose of quetiapine alone resulting in death or coma.

In general, reported signs and symptoms were those resulting from an exaggeration of the drug's known pharmacological effects, ie, drowsiness and sedation, tachycardia and hypotension.

There is no specific antidote to quetiapine. In cases of severe intoxication, the possibility of multiple drug involvement should be considered, and intensive care procedures are recommended, including establishing and maintaining a patent airway, ensuring adequate oxygenation and ventilation, and monitoring and support of the cardiovascular system. Close medical supervision and monitoring should be continued until the patient recovers.

## 9.4     Procedures in case of suicide attempt or suicide

Suicide and suicide attempt, irrespective of the method, but in connection with the use of investigational product, should be reported as an AE or an SAE in accordance with the definition provided in Section 4.7.1.1. This event should be identified as suicide or suicide attempt, and the method of the suicide or the suicide attempt should be provided. Suicidal thoughts should also be regarded as AEs.

## 9.5     Procedures in case of pregnancy

Pregnancy itself is not regarded as an AE unless there is a suspicion that the investigational product under study may have interfered with the effectiveness of a contraceptive medication. However, the outcome of all pregnancies (spontaneous miscarriage, elective termination, normal birth or congenital abnormality) must be followed up and documented even if the patient was discontinued from the study.

All reports of congenital abnormalities/birth defects are SAEs. Spontaneous miscarriages should also be reported and handled as SAEs. Elective abortions without complications should not be handled as AEs. All outcomes of pregnancy must be reported to AstraZeneca on the pregnancy outcomes report form.

Information regarding the effects of quetiapine on fetuses and lactation is very limited. Female patients of childbearing potential must be using a reliable method of contraception. Reliable methods of contraception include hormonal contraceptives (eg, oral contraceptive or long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg, condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, and tubal ligation and must have a negative urine human chorionic gonadotropin (HCG) test at enrollment.

CONFIDENTIAL
AZSER12776544

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

# 10.    REFERENCES

Barnes T.R.E.  A rating scale for drug-induced akathisia.  Br J Psychiatry 1989;154:672-6.

Bipolar Network News 2002;8(1).  Available at http://www.bipolarnews.org.

Bowden C.L., Calabrese J.R., McElroy S.L., Gyulai L., Wassef A., Petty F., et al.  A randomized, placebo-controlled 12 month study of divalproex and lithium in treatment of outpatients with bipolar I disorder.  Divalproex Maintenance Study Group.  Arch Gen Psychiatry 2000;57(5):481-9.

Cadoret R.J.  Evidence for  genetic inheritance of primary affective disorder in adoptees.  Am J Psychiatry 1978;135:463-6.

CPMP guideline, Points to Consider on Multiplicity Issues in Clinical Studies.

Dupuy H.J.  The psychological general well-being index.  In: Wenger, N.K., Mattson, M.E., Furberg, C.D., Elinson, J., et al, editors.  Assessment of Quality of Life in Clinical Trials of Cardiovascular Therapies.  New York: LeJacq; 1984.  p. 170-83.

Grunze H., Amann B., Dittman S., Walden J.  Clinical relevance and treatment possibilities of bipolar rapid cycling [Review] [100 refs].  Neuropsychobiology 2002;45 Suppl 1:20-6.

Guy W., editor.  ECDEU Assessment Manual for Psychopharmacology.  Rev ed.  Rockville, Maryland: National Institute of Mental Health, 1976.

Kay S.R., Fiszbein A., Opler L.A.  The Positive and Negative Syndrome Scale (PANSS).  Schiz Bull 1987;13:261-76.

Montgomery S.A., Asberg M.  A new depression scale designed to be sensitive to change.  Br J Psychiatry 1979;134:382-89.

Sheehan DV:  Disability scale.  Sheehan 1999.

Simpson G.N., Angus J.W.S.  A rating scale for extrapyramidal side effects.  Acta Psychiatr Scand 1970;212(suppl 44):11-9.

Spearing M.K., Post R.M., Leverich G.S., Brandt D., Nolen W.  Modification of the Clinical Global Impressions (CGI) scale for use in bipolar illness (BP): the CGI-BP.  Psychiat Res 1997;73:159-71.

Tohen M., Marneros A., Bowden C., Greil W., Koukopoulos A., Belmaker H., et al.  Olanzapine versus lithium in relapse prevention in bipolar disorder: a randomized double-blind controlled 12-month clinical trial.  Presented at Third European Stanley Foundation Conference on Bipolar Disorder 2002; Freiburg, Germany.

CONFIDENTIAL
AZSER12776545

Clinical Study Protocol
Study Code: D1447C00127
Edition No. 1

Tohen M., Chengappa K.N.R., Suppes T., Baker R.W., Risser R.C., Evans A.R., et al. Olanzapine combined with mood stabilizers in prevention of recurrence in bipolar disorder: an 18-month study.  Schizophrenia Res 2002;53:183-4.

Tondo L., Baldessarini R.J., Hennen J., Floris G.  Lithium maintenance treatment of depression and mania in bipolar I and bipolar II disorders.  Am J Psychiatry 1998;155(5):638-45.

Young R.C., Biggs J.T., Ziegler V.E. Meyer D.A.  A rating scale for mania: reliability, validity, and sensitivity.  Br J Psychiatry 1978;133:429-35.

CONFIDENTIAL
AZSER12776546

Clinical Study Protocol: Appendix A
Study code D1447C00127 Appendix Edition No: 1
Appendix Date: 14 July 2003

| Clinical Study Protocol: Appendix A | |
|---|---|
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00127 |
| Edition No. | 1 |
| Appendix Date | 14 July 2003 |

# Appendix A
# Signatures

IND No. 32,132

CONFIDENTIAL
AZSER12776547

Clinical Study Protocol: Appendix A
Study code D1447C00127 Appendix Edition No: 1
Appendix Date: 14 July 2003

# ASTRAZENECA SIGNATURE(S)

---

Study Title

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

---

I agree to the terms of this study protocol

**AstraZeneca Clinical Development Team representative**

Martin Brecher
Global Project Team Physician

Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12776548

Clinical Study Protocol: Appendix A
Study code D1447C00127 Appendix Edition No: 1
Appendix Date: 14 July 2003

# ASTRAZENECA SIGNATURE(S)

Study Title

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

I agree to the terms of this study protocol

**AstraZeneca Research and Development
site representative**

Jamie Mullen, MD
Clinical Study Team Physician
1800 Concord Pike
Wilmington, DE 19850
Office: 302-886-2779

Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12776549

Clinical Study Protocol: Appendix A
Study code D1447C00127 Appendix Edition No: 1
Appendix Date: 14 July 2003

# ASTRAZENECA SIGNATURE(S)

---

Study Title

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

---

I agree to the terms of this study protocol

**AstraZeneca Research and
Development site representative**

Rebecca Kozel-Kingston
Clinical Study Team Leader
1800 Concord Pike
Wilmington, DE 18950
Office: 302-886-8744

Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12776550

Clinical Study Protocol: Appendix A
Study code D1447C00127 Appendix Edition No: 1
Appendix Date: 14 July 2003

# SIGNATURE OF PRINCIPAL INVESTIGATOR

---

Study Title

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

---

I agree to the terms of this study protocol.  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

**Center No.:**                   *<<This may be hand-written onto the page at the time the signature is collected>>*

**Signature:**

_____        _____
*<<Printed Name, title, address and telephone number>>*                      Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12776551



| Clinical Study Protocol: Appendix B | |
| --- | --- |
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00127 |
| Edition No. | 1 |
| Appendix Date | 14 July, 2003 |

# Appendix B
# Additional Safety Information

CONFIDENTIAL
AZSER12776552

Clinical Study Protocol: Appendix B
Study Code D1447C00127

# 1.    FURTHER GUIDANCE ON THE DEFINITION OF A SERIOUS ADVERSE EVENT (SAE)

**Life threatening**

'Life-threatening' means that the patient was at immediate risk of death from the AE as it occurred or it is suspected that use or continued use of the product would result in the patient's death.  'Life-threatening' does not mean that had an AE occurred in a more severe form it might have caused death (eg, hepatitis that resolved without hepatic failure).  Any death resulting from an adverse event occurring during the study period or within 7 days after the last dose of the investigational product must be reported to AstraZeneca or a representative of AstraZeneca according to Section 4.7.1.3 in the Clinical Study Protocol.

**Hospitalization**

Outpatient treatment in an emergency room is not in itself a serious AE, although the reasons for it may be (eg, bronchospasm, laryngeal oedema).  Hospital admissions and/or surgical operations planned before or during a study are not considered AEs if the illness or disease existed before the patient was enrolled in the study, provided that it did not deteriorate in an unexpected way during the study.  Any AE resulting in hospitalization admission (requiring an over night stay) is defined as an SAE.  Prolongation of an existing hospitalization means delayed planned or anticipated discharge date (by at least 1 over night stay).  For the purpose of the study, hospitalizations for social reasons, respite care, elective treatment/surgery or lack of efficacy/disease progression will not be regarded as an SAE.

**Important medical event or medical intervention**

Medical and scientific judgement should be exercised in deciding whether a case is serious in situations where important medical events may not be immediately life-threatening or result in death, hospitalization, disability or incapacity but may jeopardize the patient or may require medical intervention to prevent one or more outcomes listed in the definition of serious. These should usually be considered as serious.

Examples of such events are:

- Angioedema not severe enough to require intubation but requiring iv. hydrocortisone treatment

- Hepatotoxicity caused by paracetamol (acetaminophen) overdose requiring treatment with N-acetylcysteine

- Intensive treatment in an emergency room or at home for allergic bronchospasm

- Blood dyscrasias (eg,  neutropenia or anaemia requiring blood transfusion, etc.) or convulsions that do not result in hospitalization

- Development of drug dependency or drug abuse

CONFIDENTIAL
AZSER12776553

Clinical Study Protocol: Appendix B
Study Code D1447C00127

- Any AE resulting in persistent impairment, damage or disruption in the patient's body function, structure or both, physical activities or quality of life

- Any AE resulting in a condition, which requires medical or surgical intervention to prevent permanent impairment of a body function or permanent damage to a body structure of the patient.  Examples of this can include procedures such as blood transfusion or catheterization.  However, discontinuation of the investigational product, or routine administration of prescription medications or changes in their dosages, should not be considered as medical intervention.

- If there are suspicions that exposure of either parent to the investigational product resulted in an adverse outcome in the offspring

## 2.    A GUIDE TO INTERPRETING THE CAUSALITY QUESTION

The following factors should be considered when deciding if there is a "reasonable possibility" that an AE may have been caused by the drug.

- **Time Course.  Exposure to suspect drug**.  Has the patient actually received the suspect drug?  Did the AE occur in a reasonable temporal relationship to the administration of the suspect drug?

- **Consistency with known drug profile.**  Was the AE consistent with the previous knowledge of the suspect drug (pharmacology and toxicology) or drugs of the same pharmacological class?  OR, could the AE be anticipated from its pharmacological properties?

- **Dechallenge experience.**  Did the AE resolve or improve on stopping or reducing the dose of the suspect drug?

- **No alternative cause**.  The AE cannot be reasonably explained by another aetiology such as the underlying disease, other drugs, other host or environmental factors.

- **Rechallenge experience.**  Did the AE reoccur if the suspected drug was reintroduced after having been stopped?  AstraZeneca would not normally recommend or support a rechallenge.

- **Laboratory tests.**  A specific laboratory investigation (if performed) has confirmed the relationship?

A "reasonable possibility" could be considered to exist for an AE where one or more of these factors exist.

CONFIDENTIAL
AZSER12776554

Clinical Study Protocol: Appendix B
Study Code D1447C00127

In contrast, there would not be a "reasonable possibility" of causality if none of the above criteria apply or where there is evidence of exposure and a reasonable time course but any dechallenge (if performed) is negative or ambiguous or there is another more likely cause of the AE.

In difficult cases, other factors could be considered such as:

- Is this a recognised feature of overdose of the drug?

- Is there a known mechanism

Ambiguous cases should be considered as being a "reasonable possibility" of a causal relationship unless further evidence becomes available to refute this. Causal relationship in cases where the disease under study has deteriorated due to lack of effect should be classified as no reasonable possibility.

4(4)

CONFIDENTIAL
AZSER12776555



| Clinical Study Protocol Amendment | |
|---|---|
| Amendment No. | 1 |
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00127 |
| Edition No. | 1 |
| Date | 29 January 2004 |

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

**Sponsor:**

AstraZeneca Pharmaceuticals LP
1800 Concord Pike
Wilmington, DE 19850
United States

**Centers affected by the Amendment:**

All centers

**The protocol for the study is to be amended as follows:**

CONFIDENTIAL
AZSER12776556

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Section of protocol affected:**

AstraZeneca Emergency Contact Procedure

**Previous text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Rebecca Kozel-Kingston | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: 302-886-8744<br>Fax: 302-886-5567 |
| Clinical Study Team Physician | Jamie Mullen MD | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: 302-886-2779<br>Fax: 302-886-1093 |

**Revised text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | **Jenni Sullivan** | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: **302-885-3244**<br>Fax: 302-886-5567 |
| Clinical Study Team Physician | **Denis Darko MD** | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: **302-885-4643**<br>Fax: **302-886-3829** |

**Reason for Amendment:**

Change of Clinical Study Team Leader and Clinical Study Team Physician

**Section of protocol affected:**

Protocol Synopsis; Study center(s) and number of patients planned

2(65)

CONFIDENTIAL
AZSER12776557

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Previous text:**

To observe a total of 162 manic events, it is estimated that approximately 1440 patients will be enrolled, giving approximately 720 randomized patients at 120 centers in the United States and Canada with an average enrollment of 12 patients per center.  The final number of randomized patients may change during the study based on observed event rates.

**Revised text:**

To observe a total of **227 mood** events, it is estimated that approximately **1420** patients will be enrolled, giving approximately **710** randomized patients at 120 centers in the United States and Canada with an average enrollment of 12 patients per center.  The final number of randomized patients may change during the study based on observed event rates.

**Reason for Amendment:**

The number of patients enrolled and randomized and number of mood events captured needed to be adjusted due to the primary objective change.

**Section of protocol affected:**

Protocol Synopsis; Study period

**Previous text:**

| Estimated date of first patient enrolled | October 2003 |
| Estimated date of last patient completed | May 2006 |

**Revised text:**

| Estimated date of first patient enrolled | **March 2004** |
| Estimated date of last patient completed | **September 2006** |

**Reason for Amendment:**

Study dates changed to reflect new timelines.

**Section of protocol affected:**

Protocol synopsis; Objectives; Primary

**Previous text:**

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a manic

3(65)

CONFIDENTIAL
AZSER12776558

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

event.  Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event, (2) hospitalization for a manic or mixed event, (3) Young Mania Rating Scale (YMRS; Young et al 1978) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event.

**Revised Text:**

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a **mood** event.  Recurrence is defined as (1) initiation of an antipsychotic, **antidepressant**, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, **depressed** or mixed event, (2) hospitalization for a manic, **depressed** or mixed event, (3) Young Mania Rating Scale (YMRS; Young et al 1978) score ≥20 **at 2 consecutive assessments or at the final assessment if the patient discontinues, or Montgomery-Asberg Depression Rating Scale (MADRS; Montgomery and Asberg 1979) score ≥20** at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, **depressed** or mixed event.

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination with either lithium or divalproex is effective in increasing time to a mood event (manic, depressed or mixed).

Item (3) updated for administrative clarification.

**Section of protocol affected:**

Protocol synopsis; Objectives; Secondary; 1

**Previous text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a mood event.  Recurrence is defined as (1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event, (2) hospitalization for a manic, depressed or mixed event, (3) YMRS score ≥20 or Montgomery-Asberg Depression Rating Scale (MADRS; Montgomery and Asberg 1979) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event.

4(65)

CONFIDENTIAL
AZSER12776559

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Revised Text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a **manic** event.  Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat **a manic event or mixed event with predominantly manic symptoms,** (2) hospitalization for **a manic event or mixed event with predominantly manic symptoms,** (3) YMRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to **a manic event or mixed event with predominantly manic symptoms**.

**Reason for Amendment:**

The secondary objective was changed from time to a mood event to time to a manic event. Mixed events will be assigned either to manic event or depressed event, not both.

**Section of protocol affected:**

Protocol synopsis; Objectives; Secondary; 2

**Previous text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a depressed event.  Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed or mixed event, (2) hospitalization for a depressed or mixed event, (3) MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed or mixed event.

**Revised Text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a depressed event.  Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat **a depressed event or mixed event with predominantly depressed symptoms,** (2) hospitalization for **a depressed event or mixed event with predominantly depressed symptoms,** (3) MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to **a depressed event or mixed event with predominantly depressed symptoms**.

**Reason for Amendment:**

Mixed events will be assigned either to manic event or depressed event, not both.

5(65)

CONFIDENTIAL
AZSER12776560

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Section of protocol affected:**

Protocol synopsis; Study Design

**Previous text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or divalproex in the maintenance treatment of adult patients with Bipolar I Disorder for 28 weeks up to 104 weeks. The study consists of enrollment and 2 phases, the Open-label treatment Phase and the Randomized treatment Phase. To be randomized, patients must have been treated with quetiapine and mood stabilizer (lithium or divalproex) for at least 20 weeks but no more than 36 weeks.

**Revised text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or divalproex in the maintenance treatment of adult patients with Bipolar I Disorder for 28 to 104 weeks. The study consists of enrollment and 2 phases, the Open-label treatment Phase and the Randomized treatment Phase. To be randomized, patients must have been treated with quetiapine and mood stabilizer (lithium or divalproex) for at least **12 weeks** but no more than 36 weeks **during the Open-label treatment Phase.**

**Reason for Amendment:**

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

**Section of protocol affected:**

Protocol synopsis; Target patient population

**Previous text:**

Patients with a diagnosis of Bipolar I Disorder, at least 18 years old, with at least 1 manic or mixed episode in the last 3 years as defined by Diagnostic and Statistical Manual of Mental Disorders- Fourth Edition (DSM-IV) criteria, with an acute manic or mixed episode at enrollment; or a past manic or mixed episode within 26 weeks, as documented by medical records, treated with quetiapine and mood stabilizer (lithium or divalproex).

**Revised text:**

Patients with a diagnosis of Bipolar I Disorder, at least 18 years old, with at least 1 manic, **depressed** or mixed episode in the last **2 years** as defined by Diagnostic and Statistical Manual of Mental Disorders- Fourth Edition (DSM-IV) criteria, with an acute manic, **depressed** or mixed episode at enrollment; or a past manic, **depressed** or mixed episode

6(65)

CONFIDENTIAL
AZSER12776561

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

within 26 weeks, as documented by medical records, treated with quetiapine and mood
stabilizer (lithium or divalproex).

**Reason for Amendment:**

An analysis was recently done of a multicenter, double-blind, randomized, placebo-controlled,
double-dummy study of the use of quetiapine in the treatment of patients with bipolar
depression.  The analysis supported the potential efficacy of quetiapine compared to placebo
in the treatment of a depressed episode in patients with bipolar disorder after receiving
treatment for up to 8 weeks.  For this reason, bipolar depressed patients will now be eligible
for enrollment.

Because enrollment criteria were expanded for the allowance of depressed events as index
episodes, the requirement was made more stringent in order to ensure that patients are
sufficiently at risk for recurrence.

**Section of protocol affected:**

Protocol synopsis; Duration of treatment

**Previous text:**

The study consists of Enrollment and 2 phases: Open-label treatment Phase (4 weeks up to 36
weeks), and Randomized treatment Phase (28 weeks up to 104 weeks).

**Revised text:**

The study consists of Enrollment and 2 phases: Open-label treatment Phase (**12** to 36 weeks),
and Randomized treatment Phase (28 to 104 weeks).

**Reason for Amendment:**

To define a period of stability that would suggest appropriateness for long-term maintenance
treatment, the period of stability was changed to 12 weeks.

**Section of protocol affected:**

Protocol synopsis; Outcome Variables; Efficacy; Primary outcome variable

**Previous text:**

- time to manic event

**Revised text:**

- time to **mood** event

**Reason for Amendment:**

7(65)

CONFIDENTIAL
AZSER12776562

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

The primary objective is changed to support the target claim that quetiapine in combination with either lithium or divalproex is effective in increasing time to a mood event (manic, depressed or mixed).

**Section of protocol affected:**

Protocol synopsis; Outcome Variables; Efficacy; Secondary outcome variable

**Previous text:**

- time to mood event

**Revised text:**

- time to **manic** event

**Reason for Amendment:**

Change of secondary objective to time to manic event.

**Section of protocol affected:**

Protocol synopsis; Statistical methods; § 1, 2, 3 and 8

**Previous text:**

The main analysis of the time to manic event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals. A 2-sided test of the null hypothesis that the hazard ratio is equal to unity will be performed, with a significance level of 0.05. The time to event will be censored when a patient discontinues from or completes the study. The time of censoring will be the date of the patient's final assessment. The assigned mood stabilizer (either lithium or divalproex) will be included as a covariate.

Time to mood event and time to depressed event will be analyzed with the same techniques used to analyze time to manic event.

The proportions of patients having a manic event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results. The proportions of patients having a mood event and the proportions of patients having a depressed event will be analyzed with the same techniques used to analyze the proportions of patients with a manic event.

A stepwise sequential procedure will be used for the 4 analyses in the confirmatory part of this study to ensure a multiple level of significance of 0.05. These outcome variables will be tested sequentially in the following order: time to a manic event, time to a mood event, time to a depressed event and SDS Total Score. A 2-sided test for each of these null hypotheses will be performed at a significance level of 0.05. No confirmatory claims for the nth analysis will be made unless the null hypotheses in all prior analyses are rejected.

CONFIDENTIAL
AZSER12776563

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Revised text:**

The main analysis of the time to **mood** event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals.  A 2-sided test of the null hypothesis that the hazard ratio is equal to unity will be performed, with a significance level of 0.05.  The time to event will be censored when a patient discontinues from or completes the study **without meeting the criteria for a manic, depressed or mixed event**.  The time of censoring will be the date of the patient's final assessment.  The assigned mood stabilizer (either lithium or divalproex) will be included as a covariate.

Time to **manic** event and time to depressed event will be analyzed with the same techniques used to analyze time to **mood** event.

The proportions of patients having a **mood** event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.  The proportions of patients having a **manic** event and the proportions of patients having a depressed event will be analyzed with the same techniques used to analyze the proportions of patients with a **mood** event.

A stepwise sequential procedure will be used for the 4 analyses in the confirmatory part of this study to ensure a multiple level of significance of 0.05.  These outcome variables will be tested sequentially in the following order: time to a **mood** event, time to a **manic** event, time to a depressed event and **mean change in** SDS Total Score.  A 2-sided test for each of these null hypotheses will be performed at a significance level of 0.05.  No confirmatory claims for the nth analysis will be made unless the null hypotheses in all prior analyses are rejected.

**Reason for Amendment:**

Change of primary and secondary objectives to time to mood event and time to manic event, respectively.

First paragraph, third sentence was revised for clarification.

"SDS Total Score" is changed to "mean change in SDS Total Score" to use the correct terminology.

**Section of protocol affected:**

LIST OF ABBREVIATIONS AND DEFINITIONS OF TERMS

**Previous text:**

—

**Revised text:**

ICF           Informed Consent Form

9(65)

CONFIDENTIAL
AZSER12776564

**Reason for Amendment:**

Abbreviation previously not defined in the protocol.

**Section of protocol affected:**

LIST OF ABBREVIATIONS AND DEFINITIONS OF TERMS

**Previous text:**

—

**Revised text:**

Overdose        Ingestion of Investigational Product (quetiapine or placebo) > 800mg/day.

**Reason for Amendment:**

Overdose definition previously not included in the protocol.

**Section of protocol affected:**

1.2 Rationale for this study, § 1 and 5

**Previous text:**

The efficacy and safety of quetiapine when used as monotherapy and as adjunct to mood stabilizers (lithium and divalproex) in the treatment of bipolar mania have been shown in a series of randomized placebo-controlled studies.

The studies of quetiapine in the treatment of mania examined efficacy during the acute and continuation phases of the illness, but not during the maintenance phase, when patients have achieved symptomatic remission but are still at risk for recurrence.  For this reason, the current study examines the efficacy, safety and tolerability of quetiapine as adjunct to lithium or divalproex in preventing subsequent mood episodes.

**Revised text:**

The efficacy and safety of quetiapine when used as monotherapy and as adjunct to mood stabilizers (lithium and divalproex) in the treatment of bipolar mania have been shown in a series of randomized placebo-controlled studies.  **Further, a recent analysis was done of a multicenter, double-blind, randomized, placebo-controlled, double-dummy trial of the use of quetiapine in the treatment of patients with bipolar depression.  The analysis demonstrated superior efficacy of quetiapine compared to placebo in the treatment of a depressed episode in patients with bipolar disorder for up to 8 weeks.**

The studies of quetiapine in the treatment of mania examined efficacy during the acute and continuation phases of the illness, but not during the maintenance phase, when patients have

CONFIDENTIAL
AZSER12776565

achieved symptomatic remission but are still at risk for recurrence. **Similarly, recurrence of a depressed episode has not been studied during the maintenance phase of bipolar disorder. For these reasons,** the current study examines the efficacy, safety and tolerability of quetiapine as adjunct to lithium or divalproex in preventing subsequent mood episodes.

**Reason for Amendment:**

An analysis was recently done of a multicenter, double-blind, randomized, placebo-controlled, double-dummy study of the use of quetiapine in the treatment of patients with bipolar depression. The analysis supported the potential efficacy of quetiapine compared to placebo in the treatment of a depressed episode in patients with bipolar disorder for up to 8 weeks. For this reason, bipolar depressed patients will now be eligible for enrollment.

**Section of protocol affected:**

2.1 Primary objective

**Previous text:**

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a manic event. Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event, (2) hospitalization for a manic or mixed event, (3) Young Mania Rating Scale (YMRS; Young et al 1978) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event.

**Revised Text:**

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a **mood** event. Recurrence is defined as (1) initiation of an antipsychotic, **antidepressant**, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, **depressed** or mixed event, (2) hospitalization for a manic, **depressed** or mixed event, (3) Young Mania Rating Scale (YMRS; Young et al 1978) score ≥20 **at 2 consecutive assessments or at the final assessment if the patient discontinues, or Montgomery-Asberg Depression Rating Scale (MADRS; Montgomery and Asberg 1979) score ≥20** at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, **depressed** or mixed event.

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination with either lithium or divalproex is effective in increasing time to a mood event (manic, depressed or mixed). Item (3) updated for administrative clarification.

11(65)

CONFIDENTIAL
AZSER12776566

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Section of protocol affected:**

2.2 Secondary objectives; 1

**Previous text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a mood event.  Recurrence is defined as (1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event, (2) hospitalization for a manic, depressed or mixed event, (3) YMRS score ≥20 or Montgomery-Asberg Depression Rating Scale (MADRS; Montgomery and Asberg 1979) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event.

**Revised Text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a **manic** event.  Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat **a manic event or mixed event with predominantly manic symptoms,** (2) hospitalization for **a manic event or mixed event with predominantly manic symptoms,** (3) YMRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to **a manic event or mixed event with predominantly manic symptoms**.

**Reason for Amendment:**

The secondary objective was changed from time to a mood event to time to a manic event. Mixed events will be assigned either to manic event or depressed event, not both.

**Section of protocol affected:**

2.2 Secondary objectives; 2

**Previous text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a depressed event.  Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed or mixed event, (2) hospitalization for a depressed or mixed event, (3) MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed or mixed event.

12(65)

CONFIDENTIAL
AZSER12776567

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Revised Text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a depressed event.  Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat **a depressed event or mixed event with predominantly depressed symptoms,** (2) hospitalization for **a depressed event or mixed event with predominantly depressed symptoms,** (3) MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to **a depressed event or mixed event with predominantly depressed symptoms**.

**Reason for Amendment:**

Mixed events will be assigned either to manic event or depressed event, not both.

**Section of protocol affected:**

3.1 Overall study design and flow chart

**Previous text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or divalproex in the maintenance treatment of adult patients with Bipolar I Disorder for 28 weeks up to 104 weeks.  To observe a total of 162 manic events, it is estimated that approximately 1440 patients will be enrolled, giving approximately 720 randomized patients at 120 centers in the United States and Canada with an average enrollment of 12 patients per center.  The final number of randomized patients may change during the study based on observed event rates (see Section 6.5).

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a manic event in patients with Bipolar I Disorder.  To be eligible for the study patients must have an acute manic or mixed episode at enrollment or have had a past manic or mixed episode within 26 weeks, as documented by medical records, treated with quetiapine and mood stabilizer (lithium or divalproex).  All patients must be treated with quetiapine and the assigned mood stabilizer for at least 20 weeks up to 36 weeks before they can be randomized.  The study consists of enrollment and 2 phases, the Open-label treatment phase and the Randomized treatment Phase.

**Revised text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or divalproex in the maintenance treatment of adult patients with Bipolar I Disorder for 28 to 104 weeks.  To observe a total of **227 mood** events, it is estimated that approximately **1420** patients will be enrolled, giving approximately **710** randomized patients at 120 centers in the United States and Canada with an average

13(65)

CONFIDENTIAL
AZSER12776568

enrollment of 12 patients per center.  The final number of randomized patients may change during the study based on observed event rates (see Section 6.5).

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a **mood** event in patients with Bipolar I Disorder.  To be eligible for the study patients must have an acute manic, **depressed** or mixed episode at enrollment or have had a past manic, **depressed** or mixed episode within 26 weeks, as documented by medical records, treated with quetiapine and mood stabilizer (lithium or divalproex).  **Once enrolled,** all patients must be treated with quetiapine and the assigned mood stabilizer for at least **12 weeks** up to 36 weeks before they can be randomized.  The study consists of enrollment and 2 phases, the Open-label treatment phase and the Randomized treatment Phase.

**Reason for Amendment:**

The number of patients enrolled and randomized and number of mood events captured needed to be adjusted due to the primary objective change. The primary objective has changed to time to mood event.

Bipolar depressed patients will now be eligible for enrollment.  This is based on the recently analyzed study for bipolar depressed patients.

In addition, to define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

**Section of protocol affected:**

3.1.2 Open-label treatment Phase, § 2, 3 and 4

**Previous text:**

… Other antipsychotic and psychoactive medications (eg, antidepressants and anxiolytics) can also be used as clinically indicated during this phase, with exception of the last 4 weeks prior to randomization (see Section 3.4.4.1).

Patients entering the Open-label treatment phase with an acute manic or mixed episode must be treated with quetiapine and mood stabilizer (lithium or divalproex) during this phase for a minimum of 20 weeks before being eligible to meet the criteria for randomization.

Patients with a manic or mixed episode within the last 26 weeks prior to enrollment, must be treated with quetiapine and mood stabilizer (lithium or divalproex) during this phase for a minimum of 4 weeks and for at least 20 weeks in total before being eligible to meet the criteria for randomization.

14(65)

CONFIDENTIAL
AZSER12776569

**Revised text:**

… Other antipsychotic and psychoactive medications (eg, antidepressants and anxiolytics) can also be used as clinically indicated during this phase, with exception of the last **12 weeks** prior to randomization (see Section 3.4.4.1).

Patients entering the Open-label treatment phase must be treated with quetiapine and mood stabilizer (lithium or divalproex) during this phase for a minimum of **12 weeks** before being eligible to meet the criteria for randomization.

Patients with a manic, **depressed** or mixed episode within the last 26 weeks prior to enrollment, must be treated with quetiapine and mood stabilizer (lithium or divalproex) continuously until the time of eligibility for randomization.

**Reason for Amendment:**

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

In addition, bipolar depressed patients will now be eligible for enrollment.  This is based on the recently analyzed study for bipolar depressed patients.

**Section of protocol affected:**

3.1.4 Recruitment and Study Termination, § 1 and 2

**Previous text:**

Recruitment of patients to the Open-label treatment Phase will cease when it is estimated that a sufficient number of patients have been recruited to provide a total of 162 manic events (see Section 6.5).  AstraZeneca or a representative of AstraZeneca will notify the investigational centers at this time.

The study will be terminated when both of the following conditions have been fulfilled:

1. the required number of events has occurred (at least 162 manic events)

2. all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

**Revised text:**

Recruitment of patients to the Open-label treatment Phase will cease when it is estimated that a sufficient number of patients have been recruited to provide a total of **227 mood** events (see Section 6.5).  AstraZeneca or a representative of AstraZeneca will notify the investigational centers at this time.

15(65)

CONFIDENTIAL
AZSER12776570

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

The study will be terminated when both of the following conditions have been fulfilled:

1. the required number of events has occurred (at least **227 mood** events)

2. all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

**Reason for Amendment:**

The number of patients enrolled and randomized and number of mood events captured needed to be adjusted due to the primary objective change.

**Section of protocol affected:**

Figure 1  Study Chart

**Previous text:**

Open-label treatment phase

4 to 36 weeks

**Revised text:**

Open-label treatment phase

**12** to 36 weeks

**Reason for Amendment:**

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

16(65)

CONFIDENTIAL
AZSER12776571

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Section of protocol affected:**

Figure 2  Visit Schedule: Enrollment and Open-label treatment Phase

**Previous text:**



ᵃVisit S2 and S3 are optional depending on the clinical condition of the patient, as judged by the investigator

17(65)

CONFIDENTIAL
AZSER12776572

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Revised text:**



[a]Visit S2 and S3 are optional depending on the clinical condition of the patient, as judged by the investigator

**Reason for Amendment:**

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

18(65)

CONFIDENTIAL
AZSER12776573