Clinical Study Protocol Amendment No. 1
Study code D1447C00127

## Section of protocol affected:

Table 1; Study plan; Enrollment and Open-label treatment Phase

### Previous text:

| Study plan | Enrollment | 0 / S1 | 1 / S2 (optional) | 2 / S3 (optional) | 4 / S4 | 8 / S5 | 12 / S6 | 16 / S7 | 20 / S8 | 24 / S9 | 28 / S10 | 32 / S11 | 36 / S12 | Discontinuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Open-label treatment Phase** | | | | | | | | | | | | |
| Informed consent | √ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for Open-label treatment Phase | √ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for randomization | | | | | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| Demography and diagnosis | √ | | | | | | | | | | | | | |
| Medical, psychiatric, and medication history | √ | | | | | | | | | | | | | |
| Concurrent medications | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| YMRS | √ | | | | √[a] | √[a] | √[a] | √[a] | √[a] | √[a] | √[a] | √[a] | √[a] | |
| MADRS | √ | | | | √[a] | √[a] | √[a] | √[a] | √[a] | √[a] | √[a] | √[a] | √[a] | |
| CGI-BP | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| PANSS-P | √ | | | | | | | | | | | | | |
| SDS[b] | √ | | | | | | | | | | | | | |
| Adverse events | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| Physical examination[c] | √ | | | | | | | | | | | | | √ |
| Urinalysis | √ | | | | | | | | | | | | | √ |
| Urine toxicology | √ | | | | | | | | | | | | | |
| Serum pregnancy test | √ | | | | | | | | | | | | | √ |
| Vital signs | √ | | √ | | | | √ | | | √ | | | √ | √ |
| Weight | √ | | √ | | | | | | | √ | | | √ | √ |
| Height | √ | | | | | | | | | | | | | |
| Electrocardiogram | √ | | | | | | | | | | | | | √ |
| Serum chemistry | √ | | | | | | | | | | | | | √ |
| Thyroid Function Tests | √ | | | | | | | | | | | | | √ |
| Hematology | √ | | | | √ | √ | √ | | | | √ | | | √ |
| Optional Genetic Blood Sample | √ | | | | | | | | | | | | | |
| Mood stabilizer level | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Drug dispensing | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| Drug accountability | | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |

CGI-BP  Clinical Global Impression-Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  SDS Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.
[a]To be completed if all other inclusion criteria and none of the exclusion criteria  for randomization are fulfilled
[b]To be completed by the patient prior to clinical evaluation
[c]Physical examination to include ophthalmoscopic examination

19(65)

CONFIDENTIAL
AZSER12776574

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Revised text:**

| Study plan | Open-label treatment Phase | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Study week: | Enrollment | 0 | 1 | 2 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | Discontinuation |
| Visit number: | | S1 | S2 (optional) | S3 (optional) | S4 | S5 | S6 | S7 | S8 | S9 | S10 | S11 | S12 | |
| Informed consent | √ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for Open-label treatment Phase | √ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for randomization | | | | | | | √ | √ | √ | √ | √ | √ | √ | |
| Demography and diagnosis | √ | | | | | | | | | | | | | |
| Medical, psychiatric, and medication history | √ | | | | | | | | | | | | | |
| Concurrent medications | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| YMRS | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| MADRS | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| CGI-BP | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| PANSS-P | √ | | | | | | | | | | | | | |
| SDS[a] | √ | | | | | | | | | | | | | |
| Adverse events | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Physical examination[b] | √ | | | | | | | | | | | | | √ |
| Urinalysis | √ | | | | | | | | | | | | | √ |
| Urine toxicology | √ | | | | | | | | | | | | | |
| Serum pregnancy test | √ | | | | | | | | | | | | | √ |
| Vital signs | √ | | | √ | √ | | √ | | | √ | | | √ | √ |
| Weight | √ | | | | | | √ | | | √ | | | √ | √ |
| Height | √ | | | | | | | | | | | | | |
| Electrocardiogram | √ | | | | | | | | | | | | | √ |
| Serum chemistry | √ | | | | | | | | | | | | | √ |
| Thyroid Function Tests | √ | | | | | | | | | | | | | √ |
| Hematology | √ | | | | √ | √ | | | | √ | | | | √ |
| Optional Genetic Blood Sample | √ | | | | | | | | | | | | | |
| Mood stabilizer level | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| Drug dispensing | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | | |
| Drug accountability | | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |

CGI-BP  Clinical Global Impression-Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  SDS  Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.
[a] To be completed by the patient prior to clinical evaluation
[b] Physical examination to include ophthalmoscopic examination

**Reason for Amendment:**

Box unchecked for adverse events.  Adverse events cannot be collected at enrollment.  Patients are solicited for adverse events at Visit S1 for any adverse event occurring back to the point of informed consent.

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.  In support of this change, the YMRS and MADRS were added at Visit S1, S2 and S3.

20(65)

CONFIDENTIAL
AZSER12776575

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

The CGI-BP was removed from discontinuation visit to correct an administrative error.

**Section of protocol affected:**

3.2 Rationale for study design, doses and control groups, § 1, 2 and 4

**Previous text:**

Quetiapine as adjunct treatment to mood stabilizer (lithium or divalproex) has proven to be more efficacious than mood stabilizer alone in treating acute mania. The studies examined efficacy during the acute and continuation phases of the illness, but not during the maintenance phase, when patients have achieved symptomatic remission but are still at risk for recurrence. For this reason, the current study examines the efficacy of quetiapine as adjunct to lithium or divalproex in preventing subsequent mood episodes.

A study duration of 28 to 104 weeks should be sufficient to show efficacy and safety in maintenance treatment. In addition, the patients have been treated with quetiapine and mood stabilizer (lithium or divalproex) for at least 20 weeks up to 36 weeks prior to randomization to ensure stabilization.

… Specifically, the requirement that patients have a past or current manic episode and at least 1 manic or mixed episode in the previous 3 years is designed to ensure that patients are sufficiently at risk for recurrences during the study period. Patients with 8 mood episodes or more in the previous year are excluded because they may require significantly different pharmacological approaches than patients with less rapid cycling (Grunze et al 2002).

**Revised text:**

Quetiapine as adjunct treatment to mood stabilizer (lithium or divalproex) has proven to be more efficacious than mood stabilizer alone in treating acute mania. The studies examined efficacy during the acute and continuation phases of the illness, but not during the maintenance phase, when patients have achieved symptomatic remission but are still at risk for recurrence. **Additionally, an analysis was recently done of a multicenter, double-blind, randomized, placebo-controlled, double-dummy trial of the use of quetiapine in the treatment of patients with bipolar depression. The analysis demonstrated superior efficacy of quetiapine compared to placebo in the treatment of a depressed episode in patients with bipolar disorder for up to 8 weeks. As with mania, the study did not examine efficacy during the maintenance phase, when patients have achieved symptomatic remission but are still at risk for recurrence. For these reasons,** the current study examines the efficacy of quetiapine as adjunct to lithium or divalproex in preventing subsequent mood episodes.

A study duration of 28 to 104 weeks should be sufficient to show efficacy and safety in maintenance treatment. In addition, the patients have been treated with quetiapine and mood stabilizer (lithium or divalproex) for at least **12 weeks** up to 36 weeks **during the Open-label treatment Phase but** prior to randomization to ensure stabilization.

21(65)

CONFIDENTIAL
AZSER12776576

… Specifically, the requirement that patients have at least 1 manic, **depressed** or mixed episode in the previous **2 years** is designed to ensure that patients are sufficiently at risk for recurrences during the study period.

**Reason for Amendment:**

Bipolar depressed patients will now be eligible for enrollment.  This is based on the recently analyzed study for bipolar depressed patients.

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

The wording of paragraph 4 was updated to correspond with changes to the eligibility criteria.

In addition, patients with ≥8 mood episodes in the previous year will not be excluded.

**Section of protocol affected:**

3.3.2.1 Inclusion criteria for entering the Open-label treatment Phase; 2

**Previous text:**

2.   A diagnosis of Bipolar I Disorder, Most Recent Event Manic (296.4x), or Bipolar I Disorder, Most recent Event Mixed (296.5x), with or without psychotic features, as defined by Diagnostic and Statistical Manual of Mental Disorders-Fourth Edition (DSM-IV)

**Revised text:**

2.   A diagnosis of Bipolar I Disorder, Most Recent **Episode** Manic (296.4x), **or Bipolar I Disorder, Most Recent Episode Depressed (296.5x),** or Bipolar I Disorder, Most recent **Episode** Mixed (296.**6**x), with or without psychotic features, as defined by Diagnostic and Statistical Manual of Mental Disorders-Fourth Edition (DSM-IV)

**Reason for Amendment:**

Text not consistent with DSM-IV text.  In addition, bipolar depressed patients will now be eligible for enrollment.  This is based on the recently analyzed study for bipolar depressed patients.

**Section of protocol affected:**

3.3.2.1 Inclusion criteria for entering the Open-label treatment Phase; 4 and 5

**Previous text:**

4.  At least 1 manic or mixed episode in the 3 years prior to the index episode

22(65)

CONFIDENTIAL
AZSER12776577

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

5.  One of the following:

– A current manic or mixed episode by DSM-IV criteria

– A past manic or mixed episode within 26 weeks as documented by medical records, that was treated with quetiapine and mood stabilizer (lithium or divalproex). Since this episode, treatment with this combination must not have been interrupted for more than 2 weeks continuously.

**Revised text:**

4.  At least 1 manic, **depressed** or mixed episode in the **2 years** prior to the index episode

5.  One of the following:

– A current manic, **depressed** or mixed episode by DSM-IV criteria

– A past manic, **depressed** or mixed episode within 26 weeks as documented by medical records, that was treated with quetiapine and mood stabilizer (lithium or divalproex). Since this episode, treatment with this combination must not have been interrupted for more than 2 weeks continuously.

**Reason for Amendment:**

Bipolar depressed patients will now be eligible for enrollment.  This is based on the recently analyzed study for bipolar depressed patients.

Because enrollment criteria were expanded for the allowance of depressed events as index episodes, the requirement was made more stringent in order to ensure that patients are sufficiently at risk for recurrence.

**Section of protocol affected:**

3.3.2.2 Exclusion criteria for entering the Open-label treatment Phase; 3

**Previous text:**

3. Pregnancy or lactation.  Female patients of childbearing potential must have a negative urine human chorionic gonadotropin (HCG) test at enrollment

**Revised text:**

3. Pregnancy or lactation.  Female patients of childbearing potential must have a negative **serum** human chorionic gonadotropin (HCG) test at enrollment

**Reason for Amendment:**

Test performed on serum, not urine.

23(65)

CONFIDENTIAL
AZSER12776578

**Section of protocol affected:**

3.3.3.1 Inclusion criteria for entering the Randomized treatment Phase

**Previous text:**

For inclusion in the Randomized treatment Phase, patients must fulfill all of the following criteria:

1. has been treated with quetiapine and mood stabilizer (lithium or divalproex) for at least 20 weeks but no more than 36 weeks

2. CGI-BP Bipolar Illness, Overall Severity of Illness score ≤3 at the last 2 visits 4 weeks apart

3. has been prescribed a stable dose of quetiapine within the range 400 to 800 mg/day during the last 4 weeks.  A stable dose is defined as a daily dose that does not vary by more than 100 mg (maximum-minimum) during this time interval.

4. has been prescribed a stable dose of assigned mood stabilizer during the last 4 weeks.  A stable dose is defined as a daily dose of lithium carbonate that does not vary by more than 300 mg (maximum-minimum) or corresponding dose if another lithium salt is used, or a dose of divalproex that does not vary by more than 250 mg (maximum-minimum) or corresponding dose if another salt of divalproex is used, during this time interval.

5. has had stable mood stabilizer levels, defined as a trough serum concentration of 0.5 mEq/L to 1.2 mEq/L for lithium or 50 µg/ml to 125 µg/ml for divalproex during the last 4 weeks

6. YMRS ≤12 (assessed if all other inclusion criteria and none of the exclusion criteria for randomization have been fulfilled)

7. MADRS ≤12 (assessed if all other inclusion criteria and none of the exclusion criteria for randomization have been fulfilled)

**Revised text:**

For inclusion in the Randomized treatment Phase, patients must fulfill all of the following criteria **during the Open-label treatment Phase**:

1. has been **prescribed a dose of** quetiapine **within the range 400 to 800 mg/day** and mood stabilizer (lithium or divalproex) for at least **12 weeks**.

2. **YMRS ≤12 and MADRS ≤12 assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with the allowance of a single excursion.  An excursion is defined as a visit in which the YMRS or MADRS (or both) score equals 13 or 14.  The excursion may not occur at the last of the consecutive visits.**

24(65)

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Reason for Amendment:**

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.  The inclusion criteria were simplified to focus on specific observable, clinical measures of mood.

**Section of protocol affected:**

3.3.3.2 Exclusion criteria for entering the Randomized treatment Phase; 2, 3, 5 and 8

**Previous text:**

2. Use of more than 2 mg of lorazepam any day during the last 4 weeks

3. Use of any antidepressants, antipsychotics (other than quetiapine), anxiolytics (other than lorazepam), or mood stabilizers (other than the assigned mood stabilizer) during the last 4 weeks

5. Use of depot antipsychotics during the last 8 weeks

8. Opiates, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last 4 weeks

**Revised text:**

5.  Opiate, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last **12 weeks**

**Reason for Amendment:**

Removed exclusion criteria 2, 3 and 5 since these are redundant and already listed in Table 5 Permitted, restricted and prohibited medications during the Open-label treatment Phase. Revised text has been renumbered to reflect this change.

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

**Section of protocol affected:**

3.3.5.1 Criteria for discontinuation

**Previous text:**

—

**Revised Text:**

8.  A repeated neutrophil count of $<0.5 \times 10^9/L$ which must also be reported as an AE, see section 4.7.1.2.

25(65)

CONFIDENTIAL
AZSER12776580

**Reason for Amendment:**

A patient with a repeated neutrophil count $<0.5 \times 10^9$/L must be discontinued from the study.

**Section of protocol affected:**

3.3.5.2 Procedures for discontinuation; § 3

**Previous text:**

Any patient who discontinues during the study and has clinically significant or abnormal findings on any of the safety assessment will have a follow-up visit within one week and at appropriate intervals thereafter until the abnormality resolves, if possible.

**Revised Text:**

Any patient who discontinues during the study and has clinically significant or abnormal findings **based on the investigator's clinical judgment** on any of the safety assessments **should** be followed up **at the investigator's discretion.**

**In the case of a neutrophil count of $<0.5 \times 10^9$/L, the test must be repeated within one day. If the second neutrophil count is $<0.5 \times 10^9$/L, this must be reported as an AE and the patient must be discontinued from the study.**

**Reason for Amendment:**

Any clinically significant or abnormal findings will be based on the investigator's clinical judgment. The follow-up visit will now be left to the investigator's discretion. A patient with a repeated neutrophil count $<0.5 \times 10^9$/L must be discontinued from the study.

**Section of protocol affected:**

3.4.1.1 Identity of investigational product and comparators, Randomized treatment Phase, §1

**Previous text:**

AstraZeneca will provide patients with blinded quetiapine or placebo to match, during the Randomized treatment Phase. Open-label quetiapine will also be provided for the beginning of this phase where the open-label quetiapine is replaced by the blinded investigational product. Patients will be supplied with patient specific visit packs containing sufficient tablets for the first visit being dispensed.

**Revised Text:**

AstraZeneca will provide patients with blinded quetiapine or placebo to match, during the Randomized treatment Phase. Open-label quetiapine will also be provided for the beginning of this phase where the open-label quetiapine is replaced by the blinded investigational product. Patients will be supplied with patient specific visit packs containing sufficient tablets for **each** visit being dispensed.

26(65)

CONFIDENTIAL
AZSER12776581

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Reason for Amendment:**

Administrative error. Patients will be supplied with patient specific visit packs at each visit, not only at the first visit.

**Section of protocol affected:**

3.4.4.1 Open-label Treatment Phase, § 3

**Previous text:**

Not more than 2 mg of lorazepam per day and no psychoactive and antipsychotic drugs other than those specifically allowed during the study (ie, quetiapine, assigned mood stabilizer, and zolpidem tartrate) can be used during the last 4 weeks prior to randomization (see Section 3.3.3.2).  Psychoactive and antipsychotic drugs could interfere with the effect of the study treatment.

**Revised text:**

Not more than 2 mg of lorazepam per day and no psychoactive and antipsychotic drugs other than those specifically allowed during the study (ie, quetiapine, assigned mood stabilizer, and zolpidem tartrate) can be used during the last **12 weeks** prior to randomization.  Psychoactive and antipsychotic drugs could interfere with the effect of the study treatment.

**Reason for Amendment:**

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.  Cross-reference no longer applicable due to change in criteria.

**Section of protocol affected:**

3.4.4.1 Open-label treatment Phase; Table 5

**Previous text:**

| Table 5 | Permitted, restricted and prohibited medications during the Open-label treatment Phase |
|---------|---------|

| Use category | Type of medication |
|---|---|
| Permitted | Investigational product (quetiapine fumarate) |
| | Adjunct treatment (lithium/divalproex) |
| | Previous medications for medical, nonpsychiatric illnesses |
| | Oral contraceptives and contraceptive devices |

27(65)

CONFIDENTIAL
AZSER12776582

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Table 5**    **Permitted, restricted and prohibited medications during the Open-label treatment Phase**

| Use category | Type of medication |
| --- | --- |
| Restricted | The following can be used for insomnia up to the specified dosage per night: zolpidem tartrate, 10 mg. |
| | Benztropine mesylate can be used up to 4 mg/day to treat extrapyramidal symptoms (EPS).  Prophylactic use is prohibited. |
| | Benzodiazepines as clinically indicated can be used with the exception of the last 4 weeks prior to randomization.  However, lorazepam can be used up to 2 mg any day during 4 weeks prior to randomization. |
| | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or divalproex) as clinically indicated can be used with the exception of the last 4 weeks prior to randomization. |
| | Depot antipsychotic medications as clinically indicated can be used with the exception of the last 8 weeks prior to randomization. |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) as clinically indicated can be used with the exception of the last 4 weeks prior to randomization. |
| Prohibited | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, intraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Potent cytochrome P450 3A4 inducers (including but not limited to phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids) |
| | Electroconvulsive therapy (ECT) |

**Revised text:**

**Table 5**    **Permitted, restricted and prohibited medications during the Open-label treatment Phase**

| Use category | Type of medication |
| --- | --- |
| Permitted | Investigational product (quetiapine) |
| | Adjunct treatment (lithium/divalproex) |

28(65)

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

| Table 5 | Permitted, restricted and prohibited medications during the Open-label treatment Phase |
|---|---|
| **Use category** | **Type of medication** |
| | Previous medications for medical, nonpsychiatric illnesses |
| | Oral contraceptives and contraceptive devices |
| Restricted | The following can be used for insomnia up to the specified dosage per night: zolpidem tartrate, 10 mg. |
| | Benztropine mesylate can be used up to 4 mg/day to treat extrapyramidal symptoms (EPS). Prophylactic use is prohibited. |
| | Benzodiazepines as clinically indicated can be used with the exception of the last **12 weeks** prior to randomization. However, lorazepam can be used up to 2 mg any day during **12 weeks** prior to randomization. |
| | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or divalproex) as clinically indicated can be used with the exception of the last **12 weeks** prior to randomization. |
| | Depot antipsychotic medications as clinically indicated can be used with the exception of the last **16 weeks** prior to randomization. |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) as clinically indicated can be used with the exception of the last **12 weeks** prior to randomization. |
| Prohibited | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, intraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Potent cytochrome P450 3A4 inducers (including but not limited to phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids) |
| | Electroconvulsive therapy (ECT) |

**Reason for Amendment:**

Deleted the word fumarate for consistency reasons.

29(65)

CONFIDENTIAL
AZSER12776584

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

Depot antipsychotics will be not permitted during the last 16 weeks prior to randomization.

**Section of protocol affected:**

3.4.4.2 Randomized treatment Phase; § 5

**Previous text:**

Investigators are encouraged to use the investigational product (quetiapine) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medication.

**Revised text:**

Investigators are encouraged to use the investigational product (quetiapine **or placebo**) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medication.

**Reason for Amendment:**

Consistency reasons.  Investigational product defined as open-label treatment or randomized treatment all through the protocol.

**Section of protocol affected:**

3.4.4.2 Randomized treatment Phase; Table 6

**Previous text:**

| Table 6 | **Permitted, restricted and prohibited medications during the Randomized treatment Phase** |
|---|---|
| **Use category** | **Type of medication** |
| Permitted | Investigational product (quetiapine fumarate) |
| | Adjunct treatment (lithium/divalproex) |
| | Previous medications for medical, nonpsychiatric illnesses |
| | Oral contraceptives and contraceptive devices |
| Restricted | The following can be used for insomnia up to the specified dosage per night: zolpidem tartrate, 10 mg. |
| | Lorazepam can be used up to 2 mg/day during the Randomized treatment |

30(65)

CONFIDENTIAL
AZSER12776585

**Table 6**      **Permitted, restricted and prohibited medications during the Randomized treatment Phase**

| Use category | Type of medication |
| --- | --- |
| | Phase.  No other benzodiazepines are permitted. |
| | Benztropine mesylate can be used up to 4 mg/day to treat extrapyramidal symptoms (EPS).  Prophylactic use is prohibited. |
| Prohibited | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, intraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Potent cytochrome P450 3A4 inducers (including but not limited to phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids) |
| | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or divalproex) |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) other than those specifically allowed. |
| | Electroconvulsive therapy (ECT) |

**Revised text:**

**Table 6**      **Permitted, restricted and prohibited medications during the Randomized treatment Phase**

| Use category | Type of medication |
| --- | --- |
| Permitted | Investigational product (quetiapine **or placebo**) |
| | Adjunct treatment (lithium/divalproex) |
| | Previous medications for medical, nonpsychiatric illnesses |
| | Oral contraceptives and contraceptive devices |
| Restricted | The following can be used for insomnia up to the specified dosage per night: zolpidem tartrate, 10 mg. |
| | Lorazepam can be used up to 2 mg/day during the Randomized treatment |

31(65)

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

| Table 6 | Permitted, restricted and prohibited medications during the Randomized treatment Phase |

| Use category | Type of medication |
|---|---|
| | Phase.  No other benzodiazepines are permitted. |
| | Benztropine mesylate can be used up to 4 mg/day to treat extrapyramidal symptoms (EPS).  Prophylactic use is prohibited. |
| Prohibited | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, intraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Potent cytochrome P450 3A4 inducers (including but not limited to phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids) |
| | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or divalproex) |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) other than those specifically allowed |
| | Electroconvulsive therapy (ECT) |

**Reason for Amendment:**

Consistency reasons.  Investigational product defined as open-label treatment or randomized treatment all through the protocol. Deleted the word fumarate for consistency reasons.

**Section of protocol affected:**

4.1 Primary variable

**Previous text:**

The primary variable measured will be time to recurrence of a manic event in days from randomization confirmed by at least 1 of the following as judged by the investigator:

- initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event

- hospitalization for a manic or mixed event

32(65)

CONFIDENTIAL
AZSER12776587

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

- YMRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues

- discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event

**Revised Text:**

The primary variable measured will be time to recurrence of a **mood event (manic, depressed, or mixed)** from randomization confirmed by at least 1 of the following as judged by the investigator:

- initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a **manic, depressed or mixed** event

- hospitalization for a **manic, depressed or mixed** event

- YMRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or **MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues**

- Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a **manic, depressed or mixed** event

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination with either lithium or divalproex is effective in increasing time to a mood event (manic, depressed or mixed).

"In days" was removed for consistency reasons.

Bullet 3 updated for administrative clarification.

**Section of protocol affected:**

4.2  Screening and demographic measurements; bullet 12

**Previous text:**

- Adverse events

**Revised text:**

Bullet deleted.

33(65)

CONFIDENTIAL
AZSER12776588

**Reason for Amendment:**

Adverse events cannot be collected at enrollment.  Patients are solicited for adverse events at Visit S1 for any adverse event occurring back to the point of informed consent.

**Section of protocol affected:**

4.3.1.1  Methods of assessment

**Previous text:**

The Sheehan Disability Scale (SDS) uses a discretized visual analog scale to measure 3 items to assess symptom impact on overall disability, reviewing the last week.  The instrument evaluates symptom impact and impairment in the domains of work/school, social life/leisure, and family life/home responsibility.

The SDS will be utilized to evaluate the level of functioning between mood events in the patient population.

**Revised text:**

The Sheehan Disability Scale (SDS) uses a discretized visual analog scale to measure 3 items to assess symptom impact on overall disability, reviewing the last week.  The instrument evaluates symptom impact and impairment in the domains of work/school, social life/leisure, and family life/home responsibility.

The SDS will be utilized to evaluate the level of functioning between mood events in the patient population.

**In addition to the 3 primary disability measures (work/school, social life/leisure, family life/home responsibilities), two additional questions are included in the SDS, measuring absenteeism (missed days at work/school or days unable to perform normal daily activities due to symptoms) and presenteeism (days with reduced productivity while at work/school due to symptoms).**

**Reason for Amendment:**

Methods of assessment (Sheehan Disability Scale) was not correctly described in the protocol.

**Section of protocol affected:**

4.3.1.2  Derivation or calculation of variable

**Previous text:**

Each one of the 3 domains is rated from 0-10 (no impairment to most severe impairment) with evaluation of not at all (0), mild (1-3), moderate (4-6), marked (7-9) and extreme (10) disability.  A total score will be calculated.  A score of 30 indicates most severe impairment.

34(65)

CONFIDENTIAL
AZSER12776589

The total score and each of the 3 domains will be analyzed separately.  For total score, imputation of the mean of scores for the social life/leisure domain and the family life/home responsibilities domain, may be necessary for patients who do not work or go to school.

**Revised text:**

Each one of the 3 **primary measures** is rated from 0-10 (no impairment to most severe impairment) with evaluation of not at all (0), mild (1-3), moderate (4-6), marked (7-9) and extreme (10) disability.  A total score will be calculated.  A score of 30 indicates most severe impairment.

The total score and each of the 3 **primary measures** will be analyzed separately.  **The two additional questions related to absenteeism and presenteeism will be analyzed separately.**

**Reason for Amendment:**

Derivation or calculation of variable (Sheehan Disability Scale) was not correctly described in the protocol.

**Section of protocol affected:**

4.3.3.3 Administration of PRO questionnaires; header

**Previous text:**

4.3.3.3 Administration of PRO questionnaires

**Revised text:**

4.3.4    Administration of PRO questionnaires

**Reason for Amendment:**

Administrative correction

**Section of protocol affected:**

4.6 Efficacy and pharmacodynamic measurement and variables; Table 7

**Previous text:**

| Table 7 | Efficacy objectives and variables relating to each objective |

| Objective | Variable |
| --- | --- |
| **Primary objective** | **Primary variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a manic event. | Time to manic event, defined as 1 of the following:<br>(a) Use of medication to treat a manic or mixed event (see Section 2.1) |

35(65)

| Objective | Variable |
|---|---|
| | (b) The event of hospitalization for a manic or mixed event |
| | (c) YMRS score ≥20 for 2 consecutive assessments |
| | (d) YMRS score ≥20 at final assessment AND patient discontinues |
| | (e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event |
| **Secondary objective** | **Secondary variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a mood event. | Time to mood event, defined as 1 of the following: |
| | (a) Use of medication to treat a manic, depressed or mixed event (see Section 2.2) |
| | (b) The event of hospitalization for a manic, depressed or mixed event |
| | (c) YMRS score ≥20 or MADRS score ≥20 for 2 consecutive assessments |
| | (d) YMRS score ≥20 or MADRS score ≥20 at final assessment AND patient discontinues |
| | (e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a depressed event. | Time to depressed event, defined as 1 of the following: |
| | (a) Use of medication for depression or mixed event (see Section 2.2) |
| | (b) The event of hospitalization for depressed or mixed event |
| | (c) MADRS score ≥20 for 2 consecutive assessments |
| | (d) MADRS score ≥20 at final assessment AND patient discontinues |
| | (e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event |

36(65)

CONFIDENTIAL
AZSER12776591

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Revised Text:**

**Table 7**          **Efficacy objectives and variables relating to each objective**

| Objective | Variable |
|---|---|
| **Primary objective** | **Primary variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a **mood** event. | Time to **mood** event, defined as 1 of the following: |
| | (a)  Use of medication to treat a manic, **depressed** or mixed event (see Section 2.1) |
| | (b)  The event of hospitalization for a manic, **depressed** or mixed event |
| | (c)  **2 consecutive assessments of either** YMRS score ≥20 **or MADRS score ≥20** |
| | (d)  YMRS score ≥20 **or MADRS score ≥20** at final assessment AND patient discontinues |
| | (e)  Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, **depressed** or mixed event |
| **Secondary objective** | **Secondary variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a **manic** event. | Time to **manic** event, defined as 1 of the following: |
| | (a)  Use of medication to treat **a manic event or mixed event with predominantly manic symptoms** (see Section 2.2) |
| | (b)  The event of hospitalization for **a manic event or mixed event with predominantly manic symptoms** |
| | (c)  YMRS score ≥20 for 2 consecutive assessments |
| | **(d)**  YMRS score ≥20 at final assessment AND patient discontinues |
| | **(e)**  Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to **a manic event or mixed event with predominantly manic symptoms** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a depressed event. | Time to depressed event, defined as 1 of the following: |
| | (a)  Use of medication **to treat a depressed event or mixed event with predominantly depressed symptoms (see** |

37(65)

CONFIDENTIAL
AZSER12776592

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

| Objective | Variable |
|---|---|
|  | Section 2.2) |
|  | (b) The event of hospitalization for **a depressed event or mixed event with predominantly depressed symptoms** |
|  | (c) MADRS score ≥20 for 2 consecutive assessments |
|  | (d) MADRS score ≥20 at final assessment AND patient discontinues |
|  | (e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to **a depressed event or mixed event with predominantly depressed symptoms** |

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination with either lithium or divalproex is effective in increasing time to a mood event (manic, depressed or mixed). The secondary objective was changed from time to a mood event to time to a manic event.  Mixed events will be assigned either to manic event or depressed event, not both.

Item (c), primary variable, updated for administrative clarification.

**Section of protocol affected:**

4.6.2.1  Methods of Assessment

**Previous text:**

To ensure consistency throughout the study, all investigators will receive training in rating the YMRS.  Only investigators certified by training and listed on FDA Form-1572 will be permitted to conduct the assessments.  The same rater should conduct all YMRS assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the YMRS.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The YMRS score will be recorded on the appropriate sections of the CRF.

**Revised Text:**

To ensure consistency throughout the study, all **raters** will receive training in rating the YMRS.  Only **raters** certified by training will be permitted to conduct the assessments.  The same rater should conduct all YMRS assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the

CONFIDENTIAL
AZSER12776593

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

YMRS.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The YMRS score will be recorded on the appropriate sections of the **workbook (source data) and transcribed into the appropriate sections of the CRF.**

**Reason for Amendment:**

"Investigators" changed to "raters" for clarification. Investigational sites will not be required to list the YMRS rater on the FDA Form 1572. The workbook with the complete assessment scales will be used as source data.

**Section of protocol affected:**

4.6.3.1  Methods of Assessment

**Previous text:**

To ensure consistency throughout the study, all investigators will receive training in rating the MADRS.  Only investigators certified by training and listed on FDA Form-1572 will be permitted to conduct the assessments.  The same rater should conduct all MADRS assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the MADRS.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The MADRS score will be recorded on the appropriate sections of the CRF.

**Revised Text:**

To ensure consistency throughout the study, all **raters** will receive training in rating the MADRS.  Only **raters** certified by training will be permitted to conduct the assessments.  The same rater should conduct all MADRS assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the MADRS.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The MADRS score will be recorded on the appropriate sections of the **workbook (source data) and transcribed into the appropriate sections of the CRF.**

**Reason for Amendment:**

"Investigators" changed to "raters" for clarification.  Investigational sites will not be required to list the MADRS rater on the FDA Form 1572.  The workbook with the complete assessment scales will be used as source data.

39(65)

CONFIDENTIAL
AZSER12776594

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Section of protocol affected:**

4.6.4.1  Methods of Assessment

**Previous text:**

To ensure consistency throughout the study, all investigators will receive training in rating the PANSS-P.  Only investigators certified by training and listed on FDA Form-1572 will be permitted to conduct the assessments.  The same rater should conduct all PANSS-P assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the PANSS-P.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The PANSS-P score will be recorded on the appropriate sections of the CRF.

**Revised Text:**

To ensure consistency throughout the study, all **raters** will receive training in rating the PANSS-P.  The same rater should conduct all PANSS-P assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the PANSS-P.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The PANSS-P score will be recorded on the appropriate sections of the **workbook (source data) and transcribed into the appropriate sections of the CRF.**

**Reason for Amendment:**

"Investigators" changed to "raters" for clarification.  Investigational sites will not be required to list the PANSS-P rater on the FDA Form 1572, nor will trainees be certified in the PANSS-P.  The workbook with the complete assessment scales will be used as source data.

**Section of protocol affected:**

4.6.5.1  Methods of Assessments; § 1

**Previous text:**

To ensure consistency throughout the study, all investigators will receive training in the CGI-BP.  The same rater should conduct all CGI-BP assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the CGI-BP.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

**Revised text:**

To ensure consistency throughout the study, all investigators will receive training in the CGI-BP.  **Only licensed physicians or licensed clinical psychologists will be permitted to**

40(65)

**conduct the CGI-BP.**  The same rater should conduct all CGI-BP assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the CGI-BP.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

**Reason for Amendment:**

Raters will need to be licensed physicians or licensed clinical psychologists in order to conduct the CGI-BP rating scale assessment.

**Section of protocol affected:**

4.6.5.2  Calculation or derivation of outcome variables

**Previous text:**

The change from baseline (i.e. randomization) will be calculated by the sponsor at each assessment and final assessment in CGI-BP Severity of Illness.

**Revised text:**

The change from baseline (**i.e. enrollment for Open-label treatment Phase and randomization for Randomized treatment Phase**) will be calculated by the sponsor at each assessment and final assessment in CGI-BP Severity of Illness.

**Reason for Amendment:**

Consistency reasons.  The baselines for the different treatment periods were not correctly described in the protocol.

**Section of protocol affected:**

4.7.1.2  Recording of adverse events; § 5

**Previous text:**

A causality assessment must be recorded for all AEs.  The CRF asks the question, "In your medical judgment, is there a reasonable possibility that the event may have been caused by the investigational product?" (investigational product defined as randomized treatment plus mood stabilizer).

**Revised text:**

A causality assessment must be recorded for all AEs.  The CRF asks the question, "In your medical judgment, is there a reasonable possibility that the event may have been caused by the investigational product?" (investigational product defined as **quetiapine or placebo**).

**Reason for Amendment:**

Consistency reasons.  Investigational product defined as open-label treatment or randomized treatment all through the protocol.

41(65)

CONFIDENTIAL
AZSER12776596

**Section of protocol affected:**

4.7.1.2 Recording of adverse events, § 6

**Previous text:**

Any detrimental change in the patient's condition after the patient enters the study will be discussed with the investigator.  Where the detrimental change is considered by the investigator to constitute a progression or recurrence of bipolar mania or depression due to a lack of efficacy, this will not be considered to be an AE even where this necessitates or prolongs hospitalization.  However, if it is felt that the medicine may have contributed to the deterioration, this should be treated as an AE.

**Revised text:**

Any detrimental change in the patient's condition after the patient enters the study will be discussed with the investigator.  Where the detrimental change is considered by the investigator to constitute a progression or recurrence of bipolar mania or depression due to a lack of efficacy, this will not be considered to be an AE even where this necessitates or prolongs hospitalization.  However, if it is felt that the **investigational product** may have contributed to the deterioration, this should be treated as an AE.

**Reason for Amendment:**

Consistency reasons.  The term "investigational product" is used throughout the protocol to prevent misunderstandings.

**Section of protocol affected:**

4.7.1.2 Recording of adverse events; § 8

**Previous text:**

Abnormal laboratory tests including ECGs, or vital signs, should not be reported as AEs unless they fulfill the criteria for an SAE or lead to discontinuation.  If an abnormal laboratory test result or vital sign is associated with clinical signs and symptoms, the sign or symptom should be reported as the AE, and the associated test result or vital sign should be recorded on the appropriate CRF.

**Revised Text:**

Abnormal laboratory tests including ECGs, or vital signs, should not be reported as AEs unless they fulfill the criteria for an SAE or lead to discontinuation.  If an abnormal laboratory test result or vital sign is associated with clinical signs and symptoms, the sign or symptom should be reported as the AE, and the associated test result or vital sign should be recorded on the appropriate CRF.  **In the case of a neutrophil count of <0.5x10$^9$/L, the test must be repeated within one day.  If the second neutrophil count is <0.5x10$^9$/L, this must be reported as an AE and the patient must be discontinued from the study.**

CONFIDENTIAL
AZSER12776597

**Reason for Amendment:**

A patient with a repeated neutrophil count $<0.5 \times 10^9$/L must be discontinued from the study.

**Section of protocol affected:**

4.7.1.2 Recording of adverse events, § 9

**Previous text:**

Should an overdose occur, it must be reported in accordance with the procedures described in Section 9.3.  All overdoses, with or without associated symptoms, should be reported as AEs.

**Revised text:**

Should an overdose occur, it must be reported in accordance with the procedures described in Section 9.3.  **An overdose is defined as an ingestion of investigational product of >800mg/day.**  All overdoses, with or without associated symptoms, should be reported as AEs.

**Reason for Amendment:**

Added overdose definition previously not included in the protocol.

**Section of protocol affected:**

4.7.1.2  Recording of adverse events; § 13

**Previous text:**

All AEs will be reported in the CRF at each visit throughout the study. This will include AEs spontaneously reported by the patient and/or observed by the physician or center staff.  The patient will be asked a non-specific open question "Have you had any health problems since the previous visit?".  Patients will also be instructed to volunteer adverse events noted at any time during the study.  All positive responses must include the dates of onset and cessation, the intensity of the event, and the investigator's appraisal of each AE, and must be recorded on the appropriate sections of the CRF.  If the intensity of an AE changes, only the maximum intensity of the event will be recorded.

**Revised text:**

All AEs will be reported in the CRF at each visit throughout the study. This will include AEs spontaneously reported by the patient and/or observed by the physician or center staff.  The patient will be asked a non-specific open question "Have you had any health problems since the previous visit?".  All positive responses must include the dates of onset and cessation, the intensity of the event, and the investigator's appraisal of each AE, and must be recorded on the appropriate sections of the CRF.  If the intensity of an AE changes, only the maximum intensity of the event will be recorded.

43(65)

CONFIDENTIAL
AZSER12776598

**Reason for Amendment:**

Consistency reasons.  Deleted sentence was incomplete and is also explained elsewhere in the protocol.

**Section of protocol affected:**

4.7.1.2 Recording of adverse events; § 14 and 15

**Previous text:**

Adverse events will be recorded from enrollment up to the final study visit, and during any follow-up period as required.  All AEs and SAEs, including those that are ongoing at the end of the study or follow-up period, as required, will be followed to resolution or until such time in the investigator's opinion that the AE or SAE has become stable and unlikely to change.

New AEs occurring after the final visit are not actively sought or collected, however, SAEs occurring within 30 days after the subject has completed the study has to be reported to the AstraZeneca Drug Safety Department, as described in section 4.7.1.3.

**Revised text:**

Adverse events will be recorded from **informed consent** up to **30 days after** the final study visit, and during any follow-up period as required.  All AEs and SAEs, including those that are ongoing at the end of the study or follow-up period, as required, will be followed to resolution or until such time in the investigator's opinion that the AE or SAE has become stable and unlikely to change.

New AEs occurring after the final visit are not actively sought or collected, however, **AEs and** SAEs occurring within 30 days after the subject has completed the study **should** be reported. **Unsolicited AE reports occurring up to 30 days after last dose of investigational drug should be recorded together with concomitant medications in appropriate sections of the CRF.  SAEs must be reported** to the AstraZeneca Drug Safety Department, as described in section 4.7.1.3.

**Reason for Amendment:**

Adverse events cannot be collected at enrollment.  Adverse events will be recorded from informed consent up to 30 days after discontinuation and should be reported together with concomitant medications in the appropriate sections of the CRF.

**Section of protocol affected:**

4.7.1.2  Recording of adverse events; § 16

**Previous text:**

The requirement to follow up is not intended to delay database lock or production of the clinical study report.  Both these activities should proceed as planned with ongoing adverse

44(65)

CONFIDENTIAL
AZSER12776599

events.  Beyond the database lock, only serious unexpected AEs (as indicated in the IB) should be followed to resolution.

**Revised text:**

The requirement to follow up is not intended to delay database lock or production of the clinical study report.  Both these activities should proceed as planned with ongoing adverse events.

**Reason for Amendment:**

Consistency reasons. Last sentence in this paragraph was incorrect.

**Section of protocol affected:**

4.7.2.1  Methods of Assessment; bullet 6

**Previous text:**

- Urinalysis (chemistry and specific gravity) (only at enrollment and Final Visit or discontinuation)

**Revised text:**

- Urinalysis (chemistry and specific gravity) (at enrollment, **randomization, visit 17, and Final Visit or discontinuation)**

**Reason for Amendment:**

Consistency reasons: Test incorporated at correct visits in Table 1 but not in section 4.7.2.1.

**Section of protocol affected:**

4.7.6.1  Methods of Assessments; § 2

**Previous text:**

Assessments will be recorded on the appropriate sections of the CRF.

**Revised Text:**

Assessments will be recorded on the appropriate sections of the **workbook (source data) and transcribed into the appropriate sections of the CRF.**

**Reason for Amendment:**

The workbook with the complete assessment scales will be used as source data.

45(65)

CONFIDENTIAL
AZSER12776600

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Section of protocol affected:**

4.8 Genetic sampling and storage; § 4

**Previous text:**

For patients who consent to genetic testing, an additional 10 ml of blood will be drawn.

**Revised text:**

For patients who consent to genetic testing, an additional **9 ml** of blood will be drawn.

**Reason for Amendment:**

9 ml plastic tubes will be used to collect blood draw.

**Section of protocol affected:**

4.9 Volume of blood sampling and handling of biological samples; Table 8

**Previous text:**

| Table 8 | Volume of blood to be drawn from each patient | | | |
|---|---|---|---|---|
| **Assessment** | | **Sample volume (mL)** | **N of samples** | **Total volume (mL)** |
| Safety | Clinical chemistry and Thyroid functioning | 8.5 | 9 | 76.5 |
| | Hematology | 4.5 | 13 | 58.5 |
| | Serum pregnancy[a] | - | 3 | - |
| Mood Stabilizer | | 5 | 32 | 160 |
| Genotyping | | 10 | 1 | 10 |
| **Total** | | **28** | **58** | **305** |

[a]Sample volume included in sample volume for Clinical chemistry and Thyroid functioning

46(65)

CONFIDENTIAL
AZSER12776601

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Revised text:**

**Table 8**          **Volume of blood to be drawn from each patient**

| Assessment | | Sample volume (mL) | N of samples | Total volume (mL) |
|---|---|---|---|---|
| Safety | Clinical chemistry and Thyroid functioning | 8.5 | 9 | 76.5 |
| | Hematology | 4.5 | 13 | 58.5 |
| | Serum pregnancy[a] | - | **2** | - |
| Mood Stabilizer | | 5 | 32 | 160 |
| Genotyping | | **9** | 1 | **9** |
| **Total** | | **27** | **55** | **304** |

[a]Sample volume included in sample volume for Clinical chemistry and Thyroid functioning

**Reason for Amendment:**

Number of samples not added correctly.

**Section of protocol affected:**

6.1.1 Multiplicity; numbers 1 and 2

**Previous text:**

1. Time to a manic event

    The null hypothesis is that the between group hazard ratio is equal to unity.

2. Time to a mood event

    The null hypothesis is that the between group hazard ratio is equal to unity.

**Revised Text:**

1. Time to a **mood** event

    The null hypothesis is that the between group hazard ratio is equal to unity.

2. Time to a **manic** event

    The null hypothesis is that the between group hazard ratio is equal to unity.

47(65)

CONFIDENTIAL
AZSER12776602

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination with either lithium or divalproex is effective in increasing time to a mood event (manic, depressed or mixed). The secondary objective was changed from time to a mood event to time to a manic event.

**Section of protocol affected:**

6.1.1 Multiplicity, § 4, 5 and 7

**Previous text:**

A successful outcome of the primary analysis (1st step) is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a manic event.

No confirmatory claims for time to a mood event (2nd step) will be made unless the null hypotheses in both the 1st and 2nd step are rejected. A successful outcome in both these steps is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a mood event.

No confirmatory claims for SDS Total Score (4th step) will be made unless the null hypotheses in the 1st, 2nd, 3rd and 4th steps are all rejected.  A successful outcome on all these steps is regarded as evidence that quetiapine as adjunct to mood stabilizer is more effective than mood stabilizer alone in improving level of functioning between mood episodes.

**Revised Text:**

A successful outcome of the primary analysis (1st step) is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a **mood** event.

No confirmatory claims for time to a **manic** event (2nd step) will be made unless the null hypotheses in both the 1st and 2nd step are rejected. A successful outcome in both these steps is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a **manic** event.

No confirmatory claims for **mean change in** SDS Total Score (4th step) will be made unless the null hypotheses in the 1st, 2nd, 3rd and 4th steps are all rejected.  A successful outcome on all these steps is regarded as evidence that quetiapine as adjunct to mood stabilizer is more effective than mood stabilizer alone in improving level of functioning between mood episodes.

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination with either lithium or divalproex is effective in increasing time to a mood event (manic,

48(65)

CONFIDENTIAL
AZSER12776603

depressed or mixed). The secondary objective was changed from time to a mood event to time to a manic event.

"SDS Total Score" is changed to "mean change in SDS Total Score" to use the correct terminology.

**Section of protocol affected:**

6.2.1 Primary study objective and outcome variable

**Previous text:**

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a manic event in patients with Bipolar I Disorder.  Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event, (2) hospitalization for a manic or mixed event, (3) YMRS score $\geq$20 at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event.

This objective will be tested using the outcome variable of time to manic event.  This will be defined as the time from randomization to the first of the above listed events.  In the case of YMRS score $\geq$20 at 2 consecutive assessments, the event start time will be the time of the first of the 2 consecutive assessments.  In the case of YMRS score $\geq$20 at the final assessment, the time will be the time to the final assessment.

The proportions of patients having a manic event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.

**Revised Text:**

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a **mood** event **in patients with Bipolar I Disorder**.  Recurrence is defined as (1) initiation of an antipsychotic, **antidepressant**, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, **depressed** or mixed event, (2) hospitalization for a manic, **depressed** or mixed event, (3) YMRS score $\geq$20 **at 2 consecutive assessments or at the final assessment if the patient discontinues, or MADRS score** $\geq$20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, **depressed** or mixed event.

This objective will be tested using the outcome variable of time to **mood** event.  This will be defined as the time from randomization to the first of the above listed events.  In the case of, YMRS score $\geq$20 **or MADRS score** $\geq$20 at 2 consecutive assessments, the event start time

49(65)

CONFIDENTIAL
AZSER12776604

will be the time of the first of the 2 consecutive **assessments with YMRS score ≥20, or to
the first of 2 consecutive assessments with MADRS score ≥20.**  In the case of YMRS score
≥20 **or MADRS score ≥20** at the final assessment, the time will be the time to the final
assessment.

The proportions of patients having a **mood** event between randomization and week 28 and 52
will also be examined as a supporting outcome variable and for consistency with the main
results.

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination
with either lithium or divalproex is effective in increasing time to a mood event (manic,
depressed or mixed).

Item (3) updated for administrative clarification.

**Section of protocol affected:**

6.2.2 Secondary objective: time to mood event

**Previous text:**

6.2.2     Secondary objective: time to mood event

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to
mood stabilizer (lithium or divalproex) in increasing time in days to recurrence of a mood
event (manic or depressed).  Recurrence is defined as (1) initiation of an antipsychotic,
antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than
lorazepam, or any other medication to treat a manic, depressed or mixed event, (2)
hospitalization for a manic, depressed or mixed event, (3) YMRS score ≥20 or MADRS score
≥20 at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4)
discontinuation from the study by the patient if, in the opinion of the investigator, the
discontinuation was due to a manic, depressed or mixed event.

This objective will be tested using the outcome variable of time to mood event.  This will be
defined as the time from randomization to the first of the above listed events.  In the case of ,
YMRS score ≥20 or MADRS score ≥20 at 2 consecutive assessments, the event start time will
be the time of the first of the 2 consecutive assessments with YMRS score ≥20, or to the first
of 2 consecutive assessments with MADRS score ≥20.  In the case of YMRS score ≥20 or
MADRS score ≥20 at the final assessment, the time will be the time to the final assessment.

The proportions of patients having a mood event between randomization and week 28 and 52
will also be examined as a supporting outcome variable and for consistency with the main
results.

50(65)

CONFIDENTIAL
AZSER12776605

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Revised Text:**

6.2.2    Secondary objective: time to **manic** event

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time to recurrence of a **manic** event **in patients with Bipolar I Disorder**.  Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat **a manic event or mixed event with predominantly manic symptoms**, (2) hospitalization for a **manic event or mixed event with predominantly manic symptoms**, (3) YMRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to **a manic event or mixed event with predominantly manic symptoms**.

This objective will be tested using the outcome variable of time to **manic** event.  This will be defined as the time from randomization to the first of the above listed events.  In the case of YMRS score ≥20 at 2 consecutive assessments, the event start time will be the time of the first of the 2 consecutive assessments.  In the case of YMRS score ≥20 at the final assessment, the time will be the time to the final assessment.

The proportions of patients having a **manic** event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.

**Reason for Amendment:**

The secondary objective was changed from time to a mood event to time to a manic event.  Mixed events will be assigned either to manic event or depressed event, not both. "In days" was removed for consistency reasons.

**Section of protocol affected:**

6.2.3 Secondary objective: time to depressive event; § 1

**Previous text:**

6.2.3 Secondary objective: time to depressive event

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in increasing time in days to recurrence of a depressed event.  Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed or mixed event, (2) hospitalization for a depressed or mixed event, (3) MADRS score ≥20 at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed or mixed event.

51(65)

CONFIDENTIAL
AZSER12776606

**Revised Text:**

6.2.3 Secondary objective: time to **depressed** event

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to
mood stabilizer (lithium or divalproex) in increasing time to recurrence of a depressed event.
Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the
assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat **a
depressed event or mixed event with predominantly depressed symptoms**, (2)
hospitalization for **a depressed event or mixed event with predominantly depressed
symptoms**, (3) MADRS score ≥20 at 2 consecutive assessments or at the final assessment if
the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion
of the investigator, the discontinuation was due to **a depressed event or mixed event with
predominantly depressed symptoms**.

**Reason for Amendment:**

Mixed events will be assigned either to manic event or depressed event, not both. "In days"
was removed for consistency reasons.  "Depressive event" changed to "depressed event" for
consistency.

**Section of protocol affected:**

6.2.4 Secondary objective: severity of manic and depressive symptoms; § 1

**Section of protocol affected:**

6.4.1 Time to manic event; § 1, 2 and 5

**Previous text:**

6.4.1 Time to manic event

The main analysis of the time to manic event will be a Cox proportional hazards model to
estimate the hazard ratio of recurrence between treatment groups, with 95% confidence
intervals.  This will be a 2-sided test of the hypothesis, with a statistical significance level of
0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the
study, without meeting manic or mixed event criteria.  Time of censoring will be the date of
the patient's final assessment.

In addition the number and the proportion of patients having a manic event between
randomization and week 28 and 52 will be presented for all patients and by the assigned mood
stabilizer.

52(65)

CONFIDENTIAL
AZSER12776607

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

**Revised text:**

6.4.1 Time to **mood** event

The main analysis of the time to **mood** event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals.  This will be a 2-sided test of the **null** hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting manic, **depressed** or mixed event criteria.  Time of censoring will be the date of the patient's final assessment.

In addition the number and the proportion of patients having a **mood** event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

**Reason for Amendment:**

To keep the headings consistent with the primary objective change to support the target claim that quetiapine in combination with either lithium or divalproex is effective in increasing time to a mood event (manic, depressed or mixed).

Consistency reasons: Word "null" correctly present in synopsis but not in section 6.4.1.

**Section of protocol affected:**

6.4.2 Time to mood event; § 1, 2 and 5

**Previous text:**

6.4.2 Time to mood event

The main analysis of the time to mood event will be a Cox proportional hazards model to estimate the hazard ration of recurrence between treatment groups, with 95% confidence intervals. This will be a 2-sided test of the hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting manic, depressed, or mixed event criteria.  Time of censoring will be the date of the patient's final assessment.

In addition the number and the proportion of patients having a mood event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

53(65)

CONFIDENTIAL
AZSER12776608

**Revised text:**

6.4.2 Time to **manic** event

The main analysis of the time to **manic** event will be a Cox proportional hazards model to estimate the hazard ration of recurrence between treatment groups, with 95% confidence intervals. This will be a 2-sided test of the **null** hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting **the criteria for a manic event or mixed event with predominantly manic symptoms**.  Time of censoring will be the date of the patient's final assessment.

In addition the number and the proportion of patients having a **manic** event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

**Reason for Amendment:**

To keep the headings consistent with the secondary objective change to support the target claim that quetiapine in combination with either lithium or divalproex is effective in increasing time to a manic event.

Mixed events will be assigned either to manic event or depressed event, not both.

Consistency reasons: Word "null" correctly present in synopsis but not in section 6.4.2.

**Section of protocol affected:**

6.4.3 Time to depressive event; § 1 and 2

**Previous text:**

6.4.3 Time to depressive event

The main analysis of the time to depressed event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals.  This will be a 2-sided test of the hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting depressed or mixed event criteria.  Time of censoring will be the date of the patient's final assessment.

**Revised text:**

6.4.3 Time to **depressed** event

The main analysis of the time to depressed event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence

54(65)

CONFIDENTIAL
AZSER12776609

intervals.  This will be a 2-sided test of the **null** hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting **the criteria for a** depressed **event** or mixed event **with predominantly depressed symptoms**.  Time of censoring will be the date of the patient's final assessment.

**Reason for Amendment:**

"Depressive event" changed to "depressed event" for consistency.

Consistency reasons: Word "null" correctly present in synopsis but not in section 6.4.2.

Mixed events will be assigned either to manic event or depressed event, not both.

**Section of protocol affected:**

6.4.6  Level of functioning; § 2

**Previous text:**

This outcome variable will be analyzed by using an Analysis of Covariance model with treatment and assigned mood stabilizer as fixed effects and the SDS total score at baseline as a covariate. The null hypothesis of no difference in the mean SDS total score between treatment groups will be tested in favor of the alternative that there is a difference. A statistically significant result in favor of quetiapine will provide evidence that quetiapine is more effective than placebo, as adjunct to mood stabilizers, in improving level of functioning in between mood episodes.

**Revised Text:**

This outcome variable will be analyzed by using an Analysis of Covariance model with treatment and assigned mood stabilizer as fixed effects and the SDS total score at baseline as a covariate. The null hypothesis of no difference in the mean **change in** SDS total score between treatment groups will be tested in favor of the alternative that there is a difference. A statistically significant result in favor of quetiapine will provide evidence that quetiapine is more effective than placebo, as adjunct to mood stabilizers, in improving level of functioning in between mood episodes.

**Reason for Amendment:**

"SDS Total Score" is changed to "mean change in SDS Total Score" to use the correct terminology.

CONFIDENTIAL
AZSER12776610

**Section of protocol affected:**

6.5 Determination of sample size

**Previous text:**

The primary outcome variable in this study is time to recurrence of a manic event. This variable will be analyzed using Cox proportional hazards model. Assuming a hazard ratio of 0.6 for quetiapine versus placebo, this analysis requires at least 162 patients with a documented recurrence of mania (with a two-tailed test with significance level of 0.05 and a power of 90%.).

Recruitment of patients to the Open-label treatment Phase will be stopped by the sponsor when it is estimated that a sufficient number of patients have been recruited to provide a total of 162 manic events.

The study will be terminated by the sponsor when both of the following conditions have been fulfilled:

1. the required number of events has occurred (at least 162 manic events)

2. all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

Patients reaching 28 weeks of randomized treatment before the above is fulfilled will continue until the study is terminated by the sponsor or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

Assuming that 22.5% of the patients will have a manic recurrence, approximately 720 patients will need to be randomized. If 50% of the enrolled patients fulfill the criteria for randomization this will lead to approximately 1440 enrolled patients.

The assumptions made for the power calculations were based on information from a 1-year recurrence prevention study with the atypical antipsychotic drug olanzapine (Tohen, Marneros, Bowden et al 2002). In this study the rate of a manic recurrence at 1 year was approximately 15% in the olanzapine group and 30% in the lithium group.

**Revised Text:**

The primary outcome variable in this study is time to recurrence of a **mood** event. This variable will be analyzed using Cox proportional hazards model. Assuming a hazard ratio of **0.65** for quetiapine versus placebo, this analysis requires at least **227** patients with a documented recurrence of **a mood event** (with a two-tailed test with significance level of 0.05 and a power of 90%.).

56(65)

CONFIDENTIAL
AZSER12776611

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

Recruitment of patients to the Open-label treatment Phase will be stopped by the sponsor when it is estimated that a sufficient number of patients have been recruited to provide a total of **227 mood** events.

The study will be terminated by the sponsor when both of the following conditions have been fulfilled:

1. the required number of events has occurred (at least **227 mood** events)

2. all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

Patients reaching 28 weeks of randomized treatment before the above is fulfilled will continue until the study is terminated by the sponsor or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

Assuming that **32%** of the patients will have a **recurrence of a mood event**, approximately **710** patients will need to be randomized.  If 50% of the enrolled patients fulfill the criteria for randomization this will lead to approximately **1420** enrolled patients.

The assumptions made for the power calculations were based on information from a 1-year recurrence prevention study with the atypical antipsychotic drug olanzapine (Tohen, Marneros, Bowden et al 2002).  **In this study the rate for recurrence of a mood event at 1 year was approximately 30% in the olanzapine group and 40% in the lithium group.**

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination with either lithium or divalproex is effective in increasing time to a mood event (manic, depressed or mixed. The number of patients enrolled and randomized and number of mood events captured needed to be adjusted due to the primary objective change.

**Section of protocol affected:**

7.3  Training of staff; § 2

**Previous text:**

To ensure consistency throughout the study, all investigators will receive training in rating the assessment scales.  Only investigators certified by training and listed on FDA Form-1572 will be permitted to conduct the assessments.

CONFIDENTIAL
AZSER12776612

**Revised text:**

To ensure consistency throughout the study, all investigators will receive training in rating the assessment scales.  Only investigators certified by training will be permitted to conduct the assessments.

**Reason for Amendment:**

Investigational sites will not be required to list the raters on the FDA Form 1572.

**Section of protocol affected:**

7.6 Study timetable and termination; § 1

**Previous text:**

First patient is planned to be enrolled in October 2003 and that the last patient is estimated to complete the study in May 2006.  The recruitment period is estimated to begin in October 2003 and end in April 2005, or when the Sponsor notifies the investigator as described in Section 3.1.4.

**Revised Text:**

First patient is planned to be enrolled in **March 2004** and that the last patient is estimated to complete the study in **September 2006**.  The recruitment period is estimated to begin in **March 2004** and end in **October 2005**, or when the Sponsor notifies the investigator as described in Section 3.1.4.

**Reason for Amendment:**

Study dates changed to reflect new timelines.

**Section of protocol affected:**

8.2 Ethical conduct of the study

**Previous text:**

The study will be performed in accordance with ethical principles that have their origin in the Declaration of Helsinki and are consistent with ICH/GCP, applicable regulatory requirements and the AstraZeneca policy on Bioethics.

**Revised Text:**

The study will be performed in accordance with ethical principles that have their origin in the Declaration of Helsinki and are consistent with ICH/GCP, applicable regulatory requirements and the AstraZeneca policy on Bioethics.

**In addition, AstraZeneca ensures that special precautions are taken for studies including genetic analysis, with regard to the processes for ensuring confidentiality of data.**

58(65)

CONFIDENTIAL
AZSER12776613

**Reason for Amendment:**

Added statement to ensure that genetic data will be kept confidential.

**Section of protocol affected:**

9.1 AstraZeneca emergency contact procedure

**Previous text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Rebecca Kozel-Kingston | AstraZeneca<br>1800 Concord Pike<br>Wilmington DE  19850<br><br>Office: 302-886-8744 |
| Clinical Study Team Physician | Jamie Mullen MD | AstraZeneca<br>1800 Concord Pike<br>Wilmington DE  19850<br><br>Office: 302-886-2779 |
| The local AstraZeneca representative could be found on page 2 in this protocol, AstraZeneca emergency contact procedure. | | |

**Revised Text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Jenni Sullivan | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: **302-885-3244**<br>Fax: 302-886-5567 |
| Clinical Study Team Physician | **Denis Darko MD** | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: **302-885-4643**<br>Fax: **302-886-3829** |

59(65)

CONFIDENTIAL
AZSER12776614

**Reason for Amendment:**

Change of Clinical Study Team Leader and Clinical Study Team Physician.  Bottom row of the table removed, as local study team contacts are not included in this protocol.

**Section of protocol affected:**

9.3 Procedures in case of overdose

**Previous text:**

For the purpose of this study, all overdoses, with or without associated symptoms, should be reported as adverse events (AEs).  However, all cases of overdose must be reported immediately, within 1 day, if sequelae meeting the criteria for a serious adverse event (SAE) have occurred in association with the overdose.  In all instances, the overdose substance must be stated and an assessment whether the overdose was accidental or intentional should be recorded.  If the overdose was a suicide attempt, this fact should be clearly stated.  Adverse events (serious and nonserious) that occur as a result of an overdose should be recorded on the CRF as "sequelae to overdose" (for example, "nausea as sequelae to overdose").

**Revised text:**

For the purpose of this study, all overdoses **(see Section 4.7.1.2 for definition**), with or without associated symptoms, should be reported as adverse events (AEs).  However, all cases of overdose must be reported immediately, within 1 day, if sequelae meeting the criteria for a serious adverse event (SAE) have occurred in association with the overdose.  In all instances, the overdose substance must be stated and an assessment whether the overdose was accidental or intentional should be recorded.  If the overdose was a suicide attempt, this fact should be clearly stated.  Adverse events (serious and nonserious) that occur as a result of an overdose should be recorded on the CRF as "sequelae to overdose" (for example, "nausea as sequelae to overdose").

**Reason for Amendment:**

Added overdose definition previously not included in the protocol.

**Section of protocol affected:**

9.5  Procedures in case of pregnancy; § 3

**Previous text:**

Information regarding the effects of quetiapine on fetuses and lactation is very limited.  Female patients of childbearing potential must be using a reliable method of contraception.  Reliable methods of contraception include hormonal contraceptives (eg, oral contraceptive or long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg, condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, and

60(65)

CONFIDENTIAL
AZSER12776615

tubal ligation and must have a negative urine human chorionic gonadotropin (HCG) test at enrollment.

**Revised text:**

Information regarding the effects of quetiapine on fetuses and lactation is very limited. Female patients of childbearing potential must be using a reliable method of contraception. Reliable methods of contraception include hormonal contraceptives (eg, oral contraceptive or long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg, condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, and tubal ligation and must have a negative **serum** human chorionic gonadotropin (HCG) test at enrollment.

**Reason for Amendment:**

Test performed on serum, not urine.

**Persons who initiated the Amendment:**

Rebecca Kozel-Kingston, Clinical Research Scientist
Denis Darko, MD, Clinical Study Team Physician
Jenni Sullivan, Clinical Study Leader

61(65)

CONFIDENTIAL
AZSER12776616

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

## Signed agreement to the Amendment:

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00127

..................................                  ..................................
Date                                                AstraZeneca Global Product Team Physician
(day, month, year)                                  Martin Brecher

                                                    1800 Concord Pike
                                                    Wilmington, DE 19850

62(65)

CONFIDENTIAL
AZSER12776617

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00127

2/2/04

Date
(day, month, year)

AstraZeneca Clinical Study Team Physician
Denis Darko, MD
1800 Concord Pike
Wilmington, DE 19850

63(65)

CONFIDENTIAL
AZSER12776618

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00127

02. FEB. 04
..............................
Date
(day, month, year)

..............................
AstraZeneca Clinical Study Team Leader
Jenni Sullivan
1800 Concord Pike
Wilmington, DE 19850

64(65)

CONFIDENTIAL
AZSER12776619

Clinical Study Protocol Amendment No. 1
Study code D1447C00127

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00127

Center No.:   <<>>

. . . . . . . . . . . . .            . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                      Principal investigator
(day, month, year)        *<<Name and Address>>*

65(65)

CONFIDENTIAL
AZSER12776620



| Clinical Study Protocol Amendment | |
|---|---|
| Amendment Number | 2 |
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00127 |
| Date | 17 June 2004 |

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

**Sponsor:**

AstraZeneca Pharmaceuticals LP
1800 Concord Pike
Wilmington, DE 19850
United States

**Centers affected by the Amendment:**

All Centers

**The protocol for the study is to be amended as follows:**

CONFIDENTIAL
AZSER12776621

Clinical Study Protocol Amendment Number 2
Study Code D1447C00127
17 June 2004

**Section of protocol affected:**

List of abbreviations and definition of terms

**Previous text:**

N/A: change reflects addition of text

**Revised text:**

| Abbreviation or special term | Explanation |
|---|---|
| CBC | Complete Blood cell Count |
| DM | Diabetes Mellitus |
| WBC | White Blood Cell |

**Reason for Amendment:**

New abbreviations being introduced in the study protocol.

**Section of protocol affected:**

Table 1         Study plan: Enrollment and Open-label treatment Phase

CONFIDENTIAL
AZSER12776622

Clinical Study Protocol Amendment Number 2
Study Code D1447C00127
17 June 2004

## Previous text:

**Study plan**

| Study week:<br>Visit number: | Enrollment | 0<br>S1 | 1<br>S2 (optional) | 2<br>S3 (optional) | 4<br>S4 | 8<br>S5 | 12<br>S6 | 16<br>S7 | 20<br>S8 | 24<br>S9 | 28<br>S10 | 32<br>S11 | 36<br>S12 | Discontinuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Open-label treatment Phase | | | | | | | |
| Informed consent | ✓ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for Open-label treatment Phase | ✓ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for randomization | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Demography and diagnosis | ✓ | | | | | | | | | | | | | |
| Medical, psychiatric, and medication history | ✓ | | | | | | | | | | | | | |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | | | | | | | | | | | | | |
| SDS[a] | ✓ | | | | | | | | | | | | | |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | ✓ | | | | | | | | | | | | | ✓ |
| Urinalysis | ✓ | | | | | | | | | | | | | ✓ |
| Urine toxicology | ✓ | | | | | | | | | | | | | ✓ |
| Serum pregnancy test | ✓ | | | | | | | | | | | | | |
| Vital signs | ✓ | | | | ✓ | ✓ | ✓ | | | ✓ | | | | ✓ |
| Weight | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | ✓ |
| Height | ✓ | | | | | | | | | | | | | |
| Electrocardiogram | ✓ | | | | | | | | | | | | | ✓ |
| Serum chemistry | ✓ | | | | | | | | | | | | | ✓ |
| Thyroid Function Tests | ✓ | | | | | | | | | | | | | ✓ |
| Hematology | ✓ | | | | | | | | | ✓ | | | | ✓ |
| Optional Genetic Blood Sample | ✓ | | | | | | | | | | | | | |
| Mood stabilizer level | ✓ | ✓ | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug dispensing | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | |
| Drug accountability | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ |

CGI-BP Clinical Global Impression-Bipolar. MADRS Montgomery-Asberg Depression Rating Scale. PANSS-P Positive and Negative Syndrome Scale-Positive Subscale. SDS Sheehan Disability Scale. YMRS Young Mania Rating Scale.
[a] To be completed by the patient prior to clinical evaluation
[b] Physical examination to include ophthalmoscopic examination

3(12)

CONFIDENTIAL
AZSER12776623

Clinical Study Protocol Amendment Number 2
Study Code D1447C00127
17 June 2004

**Revised text:**

**Study plan**

| Study week: | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Visit number: | Enrollment | 0 / S1 | 1 / S2 (optional) | 2 / S3 (optional) | 4 / S4 | 8 / S5 | 12 / S6 | 16 / S7 | 20 / S8 | 24 / S9 | 28 / S10 | 32 / S11 | 36 / S12 | Discontinuation |
| | | | | | | | Open-label treatment Phase | | | | | | | |
| Informed consent | √ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for Open-label treatment Phase | √ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for randomization | | | | √ | | | √ | √ | √ | √ | √ | √ | √ | √ |
| Demography and diagnosis | √ | | | | | | | | | | | | | |
| Medical, psychiatric, and medication history | √ | | | | | | | | | | | | | |
| Concurrent medications | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| YMRS | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| MADRS | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| CGI-BP | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| PANSS-P | √ | √ | | | | | | | | | | | | |
| SDS[a] | √ | √ | | | | | | | | | | | | |
| Adverse events | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Physical examination[b] | √ | | | | | | | | | | | | | √ |
| Urinalysis | √ | | | | | | | | | | | | | √ |
| Urine toxicology | √ | | | | | | | | | | | | | |
| Serum pregnancy test | √ | | | | | | | | | | | | | |
| Vital signs | √ | √ | √ | | | | √ | | | √ | √ | √ | √ | √ |
| Weight | √ | √ | √ | | | | √ | | | √ | √ | √ | √ | √ |
| Height | √ | | | | | | | | | | | | | |
| Electrocardiogram | √ | | | | | | | | | | | | | |
| Serum chemistry | √ | | | | | | √[c] | | | √[c] | | | | |
| Thyroid Function Tests | √ | | | | | | | | | | | | | |
| Hematology | √ | | | | √[d] | √[d] | √ | | | √ | | | | |
| Optional Genetic Blood Sample | √ | | | | | | | | | | | | | |
| Mood stabilizer level | | √ | | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Drug dispensing | | √ | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Drug accountability | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |

CGI-BP Clinical Global Impression-Bipolar. MADRS Montgomery-Asberg Depression Rating Scale. PANSS-P Positive and Negative Syndrome Scale-Positive Subscale. SDS Sheehan Disability Scale. YMRS Young Mania Rating Scale.
[a] To be completed by the patient prior to clinical evaluation
[b] Physical examination to include ophthalmoscopic examination
[c] **Only s-insulin and p-glucose**
[d] **Does not include HbA₁c**

4(12)

CONFIDENTIAL
AZSER12776624

Clinical Study Protocol Amendment Number 2
Study Code D1447C00127
17 June 2004

**Reason for Amendment:**

In accordance with changes outlined in this amendment, serum insulin samples have been added and plasma glucose replaces serum glucose measurement at visits S6 and S9, where previously no serum chemistry sample was drawn.  Footnote added to clarify that $HbA_{1c}$ will not be assessed from hematology samples drawn at visits S4 and S5.

**Section of protocol affected:**

3.3.2.2  Exclusion criteria for entering the Open-label treatment Phase

**Previous text:**

N/A: change reflects addition of text

**Revised text:**

**13. Previously enrolled into the Open-label treatment Phase (visit S1 and onwards) in this study or study D1447C00126**

**14. A patient with Diabetes Mellitus (DM) fulfilling one of the following criteria:**

- **Unstable DM defined as enrollment $HbA_{1c}$ >8.5%.**

- **Admitted to hospital for treatment of DM or DM related illness in past 12 weeks.**

- **Not under care of physician responsible for patient's DM care.**

- **Physician responsible for patient's DM care has not indicated that patient's DM is controlled.**

- **Physician responsible for patient's DM care has not approved patient's participation in the study.**

- **Has not been on the same dose of oral hypoglycemic drug(s) and/or diet for the 4 weeks prior to enrollment.  For thiazolidinediones (glitazones) this period should not be less than 8 weeks.**

- **Taking insulin whose daily dose on one occasion in the past 4 weeks has been more than 10% above or below their mean dose in the preceding 4 weeks.**

**Note: If a patient with diabetes meets one of these criteria, the patient is to be excluded even if the treating physician believes that the patient is stable and can participate in the study.**

5(12)

CONFIDENTIAL
AZSER12776625

Clinical Study Protocol Amendment Number 2
Study Code D1447C00127
17 June 2004

**Reason for Amendment:**

To further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program. In addition, we are collecting supplementary information on diabetes.

**Section of protocol affected:**

3.3.5 Discontinuation of patients from treatment or assessment;

3.3.5.1 Criteria for Discontinuation

**Previous text:**

8. A repeated neutrophil count of $<0.5 \times 10^9$/L which must also be reported as an AE, see section 4.7.1.2.

**Revised text:**

8. A repeated neutrophil count of **$<1.0 \times 10^9$/L** which must also be reported as an AE, see section 4.7.1.2.  **For further details, see section 3.3.5.2.**

**Reason for Amendment:**

To further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program.

**Section of protocol affected:**

3.3.5 Discontinuation of patients from treatment or assessment;

3.3.5.2 Procedures for discontinuation; paragraph 4

**Previous text:**

In the case of a neutrophil count of $<0.5 \times 10^9$/L, the test must be repeated within one day.  If the second neutrophil count is $<0.5 \times 10^9$/L, this must be reported as an AE and the patient must be discontinued from the study.

**Revised text:**

In the case of a neutrophil count of **$<1.0 \times 10^9$/L**, the test must be repeated within one day.  If the second neutrophil count is **$<1.0 \times 10^9$/L**, this must be reported as an AE and the patient must be discontinued from the study, **see section 4.7.1.2.  Additionally, these patients should be monitored with a Complete Blood cell Count (CBC) and White Blood Cell (WBC) differential count weekly until their counts recover. While experiencing neutropenia, patients should avoid invasive procedures such as dental work, rectal**

6(12)

CONFIDENTIAL
AZSER12776626

Clinical Study Protocol Amendment Number 2
Study Code D1447C00127
17 June 2004

**exams, or enemas; exposure to people who are obviously ill; and exposure to fresh fruits, vegetables, or flowers. If a patient develops fever or symptoms of infection, he/ she should contact his/ or her physician and acquire a CBC count with WBC differential count immediately.**

**Reason for Amendment:**

To further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program.

**Section of protocol affected:**

4.7.1.2 Recording of adverse events, paragraph 7 & 8

**Previous text:**

Patient reported outcome questionnaires (SDS, NIMH-LCM S/P, PGWB (see Section 4.3)) should not be used as instruments for collecting safety data. However, if information about an AE is elicited, this will be recorded on the AE CRF page. If such an AE fulfils the definition of an SAE, it should be reported as described in Section 4.7.1.3.

Abnormal laboratory tests including ECGs, or vital signs, should not be reported as AEs unless they fulfill the criteria for an SAE or lead to discontinuation. If an abnormal laboratory test result or vital sign is associated with clinical signs and symptoms, the sign or symptom should be reported as the AE, and the associated test result or vital sign should be recorded on the appropriate CRF. In the case of a neutrophil count of $<0.5 \times 10^9$/L, the test must be repeated within one day. If the second neutrophil count is $<0.5 \times 10^9$/L, this must be reported as an AE and the patient must be discontinued from the study.

Should an overdose occur, it must be reported in accordance with the procedures described in Section 9.3. An overdose is defined as an ingestion of investigational product of >800mg/day. All overdoses, with or without associated symptoms, should be reported as AEs.

**Revised text:**

Patient reported outcome questionnaires (SDS, NIMH-LCM S/P, PGWB (see Section 4.3)) should not be used as instruments for collecting safety data. However, if information about an AE is elicited, this will be recorded on the AE CRF page. **Additionally, for any patient who presents with a fever, pharyngitis, or other signs and symptoms of infection, CBC with a WBC differential count should be performed.** If such an AE fulfils the definition of an SAE, it should be reported as described in Section 4.7.1.3.

Abnormal laboratory tests including ECGs, or vital signs, should not be reported as AEs unless they fulfill the criteria for an SAE or lead to discontinuation. If an abnormal laboratory test result or vital sign is associated with clinical signs and symptoms, the sign or symptom

CONFIDENTIAL
AZSER12776627

Clinical Study Protocol Amendment Number 2
Study Code D1447C00127
17 June 2004

should be reported as the AE, and the associated test result or vital sign should be recorded on the appropriate CRF.

In the case of a neutrophil count of $<1.0x10^9/L$, the test must be repeated within one day. If the second neutrophil count is $<1.0x10^9/L$, this must be reported as an AE and the patient must be discontinued from the study. **The AE should be recorded as 'Neutrophil count decreased'. If signs and symptoms of the neutropenia are present, e.g. infection, these should also be recorded as AEs. Additionally, these patients should be monitored with a CBC and WBC differential count weekly until their counts recover. While experiencing neutropenia, patients should avoid invasive procedures such as dental work, rectal exams, or enemas; exposure to people who are obviously ill; and exposure to fresh fruits, vegetables, or flowers. If a patient develops fever or symptoms of infection, he/ she should contact his/ or her physician and acquire a CBC with WBC differential count immediately.**

Should an overdose occur, it must be reported in accordance with the procedures described in Section 9.3. An overdose is defined as an ingestion of investigational product of >800mg/day.

**Reason for Amendment:**

To further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program.

**Section of protocol affected:**

4.7.2   Laboratory safety measurements and variables

**Previous text:**

Blood and urine specimens will be collected for hematology, clinical chemistry tests, thyroid function tests, serum pregnancy tests, urinalysis, and urine toxicology and these samples will be processed by a central laboratory (Quintiles Laboratories). For the glucose samples, the time of the last meal will be recorded in the CRF. In addition, blood samples will be collected to check trough serum concentrations of the mood stabilizer (lithium or divalproex) to meet stabilization criteria and as needed, at the discretion of the investigator, during the Randomized treatment Phase of the study. For information on total volume of blood to be drawn see Section 4.9.

**Revised text:**

Blood and urine specimens will be collected for hematology, clinical chemistry tests, thyroid function tests, **fasting plasma glucose (P-glucose), fasting serum insulin (S-insulin) -levels**, serum pregnancy tests, urinalysis, and urine toxicology and these samples will be processed by a central laboratory (Quintiles Laboratories). **Blood samples should be collected between the hours of 8:00 and 10:00 am, local site time.** The time of the last meal will be recorded

8(12)

CONFIDENTIAL
AZSER12776628

Clinical Study Protocol Amendment Number 2
Study Code D1447C00127
17 June 2004

in the CRF.  **The patient should have been fasting for at least 8 hours prior to the blood draw.**  In addition, blood samples will be collected to check trough serum concentrations of the mood stabilizer (lithium or divalproex) to meet stabilization criteria and as needed, at the discretion of the investigator, during the Randomized treatment Phase of the study.  For information on total volume of blood to be drawn see Section 4.9.

**Management of Diabetes Mellitus**

**Any patient developing DM should be referred to an internist/diabetologist for evaluation and management of his/her DM. The patient's future participation in the study is according to the Investigator's judgment.**

**Reason for Amendment:**

To further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program. In addition, CRFs will collect supplementary information on diabetes.

**Section of protocol affected:**

4.7.2.1  Methods of assessment

**Previous text:**

The following clinical laboratory tests will be performed following the assessment schedule outlined in Table 1, Table 2, and Table 3.  For information on how AEs based on laboratory tests should be recorded and reported see Section 4.7.1.2.

- Hematology tests will include the following, unless otherwise indicated: hemoglobin concentration, hematocrit, red blood cell count, total and differential white blood cell counts, and platelet count

- Clinical chemistry tests will include the following, unless otherwise indicated: total bilirubin, alkaline phosphatase, alanine transaminase (ALT), aspartate transaminase (AST), creatinine, BUN, sodium, potassium, chloride, glucose, bicarbonate, high-density lipoprotein cholesterol, triglycerides, low-density lipoprotein cholesterol, total cholesterol, and glycosylated hemoglobin levels ($HbA_{1C}$), and prolactin

**Revised text:**

The following clinical laboratory tests will be performed following the assessment schedule outlined in Table 1, Table 2, and Table 3.  For information on how AEs based on laboratory tests should be recorded and reported see Section 4.7.1.2.

CONFIDENTIAL
AZSER12776629

Clinical Study Protocol Amendment Number 2
Study Code D1447C00127
17 June 2004

- ■ Hematology tests will include the following: glycosylated hemoglobin levels (HbA$_{1C}$), hemoglobin concentration, hematocrit, red blood cell count, total and differential white blood cell counts, and platelet count

- ■ Clinical chemistry tests will include the following: total bilirubin, alkaline phosphatase, alanine transaminase (ALT), aspartate transaminase (AST), creatinine, BUN, sodium, potassium, chloride, **insulin, glucose**, bicarbonate, high-density lipoprotein cholesterol, triglycerides, low-density lipoprotein cholesterol, total cholesterol, and prolactin.

**Reason for Amendment:**

To further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program. In addition, CRFs will collect supplementary information on diabetes.

**Section of protocol affected:**

4.9  Volume of blood sampling and handling of biological samples

**Previous text:**

Table 8          **Volume of blood to be drawn from each patient**

| Assessment | | Sample volume (mL) | N of samples | Total volume (mL) |
|---|---|---|---|---|
| Safety | Clinical chemistry and Thyroid functioning | 8.5 | 9 | 76.5 |
| | Hematology | 4.5 | 13 | 58.5 |
| | Serum pregnancy[a] | - | 2 | - |
| Mood Stabilizer | | 5 | 32 | 160 |
| Genotyping | | 9 | 1 | 9 |
| **Total** | | **27** | **55** | **304** |

[a]Sample volume included in sample volume for Clinical chemistry and Thyroid functioning

10(12)

CONFIDENTIAL
AZSER12776630

**Revised text:**

**Table 8**            **Volume of blood to be drawn from each patient**

| Assessment | | Sample volume (mL) | N of samples | Total volume (mL) |
|---|---|---|---|---|
| Safety | Clinical chemistry and Thyroid functioning | 8.5 | 11 | 93.5 |
| | **P-glucose** | **2** | **11** | **22** |
| | Hematology | 4 | 13 | 52 |
| | Serum pregnancy[a] | - | 2 | - |
| Mood Stabilizer | | 5[b] | 32 | 105[b] |
| Genotyping | | 9 | 1 | 9 |
| **Total** | | **23.5** | **68** | **281.5** |

[a]Sample volume included in sample volume for Clinical chemistry and Thyroid functioning. **Samples not reflected in Total number of samples.**
[b]At eleven (11) assessments the sample volume taken is included in Clinical chemistry and Thyroid functioning sample.  These assessments are therefore not included in the total volume.

**Reason for Amendment:**

To further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program. In addition, CRFs will collect supplementary information on diabetes. Total volume of mood stabilizer sample adjusted to correct for overreporting of sample volume.

**Section of protocol affected:**

9.3 Procedures in case of overdose

**Previous text:**

For the purpose of this study, all overdoses (see Section 4.7.1.2 for definition), with or without associated symptoms, should be reported as adverse events (AEs).  However, all cases of overdose must be reported immediately, within 1 day, if sequelae meeting the criteria for a serious adverse event (SAE) have occurred in association with the overdose.  In all instances, the overdose substance must be stated and an assessment whether the overdose was accidental or intentional should be recorded.  If the overdose was a suicide attempt, this fact should be clearly stated.  Adverse events (serious and nonserious) that occur as a result of an overdose

11(12)

CONFIDENTIAL
AZSER12776631

Clinical Study Protocol Amendment Number 2
Study Code D1447C00127
17 June 2004

should be recorded on the CRF as "sequelae to overdose" (for example, "nausea as sequelae to overdose").

**Revised text:**

**During the study, an overdose is defined as an ingestion of investigational product (quetiapine or placebo) exceeding 800 mg per day.**

**An overdose with associated SAEs must be recorded on the relevant SAE and AE pages in the pCRF as the associated SAE symptoms.  If symptoms meeting the criteria for an SAE have occurred in association with the overdose, the case must be reported immediately, within 1 day to the AstraZeneca representative.**

**An overdose with associated non-serious AEs must be recorded on the relevant AE pages in the pCRF as the associated AE symptoms.  In addition, the overdose must be reported to the AstraZeneca representative on the separate AZ "Clinical Study Overdose Report Form" as soon as possible.**

**An overdose without any associated symptoms should not be recorded as an AE in the pCRF.  The overdose must be reported to the AstraZeneca representative on the separate AZ "Clinical Study Overdose Report Form" as soon as possible.**

**An assessment whether the overdose was accidental or intentional should be recorded.  If the overdose was a suicide attempt, this fact should be clearly stated.**

**Reason for Amendment:**

In accordance with recent changes to the AZ policy on collection of overdose data, this change is applied to ensure that data are properly documented in order to collate information for the IB and CDS regarding the level of excess dosage taken or administered without adverse effects.

**Persons who initiated the Amendment:**

Martin Brecher, Product Medical Director

Jenni Sullivan, Clinical Study Team Leader

CONFIDENTIAL
AZSER12776632



| Clinical Study Protocol Amendment No. 2: Appendix A | |
| --- | --- |
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00127 |
| Appendix Edition Number | 1 |
| Appendix Date | 17 June 2004 |

## Appendix A
## Signatures

CONFIDENTIAL
AZSER12776633

Clinical Study Protocol Amendment No. 2: Appendix A
Study Code D1447C00127
Appendix Edition Number 1
Appendix Date 17 June 2004

## ASTRAZENECA SIGNATURE(S)

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

This Clinical Study Protocol and all Amendments to the CSP have been subjected to an internal AstraZeneca peer review.

I agree to the terms of this study protocol/amendment.

AstraZeneca Research and Development
site representative

Martin Brecher, MD
Product Medical Director
AstraZeneca
1800 Concord Pike
Wilmington, DE 19850-5437

1 Jul 2004
Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12776634

Clinical Study Protocol Amendment No. 2: Appendix A
Study Code D1447C00127
Appendix Edition Number 1
Appendix Date 17 June 2004

## ASTRAZENECA SIGNATURE(S)

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

This Clinical Study Protocol and all Amendments to the CSP have been subjected to an internal AstraZeneca peer review.

I agree to the terms of this study protocol/amendment.

**AstraZeneca Research and Development site representative**

Jenni Sullivan
Clinical Study Team Leader
AstraZeneca
1800 Concord Pike
Wilmington, DE 19850-5437
302-885-3244

29 JUN 2004

Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12776635

Clinical Study Protocol Amendment No. 2: Appendix A
Study Code D1447C00127
Appendix Edition Number 1
Appendix Date 17 June 2004

## ASTRAZENECA SIGNATURE(S)

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

This Clinical Study Protocol and all Amendments to the CSP have been subjected to an internal AstraZeneca peer review.

I agree to the terms of this study protocol/amendment.

AstraZeneca Research and
Development site representative

Denis Darko, MD
Study Team Physician
AstraZeneca
1800 Concord Pike
Wilmington, DE 19850-5437
302-885-4643

6 July 2004
Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

4(5)
CNS.000-078-904.2.0

CONFIDENTIAL
AZSER12776636

Clinical Study Protocol Amendment No. 2: Appendix A
Study Code D1447C00127
Appendix Edition Number 1
Appendix Date 17 June 2004

# SIGNATURE OF PRINCIPAL INVESTIGATOR

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

This Clinical Study Protocol/Amendment has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this Protocol and all amendments: Number 1, 29 January 2004; and Number 2, dated 17 June 2004.   I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

**Centre No.:**                  *<<This may be hand-written onto the page at the time the signature is collected>>*

**Signature:**

_____        _____
*<<Name, title, address and telephone number>>*        Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12776637



| Clinical Study Protocol Amendment | |
| --- | --- |
| Amendment Number | 3 |
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00127 |
| Date | 28 April 2005 |

**A Multicenter, Randomized, Parellel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

This submission /document contains trade secrets and confidential commercial information, disclosure of which is prohibited without providing advance notice to AstraZeneca and opportunity to object.

**Sponsor:**

AstraZeneca Pharmaceuticals LP
1800 Concord Pike
Wilmington, DE  19850
United States

AstraZeneca confirms that all revisions made to the clinical trial protocol for Study D1447C00127, Amendment 3, are accurately reflected in the Clinical Study Protocol Amendment revision summary.

**Centres affected by the Amendment:**

All Centers

**The protocol for the study is to be amended as follows:**

**Section of protocol affected:**

AstraZeneca emergency contact procedure

CONFIDENTIAL
AZSER12776638

Clinical StudyProtocol Amendment  Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

**Previous text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Jenni Sullivan | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: 302-885-3244<br>Fax: 302-886-5567 |
| Clinical Study Team Physician | Denis Darko, MD | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: 302-885-4643<br>Fax: 302-886-3829 |

**Revised text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | **Christina Olexy** | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: **302-886-3803**<br>Fax: 302-886-5567 |
| Clinical Study Team Physician | Denis Darko, MD | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: 302-885-4643<br>Fax: 302-886-3829 |

**Reason for Amendment:**

Clinical Study Team Leader has changed.

CONFIDENTIAL
AZSER12776639

Clinical StudyProtocol Amendment  Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

**Section of protocol affected:**

Protocol synopsis, Study center(s) and number of patients planned

**Previous text:**

To observe a total of 227 mood events, it is estimated that approximately 1420 patients will be enrolled, giving approximately 710 randomized patients at 120 centers in the United States and Canada with an average enrollment of 12 patients per center.  The final number of randomized patients may change during the study based on observed event rates.

**Revised text:**

To observe a total of 227 mood events, it is estimated that approximately 1420 patients will be enrolled, giving approximately 710 randomized patients at 120 centers in the United States and Canada with an average enrollment of 12 patients per center.  The final numbers of **enrolled and** randomized patients may change during the study based on observed **randomization and** event rates.

**Reason for Amendment:**

Due to lower than expected conversion rates from the open-label to randomization phase, the study team is in support of increasing the number of patients to be enrolled and/or extending the enrollment period into open-label in order to reach the number of 227 observed mood events.

**Summary of Section(s) of the protocol affected by following reason for amendment:**

Synopsis, secondary objectives, Synopsis, patient reported outcomes, 2.2 Secondary objectives, 3.1.4, Recruitment and Study Termination, 3.3.5.2, Procedures for discontinuation, 4.3.2, Life Charting Method Self/Prospective Rating (NIMH-LCM S/P), 4.3.4, Administration of PRO questionnaires, 4.6, Efficacy and pharmacodynamic measurement and variables, 4.7.1.2, Recording of adverse events, 6.2.4, Secondary objective: severity of manic and depressive symptoms, 6.2.7, Secondary objective: switching between manic and depressive mood, 6.4.4, Severity of manic or depressive symptoms, 6.4.7, Switching, 10, References:

**Reason for Amendment:**

Removal of the electronic patient diary from further collection of data.  The D1447C00127 protocol includes an exploratory initiative to develop an electronic version of the NIMH's Life Charting Method (LCM), and patient reported outcome (PRO) tool to help patients examine life events that impact their mood changes. In development of the LCM and PRO tool, one of the fields allowed patients to input free text to the question. During the study team's interim review of the LCM data for the purpose of planning the final study report, this review revealed that patients did not understand or were not following the directions for completing the life event instrument.  As a result, the free text field contained patient safety-related information that was not reported otherwise through established safety reporting channels.  This raised serious concerns among the study team.

Upon learning of the nature of the free text entries provided by some patients, AstraZeneca had concerns that some patients were providing extensive information that could indicate need for PI

3

CONFIDENTIAL
AZSER12776640

Clinical StudyProtocol Amendment  Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

intervention to preserve the patient's well-being, and mechanisms for this feedback to the sites did not exist in our program.  By design, the protocol does not provide interim access for investigators to this PRO data because, as devised and proposed, no interim access would have been necessary.  All data were to be provided to the investigators retrospectively at the time of database lock.

Patient safety is AstraZeneca's greatest concern, and it was determined that changes needed to be made to the program to ensure patient safety. Risk-versus-benefit analysis of our options led the study team to determine that the best interests of the patients, sites, and study delivery would be served by discontinuing the exploratory initiative in the current programs.  Several factors contributed to the decision, including: (1) Operational changes needed to repair the initiative would be extensive; (2) Collateral impact or influence of a mid-stream change to a PRO tool on patients and investigators could not be accurately assessed, making comparison of pre-change and post-change data difficult; and (3) Given the poor patient compliance with the LCM, the data yielded would not likely lead to any generalizable conclusions across the patient population.

Patients who have already signed an informed consent do not need to sign the new version but will be verbally informed about the changes of the amendment.

Safety-related information captured to date in the free-text field will be reviewed and responded to per clinical need.

**Section of protocol affected:**

Synopsis, secondary objectives

**Previous text:**

3. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS, the Clinical Global Impression-Bipolar (Spearing et al 1997), and the Life Charting Method Self/Prospective Rating (Bipolar Network News 2002).

6. To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in reducing mood switching between manic and depressed events as assessed by the Life Charting Method Self/Prospective Rating (NIMH-LCM S/P).

**Revised text:**

3. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS **and** the Clinical Global Impression-Bipolar (Spearing et al 1997).

6. Deleted.

4

CONFIDENTIAL
AZSER12776641

Clinical StudyProtocol Amendment  Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

**Reason for amendment:**

Removal of the electronic patient diary from further collection of data.

**Section of protocol affected:**

Synopsis, patient reported outcomes

**Previous text:**

Secondary outcome variables:

SDS total score and by domains
NIMH-LCM S/P score
PGWB score

**Revised text:**

Secondary outcome variables:

SDS total score and by domains
PGWB score

**Reason for amendment:**

Removal of the electronic patient diary from further collection of data.

**Section of protocol affected:**

2.2 Secondary objectives

**Previous text:**

3. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS, the Clinical Global Impression-Bipolar (Spearing et al 1997), and the Life Charting Method Self/Prospective Rating (Bipolar Network News 2002).

6. To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in reducing mood switching between manic and depressed events as assessed by the Life Charting Method Self/Prospective Rating (NIMH-LCM S/P).

**Revised text:**

3. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS **and** the Clinical Global Impression-Bipolar (Spearing et al 1997).

6. Deleted.

5

CONFIDENTIAL
AZSER12776642

**Reason for amendment:**

Removal of the electronic patient diary from further collection of data.

**Section of protocol affected:**

Section 3.1 Overall study design and flow chart

**Previous text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or divalproex in the maintenance treatment of adult patients with Bipolar I Disorder for 28 to 104 weeks.  To observe a total of 227 mood events, it is estimated that approximately 1420 patients will be enrolled, giving approximately 710 randomized patients at 120 centers in the United States and Canada with an average enrollment of 12 patients per center.  The final number of randomized patients may change during the study based on observed event rates (see Section 6.5).

**Revised text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or divalproex in the maintenance treatment of adult patients with Bipolar I Disorder for 28 to 104 weeks.  To observe a total of 227 mood events, it is estimated that approximately 1420 patients will be enrolled, giving approximately 710 randomized patients at 120 centers in the United States and Canada with an average enrollment of 12 patients per center.  The final numbers of **enrolled and** randomized patients may change during the study based on observed **randomization and** event rates (see Section 6.5).

**Reason for amendment:**

Due to lower than expected conversion rates from the open-label to randomization phase, the study team is in support of increasing the number of patients to be enrolled and/or extending the enrollment period into open-label in order to reach the number of 227 observed mood events.

**Section of protocol affected:**

3.1.4 Recruitment and Study Termination, Table 2 and Table 3

6

CONFIDENTIAL
AZSER12776643

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

**Previous Text:**

**Table 2      Study plan: Randomized treatment Phase**

| Study plan | Randomization | Randomized treatment Phase | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Study week: | 0 | 1 | 2 | 4 | 6 | 8 | 12 | 16 | 20 | 24 | 28 |
| Visit Number: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Inclusion/exclusion criteria for randomization | ✓ | | | | | | | | | | |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | ✓ |
| SDS[a] | ✓ | | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PGWB[a] | ✓ | | | | | | ✓ | | | | ✓ |
| SAS, BARS, AIMS | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Adverse events | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | ✓ | | | | | | | | | | ✓ |
| Urinalysis | ✓ | | | | | | | | | | |
| Serum pregnancy test | ✓ | | | | | | | | | | |
| Vital signs | ✓ | | | | | | ✓ | | | | ✓ |
| Weight | ✓ | | | ✓ | | ✓ | ✓ | | | | |
| Electrocardiogram | ✓ | | | | | | | | | | |
| Serum chemistry | ✓ | | | | | | ✓ | | | | ✓ |
| Thyroid Function Tests | ✓ | | | | | | ✓ | | | | ✓ |
| Hematology | ✓ | | | | | ✓ | | ✓ | | | ✓ |
| Mood stabilizer level | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug dispensing | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug accountability | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| NIMH-LCM S/P | To be completed daily by the patient | | | | | | | | | | |

AIMS Abnormal Involuntary Movement Scale.  BARS Barnes Akathisia Rating Scale.  CGI-BP Clinical Global Impression-Bipolar.  MADRS Montgomery-Asberg Depression Rating Scale.  PANSS-P Positive and Negative Syndrome Scale-Positive Subscale.  PGWB Psychological General Well-being Scale.  SAS Simpson-Angus Scale.  SDS Sheehan Disability Scale.  YMRS Young Mania Rating Scale.  NIMH-LCM S/P Life Charting Method Self/Prospective Rating

[a] To be completed by the patient prior to clinical evaluation
[b] Physical examination to include ophthalmoscopic examination

7

CONFIDENTIAL
AZSER12776644

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

**Table 3  Study plan: Randomized treatment Phase (cont.)**

| Study plan | Randomized treatment Phase | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Study week: | 32 | 36 | 40 | 44 | 48 | 52 | 60 | 68 | 76 | 84 | 92 | 104 |
| Visit Number: | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 or Final Visit |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| SDS[a] | ✓ | ✓ | | | ✓ | | ✓ | | ✓ | | | ✓ |
| PGWB[a] | ✓ | ✓ | | | ✓ | | ✓ | | ✓ | | | ✓ |
| SAS, BARS, AIMS | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | | ✓ |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | | | | | | | | | | | | ✓ |
| Urinalysis | | | | | | ✓ | | | | | | ✓ |
| Serum pregnancy test | | | | | | | | | | | | |
| Vital signs | | | ✓ | | | | ✓ | | ✓ | | | ✓ |
| Weight | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Electrocardiogram | | | | | | | | | | | | |
| Serum chemistry | | | ✓ | | | | | ✓ | | | ✓ | ✓ |
| Thyroid Function Tests | | | ✓ | | | ✓ | | ✓ | | | | ✓ |
| Hematology | | | ✓ | | | ✓ | | | | | | ✓ |
| Mood Stabilizer Levels | ✓ | ✓ | | | ✓ | | | ✓ | | | ✓ | ✓ |
| Drug dispensing | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug accountability | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| NIMH-LCM S/P | To be completed daily by the patient | | | | | | | | | | | ✓ |

AIMS Abnormal Involuntary Movement Scale.  BARS Barnes Akathisia Rating Scale.  CGI-BP Clinical Global Impression-Bipolar.  MADRS Montgomery-Asberg Depression Rating Scale.  PANSS-P Positive and Negative Syndrome Scale-Positive Subscale.  PGWB Psychological General Well-being Scale.  SAS Simpson-Angus Scale.  SDS Sheehan Disability Scale.  YMRS Young Mania Rating Scale.  NIMH-I-CM S/P Life Charting Method Self/Prospective Rating

[a] To be completed by the patient prior to clinical evaluation
[b] Physical examination to include ophthalmoscopic examination

8

CONFIDENTIAL
AZSER12776645

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

**Revised Text:**

**Table 2        Study plan: Randomized treatment Phase**

| Study plan | Randomization | Randomized treatment Phase | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Study week: | 0 | 1 | 2 | 4 | 6 | 8 | 12 | 16 | 20 | 24 | 28 |
| Visit Number: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Inclusion/exclusion criteria for randomization | ✓ | | | | | | | | | | |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | | | ✓ | | ✓ | ✓ | | | | ✓ |
| SDS[a] | ✓ | | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PGWB[a] | ✓ | | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| SAS, BARS, AIMS | ✓ | | ✓ | | | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | ✓ | | | | | | | | | | ✓ |
| Urinalysis | ✓ | | | | | | | | | | |
| Serum pregnancy test | ✓ | | | | | | | | | | |
| Vital signs | ✓ | | | | | | ✓ | | | | ✓ |
| Weight | ✓ | | | ✓ | | ✓ | ✓ | | | | ✓ |
| Electrocardiogram | ✓ | | | | | | | | | | |
| Serum chemistry | ✓ | | | | | | ✓ | | | | ✓ |
| Thyroid Function Tests | ✓ | | | | | | ✓ | | | | ✓ |
| Hematology | ✓ | | | | | | | | | | ✓ |
| Mood stabilizer level | ✓ | | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug dispensing | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug accountability | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

AIMS  Abnormal Involuntary Movement Scale.  BARS  Barnes Akathisia Rating Scale.  CGI-BP  Clinical Global Impression-Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  PGWB  Psychological General Well-being Scale.  SAS  Simpson-Angus Scale.  SDS  Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.

[a] To be completed by the patient prior to clinical evaluation
[b] Physical examination to include ophthalmoscopic examination

9

CONFIDENTIAL
AZSER12776646

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

**Table 3    Study plan: Randomized treatment Phase (cont.)**

| Study plan | Randomized treatment Phase | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study week:** | 32 | 36 | 40 | 44 | 48 | 52 | 60 | 68 | 76 | 84 | 92 | 104 |
| **Visit Number:** | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 or Final Visit |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | | | ✓ | | ✓ | | ✓ | ✓ | ✓ | | | ✓ |
| SDS[a] | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PGWB[a] | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| SAS, BARS, AIMS | ✓ | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | | | | | | ✓ | | | | | | ✓ |
| Urinalysis | | | | | | ✓ | | | | | | ✓ |
| Serum pregnancy test | | | | | | | | | | | | |
| Vital signs | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Weight | | | ✓ | | | | | ✓ | | ✓ | | |
| Electrocardiogram | | | | | | ✓ | | | | | | |
| Serum chemistry | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Thyroid Function Tests | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Hematology | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Mood Stabilizer Levels | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug dispensing | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Drug accountability | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |

AIMS Abnormal Involuntary Movement Scale. BARS Barnes Akathisia Rating Scale. CGI-BP Clinical Global Impression-Bipolar. MADRS Montgomery-Asberg Depression Rating Scale. PANSS-P Positive and Negative Syndrome Scale-Positive Subscale. PGWB Psychological General Well-being Scale. SAS Simpson-Angus Scale. SDS Sheehan Disability Scale. YMRS Young Mania Rating Scale.

[a] To be completed by the patient prior to clinical evaluation

[b] Physical examination to include ophthalmoscopic examination

10

CONFIDENTIAL
AZSER12776647

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

**Reason for amendment:**

Removal of the electronic patient diary from further collection of data.

**Section of protocol affected:**

3.3.5.2 Procedures for discontinuation

**Previous text:**

Patients who discontinue should always be asked about the reason(s) for their discontinuation and about the presence of any adverse events.  If possible, they should be seen and assessed by the investigator(s).  Adverse events should be followed up and the electronic diary and investigational products should be returned by the patient.  All study procedures including collections of safety variables required at Final Visit should be conducted and recorded on the appropriate Case Report Forms (CRFs).

**Revised text:**

Patients who discontinue should always be asked about the reason(s) for their discontinuation and about the presence of any adverse events.  If possible, they should be seen and assessed by the investigator(s).  Adverse events should be followed up, and the electronic diary **(where applicable per previous protocol)** and investigational products should be returned by the patient.  All study procedures including collections of safety variables required at Final Visit should be conducted and recorded on the appropriate Case Report Forms (CRFs).

**Reason for amendment:**

Removal of the electronic patient diary from further collection of data.

**Section of protocol affected:**

4.3.2 Life Charting Method Self/Prospective Rating (NIMH-LCM S/P)

**Previous text:**

4.3.2.1 Methods of assessment

The NIMH-LCM S/P tracks on a daily basis the longitudinal course of the illness in terms of mood and functioning.  Daily recordings are made, at the end of the day, for hours of night time sleep, functional impairment resulting from manic or depressive symptoms on a 4-level severity scale (mild, moderate low, moderate high, severe) for manic and depressive symptoms respectively, number of mood switches per day, mood on a VAS 0-100 and impact of significant life events (e.g., divorce, loss of job).

4.3.2.2 Derivation or calculation of outcome variable

11

CONFIDENTIAL
AZSER12776648

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

The NMH-LCM S/P will be utilized to explore number of mood switches between manic and depressed events.  It will also be utilized to explore decreases in the severity of manic and depressive symptoms between manic and depressed events.

Number of mood switches will be derived from the functional impairment scale and the assessment of number of mood switches per day. Severity of manic and depressive symptoms will be derived from the functional impairment scale and the mood VAS

**Revised text:**

Section 4.3.2 Life Charting Method Self/Prospective Rating Form  (Not applicable)

**Reason for amendment:**

Removal of the electronic patient diary from further collection of data.

**Section of protocol affected:**

4.3.4 Administration of PRO questionnaires

**Previous text:**

The SDS will be administered at enrollment, randomization (ie, baseline), visit 4, visit 6 and at each visit thereafter (see Table 2 and Table 3).  The data will be recorded in the appropriate sections of the CRF.  The instrument should be administered prior to clinical evaluation.

From randomization, the NIMH-LCM S/P will be completed daily by the patients using an electronic diary.  The electronic data entered will be regarded as source data and will be transferred electronically to the study database at AstraZeneca.

The PGWB will be administered at randomization (ie, baseline), visit 4, 6 and at each visit thereafter (see Table 2 and Table 3).  The data will be recorded on the appropriate sections of the CRF.  The instrument should be administered prior to clinical evaluation.

**Revised text:**

The SDS will be administered at enrollment, randomization (ie, baseline), visit 4, visit 6 and at each visit thereafter (see Table 2 and Table 3.)  The data will be recorded in the appropriate sections of the CRF.  The instrument should be administered prior to clinical evaluation.

The PGWB will be administered at randomization (ie, baseline), visit 4, 6 and at each visit thereafter (see Table 2 and Table 3).  The data will be recorded on the appropriate sections of the CRF.  The instrument should be administered prior to clinical evaluation.

**Reason for amendment:**

Removal of the electronic patient diary from further collection of data.

CONFIDENTIAL
AZSER12776649

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

**Section of protocol affected:**

4.6 Efficacy and pharmacodynamic measurement and variables

**Previous text:**

Table 7 Efficacy objectives and variables relating to each objective

| Secondary objective | Secondary variable |
|---|---|
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in decreasing the severity of manic and depressive symptoms between mood events. | YMRS total score<br>MADRS total score<br>CGI-BP score<br>NIMH-LCM S/P item scores |
| To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in reducing mood switching between manic and depressed events. | NIMH-LCM S/P score |

CGI-BP  Clinical Global Impression – Bipolar.  NIMH-LCM S/P Life Charting Method Self/Prospective Rating .
MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-S  Positive and Negative Syndrome Scale-
Positive Subscale.  PGWB  Psychological General Well-being Scale.  SDS  Sheehan Disability Scale.  YMRS
Young Mania Rating Scale.

**Revised text:**

Table 7 Efficacy objectives and variables relating to each objective

| Secondary objective | Secondary variable |
|---|---|
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or divalproex) in decreasing the severity of manic and depressive symptoms between mood events. | YMRS total score<br>MADRS total score<br>CGI-BP score |

CGI-BP  Clinical Global Impression – Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.
PANSS-S  Positive and Negative Syndrome Scale-Positive Subscale.  PGWB  Psychological General Well-being
Scale.  SDS  Sheehan Disability Scale.  YMRS  Young Mania Rating Scale

CONFIDENTIAL
AZSER12776650

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

**Reason for amendment:**

Removal of the electronic patient diary from further collection of data.

**Section of protocol affected:**

4.7.1.2 Recording of adverse events

**Previous text:**

Patient reported outcome questionnaires (SDS, NIMH-LCM S/P, PGWB (see Section 4.3)) should not be used as instruments for collecting safety data. However, if information about an AE is elicited, this will be recorded on the AE CRF page.  Additionally, for any patient who presents with a fever, pharyngitis, or other signs and symptoms of infection, CBC with a WBC differential count should be performed.  If such an AE fulfils the definition of an SAE, it should be reported as described in Section 4.7.1.3.

**Revised text:**

Patient reported outcome questionnaires (SDS, PGWB (see Section 4.3)) should not be used as instruments for collecting safety data. However, if information about an AE is elicited, this will be recorded on the AE CRF page.  Additionally, for any patient who presents with a fever, pharyngitis, or other signs and symptoms of infection, CBC with a WBC differential count should be performed.  If such an AE fulfils the definition of an SAE, it should be reported as described in Section 4.7.1.3.

**Reason for amendment:**

Removal of the electronic patient diary from further collection of data.

**Section of protocol affected:**

6.2.4 Secondary objective: severity of manic and depressive symptoms

**Previous text:**

This objective will be tested using the following outcome variables:

-YMRS change from baseline (i.e. randomization) score at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

-MADRS change from baseline (i.e. randomization) score at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

-CGI-BP change from baseline (i.e. randomization) scores at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

14

CONFIDENTIAL
AZSER12776651

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

-NIMH-LCM S/P scores after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

**Revised text:**

This objective will be tested using the following outcome variables:

-YMRS change from baseline (i.e. randomization) score at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

-MADRS change from baseline (i.e. randomization) score at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

-CGI-BP change from baseline (i.e. randomization) scores at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

**Reason for amendment:**

Removal of the electronic patient diary from further collection of data.

**Section of protocol affected:**

6.2.7 Secondary objective: switching between manic and depressive mood

**Previous text:**

This objective is to explore the efficacy of quetiapine versus placebo in reducing mood switching between manic and depressive symptoms as assessed by the NIMH-LCM S/P.

This objective will be tested using outcome variables derived from the daily assessments generated in the NIMH-LCM S/P. The NIMH-LCM S/P will be utilized to determine the number of mood switches per month for patients. Evaluations will be described more in detail in the SAP.

**Revised text:**

 6.2.7 Secondary objective:  switching between manic and depressive moods (Not applicable)

**Reason for amendment:**

Removal of the electronic patient diary from further collection of data.

**Section of protocol affected:**

6.4.4 Severity of manic or depressive symptoms

CONFIDENTIAL
AZSER12776652

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

**Previous text:**

YMRS, MADRS, CGI-BP, and scores will be analyzed using a repeated measures analysis of all assessments between randomization and up to, but excluding the mood event.  The estimated difference between the least square means of the treatment groups will be used as the test statistic, with a statistical significance level of 0.05.  By using the least-squares means, the analysis will adjust for differences in covariates:

The assigned adjunctive mood stabilizer (either lithium or divalproex) and visit will be included as a fixed effect covariate.  Other potential covariates will be examined and finalized in the SAP.

Details of the analysis of the NIMH-LCM S/P score will be described in the SAP.

**Revised text:**

YMRS, MADRS, CGI-BP, and scores will be analyzed using a repeated measures analysis of all assessments between randomization and up to, but excluding the mood event.  The estimated difference between the least square means of the treatment groups will be used as the test statistic, with a statistical significance level of 0.05.  By using the least-squares means, the analysis will adjust for differences in covariates:

The assigned adjunctive mood stabilizer (either lithium or divalproex) and visit will be included as a fixed effect covariate.  Other potential covariates will be examined and finalized in the SAP.

**Descriptive statistics of endpoints derived from the NIMH-LCM relating to severity of manic or depression symptoms will be presented, but no formal statistical analyses will be made with regard to the NIMH-LCM.**

**Reason for amendment:**

Removal of the electronic patient diary from further collection of data.

**Section of protocol affected:**

6.4.7 Switching

**Previous text:**

The frequency of mood switching will be assessed using the NIMH-LCM S/P.  Details of the analysis will be described in the SAP

16

CONFIDENTIAL
AZSER12776653

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

**Revised text:**

6.4.7 Switching

**Descriptive statistics of endpoints derived from the NIMH-LCM relating to frequency of switching between mood states will be presented, but no formal statistical analyses will be made with regard to the NIMH-LCM.**

**Reason for amendment:**

Removal of the electronic patient diary from further collection of data.

**Section of protocol affected:**

9.1 AstraZeneca emergency contact procedure

**Previous text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Jenni Sullivan | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: 302-885-3244<br>Fax: 302-886-5567 |
| Clinical Study Team Physician | Denis Darko MD | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: 302-885-4643<br>Fax: 302-886-3829 |

17

CONFIDENTIAL
AZSER12776654

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00127

**Revised text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | **Christina Olexy** | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>**Office: 302-886-3803**<br>Fax: 302-886-5567 |
| Clinical Study Team Physician | Denis Darko MD | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: 302-885-4643<br>Fax: 302-886-3829 |

**Reason for amendment:**

Change in Clinical Study Team Leader

**Section of protocol affected:**

10 References

**Previous text:**

Bipolar Network News 2002;8(1).  Available at http://www.bipolarnews.org.

**Revised text:**

Reference deleted.

**Reason for amendment:**

Removal of the electronic patient diary from further collection of data.

**Persons who initiated the Amendment:**

Denis Darko, Clinical Study Team Physician

Christina Olexy, Clinical Study Team Leader

18

CONFIDENTIAL
AZSER12776655



| Clinical Study Protocol Amendment No. 3: Appendix A | |
| --- | --- |
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00127 |
| Appendix Edition Number | 3 |
| Appendix Date | 28 April 2005 |

# Appendix A
# Signatures

CONFIDENTIAL
AZSER12776656

Clinical Study Protocol Amendment No. 3: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00127
Appendix Edition Number 3
Appendix Date 28 April 2005

## ASTRAZENECA SIGNATURE(S)

---

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

---

*This Clinical Study Protocol and all Amendments to the CSP have been subjected to an internal AstraZeneca peer review.*

I agree to the terms of this study protocol/amendment dated 28 April 2005.

AstraZeneca Research and Development
site representative

Martin Brecher, MD
Product Medical Director
AstraZeneca
1800 Concord Pike
Wilmington, DE  19850-5437

5 May 2005
Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CNS.000-101-969.2.0 (Version Created 04 May 2005 19:28:24)

CONFIDENTIAL
AZSER12776657

Clinical Study Protocol Amendment No. 3: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00127
Appendix Edition Number 3
Appendix Date 28 April 2005

## ASTRAZENECA SIGNATURE(S)

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

*This Clinical Study Protocol and all Amendments to the CSP have been subjected to an internal AstraZeneca peer review.*

I agree to the terms of this study protocol/amendment dated 28 April 2005.

**AstraZeneca Research and Development site representative**

*Christina Olexy*

5/5/05

Date
(Day Month Year)

Christina Olexy
Clinical Study Team Leader
AstraZeneca
1800 Concord Pike
Wilmington, DE  19850-5437
302.886.3803

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CNS.000-101-969.2.0 (Version Created 04 May 2005 19:28:24)

CONFIDENTIAL
AZSER12776658

Clinical Study Protocol Amendment No. 3: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00127
Appendix Edition Number 3
Appendix Date 28 April 2005

## ASTRAZENECA SIGNATURE(S)

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

*This Clinical Study Protocol and all Amendments to the CSP have been subjected to an internal AstraZeneca peer review.*

I agree to the terms of this study protocol/amendment dated 28 April 2005.

AstraZeneca Research and
Development site representative

Denis Darko, MD
Study Team Physician
AstraZeneca
1800 Concord Pike
Wilmington, DE 19850-5437
302.885.4643

Date
(Day Month Year)

5/5/05

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12776659

Clinical Study Protocol Amendment No. 3: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00127
Appendix Edition Number 3
Appendix Date 28 April 2005

# SIGNATURE OF PRINCIPAL INVESTIGATOR

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

*This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.*

 I agree to the terms of this Protocol and all amendments: Number 1, 29 January 2004; Number 2, dated 17 June 2004; and Number 3, dated 28 April 2005.   I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

**Centre No.:**                     *<<This may be hand-written onto the page at the time the signature is collected>>*

**Signature:**

_____          _____
                                          *<<Name, title, address and telephone          Date
                                          number>>*                                       (Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

5(5)

CONFIDENTIAL
AZSER12776660



| Clinical Study Protocol Amendment | |
| --- | --- |
| Amendment Number | 4 |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00127 |
| Date | 19 January 2006 |

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

This submission /document contains trade secrets and confidential commercial information, disclosure of which is prohibited without providing advance notice to AstraZeneca and opportunity to object.

**Sponsor:**

AstraZeneca Pharmaceuticals LP
1800 Concord Pike
Wilmington, DE 19850
United States

**Centers affected by the Amendment:**

All centers

**The protocol for the study is to be amended as follows:**

**Previous text:**

| Role in the study | Name | Address and Telephone number |
| --- | --- | --- |
| Clinical Study Team Leader | Christina Olexy | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: 302-885-3244<br>Fax: 302-886-5567 |

CONFIDENTIAL
AZSER12776661

Clinical Study Protocol Amendment Number 4
Drug Substance Quetiapine fumarate
Study Code D1447C00127

**Revised text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Monique Pollock | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: 302 -886-5600<br>Fax: 302-886-5567 |

**Reason for Amendment:**

Clinical Study Team Leader has changed.

**Section of protocol affected:**

Synopsis, Study design

**Previous text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or Divalproex in the maintenance treatment of adult patients with Bipolar I Disorder for 28 weeks up to 104 weeks.

**Revised text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or Divalproex in the maintenance treatment of adult patients with Bipolar I Disorder for **up to** 104 weeks.

**Reason for Amendment:**

To avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event, as it is estimated that the 227th mood event may occur before a substantial part of the randomized patients have reached 28 weeks of randomization.

CONFIDENTIAL
AZSER12776662

Clinical Study Protocol Amendment Number 4
Drug Substance Quetiapine fumarate
Study Code D1447C00127

**Section of protocol affected:**

Synopsis, Duration of treatment

**Previous text:**

The study consists of Enrollment and 2 phases: Open-label treatment Phase (4 weeks up to 36 weeks), and Randomized treatment Phase (28 to 104 weeks).

**Revised text:**

The study consists of Enrollment and 2 phases: Open-label treatment Phase (4 weeks up to 36 weeks), and Randomized treatment Phase (**up** to 104 weeks).

**Reason for Amendment**:

To avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event, as it is estimated that the 227th mood event may occur before a substantial part of the randomized patients have reached 28 weeks of randomization.

**Section of protocol affected:**

3.1  Overall study design and flow chart

**Previous text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or Divalproex in the maintenance treatment of adult patients with Bipolar I Disorder for 28 to 104 weeks.

**Revised text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or Divalproex in the maintenance treatment of adult patients with Bipolar I Disorder for **up** to 104 weeks.

**Reason for Amendment:**

To avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event, as it is estimated that the 227th mood event may occur before a substantial part of the randomized patients have reached 28 weeks of randomization.

**Section of protocol affected:**

3.1.3  Randomized treatment phase

**Previous text:**

Patients will continue in the Randomized treatment Phase for at least 28 weeks up to 104 weeks, or until they meet any of the criteria for a mood event (manic, depressed or mixed) (see Section 4.6.1.1), or until the study is terminated as described in Section 3.14. Patients may also discontinue at any time due to other reasons (see section 3.3.5.1).

CONFIDENTIAL
AZSER12776663

Clinical Study Protocol Amendment Number 4
Drug Substance Quetiapine fumarate
Study Code D1447C00127

**Revised text:**

Patients will continue in the Randomized treatment Phase for **up to** 104 weeks, or until they meet any of the criteria for a mood event (manic, depressed or mixed) (see Section 4.6.1.1), or until the study is terminated as described in Section 3.1.4. Patients may also discontinue at any time due to other reasons (see section 3.3.5.1).

**Reason for Amendment:**

To avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event, as it is estimated that the 227th mood event may occur before a substantial part of the randomized patients have reached 28 weeks of randomization.

**Section of protocol affected:**

3.1.4  Recruitment and study termination

**Previous text:**

The study will be terminated when both of the following conditions have been fulfilled:

1. the required number of events has occurred (at least 227 mood events)

2. all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

Patients reaching 28 weeks of randomized treatment before the above is fulfilled will continue until the study is terminated by the sponsor, or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

**Revised text:**

The study will be terminated when the required number of events has occurred (at least 227 mood events).

Patients will continue until the study is terminated by the sponsor, or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

**Reason for Amendment:**

It is estimated that the 227th mood event may occur before a substantial part of the randomized patients have reached 28 weeks of randomization. To avoid unnecessary placebo treatment and in order to progress with the evaluation of the data this amendment is considered as necessary

4(8)

CONFIDENTIAL
AZSER12776664

Clinical Study Protocol Amendment Number 4
Drug Substance Quetiapine fumarate
Study Code D1447C00127

**Section of protocol affected:**

3.1.4  Figure 1, Study Flow Chart

**Previous text:**



**Revised text:**



**Reason for Amendment:**

Removal of 28 weeks from figure.

5(8)

CONFIDENTIAL
AZSER12776665

Clinical Study Protocol Amendment Number 4
Drug Substance Quetiapine fumarate
Study Code D1447C00127

**Section of protocol affected:**

3.2  Rationale for study design, doses and control groups

**Previous text:**

A study duration of 28 to 104 weeks should be sufficient to show efficacy and safety in maintenance treatment.  In addition, the patients have been treated with quetiapine and mood stabilizer (lithium or Divalproex) for at least 12 weeks up to 36 weeks during the Open-label treatment Phase but prior to randomization to ensure stabilization.

**Revised text:**

A study duration of **up** to104 weeks should be sufficient to show efficacy and safety in maintenance treatment.  In addition, the patients have been treated with quetiapine and mood stabilizer (lithium or Divalproex) for at least 12 weeks up to 36 weeks during the Open-label treatment Phase but prior to randomization to ensure stabilization.

**Reason for Amendment:**

To avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event, as it is estimated that the 227th mood event may occur before a substantial part of the randomized patients have reached 28 weeks of randomization.

**Section of protocol affected:**

6.5  Determination of sample size

**Previous text:**

The study will be terminated when both of the following conditions have been fulfilled:

1.   the required number of events has occurred (at least 227 mood events)

2.  all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

Patients reaching 28 weeks of randomized treatment before the above is fulfilled will continue until the study is terminated by the sponsor, or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

**Revised text:**

The study will be terminated when the required number of events has occurred (at least 227 mood events).

CONFIDENTIAL
AZSER12776666

Clinical Study Protocol Amendment Number 4
Drug Substance Quetiapine fumarate
Study Code D1447C00127

Patients will continue until the study is terminated by the sponsor, or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

**Reason for Amendment:**

To avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event, as it is estimated that the 227th mood event may occur before a substantial part of the randomized patients have reached 28 weeks of randomization.

**Section of protocol affected:**

9.1  AstraZeneca emergency contact procedures

**Previous text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Christina Olexy | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: 302-885-3244<br>Fax: 302-886-5567 |

**Revised text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Monique Pollock | AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19850<br>Office: 302 -886-5600<br>Fax: 302-886-5567 |

**Reason for Amendment:**

Clinical Study Team Leader has changed.

**Section of protocol affected:**

10.  References

**Previous text:**

Sheehan DV: Disability scale. Sheehan 1999

CONFIDENTIAL
AZSER12776667

Clinical Study Protocol Amendment Number 4
Drug Substance Quetiapine fumarate
Study Code D1447C00127

**Revised text**:

Sheehan DV. The Anxiety Disease. New York. Charles Scribner and Sons, 1983

Sheehan DV, Harnett-Sheehan K, Raj BA, International Clinical Psychopharmacology 1996, 11 (suppl 3):89-95.

Wiklund I & Karlberg J (1991). Evaluation of quality of life in clinical trials. Controlled clinical trials, 12,204S-216S.

**Reason for Amendment:**

Editorial additions.

**Persons who initiated the Amendment:**

Christina Olexy, Clinical Study Team leader

Denis Darko, Clinical Study Team Physician

8(8)

CONFIDENTIAL
AZSER12776668



| Clinical Pharmacology Amendment 4.0: Appendix A | |
| --- | --- |
| Study Code | D1447C00127 |
| Appendix Edition Number | 4 |
| Appendix Date | 19 January 2006 |

**Appendix A**
**Signatures**

CONFIDENTIAL
AZSER12776669

Clinical Study Protocol Amendment No 4:  Appendix A
Study Code D1447C00127
Appendix Edition Number 4
Appendix Date 19 January 2006

## ASTRAZENECA SIGNATURE(S)

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

This Clinical Study Protocol Amendment has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this study protocol/amendment.

**AstraZeneca Research and Development site representative**

Martin Brecher
Medical Science Director
AstraZeneca Pharmaceuticals
1800 Concord Pike
Wilmington DE
USA

24 February 2006
Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

2(4)
CNS.000-122-745.3.0 (Version Created 21 Feb 2006 19:14:22)

CONFIDENTIAL
AZSER12776670

Clinical Study Protocol Amendment No 4:  Appendix A
Study Code D1447C00127
Appendix Edition Number 4
Appendix Date 19 January 2006

## ASTRAZENECA SIGNATURE(S)

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

This Clinical Study Protocol Amendment has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this study protocol/amendment.

AstraZeneca Research and Development
site representative

Monique Pollock
Study Delivery Team Leader
AstraZeneca Pharmaceuticals
1800 Concord Pike
Wilmington DE
USA

23 Jan 06

Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12776671

Clinical Study Protocol Amendment No 4:  Appendix A
Study Code D1447C00127
Appendix Edition Number 4
Appendix Date 19 January 2006

## ASTRAZENECA SIGNATURE(S)

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

This Clinical Study Protocol Amendment has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this study protocol/amendment.

AstraZeneca Research and
Development site representative

Dennis Darko, MD
Study Delivery Team Physician
AstraZeneca Pharmaceuticals
1800 Concord Pike
Wilmington DE
USA

2/23/06
Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12776672



| | |
|---|---|
| **Clinical Study Report: Appendix 12.1.2** | |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00127 |

# Appendix 12.1.2
# Sample case report form

CONFIDENTIAL
AZSER12776673