Study code D1447C00127 Subj initials ............ E code E| | | | | | | |

Visit No. V1

AZ01 10

## Laboratory Assessments

LAB1

NA

Blood samples have been collected No [ ]0 Yes [ ]1

AW2003-07-31

Sampling date 2 0 _ _ _ _ _ _ (year mm dd)

Sampling time _ _ : _ _ (24-hour clock)

| Sample ID |
| --- |
| Attach Sample ID label here |

AstraZeneca use only

Laboratory ID _ _ _

AZ01 10

## Laboratory Assessments

LABU1

NA

Urine sample obtained No [ ]0 Yes [ ]1

AW2003-07-31

Sampling date 2 0 _ _ _ _ _ _ (year mm dd)

Sampling time _ _ : _ _ (24-hour clock)

| Sample ID |
| --- |
| Attach Sample ID label here |

AstraZeneca use only

Laboratory ID _ _ _

SO03 03

## Meals

MEAL

SO2003-03-20

Date of last meal 2 0 _ _ _ _ _ _ (year mm dd)

AW2003-07-31

Time of last meal _ _ : _ _ (24-hour clock)

CONFIDENTIAL
AZSER12776774

Study code D1447C00127 Subj initials ........ E code E

Visit No. V1

AW2003-07-31 N/A AW03:07

## Sheehan Disability Scale

SDS

**Disability Scale**
**Work/School**

I have not worked/studied at all during the past week for reasons unrelated to disorder ☐ 1

**Social Life**

**Family Life/Home Responsibilities**

**DAYS LOST** Days

**DAYS UNDERPRODUCTIVE** Days

2004-03-24

CONFIDENTIAL
AZSER12776775

Study Code D1447C00127 Subj initials .................... E code E| | | | | | | |

Visit No. V1

AW2004-01-09 N/A AW03:07

## Psychological General Well-Being Schedule (PGWB)

PGWB

**This CRF page should not be handed to the Subject**

1. How have you been feeling in general during the past week?

   In excellent spirits ☐6
   In very good spirits ☐5
   In good spirits mostly ☐4
   I have been up and down in spirits a lot ☐3
   In low spirits mostly ☐2
   In very low spirits ☐1

2. How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

   Every day ☐1
   Almost every day ☐2
   About half the time ☐3
   Now and then, but less than half the time ☐4
   Rarely ☐5
   None of the time ☐6

3. Did you feel depressed during the past week?

   Yes - to the point that I felt like taking my life ☐1
   Yes - to the point that I did not care about anything ☐2
   Yes - very depressed almost every day ☐3
   Yes - quite depressed several times ☐4
   Yes - a little depressed now and then ☐5
   No - never felt depressed at all ☐6

continues

CONFIDENTIAL
AZSER12776776

Study Code D1447C00127 Subj initials ........ E code E

Visit No. V1

AW2004-01-09 N/A AW03:07

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

4. Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

| | |
|---|---|
| Yes, definitely so | ☐ 6 |
| Yes, for the most part | ☐ 5 |
| Generally so | ☐ 4 |
| Not too well | ☐ 3 |
| No, and I am somewhat disturbed | ☐ 2 |
| No, and I am very disturbed | ☐ 1 |

5. Have you been bothered by nervousness or your "nerves" during the past week?

| | |
|---|---|
| Extremely so - to the point where I could not work or take care of things | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little | ☐ 5 |
| Not at all | ☐ 6 |

6. How much energy, pep, or vitality did you have or feel during the past week?

| | |
|---|---|
| Very full of energy - lots of pep | ☐ 6 |
| Fairly energetic most of the time | ☐ 5 |
| My energy level varied quite a bit | ☐ 4 |
| Generally low in energy or pep | ☐ 3 |
| Very low in energy or pep most of the time | ☐ 2 |
| No energy or pep at all - I felt drained, sapped | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776777

Study Code D1447C00127 Subj initials .................. E code E

Visit No. V1

AW2004-01-09 N/A AW03:07

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

7. I felt downhearted and blue during the past week?.

| | |
|---|---|
| None of the time | ☐ 6 |
| A little of the time | ☐ 5 |
| Some of the time | ☐ 4 |
| A good bit of the time | ☐ 3 |
| Most of the time | ☐ 2 |
| All of the time | ☐ 1 |

8. Were you generally tense or did you feel any tension during the past week?

| | |
|---|---|
| Yes - extremely tense, most or all of the time | ☐ 1 |
| Yes - very tense most of the time | ☐ 2 |
| Not generally tense, but did feel fairly tense several times | ☐ 3 |
| I felt a little tense a few times | ☐ 4 |
| My general tension level was quite low | ☐ 5 |
| I never felt tense or any tension at all | ☐ 6 |

9. How happy, satisfied, or pleased have you been with your personal life during the past week?

| | |
|---|---|
| Extremely happy - could not have been more satisfied or pleased | ☐ 6 |
| Very happy most of the time | ☐ 5 |
| Generally satisfied - pleased | ☐ 4 |
| Sometime fairly happy, sometimes fairly unhappy | ☐ 3 |
| Generally dissatisfied, unhappy | ☐ 2 |
| Very dissatisfied or unhappy most or all of the time | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776778

Study Code D1447C00127 Subj initials ................ E code E| | | | | | | | |

Visit No. V1

AW2004-01-09 N/A AW03:07

## Psychological General Well-Being Schedule (PGWB), continued. PGWB

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

| | |
|---|---|
| Yes - definitely so | ☐ 6 |
| For the most part | ☐ 5 |
| Health problems limited me in some important ways | ☐ 4 |
| I was only healthy enough to take care of myself | ☐ 3 |
| I needed some help in taking care of myself | ☐ 2 |
| I needed someone to help me with most or all of the things I had to do | ☐ 1 |

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

| | |
|---|---|
| Extremely so - to the point that I have just about given up | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little bit | ☐ 5 |
| Not at all | ☐ 6 |

12. I woke up feeling fresh and rested during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

continues

CONFIDENTIAL
AZSER12776779

Study Code D1447C00127 Subj initials .................. E code E| | | | | | | | |

Visit No. V1

AW2004-01-09 N/A AW03:07

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

13. Have you been concerned, worried, or had any fears about your health during the past week?

| | |
|---|---|
| Extremely so | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some, but not a lot | ☐ 4 |
| Practically never | ☐ 5 |
| Not at all | ☐ 6 |

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

| | |
|---|---|
| Not at all | ☐ 6 |
| Only a little | ☐ 5 |
| Some - but not enough to be concerned or worried about | ☐ 4 |
| Some and I have been a little concerned | ☐ 3 |
| Some and I am quite concerned | ☐ 2 |
| Yes, very much so and I am very concerned | ☐ 1 |

15. My daily life was full of things that were interesting to me during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

continues

CONFIDENTIAL
AZSER12776780

Study Code D1447C00127 Subj initials ............ E code E

Visit No. V1

N/A AW03.07

AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued PGWB

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

| | |
|---|---|
| Very active, vigorous every day | ☐ 6 |
| Mostly active, vigorous - never really dull, sluggish | ☐ 5 |
| Fairly active, vigorous - seldom dull, sluggish | ☐ 4 |
| Fairly dull, sluggish - seldom active, vigorous | ☐ 3 |
| Mostly dull, sluggish - never really active, vigorous | ☐ 2 |
| Very dull, sluggish every day | ☐ 1 |

17. Have you been anxious, worried, or upset during the past week?

| | |
|---|---|
| Extremely so - to the point of being sick or almost sick | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little bit | ☐ 5 |
| Not at all | ☐ 6 |

18. I was emotionally stable and sure of myself during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

| | |
|---|---|
| Felt relaxed and at ease the last week | ☐ 6 |
| Felt relaxed and at ease most of the time | ☐ 5 |
| Generally felt relaxed but at times felt fairly high strung | ☐ 4 |
| Generally felt high strung but at times felt fairly relaxed | ☐ 3 |
| Felt high strung, tight, or keyed-up most of the time | ☐ 2 |
| Felt high strung, tight, or keyed-up the last week | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776781

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

20. I felt cheerful, lighthearted during the past week?

None of the time ☐1
A little of the time ☐2
Some of the time ☐3
A good bit of the time ☐4
Most of the time ☐5
All of the time ☐6

21. I felt tired, worn out, used up, or exhausted during the past week?

None of the time ☐6
A little of the time ☐5
Some of the time ☐4
A good bit of the time ☐3
Most of the time ☐2
All of the time ☐1

22. Have you been under or felt you were under any strain, stress, or pressure during the past week?

Yes - almost more than I could bear or stand ☐1
Yes - quite a bit of pressure ☐2
Yes, some - more than usual ☐3
Yes, some - but about usual ☐4
Yes - a little ☐5
Not at all ☐6

CONFIDENTIAL
AZSER12776782

Study code D1447C00127 Subj initials ............ E code E

Visit No. V1

AW2003-11-17 N/A AW03.07

## Clinical Global Impression, Bipolar (Randomized Treatment Phase) CGI_BP

**I. SEVERITY of Illness**

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

Rater's initials

2004-03-24

Study Code D1447C00127 Subj initials ........ E code E

Visit No. V1

AW2003-07-31 N/A CN01-07

## Montgomery-Asberg Depression Rating Scale **MADRS**

Date of assessment 2 0 __ __ (year) __ __ (mm) __ __ (dd)

1. Apparent sadness
2. Reported sadness
3. Inner tension
4. Reduced sleep
5. Reduced appetite
6. Concentration difficulties
7. Lassitude
8. Inability to feel
9. Pessimistic thoughts
10. Suicidal thoughts

Rater's initials

CONFIDENTIAL
AZSER12776784

Study code D1447C00127 | Subj initials .......... | E code E| | | | | | | |

Visit No. V1

AW2003-11-17 N/A AW03.07

## Positive Syndrome Sub Scale

**PANSS**

### Positive Subscale

**P1.** Delusions [ ]

**P2.** Conceptual disorganization [ ]

**P3.** Hallucinatory behavior [ ]

**P4.** Excitement [ ]

**P5.** Grandiosity [ ]

**P6.** Suspiciousness/persecution [ ]

**P7.** Hostility [ ]

Rater's initials

CONFIDENTIAL
AZSER12776785

Study Code D1447C00127 Subj initials ........ E code E

Visit No. V1

AW2003-11-17 N/A AW03:07

# Young Mania Rating Scale

**YMRS**

Date of assessment 2 0 __ __ / __ __ / __ __ (year mm dd)

1. Elevated Mood
2. Increased Motor Activity - Energy
3. Sexual Interest
4. Sleep
5. Irritability
6. Speech (Rate and Amount)
7. Language - Thought Disorder
8. Content
9. Disruptive - Aggressive Behavior
10. Appearance
11. Insight

Rater´s initials

CONFIDENTIAL
AZSER12776786

Study Code D1447C00127 Subj initials .................. E code E

Visit No. V1

AW03:07 N/A AW2004-01-09

# Abnormal Involuntary Movement Scale

**AIMS**

**Facial and oral movements**

1. Muscles of facial expression ☐
2. Lips and perioral area ☐
3. Jaw ☐
4. Tongue ☐

**Extremity movements**

5. Upper (arms, wrists, hands, fingers) ☐
6. Lower (legs, knees, ankles, toes) ☐

**Trunk movements**

7. Neck, shoulders, hip ☐

**Global judgements**

8. Severity of abnormal movements ☐
9. Incapacitation due to abnormal movements ☐
10. Subject's awareness of abnormal movements ☐

| Rater's initials |
| --- |
| |

2004-03-24

CONFIDENTIAL
AZSER12776787

Study Code D1447C00127 Subj initials ........ E code E

Visit No. V1

AW03:07 N/A AW2003-11-17

## Barnes Akathisia Rating Scale BARS

1. Objective
2. Subjective awareness of restlessness
3. Subjective distress related to restlessness
4. Global clinical assessment of akathisia

Rater´s initials

AW03:07 N/A AW2003-11-17

## Simpson-Angus Scale SAS

1. Gait
2. Arm dropping
3. Shoulder shaking
4. Elbow rigidity
5. Wrist rigidity
6. Head rotation
7. Glabella tap
8. Tremor
9. Salivation
10. Akathisia

Rater´s initials

2004-03-24

CONFIDENTIAL
AZSER12776788

Study Code D1447C00127 Subj initials .................... E code E

Visit No. 1

AW2003-12-15 N/A AW03:07

## Eligibility Criteria, Randomization

CRITAWR

### Inclusion criteria

| | No | Yes |
|---|---|---|
| 1 Has been prescribed a dose of quetiapine within the range 400 to 800 mg/day and mood stabilizer (lithium or divalproex) for at least 12 weeks. | ☐ 0 | ☐ 1 |
| 2 YMRS ≤12 and MADRS ≤12 assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with the allowance of a single excursion. An excursion is defined as a visit in which the YMRS or MADRS (or both) score equals 13 or 14. The excursion may not occur at the last of the consecutive visits. | ☐ 0 | ☐ 1 |

**All Inclusion Criteria must be answered 'Yes' for the Subject to qualify for the Randomized Treatment Phase.**

### Exclusion criteria

| | No | Yes |
|---|---|---|
| 1 Hospitalization due to a mood event (manic, depressed or mixed) during the Open-label treatment Phase | ☐ 0 | ☐ 1 |
| 2 Electroconvulsive therapy (ECT) during the Open-label treatment Phase | ☐ 0 | ☐ 1 |
| 3 Attempt to commit suicide or homicide during the Open-label treatment Phase | ☐ 0 | ☐ 1 |
| 4 Substance or alcohol dependence (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria | ☐ 0 | ☐ 1 |
| 5 Opiate, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last 12 weeks | ☐ 0 | ☐ 1 |

**All Exclusion Criteria must be answered 'No' for the Subject to qualify for the Randomized Treatment Phase.**

Subject complies with all inclusion and none of the exclusion criteria No ☐ 0 Yes ☐ 1

Date of randomization 2 0 _ _ | _ _ | _ _ (year mm dd)

Randomization code _ _ _ _

Investigator's initials

2004-03-24

Study code D1447C00127 Subj initials ............ E code E

Visit No. V2

AZ01.10 AZ2002-12-17 AW2003-07-31

## Visit

VISIT

Visit date 2 0 __ __ year __ __ mm __ __ dd

AW03.07 N/A AW2003-11-17

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)

CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |

Rater´s initials

2004-03-24

Study Code D1447C00127 Subj initials ........ E code E

Visit No. V2

AW2003-07-31 N/A CN01 07

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment 2 0 __ __ year __ __ mm __ __ dd

1. Apparent sadness ☐
2. Reported sadness ☐
3. Inner tension ☐
4. Reduced sleep ☐
5. Reduced appetite ☐
6. Concentration difficulties ☐
7. Lassitude ☐
8. Inability to feel ☐
9. Pessimistic thoughts ☐
10. Suicidal thoughts ☐

Rater's initials

CONFIDENTIAL
AZSER12776791

Study Code D1447C00127 Subj initials ............ E code E

Visit No. V2

AW2003-11-17 N/A AW03:07

# Young Mania Rating Scale

**YMRS**

Date of assessment 2 0 __ __ year __ __ mm __ __ dd

1. Elevated Mood ☐
2. Increased Motor Activity - Energy ☐
3. Sexual Interest ☐
4. Sleep ☐
5. Irritability ☐
6. Speech (Rate and Amount) ☐
7. Language - Thought Disorder ☐
8. Content ☐
9. Disruptive - Aggressive Behavior ☐
10. Appearance ☐
11. Insight ☐

Rater´s initials

CONFIDENTIAL
AZSER12776792

Study code D1447C00127 Subj initials ........ E code E | | | | | | | |

Visit No. V3

AZ01:10 AZ2002-12-17 AW2003-07-31

## Visit VISIT

Visit date 2 0 | | | | | | (year mm dd)

AW03:07 N/A AW2003-11-17

## Clinical Global Impression, Bipolar (Randomized Treatment Phase) CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-03-24

CONFIDENTIAL
AZSER12776793

Study Code D1447C00127 Subj initials ........ E code E

Visit No. V3

CN01-07 N/A AW2003-07-31

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment 2 0 (year mm dd)

1. Apparent sadness
2. Reported sadness
3. Inner tension
4. Reduced sleep
5. Reduced appetite
6. Concentration difficulties
7. Lassitude
8. Inability to feel
9. Pessimistic thoughts
10. Suicidal thoughts

Rater's initials

CONFIDENTIAL
AZSER12776794

Study Code D1447C00127 Subj initials ............ E code |E| | | | | | | | |

Visit No. V3

AW03:07 N/A AW2003-11-17

# Young Mania Rating Scale

**YMRS**

Date of assessment |2|0| | | | | | | (year mm dd)

1. Elevated Mood |__|
2. Increased Motor Activity - Energy |__|
3. Sexual Interest |__|
4. Sleep |__|
5. Irritability |__|
6. Speech (Rate and Amount) |__|
7. Language - Thought Disorder |__|
8. Content |__|
9. Disruptive - Aggressive Behavior |__|
10. Appearance |__|
11. Insight |__|

| Rater´s initials |
|---|
| |

CONFIDENTIAL
AZSER12776795

Study code D1447C00127 Subj initials ........ E code E

Visit No. V4

AZ01 10 AZ2002-12-17 AW2003-07-31

## Visit

VISIT

Visit date 2 0 (year mm dd)

AW03-07 N/A AW2003-11-17

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)

CGI_BP

**I. Severity of Illness**

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |

**II. Change from Preceding Phase**

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |

Rater´s initials

2004-03-24

CONFIDENTIAL
AZSER12776796

Study code D1447C00127 Subj initials .......... E code E

Visit No. V4

AZ01:10 NA AW2004-01-09

## Vital Signs, Weight

VIT

Weight . kg

AZ01 10 NA AW2003-07-31

## Laboratory Assessments

LAB1

Blood samples have been collected No [ ]0 Yes [ ]1

Sampling date 2 0 year mm dd

Sampling time : 24-hour clock

Sample ID

Attach Sample ID label here

AstraZeneca use only

Laboratory ID

2004-03-24

CONFIDENTIAL
AZSER12776797

Study code D1447C00127 Subj initials .................. E code E

Visit No. V4

AW03:07 N/A AW2003-07-31

## Sheehan Disability Scale

SDS

**Disability Scale**
**Work/School**

I have not worked/studied at all during the past week for reasons unrelated to disorder ☐ 1

**Social Life**

**Family Life/Home Responsibilities**

**DAYS LOST** Days

**DAYS UNDERPRODUCTIVE** Days

2004-03-24

CONFIDENTIAL
AZSER12776798

Study Code D1447C00127 Subj initials ........ E code E

Visit No. V4

AW03:07 N/A AW2004-01-09

# Psychological General Well-Being Schedule (PGWB)

PGWB

**This CRF page should not be handed to the Subject**

1. How have you been feeling in general during the past week?

| | |
|---|---|
| In excellent spirits | ☐ 6 |
| In very good spirits | ☐ 5 |
| In good spirits mostly | ☐ 4 |
| I have been up and down in spirits a lot | ☐ 3 |
| In low spirits mostly | ☐ 2 |
| In very low spirits | ☐ 1 |

2. How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

| | |
|---|---|
| Every day | ☐ 1 |
| Almost every day | ☐ 2 |
| About half the time | ☐ 3 |
| Now and then, but less than half the time | ☐ 4 |
| Rarely | ☐ 5 |
| None of the time | ☐ 6 |

3. Did you feel depressed during the past week?

| | |
|---|---|
| Yes - to the point that I felt like taking my life | ☐ 1 |
| Yes - to the point that I did not care about anything | ☐ 2 |
| Yes - very depressed almost every day | ☐ 3 |
| Yes - quite depressed several times | ☐ 4 |
| Yes - a little depressed now and then | ☐ 5 |
| No - never felt depressed at all | ☐ 6 |

continues

CONFIDENTIAL
AZSER12776799

Study Code D1447C00127 Subj initials ............ E code E| | | | | | | |

Visit No. V4

AW03:07 N/A AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

4. Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

| | |
|---|---|
| Yes, definitely so | ☐ 6 |
| Yes, for the most part | ☐ 5 |
| Generally so | ☐ 4 |
| Not too well | ☐ 3 |
| No, and I am somewhat disturbed | ☐ 2 |
| No, and I am very disturbed | ☐ 1 |

5. Have you been bothered by nervousness or your "nerves" during the past week?

| | |
|---|---|
| Extremely so - to the point where I could not work or take care of things | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little | ☐ 5 |
| Not at all | ☐ 6 |

6. How much energy, pep, or vitality did you have or feel during the past week?

| | |
|---|---|
| Very full of energy - lots of pep | ☐ 6 |
| Fairly energetic most of the time | ☐ 5 |
| My energy level varied quite a bit | ☐ 4 |
| Generally low in energy or pep | ☐ 3 |
| Very low in energy or pep most of the time | ☐ 2 |
| No energy or pep at all - I felt drained, sapped | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776800

Study Code D1447C00127 Subj initials ................................ E code E

Visit No. V4

AW2004-01-09 N/A AW03:07

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

7. I felt downhearted and blue during the past week?.

| | |
|---|---|
| None of the time | ☐ 6 |
| A little of the time | ☐ 5 |
| Some of the time | ☐ 4 |
| A good bit of the time | ☐ 3 |
| Most of the time | ☐ 2 |
| All of the time | ☐ 1 |

8. Were you generally tense or did you feel any tension during the past week?

| | |
|---|---|
| Yes - extremely tense, most or all of the time | ☐ 1 |
| Yes - very tense most of the time | ☐ 2 |
| Not generally tense, but did feel fairly tense several times | ☐ 3 |
| I felt a little tense a few times | ☐ 4 |
| My general tension level was quite low | ☐ 5 |
| I never felt tense or any tension at all | ☐ 6 |

9. How happy, satisfied, or pleased have you been with your personal life during the past week?

| | |
|---|---|
| Extremely happy - could not have been more satisfied or pleased | ☐ 6 |
| Very happy most of the time | ☐ 5 |
| Generally satisfied - pleased | ☐ 4 |
| Sometime fairly happy, sometimes fairly unhappy | ☐ 3 |
| Generally dissatisfied, unhappy | ☐ 2 |
| Very dissatisfied or unhappy most or all of the time | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776801

Study Code D1447C00127 Subj initials .......... E code E | | | | | | | |

Visit No. V4

AW2004-01-09 N/A AW03:07

## Psychological General Well-Being Schedule (PGWB), continued. PGWB

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

| | |
|---|---|
| Yes - definitely so | ☐ 6 |
| For the most part | ☐ 5 |
| Health problems limited me in some important ways | ☐ 4 |
| I was only healthy enough to take care of myself | ☐ 3 |
| I needed some help in taking care of myself | ☐ 2 |
| I needed someone to help me with most or all of the things I had to do | ☐ 1 |

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

| | |
|---|---|
| Extremely so - to the point that I have just about given up | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little bit | ☐ 5 |
| Not at all | ☐ 6 |

12. I woke up feeling fresh and rested during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

continues

CONFIDENTIAL
AZSER12776802

Study Code D1447C00127 Subj initials .................. E code E| | | | | | | |

Visit No. V4

AW03 07 N/A

## Psychological General Well-Being Schedule (PGWB), continued PGWB

AW2004-01-09

13. Have you been concerned, worried, or had any fears about your health during the past week?

| | |
|---|---|
| Extremely so | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some, but not a lot | ☐ 4 |
| Practically never | ☐ 5 |
| Not at all | ☐ 6 |

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

| | |
|---|---|
| Not at all | ☐ 6 |
| Only a little | ☐ 5 |
| Some - but not enough to be concerned or worried about | ☐ 4 |
| Some and I have been a little concerned | ☐ 3 |
| Some and I am quite concerned | ☐ 2 |
| Yes, very much so and I am very concerned | ☐ 1 |

15. My daily life was full of things that were interesting to me during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

continues

CONFIDENTIAL
AZSER12776803

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

| | |
|---|---|
| Very active, vigorous every day | ☐ 6 |
| Mostly active, vigorous - never really dull, sluggish | ☐ 5 |
| Fairly active, vigorous - seldom dull, sluggish | ☐ 4 |
| Fairly dull, sluggish - seldom active, vigorous | ☐ 3 |
| Mostly dull, sluggish - never really active, vigorous | ☐ 2 |
| Very dull, sluggish every day | ☐ 1 |

17. Have you been anxious, worried, or upset during the past week?

| | |
|---|---|
| Extremely so - to the point of being sick or almost sick | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little bit | ☐ 5 |
| Not at all | ☐ 6 |

18. I was emotionally stable and sure of myself during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

| | |
|---|---|
| Felt relaxed and at ease the last week | ☐ 6 |
| Felt relaxed and at ease most of the time | ☐ 5 |
| Generally felt relaxed but at times felt fairly high strung | ☐ 4 |
| Generally felt high strung but at times felt fairly relaxed | ☐ 3 |
| Felt high strung, tight, or keyed-up most of the time | ☐ 2 |
| Felt high strung, tight, or keyed-up the last week | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776804

Study Code D1447C00127 Subj initials ............ E code E

Visit No. V4

AW03.07 N/A AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

20. I felt cheerful, lighthearted during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

21. I felt tired, worn out, used up, or exhausted during the past week?

| | |
|---|---|
| None of the time | ☐ 6 |
| A little of the time | ☐ 5 |
| Some of the time | ☐ 4 |
| A good bit of the time | ☐ 3 |
| Most of the time | ☐ 2 |
| All of the time | ☐ 1 |

22. Have you been under or felt you were under any strain, stress, or pressure during the past week?

| | |
|---|---|
| Yes - almost more than I could bear or stand | ☐ 1 |
| Yes - quite a bit of pressure | ☐ 2 |
| Yes, some - more than usual | ☐ 3 |
| Yes, some - but about usual | ☐ 4 |
| Yes - a little | ☐ 5 |
| Not at all | ☐ 6 |

CONFIDENTIAL
AZSER12776805

Study Code D1447C00127 Subj initials ........................ E code E

Visit No. V4

CN01:07 N/A AW2003-07-31

# Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment 2 0 (year mm dd)

1. Apparent sadness
2. Reported sadness
3. Inner tension
4. Reduced sleep
5. Reduced appetite
6. Concentration difficulties
7. Lassitude
8. Inability to feel
9. Pessimistic thoughts
10. Suicidal thoughts

Rater's initials

CONFIDENTIAL
AZSER12776806

Study code D1447C00127 Subj initials ........ E code E

Visit No. V4

AW2003-11-17 N/A AW03 07

## Positive Syndrome Sub Scale

PANSS

**Positive Subscale**

**P1.** Delusions

**P2.** Conceptual disorganization

**P3.** Hallucinatory behavior

**P4.** Excitement

**P5.** Grandiosity

**P6.** Suspiciousness/persecution

**P7.** Hostility

Rater´s initials

CONFIDENTIAL
AZSER12776807

Study Code D1447C00127 Subj initials ............ E code E | | | | | | | |

Visit No. V4

AW2003-11-17 N/A AW03 07

## Young Mania Rating Scale

**YMRS**

Date of assessment 2 0 | | | | | | (year mm dd)

1. Elevated Mood ☐
2. Increased Motor Activity - Energy ☐
3. Sexual Interest ☐
4. Sleep ☐
5. Irritability ☐
6. Speech (Rate and Amount) ☐
7. Language - Thought Disorder ☐
8. Content ☐
9. Disruptive - Aggressive Behavior ☐
10. Appearance ☐
11. Insight ☐

Rater´s initials

CONFIDENTIAL
AZSER12776808

Study code D1447C00127 Subj initials ........ E code E

Visit No. V5

AZ01 10 AZ2002-12-17 AW2003-07-31

## Visit

VISIT

Visit date 2 0 year mm dd

AW03.07 N/A AW2003-11-17

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)

CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-03-24

Study Code D1447C00127 Subj initials ........ E code E

Visit No. V5

AW2003-07-31 N/A CN01.07

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment 2 0 __ __ (year) __ __ (mm) __ __ (dd)

1. Apparent sadness
2. Reported sadness
3. Inner tension
4. Reduced sleep
5. Reduced appetite
6. Concentration difficulties
7. Lassitude
8. Inability to feel
9. Pessimistic thoughts
10. Suicidal thoughts

Rater's initials

CONFIDENTIAL
AZSER12776810

Study Code D1447C00127 Subj initials .................................. E code E

Visit No. V5

AW2003-11-17 N/A AW03 07

# Young Mania Rating Scale

**YMRS**

Date of assessment 2 0 __ __ year __ __ mm __ __ dd

1. Elevated Mood
2. Increased Motor Activity - Energy
3. Sexual Interest
4. Sleep
5. Irritability
6. Speech (Rate and Amount)
7. Language - Thought Disorder
8. Content
9. Disruptive - Aggressive Behavior
10. Appearance
11. Insight

Rater's initials

CONFIDENTIAL
AZSER12776811

Study code D1447C00127 Subj initials ........ E code E

Visit No. V6

AZ01:10 AZ2002-12-17 AW2003-07-31

## Visit

VISIT

Visit date 2 0 __ __ (year) __ __ (mm) __ __ (dd)

AW03:07 N/A AW2003-11-17

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)

CGI_BP

**I. Severity of Illness**

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

**II. Change from Preceding Phase**

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-03-24

CONFIDENTIAL
AZSER12776812

Study code D1447C00127 Subj initials .................. E code E

Visit No. V6

AZ01 10 NA AW2004-01-09

## Vital Signs, Weight

VIT

Weight ____ . __ kg

AZ01 10 NA AW2003-07-31

## Laboratory Assessments

LAB1

Blood samples have been collected No $\square_0$ Yes $\square_1$

Sampling date 2 0 __ __ (year mm dd)

Sampling time __ : __ (24-hour clock)

Sample ID

Attach Sample ID label here

AstraZeneca use only

Laboratory ID ___

Study code D1447C00127 Subj initials ........ E code E

Visit No. V6

AW03:07 N/A AW2003-07-31

## Sheehan Disability Scale

SDS

**Disability Scale**

**Work/School**

I have not worked/studied at all during the past week for reasons unrelated to disorder ☐ 1

**Social Life**

**Family Life/Home Responsibilities**

**DAYS LOST** Days

**DAYS UNDERPRODUCTIVE** Days

2004-03-24

Study Code D1447C00127 Subj initials ........................ E code E

Visit No. V6

AW2004-01-09 N/A AW03:07

# Psychological General Well-Being Schedule (PGWB) PGWB

**This CRF page should not be handed to the Subject**

1. How have you been feeling in general during the past week?

| | |
|---|---|
| In excellent spirits | ☐ 6 |
| In very good spirits | ☐ 5 |
| In good spirits mostly | ☐ 4 |
| I have been up and down in spirits a lot | ☐ 3 |
| In low spirits mostly | ☐ 2 |
| In very low spirits | ☐ 1 |

2. How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

| | |
|---|---|
| Every day | ☐ 1 |
| Almost every day | ☐ 2 |
| About half the time | ☐ 3 |
| Now and then, but less than half the time | ☐ 4 |
| Rarely | ☐ 5 |
| None of the time | ☐ 6 |

3. Did you feel depressed during the past week?

| | |
|---|---|
| Yes - to the point that I felt like taking my life | ☐ 1 |
| Yes - to the point that I did not care about anything | ☐ 2 |
| Yes - very depressed almost every day | ☐ 3 |
| Yes - quite depressed several times | ☐ 4 |
| Yes - a little depressed now and then | ☐ 5 |
| No - never felt depressed at all | ☐ 6 |

continues

CONFIDENTIAL
AZSER12776815

Study Code D1447C00127 Subj initials ............ E code E| | | | | | | |

Visit No. V6

AW2004-01-09 N/A AW03 07

## Psychological General Well-Being Schedule (PGWB), continued PGWB

4. Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

| | |
|---|---|
| Yes, definitely so | ☐ 6 |
| Yes, for the most part | ☐ 5 |
| Generally so | ☐ 4 |
| Not too well | ☐ 3 |
| No, and I am somewhat disturbed | ☐ 2 |
| No, and I am very disturbed | ☐ 1 |

5. Have you been bothered by nervousness or your "nerves" during the past week?

| | |
|---|---|
| Extremely so - to the point where I could not work or take care of things | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little | ☐ 5 |
| Not at all | ☐ 6 |

6. How much energy, pep, or vitality did you have or feel during the past week?

| | |
|---|---|
| Very full of energy - lots of pep | ☐ 6 |
| Fairly energetic most of the time | ☐ 5 |
| My energy level varied quite a bit | ☐ 4 |
| Generally low in energy or pep | ☐ 3 |
| Very low in energy or pep most of the time | ☐ 2 |
| No energy or pep at all - I felt drained, sapped | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776816

Study Code D1447C00127 Subj initials .................. E code E| | | | | | | |

Visit No. V6

AW2004-01-09 N/A AW03 07

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

7. I felt downhearted and blue during the past week?.

- None of the time ☐ 6
- A little of the time ☐ 5
- Some of the time ☐ 4
- A good bit of the time ☐ 3
- Most of the time ☐ 2
- All of the time ☐ 1

8. Were you generally tense or did you feel any tension during the past week?

- Yes - extremely tense, most or all of the time ☐ 1
- Yes - very tense most of the time ☐ 2
- Not generally tense, but did feel fairly tense several times ☐ 3
- I felt a little tense a few times ☐ 4
- My general tension level was quite low ☐ 5
- I never felt tense or any tension at all ☐ 6

9. How happy, satisfied, or pleased have you been with your personal life during the past week?

- Extremely happy - could not have been more satisfied or pleased ☐ 6
- Very happy most of the time ☐ 5
- Generally satisfied - pleased ☐ 4
- Sometime fairly happy, sometimes fairly unhappy ☐ 3
- Generally dissatisfied, unhappy ☐ 2
- Very dissatisfied or unhappy most or all of the time ☐ 1

continues

CONFIDENTIAL
AZSER12776817

AW2004-01-09 N/A AW03:07

## Psychological General Well-Being Schedule (PGWB), continued. PGWB

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

| | |
|---|---|
| Yes - definitely so | ☐ 6 |
| For the most part | ☐ 5 |
| Health problems limited me in some important ways | ☐ 4 |
| I was only healthy enough to take care of myself | ☐ 3 |
| I needed some help in taking care of myself | ☐ 2 |
| I needed someone to help me with most or all of the things I had to do | ☐ 1 |

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

| | |
|---|---|
| Extremely so - to the point that I have just about given up | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little bit | ☐ 5 |
| Not at all | ☐ 6 |

12. I woke up feeling fresh and rested during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

continues

CONFIDENTIAL
AZSER12776818

AW03.07 N/A AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued PGWB

13. Have you been concerned, worried, or had any fears about your health during the past week?

- Extremely so ☐ 1
- Very much so ☐ 2
- Quite a bit ☐ 3
- Some, but not a lot ☐ 4
- Practically never ☐ 5
- Not at all ☐ 6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

- Not at all ☐ 6
- Only a little ☐ 5
- Some - but not enough to be concerned or worried about ☐ 4
- Some and I have been a little concerned ☐ 3
- Some and I am quite concerned ☐ 2
- Yes, very much so and I am very concerned ☐ 1

15. My daily life was full of things that were interesting to me during the past week?

- None of the time ☐ 1
- A little of the time ☐ 2
- Some of the time ☐ 3
- A good bit of the time ☐ 4
- Most of the time ☐ 5
- All of the time ☐ 6

continues

CONFIDENTIAL
AZSER12776819

N/A AW03 07

AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

| | |
|---|---|
| Very active, vigorous every day | ☐ 6 |
| Mostly active, vigorous - never really dull, sluggish | ☐ 5 |
| Fairly active, vigorous - seldom dull, sluggish | ☐ 4 |
| Fairly dull, sluggish - seldom active, vigorous | ☐ 3 |
| Mostly dull, sluggish - never really active, vigorous | ☐ 2 |
| Very dull, sluggish every day | ☐ 1 |

17. Have you been anxious, worried, or upset during the past week?

| | |
|---|---|
| Extremely so - to the point of being sick or almost sick | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little bit | ☐ 5 |
| Not at all | ☐ 6 |

18. I was emotionally stable and sure of myself during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

| | |
|---|---|
| Felt relaxed and at ease the last week | ☐ 6 |
| Felt relaxed and at ease most of the time | ☐ 5 |
| Generally felt relaxed but at times felt fairly high strung | ☐ 4 |
| Generally felt high strung but at times felt fairly relaxed | ☐ 3 |
| Felt high strung, tight, or keyed-up most of the time | ☐ 2 |
| Felt high strung, tight, or keyed-up the last week | ☐ 1 |

continues

AW03:07 N/A AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

20. I felt cheerful, lighthearted during the past week?

- None of the time ☐1
- A little of the time ☐2
- Some of the time ☐3
- A good bit of the time ☐4
- Most of the time ☐5
- All of the time ☐6

21. I felt tired, worn out, used up, or exhausted during the past week?

- None of the time ☐6
- A little of the time ☐5
- Some of the time ☐4
- A good bit of the time ☐3
- Most of the time ☐2
- All of the time ☐1

22. Have you been under or felt you were under any strain, stress, or pressure during the past week?

- Yes - almost more than I could bear or stand ☐1
- Yes - quite a bit of pressure ☐2
- Yes, some - more than usual ☐3
- Yes, some - but about usual ☐4
- Yes - a little ☐5
- Not at all ☐6

CONFIDENTIAL
AZSER12776821

Study Code D1447C00127 Subj initials ............ E code |E| | | | | | | | |

Visit No. V6

AW2003-07-31 N/A CN01 07

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment |2|0| | | | | | | (year mm dd)

1. Apparent sadness [ ]
2. Reported sadness [ ]
3. Inner tension [ ]
4. Reduced sleep [ ]
5. Reduced appetite [ ]
6. Concentration difficulties [ ]
7. Lassitude [ ]
8. Inability to feel [ ]
9. Pessimistic thoughts [ ]
10. Suicidal thoughts [ ]

Rater´s initials

CONFIDENTIAL
AZSER12776822

Study code D1447C00127 Subj initials ............ E code E

Visit No. V6

AW2003-11-17 N/A AW03.07

## Positive Syndrome Sub Scale

**PANSS**

**Positive Subscale**

**P1.** Delusions

**P2.** Conceptual disorganization

**P3.** Hallucinatory behavior

**P4.** Excitement

**P5.** Grandiosity

**P6.** Suspiciousness/persecution

**P7.** Hostility

Rater´s initials

CONFIDENTIAL
AZSER12776823

Study Code D1447C00127 Subj initials ........................ E code |E| | | | | | | |

Visit No. V6

AW2003-11-17 N/A AW03:07

## Young Mania Rating Scale

**YMRS**

Date of assessment |2|0| | | | | | |
year mm dd

1. Elevated Mood ☐
2. Increased Motor Activity - Energy ☐
3. Sexual Interest ☐
4. Sleep ☐
5. Irritability ☐
6. Speech (Rate and Amount) ☐
7. Language - Thought Disorder ☐
8. Content ☐
9. Disruptive - Aggressive Behavior ☐
10. Appearance ☐
11. Insight ☐

Rater´s initials

CONFIDENTIAL
AZSER12776824

Study code D1447C00127 Subj initials .................. E code E

Visit No. V7

AZ01:10 AZ2002-12-17 AW2003-07-31

**Visit** **VISIT**

Visit date 2 0 __ __ / __ __ / __ __ (year mm dd)

AZ01:10 NA AW2004-01-09

**Vital Signs, Weight** **VIT**

| *Assm No.* | *Protocol schedule* | | | | | |
|---|---|---|---|---|---|---|
| 1 | Supine (0 minutes) | Blood pressure | ___ / ___ (systolic / diastolic) | mmHg | Pulse ___ | beats/min |
| 2 | Standing (2 minutes) | Blood pressure | ___ / ___ (systolic / diastolic) | mmHg | Pulse ___ | beats/min |

Weight ___ . _ kg

CONFIDENTIAL
AZSER12776825

Study code D1447C00127 Subj initials ............ E code E

Visit No. V7

AZ01:10

## Laboratory Assessments

LAB1

NA

Blood samples have been collected No [ ]0 Yes [ ]1

AW2003-07-31

Sampling date 2 0 _ _ _ _ _ _ (year mm dd)

Sampling time _ _ : _ _ (24-hour clock)

| Sample ID |
|---|
| Attach Sample ID label here |

AstraZeneca use only

Laboratory ID _ _ _

SO03:03

## Meals

MEAL

SO2003-03-20

Date of last meal 2 0 _ _ _ _ _ _ (year mm dd)

AW2003-07-31

Time of last meal _ _ : _ _ (24-hour clock)

2004-03-24

CONFIDENTIAL
AZSER12776826

Study code D1447C00127 Subj initials ........ E code E

Visit No. V7

AW03:07 N/A AW2003-07-31

## Sheehan Disability Scale

**SDS**

**Disability Scale**

**Work/School**

I have not worked/studied at all during the past week for reasons unrelated to disorder ☐ 1

**Social Life**

**Family Life/Home Responsibilities**

**DAYS LOST** Days

**DAYS UNDERPRODUCTIVE** Days

CONFIDENTIAL
AZSER12776827

Study Code D1447C00127 Subj initials ................ E code E

Visit No. V7

AW2004-01-09 N/A AW03 07

## Psychological General Well-Being Schedule (PGWB)

PGWB

**This CRF page should not be handed to the Subject**

1. How have you been feeling in general during the past week?

| | |
|---|---|
| In excellent spirits | ☐ 6 |
| In very good spirits | ☐ 5 |
| In good spirits mostly | ☐ 4 |
| I have been up and down in spirits a lot | ☐ 3 |
| In low spirits mostly | ☐ 2 |
| In very low spirits | ☐ 1 |

2. How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

| | |
|---|---|
| Every day | ☐ 1 |
| Almost every day | ☐ 2 |
| About half the time | ☐ 3 |
| Now and then, but less than half the time | ☐ 4 |
| Rarely | ☐ 5 |
| None of the time | ☐ 6 |

3. Did you feel depressed during the past week?

| | |
|---|---|
| Yes - to the point that I felt like taking my life | ☐ 1 |
| Yes - to the point that I did not care about anything | ☐ 2 |
| Yes - very depressed almost every day | ☐ 3 |
| Yes - quite depressed several times | ☐ 4 |
| Yes - a little depressed now and then | ☐ 5 |
| No - never felt depressed at all | ☐ 6 |

continues

CONFIDENTIAL
AZSER12776828

Study Code D1447C00127 Subj initials ............ E code E

Visit No. V7

AW2004-01-09 N/A AW03-07

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

4. Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

| | |
|---|---|
| Yes, definitely so | ☐ 6 |
| Yes, for the most part | ☐ 5 |
| Generally so | ☐ 4 |
| Not too well | ☐ 3 |
| No, and I am somewhat disturbed | ☐ 2 |
| No, and I am very disturbed | ☐ 1 |

5. Have you been bothered by nervousness or your "nerves" during the past week?

| | |
|---|---|
| Extremely so - to the point where I could not work or take care of things | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little | ☐ 5 |
| Not at all | ☐ 6 |

6. How much energy, pep, or vitality did you have or feel during the past week?

| | |
|---|---|
| Very full of energy - lots of pep | ☐ 6 |
| Fairly energetic most of the time | ☐ 5 |
| My energy level varied quite a bit | ☐ 4 |
| Generally low in energy or pep | ☐ 3 |
| Very low in energy or pep most of the time | ☐ 2 |
| No energy or pep at all - I felt drained, sapped | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776829

Study Code D1447C00127 Subj initials ........ E code E

Visit No. V7

AW03:07 N/A AW2004-01-09

# Psychological General Well-Being Schedule (PGWB), continued PGWB

7. I felt downhearted and blue during the past week?.

| | |
|---|---|
| None of the time | ☐ 6 |
| A little of the time | ☐ 5 |
| Some of the time | ☐ 4 |
| A good bit of the time | ☐ 3 |
| Most of the time | ☐ 2 |
| All of the time | ☐ 1 |

8. Were you generally tense or did you feel any tension during the past week?

| | |
|---|---|
| Yes - extremely tense, most or all of the time | ☐ 1 |
| Yes - very tense most of the time | ☐ 2 |
| Not generally tense, but did feel fairly tense several times | ☐ 3 |
| I felt a little tense a few times | ☐ 4 |
| My general tension level was quite low | ☐ 5 |
| I never felt tense or any tension at all | ☐ 6 |

9. How happy, satisfied, or pleased have you been with your personal life during the past week?

| | |
|---|---|
| Extremely happy - could not have been more satisfied or pleased | ☐ 6 |
| Very happy most of the time | ☐ 5 |
| Generally satisfied - pleased | ☐ 4 |
| Sometime fairly happy, sometimes fairly unhappy | ☐ 3 |
| Generally dissatisfied, unhappy | ☐ 2 |
| Very dissatisfied or unhappy most or all of the time | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776830

## Psychological General Well-Being Schedule (PGWB), continued. PGWB

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

- Yes - definitely so ☐ 6
- For the most part ☐ 5
- Health problems limited me in some important ways ☐ 4
- I was only healthy enough to take care of myself ☐ 3
- I needed some help in taking care of myself ☐ 2
- I needed someone to help me with most or all of the things I had to do ☐ 1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

- Extremely so - to the point that I have just about given up ☐ 1
- Very much so ☐ 2
- Quite a bit ☐ 3
- Some - enough to bother me ☐ 4
- A little bit ☐ 5
- Not at all ☐ 6

12. I woke up feeling fresh and rested during the past week?

- None of the time ☐ 1
- A little of the time ☐ 2
- Some of the time ☐ 3
- A good bit of the time ☐ 4
- Most of the time ☐ 5
- All of the time ☐ 6

continues

CONFIDENTIAL
AZSER12776831

Study Code D1447C00127 Subj initials ............ E code E

Visit No. V7

AW03:07 N/A AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

13. Have you been concerned, worried, or had any fears about your health during the past week?

| | |
|---|---|
| Extremely so | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some, but not a lot | ☐ 4 |
| Practically never | ☐ 5 |
| Not at all | ☐ 6 |

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

| | |
|---|---|
| Not at all | ☐ 6 |
| Only a little | ☐ 5 |
| Some - but not enough to be concerned or worried about | ☐ 4 |
| Some and I have been a little concerned | ☐ 3 |
| Some and I am quite concerned | ☐ 2 |
| Yes, very much so and I am very concerned | ☐ 1 |

15. My daily life was full of things that were interesting to me during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

continues

CONFIDENTIAL
AZSER12776832

Study Code D1447C00127 Subj initials .............. E code E

Visit No. V7

N/A AW03:07

AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

| | |
|---|---|
| Very active, vigorous every day | ☐ 6 |
| Mostly active, vigorous - never really dull, sluggish | ☐ 5 |
| Fairly active, vigorous - seldom dull, sluggish | ☐ 4 |
| Fairly dull, sluggish - seldom active, vigorous | ☐ 3 |
| Mostly dull, sluggish - never really active, vigorous | ☐ 2 |
| Very dull, sluggish every day | ☐ 1 |

17. Have you been anxious, worried, or upset during the past week?

| | |
|---|---|
| Extremely so - to the point of being sick or almost sick | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little bit | ☐ 5 |
| Not at all | ☐ 6 |

18. I was emotionally stable and sure of myself during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

| | |
|---|---|
| Felt relaxed and at ease the last week | ☐ 6 |
| Felt relaxed and at ease most of the time | ☐ 5 |
| Generally felt relaxed but at times felt fairly high strung | ☐ 4 |
| Generally felt high strung but at times felt fairly relaxed | ☐ 3 |
| Felt high strung, tight, or keyed-up most of the time | ☐ 2 |
| Felt high strung, tight, or keyed-up the last week | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776833

Study Code D1447C00127 Subj initials ........ E code E| | | | | | | | |

Visit No. V7

AW03-07 N/A AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued PGWB

20. I felt cheerful, lighthearted during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

21. I felt tired, worn out, used up, or exhausted during the past week?

| | |
|---|---|
| None of the time | ☐ 6 |
| A little of the time | ☐ 5 |
| Some of the time | ☐ 4 |
| A good bit of the time | ☐ 3 |
| Most of the time | ☐ 2 |
| All of the time | ☐ 1 |

22. Have you been under or felt you were under any strain, stress, or pressure during the past week?

| | |
|---|---|
| Yes - almost more than I could bear or stand | ☐ 1 |
| Yes - quite a bit of pressure | ☐ 2 |
| Yes, some - more than usual | ☐ 3 |
| Yes, some - but about usual | ☐ 4 |
| Yes - a little | ☐ 5 |
| Not at all | ☐ 6 |

CONFIDENTIAL
AZSER12776834

Study code D1447C00127 Subj initials .................. E code E

Visit No. V7

AW2003-11-17 N/A AW03 07

## Clinical Global Impression, Bipolar (Randomized Treatment Phase) CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |

Rater's initials

CONFIDENTIAL
AZSER12776835

Study Code D1447C00127 Subj initials .................. E code E

Visit No. V7

AW2003-07-31 N/A CN01-07

# Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment 2 0 __ __ __ __ __ __ (year mm dd)

1. Apparent sadness
2. Reported sadness
3. Inner tension
4. Reduced sleep
5. Reduced appetite
6. Concentration difficulties
7. Lassitude
8. Inability to feel
9. Pessimistic thoughts
10. Suicidal thoughts

Rater´s initials

CONFIDENTIAL
AZSER12776836

Study code D1447C00127 Subj initials .................. E code E

Visit No. V7

AW2003-11-17 N/A AW03:07

# Positive Syndrome Sub Scale

**PANSS**

**Positive Subscale**

**P1.** Delusions

**P2.** Conceptual disorganization

**P3.** Hallucinatory behavior

**P4.** Excitement

**P5.** Grandiosity

**P6.** Suspiciousness/persecution

**P7.** Hostility

Rater's initials

Study Code D1447C00127 Subj initials ................ E code E

Visit No. V7

AW2003-11-17 N/A AW03 07

## Young Mania Rating Scale

**YMRS**

Date of assessment 2 0 __ __ __ __ __ __
year mm dd

1. Elevated Mood ☐
2. Increased Motor Activity - Energy ☐
3. Sexual Interest ☐
4. Sleep ☐
5. Irritability ☐
6. Speech (Rate and Amount) ☐
7. Language - Thought Disorder ☐
8. Content ☐
9. Disruptive - Aggressive Behavior ☐
10. Appearance ☐
11. Insight ☐

Rater's initials

2004-03-24

Study Code D1447C00127 Subj initials ............ E code E

Visit No. V7

AW03 07 N/A AW2004-01-09

# Abnormal Involuntary Movement Scale

AIMS

**Facial and oral movements**

1. Muscles of facial expression
2. Lips and perioral area
3. Jaw
4. Tongue

**Extremity movements**

5. Upper (arms, wrists, hands, fingers)
6. Lower (legs, knees, ankles, toes)

**Trunk movements**

7. Neck, shoulders, hip

**Global judgements**

8. Severity of abnormal movements
9. Incapacitation due to abnormal movements
10. Subject's awareness of abnormal movements

Rater's initials

2004-03-24

CONFIDENTIAL
AZSER12776839

Study Code D1447C00127 Subj initials ........ E code E

Visit No. V7

AW03-07 N/A AW2003-11-17

## Barnes Akathisia Rating Scale

BARS

1. Objective
2. Subjective awareness of restlessness
3. Subjective distress related to restlessness
4. Global clinical assessment of akathisia

Rater´s initials

AW03-07 N/A AW2003-11-17

## Simpson-Angus Scale

SAS

1. Gait
2. Arm dropping
3. Shoulder shaking
4. Elbow rigidity
5. Wrist rigidity
6. Head rotation
7. Glabella tap
8. Tremor
9. Salivation
10. Akathisia

Rater´s initials

2004-03-24

Study code D1447C00127 Subj initials ............ E code E

Visit No. V8

AZ01:10 AZ2002-12-17 AW2003-07-31

## Visit

VISIT

Visit date 2 0 year mm dd

AW03:07 N/A AW2003-11-17

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)

CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |

Rater's initials

2004-03-24

CONFIDENTIAL
AZSER12776841

Study code D1447C00127 Subj initials ........ E code E

Visit No. V8

AZ01:10 NA AW2003-07-31

## Laboratory Assessments

**LAB1**

Blood samples have been collected No ☐0 Yes ☐1

Sampling date 2 0 _ _ (year) _ _ (mm) _ _ (dd)

Sampling time _ _ : _ _ (24-hour clock)

| Sample ID |
| --- |
| Attach Sample ID label here |

AstraZeneca use only

Laboratory ID _ _ _

CONFIDENTIAL
AZSER12776842

Study code D1447C00127 Subj initials ........................ E code E

Visit No. V8

AW03-07 N/A AW2003-07-31

## Sheehan Disability Scale

SDS

**Disability Scale**
**Work/School**

I have not worked/studied at all during the past week for reasons unrelated to disorder ☐ 1

**Social Life**

**Family Life/Home Responsibilities**

**DAYS LOST** Days

**DAYS UNDERPRODUCTIVE** Days

CONFIDENTIAL
AZSER12776843

AW2004-01-09 N/A AW03:07

## Psychological General Well-Being Schedule (PGWB)

PGWB

**This CRF page should not be handed to the Subject**

1. How have you been feeling in general during the past week?

   - In excellent spirits ☐ 6
   - In very good spirits ☐ 5
   - In good spirits mostly ☐ 4
   - I have been up and down in spirits a lot ☐ 3
   - In low spirits mostly ☐ 2
   - In very low spirits ☐ 1

2. How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

   - Every day ☐ 1
   - Almost every day ☐ 2
   - About half the time ☐ 3
   - Now and then, but less than half the time ☐ 4
   - Rarely ☐ 5
   - None of the time ☐ 6

3. Did you feel depressed during the past week?

   - Yes - to the point that I felt like taking my life ☐ 1
   - Yes - to the point that I did not care about anything ☐ 2
   - Yes - very depressed almost every day ☐ 3
   - Yes - quite depressed several times ☐ 4
   - Yes - a little depressed now and then ☐ 5
   - No - never felt depressed at all ☐ 6

continues

Study Code D1447C00127 Subj initials ............ E code E

Visit No. V8

AW2004-01-09 N/A AW03:07

## Psychological General Well-Being Schedule (PGWB), continued PGWB

4. Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

| | |
|---|---|
| Yes, definitely so | ☐ 6 |
| Yes, for the most part | ☐ 5 |
| Generally so | ☐ 4 |
| Not too well | ☐ 3 |
| No, and I am somewhat disturbed | ☐ 2 |
| No, and I am very disturbed | ☐ 1 |

5. Have you been bothered by nervousness or your "nerves" during the past week?

| | |
|---|---|
| Extremely so - to the point where I could not work or take care of things | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little | ☐ 5 |
| Not at all | ☐ 6 |

6. How much energy, pep, or vitality did you have or feel during the past week?

| | |
|---|---|
| Very full of energy - lots of pep | ☐ 6 |
| Fairly energetic most of the time | ☐ 5 |
| My energy level varied quite a bit | ☐ 4 |
| Generally low in energy or pep | ☐ 3 |
| Very low in energy or pep most of the time | ☐ 2 |
| No energy or pep at all - I felt drained, sapped | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776845

AW2004-01-09 N/A AW03-07

## Psychological General Well-Being Schedule (PGWB), continued PGWB

7. I felt downhearted and blue during the past week?.

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

8. Were you generally tense or did you feel any tension during the past week?

Yes - extremely tense, most or all of the time ☐1

Yes - very tense most of the time ☐2

Not generally tense, but did feel fairly tense several times ☐3

I felt a little tense a few times ☐4

My general tension level was quite low ☐5

I never felt tense or any tension at all ☐6

9. How happy, satisfied, or pleased have you been with your personal life during the past week?

Extremely happy - could not have been more satisfied or pleased ☐6

Very happy most of the time ☐5

Generally satisfied - pleased ☐4

Sometime fairly happy, sometimes fairly unhappy ☐3

Generally dissatisfied, unhappy ☐2

Very dissatisfied or unhappy most or all of the time ☐1

continues

AW03.07 N/A AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued. PGWB

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

| | |
|---|---|
| Yes - definitely so | ☐ 6 |
| For the most part | ☐ 5 |
| Health problems limited me in some important ways | ☐ 4 |
| I was only healthy enough to take care of myself | ☐ 3 |
| I needed some help in taking care of myself | ☐ 2 |
| I needed someone to help me with most or all of the things I had to do | ☐ 1 |

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

| | |
|---|---|
| Extremely so - to the point that I have just about given up | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little bit | ☐ 5 |
| Not at all | ☐ 6 |

12. I woke up feeling fresh and rested during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

continues

CONFIDENTIAL
AZSER12776847

Study Code D1447C00127 Subj initials .................. E code E| | | | | | | |

Visit No. V8

AW03:07 N/A AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued PGWB

13. Have you been concerned, worried, or had any fears about your health during the past week?

| | |
|---|---|
| Extremely so | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some, but not a lot | ☐ 4 |
| Practically never | ☐ 5 |
| Not at all | ☐ 6 |

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

| | |
|---|---|
| Not at all | ☐ 6 |
| Only a little | ☐ 5 |
| Some - but not enough to be concerned or worried about | ☐ 4 |
| Some and I have been a little concerned | ☐ 3 |
| Some and I am quite concerned | ☐ 2 |
| Yes, very much so and I am very concerned | ☐ 1 |

15. My daily life was full of things that were interesting to me during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

continues

CONFIDENTIAL
AZSER12776848

Study Code D1447C00127 Subj initials .................... E code E| | | | | | | | |

Visit No. V8

N/A AW03:07 AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued PGWB

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

| | |
|---|---|
| Very active, vigorous every day | ☐ 6 |
| Mostly active, vigorous - never really dull, sluggish | ☐ 5 |
| Fairly active, vigorous - seldom dull, sluggish | ☐ 4 |
| Fairly dull, sluggish - seldom active, vigorous | ☐ 3 |
| Mostly dull, sluggish - never really active, vigorous | ☐ 2 |
| Very dull, sluggish every day | ☐ 1 |

17. Have you been anxious, worried, or upset during the past week?

| | |
|---|---|
| Extremely so - to the point of being sick or almost sick | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little bit | ☐ 5 |
| Not at all | ☐ 6 |

18. I was emotionally stable and sure of myself during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

| | |
|---|---|
| Felt relaxed and at ease the last week | ☐ 6 |
| Felt relaxed and at ease most of the time | ☐ 5 |
| Generally felt relaxed but at times felt fairly high strung | ☐ 4 |
| Generally felt high strung but at times felt fairly relaxed | ☐ 3 |
| Felt high strung, tight, or keyed-up most of the time | ☐ 2 |
| Felt high strung, tight, or keyed-up the last week | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776849

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

20. I felt cheerful, lighthearted during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

21. I felt tired, worn out, used up, or exhausted during the past week?

| | |
|---|---|
| None of the time | ☐ 6 |
| A little of the time | ☐ 5 |
| Some of the time | ☐ 4 |
| A good bit of the time | ☐ 3 |
| Most of the time | ☐ 2 |
| All of the time | ☐ 1 |

22. Have you been under or felt you were under any strain, stress, or pressure during the past week?

| | |
|---|---|
| Yes - almost more than I could bear or stand | ☐ 1 |
| Yes - quite a bit of pressure | ☐ 2 |
| Yes, some - more than usual | ☐ 3 |
| Yes, some - but about usual | ☐ 4 |
| Yes - a little | ☐ 5 |
| Not at all | ☐ 6 |

Study Code D1447C00127 Subj initials ............ E code |E| | | | | | | | |

Visit No. V8

AW2003-07-31 N/A CN01:07

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment |2|0| | | | | | | (year mm dd)

1. Apparent sadness [ ]
2. Reported sadness [ ]
3. Inner tension [ ]
4. Reduced sleep [ ]
5. Reduced appetite [ ]
6. Concentration difficulties [ ]
7. Lassitude [ ]
8. Inability to feel [ ]
9. Pessimistic thoughts [ ]
10. Suicidal thoughts [ ]

Rater's initials

CONFIDENTIAL
AZSER12776851

Study Code D1447C00127 Subj initials ........................ E code |E| | | | | | | |

Visit No. V8

AW2003-11-17 N/A AW03 07

## Young Mania Rating Scale

**YMRS**

Date of assessment |2|0| | |  | |  | |
year mm dd

1. Elevated Mood |__|
2. Increased Motor Activity - Energy |__|
3. Sexual Interest |__|
4. Sleep |__|
5. Irritability |__|
6. Speech (Rate and Amount) |__|
7. Language - Thought Disorder |__|
8. Content |__|
9. Disruptive - Aggressive Behavior |__|
10. Appearance |__|
11. Insight |__|

Rater's initials

2004-03-24

CONFIDENTIAL
AZSER12776852

Study code D1447C00127 Subj initials ........ E code E | | | | | |

Visit No. V9

AZ01.10 AZ2002-12-17 AW2003-07-31

## Visit

VISIT

Visit date 2 0 | | | | | (year mm dd)

AW03.07 N/A AW2003-11-17

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)

CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-03-24

Study code D1447C00127 Subj initials .......... E code E

Visit No. V9

AZ01.10 NA AW2003-07-31

## Laboratory Assessments

**LAB1**

Blood samples have been collected No ☐0 Yes ☐1

Sampling date 2 0 __ __ (year) __ __ (mm) __ __ (dd)

Sampling time __ __ : __ __ (24-hour clock)

| Sample ID |
| --- |
| Attach Sample ID label here |

AstraZeneca use only

Laboratory ID __ __ __

CONFIDENTIAL
AZSER12776854

Study code D1447C00127 Subj initials ........................ E code E

Visit No. V9

AW03-07 N/A AW2003-07-31

## Sheehan Disability Scale

SDS

**Disability Scale**
**Work/School**

I have not worked/studied at all during the past week for reasons unrelated to disorder ☐ 1

**Social Life**

**Family Life/Home Responsibilities**

**DAYS LOST** Days

**DAYS UNDERPRODUCTIVE** Days

CONFIDENTIAL
AZSER12776855

Study Code D1447C00127 Subj initials ............ E code E| | | | | | | |

Visit No. V9

AW03 07 N/A AW2004-01-09

## Psychological General Well-Being Schedule (PGWB) PGWB

**This CRF page should not be handed to the Subject**

1. How have you been feeling in general during the past week?

In excellent spirits ☐ 6
In very good spirits ☐ 5
In good spirits mostly ☐ 4
I have been up and down in spirits a lot ☐ 3
In low spirits mostly ☐ 2
In very low spirits ☐ 1

2. How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

Every day ☐ 1
Almost every day ☐ 2
About half the time ☐ 3
Now and then, but less than half the time ☐ 4
Rarely ☐ 5
None of the time ☐ 6

3. Did you feel depressed during the past week?

Yes - to the point that I felt like taking my life ☐ 1
Yes - to the point that I did not care about anything ☐ 2
Yes - very depressed almost every day ☐ 3
Yes - quite depressed several times ☐ 4
Yes - a little depressed now and then ☐ 5
No - never felt depressed at all ☐ 6

continues

CONFIDENTIAL
AZSER12776856

Study Code D1447C00127 Subj initials ............ E code E| | | | | | | |

Visit No. V9

AW2004-01-09 N/A AW03.07

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

4. Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

| | |
|---|---|
| Yes, definitely so | ☐ 6 |
| Yes, for the most part | ☐ 5 |
| Generally so | ☐ 4 |
| Not too well | ☐ 3 |
| No, and I am somewhat disturbed | ☐ 2 |
| No, and I am very disturbed | ☐ 1 |

5. Have you been bothered by nervousness or your "nerves" during the past week?

| | |
|---|---|
| Extremely so - to the point where I could not work or take care of things | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little | ☐ 5 |
| Not at all | ☐ 6 |

6. How much energy, pep, or vitality did you have or feel during the past week?

| | |
|---|---|
| Very full of energy - lots of pep | ☐ 6 |
| Fairly energetic most of the time | ☐ 5 |
| My energy level varied quite a bit | ☐ 4 |
| Generally low in energy or pep | ☐ 3 |
| Very low in energy or pep most of the time | ☐ 2 |
| No energy or pep at all - I felt drained, sapped | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776857

Study Code D1447C00127 Subj initials ........ E code E| | | | | | | | |

Visit No. V9

AW2004-01-09 N/A AW03-07

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

7. I felt downhearted and blue during the past week?.

| | |
|---|---|
| None of the time | ☐ 6 |
| A little of the time | ☐ 5 |
| Some of the time | ☐ 4 |
| A good bit of the time | ☐ 3 |
| Most of the time | ☐ 2 |
| All of the time | ☐ 1 |

8. Were you generally tense or did you feel any tension during the past week?

| | |
|---|---|
| Yes - extremely tense, most or all of the time | ☐ 1 |
| Yes - very tense most of the time | ☐ 2 |
| Not generally tense, but did feel fairly tense several times | ☐ 3 |
| I felt a little tense a few times | ☐ 4 |
| My general tension level was quite low | ☐ 5 |
| I never felt tense or any tension at all | ☐ 6 |

9. How happy, satisfied, or pleased have you been with your personal life during the past week?

| | |
|---|---|
| Extremely happy - could not have been more satisfied or pleased | ☐ 6 |
| Very happy most of the time | ☐ 5 |
| Generally satisfied - pleased | ☐ 4 |
| Sometime fairly happy, sometimes fairly unhappy | ☐ 3 |
| Generally dissatisfied, unhappy | ☐ 2 |
| Very dissatisfied or unhappy most or all of the time | ☐ 1 |

continues

Study Code D1447C00127 Subj initials ........................ E code E| | | | | | | |

Visit No. V9

AW2004-01-09 N/A AW03:07

## Psychological General Well-Being Schedule (PGWB), continued. PGWB

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

| | |
|---|---|
| Yes - definitely so | ☐ 6 |
| For the most part | ☐ 5 |
| Health problems limited me in some important ways | ☐ 4 |
| I was only healthy enough to take care of myself | ☐ 3 |
| I needed some help in taking care of myself | ☐ 2 |
| I needed someone to help me with most or all of the things I had to do | ☐ 1 |

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

| | |
|---|---|
| Extremely so - to the point that I have just about given up | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little bit | ☐ 5 |
| Not at all | ☐ 6 |

12. I woke up feeling fresh and rested during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

continues

CONFIDENTIAL
AZSER12776859

Study Code D1447C00127 Subj initials ........................ E code E| | | | | | | |

Visit No. V9

AW2004-01-09 N/A AW03:07

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

13. Have you been concerned, worried, or had any fears about your health during the past week?

| | |
|---|---|
| Extremely so | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some, but not a lot | ☐ 4 |
| Practically never | ☐ 5 |
| Not at all | ☐ 6 |

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

| | |
|---|---|
| Not at all | ☐ 6 |
| Only a little | ☐ 5 |
| Some - but not enough to be concerned or worried about | ☐ 4 |
| Some and I have been a little concerned | ☐ 3 |
| Some and I am quite concerned | ☐ 2 |
| Yes, very much so and I am very concerned | ☐ 1 |

15. My daily life was full of things that were interesting to me during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

continues

CONFIDENTIAL
AZSER12776860

Study Code D1447C00127 Subj initials ................ E code E

Visit No. V9

N/A AW03.07

AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued **PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

| | |
|---|---|
| Very active, vigorous every day | ☐ 6 |
| Mostly active, vigorous - never really dull, sluggish | ☐ 5 |
| Fairly active, vigorous - seldom dull, sluggish | ☐ 4 |
| Fairly dull, sluggish - seldom active, vigorous | ☐ 3 |
| Mostly dull, sluggish - never really active, vigorous | ☐ 2 |
| Very dull, sluggish every day | ☐ 1 |

17. Have you been anxious, worried, or upset during the past week?

| | |
|---|---|
| Extremely so - to the point of being sick or almost sick | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little bit | ☐ 5 |
| Not at all | ☐ 6 |

18. I was emotionally stable and sure of myself during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

| | |
|---|---|
| Felt relaxed and at ease the last week | ☐ 6 |
| Felt relaxed and at ease most of the time | ☐ 5 |
| Generally felt relaxed but at times felt fairly high strung | ☐ 4 |
| Generally felt high strung but at times felt fairly relaxed | ☐ 3 |
| Felt high strung, tight, or keyed-up most of the time | ☐ 2 |
| Felt high strung, tight, or keyed-up the last week | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776861

Study Code D1447C00127 Subj initials ........ E code E

Visit No. V9

AW03:07 N/A AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

20. I felt cheerful, lighthearted during the past week?

None of the time ☐ 1
A little of the time ☐ 2
Some of the time ☐ 3
A good bit of the time ☐ 4
Most of the time ☐ 5
All of the time ☐ 6

21. I felt tired, worn out, used up, or exhausted during the past week?

None of the time ☐ 6
A little of the time ☐ 5
Some of the time ☐ 4
A good bit of the time ☐ 3
Most of the time ☐ 2
All of the time ☐ 1

22. Have you been under or felt you were under any strain, stress, or pressure during the past week?

Yes - almost more than I could bear or stand ☐ 1
Yes - quite a bit of pressure ☐ 2
Yes, some - more than usual ☐ 3
Yes, some - but about usual ☐ 4
Yes - a little ☐ 5
Not at all ☐ 6



CONFIDENTIAL
AZSER12776862

Study Code D1447C00127 Subj initials ............ E code E

Visit No. V9

AW2003-07-31 N/A CN01-07

# Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment 2 0 __ __ / __ __ / __ __ (year mm dd)

1. Apparent sadness ☐
2. Reported sadness ☐
3. Inner tension ☐
4. Reduced sleep ☐
5. Reduced appetite ☐
6. Concentration difficulties ☐
7. Lassitude ☐
8. Inability to feel ☐
9. Pessimistic thoughts ☐
10. Suicidal thoughts ☐

Rater's initials

CONFIDENTIAL
AZSER12776863

Study Code D1447C00127 Subj initials ........ E code E

Visit No. V9

AW2003-11-17 N/A AW03-07

# Young Mania Rating Scale

**YMRS**

Date of assessment 2 0 __ __ year mm dd

1. Elevated Mood ☐
2. Increased Motor Activity - Energy ☐
3. Sexual Interest ☐
4. Sleep ☐
5. Irritability ☐
6. Speech (Rate and Amount) ☐
7. Language - Thought Disorder ☐
8. Content ☐
9. Disruptive - Aggressive Behavior ☐
10. Appearance ☐
11. Insight ☐

Rater's initials

CONFIDENTIAL
AZSER12776864

Study code D1447C00127 Subj initials .................... E code E

Visit No. V10

AZ01:10 AZ2002-12-17 AW2003-07-31

## Visit

VISIT

Visit date 2 0 year mm dd

AW03:07 N/A AW2003-11-17

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)

CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-03-24

CONFIDENTIAL
AZSER12776865

Study code D1447C00127 Subj initials .................... E code E| | | | | | | | |

Visit No. V10

AZ01-10 NA AW2003-07-31

## Laboratory Assessments

**LAB1**

Blood samples have been collected No ☐0 Yes ☐1

Sampling date 2 0 | | | | | | (year mm dd)

Sampling time | | : | | (24-hour clock)

| Sample ID |
| --- |
| Attach Sample ID label here |

AstraZeneca use only

Laboratory ID | | | |

CONFIDENTIAL
AZSER12776866

Study code D1447C00127 Subj initials .................. E code E

Visit No. V10

AW2003-07-31 N/A AW03:07

## Sheehan Disability Scale SDS

**Disability Scale**
**Work/School**

I have not worked/studied at all during the past week for reasons unrelated to disorder ☐ 1

**Social Life**

**Family Life/Home Responsibilities**

**DAYS LOST** Days

**DAYS UNDERPRODUCTIVE** Days

CONFIDENTIAL
AZSER12776867

Study Code D1447C00127 Subj initials ............ E code E

Visit No. V10

AW03.07 N/A AW2004-01-09

## Psychological General Well-Being Schedule (PGWB)

**PGWB**

**This CRF page should not be handed to the Subject**

1. How have you been feeling in general during the past week?

| | |
|---|---|
| In excellent spirits | ☐ 6 |
| In very good spirits | ☐ 5 |
| In good spirits mostly | ☐ 4 |
| I have been up and down in spirits a lot | ☐ 3 |
| In low spirits mostly | ☐ 2 |
| In very low spirits | ☐ 1 |

2. How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

| | |
|---|---|
| Every day | ☐ 1 |
| Almost every day | ☐ 2 |
| About half the time | ☐ 3 |
| Now and then, but less than half the time | ☐ 4 |
| Rarely | ☐ 5 |
| None of the time | ☐ 6 |

3. Did you feel depressed during the past week?

| | |
|---|---|
| Yes - to the point that I felt like taking my life | ☐ 1 |
| Yes - to the point that I did not care about anything | ☐ 2 |
| Yes - very depressed almost every day | ☐ 3 |
| Yes - quite depressed several times | ☐ 4 |
| Yes - a little depressed now and then | ☐ 5 |
| No - never felt depressed at all | ☐ 6 |

continues

CONFIDENTIAL
AZSER12776868

Study Code D1447C00127 Subj initials .................. E code E

Visit No. V10

AW03:07 N/A AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

4. Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

| | |
|---|---|
| Yes, definitely so | ☐ 6 |
| Yes, for the most part | ☐ 5 |
| Generally so | ☐ 4 |
| Not too well | ☐ 3 |
| No, and I am somewhat disturbed | ☐ 2 |
| No, and I am very disturbed | ☐ 1 |

5. Have you been bothered by nervousness or your "nerves" during the past week?

| | |
|---|---|
| Extremely so - to the point where I could not work or take care of things | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little | ☐ 5 |
| Not at all | ☐ 6 |

6. How much energy, pep, or vitality did you have or feel during the past week?

| | |
|---|---|
| Very full of energy - lots of pep | ☐ 6 |
| Fairly energetic most of the time | ☐ 5 |
| My energy level varied quite a bit | ☐ 4 |
| Generally low in energy or pep | ☐ 3 |
| Very low in energy or pep most of the time | ☐ 2 |
| No energy or pep at all - I felt drained, sapped | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776869

Study Code D1447C00127 Subj initials .................... E code E| | | | | | | |

Visit No. V10

AW03.07 N/A AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

7. I felt downhearted and blue during the past week?.

- None of the time ☐6
- A little of the time ☐5
- Some of the time ☐4
- A good bit of the time ☐3
- Most of the time ☐2
- All of the time ☐1

8. Were you generally tense or did you feel any tension during the past week?

- Yes - extremely tense, most or all of the time ☐1
- Yes - very tense most of the time ☐2
- Not generally tense, but did feel fairly tense several times ☐3
- I felt a little tense a few times ☐4
- My general tension level was quite low ☐5
- I never felt tense or any tension at all ☐6

9. How happy, satisfied, or pleased have you been with your personal life during the past week?

- Extremely happy - could not have been more satisfied or pleased ☐6
- Very happy most of the time ☐5
- Generally satisfied - pleased ☐4
- Sometime fairly happy, sometimes fairly unhappy ☐3
- Generally dissatisfied, unhappy ☐2
- Very dissatisfied or unhappy most or all of the time ☐1

continues

CONFIDENTIAL
AZSER12776870

## Psychological General Well-Being Schedule (PGWB), continued.

PGWB

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

- Yes - definitely so ☐ 6
- For the most part ☐ 5
- Health problems limited me in some important ways ☐ 4
- I was only healthy enough to take care of myself ☐ 3
- I needed some help in taking care of myself ☐ 2
- I needed someone to help me with most or all of the things I had to do ☐ 1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

- Extremely so - to the point that I have just about given up ☐ 1
- Very much so ☐ 2
- Quite a bit ☐ 3
- Some - enough to bother me ☐ 4
- A little bit ☐ 5
- Not at all ☐ 6

12. I woke up feeling fresh and rested during the past week?

- None of the time ☐ 1
- A little of the time ☐ 2
- Some of the time ☐ 3
- A good bit of the time ☐ 4
- Most of the time ☐ 5
- All of the time ☐ 6

continues

CONFIDENTIAL
AZSER12776871

Study Code D1447C00127 Subj initials ................ E code E

Visit No. V10

AW2004-01-09 N/A AW03.07

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

13. Have you been concerned, worried, or had any fears about your health during the past week?

Extremely so ☐1
Very much so ☐2
Quite a bit ☐3
Some, but not a lot ☐4
Practically never ☐5
Not at all ☐6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

Not at all ☐6
Only a little ☐5
Some - but not enough to be concerned or worried about ☐4
Some and I have been a little concerned ☐3
Some and I am quite concerned ☐2
Yes, very much so and I am very concerned ☐1

15. My daily life was full of things that were interesting to me during the past week?

None of the time ☐1
A little of the time ☐2
Some of the time ☐3
A good bit of the time ☐4
Most of the time ☐5
All of the time ☐6

continues

CONFIDENTIAL
AZSER12776872

Study Code D1447C00127 Subj initials ........................ E code E| | | | | | | | |

Visit No. V10

N/A AW03:07

AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

| | |
|---|---|
| Very active, vigorous every day | ☐ 6 |
| Mostly active, vigorous - never really dull, sluggish | ☐ 5 |
| Fairly active, vigorous - seldom dull, sluggish | ☐ 4 |
| Fairly dull, sluggish - seldom active, vigorous | ☐ 3 |
| Mostly dull, sluggish - never really active, vigorous | ☐ 2 |
| Very dull, sluggish every day | ☐ 1 |

17. Have you been anxious, worried, or upset during the past week?

| | |
|---|---|
| Extremely so - to the point of being sick or almost sick | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little bit | ☐ 5 |
| Not at all | ☐ 6 |

18. I was emotionally stable and sure of myself during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

| | |
|---|---|
| Felt relaxed and at ease the last week | ☐ 6 |
| Felt relaxed and at ease most of the time | ☐ 5 |
| Generally felt relaxed but at times felt fairly high strung | ☐ 4 |
| Generally felt high strung but at times felt fairly relaxed | ☐ 3 |
| Felt high strung, tight, or keyed-up most of the time | ☐ 2 |
| Felt high strung, tight, or keyed-up the last week | ☐ 1 |

continues

CONFIDENTIAL
AZSER12776873