AstraZeneca

Page 135.07

Study Code D1447C00127          Subj initials ......................          E code │E│ │ │ │ │ │ │ │

Visit No. V10

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

20. I felt cheerful, lighthearted during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

21. I felt tired, worn out, used up, or exhausted during the past week?

| | |
|---|---|
| None of the time | ☐ 6 |
| A little of the time | ☐ 5 |
| Some of the time | ☐ 4 |
| A good bit of the time | ☐ 3 |
| Most of the time | ☐ 2 |
| All of the time | ☐ 1 |

22.
Have you been under or felt you were under any strain, stress, or pressure during the past week?

| | |
|---|---|
| Yes - almost more than I could bear or stand | ☐ 1 |
| Yes - quite a bit of pressure | ☐ 2 |
| Yes, some - more than usual | ☐ 3 |
| Yes, some - but about usual | ☐ 4 |
| Yes - a little | ☐ 5 |
| Not at all | ☐ 6 |

2004-03-24

202

CONFIDENTIAL
AZSER12776874

AstraZeneca

| Study Code D1447C00127 | Subj initials ............................. | E code |E| | | | | | | |

Visit No. V10

CN0107   N/A   AW2003-07-31

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment  |2|0| | | | | |
year      mm    dd

1.  Apparent sadness        |__|

2.  Reported sadness        |__|

3.  Inner tension           |__|

4.  Reduced sleep           |__|

5.  Reduced appetite        |__|

6.  Concentration difficulties |__|

7.  Lassitude              |__|

8.  Inability to feel       |__|

9.  Pessimistic thoughts    |__|

10. Suicidal thoughts       |__|

Rater's initials

2004-03-24

203

CONFIDENTIAL
AZSER12776875

**AstraZeneca**

Page 137

| | |
|---|---|
| Study Code D1447C00127 | Subj initials ............   E code  E ⌞ ⌞ ⌞ ⌞ ⌞ ⌞ ⌞ ⌟ |

Visit No. V10

## Young Mania Rating Scale

**YMRS**

Date of assessment   ⌞ 2 ⌞ 0 ⌞ ⌞ ⌞ ⌞ ⌞ ⌟
                      year    mm    dd

1.  Elevated Mood                              ⌞__⌟

2.  Increased Motor Activity - Energy          ⌞__⌟

3.  Sexual Interest                            ⌞__⌟

4.  Sleep                                      ⌞__⌟

5.  Irritability                               ⌞__⌟

6.  Speech (Rate and Amount)                   ⌞__⌟

7.  Language - Thought Disorder                ⌞__⌟

8.  Content                                    ⌞__⌟

9.  Disruptive - Aggressive Behavior           ⌞__⌟

10. Appearance                                 ⌞__⌟

11. Insight                                    ⌞__⌟

| Rater's initials |
|---|
|  |

2004-03-24

204

CONFIDENTIAL
AZSER12776876

AstraZeneca

Page 138

| Study code D1447C00127 | Subj initials ................ | E code |E| | | | | | | |

Visit No. V11

A201 10
AZ0000-12-17
AW2003-07-21

## Visit

**VISIT**

Visit date |2|0| | | | | |
year    mm    dd

AW03-07
N/A
AW0003-11-17

## Physical Examination, Follow-up

**PHYSFAW**

Assessment date |2|0| | | | | |
year    mm    dd

|  | Normal | Abnormal | | Not done | Specification of new or aggravated abnormalities (compared with Randomization) |
|---|---|---|---|---|---|
|  |  | Same as Randomization | New or aggravated |  |  |
| General appearance | ☐0 | ☐1 | ☐2 | ☐95 | ................................ |
| Skin | ☐0 | ☐1 | ☐2 | ☐95 | ................................ |
| Head and neck | ☐0 | ☐1 | ☐2 | ☐95 | ................................ |
| Lymph nodes | ☐0 | ☐1 | ☐2 | ☐95 | ................................ |
| Thyroid | ☐0 | ☐1 | ☐2 | ☐95 | ................................ |
| Musculoskeletal/ Extremities | ☐0 | ☐1 | ☐2 | ☐95 | ................................ |
| Cardiovascular | ☐0 | ☐1 | ☐2 | ☐95 | ................................ |
| Lungs | ☐0 | ☐1 | ☐2 | ☐95 | ................................ |
| Abdomen | ☐0 | ☐1 | ☐2 | ☐95 | ................................ |
| Neurological | ☐0 | ☐1 | ☐2 | ☐95 | ................................ |
| Genital/Rectal | ☐0 | ☐1 | ☐2 | ☐95 | ................................ |

☞ **If any new or aggravated abnormalities imply a deterioration compared with Randomization, fill in AELOGWI**

2004-03-24

205

CONFIDENTIAL
AZSER12776877

AstraZeneca

Page 139

Study code D1447C00127          Subj initials .......... . .............          E code  | E | | | | | | |

Visit No. V11

## Vital Signs, Weight

**VIT**

*Assm*      *Protocol*
*No.*        *schedule*

1   Supine
    (0 minutes)   Blood pressure   | | | | | / | | | | | mmHg      Pulse   | | | | | beats/min
                                      systolic      diastolic

2   Standing
    (2 minutes)   Blood pressure   | | | | | / | | | | | mmHg      Pulse   | | | | | beats/min
                                      systolic      diastolic

Weight     | | | | | . | | kg

## Laboratory Assessments

**LAB1**

Blood samples have     No        Yes
been collected         | |      | |
                         0        1

Sampling date     | 2 | 0 | | | | | | |
                      year      mm    dd

Sampling time     | | | | : | | |
                   24-hour clock

┌─────────────────────────┐
│      Sample ID          │
│                         │
│      Attach             │
│      Sample ID label    │
│      here               │
└─────────────────────────┘

AstraZeneca use only
Laboratory ID     | | | | |

## Meals

**MEAL**

Date of last meal     | 2 | 0 | | | | | | |
                          year      mm    dd

Time of last meal     | | | | : | | |
                       24-hour clock

2004-03-24

CONFIDENTIAL
AZSER12776878

**AstraZeneca**

Page 140

Study code D1447C00127          Subj initials ........................     E code |E_____|

Visit No. V11

## Sheehan Disability Scale

SDS

**Disability Scale**
**Work/School**                                                    |__|__|

I have not worked/studied at all during the past week for reasons unrelated to disorder   |__|₁

**Social Life**                                                    |__|__|

**Family Life/Home Responsibilities**                              |__|__|

**DAYS LOST**            Days            |__|__|

**DAYS UNDERPRODUCTIVE**    Days         |__|__|

2004-03-24

207

CONFIDENTIAL
AZSER12776879

AstraZeneca

Page 141.01

| Study Code D1447C00127 | Subj initials | E code |E| | | | | | | |
|---|---|---|

Visit No. V11

## Psychological General Well-Being Schedule (PGWB)

**PGWB**

### This CRF page should not be handed to the Subject

1.  How have you been feeling in general during the past week?

| | |
|---|---|
| In excellent spirits | ☐6 |
| In very good spirits | ☐5 |
| In good spirits mostly | ☐4 |
| I have been up and down in spirits a lot | ☐3 |
| In low spirits mostly | ☐2 |
| In very low spirits | ☐1 |

2.  How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

| | |
|---|---|
| Every day | ☐1 |
| Almost every day | ☐2 |
| About half the time | ☐3 |
| Now and then, but less than half the time | ☐4 |
| Rarely | ☐5 |
| None of the time | ☐6 |

3.  Did you feel depressed during the past week?

| | |
|---|---|
| Yes - to the point that I felt like taking my life | ☐1 |
| Yes - to the point that I did not care about anything | ☐2 |
| Yes - very depressed almost every day | ☐3 |
| Yes - quite depressed several times | ☐4 |
| Yes - a little depressed now and then | ☐5 |
| No - never felt depressed at all | ☐6 |

continues

2004-03-24

208

CONFIDENTIAL
AZSER12776880

AstraZeneca

Page 141.02

| Study Code D1447C00127 | Subj initials ........................ | E code LE I_I_I_I_I_I_I_I |

Visit No. V11

## Psychological General Well-Being Schedule (PGWB), continued     PGWB

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

Yes, definitely so            ☐6

Yes, for the most part        ☐5

Generally so                  ☐4

Not too well                  ☐3

No, and I am somewhat disturbed   ☐2

No, and I am very disturbed   ☐1

5.  Have you been bothered by nervousness or your "nerves" during the past week?

Extremely so - to the point where I could not work or take care of things    ☐1

Very much so                  ☐2

Quite a bit                   ☐3

Some - enough to bother me    ☐4

A little                      ☐5

Not at all                    ☐6

6.  How much energy, pep, or vitality did you have or feel during the past week?

Very full of energy - lots of pep   ☐6

Fairly energetic most of the time   ☐5

My energy level varied quite a bit  ☐4

Generally low in energy or pep      ☐3

Very low in energy or pep most of the time   ☐2

No energy or pep at all - I felt drained, sapped   ☐1

continues

2004-03-24

CONFIDENTIAL
AZSER12776881

| AstraZeneca | Page 141.03 |
|---|---|

| Study Code D1447C00127 | Subj initials .............. | E code  LE_I_I_I_I_I_I_I |
|---|---|---|
| | Visit No. V11 | |

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

7.  I felt downhearted and blue during the past week?.

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

8.  Were you generally tense or did you feel any tension during the past week?

Yes - extremely tense, most or all of the time ☐1

Yes - very tense most of the time ☐2

Not generally tense, but did feel fairly tense several times ☐3

I felt a little tense a few times ☐4

My general tension level was quite low ☐5

I never felt tense or any tension at all ☐6

9.  How happy, satisfied, or pleased have you been with your personal life during the past week?

Extremely happy - could not have been more satisfied or pleased ☐6

Very happy most of the time ☐5

Generally satisfied - pleased ☐4

Sometime fairly happy, sometimes fairly unhappy ☐3

Generally dissatisfied, unhappy ☐2

Very dissatisfied or unhappy most or all of the time ☐1

continues

2004-03-24

210

CONFIDENTIAL
AZSER12776882

AstraZeneca                                                      Page 141.04

| | | |
|---|---|---|
| Study Code D1447C00127 | Subj initials ............ ....... | E code LE⌐_⌐_⌐_⌐_⌐_⌐_⌐ |

Visit No. V11

AW03 07
N/A
AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued.    **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

   Yes - definitely so                                            ☐₆

   For the most part                                              ☐₅

   Health problems limited me in some important ways              ☐₄

   I was only healthy enough to take care of myself               ☐₃

   I needed some help in taking care of myself                    ☐₂

   I needed someone to help me with most or all of the things I had to do ☐₁

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

   Extremely so - to the point that I have just about given up     ☐₁

   Very much so                                                   ☐₂

   Quite a bit                                                    ☐₃

   Some - enough to bother me                                     ☐₄

   A little bit                                                   ☐₅

   Not at all                                                     ☐₆

12. I woke up feeling fresh and rested during the past week?

   None of the time                                              ☐₁

   A little of the time                                          ☐₂

   Some of the time                                              ☐₃

   A good bit of the time                                        ☐₄

   Most of the time                                              ☐₅

   All of the time                                               ☐₆

continues

2004-03-24

211

CONFIDENTIAL
AZSER12776883

AstraZeneca

Page 141.05

| Study Code D1447C00127 | Subj initials _____ | E code E__|__|__|__|__|__| |

Visit No. V11

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

13. Have you been concerned, worried, or had any fears about your health during the past week?

Extremely so                 ☐1
Very much so                 ☐2
Quite a bit                  ☐3
Some, but not a lot          ☐4
Practically never            ☐5
Not at all                   ☐6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

Not at all                                          ☐6
Only a little                                       ☐5
Some - but not enough to be concerned or worried about  ☐4
Some and I have been a little concerned             ☐3
Some and I am quite concerned                       ☐2
Yes, very much so and I am very concerned           ☐1

15. My daily life was full of things that were interesting to me  during the past week?

None of the time             ☐1
A little of the time         ☐2
Some of the time             ☐3
A good bit of the time       ☐4
Most of the time             ☐5
All of the time              ☐6

continues

2004-03-24

212

CONFIDENTIAL
AZSER12776884

AstraZeneca

Page 141.06

| Study Code D1447C00127 | Subj initials ................ | E code $E$ | | | | | | |

Visit No. V11

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

Very active, vigorous every day ☐ 6

Mostly active, vigorous - never really dull, sluggish ☐ 5

Fairly active, vigorous - seldom dull, sluggish ☐ 4

Fairly dull, sluggish - seldom active, vigorous ☐ 3

Mostly dull, sluggish - never really active, vigorous ☐ 2

Very dull, sluggish every day ☐ 1

17. Have you been anxious, worried, or upset during the past week?

Extremely so - to the point of being sick or almost sick ☐ 1

Very much so ☐ 2

Quite a bit ☐ 3

Some - enough to bother me ☐ 4

A little bit ☐ 5

Not at all ☐ 6

18. I was emotionally stable and sure of myself during the past week?

None of the time ☐ 1

A little of the time ☐ 2

Some of the time ☐ 3

A good bit of the time ☐ 4

Most of the time ☐ 5

All of the time ☐ 6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

Felt relaxed and at ease the last week ☐ 6

Felt relaxed and at ease most of the time ☐ 5

Generally felt relaxed but at times felt fairly high strung ☐ 4

Generally felt high strung but at times felt fairly relaxed ☐ 3

Felt high strung, tight, or keyed-up most of the time ☐ 2

Felt high strung, tight, or keyed-up the last week ☐ 1

continues

2004-03-24

213

CONFIDENTIAL
AZSER12776885

AstraZeneca

Page 141.07

| Study Code D1447C00127 | Subj initials ................... | E code  [ E \| \| \| \| \| \| ] |
|---|---|---|

Visit No. V11

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

20. I felt cheerful, lighthearted during the past week?

| | |
|---|---|
| None of the time | ☐1 |
| A little of the time | ☐2 |
| Some of the time | ☐3 |
| A good bit of the time | ☐4 |
| Most of the time | ☐5 |
| All of the time | ☐6 |

21. I felt tired, worn out, used up, or exhausted during the past week?

| | |
|---|---|
| None of the time | ☐6 |
| A little of the time | ☐5 |
| Some of the time | ☐4 |
| A good bit of the time | ☐3 |
| Most of the time | ☐2 |
| All of the time | ☐1 |

22. Have you been under or felt you were under any strain, stress, or pressure during the past week?

| | |
|---|---|
| Yes - almost more than I could bear or stand | ☐1 |
| Yes - quite a bit of pressure | ☐2 |
| Yes, some - more than usual | ☐3 |
| Yes, some - but about usual | ☐4 |
| Yes - a little | ☐5 |
| Not at all | ☐6 |

2004-03-24

214

CONFIDENTIAL
AZSER12776886

AstraZeneca

Study code D1447C00127          Subj initials ...................          E code | E | | | | | |

Visit No. V11

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)          CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

AW03 07   N/A   AW2003-11-17

2004-03-24

CONFIDENTIAL
AZSER12776887

AstraZeneca

Study Code D1447C00127          Subj initials . .......... ......          E code | E |  |  |  |  |  |  |

Visit No. V11

CN01 07 | N/A | AW2003-07-31

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment   | 2 | 0 |  |  |  |  |  |  |
                         year        mm      dd

1.  Apparent sadness          |__|

2.  Reported sadness          |__|

3.  Inner tension             |__|

4.  Reduced sleep             |__|

5.  Reduced appetite          |__|

6.  Concentration difficulties |__|

7.  Lassitude                 |__|

8.  Inability to feel         |__|

9.  Pessimistic thoughts      |__|

10. Suicidal thoughts         |__|

Rater's initials

2004-03-24

216

CONFIDENTIAL
AZSER12776888

AstraZeneca

Page 144

Study code D1447C00127          Subj initials ...................          E code |E|_|_|_|_|_|_|

Visit No. V11

**Positive Syndrome Sub Scale**                                          **PANSS**

AW03 07
N/A
AW2005-11-17

### Positive Subscale

**P1.**  Delusions                    ⎵

**P2.**  Conceptual disorganization   ⎵

**P3.**  Hallucinatory behavior       ⎵

**P4.**  Excitement                   ⎵

**P5.**  Grandiosity                  ⎵

**P6.**  Suspiciousness/persecution   ⎵

**P7.**  Hostility                    ⎵

Rater's initials

2004-03-24

217

CONFIDENTIAL
AZSER12776889

AstraZeneca

Page 145

Study Code D1447C00127        Subj initials ............        E code E |_|_|_|_|_|_|

Visit No. V11

## Young Mania Rating Scale                                        YMRS

Date of assessment  |2|0| |_|_| |_|_|
                      year      mm      dd

1.  Elevated Mood                          |_|_|

2.  Increased Motor Activity - Energy       |_|_|

3.  Sexual Interest                         |_|_|

4.  Sleep                                   |_|_|

5.  Irritability                           |_|_|

6.  Speech (Rate and Amount)                |_|_|

7.  Language - Thought Disorder             |_|_|

8.  Content                                 |_|_|

9.  Disruptive - Aggressive Behavior        |_|_|

10. Appearance                              |_|_|

11. Insight                                 |_|_|

| Rater's initials |
|---|
|  |

2004-03-24

218

CONFIDENTIAL
AZSER12776890

AstraZeneca

Page 146

| Study Code D1447C00127 | Subj initials _____ | E code |E|_|_|_|_|_|_| |

Visit No. V11

## Abnormal Involuntary Movement Scale

AIMS

**Facial and oral movements**

1.   Muscles of facial expression                      |_|

2.   Lips and perioral area                            |_|

3.   Jaw                                               |_|

4.   Tongue                                            |_|

**Extremity movements**

5.   Upper (arms, wrists, hands, fingers)              |_|

6.   Lower (legs, knees, ankles, toes)                 |_|

**Trunk movements**

7.   Neck, shoulders, hip                              |_|

**Global judgements**

8.   Severity of abnormal movements                    |_|

9.   Incapacitation due to abnormal movements          |_|

10.  Subject's awareness of abnormal movements         |_|

| Rater's initials |
|---|
|  |

2004-03-24

219

CONFIDENTIAL
AZSER12776891

AstraZeneca

Page 147

| Study Code D1447C00127 | Subj initials ................. ... | E code |E| | | | | | | |

Visit No. V11

## Barnes Akathisia Rating Scale

**BARS**

1. Objective ☐

2. Subjective awareness of restlessness ☐

3. Subjective distress related to restlessness ☐

4. Global clinical assessment of akathisia ☐

Rater's initials

## Simpson-Angus Scale

**SAS**

1. Gait ☐

2. Arm dropping ☐

3. Shoulder shaking ☐

4. Elbow rigidity ☐

5. Wrist rigidity ☐

6. Head rotation ☐

7. Glabella tap ☐

8. Tremor ☐

9. Salivation ☐

10. Akathisia ☐

Rater's initials

2004-03-24

220

CONFIDENTIAL
AZSER12776892

AstraZeneca                                                                    Page 148

Study code D1447C00127          Subj initials ................          E code |E|_|_|_|_|_|_|

Visit No. V12

## Visit                                                                         VISIT

Visit date |2|0|_|_|_|_|_|
           year      mm    dd

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)          CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-03-24

A2011 10   AZ2002-12-17   AW2003-07-31   AW03 07   N/A   AW2003-11-17

221

CONFIDENTIAL
AZSER12776893

AstraZeneca

Page 149

| Study code D1447C00127 | Subj initials .................... | E code |E| | | | | | |

Visit No. V12

## Laboratory Assessments

LAB1

Blood samples have
been collected

No [ ]₀  Yes [ ]₁

| Sample ID |
|-----------|
| Attach Sample ID label here |

Sampling date   |2|0| | | | | |
                 year   mm   dd

Sampling time   | | | : | | |
                24-hour clock

| AstraZeneca use only |
| Laboratory ID   | | | | |

2004-03-24

222

CONFIDENTIAL
AZSER12776894

AstraZeneca

Page 150

Study code D1447C00127          Subj initials _____          E code [E｜｜｜｜｜｜｜]

Visit No. V12

## Sheehan Disability Scale

SDS

**Disability Scale**
**Work/School**                                    ⌊_⌋

I have not worked/studied at all during the past week for          ⌊_⌋₁
reasons unrelated to disorder

**Social Life**                                    ⌊_⌋

**Family Life/Home Responsibilities**              ⌊_⌋

**DAYS LOST**          Days          ⌊_⌋

**DAYS UNDERPRODUCTIVE**     Days          ⌊_⌋

2004-03-24

223

CONFIDENTIAL
AZSER12776895

AstraZeneca

Page 151.01

Study Code D1447C00127          Subj initials ...................          E code [E|_|_|_|_|_|_|]

Visit No. V12

## Psychological General Well-Being Schedule (PGWB)                    PGWB

### This CRF page should not be handed to the Subject

1.  How have you been feeling in general during the past week?

In excellent spirits                    ☐6

In very good spirits                    ☐5

In good spirits mostly                  ☐4

I have been up and down in spirits a lot ☐3

In low spirits mostly                   ☐2

In very low spirits                     ☐1

2.  How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

Every day                               ☐1

Almost every day                        ☐2

About half the time                     ☐3

Now and then, but less than half the time ☐4

Rarely                                  ☐5

None of the time                        ☐6

3.  Did you feel depressed during the past week?

Yes - to the point that I felt like taking my life   ☐1

Yes - to the point that I did not care about anything ☐2

Yes - very depressed almost every day               ☐3

Yes - quite depressed several times                 ☐4

Yes - a little depressed now and then               ☐5

No - never felt depressed at all                    ☐6

continues

2004-03-24

CONFIDENTIAL
AZSER12776896

AstraZeneca                                                                Page 151.02

| Study Code D1447C00127 | Subj initials ........ .......... | E code |LE|  |  |  |  |  |  | |

Visit No. V12

**Psychological General Well-Being Schedule (PGWB), continued**                    **PGWB**

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

    Yes, definitely so                                          ☐6

    Yes, for the most part                                      ☐5

    Generally so                                                ☐4

    Not too well                                                ☐3

    No, and I am somewhat disturbed                             ☐2

    No, and I am very disturbed                                 ☐1

5.  Have you been bothered by nervousness or your "nerves" during the past week?

    Extremely so - to the point where I could not work or take care of things                                                      ☐1

    Very much so                                                ☐2

    Quite a bit                                                 ☐3

    Some - enough to bother me                                  ☐4

    A little                                                    ☐5

    Not at all                                                  ☐6

6.  How much energy, pep, or vitality did you have or feel during the past week?

    Very full of energy - lots of pep                           ☐6

    Fairly energetic most of the time                           ☐5

    My energy level varied quite a bit                          ☐4

    Generally low in energy or pep                              ☐3

    Very low in energy or pep most of the time                  ☐2

    No energy or pep at all - I felt drained, sapped            ☐1

continues

2004-03-24

225

CONFIDENTIAL
AZSER12776897

AstraZeneca

Page 151.03

Study Code D1447C00127          Subj initials _ _ _ _ _          E code | E | _ | _ | _ | _ | _ |

Visit No. V12

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

7.  I felt downhearted and blue during the past week?.

None of the time       ☐6

A little of the time       ☐5

Some of the time       ☐4

A good bit of the time       ☐3

Most of the time       ☐2

All of the time       ☐1

8.  Were you generally tense or did you feel any tension during the past week?

Yes - extremely tense, most or all of the time       ☐1

Yes - very tense most of the time       ☐2

Not generally tense, but did feel fairly tense several times       ☐3

I felt a little tense a few times       ☐4

My general tension level was quite low       ☐5

I never felt tense or any tension at all       ☐6

9.  How happy, satisfied, or pleased have you been with your personal life during the past week?

Extremely happy - could not have been more satisfied or pleased       ☐6

Very happy most of the time       ☐5

Generally satisfied - pleased       ☐4

Sometime fairly happy, sometimes fairly unhappy       ☐3

Generally dissatisfied, unhappy       ☐2

Very dissatisfied or unhappy most or all of the time       ☐1

continues

2004-03-24

CONFIDENTIAL
AZSER12776898

AstraZeneca

Page 151.04

| Study Code D1447C00127 | Subj initials | E code |E| | | | | | | |

Visit No. V12

## Psychological General Well-Being Schedule (PGWB), continued.  **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

Yes - definitely so ☐6

For the most part ☐5

Health problems limited me in some important ways ☐4

I was only healthy enough to take care of myself ☐3

I needed some help in taking care of myself ☐2

I needed someone to help me with most or all of the things I had to do ☐1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

Extremely so - to the point that I have just about given up ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

12. I woke up feeling fresh and rested during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-03-24

227

CONFIDENTIAL
AZSER12776899

AstraZeneca

Page 151.05

| Study Code D1447C00127 | Subj initials .......................... | E code |E|_|_|_|_|_|_| |

Visit No. V12

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

13. Have you been concerned, worried, or had any fears about your health during the past week?

Extremely so                                      ☐1

Very much so                                      ☐2

Quite a bit                                       ☐3

Some, but not a lot                               ☐4

Practically never                                 ☐5

Not at all                                        ☐6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

Not at all                                        ☐6

Only a little                                     ☐5

Some - but not enough to be concerned or worried about   ☐4

Some and I have been a little concerned           ☐3

Some and I am quite concerned                     ☐2

Yes, very much so and I am very concerned         ☐1

15. My daily life was full of things that were interesting to me  during the past week?

None of the time                                  ☐1

A little of the time                              ☐2

Some of the time                                  ☐3

A good bit of the time                            ☐4

Most of the time                                  ☐5

All of the time                                   ☐6

continues

2004-03-24

228

CONFIDENTIAL
AZSER12776900



AstraZeneca                                                    Page 151.06

Study Code D1447C00127          Subj initials ...... ....          E code |E| | | | | | | |

Visit No. V12

## Psychological General Well-Being Schedule (PGWB), continued                PGWB

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

Very active, vigorous every day ☐6

Mostly active, vigorous - never really dull, sluggish ☐5

Fairly active, vigorous - seldom dull, sluggish ☐4

Fairly dull, sluggish - seldom active, vigorous ☐3

Mostly dull, sluggish - never really active, vigorous ☐2

Very dull, sluggish every day ☐1

17. Have you been anxious, worried, or upset during the past week?

Extremely so - to the point of being sick or almost sick ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

18. I was emotionally stable and sure of myself during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

Felt relaxed and at ease the last week ☐6

Felt relaxed and at ease most of the time ☐5

Generally felt relaxed but at times felt fairly high strung ☐4

Generally felt high strung but at times felt fairly relaxed ☐3

Felt high strung, tight, or keyed-up most of the time ☐2

Felt high strung, tight, or keyed-up the last week ☐1

continues

2004-03-24

CONFIDENTIAL
AZSER12776901

AstraZeneca

Page 151.07

| Study Code D1447C00127 | Subj initials ................ | E code |E| | | | | | | | |

Visit No. V12

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

20. I felt cheerful, lighthearted during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

21. I felt tired, worn out, used up, or exhausted during the past week?

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

22.

Have you been under or felt you were under any strain, stress, or pressure during the past week?

Yes - almost more than I could bear or stand ☐1

Yes - quite a bit of pressure ☐2

Yes, some - more than usual ☐3

Yes, some - but about usual ☐4

Yes - a little ☐5

Not at all ☐6

2004-03-24

230

CONFIDENTIAL
AZSER12776902

AstraZeneca                                                    Page 152

Study Code D1447C00127          Subj initials _____   E code |E|_|_|_|_|_|

                                Visit No. V12

## Montgomery-Asberg Depression Rating Scale                    **MADRS**

Date of assessment      |2|0|_|_| |_|_| |_|_|
                              year      mm      dd

1. Apparent sadness          |_|

2. Reported sadness          |_|

3. Inner tension             |_|

4. Reduced sleep             |_|

5. Reduced appetite          |_|

6. Concentration difficulties |_|

7. Lassitude                 |_|

8. Inability to feel         |_|

9. Pessimistic thoughts      |_|

10. Suicidal thoughts        |_|

| Rater's initials |
|---|

                                                              2004-03-24

231

CONFIDENTIAL
AZSER12776903

AstraZeneca                                                    Page 153

Study Code D1447C00127        Subj initials ............        E code  |E| | | | | | |

                              Visit No. V12

**Young Mania Rating Scale**                                   **YMRS**

Date of assessment        |2|0| | | | | | |
                          year        mm      dd

1.   Elevated Mood                          |__|

2.   Increased Motor Activity - Energy      |__|

3.   Sexual Interest                        |__|

4.   Sleep                                  |__|

5.   Irritability                           |__|

6.   Speech (Rate and Amount)               |__|

7.   Language - Thought Disorder            |__|

8.   Content                                |__|

9.   Disruptive - Aggressive Behavior       |__|

10.  Appearance                             |__|

11.  Insight                                |__|

| Rater's initials |
| --- |
|  |

2004-03-24

232

CONFIDENTIAL
AZSER12776904

AstraZeneca

Page 154

| Study code D1447C00127 | Subj initials | E code LE|___|___|___|___| |

Visit No. V13

## Visit

**VISIT**

Visit date |2|0|___|___|___|___|
year    mm    dd

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)

**CGI_BP**

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |

Rater's initials

2004-03-24

233

CONFIDENTIAL
AZSER12776905

AstraZeneca

Page 155

| | | |
|---|---|---|
| Study code D1447C00127 | Subj initials | E code E ⌊_⌊_⌊_⌊ : _⌋ |

Visit No. V13

## Laboratory Assessments

**LAB1**

Blood samples have been collected

No ⌊_⌋ 0    Yes ⌊_⌋ 1

Sampling date   ⌊2 ⌊0 ⌊_⌊_⌊_⌊ _⌋
year    mm    dd

Sampling time   ⌊_⌊_ : ⌊_⌊_⌋
24-hour clock

| | |
|---|---|
| Sample ID | |
| Attach Sample ID label here | |

AstraZeneca use only

Laboratory ID   ⌊_⌊_⌊_⌋

2004-03-24

234

CONFIDENTIAL
AZSER12776906

AstraZeneca

Page 156

| Study code D1447C00127 | Subj initials | E code |E| | | | | | | |
|---|---|---|

Visit No. V13

## Sheehan Disability Scale

**SDS**

**Disability Scale**

Work/School  |_|_|

I have not worked/studied at all during the past week for reasons unrelated to disorder  |_|₁

Social Life  |_|_|

Family Life/Home Responsibilities  |_|_|

DAYS LOST  Days  |_|_|

DAYS UNDERPRODUCTIVE  Days  |_|_|

2004-03-24

235

CONFIDENTIAL
AZSER12776907

AstraZeneca

Page 157.01

Study Code D1447C00127       Subj initials .......       E code $\lfloor E \rfloor$ _ , _ , _ , _ _ _

Visit No. V13

## Psychological General Well-Being Schedule (PGWB)       **PGWB**

### This CRF page should not be handed to the Subject

1.  How have you been feeling in general during the past week?

    In excellent spirits                                  ☐6
    In very good spirits                                  ☐5
    In good spirits mostly                                ☐4
    I have been up and down in spirits a lot              ☐3
    In low spirits mostly                                 ☐2
    In very low spirits                                   ☐1

2.  How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

    Every day                                             ☐1
    Almost every day                                      ☐2
    About half the time                                   ☐3
    Now and then, but less than half the time             ☐4
    Rarely                                                ☐5
    None of the time                                      ☐6

3.  Did you feel depressed during the past week?

    Yes - to the point that I felt like taking my life    ☐1
    Yes - to the point that I did not care about anything ☐2
    Yes - very depressed almost every day                 ☐3
    Yes - quite depressed several times                   ☐4
    Yes - a little depressed now and then                 ☐5
    No - never felt depressed at all                      ☐6

continues

2004-03-24

CONFIDENTIAL
AZSER12776908

AstraZeneca                                                    Page 157.02

Study Code D1447C00127        Subj initials _____ _____    E code LE|__|__|__|__|__|__|

                              Visit No. V13

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

    Yes, definitely so                                      ☐6

    Yes, for the most part                                  ☐5

    Generally so                                            ☐4

    Not too well                                            ☐3

    No, and I am somewhat disturbed                         ☐2

    No, and I am very disturbed                             ☐1

5.  Have you been bothered by nervousness or your "nerves" during the past week?

    Extremely so - to the point where I could not work or take care of things                                                ☐1

    Very much so                                            ☐2

    Quite a bit                                             ☐3

    Some - enough to bother me                              ☐4

    A little                                                ☐5

    Not at all                                              ☐6

6.  How much energy, pep, or vitality did you have or feel during the past week?

    Very full of energy - lots of pep                       ☐6

    Fairly energetic most of the time                       ☐5

    My energy level varied quite a bit                      ☐4

    Generally low in energy or pep                          ☐3

    Very low in energy or pep most of the time              ☐2

    No energy or pep at all - I felt drained, sapped        ☐1

                                                            continues

                                                            2004-03-24

237

CONFIDENTIAL
AZSER12776909

AstraZeneca                                    Page 157.03

| Study Code D1447C00127 | Subj initials | E code |E| | | | | | | |
|---|---|---|

Visit No. V13

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

7.  I felt downhearted and blue during the past week?.

    None of the time                                    ☐6

    A little of the time                                 ☐5

    Some of the time                                     ☐4

    A good bit of the time                               ☐3

    Most of the time                                     ☐2

    All of the time                                      ☐1

8.  Were you generally tense or did you feel any tension during the past week?

    Yes - extremely tense, most or all of the time       ☐1

    Yes - very tense most of the time                    ☐2

    Not generally tense, but did feel fairly tense several times       ☐3

    I felt a little tense a few times                    ☐4

    My general tension level was quite low               ☐5

    I never felt tense or any tension at all             ☐6

9.  How happy, satisfied, or pleased have you been with your personal life during the past week?

    Extremely happy - could not have been more satisfied or pleased    ☐6

    Very happy most of the time                          ☐5

    Generally satisfied - pleased                        ☐4

    Sometime fairly happy, sometimes fairly unhappy      ☐3

    Generally dissatisfied, unhappy                      ☐2

    Very dissatisfied or unhappy most or all of the time ☐1

continues

2004-03-24

238

CONFIDENTIAL
AZSER12776910

AstraZeneca                                                      Page 157.04

Study Code D1447C00127        Subj initials ........        E code [E_|_|_|_|_|_|_]

Visit No. V13

## Psychological General Well-Being Schedule (PGWB), continued.     **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

Yes - definitely so                                             ☐6

For the most part                                               ☐5

Health problems limited me in some important ways               ☐4

I was only healthy enough to take care of myself                ☐3

I needed some help in taking care of myself                     ☐2

I needed someone to help me with most or all of the things I had to do  ☐1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

Extremely so - to the point that i have just about given up      ☐1

Very much so                                                    ☐2

Quite a bit                                                     ☐3

Some - enough to bother me                                      ☐4

A little bit                                                    ☐5

Not at all                                                      ☐6

12. I woke up feeling fresh and rested during the past week?

None of the time                                                ☐1

A little of the time                                            ☐2

Some of the time                                                ☐3

A good bit of the time                                          ☐4

Most of the time                                                ☐5

All of the time                                                 ☐6

continues

2004-03-24

239

CONFIDENTIAL
AZSER12776911

AstraZeneca

Page 157.05

Study Code D1447C00127      Subj Initials      E code L E | | | | | |

Visit No. V13

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

13. Have you been concerned, worried, or had any fears about your health during the past week?

Extremely so                                    ☐1

Very much so                                    ☐2

Quite a bit                                     ☐3

Some, but not a lot                             ☐4

Practically never                              ☐5

Not at all                                      ☐6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

Not at all                                      ☐6

Only a little                                   ☐5

Some - but not enough to be concerned or worried about   ☐4

Some and I have been a little concerned         ☐3

Some and I am quite concerned                   ☐2

Yes, very much so and I am very concerned        ☐1

15. My daily life was full of things that were interesting to me  during the past week?

None of the time                                ☐1

A little of the time                            ☐2

Some of the time                                ☐3

A good bit of the time                          ☐4

Most of the time                                ☐5

All of the time                                 ☐6

continues

2004-03-24

240

CONFIDENTIAL
AZSER12776912

AstraZeneca

Page 157.06

Study Code D1447C00127          Subj initials ............          E code |E|_|_|_|_|_|_|

Visit No. V13

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

Very active, vigorous every day ☐6

Mostly active, vigorous - never really dull, sluggish ☐5

Fairly active, vigorous - seldom dull, sluggish ☐4

Fairly dull, sluggish - seldom active, vigorous ☐3

Mostly dull, sluggish - never really active, vigorous ☐2

Very dull, sluggish every day ☐1

17. Have you been anxious, worried, or upset during the past week?

Extremely so - to the point of being sick or almost sick ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

18. I was emotionally stable and sure of myself during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

Felt relaxed and at ease the last week ☐6

Felt relaxed and at ease most of the time ☐5

Generally felt relaxed but at times felt fairly high strung ☐4

Generally felt high strung but at times felt fairly relaxed ☐3

Felt high strung, tight, or keyed-up most of the time ☐2

Felt high strung, tight, or keyed-up the last week ☐1

continues

2004-03-24

241

CONFIDENTIAL
AZSER12776913

AstraZeneca                                                Page 157.07

Study Code D1447C00127        Subj initials              E code |E|_|_|_|_|_|_|

Visit No. V13

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

20. I felt cheerful, lighthearted during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

21. I felt tired, worn out, used up, or exhausted during the past week?

| | |
|---|---|
| None of the time | ☐ 6 |
| A little of the time | ☐ 5 |
| Some of the time | ☐ 4 |
| A good bit of the time | ☐ 3 |
| Most of the time | ☐ 2 |
| All of the time | ☐ 1 |

22.
Have you been under or felt you were under any strain, stress, or pressure during the past week?

| | |
|---|---|
| Yes - almost more than I could bear or stand | ☐ 1 |
| Yes - quite a bit of pressure | ☐ 2 |
| Yes, some - more than usual | ☐ 3 |
| Yes, some - but about usual | ☐ 4 |
| Yes - a little | ☐ 5 |
| Not at all | ☐ 6 |

2004-03-24

242

CONFIDENTIAL
AZSER12776914

AstraZeneca                                                    Page 158

Study Code D1447C00127        Subj initials ...........   E code |E |   |   |   |   |   |   |

                              Visit No. V13

## Montgomery-Asberg Depression Rating Scale                    **MADRS**

Date of assessment     |2 |0 |   |   |   |   |   |   |
                          year        mm      dd

1.  Apparent sadness            |___|

2.  Reported sadness            |___|

3.  Inner tension               |___|

4.  Reduced sleep               |___|

5.  Reduced appetite            |___|

6.  Concentration difficulties  |___|

7.  Lassitude                   |___|

8.  Inability to feel           |___|

9.  Pessimistic thoughts        |___|

10. Suicidal thoughts           |___|

┌─────────────────────┐
│  Rater's initials   │
│                     │
│                     │
└─────────────────────┘

                                                              2004-03-24

CONFIDENTIAL
AZSER12776915

AstraZeneca

Page 159

Study Code D1447C00127          Subj initials ........          E code  E | | | | | |

Visit No. V13

## Young Mania Rating Scale

**YMRS**

Date of assessment    | 2 | 0 | | | | | |
year      mm    dd

1.   Elevated Mood                          |__|

2.   Increased Motor Activity - Energy      |__|

3.   Sexual Interest                        |__|

4.   Sleep                                  |__|

5.   Irritability                          |__|

6.   Speech (Rate and Amount)              |__|

7.   Language - Thought Disorder           |__|

8.   Content                               |__|

9.   Disruptive - Aggressive Behavior      |__|

10.  Appearance                            |__|

11.  Insight                               |__|

Rater's initials

2004-03-24

244

CONFIDENTIAL
AZSER12776916

AstraZeneca

Page 160

| Study code D1447C00127 | Subj initials | E code | E | | | | | | |

Visit No. V14

## Visit

**VISIT**

Visit date | 2 | 0 | | | | | | |
          year    mm    dd

## Vital Signs, Weight

**VIT**

*Assm  Protocol
No.    schedule*

Supine
1  (0 minutes)   Blood pressure  |___|___| / |___|___| mmHg      Pulse |___|___| beats/min
                                  systolic      diastolic

Standing
2  (2 minutes)   Blood pressure  |___|___| / |___|___| mmHg      Pulse |___|___| beats/min
                                  systolic      diastolic

Weight          |___|___| . |__| kg

2004-03-24

CONFIDENTIAL
AZSER12776917

AstraZeneca                                                                    Page 161

| Study code D1447C00127 | Subj initials .......... | E code |E| | | | | | | |

Visit No. V14

## Laboratory Assessments                                                     LAB1

Blood samples have          No      Yes
been collected             □₀     □₁

Sampling date          |2|0| | | | | |
                        year    mm    dd

Sampling time          | | | : | | |
                       24-hour clock

┌─────────────────────────┐
│       Sample ID         │
│                         │
│       Attach            │
│   Sample ID label       │
│       here              │
└─────────────────────────┘

AstraZeneca use only
Laboratory ID        | | | | |

## Meals                                                                      MEAL

Date of last meal      |2|0| | | | | |
                        year    mm    dd

Time of last meal      | | | : | | |
                       24-hour clock

2004-03-24

246

CONFIDENTIAL
AZSER12776918

AstraZeneca                                                      Page 162

Study code D1447C00127          Subj initials          E code │E│_│_│_│_│_│

Visit No. V14

**Sheehan Disability Scale**                                    **SDS**

**Disability Scale**
Work/School                                    □□
I have not worked/studied at all during the past week for   □,
reasons unrelated to disorder


Social Life                                    □□

Family Life/Home Responsibilities              □□


**DAYS LOST**           Days        □□

**DAYS UNDERPRODUCTIVE**  Days      □□

2004-03-24

247

CONFIDENTIAL
AZSER12776919

AstraZeneca

Page 163.01

Study Code D1447C00127        Subj initials ...... .......        E code LE L | | | | | |

Visit No. V14

## Psychological General Well-Being Schedule (PGWB)                    PGWB

### This CRF page should not be handed to the Subject

1.  How have you been feeling in general during the past week?

    In excellent spirits                                    ☐6

    In very good spirits                                    ☐5

    In good spirits mostly                                  ☐4

    I have been up and down in spirits a lot               ☐3

    In low spirits mostly                                   ☐2

    In very low spirits                                     ☐1

2.  How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

    Every day                                              ☐1

    Almost every day                                       ☐2

    About half the time                                    ☐3

    Now and then, but less than half the time              ☐4

    Rarely                                                 ☐5

    None of the time                                       ☐6

3.  Did you feel depressed during the past week?

    Yes - to the point that I felt like taking my life     ☐1

    Yes - to the point that I did not care about anything  ☐2

    Yes - very depressed almost every day                  ☐3

    Yes - quite depressed several times                    ☐4

    Yes - a little depressed now and then                  ☐5

    No - never felt depressed at all                       ☐6

continues

2004-03-24

248

CONFIDENTIAL
AZSER12776920

AstraZeneca

Page 163.02

Study Code D1447C00127     Subj initials . . . . . . .     E code |E | | | | | | |

Visit No. V14

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

Yes, definitely so ☐6

Yes, for the most part ☐5

Generally so ☐4

Not too well ☐3

No, and I am somewhat disturbed ☐2

No, and I am very disturbed ☐1

5.  Have you been bothered by nervousness or your "nerves" during the past week?

Extremely so - to the point where I could not work or take care of things ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little ☐5

Not at all ☐6

6.  How much energy, pep, or vitality did you have or feel during the past week?

Very full of energy - lots of pep ☐6

Fairly energetic most of the time ☐5

My energy level varied quite a bit ☐4

Generally low in energy or pep ☐3

Very low in energy or pep most of the time ☐2

No energy or pep at all - I felt drained, sapped ☐1

continues

2004-03-24

249

CONFIDENTIAL
AZSER12776921

AstraZeneca

Page 163.03

| Study Code D1447C00127 | Subj initials | E code |_E_|_|_|_|_|_|_|_| |

Visit No. V14

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

7.  I felt downhearted and blue during the past week?.

None of the time                       ☐ 6

A little of the time                    ☐ 5

Some of the time                        ☐ 4

A good bit of the time                  ☐ 3

Most of the time                        ☐ 2

All of the time                         ☐ 1

8.  Were you generally tense or did you feel any tension during the past week?

Yes - extremely tense, most or all of the time        ☐ 1

Yes - very tense most of the time                     ☐ 2

Not generally tense, but did feel fairly tense several times   ☐ 3

I felt a little tense a few times                     ☐ 4

My general tension level was quite low                ☐ 5

I never felt tense or any tension at all              ☐ 6

9.  How happy, satisfied, or pleased have you been with your personal life during the past week?

Extremely happy - could not have been more satisfied or pleased   ☐ 6

Very happy most of the time                           ☐ 5

Generally satisfied - pleased                         ☐ 4

Sometime fairly happy, sometimes fairly unhappy       ☐ 3

Generally dissatisfied, unhappy                       ☐ 2

Very dissatisfied or unhappy most or all of the time  ☐ 1

continues

2004-03-24

250

CONFIDENTIAL
AZSER12776922

AstraZeneca                                                                Page 163.04

Study Code D1447C00127          Subj initials _____        E code | E | | | | | | |

                                Visit No. V14

**Psychological General Well-Being Schedule (PGWB), continued.**        **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

    Yes - definitely so                                                        ☐6

    For the most part                                                          ☐5

    Health problems limited me in some important ways                          ☐4

    I was only healthy enough to take care of myself                           ☐3

    I needed some help in taking care of myself                                ☐2

    I needed someone to help me with most or all of the things I had to do     ☐1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

    Extremely so - to the point that I have just about given up                ☐1

    Very much so                                                               ☐2

    Quite a bit                                                                ☐3

    Some - enough to bother me                                                 ☐4

    A little bit                                                               ☐5

    Not at all                                                                 ☐6

12. I woke up feeling fresh and rested during the past week?

    None of the time                                                           ☐1

    A little of the time                                                       ☐2

    Some of the time                                                           ☐3

    A good bit of the time                                                     ☐4

    Most of the time                                                           ☐5

    All of the time                                                            ☐6

continues

2004-03-24

CONFIDENTIAL
AZSER12776923

AstraZeneca

Page 163.05

| Study Code D1447C00127 | Subj initials .......... | E code | E | | | | | | | |
|---|---|---|

Visit No. V14

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

13. Have you been concerned, worried, or had any fears about your health during the past week?

Extremely so ☐1

Very much so ☐2

Quite a bit ☐3

Some, but not a lot ☐4

Practically never ☐5

Not at all ☐6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

Not at all ☐6

Only a little ☐5

Some - but not enough to be concerned or worried about ☐4

Some and I have been a little concerned ☐3

Some and I am quite concerned ☐2

Yes, very much so and I am very concerned ☐1

15. My daily life was full of things that were interesting to me  during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-03-24

252

CONFIDENTIAL
AZSER12776924

AstraZeneca                                                        Page 163.06

Study Code D1447C00127          Subj initials          E code  E |   |   |   |   |   |

Visit No. V14

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

Very active, vigorous every day                          ☐ 6

Mostly active, vigorous - never really dull, sluggish     ☐ 5

Fairly active, vigorous - seldom dull, sluggish          ☐ 4

Fairly dull, sluggish - seldom active, vigorous          ☐ 3

Mostly dull, sluggish - never really active, vigorous    ☐ 2

Very dull, sluggish every day                            ☐ 1

17. Have you been anxious, worried, or upset during the past week?

Extremely so - to the point of being sick or almost sick  ☐ 1

Very much so                                             ☐ 2

Quite a bit                                              ☐ 3

Some - enough to bother me                               ☐ 4

A little bit                                             ☐ 5

Not at all                                              ☐ 6

18. I was emotionally stable and sure of myself during the past week?

None of the time                                        ☐ 1

A little of the time                                    ☐ 2

Some of the time                                        ☐ 3

A good bit of the time                                  ☐ 4

Most of the time                                        ☐ 5

All of the time                                         ☐ 6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

Felt relaxed and at ease the last week                   ☐ 6

Felt relaxed and at ease most of the time                ☐ 5

Generally felt relaxed but at times felt fairly high strung  ☐ 4

Generally felt high strung but at times felt fairly relaxed  ☐ 3

Felt high strung, tight, or keyed-up most of the time    ☐ 2

Felt high strung, tight, or keyed-up the last week       ☐ 1

continues

2004-03-24

253

CONFIDENTIAL
AZSER12776925

AstraZeneca                                                      Page 163.07

| Study Code D1447C00127 | Subj initials ........ | E code |E J_|_|_|_|_|_|_| |
|---|---|---|

Visit No. V14

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

20. I felt cheerful, lighthearted during the past week?

| | |
|---|---|
| None of the time | ☐1 |
| A little of the time | ☐2 |
| Some of the time | ☐3 |
| A good bit of the time | ☐4 |
| Most of the time | ☐5 |
| All of the time | ☐6 |

21. I felt tired, worn out, used up, or exhausted during the past week?

| | |
|---|---|
| None of the time | ☐6 |
| A little of the time | ☐5 |
| Some of the time | ☐4 |
| A good bit of the time | ☐3 |
| Most of the time | ☐2 |
| All of the time | ☐1 |

22.
Have you been under or felt you were under any strain, stress, or pressure during the past week?

| | |
|---|---|
| Yes - almost more than I could bear or stand | ☐1 |
| Yes - quite a bit of pressure | ☐2 |
| Yes, some - more than usual | ☐3 |
| Yes, some - but about usual | ☐4 |
| Yes - a little | ☐5 |
| Not at all | ☐6 |

2004-03-24

254

CONFIDENTIAL
AZSER12776926

AstraZeneca

Page 164

| Study code D1447C00127 | Subj initials | E code |E| | | | | | |
|---|---|---|

Visit No. V14

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)    CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐6 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-03-24

255

CONFIDENTIAL
AZSER12776927

AstraZeneca

| Study Code D1447C00127 | Subj initials | E code |E ┴ ┴ ┴ ┴ ┴ ┴| |

Visit No. V14

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment  |2|0|__|__|__|__|__|__|
year    mm    dd

1.  Apparent sadness          |__|

2.  Reported sadness          |__|

3.  Inner tension             |__|

4.  Reduced sleep             |__|

5.  Reduced appetite          |__|

6.  Concentration difficulties |__|

7.  Lassitude                 |__|

8.  Inability to feel         |__|

9.  Pessimistic thoughts      |__|

10. Suicidal thoughts         |__|

| Rater's initials |
|---|
|  |

2004-03-24

256

CONFIDENTIAL
AZSER12776928

AstraZeneca

| Study code D1447C00127 | Subj initials | E code E |
|---|---|---|

Visit No. V14

## Positive Syndrome Sub Scale

**PANSS**

**Positive Subscale**

P1.   Delusions  ⊔

P2.   Conceptual disorganization  ⊔

P3.   Hallucinatory behavior  ⊔

P4.   Excitement  ⊔

P5.   Grandiosity  ⊔

P6.   Suspiciousness/persecution  ⊔

P7.   Hostility  ⊔

| Rater's initials |
|---|
|  |

2004-03-24

CONFIDENTIAL
AZSER12776929

AstraZeneca

| Study Code D1447C00127 | Subj initials | E code E |
|---|---|---|

Visit No. V14

## Young Mania Rating Scale                                    YMRS

Date of assessment    |2|0| | | | |
                      year    mm    dd

1.  Elevated Mood

2.  Increased Motor Activity - Energy

3.  Sexual Interest

4.  Sleep

5.  Irritability

6.  Speech (Rate and Amount)

7.  Language - Thought Disorder

8.  Content

9.  Disruptive - Aggressive Behavior

10. Appearance

11. Insight

Rater's initials

2004-03-24

258

CONFIDENTIAL
AZSER12776930

AstraZeneca

Page 168

| Study Code D1447C00127 | Subj initials | E code |E|_|_|_|_|.|_|_|_|_|_| |

Visit No. V14

## Abnormal Involuntary Movement Scale

**AIMS**

### Facial and oral movements

1.  Muscles of facial expression ☐
2.  Lips and perioral area ☐
3.  Jaw ☐
4.  Tongue ☐

### Extremity movements

5.  Upper (arms, wrists, hands, fingers) ☐
6.  Lower (legs, knees, ankles, toes) ☐

### Trunk movements

7.  Neck, shoulders, hip ☐

### Global judgements

8.  Severity of abnormal movements ☐
9.  Incapacitation due to abnormal movements ☐
10. Subject's awareness of abnormal movements ☐

| Rater's initials |
| --- |
|  |

2004-03-24

259

CONFIDENTIAL
AZSER12776931

AstraZeneca

Page 169

| Study Code D1447C00127 | Subj initials | E code |E|_|_|_|_|_|_| |

Visit No. V14

## Barnes Akathisia Rating Scale

**BARS**

1. Objective ☐

2. Subjective awareness of restlessness ☐

3. Subjective distress related to restlessness ☐

4. Global clinical assessment of akathisia ☐

| Rater's initials |
| --- |
|  |

## Simpson-Angus Scale

**SAS**

1. Gait ☐

2. Arm dropping ☐

3. Shoulder shaking ☐

4. Elbow rigidity ☐

5. Wrist rigidity ☐

6. Head rotation ☐

7. Glabella tap ☐

8. Tremor ☐

9. Salivation ☐

10. Akathisia ☐

| Rater's initials |
| --- |
|  |

2004-03-24

260

CONFIDENTIAL
AZSER12776932

AstraZeneca ⊘

Page 170

| Study code D1447C00127 | Subj initials | E code E⎵⎵⎵⎵⎵⎵⎵ |
|---|---|---|

Visit No. V15

## Visit

**VISIT**

Visit date ⎵2⎵0⎵⎵⎵⎵⎵⎵
 year    mm    dd

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)

**CGI_BP**

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-03-24

261

CONFIDENTIAL
AZSER12776933

AstraZeneca                                 Page 171

| Study code D1447C00127 | Subj initials | E code E |

Visit No. V15

## Laboratory Assessments                               LAB1

Blood samples have been collected    No ☐ 0    Yes ☐ 1

Sampling date    2 0 | | | | |    year   mm   dd

Sampling time    | | : | |    24-hour clock

```
┌─────────────────────┐
│     Sample ID        │
├─────────────────────┤
│      Attach          │
│   Sample ID label    │
│       here           │
└─────────────────────┘
```

| AstraZeneca use only |
| Laboratory ID   | | | | |

2004-03-24

262

CONFIDENTIAL
AZSER12776934

AstraZeneca

Page 172

| Study code D1447C00127 | Subj initials | E code |E| | | | | | | |
|---|---|---|

Visit No. V15

## Sheehan Disability Scale

SDS

**Disability Scale**
**Work/School**                                     |__|__|

I have not worked/studied at all during the past week for    |__|₁
reasons unrelated to disorder

**Social Life**                                     |__|__|

**Family Life/Home Responsibilities**               |__|__|

**DAYS LOST**              Days       |__|__|

**DAYS UNDERPRODUCTIVE**   Days       |__|__|

2004-03-24

263

CONFIDENTIAL
AZSER12776935

AstraZeneca

Page 173.01

Study Code D1447C00127     Subj initials ............     E code |E|_|_|_|_|_|_|

Visit No. V15

## Psychological General Well-Being Schedule (PGWB)

**PGWB**

### This CRF page should not be handed to the Subject

1.  How have you been feeling in general during the past week?

    In excellent spirits     ☐6

    In very good spirits     ☐5

    In good spirits mostly     ☐4

    I have been up and down in spirits a lot     ☐3

    In low spirits mostly     ☐2

    In very low spirits     ☐1

2.  How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

    Every day     ☐1

    Almost every day     ☐2

    About half the time     ☐3

    Now and then, but less than half the time     ☐4

    Rarely     ☐5

    None of the time     ☐6

3.  Did you feel depressed during the past week?

    Yes - to the point that I felt like taking my life     ☐1

    Yes - to the point that I did not care about anything     ☐2

    Yes - very depressed almost every day     ☐3

    Yes - quite depressed several times     ☐4

    Yes - a little depressed now and then     ☐5

    No - never felt depressed at all     ☐6

continues

2004-03-24

264

CONFIDENTIAL
AZSER12776936

AstraZeneca

Page 173.02

Study Code D1447C00127      Subj initials ................      E code |E| | | | | | |

Visit No. V15

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

Yes, definitely so ☐6

Yes, for the most part ☐5

Generally so ☐4

Not too well ☐3

No, and I am somewhat disturbed ☐2

No, and I am very disturbed ☐1

5.  Have you been bothered by nervousness or your "nerves" during the past week?

Extremely so - to the point where I could not work or take care of things ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little ☐5

Not at all ☐6

6.  How much energy, pep, or vitality did you have or feel during the past week?

Very full of energy - lots of pep ☐6

Fairly energetic most of the time ☐5

My energy level varied quite a bit ☐4

Generally low in energy or pep ☐3

Very low in energy or pep most of the time ☐2

No energy or pep at all - I felt drained, sapped ☐1

continues

2004-03-24

265

CONFIDENTIAL
AZSER12776937

AstraZeneca

Page 173.03

| Study Code D1447C00127 | Subj initials | E code |E | | | | | | | | |
|---|---|---|

Visit No. V15

## Psychological General Well-Being Schedule (PGWB), continued    PGWB

7.  I felt downhearted and blue during the past week?.

None of the time    ☐6

A little of the time    ☐5

Some of the time    ☐4

A good bit of the time    ☐3

Most of the time    ☐2

All of the time    ☐1

8.  Were you generally tense or did you feel any tension during the past week?

Yes - extremely tense, most or all of the time    ☐1

Yes - very tense most of the time    ☐2

Not generally tense, but did feel fairly tense several times    ☐3

I felt a little tense a few times    ☐4

My general tension level was quite low    ☐5

I never felt tense or any tension at all    ☐6

9.  How happy, satisfied, or pleased have you been with your personal life during the past week?

Extremely happy - could not have been more satisfied or pleased    ☐6

Very happy most of the time    ☐5

Generally satisfied - pleased    ☐4

Sometime fairly happy, sometimes fairly unhappy    ☐3

Generally dissatisfied, unhappy    ☐2

Very dissatisfied or unhappy most or all of the time    ☐1

continues

2004-03-24

266

CONFIDENTIAL
AZSER12776938

AstraZeneca

Page 173.04

| Study Code D1447C00127 | Subj initials | E code |E| | | | | | | | |
|---|---|---|

Visit No. V15

## Psychological General Well-Being Schedule (PGWB), continued. PGWB

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

| | |
|---|---|
| Yes - definitely so | ☐6 |
| For the most part | ☐5 |
| Health problems limited me in some important ways | ☐4 |
| I was only healthy enough to take care of myself | ☐3 |
| I needed some help in taking care of myself | ☐2 |
| I needed someone to help me with most or all of the things I had to do | ☐1 |

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

| | |
|---|---|
| Extremely so - to the point that I have just about given up | ☐1 |
| Very much so | ☐2 |
| Quite a bit | ☐3 |
| Some - enough to bother me | ☐4 |
| A little bit | ☐5 |
| Not at all | ☐6 |

12. I woke up feeling fresh and rested during the past week?

| | |
|---|---|
| None of the time | ☐1 |
| A little of the time | ☐2 |
| Some of the time | ☐3 |
| A good bit of the time | ☐4 |
| Most of the time | ☐5 |
| All of the time | ☐6 |

continues

2004-03-24

267

CONFIDENTIAL
AZSER12776939

AstraZeneca                                                          Page 173.05

Study Code D1447C00127          Subj initials _____          E code |E|__|__|__|__|__|

                                Visit No. V15

## Psychological General Well-Being Schedule (PGWB), continued                    **PGWB**

13. Have you been concerned, worried, or had any fears about your health during the past week?

    Extremely so                                      ☐1
    Very much so                                      ☐2
    Quite a bit                                       ☐3
    Some, but not a lot                               ☐4
    Practically never                                 ☐5
    Not at all                                        ☐6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

    Not at all                                        ☐6
    Only a little                                     ☐5
    Some - but not enough to be concerned or worried about   ☐4
    Some and I have been a little concerned           ☐3
    Some and I am quite concerned                     ☐2
    Yes, very much so and I am very concerned         ☐1

15. My daily life was full of things that were interesting to me  during the past week?

    None of the time                                  ☐1
    A little of the time                              ☐2
    Some of the time                                  ☐3
    A good bit of the time                            ☐4
    Most of the time                                  ☐5
    All of the time                                   ☐6

continues

2004-03-24

268

CONFIDENTIAL
AZSER12776940

AstraZeneca

Page 173.06

| Study Code D1447C00127 | Subj initials | E code  E |

Visit No. V15

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

Very active, vigorous every day ☐6

Mostly active, vigorous - never really dull, sluggish ☐5

Fairly active, vigorous - seldom dull, sluggish ☐4

Fairly dull, sluggish - seldom active, vigorous ☐3

Mostly dull, sluggish - never really active, vigorous ☐2

Very dull, sluggish every day ☐1

17. Have you been anxious, worried, or upset during the past week?

Extremely so - to the point of being sick or almost sick ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

18. I was emotionally stable and sure of myself during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

Felt relaxed and at ease the last week ☐6

Felt relaxed and at ease most of the time ☐5

Generally felt relaxed but at times felt fairly high strung ☐4

Generally felt high strung but at times felt fairly relaxed ☐3

Felt high strung, tight, or keyed-up most of the time ☐2

Felt high strung, tight, or keyed-up the last week ☐1

continues

2004-03-24

CONFIDENTIAL
AZSER12776941

AstraZeneca

Page 173.07

Study Code D1447C00127     Subj initials ...........     E code |E|_|_|_|_|_|_|

Visit No. V15

## Psychological General Well-Being Schedule (PGWB), continued     PGWB

20. I felt cheerful, lighthearted during the past week?

- None of the time ☐1
- A little of the time ☐2
- Some of the time ☐3
- A good bit of the time ☐4
- Most of the time ☐5
- All of the time ☐6

21. I felt tired, worn out, used up, or exhausted during the past week?

- None of the time ☐6
- A little of the time ☐5
- Some of the time ☐4
- A good bit of the time ☐3
- Most of the time ☐2
- All of the time ☐1

22.
Have you been under or felt you were under any strain, stress, or pressure during the past week?

- Yes - almost more than I could bear or stand ☐1
- Yes - quite a bit of pressure ☐2
- Yes, some - more than usual ☐3
- Yes, some - but about usual ☐4
- Yes - a little ☐5
- Not at all ☐6

2004-03-24

270

CONFIDENTIAL
AZSER12776942

AstraZeneca ♦

| Study Code D1447C00127 | Subj initials | E code  |E| | | | | | | | |
|---|---|---|

Visit No. V15

CA01 07
N/A
AW2000-07-31

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment  |2|0| | | | | | |
                     year      mm    dd

1. Apparent sadness    |__|

2. Reported sadness    |__|

3. Inner tension    |__|

4. Reduced sleep    |__|

5. Reduced appetite    |__|

6. Concentration difficulties    |__|

7. Lassitude    |__|

8. Inability to feel    |__|

9. Pessimistic thoughts    |__|

10. Suicidal thoughts    |__|

Rater's initials

2004-03-24

271

CONFIDENTIAL
AZSER12776943

AstraZeneca                                                                Page 175

| Study Code D1447C00127 | Subj initials | E code  E |

Visit No. V15

## Young Mania Rating Scale                                              YMRS

Date of assessment    | 2 | 0 |  |  |  |  |  |
                           year        mm    dd

1.  Elevated Mood                          |__|

2.  Increased Motor Activity - Energy      |__|

3.  Sexual Interest                        |__|

4.  Sleep                                  |__|

5.  Irritability                           |__|

6.  Speech (Rate and Amount)               |__|

7.  Language - Thought Disorder            |__|

8.  Content                                |__|

9.  Disruptive - Aggressive Behavior       |__|

10. Appearance                             |__|

11. Insight                                |__|

| Rater's initials |
| |

2004-03-24

272

CONFIDENTIAL
AZSER12776944

AstraZeneca

Page 176

Study code D1447C00127        Subj initials ..............        E code |E|___|___|___|___|___|

Visit No. V16

## Visit

**VISIT**

Visit date |2|0|___|___|___|___|___|
year        mm       dd

---

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)

**CGI_BP**

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Depression | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Overall bipolar illness | 1 | 2 | 3 | 4 | 5 | 6 | 7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 9 |
| Depression | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 9 |
| Overall bipolar illness | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 9 |

Rater's initials

2004-03-24

273

CONFIDENTIAL
AZSER12776945

AstraZeneca

Page 177

Study code D1447C00127          Subj initials .......... ....          E code $[E|_|_|_|_|_|_|_]$

Visit No. V16

## Laboratory Assessments

LAB1

Blood samples have          No     Yes
been collected              □₀    □₁

Sampling date          $|2|0|_|_|_|_|_|$
                          year   mm   dd

Sampling time          $|_|_|:|_|_|$
                          24-hour clock

Sample ID

Attach
Sample ID label
here

AstraZeneca use only

Laboratory ID          $|_|_|_|$

2004-03-24

274

CONFIDENTIAL
AZSER12776946

AstraZeneca                                                                    Page 178

| Study code D1447C00127 | Subj initials | E code |E|_|_|_|_|_|_| |
|---|---|---|

Visit No. V16

## Sheehan Disability Scale                                                   SDS

**Disability Scale**
**Work/School**                                              |_|_|

I have not worked/studied at all during the past week for      |_|₁
reasons unrelated to disorder

**Social Life**                                              |_|_|

**Family Life/Home Responsibilities**                        |_|_|

**DAYS LOST**              Days        |_|_|

**DAYS UNDERPRODUCTIVE**   Days        |_|_|

2004-03-24

275

CONFIDENTIAL
AZSER12776947

AstraZeneca                                                        Page 179.01

Study Code D1447C00127        Subj initials _____      E code │E│ │ │ │ │ │ │

Visit No. V16

## Psychological General Well-Being Schedule (PGWB)                    **PGWB**

### This CRF page should not be handed to the Subject

1.  How have you been feeling in general during the past week?

    In excellent spirits                              ☐6

    In very good spirits                              ☐5

    In good spirits mostly                            ☐4

    I have been up and down in spirits a lot          ☐3

    In low spirits mostly                             ☐2

    In very low spirits                               ☐1

2.  How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

    Every day                                         ☐1

    Almost every day                                  ☐2

    About half the time                               ☐3

    Now and then, but less than half the time         ☐4

    Rarely                                            ☐5

    None of the time                                  ☐6

3.  Did you feel depressed during the past week?

    Yes - to the point that I felt like taking my life      ☐1

    Yes - to the point that I did not care about anything   ☐2

    Yes - very depressed almost every day                   ☐3

    Yes - quite depressed several times                     ☐4

    Yes - a little depressed now and then                   ☐5

    No - never felt depressed at all                        ☐6

continues

2004-03-24

276

CONFIDENTIAL
AZSER12776948

AstraZeneca

Page 179.02

| Study Code D1447C00127 | Subj initials | E code L E |

Visit No. V16

## Psychological General Well-Being Schedule (PGWB), continued        PGWB

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

Yes, definitely so ☐6

Yes, for the most part ☐5

Generally so ☐4

Not too well ☐3

No, and I am somewhat disturbed ☐2

No, and I am very disturbed ☐1

5.  Have you been bothered by nervousness or your "nerves" during the past week?

Extremely so - to the point where I could not work or take care of things ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little ☐5

Not at all ☐6

6.  How much energy, pep, or vitality did you have or feel during the past week?

Very full of energy - lots of pep ☐6

Fairly energetic most of the time ☐5

My energy level varied quite a bit ☐4

Generally low in energy or pep ☐3

Very low in energy or pep most of the time ☐2

No energy or pep at all - I felt drained, sapped ☐1

continues

2004-03-24

277

CONFIDENTIAL
AZSER12776949

AstraZeneca

Page 179.03

| Study Code D1447C00127 | Subj initials | E code E |
|---|---|---|

Visit No. V16

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

7.  I felt downhearted and blue during the past week?.

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

8.  Were you generally tense or did you feel any tension during the past week?

Yes - extremely tense, most or all of the time ☐1

Yes - very tense most of the time ☐2

Not generally tense, but did feel fairly tense several times ☐3

I felt a little tense a few times ☐4

My general tension level was quite low ☐5

I never felt tense or any tension at all ☐6

9.  How happy, satisfied, or pleased have you been with your personal life during the past week?

Extremely happy - could not have been more satisfied or pleased ☐6

Very happy most of the time ☐5

Generally satisfied - pleased ☐4

Sometime fairly happy, sometimes fairly unhappy ☐3

Generally dissatisfied, unhappy ☐2

Very dissatisfied or unhappy most or all of the time ☐1

continues

2004-03-24

278

CONFIDENTIAL
AZSER12776950

AstraZeneca

Page 179.04

| Study Code D1447C00127 | Subj initials | E code LE ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ |
|---|---|---|

Visit No. V16

## Psychological General Well-Being Schedule (PGWB), continued.     **PGWB**

10.  Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

Yes - definitely so ☐6

For the most part ☐5

Health problems limited me in some important ways ☐4

I was only healthy enough to take care of myself ☐3

I needed some help in taking care of myself ☐2

I needed someone to help me with most or all of the things I had to do ☐1

11.  Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

Extremely so - to the point that I have just about given up ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

12.  I woke up feeling fresh and rested during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-03-24

279

CONFIDENTIAL
AZSER12776951

AstraZeneca

Page 179.05

| | | |
|---|---|---|
| Study Code D1447C00127 | Subj initials | E code |E|  |  |  |  |  |  | |

Visit No. V16

## Psychological General Well-Being Schedule (PGWB), continued      **PGWB**

13. Have you been concerned, worried, or had any fears about your health during the past week?

| | |
|---|---|
| Extremely so | ☐1 |
| Very much so | ☐2 |
| Quite a bit | ☐3 |
| Some, but not a lot | ☐4 |
| Practically never | ☐5 |
| Not at all | ☐6 |

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

| | |
|---|---|
| Not at all | ☐6 |
| Only a little | ☐5 |
| Some - but not enough to be concerned or worried about | ☐4 |
| Some and I have been a little concerned | ☐3 |
| Some and I am quite concerned | ☐2 |
| Yes, very much so and I am very concerned | ☐1 |

15. My daily life was full of things that were interesting to me  during the past week?

| | |
|---|---|
| None of the time | ☐1 |
| A little of the time | ☐2 |
| Some of the time | ☐3 |
| A good bit of the time | ☐4 |
| Most of the time | ☐5 |
| All of the time | ☐6 |

continues

2004-03-24

280

CONFIDENTIAL
AZSER12776952

AstraZeneca   Page 179.06

| Study Code D1447C00127 | Subj initials | E code E |
|---|---|---|

Visit No. V16

## Psychological General Well-Being Schedule (PGWB), continued   PGWB

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

Very active, vigorous every day ☐6

Mostly active, vigorous - never really dull, sluggish ☐5

Fairly active, vigorous - seldom dull, sluggish ☐4

Fairly dull, sluggish - seldom active, vigorous ☐3

Mostly dull, sluggish - never really active, vigorous ☐2

Very dull, sluggish every day ☐1

17. Have you been anxious, worried, or upset during the past week?

Extremely so - to the point of being sick or almost sick ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

18. I was emotionally stable and sure of myself during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

Felt relaxed and at ease the last week ☐6

Felt relaxed and at ease most of the time ☐5

Generally felt relaxed but at times felt fairly high strung ☐4

Generally felt high strung but at times felt fairly relaxed ☐3

Felt high strung, tight, or keyed-up most of the time ☐2

Felt high strung, tight, or keyed-up the last week ☐1

continues

2004-03-24

CONFIDENTIAL
AZSER12776953

AstraZeneca

Page 179.07

Study Code D1447C00127     Subj initials . . . . . .     E code |E|_|_|_|_|_|_|

Visit No. V16

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

20. I felt cheerful, lighthearted during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6


21. I felt tired, worn out, used up, or exhausted during the past week?

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

22.

Have you been under or felt you were under any strain, stress, or pressure during the past week?

Yes - almost more than I could bear or stand ☐1

Yes - quite a bit of pressure ☐2

Yes, some - more than usual ☐3

Yes, some - but about usual ☐4

Yes - a little ☐5

Not at all ☐6

2004-03-24

CONFIDENTIAL
AZSER12776954

AstraZeneca

Page 180

Study Code D1447C00127          Subj initials _ _ _ _ _          E code └E┴_┴_┴_┴_┴_┴_┘

Visit No. V16

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment   └2┴0┴_┴_┴_┴_┴_┘
year    mm    dd

1.  Apparent sadness          └_┴_┘

2.  Reported sadness          └_┴_┘

3.  Inner tension              └_┴_┘

4.  Reduced sleep              └_┴_┘

5.  Reduced appetite           └_┴_┘

6.  Concentration difficulties └_┴_┘

7.  Lassitude                  └_┴_┘

8.  Inability to feel          └_┴_┘

9.  Pessimistic thoughts       └_┴_┘

10. Suicidal thoughts          └_┴_┘

| Rater's initials |
| --- |
|  |

283

2004-03-24

CONFIDENTIAL
AZSER12776955

AstraZeneca

Page 181

| Study Code D1447C00127 | Subj initials | E code E _ _ _ _ _ _ |
|---|---|---|

Visit No. V16

## Young Mania Rating Scale

**YMRS**

Date of assessment    2 0 _ _ _ _ _
year    mm    dd

1.  Elevated Mood ☐

2.  Increased Motor Activity - Energy ☐

3.  Sexual Interest ☐

4.  Sleep ☐

5.  Irritability ☐

6.  Speech (Rate and Amount) ☐

7.  Language - Thought Disorder ☐

8.  Content ☐

9.  Disruptive - Aggressive Behavior ☐

10.  Appearance ☐

11.  Insight ☐

| Rater's initials |
|---|
| |

2004-03-24

284

CONFIDENTIAL
AZSER12776956

AstraZeneca

Page 182

| Study code D1447C00127 | Subj initials | E code E |

Visit No. V17

## Visit

**VISIT**

Visit date |2|0| | | | | |
year    mm    dd

## Physical Examination, Follow-up

**PHYSFAW**

Assessment date |2|0| | | | | |
year    mm    dd

|  | Normal | Abnormal | | Not done | Specification of new or aggravated abnormalities (compared with Randomization) |
|---|---|---|---|---|---|
|  |  | Same as Randomization | New or aggravated |  |  |
| General appearance | □ 0 | □ 1 | □ 2 | □ 95 |  |
| Skin | □ 0 | □ 1 | □ 2 | □ 95 |  |
| Head and neck | □ 0 | □ 1 | □ 2 | □ 95 |  |
| Lymph nodes | □ 0 | □ 1 | □ 2 | □ 95 |  |
| Thyroid | □ 0 | □ 1 | □ 2 | □ 95 |  |
| Musculoskeletal/ Extremities | □ 0 | □ 1 | □ 2 | □ 95 |  |
| Cardiovascular | □ 0 | □ 1 | □ 2 | □ 95 |  |
| Lungs | □ 0 | □ 1 | □ 2 | □ 95 |  |
| Abdomen | □ 0 | □ 1 | □ 2 | □ 95 |  |
| Neurological | □ 0 | □ 1 | □ 2 | □ 95 |  |
| Genital/Rectal | □ 0 | □ 1 | □ 2 | □ 95 |  |

If any new or aggravated abnormalities imply a deterioration compared with Randomization, fill in AELOGWI

2004-03-24

285

CONFIDENTIAL
AZSER12776957



AstraZeneca

Page 183

Study code D1447C00127          Subj initials          E code E

Visit No. V17

## Vital Signs, Weight

VIT

| Assm No. | Protocol schedule | | | |
|---|---|---|---|---|
| 1 | Supine (0 minutes) | Blood pressure ___ / ___ mmHg<br>systolic diastolic | Pulse ___ beats/min |
| 2 | Standing (2 minutes) | Blood pressure ___ / ___ mmHg<br>systolic diastolic | Pulse ___ beats/min |

Weight ___ . _ kg

## Electrocardiogram

ECG

Date of ECG |2|0| | | | |
              year  mm  dd

Time of ECG | | | : | | |
              24-hour clock

2004-03-24

286

CONFIDENTIAL
AZSER12776958

**AstraZeneca**

Page 184

Study code D1447C00127          Subj initials  ........          E code  |E|_|_|_|_|_|_|

Visit No. V17

## Laboratory Assessments                                           LAB1

Blood samples have been collected    No ☐₀   Yes ☐₁

Sampling date    |2|0|_|_|_|_|_|
                    year    mm    dd

Sampling time    |_|_| : |_|_|
                   24-hour clock

| Sample ID |
| Attach Sample ID label here |

AstraZeneca use only
Laboratory ID    |_|_|_|

## Laboratory Assessments                                           LABU1

Urine sample obtained    No ☐₀   Yes ☐₁

Sampling date    |2|0|_|_|_|_|_|
                    year    mm    dd

Sampling time    |_|_| : |_|_|
                   24-hour clock

| Sample ID |
| Attach Sample ID label here |

AstraZeneca use only
Laboratory ID    |_|_|_|

## Meals                                                            MEAL

Date of last meal    |2|0|_|_|_|_|_|
                        year    mm    dd

Time of last meal    |_|_| : |_|_|
                       24-hour clock

2004-03-24

287

CONFIDENTIAL
AZSER12776959

**AstraZeneca**

Page 185

| Study code D1447C00127 | Subj initials | E code |E|_|_|_|_|_| |
|---|---|---|

Visit No. V17

## Sheehan Disability Scale

SDS

**Disability Scale**

**Work/School**                                                  |_|_|

I have not worked/studied at all during the past week for reasons unrelated to disorder                 |_|₁

**Social Life**                                                    |_|_|

**Family Life/Home Responsibilities**                              |_|_|

**DAYS LOST**                     Days        |_|_|

**DAYS UNDERPRODUCTIVE**          Days        |_|_|

2004-03-24

288

CONFIDENTIAL
AZSER12776960

AstraZeneca

Page 186.01

| Study Code D1447C00127 | Subj initials .......... | E code |LE| | | | | | | |

Visit No. V17

## Psychological General Well-Being Schedule (PGWB)

PGWB

### This CRF page should not be handed to the Subject

1. How have you been feeling in general during the past week?

In excellent spirits ☐6

In very good spirits ☐5

In good spirits mostly ☐4

I have been up and down in spirits a lot ☐3

In low spirits mostly ☐2

In very low spirits ☐1

2. How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

Every day ☐1

Almost every day ☐2

About half the time ☐3

Now and then, but less than half the time ☐4

Rarely ☐5

None of the time ☐6

3. Did you feel depressed during the past week?

Yes - to the point that I felt like taking my life ☐1

Yes - to the point that I did not care about anything ☐2

Yes - very depressed almost every day ☐3

Yes - quite depressed several times ☐4

Yes - a little depressed now and then ☐5

No - never felt depressed at all ☐6

continues

2004-03-24

289

CONFIDENTIAL
AZSER12776961

AstraZeneca                                                          Page 186.02

| | | |
|---|---|---|
| Study Code D1447C00127 | Subj initials | E code $\lfloor E \rfloor$ \| \| \| \| \| \| |
| | Visit No. V17 | |

## Psychological General Well-Being Schedule (PGWB), continued            PGWB

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

    Yes, definitely so                              ☐ 6

    Yes, for the most part                          ☐ 5

    Generally so                                    ☐ 4

    Not too well                                    ☐ 3

    No, and I am somewhat disturbed                 ☐ 2

    No, and I am very disturbed                     ☐ 1

5.  Have you been bothered by nervousness or your "nerves" during the past week?

    Extremely so - to the point where I could not work or take care of things     ☐ 1

    Very much so                                    ☐ 2

    Quite a bit                                     ☐ 3

    Some - enough to bother me                      ☐ 4

    A little                                        ☐ 5

    Not at all                                      ☐ 6

6.  How much energy, pep, or vitality did you have or feel during the past week?

    Very full of energy - lots of pep               ☐ 6

    Fairly energetic most of the time               ☐ 5

    My energy level varied quite a bit              ☐ 4

    Generally low in energy or pep                  ☐ 3

    Very low in energy or pep most of the time      ☐ 2

    No energy or pep at all - I felt drained, sapped ☐ 1

continues

2004-03-24

CONFIDENTIAL
AZSER12776962

AstraZeneca

Page 186.03

Study Code D1447C00127     Subj initials     E code |E|_|_|_|_|_|_|_|

Visit No. V17

## Psychological General Well-Being Schedule (PGWB), continued     **PGWB**

7.  I felt downhearted and blue during the past week?.

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

8.  Were you generally tense or did you feel any tension during the past week?

Yes - extremely tense, most or all of the time ☐1

Yes - very tense most of the time ☐2

Not generally tense, but did feel fairly tense several times ☐3

I felt a little tense a few times ☐4

My general tension level was quite low ☐5

I never felt tense or any tension at all ☐6

9.  How happy, satisfied, or pleased have you been with your personal life during the past week?

Extremely happy - could not have been more satisfied or pleased ☐6

Very happy most of the time ☐5

Generally satisfied - pleased ☐4

Sometime fairly happy, sometimes fairly unhappy ☐3

Generally dissatisfied, unhappy ☐2

Very dissatisfied or unhappy most or all of the time ☐1

continues

2004-03-24

291

CONFIDENTIAL
AZSER12776963

AstraZeneca                                                      Page 186.04

| Study Code D1447C00127 | Subj initials | E code  E |   |   |   |   |   | |

Visit No. V17

## Psychological General Well-Being Schedule (PGWB), continued.        PGWB

10.  Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

Yes - definitely so                                                            ☐ 6

For the most part                                                              ☐ 5

Health problems limited me in some important ways                             ☐ 4

I was only healthy enough to take care of myself                              ☐ 3

I needed some help in taking care of myself                                    ☐ 2

I needed someone to help me with most or all of the things I had to do        ☐ 1

11.  Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

Extremely so - to the point that I have just about given up                   ☐ 1

Very much so                                                                  ☐ 2

Quite a bit                                                                   ☐ 3

Some - enough to bother me                                                    ☐ 4

A little bit                                                                  ☐ 5

Not at all                                                                    ☐ 6

12.  I woke up feeling fresh and rested during the past week?

None of the time                                                              ☐ 1

A little of the time                                                          ☐ 2

Some of the time                                                              ☐ 3

A good bit of the time                                                        ☐ 4

Most of the time                                                              ☐ 5

All of the time                                                               ☐ 6

continues

2004-03-24

292

CONFIDENTIAL
AZSER12776964

AstraZeneca

Page 186.05

| Study Code D1447C00127 | Subj initials | E code |E| | | | | | |
|---|---|---|

Visit No. V17

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

13. Have you been concerned, worried, or had any fears about your health during the past week?

Extremely so ☐₁

Very much so ☐₂

Quite a bit ☐₃

Some, but not a lot ☐₄

Practically never ☐₅

Not at all ☐₆

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

Not at all ☐₆

Only a little ☐₅

Some - but not enough to be concerned or worried about ☐₄

Some and I have been a little concerned ☐₃

Some and I am quite concerned ☐₂

Yes, very much so and I am very concerned ☐₁

15. My daily life was full of things that were interesting to me during the past week?

None of the time ☐₁

A little of the time ☐₂

Some of the time ☐₃

A good bit of the time ☐₄

Most of the time ☐₅

All of the time ☐₆

continues

2004-03-24

293

CONFIDENTIAL
AZSER12776965

AstraZeneca                                                                 Page 186.06

| Study Code D1447C00127 | Subj initials | E code |E|_|_|_|_|_|_|_| |
|---|---|---|

Visit No. V17

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

Very active, vigorous every day                                          ☐ 6

Mostly active, vigorous - never really dull, sluggish                    ☐ 5

Fairly active, vigorous - seldom dull, sluggish                          ☐ 4

Fairly dull, sluggish - seldom active, vigorous                          ☐ 3

Mostly dull, sluggish - never really active, vigorous                    ☐ 2

Very dull, sluggish every day                                            ☐ 1

17. Have you been anxious, worried, or upset during the past week?

Extremely so - to the point of being sick or almost sick                 ☐ 1

Very much so                                                             ☐ 2

Quite a bit                                                             ☐ 3

Some - enough to bother me                                               ☐ 4

A little bit                                                            ☐ 5

Not at all                                                              ☐ 6

18. I was emotionally stable and sure of myself during the past week?

None of the time                                                        ☐ 1

A little of the time                                                    ☐ 2

Some of the time                                                        ☐ 3

A good bit of the time                                                  ☐ 4

Most of the time                                                        ☐ 5

All of the time                                                         ☐ 6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

Felt relaxed and at ease the last week                                   ☐ 6

Felt relaxed and at ease most of the time                                ☐ 5

Generally felt relaxed but at times felt fairly high strung              ☐ 4

Generally felt high strung but at times felt fairly relaxed              ☐ 3

Felt high strung, tight, or keyed-up most of the time                    ☐ 2

Felt high strung, tight, or keyed-up the last week                       ☐ 1

continues

2004-03-24

294

CONFIDENTIAL
AZSER12776966

AstraZeneca

Page 186.07

| Study Code D1447C00127 | Subj initials | E code E _ _ _ _ _ _ _ |
| --- | --- | --- |
| | Visit No. V17 | |

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

20. I felt cheerful, lighthearted during the past week?

| | |
| --- | --- |
| None of the time | ☐₁ |
| A little of the time | ☐₂ |
| Some of the time | ☐₃ |
| A good bit of the time | ☐₄ |
| Most of the time | ☐₅ |
| All of the time | ☐₆ |

21. I felt tired, worn out, used up, or exhausted during the past week?

| | |
| --- | --- |
| None of the time | ☐₆ |
| A little of the time | ☐₅ |
| Some of the time | ☐₄ |
| A good bit of the time | ☐₃ |
| Most of the time | ☐₂ |
| All of the time | ☐₁ |

22. Have you been under or felt you were under any strain, stress, or pressure during the past week?

| | |
| --- | --- |
| Yes - almost more than I could bear or stand | ☐₁ |
| Yes - quite a bit of pressure | ☐₂ |
| Yes, some - more than usual | ☐₃ |
| Yes, some - but about usual | ☐₄ |
| Yes - a little | ☐₅ |
| Not at all | ☐₆ |

2004-03-24

295

CONFIDENTIAL
AZSER12776967

AstraZeneca

Page 187

| Study code D1447C00127 | Subj initials | E code LE_____ |
|---|---|---|

Visit No. V17

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)    CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-03-24

296

CONFIDENTIAL
AZSER12776968

AstraZeneca

Page 188

Study Code D1447C00127 | Subj initials | E code |E| | | | | | |

Visit No. V17

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment | 2 0 | | | | | | |
year    mm    dd

 1.  Apparent sadness    ⌐⌐

 2.  Reported sadness    ⌐⌐

 3.  Inner tension    ⌐⌐

 4.  Reduced sleep    ⌐⌐

 5.  Reduced appetite    ⌐⌐

 6.  Concentration difficulties    ⌐⌐

 7.  Lassitude    ⌐⌐

 8.  Inability to feel    ⌐⌐

 9.  Pessimistic thoughts    ⌐⌐

10.  Suicidal thoughts    ⌐⌐

Rater's initials

2004-03-24

CONFIDENTIAL
AZSER12776969

| AstraZeneca | Page 189 |
|---|---|

| Study code D1447C00127 | Subj initials | E code | E | | | | | | | |
|---|---|---|---|

Visit No. V17

## Positive Syndrome Sub Scale                                    PANSS

**Positive Subscale**

**P1.**  Delusions                          ⌐_⌐

**P2.**  Conceptual disorganization          ⌐_|

**P3.**  Hallucinatory behavior              ⌐_⌐

**P4.**  Excitement                          ⌐_⌐

**P5.**  Grandiosity                         ⌐_⌐

**P6.**  Suspiciousness/persecution          ⌐_⌐

**P7.**  Hostility                           ⌐_⌐

| Rater's initials |
|---|
|  |

2004-03-24

298

CONFIDENTIAL
AZSER12776970

AstraZeneca

Page 190

Study Code D1447C00127        Subj initials .............        E code |E_|_|_|_|_|_|_|

Visit No. V17

**Young Mania Rating Scale**                                                     **YMRS**

Date of assessment    |2|0|_|_|_|_|_|_|
                        year      mm      dd

1.  Elevated Mood                      |_|
2.  Increased Motor Activity - Energy  |_|
3.  Sexual Interest                    |_|
4.  Sleep                              |_|
5.  Irritability                       |_|
6.  Speech (Rate and Amount)           |_|
7.  Language - Thought Disorder        |_|
8.  Content                            |_|
9.  Disruptive - Aggressive Behavior   |_|
10. Appearance                         |_|
11. Insight                            |_|

| Rater's initials |
|---|

2004-03-24

299

CONFIDENTIAL
AZSER12776971

AstraZeneca

Page 191

| Study Code D1447C00127 | Subj initials | E code |E | | | | | |
|---|---|---|

Visit No. V17

**Abnormal Involuntary Movement Scale**

**AIMS**

**Facial and oral movements**

1. Muscles of facial expression ☐

2. Lips and perioral area ☐

3. Jaw ☐

4. Tongue ☐

**Extremity movements**

5. Upper (arms, wrists, hands, fingers) ☐

6. Lower (legs, knees, ankles, toes) ☐

**Trunk movements**

7. Neck, shoulders, hip ☐

**Global judgements**

8. Severity of abnormal movements ☐

9. Incapacitation due to abnormal movements ☐

10. Subject's awareness of abnormal movements ☐

Rater's initials

2004-03-24

300

CONFIDENTIAL
AZSER12776972

AstraZeneca

| Study Code D1447C00127 | Subj initials . . . . . | E code |E|_|_|_|_|_|_|_| |

Visit No. V17

## Barnes Akathisia Rating Scale

**BARS**

1. Objective ☐

2. Subjective awareness of restlessness ☐

3. Subjective distress related to restlessness ☐

4. Global clinical assessment of akathisia ☐

Rater's initials

## Simpson-Angus Scale

**SAS**

1. Gait ☐

2. Arm dropping ☐

3. Shoulder shaking ☐

4. Elbow rigidity ☐

5. Wrist rigidity ☐

6. Head rotation ☐

7. Glabella tap ☐

8. Tremor ☐

9. Salivation ☐

10. Akathisia ☐

Rater's initials

2004-03-24

301

CONFIDENTIAL
AZSER12776973