AstraZeneca                                                          Page 193

Study code D1447C00127          Subj initials  . . . . . .    E code  |E_|__|__|__|__|__|

Visit No. V18

## Visit                                                              **VISIT**

Visit date  |2_|0_|__|__|__|__|
             year      mm      dd

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)    **CGI_BP**

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-03-24

302

CONFIDENTIAL
AZSER12776974

AstraZeneca ⚕

Page 194

| Study code D1447C00127 | Subj initials | E code |E|_|_|_|_|_|_| |

Visit No. V18

## Laboratory Assessments

**LAB1**

Blood samples have been collected

No ☐ 0    Yes ☐ 1

Sampling date |2|0|_|_|_|_|_|
year    mm    dd

┌─────────────────────┐
│   Sample ID         │
├─────────────────────┤
│   Attach            │
│   Sample ID label   │
│   here              │
└─────────────────────┘

Sampling time |_|_|:|_|_|
24-hour clock

AstraZeneca use only
Laboratory ID    |_|_|_|

2004-03-24

303

CONFIDENTIAL
AZSER12776975

AstraZeneca                                                                    Page 195

| Study code D1447C00127 | Subj initials . . . . . . . . . . | E code |E| | | | | | | |

Visit No. V18

## Sheehan Disability Scale                                                     **SDS**

**Disability Scale**
**Work/School**                                              |__|__|

I have not worked/studied at all during the past week for      |__|
reasons unrelated to disorder

**Social Life**                                              |__|__|

**Family Life/Home Responsibilities**                       |__|__|


**DAYS LOST**            Days        |__|__|

**DAYS UNDERPRODUCTIVE**  Days        |__|__|

2004-03-24

304

CONFIDENTIAL
AZSER12776976

AstraZeneca

Page 196.01

Study Code D1447C00127          Subj initials ......          E code |E| | | | | | |

Visit No. V18

## Psychological General Well-Being Schedule (PGWB)                PGWB

### This CRF page should not be handed to the Subject

1.  How have you been feeling in general during the past week?

    In excellent spirits                                    ☐6

    In very good spirits                                    ☐5

    In good spirits mostly                                  ☐4

    I have been up and down in spirits a lot                ☐3

    In low spirits mostly                                   ☐2

    In very low spirits                                     ☐1

2.  How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

    Every day                                              ☐1

    Almost every day                                       ☐2

    About half the time                                    ☐3

    Now and then, but less than half the time              ☐4

    Rarely                                                 ☐5

    None of the time                                       ☐6

3.  Did you feel depressed during the past week?

    Yes - to the point that I felt like taking my life     ☐1

    Yes - to the point that I did not care about anything  ☐2

    Yes - very depressed almost every day                  ☐3

    Yes - quite depressed several times                    ☐4

    Yes - a little depressed now and then                  ☐5

    No - never felt depressed at all                       ☐6

continues

2004-03-24

305

CONFIDENTIAL
AZSER12776977

AstraZeneca

Page 196.02

Study Code D1447C00127 | Subj initials | E code |E| | | | | | |

Visit No. V18

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

Yes, definitely so ☐6

Yes, for the most part ☐5

Generally so ☐4

Not too well ☐3

No, and I am somewhat disturbed ☐2

No, and I am very disturbed ☐1

5.  Have you been bothered by nervousness or your "nerves" during the past week?

Extremely so - to the point where I could not work or take care of things ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little ☐5

Not at all ☐6

6.  How much energy, pep, or vitality did you have or feel during the past week?

Very full of energy - lots of pep ☐6

Fairly energetic most of the time ☐5

My energy level varied quite a bit ☐4

Generally low in energy or pep ☐3

Very low in energy or pep most of the time ☐2

No energy or pep at all - I felt drained, sapped ☐1

continues

2004-03-24

306

CONFIDENTIAL
AZSER12776978

AstraZeneca

Page 196.03

| Study Code D1447C00127 | Subj initials ................ | E code LE ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ |

Visit No. V18

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

7.  I felt downhearted and blue during the past week?.

| None of the time | ☐6 |
| A little of the time | ☐5 |
| Some of the time | ☐4 |
| A good bit of the time | ☐3 |
| Most of the time | ☐2 |
| All of the time | ☐1 |

8.  Were you generally tense or did you feel any tension during the past week?

| Yes - extremely tense, most or all of the time | ☐1 |
| Yes - very tense most of the time | ☐2 |
| Not generally tense, but did feel fairly tense several times | ☐3 |
| I felt a little tense a few times | ☐4 |
| My general tension level was quite low | ☐5 |
| I never felt tense or any tension at all | ☐6 |

9.  How happy, satisfied, or pleased have you been with your personal life during the past week?

| Extremely happy - could not have been more satisfied or pleased | ☐6 |
| Very happy most of the time | ☐5 |
| Generally satisfied - pleased | ☐4 |
| Sometime fairly happy, sometimes fairly unhappy | ☐3 |
| Generally dissatisfied, unhappy | ☐2 |
| Very dissatisfied or unhappy most or all of the time | ☐1 |

continues

2004-03-24

CONFIDENTIAL
AZSER12776979

AstraZeneca

Page 196.04

| Study Code D1447C00127 | Subj initials .... .... .... | E code  E |_|_|_|_|_|_| |

Visit No. V18

## Psychological General Well-Being Schedule (PGWB), continued.   **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

Yes - definitely so ☐6

For the most part ☐5

Health problems limited me in some important ways ☐4

I was only healthy enough to take care of myself ☐3

I needed some help in taking care of myself ☐2

I needed someone to help me with most or all of the things I had to do ☐1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

Extremely so - to the point that I have just about given up ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

12. I woke up feeling fresh and rested during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-03-24

308

CONFIDENTIAL
AZSER12776980

AstraZeneca                                                          Page 196.05

| Study Code D1447C00127 | Subj initials | E code | E | | | | | | | |

Visit No. V18

## Psychological General Well-Being Schedule (PGWB), continued            **PGWB**

13. Have you been concerned, worried, or had any fears about your health during the past week?

Extremely so                               ☐₁

Very much so                               ☐₂

Quite a bit                                ☐₃

Some, but not a lot                        ☐₄

Practically never                          ☐₅

Not at all                                 ☐₆

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

Not at all                                 ☐₆

Only a little                              ☐₅

Some - but not enough to be concerned or worried about        ☐₄

Some and I have been a little concerned    ☐₃

Some and I am quite concerned              ☐₂

Yes, very much so and I am very concerned  ☐₁

15. My daily life was full of things that were interesting to me  during the past week?

None of the time                           ☐₁

A little of the time                       ☐₂

Some of the time                           ☐₃

A good bit of the time                     ☐₄

Most of the time                           ☐₅

All of the time                            ☐₆

continues

2004-03-24

309

CONFIDENTIAL
AZSER12776981

AstraZeneca                                                          Page 196.06

Study Code D1447C00127        Subj initials                E code  E |   |   |   |   |   |   |

Visit No. V18

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

Very active, vigorous every day                                    ☐ 6
Mostly active, vigorous - never really dull, sluggish              ☐ 5
Fairly active, vigorous - seldom dull, sluggish                    ☐ 4
Fairly dull, sluggish - seldom active, vigorous                    ☐ 3
Mostly dull, sluggish - never really active, vigorous             ☐ 2
Very dull, sluggish every day                                      ☐ 1

17. Have you been anxious, worried, or upset during the past week?

Extremely so - to the point of being sick or almost sick           ☐ 1
Very much so                                                        ☐ 2
Quite a bit                                                         ☐ 3
Some - enough to bother me                                         ☐ 4
A little bit                                                        ☐ 5
Not at all                                                          ☐ 6

18. I was emotionally stable and sure of myself during the past week?

None of the time                                                   ☐ 1
A little of the time                                               ☐ 2
Some of the time                                                   ☐ 3
A good bit of the time                                             ☐ 4
Most of the time                                                   ☐ 5
All of the time                                                    ☐ 6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

Felt relaxed and at ease the last week                             ☐ 6
Felt relaxed and at ease most of the time                         ☐ 5
Generally felt relaxed but at times felt fairly high strung        ☐ 4
Generally felt high strung but at times felt fairly relaxed        ☐ 3
Felt high strung, tight, or keyed-up most of the time             ☐ 2
Felt high strung, tight, or keyed-up the last week                ☐ 1

continues

2004-03-24

310

CONFIDENTIAL
AZSER12776982

AstraZeneca

Page 196.07

| Study Code D1447C00127 | Subj initials | E code | E | | | | | | | |

Visit No. V18

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

20. I felt cheerful, lighthearted during the past week?

| | |
|---|---|
| None of the time | ☐1 |
| A little of the time | ☐2 |
| Some of the time | ☐3 |
| A good bit of the time | ☐4 |
| Most of the time | ☐5 |
| All of the time | ☐6 |

21. I felt tired, worn out, used up, or exhausted during the past week?

| | |
|---|---|
| None of the time | ☐6 |
| A little of the time | ☐5 |
| Some of the time | ☐4 |
| A good bit of the time | ☐3 |
| Most of the time | ☐2 |
| All of the time | ☐1 |

22. Have you been under or felt you were under any strain, stress, or pressure during the past week?

| | |
|---|---|
| Yes - almost more than I could bear or stand | ☐1 |
| Yes - quite a bit of pressure | ☐2 |
| Yes, some - more than usual | ☐3 |
| Yes, some - but about usual | ☐4 |
| Yes - a little | ☐5 |
| Not at all | ☐6 |

2004-03-24

311

CONFIDENTIAL
AZSER12776983

AstraZeneca

Page 197

| Study Code D1447C00127 | Subj initials | E code E |

Visit No. V18

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment ⊔2⊔0⊔ ⊔ ⊔ ⊔ ⊔
year    mm    dd

1. Apparent sadness ⊔⊔

2. Reported sadness ⊔⊔

3. Inner tension ⊔⊔

4. Reduced sleep ⊔⊔

5. Reduced appetite ⊔⊔

6. Concentration difficulties ⊔⊔

7. Lassitude ⊔⊔

8. Inability to feel ⊔⊔

9. Pessimistic thoughts ⊔⊔

10. Suicidal thoughts ⊔⊔

Rater's initials

2004-03-24

312

CONFIDENTIAL
AZSER12776984

AstraZeneca                                                    Page 198

Study Code D1447C00127        Subj initials        E code |E| | | | | |

Visit No. V18

## Young Mania Rating Scale                                    **YMRS**

Date of assessment        |2|0| | | | | | |
                              year      mm    dd

1.   Elevated Mood                              |__|

2.   Increased Motor Activity - Energy          |__|

3.   Sexual Interest                            |__|

4.   Sleep                                      |__|

5.   Irritability                              |__|

6.   Speech (Rate and Amount)                  |__|

7.   Language - Thought Disorder               |__|

8.   Content                                    |__|

9.   Disruptive - Aggressive Behavior          |__|

10.  Appearance                                |__|

11.  Insight                                   |__|

┌─────────────────────┐
│ Rater's initials    │
│                     │
└─────────────────────┘

2004-03-24

313

CONFIDENTIAL
AZSER12776985

AstraZeneca

Page 199

| Study code D1447C00127 | Subj initials | E code | E |
|---|---|---|---|

Visit No. V19

**Visit**                                                                    **VISIT**

Visit date | 2 | 0 | | | | |
year    mm    dd

---

**Vital Signs, Weight**                                                     **VIT**

Assm    Protocol
No.     schedule

1    Supine
     (0 minutes)    Blood pressure | | | | / | | | | mmHg        Pulse | | | | beats/min
                                    systolic     diastolic

2    Standing
     (2 minutes)    Blood pressure | | | | / | | | | mmHg        Pulse | | | | beats/min
                                    systolic     diastolic

Weight          | | | | . | | kg

2004-03-24

314

CONFIDENTIAL
AZSER12776986

AstraZeneca

Page 200

| Study code D1447C00127 | Subj initials | E code E |  |  |  |  |  |  |

Visit No. V19

## Laboratory Assessments

LAB1

Blood samples have been collected

No ☐ 0    Yes ☐ 1

Sampling date    | 2 | 0 | | | | | |
year    mm    dd

Sampling time    | | | : | | |
24-hour clock

Sample ID

Attach
Sample ID label
here

AstraZeneca use only

Laboratory ID    | | | | |

## Meals

MEAL

Date of last meal    | 2 | 0 | | | | | |
year    mm    dd

Time of last meal    | | | : | | |
24-hour clock

2004-03-24

315

CONFIDENTIAL
AZSER12776987

AstraZeneca

| Study code D1447C00127 | Subj initials | E code |E |_|_|_|_|_|_| |
|---|---|---|

Visit No. V19

## Sheehan Disability Scale

SDS

**Disability Scale**

**Work/School** |_|_|

I have not worked/studied at all during the past week for reasons unrelated to disorder |_|

**Social Life** |_|_|

**Family Life/Home Responsibilities** |_|_|

**DAYS LOST** Days |_|_|

**DAYS UNDERPRODUCTIVE** Days |_|_|

2004-03-24

CONFIDENTIAL
AZSER12776988

AstraZeneca                                                                    Page 202.01

Study Code D1447C00127        Subj initials ...............        E code E⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐

                              Visit No. V19

## Psychological General Well-Being Schedule (PGWB)                    PGWB

### This CRF page should not be handed to the Subject

1.  How have you been feeling in general during the past week?

    In excellent spirits                                    ☐6

    In very good spirits                                    ☐5

    In good spirits mostly                                  ☐4

    I have been up and down in spirits a lot                ☐3

    In low spirits mostly                                   ☐2

    In very low spirits                                     ☐1

2.  How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

    Every day                                              ☐1

    Almost every day                                       ☐2

    About half the time                                    ☐3

    Now and then, but less than half the time              ☐4

    Rarely                                                 ☐5

    None of the time                                       ☐6

3.  Did you feel depressed during the past week?

    Yes - to the point that I felt like taking my life     ☐1

    Yes - to the point that I did not care about anything  ☐2

    Yes - very depressed almost every day                  ☐3

    Yes - quite depressed several times                    ☐4

    Yes - a little depressed now and then                  ☐5

    No - never felt depressed at all                       ☐6

                                                           continues

                                                           2004-03-24

CONFIDENTIAL
AZSER12776989

AstraZeneca

Study Code D1447C00127          Subj initials ................          E code  |E|_|_|_|_|_|_|

Visit No. V19

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

    Yes, definitely so                                        ☐6

    Yes, for the most part                                    ☐5

    Generally so                                              ☐4

    Not too well                                              ☐3

    No, and I am somewhat disturbed                           ☐2

    No, and I am very disturbed                               ☐1

5.  Have you been bothered by nervousness or your "nerves" during the past week?

    Extremely so - to the point where I could not work or take care of things          ☐1

    Very much so                                              ☐2

    Quite a bit                                               ☐3

    Some - enough to bother me                                ☐4

    A little                                                  ☐5

    Not at all                                                ☐6

6.  How much energy, pep, or vitality did you have or feel during the past week?

    Very full of energy - lots of pep                         ☐6

    Fairly energetic most of the time                         ☐5

    My energy level varied quite a bit                        ☐4

    Generally low in energy or pep                            ☐3

    Very low in energy or pep most of the time                ☐2

    No energy or pep at all - I felt drained, sapped          ☐1

continues

2004-03-24

318

CONFIDENTIAL
AZSER12776990

AstraZeneca

Page 202.03

| Study Code D1447C00127 | Subj initials | E code L E |
|---|---|---|
| | Visit No. V19 | |

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

7.  I felt downhearted and blue during the past week?.

| | |
|---|---|
| None of the time | ☐ 6 |
| A little of the time | ☐ 5 |
| Some of the time | ☐ 4 |
| A good bit of the time | ☐ 3 |
| Most of the time | ☐ 2 |
| All of the time | ☐ 1 |

8.  Were you generally tense or did you feel any tension during the past week?

| | |
|---|---|
| Yes - extremely tense, most or all of the time | ☐ 1 |
| Yes - very tense most of the time | ☐ 2 |
| Not generally tense, but did feel fairly tense several times | ☐ 3 |
| I felt a little tense a few times | ☐ 4 |
| My general tension level was quite low | ☐ 5 |
| I never felt tense or any tension at all | ☐ 6 |

9.  How happy, satisfied, or pleased have you been with your personal life during the past week?

| | |
|---|---|
| Extremely happy - could not have been more satisfied or pleased | ☐ 6 |
| Very happy most of the time | ☐ 5 |
| Generally satisfied - pleased | ☐ 4 |
| Sometime fairly happy, sometimes fairly unhappy | ☐ 3 |
| Generally dissatisfied, unhappy | ☐ 2 |
| Very dissatisfied or unhappy most or all of the time | ☐ 1 |

continues

2004-03-24

CONFIDENTIAL
AZSER12776991

AstraZeneca

Page 202.04

| Study Code D1447C00127 | Subj initials | E code |E| | | | | | | |
|---|---|---|

Visit No. V19

## Psychological General Well-Being Schedule (PGWB), continued.    **PGWB**

10.  Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

Yes - definitely so ☐6

For the most part ☐5

Health problems limited me in some important ways ☐4

I was only healthy enough to take care of myself ☐3

I needed some help in taking care of myself ☐2

I needed someone to help me with most or all of the things I had to do ☐1

11.  Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

Extremely so - to the point that I have just about given up ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

12.  I woke up feeling fresh and rested during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-03-24

320

CONFIDENTIAL
AZSER12776992

AstraZeneca ⚕                                                    Page 202.05

| Study Code D1447C00127 | Subj initials | E code |E| | | | | | |

Visit No. V19

## Psychological General Well-Being Schedule (PGWB), continued        **PGWB**

13. Have you been concerned, worried, or had any fears about your health during the past week?

| | |
|---|---|
| Extremely so | ☐₁ |
| Very much so | ☐₂ |
| Quite a bit | ☐₃ |
| Some, but not a lot | ☐₄ |
| Practically never | ☐₅ |
| Not at all | ☐₆ |

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

| | |
|---|---|
| Not at all | ☐₆ |
| Only a little | ☐₅ |
| Some - but not enough to be concerned or worried about | ☐₄ |
| Some and I have been a little concerned | ☐₃ |
| Some and I am quite concerned | ☐₂ |
| Yes, very much so and I am very concerned | ☐₁ |

15. My daily life was full of things that were interesting to me  during the past week?

| | |
|---|---|
| None of the time | ☐₁ |
| A little of the time | ☐₂ |
| Some of the time | ☐₃ |
| A good bit of the time | ☐₄ |
| Most of the time | ☐₅ |
| All of the time | ☐₆ |

continues

2004-03-24

321

CONFIDENTIAL
AZSER12776993

AstraZeneca

Page 202.06

Study Code D1447C00127          Subj initials . . . . . . . . .          E code |E !_|_|_|_|_|_|_|

Visit No. V19

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

Very active, vigorous every day                                        ☐6

Mostly active, vigorous - never really dull, sluggish                  ☐5

Fairly active, vigorous - seldom dull, sluggish                        ☐4

Fairly dull, sluggish - seldom active, vigorous                        ☐3

Mostly dull, sluggish - never really active, vigorous                  ☐2

Very dull, sluggish every day                                          ☐1

17. Have you been anxious, worried, or upset during the past week?

Extremely so - to the point of being sick or almost sick               ☐1

Very much so                                                           ☐2

Quite a bit                                                            ☐3

Some - enough to bother me                                            ☐4

A little bit                                                          ☐5

Not at all                                                            ☐6

18. I was emotionally stable and sure of myself during the past week?

None of the time                                                      ☐1

A little of the time                                                  ☐2

Some of the time                                                      ☐3

A good bit of the time                                                ☐4

Most of the time                                                      ☐5

All of the time                                                       ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

Felt relaxed and at ease the last week                                ☐6

Felt relaxed and at ease most of the time                             ☐5

Generally felt relaxed but at times felt fairly high strung           ☐4

Generally felt high strung but at times felt fairly relaxed           ☐3

Felt high strung, tight, or keyed-up most of the time                 ☐2

Felt high strung, tight, or keyed-up the last week                    ☐1

continues

2004-03-24

322

CONFIDENTIAL
AZSER12776994

AstraZeneca

Page 202.07

| Study Code D1447C00127 | Subj initials | E code | E |
|---|---|---|---|

Visit No. V19

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

20. I felt cheerful, lighthearted during the past week?

| | |
|---|---|
| None of the time | □ 1 |
| A little of the time | □ 2 |
| Some of the time | □ 3 |
| A good bit of the time | □ 4 |
| Most of the time | □ 5 |
| All of the time | □ 6 |

21. I felt tired, worn out, used up, or exhausted during the past week?

| | |
|---|---|
| None of the time | □ 6 |
| A little of the time | □ 5 |
| Some of the time | □ 4 |
| A good bit of the time | □ 3 |
| Most of the time | □ 2 |
| All of the time | □ 1 |

22. Have you been under or felt you were under any strain, stress, or pressure during the past week?

| | |
|---|---|
| Yes - almost more than I could bear or stand | □ 1 |
| Yes - quite a bit of pressure | □ 2 |
| Yes, some - more than usual | □ 3 |
| Yes, some - but about usual | □ 4 |
| Yes - a little | □ 5 |
| Not at all | □ 6 |

2004-03-24

323

CONFIDENTIAL
AZSER12776995

AstraZeneca

Page 203

| Study code D1447C00127 | Subj initials | E code |E| | | | | | |

Visit No. V19

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)   CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-03-24

324

CONFIDENTIAL
AZSER12776996

AstraZeneca

Page 204

| Study Code D1447C00127 | Subj initials | E code E | | | | | | |
|---|---|---|

Visit No. V19

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment  | 2 | 0 | | | | | | |
year    mm    dd

1. Apparent sadness  └┘
2. Reported sadness  └┘
3. Inner tension  └┘
4. Reduced sleep  └┘
5. Reduced appetite  └┘
6. Concentration difficulties  └┘
7. Lassitude  └┘
8. Inability to feel  └┘
9. Pessimistic thoughts  └┘
10. Suicidal thoughts  └┘

Rater's initials

2004-03-24

325

CONFIDENTIAL
AZSER12776997

AstraZeneca

Page 205

| Study code D1447C00127 | Subj initials | E code |E |_|_|_|_|_|_| |

Visit No. V19

## Positive Syndrome Sub Scale

PANSS

### Positive Subscale

**P1.** Delusions ☐

**P2.** Conceptual disorganization ☐

**P3.** Hallucinatory behavior ☐

**P4.** Excitement ☐

**P5.** Grandiosity ☐

**P6.** Suspiciousness/persecution ☐

**P7.** Hostility ☐

Rater's Initials

2004-03-24

CONFIDENTIAL
AZSER12776998

AstraZeneca

Page 206

| Study Code D1447C00127 | Subj initials | E code | E |
|---|---|---|---|

Visit No. V19

## Young Mania Rating Scale

YMRS

Date of assessment      | 2 : 0 |   |   |   |
year      mm      dd

1.  Elevated Mood                              |  |
2.  Increased Motor Activity - Energy          |  |
3.  Sexual Interest                            |  |
4.  Sleep                                      |  |
5.  Irritability                              |  |
6.  Speech (Rate and Amount)                   |  |
7.  Language - Thought Disorder                |  |
8.  Content                                    |  |
9.  Disruptive - Aggressive Behavior           |  |
10. Appearance                                 |  |
11. Insight                                    |  |

Rater's initials

2004-03-24

327

CONFIDENTIAL
AZSER12776999

AstraZeneca

Page 207

| Study Code D1447C00127 | Subj initials | E code |E| | | | | | | |
|---|---|---|

Visit No. V19

## Abnormal Involuntary Movement Scale

AIMS

**Facial and oral movements**

1. Muscles of facial expression  ☐

2. Lips and perioral area  ☐

3. Jaw  ☐

4. Tongue  ☐

**Extremity movements**

5. Upper (arms, wrists, hands, fingers)  ☐

6. Lower (legs, knees, ankles, toes)  ☐

**Trunk movements**

7. Neck, shoulders, hip  ☐

**Global judgements**

8. Severity of abnormal movements  ☐

9. Incapacitation due to abnormal movements  ☐

10. Subject's awareness of abnormal movements  ☐

Rater's initials

2004-03-24

328

CONFIDENTIAL
AZSER12777000

AstraZeneca

Page 208

| Study Code D1447C00127 | Subj initials | E code  L E _ I___I___I___I___I___I |

Visit No. V19

## Barnes Akathisia Rating Scale

**BARS**

1. Objective

2. Subjective awareness of restlessness

3. Subjective distress related to restlessness

4. Global clinical assessment of akathisia

Rater's initials

## Simpson-Angus Scale

**SAS**

1.   Gait

2.   Arm dropping

3.   Shoulder shaking

4.   Elbow rigidity

5.   Wrist rigidity

6.   Head rotation

7.   Glabella tap

8.   Tremor

9.   Salivation

10.  Akathisia

Rater's initials

2004-03-24

329

CONFIDENTIAL
AZSER12777001

**AstraZeneca**

Page 209

| Study code D1447C00127 | Subj initials | E code E |_|_|_|_|_|_| |
|---|---|---|

Visit No. V20

## Visit

**VISIT**

Visit date |2|0|_|_|_|_|_|_|
year    mm    dd

---

### Clinical Global Impression, Bipolar (Randomized Treatment Phase)

**CGI_BP**

**I. Severity of Illness**

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

**II. Change from Preceding Phase**

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-03-24

CONFIDENTIAL
AZSER12777002

AstraZeneca

Page 210

| Study code D1447C00127 | Subj initials | E code [E |
|---|---|---|

Visit No. V20

## Laboratory Assessments

**LAB1**

Blood samples have been collected

No □₀   Yes □₁

Sampling date  [2｜0｜ ｜ ｜ ｜ ｜ ]
year    mm    dd

Sampling time  [ ｜ ｜ : ｜ ｜ ]
24-hour clock

```
┌─────────────────────┐
│                     │
│     Sample ID       │
│                     │
├─────────────────────┤
│                     │
│      Attach          │
│   Sample ID label    │
│       here           │
│                     │
└─────────────────────┘
```

AstraZeneca use only

Laboratory ID  [ ｜ ｜ ｜ ]

2004-03-24

331

CONFIDENTIAL
AZSER12777003

AstraZeneca                                                      Page 211

Study code D1447C00127          Subj initials          E code [E ⎵ ⎵ ⎵ ⎵ ⎵ ⎵ ]

Visit No. V20

## Sheehan Disability Scale                                      SDS

**Disability Scale**
**Work/School**                                    ⎵ ⎵

   have not worked/studied at all during the past week for    ☐ ₁
   reasons unrelated to disorder

**Social Life**                                    ⎵ ⎵

**Family Life/Home Responsibilities**              ⎵ ⎵

**DAYS LOST**              Days        ⎵ ⎵

**DAYS UNDERPRODUCTIVE**   Days        ⎵ ⎵

2004-03-24

332

CONFIDENTIAL
AZSER12777004

AstraZeneca

Page 212.01

Study Code D1447C00127     Subj initials _ _ _ _ _     E code |E|_|_|_|_|_|_|_|

Visit No. V20

## Psychological General Well-Being Schedule (PGWB)     **PGWB**

### This CRF page should not be handed to the Subject

1.  How have you been feeling in general during the past week?

    In excellent spirits                               ☐6

    In very good spirits                               ☐5

    In good spirits mostly                             ☐4

    I have been up and down in spirits a lot           ☐3

    In low spirits mostly                              ☐2

    In very low spirits                                ☐1

2.  How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

    Every day                                          ☐1

    Almost every day                                   ☐2

    About half the time                                ☐3

    Now and then, but less than half the time          ☐4

    Rarely                                             ☐5

    None of the time                                   ☐6

3.  Did you feel depressed during the past week?

    Yes - to the point that I felt like taking my life    ☐1

    Yes - to the point that I did not care about anything ☐2

    Yes - very depressed almost every day              ☐3

    Yes - quite depressed several times                ☐4

    Yes - a little depressed now and then              ☐5

    No - never felt depressed at all                   ☐6

continues

2004-03-24

333

CONFIDENTIAL
AZSER12777005

AstraZeneca ⚓                                                    Page 212.02

| Study Code D1447C00127 | Subj initials | E code | E |   |   |   |   |   |   |
|---|---|---|

Visit No. V20

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

    Yes, definitely so                                          ☐6

    Yes, for the most part                                      ☐5

    Generally so                                                ☐4

    Not too well                                                ☐3

    No, and I am somewhat disturbed                             ☐2

    No. and I am very disturbed                                 ☐1

5.  Have you been bothered by nervousness or your "nerves" during the past week?

    Extremely so - to the point where I could not work or take care of things   ☐1

    Very much so                                                ☐2

    Quite a bit                                                 ☐3

    Some - enough to bother me                                  ☐4

    A little                                                    ☐5

    Not at all                                                  ☐6

6.  How much energy, pep, or vitality did you have or feel during the past week?

    Very full of energy - lots of pep                           ☐6

    Fairly energetic most of the time                           ☐5

    My energy level varied quite a bit                          ☐4

    Generally low in energy or pep                              ☐3

    Very low in energy or pep most of the time                  ☐2

    No energy or pep at all - I felt drained, sapped            ☐1

                                                            continues

                                                            2004-03-24

CONFIDENTIAL
AZSER12777006

AstraZeneca                                           Page 212.03

| Study Code D1447C00127 | Subj initials | E code $\lfloor E \rfloor$ |
|---|---|---|

Visit No. V20

## Psychological General Well-Being Schedule (PGWB), continued   PGWB

7.  I felt downhearted and blue during the past week?.

None of the time                    ☐ 6

A little of the time                ☐ 5

Some of the time                    ☐ 4

A good bit of the time              ☐ 3

Most of the time                    ☐ 2

All of the time                     ☐ 1

8.  Were you generally tense or did you feel any tension during the past week?

Yes - extremely tense, most or all of the time           ☐ 1

Yes - very tense most of the time                        ☐ 2

Not generally tense, but did feel fairly tense several times   ☐ 3

I felt a little tense a few times                        ☐ 4

My general tension level was quite low                   ☐ 5

I never felt tense or any tension at all                 ☐ 6

9.  How happy, satisfied, or pleased have you been with your personal life during the past week?

Extremely happy - could not have been more satisfied or pleased   ☐ 6

Very happy most of the time                              ☐ 5

Generally satisfied - pleased                            ☐ 4

Sometime fairly happy, sometimes fairly unhappy          ☐ 3

Generally dissatisfied, unhappy                          ☐ 2

Very dissatisfied or unhappy most or all of the time     ☐ 1

continues

2004-03-24

CONFIDENTIAL
AZSER12777007

AstraZeneca

Page 212.04

| Study Code D1447C00127 | Subj initials | E code |E| | | | | | | |
|---|---|---|

Visit No. V20

## Psychological General Well-Being Schedule (PGWB), continued.          PGWB

10.  Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

Yes - definitely so ☐6

For the most part ☐5

Health problems limited me in some important ways ☐4

I was only healthy enough to take care of myself ☐3

I needed some help in taking care of myself ☐2

I needed someone to help me with most or all of the things I had to do ☐1

11.  Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

Extremely so - to the point that I have just about given up ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

12.  I woke up feeling fresh and rested during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-03-24

336

CONFIDENTIAL
AZSER12777008

AstraZeneca

Page 212.05

Study Code D1447C00127       Subj initials . . . . . . . . . .       E code |E|__|__|__|__|__|

Visit No. V20

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

13. Have you been concerned, worried, or had any fears about your health during the past week?

| | |
|---|---|
| Extremely so | ☐1 |
| Very much so | ☐2 |
| Quite a bit | ☐3 |
| Some, but not a lot | ☐4 |
| Practically never | ☐5 |
| Not at all | ☐6 |

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

| | |
|---|---|
| Not at all | ☐6 |
| Only a little | ☐5 |
| Some - but not enough to be concerned or worried about | ☐4 |
| Some and I have been a little concerned | ☐3 |
| Some and I am quite concerned | ☐2 |
| Yes, very much so and I am very concerned | ☐1 |

15. My daily life was full of things that were interesting to me  during the past week?

| | |
|---|---|
| None of the time | ☐1 |
| A little of the time | ☐2 |
| Some of the time | ☐3 |
| A good bit of the time | ☐4 |
| Most of the time | ☐5 |
| All of the time | ☐6 |

continues

2004-03-24

CONFIDENTIAL
AZSER12777009

AstraZeneca

Page 212.06

| Study Code D1447C00127 | Subj initials | E code |
|---|---|---|

Visit No. V20

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

Very active, vigorous every day ☐6
Mostly active, vigorous - never really dull, sluggish ☐5
Fairly active, vigorous - seldom dull, sluggish ☐4
Fairly dull, sluggish - seldom active, vigorous ☐3
Mostly dull, sluggish - never really active, vigorous ☐2
Very dull, sluggish every day ☐1

17. Have you been anxious, worried, or upset during the past week?

Extremely so - to the point of being sick or almost sick ☐1
Very much so ☐2
Quite a bit ☐3
Some - enough to bother me ☐4
A little bit ☐5
Not at all ☐6

18. I was emotionally stable and sure of myself during the past week?

None of the time ☐1
A little of the time ☐2
Some of the time ☐3
A good bit of the time ☐4
Most of the time ☐5
All of the time ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

Felt relaxed and at ease the last week ☐6
Felt relaxed and at ease most of the time ☐5
Generally felt relaxed but at times felt fairly high strung ☐4
Generally felt high strung but at times felt fairly relaxed ☐3
Felt high strung, tight, or keyed-up most of the time ☐2
Felt high strung, tight, or keyed-up the last week ☐1

continues

2004-03-24

338

CONFIDENTIAL
AZSER12777010

AstraZeneca

Page 212.07

| Study Code D1447C00127 | Subj initials | E code LE |
|---|---|---|

Visit No. V20

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

20. I felt cheerful, lighthearted during the past week?

None of the time ☐1
A little of the time ☐2
Some of the time ☐3
A good bit of the time ☐4
Most of the time ☐5
All of the time ☐6

21. I felt tired, worn out, used up, or exhausted during the past week?

None of the time ☐6
A little of the time ☐5
Some of the time ☐4
A good bit of the time ☐3
Most of the time ☐2
All of the time ☐1

22. Have you been under or felt you were under any strain, stress, or pressure during the past week?

Yes - almost more than I could bear or stand ☐1
Yes - quite a bit of pressure ☐2
Yes, some - more than usual ☐3
Yes, some - but about usual ☐4
Yes - a little ☐5
Not at all ☐6

2004-03-24

339

CONFIDENTIAL
AZSER12777011

AstraZeneca

Page 213

| Study Code D1447C00127 | Subj initials | E code E |
| --- | --- | --- |

Visit No. V20

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment    | 2 | 0 | | | | | |
year        mm      dd

1.  Apparent sadness

2.  Reported sadness

3.  Inner tension

4.  Reduced sleep

5.  Reduced appetite

6.  Concentration difficulties

7.  Lassitude

8.  Inability to feel

9.  Pessimistic thoughts

10. Suicidal thoughts

Rater's initials

2004-03-24

340

CONFIDENTIAL
AZSER12777012

AstraZeneca

Page 214

Study Code D1447C00127          Subj initials             E code |E|_|_|_|_|_|_|

Visit No. V20

## Young Mania Rating Scale                                  YMRS

Date of assessment     |2|0|_|_|_|_|_|
                          year      mm    dd

1.  Elevated Mood                          |_|

2.  Increased Motor Activity - Energy      |_|

3.  Sexual Interest                        |_|

4.  Sleep                                  |_|

5.  Irritability                           |_|

6.  Speech (Rate and Amount)               |_|

7.  Language - Thought Disorder            |_|

8.  Content                                |_|

9.  Disruptive - Aggressive Behavior       |_|

10. Appearance                             |_|

11. Insight                                |_|

| Rater's initials |
| --- |
| |

2004-03-24

CONFIDENTIAL
AZSER12777013

AstraZeneca

Page 215

| Study code D1447C00127 | Subj initials | E code |E| | | | | | |

Visit No. V21

## Visit

**VISIT**

Visit date |2|0| | | | | | |
year      mm    dd

## Physical Examination, Follow-up

**PHYSFAW**

Assessment date |2|0| | | | | | |
year      mm    dd

| | Normal | Abnormal | | Not done | Specification of new or aggravated abnormalities (compared with Randomization) |
|---|---|---|---|---|---|
| | | Same as Randomization | New or aggravated | | |
| General appearance | ☐₀ | ☐₁ | ☐₂ | ☐₉₅ | |
| Skin | ☐₀ | ☐₁ | ☐₂ | ☐₉₅ | |
| Head and neck | ☐₀ | ☐₁ | ☐₂ | ☐₉₅ | |
| Lymph nodes | ☐₀ | ☐₁ | ☐₂ | ☐₉₅ | |
| Thyroid | ☐₀ | ☐₁ | ☐₂ | ☐₉₅ | |
| Musculoskeletal/ Extremities | ☐₀ | ☐₁ | ☐₂ | ☐₉₅ | |
| Cardiovascular | ☐₀ | ☐₁ | ☐₂ | ☐₉₅ | |
| Lungs | ☐₀ | ☐₁ | ☐₂ | ☐₉₅ | |
| Abdomen | ☐₀ | ☐₁ | ☐₂ | ☐₉₅ | |
| Neurological | ☐₀ | ☐₁ | ☐₂ | ☐₉₅ | |
| Genital/Rectal | ☐₀ | ☐₁ | ☐₂ | ☐₉₅ | |

**If any new or aggravated abnormalities imply a deterioration compared with Randomization, fill in AELOGWI**

2004-03-24

342

CONFIDENTIAL
AZSER12777014

AstraZeneca                                                              Page 216

Study code D1447C00127          Subj initials            E code |E|__|__|__|__|__|__|

                                Visit No. V21

## Vital Signs, Weight                                                          VIT

Assm     Protocol
No.      schedule

  1   Supine      Blood pressure  |__|__|__| / |__|__|__| mmHg    Pulse  |__|__|__| beats/min
      (0 minutes)                  systolic      diastolic

  2   Standing    Blood pressure  |__|__|__| / |__|__|__| mmHg    Pulse  |__|__|__| beats/min
      (2 minutes)                  systolic      diastolic


Weight            |__|__|__| . |__| kg

## Laboratory Assessments                                                       LAB1

Blood samples have    No    Yes
been collected        |__|0  |__|1

Sampling date         |2|0|__|__| |__|__| |__|__|
                              year    mm    dd

                                              ┌──────────────────┐
                                              │    Sample ID     │
Sampling time         |__|__| : |__|__|       ├──────────────────┤
                       24-hour clock          │     Attach       │
                                              │  Sample ID label │
                                              │       here       │
                                              └──────────────────┘

AstraZeneca use only
Laboratory ID         |__|__|__|


## Meals                                                                        MEAL

Date of last meal     |2|0|__|__| |__|__| |__|__|
                              year    mm    dd

Time of last meal     |__|__| : |__|__|
                       24-hour clock

                                                              2004-03-24

343

CONFIDENTIAL
AZSER12777015

AstraZeneca

| Study code D1447C00127 | Subj initials | E code | E |
|---|---|---|---|
| | Visit No. V21 | | |

## Sheehan Disability Scale

SDS

**Disability Scale**
**Work/School**

I have not worked/studied at all during the past week for reasons unrelated to disorder

**Social Life**

**Family Life/Home Responsibilities**

**DAYS LOST**      Days

**DAYS UNDERPRODUCTIVE**      Days

2004-03-24

344

CONFIDENTIAL
AZSER12777016

AstraZeneca

Page 218.01

| Study Code D1447C00127 | Subj initials | E code | E |

Visit No. V21

## Psychological General Well-Being Schedule (PGWB)

PGWB

### This CRF page should not be handed to the Subject

1. How have you been feeling in general during the past week?

In excellent spirits ☐6

In very good spirits ☐5

In good spirits mostly ☐4

I have been up and down in spirits a lot ☐3

In low spirits mostly ☐2

In very low spirits ☐1

2. How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

Every day ☐1

Almost every day ☐2

About half the time ☐3

Now and then, but less than half the time ☐4

Rarely ☐5

None of the time ☐6

3. Did you feel depressed during the past week?

Yes - to the point that I felt like taking my life ☐1

Yes - to the point that I did not care about anything ☐2

Yes - very depressed almost every day ☐3

Yes - quite depressed several times ☐4

Yes - a little depressed now and then ☐5

No - never felt depressed at all ☐6

continues

2004-03-24

CONFIDENTIAL
AZSER12777017

AstraZeneca

Page 218.02

| Study Code D1447C00127 | Subj initials | E code |E| | | | | |
|---|---|---|

Visit No. V21

## Psychological General Well-Being Schedule (PGWB), continued
**PGWB**

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

    Yes, definitely so ☐₆

    Yes, for the most part ☐₅

    Generally so ☐₄

    Not too well ☐₃

    No, and I am somewhat disturbed ☐₂

    No, and I am very disturbed ☐₁

5.  Have you been bothered by nervousness or your "nerves" during the past week?

    Extremely so - to the point where I could not work or take care of things ☐₁

    Very much so ☐₂

    Quite a bit ☐₃

    Some - enough to bother me ☐₄

    A little ☐₅

    Not at all ☐₆

6.  How much energy, pep, or vitality did you have or feel during the past week?

    Very full of energy - lots of pep ☐₆

    Fairly energetic most of the time ☐₅

    My energy level varied quite a bit ☐₄

    Generally low in energy or pep ☐₃

    Very low in energy or pep most of the time ☐₂

    No energy or pep at all - I felt drained, sapped ☐₁

continues

2004-03-24

346

CONFIDENTIAL
AZSER12777018

AstraZeneca

Page 218.03

Study Code D1447C00127        Subj initials                E code  L E |   |   |   |   |   |   |

Visit No. V21

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

7.  I felt downhearted and blue during the past week?.

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

8.  Were you generally tense or did you feel any tension during the past week?

Yes - extremely tense, most or all of the time ☐1

Yes - very tense most of the time ☐2

Not generally tense, but did feel fairly tense several times ☐3

I felt a little tense a few times ☐4

My general tension level was quite low ☐5

I never felt tense or any tension at all ☐6

9.  How happy, satisfied, or pleased have you been with your personal life during the past week?

Extremely happy - could not have been more satisfied or pleased ☐6

Very happy most of the time ☐5

Generally satisfied - pleased ☐4

Sometime fairly happy, sometimes fairly unhappy ☐3

Generally dissatisfied, unhappy ☐2

Very dissatisfied or unhappy most or all of the time ☐1

continues

2004-03-24

CONFIDENTIAL
AZSER12777019

AstraZeneca                                         Page 218.04

| Study Code D1447C00127 | Subj initials | E code  E | | | | | |
|---|---|---|

Visit No. V21

## Psychological General Well-Being Schedule (PGWB), continued.     **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

    Yes - definitely so                               ☐6

    For the most part                                ☐5

    Health problems limited me in some important ways     ☐4

    I was only healthy enough to take care of myself     ☐3

    I needed some help in taking care of myself         ☐2

    I needed someone to help me with most or all of the things I had to do ☐1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

    Extremely so - to the point that I have just about given up     ☐1

    Very much so                                  ☐2

    Quite a bit                                      ☐3

    Some - enough to bother me                 ☐4

    A little bit                                     ☐5

    Not at all                                      ☐6

12. I woke up feeling fresh and rested during the past week?

    None of the time                              ☐1

    A little of the time                           ☐2

    Some of the time                           ☐3

    A good bit of the time                     ☐4

    Most of the time                           ☐5

    All of the time                             ☐6

continues

2004-03-24

CONFIDENTIAL
AZSER12777020

AstraZeneca                                                    Page 218.05

| Study Code D1447C00127 | Subj initials | E code  E |
|---|---|---|

Visit No. V21

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

3. Have you been concerned, worried, or had any fears about your health during the past week?

Extremely so                                    ☐1

Very much so                                    ☐2

Quite a bit                                     ☐3

Some, but not a lot                             ☐4

Practically never                              ☐5

Not at all                                      ☐6

4. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

Not at all                                      ☐6

Only a little                                   ☐5

Some - but not enough to be concerned or worried about    ☐4

Some and I have been a little concerned         ☐3

Some and I am quite concerned                   ☐2

Yes, very much so and I am very concerned       ☐1

15. My daily life was full of things that were interesting to me  during the past week?

None of the time                                ☐1

A little of the time                            ☐2

Some of the time                                ☐3

A good bit of the time                          ☐4

Most of the time                                ☐5

All of the time                                 ☐6

continues

2004-03-24

349

CONFIDENTIAL
AZSER12777021

AstraZeneca                                                    Page 218.06

Study Code D1447C00127         Subj initials            E code LE.| | | | | | |

Visit No. V21

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

Very active, vigorous every day ☐6

Mostly active, vigorous - never really dull, sluggish ☐5

Fairly active, vigorous - seldom dull, sluggish ☐4

Fairly dull, sluggish - seldom active, vigorous ☐3

Mostly dull, sluggish - never really active, vigorous ☐2

Very dull, sluggish every day ☐1

17. Have you been anxious, worried, or upset during the past week?

Extremely so - to the point of being sick or almost sick ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

18. I was emotionally stable and sure of myself during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

·9. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

Felt relaxed and at ease the last week ☐6

Felt relaxed and at ease most of the time ☐5

Generally felt relaxed but at times felt fairly high strung ☐4

Generally felt high strung but at times felt fairly relaxed ☐3

Felt high strung, tight, or keyed-up most of the time ☐2

Felt high strung, tight, or keyed-up the last week ☐1

continues

2004-03-24

350

CONFIDENTIAL
AZSER12777022

AstraZeneca

| Study Code D1447C00127 | Subj initials | E code | E |
|---|---|---|---|
| | Visit No. V21 | | |

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

20. I felt cheerful, lighthearted during the past week?

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

21. I felt tired, worn out, used up, or exhausted during the past week?

| | |
|---|---|
| None of the time | ☐ 6 |
| A little of the time | ☐ 5 |
| Some of the time | ☐ 4 |
| A good bit of the time | ☐ 3 |
| Most of the time | ☐ 2 |
| All of the time | ☐ 1 |

22. Have you been under or felt you were under any strain, stress, or pressure during the past week?

| | |
|---|---|
| Yes - almost more than I could bear or stand | ☐ 1 |
| Yes - quite a bit of pressure | ☐ 2 |
| Yes, some - more than usual | ☐ 3 |
| Yes, some - but about usual | ☐ 4 |
| Yes - a little | ☐ 5 |
| Not at all | ☐ 6 |

2004-03-24

CONFIDENTIAL
AZSER12777023

AstraZeneca

Page 219

Study code D1447C00127          Subj initials                    E code |E |__|__|__|__|__|

Visit No. V21

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)          CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-03-24

352

CONFIDENTIAL
AZSER12777024

AstraZeneca

Page 220

| Study Code D1447C00127 | Subj initials | E code |E| | | | | | | |
|---|---|---|

Visit No. V21

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment    |2|0| | | | | | |
                       year      mm    dd

1.  Apparent sadness              |__|

2.  Reported sadness              |__|

3.  Inner tension                 |__|

4.  Reduced sleep                 |__|

5.  Reduced appetite              |__|

6.  Concentration difficulties    |__|

7.  Lassitude                     |__|

8.  Inability to feel             |__|

9.  Pessimistic thoughts          |__|

10. Suicidal thoughts             |__|

Rater's initials

2004-03-24

353

CONFIDENTIAL
AZSER12777025

AstraZeneca                                                    Page 221

Study code D1447C00127          Subj initials ....          E code  |E| | | | | | |

Visit No. V21

## Positive Syndrome Sub Scale                              **PANSS**

**Positive Subscale**

**P1.**  Delusions                          [__]

**P2.**  Conceptual disorganization         [__]

**P3.**  Hallucinatory behavior             [__]

**P4.**  Excitement                         [__]

**P5.**  Grandiosity                        [__]

**P6.**  Suspiciousness/persecution         [__]

**P7.**  Hostility                          [__]

Rater's initials

2004-03-24

354

CONFIDENTIAL
AZSER12777026

AstraZeneca

Page 222

| Study Code D1447C00127 | Subj initials | E code |E| | | | | | | | |

Visit No. V21

## Young Mania Rating Scale

YMRS

Date of assessment   |2|0| | | | | |
                     year    mm   dd

1.   Elevated Mood                          |__|

2.   Increased Motor Activity - Energy      |__|

3.   Sexual Interest                        |__|

4.   Sleep                                  |__|

5.   Irritability                           |__|

6.   Speech (Rate and Amount)              |__|

7.   Language - Thought Disorder           |__|

8.   Content                               |__|

9.   Disruptive - Aggressive Behavior      |__|

10.  Appearance                            |__|

11.  Insight                               |__|

| Rater's initials |
| |

2004-03-24

355

CONFIDENTIAL
AZSER12777027

AstraZeneca                                                              Page 223

Study Code D1447C00127          Subj initials              E code LE

Visit No. V21

## Abnormal Involuntary Movement Scale                              AIMS

**Facial and oral movements**

1.  Muscles of facial expression          ⌷

2.  Lips and perioral area                ⌷

3.  Jaw                                    ⌷

4.  Tongue                                 ⌷

**Extremity movements**

5.  Upper (arms, wrists, hands, fingers)  ⌷

6.  Lower (legs, knees, ankles, toes)     ⌷

**Trunk movements**

7.  Neck, shoulders, hip                  ⌷

**Global judgements**

8.  Severity of abnormal movements        ⌷

9.  Incapacitation due to abnormal
    movements                             ⌷

10. Subject's awareness of abnormal
    movements                             ⌷

| Rater's initials |
|---|
|  |

2004-03-24

356

CONFIDENTIAL
AZSER12777028

AstraZeneca

Page 224

| Study Code D1447C00127 | Subj initials | E code  E |
|---|---|---|

Visit No. V21

## Barnes Akathisia Rating Scale

**BARS**

1. Objective ☐

2. Subjective awareness of restlessness ☐

3. Subjective distress related to restlessness ☐

4. Global clinical assessment of akathisia ☐

| Rater's initials |
|---|
|  |

## Simpson-Angus Scale

**SAS**

1.   Gait ☐

2.   Arm dropping ☐

3.   Shoulder shaking ☐

4.   Elbow rigidity ☐

5.   Wrist rigidity ☐

6.   Head rotation ☐

7.   Glabella tap ☐

8.   Tremor ☐

9.   Salivation ☐

10.   Akathisia ☐

| Rater's initials |
|---|
|  |

2004-03-24

357

CONFIDENTIAL
AZSER12777029

AstraZeneca

Page 225

| Study code D1447C00127 | Subj Initials | E code |E| | | | | | | |
|---|---|---|

Visit No. V22

## Visit

**VISIT**

Visit date |2|0| | | | | |
year        mm    dd

---

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)

CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-03-24

358

CONFIDENTIAL
AZSER12777030

AstraZeneca

Page 226

| Study code D1447C00127 | Subj initials ............ | E code |E| | | | | | | |

Visit No. V22

## Laboratory Assessments

**LAB1**

Blood samples have been collected

No ☐₀   Yes ☐₁

Sampling date    |2|0| | | | | |
year   mm   dd

Sampling time    | | | : | | |
24-hour clock

Sample ID

Attach
Sample ID label
here

AstraZeneca use only
Laboratory ID    | | | |

2004-03-24

359

CONFIDENTIAL
AZSER12777031

AstraZeneca

Page 227

| Study code D1447C00127 | Subj initials | E code |E|_|_|_|_|_|_| |
|---|---|---|

Visit No. V22

**Sheehan Disability Scale**

**SDS**

**Disability Scale**

**Work/School** |_|_|

I have not worked/studied at all during the past week for reasons unrelated to disorder  |_|₁

**Social Life** |_|_|

**Family Life/Home Responsibilities** |_|_|

**DAYS LOST**  Days  |_|_|

**DAYS UNDERPRODUCTIVE**  Days  |_|_|

2004-03-24

360

CONFIDENTIAL
AZSER12777032

| AstraZeneca | Page 228.01 |
|---|---|

| Study Code D1447C00127 | Subj initials | E code LE |_|_|_|_|_|_| |
|---|---|---|

Visit No. V22

## Psychological General Well-Being Schedule (PGWB)                    PGWB

### This CRF page should not be handed to the Subject

1.  How have you been feeling in general during the past week?

    In excellent spirits                                                  ☐ 6

    In very good spirits                                                  ☐ 5

    In good spirits mostly                                               ☐ 4

    I have been up and down in spirits a lot                             ☐ 3

    In low spirits mostly                                                ☐ 2

    In very low spirits                                                  ☐ 1

2.  How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

    Every day                                                            ☐ 1

    Almost every day                                                     ☐ 2

    About half the time                                                  ☐ 3

    Now and then, but less than half the time                           ☐ 4

    Rarely                                                               ☐ 5

    None of the time                                                     ☐ 6

3.  Did you feel depressed during the past week?

    Yes - to the point that I felt like taking my life                   ☐ 1

    Yes - to the point that I did not care about anything                ☐ 2

    Yes - very depressed almost every day                               ☐ 3

    Yes - quite depressed several times                                  ☐ 4

    Yes - a little depressed now and then                               ☐ 5

    No - never felt depressed at all                                     ☐ 6

continues

2004-03-24

361

CONFIDENTIAL
AZSER12777033

AstraZeneca

Page 228.02

| Study Code D1447C00127 | Subj initials _____ | E code |E|_|_|_|_|_|_|_| |

Visit No. V22

## Psychological General Well-Being Schedule (PGWB), continued

PGWB

4. Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

Yes, definitely so ☐6

Yes, for the most part ☐5

Generally so ☐4

Not too well ☐3

No, and I am somewhat disturbed ☐2

No, and I am very disturbed ☐1

5. Have you been bothered by nervousness or your "nerves" during the past week?

Extremely so - to the point where I could not work or take care of things ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little ☐5

Not at all ☐6

6. How much energy, pep, or vitality did you have or feel during the past week?

Very full of energy - lots of pep ☐6

Fairly energetic most of the time ☐5

My energy level varied quite a bit ☐4

Generally low in energy or pep ☐3

Very low in energy or pep most of the time ☐2

No energy or pep at all - I felt drained, sapped ☐1

continues

2004-03-24

362

CONFIDENTIAL
AZSER12777034

AstraZeneca

Page 228.03

| Study Code D1447C00127 | Subj initials | E code $E$ |
|---|---|---|

Visit No. V22

**Psychological General Well-Being Schedule (PGWB), continued**     **PGWB**

7.  I felt downhearted and blue during the past week?.

|  |  |
|---|---|
| None of the time | ☐ 6 |
| A little of the time | ☐ 5 |
| Some of the time | ☐ 4 |
| A good bit of the time | ☐ 3 |
| Most of the time | ☐ 2 |
| All of the time | ☐ 1 |

8.  Were you generally tense or did you feel any tension during the past week?

|  |  |
|---|---|
| Yes - extremely tense, most or all of the time | ☐ 1 |
| Yes - very tense most of the time | ☐ 2 |
| Not generally tense, but did feel fairly tense several times | ☐ 3 |
| I felt a little tense a few times | ☐ 4 |
| My general tension level was quite low | ☐ 5 |
| I never felt tense or any tension at all | ☐ 6 |

9.  How happy, satisfied, or pleased have you been with your personal life during the past week?

|  |  |
|---|---|
| Extremely happy - could not have been more satisfied or pleased | ☐ 6 |
| Very happy most of the time | ☐ 5 |
| Generally satisfied - pleased | ☐ 4 |
| Sometime fairly happy, sometimes fairly unhappy | ☐ 3 |
| Generally dissatisfied, unhappy | ☐ 2 |
| Very dissatisfied or unhappy most or all of the time | ☐ 1 |

continues

2004-03-24

CONFIDENTIAL
AZSER12777035

AstraZeneca

Page 228.04

| Study Code D1447C00127 | Subj initials | E code LE |
|---|---|---|

Visit No. V22

## Psychological General Well-Being Schedule (PGWB), continued.

**PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

Yes - definitely so ☐6

For the most part ☐5

Health problems limited me in some important ways ☐4

I was only healthy enough to take care of myself ☐3

I needed some help in taking care of myself ☐2

I needed someone to help me with most or all of the things I had to do ☐1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

Extremely so - to the point that I have just about given up ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

12. I woke up feeling fresh and rested during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-03-24

CONFIDENTIAL
AZSER12777036

AstraZeneca                                                          Page 228.05

| Study Code D1447C00127 | Subj initials | E code | E |_|_|_|_|_|_| |
|---|---|---|---|

Visit No. V22

## Psychological General Well-Being Schedule (PGWB), continued       **PGWB**

3. Have you been concerned, worried, or had any fears about your health during the past week?

Extremely so                               ☐1

Very much so                               ☐2

Quite a bit                                ☐3

Some, but not a lot                        ☐4

Practically never                          ☐5

Not at all                                 ☐6

4. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

Not at all                                 ☐6

Only a little                              ☐5

Some - but not enough to be concerned or worried about   ☐4

Some and I have been a little concerned    ☐3

Some and I am quite concerned              ☐2

Yes, very much so and I am very concerned  ☐1

15. My daily life was full of things that were interesting to me  during the past week?

None of the time                           ☐1

A little of the time                       ☐2

Some of the time                           ☐3

A good bit of the time                     ☐4

Most of the time                           ☐5

All of the time                            ☐6

continues

2004-03-24

365

CONFIDENTIAL
AZSER12777037

AstraZeneca

Page 228.06

| Study Code D1447C00127 | Subj initials | E code E |
|---|---|---|

Visit No. V22

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

Very active, vigorous every day ☐6

Mostly active, vigorous - never really dull, sluggish ☐5

Fairly active, vigorous - seldom dull, sluggish ☐4

Fairly dull, sluggish - seldom active, vigorous ☐3

Mostly dull, sluggish - never really active, vigorous ☐2

Very dull, sluggish every day ☐1

17. Have you been anxious, worried, or upset during the past week?

Extremely so - to the point of being sick or almost sick ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

18. I was emotionally stable and sure of myself during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

Felt relaxed and at ease the last week ☐6

Felt relaxed and at ease most of the time ☐5

Generally felt relaxed but at times felt fairly high strung ☐4

Generally felt high strung but at times felt fairly relaxed ☐3

Felt high strung, tight, or keyed-up most of the time ☐2

Felt high strung, tight, or keyed-up the last week ☐1

continues

2004-03-24

366

CONFIDENTIAL
AZSER12777038

AstraZeneca          Page 228.07

| Study Code D1447C00127 | Subj initials | E code | E | | | | | | |

Visit No. V22

## Psychological General Well-Being Schedule (PGWB), continued    PGWB

20. I felt cheerful, lighthearted during the past week?

None of the time ☐1
A little of the time ☐2
Some of the time ☐3
A good bit of the time ☐4
Most of the time ☐5
All of the time ☐6

21. I felt tired, worn out, used up, or exhausted during the past week?

None of the time ☐6
A little of the time ☐5
Some of the time ☐4
A good bit of the time ☐3
Most of the time ☐2
All of the time ☐1

22. Have you been under or felt you were under any strain, stress, or pressure during the past week?

Yes - almost more than I could bear or stand ☐1
Yes - quite a bit of pressure ☐2
Yes, some - more than usual ☐3
Yes, some - but about usual ☐4
Yes - a little ☐5
Not at all ☐6

2004-03-24

367

CONFIDENTIAL
AZSER12777039

AstraZeneca                                                                    Page 229

| Study Code D1447C00127 | Subj initials | E code |E| | | | | | | |
|---|---|---|

Visit No. V22

## Montgomery-Asberg Depression Rating Scale                            **MADRS**

Date of assessment    |2|0| | | | | | |
                       year      mm    dd

1.  Apparent sadness        ☐

2.  Reported sadness        ☐

3.  Inner tension           ☐

4.  Reduced sleep           ☐

5.  Reduced appetite        ☐

6.  Concentration difficulties  ☐

7.  Lassitude               ☐

8.  Inability to feel       ☐

9.  Pessimistic thoughts    ☐

10. Suicidal thoughts       ☐

| Rater's initials |
|---|
|  |

2004-03-24

368

CONFIDENTIAL
AZSER12777040

AstraZeneca

Page 230

| Study Code D1447C00127 | Subj initials | E code LE |
|---|---|---|

Visit No. V22

**Young Mania Rating Scale**                                    **YMRS**

Date of assessment |2|0| | | | |
                    year   mm   dd

1.   Elevated Mood

2.   Increased Motor Activity - Energy

3.   Sexual Interest

4.   Sleep

5.   Irritability

6.   Speech (Rate and Amount)

7.   Language - Thought Disorder

8.   Content

9.   Disruptive - Aggressive Behavior

10.  Appearance

11.  Insight

Rater's initials

2004-03-24

369

CONFIDENTIAL
AZSER12777041

AstraZeneca

Page 231

Study code D1447C00127          Subj initials ...................          E code  | E | | | | | | |

Visit No. V23

## Visit

**VISIT**

Visit date  | 2 | 0 | | | | | | |
year        mm      dd

---

## Physical Examination, Follow-up

**PHYSFAW**

Assessment date  | 2 | 0 | | | | | | |
year       mm      dd

|  | Normal | Abnormal | | Not done | Specification of new or aggravated abnormalities (compared with Randomization) |
|---|---|---|---|---|---|
|  |  | Same as Randomization | New or aggravated |  |  |
| General appearance | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .................................... |
| Skin | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .................................... |
| Head and neck | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 96 | .................................... |
| Lymph nodes | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .................................... |
| Thyroid | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .................................... |
| Musculoskeletal/ Extremities | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .................................... |
| Cardiovascular | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .................................... |
| Lungs | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .................................... |
| Abdomen | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .................................... |
| Neurological | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .................................... |
| Genital/Rectal | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .................................... |

☞ **If any new or aggravated abnormalities imply a deterioration compared with Randomization, fill in AELOGWI**

2004-03-24

370

CONFIDENTIAL
AZSER12777042

AstraZeneca

Page 232

Study code D1447C00127          Subj initials ...................          E code | E |_|_|_|_|_|_|_|

Visit No. V23

## Vital Signs, Weight                                                    VIT

| Assm No. | Protocol schedule | | | |
|---|---|---|---|---|
| 1 | Supine (0 minutes) | Blood pressure |_|_|_| / |_|_|_| mmHg   systolic / diastolic | Pulse |_|_|_| beats/min |
| 2 | Standing (2 minutes) | Blood pressure |_|_|_| / |_|_|_| mmHg   systolic / diastolic | Pulse |_|_|_| beats/min |

Weight   |_|_|_| . |_| kg

## Electrocardiogram                                                     ECG

Date of ECG   | 2 | 0 |_|_| |_|_| |_|_|
year   mm   dd

Time of ECG   |_|_| : |_|_|
24-hour clock

## Pregnancy Test                                                        PREG

Assessment applicable   No ☐0   Yes ☐1   If Yes, fill in below
for Subject

Sampling date   |_|_|_|_| |_|_| |_|_|
year   mm   dd

Pregnancy test,   Neg ☐0   Pos ☐1   If Positive, withdraw Subject and fill in TERM
serum

2004-03-24

371

CONFIDENTIAL
AZSER12777043

AstraZeneca

Study code D1447C00127          Subj initials .......................          E code └E┴┴┴┴┴┴┴┘

Visit No. V23

## Laboratory Assessments                                    LAB1

Blood samples have     No     Yes
been collected         ☐₀    ☐₁

Sampling date          └2│0┴┴┴┴┴┴┘
                        year    mm   dd

Sampling time          └┴┴┘:└┴┘
                        24-hour clock

┌─────────────────────────────┐
│        Sample ID            │
│                             │
│         Attach              │
│      Sample ID label        │
│         here                │
└─────────────────────────────┘

AstraZeneca use only
Laboratory ID          └┴┴┴┘

## Laboratory Assessments                                    LABU1

Urine sample obtained  No     Yes
                       ☐₀    ☐₁

Sampling date          └2│0┴┴┴┴┴┴┘
                        year    mm   dd

Sampling time          └┴┴┘:└┴┘
                        24-hour clock

┌─────────────────────────────┐
│        Sample ID            │
│                             │
│         Attach              │
│      Sample ID label        │
│         here                │
└─────────────────────────────┘

AstraZeneca use only
Laboratory ID          └┴┴┴┘

## Meals                                                     MEAL

Date of last meal      └2│0┴┴┴┴┴┴┘
                        year    mm   dd

Time of last meal      └┴┴┘:└┴┘
                        24-hour clock

2004-03-24

CONFIDENTIAL
AZSER12777044

**AstraZeneca**

| Study code D1447C00127 | Subj initials | E code E | | | | | | |

Visit No. V23

## Sheehan Disability Scale

**SDS**

**Disability Scale**
**Work/School**                                           ⌊_⌋

I have not worked/studied at all during the past week for      ☐₁
reasons unrelated to disorder

**Social Life**                                           ⌊_⌋

**Family Life/Home Responsibilities**                     ⌊_⌋

**DAYS LOST**            Days      ⌊_⌋

**DAYS UNDERPRODUCTIVE**    Days      ⌊_⌋

2004-03-24

373

CONFIDENTIAL
AZSER12777045



**AstraZeneca**                                                                 Page 235.01

Study Code D1447C00127          Subj initials ........................          E code LE | | | | | | |

Visit No. V23

## Psychological General Well-Being Schedule (PGWB)                          **PGWB**

### This CRF page should not be handed to the Subject

1.  How have you been feeling in general during the past week?

    In excellent spirits                                    ☐6
    In very good spirits                                    ☐6
    In good spirits mostly                                  ☐4
    I have been up and down in spirits a lot                ☐3
    In low spirits mostly                                   ☐2
    In very low spirits                                     ☐1

2.  How often were you bothered by any illness, bodily disorder, aches or pains during the past week?

    Every day                                              ☐1
    Almost every day                                       ☐2
    About half the time                                    ☐3
    Now and then, but less than half the time              ☐4
    Rarely                                                 ☐5
    None of the time                                       ☐6

3.  Did you feel depressed during the past week?

    Yes - to the point that I felt like taking my life     ☐1
    Yes - to the point that I did not care about anything  ☐2
    Yes - very depressed almost every day                  ☐3
    Yes - quite depressed several times                    ☐4
    Yes - a little depressed now and then                  ☐5
    No - never felt depressed at all                       ☐6

                                                          continues

2004-03-24

374

CONFIDENTIAL
AZSER12777046

AstraZeneca

Page 235.02

Study Code D1447C00127      Subj initials ........................   E code ⌊E⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌋

Visit No. V23

## Psychological General Well-Being Schedule (PGWB), continued                    PGWB

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings during the past week?

    Yes, definitely so                                            ☐6

    Yes, for the most part                                        ☐5

    Generally so                                                  ☐4

    Not too well                                                  ☐3

    No, and I am somewhat disturbed                               ☐2

    No, and I am very disturbed                                   ☐1

5.  Have you been bothered by nervousness or your "nerves" during the past week?

    Extremely so - to the point where I could not work or take care of things   ☐1

    Very much so                                                  ☐2

    Quite a bit                                                   ☐3

    Some - enough to bother me                                    ☐4

    A little                                                      ☐5

    Not at all                                                    ☐6

6.  How much energy, pep, or vitality did you have or feel during the past week?

    Very full of energy - lots of pep                             ☐6

    Fairly energetic most of the time                             ☐5

    My energy level varied quite a bit                            ☐4

    Generally low in energy or pep                                ☐3

    Very low in energy or pep most of the time                    ☐2

    No energy or pep at all - I felt drained, sapped              ☐1

continues

2004-03-24

CONFIDENTIAL
AZSER12777047

AstraZeneca

Page 235.03

| Study Code D1447C00127 | Subj initials ................... | E code |E|_|_|_|_|_|_| |
|---|---|---|

Visit No. V23

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

7.  I felt downhearted and blue during the past week?.

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

8.  Were you generally tense or did you feel any tension during the past week?

Yes - extremely tense, most or all of the time ☐1

Yes - very tense most of the time ☐2

Not generally tense, but did feel fairly tense several times ☐3

I felt a little tense a few times ☐4

My general tension level was quite low ☐5

I never felt tense or any tension at all ☐6

9.  How happy, satisfied, or pleased have you been with your personal life during the past week?

Extremely happy - could not have been more satisfied or pleased ☐6

Very happy most of the time ☐5

Generally satisfied - pleased ☐4

Sometime fairly happy, sometimes fairly unhappy ☐3

Generally dissatisfied, unhappy ☐2

Very dissatisfied or unhappy most or all of the time ☐1

continues

2004-03-24

376

CONFIDENTIAL
AZSER12777048

AstraZeneca                                                                    Page 235.04

| Study Code D1447C00127 | Subj initials ............................ | E code | E | | | | | | | |

Visit No. V23

## Psychological General Well-Being Schedule (PGWB), continued.                    PGWB

10. Did you feel healthy enough to carry out the things you like to do or had to do during the past week?

Yes - definitely so                                               ☐6

For the most part                                                 ☐5

Health problems limited me in some important ways                 ☐4

I was only healthy enough to take care of myself                  ☐3

I needed some help in taking care of myself                       ☐2

I needed someone to help me with most or all of the things I had to do ☐1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?

Extremely so - to the point that I have just about given up        ☐1

Very much so                                                       ☐2

Quite a bit                                                        ☐3

Some - enough to bother me                                         ☐4

A little bit                                                       ☐5

Not at all                                                         ☐6

12. I woke up feeling fresh and rested during the past week?

None of the time                                                   ☐1

A little of the time                                               ☐2

Some of the time                                                   ☐3

A good bit of the time                                             ☐4

Most of the time                                                   ☐5

All of the time                                                    ☐6

continues

2004-03-24

CONFIDENTIAL
AZSER12777049

AstraZeneca                                                                Page 235.05

| Study Code D1447C00127 | Subj initials ................... | E code [ E ı  ı  ı  ı  ı  ] |
|---|---|---|
| | Visit No. V23 | |

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

13. Have you been concerned, worried, or had any fears about your health during the past week?

Extremely so                                    ☐ 1

Very much so                                    ☐ 2

Quite a bit                                     ☐ 3

Some, but not a lot                             ☐ 4

Practically never                               ☐ 5

Not at all                                      ☐ 6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?

Not at all                                      ☐ 6

Only a little                                   ☐ 5

Some - but not enough to be concerned or worried about    ☐ 4

Some and I have been a little concerned         ☐ 3

Some and I am quite concerned                   ☐ 2

Yes, very much so and I am very concerned       ☐ 1

15. My daily life was full of things that were interesting to me  during the past week?

None of the time                                ☐ 1

A little of the time                            ☐ 2

Some of the time                                ☐ 3

A good bit of the time                          ☐ 4

Most of the time                                ☐ 5

All of the time                                 ☐ 6

continues

2004-03-24

CONFIDENTIAL
AZSER12777050

AstraZeneca

Page 235.06

| Study Code D1447C00127 | Subj initials | E code E |

Visit No. V23

N/A AW03.07

AW2004-01-09

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

16. Did you feel active, vigorous, *or* dull, sluggish during the past week?

Very active, vigorous every day ☐6

Mostly active, vigorous - never really dull, sluggish ☐5

Fairly active, vigorous - seldom dull, sluggish ☐4

Fairly dull, sluggish - seldom active, vigorous ☐3

Mostly dull, sluggish - never really active, vigorous ☐2

Very dull, sluggish every day ☐1

17. Have you been anxious, worried, or upset during the past week?

Extremely so - to the point of being sick or almost sick ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

18. I was emotionally stable and sure of myself during the past week?

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up during the past week?

Felt relaxed and at ease the last week ☐6

Felt relaxed and at ease most of the time ☐5

Generally felt relaxed but at times felt fairly high strung ☐4

Generally felt high strung but at times felt fairly relaxed ☐3

Felt high strung, tight, or keyed-up most of the time ☐2

Felt high strung, tight, or keyed-up the last week ☐1

continues

2004-03-24

379

CONFIDENTIAL
AZSER12777051

AstraZeneca

Page 235.07

| Study Code D1447C00127 | Subj initials ......................... | E code  E \| \| \| \| \| \| \| |
|---|---|---|

Visit No. V23

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

20. I felt cheerful, lighthearted during the past week?

| | |
|---|---|
| None of the time | ☐₁ |
| A little of the time | ☐₂ |
| Some of the time | ☐₃ |
| A good bit of the time | ☐₄ |
| Most of the time | ☐₅ |
| All of the time | ☐₆ |

21. I felt tired, worn out, used up, or exhausted during the past week?

| | |
|---|---|
| None of the time | ☐₆ |
| A little of the time | ☐₅ |
| Some of the time | ☐₄ |
| A good bit of the time | ☐₃ |
| Most of the time | ☐₂ |
| All of the time | ☐₁ |

22.

Have you been under or felt you were under any strain, stress, or pressure during the past week?

| | |
|---|---|
| Yes - almost more than I could bear or stand | ☐₁ |
| Yes - quite a bit of pressure | ☐₂ |
| Yes, some - more than usual | ☐₃ |
| Yes, some - but about usual | ☐₄ |
| Yes - a little | ☐₅ |
| Not at all | ☐₆ |

2004-03-24

380

CONFIDENTIAL
AZSER12777052

AstraZeneca                                                                                    Page 236

Study code D1447C00127              Subj initials ......................    E code LE⎿_⏐_⏐_⏐_⏐_⏐_⎿

Visit No. V23

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)          CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ | ☐₆ | ☐₇ |
| Depression | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ | ☐₆ | ☐₇ |
| Overall bipolar illness | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ | ☐₆ | ☐₇ |

### II. Change from Preceding Phase

Compared to the Randomization Visit how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ | ☐₆ | ☐₇ | ☐₉ |
| Depression | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ | ☐₆ | ☐₇ | ☐₉ |
| Overall bipolar illness | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ | ☐₆ | ☐₇ | ☐₉ |

| Rater's Initials |
|---|
|  |

2004-03-24

CONFIDENTIAL
AZSER12777053

AstraZeneca                                                          Page 237

Study Code D1447C00127        Subj initials ..................    E code LE⌐ı⌐ı⌐ı⌐ı⌐ı⌐ı

Visit No. V23

## Montgomery-Asberg Depression Rating Scale                      **MADRS**

Date of assessment  |2ı0ı⌐ı⌐ı⌐ı⌐ı|
                     year      mm    dd

1.  Apparent sadness            ⌐⌐

2.  Reported sadness            ⌐⌐

3.  Inner tension               ⌐⌐

4.  Reduced sleep               ⌐⌐

5.  Reduced appetite            ⌐⌐

6.  Concentration difficulties  ⌐⌐

7.  Lassitude                   ⌐⌐

8.  Inability to feel           ⌐⌐

9.  Pessimistic thoughts        ⌐⌐

10. Suicidal thoughts           ⌐⌐

| Rater's initials |
| --- |
|  |

2004-03-24

382

CONFIDENTIAL
AZSER12777054

AstraZeneca

Study code D1447C00127          Subj initials ........................          E code L E |___|___|___|___|___|___|

Visit No. V23

## Positive Syndrome Sub Scale                                        PANSS

### Positive Subscale

**P1.**  Delusions                          |___|

**P2.**  Conceptual disorganization          |___|

**P3.**  Hallucinatory behavior              |___|

**P4.**  Excitement                          |___|

**P5.**  Grandiosity                         |___|

**P6.**  Suspiciousness/persecution          |___|

**P7.**  Hostility                           |___|

```
┌─────────────────────────┐
│ Rater´s initials        │
│                         │
│                         │
└─────────────────────────┘
```

2004-03-24

CONFIDENTIAL
AZSER12777055

**AstraZeneca**

Page 239

Study Code D1447C00127 | Subj initials ................. | E code |E| | | | | | |

Visit No. V23

## Young Mania Rating Scale

**YMRS**

Date of assessment | 2 | 0 | | | | | |
year    mm    dd

1.  Elevated Mood [  ]

2.  Increased Motor Activity - Energy [  ]

3.  Sexual Interest [  ]

4.  Sleep [  ]

5.  Irritability [  ]

6.  Speech (Rate and Amount) [  ]

7.  Language - Thought Disorder [  ]

8.  Content [  ]

9.  Disruptive - Aggressive Behavior [  ]

10. Appearance [  ]

11. Insight [  ]

Rater's Initials

2004-03-24

384

CONFIDENTIAL
AZSER12777056

AstraZeneca

Page 240

Study Code D1447C00127          Subj Initials ..........................          E code LE⎿_⎿_⎿_⎿_⎿_⎿

Visit No. V23

## Abnormal Involuntary Movement Scale

**AIMS**

**Facial and oral movements**

1.  Muscles of facial expression          ⎿_⎿

2.  Lips and perioral area          ⎿_⎿

3.  Jaw          ⎿_⎿

4.  Tongue          ⎿_⎿

**Extremity movements**

5.  Upper (arms, wrists, hands, fingers)          ⎿_⎿

6.  Lower (legs, knees, ankles, toes)          ⎿_⎿

**Trunk movements**

7.  Neck, shoulders, hip          ⎿_⎿

**Global judgements**

8.  Severity of abnormal movements          ⎿_⎿

9.  Incapacitation due to abnormal movements          ⎿_⎿

10. Subject's awareness of abnormal movements          ⎿_⎿

| Rater's Initials |
| --- |
|  |

2004-03-24

385

CONFIDENTIAL
AZSER12777057

AstraZeneca

Page 241

| Study Code D1447C00127 | Subj initials ................... | E code |E|_|_|_|_|_|_|_| |

Visit No. V23

## Barnes Akathisia Rating Scale

**BARS**

1. Objective    ☐

2. Subjective awareness of restlessness    ☐

3. Subjective distress related to restlessness    ☐

4. Global clinical assessment of akathisia    ☐

```
Rater's initials
┌─────────────┐
│             │
└─────────────┘
```

## Simpson-Angus Scale

**SAS**

1.  Gait    ☐

2.  Arm dropping    ☐

3.  Shoulder shaking    ☐

4.  Elbow rigidity    ☐

5.  Wrist rigidity    ☐

6.  Head rotation    ☐

7.  Glabella tap    ☐

8.  Tremor    ☐

9.  Salivation    ☐

10. Akathisia    ☐

```
Rater's initials
┌─────────────┐
│             │
└─────────────┘
```

2004-03-24

386

CONFIDENTIAL
AZSER12777058

AstraZeneca                                                                    Page 242

Study code D1447C00127          Subj initials . . .   . . . .      E code |E |   |   |   |   |   |   |

## Discontinuation due to a Mood Event                              **MOODEVT**

Start date of Mood Event  |   |   |   |   |   |   |
                            year      mm      dd

Indicate type of mood event (Tick only one box) manic ☐₁  depressed ☐₂  mixed ☐₃

If mixed, please specify (Tick only one box)    Predominantly manic ☐₁    Predominantly ☐₂
symptoms                                                                  depressed symptoms

### Event Definition

1   Initiation of one or more of the following medication to treat a manic, depressed, or mixed event
    (tick all that apply)

|                                               | No | Yes |            |
|------------------------------------------------|----|-----|------------|
| Antipsychotic                                  | ☐₀ | ☐₁  | If Yes, specify ................ |
| Antidepressant                                 | ☐₀ | ☐₁  | If Yes, specify ................ |
| Mood stabilizer other than the assigned mood stabilizer | ☐₀ | ☐₁  | If Yes, specify ................ |
| Anxiolytic                                     | ☐₀ | ☐₁  | If Yes, specify ................ |
| Any other medication to treat a manic, depressed, or mixed event | ☐₀ | ☐₁  | If Yes, specify ................ |

2   Hospitalization for a manic, depressed or mixed event    No ☐₀  Yes ☐₁

3   YMRS score ≥ 20 at two consecutive assessments or at the final assessment if the Subject
    discontinues, or MADRS ≥ 20 at two consecutive assessments or at the final assessment if the
    Subject discontinues.  (tick all that apply)

                                            No    Yes
    YMRS ≥ 20                               ☐₀    ☐₁

    MADRS ≥ 20                              ☐₀    ☐₁

4   Discontinuation by the Subject              No   Yes     If ticked Yes, please provide a
    in the opinion of the Investigator,                      description of the event and the source
    due to a manic, depressed, or mixed event  ☐₀   ☐₁       of the information below

    Description of event and source of the information ...............................................

☞ **If any of the above have been completed, withdraw Subject and fill in TERM**

                                                                          2004-03-24

387

CONFIDENTIAL
AZSER12777059

AstraZeneca

Page 243.01

Study code D1447C00127          Subj initials . . . . . . . . . .          E code  L E_|_|_|_|_|_|

## Administration of Investigational Product                    DOSC

**Study Period - Open-label and Randomized treatment phases (Visit V1-V3)**

| | Dose (mg/day) Open-label treatment | Dose (mg/day) Randomized treatment | Started year | mm | dd | Main reason for dose change (1-3, 99) | If main reason = Other (99), please specify |
|---|---|---|---|---|---|---|---|
| First dose in this period | |_|_|_| | |_|_|_| | |_|_|_|_|_|_| | | | | |
| New dose | |_|_|_| | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | . . . . . . . . . . |
| New dose | |_|_|_| | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | . . . . . . . . . . |
| New dose | |_|_|_| | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | . . . . . . . . . . |
| New dose | |_|_|_| | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | . . . . . . . . . . |
| New dose | |_|_|_| | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | . . . . . . . . . . |
| New dose | |_|_|_| | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | . . . . . . . . . . |
| New dose | |_|_|_| | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | . . . . . . . . . . |
| New dose | |_|_|_| | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | . . . . . . . . . . |
| New dose | |_|_|_| | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | . . . . . . . . . . |
| New dose | |_|_|_| | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | . . . . . . . . . . |
| New dose | |_|_|_| | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | . . . . . . . . . . |
| New dose | |_|_|_| | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | . . . . . . . . . . |
| New dose | |_|_|_| | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | . . . . . . . . . . |
| New dose | |_|_|_| | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | . . . . . . . . . . |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOGWI has been filled in**

2004-03-24

388

CONFIDENTIAL
AZSER12777060

AstraZeneca

Page 243.02

Study code D1447C00127          Subj initials ................................          E code |E| | | | | | | |

## Administration of Investigational Product

DOSC

**Study Period - Randomized treatment phase**

| | Dose (mg/day) Randomized treatment | Started year | mm | dd | Main reason for dose change (1-3, 99) | If main reason = Other (99), please specify |
|---|---|---|---|---|---|---|
| First dose in this period | |_|_|_| | |_|_|_|_|_|_| | | | | |
| New dose | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | .................... |
| New dose | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | .................... |
| New dose | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | .................... |
| New dose | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | .................... |
| New dose | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | .................... |
| New dose | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | .................... |
| New dose | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | .................... |
| New dose | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | .................... |
| New dose | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | .................... |
| New dose | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | .................... |
| New dose | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | .................... |
| New dose | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | .................... |
| New dose | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | .................... |
| New dose | |_|_|_| | |_|_|_|_|_|_| | | | |_|_| | .................... |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOGWI has been filled in**

continues

2004-03-24

CONFIDENTIAL
AZSER12777061

AstraZeneca

Page 243.03

Study code D1447C00127          Subj initials ...........  .........          E code |E|_|_|_|_|_|_|

**Administration of Investigational Product, continued**                    **DOSC**

**Study Period - Randomized treatment phase**

| New dose | Dose (mg/day) Randomized treatment | Started year | mm | dd | Main reason for dose change (1-3, 99) | If main reason = Other (99), please specify |
|----------|------|------|------|------|------|------|
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |
| New dose | |_|_|_| | |_|_|_|_|_|_|_|_| | | | |_|_| | ................. |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOGWI has been filled in**

2004-03-24

390

CONFIDENTIAL
AZSER12777062

**AstraZeneca**

Page 243.04

| Study code D1447C00127 | Subj initials ................ | E code |E|_|_|_|_|_|_| |
|---|---|---|

AZ0110

## Administration of Investigational Product, continued

**DOSC**

NA

**Study Period - Randomized treatment phase**

AW20G3-07-31

| | Dose (mg/day) Randomized treatment | Started year   mm   dd | Main reason for dose change (1-3, 99) | If main reason = Other (99), please specify |
|---|---|---|---|---|
| New dose | |_|_|_| | |_|_|_|_|_|_|_| | |_|_| | ............... |
| New dose | |_|_|_| | |_|_|_|_|_|_|_| | |_|_| | ............... |
| New dose | |_|_|_| | |_|_|_|_|_|_|_| | |_|_| | ............... |
| New dose | |_|_|_| | |_|_|_|_|_|_|_| | |_|_| | ............... |
| New dose | |_|_|_| | |_|_|_|_|_|_|_| | |_|_| | ............... |
| New dose | |_|_|_| | |_|_|_|_|_|_|_| | |_|_| | ............... |
| New dose | |_|_|_| | |_|_|_|_|_|_|_| | |_|_| | ............... |
| New dose | |_|_|_| | |_|_|_|_|_|_|_| | |_|_| | ............... |
| New dose | |_|_|_| | |_|_|_|_|_|_|_| | |_|_| | ............... |
| New dose | |_|_|_| | |_|_|_|_|_|_|_| | |_|_| | ............... |
| New dose | |_|_|_| | |_|_|_|_|_|_|_| | |_|_| | ............... |
| New dose | |_|_|_| | |_|_|_|_|_|_|_| | |_|_| | ............... |
| New dose | |_|_|_| | |_|_|_|_|_|_|_| | |_|_| | ............... |
| New dose | |_|_|_| | |_|_|_|_|_|_|_| | |_|_| | ............... |
| New dose | |_|_|_| | |_|_|_|_|_|_|_| | |_|_| | ............... |

*Stopped*

| Last dose in this period | |_|_|_| | |_|_|_|_|_|_|_| | | |
|---|---|---|---|

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOGWI has been filled in**

2004-03-24

CONFIDENTIAL
AZSER12777063



392

CONFIDENTIAL
AZSER12777064



Page 244.02

AstraZeneca

Study code D1447C00127

Subj initials ................

E code | E | | | | | | | | |

SAC

## Subject Drug Accountability (Randomized Treatment Phase)

| Package ID | Kit Number | Date Dispensed | Number of tablets Dispensed | Number of tablets Returned | Date Returned | Comments |
|---|---|---|---|---|---|---|
| Attach label here | | year  mm  dd | 0, 8, 0 | | year  mm  dd | |
| | | year  mm  dd | 0, 8, 0 | | year  mm  dd | |
| | | year  mm  dd | 0, 8, 0 | | year  mm  dd | |
| | | year  mm  dd | 0, 8, 0 | | year  mm  dd | |

AW2003-07-31   AZ2002-12-03   AZ01.10

2004-03-24

CONFIDENTIAL
AZSER12777065



AstraZeneca

Study code D1447C00127

Subj initials

E code |E|

Page 244.03

SAC

## Subject Drug Accountability (Randomized Treatment Phase)

| Package ID | Kit Number | Date Dispensed | | | Number of tablets Dispensed | Number of tablets Returned | Date Returned | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | year | mm | dd | 0 8 0 | | year | mm | dd | |
| | | year | mm | dd | 0 8 0 | | year | mm | dd | |
| Attach label here | | year | mm | dd | 0 8 0 | | year | mm | dd | |
| | | year | mm | dd | 0 8 0 | | year | mm | dd | |

AW2003-07-31    AW2002-12-03    AZ01.10

2004-03-24

394

CONFIDENTIAL
AZSER12777066



AstraZeneca

Study code D1447C00127

Subj initials

E code |E|__|__|__|__|

Page 244.04

SAC

## Subject Drug Accountability (Randomized Treatment Phase)

| Package ID | Kit Number | Date Dispensed | Number of tablets Dispensed | Number of tablets Returned | Date Returned | Comments |
|---|---|---|---|---|---|---|
| Attach label here | | year mm dd | 0 8 0 | | year mm dd | |
| | | year mm dd | 0 8 0 | | year mm dd | |
| | | year mm dd | 0 8 0 | | year mm dd | |
| | | year mm dd | 0 8 0 | | year mm dd | |

AW2003-07-31  AZ2002-12-03  AZ01.10

2004-03-24

CONFIDENTIAL
AZSER12777067



## Subject Drug Accountability (Randomized Treatment Phase)

AstraZeneca

Study code D1447C00127

Subj initials

E code [ E ]

SAC

Page 244.05

| Package ID | Kit Number | Date Dispensed (year mm dd) | Number of tablet(s) Dispensed | Number of tablets Returned | Date Returned (year mm dd) | Comments |
|---|---|---|---|---|---|---|
| Attach label here | | | 0 8 0 | | | |
| | | | 0 8 0 | | | |
| | | | 0 8 0 | | | |
| | | | 0 8 0 | | | |

AW2003-07-31   AZ2002-12-03   AZ01.10

2004-03-24

CONFIDENTIAL
AZSER12777068



AstraZeneca

Study code D1447C00127

Subj initials

E code [E]

Page 244.06

SAC

## Subject Drug Accountability (Randomized Treatment Phase)

| Package ID | Kit Number | Date Dispensed (year / mm / dd) | Number of tablets Dispensed | Number of tablets Returned | Date Returned (year / mm / dd) | Comments |
|---|---|---|---|---|---|---|
| Attach label here | | | \|0\|8\|0\| | | | |
| | | | \|0\|8\|0\| | | | |
| | | | \|0\|8\|0\| | | | |
| | | | \|0\|8\|0\| | | | |

AW2000-07-31    AZ2002-12-03    AZ01:10

2004-03-24

397

CONFIDENTIAL
AZSER12777069

AstraZeneca

Study code D1447C00127

Subj initials

E code [E| | | | | | |

Page 245.01

MED

## Medication on Entry and During the Study

None □₀

| Trade name | Route | Total daily dose | Treatment started | | | | Treatment stopped | | | | Reason for therapy |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | year | mm | dd | or > 26 weeks prior to enrollment □ | year | mm | dd | or at completion/dis-continuation: continues □ | |
| 1 | | | | | | or > 26 weeks prior to enrollment □ | | | | or at completion/dis-continuation: continues □ | |
| 2 | | | | | | or > 26 weeks prior to enrollment □ | | | | or at completion/dis-continuation: continues □ | |
| 3 | | | | | | or > 26 weeks prior to enrollment □ | | | | or at completion/dis-continuation: continues □ | |
| 4 | | | | | | or > 26 weeks prior to enrollment □ | | | | or at completion/dis-continuation: continues □ | |
| 5 | | | | | | | | | | or at completion/dis-continuation: continues □ | |

Is this the last completed MED page    No ○    Yes ○

☞ If any changes in therapy were made because of an adverse event, make sure that AELOGWI has been filled in

AWZ2003-07-31    AZ2002-12-03    AZ02.12

2004-03-24

398

CONFIDENTIAL
AZSER12777070

**AstraZeneca**

Study code D1447C00127

Subj initials

E code │E│

MED

Page 245.02

## Medication on Entry and During the Study

| Trade name | Route | Total daily dose | Treatment started | Treatment stopped | Reason for therapy |
|---|---|---|---|---|---|
| | | | year   mm   dd | year   mm   dd | |
| 6 | | | □ or > 26 weeks prior to enrollment | □ or at completion/dis-continuation: continues | |
| 7 | | | □ or > 26 weeks prior to enrollment | □ or at completion/dis-continuation: continues | |
| 8 | | | □ or > 26 weeks prior to enrollment | □ or at completion/dis-continuation: continues | |
| 9 | | | □ or > 26 weeks prior to enrollment | □ or at completion/dis-continuation: continues | |
| 10 | | | □ or > 26 weeks prior to enrollment | □ or at completion/dis-continuation: continues | |

Is this the last completed MED page    No ○    Yes ○

☞ If any changes in therapy were made because of an adverse event, make sure that AELOGWI has been filled in

AZ202 12

AW2003-07-31   AZ2002-12-03

2004-03-24

399

CONFIDENTIAL
AZSER12777071

AstraZeneca

Study Code D1447C00127

Subj initials ..........

E code │E│_│_│_│_│

Page 246.01

AELOGWI

## Adverse Events

None ☐₀

| Adverse Event | | AE dates year mm dd | Ongoing | Serious* | Serious AE due to* | | | | | | | Action taken invest product | AE caused Subject to discontinue the study | Intensity | Causality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Death | Life threatening | Hospitalization | Disability/incapacity | Congenital abnormality/birth defect | Important medical event | 0-3 | | 1-3 | |
| 1 | | Date started ☐₂ ☐₁ ☐₀ Date stopped ☐₂ ☐₁ ☐₀ | Yes ☐₁ | No ☐₀ Yes ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐ | No ☐₀ Yes ☐₁ | ☐ | No ☐₀ Yes ☐₁ |
| 2 | | Date started ☐₂ ☐₁ ☐₀ Date stopped ☐₂ ☐₁ ☐₀ | ☐₁ | No ☐₀ Yes ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐ | No ☐₀ Yes ☐₁ | ☐ | No ☐₀ Yes ☐₁ |
| 3 | | Date started ☐₂ ☐₁ ☐₀ Date stopped ☐₂ ☐₁ ☐₀ | ☐₁ | No ☐₀ Yes ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐ | No ☐₀ Yes ☐₁ | ☐ | No ☐₀ Yes ☐₁ |
| 4 | | Date started ☐₂ ☐₁ ☐₀ Date stopped ☐₂ ☐₁ ☐₀ | ☐₁ | No ☐₀ Yes ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐ | No ☐₀ Yes ☐₁ | ☐ | No ☐₀ Yes ☐₁ |

☞ * If one or more "Serious AE due to" outcomes is ticked, IMMEDIATELY notify AstraZeneca, LP or their designate identified on the instruction page, within one day of when the investigator became aware of the Serious AE.

W02-10     NA     AW2004-01-05     2004-03-24

400

CONFIDENTIAL
AZSER12777072

AstraZeneca

Study Code D1447C00127 Subj initials ............ E code E

## Adverse Events

AELOGWI

| | Adverse Event | AE dates year mm dd | Ongoing | Serious* | Serious AE due to* | | | | | | Action taken, invest product | AE caused Subject to discontinue the study | Intensity | Causality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Yes | | Death | Life threatening | Hospitalization | Disability/incapacity | Congenital abnormality/birth defect | Important medical event | 0-3 | | 1-3 | |
| 5 | | Date started 2 0 ; Date stopped 2 0 | ☐ 1 | No ☐ 0 Yes ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | | No ☐ 0 Yes ☐ 1 | | No ☐ 0 Yes ☐ 1 |
| 6 | | Date started 2 0 ; Date stopped 2 0 | ☐ 1 | No ☐ 0 Yes ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | | No ☐ 0 Yes ☐ 1 | | No ☐ 0 Yes ☐ 1 |
| 7 | | Date started 2 0 ; Date stopped 2 0 | ☐ 1 | No ☐ 0 Yes ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | | No ☐ 0 Yes ☐ 1 | | No ☐ 0 Yes ☐ 1 |
| 8 | | Date started 2 0 ; Date stopped 2 0 | ☐ 1 | No ☐ 0 Yes ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | ☐ 1 | | No ☐ 0 Yes ☐ 1 | | No ☐ 0 Yes ☐ 1 |

* **If one or more "Serious AE due to" outcomes is ticked, IMMEDIATELY notify AstraZeneca, LP or their designate identified on the Instruction page, within one day of when the Investigator became aware of the Serious AE.**

WI02 10 NA AW2004-01-09

2004-03-24





CONFIDENTIAL
AZSER12777073