AstraZeneca

Page 247

Study code D1447C00127          Subj initials  . . . . . . . .          E code  |E|_|_|_|_|_|_|_|

**Study Termination (Randomized Treatment Phase)**          **TERM**

Subject completed/prematurely
discontinued the study on          |2|0|_|_|_|_|_|
                                    year        mm      dd

Was Subject's participation in the          No      Yes
study prematurely discontinued              □₀    □₁     If Yes, please specify below


**Main reason (one only) for premature discontinuation**

Eligibility criteria not fulfilled          □₁

Adverse event                               □₂     Please make sure that AELOGWI
                                                   has been filled in

Lack of therapeutic response                □₄

Development of study-specific               □₆     Please specify ................
discontinuation criteria

Subject not willing to                      □₇
continue study

Subject lost to follow-up                   □₈

Other                                       □₉₉    Please specify ................

☞ **If Development of study-specific discontinuation criteria is
ticked please check the Mood Event (MOODDEVT) form**

2004-03-24

402

CONFIDENTIAL
AZSER12777074

**AstraZeneca**

Page 248

Study code D1447C00127          Subj initials ............          E code |E|_|_|_|_|_|_|

AZ0110
NA
AW2003-07-31

## Signature

SIGN

By signing and dating this page for the study and Subject identified above, I declare that the information on this and all other pages of this Case Report Form has been reviewed by me or my delegate, and is accurate and complete.

|2|0|_|_|_|_|_|
year    mm    dd

Principal Investigator's signature

Principal Investigator's name (in block letters)

2004-03-24

403

CONFIDENTIAL
AZSER12777075

**AstraZeneca**

Page 249.___

| | |
|---|---|
| Study code D1447C00127 | Subj initials ........................ E code |E| | | | | | | |

Visit No. ____

## Laboratory Assessments

**LAB**

Sampling date     |2|0| | | | | |
              year   mm   dd

Sampling time        |_|_| : |_|_|
                  24-hour clock

| AstraZeneca use only | |
|---|---|
| Laboratory ID | |_|_|_| |

| Hæmatology | Value | Clinical chemistry | Value |
|---|---|---|---|
| B-Haemoglobin | | S-Creatinine | |
| B-Haematocrit | | S-Glucose | |
| B-Platelets | | S-Sodium | |
| B-RBC count | | S-Potassium | |
| B-WBC total | | S-Chloride | |
| Differential | | S-Bicarbonate | |
| Absolute Neutrophils% | | S-Albumin | |
| Lymphocytes % | | S-Total bilirubin | |
| Monocytes % | | S-Alkaline phosphatase | |
| Eosinophlis % | | S-AST | |
| Basophils % | | S-ALT | |
| | | S-GGT | |
| | | S-BUN | |
| | | S-Total protein | |
| | | S-Prolactin | |
| | | S-HDL | |
| | | S-Triglycerides | |
| | | S-LDL | |
| | | S-Total cholesterol | |
| | | S-HBA$_1$C | |
| | | S-TSH | |
| | | S-Free T3 | |
| | | S-Free T4 | |

2004-03-24

CONFIDENTIAL
AZSER12777076

AstraZeneca                                                          Page 250.__

Study code D1447C00127          Subj initials ...................        E code └E┴┴┴┴┴┴┘

                                Visit No. ____

## Laboratory Assessments, Urinalysis                               **LABU**

|                    | Visit __ | Visit __ | Visit __ |

Sampling date       └2┴0┴┴┴┴┴┘  └2┴0┴┴┴┴┴┘  └2┴0┴┴┴┴┴┘
                     year  mm  dd   year  mm  dd   year  mm  dd

Sampling time       └┴┴┘:└┴┴┘     └┴┴┘:└┴┴┘     └┴┴┘:└┴┴┘
                     24-hour clock   24-hour clock   24-hour clock

Laboratory ID       └┴┴┴┘          └┴┴┴┘          └┴┴┴┘

Specific gravity    └┴┘.└┴┴┴┘      └┴┘.└┴┴┴┘      └┴┘.└┴┴┴┘

pH                  └┴┴┘.└┴┘        └┴┴┘.└┴┘        └┴┴┘.└┴┘

| Urinalysis, Dipstick | Neg | Trace | Pos | Neg | Trace | Pos | Neg | Trace | Pos |
|---|---|---|---|---|---|---|---|---|---|
| U-Protein | | | | | | | | | |
| U-Blood | | | | | | | | | |
| U-Hæmoglobin | | | | | | | | | |
| U-Glucose | | | | | | | | | |
| U-Ketones | | | | | | | | | |
| Bilirubin | | | | | | | | | |
| Urobilinogen | | | | | | | | | |
| Nitrites | | | | | | | | | |
| Esterase | | | | | | | | | |

2004-03-24

CONFIDENTIAL
AZSER12777077

AstraZeneca

Page 500

Study code D1447C00127          Subj initials ........................          E code ⌊E⌊_⌊_⌊_⌊_⌊_⌊_

Discontinuation

## Visit

VISIT

Visit date ⌊2⌊0⌊_⌊_⌊_⌊_⌊_
                 year       mm       dd

## Physical Examination, Follow-up

PHYSFAW

Assessment date ⌊2⌊0⌊_⌊_⌊_⌊_⌊_
                          year       mm       dd

| | Normal | Abnormal | | Not done | Specification of new or aggravated abnormalities (compared with Enrollment) |
|---|---|---|---|---|---|
| | | Same as Enrollment | New or aggravated | | |
| General appearance | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................ |
| Skin | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................ |
| Head and neck | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................ |
| Lymph nodes | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................ |
| Thyroid | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................ |
| Musculoskeletal/ Extremities | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................ |
| Cardiovascular | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................ |
| Lungs | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................ |
| Abdomen | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................ |
| Neurological | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................ |
| Genital/Rectal | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................ |

☞ **If any new or aggravated abnormalities imply a deterioration compared with Enrollment, fill in AELOGWI**

2004-03-08

406

CONFIDENTIAL
AZSER12777078

AstraZeneca

Page 501

| Study code D1447C00127 | Subj initials ...................... | E code |E| | | | | | | |

Discontinuation

## Vital Signs, Weight                                                    VIT

*Assm   Protocol*
*No.    schedule*

Supine
1  (0 minutes)   Blood pressure  |_|_|_| / |_|_|_| mmHg   Pulse |_|_|_| beats/min
                                 systolic    diastolic

Standing
2  (2 minutes)   Blood pressure  |_|_|_| / |_|_|_| mmHg   Pulse |_|_|_| beats/min
                                 systolic    diastolic

Weight         |_|_|_| . |_| kg

## Electrocardiogram                                                     ECG

Date of ECG    |2|0| | | | | |
                year    mm   dd

Time of ECG    |_|_| : |_|_|
                24-hour clock

## Pregnancy Test                                                       PREG

Assessment applicable    No    Yes
for Subject              |_|0  |_|1   If Yes, fill in below

Sampling date           |_|_|_| |_|_| |_|_|
                         year    mm    dd

Pregnancy test,          Neg   Pos
serum                   |_|0  |_|1   If Positive, withdraw Subject and fill in TERM

2004-03-08

407

CONFIDENTIAL
AZSER12777079

**AstraZeneca**

Study code D1447C00127          Subj initials ........................          E code  |E| | | | | | | |

Discontinuation

## Laboratory Assessments                                                    **LAB1**

Blood samples have        No        Yes
been collected           [ ]₀      [ ]₁

Sampling date            |2|0| | | | | | | |
                          year      mm   dd

| Sample ID |
| --- |
| Attach Sample ID label here |

Sampling time            |_|_| : |_|_|
                         24-hour clock

AstraZeneca use only
Laboratory ID            |_|_|_|

---

## Laboratory Assessments                                                   **LABU1**

Urine sample obtained     No        Yes
                         [ ]₀      [ ]₁

Sampling date            |2|0| | | | | | | |
                          year      mm   dd

| Sample ID |
| --- |
| Attach Sample ID label here |

Sampling time            |_|_| : |_|_|
                         24-hour clock

AstraZeneca use only
Laboratory ID            |_|_|_|

---

## Meals                                                                     **MEAL**

Date of last meal        |2|0| | | | | | | |
                          year      mm   dd

Time of last meal        |_|_| : |_|_|
                         24-hour clock

2004-03-08

CONFIDENTIAL
AZSER12777080

AstraZeneca

Page 503

Study code D1447C00127          Subj initials ........................          E code |_E_|_|_|_|_|_|_|_|

Discontinuation

## Study Termination (Open Label Treatment Phase)          **TERM**

Subject completed/prematurely
discontinued the study on          |_2_|_0_|_|_|_|_|_|_|
                                        year          mm          dd

Was Subject's participation in the          No          Yes
study prematurely discontinued          [ ]₀          [ ]₁          If Yes, please specify below

**Main reason (one only) for premature discontinuation**

Eligibility criteria not fulfilled          [ ]₁

Adverse event          [ ]₂          Please make sure that AELOGWI
                                              has been filled in

Lack of therapeutic response          [ ]₄

Development of study-specific          [ ]₈          Please specify ........................................
discontinuation criteria

Subject not willing to          [ ]₇
continue study

Subject lost to follow-up          [ ]₈

Other          [ ]₉₉          Please specify ........................................

☞ **During the Open Label Treatment phase, please do not complete the
MOODEVT CRF page**

2004-03-08

409

CONFIDENTIAL
AZSER12777081

**AstraZeneca**

Page 504

Study code D1447C00127          Subj initials ......................          E code E| | | | | | |

Discontinuation

## Signature

SIGN

By signing and dating this page for the study and Subject identified above, I declare that the information on this and all other pages of this Case Report Form has been reviewed by me or my delegate, and is accurate and complete.

|2|0| | | | | | |
year    mm    dd     Principal Investigator's signature

_____
Principal Investigator's name (in block letters)

2004-03-08

410

CONFIDENTIAL
AZSER12777082

AstraZeneca

Page 810.___ __

| Study code D1447C00127 | Subj initials .................... | E code |E|__|__|__|__|__|__| |

Visit No. _____

## Electrocardiogram

**ECG**

Date of ECG   |2|0|__|__|__|__|__|
                 year      mm    dd

Time of ECG   |__|__| : |__|__|
                 24-hour clock

2004-03-08

411

CONFIDENTIAL
AZSER12777083

AstraZeneca

Study code D1447C00127

Subj initials .................

E code [E|___|___|___|___|___|___|]

MED

Page 820.__.__

## Medication on Entry and During the Study

| Trade name | Route | Total daily dose | Treatment started | Treatment stopped | Reason for therapy |
|---|---|---|---|---|---|
| | | | year mm dd / or > 26 weeks prior to enrollment ☐ 1 | year mm dd / or at completion/dis-continuation, continues ☐ 1 | |
| | | | year mm dd / or > 26 weeks prior to enrollment ☐ 1 | year mm dd / or at completion/dis-continuation, continues ☐ 1 | |
| | | | year mm dd / or > 26 weeks prior to enrollment ☐ 1 | year mm dd / or at completion/dis-continuation, continues ☐ 1 | |
| | | | year mm dd / or > 26 weeks prior to enrollment ☐ 1 | year mm dd / or at completion/dis-continuation, continues ☐ 1 | |
| | | | year mm dd / or > 26 weeks prior to enrollment ☐ 1 | year mm dd / or at completion/dis-continuation, continues ☐ 1 | |

Is this the last completed MED page    No ◯    Yes ◯

☞ If any changes in therapy were made because of an adverse event, make sure that AELOGW has been filled in

AZ02-12    AIW2003-07-31    AZ2003-12-03    2004-03-08

412

CONFIDENTIAL
AZSER12777084

**AstraZeneca**

Page 830. __ __

Study code D1447C00127          Subj initials ..........................          E code |E|_|_|_|_|_|

Visit No. ____

## Laboratory Assessments

**LAB1**

Blood samples have          No          Yes
been collected          [ ]₀          [ ]₁

Sampling date          |2|0|_|_|_|_|_|
                          year     mm     dd

Sampling time          |_|_| : |_|_|
                          24-hour clock

| Sample ID |
| --- |
| Attach Sample ID label here |

AstraZeneca use only
Laboratory ID          |_|_|_|

## Meals

**MEAL**

Date of last meal          |2|0|_|_|_|_|_|
                          year     mm     dd

Time of last meal          |_|_| : |_|_|
                          24-hour clock

2004-03-08

413

CONFIDENTIAL
AZSER12777085

**AstraZeneca**

Page 840. ___ ___

Study code D1447C00127          Subj initials ....................          E code | E | | | | | | |

Visit No. ____

AZ01110
NA
AW0003-07-31

## Laboratory Assessments

**LABU1**

Urine sample obtained      No ☐₀   Yes ☐₁

Sampling date      | 2 | 0 | | | | | | |
                        year      mm      dd

Sampling time      | | | : | | | |
                        24-hour clock

| Sample ID |
| Attach Sample ID label here |

AstraZeneca use only

Laboratory ID      | | | |

2004-03-08

414

CONFIDENTIAL
AZSER12777086

**AstraZeneca**

Study Code D1447C00127

Subj initials ..............................

E code [E]_____

Page 850.___.___

AELOGWI

## Adverse Events

| Adverse Event | AE dates year mm dd | Ongoing | Serious* | Serious AE due to* | | | | | | Action taken, Invest product | AE caused Subject to discontinue the study | Intensity | Causality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No₀ Yes₁ | Death / Life threatening / Hospitalization / Disability/Incapacity / Congenital abnormality/birth defect / Important medical event | | | | | | 0-3 | No₀ Yes₁ | 1-3 | No₀ Yes₁ |
| | Date started 2_0 Date stopped 2_0 | | | | | | | | | | | | |
| | Date started 2_0 Date stopped 2_0 | | | | | | | | | | | | |
| | Date started 2_0 Date stopped 2_0 | | | | | | | | | | | | |
| | Date started 2_0 Date stopped 2_0 | | | | | | | | | | | | |

☞ * If one or more "Serious AE due to" outcomes is ticked, IMMEDIATELY notify AstraZeneca, LP or their designate identified on the Instruction page, within one day of when the Investigator became aware of the Serious AE.

AW2004-01-09    NA    W02-10

2004-03-08

415

CONFIDENTIAL
AZSER12777087

**AstraZeneca**

Page 870._____

| | | |
|---|---|---|
| Study code D1447C00127 | Subj initials ................ | E code |E| | | | | | | |

Visit No. _____

**Clinical Global Impression, Bipolar (Open Label Treatment Phase)**      CGI_BP

Date of assessment     |2|0| | | | | | |
                         year        mm      dd

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Enrollment Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials
[        ]

AW03.07
N/A
AW0033-11-17

2004-03-08

416

CONFIDENTIAL
AZSER12777088

**AstraZeneca**

Page 875.__ __

| Study code D1447C00127 | Subj initials ............................ | E code |E| | | | | | | |

Visit No. ____

AW00.07
N/A
AW2000-11-17

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)   CGI_BP

Date of assessment  |2|0| | | | | |
                     year      mm      dd

### I.  Severity of Illness
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 |

### II.  Change from Preceding Phase
Compared to the Randomization Visit how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |

Rater's Initials

2004-03-08

417

CONFIDENTIAL
AZSER12777089

**AstraZeneca**

Page 880.___ __

| Study Code D1447C00127 | Subj initials ................... | E code |E| | | | | | | |
|---|---|---|

Visit No. ____

## Young Mania Rating Scale

**YMRS**

Date of assessment |2| 0| | | | | |
year    mm    dd

1.  Elevated Mood                              |__|

2.  Increased Motor Activity - Energy          |__|

3.  Sexual Interest                            |__|

4.  Sleep                                      |__|

5.  Irritability                              |__|

6.  Speech (Rate and Amount)                   |__|

7.  Language - Thought Disorder                |__|

8.  Content                                    |__|

9.  Disruptive - Aggressive Behavior           |__|

10. Appearance                                 |__|

11. Insight                                    |__|

| Rater's initials |
|---|
|  |

2004-03-08

418

CONFIDENTIAL
AZSER12777090

AstraZeneca

Page 885.___ __

Study Code D1447C00127          Subj initials ........................          E code |E|__|__|__|__|__|__|

Visit No. ____

CN0107
N/A
AW0003-07-S1

## Montgomery-Asberg Depression Rating Scale                    **MADRS**

Date of assessment    |2|0|__|__|  |__|__|  |__|__|
                        year         mm       dd

1.  Apparent sadness           |__|

2.  Reported sadness           |__|

3.  Inner tension              |__|

4.  Reduced sleep              |__|

5.  Reduced appetite           |__|

6.  Concentration difficulties |__|

7.  Lassitude                  |__|

8.  Inability to feel          |__|

9.  Pessimistic thoughts       |__|

10. Suicidal thoughts          |__|

```
Rater's initials


```

2004-03-08

CONFIDENTIAL
AZSER12777091



AstraZeneca

Study code D1447C00127

Subj initials ...................

E code |E|__|__|__|

## Subject Drug Accountability (Randomized Treatment Phase)

SAC

Page 890. __ __

| Package ID | Kit Number | Date Dispensed | Number of tablets Dispensed | Number of tablets Returned | Date Returned | Comments |
|---|---|---|---|---|---|---|
| Attach label here | | year mm dd | |0,8,0| | | year mm dd | |

AW2003-07-31   AZ2002-12-03   AW2003-07-03   AZ01:10

2004-03-08

420

CONFIDENTIAL
AZSER12777092

AstraZeneca                                                          Page 891

| Study Code D1447C00127 | Subj initials ..................... | E code |E| | | | | | |

**Statement of Death**                                              **DEATHAW**

Date of death          |2|0| | | | | | |
                        year    mm    dd

**Primary cause of death**              ..................................................

**Autopsy**

                                    No      Yes
Autopsy performed                   [ ]₀    [ ]₁

If No, how was the primary cause of   ..................................................
death determined

2004-04-08

421

CONFIDENTIAL
AZSER12777093



| | |
|---|---|
| **Clinical Study Report: Appendix 12.1.3** | |
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00127 |

## Appendix 12.1.3
## Independent Ethics Committees/Institutional Review Boards consulted, and samples of written Subject Information and Consent Form

CONFIDENTIAL
AZSER12777094

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00127

### 12.1.3.1 Independent Ethics Committees/Institutional Review Boards consulted

| United States Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 0001 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 23 October 2003 |
| 0003 | Institutional Review Board University of California, Irvine 300 University Tower Irvine, CA 92697-7600 | Anton N. Hasso, M.D. | 30 September 2004 |
| 0004 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 16 October 2003 |
| 0005 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 23 October 2003 |
| 0006 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 16 October 2003 |
| 0007 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 2 October 2003 |
| 0008 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 9 October 2003 |
| 0009 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 16 October 2003 |
| 0010 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 23 October 2003 |
| 0011 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 9 October 2003 |

CONFIDENTIAL
AZSER12777095

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00127

| United States Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 0012 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 16 October 2003 |
| 0014 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 6 November 2003 |
| 0016 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 23 October 2003 |
| 0017 | Human Research Review Committee Office of Research BMSB, Room B71 Albuquerque, NM 87131-5116 | William Reed, M.D. | 30 March 2004 |
| 0018 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 2 October 2003 |
| 0019 | Office of Institutional Board of Research Associates NYU School of Medicine 550 First Avenue, Building #VET 10 West New York, NY 10016 | Keith M. Krasinski, M.D. | 13 April 2004 |
| 0020 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 9 October 2003 |
| 0021 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 2 October 2003 |
| 0022 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 9 October 2003 |

3

CONFIDENTIAL
AZSER12777096

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00127

| United States Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 0023 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 30 October 2003 |
| 0024 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 13 November 2003 |
| 0025 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 2 October 2003 |
| 0026 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 30 October 2003 |
| 0027 | NBGH Behavioral Research <br> New Britain General Hospital <br> 100 Grand Street <br> New Britain, Conneticut 06050 | David J. Krugman M.D. | 12 November 2003 |
| 0028 | Medical University of South Carolina <br> Office of Research Integrity (ORI) <br> 165 Cannon Street, Rm. 501 <br> PO Box 250857 <br> Charleston, SC 29425 | Robert Malcolm, M.D. | 8 July 2004 |
| 0029 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 23 October 2003 |
| 0030 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 9 October 2003 |
| 0031 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 2 October 2003 |

4

CONFIDENTIAL
AZSER12777097

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00127

| United States Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 0032 | Brany IRB<br>Biomedical Research Allicance of New York, LLC<br>225 Community Drive<br>Suite 100<br>Great Neck, NY 11021 | Keith Krasinski, M.D. | 20 November 2003 |
| 0033 | **Coast IRB, LLC**<br>931 Calle Negocio Ste K<br>San Clemente, California 92673 | Melissa Cortes, M.Ed. | 30 October 2003 |
| 0034 | **Coast IRB, LLC**<br>931 Calle Negocio Ste K<br>San Clemente, California 92673 | Melissa Cortes, M.Ed. | 16 October 2003 |
| 0035 | Berkshire Medical Center IRB<br>725 North Street<br>Pittsfield, MA 01201 | Richard Perera, M.D. | 16 October 2003 |
| 0036 | University of Cincinnati Medical Center, IRB<br>G-08 Wherry Hall, ML #0567<br>Cincinnati, OH 45267-0567 | James J. Mulchahey, Ph.D. | 19 November 2003 |
| 0037 | **Coast IRB, LLC**<br>931 Calle Negocio Ste K<br>San Clemente, California 92673 | Melissa Cortes, M.Ed. | 2 October 2003 |
| 0038 | **Coast IRB, LLC**<br>931 Calle Negocio Ste K<br>San Clemente, California 92673 | Melissa Cortes, M.Ed. | 20 November 2003 |
| 0040 | **Coast IRB, LLC**<br>931 Calle Negocio Ste K<br>San Clemente, California 92673 | Melissa Cortes, M.Ed. | 9 October 2003 |
| 0041 | **Coast IRB, LLC**<br>931 Calle Negocio Ste K<br>San Clemente, California 92673 | Melissa Cortes, M.Ed. | 16 October 2003 |

CONFIDENTIAL
AZSER12777098

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00127

| United States Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 0042 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 2 October 2003 |
| 0044 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 13 November 2003 |
| 0045 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 9 October 2003 |
| 0046 | Research Committee John Umstead Hospital IRB 1003 12th Street Butner, NC 27509-1626 | Leann Nelson, M.D. | 21 May 2004 |
| 0047 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 16 October 2003 |
| 0048 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 16 October 2003 |
| 0049 | The University of Texas Health Science Center at San Antonio IRB Mail Code 7830 7703 Floyd Curl Drive San Antonio, TX 78229-3900 | FWA00005928 IORG0000312 Multiple Assurance #M-1403 | 11 November 2003 |
| 0050 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 30 October 2003 |
| 0051 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 6 November 2003 |

CONFIDENTIAL
AZSER12777099

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00127

| United States Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 0052 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 9 October 2003 |
| 0053 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 6 November 2003 |
| 0054 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 13 November 2003 |
| 0055 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 16 October 2003 |
| 0057 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 13 November 2003 |
| 0059 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 9 October 2003 |
| 0060 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 9 October 2003 |
| 0061 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 30 October 2003 |
| 0062 | West Virginia University IRB 886 Chestnut Ridge Road, PO Box 6845 Morgantown, WV 26506-6845 | Ronald Hill | 27 May 2004 |
| 0063 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 9 October 2003 |

7

CONFIDENTIAL
AZSER12777100

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00127

| United States Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 0064 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 9 October 2003 |
| 0066 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 16 October 2003 |
| 0067 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 13 November 2003 |
| 0068 | The University of Texas Southwestern Medical Center, IRB 5323 Harry Hines Boulevard Dallas TX 75390-9070 | David Karp, M.D., Robert Bash, M.D., John Sadler, M.D., Ronald Ramus, M.D. | 14-June 2004 |
| 0069 | Biomedical Research Institute of America IRB 3110 Camino del Rio South Suite A215 San Diego, CA 92108 | Edward Juskelis, M.D. | 29 October 2003 |
| 0070 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 9 October 2003 |
| 0071 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 26 November 2003 |
| 0072 | Friends Hospital 4641 Roosevelt Boulevard Philadelphia, PA 19124 | Edward C. Leonard Jr., M.D. | 13 November 2003 |
| 0073 | Biomedical Research Institute of America IRB 3110 Camino del Rio South Suite A215 San Diego, CA 92108 | Edward Juskelis, M.D. | 29 October 2003 |

8

CONFIDENTIAL
AZSER12777101

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00127

| United States Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 0074 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 22 January 2004 |
| 0077 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 30 October 2003 |
| 0078 | Indiana University <br> Purdue University Indianapolis <br> Union Building 618 <br> 620 Union Drive <br> Indianapolis, IN 46202 5167 | FWA00003544 | 22 December 2003 |
| 0079 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 23 October 2003 |
| 0080 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 13 Nobember 2003 |
| 0081 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 30 October 2003 |
| 0082 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 13 November 2003 |
| 0083 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 20 November 2003 |
| 0085 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 16 October 2003 |
| 0086 | **Coast IRB, LLC** <br> 931 Calle Negocio Ste K <br> San Clemente, California 92673 | Melissa Cortes, M.Ed. | 30 October 2003 |

9

CONFIDENTIAL
AZSER12777102

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00127

| United States Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 0088 | University of Oklahoma Health Sciences Center IRB Post Office Box 26901 1000 S.L. Young Blvd. Room 176 Oklahoma City, Oklahoma 73190 | Martina Jelley, M.D. | 11 March 2004 |
| 0089 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 16 October 2003 |
| 0090 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 30 December 2003 |
| 0091 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 20 November 2003 |
| 0092 | Rush University Medical Center 1653 West Congress Parkway Chicago, IL 60612 | Allen Korenblit, M.D. Howard Kravitz M.D. | 7 January 2004 |
| 0093 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 16 December 2003 |
| 0094 | UCSD Human Research Protection Program University of California, San Diego IRB 9500 Gilman Drive La Jolla CA 92093-0052 | Daniel Masys, M.D. | 19 February 2004 |
| 0095 | CCIRB Crescent City Institutional Review Board 1040 Calhoun St. Helis Building 3rd Floor New Orleans, LA 70118 | Brandon Wool, M.D. | 18 November 2003 |

10

CONFIDENTIAL
AZSER12777103

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00127

| United States Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 0116 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 13 November 2003 |
| 0118 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 8 December 2003 |
| 0119 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 8 December 2003 |
| 0120 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 11 December 2003 |
| 0121 | BioMed IRB 3110 Camino Del Rio South Suite A215 San Diego, CA 92108 | Edward F. Juskelis M.D. | 17 March 2004 |
| 0122 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 11 December 2003 |
| 0123 | **Coast IRB, LLC** 931 Calle Negocio Ste K San Clemente, California 92673 | Melissa Cortes, M.Ed. | 23 January 2004 |
| 0125 | Portland VAMC Institutional Review Board 3710 SW US Veterans Hospital Road Portland OR 97239 | Dennis J. Mazur M.D. Merritt H. Raitt M.D. | 4 October 2004 |
| 0127 | Institutional Review Board Office of Clinical Research University of Connecticut Health Center 263 Farmington Avenue Farmington, CT 06030 | Lisa Jaser R.Ph. Pharm D. | 6 August 2004 |

11

CONFIDENTIAL
AZSER12777104

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00127

| United States Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 0128 | **Coast IRB, LLC**<br>931 Calle Negocio Ste K<br>San Clemente, California 92673 | Melissa Cortes, M.Ed. | 8 April 2004 |

| Canada Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 0096 | Capital Health Research Ethics Board<br>Room 118, Centre for Clinical Research<br>5790 University Ave.<br>Halifax, NS  B3H 1V7 | George Mawko, Ph.D, FCCPM | December 22, 2003 |
| 0097 | CRULRG Research Ethics Committee<br>2601, chemin de la Canardiere<br>Beauport, QC G1J 2G3 | Pierre Maxime Belanger, B. Pharm., Ph.D | January 15, 2004 |
| 0098 | Douglas Hospital Research Ethics Board<br>6875, boulevard Lasalle<br>Montreal, QC H4H 1R3 | Serge Gauthier, M.D., F.R.C.P (c) | March 25, 2004 |
| 0099 | McGill University Health Centre Clinical Trials Committee<br>1650 Cedar<br>Montreal, QC H3G 1A4 | Dr. Terry Chow | November 5, 2003 |
| 0100 | University of Alberta Health Research Ethics Board<br>Walter Mackenzie Centre<br>University of Alberta<br>Edmonton, AB T6G 2R7 | D.W. Morrish, M.D. | January 23, 2004 |
| 0101 | Vancouver Island Health Authority Memorial Pavilion, Kenning Wing, 1st Fl.<br>1952 Bay Street<br>Victoria, BC V8R 1J8 | Veronica Morris | June 2, 2004 |
| 0102 | Hopital du Sacre-Coeur de Montreal<br>6555, boul. Gouin ouest<br>Montreal, QC H4K 1B3 | Andre Morel | November 23, 2003 |

12

CONFIDENTIAL
AZSER12777105

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00127

| Canada Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 0103 | University of Manitoba Biomedical Research Ethics Board, Bannatyne Campus P126-770 Bannatyne Ave. Winnipeg, MB  R3E 0W3 | Nicholas Anthonisen, M.D., Ph.D. | January 14, 2004 |
| 0104 | University of Manitoba Biomedical Research Ethics Board, Bannatyne Campus P126-770 Bannatyne Ave. Winnipeg, MB  R3E 0W3 | Nicholas Anthonisen, M.D., Ph.D. | January 6, 2004 |
| 0105 | Credit Valley Research Review Committee 2200 Eglinton Ave. West Mississauga, ON  L5M 2N1 | Connie Day | October 14, 2003 |
| 0106 | McMaster University Research Ethics Board 50 Charlton Ave. East Hamilton, ON L8N 4A6 | Marilyn A. Craven, M.D., Ph.D, CCFP | March 9, 2004 |
| 0107 | Lakeridge Health 1 Hospital Court Oshawa, ON L1G 2B9 | Joseph Neal, BA, LL.B | November 4, 2003 |
| 0108 | University Health Network Research Ethics Board 700 University Ave. Hydro Building 8th Fl. South, Rm 8-18 Toronto, ON M5G 1Z5 | Ronald Heslegrave, PH.D. | December 10, 2003 |
| 0109 | Queen's University Health Sciences & Affiliated Teaching Hospitals Research Ethics Board Fleming Hall, Jemmett Wing Kingston, ON K7L 3N6 | Albert F. Clark, Ph.D | January 9, 2004 |
| 0110 | Markham Stouffville Hospital Research Ethics Committee 381 Church St. P.O.Box 1800 Markham, ON L3P 7P3 | Mrs. Marg Colquhoun | March 10, 2004 |

CONFIDENTIAL
AZSER12777106

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00127

| Canada Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 0111 | The University of British Columbia Office of Research Services and Administration Clinical Research Ethics Board Room 210, Research Pavilion, 828 West 10th Ave. Vancouver, BC V5Z 1L8 | Dr. Peter Loewen | January 16, 2004 |
| 0112 | Chatham-Kent Health Alliance P.O. Box 2030 Chatham, ON  N7M 5L9 | Donald J. Burgess, B.A. | April 28, 2004 |
| 0113 | IRB Services 14845-6 Yonge Street Suite 328 Aurora, ON  L4G 6H8 | Allan Knight, M.D. FRCP(C) FACP | June 22, 2004 |
| 0115 | IRB Services 14845-6 Yonge Street Suite 328 Aurora, ON  L4G 6H8 | Allan Knight, M.D. FRCP(C) FACP | June 22, 2004 |

14

CONFIDENTIAL
AZSER12777107

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00127

**12.1.3.2**        **Samples of written Subject Information and Consent Form**

15

CONFIDENTIAL
AZSER12777108

BEST COPY AVAILABLE

GEN

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00127
Version No: 1  Version Date: 14 July 2003

---

# ADULT STUDY PATIENT INFORMATION AND CONSENT FORM

## AND

## AUTHORIZATION TO USE AND DISCLOSE MEDICAL INFORMATION FOR USE IN THE US

---

Title:    A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

Study Code:    D1447C00127

Investigator:    << >>

Sponsor:    AstraZeneca Pharmaceuticals LP
Wilmington, DE 19850-5437

## Section 1  Introduction

You are being asked to take part in a clinical research study. For you to be able to decide to be part of this study or not, you should understand enough about its risks and benefits to make an informed decision. This process is known as informed consent. This consent form describes the purpose, procedures, possible benefits and risks of the study. This form will also explain how your medical information will be used and who may see it. Once you have been fully informed about the study and had any questions answered, you will be asked to sign this form if you wish to take part and to allow your medical information to be collected, used and shared with certain persons involved in the study. If you do not sign this form, you will not be able to take part in the study. If you are in any other study, you cannot take part in this study.

Your Study Doctor is an investigator for this study, and as an investigator, is interested both in your health and in the conduct of this study. The Study Doctor is being paid by AstraZeneca (the study sponsor) to conduct this study. Before entering this study or at any time during the study, you may ask for a second opinion about your care from another doctor who is in no way connected with this study. You do not have to take part in any clinical study offered by any doctor. Your decision whether or not to take part in this study will not affect the medical care you receive from your doctor.

**Read this information carefully and please ask the Study Doctor or the study staff if you have any questions.**

IC-6-02 Adult Study Patient Information and Consent Form for use in the US Template
Version 2, Date: 7 April 2003
1(1)

16

CONFIDENTIAL
AZSER12777109

BEST COPY AVAILABLE

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00127
Version No: 1  Version Date: 14 July 2003

## Section 2  Purpose of the Study

You are suffering from manic depression (bipolar I disorder) and have a current episode of acute mania/acute mania and depression or have had an episode of acute mania/acute mania and depression within the previous 6 months and have been treated with quetiapine and lithium or divalproex.  This study is being carried out to see if quetiapine (Seroquel™) in addition to mood stabilizer (lithium or divalproex) is effective and safe in preventing bipolar episodes and if so, how it compares with placebo (a non-active tablet, like a sugar pill, that looks like quetiapine) in addition to mood stabilizer (lithium or divalproex).  Under the brand name of Seroquel™, quetiapine has been approved by the U.S. Food and Drug Administration (FDA) since 1997 to help people who suffer from schizophrenia.  The administration of quetiapine for the purpose of treating manic depression over the course of 1 to 2 years is therefore investigational and has not yet been approved by the FDA.  Approximately 1440 other patients like you in the United States and Canada will take part in this study.

## Section 3  Description of the Study and Procedures

The study involves up to 36 visits over a maximum of 141 weeks.  The study is divided into three parts.

### Part one (Enrollment)

Part one will last for up to 7 days.  At the first visit your Study Doctor will carry out some interviews to make sure you are suitable for the study and will conduct a medical examination including a heart test.  Your heart rate and blood pressure will be recorded, as well as your height and weight.  You will be asked about all past and present diseases, allergies, medical conditions you have had and about all of the medicines you are taking.  A blood sample and a urine sample will be taken for laboratory tests and, if you are female, for a pregnancy test.

### Part two (Open-label treatment Phase)

The purpose of part two is to ensure that you are not having an acute episode of mania or depression or both when you begin the third part of the study.  Part two involves up to 12 visits over 4 to 36 weeks.  During this time you will receive quetiapine tablets and your Study Doctor will also prescribe a mood stabilizer, either lithium or divalproex.  These study drugs are yours and should not be taken by anyone else.

At each visit during part two your Study Doctor will carry out some interviews.  You will also be asked about medicines you have been taking, medical conditions and anything that has been troubling you since the last visit.  A medical examination will be performed and your weight will be recorded.  Approximately 4 other blood samples will be taken throughout part two for laboratory tests.  Additionally, about 7 blood samples may also be taken to check your blood serum levels of either lithium or divalproex.  Once your Study Doctor considers your disease to be stable, you will begin part three of the study.

IC-6-02 Adult Study Patient Information and Consent Form for use in the US Template
Version 2, Date: 7 April 2003
2(2)

CONFIDENTIAL
AZSER12777110

BEST COPY AVAILABLE

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00127
Version No: 1  Version Date: 14 July 2003

## Part three (Randomized treatment Phase)

After entering part three, you will either receive non-active (placebo) tablets or identical looking quetiapine tablets. You have an equal chance of receiving either placebo or quetiapine. Which treatment you receive is decided at random by a computer (purely by chance, like the tossing of a coin). Neither you , the Study Doctor, nor the Study Site personnel will know which treatment you have received. You will also continue taking the mood stabilizer (lithium or divalproex) prescribed by your Study Doctor. These study drugs are yours and should not be taken by anyone else. The study medications must be taken according to your Study Doctor's instructions.

Part three will last for at least 28 weeks. After that you will continue in the study until the study is ended by the Sponsor Company or until week 104. Part three involves up to 23 visits. At the visits your Study Doctor will carry out the same interviews and some of the tests as at the first visit. Approximately 8 blood samples will be taken throughout part three for laboratory tests. Additional blood samples may also be taken to check your blood serum levels of either lithium or divalproex. You will also be asked to fill in two forms giving information about your well-being. At the first visit of part three, one year after you entered part three and at the final visit a heart test will be performed. Your Study Doctor will also give you, for the time of the study, a small, handheld computer. This computer will be used to answer a few questions daily all through the study.

When you have finished taking part in this study, your Study Doctor will decide how to continue to manage your manic depression.

## Section 4  Risks, Discomforts and Inconveniences

Quetiapine (Seroquel™) has been used in thousands of study patients and is approved in the United States since 1997 in the indication of schizophrenia. The study medication (quetiapine) may cause some side effects. You may experience none, some or all of the following:  feeling sleepy, feeling weak, having a dry mouth, having a stuffy nose, indigestion, constipation, weight increase, dizziness, problems with sleeping, low blood pressure or a fast heart beat. In rare cases quetiapine may cause fever, faster breathing, sweating, muscle stiffness, fits, seizures or reduced consciousness. It is not known how quetiapine may affect unborn children and if you are a woman of childbearing age you will be asked to use a reliable birth control method. There may be risks involved in taking this medication that have not been identified in the studies performed so far. There is always a risk involved in taking a new medication but every precaution will be taken and you are encouraged to report anything that is troubling you.

During enrollment and throughout the study, approximately 295 mL of blood will be drawn from your vein in your arm using standard medical practices. The taking of blood samples may cause some discomfort. Risks of venipuncture (inserting a needle in your vein to take blood) may include discomfort and/or bruising at the site of puncture and, less commonly, fainting, the formation of a small blood clot or swelling of the vein or surrounding tissue, bleeding from the puncture site, or infection. Blood samples will be taken at enrollment, at

IC-6-02 Adult Study Patient Information and Consent Form for use in the US Template
Version 2, Date: 7 April 2003
3(3)

CONFIDENTIAL
AZSER12777111

BEST COPY AVAILABLE

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00127
Version No: 1  Version Date: 14 July 2003

Study Weeks 4, 8, 12, and 24 during part two, at Study Weeks 0, 12, 28, 40, 52, 68, and 84 during part three and the final visit.  Blood samples will also be taken regularly, up to an additional 19 times, to manage the level of mood stabilizer (lithium or divalproex) in your blood during your participation in the study.

The study drug used in this study may involve other risks including possible life threatening reactions that are not known at present.

You have an equal chance of receiving either placebo or quetiapine.  Which treatment you receive is decided at random by a computer (purely by chance, like the tossing of a coin).  Neither you, the Study Doctor, nor the Study Site personnel will know which treatment you have received.  Your mood stabilizer (lithium or divalproex) will remain the same throughout your participation in the study and will be known to you , your Study Doctor, and the Study Site personnel.

You may also be currently taking other medications ("non-study medications"), which are not part of this study.  Your Study Doctor will explain to you those non-study medications that you can continue to take during the study and those non-study medications that you will be either withdrawn from, restricted from taking or prohibited from taking during your participation in the study and the risks involved in doing so.

## New Information

You will be given any new information about the study drug that becomes known during the course of this study that the Study Doctor or the study sponsor believes might reasonably affect your willingness to continue to take part in the study.

## WOMEN OF CHILD-BEARING POTENTIAL

**There might be unknown risks to the unborn child if you are or if you become pregnant during the study.  Due to these risks, you must not participate in this study if you are pregnant, or plan to become pregnant during the research study period, or are breast-feeding a child.**

**If you are a woman of child-bearing potential:**

- **by signing this consent form, you confirm to the best of your knowledge that you are not pregnant now and you do not intend to become pregnant during this study**

- **a pregnancy test will be done to confirm that you are not pregnant before you take part in this study**

- **you must use the following reliable forms of birth control during this study. (Reliable forms of birth control include hormonal contraceptives (for example, oral contraceptive or long-term injectable or implantable hormonal contraceptives), double-barrier methods (for example, condom and**

IC-6-02 Adult Study Patient Information and Consent Form for use in the US Template
Version 2, Date: 7 April 2003
4(4)

CONFIDENTIAL
AZSER12777112

BEST COPY AVAILABLE

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00127
Version No: 1  Version Date: 14 July 2003

diaphragm, condom and foam, or condom and sponge), intrauterine devices, and tubal ligation.)

**If at any time during this study you think you might be pregnant, or later learn that you were pregnant during the study, you must contact the Study Doctor immediately for further instructions about your participation in this study and follow-up.**

### Section 5  Possible Benefits to Participants

The possible benefits to you from taking part in this study are an assurance of regular visits with the Study Doctor during your participation in the study and a contribution to the literature and the scientific knowledge of quetiapine.  You may not experience any direct health benefits during or after completing this study.  However, your participation will provide information about the study treatment(s) and manic depression that may benefit you and others in the future.

### Section 6  Alternative Treatments

You do not have to take part in this study to be treated for manic depression. There are other approved treatments available for manic depression.  Your doctor or the Study Doctor can explain the other treatments that are available to you and the risks of these treatments to you if you choose not to take part in this study.

### Section 7  Treatment and Compensation for Injury Resulting from this Study

If you suffer any side effect or injury, notify your Study Doctor immediately so that you can receive appropriate medical treatment.

If you suffer any side effect or other physical injury resulting directly from the study drug, the study sponsor will pay for the reasonable costs of medical treatment if:

- you took the study drug as directed by the Study Doctor;

- your injury was not deliberately caused;

- the Study Doctor was immediately notified about your injury; and

- you followed the medical advice of the Study Doctor.

You will not be paid for lost wages or other damages or losses or for medical expenses that have been covered by medical or hospital insurance or by third party or governmental programs providing such coverage.  No other form of compensation is available from the study sponsor except remedies available under the law.  In signing this form, you do not give up any legal rights.  Payment of medical expenses is not an admission of fault or liability by the study sponsor or anyone else.

### Section 8  Payment for Taking Part in the Study

You will not be paid by the study sponsor for taking part in this study.

IC-6-02 Adult Study Patient Information and Consent Form for use in the US Template
Version 2, Date: 7 April 2003
5(5)

CONFIDENTIAL
AZSER12777113

BEST COPY AVAILABLE

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00127
Version No: 1  Version Date: 14 July 2003

You will not be paid for any additional costs such as food, childcare fees, time off of work, or compensation for lost wages, which may result from your participation in this research study by the study sponsor.

## Section 9 Expenses (Cost of Taking Part in the Study)

The study drug, Study Doctor's visits, and laboratory tests related to this study will be provided at no cost to you.  Neither you nor your insurance company will be charged for the services provided in the normal course of the conduct of this study.  Therefore, you should not claim these expenses from your insurer.

## Section 10  Taking Part is Voluntary

It is up to you whether to take part in this study or not.  You may refuse to take part or stop taking part in this study at any time without penalty or loss of benefits to which you are otherwise entitled.

## Section 11  Confidentiality and Authorization to Collect, Use and Disclose Your Medical Information

This section ("the Authorization") explains how your medical information will be collected, used and shared with certain other persons involved in the study and describes your rights, including the right to see your medical information.

### Purpose of this Authorization

You are being asked to permit the collection, use and sharing of your medical information so that the safety and effectiveness of the study drug can be evaluated as described in section 2 above.

### What Does Medical Information Mean?

Your medical information is information about your physical or mental health or condition.  It includes:

- your previous medical records and information about you created or collected during the study (for example, the dates or results of various tests or examinations); and

- information about you that the Study Doctor may need in order to be able to monitor, and report to regulatory authorities on, the safety of the study drug and is created or collected by any physician, hospital or other healthcare provider that treats you outside of the study.

This information may identify you because it may contain, for example, your name, address, telephone number, photograph, date of birth, social security number, race or ethnic origin or other unique identifiers.

IC-6-02 Adult Study Patient Information and Consent Form for use in the US Template
Version 2, Date: 7 April 2003
6(6)

21

CONFIDENTIAL
AZSER12777114

BEST COPY AVAILABLE

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00127
Version No: 1  Version Date: 14 July 2003

**Use and Disclosure of Your Medical Information**

If you sign this form, you allow the Study Doctor to collect and use your medical information to carry out this study. You also allow the Study Doctor to share your medical information with:

- the study sponsor, including its affiliates, its representatives and its contractors who work on behalf of the study sponsor to conduct the study

- other doctors and health care professionals who are involved in the study

- the Institutional Review Board (IRB) that watches over the study; and

- government agencies overseeing this study or the study drug, including the Food and Drug Administration (FDA), other Department of Health and Human Services agencies, and government agencies in the United States and other countries.

If you sign this form, you also authorize any physician, hospital or other healthcare provider that treats you outside of the study to disclose to the Study Doctor any medical information about you that the Study Doctor may need in order to be able to monitor, and report to regulatory authorities on, the safety of the study drug during the period required for this study. [This authorization include disclosure in the event of your death.]

**Will Persons Looking At Your Medical Information Be Able to Identify You?**

That part of your medical information sent by the Study Doctor to the study sponsor ("study data") usually does not identify you personally (for example, by name, address, or social security number). The study data sent to the study sponsor may include your date of birth. Instead, the Study Doctor uses your initials and a code number on the study data sent to the study sponsor. However, the study sponsor, its representatives and contractors, regulatory authorities and other supervising bodies may look at all your medical information at the Study Doctor's site. The reason these persons may look at your medical information is to make sure the study has been done properly and that study data has been collected correctly, or for other reasons allowed by law.

**Notice on Redisclosure of Your Medical Information and Confidentiality**

Federal law provides that the Study Doctor can only share your medical information with those persons whom you have permitted to see it. However, if you sign this form, those persons may share your medical information with other persons. Federal law does not protect you against this. (The laws of your state may provide additional privacy protection.)

**Publication of Study Results**

Except as explained in this section 11, your medical information will be kept confidential. The data and results from this study may also be presented at meetings or in publications, but in those presentations people taking part in the study will not be identified by name.

IC-6-02 Adult Study Patient Information and Consent Form for use in the US Template
Version 2, Date: 7 April 2003
7(7)

CONFIDENTIAL
AZSER12777115

BEST COPY AVAILABLE

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00127
Version No: 1  Version Date: 14 July 2003

**Your Right to See and/or Copy Your Medical Information**

You have the right to see and copy your medical information related to the study for as long as the Study Doctor holds this information. However, you may not be able to see some of your records related to the study until after the study has been completed, otherwise it could spoil the study.

**Withdrawing Your Authorization**

You may withdraw your Authorization (permission) regarding your medical information at any time by writing to the Study Doctor at the following address: <<*insert investigational site address*>>. If you withdraw this Authorization, the Study Doctor will no longer use your medical information or share it with others under the Authorization for this study, unless the Study Doctor needs to do so to protect the study data. However, the study sponsor may still use information about you that was shared with the study sponsor before you withdrew your Authorization.

If you withdraw your Authorization, you cannot continue to take part in the study.

**Expiration of Your Authorization**

Your Authorization does not have an expiration date.

**Section 12  Whom to Ask If You Have Questions**

You have the right to ask questions about this study at any time and are encouraged to do so.

If you have any questions about this research study, ask the research Study Doctor or the research staff at <<*insert investigational site telephone #*>>.

If you experience an injury you believe is related to this study, contact <<*insert person's name at investigational site*>> at <<*insert investigational site telephone # *>>.

If you have any questions about your rights as a research patient, you may contact <<*insert name of IRB* >> at <<*insert IRB's telephone # *>>.

**Section 13  Right to Withdraw and Termination Procedures**

You may withdraw from this study at any time without penalty or loss of benefits to which you are otherwise entitled. Your participation may be ended without your consent if you become ineligible to continue in the study, if you fail to follow the instructions of the Study Doctor, if you experience a study-related injury, or for any other reason. Your participation will be ended if you experience a manic or depressed episode associated with your manic depression. Your Study Doctor will then decide how to manage your manic depression.

When you stop taking part in the study, you must go through the termination procedures the Study Doctor considers necessary for your safety.

IC-6-02 Adult Study Patient Information and Consent Form for use in the US Template
Version 2, Date: 7 April 2003
8(8)

23

CONFIDENTIAL
AZSER12777116

BEST COPY AVAILABLE

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00127
Version No: 1  Version Date: 14 July 2003

**You must return all unused study drugs and the electronic patient diary device(s) to the Study Doctor.**

CONFIDENTIAL
AZSER12777117

BEST COPY AVAILABLE

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00127
Version No: 1  Version Date: 14 July 2003

**Section 14  INFORMED CONSENT STATEMENT AND AUTHORIZATION:**

**I, _____ (name of patient), HAVE READ AND I UNDERSTAND
ALL THE INFORMATION IN THIS INFORMATION AND CONSENT FORM. I
HAVE BEEN GIVEN THE CHANCE TO DISCUSS IT AND ASK QUESTIONS.  ALL
MY QUESTIONS HAVE BEEN ANSWERED TO MY SATISFACTION.  I
VOLUNTARILY CONSENT TO TAKE PART IN THIS STUDY.  I UNDERSTAND I
WILL RECEIVE A COPY OF THIS INFORMATION AND CONSENT FORM.**

**BY SIGNING THIS INFORMATION AND CONSENT FORM, I HAVE NOT GIVEN
UP ANY OF THE LEGAL RIGHTS, WHICH I OTHERWISE WOULD HAVE AS A
PATIENT IN A RESEARCH STUDY.**

**I AUTHORIZE THE COLLECTION, USE AND DISCLOSURE OF MY MEDICAL
INFORMATION IN ACCORDANCE WITH THIS FORM.**

_____          _____

**Signature of Patient**                            **Date of Signature**

_____

**Printed Name of Patient**

---

**If patient is incapacitated (mentally or physically) and not capable of consenting or unable
to read or write,**

_____          _____

**Signature of Legal                            Date of Signature
Representative or Impartial Witness**

_____

**Printed Name of Legal
Representative or Impartial Witness**

---

IC-6-02 Adult Study Patient Information and Consent Form for use in the US Template
Version 2, Date: 7 April 2003
10(10)

CONFIDENTIAL
AZSER12777118

BEST COPY AVAILABLE

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00127
Version No: 1  Version Date: 14 July 2003

_____        _____
**Signature of Person**                     **Date of Signature**
**Administering this Consent**

_____
**Printed Name of Person**
**Administering this Consent**

IC-6-02 Adult Study Patient Information and Consent Form for use in the US Template
Version 2. Date: 7 April 2003
11(11)

26

CONFIDENTIAL
AZSER12777119

BEST COPY AVAILABLE

Genetic Research Addendum to Informed Consent Form for use in the US
Study Code: DI447C00127
Version No: 1   Version Date: 14 July 2003

## Genetic Research Addendum to Informed Consent Form for use in the US

Patient Initials: << >>                    Enrollment code: << >>

Study Title:    A Multicenter, Randomized, Parallel-group, Double-blind, Phase III
Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets
400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to
Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of
Bipolar I Disorder in Adult Patients

**An optional part of this study involves the collection of a blood sample from you for
genetic (DNA) research.**

### Section 1.  What is the Background to and Purpose of the Genetic Research?

Cells in your body contain a type of molecule called deoxyribonucleic acid, or DNA for short.
DNA is what your genes are made of.  Genes are inherited and direct growth, development,
and how the body functions.  For example, some genes control the color of your hair or eyes.
Scientists have learned a lot about how genes work.  There are many differences, or
variations, in DNA from one person to another.  These variations may affect a person's chance
of suffering from a particular disease or the way a person responds to a particular drug.  You
are being asked to donate a blood sample for genetic research that will determine part of the
structure of your DNA and enable us to compare it to medical information about you.  You are
being asked to do this because you are already taking part in a study of the treatment of manic
depression (Bipolar I Disorder), which we will call "the main study" in the rest of this
document.  We will use the words "this genetic research" for the genetic research we are now
asking you to take part in.

We are asking you and other patients participating in the main study to donate a blood sample
because we want to study how genetic variations are involved in manic depression.  We also
want to study how genetic variations may influence the way people respond to drugs used in
the treatment of this disease.  We will not use the blood sample you donate for other purposes.

The purpose of this genetic research is not to provide you with test results.  The study sponsor
(AstraZeneca) will not make any results available to you, any insurance company, your
employer, your family, the study doctor, or any other physician who treats you now or in the
future.  You should be aware that the study sponsor has no obligation to conduct this genetic
research, or any additional research on your blood sample or DNA.

### Section 2.  Study Procedure

If you decide to donate a sample, we will draw about 2 teaspoons (10 ml) of blood from you at
your enrollment visit, which is the same time as your other blood sample.  However, if this is
not possible, you may ask to have this sample drawn at any other time during your

1(1)

27

CONFIDENTIAL
AZSER12777120

BEST COPY AVAILABLE

Genetic Research Addendum to Informed Consent Form for use in the US
Study Code: D1447C00127
Version No: 1    Version Date: 14 July 2003

participation in the study. DNA will be extracted from your blood sample. In this process, most of the original blood sample will be used up but a small amount will be kept as a "backup" in case of problems in the testing of your DNA.

The DNA sample and the remaining blood sample will be stored with similar samples from other people at a secure central laboratory owned by AstraZeneca and located within the European Union. DNA and blood samples from this genetic research will be destroyed 15 years after the main study is completed. Your DNA may be studied at any time before this. The pattern of variations in your DNA may be compared with medical information collected in the main study, but only as this information relates to the research goals described above. The results from this genetic research may be analyzed along with results from other research.

### Section 3. Risks and Inconveniences

These are no different from those experienced by you in having blood taken in the main study.

### Section 4. Possible Benefits

There is no direct benefit to you in taking part in this genetic research. However, this research may contribute to our understanding of manic depression and its treatment, and may eventually lead to improvements in treatment.

### Section 5. Taking Part is Voluntary

It is up to you whether to donate a sample for genetic research or not. You may refuse to donate a sample at any time without penalty or loss of benefits to which you are otherwise entitled. You will receive the same treatment and care in the main study whether or not you donate a blood sample for genetic research as described in this document. **If you decide not to donate a sample, you can still take part in the main study.**

### Section 6. No Payment for Taking Part

You will not be paid for donating a sample for use in this genetic research.

### Section 7. Rights to the Results of Genetic Research

Any information derived directly or indirectly from this genetic research, as well as any patents, diagnostic tests, drugs, or biological products developed directly or indirectly as a result of this genetic research, are the sole property of the study sponsor (and its successors, licensees, and assigns) and may be used for commercial purposes. You have no right to this property or to any share of the profits that may be earned directly or indirectly as a result of this genetic research. However, in signing this form and donating a blood sample for genetic research, you do not give up any rights that you would otherwise have as a participant in research.

2(2)

CONFIDENTIAL
AZSER12777121

Genetic Research Addendum to Informed Consent Form for use in the US
Study Code: D1447C00127
Version No: 1  Version Date: 14 July 2003

### Section 8.  Confidentiality and Authorization to Collect, Use and Disclose Your Protected Information

In this section ("the Authorization") you are being asked for permission to use and share certain information about you so that the genetic research described in this document may be carried out.  This section describes:

- how your protected information will be collected, used, and shared with certain other persons involved in this genetic research,

- how your confidentiality will be protected,

- your rights

### What is Your "Protected Information"?

In a file at the study site, the code number used to label your blood sample will be recorded next to your name.  For this reason, information obtained from your blood sample, including the results of research on your DNA, are considered protected information.  Special precautions will therefore be taken to ensure that the genetic research described in this document will be carried out with a very high degree of confidentiality.

### Will Anyone be Able to Identify You?

Your blood sample will not be labelled with your name, but, as mentioned above, only with the same code that is given to you in the main study.  As an added level of security your DNA, when it is extracted from your blood sample, and the results of any research on your DNA will receive a second code number.  A file linking the first and second codes will be kept in a secure place at AstraZeneca with restricted access.  If you change your mind about participating in this genetic research, this link will allow us to locate your sample and destroy it.  The link will be destroyed 15 years after the main study is completed, at the same time that your DNA sample and any remaining blood are destroyed.

The coding of samples and results is to ensure that genetic research results are kept confidential by keeping your identity and these results separate.  Very few people will be able to connect your identity and the results of research on your DNA, and only for special reasons.  If there should be a medical emergency, an AstraZeneca doctor whose job it is to find out what caused the problem might know your identity and might also have access to the results of research on your DNA.  AstraZeneca staff whose job it is to make sure the research has been done properly by checking the records at the study doctor's site, will also be able to identify you from your medical files but will not have access to the results of this genetic research.  Apart from these persons, other research staff at AstraZeneca will not know your identity.  Regulatory authorities, who also may wish to check that this genetic research has been done properly, will also have access to your files and know your identity.

3(3)

29

CONFIDENTIAL
AZSER12777122

BEST COPY AVAILABLE

Genetic Research Addendum to Informed Consent Form for use in the US
Study Code: D1447C00127
Version No: 1  Version Date: 14 July 2003

The data and results of this genetic research may be reviewed with collaborators and published.  Neither your name nor any other information that identifies you personally will appear in any publications or reports.

**Use and Disclosure of Your Protected Information**

If you sign this form and donate a blood sample, you allow the study doctor to use your protected information to carry out the genetic research described in this document.  As noted above, there are special precautions taken to ensure that persons looking at the results of research on your DNA should not be able to identify you personally.  Subject to those precautions, the study doctor may nonetheless share your protected information with:

- the study sponsor, including its affiliates, its representatives, and its contractors who work on behalf of the study sponsor to carry out this genetic research;

- other doctors and health care professionals who are involved in this genetic research;

- the Institutional Review Board (IRB) that watches over the main study; and

- government agencies overseeing this genetic research.

The blood samples that are donated to the study sponsor, and the DNA prepared from them, will not be given or sold to anyone else, nor will they be used for purposes other than the genetic research described in this document.

**Notice on Redisclosure of Protected Information**

The study doctor can only share your protected information with persons whom you have permitted to see it, and only in the ways you have permitted.  However, if you sign this form those persons may share your protected information with other persons.  Federal law does not protect you against this, but the laws of your state may provide additional protection.  However, the study sponsor will only share your protected information with its and its affiliates' staff involved in this genetic research and with the persons whom you permit to receive it under this form.

**Section 9.  Withdrawing your Consent and Authorization**

You may withdraw your consent to the use of your sample in genetic research at any time.  If you withdraw your consent **before** your blood sample is sent for genetic research, the study doctor will arrange to have it destroyed.  If you withdraw your consent **after** your blood sample has been sent for genetic research the study sponsor and the study doctor will ensure that your blood sample and any DNA that has been extracted from it are destroyed.  However, if genetic research has already been performed the study sponsor is not obliged to destroy results of this research.

You may withdraw your Authorization (permission) regarding the use and disclosure of your protected information at any time by writing to the study doctor at the following address:

4(4)

CONFIDENTIAL
AZSER12777123

BEST COPY AVAILABLE

Genetic Research Addendum to Informed Consent Form for use in the US
Study Code: D1447C00127
Version No: 1  Version Date: 14 July 2003

<< insert investigational center address >>.  If you withdraw this Authorization, the study doctor will no longer use your protected information or share it with others under the Authorization for this genetic research, unless the study doctor needs to do so to protect the research results.  However, the study sponsor may still use information about you that was shared with the study sponsor before you withdrew your Authorization.

If you withdraw your Authorization, you can continue to take part in the main study unless you withdraw your Authorization for the main study.

**Expiration of Your Authorization**

In signing this form, you authorize the use and disclosure of your protected information as necessary to carry out the genetic research described in this document.  Your Authorization will expire 15 years after the main study is completed.

**Section 10.  Whom to Ask if You Have Questions**

If you have questions about donating a sample, any study-related injury, or your rights as a patient, you may contact the personnel identified in the main study form.

**Section 11.  Informed Consent Statement and Authorization**

I, _____ (name of patient), have read and I understand all the information in this informed consent and authorization form.  I have been given the chance to discuss it and ask questions.  All my questions have been answered to my satisfaction.  I voluntarily consent to take part in this genetic research.  I understand I will receive a copy of this informed consent and authorization form.

By signing this informed consent and authorization form, I have not given up any of the legal rights, which I otherwise would have as a patient in a research study.  I authorize the collection, use and disclosure of my personal information in accordance with this form.


_____          _____
Signature of Patient                              Date of Signature


_____
Printed Name of Patient


_____
Name of Patient's Legally Authorized Representative (If Applicable) (Please Print)


_____          _____
Authority of Representative                      Date of Signature
To Act For Patient (If Applicable)


5(5)

31

CONFIDENTIAL
AZSER12777124

BEST COPY AVAILABLE

Genetic Research Addendum to Informed Consent Form for use in the US
Study Code: D1447C00127
Version No: 1  Version Date: 14 July 2003

_____        _____
Signature of Person                           Date
Administering this Consent

_____
Printed Name of Person
Administering this Consent

```
┌─────────────────────────────────────────────────────────────────────┐
│  I do not consent to provide a blood sample under the conditions described in this section.  │
│                                                                       │
│                                                                       │
│  _____          _____          _____               │
│  Printed Name          Signature            Date                      │
│                                                                       │
│                                                                       │
│  _____          _____          _____               │
│  Printed Name of Person   Signature of Person    Date                 │
│  Administering this Consent  Administering this Consent               │
└─────────────────────────────────────────────────────────────────────┘
```

6(6)

CONFIDENTIAL
AZSER12777125



| Clinical Study Report: Appendix 12.1.4. | |
|---|---|
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00127 |

**Appendix 12.1.4**
**Participants in the study**

CONFIDENTIAL
AZSER12777126

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

## 12.1.4.1    List of staff at investigational site(s)

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| US | 0001 | Scott Aaronson | Sheppard Pratt Health Care System 6501 N. Charles Street P.O. Box 6815 Baltimore, MD 21285-6815 | MD | | Principal Investigator |
| US | 0001 | Edward, Zuzarte | Sheppard Pratt Health Care System 6501 N. Charles Street P.O. Box 6815 Baltimore, MD 21285-6815 | MD | | Sub-Investigator |
| US | 0001 | Yu-Fei Duan | Sheppard Pratt Health Care System 6501 N. Charles Street P.O. Box 6815 Baltimore, MD 21285-6815 | MD | | Sub-Investigator |
| US | 0001 | Kathleen L. Conway | Sheppard Pratt Health Care System 6501 N. Charles Street P.O. Box 6815 Baltimore, MD 21285-6815 | RN, BSN | | Sub-Investigator |
| US | 0001 | Jennifer L. Hoffman | Sheppard Pratt Health Care System 6501 N. Charles Street P.O. Box 6815 Baltimore, MD 21285-6815 | | | Sub-Investigator |
| US | 0001 | William Gunther | Sheppard Pratt Health Care System 6501 N. Charles Street P.O. Box 6815 Baltimore, MD 21285-6815 | | | Sub-Investigator |

2

CONFIDENTIAL
AZSER12777127

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0001 | Sunil Khushalani | Sheppard Pratt Health Care System 6501 N. Charles Street P.O. Box 6815 Baltimore, MD 21285-6815 | | | Sub-Investigator |
| US | 0003 | Gustavo Alva | UCI Medical Center Neuropsychiatric Center 101 The City Drive South Orange, FL 92868-3298 | MD | | Principal Investigator |
| US | 0003 | Steven G. Potkin | UCI Medical Center Neuropsychiatric Center 101 The City Drive South Orange, FL 92868-3298 | MD | | Sub-Investigator |
| US | 0003 | Danilo T. Carreon | UCI Medical Center Neuropsychiatric Center 101 The City Drive South Orange, FL 92868-3298 | | | Sub-Investigator |
| US | 0003 | Jill Upton | UCI Medical Center Neuropsychiatric Center 101 The City Drive South Orange, FL 92868-3298 | | | Sub-Investigator |
| US | 0003 | Mary Lykke | UCI Medical Center Neuropsychiatric Center 101 The City Drive South Orange, FL 92868-3298 | | | Sub-Investigator |

3

CONFIDENTIAL
AZSER12777128

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0003 | Rimal B. Bera | UCI Medical Center Neuropsychiatric Center 101 The City Drive South Orange, FL 92868-3298 | MD | | Sub-Investigator |
| US | 0003 | Trung Minh Thai | UCI Medical Center Neuropsychiatric Center 101 The City Drive South Orange, FL 92868-3298 | MD | | Sub-Investigator |
| US | 0003 | Jennifer Siegel | UCI Medical Center Neuropsychiatric Center 101 The City Drive South Orange, FL 92868-3298 | | | Sub-Investigator |
| US | 0003 | Kirsten Fleming | UCI Medical Center Neuropsychiatric Center 101 The City Drive South Orange, FL 92868-3298 | Ph.D | | Sub-Investigator |
| US | 0004 | Todd Antin | nTouch Research 2801 N. Decatur Road Suite 185 Decatur, GA 30033 | MD | | Principal Investigator |
| US | 0004 | Gregory A. Haley | nTouch Research 2801 N. Decatur Road Suite 185 Decatur, GA 30033 | MD | | Sub-Investigator |

4

CONFIDENTIAL
AZSER12777129

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0004 | Jitendra P. Singh | nTouch Research<br>2801 N. Decatur Road<br>Suite 185<br>Decatur, GA 30033 | MD | | Sub-Investigator |
| US | 0004 | Rasean Thayer Hodge | nTouch Research<br>2801 N. Decatur Road<br>Suite 185<br>Decatur, GA 30033 | MD | | Sub-Investigator |
| US | 0005 | Valerie Arnold | Clinical NeuroScience<br>6401 Poplar Avenue<br>Suite 420<br>Memphis, TN 38119 | MD | | Principal Investigator |
| US | 0005 | Lora McGill | Clinical NeuroScience<br>6401 Poplar Avenue<br>Suite 420<br>Memphis, TN 38119 | MD | | Sub-Investigator |
| US | 0005 | Steven Rice | Clinical NeuroScience<br>6401 Poplar Avenue<br>Suite 420<br>Memphis, TN 38119 | MD | | Sub-Investigator |
| US | 0005 | Veda Robinson | Clinical NeuroScience<br>6401 Poplar Avenue<br>Suite 420<br>Memphis, TN 38119 | RN | | Sub-Investigator |

5

CONFIDENTIAL
AZSER12777130

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0005 | Catherine Houpt | Clinical NeuroScience 6401 Poplar Avenue Suite 420 Memphis, TN 38119 | LCSW | | Sub-Investigator |
| US | 0005 | Robyn Presley | Clinical NeuroScience 6401 Poplar Avenue Suite 420 Memphis, TN 38119 | | | Sub-Investigator |
| US | 0005 | Karen Taylore | Clinical NeuroScience 6401 Poplar Avenue Suite 420 Memphis, TN 38119 | RN | | Sub-Investigator |
| US | 0005 | David Hensley | Clinical NeuroScience 6401 Poplar Avenue Suite 420 Memphis, TN 38119 | | | Sub-Investigator |
| US | 0005 | Alison Barnes Baker | Clinical NeuroScience 6401 Poplar Avenue Suite 420 Memphis, TN 38119 | MD | | Sub-Investigator |
| US | 0005 | Zainab Samaan | Clinical NeuroScience 6401 Poplar Avenue Suite 420 Memphis, TN 38119 | MBChB, DMMD, MscPsych, MRCPsych | | Sub-Investigator |

6

CONFIDENTIAL
AZSER12777131

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| US | 0005 | Shannon Smith | Clinical NeuroScience 6401 Poplar Avenue Suite 420 Memphis, TN 38119 | | | Sub-Investigator |
| US | 0005 | Dolores Maria DiGaetano | Clinical NeuroScience 6401 Poplar Avenue Suite 420 Memphis, TN 38119 | MD | | Sub-Investigator |
| US | 0005 | Lora J. McGill | Clinical NeuroScience 6401 Poplar Avenue Suite 420 Memphis, TN 38119 | MD | | Sub-Investigator |
| US | 0006 | Roberta Ball | CNS Research Institute, P.C. 2827 Tyson Avenue Philadelphia, PA 19149 | MD | | Principal Investigator |
| US | 0006 | Howard Hassman | CNS Research Institute, P.C. 2827 Tyson Avenue Philadelphia, PA 19149 | DO | | Sub-Investigator |
| US | 0006 | Margot Oakley | CNS Research Institute, P.C. 2827 Tyson Avenue Philadelphia, PA 19149 | RN | | Sub-Investigator |
| US | 0006 | Mary Charlotte Lyman | CNS Research Institute, P.C. 2827 Tyson Avenue Philadelphia, PA 19149 | BS | | Sub-Investigator |

7

CONFIDENTIAL
AZSER12777132

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0006 | David Pudles | CNS Research Institute, P.C. 2827 Tyson Avenue Philadelphia, PA 19149 | DO | | Sub-Investigator |
| US | 0006 | Geoffrey Temple | CNS Research Institute, P.C. 2827 Tyson Avenue Philadelphia, PA 19149 | DO | | Sub-Investigator |
| US | 0006 | Ronald Gruzin | CNS Research Institute, P.C. 2827 Tyson Avenue Philadelphia, PA 19149 | DO | | Sub-Investigator |
| US | 0006 | Steven Eisen | CNS Research Institute, P.C. 2827 Tyson Avenue Philadelphia, PA 19149 | MS, MD | | Sub-Investigator |
| US | 0006 | Barbara Kelly | CNS Research Institute, P.C. 2827 Tyson Avenue Philadelphia, PA 19149 | PhD | | Sub-Investigator |
| US | 0006 | Elizabeth Leonardo | CNS Research Institute, P.C. 2827 Tyson Avenue Philadelphia, PA 19149 | LPN | | Sub-Investigator |
| US | 0006 | David G. Krefetz | CNS Research Institute, P.C. 2827 Tyson Avenue Philadelphia, PA 19149 | DO | | Sub-Investigator |
| US | 0006 | Steven J. Glass | CNS Research Institute, P.C. 2827 Tyson Avenue Philadelphia, PA 19149 | MD | | Sub-Investigator |

8

CONFIDENTIAL
AZSER12777133

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0006 | Maria Pinho | CNS Research Institute, P.C. 2827 Tyson Avenue Philadelphia, PA 19149 | RN, BSN | | Sub-Investigator |
| US | 0006 | Sandra L. Kuhlmeier | CNS Research Institute, P.C. 2827 Tyson Avenue Philadelphia, PA 19149 | CRC | | Sub-Investigator |
| US | 0006 | Lawrence N. Rossi | CNS Research Institute, P.C. 2827 Tyson Avenue Philadelphia, PA 19149 | MD | | Sub-Investigator |
| US | 0007 | Benny Barnhart | Grayline Clinical Drug Trials 3300 Seymour Highway Witchita Falls, TX 76309 | MD | | Principal Investigator |
| US | 0007 | Jack R. Tomlinson | Grayline Clinical Drug Trials 3300 Seymour Highway Witchita Falls, TX 76309 | MD | | Sub-Investigator |
| US | 0007 | Millicent A. McDonald | Grayline Clinical Drug Trials 3300 Seymour Highway Witchita Falls, TX 76309 | RN | Study Coordinator | Sub-Investigator |
| US | 0007 | Robin R. Urioste | Grayline Clinical Drug Trials 3300 Seymour Highway Witchita Falls, TX 76309 | LVN, CCRC | Assistant Study Coordinator | Sub-Investigator |
| US | 0007 | Daniel C. Elbaum | Grayline Clinical Drug Trials 3300 Seymour Highway Witchita Falls, TX 76309 | CCRC | Assistant Study Coordinator | Sub-Investigator |

9

CONFIDENTIAL
AZSER12777134

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|------------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0007 | Linda M. Wikel | Grayline Clinical Drug Trials 3300 Seymour Highway Witchita Falls, TX 76309 | LVN | | Sub-Investigator |
| US | 0007 | Kathy M. Castro | Grayline Clinical Drug Trials 3300 Seymour Highway Witchita Falls, TX 76309 | | Assistant Study Coordinator | Sub-Investigator |
| US | 0007 | Beverly C. Shearman | Grayline Clinical Drug Trials 3300 Seymour Highway Witchita Falls, TX 76309 | | | Sub-Investigator |
| US | 0007 | Jennifer A. Noack | Grayline Clinical Drug Trials 3300 Seymour Highway Witchita Falls, TX 76309 | | | Sub-Investigator |
| US | 0007 | Tonya E. Rinehart | Grayline Clinical Drug Trials 3300 Seymour Highway Witchita Falls, TX 76309 | | Regulatory Manager | Sub-Investigator |
| US | 0007 | Amanda G. Ireland | Grayline Clinical Drug Trials 3300 Seymour Highway Witchita Falls, TX 76309 | | Assistant Study Coordinator | Sub-Investigator |
| US | 0007 | Misty A. Day | Grayline Clinical Drug Trials 3300 Seymour Highway Witchita Falls, TX 76309 | | Assistant Study Coordinator | Sub-Investigator |
| US | 0007 | Kelly D. Reed | Grayline Clinical Drug Trials 3300 Seymour Highway Witchita Falls, TX 76309 | | | Sub-Investigator |

10

CONFIDENTIAL
AZSER12777135

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|------------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0007 | Dianna C. Gilbert | Grayline Clinical Drug Trials 3300 Seymour Highway Wichita Falls, TX 76309 | | | Sub-Investigator |
| US | 0007 | Cynthia K. McKee | Grayline Clinical Drug Trials 3300 Seymour Highway Wichita Falls, TX 76309 | | | Sub-Investigator |
| US | 0007 | Jamie L. Hall | Grayline Clinical Drug Trials 3300 Seymour Highway Wichita Falls, TX 76309 | | | Sub-Investigator |
| US | 0007 | Angie D. McCoy | Grayline Clinical Drug Trials 3300 Seymour Highway Wichita Falls, TX 76309 | L.V.N. | | Sub-Investigator |
| US | 0008 | Jason Baron | MedLabs Research of Houston, Inc. 6260 Westpark Suite 250 Houston, TX 77057 | MD | | Principal Investigator |
| US | 0008 | Rustin T. Slaughter | MedLabs Research of Houston, Inc. 6260 Westpark Suite 250 Houston, TX 77057 | MD | | Sub-Investigator |
| US | 0008 | Kenneth L. Winaker | MedLabs Research of Houston, Inc. 6260 Westpark Suite 250 Houston, TX 77057 | MD | | Sub-Investigator |

11

CONFIDENTIAL
AZSER12777136

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0008 | Julie Feldott | MedLabs Research of Houston, Inc. 6260 Westpark Suite 250 Houston, TX 77057 | M.Ed | | Sub-Investigator |
| US | 0008 | Timothy G. White | MedLabs Research of Houston, Inc. 6260 Westpark Suite 250 Houston, TX 77057 | MA, LPC | | Sub-Investigator |
| US | 0008 | Andrew G. Strickler | MedLabs Research of Houston, Inc. 6260 Westpark Suite 250 Houston, TX 77057 | MS | | Sub-Investigator |
| US | 0008 | Tayfun Karakoc | MedLabs Research of Houston, Inc. 6260 Westpark Suite 250 Houston, TX 77057 | MD | | Sub-Investigator |
| US | 0008 | Natalie Robeson | MedLabs Research of Houston, Inc. 6260 Westpark Suite 250 Houston, TX 77057 | BS | | |
| US | 0009 | Bijan Bastani | North Coast Clinical Trials, Inc. 3733 Park East Drive Suite 100 Beachwood, OH 44122 | MD | | Principal Investigator |

12

CONFIDENTIAL
AZSER12777137

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0009 | Luis F. Ramirez | North Coast Clinical Trials, Inc.<br>3733 Park East Drive<br>Suite 100<br>Beachwood, OH 44122 | MD | | Sub-Investigator |
| US | 0009 | Catherine Boyer | North Coast Clinical Trials, Inc.<br>3733 Park East Drive<br>Suite 100<br>Beachwood, OH 44122 | LPN | | Sub-Investigator |
| US | 0009 | Doreen Kern | North Coast Clinical Trials, Inc.<br>3733 Park East Drive<br>Suite 100<br>Beachwood, OH 44122 | RN, BSN | | Sub-Investigator |
| US | 0010 | Louise Beckett | IPS Research Company<br>1111 N. Lee<br>Suite 400<br>Oklahoma City, OK 73103 | MD | | Principal Investigator |
| US | 0010 | Sergio A. Sanchez | IPS Research Company<br>1111 N. Lee<br>Suite 400<br>Oklahoma City, OK 73103 | MD | | Sub-Investigator |
| US | 0010 | Monica Bottoms | IPS Research Company<br>1111 N. Lee<br>Suite 400<br>Oklahoma City, OK 73103 | BS, CCRC | | Sub-Investigator |

13

CONFIDENTIAL
AZSER12777138

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0010 | Brent Sykes | IPS Research Company 1111 N. Lee Suite 400 Oklahoma City, OK 73103 | BS | | Sub-Investigator |
| US | 0010 | Aaron J. Hamed | IPS Research Company 1111 N. Lee Suite 400 Oklahoma City, OK 73103 | M.Ed, LPC | | Sub-Investigator |
| US | 0010 | Jason Oller | IPS Research Company 1111 N. Lee Suite 400 Oklahoma City, OK 73103 | BS | | Sub-Investigator |
| US | 0010 | Tracy Sykes | IPS Research Company 1111 N. Lee Suite 400 Oklahoma City, OK 73103 | | | Sub-Investigator |
| US | 0010 | Erinn Negley | IPS Research Company 1111 N. Lee Suite 400 Oklahoma City, OK 73103 | | | Sub-Investigator |
| US | 0010 | Linda Watson | IPS Research Company 1111 N. Lee Suite 400 Oklahoma City, OK 73103 | BSN, RN | | Sub-Investigator |

14

CONFIDENTIAL
AZSER12777139

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0010 | Derius Noori | IPS Research Company<br>1111 N. Lee<br>Suite 400<br>Oklahoma City, OK 73103 | MD | | Sub-Investigator |
| US | 0010 | Marcia Meiring | IPS Research Company<br>1111 N. Lee<br>Suite 400<br>Oklahoma City, OK 73103 | MD | | Sub-Investigator |
| US | 0011 | Zinoviy T. Benzar | Social Psychiatry Research Institute<br>150 East 69th Street, Suite 2-H<br>New York, NY 10021 | MD | | Principal Investigator (Initial PI) |
| US | 0011 | Ari Kiev | Social Psychiatry Research Institute<br>150 East 69th Street, Suite 2-H<br>New York, NY 10021 | MD | | Principal Investigator (Current PI)<br><br>Sub-Investigator (Initially)<br><br>(a). replaced Dr. Benzar, Zinoviy T. as PI during course of trial |
| US | 0011 | Nick G. Vatakis | Social Psychiatry Research Institute<br>150 East 69th Street, Suite 2-H<br>New York, NY 10021 | MD | | Sub-Investigator |
| US | 0011 | Svitlana Shylman | Social Psychiatry Research Institute<br>150 East 69th Street, Suite 2-H<br>New York, NY 10021 | | | Sub-Investigator |

15

CONFIDENTIAL
AZSER12777140

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0011 | Tetyana Korchak | Social Psychiatry Research Institute 150 East 69th Street, Suite 2-H New York, NY 10021 | | | Sub-Investigator |
| US | 0011 | Alla Zozulya | Social Psychiatry Research Institute 150 East 69th Street, Suite 2-H New York, NY 10021 | DO | | Sub-Investigator |
| US | 0011 | Inna Yuryev-Golger | Social Psychiatry Research Institute 150 East 69th Street, Suite 2-H New York, NY 10021 | MD | | Sub-Investigator |
| US | 0011 | Gennadiy Fink | Social Psychiatry Research Institute 150 East 69th Street, Suite 2-H New York, NY 10021 | | | Sub-Investigator |
| US | 0011 | Julia Gutkin | Social Psychiatry Research Institute 150 East 69th Street, Suite 2-H New York, NY 10021 | | | Sub-Investigator |
| US | 0012 | Gary J. Booker | J. Gary Booker, MD, APMC 851 Olive Street Shreveport, LA 71104 | MD | | Principal Investigator |
| US | 0012 | Tobie A. Bass | J. Gary Booker, MD, APMC 851 Olive Street Shreveport, LA 71104 | BS | | Sub-Investigator |
| US | 0012 | Michelle Harrison | J. Gary Booker, MD, APMC 851 Olive Street Shreveport, LA 71104 | | | Sub-Investigator |

16

CONFIDENTIAL
AZSER12777141

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0012 | Cora M. Sonnier | J. Gary Booker, MD, APMC 851 Olive Street Shreveport, LA 71104 | | | Sub-Investigator |
| US | 0012 | Keith B. Kessel | J. Gary Booker, MD, APMC 851 Olive Street Shreveport, LA 71104 | MD | | Sub-Investigator |
| US | 0012 | Tonya G. Adkison | J. Gary Booker, MD, APMC 851 Olive Street Shreveport, LA 71104 | AD | | Sub-Investigator |
| US | 0014 | Guy E. Brannon | Brentwood Research Institute 1002 Highland Avenue Suite 400 Shreveport, LA 71101 | MD | | Principal Investigator |
| US | 0014 | Kimberly S. Carroll | Brentwood Research Institute 1002 Highland Avenue Suite 400 Shreveport, LA 71101 | MA | | Sub-Investigator |
| US | 0014 | Brian K. Wooten | Brentwood Research Institute 1002 Highland Avenue Suite 400 Shreveport, LA 71101 | MA | | Sub-Investigator |
| US | 0014 | Stephanie L. Lafitte | Brentwood Research Institute 1002 Highland Avenue Suite 400 Shreveport, LA 71101 | BA | | Sub-Investigator |

17

CONFIDENTIAL
AZSER12777142

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0014 | Robert A. Woodard | Brentwood Research Institute 1002 Highland Avenue Suite 400 Shreveport, LA 71101 | MD | | Sub-Investigator |
| US | 0014 | James S. Harrold Jr. | Brentwood Research Institute 1002 Highland Avenue Suite 400 Shreveport, LA 71101 | MD | | Sub-Investigator |
| US | 0014 | Jennifer I. Swanson | Brentwood Research Institute 1002 Highland Avenue Suite 400 Shreveport, LA 71101 | MA | | Sub-Investigator |
| US | 0014 | Gregory S. Seal | Brentwood Research Institute 1002 Highland Avenue Suite 400 Shreveport, LA 71101 | MD | | Sub-Investigator |
| US | 0014 | Lee Stevens | Brentwood Research Institute 1002 Highland Avenue Suite 400 Shreveport, LA 71101 | MD | | Sub-Investigator |
| US | 0016 | Vicki Burdine | Valle Vista Health System 898 E. Main Street Greenwood, IN 46143 | MD | | Principal Investigator |

18

CONFIDENTIAL
AZSER12777143

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0016 | Sajal K. Bose | Valle Vista Health System 898 E. Main Street Greenwood, IN 46143 | MD | | Sub-Investigator |
| US | 0016 | Vikram M. Patel | Valle Vista Health System 898 E. Main Street Greenwood, IN 46143 | MD | | Sub-Investigator |
| US | 0016 | Lisa Delks-Smith | Valle Vista Health System 898 E. Main Street Greenwood, IN 46143 | RN, CCRC | | Sub-Investigator |
| US | 0016 | Betsy Holle | Valle Vista Health System 898 E. Main Street Greenwood, IN 46143 | RN | | Sub-Investigator |
| US | 0016 | Jennifer Sloan | Valle Vista Health System 898 E. Main Street Greenwood, IN 46143 | MD | | Sub-Investigator |
| US | 0017 | Jose M. Canive | New Mexico VA Health Care System 1501 San Pedro SE-116 Albuquerque, NM 87108 | MD | | Principal Investigator |
| US | 0017 | Vincente B. Tuason | New Mexico VA Health Care System 1501 San Pedro SE-116 Albuquerque, NM 87108 | MD | | Sub-Investigator |
| US | 0017 | Stephen F. Lewis | New Mexico VA Health Care System 1501 San Pedro SE-116 Albuquerque, NM 87108 | MD | | Sub-Investigator |

19

CONFIDENTIAL
AZSER12777144

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0017 | Cynthia Geppert | New Mexico VA Health Care System 1501 San Pedro SE-116 Albuquerque, NM 87108 | MD, Ph.D | | Sub-Investigator |
| US | 0017 | Lawrence A. Calais | New Mexico VA Health Care System 1501 San Pedro SE-116 Albuquerque, NM 87108 | RN | | Sub-Investigator |
| US | 0017 | Fernando R. Torres | New Mexico VA Health Care System 1501 San Pedro SE-116 Albuquerque, NM 87108 | | | Sub-Investigator |
| US | 0017 | Kimberly Martin | New Mexico VA Health Care System 1501 San Pedro SE-116 Albuquerque, NM 87108 | BA | | Sub-Investigator |
| US | 0017 | Robin R. Douglas | New Mexico VA Health Care System 1501 San Pedro SE-116 Albuquerque, NM 87108 | MA | | Sub-Investigator |
| US | 0017 | Jacob P. Pickard | New Mexico VA Health Care System 1501 San Pedro SE-116 Albuquerque, NM 87108 | BA | | Sub-Investigator |
| US | 0017 | Arturo J. Camacho | New Mexico VA Health Care System 1501 San Pedro SE-116 Albuquerque, NM 87108 | MSW | | Sub-Investigator |
| US | 0017 | Gloria M. Fuldauer | New Mexico VA Health Care System 1501 San Pedro SE-116 Albuquerque, NM 87108 | CLP (NCA) | | Sub-Investigator |

20

CONFIDENTIAL
AZSER12777145

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0017 | Nimisha Gokaldas | New Mexico VA Health Care System 1501 San Pedro SE-116 Albuquerque, NM 87108 | MD | | Sub-Investigator |
| US | 0017 | Brett Y. Lu | New Mexico VA Health Care System 1501 San Pedro SE-116 Albuquerque, NM 87108 | MD PhD | | Sub-Investigator |
| US | 0018 | John Carman | Carman Research 4015 South Cobb Drive Suite 245 Smyrna, GA 30080 | MD | | Principal Investigator |
| US | 0018 | Vicky E. Spratlin | Carman Research 4015 South Cobb Drive Suite 245 Smyrna, GA 30080 | MD | | Sub-Investigator |
| US | 0018 | Casey L. Chacona | Carman Research 4015 South Cobb Drive Suite 245 Smyrna, GA 30080 | | | Sub-Investigator |
| US | 0018 | Steven V. Pinchback | Carman Research 4015 South Cobb Drive Suite 245 Smyrna, GA 30080 | | | Sub-Investigator |

21

CONFIDENTIAL
AZSER12777146

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| US | 0018 | Becky Swanson | Carman Research<br>4015 South Cobb Drive<br>Suite 245<br>Smyrna, GA 30080 | | | Sub-Investigator |
| US | 0019 | James C-Y Chou | Bellevue Hospital Center<br>Department of Psychiatry<br>462 First Avenue<br>Room 20, West 13A<br>New York, NY 10016 | MD | | Principal Investigator |
| US | 0019 | Manuel Trujillo | Bellevue Hospital Center<br>Department of Psychiatry<br>462 First Avenue<br>Room 20, West 13A<br>New York, NY 10016 | MD | | Sub-Investigator |
| US | 0019 | Nancy A. Richardson | Bellevue Hospital Center<br>Department of Psychiatry<br>462 First Avenue<br>Room 20, West 13A<br>New York, NY 10016 | BA | | Sub-Investigator |
| US | 0019 | Derek Bacharach | Bellevue Hospital Center<br>Department of Psychiatry<br>462 First Avenue<br>Room 20, West 13A<br>New York, NY 10016 | MA | | Sub-Investigator |

22

CONFIDENTIAL
AZSER12777147

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0019 | Susan S. Shin | Bellevue Hospital Center Department of Psychiatry 462 First Avenue Room 20, West 13A New York, NY 10016 | JD | | Sub-Investigator |
| US | 0019 | Nicholas A. Clement | Bellevue Hospital Center Department of Psychiatry 462 First Avenue Room 20, West 13A New York, NY 10016 | BA | | Sub-Investigator |
| US | 0020 | Andrew J. Cutler | CORE Research, Inc 2300 Maitland Center Parkway Suite 230 Maitland, FL 32751 | MD | | Principal Investigator |
| US | 0020 | Jairo R. Nunez | CORE Research, Inc 2300 Maitland Center Parkway Suite 230 Maitland, FL 32751 | MD | | Sub-Investigator |
| US | 0020 | Timothy W. Schubert | CORE Research, Inc 2300 Maitland Center Parkway Suite 230 Maitland, FL 32751 | | | Sub-Investigator |

23

CONFIDENTIAL
AZSER12777148

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0020 | La'Manda R. Bungy | CORE Research, Inc<br>2300 Maitland Center Parkway<br>Suite 230<br>Maitland, FL 32751 | | | Sub-Investigator |
| US | 0020 | Aparna Kopuri | CORE Research, Inc<br>2300 Maitland Center Parkway<br>Suite 230<br>Maitland, FL 32751 | MD | | Sub-Investigator |
| US | 0020 | Jennifer E. Smith | CORE Research, Inc<br>2300 Maitland Center Parkway<br>Suite 230<br>Maitland, FL 32751 | | | Sub-Investigator |
| US | 0020 | Lauren E. Baehr | CORE Research, Inc<br>2300 Maitland Center Parkway<br>Suite 230<br>Maitland, FL 32751 | CCRC, RAC | | Sub-Investigator |
| US | 0020 | Richard D. Knapp | CORE Research, Inc<br>2300 Maitland Center Parkway<br>Suite 230<br>Maitland, FL 32751 | DO | | Sub-Investigator |
| US | 0020 | Lisa Pearson | CORE Research, Inc<br>2300 Maitland Center Parkway<br>Suite 230<br>Maitland, FL 32751 | | | Sub-Investigator |

24

CONFIDENTIAL
AZSER12777149

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|------------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0020 | Ryan L. Harmon | CORE Research, Inc 2300 Maitland Center Parkway Suite 230 Maitland, FL 32751 | | | Sub-Investigator |
| US | 0020 | Jessica Sletten | CORE Research, Inc 2300 Maitland Center Parkway Suite 230 Maitland, FL 32751 | | | Sub-Investigator |
| US | 0020 | Erin R. Ryan | CORE Research, Inc 2300 Maitland Center Parkway Suite 230 Maitland, FL 32751 | | | Sub-Investigator |
| US | 0020 | Joy K. Britt | CORE Research, Inc 2300 Maitland Center Parkway Suite 230 Maitland, FL 32751 | RN | | Sub-Investigator |
| US | 0020 | Kerri A. Hansell | CORE Research, Inc 2300 Maitland Center Parkway Suite 230 Maitland, FL 32751 | | | Sub-Investigator |
| US | 0020 | Barbara McHone | CORE Research, Inc 2300 Maitland Center Parkway Suite 230 Maitland, FL 32751 | | | Sub-Investigator |

25

CONFIDENTIAL
AZSER12777150

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0020 | Jeffrey A. Danziger | CORE Research, Inc 2300 Maitland Center Parkway Suite 230 Maitland, FL 32751 | MD | | Sub-Investigator |
| US | 0020 | Sigrid (Sandi) McMahon | CORE Research, Inc 2300 Maitland Center Parkway Suite 230 Maitland, FL 32751 | RN CCRC | | Sub-Investigator |
| US | 0020 | Emily Czepiel | CORE Research, Inc 2300 Maitland Center Parkway Suite 230 Maitland, FL 32751 | | | Sub-Investigator |
| US | 0020 | Orlan S. Romm | CORE Research, Inc 2300 Maitland Center Parkway Suite 230 Maitland, FL 32751 | | | Sub-Investigator |
| US | 0021 | Bernadette D'Souza | Midwest Clinical Research Center East Medical Plaza - Suite 3G 627 Edwin C. Moses Blvd. Dayton, OH 45408 | MD | | Principal Investigator |
| US | 0021 | Richard D. Sanders | Midwest Clinical Research Center East Medical Plaza - Suite 3G 627 Edwin C. Moses Blvd. Dayton, OH 45408 | MD | | Sub-Investigator |

26

CONFIDENTIAL
AZSER12777151

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0021 | Ashesh Agrawal | Midwest Clinical Research Center East Medical Plaza - Suite 3G 627 Edwin C. Moses Blvd. Dayton, OH 45408 | | | Sub-Investigator |
| US | 0021 | Angela Shields | Midwest Clinical Research Center East Medical Plaza - Suite 3G 627 Edwin C. Moses Blvd. Dayton, OH 45408 | | | Sub-Investigator |
| US | 0021 | Cynthia L. Thompson | Midwest Clinical Research Center East Medical Plaza - Suite 3G 627 Edwin C. Moses Blvd. Dayton, OH 45408 | | | Sub-Investigator |
| US | 0021 | Desiderio Pina | Midwest Clinical Research Center East Medical Plaza - Suite 3G 627 Edwin C. Moses Blvd. Dayton, OH 45408 | MD, MPH | | Sub-Investigator |
| US | 0021 | Connie S. Kendall | Midwest Clinical Research Center East Medical Plaza - Suite 3G 627 Edwin C. Moses Blvd. Dayton, OH 45408 | MSN , APRN, CNS-BC | | Sub-Investigator |
| US | 0021 | Lisa A. Boeckman | Midwest Clinical Research Center East Medical Plaza - Suite 3G 627 Edwin C. Moses Blvd. Dayton, OH 45408 | | | Sub-Investigator |

27

CONFIDENTIAL
AZSER12777152

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0021 | Saroja L. Ranpura | Midwest Clinical Research Center East Medical Plaza - Suite 3G 627 Edwin C. Moses Blvd. Dayton, OH 45408 | MD | | Sub-Investigator |
| US | 0021 | Karen M. Netzley | Midwest Clinical Research Center East Medical Plaza - Suite 3G 627 Edwin C. Moses Blvd. Dayton, OH 45408 | RN | | Sub-Investigator |
| US | 0021 | Marybeth Docette | Midwest Clinical Research Center East Medical Plaza - Suite 3G 627 Edwin C. Moses Blvd. Dayton, OH 45408 | | | Sub-Investigator |
| US | 0022 | Brad Diner | Arkansas Psychiatric Clinic 28 Rahling Circle Little Rock, AR 72223 | MD | | Principal Investigator |
| US | 0022 | Christopher A. Lamps | Arkansas Psychiatric Clinic 28 Rahling Circle Little Rock, AR 72223 | MD | | Sub-Investigator |
| US | 0022 | Carlene Williams Lyle | Arkansas Psychiatric Clinic 28 Rahling Circle Little Rock, AR 72223 | MD | | Sub-Investigator |
| US | 0022 | Terry D. Green | Arkansas Psychiatric Clinic 28 Rahling Circle Little Rock, AR 72223 | RN, CCRC | | Sub-Investigator |

28

CONFIDENTIAL
AZSER12777153

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| US | 0022 | Joanna Tucker | Arkansas Psychiatric Clinic 28 Rahling Circle Little Rock, AR 72223 | RN, CCRC | | Sub-Investigator |
| US | 0022 | Carol Dubuc | Arkansas Psychiatric Clinic 28 Rahling Circle Little Rock, AR 72223 | RN, CCRC | | Sub-Investigator |
| US | 0022 | Sherry Clements | Arkansas Psychiatric Clinic 28 Rahling Circle Little Rock, AR 72223 | CCRC | | Sub-Investigator |
| US *Non enrollment site | 0023 | Carlos Figueroa | Advanced Psychiatric Group 180 North San Gabriel Boulevard Pasadena, CA 91107 | MD | | Principal Investigator |
| US *Non enrollment site | 0023 | Rudy Chavez | Advanced Psychiatric Group 180 North San Gabriel Boulevard Pasadena, CA 91107 | MD | | Sub-Investigator |
| US *Non enrollment site | 0023 | Oscar Valdes | Advanced Psychiatric Group 180 North San Gabriel Boulevard Pasadena, CA 91107 | MD | | Sub-Investigator |
| US *Non enrollment site | 0023 | David Ying-Feng Lin | Advanced Psychiatric Group 180 North San Gabriel Boulevard Pasadena, CA 91107 | DO | | Sub-Investigator |

29

CONFIDENTIAL
AZSER12777154

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US *Non enrollment site | 0023 | Miguel Isleta Domingo | Advanced Psychiatric Group 180 North San Gabriel Boulevard Pasadena, CA 91107 | MD | | Sub-Investigator |
| US *Non enrollment site | 0023 | Jennifer Ferrer | Advanced Psychiatric Group 180 North San Gabriel Boulevard Pasadena, CA 91107 | | | Sub-Investigator |
| US *Non enrollment site | 0023 | Emilia Igarta Reorizo | Advanced Psychiatric Group 180 North San Gabriel Boulevard Pasadena, CA 91107 | RN, CCRC | | Sub-Investigator |
| US *Non enrollment site | 0023 | Roberto Ner | Advanced Psychiatric Group 180 North San Gabriel Boulevard Pasadena, CA 91107 | | | Sub-Investigator |
| US *Non enrollment site | 0023 | Madeleine Valencerina | Advanced Psychiatric Group 180 North San Gabriel Boulevard Pasadena, CA 91107 | MD | | Sub-Investigator |
| US *Non enrollment site | 0023 | Lordes D. Villaruz | Advanced Psychiatric Group 180 North San Gabriel Boulevard Pasadena, CA 91107 | | | Sub-Investigator |

30

CONFIDENTIAL
AZSER12777155

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|-----------------|-------------------|
| US | 0024 | Thomas Gazda | Meadowbrook Research 4383 N. 75th Street Suite 101 Scottsdale, AZ 85251 | MD | | Principal Investigator |
| US | 0024 | Jill R. Zweig | Meadowbrook Research 4383 N. 75th Street Suite 101 Scottsdale, AZ 85251 | DO | | Sub-Investigator |
| US | 0024 | Ethan Bindelglas | Meadowbrook Research 4383 N. 75th Street Suite 101 Scottsdale, AZ 85251 | MD | | Sub-Investigator |
| US | 0024 | Pamela Larson | Meadowbrook Research 4383 N. 75th Street Suite 101 Scottsdale, AZ 85251 | MA | | Sub-Investigator |
| US | 0024 | Lynn White | Meadowbrook Research 4383 N. 75th Street Suite 101 Scottsdale, AZ 85251 | BA | | Sub-Investigator |
| US | 0024 | MiMi McFadden | Meadowbrook Research 4383 N. 75th Street Suite 101 Scottsdale, AZ 85251 | | | Sub-Investigator |

31

CONFIDENTIAL
AZSER12777156

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0024 | Lydia Cohan | Meadowbrook Research<br>4383 N. 75th Street<br>Suite 101<br>Scottsdale, AZ 85251 | MD | | Sub-Investigator |
| US | 0024 | Charles Scroll | Meadowbrook Research<br>4383 N. 75th Street<br>Suite 101<br>Scottsdale, AZ 85251 | MD | | Sub-Investigator |
| US | 0025 | Ramanath Gopalan | Comprehensive Neuroscience of Northern Virginia<br>1010 North Glebe Road- Suite 400<br>Arlington, VA 22201 | MD | | Principal Investigator |
| US | 0025 | Anne Maria Knapik | Comprehensive Neuroscience of Northern Virginia<br>1010 North Glebe Road- Suite 400<br>Arlington, VA 22201 | MD | | Sub-Investigator |
| US | 0025 | Audrey Moss | Comprehensive Neuroscience of Northern Virginia<br>1010 North Glebe Road- Suite 400<br>Arlington, VA 22201 | MD | | Sub-Investigator |
| US | 0025 | Darcy A. Vance Knoblich | Comprehensive Neuroscience of Northern Virginia<br>1010 North Glebe Road- Suite 400<br>Arlington, VA 22201 | RN, BSN | | Sub-Investigator |

32

CONFIDENTIAL
AZSER12777157

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|------------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0026 | James T. Grimm | Oregon Center for Clinical Investigations, Inc. 700 Bellevue Street, SE Suite 240 Salem, OR 97301 | MD | | Principal Investigator (Initial PI) (a). replaced Dr. Essink, Beal as Sub-I |
| US | 0026 | Beal G. Essink | Oregon Center for Clinical Investigations, Inc. 700 Bellevue Street, SE Suite 240 Salem, OR 97301 | MD | | Principal Investigator (Current PI) Sub-Investigator (Initially) (a). replaced Dr. Grimm, James as PI during course of trial |
| US | 0026 | Alexander E. Horvitz | Oregon Center for Clinical Investigations, Inc. 700 Bellevue Street, SE Suite 240 Salem, OR 97301 | MD | | Sub-Investigator |
| US | 0026 | Drissana T. Tran | Oregon Center for Clinical Investigations, Inc. 700 Bellevue Street, SE Suite 240 Salem, OR 97301 | MD | | Sub-Investigator |

33

CONFIDENTIAL
AZSER12777158

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0027 | Mahlon Hale | New Britain General Hospital Behavioral Sciences 32 Hawkins New Britain, CT 06050 | MD | | Principal Investigator |
| US | 0027 | J.P. Augustine Noonan | New Britain General Hospital Behavioral Sciences 32 Hawkins New Britain, CT 06050 | MD | | Sub-Investigator |
| US | 0027 | Edgardo D. Lorenzo | New Britain General Hospital Behavioral Sciences 32 Hawkins New Britain, CT 06050 | MD | | Sub-Investigator |
| US | 0027 | Tadeusz W. Rachwal | New Britain General Hospital Behavioral Sciences 32 Hawkins New Britain, CT 06050 | MD | | Sub-Investigator |
| US | 0027 | Michael E. Higgison | New Britain General Hospital Behavioral Sciences 32 Hawkins New Britain, CT 06050 | APRN | | Sub-Investigator |
| US | 0027 | William Alberti | New Britain General Hospital Behavioral Sciences 32 Hawkins New Britain, CT 06050 | RPh | | Sub-Investigator |

34

CONFIDENTIAL
AZSER12777159

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|------------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0027 | Sarah C. Combs | New Britain General Hospital Behavioral Sciences 32 Hawkins New Britain, CT 06050 | BA | | Sub-Investigator |
| US | 0027 | Emily M. Corless | New Britain General Hospital Behavioral Sciences 32 Hawkins New Britain, CT 06050 | BS | | Sub-Investigator |
| US | 0027 | Lorraine E. Marco | New Britain General Hospital Behavioral Sciences 32 Hawkins New Britain, CT 06050 | RN BSN | | Sub-Investigator |
| US | 0027 | Jaclyn Marin | New Britain General Hospital Behavioral Sciences 32 Hawkins New Britain, CT 06050 | BS | | Sub-Investigator |
| US | 0027 | Karen A. Lowe | New Britain General Hospital Behavioral Sciences 32 Hawkins New Britain, CT 06050 | BS, M.Ed. | | Sub-Investigator |
| US | 0027 | Michael E. Balkunas | New Britain General Hospital Behavioral Sciences 32 Hawkins New Britain, CT 06052 | MD | | Sub-Investigator |

35

CONFIDENTIAL
AZSER12777160

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0027 | Alison L. Oville | New Britain General Hospital<br>Behavioral Sciences<br>32 Hawkins<br>New Britain, CT 06050 | BA | | Sub-Investigator |
| US | 0028 | Mark Hanmer | Ralph H. Johnson VA Medical Center<br>109 Bee Street MH 116<br>Charleston, SC 29401 | MD | | Principal Investigator |
| US | 0028 | Jeffrey P. Lorberbaum | Ralph H. Johnson VA Medical Center<br>109 Bee Street MH 116<br>Charleston, SC 29401 | MD | | Sub-Investigator |
| US | 0028 | Mary W. Brown | Ralph H. Johnson VA Medical Center<br>109 Bee Street MH116<br>Charleston, SC 29401 | RNC, BSN | | Sub-Investigator |
| US | 0028 | Helen G. Ulmer | Ralph H. Johnson VA Medical Center<br>109 Bee Street MH 116<br>Charleston, SC 29401 | RN, MSN | | Sub-Investigator |
| US | 0028 | Sophie Robert | Ralph H. Johnson VA Medical Center<br>109 Bee Street MH 116<br>Charleston, SC 29401 | Pharm D | | Sub-Investigator |
| US | 0028 | D. Walter Hiott | Ralph H. Johnson VA Medical Center<br>109 Bee Street MH 116<br>Charleston, SC 29401 | MD | | Sub-Investigator |
| US | 0028 | Michael Huber | Ralph H. Johnson VA Medical Center<br>109 Bee Street MH 116<br>Charleston, SC 29401 | MD | | Sub-Investigator |

36

CONFIDENTIAL
AZSER12777161

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| US | 0028 | Jennifer Mixson | Ralph H. Johnson VA Medical Center 109 Bee Street MH 116 Charleston, SC 29401 | RPH | | Sub-Investigator |
| US | 0028 | Robert P. Albanese Jr. | Ralph H. Johnson VA Medical Center 109 Bee Street MH 116 Charleston, SC 29401 | MD | | Sub-Investigator |
| US | 0029 | Linda Harper | Clinical NeuroScience Solutions 77 West Underwood Street 3rd Floor Orlando, FL 32806 | MD | | Principal Investigator |
| US | 0029 | Charles E. Bailey | Clinical NeuroScience Solutions 77 West Underwood Street 3rd Floor Orlando, FL 32806 | MD | | Sub-Investigator |
| US | 0029 | Richard Saini | Clinical NeuroScience Solutions 77 West Underwood Street 3rd Floor Orlando, FL 32806 | MD | | Sub-Investigator |
| US | 0029 | Scott West | Clinical NeuroScience Solutions 77 West Underwood Street 3rd Floor Orlando, FL 32806 | MD | | Sub-Investigator |

37

CONFIDENTIAL
AZSER12777162

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0029 | Susan Jenkins | Clinical NeuroScience Solutions 77 West Underwood Street 3rd Floor Orlando, FL 32806 | | | Sub-Investigator |
| US | 0029 | Brian Cox | Clinical NeuroScience Solutions 77 West Underwood Street 3rd Floor Orlando, FL 32806 | | | Sub-Investigator |
| US | 0029 | Jennifer Smith | Clinical NeuroScience Solutions 77 West Underwood Street 3rd Floor Orlando, FL 32806 | | | Sub-Investigator |
| US | 0029 | Daphne Tunmore | Clinical NeuroScience Solutions 77 West Underwood Street 3rd Floor Orlando, FL 32806 | | | Sub-Investigator |
| US | 0030 | Barabara Harris | PsyPharma Clinical Research 4045 E. Union Hills Suite 122 Phoenix, AZ 85050 | MD | | Principal Investigator |
| US | 0030 | Harold Schultz | PsyPharma Clinical Research 4045 E. Union Hills Suite 122 Phoenix, AZ 85050 | DO | | Sub-Investigator |

38

CONFIDENTIAL
AZSER12777163

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|------------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0030 | Mike Aranda | PsyPharma Clinical Research 4045 E. Union Hills Suite 122 Phoenix, AZ 85050 | DO | | Sub-Investigator |
| US | 0030 | Tom Wolvos | PsyPharma Clinical Research 4045 E. Union Hills Suite 122 Phoenix, AZ 85050 | MD | | Sub-Investigator |
| US | 0030 | George Gwinn | PsyPharma Clinical Research 4045 E. Union Hills Suite 122 Phoenix, AZ 85050 | MD | | Sub-Investigator |
| US | 0030 | Janice Bell | PsyPharma Clinical Research 4045 E. Union Hills Suite 122 Phoenix, AZ 85050 | NP | | Sub-Investigator |
| US | 0031 | Howard Hassman | CNS Research Institute 130 White Horse Pike Clementon, NJ 08021 | MD | | Principal Investigator |
| US | 0031 | Steven J. Glass | CNS Research Institute 130 White Horse Pike Clementon, NJ 08021 | MD | | Sub-Investigator |
| US | 0031 | Alexander M. Uy | CNS Research Institute 130 White Horse Pike Clementon, NJ 08021 | MD | | Sub-Investigator |

39

CONFIDENTIAL
AZSER12777164

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0031 | Maria Pinho | CNS Research Institute 130 White Horse Pike Clementon, NJ 08021 | RN, BSN | | Sub-Investigator |
| US | 0031 | Terry Smolenski | CNS Research Institute 130 White Horse Pike Clementon, NJ 08021 | | | Sub-Investigator |
| US | 0031 | Frank C. McManus | CNS Research Institute 130 White Horse Pike Clementon, NJ 08021 | PhD | | Sub-Investigator |
| US | 0031 | Barbara Kelly | CNS Research Institute 130 White Horse Pike Clementon, NJ 08021 | Phd | | Sub-Investigator |
| US | 0031 | Gina Cronin | CNS Research Institute 130 White Horse Pike Clementon, NJ 08021 | RN, MSN, CRNP | | Sub-Investigator |
| US | 0031 | Shermeen Belal-Khann | CNS Research Institute 130 White Horse Pike Clementon, NJ 08021 | MBA, MBBS | | Sub-Investigator |
| US | 0031 | Steven Eisen | CNS Research Institute 130 White Horse Pike Clementon, NJ 08021 | MS, MD | | Sub-Investigator |
| US | 0031 | Shirley Kramer | CNS Research Institute 130 White Horse Pike Clementon, NJ 08021 | MA, CCRC | | Sub-Investigator |

40

CONFIDENTIAL
AZSER12777165

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| US | 0031 | Christina M. Johnson | CNS Research Institute 130 White Horse Pike Clementon, NJ 08021 | RN, PA | | Sub-Investigator |
| US | 0031 | David G. Krefetz | CNS Research Institute 130 White Horse Pike Clementon, NJ 08021 | DO | | Sub-Investigator |
| US *Non enrollment site | 0032 | Naved Iqbal | Soundview Throggs Neck Mental Health Center 2527 Glebe Avenue Bronx, NY 10461 | MD | | Principal Investigator |
| US *Non enrollment site | 0032 | Nancy M. Concepcion | Soundview Throggs Neck Mental Health Center 2527 Glebe Avenue Bronx, NY 10461 | MD | | Sub-Investigator |
| US *Non enrollment site | 0032 | Parvesh Sharma | Soundview Throggs Neck Mental Health Center 2527 Glebe Avenue Bronx, NY 10461 | MD | | Sub-Investigator |
| US *Non enrollment site | 0032 | Imtiaz J. Ghumman | Soundview Throggs Neck Mental Health Center 2527 Glebe Avenue Bronx, NY 10461 | MD | | Sub-Investigator |
| US *Non enrollment site | 0032 | Aniceto S. Javaluyas | Soundview Throggs Neck Mental Health Center 2527 Glebe Avenue Bronx, NY 10461 | | | Sub-Investigator |

41

CONFIDENTIAL
AZSER12777166

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| US *Non enrollment site | 0032 | Ana Luz G. Marzal | Soundview Throggs Neck Mental Health Center 2527 Glebe Avenue Bronx, NY 10461 | | | Sub-Investigator |
| US *Non enrollment site | 0032 | Gabriel Goldfeder | Soundview Throggs Neck Mental Health Center 2527 Glebe Avenue Bronx, NY 10461 | | | Sub-Investigator |
| US *Non enrollment site | 0032 | Marie Marthe Frino | Soundview Throggs Neck Mental Health Center 2527 Glebe Avenue Bronx, NY 10461 | | | Sub-Investigator |
| US | 0033 | George Joseph | Clinical Neuroscience Solutions 6867 Southpoint Drive North Suite 101 Jacksonville, FL 32216 | MD | | Principal Investigator |
| US | 0033 | John Mark Joyce | Clinical Neuroscience Solutions 6867 Southpoint Drive North Suite 101 Jacksonville, FL 32216 | MD | | Sub-Investigator |
| US | 0033 | Kamalesh K. Pai | Clinical Neuroscience Solutions 6867 Southpoint Drive North Suite 101 Jacksonville, FL 32216 | MD | | Sub-Investigator |

42

CONFIDENTIAL
AZSER12777167

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0033 | Laura M. Hill | Clinical Neuroscience Solutions 6867 Southpoint Drive North Suite 101 Jacksonville, FL 32216 | RN | | Sub-Investigator |
| US | 0033 | Michele S. Giacosa | Clinical Neuroscience Solutions 6867 Southpoint Drive North Suite 101 Jacksonville, FL 32216 | | | Sub-Investigator |
| US | 0033 | Dene W. Bowmaster | Clinical Neuroscience Solutions 6867 Southpoint Drive North Suite 101 Jacksonville, FL 32216 | | | Sub-Investigator |
| US | 0033 | John W. Fortson | Clinical Neuroscience Solutions 6867 Southpoint Drive North Suite 101 Jacksonville, FL 32216 | CCRC | | Sub-Investigator |
| US | 0033 | Patricia W. Brown | Clinical Neuroscience Solutions 6867 Southpoint Drive North Suite 101 Jacksonville, FL 32216 | PhD, ARNP | | Sub-Investigator |
| US | 0033 | Stephanie L. Renfroe | Clinical Neuroscience Solutions 6867 Southpoint Drive North Suite 101 Jacksonville, FL 32216 | | | Sub-Investigator |

43

CONFIDENTIAL
AZSER12777168

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0033 | Veeramah Veerasamy | Clinical Neuroscience Solutions 6867 Southpoint Drive North Suite 101 Jacksonville, FL 32216 | | | Sub-Investigator |
| US | 0034 | Jasbir Kang | CrossRoads Counseling & Consulting Associates 1000 Commerce Drive #1002 Moon Township, PA 15108 | MD | | Principal Investigator |
| US | 0034 | Mona Mikhail | CrossRoads Counseling & Consulting Associates 1000 Commerce Drive #1002 Moon Township, PA 15108 | MD | | Sub-Investigator |
| US | 0034 | Prabhjot Kaur | CrossRoads Counseling & Consulting Associates 1000 Commerce Drive #1002 Moon Township, PA 15108 | MD, MPH | | Sub-Investigator |
| US | 0034 | Pamela S. Manojlovich | CrossRoads Counseling & Consulting Associates 1000 Commerce Drive #1002 Moon Township, PA 15108 | BSN | | Sub-Investigator |

44

CONFIDENTIAL
AZSER12777169

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|------------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0034 | Kirstyn K. Zalice | CrossRoads Counseling & Consulting Associates<br>1000 Commerce Drive #1002<br>Moon Township, PA 15108 | RN, MSN, CRNP-P | | Sub-Investigator |
| US | 0034 | Sandra L. Jones | CrossRoads Counseling & Consulting Associates<br>1000 Commerce Drive #1002<br>Moon Township, PA 15108 | RN | | Sub-Investigator |
| US | 0035 | Zerrin Emel Kayatekin | Berkshire Medical Center<br>Department of Psychiatry and Behavioral Sciences<br>510 North Street<br>Pittsfield, MA 01201 | MD | | Principal Investigator |
| US | 0035 | Alex N. Sabo | Berkshire Medical Center<br>Department of Psychiatry and Behavioral Sciences<br>510 North Street<br>Pittsfield, MA 01201 | MD | | Sub-Investigator |
| US | 0035 | Vicki F. Robare | Berkshire Medical Center<br>Department of Psychiatry and Behavioral Sciences<br>510 North Street<br>Pittsfield, MA 01201 | RNCS | | Sub-Investigator |

45

CONFIDENTIAL
AZSER12777170

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0035 | Douglas B. Spoehr | Berkshire Medical Center Department of Psychiatry and Behavioral Sciences 510 North Street Pittsfield, MA 01201 | LISCW | | Sub-Investigator |
| US | 0035 | Lisa Cachat | Berkshire Medical Center Department of Psychiatry and Behavioral Sciences 510 North Street Pittsfield, MA 01201 | BSW | | Sub-Investigator |
| US | 0035 | Heather Redlich | Berkshire Medical Center Department of Psychiatry and Behavioral Sciences 510 North Street Pittsfield, MA 01201 | BS | | Sub-Investigator |
| US | 0035 | Linda Crowe | Berkshire Medical Center Department of Psychiatry and Behavioral Sciences 510 North Street Pittsfield, MA 01201 | MEd | | Sub-Investigator |
| US | 0035 | Mark D. Mozzi | Berkshire Medical Center Department of Psychiatry and Behavioral Sciences 510 North Street Pittsfield, MA 01201 | BA | | Sub-Investigator |

46

CONFIDENTIAL
AZSER12777171

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0035 | Jerry Carter | Berkshire Medical Center Department of Psychiatry and Behavioral Sciences 510 North Street Pittsfield, MA 01201 | MD | | Sub-Investigator |
| US | 0036 | Paul Keck | University of Cincinnati Medical Center 231 Albert Sabin Way Cincinnati, OH 45267-0559 | MD | | Principal Investigator |
| US | 0036 | Susan L. McElroy | University of Cincinnati Medical Center 231 Albert Sabin Way Cincinnati, OH 45267-0559 | MD | | Sub-Investigator |
| US | 0036 | Erik Nelson | University of Cincinnati Medical Center 231 Albert Sabin Way Cincinnati, OH 45267-0559 | MD | | Sub-Investigator |
| US | 0036 | Loren M. Friedman | University of Cincinnati Medical Center 231 Albert Sabin Way Cincinnati, OH 45267-0559 | MS | | Sub-Investigator |
| US | 0036 | Brian Martens | University of Cincinnati Medical Center 231 Albert Sabin Way Cincinnati, OH 45267-0559 | MS, LSW | | Sub-Investigator |

47

CONFIDENTIAL
AZSER12777172

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| US | 0036 | John Kasckow | University of Cincinnati Medical Center<br>231 Albert Sabin Way<br>Cincinnati, OH 45267-0559 | MD, PhD | | Sub-Investigator |
| US | 0036 | Renu Kotwal | University of Cincinnati Medical Center<br>231 Albert Sabin Way<br>Cincinnati, OH 45267-0559 | MD | | Sub-Investigator |
| US | 0036 | Geri F. Kmetz | University of Cincinnati Medical Center<br>231 Albert Sabin Way<br>Cincinnati, OH 45267-0559 | MSW | | Sub-Investigator |
| US | 0036 | Kathleen Lake | University of Cincinnati Medical Center<br>231 Albert Sabin Way<br>Cincinnati, OH 45267-0559 | MSW | | Sub-Investigator |
| US | 0036 | Rakesh Kaneria | University of Cincinnati Medical Center<br>231 Albert Sabin Way<br>Cincinnati, OH 45267-0559 | MD | | Sub-Investigator |
| US | 0036 | Caleb Adler | University of Cincinnati Medical Center<br>231 Albert Sabin Way<br>Cincinnati, OH 45267-0559 | MD | | Sub-Investigator |

48

CONFIDENTIAL
AZSER12777173