Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Canada | 110 | David Koczerginski | Markham-Stouffville Health Ctr Markham Psychiatric Associates 408 - 377 Church St Markham, ON L6B 1A1 | MD | | Co/Sub Investigator |
| Canada | 110 | Mark Berber | Markham-Stouffville Health Ctr Markham Psychiatric Associates 408 - 377 Church St Markham, ON L6B 1A1 | MD | | Co/Sub Investigator |
| Canada | 110 | Zulfikarali Wallani | Markham-Stouffville Health Ctr Markham Psychiatric Associates 408 - 377 Church St Markham, ON L6B 1A1 | MD | | Co/Sub Investigator |
| Canada | 111 | Lakshmi Yatham | Rm 2C7 Mood Disorders Clinical Research Unit, Dept. of Psychiatry UBC Hospital, Vancouver Hospital and HSC Detwiller Pavillion 2225 Wesbrook Mall Vancouver, BC  V6T 2A1 | MD | | Principal Investigator |
| Canada | 111 | Kevin Solomons | Rm 2C7 Mood Disorders Clinical Research Unit, Dept. of Psychiatry UBC Hospital, Vancouver Hospital and HSC Detwiller Pavillion 2225 Wesbrook Mall Vancouver, BC  V6T 2A1 | MD | | Co/Sub Investigator |

149

CONFIDENTIAL
AZSER12777274

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Canada | 111 | Chinnapalli V. Manjunath | Rm 2C7<br>Mood Disorders Clinical Research Unit, Dept. of Psychiatry UBC Hospital, Vancouver Hospital and HSC<br>Detwiller Pavillion<br>2225 Wesbrook Mall<br>Vancouver, BC  V6T 2A1 | MD | | Co/Sub Investigator |
| Canada | 111 | Hiram Mok | Rm 2C7<br>Mood Disorders Clinical Research Unit, Dept. of Psychiatry UBC Hospital, Vancouver Hospital and HSC<br>Detwiller Pavillion<br>2225 Wesbrook Mall<br>Vancouver, BC  V6T 2A1 | MD | | Co/Sub Investigator |
| Canada | 111 | Wetid Pratoomsri | Rm 2C7<br>Mood Disorders Clinical Research Unit, Dept. of Psychiatry UBC Hospital, Vancouver Hospital and HSC<br>Detwiller Pavillion<br>2225 Wesbrook Mall<br>Vancouver, BC  V6T 2A1 | MD | | Co/Sub Investigator |

150

CONFIDENTIAL
AZSER12777275

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Canada | 111 | Ray Lam | Rm 2C7 Mood Disorders Clinical Research Unit, Dept. of Psychiatry UBC Hospital, Vancouver Hospital and HSC Detwiller Pavillion 2225 Wesbrook Mall Vancouver, BC  V6T 2A1 | MD | | Co/Sub Investigator |
| Canada | 112 | Ranjith Chandrasena | 80 Grand Ave W PO Stn Main Chatham, ON N7M 5L9 | MD | | Principal Investigator |
| Canada | 113 | Gilbert Dru | Corporation Prof Inc 103 - 1057 St Peter Ave Bathurst, NB E2A 2Z6 | MD | | Principal Investigator |
| Canada | 115 | David Kantor | Taidan Clinical Research Centre 2221 Keele St Toronto, ON M6M 3Z5 | MD | | Principal Investigator |
| Canada | 115 | Sheldon Katz | Taidan Clinical Research Centre 2221 Keele St Toronto, ON M6M 3Z5 | MD | | Co/Sub Investigator |

151

CONFIDENTIAL
AZSER12777276

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

## 12.1.4.2   AstraZeneca study personnel

| Name (First name, Last name) | Address | Qualifications | Present Position | Role in the study |
|---|---|---|---|---|
| JoAnna Iliff | 1800 Concord Pike<br>PO Box 15437<br>Wilmington, DE 19850-5437 | | Study Delivery Leader | Current<br>Study Team Leader<br><br>(a). Replaced Christina Olexy as Team Leader |
| Denis Darko | 1800 Concord Pike<br>PO Box 15437<br>Wilmington, DE 19850-5437 | M.D. | Director Clinical Research | Study Delivery Physician |
| Sherry Liu | 1800 Concord Pike<br>PO Box 15437<br>Wilmington, DE 19850-5437 | | Study Delivery Statistician | Study Statistician |

152

CONFIDENTIAL
AZSER12777277

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Name (First name, Last name) | Address | Qualifications | Present Position | Role in the study |
|---|---|---|---|---|
| Jessica McArthur | 1800 Concord Pike PO Box 15437 Wilmington, DE 19850-5437 | | Senior Study Delivery Operations Specialist | Operations |
| Martin Brecher | 1800 Concord Pike PO Box 15437 Wilmington, DE 19850-5437 | | Medical Science Director | Clinical Development Team Representative |
| Grace Lu | 1800 Concord Pike PO Box 15437 Wilmington, DE 19850-5437 | | Programmer | Programmer |
| Nicole Lopez | Astrazeneca Pharmaceuticals 1004 Middlegate Rd. Mississauga, Ontario, Canada L4Y 1M4 | | Canada Lead | Team Leader (Initial) |
| Constanze Schweikert | Astrazeneca Pharmaceuticals 1004 Middlegate Rd. Mississauga, Ontario, Canada L4Y 1M4 | | Canada Lead | Team Leader (Current) |
| Lorna Smith | Astrazeneca Pharmaceuticals 1004 Middlegate Rd. Mississauga, Ontario, Canada L4Y 1M4 | | Associate Clinical Project Manager | Project Manager (Initial) |
| Tinku Mukherjee | Astrazeneca Pharmaceuticals 1004 Middlegate Rd. Mississauga, Ontario, Canada L4Y 1M4 | | Associate Clinical Project Manager | Project Manager (Current) |

153

CONFIDENTIAL
AZSER12777278

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

## 12.1.4.3    Study committee(s)

| Committee name and address | Member name (First name, Last name) | Qualifications | Role in committee |
|---|---|---|---|
| Endpoint Monitoring Committee AstraZeneca Pharmaceuticals 1800 Concord Pike PO Box 15437 Wilmington, DE 19850-5437 | Denis Darko | M.D. | |
| | Ivan Eggans | M.D. | |
| | Dennis Sweitzer | Statistician | |
| | Ali Falahati | Statistician | |
| | Cecilia Hedlund | Statistician | |
| | Jenni Sullivan | Program Leader | |
| | Jessica McArthur | 127 Study Leader | |
| | Björn Paulsson | 127 Operations Lead | |
| | Fredrik Juhlin | Study Leader R&D Södertälje | |

154

CONFIDENTIAL
AZSER12777279

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

## 12.1.4.4    Other participants

| Name (First name, Last name) | Organisation and address | Qualifications | Present position | Role in study |
|---|---|---|---|---|
| Carolyne Duffy-Fries | Parexel International, Inc.<br>2333 Waukegan RoadSuite 300Bannockburn, IL 60015 | | Project Director | Current Project Director (CRO) |
| Hannah Goldberg | Perceptive Informatics, Inc. IVRS<br>900 Chelmsford St.Suite 308<br>Lowell, MA  01851 | | Project Manager | Drug Distribution |
| Marcus Martin | Quintiles Laboratories<br>5500 Highlands Parkway<br>Suite 600<br>Smyrna, GA 30082 | | Project Manager | Labs |
| Lisa McCormick | ERT eResearch Technology<br>30 South 17th Street<br>Philadelphia, PA 19103-4001 | | Project Manager | ECGs |
| Darren McDaniel | Coast IRB LLC<br>901 Calle Amanecer, Suite 260<br>San Clemente, CA 92673-6224 | | Project Manager | IRB Approvals |
| Sue Lamore | McKesson Health Solutions<br>4343 N. Scottsdale Road, Suite 150<br>Scottsdale AZ 85251 | | Program Manager | Cards |
| Ann Turnbull | PHT<br>Geneva | | Project Manager | LogPads |

155

CONFIDENTIAL
AZSER12777280

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Name (First name, Last name) | Organisation and address | Qualifications | Present position | Role in study |
|---|---|---|---|---|
| Doug Mascherino | Pharmastar LLC<br>575 E. Swedesford Rd., Ste. 101<br>Wayne, PA 19087 | | Project Specialist | Rating Certificates |

156

CONFIDENTIAL
AZSER12777281

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

## 12.1.4.5   CVs of investigators and other medically qualified participants

| United States Centre Number | Name of investigator or other medically qualified participants |
|---|---|
| 0001 | Scott Tyler Aaronson M.D. |
| 0003 | Alva Gustavo M.D. |
| 0004 | Todd M. Antin M.D. |
| 0005 | Valerie Kaplan Arnold M.D. |
| 0006 | Roberta Ball M.D. |
| 0007 | Benny L. Barnhart M.D. |
| 0008 | Jason D. Baron M.D. |
| 0009 | Bijan Bastani M.D. |
| 0010 | Louise M. Beckett M.D. |
| 0011 | Zinoviy T. Benzar M.D. |
| 0011 | Ari Kiev M.D. |
| 0012 | J. Gary Booker M.D. |
| 0014 | Guy E. Brannon M.D. |
| 0016 | Vicki E. Burdine M.D. |
| 0017 | Jose M. Canive M.D. |
| 0018 | John S. Carmen M.D. |
| 0019 | James C-Y Chou M.D. |
| 0020 | Andrew J. Cutler M.D. |
| 0021 | Bernadette B. D`Souza M.D. |
| 0022 | Bradley C. Diner M.D. |
| 0023 | Carlos Manuel Figueroa M.D. |
| 0024 | Thomas D. Gazda M.D. |
| 0025 | Ramanath Gopalan M.D. |
| 0026 | James T. Grimm M.D. |
| 0026 | Beal G. Essink M.D. |
| 0027 | Mahlon S. Hale M.D. |
| 0028 | Mark Benjamin Hamner M.D. |
| 0029 | Linda S. Harper M.D. |
| 0030 | Barabara A. Harris M.D. |

157

CONFIDENTIAL
AZSER12777282

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| United States Centre Number | Name of investigator or other medically qualified participants |
|---|---|
| 0031 | Howard A. Hassman M.D. |
| 0032 | Naveed Iqbal M.D. |
| 0033 | George M. Joseph M.D. |
| 0034 | Jasbir S. Kang M.D. |
| 0035 | Zerrin Emel Kayatekin M.D. |
| 0036 | Paul Keck Jr. M.D. |
| 0037 | Arifulla Khan M.D. |
| 0038 | Esha Khoshnu M.D. |
| 0040 | Mary Ann Knesevich M.D. |
| 0041 | James A. Knutson M.D. |
| 0042 | Mark Lerman M.D. |
| 0044 | Azfar M. Malik M.D. |
| 0045 | David M. Marks M.D. |
| 0045 | Gregory S. Paniccia M.D. |
| 0046 | Joseph Mcevoy M.D. |
| 0047 | Dennis Mee-Lee M.D. |
| 0048 | Charles Merideth M.D. |
| 0049 | Alexander Lewis Miller M.D. |
| 0050 | Janice L. Miller M.D. |
| 0051 | Raymond A. Manning M.D. |
| 0052 | Hillary B. Lipson-Parra M.D. |
| 0052 | Donald J. Garcia Jr. M.D. |
| 0053 | Rakesh Ranjan M.D. |
| 0054 | Alfredo N. Rivera M.D. |
| 0055 | Leon L. Rosenberg M.D. |
| 0057 | Leon M. Rubenfaer M.D. |
| 0059 | David A. Sack M.D. |
| 0059 | Morteza Marandi M.D. |
| 0060 | Mary C. Shemo M.D. |
| 0061 | Raj Shiwach M.D. |

CONFIDENTIAL
AZSER12777283

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| United States Centre Number | Name of investigator or other medically qualified participants |
|---|---|
| 0062 | James M. Stevenson M.D. |
| 0063 | Tram Tran-Johnson M.D. |
| 0064 | Nick G. Vatakis M.D. |
| 0066 | David P. Walling M.D. |
| 0067 | Richard S. Weisler M.D. |
| 0068 | Patricia Suppes M.D. |
| 0069 | Raj P. Rajani M.D. |
| 0070 | H. Edward Logue M.D. |
| 0071 | David E. Linden M.D. |
| 0072 | David S. Miller M.D. |
| 0073 | Murray H. Rosenthal M.D. |
| 0074 | Gene Russell Flick M.D. |
| 0077 | Norman E. Rosenthal M.D. |
| 0078 | Anantha Shekhar M.D. |
| 0079 | Kashinath G. Yadalam M.D. |
| 0080 | Dwight St. Clair M.D. |
| 0082 | John Gregory Duffy M.D. |
| 0083 | John H. Gilliam M.D. |
| 0085 | Michael David Banov M.D. |
| 0086 | G. Michael Dempsey M.D. |
| 0088 | Mark Douglas Fossey M.D. |
| 0089 | Robert H. Levine M.D. |
| 0090 | Mohammed Abdul Bari M.D. |
| 0091 | Robert A. Riesenberg M.D. |
| 0092 | John Michael Zajecka M.D. |
| 0093 | James Thomas Hartford M.D. |
| 0093 | Richard W. Brown M.D. |
| 0094 | David Feifel M.D. |
| 0095 | Richard L. Gibson M.D. |
| 0116 | Mark T. Schreiber M.D. |

159

CONFIDENTIAL
AZSER12777284

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| United States Centre Number | Name of investigator or other medically qualified participants |
|---|---|
| 0116 | Neil L. Pugach |
| 0118 | Valentin Isacescu M.D. |
| 0119 | Joachim D. Raese M.D. |
| 0120 | Cosme O. Lozano M.D. |
| 0121 | Stephen M. Mohaupt M.D. |
| 0122 | Alan H. Rosenbaum M.D. |
| 0123 | Franco Sicuro M.D. |
| 0125 | Peter Hauser M.D. |
| 0127 | Andrew Winokur M.D. |
| 0128 | Cary J. Kholenberg M.D. |

| Canada Centre Number | Name of investigator or other medically qualified participants |
|---|---|
| 0096 | Martin Alda, M.D. |
| 0097 | Philipe Baruch, M.D. |
| 0098 | Dr. Serge Beaulieu M.D. |
| 0099 | Dr. Pablo Cervantes M.D. |
| 0100 | Dr. Pratap Chokka M.D. |
| 0101 | Dr. Mary Connolly M.D. |
| 0102 | Dr. Andree Daigneault M.D. |
| 0103 | Dr. Kevin Kjernisted M.D. |
| 0104 | Dr. Marc Lander M.D. |
| 0105 | Dr. Sunny Johnson M.D. |
| 0106 | Dr. Glenda Macqueen M.D. |
| 0107 | Dr. Arshad Majeed M.D. |
| 0108 | Dr. Roger McIntyre M.D. |
| 0109 | Dr. Roumen Milev M.D. |
| 0110 | Dr. Rustom Sethna M.D. |
| 0111 | Dr. Lakshmi Yatham M.D. |

CONFIDENTIAL
AZSER12777285

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00127

| Canada Centre Number | Name of investigator or other medically qualified participants |
|---|---|
| 0112 | Dr. Ranjith Chandrasena M.D. |
| 0113 | Dr. Gilbert Dru M.D. |
| 0115 | Dr. David Kantor M.D. |

161

CONFIDENTIAL
AZSER12777286

BEST COPY AVAILABLE

D1447C00127:0001
50771L/127

*Scott T. Aaronson MD*
*10/15/03*

# CURRICULUM VITAE

Scott Tyler Aaronson, M.D.
**Director of Clinical Research Programs**
**Sheppard Pratt Health System**
6501 N. Charles Street
Baltimore, MD  21285-6815
Phone (410) 938-3125
Fax    (410) 938-3111
E-mail: saaronson@sheppardpratt.org

**Psychopharmacology Consultant**
**Granite House, Inc.**
**An Affiliate of Sheppard and**
**    Enoch Pratt Foundation**
**288 East Green Street**
**Westminster, Maryland 21157**

**Date:  October 15, 2003**

## Education
| | |
|---|---|
| 1972-1976 | BA, Columbia University, New York Chemistry/Comparative Literature (cum laude) |
| 1976-1981 | MD, Harvard Medical School, Boston, MA (cum laude) |
| 1978-1980 | Fellow, Harvard Medical School, Sleep Physiology |

## Post Graduate Education and Training
| | |
|---|---|
| 1981-1985 | Resident in Psychiatry, McLean Hospital, Belmont, MA |
| 1981-1982 | Intern in Medicine, Mt. Auburn Hospital, Cambridge, MA |
| 1984-1985 | Resident in Psychiatry, Harvard University Health Services, Cambridge, MA |
| 1984-1986 | CIBA-Geigy Fellow, McLean Hospital, Sleep and Affective Disorders |

## Certifications
| | |
|---|---|
| 1981 | Diplomate of the National Board of Medical Examiners Certificate# 225919 |
| 1986 | Board Certification in Psychiatry by the American Board of Psychiatry and Neurology Certificate# 28215 |
| 1995 | Board Certified Forensic Examiner Certificate #999 |
| 1996 | Board Certified in Forensic Medicine Certificate# 475 |

## Medical Licensures
| | |
|---|---|
| 1981 | Massachusetts License 49796 |
| 1983 | DEA Registration AA9758383 |
| 1983 | Massachusetts Controlled Substance Practitioner MA0296637 |
| 2001 | Maryland License D0057794 |
| 2001 | Maryland CDS M50227 |

CONFIDENTIAL
AZSER12777287

BEST COPY AVAILABLE

**Scott Tyler Aaronson, M.D.**                                                                                          **-2-**

**Employment History**

| | |
|---|---|
| 1985-1989 | Psychiatrist-in-Charge, Depression Treatment Unit, McLean Hospital |
| 1985-1989 | Co-Director, McLean Hospital Sleep Laboratory |
| 1985-1989 | Assistant Psychiatrist, McLean Hospital |
| 1989-2001 | Director and Founder, New England Psychiatric Group, Newton, MA |
| 1989-1996 | Assistant Attending Psychiatrist, McLean Hospital |
| 1990-2000 | Active Staff, Newton-Wellesley Hospital, Newton, MA |
| 1997-1998 | Acting Medical Director, Department of Behavioral Health, St. Anne's Hospital, Fall River, MA |
| 1998-2001 | Director and Founder, New England Psychiatric Research, LLC, Newton, MA |
| 2001-present | Director of Clinical Research Programs, Sheppard Pratt Health System |

**Academic Appointments**

| | |
|---|---|
| 1981-1985 | Clinical Fellow in Psychiatry, Harvard Medical School |
| 1985-1991 | Instructor in Psychiatry, Harvard Medical School |
| 1991-1996 | Clinical Instructor in Psychiatry, Harvard Medical School |
| 2002- | Clinical Assistant Professor, University of Maryland School of Medicine |

**Industry Appointments**

| | |
|---|---|
| 1989-present | Serve on advisory panels for Eli Lilly, Pfizer, Forest Pharmaceuticals, Glaxo SmithKline, and Sepracor |
| 1989-present | Serve on speakers' panels for Eli Lilly, Pfizer, Glaxo SmithKline, Forest Pharmaceuticals, Bristol-Myers Squibb, Wyeth Ayerst |
| 1992-1996 | Psychopharmacology Consultant, Medco Containment Services, Inc., Montvale, NJB; Developed a series of extensively researched monographs of the current state-of-the-art treatment of four broad categories of psychiatric illness |

**Professional Memberships**

| | |
|---|---|
| 1981-present | American Psychiatric Association |
| 1981-2001 | Massachusetts Psychiatric Society |
| 1981-2002 | Massachusetts Medical Society |
| 1995-present | American Society for Clinical Psychopharmacology |
| 2001-present | Maryland Psychiatric Society |

**Awards and Honors**

| | |
|---|---|
| 1981 | Dr. Sirgay Sanger Award for excellence in psychiatric research, Harvard Medical School |
| 1984 | Laughlin Fellow of the American College of Psychiatry |

163

CONFIDENTIAL
AZSER12777288

BEST COPY AVAILABLE

**Scott Tyler Aaronson, M.D.**                                                                    -3-

**Administrative Service**
<u>Institutional</u>

| | |
|---|---|
| 1983-1985 | Chairman, Residents' Association, McLean Hospital |
| 1988-1989 | Member, Residency Training Committee, McLean Hospital |
| 1992-1995 | Member, Pharmacy and Therapeutics Committee, Newton Wellesley Hospital |
| 2001-present | Member, Executive Committee, Sheppard Pratt Health Systems |
| 2001-present | Member, Leadership Council, Sheppard Pratt Health System |
| 2002-present | Member, Data Safety Monitoring Board, Maryland Psychiatric Research Center |

<u>National</u>

| | |
|---|---|
| 1992-2001 | Advisor, Manic Depression and Depression Association |
| 2000-present | Member, Medical Advisory Board, Families for Depression Awareness |

**Teaching Service**

| | |
|---|---|
| 1985-1991 | Clinical supervision of medical students and residents |
| 1989-2001 | Clinical supervision of psychologists, nurse clinicians and psychologists |
| 1989-present | Guest lecturer several times a month for a variety of CME activities for physicians |

CONFIDENTIAL
AZSER12777289

BEST COPY AVAILABLE

**Scott Tyler Aaronson, M.D.**                                                                            **-4-**

**Publications**

Aaronson ST: The Pharmacologic Treatment of Anxiety and Panic. *Medco Containment
    Services*, Monvale, NJ. 43 pages, 1995

Aaronson ST: The Pharmacologic Treatment of Insomnia. *Medco Containment Services,
    Montvale*, NJ. 44 pages, 1995

Aaronson ST: The Recognition and Treatment of Depressive Disorders. *Medco Containment
    Services*, Montvale, NJ. 70 pages, 1995

Aaronson ST: Antipsychotic Medication. *Medco Containment Services*, Montvale, NJ. 50 pages,
    1995

Teicher MH, Glod CA, Aaronson ST: Open Assessment of the safety and efficacy of thioridizine
    in the treatment of patients with borderline personality disorder. *Psychopharm Bull*
    25:535-49, 1989

Aaronson ST, Nierenberg AA, Keck PE: A simple refractory depression scale. *Biol Psychiatry*
    25:207A, 1989

Aaronson ST, Rashad S, Biber MP, Hobson JA: Brain state and body position: A time-lapse
    video study of sleep. *Arch Gen Psychiatry* 39:330-335, 1989

**Reviewer**
2001           Schizophrenia Bulletin

**Research Activities as Principal Investigator (most recent first)**
Study drug in the treatment of agitation on demented residents.  Sponsored by
    AstraZeneca.  December 2002

A 61/2 month multicenter, randomized, double-blind, placebo controlled comparison of
    study drug and placebo for the prevention of seasonal affective disorder in subjects with a
    history of seasonal affective disorder.  Sponsored by GlaxoSmithKline.  August 2002.

Study drug versus placebo in the prevention of relapse of major depressive disorder.  Sponsored
    by Eli Lilly and Co.  Protocol F1J-MC-HMBC. May 2002

A phase III, randomized, double-blind, placebo controlled study of safety and efficacy of study
    drug in patients with major depressive disorder with psychotic features who are not
    receiving antidepressants or antipsychotics. Sponsored by Corcept. Protocol C-1073-03.
    April 2002

The Study of study drugs in combination for Treatment-resistant depression without psychotic
    features. Sponsored by Eli Lilly and Co. Protocol H6P-MC-HDAO.  April 2002

A double-blind, multicenter, placebo- and active-controlled acute and extension study of two
    doses of study drug in the treatment of patients with major depressive disorder.
    Sponsored by Merck & Co., Inc., Protocol No.: 061-00. January 2002

Study drug versus placebo as add-on treatment of subjects with bipolar disorder in the outpatient
    setting.  Sponsored by Ortho-McNeil Pharmaceutical, Inc., Protocol CAPSS-168.
    December 2001

CONFIDENTIAL
AZSER12777290

BEST COPY AVAILABLE

**Scott Tyler Aaronson, M.D.**                                                                          **-5-**

The efficacy and safety of study drug in the treatment of children and adolescents with schizophrenia. Sponsored by Janssen Research Foundation. Trial RIS-USA-231. January 2002

A phase II randomized, multicenter, placebo- and active-controlled study of oral study drug in subjects with major depressive disorder. Sponsored by TAP Pharmaceutical Products, Inc. Protocol TAK-637-00-302, November 2000

Study drug versus placebo and paroxetine in the acute treatment of depression. Sponsored by Eli Lilly and Co. Protocol F1J-MC-HMAT August 2000

Long-term open-label treatment with study drug for evaluation of safety. Sponsored by Eli Lilly and Co. Protocol H5Z-MC-LUAG, September 1999

The combination of study drugs in treatment resistant depression without psychotic features. Sponsored by Eli Lilly and Co. Protocol F1D-MC-HGHZ, July 1999

Celexa clinical experience trial. Sponsored by Forest Laboratories, Protocol CIT-MD4-98-15-00, June 1998-November 1998

Open-label study of Serzone (nefazodone) in the management of patients with symptoms of depression in general psychiatric practices. Sponsored by Bristol-Myers Squibb Research, March 1995-September 1995

A randomized comparative study of paroxetine in the treatment of depression as used in a clinical practice setting. Sponsored by SmithKline Beecham, 1993

**Invited Speeches/Grand Rounds/Conferences in the last 3 years**

1998          Invited Participant, National Advisory Panel on Depression, Forest Pharmaceuticals, Bermuda

              Invited Participant, Consultants Board, Forest Pharmaceuticals, Boca Raton, Florida

              Grand Rounds, Bangor Mental Health Institute: Emerging Trends in the Treatment of Depressive Disorders

              Psychiatric Department Conference, Newton Wellesley Hospital: Strategies in Treatment Resistant Depression


1999          Invited Participant, National Conference on Schizophrenia, Eli Lilly and Co. Phoenix, Arizona

              Invited Participant, Annual Update on Depression, Forest Pharmaceuticals, Palm Beach Gardens, Florida

              Invited Participant, Advisory Panel on Insomnia, Wyeth Ayerst, Miami, Florida

              Resident's Conference, Butler Hospital, Providence, RI, Treatment Issues in Major Depressive Disorder

              Invited Speaker, Manic Depression and Depression Association, Alternatives in the Management of Treatment Resistant Depression

CONFIDENTIAL
AZSER12777291

BEST COPY AVAILABLE

**Scott Tyler Aaronson, M.D.**                                                                 **-6-**

2000    Antidepressants at the New Millenium presented at
   Resident Conference, Butler Hospital
   Grand Rounds, Acadia Hospital, Maine
   Grand Rounds, Bedford VA Hospital, Bedford, MA
   Grand Rounds, Union Hospital, Salem, MA
   Staff Conference, Greater Lowell Psychiatric Services
   Staff Conference, VA Hospital, Rochester, NY
   Regional Conference, Syracuse, NY
  Westwood Lodge Grand Rounds, Westwood, MA
   Use of Atypical Antipsychotics in Treatment Resistant Depression
   Short Half Life Hypnotics
  Invited Participant: Regional Meeting on Depression, Pfizer, NY
  Invited Participant: Ziprasidone Consultants Meeting, Boston, MA

2001    Grand Rounds, Newton Wellesley Hospital, Clinical Trials: A Guide for the
  Clinician
  Regional Conference, Greater Lawrence Mental Health, Co-Morbidity of Mood
  and Anxiety Disorders
  Regional Conference, Psychiatric Group of the North Shore, Atypical
  Antipsychotics
  Invited Speaker, NAMI National Meeting, Washington, DC. Families for
  Depression Awareness
  Invited Participant: Atomoxetine Consultants Meeting, Eli Lilly and Co. Boston,
  MA
  Invited Participant: US Depression Advisory Board, Eli Lilly and Co. Chicago,
  IL

2002    Grand Rounds, Sheppard Pratt Health System, "Treatment Resistant
  Depression"
  University of Maryland Annual Family Practice Course, "Depression"
  Regional Advisory Board Leader, Difficult to Treat Depression. Chicago, IL
  National Speaker's Board, Eli Lilly, Chicago, Ill.
  National Advisory Board on Bipolar Disorder, Eli Lilly, Indianapolis, IN

2003    Speaker at multiple sites for PriMed Update on Difficult to Treat Depression
  Speaker at multiple sites for PriMed Update on Depression
  Grand Rounds, University of Maryland, The Future of the Treatment of
  Depression

CONFIDENTIAL
AZSER12777292

BEST COPY AVAILABLE

D144700512?.  0003

# CURRICULUM VITAE

**Gustavo Alva, M.D.**
**Title:**
**Deputy Director, Clinical Research Division**
**Assistant Clinical Professor**
**Department of Psychiatry & Human Behavior**

**University of California, Irvine Medical Center**
**101 The City Drive South**
**Orange, CA 92868**

| | |
|---|---|
| Telephone: | 714.456.8498 |
| Fax: | 714.456.5297 |
| e-mail: | galva@uci.edu |
| Home Address: | REDACTED |

| | |
|---|---|
| Telephone: | REDACTED |
| Fax: | 714-456-5927 |

## EDUCATION

| | |
|---|---|
| Chief Resident | 1997–1998 Department of Psychiatry and Human Behavior, UCIMC, Orange, CA. 92868 |
| Residency | 1994-1998 – Department of Psychiatry and Human Behavior, UCIMC, Orange, CA. 92868 |

Medical School 1986-1990 – U.A.G. – M.D. Physician/Surgeon

Undergraduate 1984-1986 – U.A.M. – Biological Sciences

| | |
|---|---|
| Languages | English, Spanish and French |

## MEDICAL LICENSURE          California Licensure #A055247 and Mexican Licensure #CPM 1805430

## BOARD CERTIFICATION          Diplomate of the American Board of Psychiatry and Neurology, 2000

## ACADEMIC APPOINTMENTS
1996 – Present - Clinical Instructor, Department of Psychiatry, UCIMC
1998 – Present - Institutional Review Board UCIMC
1999 – Present – Pharmacy and Therapeutics Committee, UCIMC
1999-Present - Visiting Professor in Psychiatry
International Program of the U.A.G. School of
Medicine (Mexico)

168

CONFIDENTIAL
AZSER12777293

BEST COPY AVAILABLE

## NON-ACADEMIC APPOINTMENTS
**1996-1998 - Staff Psychiatrist, Pacifica Hospital; Geriatric Psychiatrist Huntington Beach, CA**
**1996-1998 - Private Practice Psychiatrist, Advantage Neuropsychiatric Associates**
**Huntington Beach and Santa Ana, CA**
**1996-1998 – Utilization/Clinical Reviewer, Newport Bay Hospital Newport Beach, CA**
**1997-1998 – Chief Resident, UCI, Department of Psychiatry and Human Behavior**
**1997 – Present - Forensic Psychiatric Consultant, Orange County Superior Court**
**1998 – 2000- Director, Adult Acute Inpatient Service Chief, Geriatric Clinical Research Unit**
**1997-1998 - Forensic Psychiatric Consultant, UCI Medical Center, Orange, CA**
**1997-1998 - Staff Psychiatrist, Charter Hospital; Adult, Geriatric and Children Services**
**Mission Viejo, CA**
**2000-2002 – President Elect of the Orange County Psychiatric Society**
**Quality Assurance/Utilization Review Committee, UCI, Department of Psychiatry**
**Administrative/Interdisciplinary Council, UCI, Department of Psychiatry**
**Medicare Compliance Committee, UCI, Department of Psychiatry**
**2001-2002 – Medical Director Acute Inpatient Unit, UCI, Department of Psychiatry and Human**
**Behavior**
**Medical Director, Schizophrenia and Bipolar Outpatient Clinic, UCI, Department of Psychiatry and**
**Human Behavior**
**2002 – Present -President of the Orange County Psychiatric Society**

## PROFESSIONAL ACTIVITY

Awards and Honors
Physicians Recognition Award by the American Medical Association, 2000

Grants and Research Awards at UCI As Principal Investigator:
A Placebo Controlled Study of Pregabalin and Paroxetine in Patients with Panic Disorder
Funded by Warner Lambert– Gus Alva, M.D. Principal Investigator 11/01/00-10/31/01
A Placebo Controlled Study of Pregabalin in Elderly Patients with Generalized Anxiety Disorder
Funded by Warner Lambert– Gus Alva, M.D. Principal Investigator 10/27/00-10/26/01
A Phase III, Randomized, Double-Blind,
Placebo-Controlled, Study of Safety and Efficacy of C-1073
(Mifepristone) in Patients with Major Depressive Disorder with Psychotic Features (Protocol C-1073-02)
Funded by Corcept– Gus Alva, M.D. Principal Investigator 11/1/01-10/31/02
A Phase III, Randomized, Double-Blind, Placebo-Controlled Study of Safety and Efficacy of C-1073
(Mifepristone) in Patients with Major Depressive Disorder with Psychotic Features Who Are Not Receiving
Antidepressants or Antipsychotics (Protocol C-1073-03)
Funded by Corcept– Gus Alva, M.D. Principal Investigator 11/1/01-10/31/02
Funded by Corcept– Gus Alva, M.D. Principal Investigator
Efficacy of C-1073 (Mifepristone) in Patients With Major Depressive Disorder
With Psychotic Features Who Have Previously Demonstrated a Rapid Response to
Either C-1073-02 or C-1073-03
Investigator Initiated Protocol – Gus Alva, M.D. Principal Investigator
Noradrenergic Assessment of Memory Capacity
Investigator Initiated Protocol – Gus Alva, M.D. Principal Investigator
A fixed-dose, open-label, single-center, investigator initiated pilot study of the safety and efficacy of
Venlafaxine as adjunct therapy to cholinesterase inhibitors on the improvement of cognitive function in
non-depressed patients with Alzheimer's dementia
Funded by Novartis – Gus Alva, M.D. Principal Investigator
A Prospective, 26-week, single-arm, open-label, multi-center, pilot study evaluating the efficacy and safety
of exelon 3 to 12 mgs/day in patients with mixed dementia
Funded by Corcept – Gus Alva, M.D. Principal Investigator
A double-blind, placebo-controlled trial of the safety and efficacy of C-1073 (Mifepristone) as adjunctive
therapy in alzheimer's disease.

169

CONFIDENTIAL
AZSER12777294

BEST COPY AVAILABLE

Since 1996 have worked with Dr. Steven G. Potkin at UCIMC within the Clinical Research Division of the Psychiatric department as a co-investigator. Participating in 2 NIH grant funded studies and multiple pharmaceutical industry grant funded studies ranging in amount from 140,000 to 999,945, and including:

-A Double Blind, Randomized, Comparison of the Safety and Efficacy of Sertindole and Risperidone in Treatment Resistant Schizophrenic Patients.

-A Double Blind, Parallel Group Study of the Efficacy and Safety of Sandoz MAR 327, as compared to Haloperidol & Placebo for the Treatment of Schizophrenia.

-A Randomized Double Blind, Placebo and Active Controlled Study of MDL 100,907 in Schizophrenic and Schizoaffective Patients.

-A Study of the Efficacy of Risperidone, Haloperidol and Clozapine in Treatment Resistant Schizophrenic Subjects.

-A Double Blind, Placebo-Controlled, Titration Study with Sublingual Organon 5222 to Establish the Maximum Tolerated Dose in Subjects with Schizophrenia or Schizoaffective Disorders.

-A Study of the Safety and Tolerability of Escalating Doses of Mazapertine in Geriatric Schizophrenic and Schizoaffective Patients.

-A Study of the Tolerability and Safety of Either Adding Seroquel to, or Switching from, a Haloperidol Decanoate Regimen in Subjects with Selected Psychotic Disorders.

-A Study of the Safety, Efficacy and Brain Metabolic Effects of Sertindole and Risperidone in Schizophrenic and Schizoaffective Patients - PET Scan.

-The Study of the Safety, Efficacy and Brain Metabolic Effects of Olanzapine Compared to Clozapine when Administered to Schizophrenic and Schizoaffective Patients - PET Scan.

-A Double-blind, Placebo Controlled, Flexible Dosing Trial to Evaluate the Efficacy of Modified Release Paroxetine in the Treatment of Panic Disorder.

-Galantamine in the Treatment of Alzheimer's Disease: Flexible Dose Range Trial.

-A Multi-Center, Randomized, Double-blind, Active-Controlled Study to Compare the Long-Term Maintenance Effects and Safety of Aripiprazole and Haloperidol following Acute Relapse in Schizophrenic Patients.

-An Open-Label Follow-on Study of the Long-Term Safety of Ariprazole in Patients with Chronic Schizophrenia.

-A Pilot Safety Trial to Determine the Highest Tolerable Starting Dose of Sustained-release Quetiapine Fumarate (Seroquel).

-A Prospective, Randomized, International, Parallel-Group Comparison of Clozaril/Leponex vs. Zyprexa in the Reduction of Suicide/Suicide Attempts in Patients with Schizophrenia or Schizoaffective Disorder at risk for Suicide.

-A Multicenter, Placebo and Active Control, Double -blind Randomized Study of the Efficacy, Safety, and Pharmacokinetics of M100907 in Schizophrenic and Schizoaffective Patients.

-A Double-Blind, Placebo-Controlled, Haloperidol-Referenced Study of the Safety and Efficacy of Three Doses of Iloperidone Administered to Schizophrenic Patients for 42 days.

-A 156-Week, Open Extension Study Evaluating the Safety and Outcome of 40-200 mg Daily (divided into two doses) of Oral Ziprasidone or 1-8 mg BID of Oral Risperidone Daily in the Treatment of Subjects Who Have Participated in Previous Ziprasidone Clinical Trials.

-Open Label, Parallel, Multicenter Study to Assess the Effect of Ziprasidone, Risperidone (Risperdal), Olanzapine (Zyprexa), Quetiapine (Seroquel), Thioridazine (Mellaril), and Haloperidol (Haldol) on the QTc Interval in the Absence and Presence of a Metabolic Inhibitor.

-A Prospective, Randomized, Double-Blind, Placebo-and Active-Controlled, Multicenter Study to Evaluate the Efficacy and Safety of Three Fixed Doses of Iloperidone (4,8, and 12 mg/day) Given bid for 42 Days to Schizophrenic Patients with Acute or Subacute Exacerbations, Followed by a Double-Blind, Active-Controlled, Flexible-Dose, Long Term, 6-Month Phase with Iloperidone (4,8,12 or 16 mg/day) Given q/day.

-A Phase II, Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose Study of Oral OPC-14523 and Prozac in the Treatment of Outpatients with Moderate Depression.

-Olanzapine versus Divalproex in the Treatment of Acute Mania.

-A Phase III Randomized, Placebo-Contolled Study Evaluating the Safety and Outcome of

170

CONFIDENTIAL
AZSER12777295

BEST COPY AVAILABLE

Treatment with Oral Ziprasidone in Subjects with Mania.

-An Open Label Study to Evaluate the Safety and Efficacy of 1.5 mgs bid (3 mg/day) through 6 mgs bid (12 mgs/day) of Exelon in Patients with mild to Severe Probable Alzheimer's Disease in the Community Setting.

-An Open Label Sequential Cohort Study of SDZ ENA 713 Designed to Prospectively Evaluate the Tolerability and Safety of Titrating Doses at Weekly Increases of 3 mg/day and 4 mg/day to a Maximal Dose of 12 mg/day of SDZ ENA 713 Inpatients with Probable Alzheimer's Disease.

-A Double Blind, Placebo-Controlled, Parallel Group, Maximum Tolerated Dose Study of Escalating Dose Ranges of NDD in Three Sequential Cohorts of Patients with Mild to Moderate Severity of Alzheimer's Disease.

-Genetic Factors in Neuropsychiatric Diagnosis and Treatment Response

-Surveys of Opinions Regarding the Treatment of Severe Psychiatric Illness

-An Open-Label, Six-Month Extension of SDZ ENA 713 Studies B303 (US Centers Only), B351 and B352 to Prospectively Evaluate the Long-Term Safety, Tolerability, and Efficacy of 1 through 6 mg BID (2-12 mg/day) SDZ ENA 713 in Outpatients with Probable Alzheimer's Disease.

-A Prospective, Randomized, Double-Blind, Placebo-and Active Controlled, Multicenter Study to Evaluate-the Efficacy and safety of three fixed doses of Iloperidone (4, 8, and 12 mg/day) Given b.i.d. for 42 Days to Schizophrenic patients with acute or subacute exacerbations, Followed by a Double-Blind, Active-Controlled, Flexible-Dose, Long-Term, 6-Month Phase with Iloperidone (4, 8, 12 or 16 mg/day) Given q/day.

-A phase II, Randomized, Double-blind, Placebo-controlled study in the treatment of outpatients with moderate Depression

-Treating the negative symptoms of schizophrenic patients with Rapid transcranial magnetic stimulation (Rtms) of the dorsolateral prefrontal cortex.

-Brain effects of AIT-082 compared to placebo in patients with moderate to severe Alzheimer's Dementia.

-A Single-Center, Randomized, Double-Blind, Placebo-Controlled Titration Study with Sublingual Org 5222 to Establish the Maximum Tolerated Dose Up to a Dose of 2400 mcg Twice Daily in Subjects with Schizophrenia or Schizoaffective Disorder.

-A 260-week (5 year), Open Extension Study Evaluating the Safety and Outcome of 40-200 mg Daily of Oral Ziprasidone or 1-8 mgs BID Oral Risperidone Daily in the Teratment of Subjects Who Have Participated in Previous Ziprasidone Clinical Trials.

-A Double Blind, Placebo and Haloperidol-Controlled, Multicenter Study Evaluating the Safety and Efficacy of SR 141716 in Schizophrenic Patients.

-A Double Blind, Placebo and Haloperidol-Controlled, Multicenter Study Evaluating the Safety and Efficacy of SR 142801 in Schizophrenic Patients.

--A Randomized, Double-blind, placebo-controlled evaluation of the safety and efficacy of memantine in patients with mild to moderate dementia of the Alzheimer's types

-A long-term extension study evaluating the safety and tolerability of BID and QD administration of memantine in patients with mild to moderate Alzheimer's disease

-A 52-week, prospective,randomized, double-blind, multi-center, study of relapse following transition from oral antipsychotic medication to two different doses (25 or 50 mg given every two weeks) of risperidone long-acting microspheres (Risperdal Consta) in adults with schizophrenia or schizoaffective disorder

**Offices held in professional societies and scholarly organizations**

2000-2002 - President Elect, Orange County Psychiatric Society

2002- Present - President, Orange County Psychiatric Society

1998 -- Present - Council, California Psychiatric Association

2002 -- Present - Founding Member, International Congress of Geriatric Psychopharmacology

**Invited presentations**

1) Alva, G -- Invited Speaker:"Atypical Antipsychotics and their effect on Mood", St. Joseph's Hospital,

CONFIDENTIAL
AZSER12777296

BEST COPY AVAILABLE

Grand Rounds, Dec., 10,1999

2) Alva, G – Invited Speaker:" "Depression Across the Lifecycle", Harbor UCLA, Family Medicine Grand Rounds, February, 3, 2000

3) Alva, G – Invited Speaker:" "Update of Insomnia and Parasomnias", UCI, Psychiatry Grand Rounds, February, 15,2000

4) Alva, G – Invited Speaker:" "Differentiating normal aging from Alzheimer's Disease", Saddleback Memorial Hospital,7th Annual Mental Health Conference, February 18, 2000

5) Alva, G – Invited Speaker:" "Improving the management of depression", San Diego Psychiatric Mental Health Clinic, Grand Rounds, February 23, 2000

6) Alva, G – Invited Speaker:" "Recognizing the comorbidity of affective disorders", UCI, Family Medicine, Grand Rounds, April 4, 2000

7) Alva, G – Invited Speaker:" "New agents to treat Alzheimer's and other dementias", UCI, Family Medicine, Grand Rounds, April 12, 2000

8) Alva, G – Invited Speaker:" "Recognizing anxiety disorders", National Anxiety Disorder Day, NAMI, Orange, May 3, 2000

9) Alva, G – Invited Speaker:" "Improving the management of depression and anxiety disorders", Long Beach Memorial, Family Medicine Grand Rounds, May 5, 2000

10) Alva, G – Invited Speaker:" "Major Depressive Disorder; Beyond Vegetative Symptoms", Mission Community Hospital, May 17, 2000

11) Alva, G – Invited Speaker:" "Depression Across the Female Lifecycle", LA Co. Harbor-UCLA, Dept. of Obstetrics and Gynecology, Grand Rounds, June, 12, 2000

12) Alva, G – Invited Speaker:" "Beyond Vegetative Symptoms of Depression; Overlapping Affective Disorders", Harbor UCLA, Family Medicine Grand Rounds, June 13, 2000

13) Alva, G – Invited Speaker:" "Update on the treatment of Depression and Anxiety Disorders", Orange County Mental Health Meeting, July 12, 2000

14) Alva, G – Invited Speaker:" "A volatile combination; Anxiety Disorders and Substance Abuse", NCPS CME meeting, August 3, 2000

15) Alva, G – Invited Speaker:" "The Role of Cholinergic Therapy in the Treatment of Alzheimer's Disease and Other Dementias", Woodland Hospital, General Grand Rounds, August 9, 2000

16) Alva, G – Invited Speaker:" "Advances in the treatment of Alzheimer's Disease", Long Beach Memorial, General Grand Rounds, August 17, 2000

17) Alva, G – Invited Speaker:" "The rationale of current treatment strategies in slowing down Alzheimer's disease", San Joaquin Hospital, Internal Medicine Grand Rounds, August 24, 2000

18) Alva, G – Invited Speaker:" "Advances in the Research Setting Related to Alzheimer's Disease", Lodi Memorial Hospital, Internal Medicine Grand Rounds, September 8, 2000

19) Alva, G – Invited Speaker:" "Recognizing Suicide Risk", St. Francis Medical Center, Grand Rounds, Sept., 12, 2000

20) Alva, G – Invited Speaker:" "Management of Alzheimer's Disease", La Jolla VA Medical Center, Psychiatry Grand Rounds, September 20, 2000

21) Alva, G – Invited Speaker:" "Alzheimer's Disease Treatment Update", Hoag Hospital, Grand Rounds, October 3, 2000

22) Alva, G – Invited Speaker:" "Alzheimer's Disease", Good Samaritan Hospital, Grand Rounds, Oct. 11, 2000

23) Alva, G – Invited Speaker:" "Caring for an Aging America-Differential Diagnoses of Dementia in the Elderly", Paradise Senior Health Center, Oct. 18, 2000

24) Alva, G – Invited Speaker:" "The Role of Cholinergic Therapy in the Treatment of Alzheimer's Disease", Washington Hospital Medical staff, Grand Rounds, Oct. 27, 2000

25) Alva, G – Invited Speaker:" "Management of Alzheimer's Disease", Torrance Memorial Medical Center, Grand Rounds, November 15, 2000

26) Alva, G – Invited Speaker:" "Alzheimer's Disease", Kaiser Permanente, Dept. of Neurology Grand Rounds, November 16, 2000

27) Alva, G – Invited Speaker:" "Affective Disorders through the Lifecycle and their impact on comorbid medical conditions", Charles Drew, Internal Med. Grand rounds, November, 21, 2000

28) Alva, G – Invited Speaker:" "Mood Disorders and Sleep", King Drew, Internal Medicine Grand Rounds, January 10, 2001

29) Alva, G – Invited Speaker:" "Dementing Disorders", St. Vincent Medical Center, Internal Medicine Grand Rounds, February 15, 2001

172

CONFIDENTIAL
AZSER12777297

BEST COPY AVAILABLE

30) Alva, G – Invited Speaker:" "Alzheimer's Disease and other Dementias", Hispanic Medical Association CME Meeting, February 22, 2001

31) Alva, G – Invited Speaker:" "Sleep Disorders and their impact on psychiatric Disease", Drew Medical Center, Psychiatry Grand Rounds, February 27, 2001

32) Alva, G – Invited Speaker:" "Advances in the Treatment of Alzheimer's Disease", O'Connor Medical Center, General Grand Rounds, April 3, 2001

33) Alva, G – Invited Speaker:" "Update on Schizophrenia", UCI Pathology Grand Rounds, April 11, 2001

34) Alva, G – Invited Speaker:" "The Biological Underpinnings between Sleep Disorders and Affective Disorders", San Antonio Hospital, General Grand Rounds, May 10, 2001

35) Alva, G – Invited Speaker:" "Thymolepsis with Atypical Antipsychotics", Loma Linda VA Medical Center, Psychiatry Grand Rounds, June 19, 2001

36) Alva, G – Invited Speaker:" "Advances in the Treatment of Alzheimer's Disease", UCI, Psychiatry Grand rounds, September 4, 2001

37) Alva, G – Invited Speaker:" "Current advances in treating comorbid affective disorders", OC Family Medicine Association, CME talk, September 4, 2001

38) Alva, G – Invited Speaker:" "What changes have occurred in treating the Dementias?", Saddleback Memorial Hospital, 8th Annual Mental Health Conference, Keynote Speech, September 5, 2001

39) Alva, G – Invited Speaker:" "Advances in the treatment of Bipolar Disorder", OCPS CME lecture, September 5, 2001

40) Alva, G – Invited Speaker:" "Seeking Remission in treating Affective Disorders", Vista Community Hospital, General Grand Rounds, September 28, 2001

41) Alva, G – Invited Speaker:" "Research update on the comorbidity of Psychotic illness and affective disorders", Grand Rounds, Metropolitan State Hospital, October 17, 2001

42) Alva, G – Invited Speaker:" "Depression Across the Lifecycle", Western Medical Center, Grand Rounds, 1999

43) Alva, G – Invited Speaker:" "Typically Considering Atypicals for Psychosis", U.A.G., Psychiatric Department – Grand Rounds, 1999

44) Alva, G – Invited Speaker:" "Delirium, Dementia and the Amnestic Disorders; a clinical update", 1999, U.A.G. – Grand Rounds -"

45) Alva, G – Invited Speaker:" "Differences between normal aging, mild cognitive impairment and AD", 1999, Good Morning America

46) Alva, G – Invited Speaker:" "Psychological effects of war on people – an update of PTSD", 1999, Hispanic Radio Network (Spanish counterpart of NPR)

47) Alva, G – Invited Speaker:" "Psychiatric comorbidities with Major depressive Disorder", 1999, Presentation to Senator Dunn

48) Alva, G – Invited Speaker:" Grand Rounds – Metropolitan State Hospital, 1999"Research update on Alzheimer's Dementia"

49) Alva, G – Invited Speaker:" Manic Depressive Association of O.C., 1998 – "New Treatment options for Bipolar Affective disorder"

50) Alva, G – Invited Speaker:" Grand Rounds, UCIMC, Department of Psychiatry and Human Behavior, 1996 "ECT and other treatment augmentation strategies for refractory Schizophrenic Patients"

51) Alva, G – Invited Speaker:" Grand Rounds, Metropolitan State Hospital, 2002 "Medico legal Issues in Treating The Psychotic Patient"

52) Alva, G – Invited Speaker: Grand Rounds, Patton State Hospital, March, 13, 2002 "Management of Aggressive Behaviors in the Elderly Medically Compromised Patient"

53) Alva, G – Invited Speaker: Grand Rounds, Loma Linda Family Practice Department, March 20, 2002, "Optimizing the diagnosis and treatment of Acutely Psychotic Patients in an Emergency Setting"

54) Alva, G – Invited Speaker: Grand Rounds, White Memorial, Family Practice Program, April 4, 2002, "Identification and optimal treatment of comorbid affective disorders in the medically compromised patient"

55) Alva, G – Invited Speaker: Grand Rounds, Kaiser Los Angeles Department of Psychiatry, April 15, 2002, "Advances in neuroimaging and treatment of psychotic illness"

56) Alva, G – Invited Speaker: Grand Rounds, Loma Linda Internal Medicine, April 26, 2002, "Forensic Issues and their nuances in psychiatric patients"

173

CONFIDENTIAL
AZSER12777298

BEST COPY AVAILABLE

57) Alva, G – Invited Speaker: Grand Rounds, Loma Linda VA Internal Medicine, May 10, 2002, "Impact of affective disorders on medical comorbidities; Optimal management"
58) Alva, G – Invited Speaker, Grand Rounds, Metropolitan State Hospital, July 10, 2002, "Forensic Developments in the treatment of Psychotic Patients"
59) Alva, G – Invited Speaker:" Grand Rounds, San Francisco VA, August 2, 2002 "Optimal Management of Psychosis and Agitation in the Elderly"
60) Alva, G – Invited Speaker, Orange County MENSA, August 9, 2002, "Update on Dementing Illnesses"
61) Alva, G – Invited Speaker, Grand Rounds, Department of Psychiatry, UCI, August 27, 2002 "Clinical Research Division Update; Emphasis on Psychotic Depression"
62) Alva, G – Invited Speaker, CPA Annual Meeting, Co-Chair for symptosium for Ealry Career Psychiatrists, September 21, 2002
63) Alva, G – Invited Speaker, Grand Rounds, Department of Psychiatry, UCI, September 24, 2002, "Stereoisomers, Advances in the treatment of affective disorders"
64) Alva, G – Invited Speaker, OCPS General Lecture, October 2, 2002, "Update on the diagnosis and treatment of Dementias"
65) Alva, G – Invited Speaker, North Colorado Medical Center, Grand Rounds, October 18, 2002, "Current Advances in the Treatment of Dementias"

**Abstracts and Posters**

Potkin SG, Bera R, Keator D, Fleming K, Alva G, Carreon D, Kranz L. "Distinguishing Predominantly Negative Symptom Schizophrenia with FDG PET." Poster presented at the International Congress on Schizophrenia Research, Santa Fe, NM, April 17-21, 1999

Potkin SG, Fleming K, Alphs L, Alva G, Anand R: "Neurocognition in Schizophrenic Patients at Risk for Suicide." Poster presented at the International Congress on Schizophrenia Research, Santa Fe, NM, April 17-21, 1999

Potkin SG, Basile VS, Badri F, Keator D, Wu JC, Alva G, Doo M, Bunney WE Jr., Kennedy JL: "D1 Receptor Alleles Predict PET Metabolic Correlates of Clinical Response to Clozapine." Abstract published in The International Journal of Neuropsychopharmacology, 3 (Suppl 1):S6, 2000

Fleming K, Jin Y, Gustavo A, Potkin S: "The Neurocognitive Improvement of AIT-082 in Alzheimer's Disease," poster presented at ACNP 30th Annual Meeting, San Juan, Puerto Rico, poster presented at ACNP 30th Annual Meeting, San Juan, Puerto Rico, December 11, 2000

Potkin SG, Shipley J, Bera RB, Carreon D, Fallon JH, Alva G, Keator D, "Clinical and PET Effects of M100907, A Selective 5HT-2A Receptor Antagonist", abstract published in Schizophrenia Research, 49 (1-2 Supplement):242

Kemp AS, Fleming K, Cohen E, Jin Y, Highum DM, Alva G, Bunney WE, Potkin SG, "A Neurocognitive Evaluation of Repetitive Transcranial Magnetic Stimulation over the Dorsolateral Prefrontal Cortex of Patients with Prominent Negative Symptom Schizophrenia" poster presented at the International Cxongress on Schizophrenia Research, Whistler, British Columbia, Canada, April 28-May 2, 2001 and abstract published in Schizophrenia Research, 49 (1-2 Supplement):111

Alva G, Cohen E, Jin Y, Highum DM, Fleming K, Bunney WE, Potkin SG, "Differential Effects of High and Low Frequency RTMS in Schizophrenia", poster presented 28-May 2, 2001 and abstract published in Schizophrenia Research, 49 (1-2 Supplement):219

Jin Y, Potkin SG, Alva G, Carreon D, Bunney WE, "Reduced Peak Frequency and Selectivity of EEG Resonant Responses to Photic Stimulation in Schizophrenia", poster presented 28-May 2, 2001 and abstract published in Schizophrenia Research, 49 (1-2 Supplement):203

174

CONFIDENTIAL
AZSER12777299

BEST COPY AVAILABLE

Potkin SG, Anand R, Alva G, Fleming K, Keator D, Carreon D, Messina J, Wu JC, Hartman R, Fallon JH: FDG PET and Clinical Effects in Placebo and Rivastigmine Treated Subjects with Alzheimer's Disease, International Congress of Geriatric Psychiatry, December 14-15, Waikoloa, Hawaii

**Presentations at professional meetings**
World Congress of Genetic Psychopharmacology, Bonn, Germany, 1998; Poster Presentation; "A genetic PET scan study: D1 alleles predict clinical response to clozapine and corresponding brain metabolism "Differential Clinical Effects of High and Low Frequency rTMS in Schizophrenia"; Alva, G., Cohen, E., Kemp, A., Huerta, S., Jin, Y., Highum D., Fleming, K., Bunney, W., Potkin, S.; International Congress on Schizophrenia Research, Vancouver, British Columbia, April 23-27, 2001

**Service to professional societies**
American Psychiatric Association, General Member
California Psychiatric Association, Bill Reviewer for Government Affairs Committee
Orange County Psychiatric Society, Executive Council Member
California Hispanic American Medical Association, General Member
American Medical Association, General Member
Orange County Medical Association, General Member, Government Affairs Committee
American College of Forensic Examiners, General Member

**Membership in professional organizations**
American Medical Association
Orange County Medical Association
Legislative Committee, OCMA
California Psychiatric Association
Orange County Psychiatric Society
Executive Council Member, OCPS
Government Affairs Committee, OCPS
Public Affairs Committee, OCPS
Speaker, OCPS Expert Speakers Bureau
American Board of Forensic Medicine
American College of Forensic Examiners
California Hispanic American Medical Association
Hispanic-American Biomedical Association

| | |
|---|---|
| 1997-1998 | Deputy Resident Representative, CPA |
| 1997-1998 | Resident Representative, OCPS |
| 1997-1998 | Area 6 Resident Representative, APA |
| 1997-1998 | Assembly, APA |
| 1997-1998 | Assembly Liaison for the Council of Psychiatry and the law, APA |
| 1997-1999 | Board Member, Orange County Mental Health Board |
| 1998-2000 | Early-Career-Psychiatrist-Representative, OCPS |

**UNIVERSITY AND PUBLIC SERVICE**

**System Wide**
Institutional Review Board, July 1999-Present
Pharmacy and Therapeutics Committee July 1999-Present
**Campus - UCI Academic Senate and Administrative Service**

175

CONFIDENTIAL
AZSER12777300

BEST COPY AVAILABLE

Admissions Committee for the College of Medicine, 2000 - Present
**School - College of Medicine**
Admissions Committee for the College of Medicine, 2000 – Present
Clinical Instructor, Psychiatry course for medical students, UCI College of Medicine, Continuous
**Hospital - UCI Medical Center and affiliates (indicate location)**

**Department of Psychiatry And Human Behavior**
Quality Assurance/Utilization Review Committee, July 1999-Present
Administrative/Interdisciplinary Council, July 1999-Present
Medicare Compliance Committee, July 1999-Present

**Community**
Advisory Boards:
2000-Present      Medical/Scientific Advisory Board, Alzheimer's Association of Orange County
2000-Present      YMCA Board of Managers
2000-Present
Psychiatric Health Steering Committee for Congresswoman Loretta Sanchez
Board Member, YMCA Board of Managers
Speaker for the Manic Depressive Association of Orange County
Speaker for the Orange County Alliance for the Mentally Ill

**PUBLICATIONS**

**Journal Articles Peer Reviewed**

Article: "The Safety and Pharmacokinetics of  Quetiapine When Coadministered with Haloperidol, Risperidone, or Thioridazine" Steven G. Potkin, MD*; Per T. Thyrum,  MD, PhD, FCP; Gustavo Alva, MD; Rimal Bera, MD; Chiao Yeh, PhD; and Lisa A. Arvanitis,, MD, AstraZeneca, Wilmington, Delaware and *UC Irvine Medical Center, Department of Psychiatry and Human Behavior, Orange, California

Article: Distinguishing Negative Symptom Schizophrenia with Positron Emission Tomography.  Steven G. Potkin M.D., Gustavo Alva, M.D., Kirsten Fleming Ph.D., Ravi Anand M.D., David Keator, B.S., Danilo Carreon, Michael Doo, B.S., Yi Jin, M.D., Joseph C. Wu, M.D., James H. Fallon, Ph.D. (Journal of the American Psychiatric  Association, February, 2002)

Article: Potkin, SG; Anand, R; Alva, G; Fallon, JH; Keator, D; Carreon, D; Messina, J; Wu, JC; Hartman, R; Fleming, K:  Brain Metabolic and Clinical Effects of Rivastigmine in Alzheimer's Disease.  International Journal of Neuropsychopharmacology (in press).

Article: Potkin, SG, Alva, G, Keator, D, Carreon, D, Fleming, K, Fallon, JH: Brain metabolic effects of Neotrofin in patients with Alzheimer's disease.  Brain Research, 951 (2002)87-95

Article: Alva, G: The Challenge of Dementia: Preserving Cognition and Behavior.  Cognitive and Behavioral aspecet of neuropsychiatric disorders, 2002

**Conference Proceedings Papers, Peer Reviewed**

Potkin SG, Bera R, Keator D, Fleming K, Alva G, Carreon D, Kranz L:"Distinguishing Predominantly Negative Symptom Schizophrenia with FDG PET."  Poster presented at the International Congress on Schizophrenia Research, Santa Fe, NM, April 17-21, 1999

Potkin SG, Fleming K, Alphs L, Alva G, Anand R:  "Neurocognition in Schizophrenic Patients at Risk for Suicide." Poster Presented at the International Congress on Schizophrenia Research, Santa Fe, NM, April 17-21, 1999.

176

CONFIDENTIAL
AZSER12777301

BEST COPY AVAILABLE

Potkin SG, Basile VS, Badri F, Keator D, Wu JC, Alva G, Doo M, Bunney WE Jr., Kennedy JL: "D1 Receptor Alleles Predict PET Metabolic Correlates of Clinical Response to Clozapine." Abstract published in The International Journal of Neuropsychopharmacology, 3(Suppl 1):S6, 2000.

Fleming K, Jin Y, Gustavo A, Potkin S: "The Nerurocognitive Improvement of AIT-082 in Alzheimer's Disease," poster presented at ACNP 30th Annual Meeting, San Juan, Puerto Rico, December 11, 2000.

Potkin SG, Shipley J, Bera RB, Carreon D, Fallon J, Alva G, Keator D,"Clinical and PET Effects of M100907, A Selective 5HT-2A Receptor Antagonist", abstract published in Schizophrenia Research, 49(1-2 Supplement):242.

Kemp AS, Fleming K, Cohen E, Jin Y, Highum DM, Alva G, Bunnety WE, Potkin SG, "A Neurocognitive Evaluation of Repetitive Transcranial Magnetic Stimulation over the Dorsolateral Prefrontal Cortex of Patients with Prominent Negative Symptom Schizophrenia" poster presented at the International Congress on Schizophrenia Research, Whistler, British Columbia, Canada, April 28 – May 2, 2001 and abstract published in Schizophrenia Research, 49(1-2 Supplement):111.

Alva G, Cohen E, Jin Y, Highum DM, Fleming K, Bunney WE, Potkin SG, "Differential Effects of High and Low Frequency RTMS in Schizophrenia", poster presented at the International Congress on Schizophrenia Research, Whistler, British Columbia, Canada, April 28-May 2, 2001 and abstract published in Schizophrenia Research, 49(1-2 Supplement):219.

Jin Y, Potkin SG, Alva G, Carreon D, Bunney WE, "Reduced Peak Frequency and Selectivity of EEG Resonant Responses to Photic Stimulation in Schizophrenia", poster presented at the International Congress on Schizophrenia Research, Whistler, British Columbia, Canada, April 28 – May 2, 2001 and abstract published in Schizophrenia Research, 49(1-2 Supplement):203.

**Articles in General Readership Magazines and Newspapers**

1. Update on Alzheimer's Dementia; Elderly Health Magazine of Orange County

**Videotapes**

1. **Update on Alzheimer's Disease; Adelphia Cable with Fina Bentley**

**PERSONAL**

Highly interested in psychiatric research and education pertaining  to Alzheimer's Dementia, Schizophrenia, Bipolar Affective Disorder, Major Depressive Disorder and Anxiety Disorders. Focusing on the genetics, neuroimaging and latest treatments available for each condition. Also, the aspect of ethnicity and its correlation with the aforementioned clinical situations.

CONFIDENTIAL
AZSER12777302

BEST COPY AVAILABLE

D1447C00127
5077IL/127:0004

CURRICULUM VITAE

# TODD M. ANTIN, M.D.

nTouch Research Corporation
2801 North Decatur Road, Suite 185
Decatur, GA  30033
(404) 508 9957

## EDUCATION

| | |
|---|---|
| University of Miami School of Medicine, Miami, Florida<br>Doctor of Medicine | 1989 |
| University of Pennsylvania, Philadelphia, Pennsylvania<br>Bachelor of Arts  cum laude | 1985 |

## TRAINING

| | |
|---|---|
| New York University Medical Center, New York, New York | |
|     Residency Training Program in General Adult Psychiatry | 1989-93 |
|     Appointment as a Clinical Instructor at NYU Medical School | 1992-93 |
| New York University Medical Center, New York, New York | |
|     Fellowship Training Program in Forensic Psychiatry | 1992-93 |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| nTouch Research, Investigator | Present |
| PACT Atlanta<br>465 Winn Way, Suite 221<br>Decatur, GA 30030 | Present |
| Psychiatric Addiction Curative Therapies, Atlanta Georgia | 1996-present |
| Director of Psychiatric Services at Decatur Hospital, Decatur, Georgia | 1996 |
| Biobehavioral Associates, Atlanta, Georgia | 1993-1996 |
| Clinical Research Investigator, Atlanta Center for Medical Research,<br>Atlanta, Georgia | 1994- present |
| Vice Chief, Department of Psychiatry,<br>DeKalb Medical Center, Decatur, Georgia | 1994-present |

Antin, MD

11-3-03
Updated 8/2003

178

CONFIDENTIAL
AZSER12777303

BEST COPY AVAILABLE

| | |
|---|---|
| Bellevue Hospital, New York, New York | 1991-1993 |
| Blanton Peale Institute, New York, New York | 1990-1992 |
| Camillus House Clinical Co-Coordinator and Volunteer, Miami, Florida | 1988 |

## LICENSE

Georgia  #036495
DEA # BA 2406583

Board Certifications:

Diplomate of the American Board of Psychiatry and Neurology, 1995
Added Qualifications in Addiction Psychiatry, 1996
Added Qualifications in Geriatric Psychiatry, 1997

## MEMBERSHIPS

Diplomate of the National Board of Medical Examiners
American Medical Association
American Psychiatric Association
Georgia Psychiatric Physicians Association
American Academy of Psychiatry and the Law
University of Pennsylvania Alumni Interview Committee
Robitscher Forensic Psychiatric Society

## APPOINTMENTS

DeKalb Medical Center, Decatur, GA
Wesley Woods Geriatric Hospital, Atlanta, GA
Georgia Baptist Medical Center, Atlanta, GA
Northlake Regional Medical Center, Tucker, GA
Eastside Medical Center, Snellville, GA

## RESEARCH EXPERIENCE

A Phase III, Open-Label, Treatment-Switching Study from Orally Administered Anti-psycotic Monotherapy to Orally Administered XXXXX Monotherapy in the Treatment of Chronic Schizophrenic and Schizoaffective Patients. (OAM003) 1999

An Open-Label Follow-on Study on the Long-Term Safety of XXXXX Administered Orally in Patients With Psychotic Disorders or Psychotic Behaviors of Dementia. (OAM004) 1999

2

Antin, MD                                                                                                      Updated 6/2003

179

CONFIDENTIAL
AZSER12777304

BEST COPY AVAILABLE

| | |
|---|---|
| Atlanta Center for Medical Research, Atlanta, Georgia,<br>Conduct Phase II, III, & IV clinical trials. | 1994-present |
| Memorial Sloan Kettering Cancer Center, New York, New York,<br>Research study design | 1986 |
| Wistar Institute, Philadelphia, Pennsylvania,<br>Analysis | 1983-1984 |

Phase III study of an anti-dopaminergic XXX for the treatment of schizophrenia.

A Phase III, Open-Label, Treatment-Switching Study from Orally Administered Study Drug I to Orally Administered Study Drug II in the Treatment of Chronic Schizophrenic and Schizoaffective Patients, November 1999.

An Open-Label Follow-on Study on the Long-Term Safety of Aripiprazole Administered Orally in Patients with Psychotic Disorders or Psychotic Behaviors of Dementia. 2000

A multi-center, randomized clinical trial of nispenidol for the treatment of schizophrenia.

A multi-center, randomized clinical trial of revia for the treatment of alcohol dependence.

Phase III study of topiramate in acutely manic or mixed episode patients with bipolar I disorder for the prevention of effective episode.

A Randomized Trial of Oral XXX Versus Intramuscular YYY in the Emergency Treatment of Acute Psychosis. (SCX015) 2001

Prospective, open-label, naturalistic trial to compare the effectiveness after one year of using xxxxxxx compared to using yyyyyyy for bipolar disorder I (manic or mixed, with or without psychotic features) (MHO001) 2002

The Effect of XXXXX on Bone Mineral Density and Biochemical markers of Bone Metabolism in Pediatric Subjects with Anorexia Nervosa. (NET020) 2002

Bipolar Outpatient Preference Project. (ZEN012) 2002

180

CONFIDENTIAL<br>AZSER12777305

BEST COPY AVAILABLE



CONFIDENTIAL
AZSER12777306

BEST COPY AVAILABLE



**VALERIE KAPLAN ARNOLD, MD**
**CNS HEALTHCARE OF MEMPHIS**
April 25, 2003



| | |
|---|---|
| **Affiliation** | **Investigator**<br>Clinical Neuroscience Solutions, Inc., Inc. (CNS Healthcare of Memphis); Penn Marc Building, 6401 Poplar Avenue, Suite #420, Memphis, TN  38119; 05/01-Present |
| **Education** | University of Alabama, Birmingham, Alabama; Doctor of Medicine, 1985-1988 |
| | Meharry Medical College, Nashville, Tennessee; Doctor of Medicine, 1984-1985 |
| | Undergraduate: Tulane University, New Orleans, LA; Bachelor of Science, Biology and Visual Communication, 1980 |
| **Professional Training** | Fellowship (Child Psychiatry), University of Tennessee, Memphis, Tennessee; 1991-1993 |
| | Residency, (Psychiatry) University of Tennessee, Memphis, Tennessee; 1989-1991 |
| | Internship (Psychiatry), University of Tennessee, Memphis, Tennessee; 1988-1989 |
| **License/ Accreditation** | Medical Doctor: |

- State of Tennessee #020108
- State of Mississippi #16156
- State of Alabama #22525

National Board of Medical Examiners (1980)

Board Certified in Psychiatry (1997)

Board Eligible in Child Psychiatry (1993)

Served as Co-Chief Fellow (1993)

**Population Experience**

*Children & Adolescents:*  Fifteen years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Mental Retardation, Pervasive Development Disorders, ADHD & Disruptive Behavior Disorders,  Tic Disorders, Elimination Disorders, Psychotic Disorders, Depressive Disorders, Bipolar Disorders, Anxiety Disorders, Factitious Disorders, Sexual & Gender Identity Disorders, Eating Disorders, Impulse-Control Disorders, Personality Disorders

Three years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Substance Abuse/Dependence

*Adults:*  Fifteen years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Depressive Disorders, ADHD, Anxiety Disorders, Sexual & Gender Identity Disorders, Personality Disorders

*Geriatrics:*  Two years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Dementia, Depressive Disorders, Anxiety Disorders

---

**CNS Healthcare Memphis ● Suite 420 ● 6401 Poplar Avenue ● Memphis, TN 38119**
**Tel: 901-843-1045 ● Fax: 901-843-1206**
**www.cnshealthcare.com/memphis**

CONFIDENTIAL
AZSER12777307

BEST COPY AVAILABLE

**VALERIE KAPLAN ARNOLD, MD**
**CNS HEALTHCARE OF MEMPHIS**
April 25, 2003



| | |
|---|---|
| **Clinical Skills** | CPR, ECG interpretation, phlebotomy, physical examinations and lab interpretations |
| **Ratings Experience** | Diagnostic Evaluations and Rating Scales: CASS, MINI, K-SADS, ADCS, Barnes, BPRS, CABA, CAPA, Children's Depression Rating Scale, CGI, DICA, ADHD Rating Scale, AIMS, Conners, Hamilton Anxiety, Brown ADD Scale, CAARS, Hamilton Depression, Y-BOCS, MADRS, SCID, SAS, YMARS, Quality of Life Assessment, Mini-Mental Status Exam (MMSE) |
| **Professional Appointments** | Private Practice, Memphis, TN; 1993-Present |
| | Medical Director, Adolescent Sexual Offender Program, Parkwood Behavioral Health System; 2000 - Present |
| | Consulting Psychiatrist, Youth Villages of Memphis; 1999-2002 |
| | Medical Director, Youth Villages of Memphis; 1993-1999 |
| | American Academy of Child and Adolescent Psychiatry representative to the American Medical Association; 1998-2000 |
| | Clinical Assistant Professor, University of Tennessee; 1995-Present |
| **Professional Organizations** | Member, American Academy of Child and Adolescent Psychiatry: |
| | • Work Group on Quality Issues, 1996-Present |
| | • Committee on Residential Treatment, 1997-2000 |
| | • "Catchers in the Rye" Advocacy Award, 1998 |
| | American Psychiatric Association |
| | American Medical Association |
| | Memphis and Shelby County Medical Society: |
| | • Board of Directors, 1997-1999 |
| | • Nominating Committee, 1998 |
| | • Ethics Committee, 2001-Present |
| | • Officer – Secretary - 2003 |
| | American Physicians Art Association |
| | Tennessee Psychiatric Association |
| | Tennessee Medical Society |
| | • Shelby County Medical Society Alternate Delegate, 2001-Present |
| **Publications** | "Beauty is Only Name Deep: The Effect of First Name on Rating Physical Attraction" Journal of Applied Social Psychology, Vol. 10:5 |
| | Arnold VK, et al, "Fear of Anticipated Disaster in Psychiatric Patients" Journal of the Tennessee Medical Association, Vol. 85:4, April 1992 |

CNS Healthcare Memphis • Suite 420 • 6401 Poplar Avenue • Memphis, TN 38119
Tel: 901-843-1045 • Fax: 901-843-1206
www.cnshealthcare.com/memphis

183

CONFIDENTIAL
AZSER12777308

BEST COPY AVAILABLE

**VALERIE KAPLAN ARNOLD, MD**
**CNS HEALTHCARE OF MEMPHIS**
April 25, 2003



Arnold VK, et al, "Fear of Anticipated Disaster in Psychiatric Patients" (Abstract) Psychiatry Digest, March 1993

Arnold VK, et al, "Redundant Clothing: A Marker of Schizophrenia" (Abstract) Southern Association for Research in Psychiatry Bulletin, Spring 1992

Arnold VK, et al, "Redundant Clothing: A Readily Observable Marker for Schizophrenia in the Psychiatric Emergency Room Population" Journal of Behavioral Therapy and Experimental Psychiatry, Vol. 24:1

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Anxiety Disorders" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 36:1639-1641, 1997 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children, Adolescents and Adults with Attention-Deficit/Hyperactivity Disorder" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 36:10, 1997 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Substance Use Disorders" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 36:5, 1997 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Post Traumatic Stress Disorders" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 37:997-1001, 1998 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Depressive Disorders" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 37:1234-1238, 1998 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Language and Learning Disorders" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 37:10, 1998 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Obsessive-Compulsive Disorder" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 37:1110-1116, 1998 Supplement

**CNS Healthcare Memphis • Suite 420 • 6401 Poplar Avenue • Memphis, TN 38119**
**Tel: 901-843-1045 • Fax: 901-843-1206**
**www.cnshealthcare.com/memphis**

Page 3 of 5
CNS Healthcare of Memphis
©2002 Clinical Neuroscience Solutions, Inc.

184

CONFIDENTIAL
AZSER12777309

BEST COPY AVAILABLE

**VALERIE KAPLAN ARNOLD, MD**
**CNS HEALTHCARE OF MEMPHIS**
April 25, 2003



"Summary of the Practice Parameters for the Assessment and Treatment of Children, Adolescents, and Adults with Autism and Other Pervasive Developmental Disorders" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 38:1611-1615, 1999 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children, Adolescents, and Adults with Mental Retardation and Comorbid Mental Disorders" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 38:1606-1610, 1999 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents who are Sexually Abusive of Others" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 39:127-130, 2000 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Schizophrenia" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 39:1580-1582, 2000 Supplement

"Practice Parameters for the Assessment and Treatment of Children and Adolescents with Schizophrenia" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 40:7, 2001 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Suicidal Behavior" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 40:495-499, 2001 Supplement

"Practice Parameters for the Assessment and Treatment of ECT" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, In press

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Stimulant Medications" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 40:1352-1355, 2001 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Seclusion and Restraint" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for

CNS Healthcare Memphis • Suite 420 • 6401 Poplar Avenue • Memphis, TN 38119
Tel: 901-843-1045 • Fax: 901-843-1206
www.cnshealthcare.com/memphis

Page 4 of 5
CNS Healthcare of Memphis
©2002 Clinical Neuroscience Solutions, Inc.

CONFIDENTIAL
AZSER12777310

BEST COPY AVAILABLE

**VALERIE KAPLAN ARNOLD, MD**
**CNS HEALTHCARE OF MEMPHIS**
April 25, 2003



Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 40:1356-1358, 2001 Supplement

**Presentations**

"Fear of Anticipate Disaster in Psychiatric Patient", Annual Meeting of the Southern Association for Research in Psychiatry.  Tampa, FL, 1991

"Difference in Self-Reported Fear in PTSD v Panic Patients", Annual Meeting of Southern Association of Research in Psychiatry.  Tampa, FL, April 1991

"Reasons Given for Attrition in Inpatient Alcohol and Drug Treatment Program", Poster Session, Annual Scientific Assembly of the Southern Medical Association.  Atlanta, GA, November 1991

"Separation Anxiety (Diagnosis and Practice Management)", Teaching Conference, LeBonheur Children's Medical Center, Memphis, TN, April 1992

"Child Asthma and its Relationship to Negative Self-Esteem, Depression and Suicidal Ideation", Annual Meeting of the Southern Association for Research in Psychiatry.  Memphis, TN, March 1993

"Protocols for the Use of Psychotropic Medication in Children and Adolescents", Poster Session, Annual Meeting of the Southern Association for Research in Psychiatry.  Memphis, TN, March 1993

"The Magic Pill – Why it Doesn't Exist!" National Conference of the American Re-Education Association.  Nashville, TN, August 1994

"Child and Adolescent Depression", Public Forum, National Depression Screening Day.  Memphis, TN, October 1995

"Survey of Rural Communities Expressed Needs for Emotionally Disturbed Youth", Poster Session, Annual Meeting of the American Academy of Child and Adolescent Psychiatry.  New Orleans, LA, October 1995

"Child and Adolescent Depression", Public Forum, National Depression Screening Day.  Memphis, TN, October 1996

"Transforming Service Delivery and Public Policy Through Research and Innovation", Workshop, Annual Meeting of the American Academy of Child and Adolescent Psychiatry.  Toronto, Canada, October 1997

Presentation of the New Clinical Application of Practice Parameters:  Psychiatric Care of Persons with Mental Retardation." Annual Meeting of the American Academy of Child and Adolescent Psychiatry and Annual Meeting of the Canadian Academy of Child Psychiatry, Chicago, 1999

**Version Date**

April 25, 2003

**CNS Healthcare Memphis ● Suite 420 ● 6401 Poplar Avenue ● Memphis, TN 38119**
**Tel: 901-843-1045 ● Fax: 901-843-1206**
**www.cnshealthcare.com/memphis**

Page 5 of 5
CNS Healthcare of Memphis
©2002 Clinical Neuroscience Solutions, Inc.

186

CONFIDENTIAL
AZSER12777311

BEST COPY AVAILABLE





### CNS Research Institute (CRI)
*"Improving the Quality of Life"*
2827-2833 Tyson Avenue ● Philadelphia, PA  19149

# ROBERTA BALL, D. O.
# CURRICULUM VITAE

**OFFICE ADDRESS:**        CNS Research Institute, P.C.
2827-2833 Tyson Avenue
Philadelphia, PA  19149
215-624-1300
Fax:  215-624-7339

**DATE OF BIRTH:**        REDACTED 1940

**LICENSURE:**        NJ MB 53207
PA – OS-004663-L
NJ CDS – D050480
NJ DEA – BB1989207
PA DEA – AB1180621

**CURRENT STATUS:**

| | |
|---|---|
| 2003 – Present | CNS Research Institute |
| 1989 – 2003 | UMDNJ-SOM<br>Department of Psychiatry |
| 1996 – 2003 | Director, Outpatient Services |
| 1990 – 1996 | Director of Residency Training |
| 1989 – 1993 | Director of Consultation Liaison Services |
| 1984 – 1989 | Thomas Jefferson University Hospital<br>Department of Psychiatry and Human Behavior<br>Consultation Liaison Service<br>Psychiatric Consultant to Thomas Jefferson Pain Treatment Center |

**EDUCATION:**

| | |
|---|---|
| 1976 – 1980 | Philadelphia College of Osteopathic Medicine, Philadelphia, PA<br>D.O. |
| 1972 – 1974 | Temple University, Philadelphia, PA<br>M.A. Psychology |
| 1975 – 1976 | Beaver College, Glenside, PA<br>Additional Studies |
| 1966 – 1971 | Temple University, Philadelphia, PA<br>A.B. cum laude |

Phone: (215) 624-1300 ● Fax: (215) 624-7339 ● 24 Hour Emergency: 877-240-2081
email: research@ccnsresearchinstitute.com

CONFIDENTIAL
AZSER12777312

BEST COPY AVAILABLE

## ROBERTA R. BALL, D.O.
Page 2 of 7

### POST DOCTORAL TRAINING:

| | |
|---|---|
| 1981 - 1984 | Thomas Jefferson Medical College, Philadelphia, PA<br>Residency in Psychiatry |
| 1980 – 1981 | Parkview Hospital, Philadelphia, PA<br>Rotating Internship |

### CERTIFICATION:

| | |
|---|---|
| 1994 | American Board of Psychiatry and Neurology<br>Certification in Added Qualifications in Geriatric Psychiatry #0867 |
| 1988 | Diplomate of the American Osteopathic Board of Neurology and Psychiatry #203 |
| 1986 | Diplomate of the American Board of Psychiatry and Neurology, Inc. #028231 |
| 1981 | Diplomate of the National Board of Examiners for Osteopathic Physicians<br>and Surgeons #7223 |

### HOSPITAL AND UNIVERSITY APPOINTMENTS:

| | |
|---|---|
| 2000 - 2003 | Director, Outpatient Services of the Department of Psychiatry<br>UMDNJ-SOM, Department of Psychiatry Research Committee |
| 1996 - 2000 | Director, Outpatient Services of the Department of Psychiatry<br>UMDNJ – School of Osteopathic Medicine – Cherry Hill, NJ |
| 1996 - 1999 | UMDNJ/SOM Faculty Practice Plan Committee |
| 1993 - 1996 | NJ Psychiatric Association<br>Residency Training Committee |
| 1991 - 1994 | UMDNJ/SOM Admissions Committee |
| 1990 - 1996 | Residency Program Director of the Department of Psychiatry<br>UMDNJ – School of Osteopathic Medicine – Cherry Hill, NJ |
| 1989 - 2003 | Our Lady of Lourdes Medical Center<br>Psychiatry |
| 1989 - 2003 | Kennedy Memorial Hospitals/University Medical Center<br>Psychiatry |
| 1989 - 2003 | UMDNJ - School of Osteopathic Medicine<br>Department of Psychiatry<br>Assistant Professor of Clinical Psychiatry |
| 1989 - 1992 | Director of Consultation Liaison of the Department of Psychiatry<br>UMDNJ-School of Osteopathic Medicine – Cherry Hill, NJ |
| 1984 - 1989 | Jefferson Medical College<br>Department of Psychiatry and Human Behavior<br>Assistant Clinical Professor |

Phone: (215) 624-1300 ● Fax: (215) 624-7339 ● 24 Hour Emergency: 877-240-2081
email: research@ccnsresearchinstitute.com

CONFIDENTIAL
AZSER12777313

BEST COPY AVAILABLE

**ROBERTA R. BALL, D.O.**
Page 3 of 7

## HOSPITAL AND UNIVERSITY APPOINTMENTS (continued):

| | |
|---|---|
| 1984 – 1989 | Thomas Jefferson Medical College<br>Attending Physician (Psychiatry)<br>Consultation/Liaison Division |
| 1984 – 1989 | Medical Director of the Pain Treatment Center of the Department of Psychiatry<br>Thomas Jefferson University Hospital – Philadelphia, PA |
| 1984 – 1986 | Jefferson Medical College<br>Department of Psychiatry and Human Behavior<br>Instructor in Psychiatry |
| 1982 – 1984 | Fairmount Institute, Philadelphia, PA<br>Contract Physician |

## MEMBERSHIPS:

| | |
|---|---|
| 1995 – 2001 | American Osteopathic Board of Neurology and Psychiatry<br>Secretary 1997 |
| 1989 – Present | New Jersey Association of Osteopathic Physicians & Surgeons |
| 1989 – 1996 | New Jersey Psychiatric Association<br>Residency Training Committee 1993 – 1996 |
| 1989 – Present | South Jersey Psychiatric Association<br>Program Chair 1997 – 1998, President 1998 |
| 1985 – Present | American College of Neuropsychiatrist<br>Board of Governors – 2001 – Present |
| 1985 – 1989 | Philadelphia Psychiatric Society<br>Councilor 1988 – 1989 |
| 1984 – 1991 | Consultation/Liaison Association of Philadelphia |
| 1981 – Present | Pennsylvania Osteopathic Medical Association |
| 1981 – Present | American Psychiatric Association<br>Fellow of the APA<br>Distinguished Fellow of APA – 2003 |
| 1981 – 1989 | American Medical Association |
| 1981 – 1989 | Pennsylvania Psychiatric Society |
| 1980 – Present | American Osteopathic Association |
| 1980 – 1997 | Lamba Omicron Gamma<br>National Osteopathic Medical Fraternity<br>Treasurer 1989, Secretary 1990/91, Vice President 1992, President 1993 |

## PUBLICATIONS:

Phone: (215) 624-1300 ● Fax: (215) 624-7339 ● 24 Hour Emergency: 877-240-2081
email  research@ccnsresearchinstitute.com

CONFIDENTIAL
AZSER12777314

BEST COPY AVAILABLE

**ROBERTA R. BALL, D.O.**
Page 4 of 7

Ball, R. & Steer, R.A. (2003) Mean Beck Depression Inventory – II Scores of Outpatients with Dysthymic Or Recurrent-Episode Major Depressive Disorders, Psychological Reports, 2003, 93, 507-512

Steer, R.A., Ball, R., Ranieri, W.F., & Beck, A.T. (in press). Dimensions of the Beck Depression Inventory-II in clinically depressed outpatients. Journal of Clinical Psychology

Beck, A.T., Guth, D., Steer, R.A., Ball, R. (1997) Screening for Major Depressive Disorders in Medical Inpatients with the Beck Depression Inventory-PC, Behavior Research and Therapy, 35, 785-791

Beck, A.T., Steer, R.A., Ball, R., Ciervo, C.A., & Kabat, M. (1997).  Use of the Beck Anxiety and Depression Inventories with Medical Outpatients, Assessment, 4, 211-219

Steer, R.A., Ball, R., Ranieri, W.F., & Beck, A.T. (1997).  Further Evidence for the construct validity of the Beck Depression Inventory-II with Psychiatric Outpatients.  Psychological Reports, 80, 443-446

Beck, A.T., Steer, R.A., Ball, R., & Ranieri, W.F. (1996).  Comparison of the Beck Depression Inventories-IA and II in Psychiatric Outpatients.  Journal of Personality Assessment, 67, 588-597

Ball, R., (1994) Chronic Pain.  The Jefferson Journal of Psychiatry.  Vol. II, 11-24

**CLINICAL ABSTRACTS/GRANTS:**

Submitted to Center for the Study of Aging to investigate the chronic pain experience in the elderly population.

**POSTERS/PRESENTATIONS:**

A Fresh Look at Chronic Pain.  American Osteopathic Association Annual Convention and Scientific Seminar, New Orleans, LA, October 25, 1983.

Current Therapeutic Trends in Psychiatry.  Allentown State Hospital, May 20, 1985

Depression in the Chronic Pain Patient.  Thomas Jefferson University Eighth Annual Conference on Psychosomatic Disorders, October 25, 1986.

Stress Management.  Thomas Jefferson University Hospital OR Nurses, April 17, 1986.

Psychiatric Assessment and Treatment of Chronic Pain.  Thomas Jefferson University Hospital, Department of Rehabilitation Medicine, May 28, 1986.

Psychiatric Aspects and Treatment of Patients with Spinal Cord Injury.  Thomas Jefferson University Hospital Neurology Grand Rounds, September 5, 1986.

Chronic Pain – A Multi-disciplinary Approach.  Crozer-Chester Medical Center, September 10, 1986.

Management of Chronic Pain.  Plymouth Psychological Associates, September 12, 1986.

Chronic Pain – Current Concepts Diagnoses and Treatment.  Course Director, Thomas Jefferson University Hospital Ninth Annual Psychosomatic Conference, October 25, 1986.

Multi-disciplinary Evaluation and Treatment of Chronic Pain.  American College of Neuropsychiatrist, Lansing, MI, March 28, 1987.

Phone: (215) 624-1300 ● Fax: (215) 624-7339 ● 24 Hour Emergency: 877-240-2081
email: research@ccnsresearchinstitute.com

CONFIDENTIAL
AZSER12777315

BEST COPY AVAILABLE

# ROBERTA R. BALL, D.O.
Page 5 of 7

POSTERS/PRESENTATIONS (continued):

Evaluation and Management of Chronic Pain. Beebe Hospital, Lewes, DE, March 4, 1988.

Psychiatric Aspects of AIDS. LAMBDA OMICRON GAMMA National Osteopathic Medical Fraternity Annual Meeting, Baltimore, MD, April 22, 1988.

What's New in Dementia. Pennsylvania Osteopathic Medical Association, Valley Forge, PA, April 29, 1988.

Evaluation and Management of Chronic Pain. Prince George Women's Medical Association., New Carrolton, MD, May 25, 1988.

Evaluation and Management of Chronic Pain. Frankford Hospital-Torresdale, Philadelphia, PA, September 20, 1988.

Stress and Illness. Course Director, Thomas Jefferson University Hospital Eleventh Annual Psychosomatic Conference, October 29, 1988

Management of Chronic Pain in the Elderly. University of Medicine and Dentistry of New Jersey, Cherry Hill, NJ, 3rd Annual Geriatric Conference, November 10, 1988.

Mood States, Cognitive Dysfunction and Structural Brain Lesions in Patients with Multiple Sclerosis. American Psychosomatic Society 46th Annual Meeting, San Francisco, CA, March 10, 1989.

Women's Healthcare in the 90's – Depression. LAMBDA OMICRON GAMMA Osteopathic Medical Fraternity Annual Meeting, Washington D.C., April 1, 1989.

Stigma in the General Hospital. American Psychiatric Association, 142nd Annual Meeting, San Francisco, CA, May 8, 1989.

Psychiatric Disorders – Recognition and Management in the General Hospital. Kessler Memorial Hospital, Hammonton, NJ, December 6, 1989.

Depression and Anxiety Recognition with Management in Primary Care 6th annual Philadelphia College of Osteopathic Medicine Alumni Conference, St. Thomas, V.I., January 26, 1990.

A Multi-disciplinary Approach to Chronic Pain 20th European Congress on Behavior Therapy, the Faculte de Medicine, Paris, France September 14, 1990.

Evaluation and Treatment of Depression, Department of Internal Medicine, UMDNJ-SOM, Stratford, NJ, December 22, 1990.

Evaluation and Treatment of Depression Seventh Annual Alumni Conference Philadelphia College Osteopathic Medicine, St. Thomas, VI, February 2, 1991.

Depression Update 8th Annual Alumni Conference Philadelphia College of Osteopathic Medicine St. Thomas, VI, January 28, 1992.

Demoralization of the American Physician American Psychiatric Association 146th Annual Meeting San Francisco, CA, May 26, 1993.

Phone (215) 624-1300 ● Fax: (215) 624-7339 ● 24 Hour Emergency: 877-240-2081
email: research@ccnsresearchinstitute.com

CONFIDENTIAL
AZSER12777316

BEST COPY AVAILABLE

## ROBERTA R. BALL, D.O.
Page 6 of 7

### POSTERS/PRESENTATIONS (continued):

Depression Update. Psychiatry in Primary Care Conference, UMDNJ-SOM, Stratford, NJ, September 18, 1993

Consultation to Primary Care: Can We Do It Better? American Psychiatric Association 147th Annual Meeting Philadelphia, PA, May 25, 1994.

Management of the Depressed/Anxious Geriatric Patient American College of Osteopathic Family Practitioners, East Brunswick, NJ, February 5, 1995.

Psychiatric Aspects of Menopause American Osteopathic College of Neuropsychiatry Mid-Year Meeting, Phoenix, Arizona, April 6, 1995.

Psychiatry -- An Overview for Lawyers Temple University Academy of Advocacy, Philadelphia, PA, July 12, 1995

Assessment & Treatment of Anxiety and Depression in Primary Care Twelfth Annual Alumni Conference, Philadelphia College of Osteopathic Medicine, St. Thomas, Virgin Island, January 30, 1996.

Consultation to Primary Care – Can We Do It Better? American Psychiatric Association 149th Annual Meeting, New York, NY, May 6, 1996.

Treatment of Psychiatric Disorders During Pregnancy South Jersey Perinatal Cooperative, Stratford, NJ, September 30, 1996.

Chronic Pain - From Primary Care to Psychiatry American Osteopathic College of Neuropsychiatry Mid-Year Meeting, San Diego, CA, April 3, 1997.

Psychiatric Disorders in the Elderly Fourteenth Annual Alumni Conference, Philadelphia College of Osteopathic Medicine, St. Thomas, Virgin Islands, February 28, 1998.

Preserving Quality of Outpatient Care American Psychiatric Association 151st Annual Meeting, Toronto, Ontario, Canada, June 4, 1998.

### CLINICAL RESEARCH:

#### CNS STUDIES

| | | |
|---|---|---|
| 2003 | WW1 | Astra Zeneca |
| | Anxiety in Depression | |
| | Effectiveness of Quetiapine in Treating Persistent Anxiety in Depressed Patients on Stable Doses of SSRJ's | |
| 2003 | CRIT124E2301 | Novartis |
| | ADHD | |
| | A Multi Center, Double-Blind, Randomized, Placebo-Controlled, Parallel Group Study of the Efficacy and Safety of Focalin™ LA (Dexmethylphanidate HCL) Extended Relief Capsules (at 5-30 mg a day) Administered once daily in Pediatric Patients 6-17 Years of age with Attention Deficit Hyperactivity Disorder | |

CONFIDENTIAL
AZSER12777317

BEST COPY AVAILABLE

**ROBERTA R. BALL, D.O.**
Page 7 of 7

**CLINICAL RESEARCH (continued):**

**CNS STUDIES**

| | | |
|---|---|---|
| 2003 | BRL-029060/874<br>Elderly Depression | Glaxo Smith Kline |

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Fixed Dose Study Evaluating the Efficacy and Safety of Paroxetine CR in Elderly Outpatients Diagnosed with Major Depressive Disorder

| | | |
|---|---|---|
| 2003 | C6671a/204/AX/US<br>GAD | Cephalon |

An 8-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of Gabitril, at Dosages up to 16 mg/day, in the Treatment of Generalized Anxiety Disorder (GAD) in Adults

| | | |
|---|---|---|
| 2003 | C6671a/301/AX/US<br>GAD | Cephalon |

A 12-Month, Open-Label, Flexible-Dosage Study to Evaluate the Safety of Gabitril at Dosages up to 16 mg/day in Adults with Generalized Anxiety Disorder

| | | |
|---|---|---|
| 2003 | C6671a/205/PT/US<br>PTSD | Cephalon |

A 12-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of Gabitril at Dosages up to 16 mg/day, in the Treatment of Chronic Post-Traumatic Stress Disorder in Adults

| | | |
|---|---|---|
| 2003 | C6671a/302/PT/US<br>PTSD | Cephalon |

A 12-Month, Open-Label, Flexible-Dosage Study to Evaluate the Safety of Gabitril at Dosages up to 16 mg/day in Adults with Posttraumatic Stress Disorder

| | | |
|---|---|---|
| 2003 | D1477C00127<br>Bipolar Mania | Astra Zeneca |

A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo when used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

| | | |
|---|---|---|
| 2004 | C1538d/312/AD/US<br>Pediatric ADHD | Cephalon |

A 1-Year, Open Label, Flexible-Dosage Study to Evaluate the Safety and Continued Efficacy of Modafinil (Film-Coated Tablet Formulation) in Children and Adolescents with Attention-Deficit/Hyperactivity Disorder

*[signature]* 7/14/04

Phone: (215) 624-1300 ● Fax: (215) 624-7339 ● 24 Hour Emergency  877-240-2081
email: research@ccnsresearchinstitute.com

193

CONFIDENTIAL
AZSER12777318

BEST COPY AVAILABLE

D1447C00127:0007
5077IL/127

**GRAYLINE CLINICAL DRUG TRIALS**

**CURRICULUM VITAE**

February 2003

Name:          Benny L. Barnhart, M.D.

Address:       Grayline Clinical Drug Trials
               3300 Seymour Highway
               Wichita Falls, TX 76309
               (940) 322-1131

Licensure:     Texas #H9774

Education:

1991-1994      Residency in Psychiatry, The University of Texas Southwestern Medical Center at
               Dallas, Southwestern Medical School, Parkland Memorial Hospital, Dallas
               Veteran Administration Medical Center, Presbyterian Hospital of Dallas, Dallas
               Texas

1990-1991      Internship, Psychiatry/Medicine/ Neurology, the University of Texas
               Southwestern Medical Center at Dallas, Presbyterian Hospital of Dallas, Dallas
               Veterans Administration Medical Center, Parkland Memorial Hospital, Dallas,
               Texas

1986-1990      M.D., The University of Texas Southwestern Medical Center at Dallas,
               Southwestern medical School, Dallas, Texas

1982-1986      B.S., Summa Cum Laude, Chemistry, Texas Wesleyan University, Fort Worth
               Texas, Graduated First in Class

Employment:

1997-present   Grayline Clinical Drug Trials, Investigator for clinical drug trials, (Depression,
               and Dementia with psychotic features)

1993-present   Private Practice in Psychiatry at Clinics of North Texas

1992-1993      Staff Psychiatry, University of North Texas, Student Health Center, Denton,
               Texas 1992-1993

1992-1993      Lecturer, "Psychopharmacology - Biology and Clinical Theory and Practice,"
               Presented to University of North Texas Ph.D. Psychology Program

CONFIDENTIAL
AZSER12777319

BEST COPY AVAILABLE

1993-present   Private Practice in Psychiatry at Clinics of North Texas

**Principal Investigator for the Following Clinical Trials:**

Protocol ILP3007 Part 2 ( 10/99-10/00) A Phase III study with Dementia with Psychotic and Behavioral Symptoms in nursing home patients

Protocol M99-082 ( 01/00-11/01) A Phase III study with Behavioral Agitation with Dementia in nursing home patients

Protocol CN138-004 (03/00-Present) A Phase III study with Psychosis Associated with Dementia of the Alzheimer's Type in nursing home patients

Protocol RIS-USA-209 (02/01-05/02) A Phase IV study with psychosis of Dementia in nursing home patients

Protocol RIS-INT-83 (05/01-11/01) A Phase IIIb study with Psychosis of the Alzheimer's type in nursing home patients (study closed by sponsor at all sites)

Protocol RIS-USA-232 (10/01-01/03) A Phase IIIb study with Psychosis of the Alzheimer's type in nursing home patients

Protocol 0600B5-354-US (11/01-present) A Phase II/III study with Panic Disorder in adults outpatients

Protocol 0600B5-354-US (11/01-present) A Phase II/III study with Panic Disorder in adolescents outpatients

Protocol S9303-P0204 (07/02-present) A Phase III study with depression in outpatients

Protocol 5077US/0046 (11/02-present) A Phase IIIb study with agitation in nursing home patients

Protocol H6N-MC-LEAM (11/02-present) A Phase II study with Alzheimer's Disease in outpatients

**Sub-Investigator for the Following Studies:**

Protocol R-0552 (9/97-12/98) A Phase III study with geriatric depression outpatients

Protocol 5077IL/0039 (3/98-8/99) A Phase III study with Alzheimer's Disease with psychoses in nursing home patients

Protocol M97-738 (11/98-3/99) A Phase II/III study with Alzheimer's Disease with psychoses in nursing home patients (Study closed by sponsor at all sites)

CONFIDENTIAL
AZSER12777320

BEST COPY AVAILABLE

Protocol B1Y-US-HCIR (12/98-11/99) A Phase II/III study with Depression in nursing home patients

Protocol M98-817 (1/99-3/99) A Phase II/III extension study with Alzheimer's Disease with psychoses in nursing home patients (Study closed by sponsor at all sites)

Protocol 082-99-003 (10/99-10/00) A Phase II b study with Alzheimer's Disease outpatients

Protocol F1D-MC-HGGU(a) ( 01/00-11/01) A Phase II/III study with Dementia with Psychosis and Associated Behavioral Disturbances outpatients

Protocol M99.CT.3005.BUS.P02 (06/00-02/01) A Phase III study with Generalized Anxiety Disorder outpatient

Protocol MKC-242/A01 (06/00-11/00) A Phase III study with Major Depression Disorder outpatient

Protocol B1Y-MC-HCKN (07/00-05/01) A Phase IIII study with Depression outpatient

Protocol MKC-242/A03 (08/00-02/01) A Phase III extension study with Major Depression Disorder outpatient

Protocol MKC-242/A02 (09/00-02/01) A Phase III extension study with Major Depression Disorder outpatient

Protocol B99.CTOL.008.BUS.P02 (10/00-02/02) A Phase III extension study with Generalized Anxiety Disorder outpatient

Protocol B1Y-MC-HCLD (11/00-11/01) A Phase IIII extension study with Depression outpatient

Protocol GAL-USA-23 (03/01-present) A Phase IV study with Alzheimer's Disease in outpatients

Protocol C-1538a/306/CM/US-UK (04/01-present) A Phase III study with Shift Work Sleep Disorder outpatients

Protocol 082-2001-001 (04/01-07/02) A PhaseII/III study with Alzheimer's Disease in outpatients

Protocol GAL-INT-26 (05/01-present) A Phase III study with Cerebrovascular Disease in outpatients

Protocol E2020-A001-315 (06/01-present) A Phase III study with Severe Alzheimer's Disease in outpatients

CONFIDENTIAL
AZSER12777321

BEST COPY AVAILABLE

Protocol FA 960-005 (08/01-01/02) A Phase II study with Moderate Alzheimer's Disease in outpatients

Protocol DVD742-CL01(01/02-07/02) A Phase II study with Mild Cognitive Impairment in outpatients

Protocol 1007 (06/02-present) A DNA study with late onset Alzheimer's Disease

Protocol 1010 (06/02-present) A DNA study with early onset Alzheimer's Disease

Protocol GAL-INT-22 (11/02-present) A Phase IIIb extension study with Vascular Dementia in outpatients

Protocol 066-00 (11/02-present) A Phase III study with Osteoarthritis & Rheumatoid Arthritis in outpatients

Protocol CENA713BUS10 (11/02-present) A Phase IV study with Mixed Dementia in outpatients

Protocol A2581078(11/02-present) A Phase II/III study with Alzheimer's Disease in outpatients

Protocol MKC-231-A01 (01/03-present) A Phase III study with Alzheimer's Disease in outpatients

Protocol 1198.52 (02/03-present) A Phase II study with Dementia of the Alzheimer's Type in outpatients

Benny L. Barnhart, M.D.                                    2/15/03
                                                          Date

197

CONFIDENTIAL
AZSER12777322

BEST COPY AVAILABLE

09/02/2003  06:49   9407668681                CNT PSYC                      PAGE  01



PLEASE NOTE OUR NEW ADDRESS AND PHONE NUMBER
P.O. BOX 2018, AUSTIN, TX 78768-2018
PHONE# 512/305-7010

TEXAS STATE BOARD OF MEDICAL EXAMINERS
P.O. BOX 2018 • AUSTIN, TEXAS 78768-2018

PHYSICIAN PERMIT

EXPIRATION DATE
08-31-2004

LICENSE/PERMIT NUMBER
H9774
BENNY LYNN BARNHART, MD
REDACTED

THIS CERTIFIES THAT THE LICENSEE/PERMIT HOLDER NAMED AND NUMBERED HEREON HAS PROVIDED THIS BOARD
THE INFORMATION REQUIRED AND HAS PAID THE FEE FOR ANNUAL REGISTRATION FOR THE YEAR INDICATED ABOVE
PLEASE KEEP THIS BOARD NOTIFIED OF CHANGE OF ADDRESS

198

CONFIDENTIAL
AZSER12777323

BEST COPY AVAILABLE



# Jason D. Baron, M.D.

MedLabs Research Site           West Oaks Hospital
6260 Westpark, Suite 250        6500 Hornwood
Houston, Texas 77057            Houston, TX, USA 77074
(713) 783-8889 x242 Admin. Ph.  (713)-957-0909 phone
(713) 974-2252 Admin. Fax
Pager: (713) 698-0928
jbaron@cypressmail.com          www.medlabsresearch.com

## PRESENT POSITIONS

- 1999 – Present, CEO, MedLabs Research of Houston, Inc., Houston, Texas

- 1999– Present, Principal Investigator, MedLabs Research of Houston, Inc., Houston, Texas

- 1983– Present, CEO & Medical Director, DAPA Family Recovery Programs, Houston, Texas

- 1989 – Present, Medical Director, DAPA Program, West Oaks Hospital, Houston, Texas

- 1999 – Present, Medical Director, Adult General Psychiatric Unit, Bayou City Medical Center, South Campus, Houston, Texas

- 1999 – Present, Medical Director, Geropsychiatry, Bayou City Medical Center, South   Campus, Houston, Texas

- 1999 – Present, Chief of Psychiatry, Bayou City Medical Center (South & North Campus) Houston, Texas

- 1975 – 1979, Medical Director, PAASA Programs, Houston International Hospital, Houston, Texas

- 1975 – 1979, Medical Director, PAASA Programs, Medical Center Del Oro Hospital, Houston, Texas

- 1975 – 1979, Medical Director, PAASA Programs, Deer Park Hospital, Deer Park, Texas

- 1978 – 1983, Medical Director, Deer Park Hospital, Deer Park, Texas

- 1983 – 1985, Medical Director, Raleigh Hills Hospital, Deer Park, Texas

- 1982 – 1985, Medical Director, Medical Arts Hospital, Houston, Texas

- 1985 – 1988, Medical Director, DAPA Programs at Sharpstown General Hospital, Houston, Texas

- 1995 – 1998, Medical Director, Chemical Dependency, Bellaire Hospital, Bellaire, Texas

- 1995 – 1998, Medical Director Chemical Dependency Intensive Outpatient Program Bellaire Hospital, Bellaire, Texas

- 1997 – 1999, Medical Director, DAPA Unit, Memorial Spring Shadows Glen, Houston, Texas
- 1995 – 1998, Senior Psychiatric Consultant, Texas Liver Transplant Team, Hermann Hospital, Houston, Texas

Jason D. Baron, M.D.

CONFIDENTIAL
AZSER12777324

BEST COPY AVAILABLE

CV    Page 2

## HONORS

- Stephens Scholarship – Texas Western College, 1961

- Orange Key Honor Society – Texas Western College

- Sardonyx Honor Society – Texas Western College

- Dean's List – All semesters – Texas Western College

- MENSA

- MERF (MENSA Educational Research Program)

- The International Society for Philosophical Enquiry
- IQ Society/Top One Percent IQ Survey

- One in a Thousand IQ Society


## EDUCATION UNDERGRADUATE

- 1960 – 1961, Texas Western College (now known as UTEP – University of Texas at El Paso)El Paso, Texas

- 1962, University of Southern California

- 1962 – 1963, Texas Western College (now known as UTEP – University of Texas at El Paso) El Paso, Texas, B.A. cum laude

## MEDICAL

- 1963 – 1967, The University of Texas Medical Branch, Galveston, Texas, M.D. degree

## INTERNSHIP

- 6/1967 – 1/1968, Los Angeles County General Hospital, General Rotation

- 1/1968 – 6/1968, University of Texas Medical Branch, Galveston, Texas, Neuropathology


## MILITARY

- 7/12/1968 – 6/30/1970, National Institutes of Mental Health, (NIMH) – The Clinical Research Center for Drug Addiction, U.S.P.H.S. (United States Public Health Service).  Treatment of 400 substance abusers and Medical Director of the Schizophrenic Unit.


## RESIDENCIES
- 7/1/1970 – 6/30/1971, UTMB, Galveston, Texas, General Psychiatry

- 7/1/1971 – 6/30/1972, UTMB, Galveston, Texas, Child & Adolescent Psychiatry


Jason D. Baron, M.D.

200

CONFIDENTIAL
AZSER12777325

BEST COPY AVAILABLE

CV    Page 3

- 7/1/1972 – 6/30/1973, Baylor College of Medicine, Houston, Texas Child & Adolescent Psychiatry

- 7/1/1973 – 6/30/1974, Baylor College of Medicine, Houston, Texas, General Psychiatry

SPECIAL TRAINING

- PSYCHOANALYSIS - 1975 – 1981, Houston, Texas

- POST INDUCTION THERAPY TRAINING - Pia Mellody, R.N., CADAC, 1/89; 4/89; 12/90; 1/92

- ERICSONIAN HYPNOTHERAPY TRAINING - Carol Kershaw, Ph.D. and Bill Wade, D. Div.

CERTIFICATION

- Certified Eating Disorders Specialist (CEDS) - International Association of Eating Disorders Professionals, Inc.

- Certified Chemical Dependency Specialist (CCDS) – Texas Certification Board of Alcoholism and Drug Abuse Counselors

BOARDS

- Completed Residencies in General Psychiatry/Child & Adolescent Psychiatry,26+ years practicing addiction treatment, dual disorder treatment

LICENSED

- Texas State Board of Examiners

- State Reciprocity in Colorado, New Mexico, California & Arkansas (temporarily inactive as residence is in Texas)

- Texas Commission on Alcohol and Drug Abuse –Licensed Chemical Dependency Counselor

ORGANIZATIONS

- American Medical Association (1974 – Present)

- American Psychiatric Association (1972 – Present)

- Greater Houston Physicians Association

- Harris County Medical Society (1974 – Present)

- Houston Psychiatric Society (1974 – Present)

- International Association of Eating Disorders Professionals (1990 – Present)

- Mental Health Association of Houston and Harris County

- National Association of Alcohol and Drug Abuse Counselors

Jason D. Baron, M.D.

CONFIDENTIAL
AZSER12777326

CV    Page 4

- The Texas Society of Child and Adolescent1 Psychiatry (1988 – Present)

- Texas Association of Alcoholism and Drug Abuse Counselors (1994 – Present)

- Texas Medical Association (1974 – Present)

- Texas Medical Foundation (1994 – Present)

SPECIAL TRAINING
- Texas Society of Psychiatric Physicians (General Member from 1975 – Present)

- ACRP

TEACHING

- Assistant Instructor, Department of Psychiatry Baylor College of Medicine, Houston, TX (1972 – 1974)

- Clinical Instructor, Department of Psychiatry Baylor College of Medicine, Houston, Texas (1974 – 1978)

PUBLISHED ARTICLES

- "ASEPTIC MENINGITIS IN A PATIENT WITH A FRONTO-BASAL DERMOID CYST".  Co-Author, F. Unterharnscheidt, University of Texas Medical Branch, Division of Neuropathology 1969

- "INITIAL TREATMENT PHASE OF A BORDERLINE CHILD"
  Co-Author, L. G. Hornsby, J.D., Division of Child & Adolescent Psychiatry, University of Texas Medical Branch (UTMB), Galveston, Texas  Presented at American Academy of Child Psychiatry, New Orleans, LA – October, 1971

- "KIDS AND DRUGS, NEW FACTS, NEW FEARS, NEW HOPE", Author Peggy Mann, *Family Circle Magazine*.  Published 1981

- "EFFECTS OF SHORT-TERM INTENSIVE HOSPITAL MILIEU THERAPY ON YOUTHFUL DRUG ABUSERS  1. PRELIMINARY MMPI DATA", Co-Author S. G. Williams, Ph.D., 1979.  Published in *Psychology Reports,* Volume 50, 1982

- Author of "KIDS AND DRUGS – A PARENT'S HANDBOOK OF DRUG ABUSE PREVENTION & TREATMENT".  A GD/PERIGEE Book, Putnam Publishing Company, 1981, 1983

Jason D. Baron, M.D.
CV    Page 5

CONFIDENTIAL
AZSER12777327

BEST COPY AVAILABLE

## PHARMACEUTICALS RESEARCH

Phase IV:  Bipolar Manic/Mixed; Outpatient double blind, placebo controlled; 6 mo. open label rescue arm

Phase IV:  Bipolar Depressed; Outpatient double blind, placebo controlled

Phase III:  Schizophrenia; Inpatient/outpatient double blind dual comparison; experimental drug with an approved antipsychotic medication Longitudinal Pharmacoeconomic and Patient Satisfaction Studies; Schizophrenia

Pharmacogenetic Study; Schizophrenia

Phase III:  Bipolar Manic/Mixed; Inpatient/outpatient double blind, p      parallel group dual comparison; a novel antipsychotic with approved mania medication, placebo controlled

Phase III:  Bipolar Manic/Mixed; Inpatient/outpatient double blind, parallel group dual comparison; a novel antipsychotic with approved mania medication

Phase IV:  Acute schizophrenia; inpatient/outpatient; double-blind randomized dual comparison, novel antipsychotics

Phase III:  Bipolar I, Manic, double-blind, inpatient, neuroleptic vs. placebo

Phase III:  Bipolar I, Manic, double-blind, outpatient, with neuroleptic, open-label study

Phase IV:  Schizophrenia, outpatient open-label, dual comparison

Phase IV:  Schizophrenia, double-blind study, antipsychotic vs placebo

Phase III:  Schizophrenia, open-label, switch from oral neuroleptics to depot neuroleptic

Patient Assessment:  Social Anxiety patient survey; outpatient

Phase III:  Schizophrenia/Schizoaffective 8-week open label, outpatient

Phase II:  Schizophrenia with primary negative symptoms. New atypical (in development) vs. placebo; 8 week outpatient, double blind

Device Study, NIDA-5 drug testing, outpatient study

Phase IIIa:  Acute Schizophrenia, Inpatient and Outpatient, double-blind, randomized, fixed dose; placebo-controlled

Past:
7/12/1968 – 6/30/1970, National Institutes of Mental Health (NIMH) – The Clinical Research Center for Drug Addiction U.S.P.H.S. (United States Public Health Service).  Treatment of 400 substance abusers and Medical Director of the Schizophrenic Unit.

CONFIDENTIAL
AZSER12777328

BEST COPY AVAILABLE

## TEXAS STATE BOARD OF MEDICAL EXAMINERS

P.O. BOX 2018 • AUSTIN, TEXAS 78768-2018

### PHYSICIAN PERMIT

LICENSE/PERMIT NUMBER

D4027

EXPIRATION DATE

05-31-2004

JASON DENNIS BARON, MD
SUITE 150
6260 WESTPARK DR
HOUSTON TX 77057-7312

THIS CERTIFIES THAT THE LICENSEE/PERMIT HOLDER NAMED AND NUMBERED HEREON HAS PROVIDED THIS BOARD
THE INFORMATION REQUIRED AND HAS PAID THE FEE FOR ANNUAL REGISTRATION FOR THE YEAR INDICATED ABOVE
PLEASE KEEP THIS BOARD NOTIFIED OF CHANGE OF ADDRESS

CONFIDENTIAL
AZSER12777329

BEST COPY AVAILABLE



CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide: that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| AB 9561819 | 07-31-2006 | $210.00 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3,3N,4,5 | PRACTITIONER | 08-18-2003 |

BARON, JASON D MD
6260 WESTPARK
SUITE 150
HOUSTON, TX                    77057

Form DEA-223 (1096)

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

CONFIDENTIAL
AZSER12777330

BEST COPY AVAILABLE

# TEXAS CONTROLLED SUBSTANCES REGISTRATION CERTIFICATE

**TEXAS DEPARTMENT OF PUBLIC SAFETY**

CRIMINAL LAW ENFORCEMENT DIVISION, NARCOTICS SERVICE

CONTROLLED SUBSTANCES REGISTRATION, PO Box 4087, AUSTIN, TEXAS 78773

| DPS REGISTRATION NUMBER | DATE EXPIRES | FEE PAID |
|---|---|---|
| F0007215 | 01/31/2004 | PAID |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| (2,2N,3,3N,4,5) | PRACTITIONER | 01/08/2003 |

REGISTERED NAME AND ADDRESS

JASON DENNIS BARON MD
6260 WESTPARK SUITE 150
HOUSTON   TX   77057

THE TEXAS CONTROLLED SUBSTANCES ACT, CHAPTER 481 OF THE HEALTH AND SAFETY CODE, PROVIDES THAT THE TEXAS DEPARTMENT OF PUBLIC SAFETY MAY DENY A CONTROLLED SUBSTANCES REGISTRATION OR THAT A CONTROLLED SUBSTANCES REGISTRATION MAY BE SUSPENDED OR REVOKED.

THIS REGISTRATION IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY AND NOT VALID AFTER THE EXPIRATION DATE.

**CERTIFICATE MUST BE READILY RETRIEVABLE AT ALL TIMES**

NAR-79 (3-95)

206

CONFIDENTIAL
AZSER12777331

BEST COPY AVAILABLE



D1447C00127:0009
5077IL/127

## CURRICULUM VITAE

### Bijan Bastani, MD

**NorthCoast Clinical Trials**
3733 Park East Dr., Suite 100
Beachwood, OH 44122
(216) 514 1803
Fax (216) 514 9241

REDACTED

January, 2003


| | |
|---|---|
| 1994-Present | NorthCoast Clinical Trials<br>3733 Park East Drive, Suite 100<br>Beachwood, OH 44122<br>216/514 1803<br>Fax: 216/514 9421<br>Email: bbncct@aol.com |
| 1999- Present | UHHS Laurewood Hospital<br>35900 Euclid Ave.,<br>Willoughby, OH 44094 |
| 2002-Present | UHHS Heather Hill Hospital<br>12340 Bass Lake Road<br>Chardon, OH 44024 |

Bastani 1

CONFIDENTIAL
AZSER12777332

BEST COPY AVAILABLE

| | |
|---|---|
| **DATE OF BIRTH:** | REDACTED 1948 |
| **MARITAL STATUS:** | Married |
| **CITZENSHIP:** | United States |
| **EDUCATION:** | |
| **College**<br>1966-1968 | Pahlavi (Shiraz) University College of<br>Arts and Sciences, Iran<br>2 year pre-medicine program |
| **Professional School**<br>1968-1974 | Pahlavi (Shiraz) University School<br>of Medicine, Iran<br>including one year of internship |
| **Residency**<br>1976-1979 | Department of Psychiatry<br>Case Western Reserve University<br>University Hospitals of Cleveland<br>Cleveland, Ohio |
| **Fellowship**<br>1979-1981 | Department of Psychiatry<br>Case Western Reserve University<br>Fellow in Somatic Therapies in<br>Psychiatry (Psychopharmacology) |
| **LICENSURE:** | ECFMG Exam 1973<br>FLEX Exam 1978<br>American Board of Psychiatry and<br>Neurology.  June 1981<br>Licensed to practice in :<br>California #    A37797<br>Ohio #         35048517<br>DEA#          AB7028423 |

Bastani 2

208

CONFIDENTIAL
AZSER12777333

BEST COPY AVAILABLE

**POSITIONS HELD:**

| | |
|---|---|
| 1995-Present | President<br>NorthCoast Clinical Trials, Inc. |
| 1992-Present | Assistant Clinical Professor of Psychiatry<br>Case Western Reserve University<br>University Hospitals of Cleveland. |
| 1992-1996 | Director Research, Mood Disorder's Program<br>Cleveland VA Medical Center |
| 1986- 1992 | Director Psychobiology Clinic<br>University Hospitals of Cleveland |
| 1981-1986 | Assistant Professor of Psychiatry<br>Case Western Reserve University<br>VA Hospital, Mental Hygiene Clinic. |
| 1979-1981 | Teaching Fellow in Biological Psychiatry & Psychopharmacology<br>Chief Resident, Adult Outpatient<br>University Hospitals of Cleveland |
| 1979-1981 | Consulting Psychiatrist, West Side Community Mental Health Day Hospital |
| 1974-1976 | Assistant Professor of Anatomy and Physiology, College of Physical Education, Tehran, Iran<br>(Military Service Appointment) |

Bastani 3

CONFIDENTIAL
AZSER12777334

BEST COPY AVAILABLE

## RESEARCH PROJECTS

Principal Investigator in the following studies:

| | |
|---|---|
| 2002- present | Tokeda Phamaceutical, Insomnia studies |
| 2002-Present | Depot Resperidone in schizophrenia |
| 2002-Present | Glaxo, WellbutineXL in ADHD & SAD |
| 2002-Present | Organon, Geperone in pediatric depression |
| 2002-Present | Lilly, Olanzapine in adolescents with schizophrenia & bipolar |
| 2002-Present | Pfizer in Depression & OCD |
| 2002-2002 | Seroquel Vs Resperidone in Schizophrenia |
| 2002-2002 | Venlafaxine in Panic & PTSD,Depression |
| 2001-2002 | Provigil in Shift Work Sleep Disorder |
| 2001-2002 | Merk in GAD, Depression |
| 2001-2002 | S-Citalopram in GAD |
| 2001-2002 | Topamax in Mania monotherapy & add on |
| 2001-2001 | Duloxatine in Depression |
| 2000-2001 | Venlafaxine in Chldren with GAD, SAD, Panic |
| 2000-2001 | Venlafaxine in Children with Depression |
| 1999-2000 | Depot Resperidone in Schzophrenia |
| 1999-2000 | Aripiprazole in Bipolar Patients |
| 1999-Present | Aripiprazole in Dementia (Nursing Home) |
| 1998-2000 | SanofiDFI 3067 & DFI 3077 Phase II Inpatient treatment of schizophrenia |

Bastani 4

210

CONFIDENTIAL
AZSER12777335

BEST COPY AVAILABLE

| 1999-2000 | S-Cilalopram in Depression |
| 1999-2000 | Paroxetine in PTSD, SAD, GAD |
| 1999-2000 | Depakote Vs Olanzapine in Mania |
| 1998-2000 | HMR M100907 Phase III outpatient schizophrenia and other psychotic disorders |
| 1998-1999 | Aripiprazole vs olanzapine, Phase III neurocognitive study in schizophrenia |
| 1997-1999 | Seroquel in Elderly, Nursing Home Study |
| 1997-2000 | Excelon (Rivastigmine) in Dementia |
| 1997-2000 | Seroquel treatment of psychosis in patients with Dementia (Lewy Bodies Variant) |
| 1997-1998 | Aripiprazole in Schizophrenia |
| 1997-1997 | Extended release paroxetine in Depression. |
| 1997-1997 | Paroxetine in Social Phobia |
| 1996-1997 | Efficacy of Sertindale in treatment-resistant Schizophrenia |
| 1995-1997 | SDZ MAR 327 in schizophrenia (Novartis) Phase II |
| 1995-1996 | Efficacy of paroxetine in social phobia (SKF Beecham Pharmaceuticals) |
| 1994-1995 | Evaluating efficacy and safety of Seroquel in Geriatric patients with specified psychosis. |
| 1994-1995 | Ondansetron in patients with panic disorder. (Glaxo Pharmaceuticals) |
| 1994-1995 | Efficacy of Paroxetine in Bipolar Depression. |
| 1994-1996 | Ziprazidone in Outpatients with Schizophrenia or Schizoaffective Disorder. |

Bastani 5

CONFIDENTIAL
AZSER12777336

BEST COPY AVAILABLE

| 1994-1995 | Seroquel in outpatients with chronic or subchronic schizophrenia. |
| 1992-1993 | Effect of Paroxetine in panic disorder. |
| 1991-1993 | Effect of Paroxetine in Obsessive- Compulsive Disorder (OCD) |
| 1991-1994 | Long-term Treatment with of outpatients with OCD. |
| 1987-1989 | Compassionate Need Study of Fluoxetine in OCD. |
| 1988-1989 | Compassionate Need Study of Fluvoxamine in OCD. |

Bastani 6

CONFIDENTIAL
AZSER12777337

BEST COPY AVAILABLE



## RESEARCH INTERESTS AND PUBLICATIONS:

1.  Bastani B, Alphs L, Meltzer HY: Development of the Clozaril patient management system. Psychopharmacology 99:S122S125, 1989.

2.  Bastani B, Nash JF, Meltzer HY:  Prolactin and cortisol responses to MK-212, a serotonin agonist, in obsessive compulsive disorder.  Arch. Gen. Psych 47: 833-839, 1990

3.  Meltzer HY, Bastani B, Kowan KY, Ramirez L, Burnett S, Sharpe J.: A prospective study of clozapine in treatment resistant schizophrenic patients: I: preliminary report. Psychopharmacology 99:S68-S72, 1989.

4.  Meltzer HY, Bastani B, Ramirez L and Shigehiro Matsubara: Clozapine: New Research on Efficacy and Mechanism of Action: Eur Arch Psychiatr Neurol Sci (1989) 238:332-339

5.  Meltzer HY, Burnett S, Bastani B, Ramirez LF: Effects of six months of clozapine treatment on the quality of life of chronic schizophrenic patients. Hospital and Community Psychiatry 41: 892-897, 1990.

6.  Bastani B, Arora RC, Meltzer HY:  Serotonin uptake and imipramine binding in the blood platelets of obsessive compulsive disorder patients Biological Psychiatry 30: 131139, 1991.

7.  Meltzer HY, Bastani B, Kwon KY, Ramirez LF, Burnett S, Sharpe J: A prospective study of clozapine in treatment resistant schizophrenia 99: S68-S72, 1989

8.  Lee, H.S., Bastani, B., Friedman, L. and Meltzer, H.Y.: Effect of the serotonin agonist, MK-212, on body temperature in schizophrenia. Biological Psychiatry 31:460-470, 1992.

9.  Meltzer, H.Y., Alphs, L.D., Bastani, B., Kwon, K.Y. and Ramirez,L.F. One year outcome of study of clozapine in treatment-resistant schizophrenia. World Congress Biological Psychiatry, SpringerVerlag, Heidelberg-Berlin, 1991.

10. Alphs, LD, Meltzer, HY, Bastani, B, Ramirez, LF: Side effects of Clozapine and their management.  Pharmacopsychiatry, 24(2):46, 1991.

11. Meltzer, HY, Alphs, LD, Bastani, B, Ramirez, LF, Kwon, K: Clinical efficacy of Clozapine in treatment of schizophrenia.  Pharmacopsychiatry, 24(2):44-45, 1991.

Bastani 7

CONFIDENTIAL
AZSER12777338

BEST COPY AVAILABLE

12.  Meltzer, HY, Cola, P, Way, L, Thompson, PA, Bastani, B, Davies, MA and Snitz, B: Cost effectiveness of clozapine in neuroleptic-resistant schizophrenia. Am J Psychiatry, 150:1630-1639, 1993.

13   Sajatovic, M, DiGiovanni, S, Hattab, H, Bastani, B,: Resperidone therapy in treatment refractory bipolar and schizoaffective mania. Psychopharmacology Bulletin 32(1) 55-61, 1996.

14   Parsa, MA, Bastani, B:  Seroquel (quetiapine) in the treatment of Psychosis in patient's with Parkinson Disease. The Journal of Neuropsychiatry and Clinical Neuroscience 10(2) 216-219, 1998

### PRESENTATIONS & ABSTRACTS:

Bastani B, Nash JF, Meltzer HY:  Neuroendocrine and behavioral effects of novel 5-HT1A and 5-HT2 agonists:  Preclinical and Clinical studies.  ACNP 26th annual meeting (1987).

Meltzer HY, Bastani B, Kwon K et al: Clozapine as a 5-HT2 antagonist in man. Society for Neuroscience Abstracts, 13(2):800. 1987.

Bastani B, Alphs L , Meltzer HY: Clozaril Patient Management System. Clozapine (Leponex/Clozaril) Scientific Update Meeting. Symposium held in Montreux, Switzerland (1988).

Meltzer HY, Bastani B, Kowan K, Ramirez L., Burnett S., Sharpe J: A prospective Study of Clozapine in Treatment resistant Schizophrenic Patients: Clozapine (Leponex/Clozaril) Scientific Update Meeting. Symposium held in Montreux, Switzerland (1988).

Meltzer HY, Nash JF, Matsubara S, Ramirez LF, Bastani B: Serotonergic Dysfunction in Schizophrenia. APA 142nd Annual Meeting (1989).

Meltzer HY, Alphs L,  Bastani B: CPMS A Scientific Exhibition: APA 142nd Annual Meeting (1989).

Meltzer, H.Y., Alphs, L.D., Bastani, B. and Ramirez, L: Session 1942: Effect of Melperone in treatment-resistant schizophrenia. In: Psychiatry Today, Accomplishments and Promises, VIII World Congress of Psychiatry. Abstracts, Stefanis, C.N., Soldatos, C.R. and Rabavilas, A.D., Excerpta Medica International Congress Series 899, Amsterdam, Oxford, New York, p 502, 1990.

Bastani 8

CONFIDENTIAL
AZSER12777339

BEST COPY AVAILABLE

Meltzer, H.Y., Bastani, B., Ramirez, L.F., Lee, M., Alpha, L, and Kwon, K: A prospective trial of clozapine in treatment resistant schizophrenia. In: Psychiatry Today, Accomplishments and Promises, VIII World Congress of Psychiatry Abstracts, Stefanis, C.N., Soldatos, C.R. and Rabavilas, A.D., Excerpta Medica International Congress Series 899, Amsterdam, Oxford, New York, p 677, 1990. Friedman L, Bastani B, Ramirez L, Kuntson M, Meltzer HY: Prefrontal sulcal prominence is inversely related to treatment response to clozapine in schizophrenia. Abstracts of the III International Congress on Schizophrenia Research. April, 1991.

Meltzer, HY, Bastani B, Ramirez L: The Role of Atypical Antipsychotic Drugs in Treatment Resistant Schizophrenia.  APA 144th Annual Meeting (1991).

Meltzer HY, Bastani B, Ramirez L: Clozapine and Melperone: Effects in Schizophrenia.  APA 144th Annual Meeting (1991).

Ramirez L, Meltzer HY, Bastani B, Calabrese J, Schulz C:  Effect of Clozapine in Schizoaffective Disorder and Affective Symptoms in Schizophrenia.  APA 144th Annual Meeting (1991).

Bastani, B, Arora, RC, Meltzer, HY:3H-Paroxetine Binding in Platelets of Obsessive-Compulsive Patients and Normal Controls.  NCDEU 31st Annual Meeting Florida, May 1991.

Bastani, B, Meltzer, HY: Neuroendocrine Response to 5-hydroxytryptophan (5-HTP) in Obsessive-Compulsive Patients and Normal Controls. ACNP 30th Annual Meeting. December, 1991.

Rezvani, A., Bastani, B., Overstreet, DH and Janowsky, DS.: Paroxetine suppresses alcohol, but not food intake, in two strains of alcohol preferring rats: A serotonin connection. ACNP Meeting, 1993 .

Parsa M, Bastani, B: Seroquel treatment of psychosis in Parkinson Patients. International Academy for Biomedical and Drug Research. Rome, Italy 1997

Parsa M, Bastani, B: Serequel treatment of psychosis and agitation in patients with Alzheimer Dementia.  International Psychogeriatric Symposium, Jerusalem, Israel 1997.

Parsa M, Bastani B, Nora McNamara, Gregory P. Leisure, Flora D. Miraldi: Effects of the Accetylcholinestrase Inhibitor Rivastigmine on PET Scan in Alzheimer's Disease.  APA 151 Annual meeting, Toronto 1998.

Bastani 9

CONFIDENTIAL
AZSER12777340

BEST COPY AVAILABLE

Curriculum Vitae                                           Louise Beckett, MD

# Louise M. Beckett, M.D.
# IPS Research Company

D1447C00127
5077IL/127:0010

IPS Research Company
1111 North Lee, Suite 400
Oklahoma City, OK 73103

IPS Research Company
1210 Merrick Dr.
Ardmore, OK 73401

## Current Positions

Chief Executive Officer and Medical Director, IPS Research Company,
Oklahoma City and Norman, OK
1996-Present

Adjunct Faculty, Dept. of Psychiatry, University of Oklahoma Health Sciences
Center
1996-Present

Adjunct Faculty, Great Plains Family Practice Residency Program, Integris
Hospital, Oklahoma City, OK
1996-Present

Staff Psychiatrist, St. Anthony Hospital, Oklahoma City, OK
1996-Present

Staff Psychiatrist, St. Michael's Hospital, Oklahoma City, OK
1996-Present

Staff Psychiatrist, St. Anthony Behavioral Med Center at St. Michael Campus
1996-Present

Consulting Psychiatrist, Columbia Presbyterian Hospital, Oklahoma City, OK
1996-Present

Consulting Psychiatrist, Great Plains Regional Medical Center, Elk City, OK
1996-Present

## Employment History

1996-Present     Chief Executive Officer/ Chief Medical Director, IPS
                 Research Company, Oklahoma City, OK

1993-1996        Assistant Professor, Department of Psychiatry and
                 Behavioral Sciences, University of Oklahoma Health
                 Sciences Center

Last Revision: August 25, 2003          1

216

CONFIDENTIAL
AZSER12777341

BEST COPY AVAILABLE

| Curriculum Vitae | Louise Beckett, MD |
|---|---|
| 1995-1996 | Associate Director for Curriculum, Psychiatric Residency Training Program, University of Oklahoma Health Sciences Center |
| 1993-1996 | Medical Director, Mental Health Inpatient Services, The University Hospital, University of Oklahoma Health Sciences Center |
| 1993-1996 | Director, ECT Program, The University Hospital, University of Oklahoma Health Sciences Center |

## Education

| | |
|---|---|
| June 1987 | M.D., University of California, Davis |
| June 1982 | B.A., Biology, California State University, Sacramento, cum laude. |

## Post Graduate Training

| | |
|---|---|
| 1989-1990 | Psychiatry Internship, San Mateo County General Hospital, San Mateo. |
| 1989-1993 | Psychiatry residency, San Mateo County Mental Health Services. |
| November 1993 | One-week fellowship in ECT, Duke University. |

## Honor And Awards

President, Class of 1987, U.C. Davis School of Medicine, 1983-1985

Chief Resident, San Mateo County Mental Health Services Psychiatric Residency Program, 1992-1993

Member, Phi Kappa Phi Scholastic Honor Society

Board Certification, American Board of Psychiatry and Neurology, January 1995

Recipient, California State Undergraduate Education Scholarship, 1977-1982

Certification, Clinical Investigator, ACRP, November 2002

## Research-Pharmaceutical Studies

| | |
|---|---|
| 2002 | *A Multicenter, Double Blind, Extension of Alkermes Study ALK21-003 to evaluate the Long Term Safety of Medisorb® Naltrexone* Alkermes; Dr. Louise Beckett, Principal Investigator Physician |

Last Revision: August 25, 2003                    2

CONFIDENTIAL
AZSER12777342

BEST COPY AVAILABLE

Curriculum Vitae                                              Louise Beckett, MD

2002        *A multi-center, double-blind, three arm, parallel group study comparing the efficacy of immediate release Methylphenidate (Ritalin ®) and modified release Methylphenidate with placebo in children with attention deficit/hyperactivity disorder*
            Celltech; Dr. Louise Beckett, Principal Investigator Physician

2002        *A Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Escitalopram in Pediatric Depression*
            Forrest; Dr. Louise Beckett, Principal Investigator Physician

2002        *A case control investigation exploring the relationship between gene variants (HAP™ Markers) and Agranulocytosis or Granulocytopenia in adult patients treated with Clozapine*
            Genassaince; Dr. Louise Beckett, Principal Investigator Physician

2002        *A Multicenter, Double-Blind, Double-Dummy, Placebo-Controlled, Randomized, Parallel Group Evaluation of the Efficacy and Safety of a Fixed-Dose of Talnetant Versus Placebo Versus Risperidone in Subjects with Schizophrenia*
            GlaxoSmithKline; Dr. Gregory Shadid, Principal Investigator Physician

2002        *A Multicenter, Double-Blind, Double-Dummy, Placebo-Controlled, Randomized, Parallel Group Evaluation of the Efficacy and Safety of a Fixed-Dose of Talnetant Versus Placebo Versus Risperidone in Subjects with Schizophrenia*
            GlaxoSmithKline; Dr. Louise Beckett, Principal Investigator Physician

2002        *Duloxetine versus placebo in the treatment of patients with painful Diabetic neuropathy*
            Lilly; Dr. Louise Beckett, Principal Investigator Physician

2002        *Duloxetine Versus Placebo in the Prevention of Relapse of Major Depressive Disorder*
            Lilly; Dr. Louise Beckett, Principal Investigator Physician

2002        *A one-year, randomized, double-blind, multi-center study of relapse ollowing transition from oral antipychotic medication to two different doses (25 or 50 mg given every two weeks) of resperidone long-acting microshperes (Risperdal ConstaTM) in adults with schizophrenia or schizoaffective disorder*
            Johnson and Johnson; Dr. Louise Beckett, Principal Investigator Physician

2002        *A multi-center, randomized, double-blind, placebo-controlled, fixed-dose, safety and efficacy trial of Org 33062 ER in outpatient children and adolescents with major depressive disorder.*
            Organon; Dr. Louise Beckett, Principal Investigator Physician

Last Revision: August 25, 2003                    3

CONFIDENTIAL
AZSER12777343

BEST COPY AVAILABLE

Curriculum Vitae                                          Louise Beckett, MD

2002          *Open-label extension trial in children and adolescents with major
              depressive disorder who participated in one of the short-term Org
              33062 ER safety and efficacy trials.*
              Organon: Dr. Louise Beckett, Principal Investigator Physician

2002          *Topiramate Versus Placebo as Add-On Treatment in Subjects with
              Bipolar Disorder in the Outpatient Setting*
              OrthoMcNeil; Dr. Louise Beckett, Principal Investigator Physician

2002          *The Effect of Ortho Tri-Cyclen® on Bone Mineral Density in
              Pediatric Subjects with Anorexia Nervosa: A Double-Blind,
              Placebo-Controlled  Study*
              OrthoMcNeil; Dr. Louise Beckett, Principal Investigator Physician

2002          *A Phase III, Randomized, Placebo-Controlled Study Evaluating the
              Safety and Outcome of Treatment with Oral Ziprasidone in
              Subjects with Mania Study*
              Pfizer; Dr. Louise Beckett, Principal Investigator Physician

2002          *A Placebo-and Paroxetine: Controlled Study of Efficacy and Safety
              and Roche Sample Repository Research Project in association with
              protocol BN16430*
              Roche; Dr. Louise Beckett, Principal Investigator Physician

2002          *Comparison of efficacy and safety of zolpidem-MR 6.25 mg and
              placebo in elderly patients with primary insomnia. A double-blind,
              randomized, placebo-controlled, parallel-group study.*
              Sanofi-Synthlabo; Dr. Louise Beckett, Principal Investigator
              Physician

2002          *A Phase III, Randomized, Double-Blind, Placebo-Controlled Study
              of the Safety and Efficacy of C1073 (Mifepristone) in Patients with
              Major Depressive Disorder with Psychotic Features Who are not
              Receiving Antidepressants or Antipsychotics*
              Corcept; Dr. Louise Beckett, Principal Investigator Physician

2002          *A Multicenter, Double-Blind, Randomized, Placebo-Controlled,
              Crossover Study to Evaluate the Efficacy of a Monophasic Oral
              Contraceptive Preparation, Containing Drospirenone 3 mg/Ethinyl
              Estradiol 20 mg (as Beta-Cyclodextrin Clathrate), in the treatment
              of Premenstrual Dysphoric Disorder (PMDD)*
              Berlex; Dr. Louise Beckett, Principal Investigator Physician

2002          *The Study of Olanzapine plus Fluoxetine in Combination for
              Treatment –Resistant Depression Without Psychotic Features*
              Eli Lilly; Dr. Louise Beckett, Principal Investigator Physician

2002          *Duloxetine Versus Placebo in the Prevention of Relapse of Major
              Depressive Disorder*

**Last Revision: August 25, 2003**              4

CONFIDENTIAL
AZSER12777344

BEST COPY AVAILABLE

Curriculum Vitae                                                    Louise Beckett, MD
        Eli Lilly; Dr. Louise Beckett, Principal Investigator Physician

2002        *A Phase III, Randomized, Placebo-Controlled Study Evaluating the
            Safety and Outcome of Treatment with Oral Ziprasidone in
            Subjects with Mania*
            Pfizer; Dr. Louise Beckett, Principal Investigator Physician

2002        *A Randomized, Double-Blind, Placebo-Controlled, Risperidone
            Referenced, Dose Finding Study of DU127090 in the Treatment of
            Schizophrenia*
            Solvay; Dr. Louise Beckett, Principal Investigator Physician

2002        *BN 67-5930 in Major Depressive Disorder
            A Placebo- and Paroxetine; Controlled Study of Efficacy and Safety*
            Roche; Dr. Louise Beckett, Principal Investigator Physician

2002        *An open-label extension trial to assess the safety of galantamine
            HBr in the treatment of vascular dementia*
            Johnson and Johnson; Dr. Louise Beckett, Principal Investigator
            Physician

2002        *A case control investigation exploring the relationship between
            gene variants (HAP™ Markers) and Agranulocytosis or
            Granulocytopenia in adult patients treated with Clozapine*
            Genaissance; Dr. Louise Beckett, Principal Investigator Physician

2001 - 2002 *A Phase 111 Open Label, Multi-Center, Long-term Safety Study of
            Medisorb® Naltrexone*
            Alkermes; Dr. Louise Beckett, Principal Investigator Physician

2001        *A Study to Assess the Safety, Tolerability and Pharmacokinetics of
            Single and Multiple Doses of an Intramuscular Formulation of
            Depot Olanzapine (Pamoate Salt) in stable Schizophrenic patients*
            Eli Lilly and Company; Dr. Louise Beckett, Principal Investigator

2001        *A Randomized, 26-week, Double-Blind, Placebo-Controlled trial to
            Evaluate the Safety and Efficacy of Galantamine in the Treatment
            of Dementia Secondary to Cerebrovascular Disease*
            Janssen; Dr. Louise Beckett, Principal Investigator

2001        *A Controlled Trial of Olanzapine versus Ziprasidone in the
            Treatment of Schizophrenic and Schizaffective subjects with
            Comorbid Depression*
            Eli Lilly and Company; Dr. Louise Beckett, Principal Investigator

2001        *A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose
            Study Of Venlafaxine ER In Adolescent Outpatients with Social
            Anxiety Disorder*
            Wyeth-Ayerst, Dr. Louise Beckett, Principal Investigator

Last Revision: August 25, 2003                    5

CONFIDENTIAL
AZSER12777345

BEST COPY AVAILABLE

Curriculum Vitae                                            Louise Beckett, MD

2001          *A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Venlafaxine Extended Release Capsules in Adult Outpatients With Panic Disorder*
              Wyeth-Ayerst, Dr. Louise Beckett, Principal Investigator

2001          *A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Venlafaxine ER in Adolescent Outpatients with Panic Disorder*
              Wyeth-Ayerst, Dr. Louise Beckett, Principal Investigator

2001          *Efficacy and safety of a flexible dose of risperidone versus placebo in the treatment of psychosis of Alzheimer's Disease*
              Janssen; Dr. Louise Beckett, Principal Investigator

2001          *A Double-Blind, Placebo- and Paroxetine-Controlled, Multicenter, Dose-Ranging Study Evaluating the Efficacy and Safety of SR142801 in Outpatients with Major Depressive Disorder*
              Sanofi-Synthelabo; Dr. Louise Beckett, Principal Investigator

2001          *A Four-Week Double-Blind, Placebo and Active Controlled, Dose-Ranging Study of SL 65.1498-00, 3 Doses (5, 15, 50 mg per day) and Lorazepam (3 mg/day) in Out-Patients with Generalized Anxiety Disorder (GAD)*
              Sanofi-Synthelabo; Dr. Louise Beckett, Principal Investigator

2001          *Olanzapine versus Risperidone in the Treatment of Bipolar I Disorder, Manic or Mixed*
              Eli Lilly and Company; Dr. Louise Beckett, Principal Investigator

2001          *A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of Quetiapine Fumarate (SEROQUEL™) and Risperidone (RISPERDAL™) in the Treatment of Patients with Schizophrenia*
              AstraZeneca; Dr. Louise Beckett, Principal Investigator

2001          *A Phase III, Randomized, Placebo-Controlled, Double-Dummy Study Evaluating the Safety and Efficacy of Oral Ziprasidone vs. Haloperidol and Placebo in In-Patients with an Acute Manic Episode*
              Pfizer; Dr. Louise Beckett, Principal Investigator

2001          *A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of SLI381 in Adults with Attention Deficit Hyperactivity Disorder*
              Shire; Dr. Louise Beckett, Principal Investigator

2001          *A 12-Month, Open-Label Study of SLI381 in Adults with Attention Deficit Hyperactive Disorder*

CONFIDENTIAL
AZSER12777346

BEST COPY AVAILABLE

Curriculum Vitae                                          Louise Beckett, MD

Shire; Dr. Louise Beckett, Principal Investigator

2001        *Prospective, Randomized, Double-Blind Multi-Center, Comparative Trial To Evaluate The Efficacy and Safety of Ciprofloxacin Once-Daily (QD) Modified Release (CIPRO MR) Tablets 1000 Mg Versus Conventional Ciprofloxacin 500 Mb Tablets BID In the 7-14 Day Treatment of Patients With Complicated Urinary Tract Infections (cUTI) or Acute, Uncomplicated Pyelonephritis*
            Bayer; Dr. Louise Beckett, Principal Investigator

2001        *Open label trial exploring a switching regimen from oral neuroleptics, other than risperidone, to risperidone depot microshpheres*
            Janssen; Dr. Louise Beckett, Principal Investigator

2001        *An Open Label, Long Term Trial of Risperidone Long Acting Microspheres in the Treatment of Subjects Diagnosed with Schizophrenia*
            Janssen; Dr. Louise Beckett, Principal Investigator

2001        *Randomized, Double-Blind, Dose-Ranging Study of Intramuscular Aripiprazole in the Treatment of Acute Agitation in Patients with a Diagnosis of Schizophrenia, Schizoaffective, or Schizophreniform Disorder*
            Bristol-Myers Squibb; Dr. Louise Beckett, Principal Investigator

2000- 2001  *A Randomized, Double-Blind, Placebo-Controlled and Open-Label Twelve Month Study of the Safety of (S)-Zopiclone in Adult Subjects With Insomnia*
            Sepracor; Dr. Louise Beckett, Principal Investigator

2000- 2001  *A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Venlafaxine ER In Adolescent Outpatients With Social Anxiety Disorder*
            Wyeth-Ayerst; Dr. Louise Beckett, Principal Investigator

2000- 2001  *A Phase II Randomized, Multicenter, Placebo-and Active-Controlled Study of Oral TAK-637 in Subjects with Major Depressive Disorder*
            TAP Pharmaceutical; Dr. Louise Beckett, Principal Investigator

2000- 2001  *The Efficacy and Safety of Flexible Dosage Ranges of Risperidone versus Placebo in the Treatment of Manic Episodes Associated with Bipolar I Disorder*
            Janssen; Dr. Louise Beckett, Principal Investigator

2000- 2001  *A 9-week, Open-Label, Multicenter, Safety Trial of Flexible Dose Ranges of Risperidone in the Treatment of Manic Episodes Associated with Bipolar I disorder.*

Last Revision: August 25, 2003                7

CONFIDENTIAL
AZSER12777347

BEST COPY AVAILABLE

Curriculum Vitae                                              Louise Beckett, MD
                    Janssen; Dr. Louise Beckett, Principal Investigator

2000- 2001     *The Efficacy and Safety of Risperidone in the Treatment of*
                    *Children and Adolescents with Schizophrenia*
                    Janssen; Dr. Louise Beckett, Principal Investigator

2000- 2001     *The Efficacy and Safety of Risperidone in the Treatment of*
                    *Children and Adolescents with Schizophrenia: A Follow-up Trial*
                    Janssen; Dr. Louise Beckett, Principal Investigator

2000- 2001     *A Multicenter, Double-blind, Randomized, Placebo-controlled Trial*
                    *of the Safety and Efficacy of Seroquel™ (Quetiapine Fumarate) as*
                    *Add-on Therapy with Lithium or Divalproex in the Treatment of*
                    *Acute Mania*
                    AstraZeneca; Dr. Louise Beckett, Principal Investigator

2000- 2001     *Safety and Efficacy of Tomoxetine or Tomoxetine Plus Fluoxetine in*
                    *the Treatment of Mixed Attentional and Affective Disorders*
                    Eli Lilly and Company; Dr. Louise Beckett, Principal Investigator

2000- 2001     *Long Term, Open-Label, Safety Study of Tomoxetine*
                    *Hydrochloride in Patients, 6 Years and Older*
                    Eli Lilly and Company; Dr. Louise Beckett, Principal Investigator

2000            *The Efficacy of Olanzapine and Adjunctive Lorazepam, as needed,*
                    *to Treat Acute Behavioral Agitation in Schizophrenia.*
                    Eli Lilly and Co.; Dr. Louise Beckett, Principal Investigator

2000            *Long-Term, Open-Label Treatment with Duloxetine Hydrochloride*
                    *for Evaluation of Safety in Major Depression.*
                    Eli Lilly and Co.; Dr. Louise Beckett, Principal Investigator

2000            *A phase III Open-Label Study of Tomoxetine Hydrochloride in*
                    *Pediatric Outpatients ages 6 to 18 with ADHD.*
                    Eli Lilly and Co.; Dr. Louise Beckett, Principal Investigator

2000            *Placebo-Controlled Olanzapine Monotherapy in the Treatment of*
                    *Bipolar I Depression.*
                    Eli Lilly and Co.; Dr. Louise Beckett, Principal Investigator

2000            *Olanzapine Plus Fluoxetine Combination Therapy in Treatment-*
                    *Resistant Depression: A Dose Ranging Study.*
                    Eli Lilly and Co.; Dr. Louise Beckett, Principal Investigator

2000            *Controlled Trial of the Efficacy of Rapid Initial Dose Escalation of*
                    *Olanzapine to Treat Acute Behavioral Agitation in Schizophrenia*
                    *and Bipolar I Disorder.*
                    Eli Lilly and Co.; Dr. Louise Beckett, Principal Investigator

Last Revision: August 25, 2003                    8

CONFIDENTIAL
AZSER12777348

| Curriculum Vitae | Louise Beckett, MD |
|---|---|

**2000**      *Olanzapine Versus Risperidone and Placebo in the Treatment of Psychosis and Associated Behavioral Disturbances in Patients with Dementia.*
Eli Lilly and Co.; Dr. Louise Beckett, Principal Investigator

**2000**      *Pharmacogenomics Blood Sampling Protocol.*
Pharmacia and Upjohn; Dr. Louise Beckett, Principal Investigator

**2000**      *Open-Label Reboxetine Continuation Therapy*
Pharmacia and Upjohn; Dr. Louise Beckett, Principal Investigator

**2000**      *Reboxetine, Placebo, and Paroxetine Comparison in Patients with Major Depressive Disorder.*
Pharmacia and Upjohn; Dr. Louise Beckett, Principal Investigator

**2000**      *A Multi-Center 10 week Randomized, Double-Blind, Placebo-Controlled Flexible Dose Outpatient Study of Sertraline in Children and Adolescents with Major Depressive Disorder.*
Pfizer; Dr. Louise Beckett, Principal Investigator

**2000**      *A Multi-Center 24 week Open-Label Extension Study of Sertraline in Children and Adolescent Outpatients Previously Diagnosed with Major Depressive Disorder.*
Pfizer; Dr. Louise Beckett, Principal Investigator

**2000**      *A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Citalopram in Children and Adolescents with Depression.*
Forest; Dr. Louise Beckett, Principal Investigator

**2000**      *An Open-Label Extension Study of the Safety and Efficacy of Citalopram in Children and Adolescents with Depression.*
Forest; Dr. Louise Beckett, Principal Investigator

**2000**      *Duloxetine Once-Daily Dosing Versus Placebo in the Acute Treatment of Major Depression.*
Eli Lilly and Company; Dr. Louise Beckett, Principal Investigator

**2000**      *A Multi-Center, Randomized, Double-Blind, Placebo-Controlled Study of Three Fixed Doses of Aripiprazole in the Treatment of Patients with Acute Schizophrenia.*
Bristol-Myers Squibb; Dr. Louise Beckett, Principal Investigator

**2000**      *A Multi-Center, Randomized, Double-Blind, Placebo-Controlled Study of Aripiprazole in the Maintenance Treatment of Patients with Bipolar Disorder.*
Bristol-Myers Squibb; Dr. Louise Beckett, Principal Investigator

CONFIDENTIAL
AZSER12777349

BEST COPY AVAILABLE

Curriculum Vitae                                                    Louise Beckett, MD

2000        *A Multi-Center, Randomized, Double-Blind Study of Flexible Doses*
            *of Aripiprazole Versus Perphenazine in the Treatment of Patients*
            *with Treatment Resistant Schizophrenia.*
            Bristol-Myers Squibb; Dr. Louise Beckett, Principal Investigator

2000        *A Multi-Center, Randomized, Double-Blind, Placebo-Controlled*
            *Study of Flexible Doses of Aripiprazole in the Treatment of*
            *Hospitalized Patients with Acute Mania.*
            Bristol-Myers Squibb; Dr. Louise Beckett, Principal Investigator

2000        *Long-term maintenance of subjects with schizophrenia with Org*
            *5222.*
            Organon Inc.; Dr. Louise Beckett, Principal Investigator

2000        *A Double-Blind, Placebo-Controlled Study of Venlafaxine ER in*
            *Children and Adolescents with Major Depressive Disorder.*
            Wyeth Ayerst; Dr. Louise Beckett, Principal Investigator

2000        *A Double-Blind, Placebo-Controlled Study of Venlafaxine ER in*
            *Children and Adolescents with Generalized Anxiety Disorder.*
            Wyeth Ayerst; Dr. Louise Beckett, Principal Investigator

2000        *A phase III Open-Label Safety and Efficacy of Tomoxetine*
            *Hydrochloride in Outpatients with ADHD, ages 6 to 18 years.*
            Eli Lilly and Co.; Dr. Michelle Ware, Principal Investigator

2000        *A multicenter 10-week randomized double-blind placebo-controlled*
            *flexible dose outpatient study of sertraline in children and*
            *adolescents with major depressive disorder.*
            Pfizer; Dr. Louise Beckett, Principal Investigator

2000        *A double-blind, three-armed, fixed-doses, placebo-controlled dose-*
            *finding study with sublingual Org 5222 in subjects with acute phase*
            *schizophrenia.*
            Organon Inc.; Dr. Louise Beckett, Principal Investigator

2000        *An open-label comparison of the neurocognitive effects of*
            *aripiprazole to olanzapine administered orally in patients with stable*
            *psychosis.*
            Otsuka American Pharm.; Dr. Louise Beckett, Principal Investigator

2000        *An open-label follow-on study of the long-term safety of aripiprazole*
            *administered orally in patients with psychosis.*
            Otsuka America Pharm.; Dr. Louise Beckett, Principal Investigator

2000        *Safety and Efficacy of Depakote® as Combination Therapy in the*
            *Treatment of Psychosis Associated with Schizophrenia.*
            Abbott Laboratories; Dr. Louise Beckett, Principal Investigator

Last Revision: August 25, 2003                    10

CONFIDENTIAL
AZSER12777350

BEST COPY AVAILABLE

| | | |
|---|---|---|
| Curriculum Vitae | | Louise Beckett, MD |

**2000**    *Olanzapine in the Treatment of Depression in the Elderly*
Eli Lilly and Co.; Dr. Louise Beckett, Principal Investigator

**1999- 2000**    *The Efficacy of Olanzapine and Adjunctive Lorazepam, as needed, to treat Acute Behavioral Agitation in Schizophrenia*
Eli Lilly and Company; Dr. Louise Beckett, Principal Investigator

**1999- 2000**    *A long-term open-label treatment with R-Fluoxetine Hydrochloride for evaluation of safety*
Eli Lilly and Company; Dr. Louise Beckett, Principal Investigator

**1999-2000**    *A Double-Blind, Randomized, Comparison of the Efficacy and Safety of Short-Acting Intramuscular Olanzapine, Short-Acting Intramuscular Lorazepam and Intramuscular Placebo in Acutely Agitated Patients Diagnosed with Mania Associated with Bipolar Disorder.*
Eli Lilly and Co.; Dr. Louise Beckett, Principal Investigator

**1999-2000**    *A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Efficacy and Safety Study of Remeron® in Outpatient Children and Adolescents with Major Depressive Disorder*
Organon; Dr. Michelle Ware, Principal Investigator

**1999-2000**    *Safety and Efficacy of Olanzapine on Cognitive Symptoms in Subjects with Mild to Moderate Alzheimer's Disease without Psychosis*
Eli Lilly and Co.; Dr. Louise Beckett, Principal Investigator

**1999**    *A multicenter, randomized, double-blind, parallel group, placebo controlled study evaluating the efficacy and safety of Buspirone Hydrochloride (15-60 mg/day) in children and adolescents (aged 6-17) with Generalized Anxiety Disorder*
Bristol Meyers; Dr. Michelle Ware-Stevens, Principal Investigator

**1999**    *Fluoxetine versus placebo in Posttraumatic Stress Disorder*
Eli Lilly and Co.; Dr. Louise Dabiri, Principal Investigator

**1999**    *A Double-blind, placebo controlled comparison of the efficacy and safety of short acting intramuscular Olanzapine, short acting intramuscular Lorazapam and intramuscular placebo in treating agitation in patients with Dementia of the Alzheimer's Type, Vascular Dementia and Mixed Dementia*
Eli Lilly and Co.; Dr. Louise Dabiri, Principal Investigator

**1998**    *A multicenter, double-blind, placebo-controlled evaluation of the safety and efficacy of Lamictal (Lamotrigine) compared to placebo and Lithium in the treatment of an Acute Manic or Mixed Episode in patients who have Bipolar Disorder*
Glaxo Wellcome; Dr. Louise Dabiri, Principal Investigator

Last Revision: August 25, 2003                    11

CONFIDENTIAL
AZSER12777351

BEST COPY AVAILABLE

Curriculum Vitae                                                    Louise Beckett, MD

*1998*        *A Double-blind, Randomized, Multicenter, Parallel Group Design*
              *Study To evaluate the Efficacy and Safety of Two dose ranges of*
              *EMD 128 130*In comparison with placebo and haloperidol in the
              treatment of schizophrenia.
              Merck KgaA; Dr. Louise Dabiri, Principal Investigator

1998          *A prospective, randomized, double-blind, placebo-and active-*
              *controlled,multi-center study to evaluate the efficacy and safety of*
              *three fixed doses of iloperidone (4, 8, and 12 mg/d) given b.i.d. for*
              *42 days to schizophrenic patients with acute or subacute*
              *exacerbation, followed by a double-blind, active-controlled, flexible-*
              *dose, long-term, 6 month phase with iloperidone (4, 8, 12, or 16*
              *mg/d) given q.d.*
              Novartis Pharmaceuticals Corp.; Dr. Louise Dabiri, Principal
              Investigator

1998          *Olanzapine Versus Divalproex in the Treatment of Acute Mania*
              Eli Lilly and Co.; Dr. Louise Dabiri, Principal Investigator

1998          *Fluoxetine Versus Placebo in Panic Disorder*
              Eli Lilly and Co.; Dr. Louise Dabiri, Principal Investigator

1998          *An open-label follow-on study of the long-term safety of*
              *Aripiprazole in patients with chronic Schizophrenia*
              Otzuka Pharmaceuticals; Dr. Louise Dabiri, Principal Investigator

1998          *A multicenter, placebo and active control, double-blind, randomized*
              *study of the efficacy, safety and Pharmacokinetics of*
              *M100907/3001 (10 and 20 mg/day) in Schizophrenic and*
              *Schizoaffective patients*
              Hoechst Marion Roussel; Dr. Louise Dabiri, Principal Investigator

1998          *A multicenter, open-label, long-term follow-up safety study of*
              *M100907/3005 tablets in schizophrenic and schizoaffective*
              *subjects who participate in protocol M100907/3001 or protocol*
              *M100907/3002*
              Hoechst Marion Roussel; Dr. Louise Dabiri, Principal Investigator

1998          *A multicenter, randomized, double-blind, active-controlled study to*
              *compare the long-term maintenance effects and safety of*
              *Aripiprazole and Haloperidol Following Acute Relapse in*
              *Scizophrenic patients*
              Otsuka Pharmaceuticals; Dr. Louise Dabiri, Principal Investigator

1997-1998     *Weekly enteric-coated Fluoxetine Hydrochloride versus Daily*
              *Fluoxetine or Placebo in the continuation treatment of Major*
              *Depressive Disorder*
              Eli Lilly and Co.; Dr. Louise Dabiri, Principal Investigator

Last Revision: August 25, 2003                    12

227

CONFIDENTIAL
AZSER12777352

BEST COPY AVAILABLE

Curriculum Vitae                                              Louise Beckett, MD

1997        *Buspropion SR in patients with Parkinson's Disease and
            Depression*
            Glaxo Wellcome; Dr. Louise Dabiri, Principal Investigator

1997        *Remeron Use in Patients who are suffering from chronic pain and
            depression*
            Organon, Inc.; Dr. Louise Dabiri, Principal Investigator

1996        *A double-blind, placebo controlled trial to evaluate the clinical
            effects of Immediate Release Paroxetine and Modified Release
            Paroxetine in the treatment of Major Depression in Elderly Patients*
            SmithKline and Beecham; Dr. Louise Dabiri, Principal Investigator

1994-1996   *An open-label assessment of the long-term safety of Sertindole in
            the treatment of schizophrenic patients*
            Abbott Laboratories; Co-Investigator

1993-1994   *A double-blind, placebo-controlled, haldol-referenced study of the
            safety and efficacy of two doses of Sertindole in schizophrenic
            patients*
            Abbott Laboratories; Co-Investigator

## Publications

Darby J. Pasta D, Elfand L, Dabiri L, Clark L, Hebert J:  Resperidone
Dose and Blood Level Variability:  Accumulation Effects and
Interindividual and Intraindividual Variability in the Nonresponder Patient
in the Clinical Practice Setting.  Journal of Clinical Pyschopharmacology
1997; 17:6: December.

Szafranski J, Chetty P, Oberoi M, Dabiri L: The Use of Transesophageal
Atrial Pacing in the Prevention of Asystole During Electroconclusive
Therapy.  Anesthesiology 1996; January

Darby J, Pasta D, Dabiri L, Clark L, Mosbacher D:  Haloperidol Dose and
Blood Level Variability: Toxicity  and Inter-and Intra-individual Variability
in the Nonresponder Patient in the Clinical Practice Setting.  Journal of
Clinical Psychiatry.

Dabiri L, Pasta D, Darby J, Mosbacher D:  Effectiveness of Vitamin E for
Treatment of Long-Term Tardive Dyskinesia.  AJ Psychiatry 1994;
151:925-926.

## Poster Presentations

2001        *Olanzapine in the Treatment of Depression in the Elderly* Eli Lilly
            and Co.; Dr. Louise Beckett, Principal Investigator.  Co-presenter
            42nd Annual NCDEU conference.

Last Revision: August 25, 2003                    13

CONFIDENTIAL
AZSER12777353

BEST COPY AVAILABLE

Curriculum Vitae                                         Louise Beckett, MD

## Speaking Presentations

2000          Schizophrenia: Not So Simple, Continuing Education Presentation
              at St. Anthony Hospital, Center for Behavioral Medicine, for Mental
              Health Professionals, Oklahoma City, OK

2000          Intervention in Psychiatric Emergencies, Continuing Education
              Presentation at St. Anthony Hospital, Center for Behavioral
              Medicine, for Mental Health Professionals, Oklahoma City, OK

2001          Borderline Personality Disorder, Continuing Education
              Presentation at St. Anthony Hospital, Center for Behavioral
              Medicine, for Mental Health Professionals, Oklahoma City, OK

Present       Lilly Lecture Bureau
                  *Trainer
                  *Consultant
                  *Acute Olanzapine Development Team

## Teaching Experience

Psychiatry Educational Sessions, Great Plains Family Practice Residency
Program, Baptist Hospital, Oklahoma City, 1995-present.

Psychiatry Clerkship, 3rd year medical students, monthly lectures on
Affective Disorders and Schizophrenia, 1993-present.

Basic Psychiatry course, PGY1 residents, San Mateo County Mental
Health Services Psychiatric Residency Training Program, 1992-1993.

Basic Interviewing Skills taught to PGY1 and PGY2 residents, OUHSC
Psychiatric Residency Training Program, 1993-1996.

Psychopharmacology taught to PGY2 residents, Psychiatry Residency
Training Program, 1993-1996

Overview of Psychiatric Disorders, annual four hours lecture to PharmD.
Candidates, 1994-1996

Human Behavior Course, 2nd year medical students, lectures on
Psychotic Disorders and Schizophrenia, 1993-1996

Supervision and teaching of residents and medical students on Inpatient
Mental Health Services, the University Hospital and Presbyterian
Hospital, OUHSC, 1993-1996.

Supervision of residents on Outpatient Mental Health Service, OUHSC,
1993-1996.

Last Revision: August 25, 2003                    **14**

CONFIDENTIAL
AZSER12777354

BEST COPY AVAILABLE

Curriculum Vitae                                                  Louise Beckett, MD

Co-Establishment and supervision with Dr. Lawerence Cohen of clerkship for Doctorate of Pharmacy students on inpatient mental health service, The University Hospital, 1994-1996.

Supervision or interns on inpatient psychiatric ward, San Mateo County Mental Health Services, 1991-1993.

## Presentations

January 1993:   Co-leader of presentation at AADRT Annual Meeting, San Diego, CA: "Training for leadership in public psychiatry".

March-April 1993:   Sex, Drugs and Self-Esteem Education for elementary school students at Carey School, San Mateo

October 1993:   Invited Speaker, Depression Screening Day, Lecture Series, "Modern Drug Treatment of Depression"

November 1993:   Grand Rounds, Department of Psychiatry and Behavioral Sciences, OUHSC: "Etiology and Treatment of Tardive Dyskinesia"

November 1993:   Invited Speaker, Community Presentation, sponsored by Horizons Mental Health services: "Modern Treatment of Depression."

October 1993:   Invited Speaker, Mental Health in the Millennium Seminar: "Recognition of Psychosis in Everyday Practice."

January-
June 1994:   Speaker, Depression:  Awareness, Recognition and Treatment Seminar, "Biological Aspects of Depression".

October 1995:   Guest Speaker, Emergency Medicine Grand Rounds, The University Hospital, "Inpatient Psychiatry - ins and outs".

January 1996:   Invited Speaker, Grand Rounds, Department of Psychiatry and Behavioral Sciences, OUHSC, "Multidisciplinary Psychiatric Treatment."

June 1996:   Invited Speaker, Staff Retreat, Department of Psychiatry and Behavioral Sciences, OUHSC, "Beyond Setting Goals".

October 1996:   Invited Speaker, Sociological Aspects of the Mental Health Care System, School of Police and Fire Training.

December 1996:   Invited Speaker, Senior Friends Holiday Jubilee, "Getting the Most Out of Your Holiday Season".

Last Revision: August 25, 2003                    15

CONFIDENTIAL
AZSER12777355

BEST COPY AVAILABLE

| Curriculum Vitae | Louise Beckett, MD |
|---|---|
| January 1999: | Invited Speaker, Grand Rounds, Department of Psychiatry, University of Oklahoma Health Sciences Center, "A Family Study: Biological and Environmental Influences on Phenotypic Expression of Mental Illness." |
| April 2000: | Invited Speaker, St. Anthony Behavioral Medicine, "Schizophrenia, Not So Simple" |
| November 2000: | Invited Speaker, St. Anthony Behavioral Medicine, " Interventions in Psychiatric Emergencies" |

## Administrative Experience

| August 1996-Present: | Chief Executive Officer and Medical Director, IPS Research Co. Administrative duties include overall management and supervision of all business conducted by the company, including maintaining corporate records, overseeing financial needs, clinical duties and business planning. |
|---|---|
| October 1999-July 2000: | Medical Director, Geropsychiatric Program, Hillcrest Hospital |
| February 1997-July 1999: | Medical Director of Senior Outlooks Partial Hospitalization Program. Administrative duties include maintaining policies and procedures for unit program, including establishing policies and procedures, leading team meetings and administrative meetings, overall supervision of clinical staff, and liaison and public relation activities with other departments within the hospital and the community. |
| July 1993-August 1996: | Medical Director of Inpatient Mental Health Services, The University Hospital, OUHSC. Administrative duties include maintaining policies and procedures for ward routines, directing ECT services including establishing policies and procedures for this service, leading team meetings and administrative meetings, supervision of medical students, liaison with other departments within the hospital and University, and directing QA activities. |
| May 1992-June 1993: | Design and completion of new elective in administrative psychiatry for the San Mateo County Psychiatric Residency Training Program in collaboration with the Resident |

Last Revision: August 25, 2003                    16

CONFIDENTIAL
AZSER12777356

BEST COPY AVAILABLE

Curriculum Vitae                                                Louise Beckett, MD
                     directors, and the Directors of Mental Health Division, Adult
                     and Children's Services.

May- June 1992:     Co-author and editor of orientation manual to the inpatient
                     services and psychiatric emergency services for trainees
                     and externs at San Mateo County General Hospital.

May - August 1984:  Editor of orientation manual for incoming freshman medical
                     students at University of California, Davis.

## Committee Membership

1994-1996           Institutional Review Board, University of Oklahoma Health
                     Sciences Center

1995-present        Admissions Committee, College of Medicine, OUHSC

1995-1996           Pharmacy and Therapeutics Committee, University Hospital

1994-1996           Elected Member and Chair, Endowment Fund Committee,
                     Dept. of Psychiatry and Behavioral Sciences

1993-1994 and
1995-1996           Managed Care Committee, Dept. of Psychiatry and
                     Behavioral Sciences

1993-1995           Clinical Services Committee, Department of Psychiatry and
                     Behavioral Sciences

1993-1996           Adult Mental Health Services Committee, Dept. of
                     Psychiatry and Behavioral Sciences

1993-1996           Residency Training Program Committee, OUHSC,
                     Department of Psychiatry and Behavioral Sciences

1993-1995           Research Council, Dept. of Psychiatry and Behavioral
                     Sciences

1993-1996           Chair, Inpatient Mental Health Services Executive
                     Committee

1992-1993           Residency Training Program Committee, San Mateo County
                     Mental Health Services

1989-1993           Resident Representative, Bioethics Committee, San Mateo
                     County General Hospital

1984-1987           Admissions Committee Member, U.C. Davis School of
                     Medicine

Last Revision: August 25, 2003                    17

CONFIDENTIAL
AZSER12777357

BEST COPY AVAILABLE

Curriculum Vitae                                    Louise Beckett, MD

## Special Experiences

Invited member FDA Advisory panel, Eli Lilly & Company, NDA for IM Olanzapine

Working with victims and families of the OKC bombing of Murrah Building with the Red Cross and through referrals.

Experience with culturally diverse population, including two years' volunteer work at the Asian Free Clinic in Sacramento.

Training and experience in group therapy in a variety of settings, including establishing and facilitating a support group for ICU nurses at San Mateo County General Hospital, cotherapist for support group for those affected by Persian Gulf War, cotherapist in ongoing therapy group for chronically mentally ill patients, participant in residents' process group.

Training and supervised experience in theory and practice of psychodynamic psychotherapy.

## Organizations

Member, American Psychiatric Association

Member, Oklahoma Psychiatric Association

Member, Association of Clinical Psychopharmacology

## Licenses

California Physician's and Surgeon's license, issued August 1990

Oklahoma Physician's and Surgeon's license, issued July 1993 # 18529

## Personal Information

Date of Birth:  February 28, 1960

Place of Birth:  Modesto, California

Family:  Married, two children

Last Revision: August 25, 2003                    18

CONFIDENTIAL
AZSER12777358

BEST COPY AVAILABLE



**Oklahoma State Board**
**of Medical Licensure and Supervision**
License Number: 18529

Licensee Name: LOUISE M BECKETT, M.D.
License Type: MEDICAL DOCTOR
License Restrictions:
Beginning On    02-Jul-2003 To: 01-Jul-2004
The undersigned certifies that the person has been issued
a license to practice in the State of Oklahoma.

_____   Sec'y, Medical Board

234

CONFIDENTIAL
AZSER12777359

BEST COPY AVAILABLE



235

CONFIDENTIAL
AZSER12777360

BEST COPY AVAILABLE

Oct 23 2003 5:10PM    SPRISTUDY                    (212)737-5698_____P.2_____

01647C00127: __0011_____

## CURRICULUM VITAE

### Zinovly T. Benzar, M.D., Ph.D.

#### SOCIAL PSYCHIATRY RESEARCH INSTITUTE

**Education:**

| | |
|---|---|
| 1997-2001 | Residency Program at Saint Luke's-Roosevelt Hospital Center Teaching Hospital of Columbia University, New York, NY |
| | Extensive didactic curriculum provided through lectures, case conferences, and individual supervision by professors and faculty staff of Columbia University. |
| 1996-1998 | Passed USLME Step-1; Step-2, Step-3 tests. ECFMG Certification |
| 1975-1981 | Ternopol State Medical Institute, Ternopol City, Ukraine M.D. |

**Postgraduate Experience:**

| | |
|---|---|
| 1997-2001 | Residency Program in Psychiatry at Saint Luke's Roosevelt Hospital Center, Teaching Hospital of Columbia University, New York, NY |
| 1985-1987 | Residency Training Program in Obstetrics and Gynecology. Completed in Teaching Hospital of Ternopol State Medical Institute, Ternopol City, Ukraine |
| 1981-1982 | Internship in Teaching Hospitals of Ternopol State Medical Institute, Ternopol Institute, Ukraine |

**Professional Experience:**

| | |
|---|---|
| 2001- Present | **Social Psychiatry Research Institute** - 3044 Coney Island Ave, Suite 201, Brooklyn, NY 11235- -150 East 69th Street, Suite 2-H, New York, NY 10021 <br> • Primary Investigator/Co-Investigator/Sub-Investigator |
| 2002-Present | Private Office, Adult Psychiatry Practice, Brooklyn, NY |
| 2001-Present | St.Luke's-Roosevelt Hospital Center, New York, NY, Attending Psychiatrist <br> • Department of Psychiatry, Faculty Member of Columbia University |
| 1987-1989 | Ternopol State Medical Academy, Ternopol City, Ukraine Attending Obstetrician & Gynecologist, Faculty Member <br> • Experience in teaching of medical students, managing most complicated clinical cases, surgical work, publication of research articles |

Investigator Signature                    Date 0/20/03

236

CONFIDENTIAL
AZSER12777361

BEST COPY AVAILABLE

| 1989-1991 | Ministry of Transportation Hospital, Ternopol City, Ukraine |
|---|---|
| | • Attending Physician of Outpatient Unit |
| | Experience in administrative management and clinical outpatient work |
| 1982-1985 | Berezhan Regional Hospital, Ternopol, Ukraine- Attending Physician. |

**Professional Memberships/Organizations:      AMA;  ACRP.**

**Honors:**

Ph.D. Diploma in OB & Gyn. And Immunology, earned through **research, dissertation** and published articles. Kiev, Ukraine, 1990

"Resident of the year" APA Award, Annual APA Meeting, New Orleans, May, 2001

**Licenses:**       New York State Physician/Psychiatrist License
State of Indiana and Nevada  Physician License
Certified by American Board of Psychiatry and Neurology

**Attending Privileges:**  St.Luke's-Roosevelt Hospital Center;  Lutheran Hospital Center; Gracie Square Hospital.

**Research Experience:**

| | Formal training in Clinical Research: |
|---|---|
| 1987-1990 | Research Fellowship Program at the Institute of Pediatrics, Obstetrics and Gynecology resulting in a published dissertation. |
| | Academy of Medical Sciences of Ukraine, Kiev City, Ukraine |
| 1999-2001 | Involved in research protocol studying "The combination of Fluoxetine and Olanzapine for treatment resistant depression without psychotic features". Coordinator: Steven Hyler, M.D., Director of Psychiatric Outpatient Services ant St.Luke's Roosevelt Hospital Center |

**Recent  P.I / Sub P.I., Research Experience:    2001-Present**

A Multicenter, Randomized, Double-blind, Parallel-Group Study of Sertraline Versus Venlafaxine XR in the Acute Treatement of Outpatients with Major Depressive Disorder

Deramciclane 30 mg and 60 mg once Daily Versus Placebo in Generalized Anxiety Disorder. A Randomized Double-Blind Placebo and Buspirone-Controlled Fixed-Dose Parallel-Group Multicenter Study of 10 Weeks (Including a 2-week Single-Blind Placebo Period)

Zinovly T. Benzar, MD, PhD
Revised September 2003
Page 2 of 3

CONFIDENTIAL
AZSER12777362

BEST COPY AVAILABLE

Oct 23 2003 5:10PM  SPRISTUDY                (212)737-5698           P.4

Deramciclane 60 mg (or 30 mg) once Daily Versus Placebo in Generalized Anxiety Disorder. An open multicenter safety study of 5 months, including a 1-month drug-free follow-up period.  Follow-up to studies 3013023 and 3013025.

A Double-blind, Multi-center, Extension Trial in Subjects with Major Depressive Disorder who participated in the Placebo-controlled, Efficacy and Safety Trial of Org 22062 ER and Fluoxetine in Subjects with Major Depressive Disorder I34506 –

A Double-blind, Multi-center, Randomized, Placebo-controlled, Efficacy and Safety Trial of Org 33062 ER and Fluoxetine in Subjects with Major Depressive Disorder I34017

An Eight Week, Double-blind, Rising Dose Study to Examine Norepinephri Transporter Inhibition in Patients with Major Depressive Disorder receiving Controlled Release Paroxetine (Paxil©) or Controlled Release Venlafaxine 29060/826

A Phase III, Open-Labeled, Fixed-Dose Study to Determine the Safety of Long-Term Administration of TAK-375 in Subjects with Chronic Insomnia 01-02-TL-375-022 **Primary Investigator**

A  Phase II Double Blind, Randomized, Dose Ranging, Placebo Controlled, Multicenter, Safety and Efficacy Evaluation of Three doses of NS 2330 in patients with Mild to Moderate Dementia of the Alzheimer's type.

A Double-Blind, Placebo-Controlled Dose-Finding Study Evaluating the Safety and Efficacy of MKC-231, 80mg bid, 120 and 80mg QD in the Treatment of Mild to Moderate Alzheimer's Disease

A Four-week, Double-Blind, Placebo and Active controlled, dose-ranging study of SL 65.1498-00, 3 doses(5,15,50mg per day) and lorazepam (3mg/day) in out-patients with Generalized Anxiety Disorder

An Eight-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to evaluate the Efficacy and Safety of GABITRIL at Dosages up to 16mg/day in the treatment of G.A.D. in Adults

A Double-blind, Multi-Center, Randomized, Placebo-controlled, Efficacy and Safety Trial of Org 33062 ER and Fluoxetine in Subjects with Major Depressive Disorder

A 6-Week, Randomized, Double-Blind, Parallel-Group, Active-and Placebo-Controlled Trial to Assess the Efficacy of R228060 in Adult Subjects With Major Depressive Disorder

A Multicenter, Randomized, Parellel-group. Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumerate(oral tablets 400mg to 800mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium and Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients ___ **Primary Investigator**

**Publication:**          Available upon request.
                          Citations on web site NML, Medline


**Languages Spoken:**     English, Russian, Ukrainian, Polish, Serbian


Zinoviy T. Benzar, MD, PhD
Revised September 2003
Page 3 of 3

CONFIDENTIAL
AZSER12777363

BEST COPY AVAILABLE

05/05/2003  16:45  7182661574          INAVESELSON                          PAGE  02



# The University of the State of New York

635131

THIS IS TO CERTIFY THAT QUALIFICATIONS FOR PROFESSIONAL
PRACTICE IN NEW YORK STATE HAVING BEEN APPROVED

THE STATE EDUCATION DEPARTMENT
HAS REGISTERED   4605640

BENZAR ZINOVIY TARAS

REDACTED

FOR PRACTICE IN NEW YORK STATE AS A (N)

PHYSICIAN

12/31/06

227175-1

REGISTRATION PERIOD ENDS   SIGNATURE OF REGISTRANT   LICENSE/REGISTRATION NO.

COMMISSIONER OF
EDUCATION

REGISTRATION CERTIFICATE --- NOT A LICENSE

239

CONFIDENTIAL
AZSER12777364

BEST COPY AVAILABLE

D1447C00127: _____     #0011

## CURRICULUM VITAE
### Social Psychiatry Research Institute

## Ari Kiev, MD

**Education:**

| | |
|---|---|
| 1950-1954 | Harvard College, Cambridge, Massachusetts- A.B., Magna Cum Laude |
| 1954-1958 | Cornell Medical College, New York, NY- M.D. |
| 1984-1988 | New York Law School, New York, NY- J.D. |

**Professional Experience:**

| | |
|---|---|
| 2003- Present | Gracie Square Hospital, 420 East 76th Street, New York, NY 10021, Attending Psychiatrist |
| 2001- Present | Social Psychiatry Research Institute, 3044 Coney Island Avenue, Suite 201 Brooklyn, NY 11235- President |
| 1970- Present | Social Psychiatry Research Institute, 150 East 69th Street, Suite 2H New York, NY 10021 President |
| 1994-Present | LifeSpan DevelopMental Systems, 7 Fox Street, Suite 103, Poughkeepsie, NY 12601 Director of Research |
| 1995 | Admitted to Practice Before United States Supreme Court |
| 1990 | Admitted to New York Bar |
| 1988 | Admitted to New Jersey Bar |
| 1978-1980 | United States Olympic Council on Sports Medicine, New York, NY Chairman, Psychiatry Division |
| 1977 | Wilford Hall Hospital, Lackland Air Force Base, Texas ,Distinguished Visiting Professor |
| 1975-1976 | New York University, New York, NY, Adjunct Professor of Psychology |
| 1967-1968 | Brandeis University,Waltham, MA- Visiting Professor of Anthropology |
| 1962-1964 | Wilford Hall USAF Hospital, Lackland Air force Base, Texas Staff Psychiatrist, Captain USAF, M.D. |
| 1961-1962 | The Institute of Psychiatry, Maudsley Hospital, London, England Clinical Assistant, Postdoctoral Research Fellow (NIMH) |
| 1959-1961 | Henry Phipps Psychiatric Clinic, The Johns Hopkins Hospital, Baltimore, MD Psychiatric Resident |
| 1958-1959 | New York State Medical College (Downstate),Kings County Hospital Center Brooklyn, NY, University Medical Internship |

**Professional Memberships/Organizations:**

American Psychiatric Association (Life Fellow)
American College of Legal Medicine (Fellow)

**Academic Affiliations:**
1967-1998     Cornell University Medical College, New York, NY Clinical Associate Professor of Psychiatry

Ari Kiev, M.D.
Page 1 of 2

Investigator Signature          4-1-05          Date

240

CONFIDENTIAL
AZSER12777365

BEST COPY AVAILABLE

D1447C00127: _____ 0011

**Academic Affiliations cont'd:**

| | |
|---|---|
| 1967-1998 | New York Hospital, New York, NY- Associate Attending Psychiatrist |
| 1966-1967 | College of Physicians and Surgeons, Department of Psychiatry, Columbia University, New York, NY Field Station Director Psychiatric Epidemiology Research Unit |
| 1964-1967 | New York State Psychiatric Institute, New York, NY; Assistant Attending Psychiatrist |
| 1964-1967 | Department of Psychiatry, College of Physicians and Surgeons Columbia University, New York, NY- Research Associate |

**Medical Licenses:**

New York Registration # 083337-1    •   New Jersey Registration # MA20261
New York DEA # AK 1795559    •   New Jersey DEA # BK 2206630

**Certifications:**

1965          American Board of Psychiatry and Neurology

**Publications:**      Available upon request.

**Selected Research Experience:  2004-2005**

A Commplarison Of Duloxetine Hydrochloride Venlafaxine Extended Reserase, And Placebo In The Treatment Of **Generalized Anxiety Disorder** F1J-MC-HMDU

A Twelve-Week, Multi-Center, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Active Controlled, Escalating Dose Study To Compare The Effects On **Sexual Functioning** Of Bupropion Hydrochloride Extended-Release (WELLBUTRINTM XL, 150-450 Mg/Day) And Extended-Release Venlafaxine (EFFEXOR XR, 75-225 Mg/Day) In Subjects With **Major Depressive Disorder** 100368

A 1-Year, Double-Blind, Randomized, Placebo-Controlled, Study Of Rasagiline 1 Mg And 2 Mg Added To Aricept® 10 Mg Daily In Patients With Mild To Moderate Dementia Of The **Alzheimer's Type** TVP-1012-A001-201

A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study Of The Safety And Efficacy Of Aripiprazole As Adjunctive Therapy In The Treatment Of Patients With **Major Depressive Disorder** CN138-163

A Multicenter, Randomized, Double-Blind, Placebo Controlled Study Of Aripiprazole In The Treatment Of Patients With **Bipolar I** Disorder With A Major Depressive Episode CN138-146

A Multicenter, Open-Label, Flexible-Dose, Parallel-Group Evaluation Of The Cataractogenic Potential Of Quetiapine Fumarate (SEROQUEL TM) And Risperidone (RISPERDAL TM) In The Long-Term Treatment Of Patients With **Schizophrenia Or Schizoaffective Disorder**- 5077IL/0089

A Four-Week Double Blind Multi-Center Study Comparing The Efficacy And Safety Of Ziprasidone To Aripiprazole In Subjects With **Schizophrenia Or Schizoaffective Disorder** Needing Inpatient Care A1281110

The Comparison Of Efficacy And Safety Of Continuing Olanzapine To Switching To Quetiapine In **Overweight Or Obese Patients With Schizophrenia Or Schizoaffective Disorder** F1D-US-HGLR

Depression Response To Eszopiclone In Adults With Major Depressive Disorder (DREAMDD):  A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, 8-Week, Safety And Efficacy Study Of Eszopiclone 3 Mg Compared To Placebo In Subjects With **Insomnia Related To Major Depressive Disorder** 190-052

A 5-Week, Randomized, Double-Blind, Placebo-Controlled Multi-Center Study Of [S,S]-Reboxetine In Patients With **Postherpetic Neuralgia** (PHN), Who Are Gabapentin Treatment Failures  A6061001

A Twelve-Week, Double-Blind, Placebo-Controlled, Randomized, Multicenter Study With Follow-Up Evaluating The Safety And Efficacy Of Varenicline Tartrate (CP-526,555) In Comparison To Zyban For **Smoking Cessation** A3051028

Ari Kiev, M.D.
Page 2 of 2

CONFIDENTIAL
AZSER12777366

BEST COPY AVAILABLE

D1447C00127: #0012

# CURRICULUM VITAE

## J. Gary Booker, MD
October 2005

**WORK ADDRESS:** J. Gary Booker, MD, APMC
851 Olive Street
Shreveport, LA 71104-2136
Phone: (318) 227-9600 Fax : (318) 227-9601

**RESEARCH UNIT:** 1842 Irving Place
Shreveport, LA 71101

**LICENSURE:** State of Louisiana #017803
State of Missouri #MD R6J42

**CERTIFICATION:** Board Certified, Psychiatry #44246

**HOSPITAL AFFILIATIONS:**

Active:        Promise Specialty Hospital (was Lagniappe Hospital until 7/2003)
               Christus Schumpert Hospital
Courtesy:      Doctors' Hospital
               Dubuis Hospital
               LifeCare Hospital

**ASSOCIATIONS:**    Louisiana Alzheimer's Association
                     Secretary, State Chapter, 2004-2005
                     President, Northwest Chapter, 2000 - 2001

**PROFESSIONAL MEMBERSHIPS:**

               American Medical Association
               Southern Medical Association
               American Psychiatric Association
               Louisiana Psychiatric Association
               American Association for Geriatric Psychiatry

**EDUCATION:**

St. Louis University Medical Center, St. Louis, MO, Fellowship in Geriatric Psychiatry, 1989-1990
Louisiana State University Medical Center, Shreveport, LA, Residency in Psychiatry, 1985-1988
Louisiana State University Medical Center, New Orleans, LA, Internship-Internal Medicine, 1984-1985
Louisiana State University Medical Center, Shreveport, LA, Medical Doctor, 1984
Louisiana State University-Shreveport, Shreveport, LA, Bachelor of Science, 1981

242

CONFIDENTIAL
AZSER12777367

BEST COPY AVAILABLE

# CURRICULUM VITAE

## J. Gary Booker, MD

**EMPLOYMENT**:

Private Practice, J. Gary Booker, M.D. APMC, December 1997-Present
Medical Director, Promise Specialty Hospital Psychiatric Unit, Shreveport, LA, April 1998-Present
Medical Director, Promise Outpatient Day Program, Shreveport, LA, January 2003-Present
Deputy Coroner Psychiatrist, Caddo Parish Louisiana, December 1997-Present
Principle Investigator, J. Gary Booker, MD, APMC dba GGS Psychiatric Clinic, Dec 1997-June 1999
Medical Director, LSU Med Center-Shreveport, Psychiatry Inpatient Unit, Feb 1997-Dec 1997
Assistant Director, LSU Med Center-Shreveport, Psychopharmacology Research, Sept 1995-Dec 1997
Assistant Professor, LSU Medical Center-Shreveport, May 1993-Dec 1997
Private Practice - July 1991-April 1993
Director of Geriatric Psychiatry, Schumpert Med Center, Dept of Psychiatry, Dec 1988-June 1989
Private Practice, Briarwood Hospital, Alexandria, LA, July 1988-Dec 1988

**MILITARY SERVICE**:

United States Navy Reserve, Commission, Lieutenant Commander Medical Corp, 1986 - 1990
United States Navy, Nuclear Power Program, 1972 - 1978

**HONOR SOCIETY**:  Alpha Sigma Omicron

**PUBLICATIONS**:

Booker J., Dailey J., Jobe P., and Lane J., Cerebral cortical GABA and benzodiazepine binding sites in genetically seizure prone rats.  Life Sciences, Vol. 39, pp. 799-806, 1986.

2

CONFIDENTIAL
AZSER12777368

BEST COPY AVAILABLE

# CURRICULUM VITAE

## J. Gary Booker, MD

**RESEARCH:**

A Double Blind, Placebo-Controlled Study of VP4896 for the Treatment of Mild-to-Moderate Alzheimer's Disease
Principle Investigator: J. Gary Booker, MD
Voyager Pharmaceutical Corporation, October 2005-Present

A Double Blind, Placebo-Controlled, Dose-Ranging, Parallel-Group Study in Adults with Cognitive Impairment Associated with Schizophrenia (CIAS)
Principle Investigator: J. Gary Booker, MD
Saegis Pharmaceuticals, Inc., October 2005-Present

A Randomized, Double Blind, Placebo-Controlled, Efficacy, Safety, and Tolerability Study of Bifeprunox in the treatment of Elderly Subjects with Psychosis and Behavioral Disturbances Associated with Dementia of the Alzheimer's Type
Principle Investigator: J. Gary Booker, MD
Solvay Pharmaceuticals, July 2005-Present

A Randomized, Crossover Study to Evaluate the Overall Safety & Tolerability of Paliperidone Palmitate Injected in the Deltoid or Gluteus Muscle in Subjects with Schizophrenia
Principle Investigator: J. Gary Booker, MD
Johnson & Johnson Pharmaceutical Research & Development, LLC, June 2005 – Present

A Double Blind, 40-Week Continuation Study Evaluating the Safety of Asenapine and Olanzapine in the Treatment of Subjects With Acute Mania
Principle Investigator: J. Gary Booker, MD
Organon/Pfizer, June 2005—Present

A Double Blind, 9-Week Extension Study Evaluating the Safety and Maintenance of Effect of Asenapine vs. Olanzapine in the Treatment of Subjects With Acute Mania
Principle Investigator: J. Gary Booker, MD
Organon/Pfizer, July 2005—Present

An International, Multicenter, Double Blind, Randomized, Parallel-Group, Placebo-Controlled, Phase III study of the Efficacy and Safety of Quetiapine Fumarate (Seroquel@, single oral 300mg or 600mg dose) and Paroxetine as Monotherapy in Adult Patients with Bipolar Depression for 8 Weeks and in Continuation Treatment for 26 up to 52 Weeks.
Principle Investigator: J. Gary Booker, MD
AstraZeneca Pharmaceuticals LP, May 2005--Present

A Phase III, Randomized, Placebo-Controlled, Double Blind Trial Evaluating the Safety and Efficacy of Sublingual Asenapine vs. Olanzapine and Placebo in In-Patients with an Acute Manic Episode
Principle Investigator: J. Gary Booker, MD
Organon/Pfizer, May 2005—Present

3

CONFIDENTIAL
AZSER12777369

## CURRICULUM VITAE

### J. Gary Booker, MD

A Multicenter, Randomized, Double Blind, Fixed-Dose, 6-Week Trial of the Efficacy and Safety of
Asenapine Compared with Placebo Using Haloperidol Positive Control in Subjects with an Acute
Exacerbation of Schizophrenia
Principle Investigator:  J. Gary Booker, MD
Organon/Pfizer, March 2005—Present

A Double Blind, Phase II, Safety and Efficacy Evaluation of ONO-2506PO in Patients with Mild to
Moderate Alzheimer's Disease
Principle Investigator: J. Gary Booker, MD
Ono Pharma USA, Inc, February 2005--Present

A Randomized, Double Blind, Placebo-Controlled, Multicenter Study to Evaluate the Efficacy, Safety
and Tolerability of Licarbazepine 750-2000 mg/d as Adjunctive Therapy to Lithium or Valproate in the
Treatment of Manic Episodes of Bipolar I Disorder Over 6 Weeks
Principle Investigator: J. Gary Booker, MD
Novartis, February 2005--Present

A Randomized, Double Blind, Placebo-Controlled, Parallel-Group, Dose Response Study to Evaluate
the Efficacy and Safety of 3 Fixed Doses (25 mg eq, 50 mg eq, and 100 mg eq) of Paliperidone Palmitate
in Subjects With Schizophrenia
Principle Investigator: J. Gary Booker, MD
Johnson & Johnson Pharmaceutical Research & Development, LLC, January 2005 – April 2005

A Randomized, Double Blind, Placebo- and Active-Controlled, Parallel-Group, Dose-Response Study to
Evaluate the Efficacy and Safety of 3 Fixed Dosages of Extended Release OROS Paliperidone (3, 9, and
15mg/day) and Olanzapine (10 mg/day), With Open-Label Extension, in the Treatment of Subjects With
Schizophrenia
Principle Investigator: J. Gary Booker, MD
Johnson & Johnson Pharmaceutical Research & Development, LLC, December 2004 – January 2005

A Randomized, Double Blind, Placebo-Controlled Evaluation of the Effectiveness and Safety of
Memantine in Nursing Home residents with Moderate to Severe Alzheimer's Disease
Principle Investigator: J. Gary Booker, MD
Forest Research Institute, December 2004 -- Present

A Randomized, Double Blind, Parallel-Group, Placebo-Controlled, Fixed-Dose Study Evaluating the
Efficacy and Safety of GW679769 in Subjects with Major Depressive Disorder
Principle Investigator: J. Gary Booker, MD
GlaxoSmithKline, November 2004 - Present

A Multicenter, Randomized, Double Blind, Placebo Controlled Study of Aripiprazole Monotherapy in
the Treatment of Acutely Manic Patients with Bipolar I Disorder
Principle Investigator: J. Gary Booker, MD
Bristol-Myers Squibb Pharmaceutical Research Institute, July 2004-Present

4

CONFIDENTIAL
AZSER12777370

## CURRICULUM VITAE

### J. Gary Booker, MD

A Four-Week, Double Blind, Multicenter Study Comparing the Efficacy and Safety of Ziprasidone to Aripiprazole in Subjects with Schizophrenia or Schizoaffective Disorder Needing Inpatient Care
Principle Investigator: J. Gary Booker, MD
Pfizer, May 2004--March 2005

A Multicenter, Double Blind, Placebo Controlled, Fixed Dose, 8 Week Evaluation of the Efficacy and Safety of Lamotrigine in the Treatment of Major Depression in Patients with Type II Bipolar Disorder
Principle Investigator: J. Gary Booker, MD
GlaxoSmithKline, May 2004-Present

A Multicenter, Randomized, Parallel-group, Double blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800mg daily in divided doses) to Placebo When used as Adjunct to Mood Stabilizers (Lithium or Divaproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients
Principle Investigator: J. Gary Booker, MD
AstraZeneca Pharmaceuticals LP, March 2004-Present

A Randomized, Double Blind, Placebo- and Active-Controlled, Parallel-Group, Dose-Response Study to Evaluate the Efficacy and Safety of 2 Fixed Dosages of Extended Release OROS Paliperidone (6 and 12 mg/day) and Olanzapine (10mg/day), with Open-Label Extension, in the Treatment of Subjects with Schizophrenia
Principle Investigator: J. Gary Booker, MD
Johnson & Johnson Pharmaceutical Research & Development, LLC, December 2003—January 2005

Psychometric Validation of a Functional Questionnaire for Use in Bipolar Disorder
Principle Investigator: J. Gary Booker, MD
Research Triangle Institute, January 2004 – January 2005

A Randomized, Multicenter, Double-Blind, Placebo-Controlled, 18-Month Study of the Efficacy of Xaliprodem in Patients with Mild-to-Moderate Dementia of the Alzheimer's Type
Principle Investigator: J. Gary Booker, M.D.
Sanofi~Synthelabo, December 2003 – Present

A Randomized, Double-Blind, Placebo-Controlled, Dose-Response Study of R209130 in the Treatment of Bipolar I Disorder, Most Recent Episode Depressed
Principle Investigator: J. Gary Booker, M.D.
Johnson & Johnson Pharmaceutical Research & Development, LLC, December 2003 – February 2004

A Randomized Double-Blind, Placebo-Controlled, Dose-Response Study of R209130 in Subjects with Schizophrenia Who Have Predominantly Negative Symptoms
Principle Investigator: J. Gary Booker, M.D.
Johnson & Johnson Pharmaceutical Research & Development, LLC, May 2003 – December 2003

5

CONFIDENTIAL
AZSER12777371

BEST COPY AVAILABLE

# CURRICULUM VITAE

## J. Gary Booker, MD

A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Flexible-Dose Study
Evaluating Efficacy, Safety, and Tolerability of Once-Daily Oral GW353162 (40-60mg) Versus Placebo
in Subjects with Major Depressive Disorder Over an Eight-Week Treatment Period
Principal Investigator:  J. Gary Booker, M.D.
GlaxoSmithKline, May 2003 – February 2004

A Randomized, Double Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Neramexane
Monotherapy in Patients with Moderate to Severe Dementia of the Alzheimer's Type
Principal Investigator:  J. Gary Booker, M.D.
Forest Research Institute, February 2003 – November 2004

A Randomized, Double Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Neramexane
in Patients with Moderate to Severe Dementia of the Alzheimer's Type
Principal Investigator:  J. Gary Booker, M.D.
Forest Research Institute, February 2003  - November 2004

A Double Blind, Flexible-Dose Comparison of the Safety and Efficacy of Escitalopram and Placebo in
the Treatment of Geriatric Depression
Principle Investigator:  J. Gary Booker, M.D.
Forest Research Institute, February 2003 – September 2004

A Phase II Double-Blind, Randomized, Dose-Ranging, Placebo-Controlled, Multicenter, Safety and
Efficacy Evaluation of Three Doses of NS 2330 In Patients with Mild to Moderate Dementia of the
Alzheimer's Type
Principal Investigator:  J. Gary Booker, M.D.
Boehringer Ingelheim Pharmaceuticals, Inc., January 2003 – November 2004

A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of Quetiapine
Fumarate (Seroquel) and Placebo in the Treatment of Agitation Associated With Dementia
Principal Investigator:  J. Gary Booker, M.D.
AstraZeneca Pharmaceuticals LP, October 2002 – January 2004

A Randomized, Double Blind, Dose-Ranging Study of Intramuscular Aripiprazole in the Treatment of
Acute Agitation in Patients with a Diagnosis of Schizophrenia, Schizoaffective, or Schizophreniform
Disorder
Principal Investigator:  J. Gary Booker, M.D.
Bristol Myers Squibb Pharmaceuticals, Inc., October 2002 – February 2003

A Multicenter, Double Blind, Double-Dummy, Placebo-Controlled, Randomized, Parallel Group
Evaluation of the Efficacy and Safety of a Fixed-Dose of Talnetant versus Placebo versus Risperidone in
Subjects With Schizophrenia
Principal Investigator:  J. Gary Booker, M.D.
GlaxoSmithKline, September 2002 – March 2003

6

CONFIDENTIAL
AZSER12777372

BEST COPY AVAILABLE

# CURRICULUM VITAE

## J. Gary Booker, MD

Topiramate versus Placebo as Add-On Treatments in Subjects with Bipolar Disorder in the Outpatient Setting
Principal Investigator:  J. Gary Booker, M.D.
Ortho-McNeil Pharmaceuticals, May 2002 – December 2003

A Long-Term Extension Study Evaluating the Safety and Tolerability of Four Memantine Dosing Regimens in Patients with Moderate to Severe Dementia of the Alzheimer's Type
Principal Investigator:  J. Gary Booker, M.D.
Forest Research Institute, July 2002 – November 2004   -

A Randomized, Double Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Memantine in Patients with Moderate to Severe Dementia of the Alzheimer's Type
Principal Investigator:  J. Gary Booker, M.D.
Forest Research Institute, July 2002 – February 2003

A Randomized, Double Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Memantine in Patients with Mild to Moderate Dementia of the Alzheimer's Type
Principal Investigator:  J. Gary Booker, M.D.
Forest Research Institute, April 2002 – February 2003

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Study Evaluating Efficacy and Safety of SB-29060 Controlled Release (12.5 and 25 mg/day) versus Placebo in Patients with Major Depressive Disorder
Principal Investigator:  J. Gary Booker, M.D.
GlaxoSmithKline, March 2001 – September 2001

A Multicenter, Randomized, Double-Blind Study of Flexible Doses of Aripiprazole versus Perphenazine in the Treatment of Patients with Treatment Resistant Schizophrenia
Principal Investigator:  J. Gary Booker, M.D.
Bristol-Myers Squibb Pharmaceuticals, Inc., August 2001 – December 2001

A Multicenter, Double-Blind, Randomized Comparison of the Efficacy and Safety of Quetiapine Fumarate (SEROQUEL) and Risperidone (RISPERDAL) in the Treatment of Patients with Schizophrenia
Principal Investigator:  J. Gary Booker, M.D.
AstraZeneca, June 2001 – August 2002

Efficacy and Safety of a Flexible Dose of Risperidone versus Placebo in the Treatment of Psychosis of Alzheimer's Disease
SubInvestigator:  J. Gary Booker, M.D.
Janssen Research Foundation, March 2001 – June 2001

7

CONFIDENTIAL
AZSER12777373