# CURRICULUM VITAE

## J. Gary Booker, MD

A Randomized, Double-Blind, Multicenter, Placebo-Controlled 12-Week Study of the Safety and Efficacy of Two Doses of Topiramate Versus Placebo for the Treatment of Acute Manic or Mixed Episodes in Subjects with Bipolar I Disorder with an Optional Open-Label Extension
Principal Investigator: J. Gary Booker, M.D.
R.W. Johnson, April 2001 – November 2002

A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of Three Fixed Doses of Aripiprazole in the Treatment of Institutionalized Patients with Psychosis Associated with Dementia of the Alzheimer's Type
Principal Investigator: J. Gary Booker, M.D.
Bristol-Myers Squibb Pharmaceuticals, Inc., February 2001 – August 2003

A Double Blind, Placebo-Controlled, Parallel-Group Assessment of the Selegiline Transdermal System in the Prevention of Relapse of Symptoms Associated with Major Depression
Principal Investigator: J. Gary Booker, M.D.
Somerset Pharmaceuticals, Inc., July 1999 – June 2000

R-Fluoxetine Versus Placebo in the Treatment of Major Depression.
Principal Investigator: J. Gary Booker, M.D.
Eli Lilly, February 1999 – June 2000

A Randomized, Double-Blind, Placebo and Risperidone Controlled, Multi-Center Study to Evaluate the Efficacy and Safety of Two Nonoverlapping Dose Ranges of Iloperidone given BID for 42 Days to Schizophrenic Patients with Acute or Subacute Exacerbation, followed by a Risperidone-Controlled, Long-Term Treatment Phases with Iloperidone given QD
Principal Investigator: J. Gary Booker, M.D.
Novartis, January 1999 – June 2000

A Randomized, Double-Blind, Placebo-Controlled, Multi-Center Trial to Demonstrate the Clinical Efficacy and Safety of Two Different Doses of Ginkgo Biloba Special Extract Egb761 in Patients Suffering from Dementia of the Alzheimer's Type According to DSM-IV and NINCDS/ADRDA Criteria
Principal Investigator: J. Gary Booker, M.D.
Schwabe, November 1998 – April 2000

A Double Blind, Placebo-Controlled Study of Depakote in the Treatment of Signs and Symptoms of Mania in Elderly Patients with Dementia
Principal Investigator: J. Gary Booker, M.D.
Abbott Laboratories, November 1998 – July 1999

A Phase II, Six-Week, Double Blind, Placebo and Olanzapine Controlled Study Evaluating the Safety and Efficacy of Oral CP-361, 428 in Schizophrenia and Schizoaffective Disorder, Study #245-102-5015
Principal Investigator: J. Gary Booker, M.D.
Pfizer, November 1998 – December 1999

8

CONFIDENTIAL
AZSER12777374

BEST COPY AVAILABLE

# CURRICULUM VITAE

## J. Gary Booker, MD

Intermittent Dosing of Fluoxetine in the Treatment of Premenstrual Dysphoric Disorder: Late Luteal Phase Daily Dosing versus Placebo
Principal Investigator: J. Gary Booker, M.D.
Eli Lilly, October 1998 – December 1999

A Multi-Center, Open-Label, Long-Term, Safety and Efficacy Study of M100907 Tablets Once Daily in Subjects with Schizophrenia and Other Psychotic Disorders
Principal Investigator: J. Gary Booker, M.D.
Hoechst-Roussel, October 1998 – September 1999

An Open-Label Follow-On Study of the Long-Term Safety of Aripiprazole Administered Orally in Patients with Psychosis
Principal Investigator: J. Gary Booker, M.D.
Otsuka, September 1998 – June 2000

An Open-Label Comparison of the Neurocognitive Effects in Aripiprazole and Olanzapine Administered Orally in Patients with Stable Psychosis
Principal Investigator: J. Gary Booker, M.D.
Otsuka, September 1998 – June 2000

An Open-Label Follow-On Study of the Long Term Safety of Aripiprazole in Patients with Chronic Schizophrenia
Principal Investigator: J. Gary Booker, M.D.
Otsuka, September 1998 – June 1999

A Multi-Center, Randomized, Double Blind, Active-Controlled Study to Compare the Long-Term Maintenance Effects and Safety of Aripiprazole and Haloperidol Following Acute Relapse in Schizophrenic Patients
Principal Investigator: J. Gary Booker, M.D.
Otsuka, September 1998 – June 1999

Olanzapine versus Divaproex in the Treatment of Acute Mania
Principal Investigator: J. Gary Booker, M.D.
Eli Lilly, September 1998 – April 2000

A Six-Week, Double-Blind, Placebo and Fluoxetine-Controlled Multi-Center Study to Evaluate the Safety and Efficacy of Oral CP-122,721 in Outpatients with Major Depressive Disorder
Principal Investigator: J. Gary Booker, M.D.
Pfizer Inc., August 1998 – June 1999

A Multi-Center, Open-Label, Long-Term Follow-Up Safety Study of M100,907 Tablets in Schizophrenic and Schizoaffective Subjects who Participated in Protocol M100907/30001 or M100907/3002
Principal Investigator: J. Gary Booker, M.D.
Hoechst-Roussel Pharmaceuticals Inc., May 1998 – February 1999

CONFIDENTIAL
AZSER12777375

BEST COPY AVAILABLE

# CURRICULUM VITAE

## J. Gary Booker, MD

A Multi-Center, Placebo and Active Control, Double Blind, Randomized Study of the Efficacy, Safety and Pharmacokinetics of M100907 (10 and 20mg/d) in Schizophrenic and Schizoaffective Patients
Principal Investigator: J. Gary Booker, M.D.
Hoechst-Roussel Pharmaceutical Inc., April 1998 – September 1998

A Phase III Randomized Study, Comparing 2 Doses of Intramuscular Ziprasidone (2mg and 10mg) in Subjects with Psychosis and Acute Agitation
SubInvestigator: J. Gary Booker, M.D.
Pfizer Inc., March 1997 – May 1997

An Open Extension Study Evaluating the Safety and Outcome of 40-20mg daily of Ziprasidone in the Treatment of Subjects Who Have Participated in Previous Ziprasidone Clinical Trials
SubInvestigator: J. Gary Booker, M.D.
Pfizer Inc., March 1997 – May 1977

An Open-Label Study to Evaluate the Safety and Efficacy of 1.5mg BID (3mg/day) through (6mg/day) of Exelon in Patients with Mild to Severe Probable Alzheimer's Disease in the Community Setting
SubInvestigator: J. Gary Booker, M.D.
Novartis, March 1997- December 1997

An Open-Label, Follow On Study of the Long Term Safety of Aripiprazole in Patients with Psychosis
Principal Investigator: J. Gary Booker, M.D.
Otsuka America Pharmaceutical Inc., September 1997 – December 1997

Quetiapine (SEROQUEL) Experience with Safety and Tolerability (QUEST)
Principal Investigator: J. Gary Booker, M.D.
Zeneca Pharmaceuticals, October 1997 – December 1997

A Double Blind, Placebo-Controlled, Multi-Center Study Evaluating the Efficacy and Safety of SR 46349B in Outpatients with Major Depression
SubInvestigator: J. Gary Booker, M.D.
Sanofi Research Division, October 1997 – December 1997

A Double Blind, Placebo-Controlled, Parallel-Group, Comparison of Venlafaxine Extended-Release Capsules and Buspirone in Outpatients with GAD
SubInvestigator: J. Gary Booker, M.D.
Wyeth-Ayerst Research, January 1996 – April 1997

Mazapertine Dose-Finding Trial, Comparing Three Fixed Doses of Mazapertine to Risperidone and Placebo: Multi-Center, Double-Blind, Parallel-Group Study
Principal Investigator: J. Gary Booker, M.D.
Janssen Pharmaceuticals, January 1996 – June 1996

10

CONFIDENTIAL
AZSER12777376

BEST COPY AVAILABLE

## CURRICULUM VITAE

**J. Gary Booker, MD**

A Ten Week, Double Blind, Placebo-Controlled Multi-Center Study to Evaluate the Efficacy and Safety of Oral CP-93, 393-1 in Outpatients with Major Depressive Disorder
SubInvestigator: J. Gary Booker, M.D.
Pfizer Inc., July 1996 – July 1997

A Ten-Week, Double-Blind, Placebo-Controlled, Multi-Center Study to Evaluate the Efficacy and Safety of Oral CP-39, 393-1 in Outpatients with Generalized Anxiety Disorder
SubInvestigator: J. Gary Booker, M.D.
Pfizer Inc., July 1996 – December 1997

Safety and Efficacy of the Xanomeline Transdermal Therapeutic System (TTS) in Patients with Mild to Moderate Alzheimer's Disease
Principal Investigator: J. Gary Booker, M.D.
Eli Lilly Research Laboratories, October 1996 – September 1997

Flesinoxan in the Treatment of Generalized Anxiety Disorder: A Multi-Center, Double Blind, Parallel, Placebo-Controlled Dose Range Study in Outpatients
SubInvestigator: J. Gary Booker, M.D.
Solvay Pharmaceuticals, March 1995 – April 1996

A Multi-Center, Placebo-Controlled Study of Relapse-Prevention by Long Term Treatment with High or Low Doses of ORG 4428 in Outpatients with Recurrent Major Depressive Episode
SubInvestigator: J. Gary Booker, M.D.
Organon Inc., April 1995 – March 1996

Forty-Eight Week Efficacy and Safety Study of Propentofylline (HWA 285) in Patients with Alzheimer's Disease
SubInvestigator: J. Gary Booker, M.D.
Hoechst-Roussel Pharmaceuticals Inc., April 1995 – April 1997

Twenty-Four Week Efficacy and Safety Study of Propentofylline (HWA 285) in Patients With Alzheimer's Disease
SubInvestigator: J. Gary Booker, M.D.
Hoechst-Roussel Pharmaceuticals Inc., April 1995 – April 1997

A Forty-Week, Double-Blind Study Evaluating the Safety and Efficacy of Two Dose Regimens of Oral Ziprasidone (CP-93,393-1) (80-120mg, QD and 40-80mg,BID) and Haloperidol (5-20mg/d) in the Maintenance Treatment of Outpatients With Schizophrenia or Schizoaffective Disorder
SubInvestigator: J. Gary Booker, M.D.
Pfizer Inc., December 1994 – March 1997

CONFIDENTIAL
AZSER12777377

## CURRICULUM VITAE

### J. Gary Booker, MD

A Sixteen-Week, Open-Label Safety Study of Tacrine with Monitoring of Serum Alanine Aminotransferance (ALT) at Weeks 4,6,8,12, and 16
SubInvestigator: J. Gary Booker, M.D.
Parke-Davis Pharmaceutical Research, January 1995 – October 1995

A Prospective, Multi-Center, Open-Label Study of Serzone (Nefazodone) Management of Patients with Symptoms of Depression in General Psychiatric Practices
Principal Investigator: J. Gary Booker, M.D.
Bristol-Meyers Squibb Pharmaceuticals, Inc., January 1995 – October 1995

A Double Blind, Placebo-Controlled Study of Venlafaxine and Venlafaxine-SR in Outpatients with Major Depression
SubInvestigator: J. Gary Booker, M.D.
Wyeth-Ayerst Research, May 1994 – March 1995

A Double Blind, Placebo-Controlled, Parallel-Group, T.I.D. Dose-Finding Study of Adatanserin Hydrochloride Capsules in Outpatients with General Anxiety Disorder
SubInvestigator: J. Gary Booker, M.D.
Wyeth-Ayerst Research, August 1994 – October 1995

A Double Blind, Placebo-Controlled Dose Escalation Study of the Safety and Efficacy of Oral Ondansetron in the Treatment of Patients with Panic Disorder
SubInvestigator: J. Gary Booker, M.D.
Glaxo Inc., September 1994 – October 1995

Olanzipine vs. Haloperidol in the Treatment of Schizophrenia and Other Psychotic Disorders
SubInvestigator: J. Gary Booker, M.D.
Eli Lilly Research Laboratories, October 1993 – February 1997

A Thirty-Week, Multi-Center, Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of E2020 in Patients with Alzheimer's Disease
Principal Investigator: J. Gary Booker, M.D.
Eisai America, Inc., November 1993 – April 1997

A Study for the Evaluation of Safety, Tolerance and Steady State Pharmacokinetics of HP 873 up to 16mg/day Administered to Hospitalized Schizophrenic Patients for 28 days
SubInvestigator: J. Gary Booker, M.D.
Hoechst-Roussel Pharmaceutical, Inc., December 1994 – March 1996

A Controlled Study of Ondansetron in the Treatment of Primary Degenerative Dementia of the Alzheimer-Type
SubInvestigator: J. Gary Booker, M.D.
Glaxo Inc., September 1993 – March 1995

12

CONFIDENTIAL
AZSER12777378

BEST COPY AVAILABLE

# CURRICULUM VITAE

**J. Gary Booker, MD**

Multi-Center, 36-Week, Double Blind, Parallel-Group Safety, Tolerance and Efficacy Comparison of
Placebo and Mentane (225mg/d, 300mg/d and 375mg/d) in Outpatients with Alzheimer's Disease
SubInvestigator: J. Gary Booker, M.D.
Hoechst-Roussel Pharmaceutical, Inc., September 1993 – May 1994

13

254

CONFIDENTIAL
AZSER12777379

BEST COPY AVAILABLE

D1447C00127: 0014

10-3003

# Guy E. Brannon, M.D.

### *Curriculum Vitae*

**Education:**

*Louisiana State University Medical Center*, Shreveport, Louisiana
Department of Psychiatry
Chief Resident 1998-1999
**Residency Completed**: 1995-1999

*Louisiana State University Medical Center*, Shreveport, Louisiana
Dr. John M. Bick Award (Louisiana Psychiatric Medical Association)
Borroughs Welcome U.S. Psychiatric Congress Fellow
Chairman's Certificate of Award - Psychiatry Department
**M.D. Awarded**: June 1995

*Louisiana State University*, Shreveport, Louisiana
**Bachelor of Science Degree** in Biology (Cum Laude)
Graduation: May 1991

*Airline High School*, Bossier City, Louisiana
**High School Diploma** with Honors
Graduation: May 1986

**Professional Experience:**

| | |
|---|---|
| Principal Investigator<br>**Brentwood Research Institute**<br>1002 Highland Avenue<br>Suite 400<br>Shreveport, LA 71101 | 2003 - present |
| Director of Clinical Research<br>Director of Adult Psychiatric Unit<br>**Brentwood, A Behavioral Health Company** | 2000 - present<br>2000 - present |
| Assistant Clinical Professor of Psychiatry<br>Teacher of the Year 2001-2002<br>**Department of Psychiatry**<br>**Louisiana State University Health Science Center** | 1999 - present |
| Adjunct Professor of Psychology<br>**Louisiana State University in Shreveport** | 2002 - present |

1002 Highland Avenue
Suite 400
Shreveport, LA 71101

Telephone – (318) 227-4565
Fax - (318) 227-4564
E-mail - REDACTED

CONFIDENTIAL
AZSER12777380

**Professional Experience:**   (continued)

Medical Director                                  2000 - 2003
**First Step Services**

Psychiatric Consultant
**Family Services Unlimited**                     2002 - present
**Vision Integrated Programs, Inc.**              2001 - present
**Louisiana Methodist Children's Home**           2000 - present
**Volunteers of America**                         2001 - 2003
**Samaritan Counseling Center**                   2000 - 2003
**Spectrum Rehabilitation Center**                2001

**Staff Privileges:**

Brentwood, A Behavioral Health Company
Christus-Schumpert Medical Center
Louisiana State University Health Science Center

**Publications:**

**Brannon, G.E.**  Schizoaffective Disorder.
*eMedicine Journal* - March 2002
**Brannon, G.E.**  Inhalant-Related Psychiatric Disorders.
*eMedicine Journal* - June 2002
**Brannon, G.E.**  History and Mental Status Exam.
*eMedicine Journal* - April 2002
**Brannon, G.E.**  Paraphilias.
*eMedicine Journal* June 2001
**Brannon, G.E.** and Rolland, P.D.  Anorgasmia in a Patient with Bipolar Disorder
Type I Treated with Gabapentin.
*Journal of Clinical Psychopharmacology* - 2000; 20(3):379-381
**Brannon, G.E.**, Rolland, P.D., and Gary, J.M.  Use of Mirtazapine as
Prophylactic Treatment for Migraine Headache.
*Psychosomatics* – 2000; 41(2):153-154
**Brannon, G.E.**, Seizure Disorder Presenting as Psychosis -- *In Press*
Rolland, P.D., Kablinger, A.S., **Brannon, G.E.**, and Freeman, A.M.  Treatment of
Generalized Anxiety Disorder with Venlafaxine XR – A Randomized, Double
Blind Trial in Comparison with Buspirone and Placebo.
*Clinical Drug Investigations* – 2000; 19(2):163-165
**Brannon, G.E.**  Therapeutic Alternatives for Treatment-Resistant Depression.
*The Resident Reporter* – 1999; 4(9):33-39
Freeman, A.M., Kablinger, A.S., Rolland, P.D. and **Brannon, G.E.**  Millon
Multiaxial Personality Patterns Differentiate Depressed and Anxious Outpatients.

1002 Highland Avenue                            Telephone – (318) 227-4565
Suite 400                                       Fax - (318) 227-4564
Shreveport, LA  71101                           E-mail - REDACTED

CONFIDENTIAL
AZSER12777381

*The Journal of Depression and Anxiety* – 1999; 10:73-76

**Publications:** **(continued)**

**Brannon, G.E.** and Stone, K.D.  The Use of Mirtazipine in a Patient with Chronic Pain.
*The Journal of Pain and Symptom Management*; 18:382-385
Fitz-Gerald, M.J., Pinofsky, H., and **Brannon, G.E.**  Olanzapine Induced Mania.
*The American Journal of Psychiatry* – 1999; 156;7:1114
**Brannon, G.E.** and Fitz-Gerald, M.J.  Psychiatry Pearls of Wisdom.
*Substance Abuse*.  Boston Medical Publishing Corporation – 1999:180-188
Kablinger, A.S.  **Brannon, G.E.** Rolland, P.D. and Freeman, A.M.  Venlafaxine Versus Buspirone in Treatment of Generalized Anxiety Disorder.
*Journal of the American Pharmaceutical Association* – 1999; 39 (2):258
**Brannon, G.E.**  Personality Pathology in Depression Ups Costs.
*Clinical Psychiatry News* – 1999; 27(1):28
Reeves, R.R., McBride, W., and **Brannon, G.E.**  Olanzapine Induced Mania.
*Journal of American Osteopathic Association* – 1998;98(10):549-550
**Brannon, G.E.** and Kablinger, A.S.  When the Depression Won't Go Away.
*Annals of Clinical Psychiatry* – 1998;10(3):137


**Drug Studies**:

**Takeda Pharmaceuticals North America, Inc.**
A Phase III, Open-Label, Fixed Dose Study to Determine the Safety of Long-Term Administration of TAK-375 in Subjects with Chronic Insomnia.
July 2003-present
**Pfizer, Inc.**
A 12 Week Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of Donepezil Hydrochloride as Adjunctive Therapy in the Treatment of Cognitive Impairment in Patients with Schizophrenia or Schizoaffective Disorder.
July 2003-present
**Abbott Laboratories**
A Randomized, Double-Blind Study of the Safety and Efficacy of an Investigational Medication plus an Atypical Antipsychotic vs. an Atypical Antipsychotic Alone in the Treatment of Schizophrenia.  July 2003-present
**Astra Zeneca**
A Multicenter, Double-blind, Randomized, Placebo-Controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (Seroquel) in the Treatment of Patients with Bipolar Depression.  May 2003-present
**Abbott Laboratories**
A 21-day, Double-Blind, Placebo-Controlled, Parallel-Group Evaluation of the Efficacy and Safety of Depakote ER in the Treatment of the Manic Phase of Bipolar Disorder.  May 2003 - present

1002 Highland Avenue
Suite 400
Shreveport, LA  71101

Telephone – (318) 227-4565
Fax - (318) 227-4564
E-mail - REDACTED

CONFIDENTIAL
AZSER12777382

<u>**Drug Studies**</u>**:  (continued)**

**Bristol-Myers Squibb**
A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Two
Fixed Doses of an Investigational Medication in the Treatment of Hospitalized
Patients with Acute Mania.  July 2001-November 2001
**Johnson & Johnson Pharmaceutical Research & Development**
A Randomized, Double-Blind, Multicenter, Placebo-Controlled 12-week Study of
the Safety and Efficacy of Two Doses of an Investigational Medication vs.
Placebo for the Treatment of Acute Manic or Mixed Episodes in Subjects with
Bipolar I Disorder with an Optional Open-Label Extension.
August 2000 – present
**Bristol-Myers Squibb**
A Multi-Center, Randomized, Double Blind Safety and Tolerability Study of
Flexible Doses of an Investigational Medication in the Treatment of Patients with
Acute Schizophrenia.  March 2000-February 2001
**Bristol-Myers Squibb**
A Multi-center, Randomized, Double-Blind, Placebo-Controlled Study of Flexible
Doses of an Investigational Medication in the Treatment of Hospitalized Patients
with Acute Mania.  February 2000 – August 2001
**Bristol-Myers Squibb**
A Multi-Center, Randomized, Double-Blind, Placebo-Controlled Study of an
Investigational Medication in the Maintenance Treatment of Patients with Bipolar
Disorder.  February 2000 – Present
**Sanofi~Synthelabo**
A Double-Blind, Placebo and Comparator Controlled, Multicenter Study
Evaluating the Safety and Efficacy of an Investigational Medication in
Schizophrenic Patients.  May 1999 – April 2001
**Sanofi~Synthelabo**
An Investigational Medication as Sole Therapy for Bipolar Disorder.
December 1999 – Present
**Sanofi~Synthelabo**
A Double-Blind, Placebo and Comparator Controlled, Multi-Center Study
Evaluating the Safety and Efficacy of an Investigational Medication in
Schizophrenic Patients.  December 1999 – August 2000
**Otsuka America Pharmaceuticals, Inc.**
An Open-Label Follow-on Study of the Long Term Safety and Efficacy of
Aripiprazole Administered Orally in Patients with Psychotic Disorders or
Psychotic Behaviors of Dementia.  September 1999 – Present
**Glaxo Wellcome**
A Multi-Center, Double-Blind, Placebo-Controlled, Evaluation of the Safety and
Efficacy of an Investigational Medication Compared to Placebo in the Treatment
of an Acute Manic of Mixed Episode in Patients who have Bipolar Disorder.
January 1999 – November 1999

1002 Highland Avenue                          Telephone – (318) 227-4565
Suite 400                                                      Fax - (318) 227-4564
Shreveport, LA  71101                          E-mail - REDACTED

CONFIDENTIAL
AZSER12777383

**Drug Studies: (continued)**

**Otsuka America Pharmaceuticals, Inc.**
A Phase III, Open-Label, Treatment-Switching Study from Orally Administered
Antipsychotic Monotherapy to Orally Administered Aripiprazole Monotherapy on
the Treatment of Chronic Paranoid Schizophrenia and Schizoaffective Patients.
September 1998 – August 2000
**Eli Lilly & Co.**
Olanzapine versus Divalproex in the Treatment of Acute Mania.
September 1998 – August 2000
**Pfizer**
A MultiCenter, Placebo-Controlled, Double-Blind Study Comparing the Safety
and Efficacy of Ziprasidone and Olanzapine in Subjects with Schizophrenia and
Schizoaffective Disorder needing Inpatient Care.  June 1998 – Present
**Pfizer**
A Double-Blind Six Month Continuation Protocol for Subjects who Successfully
Completed Protocol #R-0548.  June 1998 – August 1999
**Pfizer**
A 52 Week, Open Extension Study Evaluating the Safety and Efficacy of
Continued Administration of 40-160mg Daily of Oral Ziprasidone in the Treatment
of Subjects who have participated in Previous  Clinical Trials.
June 1998 – Present
**Eli Lilly & Co.**
The Comparative Efficacy of Olanzapine, Risperidone, and Haloperidol for
Cognition in Schizophrenia.  June 1998 – November 2000
**Abbott Laboratories**
Is There a Difference Between Depakote and Valproic Acid in the Treatment of
Bipolar Disorder?  May 1998 - April 1999
**Hoechst Marion Roussel**
A Multi-Center Placebo and Active Control Double-Blind Randomized Study of
the Efficacy and Safety of M100907 (10mg and 20mg/day) in Schizophrenia and
Schizoaffective Patients.  May 1998 – March 1999
**Hoechst Marion Roussel**
A Multi-Center, Long Term Follow-up Safety Study of M100907 tablets in
Schizophrenic and Schizoaffective Subjects who Participated in Protocol
M100907/3001 Protocol M100907/3002. March 1998 – March 1999
**Sanofi Research Division**
A Double-Blind, Placebo-Controlled, MultiCenter Study Evaluation of the Efficacy
and Safety of SR 46349B in Outpatients with Major Depression.
October 1997 – October 1998
**Zeneca Pharmaceuticals**
Quetiapine (SEROQUEL) Experience with Safety and Tolerability (QUEST).
October 1997 – June 1998

1002 Highland Avenue
Suite 400
Shreveport, LA  71101

Telephone – (318) 227-4565
Fax - (318) 227-4564
E-mail - REDACTED

CONFIDENTIAL
AZSER12777384

**Drug Studies:  (continued)**

**Eli Lilly & Co.**
Weekly Enteric-Coated Fluoxetine Hydrochloride versus daily Fluoxetine or
Placebo in the Continuation Treatment of Major Depressive Disorder.
October 1997 – July 1999
**Otsuka America Pharmaceuticals, Inc.**
A Phase III Double-Blind Placebo Controlled Study of Aripiprazole in the
Treatment of Psychosis.  September 1997 – May 1998
**Otsuka America Pharmaceuticals, Inc.**
An Open-Label, Follow-on Study of the Long-Term Safety of Aripiprazole in
Patients with Psychosis.  September 1997 – May 1998
**Novartis**
An Open-Label Study to Evaluate the Safety and Efficacy of 1.5mg
b.i.d.(3mg/day) Through 6mg b.i.d. (12mg/day) of Exelon in Patients with Mild to
Severe Probable Alzheimer's Disease in the Community Setting.
September 1997 – 1999
**Pfizer**
Comparison of Sertraline and Imipramine in Childhood Depression
July 1997 – 1999

1002 Highland Avenue
Suite 400
Shreveport, LA  71101

Telephone – (318) 227-4565
Fax - (318) 227-4564
E-mail - REDACTED

CONFIDENTIAL
AZSER12777385

BEST COPY AVAILABLE

# Louisiana State Board of Medical Examiners

| | |
|---|---|
| **Today's Date:** 7/12/2004 | **Last Updated:** 07/12/2004 |
| **Name:** | GUY EMILIO BRANNON  MD |
| **Business Address:** | 1002 HIGHLAND AVE STE 200 |
| | SHREVEPORT , LA  71101 |

| Medical Education: | School | Degree | Date of Degree |
|---|---|---|---|
| | LA STATE UNIV SCH OF MED IN SHREVEPORT, | M.D. | 06/03/95 |
| | | | / / |
| | | | / / |

| | |
|---|---|
| **License Number:** | 022555 |
| **License Category:** | Medicine and Surgery |
| **Issue Date:** | 07/01/1996 |
| **Current Through:** | 05/31/2005 |
| **Current Status:** | Current and in good standing |

Only the above information will be provided by the Verification Department. Any other information must be verified through the primary source.

CONFIDENTIAL
AZSER12777386

BEST COPY AVAILABLE

D1447C00127:0016
5077IL/127

# CURRICULUM VITAE

V Burdine MD
7.23.03

**NAME:**          Vicki E. Burdine, M.D.

**BUSINESS ADDRESS:**     Valle Vista Health System
898 East Main Street
Greenwood, Indiana 46143

**BUSINESS PHONE:**     (317) 887-1348

## PRESENT POSITIONS

January 6, 2003- Present     Medical Director, Valle Vista Health System, Greenwood, IN

## PAST POSITIONS

1993- September 2002     CEO and President, Indiana University Psychiatric Management

2000-2003     Clinical Associate Professor of Psychiatry, Indiana University School of Medicine, Department of Psychiatry

1999-2003     Medical Director, Clarian Behavioral Healthcare, Clarian Hospital, Indianapolis, IN

1999-2003     Director of Inpatient Services, Adult Section, Department of Psychiatry, Indiana University School of Medicine

## EDUCATION

Undergraduate:     Indiana University School of Nursing
Indianapolis, IN
B.S.N., 1971-1975

Graduate:     Indiana University School of Medicine
Indianapolis, IN
M.D., 1978-1982

Postdoctoral:     Residency in Psychiatry
Indiana University School of Medicine
Indianapolis, IN
PGY-1 to PGY-3, 1982-85

262

CONFIDENTIAL
AZSER12777387

BEST COPY AVAILABLE

Curriculum Vitae
Vicki E. Burdine, M.D.
Page 2.

Residency in Psychiatry
Ohio State University
Columbus, Ohio
PGY-4, 1985-86

## ACADEMIC APPOINTMENTS

July 2000-2003:   Clinical Associate Professor of Psychiatry, Department of
        Psychiatry, Indiana University School of Medicine

1990-July 2000:   Clinical Assistant Professor of Psychiatry, Department of
        Psychiatry, Indiana University School of Medicine

1996-2000     Assistant Dean, Indiana University School of Medicine

## HOSPITAL APPOINTMENTS

2003-present    Valle Vista Health System

1997-2003:    Clarian Hospital

1990-1997:    Indiana University Hospitals

8-94 to 6-96:    Larue D. Carter Memorial Hospital

1986-1990:    Licking Memorial Hospital, Newark, Ohio

## PROFESSIONAL APPOINTMENTS

1-6-03 to present   Medical Director, Valle Vista Health System, Greenwood, IN

11-1-99 to 2003:   Medical Director, Clarian Behavioral Healthcare, Clarian Hospital,
        Indianapolis, IN

7-93 to 9-02:    CEO & President, Indiana University Psychiatric Management,
        Department of Psychiatry, Indiana University School of Medicine

10-1-95 to 2-1-00:   CEO, Indiana University Medical Group-Specialty Care

8-94 to 10-95:    Medical Director, Larue D. Carter Memorial Hospital

263

CONFIDENTIAL
AZSER12777388

BEST COPY AVAILABLE

Curriculum Vitae
Vicki E. Burdine, M.D.
Page 3.

| | |
|---|---|
| 10-91 to 10-95: | Chief, Section of Adult Psychiatry, Department of Psychiatry, Indiana University School of Medicine |
| 10-91 to 11-94: | Medical Director, Adult Psychiatry Unit, Indiana University Hospital, Indianapolis, IN |
| 1991-1993: | Associate Director Alzheimer & Related Disease Clinic, Indiana University School of Medicine |
| 7-91 to 9-91: | Acting Medical Director, Adult Psychiatry Unit, Indiana University Hospital, Indianapolis, IN |
| 7-91 to 7-93: | Psychiatric Liaison for Northwest Campus of IUPUI |
| 7-90 to 7-91: | Consultation/Liaison Psychiatrist, Indiana University Hospital, Indianapolis, IN |
| 1991-1996: | Psychiatric Consultant to Marion County Nursing Home |
| 1991-1993 | Psychiatric Consultant to Visiting Nurse Association |
| 7-86 to 6-90: | Private Practice, Licking Memorial Hospital, Newark, OH |

## SPECIALTY BOARD STATUS

Diplomate #0888, Geriatric Psychiatry, American Board of Psychiatry and Neurology

Diplomate #35116, General Psychiatry, American Board of Psychiatry and Neurology

## LICENSURE

Indiana #01038302A

## PROFESSIONAL SOCIETIES

American Psychiatric Association

American Association of Geriatric Psychiatry

264

CONFIDENTIAL
AZSER12777389

BEST COPY AVAILABLE

Curriculum Vitae
Vicki E. Burdine, M.D.
Page 4.

Indiana Psychiatric Society

Indiana Executive Women in Healthcare Association

## BOARD OF DIRECTORSHIPS

| | |
|---|---|
| 1993-September 2002 | Indiana University Psychiatric Management, President & CEO |
| 2001-2002: | Indiana University Psychiatric Associates, Board Member |
| 10-1-95 to 2-1-00: | Indiana University Medical Group-Specialty Care, CEO |
| 1991-1996: | Indiana University Psychiatric Associates, Board Member |

## HONORS AND AWARDS

| | |
|---|---|
| 2002: | Clinical Teaching Award, IU Residents |
| 1997: | Top Twenty-five Influential Women In Indianapolis Award, Indianapolis Business Journal and The Indiana Lawyer |
| 1995: | Distinguished Service Award, Outstanding Abilities, Accomplishments and Contributions to the Profession of Nursing, Indiana University School of Nursing Alumni |
| 1986: | Sandoz Resident Award, Outstanding Performance in Research, Ohio State University |

## TEACHING ASSIGNMENTS

| | |
|---|---|
| 1990-1993: | X601 Sophomore Introduction to Psychopathology - Course Director and preceptor<br>60-hour course preparation 28 hour direct student contact - 137 students |
| 1991-1994: | Interdisciplinary Seminar Series in Geriatric Nursing, Lecture on Delirium and Dementia<br>3 hours - 6 graduate students |
| 1990-1993: | Psychiatric Resident Seminar Series Consult/Liaison Psychiatry Preceptor |

265

CONFIDENTIAL
AZSER12777390

BEST COPY AVAILABLE

Curriculum Vitae
Vicki E. Burdine, M.D.
Page 5.

|  |  |
|---|---|
|  | 10-hour direct resident contact - 9 residents |
| 1990-1994: | Continuous Care Supervisor<br>12 hour - Psychiatry Resident |
| 1990-1994: | Long term Psychotherapy Supervisor 24 hour- Psychiatry Resident |
| 1991-1994: | Attending Psychiatrist, Indiana University Hospital, Inpatient Psychiatric Unit - 12 months - 1-2 residents, 1-2 medical students - 20 hrs/wk direct clinical supervision |
| 1993-2003: | Direct Clinical Supervision<br>26 hours - 1 Master☐s Level Social Worker |
| 1995-2003: | Direct Clinical Supervision<br>4 hours/week - 1 Geriatric Fellow |
| 11/99-2003: | Attending Psychiatrist, Clarian Hospital, Behavioral Care Unit direct clinical supervision – 1-2 Residents, 2 Medical Students, 20 hours Week |

## SERVICE ACTIVITIES

|  |  |
|---|---|
| 02-Present: | Community Plan Committee, Domestic Violence Network, Development of Family-Violence Community-Wide Plan |
| 5-01-Present: | Domestic Violence Curriculum Development of Video Conference for High Schools entitled "Relationship Violence/Relationship Respect" developed in conjunction with Indiana University School of Medicine |
| 5-01-Present: | Domestic Violence Curriculum Development for IU National Center for Excellence in Women's Health |
| 1-03-Present | Clinical care of patients at Valle Vista Health System |
| 11-1-99 to 2003: | Clinical care of patients for Indiana University Inpatient Psychiatry Service at Clarian Hospital |
| 7-1-91 to 9-30-95 | Clinical care of patients for Indiana University Inpatient Psychiatry Service at Indiana University Hospital |

CONFIDENTIAL
AZSER12777391

BEST COPY AVAILABLE

Curriculum Vitae
Vicki E. Burdine, M.D.
Page 6.

1990-2003:                    Clinical care of patients in Adult Outpatient Psychiatry Clinic

## MANAGED CARE EXPERIENCE

1993-2002:                    Indiana University Psychiatric Management Board of Directors,
                              President and CEO and Founder,
                                        Conceptualized and developed carved-out managed mental
                                        Health plan for Indiana University and Indiana University
                                        Department of Psychiatry serving 50,000 covered lives

1993-2002                     Indiana University Psychiatric Management, Strategic Planning
                              Chair

1993-2002                     Indiana University Psychiatric Management, Marketing Chair

1987-1990:                    Assistant Medical Director of Licking Memorial Hospital Health
                              Plan.  Mental Health and Chemical Dependency Services Chair,
                              Strategic Planning and Development

## UNIVERSITY COMMITTEE SERVICE

1999-2003:                    Clarian Section of Psychiatry, Clarian Hospital – Co-Chief

1999-2003:                    Clarian Behavioral Healthcare Committee - Member

1999-2003:                    Clarian Behavioral Healthcare QM Committee - Member

1997-2000:                    IUSOM Strategic Planning Committee - Member

1996-2000:                    IUSOM Clinical Chairs Committee - Member

1995-2000:                    IUSOM Executive Committee - Member

1995-2000:                    IUMG-SC Board of Directors Committee - Member

1995-2000:                    IUMG-SC Executive Committee - Member

1995-2000:                    Clarian Contracting/Pricing Team - Member

1995-2003:                    Behavioral Care Steering Committee - Member

267

CONFIDENTIAL
AZSER12777392

BEST COPY AVAILABLE

Curriculum Vitae
Vicki E. Burdine, M.D.
Page 7.

| | |
|---|---|
| 1995-2000: | Clarian Marketing Team - Member |
| 1994-1996: | Utilization Review Committee – Member |
| 1992-1994: | Professional Standards Committee - Member |
| 1992-1994: | Q.A. Committee – Member |
| 1991-1995: | I.U. Care Committee - Department of Psychiatry Representative |
| 1993-1994: | PT/OT Advisory Committee - Member |
| 1994-1995: | EAP Committee - Member |
| 1994: | Electronic Access Committee – Member |

## DEPARTMENT OF PSYCHIATRY COMMITTEE SERVICE

| | |
|---|---|
| 2001: | Psychiatry Clerkship Task Force |
| 2001: | IUPA Billing and Collections Task Force |
| 2001: | Adult Section Billing and Collections Committee |
| 2001: | Wishard Planning Committee for Psychiatry |
| 2001: | Wishard Steering Committee for Psychiatry |
| 2001: | Adult Section Clinical Planning Committee |
| 1993-1996: | Residency Training Committee-Inpatient Subcommittee - Member |
| 1990-1993: | Undergraduate Curriculum Committee - Member |
| 1993-1996: | Adult Services Strategic Planning Committee - Chair |
| 1991-1995: | Executive Committee - Member |
| 1991-1996: | IUPA Board of Directors - Member |
| 1993-Present: | IUPM Board of Directors - President & CEO |

268

CONFIDENTIAL
AZSER12777393

BEST COPY AVAILABLE

Curriculum Vitae
Vicki E. Burdine, M.D.
Page 8.

| | |
|---|---|
| 1990-2002: | IUPA General Membership Committee - Member |
| 1991-1994: | Clinical Services Committee - Chair |
| 1993-1994: | Service Committee - Chair |
| 1993-1994: | Psychiatry Brain Imaging Committee - Member |
| 1990-1995: | Alzheimer Core Committee - Member |
| 1991-1994: | Q.A. Committee - Chair |
| 1992-1994: | Ibadan/Indianapolis Research Committee - Co-investigator |
| 1992-1995: | Adult Section Committee - Chair |
| 1992-1994: | PET Research Committee - Member |
| 1993-1996: | Managed Care Committee - Chair/Administrator |
| 1993-1996: | Budget Committee - Member |

## LARUE CARTER COMMITTEE SERVICE

| | |
|---|---|
| 1994-1995: | Medical Executive Committee - Chair |
| 1994-1995: | Medical Staff Committee - Chair |
| 1994-1995: | Medical Director Management Committee - Chair |
| 1994-1995: | Admissions Committee – Chair |
| 1994-1995: | Executive Committee - Member |
| 1994-1995: | Executive Committee/Management Council - Member |
| 1994-1995: | Governing Body - Member |
| 1994-1995: | District Council on Mental Health - Member |

CONFIDENTIAL
AZSER12777394

BEST COPY AVAILABLE

Curriculum Vitae
Vicki E. Burdine, M.D.
Page 9.

## PATIENT CARE

| | |
|---|---|
| 1-03 to Present | Medical Director, Valle Vista Health System, Greenwood, IN |
| 1999-2003: | Medical Director, Clarian Behavioral Health, Clarian Hospital, Indianapolis, IN |
| 1994-1995: | Chief Medical Officer, Larue Carter Memorial Hospital, Indianapolis, IN |
| 1991-1994: | Attending Psychiatrist, Adult Psychiatry Inpatient Unit, Indiana University Hospital |
| 1990-1996: | Alzheimer & Related Disease Clinic |
| 1991-1996: | Consultant, Marion County Nursing Home |
| 1991-1993: | Consultant, Visiting Nurse Service |

## PRESENTATIONS

Women's Moods, Presented to the Perinatal Nursing at Clarian, 3/6/03

"Faces of Domestic Violence", Presented to Psychology of Women Course, IUPUI, Indianapolis, IN 4/02

"Faces of Domestic Violence", Presented at Women's History Month, IUPUI, Indianapolis, IN 3/02

"Faces of Domestic Violence", Presented at the 2001 Hanus Groz Symposium, Indianapolis, IN 2/17/01

"Faces of Domestic Violence", Presented at Mental Health Symposium, Indianapolis, IN 6/1/00

Presentation on "Depression in Women", Women in Government Conference, St. Petersburg, Florida, 2/00

Presentation on "Women in Leadership", University of Kentucky, Louisville, KY, 4/99

CONFIDENTIAL
AZSER12777395

BEST COPY AVAILABLE

Curriculum Vitae
Vicki E. Burdine, M.D.
Page 10.

Greater Indianapolis Council on Mental Health, Managed Mental Health Care 11/94

Indiana Masonic Home, Presentation on Treatment Interventions with Geriatric Alzheimer Patients 11/94

Grand Rounds, Indiana Geriatric Education Summer Symposium, August 13, 1991, Indianapolis, IN

Nursing Home Seminar, Research Trends in Alzheimer Disorder, November 8, 1991, Goshen, IN

Stress reduction lecture to gifted students Northwest Consolidated School District

Stress Management Seminar Permanent Indwelling Defibrillator patients, Krannert Institute of Cardiology

## COMMUNITY SERVICE

St. Joseph Parish – Archbishop□s Annual Appeal, St. Joseph Catholic Church, Shelbyville, IN - Chairperson (1993, 94, 95)

Parish Council - St. Joseph Catholic Church, Shelbyville, IN, Governing body of all Church committees and School Board, main duty being financial administration of the Church - Member (1993, 94, 95)

Girl Scouts of America Troop #254 – Consultant (1993,94)
Triton Central High School Drug Policy Committee – Member (1999)

## GRANTS

Ingenix, A Placebo-Controlled 12 week Study of the Safety and Efficacy of Two Doses of Topiramate of Acute Mania, 2001-Present.

Lilly, A Comparison of Fasting Triglyceride Levels on Cohorts with Schizophrenia and Related Disorders, 2001-Present.
Covance, A Multicenter, Double-Blind, Randomized, Placebo-

271

CONFIDENTIAL
AZSER12777396

BEST COPY AVAILABLE

Curriculum Vitae
Vicki E. Burdine, M.D.
Page 11.

Controlled Trial of the Safety and Efficacy of Seroquel, 2001-Present.

Bristol-Myers – A Multicenter, Randomized, Double-Blind Safety and Tolerability Study of Flexible Doses of Aripiprazole, 2000-2001.

National Institute on Aging - The Dementias: Indianapolis-Ibadan

Comparative Prevalence $2,761,357, Co-investigator, 1991-1995

National Institute on Aging - Indiana Alzheimer Core Center, $399,786, Co-investigator

## PUBLICATIONS

**In Research:**

M. Baldereschi, M.D.; M.P. Amato, M.D.; G. Pracucci, M.D.; A. Lippi, M.D.; L. Amaducci, M.D.; S. Gauthier, M.D.; L. Beatty, M.D.; P. Quiroga, M.D.: G. Klassen, M.D.; A. Galea, M.D.; P. Muscat, M.D.; B. Osuntokun, M.D.; A. Ogunniyi, M.D.; A. Portera-Sanchez, M.D.; F. Bermejo, M.D.; H. Hendrie, M.B., Ch.B.; V. Burdine, M.D.; A. Brashear, M.D.; M. Farlow, M.D.; S. Maggi, M.D., MPH; and R. Katzman, M.D.; for the WHO-PRA Age Associated Dementia working group, WHO Program for Research on Aging, Health of Elderly Program, Cross-national interrater agreement on the clinical diagnostic criteria for dementia, Neurology, No. 44, 239-242, February, 1994.

Hendrie, H.C., Hall, K.S., Hui, S., Unverzagt, F.W., Yu, C.E., Lahiri, D.K., Sahota, A., Farlow, M., Musick, B., Class, C.A., Brashear, A., Burdine, V.E., Osuntokun, B.O., Ogunniyi, A.O., Gureje, O., Baiyewu, O., Schellenberg, G.D.; Apolipoprotein E genotypes and Alzheimer disease in a community study of elderly African-Americans. Annals of Neurology, Vol. 37, No. 1, January, 1995.

Hendrie HC, Osuntokun BO, Hall KS, Ogunniyi AO, Hui SL, Unverzagt FW, Gureje O, Baiyewu O, Rodenberg CS, Musick BS, Farlow MR, Class CA, Brashear A, Burdine VE, Olawole S, Raji SO and Komolafe O.  The prevalence of Alzheimer's disease and dementia in two communities: Nigerian Africans and African Americans.  *The American Journal of Psychiatry* 1995; 152(10):

CONFIDENTIAL
AZSER12777397

BEST COPY AVAILABLE

Curriculum Vitae
Vicki E. Burdine, M.D.
Page 12.

1485-1492, October.

Hendrie HC, Osuntokun BO, Hall KS, Ogunniyi O, Farlow MR, Brashear, D, Burdine, VE, Unverzagt FW, Hui SL, Class CA, Musick B, Gureje O, Baiyewu O and the Indianapolis-Ibadan Study Team; Baldereschi M, Amaducci L and the principal investigators for the WHO Research Project on Age-Associated Dementias (1993). The Indianapolis-Ibadan dementia project.

<u>Abstract Book</u> Sixth Congress of the International Psychogeriatric Association, Berlin, Germany, September 5-10, p. 83.

Ogunniyi A, Osuntokun BO, Hendrie HC, Hall KS, Hui SL, Brittain H, Musick B, Gureje D, Baiyewu O, Farlow M, Burdine V and Brashear A (1993). Indianapolis-Ibadan Comparative Study on Aging – consistency of the discriminant function score in screening for dementia. Presented at the 15th World Conference of Neurology, September.

Unverzagt FW, Class CA, Brashear A, Farlow MR, Burdine V, Mercado N, Hall KS, Hendrie HC and the Indianapolis/Ibadan Collaborative Group (1994). Psychometric discrimination of mild dementia in an African-American sample. Neurobiology of Aging, 15:Supp 1:S91.

## OTHER PUBLICATIONS/ADVERTISING

### I.U. Medical Group – Specialty Care

CEO of IUMG-SC oversees all advertising; radio ads, print ads, billboard copies.

**Publications for IUMG-SC include:**

Specialty Care News (sent to all 650 faculty quarterly)

Managed Care Update (sent to all billing staff)

Physicians Practice Digest (sent to all 11,500 Indiana physicians bi-monthly)

CONFIDENTIAL
AZSER12777398

BEST COPY AVAILABLE

Curriculum Vitae
Vicki E. Burdine, M.D.
Page 13.

## Indiana University Psychiatric Management

CEO & President of IUPM oversees and participates in writing and editing of all publications and manuals.

### Publications for IUPM include:

Utilization Review Criteria Manual

Provider Manual

Level of Care Guidelines

IUPM Brochure

Employee Assistance Brochure

Participating Provider Agreement

Institutional Provider Agreement

Patient Satisfaction Survey Questionnaire

Quarterly Newsletter to Providers

Quarterly Newsletter to Members

IUPM Website- www.iupui.edu/~iupm

6/03

274

CONFIDENTIAL
AZSER12777399

BEST COPY AVAILABLE

D1447C00127:   0017

# CURRICULUM VITAE
## José M. Cañive, M.D., F.R.C.P (C)

New Mexico VA Health Care System
1501 San Pedro SE (116A)
Albuquerque, New Mexico 87108
(505) 265-1711, Ext. 4935
FAX (505) 256-5474

University of New Mexico
Department of Psychiatry
2400 Tucker N.E.
Albuquerque, New Mexico 87131
(505) 272-2223

e-mail:   jose.canive@med.va.gov
          jmcanmd@unm.edu

## PERSONAL INFORMATION

Born: REDACTED
Citizenship: U.S.A.
Marital Status:  Married, 3 children

Social Security No. REDACTE
Medical License:  NM 77-143

## EDUCATION

| | | |
|---|---|---|
| 1965 | Diploma in Social Studies (Diploma en Ciencias Sociales), Instituto Social Leon XIII, Madrid, Spain | |
| 1966 | Licentiate in Medicine and Surgery (Licenciado en Medicina y Cirugía), Universidad Complutense, Madrid, Spain | |

Post-Graduate Training

| | | |
|---|---|---|
| 1967-1968 | Rotating Internship, New York Polyclinic Hospital and Medical School, NY, NY | |
| 1968-1972 | Psychiatry Residency, McGill University, Montreal, Canada | |

## CERTIFICATIONS

1967   Educational Commission for Foreign Medical Graduates  (E.C.F.M.G., No. 082-892-1)
1972   Licensure from the Medical Council of Canada (L.M.C.C.)
1972   Diploma Postgraduate Medicine  (Psychiatry), McGill University, Montreal
1974   Certification in Medicine, Modified for Psychiatry, Royal College of Physicians and Surgeons of Canada, Ottawa

## LICENSURE

1972   Medical License, College of Physicians and Surgeons of Ontario, Toronto (No. 33,574)
1973   Medical License, College of Physicians and Surgeons of British Columbia, Vancouver (No. 6800)
1977   Medical License, New Mexico Board of Medical Examiners, Santa Fe, New Mexico (No. 77 143)

09/03

10·15·03

CONFIDENTIAL
AZSER12777400

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
*2*

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1969-1971 | Lecturer, Loyola College, Montreal, Canada |
| 1975-1978 | Clinical Associate, Vancouver General Hospital, University of British Columbia, Vancouver |
| 1978-1985 | Assistant Professor of Psychiatry, UNM School of Medicine, Albuquerque, NM |
| 1986-1998 | Tenured Assistant Professor, UNM School of Medicine, Albuquerque, NM |
| 1987-1988 | Sabbatical, Visiting Professor, Universidad Complutense, Madrid, Spain |
| 1998-2003 | Associate Professor of Psychiatry, UNM School of Medicine, Albuquerque, NM |
| 2003-present | Professor of Psychiatry, UNM School of Medicine, Albuquerque, NM |

## CLINICAL APPOINTMENTS

| | |
|---|---|
| 1972-1973 | Clinical Director, Psychiatric Inpatient Services, Kitchener-Waterloo General Hospital, Kitchener, Ontario |
| 1973-1975 | Staff Psychiatrist, Riverview Hospital, Essondale, British Columbia |
| 1975-1978 | Clinical Director, Child and Family Services, New Westminster Mental Health Center, British Columbia |
| 1978-1979 | Clinical Director, Central Cities Services Outreach Clinic, University of New Mexico Mental Health Center, Albuquerque, NM |
| 1979-1982 | Clinical Director, Community Programs, University of New Mexico Mental Health Center, Albuquerque, NM |
| 1982-1989 | Director, Outpatient/Aftercare Services, University of New Mexico Mental Health Center, Albuquerque, NM |
| 1982-1984 | Psychiatric Consultant, Lea County Crisis Center, Hobbs, NM |
| 1983-1984 | Psychiatric Consultant, Southwest Mental Health Center, Las Cruces, NM |
| 1985-1987 | Psychiatric Consultant, Health Care for the Homeless Project, Albuquerque, NM |
| 1985-1990 | Psychiatric Consultant, VA Medical Center, Albuquerque, NM |
| 1989-1991 | Director, Dual Diagnosis Project, University of New Mexico, Mental Health Center, Albuquerque, NM |
| 1991-1998 | Coordinator, Post-Traumatic Stress Disorder Program, VA Medical Center, Albuquerque, NM |
| 1994-present | Psychiatric Consultant, Las Vegas Medical Center, Las Vegas, NM |
| 1998-present | Director of Clinical Psychiatry Research, VA Medical Center, Albuquerque, NM |
| 2000-present | Director, Post Traumatic Stress Disorder Program, VA Medical Center, Albuquerque, NM |

## COMMITTEES

| | |
|---|---|
| 1982-1987 | Executive Committee, UNM/Mental Health Center |
| 1982-1989 | Post-Graduate Education Committee, UNM Department of Psychiatry |
| 1984-1985 | Continuing Education Committee, UNM |
| 1984-1985 | President, Medical Staff, UNM/Mental Health Center |
| 1985-1987 | Chair, Adverse Incidents Committee, UNM/Mental Health Center |
| 1985-1987 | Professional Advisory Committee, Albuquerque Health Care for the Homeless |
| 1985-1993 | Research Committee, UNM Department of Psychiatry |
| 1986-1987 | Advisory Committee, Protection and Advocacy Agency for the Mentally Ill |
| 1987-present | Tenure Committee, UNM Department of Psychiatry |

*09/03*

276

CONFIDENTIAL
AZSER12777401

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
*3*

## COMMITTEES (Continued)

| | |
|---|---|
| 1987-1989 | Advisory Committee, New Mexico Alliance for the Mentally Ill |
| 1989-1995 | Board of Directors, Recreation, Health and Occupational Center (RHOC) |
| 1991-1993 | Rural Psychiatry Committee, UNM Department of Psychiatry |
| 1994-1997 | Research Committee, Albuquerque VA Medical Center |
| 1998-1999 | Search Committee ACOS Research, VA Medical Center |
| 1998-2000 | Research Committee, University of New Mexico |
| 1998-2001 | Biomedical Research Institute of New Mexico (BRINM) Advisory Committee |
| 1999-2001 | Chairman, Biomedical Research Institute of New Mexico (BRINM) Advisory Committee |

## HONORS

| | |
|---|---|
| 1983-1986 | Ad Hoc Reviewer, National Institute of Mental Health, Community Support Programs |
| 1984-present | Board Member, Society for the Study of Psychiatry and Culture |
| 1986-1994 | Member, International Advisory Board Simon Bolivar Foundation |
| 1986-1988 | Vice President, American Society of Hispanic Psychiatry |
| 1991-1994 | Board Member, American Society of Hispanic Psychiatry |
| 1992 | Exemplary Psychiatrist Award, National Alliance for the Mentally Ill |
| 1992 | Ad Hoc Reviewer, Office of Treatment Improvement, National Institue of Drug Abuse. |
| 1993-1998 | Family Therapy Consultant: "Retaining Hispanic Youth in Family Therapy" National Institute of Drug Abuse, J.D. Koss-Chioino, PI, Hispanic Family Therapy Project, Phoenix, Arizona |
| 1994-1996 | Secretary-Treasurer, American Society of Hispanic Psychiatry |
| 1994-1999 | Reviewer, National Institute of Mental Heath, Clinical Psychopathology Review Committeee |
| 1995-present | Lecturer, Bristol Myers Squibb |
| 1996-1997 | Member, Hispanic Mental Health Consortium, Interamerican College of Physicians and Surgeons |
| 1996 | Organizer, International Conference on Mental Health in the Americas, New York, May |
| 1996-1998 | President Elect, American Society of Hispanic Psychiatry |
| 1996-2001 | International Board of Editors, Psychline |
| 1996-present | Lecturer, Post-Graduate Series, Eli Lilly |
| 1997-1998 | President Elect, Psychiatric Medical Association of New Mexico (APA District Branch) |
| 1997 | Organizer, Symposium on Cultural Competence in Mental Helath Services for Spanish Speaking Populations, San Diego, May |
| 1997 | Chair, Conference Migrants and Refugees: Mental Health and Social Adjustment," Miami, October |
| 1998-1999 | President, Psychiatric Medical Association of New Mexico (APA District Branch) |
| 1998-present | Ad Hoc Reviewer, Psychophysiology |
| 1998-present | Ad Hoc Reviewer, Psychiatry Research |
| 1998-2001 | President, American Society of Hispanic Psychiatry |
| 1998-present | Lecturer, AstraZeneca |

*09/03*

CONFIDENTIAL
AZSER12777402

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
*4*

## HONORS (Continued)

| | |
|---|---|
| 1999 | Co-Chair, Simon Bolivar Award, APA Annual Meeting, Washington, DC, May |
| 1999 | Organizer, ASHP Symposium, APA Annual Meeting, Washington, DC, May |
| 1999-2000 | Ad Hoc Reviewer, Journal of Clinical Psychopharmacology |
| 1999-2000 | Ad Hoc Reviewer, Schizophrenia Research |
| 1999 | Chair and Organizer, First Annual Conference of the American Society of Hispanic Psychiatry and the Latino Behavioral Health Institute, "Mental Health Care for Hispanics: Challenges in the New Millennium." Sante Fe, New Mexico, November 11-13. |
| 1999-2000 | University of New Mexico Leonard H. Weisskopf, M.D. Faculty Award for Exceptional Diligence, Collegiality, & Professionalism, June |
| 2000-present | Reviewer, Psychiatry Services |
| 2000 | Consultant "Culture and Mental Health of Hispanic Group" Handbook of Cultural Psychiatry, Wen-Shing Tseng, M.D., Academic Press |
| 2000 | Best Mentor/Teacher Award, Mental Health & Behavioral Sciences, New Mexico VA Health Care System, Albuquerque, New Mexico, October |
| 2000 | Member Scientific Committee, XVII Congreso Nacional de la Asociacion Psiquiatrica Mexicana and World Psychiatric Association (WPA) Regional Congress, Cancun, Mexico, November. |
| 2001 | Member Expert Consensus Panel on Family Treatment of Schizophrenia |
| 2001 | Member Scientific Committee II International Congress of Mental Health, Mar del Plata, Argentina, April |
| 2001 | Co-Organizer Annual Meeting of the Society for the Study of Psychiatry and Culture, Santa Fe, NM, September |
| 2001 | Special Contribution Award for Leadership from Chief Executive Officer, New Mexico VA Health Care System, September |
| 2001 | Ad Hoc Reviewer, Schizophrenia Bulletin |
| 2001 | Best Mentor/Teacher Award, Mental Health & Behavioral Sciences, New Mexico VA Health Care System, Albuquerque, New Mexico, December |

## MEMBERSHIPS

American Academy of Clinical Psychiatrists
American Association for Social Psychiatry
American College of Psychiatrists
American Neuropsychiatric Association
American Psychiatric Association
American Public Health Association
American Society of Hispanic Psychiatry
Collegium Internationale Neuro-psychopharmacologicum
Committee of Hispanic Psychiatrists, Council on Professional Values and Human Dignity
International Society for Traumatic Stress Studies
International Interamerican College of Physicians and Surgeons
National Latino Behavioral Health Association
Society for the Study of Psychiatry and Culture

*09/03*

CONFIDENTIAL
AZSER12777403

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
5

## RESEARCH GRANTS

| | |
|---|---|
| 1984-1985 | New Mexico HED/NIMH/CSP, "Schizophrenia: A Family Dilemma," Videotape Production, $10,000 |
| 1986-1987 | New Mexico HED/NIMH/CSP, "Consumer Enablers Project," $20,000 |
| 1987-1990 | New Mexico HED/NIMH, "Mental Health and Substance Abuse Services to Hispanic Young Adults," $1,323,000 |
| 1990-1991 | Janssen Research Foundation, "Risperidone in the Treatment of Chronic Schizophrenia: A Double Blind, Parallel Group Phase III Study," with VB Tuason, M.D. (Grant in Aid), $202,800 |
| 1992-1993 | Lilly Pharmaceutical: "LY170053 vs. Placebo and Haloperidol in the Treatment of Schizophrenia," with VB Tuason, (Grant in aid), $287,673 |
| 1992-1993 | Abbott Laboratories: "A Double-blind Placebo-controlled Study of the Safety and Efficacy of Sertindole in Schizophrenic Patients: A Double-Blind Study," with VB Tuason, (Grant in Aid) $229,440 |
| 1993-1997 | National Institute of Alcohol Abuse and Alcoholism: "A Randomized Trial of Sertraline in Alcoholism Treatment" with G. Nurnberg and V.B.Tuason $1,101,878 |
| 1993-1995 | Hoechst-Roussel Pharmaceuticals: "A Study of the Efficacy of 4 mg and 8 mg of HP 873 Administered to Schizophrenic Patients for 42 days," (Grant in Aid) $165,000 |
| 1993-1996 | Zeneca Pharmaceuticals: "A Multicenter, Double-Blind, Randomized, Controlled, Multiple Fixed Dose and Dose Regimen Comparison of Seroquel (ICI 260673) and Haloperidol in the Prevention of Psychotic Relapse in Clinically Stable Outpatients With Chronic or Subchronic Schizophrenia," (Grant in Aid) $217,787 |
| 1993-1996 | Pharmaco LSR/Lilly Pharmaceutical: "Olanzapine versus Haloperidol in the Treatment of Schizophrenia and Other Psychotic Disorders," (Grant in Aid) $187,000 |
| 1993-1996 | Upjohn/Solvay Pharmaceuticals: "Value of platelet serotonin-2 receptor activity in prediction of response to the specific serotonin reuptake blocker fluvoxamine in post-traumatic stress disorder," with Magliozzi J (Grant in Aid) $45,000 |
| 1994-1995 | Abbott Laboratories: "A Double-Blind Placebo-Controlled Dose-Response Comparison of the Safety and Efficacy of Three Doses of Sertindole and Three Doses of Haldol in Schizophrenic Patients," (Grant in Aid) $207,620 |
| 1995-1997 | Zeneca Pharmaceutical Group, "A Multicenter, Double-Blind, Randomized, Comparison of ICI 204,636 (Seroquel) and Chlorpromazine in the Treatment of Hospitalized Subjects with Treatment Resistant Schizophrenia," (Grant in Aid) $203,056 |
| 1995-1996 | Otsuka America Pharmaceutical, Inc., "A Dose Ranging Study of the Efficacy and Tolerability of OPC-14597 in Acutely Relapsing Hospitalized Schizophrenic Patients,"(Grant in Aid) $218,654. |
| 1996-1998 | Hoechst Marion Roussel, "A Multi-Center, Randomized, Double-Blind, Placebo and Active Controlled Study of MDL 100,907 in Schizophrenic and Schizoaffective Patients," (Grant in Aid) $300,000 |
| 1996-1998 | "A Multicenter, Open Label, Long-Term Follow Up Safety Study of M100907 Tablets in Schizophrenic and Schizoaffective Patients Who Participated in 100907PR0015," Quintiles, $100,000 |
| 1997-2001 | VA Health Services Research & Development, "Delivery of Mental Health Services to American Indians and Hispanic Americans in New Mexico and Minnesota," with Westermeyer J, $800,000 |

*09/03*

CONFIDENTIAL
AZSER12777404

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
6

## RESEARCH GRANTS (Continued)

| | |
|---|---|
| 1997-2003 | "An Open-Label Follow-On Study of the Long-Term Safety of Aripiprazole in Patients with Psychosis,"  Bristol Myers Squibb (Otsuka), $150,000 |
| 1997-2003 | "An Open-Label Tolerability Study in Schizophrenic Patients (Aripiprazole (OPC-14597), IND: 42,776)," Bristol Myers Squibb (Otsuka), $100,000 |
| 1998-2001 | Lilly Research Laboratories, Investigator Initiated Trial "Olanzapine, Risperidone and Brain Physiology" $249,168 |
| 1998-2000 | Sanofi Recherche, "A Double-Blind, Placebo and Haloperidol Controlled, Multicenter Study Evaluating the Safety and Efficacy of SR142801 SR48692 and in Schizophrenic Patients." |
| 1999-2000 | Merck:  "A Double-Blind, Randomized, Multicenter, Parallel Group Design Study to Evaluate the Efficacy and Safety of Two Dose Ranges of EMD 128 130 in Comparison with Placebo and Haloperidol in the Treatment of Schizophrenia,"  (Grant in Aid) $150,000. |
| 1999-2000 | National Foundation for Functional Brain Imaging (NFFBI), "Magnetoencephalographic (MEG) Spectral and Evoked Activity in Normal Controls and in Treated and Untreated Schizophrenia," 35,560. |
| 1999-2001 | Bristol-Myers Squibb: "A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Three Fixed Doses of Aripiprazole in the Treatment of Patients with Acute Schizophrenia." $120,000 |
| 1999-2001 | Bristol-Myers Squibb: "A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Two Fixed Doses of Aripiprazole in the Treatment of Hospitalized Patients with Acute Mania." $120,000 |
| 1999-2002 | Bristol-Myers Squibb: "A Multicenter, Randomized, Double-Blind Placebo Controlled Study of Aripiprazole in the Maintenance Treatment of Patients with Bipolar Disorder." $120,000 |
| 1999- 2000 | Janssen Pharmaceutica Products, "Risperidone Depot (microspheres) vs. Placebo in the Treatment of Subjects with Schizophrenia." $120,000 |
| 2000-2001 | National Foundation for Functional Brain Imaging (NFFBI), "A MEG Examination of Somatosensory and Auditory Sensory Gating." $158,477 |
| 2000-2002 | VA: "Alterations in Auditory and Emotional Processing in Combat Veterans with PTSD: A Magnetic Source Imaging Study using an Emotion-Word "Oddball" Paradigm." (Sponsor to Thomas Vosburgh, VA Premerit), $60,000 |
| 2000-2002 | R.W. Johnson Pharmaceutical Research Institute, "A Placebo Controlled 12-Week Study of the Safety and Efficacy of Two Doses of Topiramate vs. Placebo for the Treatment of Acute Manic or Mixed Episodes in Subjects with Bipolar I Disorder with an Optional Open-Label Extension." $150,000 |
| 2000-2002 | National Institute of Mental Health, "Clinical Antipsychotic Trial of Intervention Effectiveness (CATIE). Jeffrey Lieberman, PI. $140,000 |
| 2001-2002 | University of New Mexico School of Medicine, "Neurobiological Correlates of Emotional Stressors in Practitioners of Meditation." $15,000 |
| 2001-2002 | "A Double-Blind, Randomized, Placebo-Controlled, 3-month Clinical Trial of Venlaflaxine ER and Sertraline in the Treatment of Posttraumatic Stress Disorder," with R. Escalona, MD,  Wyeth-Ayerst Pharmaceuticals, $90,000 |

*09/03*

CONFIDENTIAL
AZSER12777405

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
*7*

**RESEARCH GRANTS** (Continued)

| | |
|---|---|
| 2001 -2002 | "A Multicenter, Double-Blind, Randomized Comparison of the Safety and Efficacy of Quetiapine Fumarate (Seroquel™) and Risperidone (Risperdal™) in the Treatment of Patients with Schizophrenia," Astra Zeneca Pharmaceuticals, $180,000 |
| 2002-2003 | Mental Illness and Neuroscience Discovery Institute (MIND), "Sensory Gating and Working Memory in Schizophrenia." $199,903 |
| 2002-2003 | "A Prospective, Multicenter, Open-Label Study of Aripiprazole in the Management of Patients with Schizophrenia and Schizoaffective Disorder in General Psychiatric Practices (Broad Effectiveness Trial with Aripiprazole – BETA," BristolMyers Squibb, $80,000 |
| 2002-2003 | "Protocol Number 138-050, Randomized, double-blind, Dose-Ranging Study of Intramuscular Aripiprazole in the Treatment of Acute Agitation in Patients with a Diagnosis of Schizophrenia, Schizoaffective, or Schizophreniform Disorder," Bristol Myers Squibb. $120,000 |
| 2002-2004 | National Alliance for Research on Schizophrenia and Depression (NARSAD), "STG volume and sensory gating in schizophrenia." (Sponsor to Robert Thoma), $60,000 |
| 2002-2007 | National Institute of Mental Health (NIMH), "Cortical Basis of Schizophrenia Sensory Gating." $1,250,000 |
| 2002-2004 | AstraZeneca, Investigator Initiated Trial "A Randomized, Placebo Controlled Trial of Quetiapine Monotherapy in the Treatment of PTSD" with M. Hamner, MD, $479,000 |
| 2003-2005 | National Alliance for Research on Schizophrenia and Depression (NARSAD), "Hippocampal Activity and Memory in Patients with Schizophrenia." (Sponsor to Michael Weisend), $60,000 |
| 2003-2004 | "An Open-label Trial of Aripiprazole Monotherapy in the Treatment of Posttraumatic Stress Disorder." Bristol Myers Squibb, $129,620 |
| 2003-2005 | "Remediation of Schizophrenia Sensory Gating Deficit with Aripiprazole," Bristol Myers Squibb, $161,250 |

**TEACHING EXPERIENCE**

| | |
|---|---|
| 1980-1984 | Preceptor, Medical Students' Clinical Psychopathology Block, UNM |
| 1982-1985 | Preceptor, Medical Students' Basis of Human Behavior Block, UNM |
| 1985-1986 | Preceptor, Medical Students' Human Sexuality Block, UNM |
| 1992-1993 | Lecturer, PGYI (Psychiatry): course on Psychopathology |
| 1980-1994 | Seminar Leader PGYII (Psychiatry): six-month seminar on Social, Cultural and Public Psychiatry |
| 1999-2002 | Seminar Leader: three-month seminar on Clinical and Neurobiological Aspects of PTSD |
| 1999-2002 | Mentor UNM Department of Psychiatry Junior Faculty |
| 2000-2001 | Mentor APA Minority Research Fellow UNM Department of Psychiatry |
| 2000-2002 | Mentor UNM Department of Psychology Graduate Students |
| 1999-2002 | Thesis and Dissertation Advisor: University of New Mexico Department of Psychology. |

*09/03*

CONFIDENTIAL
AZSER12777406

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
*8*

## NATIONAL AND INTERNATIONAL PRESENTATIONS (Selected)

| | |
|---|---|
| 1981 | "Traditional healing and mental health," with Koss JD.  Annual meeting of the Chicano Mental Health Task Force, Albuquerque, NM, April. |
| 1982 | "Teaching family therapy for Hispanic Americans," with Koss JD.  Society for the Study of Psychiatry and Culture Annual Meeting, San Miguel de Regla, Mexico, October. |
| 1983 | "Acculturation and psychopathology:  An exploration of the experience and outcome of chronic mental illness in Hispanic families," with Koss JD.  Conference on Ethnicity, Acculturation, and Mental Health Among Hispanics, Albuquerque, NM, November. |
| 1984 | "Exploration into the experience and outcome of chronic mental illness in  Hispanic families in New Mexico," with Koss JD.  Second Caribbean Transcultural Psychiatry Conference, St. Thomas, Virgin Islands, March. |
| 1984 | "Hispanic schizophrenic patients and their families."  Annual Meeting of the American Society of Hispanic Psychiatrists, Chicago, IL, May. |
| 1985 | "Training psychiatric residents in social and transcultural psychiatry:  The University of New Mexico model," with Koss, JD.  Annual Meeting of the Society for the Study of Psychiatry and Culture, Los Angeles, CA, September. |
| 1985 | "El metodo psicoeducativo en el tratamiento de la esquizofrenia."  Annual Meeting of the Psychiatric Association of Latin American Psychiatrist (APAL), Santo Domingo, Republica Dominicana, October. |
| 1986 | "Schizophrenia:  A family dilemma."  Annual Meeting of the American Society of Hispanic Psychiatry, Merida, Yucatan, March. |
| 1987 | "Educacion y familia."  I Congreso Internacional de la Asociacion Europea de Psiquiatria y Psicopatologia Social, Madrid, October. |
| 1988 | "Psychoeducational intervention:  Outcomes of parents of schizophrenia patients in Spain." Annual meeting of the American Society of Hispanic Psychiatrists, Rio de Janero, Brazil, March. |
| 1988 | "Modelo psicoeducativo:  Equizofrenia y sobrecarga familiar."  Facultad de Medicina de Cadiz, Cadiz, Spain, April. |
| 1988 | "Psicoeducación en la esquizofrenia," Universidad Hispalense, Sevilla, Spain, April. |
| 1988 | "La psicoeducación familiar en la esquizofrenia."  Grand Rounds and Workshop Departamento de Psiquiatría, Universidad de Barcelona, Barcelona, Spain, April. |
| 1988 | "La evaluacion familiar:  técnicas e instrumentación."  Universidad Pontificia de Salamanca, Salamanca, Spain, May. |
| 1988 | "Psicoeducación familiar en la esquizofrenia."  Grand Rounds and Workshop Departamento de Psiquiatria, Universidad de Euskadi, Bilbao, Spain, June. |
| 1988 | "Family psychoeducation among Spanish schizophrenics."  Annual meeting of the Society for Study of Psychiatry and Culture, San Antonio, October. |
| 1989 | "Are psychoeducational approaches valid in other cultures?"  Grand Rounds, Department of Psychiatry, University of New Mexico, March. |
| 1989 | "Families:  culprits or allies in the treatment of schizophrenia."  Grand Rounds, Las Vegas Medical Center, Las Vegas, NM, April. |
| 1989 | "Hispanic families:  Assessment and treatment."  Grand Rounds, Las Vegas Medical Center, Las Vegas, NM, May. |

*09/03*

CONFIDENTIAL
AZSER12777407

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
*9*

### NATIONAL AND INTERNATIONAL PRESENTATIONS (Continued)

| | |
|---|---|
| 1989 | "Developing psychoeducational programs for family members of schizophrenia patients," (Workshop) Southwest Psychiatric Symposium on Schizophrenia and Depression, Albuquerque, NM, September |
| 1989 | "Terapia familiar: La psicoeducación con familiares de pacientes psiquiátricos." (Workshop) Encuentro Internacional de Psiquiatría, Psicopatología y Salud Mental, Asunción, Paraguay, November |
| 1989 | "Explorers Club: Tratamiento de pacientes psicóticos jóvenes con trastornos de drogadicción." Encuentro Internacional de Psiquiatría, Psicopatología y Salud Mental, Asunción, Paraguay, November |
| 1989 | "Psicoeducación familiar en la esquizofrenia" (Workshop). National Mental Health Program, Department of Public Health, Montevideo, Uruguay, December |
| 1990 | "The Mentally Ill Substance Abuser: Treatment Considerations." State Conference of the Alliance for the Mentally Ill, NAMI, Albuquerque, New Mexico, May. |
| 1990 | "Assessment and treatment of the mentally Ill substance abuser." Workshop presented in Silver City, Las Cruces and Truth or Consequences, June. |
| 1993 | "Posttraumatic stress disorder: Symptom patterns and treatment considerations." Indian Health Services, Albuquerque, NM, March. |
| 1993 | "Atypical neuroleptics: Risperidone in the treatment of schizophrenia," Grand Rounds, University of New Mexico, Department of Psychiatry, March |
| 1993 | "Novel antipsychotics: Classification, efficacy and action mechanisms." Grand Rounds, Las Vegas Medical Center, April |
| 1994 | "Psychosocial impacts of sertraline in alcoholism treatment," with Eggerth DE, Walker SR, Eliot A, Wheeler D, Moyers T, Tuason VB and George FR, Research Society on Alcoholism, Honolulu, Hawaii, June |
| 1994 | "Evaluating Test Equivalence of a Family Assessment Measure," Buki LP, Cañive JM: Presentation at the American Psychological Association 102nd Annual Convention, Los Angeles, California, August |
| 1994 | "Are psychoeducational multifamily groups effective tools in working with Hispanic families?" Sixth Annual Southswest Psychiatric Symposium, Albuquerque, NM, September. |
| 1994 | "Tratamiento cognitivo-conductual de los trastornos de estrés post-traumático," Congreso de la Asociación de Psiquiatras de America Latina (APAL), Mexico City, Mexico, October. |
| 1994 | "La equivalencia transcultural de las medidas de funcionamiento familiar", Congreso de la Asociación de Psiquiatras de America Latina (APAL), Mexico City, Mexico, October |
| 1994 | "Predictores familiares de recaída de esquizofrenia en una muestra española," Congreso de la Asociación de Psiquiatras de America Latina (APAL), Mexico City, Mexico, October |
| 1994 | "The crosscultural equivalence of self-assessment measures of family functioning, " 41st. Annual Meeting Academy of Psychosomatic Medicine, Phoenix, Arizona, November |
| 1994 | "Evaluating Test Equivalence of a Family Assessment Measure," Buki LP, Cañive JM: Presentation at the American Psychological Association 102nd Annual Convention, Los Angeles, California, August |
| 1995 | "MMPI-2 Profiles of Hispanic Vietnam Combat Veterans," Poster presented at the International Society for Traumatic Stress Studies, with Weaver DD, Castillo DT, Howard, RA. Boston, Massachusetts, November |

*09/03*

CONFIDENTIAL
AZSER12777408

*CV of José M. Cañive, MD*
*10*

**NATIONAL AND INTERNATIONAL PRESENTATIONS (Continued)**

| | |
|---|---|
| 1995 | "Clinical Magnetic Source Imaging," Orrison W, Lewine J, Sanders J, Rael J, Davis L, Baldwin N, Cañive J: Abstract, 81st Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, Illinois, November |
| 1996 | "Clinical MEG: Towards a standardized examination," Lewine JD, Davis JT, Davis LE, Cañive J, Roberts B, Graeber D, Edgar JC, Provencal SL, Paulson K, Meyers J, Christner R, Silveri J, Rawcliffe N, Espinosa M, Depper M, Sanders JA, Orrison WW Jr. Biomage 96, Santa Fe, NM February |
| 1996 | "Posttraumatic stress disorder and the Hispanic veteran: Assessment and treatment issues," Specialized Outpatient PTSD Programs Staff Conference Call, March |
| 1996 | "Magnetoencephalography (MEG) Evaluation of Schizophrenia," Cañive J, Lewine J,: Poster presented at the NCDEU Annual Meeting, Boca Raton, Florida, May. |
| 1996 | "Ex-POW Posttraumatic Stress Disorder," 1996 National Convention of the American Defenders of Bataan and Corregidor Convention, Albuquerque, NM, May |
| 1996 | "Spontaneous and evoked neuromagnetic activity in schizophrenia," Cañive JM, Lewine JD, Edgar JC, Davis JT, Roberts B, Orrison WW Jr. X World Congress of Psychiatry, Madrid, Spain, August. |
| 1996 | "Crosscultural Equivalence of Family Measures," Cañive JM, Buki L, Koss-Chioino. X World Congress of Psychiatry, Madrid, Spain, August. |
| 1996 | "Cognitive behavioral treatment of posttraumatic stress disorder," Cañive JM, Weaver D, Chavez R, Howard RA, Iversen A. X World Congress of Psychiatry, Madrid, Spain, August. |
| 1996 | "Abnormalities in brain structure and function in PTSD," Lewine JD, Cañive JM, Graeber D, Tuason VB, Provencal SL, Orrison WW Jr, Calais L. X World Congress of Psychiatry, Madrid, Spain, August. |
| 1996 | "Perceived parenting and schizophrenia outcome in Spain," Cañive J, Sanz-Fuentenbro J, Vazquez C, Qualls C, Fuentenebro F, Alberdi J. X World Congress of Psychiatry, Madrid, Spain, August. |
| 1996 | "Magnetoencephalographic evaluation of schizophrenia," Cañive JM, Lewine JD, Roberts B, Edgar JC, Davis J, Orrison WW Jr, Torres F: X World Congress of Psychiatry, Madrid, Spain, August. |
| 1996 | "MRI reveals gross structural abnormalities in PTSD," Lewine JD, Cañive JM, Orrison WW Jr, Edgar JC, Provencal SL, Graeber D, Roberts B. New York Academy of Science workshop on the Neurobiology of PTSD, New York, New York, September |
| 1996 | "Family psychoeducational support groups in the treatment of Hispanic schizophrenia patients," Latino Behavioral Health Institute Annual Conference, Long Beach, California, September |
| 1996 | "Neurobiological correlates of posttraumatic stress disorder," Lewine JD, Cañive JM, Orrison WW Jr, Edgar JC, Provencal SL, Roberts B, Escalona R, Graeber D. Society for Neuroscience, November |
| 1996 | "Target Symptoms in the Treatment of Post-Traumatic Stress Disorder," Annual Meeting International Society of Traumatic Stress Studies, San Francisco, Nov |
| 1996 | "Psicoeducación en esquizofrenia: Cosideraciones Transculturales," Psychiatric Association of Latin America, Lima, Perú, November |
| 1996 | "Tratamiento psicofarmacológico del trastorno de estrés postraumático," Psychiatric Association of Latin America, Lima, Perú, November |

*09/03*

CONFIDENTIAL
AZSER12777409

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
*11*

## NATIONAL AND INTERNATIONAL PRESENTATIONS (Continued)

| | |
|---|---|
| 1997 | "Multimodal imaging in schizophrenia: A study of a patient with auditory hallucinations," Lewine JD, Cañive JM, Hartshorne MF, Edgar JC, Sanders JA, Davis JT, Orrison WW Jr. American Neuropsychiatric Association, February |
| 1997 | "Tratamiento Psicofarmacológico de los Trastornos por Estres Post-Traumático: Nuevos Enfoques, Third Regional Conference, Venezuelan Psychiatric Society, Puerto La Cruz, Venezuela, March |
| 1997 | "Trastorno por Estres Post-Traumático: Anormalidades en la Estructura y Función Cerebral, Third Regional Conference, Venezuelan Psychiatric Society, Puerto La Cruz, Venezuela, March |
| 1997 | "Cuestionarios de Funcionamiento Familiar: Equivalencia Transcultural, XIX Congress Association of Latin American Psychiatrists, Mar del Plata, Argentina, April |
| 1997 | "Organizer, Symposium on Cultural Competence in Mental Health Services for Spanish Speaking Populations, San Diego, May |
| 1997 | "Family Psychoeducation: A New Research Agenda, Latino Behavioral Health Institute Annual Conference, Los Angeles, California, September. |
| 1997 | "Novel Antipsychotics: Treatment Effectiveness and Side Effect Profiles, Texas Tech University at El Paso, El Paso, September. |
| 1997 | "Electrophysiological abnormalities in PTSD," Lewine JD, Cañive JM, Orrison WW Jr, Edgar JC, Davis JT, Paulson K, Graeber D, Roberts B. New York Academy of Sciences International Meeting on the Neurobiology of Posttraumatic Stress Disorder, New York, New York, September |
| 1997 | "Mental Health and Social Adjustment," (Chair) Conference Migrants and Refugees: Miami, October |
| 1997 | "Magnetoencefalografia y su Aporte a la Psiquiatria, Annual Meeting Venezuelan Psychiatric Society, Maracaibo, Venezuela, November. |
| 1997 | "Acercaminento Polifacético al Tratamiento del Trastorno por Estres Post Traumático, Annual Meeting Venezuelan Psychiatric Society, Maracaibo, Venezuela, November |
| 1998 | "Quetiapina: Tolerancia y Seguridad," Mexico City, August. |
| 1998 | "Quetiapina: Tolerancia y Seguridad," Guadalajara, Mexico, August. |
| 1998 | "Quetiapina: Tolerancia y Seguridad," Monterey, Mexico, August. |
| 1998 | "Family Therapy with Mexican American Youth: Changes in Family Environment," American Psychological Association Annual Meeting, August. |
| 1998 | "Psychopharmacological Treatment of PTSD." Fourth Annual Latino Behavioral Health Institute Conference, Los Angeles, CA, September 17-19. |
| 1998 | "Educating Families of Latinos with Schizophrenia," 50th APA Institute on Psychiatric Services, Los Angeles, CA, October 2-6. |
| 1998 | "Avances en Trastorno de Estrés Posttraumático," 20th Latin American Congress of Psychiatry, Havana, Cuba, October. |
| 1998 | "Intervenciones Psicoeducacionales en Esquizofrenia," 20th Latin American Congress of Psychiatry, Havana, Cuba, October. |
| 1998 | "Tratamiento del primer episodio de esquizofrenia," World Psychiatric Association Asociación Psiquiatrica Mexicana Las Americas Regional Meeting, Guadalajara, Mexico, October. |

*09/03*

285

CONFIDENTIAL
AZSER12777410

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
*12*

## NATIONAL AND INTERNATIONAL PRESENTATIONS (Continued)

| | |
|---|---|
| 1998 | "Obstaculos para la utilizacion de servicios de salud mental en veteranos Hispanos: En miras a una mejor provision." World Psychiatric Association Regional Meeting, Guadalajara, Mexico. October. |
| 1998 | "Evaluación de población en casos de desastres colectivos: Incidencia del Trastorno de Estrés Postraumático." Asociacion Psiquiatrica Mexicana and World Psychiatric Association Regional Meeting, Guadalajara, Mexico, October. |
| 1998 | "VA Staff Perceptions of Barriers to Minority Mental Health Care." 126th Annual Meeting of the American Public Health Association, Washington, DC. November. |
| 1998 | "Barriers to Mental Health Services Among American Indian and Hispanic Veterans: The Tale of Two States." Minneapolis VA Medical Center, Psychiatry Grand Rounds. March |
| 1999 | "Are Atypical Asymmetries of the Auditory M100 Response Specific to Schizophrenia?" West Coast College of Bioloical Psychiatry Meeting, Tucson, Arizona, April. |
| 1999 | "MEG Recordings of P300 in Controls and Schizophrenics." International Congress on Schizophrenia Research Biennial Meeting, Santa Fe, New Mexico, April. |
| 1999 | "Magnetoecephalographic M100 Asymmetries in Schizophrenia and Dyslexia." Meeting of the International Congress on Schizophrenia Research, Santa Fe, New Mexico, April. |
| 1999 | Organizer, ASHP Symposium, APA Annual Meeting, Washington, DC, May |
| 1999 | Co-Chair, Simon Bolivar Award, APA Annual Meeting, Washington, DC, May |
| 1999 | "Post-Traumatic Stress Disorder – Novel Approaches," XI World Congress of Psychiatry, Hamburg, Germany, August. |
| 1999 | "Satisfaccion del Paciente y del Entorno Familiar." XVI Congreso Nacional, Asociacion Psiquiatrica Mexicana, Huatulco, Oaxaca, Mexico October. |
| 1999 | "Brain Functional Imaging in Psychiatry: MEG." Regional Symposium APAL North-South. In 21st Century. Isla Margarita, Venezuela, November. |
| 1999 | "Modelos Neurobiologicos en el Trastorno por Estres Post-Traumatico." Regional Symposium APAL North-South in 21st Century. Isla Margarita, Venezuela, November. |
| 1999 | "Prevalence of PTSD in a Sample of Hispanic and Indigenous Veterans." Regional Symposium APAL North-South in 21st Century. Isla Margarita, Venezuela, November. |
| 1999 | "Technology and Psychiatry: Perspectives for the New Millennium." Regional Symposium APAL North-South in 21st Century. Isla Margarita, Venezuela, November. |
| 1999 | "Magnetoencephalografia: Fundamentos y aportes clinicos." Regional Symposium APAL North-South in 21st Century. Isla Margarita Venezuela, November. |
| 1999 | "Mental Health Care for Hispanics: Challenges in the New Millennium." (Chair and Organizer) First Annual Conference of the American Society of Hispanic Psychiatry and the Latino Behavioral Health Institute, Santa Fe, New Mexico, November 11-13. |
| 2000 | "Pharmacotherapy of Combat-Related PTSD." Minneapolis VA Medical Center, Psychiatry Grand Rounds, January. |
| 2000 | "Utilization of VA Mental Health Services Among Hispanic Veterans in New Mexico," HSR&D Service 19th Annual Meeting, Washington, DC, February. |
| 2000 | "Veterans Administration Minority Staff Identifies Obstacles to Mental Health Services." APA Annual Meeting, Chicago, Illinois, May. |

*09/03*

CONFIDENTIAL
AZSER12777411

*CV of José M. Cañive, MD*
*13*

## NATIONAL AND INTERNATIONAL PRESENTATIONS (Continued)

| | |
|---|---|
| 2000 | "Anxiety and Somatization in Hispanics." APA 2000 Annual Meeting, Chicago, Illinois, May. |
| 2000 | Disparities in Mental Health Care for Latinos, (Moderator), NIMH, University of California, Los Angeles Faculty Center, May. |
| 2000 | "Translating Clinical Neuroscience into and out of Clinical Intervention." Paper presented in Invited Symposium on Translational Research in Clinical Psychology, American Psychological Society Miami, June (with G.A. Miller and W. Heller) |
| 2000 | "Magnetoencefalografia: Aportes Neuropsicofarmacologicos." Argentinian College of Neuropsychopharmacology, June |
| 2000 | "Trastorno por Estres Postraumático: Acercamiento Farmacologico," Argentina College of Neuropsychopharmacology, June |
| 2000 | "A Magnetoencephalographic Examination of the Effects of Olanzapine and Risperidone in Patients with Schizophrenia." Presented at New Clinical Drug Evaluation Unit (NCDEU), Boca Raton, Fla., June |
| 2000 | "Consideraciones Sobre la Tolerancia y Seguridad de los Antipsicoticos Atipico." Santiago, Chile. September |
| 2000 | "Eficacia de los Antipsicoticos Atipicos." Santiago, Chile, September |
| 2000 | "Antipsicoticos Atipicos: Tolerancia y Satisfaccion con el Tratamiento." Lima, Peru, September |
| 2000 | "Esquizofrenia: Satisfaccion con el Tratamiento." Asociacion Psiquiatrica Mexicana, Monterrey, Mexico October |
| 2000 | "Utilization of Mental Health Services Among American Indian and Hispanic Veterans." Society for the Study of Psychiatry and Culture Scientific Program, Paris, France, October. |
| 2001 | "Changes in Regional Alpha Activity Reflect Systematic Changes in Symptoms in a Sample of Schizophrenia Patients Treated with Olanzapine and Risperidone." International Congress on Schizophrenia Research, Vancouver, Canada, April |
| 2001 | "Programas Psicoeducacionales para Familiars de Pacientes Esquizofrenicos." II Congreso Internacional de Salud Mental, Mar del Plata, Argentina, April |
| 2001 | "Modelos etiologiocs en el Trastorno por Estres Post-Traumatico." XVIII Congreso Argentino de Psiquiatria APSA, Mar del Plata, Argentina, April |
| 2001 | "Fronto-temporal Disconnection and Negative Symptoms in Schizophrenia." Annual Meeting American Society of Hispanic Psychiatry, New Orleans, May. |
| 2001 | "Issues in Violence and Trauma," (Symposium Chair), APA Annual Meeting, New Orleans, LA, May |
| 2001 | Program Chair: "Treatment Effectiveness in Schizophrenia." Latin American Regional Neuroscience Conference, Hotel El Conquistador, Puerto Rico, May |
| 2001 | "Desarrollo y Evolucion de la Esquizofrenia." Latin American Regional Neuroscience Conference. Hotel El Conquistador, Puerto Rico, July. |
| 2001 | "Schizophrenia: Early Intervention Strategies." Aniversario Clinica El Cedral. Caracas, Venezuela, July |
| 2001 | "Intervenciones Psicoeducacionales en Pacientes Latinos." Aniversario Clinica El Cedral. Caracas, Venezuela, July |
| 2001 | "Post-Traumatic Stress Disorder: Diagnosis and Prevalence." VII Annual Latino Behavioral Health Institute. Universal City, California, September |

*09/03*

CONFIDENTIAL
AZSER12777412

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
*14*

**NATIONAL AND INTERNATIONAL PRESENTATIONS (Continued)**

| | |
|---|---|
| 2001 | "Alteraciones Morfofuncionales en Pacientes con Trastorno de Estrés Post-Traumatico." International Congress World Psychiatric Association Regional Meeting, Madrid, October |
| 2001 | "Hispanics in the US: Barriers to Mental Health Care." International Congress World Psychiatric Association Regional Meeting, Madrid, October |
| 2001 | "Veteranos Latinos: Obstaculos para su Atencion Psiquiatrica." XVII Congreso Nacional de la Asociacion Psiquiatrica Mexicana y Congreso Regional de la Asociacion Mundial de Psiquiatria (WPA), Cancun, Mexico, November. |
| 2001 | "Trastorno por Estres Post-Traumatico: Nuevos Enfoques." XVII Congreso Nacional de la Asociacion Psiquiatrica Mexicana y Congreso Regional de la Asociacion Mundial de Psiquiatria (WPA), Cancun, Mexico, November. |
| 2001 | "Filtraje Sensorial en la Esquizofrenia y Lateralidad," XVII Congreso Nacional de la Asociación Psiquiatrica Mexicana y Congreso Regional de la Asociacion Mundial de Psiquiatria (WPA), Cancun, Mexico, November. |
| 2002 | "Filtraje Sensorial en la Esquizofrenia y Lateralidad." XVII Congreso Nacional de la Asociacion Psiquiatrica Mexicana y Congreso Regional de la Asociacion Mundial de Psiquiatria (WPA), Cancun, Mexico, November. |
| 2002 | "Auditory Sensory Gating and Working Memory in Schizophrenia," Cognitive Neuroscience, San Francisco, April |
| 2002 | "Cultural Issues in Violence, Scientific and Clinical Report Session," American Psychiatric Association Annual Meeting, Philadelphia, Pennsylvania, May |
| 2002 | "Trauma Exposure and Consequences: The Case of Latino Adolescents," American Psychiatric Association Annual Meeting, Philadelphia, Pennsylvania, May |
| 2002 | "PTSD: An Hispanic Update of a Universal Problem," American Psychiatric Association Annual Meeting, Philadelphia, Pennsylvania, May |
| 2002 | "Regional Brain Activity and Functional Connectivity in Schizophrenia," XXIII Collegium Internationale Neuropsychopharmacologicum, Montreal, Canada, June |
| 2002 | "P50 Sensory Gating Déficit in Schizophrenia: Treatment with Conventional and Atypical Antipsychotics," XXIII Collegium Internationale Neuropsychopharmacologicum, Montreal, Canada, June |
| 2002 | "Trastorno de estrés post-traumatico: nuevos enfoques terepéuticos. Diagnotico y prevalencia del trastoro de estrés post-tarumatico." XXI I Congreso Latinoamericano de Psiquiatria, Guatemala, July |
| 2002 | "Mecanismos neurobiológicos compartidos por la depresión." XXII Congreso Latinoamericano de Psiquiatria, Guatemala, July |
| 2002 | "Tratamiento farmacológico de la esquizofrenia en el siglo XXI." XXI I Congreso Latinoamericano de Psiquiatria, Guatemala, July |
| 2002 | "Marcadores biológicos en la esquizofrenia: Déficit en el filtraje sensorial." XXI I Congreso Latinoamericano de Psiquiatria, Guatemala, July |
| 2002 | "Impaired Left Hemisphere M50 Gating in Patients with Schizophrenia," Biomag, Jena, Germany, August |
| 2002 | "Hippocampal Activation During Performance of Transverse Patterning Using Magnetoencephalography," Biomag, Jena, Germany, August |

*09/03*

CONFIDENTIAL
AZSER12777413

*CV of José M. Cañive, MD*
*15*

## NATIONAL AND INTERNATIONAL PRESENTATIONS (Continued)

| | |
|---|---|
| 2002 | "Predicting EEG Responses Using MEG Sources in Superior Temporal Gyrus Reveals Source Anomaly in Patients with Schizophrenia," Biomag, Jena, Germany, August |
| 2002 | "Posttraumatic Stress Disorder (PTSD)," Eighth Annual Latino Behavioral Health Institute Conference, Universal City, California, September |
| 2002 | "Functional connectivity and regional brain activity in schizophrenia," 15th Congress of the European College of Neuropsychopharmacology, Barcelona, Spain, October |
| 2002 | "Schizophrenia P50 sensory gating deficit and atypical antipsychotics," 15th Congress of the European College of Neuropsychopharmacology, Barcelona, Spain, October |
| 2002 | "Innovaciones Farmacológicas en el Tratamiento de la Esquizofrenia," VI Congreso del Insituto de Psiquiatras de Lengua Española, Guadalajara, Mexico, November |
| 2003 | "La Neurobioquímica de la Esquizofrenia y la Establización del Sistema Dopamina Serotonina," Un Nuevo Camino en el Tratamiento de la Esquizofrenia, Mexico City, Mexico, January |
| 2003 | "Auditory Sensory Gating Deficit and Symptoms in Schizophrenia," American Psychiatric Association, San Francisco, CA |
| 2003 | "Trauma and PTSD: Some New Concepts," American Psychiatric Association, San Francisco, CA |

*09/03*

CONFIDENTIAL
AZSER12777414

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
*16*

## PUBLICATIONS

Arguelles-Cañive M, **Cañive JM**:  Mexican workers and their families.  Hispanic Report of Families and Youth, C.O.S.M.H.O., 1980.

**Cañive JM**, McCarty T:  El papel del metodo psicoeducativo en el mantenimiento del paciente esquizofrenico en su familia.   Archivos de Psiquiatria 1(2): 10-15, 1987.

**Cañive JM**, Koss J:  Ethnic children and families:  Cultural aspects of mental health research and planning:  Introduction.  Journal of Community Psychology 15:295-298, 1987.

Koss J, **Cañive JM**:  The interaction of cultural and clinical diagnostic labeling:  The case of Embrujado.  Medical Anthropology, 15:171-188, 1993.

**Cañive J**, Sanz-Fuentenebro J, Tuason VB, Vazquez C, Schrader R, Alberdi J, and Fuentenebro F:  Psychoeducation in Spain.  Hospital and Community Psychiatry Journal, 44 (7):  679-681, 1993.

Magliozzi, JR, Maclin, E, Gietzen DW, Kramer MS, Reeve A, **Cañive JM**, Lisansky EJ, Hochla PK and TuasonVB:  Relationship of eye blink rate and plasma homovanillic acid to psychotic symptoms in patients with chronic schizophrenia.  Neuroendocrinology Newsletters, 15: 3, 1993

Risperidone Study Group:  Risperidone in the treatment of schizophrenia:  A double-blind placebo and active control trial.  American Journal of Psychiatry. 151:6, June 1994

Eggerth DE, Walker SR, Eliot A, Wheeler D, Moyers T, **Cañive JM**, Tuason VB and George FR:  Psychosocial impacts of sertraline in alcoholism treatment.  Alcoholism: Clinical and Experimental Research, 18: (268) 464, 1994.

Magliozzi JR, Maclin E, Gietzen DW, Kramer MS, Reeve A, Cañive JM, Lisansky EJ, Hochla PK, and Tuason VB:  Relationship of eye blink rate and plasma homovanillic acid to psychotic symptoms in patients with chronic schizophrenia.  Neuroscience Letters, June, 1994

**Cañive JM**, Sanz-Fuentenebro J, Vázquez C, Qualls, C, Fuentenebro F, and Tuason, VB:  Family Environment Predictors of Outcome in Schizophrenic Patients in Spain:  A Nine-month Follow-up Study.  Acta Psychiatrica Scandinavica, 92:  371-377, 1995.

**Cañive JM**, Fallon SK:  Clinical Simulations in the Management of Psychotic Disorders:  A case study.  Sponsored by Albert Einstein College of Medicine & Montefiore Medical Center, Medical Age Publishing, Norwalk, CN, Sept. 1995

**Cañive J**, Sanz-Fuentenebro J, Tuason VB, Vazquez C, Schrader R, Alberdi J, and Fuentenebro F:  Psychoeducational Support Groups in Spain:  Parents' Distress and Burden at Nine-month Follow-up.  Annals of Clinical Psychiatry, 8 (2): 71-79, 1996.

*09/03*

CONFIDENTIAL
AZSER12777415

*CV of José M. Cañive, MD*
*17*

## PUBLICATIONS (Continued)

**Cañive JM**, Lewine JD, Roberts B, Edgar JC, Davis J, Orrison WW Jr., Torres F, Tuason VB: Magnetoencephalography (MEG) Evaluation of Schizophrenia. Psychopharmacology Bulletin, 32(3): 420, 1996.

**Cañive JM**, Lewine JD, Edgar JC, Davis J, Torres F, Roberts B, Graeber D, Orrison WW Jr, Tuason VB: Magnetoencephalographic Assessment of Spontaneous Brain Activity in Schizophrenia. Psychopharmacology Bulletin 32(4): 741-750, 1996.

**Cañive JM**, Buki L, Koss-Chioino J: Crosscultural Equivalence of Family Measures. X World Congress of Psychiatry, Abstracts, 1:199, 1996.

**Cañive JM**, Weaver D, Chavez R, Howard RA, Iversen A: Cognitive Behavioral Treatment of Posttraumatic Stress Disorder. X World Congress of Psychiatry, Abstracts, 2:1996.

Lewine JD, **Cañive JM**, Graeber D, Tuason VB, Provencal SL, Orrison WW Jr, Calais L: Abnormalities in Brain Structure and Function in PTSD. X World Congress of Psychiatry, Abstracts, 2:362, 1996.

**Cañive J**, Sanz-Fuentenebro J, Vazquez C, Qualls C, Fuentenebro F, Alberdi J: Perceived Parenting and Schizophrenia Outcome in Spain. X World Congress of Psychiatry, Abstracts, 2:375, 1996.

**Cañive JM**, Lewine JD, Roberts B, Edgar JC, Davis J, Orrison WW Jr, Torres F: Magnetoencephalographic Evaluation of Schizophrenia. X World Congress of Psychiatry, Abstracts, 2:68, 1996.

**Cañive JM**: Hispanic psychiatry conference attracts hundreds. Psychiatric News XXXI (15), Aug 2, 1996.

**Cañive JM**, Lewine JD, Edgar JC, Koss-Chioino JD: Cultural Issues in Relational Diagnosis: Hispanics in the United States. In F. Kaslow, Handbook of Relational Diagnosis, John Wiley & Sons, Inc., New York, NY, 1996.

Sanz Fuentenebro FJ and **Cañive JM**: Family Education in Schizophrenia: A Critical Review. In JA Aldaz and C Vázquez: Advances in Psychiatric Rehabilitation. Editorial Siglo XXI, Madrid, Spain, 1996

Canive JM, Lewine JD, Edgar JC, Graeber D, Escalona PR, Provencal SL, Calais L, Walters C: Posttraumatic Stress Disorder is Associated with Abnormalities in Brain Structure and Function. The Journal of Neuropsychiatry and Clinical Neurosciences, 9(1): 149, 1997.

Lewine JD, **Cañive JM**, Hartshorne MF, Edgar JC, Sanders JA, Davis JT, Orrison WW Jr.: Multimodal Imaging in Schizophrenia: A Study of a Patient with Auditory Hallucinations. The Journal of Neuropsychiatry and Clinical Neurosciences, 9(1): 133, 1997.

*09/03*

CONFIDENTIAL
AZSER12777416

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
*18*

## PUBLICATIONS (Continued)

**Cañive JM**, Lewine JD, Edgar JC, Davis JT, Roberts B, Orrison WW Jr.: Spontaneous and Evoked Neuromagnetic Activity in Schizophrenia. The Journal of Neuropsychiatry and Clinical Neurosciences, 9(1): 149, 1997.

**Cañive JM**, Lewine JD, Orrison WW Jr, Edgar JC, Provencal SL, Davis JT, Paulson K, Graeber D, Roberts B, Escalona R, Calais L: MRI reveals gross structural abnormalities in PTSD. In R. Yehuda and D. McFarlane, (eds): Psychobiology of Post-Traumatic Stress Disorder, New York Academy of Sciences, 821: 512-515, 1997.

Lewine JD, **Cañive JM**, Orrison WW Jr, Edgar JC, Provencal SL, Davis JT, Paulson K, Graeber D, Roberts B, Escalona R, Calais L: Electrophysiological Abnormalities in PTSD. In R. Yehuda and D. McFarlane, (eds): Psychobiology of Post-Traumatic Stress Disorder, New York Academy of Sciences, 821: 508-511, 1997.

**Cañive JM**, Castillo D: Hispanic Veterans with PTSD: Assessment and Treatment Issues. National Center for PTSD Clinical Quarterly, 7(1): 12-15, 1997

Zimbroff DL, Kane JM, Tamminga CA, Daniel DG, Mack RJ, Wozniak PJ, Sebree TB, Wallin BA, Kashkin KB, and the Sertindole Study Group: Controlled, Dose-Response Study of Sertindole and Haloperidol in the Treatment of Schizophrenia. Am J Psychiatry, 154(6): 782-791, 1997.

Lewine JD, Davis JT, Davis LE, **Cañive J**, Roberts B, Graeber D, Edgar JC, Provencal SL, Paulson K, Meyers J, Christner R, Silveri J, Rawcliffe N, Espinosa M, Depper M, Sanders JA, & Orrison WW Jr.: Clinical MEG I: Towards a standarization examination. In CJ Aine, ER Flynn, Y Okada, G Stroink, SJ Swinthenby and CC Wood (eds.): Biomag 96: Advances in Biomagnetism Research, Springer-Verlag, New York: 270, 1997.

Canive JM, Lewine JD, Edgar JC, Davis JT, Torres FR, Graeber D, Roberts B, and Tuason VB: A Magnetoencephalographic Examination of the Effect of OPC-14597 in Schizophrenia Patients. Psychopharmacology Bulletin, 33(3): 501, 1997.

Canive JM, Harrington DL, and Haaland KY: Temporal processing in Schizophrenia. The Journal of Neuropsychiatry and Clinical Neurosciences, 9(4): 669, 1997.

Canive JM, Edgar JC, Davis JD, Calvert D, Lewine JD, Torres F, Orrison WW: Magnetoencephalographic assessment of alpha activity in schizophrenic patients medicated with novel antipsychotics. The Journal of Neuropsychiatry and Clinical Neurosciences, 9(4): 701, 1997.

Edgar CJ, **Canive JM**, Lewine JD, Calvert D, Yeo R, Davis JD: Atypical M100 asymmetries in schizophrenic and dyslexic subjects. The Journal of Neuropsychiatry and Clinical Neurosciences, 9(4): 701-702, 1997.

*09/03*

292

CONFIDENTIAL
AZSER12777417

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
*19*

## PUBLICATIONS (Continued)

**Cañive JM**, Lewine JD, Edgar JC, Davis JT, Miller GA, Torres FR, and Tuason VB:  Spontaneous Brain Magnetic Activity in Schizophrenia Patients Treated with Aripiprazole.  Psychopharmacology Bulletin, 34(1): 101-105, 1998.

**Cañive JM**, Clark RD, Calais LA, Qualls C, and Tuason VB:  Bupropion Treatment in Veterans with Post Traumatic Stress Disorder:  An Open Study.  Journal of Clinical Psychopharmacology, 18(5): 379-383, 1998.

Tuason, VB, Siracusano D, McDonald E, Evans JD, **Cañive JM**, Graeber, DA: VAMC Outpatient Detoxification Program: Federal Practitioner, 15 (8) 41-44, 1998

Clark RD, **Cañive JM**, Calais LA, and Tuason VB:  Nefazodone in Posttraumatic Stress Disorder:  A retrospective chart review. Psychline, 2(4): 21-28, 1998.

Clark RD, **Cañive JM**, Calais LA, Qualls CR, and Tuason VB:  Divalproex in Posttraumatic Stress Disorder: An Open-Label Clinical Trial. Journal of Traumatic Stress, 12(2): 395-401, 1999.

**Cañive JM**: Working with Families: Reflections from Abroad. Journal of the California Alliance for the Mentally Ill, 10(1): 41-42, 1999.

Clark RD, **Cañive JM**, Calais LA, Qualls C, Brugger RD, and Vosburgh TB: Cyproheptadine Treatment of Nightmares Associated with Posttraumatic Stress Disorder (letter to the editor). Journal of Clinical Psychopharmacology, 19(5): 486-487, 1999.

**Cañive, JM**, Edgar, JC, Miller, G., and Weisend, MP:  MEG recordings of M300 in controls and patients with schizophrenia.  Schizophrenia Research 36(#1-3/SISI):219, 1999.

**Cañive, JM**, Edgar JC, LaNoue M, Miller GA, Tuason VB:  The Effects of Olanzapine and Risperidone on MEG Recorded Spontaneous Brain Activity.  The International Journal of Neuropsychopharmacology, 3 (1): S167-S168, July 2000.

**Cañive JM**, Castillo D, and Tuason VB: The Hispanic Veteran. In WS. Tseng and J Streltzer, (eds): Culture and Psychotherapy: A Guide to Clinical Practice, APA Press: Washington, DC.  2001.

**Cañive JM**, Thoma R, Provencal SL, Edgar JC, Miller GA, Lewine JD:  Alteraciones Morfofuncionales en Pacientes con Trastorno por Estres Post-Traumatico. Actas Espanolas de Psiquiatria, 29, Numero Extraordinario 1, 12, September 2001.

**Cañive JM**, Westermeyer J, Thuras P, Padilla E: Hispanics in the US: Barriers to Mental Health Care. Actas Espanolas de Psiquiatria, 29, Numero Extraordinario 1, 43, September 2001.

*09/03*

CONFIDENTIAL
AZSER12777418

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
*20*

## PUBLICATIONS (Continued)

Lopez S, Kopelowicz A, **Cañive JM**: Strategies in developing culturally congruent family interventions for schizophrenia: The case of Hispanics. In H Lefley and D Johnson (Eds): Family Interventions in Mental Illness: International perspectives. Westport, CT, London: Praeger. 2002.

Westermeyer J, **Cañive J**, Thuras P, Chesness D, Thompson J: Perceived Barriers to VA Mental Health Care Among Upper Midwest American Indian Veterans: Description and Correlates. Medical Care 40 (1), Supplement, 1-10, January 2002.

Escalona R, **Cañive JM**, Calais LA, Davidson JRT: Fluvoxamine Treatment in Veterans with Combat Related Posttraumatic Stress Disorder. Depression and Anxiety, 15, 29-33, 2002.

Lewine, J.D., Thoma, R.J., Provencal, S.L., Edgar, J.C., Miller, G.A., **Canive, J.M**: Abnormal stimulus-response intensity functions in post-traumatic stress disorder: An electrophysiological investigation. Am J Psychiatry, 159(10), 1689-1695, 2002.

Westermeyer J, **Canive JM**, Garrard J, Padilla E, Crosby R, Thuras P: Perceived barriers to mental health care for American Indian and Hispanic veterans: Reports by 100 VA staff. Transcultural Psychiatry, 39(4), 516-530, 2002.

**Canive JM**, Thoma RJ, Edgar JC, Hanlon FM, Moses SN, Weisend MP, Huang M, Bustillo J, Adler LE, Miller GA: P50 Sensory Gating Déficit in Schizophrenia: Treatment with Conventional and Atypical Antipsychotics. The International Journal of Neuropsychopharmacology, 2002 Supplement, S82

Moses SN, Thoma RJ, Hanlon FM, Edgar JC, Irwin J, Huang M, Weisend MP, Paulson KM, Lee RR, Adler LE, Miller GA, **Canive JM**: Impaired P50 and Left Hemisphere M50 Gating in Schizophrenia, 13th International Conference on Biomagnetism (BIOMAG 2002).

Huang M, Edgar JC, Thoma RJ, Hanlon FM, Moses SN, Lee RR, Paulson KM, Weisend MP, Bustillo J, Adler LE, Miller GA, **Canive JM**: Predicting EEG Responses Using MEG Sources in Superior Temporal Gyrus Reveals Source Anomaly in Patients with Schizophrenia, 13th International Conference on Biomagnetism (BIOMAG 2002).

Hanlon, F.M., Weisend, M.P., Huang, M.X., Moses, S.N., Thoma, R.J., Paulson, K.M., Miller, G.A., **Cañive, J.M.**, & Lee, R.R. (2002). Hippocampal activation during performance of transverse patterning using magnetoencephalography. 13th International Conference on Biomagnetism (BIOMAG 2002).

Edgar, J.C., Hanlon, F.M., Moses, S.N., Thoma, R.J., Sherwood, A., Paulson, K.M., Huang, M.X., Weisend, M.P., Lee, R.R., Adler, L.E., Miller, G.A., & **Cañive, J.M**. (2002). Impaired left hemisphere M50 gating in patients with schizophrenia. Proceedings of the Cognitive Neuroscience Society Meeting.

Thoma, R.J., Hanlon, F.M., Edgar, J.C., Moses, S.N., Huang, M.X., Miller, G.A., & **Cañive, J.M.** (2002). Auditory sensory gating and working memory in schizophrenia. Proceedings of the Cognitive Neuroscience Society Meeting.

*09/03*

294

CONFIDENTIAL
AZSER12777419

BEST COPY AVAILABLE

_CV of José M. Cañive, MD_
_21_

## PUBLICATIONS (Continued)

Huang M., Thoma RJ, Hanlon F, Edgar JC, Moses S, Paulsen K, Weisend M, Miller GA, **Canive, J.M**. Predicting EEG responses using MEG sources in Superior Temporal Gyrus Reveals Anomaly in patients with schizophrenia. Clinical Neurophysiology, 114, 835-850, 2003.

Stroup, T.S., McEvoy, J.P., Swartz, M.S., Byerly, M., Glick, I., **Canive, JM**, McGee, M., Simpson, G., Stevens, M., Lieberman, J.A . The National Institute of Mental Health Clinical Antipsychotic Trials of Intervention Effectiveness (CATIE): Schizophrenia Trial Design and Protocol Development. Schizophrenia Bulletin, 29(1),15-31, 2003.

Thoma, R.J., Hanlon, F. M., Moses, S.N., Edgar, J.C., Huang, M.X., Weisend, M.P., Irwin, J., Sherwood, A., Paulson, K., Bustillo, J., Adler, L.E., Miller, G.A., & **Cañive, J.M**. Lateralization of auditory sensory gating and neuropsychological dysfunction in schizophrenia. American Journal of Psychiatry. (In Press)

Lewis S, Thoma R, LaNoue MD, Miller GA, Heller W, Edgar JC, Huang M, Weisend M, Irwin J, Paulson K **Cañive JM**: Visual Processing of Facial Affect. NeuroReport (In press).

Edgar, J.C., Huang, M., Miller, G.A., Sherwood, A., Adler, L.E., **Canive, J.M**. Interpreting Abnormality in Event-Related Brain Potentials: An EEG and MEG study of P50 and the auditory and paired-stimulus paradigm. Biological Psychology (In Press).

Thoma, R.J., Ricker, D., Moses, S.N., Hanlon, F.M., Huang, M.X., Edgar, J.C., Irwin, J., Torres, F., Weisend, M.P., Adler, L.E., Miller, G.A., & **Cañive, J.M**. . M50 sensory gating predicts positive and negative symptoms in schizophrenia. American Journal of Psychiatry. (In Review)

**Canive JM**, Westermeyer J, Padilla E, Escalona R, Crosby R: Barriers to Mental Health Care Reported by Mental health workers at two VAMCs. Community Mental Health Journal (In Review).

Garrard J, Padilla ER, Crosby R, **Cañive JM**, Westermeyer J, Thuras P: A Methodology for Interviewing American Indian and Hispanic American Veterans in a Study of Barriers to Access to Mental Health Care. Social Science & Medicine (In review).

LaNoue MD, Heller W, Edgar JC, Sherwood A, Miller G, **Cañive JM**: Regional brain activity and functional connectivity in schizophrenia. Biological Psychiatry (In review).

Vargas LA, Koss-Chioino JD, **Cañive JM**: Outcomes of Family Therapy for Cuban American Compared to Mexican American Adolescents: Engagement and Retention. Family Psychology (In review).

**Canive JM**, Miller GA, Moses SN, Irwin JG, Thoma RJ, Edgar JC, Sherwood A, Torres F, LaNoue M, Lewis S, Hanlon F.M, Weisend MP, Mead V, Tuason VB: Effects of Olanzapine and Risperidone in Schizophrenia: A Randomized, Double-Blind Crossover Design. International Journal of Neuropsychopharmacology. (In review)

_09/03_

295

CONFIDENTIAL
AZSER12777420

*CV of José M. Cañive, MD*
*22*

**PUBLICATIONS (Continued)**

**Cañive JM:** Estimulación magnética transcraneal, Estimulación vagal. In R Alarcon, G Mazzotti, and H Nicolini, <u>Tratado de Psiquiatría, 2ª/Ed, Editorial El Manual Moderno, S.A. de C.V., Mexico D.F.</u> (In preparation)

**Cañive JM:** Otros tratamientos. In R Alarcon, G Mazzotti, and H Nicolini, <u>Tratado de Psiquiatria, 2ª/Ed, Editorial El Manual Moderno, S.A. de C.V., Mexico D.F.</u> (In preparation)

Hanlon FM, Weisend MP, Huang M, Lee RR, Moses SN, Paulson KM, Thoma RJ, Miller GA, **Cañive JM:** A Noninvasive method for observing hippocampal function. (In preparation)

Huang MX, Shih JJ, Lee RR, Harrington DL, Thoma RJ, Weisend MP, Hanlon F, Paulson KM, Li T, Martin K, Miller GA, **Cañive JM:** Commonalities and differences among vectorized beamformers in electromagnetic source imaging. <u>Brain Topography</u> (In review)

Miller GA, LaNoue MD, Edgar C, Heller W, Sherwood AF, Thoma RJ, Huang MX, **Cañive JM:** Abnormal Functional Connectivity in Schizophrenia. <u>Schizophrenia Research</u> (In review)

Westermeyer, JJ, **Cañive J**, Garrard J, Thuras P, Thompson J: Lifetime Prevalence of Pathological Gambling Among American Indian and Hispanic Veterans. <u>American Journal of Public Health</u> (Accepted pending revision)

Thoma RJ, Hanlon FM, Moses SN, Ricker D, Huang MX, Edgar JC, Irwin J, Torres F, Weisend MP, Adler LE, Miller GA, **Cañive JM:** M50 sensory gating predicts negative symptoms in schizophrenia. <u>Schizophrenia Research</u> (In review)

Edgar JC, Moses S, Thoma RJ, Huang MX, Hanlon F, Weisend MP, Sherwood A, Bustillo J, Adler LE, Miller GA, **Cañive JM:** Cross-Modal Generality of the Gating Deficit in Schizophrenia. <u>Psychophysiology.</u> (In review)

*09/03*

CONFIDENTIAL
AZSER12777421

BEST COPY AVAILABLE

*CV of José M. Cañive, MD*
*23*

## BOOK REVIEWS

**Cañive J**: Review of Becerra R, Karno M, Escobar J (Eds), "Mental Health and Hispanic Americans: Clinical Perspectives." Journal of Nervous and Mental Disease 172(9): 559-561,1984.

**Cañive J**: Review of Pedersen PB, Sartorius N, Marsella AJ (Eds), "Mental Health Services: Cross-Cultural Context." Transcultural Psychiatric Research Review 23(1): 54-58, 1986.

**Canive J**: Review of M. Delgado "Social Services in Latino Communities: Research and Strategies." Transcultural Psychiatric Research Review 38(1) 110-112, 2001

**Cañive J**: Review of A.G. Lopez and E. Carrillo (Eds), "The Latino Psychiatric Patient." Journal of Nervous and Mental Disease (In preparation)

## VIDEOTAPE

**Cañive J**, McCarty T: Schizophrenia, A Family Dilemma. 32 minute color educational tape for the relatives of patients with schizophrenia, 1986. Reviewed by I Alger under Fresh Approaches to Psychoeducation. Journal of Hospital and Community Psychiatry 39:253-254, March 1988.

*09/03*

CONFIDENTIAL
AZSER12777422

BEST COPY AVAILABLE

D1447C00127.0018

5077IL/127

# CURRICULUM VITAE

**NAME: JOHN S. CARMAN, M.D.**

**SOCIAL SECURITY NUMBER:** REDACTED

**DATE AND PLACE OF BIRTH:** REDACTED

**HOME ADDRESS:** REDACTED

**WORK ADDRESS:** Carman Research, 4015 South Cobb Drive, Suite 245, Smyrna, Georgia 30080

**MARITAL STATUS:** Married

**EDUCATION AND TRAINING:**

1963 - 1967 - B.S., Magna cum Laude in Chemistry, University of Notre Dame; South Bend, Indiana

1967 - 1971 - M.D., State University of New York, Upstate Medical Center (UMC); Syracuse, New York

1971 - 1974 - Resident in Psychiatry, University of North Carolina Memorial Hospital; Chapel Hill, North Carolina

**FULL TIME PROFESSIONAL POSITIONS:**

1973 - 1974 - Clinical Associate and Admissions Coordinator, Biological Psychiatry Branch, National Institute of Mental Health (NIMH); Bethesda, Maryland

1974 - 1978 - Clinical Associate and Ward Administrator, Laboratory of Clinical Psycho-pharmacology, Division of Special Mental Health Research, Intramural Research Program, NIMH; Washington, D.C.

1978 - 1981 - Associate Professor in Psychiatry, University of Alabama in Birmingham (UAB); Birmingham, Alabama

1979 - 1981 - Clinical Service Coordinator, Adult Inpatient Psychiatric Unit, University Hospital, UAB

1979 - 1981 - Preceptor in Clinical Psychopharmacology, UAB

1981 - Director, Psychopharmacology Clinic, UAB

1981 - 1983 - Director, Adult Treatment Service, Brawner Psychiatric Institute (BPI); Smyrna, Georgia

1981 - 1999 - Active Staff, Brawner Psychiatric Institute (BPI); Smyrna, Georgia

1982 - 1983 - Director of Geropsychiatry, Brawner Psychiatric Institute (BPI); Smyrna, Georgia

1982 - 1988 - Clinical Assistant Professor of Psychiatry, Emory University, School of Medicine

1984 - 1988 - Director of Research, Center for Psychiatry Studies; Smyrna, Georgia

1988-Present- Director, Carman Research; Smyrna, Georgia

1996-Present- Active Staff, Ridgeview Institute; Smyrna, Georgia

2000 - 2000 - Active Staff, Charter Midtown; Atlanta, Georgia

298

CONFIDENTIAL
AZSER12777423

BEST COPY AVAILABLE

**CURRICULUM VITAE**
**John S. Carman, M.D.**
**Page 2**

## OTHER PROFESSIONAL EXPERIENCE AND ACTIVITIES:

| | |
|---|---|
| 1967 - | Research Fellow in Pediatric Endocrinolgy, Suny Upstate Medical Center |
| 1968 - | Research Fellow in Psychologic Testing, Suny Upstate Medical Center |
| 1969 - | Research Fellow in Anesthesiology, Suny Upstate Medical Center |
| 1969 - 1971 - | Medical Extern, Onandaga County Penitentiary; Jamesville, New York |
| 1975 - 1976 - | Staff Psychiatrist, Alexandria Mental Health Center, Virginia |
| 1977 - 1978 - | Staff Psychiatrist, Mount Vernon Mental Health Center, Virginia |
| 1980 - 1981 - | Leader, Psychiatric Resident's Sensitivity Training Group, UAB |
| 1980 - 1981 - | PSRO Committee, Neuroscience Program, UAB |
| 1981- | General Clinical Research Center - Scientific Advisory Committee, UAB |
| 1981 - 1982 - | Clinical Management Committee, BPI |
| 1981 - 1996 - | Institutional Review Board for Research Involving Human Subjects, BPI |

## HONORS AND AWARDS:

| | |
|---|---|
| 1966 - 1967 - | Student President, College of Science, University of Notre Dame |
| 1963 - 1967 - | Academic Tuition Scholarship at Notre Dame |
| 1967 - 1971 - | New York State Regents Scholarship in Medicine at Suny Upstate Medical Center |
| 1978 - | Clinical Science A.E. Bennett Award from the Society of Biological Psychiatry |
| 1979 - | Curt P. Richter Award from the International Society of Psychoneuroendocrinology |
| 1998 - | Exemplary Psychiatrist Award: NAMI and NAMI-Austell-Douglasville South Cobb |

## BOARD CERTIFICATIONS:

| | |
|---|---|
| 1972 - National Board of Medical Examiners | 120376 |
| 1977 - American Board of Psychiatry and Neurology | 16066 |

## MEDICAL LICENSURES:

| | | |
|---|---|---|
| 1971 - 1974 - | North Carolina | |
| 1975 - 1980 - | Virginia | #25724 |
| 1978-Present- | Alabama | 8550 |
| 1981-Present- | Georgia | 023143 |

CONFIDENTIAL
AZSER12777424

BEST COPY AVAILABLE

**CURRICULUM VITAE**
**John S. Carman, M.D.**
**Page 3**

**MEMBERSHIPS:**

American Medical Association          American Psychiatric Association
Society of Biological Psychiatry      International Society of Psychoneuroendocrinology

**MILITARY SERVICE:**

1973 - 1978 -  Assistant Surgeon (04), U.S. Public Health Service, Honorable Discharge

**RESEARCH GRANTS OR CONTRACTS AWARDED:**

I. **INDICATION**: MAJOR DEPRESSIVE DISORDER

| Drug | # Of Studies | Pivotal * | Company |
|------|-------------|-----------|---------|
| Bupropion | 3 | * | Burroughs Wellcome |
| BW647 | 2 | | Burroughs Wellcome |
| Oxaprotaline | 1 | | Ciba Geigy |
| Trazodone | 1 | | Mead Johnson |
| Adinazolam | 1 | | Upjohn |
| Fluoxetine | 1 | | Eli Lilly |
| Indalpine | 1 | | Rorer |
| Citalopram | 1 | | Pfizer |
| Citalopram | 1 | * | Lundbeck |
| Citalopram | 1 | * | Forest |
| Mianserin | 1 | | Organon |
| Etoperidone | 3 | | McNeil |
| Dothiepin | 1 | | Boots |

300

CONFIDENTIAL
AZSER12777425

BEST COPY AVAILABLE

**CURRICULUM VITAE**
**John S. Carman, M.D.**
**Page 4**

**RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:**

**I. INDICATION: MAJOR DEPRESSIVE DISORDER - Cont'd**

| **Drug** | **# Of Studies** | **Pivotal \*** | **Company** |
|---|---|---|---|
| Mirtazepine | 2 | * | Organon |
| Gepirone | 2 | | Bristol Meyers |
| Venlafaxine | 4 | * | Wyeth Ayerst |
| Venlafaxine ER | 2 | * | Wyeth Ayerst |
| Fluvoxamine | 2 | | Reid Rowell/Solvay |
| MDL72394 | 1 | | Merrell Dow |
| Zalospirone | 1 | | Wyeth Ayerst |
| Ipsapirone | 1 | | Miles/Bayer |
| Ipsapirone ER | 2 | | Miles/Bayer |
| Sertraline | 3 | | Pfizer |
| Paroxetine | 2 | | SmithKline Beecham |
| Org 4428 | 2 | | Organon |
| A75200 | 1 | | Abbott |
| Flesinoxan | 1 | | Solvay |
| Filbaurin | 1 | * | Boehringer Ingelheim |
| CP93,393 | 1 | | Pfizer |
| (MK 0869) | 5 | * | Merck |
| YM992 | 1 | | Yamanouchi USA |

CONFIDENTIAL
AZSER12777426

BEST COPY AVAILABLE

**CURRICULUM VITAE**
**John S. Carman, M.D.**
**Page 5**

**RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:**

I. <u>INDICATION</u>: MAJOR DEPRESSIVE DISORDER - Cont'd

| <u>Drug</u> | <u># Of Studies</u> | <u>Pivotal *</u> | <u>Company</u> |
|---|---|---|---|
| NS 2389 | 1 | | NeuroSearch |
| SR46349B | 1 | | Sanofi |
| SR 142801 | 1 | | Sanofi |
| CP 122721 | 1 | | Pfizer |
| CP 448187 | 1 | | Pfizer |
| Selegiline STS | 2 | | Somerset |
| NPS 1506 | 1 | * | NPS |
| OPC 14523 | 1 | | Otsuka |
| Prozac SR | 1 | | Eli Lilly |
| Olanzapine/Prozac | 1 | | Eli Lilly |
| KW-6002 | 2 | | Kyowa |
| Escitalopram | 1 | | Forest |
| Org 33062 ER | 2 | | Organon |
| INN 00835 | 2 | | Innapharma |
| Org 34517 | 1 | | Organon |
| C-1073 (Mifepristone) | 1 | | Corcept |
| Risperidone | 1 | | Janssen |
| DVS-233 | 2 | | Wyeth Ayerst |
| ER Bupropion Hydrochloride | 1 | | GlaxoSmithKline |

302

CONFIDENTIAL
AZSER12777427

BEST COPY AVAILABLE

**CURRICULUM VITAE**
**John S. Carman, M.D.**
**Page 6**

**RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:**

**II. INDICATION: MANIA**

| Drug | # Of Studies | Pivotal * | Company |
|------|--------------|-----------|---------|
| BW234 | 1 | | Burroughs Wellcome |
| Ziprasidone | 1 | | Pfizer |
| Olanzapine | 2 | | Eli Lilly |
| Depakote | 1 | | Abbott |
| Topiramate | 1 | | R.W. Johnson |
| Seroquel | 2 | | Astra Zeneca |

**III. INDICATION: SCHIZOPHRENIA/SCHIZOAFFECTIVE DISORDER**

| Drug | # Of Studies | Pivotal * | Company |
|------|--------------|-----------|---------|
| Pimozide | 1 | | Sandoz |
| Mellaril Concentrate | 1 | | Sandoz |
| Remoxipride | 1 | | Merck |
| Risperidone | 4 | * | Janssen |
| Seroquel | 6 | * | Astra Zeneca |
| Olanzapine | 1 | * | Eli Lilly |
| Sertindole | 2 | | Abbott |
| Ziprasidone | 3 | * | Pfizer |
| Aripiprazole | 3 | | Otsuka |
| ORG 5222 | 5 | | Organon |
| M100907 | 1 | | Hoechst |

303

CONFIDENTIAL
AZSER12777428

BEST COPY AVAILABLE

**CURRICULUM VITAE**
**John S. Carman, M.D.**
**Page 7**

**RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:**

**III. INDICATION: SCHIZOPHRENIA/SCHIZOAFFECTIVE DISORDER - Cont'd**

| Drug | # Of Studies | Pivotal * | Company |
|------|--------------|-----------|---------|
| SR 46349 B | 1 | | Sanofi |
| SR 142801 | 1 | | Sanofi |
| MK 0869 | 1 | | Merck |
| Depakote potentiation | 1 | | Abbott |
| Iloperidone | 1 | | Novartis |
| Risperidone | 1 | | Solvay |
| SM-13496 | 1 | | Sumitomo |

**IV. INDICATION: GENERALIZED ANXIETY DISORDER**

| Drug | # Of Studies | Pivotal * | Company |
|------|--------------|-----------|---------|
| Alpidem | 1 | | Lorex |
| Gepirone | 1 | | Bristol-Meyers |
| Ipsapirone | 1 | | Miles/Bayer |
| Adinazolam SR | 1 | | Upjohn |
| Zalospirone | 1 | | Wyeth-Ayerst |
| Abecarnil | 2 | | Sandoz |
| LY237733 | 1 | | Eli Lilly |
| Buspar BID | 1 | | Bristol Meyers |
| DN2327 | 1 | | TAP |
| Adatanserin | 1 | | Wyeth-Ayerst |
| Venlafaxine ER | 1 | * | Wyeth-Ayerst |

304

CONFIDENTIAL
AZSER12777429

**CURRICULUM VITAE**
**John S. Carman, M.D.**
**Page 8**

**RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:**

**IV. INDICATION: GENERALIZED ANXIETY DISORDER - Cont'd**

| Drug | # Of Studies | Pivotal * | Company |
|------|--------------|-----------|---------|
| CP93,393 | 1 | | Pfizer |
| Flesinoxan | 1 | | Solvay |
| L-830982 | 1 | | Merck |
| Pregabalin | 1 | | Parke-Davis |
| Lu 26-054 | 2 | | Forest |
| Deramciclane | 1 | | Pharmacia |
| Gabitril™ | 2 | | Cephalon |

**V. INDICATION: PANIC DISORDER**

| Drug | # Of Studies | Pivotal * | Company |
|------|--------------|-----------|---------|
| Xanax SR | 1 | | Upjohn |
| Paroxetine | 1 | * | SmithKline Beecham |
| Paroxetine CR | 1 | | SmithKline Beecham |
| Sertraline | 1 | * | Pfizer |
| Pregabalin | 1 | | Parke-Davis |
| Venlafaxine ER | 1 | | Wyeth-Ayerst |

**VI. INDICATION: ALZHEIMER'S DISEASE**

| Drug | # Of Studies | Pivotal * | Company |
|------|--------------|-----------|---------|
| Metrifonate | 1 | | Miles/Bayer |
| Tacrine GTTS | 1 | | Parke Davis |
| Lazabemide | 1 | | Protodigm |

CONFIDENTIAL
AZSER12777430

BEST COPY AVAILABLE

**CURRICULUM VITAE**
**John S. Carman, M.D.**
**Page 9**

**RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:**

**VI. <u>INDICATION</u>: ALZHEIMER'S DISEASE - Cont'd**

| <u>Drug</u> | <u># Of Studies</u> | <u>Pivotal *</u> | <u>Company</u> |
|---|---|---|---|
| Exelon | 1 | | Novartis |
| Idebenone | 1 | | Takeda |
| Memantine | 1 | | Merz |

**VII. <u>INDICATION</u>: SOCIAL PHOBIA**

| <u>Drug</u> | <u># Of Studies</u> | <u>Pivotal *</u> | <u>Company</u> |
|---|---|---|---|
| Venlafaxine ER | 1 | | Wyeth-Ayerst |

**VIII. <u>INDICATION</u>: PREMENSTRUAL DYSPHORIC DISORDER**

| <u>Drug</u> | <u># Of Studies</u> | <u>Pivotal *</u> | <u>Company</u> |
|---|---|---|---|
| Drospirenone | 1 | | Berlex |

**VIIII. <u>INDICATION</u>: DEPRESSION AND ERECTILE DYSFUNCTION**

| <u>Drug</u> | <u># Of Studies</u> | <u>Pivotal *</u> | <u>Company</u> |
|---|---|---|---|
| Vardenafil | 1 | | Bayer |

**PRESENTATIONS:**

1.    Carman, J.S., Post, R.M., Goodwin, F.K., Bunney, W.E., Teplitz, T.A.: Calcium, ECT, Lithium and Mood. The Annual Meeting of the American Psychiatric Association, New Research Program, Detroit, Michigan, May, 1974.

2.    Stoddard, F.J., Post, R.M., Gillin, J.C., Bunney, W.E., Carman, J.S.: Phasic Changes in Manic-Depressive Illness. The Annual Meeting of the American Psychiatric Association, New Research Program, Detroit, Michigan, May, 1974.

3.    Bunney, W.E., Post, R.M., Stoddard, F.J., Gillin, J.C., Buchsbaum, M.S., Carman, J.S.: Cyclic Biologic Changes in Manic-Depressive Illness. The 9th Congress, Collegium Internationale Neuropsychopharmacologicum, Paris, July, 1974.

4.    Post, R.M., Gerner, R.H., Carman, J.S., Bunney, W.E.: A Dopamine-Receptor Stimulator in Depression. The Annual Meeting of the American Psychiatric Association, Anaheim, California, May, 1975.

CONFIDENTIAL
AZSER12777431

BEST COPY AVAILABLE

**CURRICULUM VITAE**
**John S. Carman**
Page 10

**BIBLIOGRAPHY**
**(Items 5-14)**

**PRESENTATIONS - Cont'd:**

5.    Carman, J.S., Wyatt, R.J.: Alternations in CSF and Serum Total Calcium with Changes in Psychiatric State. The Conference on Neuroregulators and Hypotheses of Psychiatric Disorders, Asilomar, California, January, 1976.

6.    Jimerson, D.C., Post, R.M., Carman, J.S., Van Kammen, D.P., Wood, J.H., Goodwin, F.K., Bunney, W.E. : CSF Electrolytes: Calcium and Depression. The Annual Meeting of the American Psychiatric Association, Miami, Florida, May, 1976.

7.    Carman, J.S., Wyatt, R.J.: Calcium: Pacesetting the Periodic Psychoses. The Annual Meeting of the American Psychiatric Association, Atlanta, Georgia, May, 1978.

8.    Carman, J.S.: Calcium: Bivalent Cation in the Bivalent Psychoses. A.E. Bennett Award Paper, The Annual Meeting of the Society for Biologic Psychiatry, Atlanta, Georgia, May, 1978.

9.    Freed, W.J., Perlow, M.J., Carman, J.S., Wyatt, R.J.: Calcitonin Reduces Feeding in Man, Monkey and Rat. The Annual Meeting of the Society for Neurosciences, St. Louis, Missouri, November, 1978.

10.   Gillin, J.C., Kleinman, J.E., Nasrallah, H.S., Bigelow, L.B., Rogol, A., Luchins, D., Carman, J.S., Weinberger, D.R., Wyatt, R.J.: Inhibition of Dopamine Synthesis in Chronic Schizophrenia: A Follow-up Study. The 4th International Catecholamine Symposium, Asimolar, California, 1978.

11.   Post, R.M., Gerner, R.J., Jimerson, D.C., Carman, J.S., Rey, A.C., Bunney, W.E.: The Effects of Piribedil on Mood, Sleep, Endocrine Function, and Amine Metabolism in Depressed Patients. The International Symposium on Piribedil, a Dopaminergic Agonist, Munich, Germany, November, 1978.

12.   Carman, J.S.: Calcitonin and Other Calcitropic Hormones in the Periodic Psychoses. Curt P. Richter Award Essay, The 10th Congress of the International Society of Psychoneuro-endocrinology, Park City, Utah, 1980.

13.   Carman, J.S., Post, R.M., Ballenger, J.C., Becker, K.L., Silva, O.: Radioimmunoassayable Calcitonin in Human CSF: Relationship to Psychiatric Diagnosis. The 35th Annual Meeting of the Society of Biologic Psychiatry, Boston, Massachusetts, September, 1980.

14.   Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L.: Dexamethasone Non-Suppression: Predictor of Thymoleptic Response in Catatonic and Schizoaffective Patients. The 35th Annual Meeting of the Society of Biologic Psychiatry, Boston, Massachusetts, September, 1980.

CONFIDENTIAL
AZSER12777432

BEST COPY AVAILABLE

**CURRICULUM VITAE**
John S. Carman
Page 11

**BIBLIOGRAPHY**
**(Items 15-24)**

**PRESENTATIONS - Cont'd:**

15.  Carman, J.S., Wyatt, E.S., Dohn, H.H., Hall, K.R., Crews, E.L., Ledbetter, J.: RBC/plasma Lithium Ratio (LR) as a Predictor of Acute Antimanic Response to Lithium in Affective, Shizoaffective or Paranoid Schizophrenic Patients. The 35th Annual Meeting of the Society of Biologic Psychiatry, Boston, Massachusetts, September, 1980.

16.  Wyatt, E.S., Carman, J.S., Crews, E.L., Spencer, S., Bush, J.: Computerized Cerebral Tomography in Schizophrenia. The 35th Annual Meeting of the Society of Biologic Psychiatry, Boston, Massachusetts, September, 1980.

17.  Smith, W.B., Carman, J.S., Wyatt, E.S.: Calcitonin in Chronic Pain. The 36th Annual Meeting of the Society of Biologic Psychiatry, New Orleans, Louisiana, May, 1981.

18.  Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L.: DST Predicts Thymoleptic Response in RDC Schizophrenics. The Annual Meeting of the American Psychiatric Association, New Research Program; New Orleans, Louisiana, May, 1981.

19.  Wyatt, E.S., Carman, J.S., Crews, E.L., Spencer, S., Bush, J.: Computerized Cerebral Tomography in Schizophrenia. The 134th Annual Meeting of the American Psychological Association New Research Program, New Orleans, Louisiana, May, 1981.

20.  Carman, J.S., Post, R.M., Ballenger, J.C., Goodwin, F.K., : Calcitonin in Affective Disorder. The XII Congress of the International Society of Psychoneuroendocrinology, Montreal, Canada, May, 1981.

21.  Carman, J.S., Smith, W.B., Wyatt, E.S., Lukensmeyer, W.: Calcitonin in Chronic Pain. The XII Congress of the International Society of Psychoneuroendocrinology, Montreal, Canada, May, 1981.

22.  Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L., Scalise, M., Watts, D., Hoppers, L.: Dexamethasone Non-Suppression: Predictor of Thymoleptic Response in Catatonic and Paranoid Schizophrenics and Schizoaffective Patients. The XII Congress of the International Society of Psychoneuroendocrinology, Montreal, Canada, May, 1981.

23.  Carman, J.S., Wyatt, E.S., Dohn, H.H., Hall, K.R., Crews, E.L.: RBC/Plasma Lithium Ratio as a Predictor of Acute Response to Lithium in Manic, Schizoaffective Patients. The III World Congress of Biologic Psychiatry in the Symposium on Predictors of Response to Psychotropic Drugs at, Stockholm, Sweden, June, 1981.

24.  Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L.: Dexamethasone Non-Suppression: Predictor of Thymoleptic Response in Schizophrenic and Schizoaffective Patients. The III World Congress of Biologic Psychiatry in the Symposium on Predictors of Response to Psychotropic Drugs, Stockholm, Sweden, June, 1981.

CONFIDENTIAL
AZSER12777433

BEST COPY AVAILABLE

**CURRICULUM VITAE**
John S. Carman, M.D.
Page 12

**BIBLIOGRAPHY**
(Items 25-37)

**PRESENTATIONS - Cont'd:**

25.   Carman, J.S., Post, R.M., Ballenger, J.C., Goodwin, F.K.: Reduced CSF Calcitonin in Mania. The III World Congress of Biologic Psychiatry in the Symposium on Neuropeptides in CSF, Stockholm, Sweden, June, 1981.

26.   Carman, J.S.: Calcium in Manic Depressive Illness. The Wayne State University, Lafayette Clinic, Detroit, Michigan, January, 1982.

27.   Carman, J.S.: Biological Predictors of Psychotropic Drug Response. The Fair Oaks Hospital, Summit, New Jersey, March, 1982.

28.   Carman, J.S.: Psychopharmacology - 1982. The Annual Meeting of the Georgia Psychological Association, Savannah, Georgia, May, 1982.

29.   Carman, J.S.: Predictors of Response to Psychotropic Drugs. The South Carolina Psychiatric Association, Charleston, South Carolina, 1983.

30.   Carman, J.S., Tarry, M.H., Wyatt-Knowles, E.S.: BW647 in Depression. The Annual Meeting of the Society of Biological Psychiatry, New York, April, 1983.

31.   Carman, J.S., Wyatt-Knowles, E.S., Tarry, M.H., Dren, A., Manberg, P.: BW234 in Mania. The Annual Meeting of the Society of Biological Psychiatry, New York, April, 1983.

32.   Carman, J.S., Wyatt-Knowles, E.S., Fleck, R., Martin, D., Gold, M.S.: Neuroleptic Compliance in Schizophrenic Outpatients. The Annual Meeting of the National Association of Private Psychiatric Hospital, Palm Springs, California, January, 1984.

33.   Carman, J.S., Wyatt-Knowles, E.S., Fleck, R., Martin, D., Gold, M.S.: Monitoring Neuroleptic Compliance in Schizophrenic Outpatients. The XVth Congress of the International Society of Psychoneuroendocrinology, Vienna, Austria, July, 1984.

34.   Carman, J.S., Wyatt-Knowles, E.S.: Drug Research in the Private Psychiatric Setting. The 52nd Annual Meeting of the National Association of Private Psychiatric Hospitals, Marco Island, Florida, January, 1985.

35.   Carman, J.S., Wyatt-Knowles, E.S.: BW234 in Mania. The IVth World Congress of Biological Psychiatry, Philadelphia, Pennsylvania, 1985.

36.   Carman, J.S., Wyatt-Knowles, E.S.: Calcium and Affective Illness. The IVth World Congress of Biological Psychiatry, Philadelphia, Pennsylvania, 1985.

37.   Carman, J.S.: Lithium in Teenagers. The Annual Meeting of Georgia Adolescent Psychiatry, Atlanta, Georgia, December 11, 1985.

CONFIDENTIAL
AZSER12777434

**CURRICULUM VITAE**
John S. Carman, M.D.
Page 13

**PRESENTATIONS - Cont'd:**

38.  Carman, J.S.:  Update on Clinical Psychopharmacology.  The Annual Symposium of Alabama State Department of Continued Education, Tuscaloosa, Alabama and Mobile, Alabama, April 30 and May 1, 1986.

39.  Carman, J.S., Ahdieh, H., Wyatt-Knowles, E.S., Warga, E., Panagides, J.:  Mianserin vs. Amitriptyline vs. Placebo in Major Depression.  The 30th Annual Meeting of the NCDEU, Key Biscayne, Florida, June, 1990.

40.  Derivan, A., Borison, R., Carman, J., Crowder, J., Cunningham, L., Diamond, B.:  Six-week Comparison of Venlafaxine, Trazodone, and Placebo in Major Depression.  The ACNP meeting, San Juan, 1991.

41.  Feighner, J., Overo, K., Fieve, R., Carman, J.S., Cunningham, L., Schwartz, G.:  Fixed Dose Comparison of Citalopram vs. Placebo in the Treatment of Outpatients with Moderate to Severe Depression.  The 37th Annual Meeting of the NCDEU, Boca Raton, Florida, May 1997.

**ABSTRACTS AND LETTERS:**

42.  Carman, J.S.,:  Methylphenidate in Akathisia.  LANCET II:  1093, 1972.

43.  Carman, J.S.:  Hyperdopaminergic States: A Continuum.  LANCET II:  1249, 1972.

44.  Carman, J.S.:  Physostigmine in Tardive Dyskinesia.  LANCET II:  1424-1425, 1972.

45.  Carman, J.S.:  Pigment and Kinesia.  LANCET I:  374, 1973.

46.  Carman, J.S.:  Lithium in Chorea.  LANCET I:  611, 1973.

47.  Carman, J.S.:  Imipramine in Hyperacusic Depression.  American Journal of Psychiatry 130:  937, 1973.

48.  Carman, J.S.:  M.I.F.: Inhibitor of O-methylation?.  LANCET I:  1247, 1973.

49.  Carman, J.S., Tucker, L.S.:  Benztropine in Childhood Hyperkinesis.  LANCET II:  1337, 1973.

50.  Carman, J.S., Post, R.M., Goodwin, F.K., Bunney, W.E., Teplitz, T.A.:  Calcium, ECT, Lithium and Mood.  New Research Program of the 127th Annual Meeting of the American Psychiatric Association; Detroit, Michigan, May, 1974.

51.  Stoddard, F.J., Post, R.M., Gillin, J.C., Bunney, W.E., Carman, J.S.:  Phasic Changes in Manic-Depressive Illness.  New Research Program of the 127th Annual Meeting of the American Psychiatric Association; Detroit, Michigan, May, 1974.

CONFIDENTIAL
AZSER12777435

**CURRICULUM VITAE**                                      **BIBLIOGRAPHY**
John S. Carman, M.D.                                      (Items 52-61)
Page 14

## ABSTRACTS AND LETTERS (cont.):

52.   Post, R.M., Gerner, R.H., Carman, J.S., Bunney, W.E.: A Dopamine-Receptor Stimulator
      in Depression. Proceedings of the 128th Annual Meeting of the American Psychiatric
      Association; Anaheim, California, May, 1975.

53.   Jimerson, D.C., Post, R.M., Carman, J.S., Van Kammen, D.P., Wood, J.H., Goodwin, F.D.,
      Bunney, W.E. : CSF Electrolytes: Calcium and Depression. Proceedings of the 129th
      Annual Meeting of the American Psychiatric Association; Asimolar, California, January,
      1976.

54.   Carman, J.S., Post, R.M., Goodwin, F.J., Buswell, R.: Melatonin, MSH and Psychosis: A
      Reply. American Journal of Psychiatry 134: 583-584, 1977.

55.   Carman, J.S., Wyatt, R.J.: Calcium: Pacesetting the Periodic Psychoses. Proceedings of the
      131st Annual Meeting of the American Psychiatric Association; Atlanta, Georgia, May,
      1978.

56.   Carman, J.S., Post, R.M., Ballenger, J.C., Becker, K.L., Silva, O.: Radioimmunoassayable
      Calcitonin in Human CSF: Relationship to Psychiatric Diagnosis. Abstracts of the 35th
      Annual Meeting of the Society of Biologic Psychiatry; Boston, Massachusetts, September,
      1980.

57.   Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L., Hoppers, L., Scalise, M.: Dexamethasone
      Non-Suppression: Predictor of Thymoleptic Response in Catatonic and Schizoaffective
      Patients. Abstracts of the 35th Annual Meeting of the Society of Biologic Psychiatry;
      Boston, Massachusetts, September, 1980.

58.   Carman, J. S., Wyatt, E.S., Dohn, H.H., Hall, K.R., Crews, E.L., Ledbetter, J.: RBC/Plasma
      Lithium Ration (LR) as a Predictor of Acute Antimanic Response to Lithium in Affective,
      Schizoaffective or Paranoid Schizophrenic Patients. Abstracts of the 35th Annual Meeting
      of the Society of Biologic Psychiatry; Boston, Massachusetts, September, 1980.

59.   Smith, W.B., Carman, J.S., Wyatt, E.S.: Calcitonin in Chronic Pain. Abstracts of the 36th
      Annual Meeting of the Society of Biologic Psychiatry; New Orleans, Lousiana, May 1981.

60.   Wyatt, E.S., Carman, J.S., Crews, E.L., Spencer, S., Bush, J.: Computerized Cerebral
      Tomography in Schizophrenia. Abstracts of the 36th Annual Meeting of the Society of
      Biologic Psychiatry; New Orleans, Louisiana, May, 1981.

61.   Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L., Hoppers, L., Scalise, M.: DST and
      Thymoleptic Response in RDC Schizophrenics. New Research Program of the 134th Annual
      Meeting of the American Psychiatric Association; New Orleans, Louisiana, May, 1981.
      (NR48)

CONFIDENTIAL
AZSER12777436

BEST COPY AVAILABLE

**CURRICULUM VITAE**                                          **BIBLIOGRAPHY**
**John S. Carman, M.D.**                                      **(Items 62-71)**
**Page 15**

### ABSTRACTS AND LETTERS - Cont'd:

62.    Wyatt, E.S., Carman, J.S., Crews, E.L., Spencer, S., Bush, J.:  Computerized Cerebral Tomography in Schizophrenia.  New Research Program of the 134th Annual Meeting of the American Psychiatric Association; New Orleans, Louisiana, May, 1981. (NR49)

63.    Carman, J.S., Post, R.M., Ballenger, J.C., Goodwin, F.K.:  Calcitonin in Affective Disorders.  Neuroendocrinology Letters 3: 115, 1981.

64.    Carman, J. S., Smith, W.B., Wyatt, E.S., Lukenmeyer, W.:  Calcitonin in Chronic Pain. Neuroendocrinology Letters 3: 122, 1981.

65.    Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L., Hoppers, L., Scalise, M.: Dexamethasone Non-Suppression:  Predictor of Thymoleptic Response in Catatonic, Paranoid, and Schizoaffective Patients.  Neuroendocrinology Letters 3: 122, 1981.

66.    Carman, J.S., Tarry, M.H., Wyatt-Knowles, E.S.:  BW647 in Depression. Abstracts of the 38th Annual Meeting of the Society of Biologic Psychiatry; New York City, New York, April, 1983.

67.    Carman, J.S., Wyatt, E.S., Tarry, M.H., Dren, A., Manberg, P. :  BW234 in Mania, Abstracts of the 38th Annual Meeting of the Society of Biologic Psychiatry; New York City, New York, April, 1983.

68.    Carman, J.S., Wyatt, E.S.:  BW234 in Mania.  Abstracts of the 14th World Congress Biological Psychiatry; Philadelphia, Pennsylvania, September 8-13, 1986.

69.    Carman, J.S., Wyatt, E.S.:  Calcium in Affective Disorder.  Abstracts of the 14th. World Congress Biological Psychiatry; Philadelphia, Pennsylvania, September 8-13, 1986.

70.    Harrigan, E.P., Reeves, K.R.:  The Efficacy and Safety of Two Fixed Doses of Ziprasidone in Schizophrenia and Schizoaffective Disorder.  Abstract #471 of the 10th World Congress of Psychiatry, Madrid, Spain, 1996, (Carman, J.S., member of the Ziprasidone study group).

71.    Fawcett, J.A., Gelenberg, A., Harrison, W., Hirschfeld, R.M.A., Keller, M.B., Klein, D.N., Kocsis, J., Koran, L.M., Markowitz, J., McCullough, J.P., Micelli, R., Rush, A.J., Schatzberg, A., Thase, M.E.:  The Treatment of Chronic Depression: Study Design and Rationale for Evaluating the Comparative Efficacy of Sertraline and Imipramine, Draft for Archives of General Psychiatry, 1997, (Carman, J.S., acknowledged).

CONFIDENTIAL
AZSER12777437

BEST COPY AVAILABLE

CURRICULUM VITAE                                    BIBLIOGRAPHY
John S. Carman, M.D.                                (Items 72-82)
Page 16

PUBLICATIONS:

72.   Prange, A.J., Sisk, J.L., Wilson, I.C., Morris, C.E., Hall, C.D., Carman, J.S.: Balance,
      Permission, and Discrimination Among Amines: A Theoretical Consideration of the Actions
      of l-Tryptophan in Disorders of Movement and Affect. Serotonin and Behavior, (Usdin, E.
      and Barchas, J.S., eds.), New York, Academic Press, 539-548, 1973.

73.   Carman, J.S., Schoulson, I., Chase, T.M.: Lithium Carbonate Alone in Huntington's Chorea.
      Lancet I: 811-812, 1974.

74.   Carman, J.S., Post, R.M., Teplitz, T.A., Goodwin, F.K.: Divalent Cations in Predicting
      Antidepressant Response to Lithium. Lancet II: 1454, 1974.

75.   Post, R.M., Gerner, R.H., Carman, J.S., Bunney, W.E.: Effect of Low Doses of a Dopamine
      Receptor Stimulator in Mania. Lancet I: 203-204, 1976.

76.   Green, R.A., Barchas, J.D., Elliott, G.R., Carman, J.S., Wyatt, R.J.: The Tryptolines: Effect
      of Intraventricular Administration on Spontaneous Motor Activity of Rats. Pharmacologic
      Biochemical Behaviour 5: 383-385, 1976.

77.   Carman, J.S., Buswell, R.T., Post, R.M., Goodwin, F.K.: Negative Effects of Melatonin on
      Depression. American Journal of Psychiatry 133: 1181-1186, 1976.

78.   Carman, J.S., Post, R.M., Goodwin, F.K., Bunney, W.E.: Calcium and Electro-convulsive
      Therapy of Severe Depressive Illness. Biological Psychiatry 12: 5-17, 1977.

79.   Bigelow, L.B., Nasrallah, H.S., Carman, J.S., Gillin, J.C., Wyatt, R.J.: Baclofen Treatment
      in Chronic Schizophrenia. American Journal of Psychiatry 134: 318-319, 1977.

80.   Carman, J.S., Wyatt, R.J.: Alterations in CSF and Serum Total Calcium with Changes in
      Psychiatric State: Neuroregulators and Psychiatric Disorders (Usdin, E., Hamburg, D.A.,
      and Barchas, J.S., eds.), New York, Oxford University Press, 488-494, 1977.

81.   Carman, J.S., Wyatt, R.J.: Calcitonin and Malignant Catatonia. Lancet II: 1124-1125,
      1977.

82.   Carman, J.S., Wyatt, R.J.: Reduction of Serum Prolactin Following Subcutaneous Salmon
      Calcitonin. Lancet II: 1267-1268, 1977.

CONFIDENTIAL
AZSER12777438

BEST COPY AVAILABLE

**CURRICULUM VITAE**                          **BIBLIOGRAPHY**
**John S. Carman, M.D.**                      **(Items 83-92)**
**Page 17**

**PUBLICATIONS - Cont'd:**

83. Post, R.M., Gerner, R.H., Carman, J.S., Gillin, J.C., Jimerson, D.C., Goodwin, F.K., Bunney, W.E.: Effects of a Dopamine Agonist, Piribedil, in Depressed Patients. Arch. Gen. Psychiatry 35: 609-615, 1978.

84. Carman, J.S., Nasrallah, H.A., O'Brien, P., Gillin, J.C., Wyatt, R.J.: Weight Changes During Various Neuropharmacologic Manipulations in Psychotic Inpatients. Acta Cientifica Venezolana 29: 178-182, 1978.

85. Carman, J.S., Wyatt, R.J.: Use of Calcitonin in Psychotic Agitation or Mania. Arch. Gen. Psychiatry 36: 72-75, 1979.

86. Carman, J.S., Gillin, J.C., Murphy, D.L., Weinberger, D.R., Bigelow, L.B., Wyatt, R.J.: Effects of a Specific Inhibitor or Type A Monoamine Oxidase on Behavior, Sleep and Circadian Rhythms in Schizophrenic and/or Affectively Ill Patients. Communications Psychopharmacology 2: 513-524, 1979.

87. Jimerson, D.C., Post, R.M., Carman, J.S., Van Kammen, D.P., Wood, J.H., Goodwin, F.K., Bunney, W.E.: CSF Calcium: Clinical Correlates in Affective Illness and Schizophrenia. Biological Psychiatry 14: 295-336, 1979.

88. Carman, J.S., Wyatt, R.J.: Calcium: Bivalent Cation in the Bivalent Psychoses. Biological Psychiatry 14: 295-336, 1979.

89. Carman, J.S., Wyatt, R.J.: Calcium: Pacesetting the Periodic Psychoses. American Journal of Psychiatry 136: 1035-1039, 1979.

90. Carman, J.S., Post, R.M., Runkle, D.C., Bunney, W.E., Wyatt, R.J.: Increased Serum Calcium and Phosphorus with the "Switch" into Manic or Excited Psychotic States. Britian Journal of Psychiatry 135: 55-61, 1979.

91. Gillin, J.C., Kleinman, J.E., Nasrallah, H.A., Bigelow, L.B., Rogol, A., Luchins, D., Carman, J.S., Weinberger, D.R., Wyatt, R.J.: Inhibition of Dopamine Synthesis in Chronic Schizophrenia: A Follow-up Study: Catecholamines: Basic and Clinical Frontiers (Usdin, E., Kopin, I.J., and Barchas, J.D., eds.), New York, Pergamon Press, 1839-1841, 1979.

92. Post, R.M., Gerner, R.J., Jimerson, D.C., Carman, J.S., Rey, A.C., Bunney, W.E.: The Effects of Piribedil on Mood, Sleep, Endocrine Function, and Amine Metabolism in Depressed Patients. Psychologie Medicale II (B): 143-154, 1979.

CONFIDENTIAL
AZSER12777439

BEST COPY AVAILABLE

**CURRICULUM VITAE**                                    **BIBLIOGRAPHY**
John S. Carman, M.D.                                    **(Items 93-102)**
Page 18

**PUBLICATIONS - Cont'd:**

93.   Oliver, P., Carman, J.S., Hoffer, B., Wyatt, R.J.:  The Effect of Altered Calcium Ion Concentration on Interictal Spike Generation in the Hippocampal Slice.  Experimental Neurology 68:  489-499, 1980.

94.   Carman, J.S., Crew, E.L., Bancroft, A., Wyatt, E., Cooper, B., Ledbetter, J., Daniels, J., Monson, S., Bond, W.:  Calcium and Calcium-Regulating Hormones in the Biphasic Periodic Psychoses.  Journal of Operational Psychiatry 11:  5, 1980.

95.   Becker, K.L., Silva, O.L., Post, R.M., Ballenger, J.C., Carman, J.S., Snider, R.H., Moore, C.G.: Immunireactive Calcitonin in CSF of Man.  Brain Research 194: 598-602, 1980.

96.   Freed, W.J., Perlow, M.J., Carman, J.S., Wyatt, R.J.:  Calcitonin Reduces Feeding in Man, Monkey and Rat.  Pharmacological Biochemical Behaviour 12:  609-612, 1980.

97.   Carman, J.S., Wyatt. E.S., Crews, E.L.:  Prediction of Response to Psychotropic Medications.  Alabama Medical Journal 17:  161-165, 1980.

98.   Carman, J.S., Jimerson, D.C., Post, R.M.:  Electrolyte Changes Associated with Shifts in Affective States:  Electrolytes and Neuropsychiatric Disorders.  (Alexander, P., ed.), Plenum Press, New York, 277-293, 1981.

99.   Carman, J.S.:  Pharmacologic Studies of Calcium and Modd:  Electrolytes and Neuro-psychiatric Disorders.  (Alexander, P., ed.), Plenum Press, New York, 295-303, 1981.

100.  Carman, J.S., Bigelow, L.B., Wyatt, R.J.:  Lithium Combined with Neuroleptics in Chronic Schizophrenia and Schizoaffective Patients.  Journal of Clinical Psychiatry 42:  124-128, 1981.

101.  Carman, J.S.: Calcium Psychiatric Illness: The Role of Calcium in Biological Systems, Vol. III (Anghileri, L.J., Tuffet-Anghileri, A.M., eds.) CRC Press, Boca Raton, Florida, 157-173, 1982.

102.  Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L.:  Dexamethasone Non-Suppression: Predictor of Thymoleptic Response in Catatonic and Schizoaffective Patients:  Biological Psychiatry 1981.  (Perris, C., Struwe, Jansson, eds.), Elsevier Press, Amsterdam, 353-358, 1981.

315

CONFIDENTIAL
AZSER12777440

**CURRICULUM VITAE**                                                     **BIBLIOGRAPHY**
John S. Carman, M.D.                                                     (Items 103-113)
Page 19

**PUBLICATIONS - Cont'd:**

103.  Carman, J.S., Wyatt, E.S., Dohn, H.H., Hall, K.R., Crews, E.L., Ledbetter, J.: RBC/Plasma Lithium Ratio (LR) as a Predictor of Acute Antimanic Response to Lithium in Manic, Schizoaffective or Paranoid Schizophrenic Patients: Biological Psychiatry 1981. (Perris, C., Struwe, Jansson, eds.), Elsevier Press, Amsterdam, 353-358, 1981.

104.  Carman, J.S., Post, R.M., Ballenger, J.C., Goodwin, F.K.: Reduced CSF Calcitonin in Mania: Biological Psychiatry 1981. (Perris, C., Struwe, Jansson, eds.), Elsevier Press, Amsterdam, 353-358, 1981.

105.  Potkin, S.G., Weinberger, D., Kleinman, J., Nasrallah, H., Luchins, D., Bigelow, L., Linnoila, M., Fischer, S.H., Bjornsson, T.D., Carman, J.S., Gillin, J.C., Wyatt, R.J.: Wheat Gluten Challenge in Schizophrenic Patients. American Journal of Psychiatry 138: 1208-1211, 1981.

106.  Carman, J.S., Wyatt, E.S., Smith, W., Post, R.M., Ballenger, J.C.: Calcium and Calcitonin in Bipolar Affective Disorder: The Neurobiology of Mood Disorders. (Post, R.M., and Ballenger, J.C., eds.), Williams and Wilkins Company, Baltimore, 340-355 1984.

107.  Gold, M.S., Lydiard, R.B., Carman, J.S. (eds): Advances in Psychopharmacology: Predicting and Improving Treatment Response. CRC Press, Boca Raton, Florida, 1984.

108.  Gold, M.S., Carman, J.S.: Thyroid Failure and Clinical Misdiagnosis. 67-82. ibid.

109.  Lydiard, R.B., Carman, J.S., Gold, M.S.: Antipsychotics: Predicting Response/ Maximizing Efficacy. 179-224.

110.  Gold, M.S., Pottash, A.C., Carman, J.S., Lydiard, R.B.: The Role of the Laboratory in Psychiatry. 307-318. ibid.

111.  Carman, J.S., Wyatt, E.S., Fleck, R., Martin, D., Gold, M.: Neuroleptic Compliance in Schizophrenic Outpatients. Psychiatric Hospital 15: 173-178, 1984.

112.  Carman, J.S., Wyatt-Knowles, E.S.: Calcium and Affective Disorder: Biological Psychiatry 1985. (eds.: Bridges, W.H., Josiasson, R.C., Shagas, C., Simpson, G.M., Stoff, D., Weiss, K.J.) Elsevier Press, New York, 323-325, 1986.

113.  Crews, E.L., Wyatt, E.S., Carman, J.S.: Salmon Calcitonin: Effects on Tardive Dyskinesia.

CONFIDENTIAL
AZSER12777441

BEST COPY AVAILABLE

**CURRICULUM VITAE**                                    **BIBLIOGRAPHY**
John S. Carman, M.D.                                    (Items 114-123)
Page 20

**PUBLICATIONS - Cont'd:**

114.  Hall, K.R., Carman, J.S., Wyatt, E.S.: Bupropion: Antimanic Prophylaxis and Spectrum of Antidepressant Efficacy and Its Relationship to Dexamethasone Suppression of a Dopaminergic Thymoleptic.

115.  Carman, J.S.: Marked but Asymptomatic Thyroid Hormone Elevations in a Paranoid Schizophrenic on Low Phenylalamine Diet.

116.  Wyatt, E.S., Carman, J.S., Crews, E.L., Spencer, S., Bush, J.: Computerized Cerebral Tomography in Schizophrenia: Failure to Predict Neuroleptic Response or Side Effects.

117.  Lineberry, C.G., Johnston, J.A., Raymond, R.N., Samara, B., Feighner, J.P., Harto, N.E., Granacher, R.P., Weisler, R.H., Carman, J.S., Boyer, W.F.: A Fixed Dose (300mg.) Efficacy Study of Bupropion and Placebo in Depressed Outpatients.  Journal of Clinical Psychiatry 51: 194-199, 1990.

118.  Carman, J.S., Adieh, H., Wyatt-Knowles, E.S., Warga, E., Panagides, J.: A Controlled Study of Mianserin in Moderately to Severely Depressed Outpatients. Psychopharmacology Bulletin 27 No. 2: 135-139.

119.  Cunningham, L.A, Borison, R.A., Carman, J.S., et al:  A Comparison of Venlafaxine, Trazodone and Placebo in Major Depression.  Journal of Clinical Psychopharmacology: 1993.

120.  Marder, S.R., Meibach, R.C., Carman, J.S., et al:  Risperidone in the Treatment of Schizophrenia.  American Journal of Psychiatry 151: 802-835, 1994.

121.  Walczak, D.D., Halikas, J.A., Carman, J.S., et al: The Oral Dose-Effect Relationship for Fluvoxamine:  A Fixed-Dose Comparison Against Placebo in Depressed Outpatients. Annals of Clinical Psychiatry.

122.  Carman, J. S., Peuskens, J., Vangeneugden, T.: Risperidone in the Treatment of Negative Symptoms of Schizophrenia: A Meta-Analysis. International Clinical Psychopharmacology: 1995.

123.  Beasley, C., Tollefson, G., Tran, P., Satterlee, W., Sanger, T., Hamilton, S., HGAD Study Group: Carman, J. S.: Olanzapine vs. Placebo and Haloperidol: Acute Phase Results of the North American Double-Blind Olanzapine Trial. Neuropsychopharmacology: 1995.

CONFIDENTIAL
AZSER12777442

BEST COPY AVAILABLE

**CURRICULUM VITAE**                                    **BIBLIOGRAPHY**
John S. Carman, M.D.                                   (Item 124)
Page 21

**PUBLICATIONS - Cont'd:**

124.   Kramer, M.S., Cutler, N., Feighner, J., Shrivastava, R., Carman, J.S., Sramek, J.J., Reines,
       S.A., Liu, G., Snavely, D., Wyatt-Knowles, E., Hale, J.J., Mills, S., MacCoss, M., Swain,
       C.J., Harrison, T., Hill, R.G., Hefti, F., Scolnick, E.M., Cascieri, M.A., Chicchi, G.G.,
       Sadowski, S., Williams, A.R., Hewson, L., Smith, D., Carlson, E.J., Hargreaves, R.J.,
       Rupniak, N.M.J.: Distinct Mechanism for Antidepressant Activity by Blockade of Central
       Substance P Receptors. Science 1998 September 11; 281: 1640-1645.

125.   Stahl, S., Carman, J.S., et al: Placebo-Controlled Comparison of The SSRI Antidepressants
       Citalopram and Sertraline (in Press) 1999.

126.   Kramer, M., Sramek, J.J., Feighner, J., Shrivastava, R., Carman, J.S., Reines, S.A., Liu, F.,
       Rupniak, N.J., Cutler, N.R.: Journal of Clinical Psychopharmacology.

127.   Ballenger, J.C., Burnham, D.B., Oakes, R., Steiner, M., Long-Term Efficacy and Safety of
       Paroxetine in Panic Disorder and Prevention of Relapse.

128.   Kramer, M.S., Cutler, N.R., Feighner, J., Shrivastava, R., Carman, J.S., Liu, G., Snavely, D.,
       Wyatt-Knowles, E., Reines, S.A., Rupniak, N.M.,: Clinical Profile of Substance P
       Antagonists. Biological Psychiatry, Vol. 47 (Supplement 1) (2000) pp. S11

129.   **Acknowledgments:** Adler, L., Burnie, G., Apter, J., Baumel, B., Bralliar, R., Carman, J.,
       Cunningham, L., Hartford, J., Kirby, L., Mihtar, H., Nunez, M., Sambunaris, A., Shrivastava,
       R., Tilker, H., Weiss, K.,: "A Double-blind, Placebo-controlled Trial of the Safety and
       Efficacy of Selegiline Transdermal System (STS) Without Dietary Restrictions in Patients
       with Major Depression". Journal of Clinical Psychiatry.

CONFIDENTIAL
AZSER12777443

BEST COPY AVAILABLE



**STATE OF GEORGIA**
COMPOSITE STATE BOARD OF MEDICAL EXAMINERS

PHYSICIAN

LICENSE          023143

JOHN SCOTT CARMAN
4015 SOUTH COBB DRIVE
SUITE 245
SMYRNA GA   30080~

EXP DATE - 12/31/2003

CONFIDENTIAL
AZSER12777444

BEST COPY AVAILABLE

0019

James C.-Y. Chou, MD – May 2003                                            1

## CURRICULUM VITAE

**Name:**              James C.-Y. Chou, MD                           - 4/20/04

**Work Address:**      New York University School of Medicine/Bellevue Hospital
                       Department of Psychiatry
                       462 First Avenue
                       New York, NY 10016-9196

**Place of Birth:**    REDACTED

**Medical License
Number:**              NY State license # 156024

**Education:**
1979          BA     Harvard College
1983          MD     Tulane Medical School

**Postdoctoral Training:**

Internships and Residencies:
1983 - 1987     Resident, Psychiatry, New York University Medical Center, New York
1986 - 1987     Chief Resident, Psychiatry, New York University Medical Center, New York

Clinical and Research Fellowships:
1986            Completed courses in Clinical Polysomnography
1987            Completed courses in Sleep Disorder Medicine

**Licensure and Certification:**
1983            New York State License
1989            American Board of Psychiatry and Neurology
1992            Added Qualifications in Geriatric Psychiatry

**Academic Appointments:**
1986 - 1988     Clinical Instructor, New York University School of Medicine
1988 - 1990     Director of Research Course for PGY-III, New York University School of Medicine
1988 - 1991     Research Assistant Professor, New York University School of Medicine
1988 - 1992     Director of Cultural Psychiatry Training, New York University School of Medicine
1989 - Present  Adjunct Assistant Professor, New York Medical College
1991 - 1999     Assistant Professor, New York University School of Medicine
1999 - 2001     Research Assistant Professor, New York University School of Medicine
2001 - present  Research Associate Professor, New York University School of Medicine

**Hospital Appointments:**
1984 - 1989     Staff Psychiatrist, Asian Bicultural Clinic, Gouverneur Hospital, New York, NY
1988 - 1992     Emergency Room Attending Psychiatrist, Westchester County Medical Ctr., Valhalla, NY
1987 - Present  Research Psychiatrist, Clinical Research Division, Nathan Kline Institute, Orangeburg, NY

**Other Professional Positions and Major Visiting Appointments:**
2000- Present   NIMH Advisory Board on Bipolar Disorder
1992 - Present  Vice-President, Pass the Boards, Inc., Irvington, NY

1

CONFIDENTIAL
AZSER12777445

James C.-Y. Chou, MD – May 2003                                                    2

**Awards and Honors:**

| | |
|---|---|
| 1985 - 1988 | APA/ NIMH Minority Fellow in Transcultural Psychiatry |
| 1986 | Residents Research Award, American Psychiatric Association |
| 1987 - 1988 | APA/ NIMH Fellowship Representative to APA Board of Trustees |

**Major Committee Assignments:**

**American Psychiatric Association:**

| | |
|---|---|
| 1985 - 1988 | Member of APA Council on Research |
| 1988 - 1994 | APA Committee of Early Career Psychiatrists |
| 1989 - 1992 | APA Scientific Program Committee- Subcommittee on Scientific and Educational Exhibits |
| 1990 - 1994 | Award Board- APA/ Wisniewski Young Psychiatrist Research Award |
| 1991 - 1992 | APA Alternate Delegate to American Medical Association Young Physicians Section |
| 1992 - 1994 | APA Delegate to American Medical Association Young Physician Section |
| 1995 - 1999 | Assembly Representative for Caucus of Asian American Psychiatrists |
| 1999 - Present | Assembly Deputy Representative for Caucus of Asian-American Psychiatrists |
| 1999 - Present | Committee of Asian-American Psychiatrist |

**NIMH Review Committee (IRG):**

| | |
|---|---|
| 1991 | Special Review Committee for Clinical Training Grant Applications |

**CMHS Review Committee (IRG):**

| | |
|---|---|
| 1995 | Special Review Committee for Consumer/ Family Networks |
| 1998 - 2000 | Special Review Committee for Mental Illness and Substance Abuse in the Elderly in Primary Care Settings |

**Journal Reviewer:**

| | |
|---|---|
| 1991 | Journal of Nervous and Mental Disease, Journal of Clinical Psychiatry, Bipolar Disorders, Journal of Psychiatric Practice |

**Drugs of Today:**

| | |
|---|---|
| 1994 - 1996 | Editor |

**NY Coalition for Asian-American Mental Health:**

| | |
|---|---|
| 1989 - 1998 | President |

**Memberships in Professional Societies:**

| | |
|---|---|
| 1985 - present | American Psychiatric Association |
| 1989 - present | NY Coalition for Asian-American Mental Health |
| 1995 - present | American Medical Association |

**Major Research Interests:**
- Psychopharamcology of bipolar disorder
- Neurobiological bases of drug response in bipolar disorder and schizophrenia
- Cross-ethnic differences in drug response

**Principal Clinical and Hospital Service Responsibilities:**
Attending Psychiatrist – Bellevue Hospital Center
Attending Psychiatrist – Phelps Memorial Hospital

**Teaching Experience:**

| | |
|---|---|
| 1984 - 1995 | Lecturer/ Educator: Psychiatry Board Review Course, Bellevue Hospital Center |
| 1984 - 1986 | Lecturer/Educator: Emergency Medicine Board Review Course, Bellevue Hospital |
| 1994 - Present | Director of Mood/Anxiety Disorders Course, New York University School of Medicine |

2

CONFIDENTIAL
AZSER12777446

James C.-Y. Chou, MD – May 2003                                                                 3

1992 – Present    Pass the Boards – Dr. Chou has personally supervised over 1000 psychiatrists preparing for the Psychiatry Part II Oral Board Exam.

**Bibliography:**

**Journal Publications:**

1. Serby M, Chou JC, and Franssen E. Dementia in an American-Chinese nursing home population. *American Journal of Psychiatry* 1987; 144(6): 811-2.

2. Chou JC, Sussman N. Neuroleptics in anxiety. *Psychiatric Annals* 1988; 18(3): 172-5.

3. Sussman N, Chou JC. Current Issues in benzodiazepine use for anxiety disorders. *Psychiatric Annals* 1988; 18(3): 139-145.

4. Chou JC. Recent advances in treatment of acute mania. *Journal of Clinical Psychopharmacology* 1991; 11(1): 3-21.

5. Canino I, Chou JC, Christmas JJ, Chu P, Fabrega H, Fernandez-Pol B, Food DC, Griffith EEH, Harrison-Ross P, Jones BE, Karno M, Lin KM, Marcos LR, Martinez C, Rendon MI, Ruiz P, Thompson JW, Trujillo M, Val ER, Walker RD, Yamamoto J. Cross-Cultural Issues and Treatments of Psychiatric Disorders. *American Journal of Psychiatry* 1991; 148(4): 543-544 (letter).

6. Chou JC, Ko GN. Cultural diversity and psychiatry in America. *Psychiatria Hungarica*, 1991; 6(3): 169-177.

7. Pomara N, Singh RR, Deptula D, Chou JC, Schwartz MB, LeWitt PA. Glutamate and other CSF amino acids in Alzheimer's disease *American Journal of Psychiatry* 1992; 149:251-254.

8. Chou JC. Drug Treatment of Mania. *Drugs of Today* 1992; 28(2):119-130.

9. Volavka J, Cooper T, Czobor P, Bitter I, Meisner M, Laska E, Gastanaga P, Krakowski M, Chou JCY, Crowner M, Douyon R. Haloperidol blood levels and clinical effects. *Archives of General Psychiatry*, 1992; 49: 354-361.

10. Kosson H, Chou JC. Abnormal Liver Function tests associated with lithium treatment. *Journal of Clinical Psychopharmacology* 1992; 12(3): 217-218 (letter).

11. Chou JC, Tuma I, Sweeney EA. Treatment Approaches for Acute Mania. *Psychiatric Quarterly* 1993; 64(4): 331-334.

12. Chou JC, Zito JM, Vitrai J, Craig TJ, Allingham BH, Czobor P. Neuroleptics in Acute Mania: A Pharmacoepidemiologic Study. *Annals of Pharmacotherapy*, 1996; 30: 1396-1398.

13. Serper MR, Chou JCY. Novel neuroleptics improve attentional functioning in schizophrenic patients: Ziprasidone and Aripiprazole. *CNS Spectrums* 1997; 2(8): 56-59.

14. Lane HY, Chang WH, Chou JCY. Seizure during risperidone in an elderly woman with concomitant medications. *J Clin Psychiatry* 1998; 59:81-82.

15. Chou JC, Douyon R, Czobor P, Volavka J, Cooper TB. Change in plasma prolactin and clinical response to haloperidol in schizophrenia and schizoaffective disorder. *Psychiatry Research* 1998; 81:51-55.

16. Chou JCY, Serper MR. Ziprasidone: A new highly atypical antipsychotic. *Essential Psychopharmacology* 1998; 2(4): 463-485.

3

CONFIDENTIAL
AZSER12777447

James C.-Y. Chou, MD – May 2003                                                                    4

17. Serper M, Copersino M, Richarme D, Arluck J, Allen M, <u>Chou J</u>, Cancro R. Deficits in cocaine abusing schizophrenics patients. *Biological Psychiatry* 1998; 43:114S-115S.

18. Serper MR, <u>Chou JC</u>, Allen M, Czobor P, Cancro R. Symptomatic overlap of cocaine intoxication and acute schizophrenia in emergency presentation. *Schizophrenia Bulletin* 1999; 25: (2) 387-394.

19. Krakowski M, Czobor P, <u>Chou JCY</u>.  Course of violence in schizophrenic patients: relationship to clinical symptoms. *Schiz. Bull* 1999; 25: (3) 505-517.

20. <u>Chou JCY</u>, Czobor P, Charles O, Tuma I, Wisberg B, Allen MH, Trujillo M, Volavka J. Acute Mania: haloperidol dose and augmentation with lithium or lorazepam. *J Clin Psychopharmacology* 1999; 19: (6) 500-505.

21. Lane HY, Chiu WC, <u>Chou JCY</u>, Wu ST, Su MH, Chang WH. Risperidone in acutely exacerbated schizophrenia: Dosing strategies and plasma levels. *Journal of Clinical Psychiatry* 2000; 61: 209-214.

22. Serper M, Bergman A, <u>Chou JCY</u>, Copersino M, Richarme D, Cancro R.  Learning and memory impairment in cocaine-dependent and comorbid schizophrenics patients. *Psychiatry Research* 2000; 93: 21-32.

23. Bowden CL, Calabrese JR, McElroy SL, Hirschfeld RMA, Petty F, Gyulai L, Pope HG, <u>Chou JCY</u>, Keck PE, Rhodes LJ, Swann AC, Wassef A, Wozniak PJ, Abbott Laboratories.  Randomized, placebo-controlled trail of divalproex versus lithium in maintenance therapy of bipolar disorder.  *Archives of General Psychiatry* 2000; 57: 481-489.

24. <u>Chou JCY</u>, Czobor P, Tuma I, Charles O, Bebe R, Cooper TB, Chang WH, Lane HY, Stone D. Pretreatment plasma HVA and haloperidol response in acute mania. *J Affective Disorders* 2000; 59: 55-59.

25. <u>Chou JCY</u>, Solhkhah R, Serper M.  Clinical Research on Antipsychotics in Bipolar Disorder. *J Psychiatric Practice* November 2000; 310-321.

26. Copersino M, <u>Chou JCY</u>, Serper M. Cocaine Craving and Stroop Performance in Comorbid Schizophrenics. *NIDA Monographs* (In Press).

27. Vadhan N, Elliot J, Chang N, <u>Chou JCY</u>, Serper M. Treatment response and neuroleptic dose requirements in substance abusing schizophrenics. *Psychopharmacology Bulletin* (In Press).

28. <u>Chou JCY</u>, Czobor P, Dacpano G, Richardson N, Tuma I, Trujillo M, Cooper TB, Volavka J. Haloperidol blood levels in Acute Mania. *J Clinical Psychopharmacology* 2001;21:445-447.

29. <u>Vadhan NP</u>, Serper MR, Harvey PD, <u>Chou JCY</u>, Cancro R.  Convergent validity and neuropsychological correlates of the Schedule for the Assessment of Negative Symptoms (SANS) Attention Subscale. *J Nerv Ment Dis* 2001; 189:637-641.

30. Lindenmayer JP, Czobor P, Alphs L, Nathan AM, Anand R, Islam Z, <u>Chou JCY</u>.  The InterSePT Scale for Suicidal Thinking (ISST) – Reliability and Validity. *Psychiatry Research* (submitted)

31. Bitter I, <u>Chou JCY</u>. Ungvari GS, Gaszner P, Tang WK.  Prescribing for schizophrenia: an international multicentre comparative study.  Pharmacopsychiatry  2002; (In Press).

32. Currier GW, <u>Chou JCY</u>, Feifel D, Bossie CA, Turkoz I, Gharabawi G.  Oral Risperidone Plus Lorazepam Versus Intramuscular Haloperidol Plus Lorazepam in the Emergency Treatment of Acute Agitation: A Randomized, Single-Blind, Parallel-Group Trial. *American Journal of Psychiatry* 2002; (submitted)

4

CONFIDENTIAL
AZSER12777448

James C.-Y. Chou, MD – May 2003                                                           5

**Books Chapters:**
1. Zito JM (ed.) Psychotherapeutic Drug Manual for use in New York State Mental Health Facilities, (3rd ed.), Chou JC - collaborating author. Utica Print Shop, Utica, NY, April, 1989.

2. Kaplan, HI and Sadock BJ. Pocket Handbook of Clinical Psychiatry; Chou JC - collaborating author. (Chapters on substance abuse, alcohol abuse, organic mental disorders, laboratory testing) Williams and Wilkins, Baltimore: 1990.

3. Chou JC, Deptula D, Singh R, Pomara N. Caregivers and Stress-related Neurotransmitter Changes. In: Lebowitz B, Light, eds. Alzheimer's Disease Treatment and Family Stress: Directions for Research. New York, NY: Springer Publishing; 1994: 93-114.

4. Chou JC, Cancro R. Bipolar Disorder. In: Bittar EE and Bittar N, eds. Biology Psychiatry. Conneticut: JAI Press Inc.; 2000: 217-232.

5. Pomara N, Chou JC, Singh R, Deptula D: Excitatory Amino Acids in Alzheimer's Disease; In: Brunello N, Fukuda T, eds. Biological Psychiatry: proceedings of 5th World Congress of Biological Psychiatry, Florence, 9-14 June 1991; Amsterdam: Excerpta Medica; 1991: 777-779.

6. Serper M, Chou JC. Cognitive Functioning and Substance Use Disorders in Schizophrenia. In: Sharma A, and Harvey PD, eds. Cognition in Schizophrenia: Impairments, Importance, and Treatment Strategies. New York: Oxford University Press.

**Books:**
1. Kaplan, HI and Sadock BJ. Pocket Handbook of Emergency Psychiatric Medicine; Chou JC - Contributing Editor. Williams and Wilkins, Baltimore: 1993.

**Videotape and Software Products:**

1. Chou JC: Pass The Boards! **Videotaped Psychiatry Oral Board Exams**. Pass The Boards, Irvington, NY: 1992.

2. Chou JC: **Child/Adolescent Psychiatry Oral Board Exams**. Pass The Boards, Irvington, NY: 1994.

3. Chou JC: **Boards Simulator for IBM-PC**. Pass The Boards, Irvington, NY: 1994.

4. Weinreb H: **Neurology for Non-Neurologists.** (Producer: JC Chou) Pass The Boards, Irvington, NY: 1995.

5. Chou JC: Pass the Boards! **Videotaped Psychiatry Oral Board Exams** for DSM-IV. Pass the Boards, Inc., Irvington, NY: 1995.

**Grants/Contracts:**

**Principal-Investigator:**

**NIMH-**
| | |
|---|---|
| 1992-1995 | R03 Small Grant – Acute mania: Haloperidol dose and lorazepam augmentation. |
| 1996-1999 | Research Contract – Verapamil Maintenance Treatment of Women with Bipolar Disorder. |
| 1999- Present | Systematic Treatment Enhancement Program for Bipolar Disorder (STEP-BD). |

5

CONFIDENTIAL
AZSER12777449

BEST COPY AVAILABLE

James C.-Y. Chou, MD – May 2003                                      6

**Abbott Laboratories-**

1993-1996     Safety and efficacy of Depakote in the prevention of mania in patients with bipolar disorder.

1995-1997     A Comparative Cost-Effectiveness Study of Depakote and Usual Care vs. Lithium and Usual Care in the Treatment of Bipolar Disorder.

1996-1997     The Efficacy and Safety of Rapid-Loading Depakote in the Treatment of Acutely Manic Patients with Bipolar Disorder.

1998-1999     Evaluation of the Efficacy and Safety of Depakote ER in the Treatment of Manic Phase of Bipolar Disorder: A Placebo-Controlled Study.

**Eli Lilly and Company-**

1998-2000     Olanzapine versus Divalproex in the Treatment of Acute Mania.

1998-2000     The Efficacy of Olanzapine and Adjunctive Lorazepam, as Needed, to Treat Acute Behavioral Agitation in Schizophrenia

1999-2001     Olanzapine Versus Placebo in the Prevention of Relapse in Bipolar Disorder.

2000- 2001    Duloxetine Versus Placebo and Paroxetine in the Acute Treatment of Major Depression.

2000- 2002    A Placebo-Controlled 12-week study of the safety and efficacy of two doses of Topiramate Versus Placebo for the Treatment of Acute or Mixed Episodes of subjects with Bipolar I Disorder with an optional Open-Label Extension.

**Hoechst Marion Roussel-**

1998-1999     A Multicenter, Placebo and Active Control, Double-Blind Randomized Study of Efficacy, Safety and Pharmacodkinetics of M100907 (10 and 20 mg/day) in Schizophrenic and Schizoaffective Patients.

1998-1999     A Multicenter, Open-Label, Long-Term Follow-Up Safety Study of M100907 Tablets in Schizophrenic and Schizoaffective Subjects Who Participated in Protocol M100907/3001 or 3002.

**Merck KGaA-**

1998-1999     A double-blind, randomized, multicenter, parallel group design study to evaluate the efficacy and safety of two dose ranges of EMD-128-130 in comparison with placebo and haloperidol in the treatment of schizophrenia.

**Pfizer Laboratories-**

1994-1996     Phase III, six week, double-blind, multicenter, placebo-controlled study evaluating the efficacy and safety of three fixed doses or oral ziprasidone (20 mg, BID, 60 mg, BID and 100 mg, BID) and Haloperidol in the acute exacerbation of schizophrenia and schizoaffective disorder (Protocol # 128-115).

1994-Present  A 364 week (7-year), open extention study evaluating the safety and outcome of 40-200mg daily of oral ziprasidone or 1-8mg BID of oral Risperidone daily in the treatment of subjects who have participated in previous Ziprasidone clinical trials (Protocol # 128-116B).

1994-1996     Fifty-two week, open-label, randomized study evaluating the safety and efficacy of oral ziprasidone (CP-88,059-1) (40-80 mg BID) and Risperidone (3-5mg, BID) in the maintenance treatment of outpatients with schizophrenia and schizoaffective disorder (Protocol 128-117).

6

CONFIDENTIAL
AZSER12777450

James C.-Y. Chou, MD – May 2003                                                                                      7

| | |
|---|---|
| 1997-1998 | A phase III, randomized study comparing 2 doses of intramuscular Ziprasidone (2mg and 10mg) in subjects with psychosis and acute agitation (Protocol #128-125). |
| 1997-1998 | An open extension study evaluating the safety and outcome of 40-200 mg daily of oral Ziprasidone in the treatment of subjects who have participated in previous ziprasidone clinical trials (Protocol # 128-127E). |
| 1998-1999 | A phase III, randomized, placebo-controlled study evaluating the safety and outcome of treatment with oral Ziprasidone in subjects with mania (Protocol # 128-601). |
| 1998-1999 | An open extension study evaluating the safety and outcome of 40-160 mg daily of oral Ziprasidone in the treatment of subjects who have participated in Protocol 601 (Protocol # 128-601E). |
| 1999-2000 | A multicenter pilot study to examine the clinical effects of cross titration of antipsychotics with Ziprasidone in subjects with schizophrenia or schizoaffective disorder followed by an optional open extension phase with continued Ziprasidone (R-0553). |
| 1999-Present | A 52-week (1-year), open extension study evaluating the safety and efficacy of continued administration of 40-160mg daily of oral Ziprasidone in the treatment of patients who have participated in previous ziprasidone clinical trials (# R0585). |

**Otsuka America Pharmaceutical, Inc.-**

| | |
|---|---|
| 1995-1996 | A dose ranging study of the efficacy and tolerability of OPC-14597 in acutely relapsing hospitalized schizophrenic patients. |
| 1995-1996 | A three month open-label study of the tolerability and safety of opc-14597 in schizophrenic patients. |
| 1997-1998 | A phase III, double-blind, placebo-controlled study of aripiprazole in the treatment of psychosis with Risperidone as active control. |
| 1997-1998 | An open-label, follow-up study on the long-term safety of aripiprazole in patients with psychosis. |

**Janssen Research Foundation-**

| | |
|---|---|
| 1995-1996 | Safety and efficacy of Risperidone 8 mg QD and 4 mg QD compared to placebo in the treatment of schizophrenia. |
| 1996-1997 | Mazapertine dose-finding trial, comparing 3 fixed dosages of mazapertine to risperidone and placebo. |
| 1996-1998 | A comparison of risperidone and haloperidol for prevention relapse in subjects with schizophrenia and schizoaffective disorder. |
| 1997-1998 | The safety and efficacy or risperidone vs. placebo vs. haloperidol as add-on therapy to mood stabilizers in the treatment of manic phase of bipolar disorder. |
| 2000- Present | A Randomized Trial of Oral Risperidone Versus Intramuscular Haloperidol in the Emergency Treatment of Acute Psychosis. |

**Novartis Pharma AG**

| | |
|---|---|
| 1998- Present | A prospective, randomized, international, parallel-group comparison of clozaril/leponex vs. Zyprexa in the reduction of suicidality in patients with schizophrenia and schizoaffective disorder who are at risk for suicide. |

7

CONFIDENTIAL
AZSER12777451

James C.-Y. Chou, MD -- May 2003                                                                8

1998-1999    A prospective, randomized, double-blind, placebo- and active-controlled, multicenter study to evaluate the efficacy and safety of three fixed doses of iloperidone (4, 8, and 12 mg/d) given BID for 42 days to schizophrenic patients with acute or subacute exacerbation, followed by a double-blind, active-controlled flexible-dose, long-term, 6-month phase with iloperidone (4, 8, 12, or 16 mg/d) given qd.

**New York University School of Medicine**
1999-Present   Cross-cultural study of risperidone in acutely exacerbated schizophrenia: Dosing strategies and plasma levels.

**AstraZeneca**
2000-Present   A multicenter, double-blind, randomized, placebo-controlled trial of the safety and efficacy of Seroquel (Quetiapine Fumarate) as Add-on therapy with Lithium or Divalproex in the treatment of acute mania.

2000- Present   A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of Sustained-release Formulation Quetiapine Fumarate (Seroquel™) and Placebo in the Treatment of Patients with Schizophrenia.

**R.W. Johnson Pharmaceutical Research Institute**
2000- Present   A placebo-controlled 12 week study of the safety and efficacy of two doses of topiramate versus placebo for the treatment of acute manic and mixed episodes in subjects with Bipolar I Disorder with an optional open-label extension.

**Bristol-Myers Squibb**
2000- 2002   A Multicenter, Randomized, Double-Blind Study of flexible doses of Aripiprazole versus Perphenazine in the treatment of patients with treatment-resistant Schizophrenia.

2001-2003    Randomized, Double-Blind, Dose-Ranging Study of the Intramuscular Aripiprazole in the Treatment of Acute Agitation in Patients with a Diagnosis of Schizophrenia, Schizoaffective, or Schizophreniform Disorder.

**Co-Investigator:**

**NIMH-**
1996-Present   Risperidone and Clozapine in Chronic Schizophrenia. Principal Investigator: Jan Vloavka, MD, PhD.

1997-1998    Resting energy metabolism as a predictor of psychotropic drug induced alterations in body weight. Principal Investigator: Robert Brebbia, PhD.

**NIA-**
1996-1999    Exploratory Center Grant on Health Promotion for Ethnic Minority Elders with Dementia and Their Caregivers. Principal-Investigator: Sue Levkoff, Sc.D.

**Abbott Laboratories --**
1996-1997    The Efficacy and Safety of Rapid-Loading Depakote in the Treatment of Acutely Manic Patients with Bipolar Disorder. Principal Investigator: Michael Allen, MD.

**Glaxo Wellcome-**
1997-1998    A Multicenter, Double-Blind, Placebo-Controlled, Flexible Dose Evaluation of the Safety and Efficacy of LAMICTAL ( Lamotrigine) in the Treatment of a Major Depressive Episode in Patients with Bipolar Disorder. Principal Investigator: Norman Sussman, MD.

8

CONFIDENTIAL
AZSER12777452

James C.-Y. Chou, MD – May 2003                                                    9

| 1997-1998 | An Open, Multicenter, Flexible-Dose Continuation Study of LAMICTAL (Lamotrigine) in Patients with Bipolar Disorder Who Have Completed Protocol SCAA2010. Principal Investigator: Norman Sussman, MD. |

| 1997-1999 | A Multicenter, Double-Blind, Placebo-Controlled, Flexible-Dose, Parallel-Group Evaluation of the Safety and Efficacy of Lamotrigine in the Long-Term Prevention of Mood Episodes in Patients with Bipolar Disorder with Rapid Cycling: Incorporating Participation in Genotype Research - Optional for Both Patients and Sites. Principal investigator: Norman Sussman, MD. |

**Eli Lilly and Company-**

1996-1998     OlanzapineVersue Placebo in the Treatment of Mania Associated with Bipolar I Disorder. Principal Investigator: Norman Sussman, MD.

**Universite de Montreal and the Karolinska Institute Stockholm, Sweden-**

1997-1998     Diagnosis of Bipolar Disorder.

**Bristol Myers Squibb**

2000- 2001     A multicenter, randomized, double-blind, placebo controlled study of two fixed does of Aripiprazole in the treatment of hospitalized patients with acute mania.  Principal investigator: Norman Sussman, MD.

2000- 2001     A multicenter, randomized, double-blind, placebo-controlled study of Aripiprazole in the maintenance treatment of patients with bipolar disorder. Principal investigator: Norman Sussman, MD.

**American Foundation for Suicide Prevention**

2000- Present     Standardization and validation of the InterSePT Scale for Suicidal Ideation (ISST).  Principal Investigator: Jean-Pierre Lindenmayer, MD.

**Nathan Kline Institute**

1999- Present     Brain Changes in Psychotic Disorders.  Principal Investigator: Kelvin Lim, MD.

**New York University**

1999- Present     Competence of Human Subjects to Consent to Research.  Principal Investigator: Philip Candilis, MD.

1999- Present     Social and Self-Care Functioning in Schizophrenia, Schizoaffective, and Bipolar Disorder. Principal Investigator: Mark Serper, PhD.

9

CONFIDENTIAL
AZSER12777453

BEST COPY AVAILABLE

D1447C00127: _0020_

**Andrew J. Cutler, M.D.**
CORE Research, Inc.
2300 Maitland Center Parkway
Suite 230
Maitland, FL 32751
407-644-1165

Cutler
27/DEC/2004

## AFFILIATIONS

LifeStream Behavioral Center
2020 Tally Road
Leesburg, Florida 34748
352-315-7800

CORE Research, Inc.
1006 North 14th Street
Leesburg, Florida 34748
352-728-4646

## PROFESSIONAL EXPERIENCE

CORE Research, Inc.
*Medical Director, President & Investigator*

Maitland and Leesburg, Florida
1998 - Present

Directs and oversees all operations of CORE Research, Inc.  Responsible for training all investigators/clinical staff.  Functions as the, or under the direction of the, Principal Investigator for assigned studies performing medical oversight for study subjects.

University of South Florida
*Affiliate Assistant Professor, Department of*
*    Psychiatry and Behavioral Medicine*

Tampa, Florida
1999-Present

University of Central Florida
*Instructor, Department of Psychology*

Orlando, Florida
1999-2003

Lakeside Alternatives Behavioral Healthcare Systems
*Medical Director/Director of Psychopharmacology Research*

Orlando, Florida
1998-2002

Psychiatric Institute of Florida
*Co-Medical Director/Co-Director of Psychopharmacology*
*    Research*

Orlando, Florida
1996-1998

Florida Hospital South
*Director of Psychiatric Medicine and Psychiatry*
*    Grand Rounds*

Orlando, Florida
1995-1996

University of Chicago, Biologic Sciences Division
*Director of Consultation-Liaison Psychiatry,*
*    Department of Psychiatry*

Chicago, Illinois
1994-1995

University of Chicago, Biologic Sciences Division
*Director of Adult Inpatient Services,*
*    Department of Psychiatry*

Chicago, Illinois
1994-1995

University of Chicago, Biologic Sciences Division
*Director of Psychiatric Medicine,*
*    Department of Psychiatry*

Chicago, Illinois
1994-1995

University of Chicago, Biologic Sciences Division
*Assistant Professor, Department of Psychiatry*

Chicago, Illinois
1994-1995

Version: December 2004

329

CONFIDENTIAL
AZSER12777454

BEST COPY AVAILABLE

## EDUCATION

| | |
|---|---|
| Residency in Psychiatry | 1990-1994 |
| University of Virginia, Health Sciences Center | Charlottesville, Virginia |
| | |
| Residency in Internal Medicine | 1989-1993 |
| University of Virginia, Health Sciences Center | Charlottesville, Virginia |
| | |
| Doctor of Medicine | 1989 |
| University of Virginia, School of Medicine | Charlottesville, Virginia |
| | |
| Bachelor of Science in Biology | 1983 |
| Haverford College | Philadelphia, Pennsylvania |

## LICENSURE

Florida Medical License: July, 1995, #ME 68720

Drug Enforcement Agency License: Number available on request

## CERTIFICATION

American Board of Psychiatry and Neurology, October 1995

American Board of Internal Medicine, December, 1993

Version: December 2004

330

CONFIDENTIAL
AZSER12777455

BEST COPY AVAILABLE

D1447C00127:  0021

# Bernadette B. D'Souza, MD

**Office:**
Midwest Clinical Research Center. LLC
627 Edwin C. Moses Blvd
East Medical Plaza, Suite 3G
Dayton, OH 45408
Phone: (937) 424-1050 -- Fax: (937) 424-1052
bDsouza@midwestclinical.com

**Home:**
REDACTED

Updated 1-Sep-04

## Curriculum Vitae

**Professional Experience:**

| February, 2002- present | **Chief Executive Officer,** **Midwest Clinical Research Center, LLC** East Medical Plaza, Suite 3G 627 Edwin C. Moses Blvd Dayton, OH 45408 |
| --- | --- |
| June 2004 - present | **Sub-Investigator** **Mahajan Clinical Trials Center** 9000 N. Main St, Suite 301 Dayton, OH 45415 |
| January 2004 - present | **Consultant,** **Friendship Village** 5790 Denlinger Road Dayton, OH 45426 |
| September 2002 - present | **Consultant,** **Sunrise of Englewood** 95 West Wenger Road Englewood, OH 45322 |
| September 2002 - present | **Consultant,** **Riverside Nursing and Rehabilitation** 1390 King Tree Dr. Dayton, OH 45405 |
| April, 2001-present | **Adjunct Associate Professor of Pharmaceutical Services** College of Pharmacy University of Cincinnati 3223 Eden Avenue Cincinnati, Ohio 45267 |
| March, 2000-July, 2002 | **Associate Director of Clinical Affairs, Mental Health Service Line** Cincinnati VA Medical Center 3200 Vine Street Cincinnati, Ohio 45220 |
| December, 1997-March, 2000 | **Director, General Psychiatry Division** Cincinnati VA Medical Center 3200 Vine Street Cincinnati, Ohio 45220 |
| September, 1988-present | **Associate Professor of Clinical Psychiatry** Department of Psychiatry University of Cincinnati College of Medicine 231 Bethesda Avenue Cincinnati, Ohio 45267 |

8/31/04

331

CONFIDENTIAL
AZSER12777456

May, 1993-December, 1997     **Director, Ambulatory Care Psychiatry**
Cincinnati VA Medical Center
3200 Vine Street
Cincinnati, Ohio 45220

September, 1991-May, 1993     **Acting Chief of Psychiatry**
Cincinnati VA Medical Center
3200 Vine Street
Cincinnati, Ohio 45220

July, 1983-June, 1992     **PGY-1 Coordinator**
Department of Psychiatry
University of Cincinnati College of Medicine
231 Bethesda Avenue
Cincinnati, Ohio 45267

January, 1989-September, 1991     **Director, MHC/HCMI**
Cincinnati VA Medical Center
3200 Vine Street
Cincinnati, Ohio 45220

September, 1987-December, 1988     **Associate Director, Ambulatory Care Psychiatry**
Cincinnati VA Medical Center
3200 Vine Street
Cincinnati, Ohio 45220

March, 1980-August, 1988     **Assistant Professor of Clinical Psychiatry**
Department of Psychiatry
University of Cincinnati College of Medicine
231 Bethesda Avenue
Cincinnati, Ohio 45267

March, 1980-June, 1981     **Medical Director, Psychiatric Evaluation Center**
Cincinnati VA Medical Center
3200 Vine Street
Cincinnati, Ohio 45220

July, 1979-March, 1980     **Staff Psychiatrist/Instructor**
Rollman Psychiatric Institute
3009 Burnet Avenue
Cincinnati, Ohio 45219

**Education and Training:**
July, 1976-June, 1979     Rollman Psychiatric Institute, Cincinnati, Ohio
Psychiatric Residency

December, 1975-May, 1976     University of Cincinnati Medical College, Cincinnati, Oh
Anesthesia Residency

July, 1974-January, 1975     Safdarjang Hospital, New Delhi, India
Medicine Residency

July, 1968-June, 1973     Armed Forces Medical College, Pune, India
Medical Student, lead to MD

CONFIDENTIAL
AZSER12777457

BEST COPY AVAILABLE

D'Souza, B.
Page 3

**Examinations:**

| | |
|---|---|
| July, 1977 | FLEX |
| June, 1975 | ECFMG |

**Board Certification:**

| | |
|---|---|
| November, 1982 | American Board of Psychiatry & Neurology |
| November, 1993 and June, 1995 | Served as an Examiner for the Board |

**Licensure:**
Ohio 42602
Kentucky 19281

**Publications:**
Book Chapter
Baker, D. G., and **D'Souza, B.** (1993).
Treatment of the VA Patient.
In: **Manual of Clinical Psychiatry**, APA Press, Washington, D.C.

Strawn JR, Ekhator NN, **D'Souza BB**, Geracioti, Jr. TD (2004) Pituitary-Thyroid State Correlates with Central Dopaminergic and Serotonergic Activity in Healthy Humans.  Neuropsychobiology  49;84-87..

**Presentations:**

| | |
|---|---|
| March 2004 | Alzheimer's Disease; What Every Caregiver Should Know, Alzheimer's Association, Dayton, Ohio |
| October 2002 | "More than Just the Blues" Presentation on Depression at Speaking on Women's Health, Dayton Convention Center, Dayton, Ohio |
| November, 1993 | TQI and Use of TQM Tools. Knoxville VA Medical Center, Knoxville, Iowa. |
| May, 1992 | History of Suicide Attempts: A Trait Variable? (poster). American Psychiatric Association Annual Meeting, San Francisco, California. |
| May, 1987 | Revamping the Residency Curriculum (workshop). American Psychiatric Association Annual Meeting, Chicago, Illinois. |
| April, 1986 | Outpatient Treatment of Chronically Mentally Ill Veterans. Allen Park VA Medical Center, Detroit, Michigan. |
| November, 1984 | Psychopharmacology Review. Armed Forces Medical College, Pune, India |

**Grant Writing/Workgroups:**

Member of Committee for Homeless Mentally Ill Veterans Program
(Wrote proposal and obtained $500,000 funding for new program)

Member of Task Force for MEDIPP Proposal for Adult Day Health Care Program

VA Consultant for Development of Clinical Indicators
Washington, D.C., April, 1992

CONFIDENTIAL
AZSER12777458

BEST COPY AVAILABLE

# Clinical Trials:

**Current Studies:**

- A Multi-Center, Randomized, Double-Blind, Placebo-Controlled Study of Aripiprazole in the Treatment of Patients with Bipolar I Disorder with a Major Depressive Episode
  Sponsor: Bristol-Myers Squibb

- A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study Of XXX and Venlafaxine Er In Adult Outpatients With Major Depressive Disorder
  Sponsor: Wyeth Pharmaceuticals

- A Randomized Double-Blind Study of Olanzapine Versus Aripiprazole in the Treatment of Schizophrenia.
  Sponsor: Eli Lilly and Company

- A Double-Blind, Placebo-Controlled Dose-Finding Study Evaluating The Safety And Efficacy Of XXX, 80 Mg Bid, And 20 And 80 Mg QD In The Treatment Of Mild To Moderate Alzheimer's Disease.
  Sponsor: Mitsubishi Pharma America, Inc. CRO: Ingenix

- A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Fixed-Dosed Study Evaluation the Efficacy, Safety and Tolerability of Two Does of a Once-Daily Oral Formulation of XXX in Subjects with Major Depressive Disorder for a Treatment Period of Eight Weeks.
  Sponsor: GlaxoSmithKline.

- A Phase II Double Blind, Randomized, Dose Ranging, Placebo Controlled, Multicenter, Safety And Efficacy Evaluation Of Three Doses Of XXX In Patients With Mild To Moderate Dementia Of The Alzheimer's Type
  Sponsor: Boehringer-Ingelheim Pharmaceuticals, Inc.

- A Phase III, 8-Week, Double Blind, Randomized Study Of The Efficacy And Safety Of Olanzapine Plus Fluoxetine In Combination As Compared To Olanzapine And Fluoxetine Monotherapies In Patients With Treatment-Resistant Recurrent Major Depressive Disorder.
  Sponsor: Eli Lilly and Company

- Depression Response to Eszopiclone in Adults With Major Depressive Disorder (DREAMDD): A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, 8-Week, Safety and Efficacy Study of Eszopiclone 3 mg Compared to Placebo in Subjects with Insomnia Related to Major Depressive Disorder.
  Sponsor: Sepracor Inc.

- The Efficacy of Eszopiclone 3 mg Compared to Placebo in the Treatment of Insomnia Secondary to Perimenopause or Menopause.
  Sponsor: Sepracor Inc.

- A 24-week, Multicenter, Randomized, Double-blind, Placebo- and Active-controlled, Parallel-group Evaluation of the Efficacy, Safety, and Tolerability of the Once-daily Exelon® Patch Formulation in Patients with Probable Alzheimer's Disease  (MMSE 10-20)
  Novartis Pharmaceuticals

- A Multicenter, Open-Label, Flexible-Dose, Parallel-Group Evaluation Of The Cataractogenic Potential Of Quetiapine Fumarate (Seroquel) And Risperidone (Risperdal) In The Long-Term Treatment Of Subjects With Schizophrenia Or Schizoaffective Disorder.
  Sponsor: AstraZeneca

334

CONFIDENTIAL
AZSER12777459

BEST COPY AVAILABLE

D'Souza, B.
Page 5

- A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients
  Sponsor: AstraZeneca

**Previous Studies:**

- A Multicenter, Double-Blind, Randomized Comparison of the Efficacy and Safety of Quetiapine Fumarate (SEROQUEL) and Placebo in the Treatment of Agitation Associated with Dementia.
  Sponsor: AstraZeneca. CRO: PPD

- A Double-Blind, Placebo Controlled Study of XXX in the Treatment of Patients with Major Depressive Disorder.
  Sponsor: Merck Research Laboratories.

- A Six and Half Month, Multicenter, Randomized, Double Blind Placebo Comparison of 150-300 mgs/Day of Extended Release XXX and Placebo for the Prevention of Seasonal Affective Disorder in Subjects with a History of Seasonal Affective Disorder.
  Sponsor: GlaxoSmithKline. CRO: Ingenix

- A Multicenter Randomized Double-Blind, Placebo Controlled Flexible Dose Study of XXX in the Treatment of Institutionalized Patients with Psychosis Associated with Dementia of the Alzheimer's Type.
  Sponsor: Bristol Myers Squibb

- A Multicenter Randomized Double-Blind, Placebo Controlled Fixed Dose Study of XXX in the Treatment of Institutionalized Patients with Psychosis Associated with Dementia of the Alzheimer's Type.
  Sponsor: Bristol Myers Squibb

- A Multicenter, Double-Blind, Placebo Controlled, Double Dummy Trial of the use of Quetiapine Fumarate in the Treatment of Patients with Bipolar Depression.
  Sponsor: AstraZeneca . CRO: Lineberry

- XXX vs. Placebo as Add-On Treatment in Subjects with Bipolar Disorder in the Outpatient Setting.
  Sponsor: Ortho-McNeil Pharmaceutical. CRO: Ingenix

- Fixed Dose Comparison of the Safety and Efficacy of XXX, Citalopram, and Placebo in the Treatment of Major Depressive Disorder.
  Sponsor: Forest Laboratories

- An Open-Label Follow-on Study of the Long-Term Safety of XXX in Patients with Chronic Schizophrenia.
  Sponsor: Otsuka America Pharmaceutical, Inc.

- A Multicenter, Randomized, Double-Blind, Active-Controlled Study to Compare the Long Term Maintenance Effects and Safety of XXX and Haloperidol Following Acute Relapse in Schizophrenic Patients.
  Sponsor: Otsuka America Pharmaceutical, Inc.

- TAP Holdings, Inc. "Phase II Multicenter Randomized Comparison of XXX Versus Placebo in the Treatment of Subjects with Major Depressive Disorder"

CONFIDENTIAL
AZSER12777460

- An Eight-Week, Double-Blind, Placebo-Controlled Study of 2, 20, 50, and 100 mg XXX b.i.d. and
  Paroxetine q.d. in Patients with Major Depressive Disorder .
  Sponsor: Boehringer-Ingelheim Pharmaceuticals, Inc.

- Double-Blind, Placebo-Controlled Study of Venlafaxine and Fluoxetine in Geriatric Outpatients with
  Major Depression.
  Sponsor: Wyeth-Ayerst Laboratories

- Safety and Efficacy of Risperidone 8 mg QD and 4 mg QD Compared to Placebo in the Treatment of
  Schizophrenia.
  Sponsor: Janssen Research Foundation

- Dose-Response Study in the Treatment of Negative Symptoms of Schizophrenia with XXX.
  Sponsor: Boehringer Ingelheim/The Upjohn Company

- A Placebo-Controlled, Double-Blind, Parallel-Group Safety and Efficacy Trial of XXX in Posttraumatic
  Stress Disorder.
  Sponsor: Ciba-Geigy Corp.

- A Multicenter, Randomized, Double-Blind, Study of XXX Versus Placebo in the Treatment of Acutely
  Manic Patients with Bipolar Disorder.
  Sponsor: Bristol-Myers Squibb

- An Open-Label Follow-On Study of the Long-Term Safety of XXX in Patients with Psychosis.
  Sponsor: Otsuka America Pharmaceutical

- A Phase III Double-Blind Placebo Controlled Study of XXX in the Treatment of Psychosis.
  Sponsor: Otsuka America Pharmaceutical

- A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Three Fixed Doses of XXX in
  the Treatment of Patients with Acute Schizophrenia.
  Sponsor: Bristol-Myers Squibb

- A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Two Fixed Doses of XXX in the
  Treatment of Hospitalized Patients With Acute Mania.
  Sponsor: Bristol-Myers Squibb

- A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of XXX in the Maintenance
  Treatment of Patients With Bipolar Disorder.
  Sponsor: Bristol-Myers Squibb

- A Double-Blind, Placebo-Controlled, Multicenter Study of the Long-Term Efficacy of XXX in the
  Maintenance of Antidepressant Effect in Geriatric Outpatients With Major Depressive Disorder.
  Sponsor: Merck

- A Double-Blind, Three-Armed, Fixed-Dose, Placebo-Controlled Dose-Finding Study with Sublingual
  XXX in Subjects with Acute Phase Schizophrenia.
  Sponsor: Organon

- Long-term Maintenance of Subjects with Schizophrenia with XXX.
  Sponsor: Organon

- The Efficacy and Safety of flexible dosage ranges of Risperidone vs. Placebo in the Treatment of Manic
  Episodes Associated With Bipolar I Disorder.
  Sponsor: Janssen Pharmaceutica Products

CONFIDENTIAL
AZSER12777461

BEST COPY AVAILABLE

- A 9-Week, Multicenter, Safety Trial of Flexible Dose Ranges of Risperidone in the Treatment of Manic Episodes Associated with Bipolar I Disorder.
  Sponsor: Janssen Pharmaceutica Products

- A Multicenter, Double-Blind, Randomized Comparison of the Efficacy and Safety of Sustained-Release Formulation Quetiapine Fumarate (SEROQUEL™) and Placebo in the Treatment of Patients with Schizophrenia.
  Sponsor: AstraZeneca Pharmaceuticals

**Military Experience:**

| | |
|---|---|
| <u>February, 1988</u> | Commissioned as Captain in the US Army Reserves. Colonel in the Air Force Reserve, Medical Corps. |
| <u>May, 1990</u> | Combat Casualty Care Course Fort McCoy, Wisconsin |
| <u>December, 1992</u> | Advanced Cardiac Life Support Certification Wright Patterson Air Force Base, Dayton, Ohio |
| <u>April, 1997</u> | Graduate of Air War College Maxwell Air Force Base, Montgomery, Alabama |

**Professional Association Memberships:**
- American Psychiatric Association
- Ohio Psychiatric Association
- Association of Indian Physicians of Greater Cincinnati
- Association of Military Surgeons of the US
- National Association of VA Physicians

**Professional References:**

- Jerald Kay, MD
  Chair, Department of Psychiatry
  Wright State University
  Dayton, Ohio 45220
  (937) 276-8325

- J. Randolph Hillard, MD
  Chair, Department of Psychiatry
  University of Cincinnati College of Medicine
  231 Bethesda Avenue
  Cincinnati, Ohio 45267
  (513) 558-4274

- Thomas Geracioti, MD
  Chief, Mental Health Service Line
  Cincinnati VA Medical Center
  3200 Vine Street
  Cincinnati, Ohio 45220
  (513) 475-4919

8/31/04

337

CONFIDENTIAL
AZSER12777462

BEST COPY AVAILABLE

D1447C00127:0022
5077IL/127

# BRADLEY C. DINER, M.D., CCRI

## CURRICULUM VITAE

### BUSINESS ADDRESS

ARKANSAS PSYCHIATRIC CLINIC
28 RAHLING CIRCLE
LITTLE ROCK, ARKANSAS  72223
TELEPHONE: (501) 448-0060
FAX: (501) 448-0066
EMAIL: REDACTED

### PROFESSIONAL EXPERIENCE

ARKANSAS PSYCHIATRIC CLINIC, P.A.                    AUGUST 1990 - PRESENT
                                                                 *LITTLE ROCK, ARKANSAS*
*PRIVATE PRACTICE*
*ADULT, ADOLESCENT, GERIATRIC AND FORENSIC PSYCHIATRY*
*   INDIVIDUAL PSYCHOTHERAPY*
*   PSYCHOPHARMACOLOGY*
*   PSYCHIATRIC FORENSIC SERVICES*
*   CONSULTATION*

RIVENDELL BEHAVIORAL HEALTH SERVICES                    JULY 1997 - PRESENT
                                                                 *BENTON, ARKANSAS*
*CO-MEDICAL DIRECTOR OF THE HOSPITAL*
*MEDICAL DIRECTOR FOR PERFORMANCE IMPROVEMENT*

PINNACLE POINTE HOSPITAL                    OCTOBER 1999 - PRESENT
                                                         *LITTLE ROCK, ARKANSAS*
*MEDICAL DIRECTOR OF*
*CLINICAL STUDIES*

THE BRIDGEWAY HOSPITAL                    AUGUST 2003 – PRESENT
                                                 *NORTH LITTLE ROCK, ARKANSAS*
*STAFF PHYSICIAN*

UNIVERSITY OF ARKANSAS FOR MEDICAL SERVICES                    AUGUST 1990 - PRESENT
                                                                         *LITTLE ROCK, ARKANSAS*
*DEPARTMENT OF PSYCHIATRY*
*ASSISTANT CLINICAL PROFESSOR*

SOCIAL SECURITY ADMINISTRATION                    JANUARY 1996 - PRESENT
OFFICE OF HEARING AND APPEALS

*PSYCHIATRIC CONSULTANT*
*EXPERT WITNESS*

338

CONFIDENTIAL
AZSER12777463

BEST COPY AVAILABLE

*Curriculum Vitae:* BRADLEY C. DINER, M.D.
REV. September 2003
Page 2 of 7

## PROFESSIONAL EXPERIENCE, CONTINUED

UNITED STATES POSTAL SERVICE                                                JANUARY 1994 - PRESENT

*PSYCHIATRIC CONSULTANT*
*FITNESS FOR DUTY EVALUATIONS*
*EXPERT WITNESS TESTIMONY*

PRUDENTIAL INSURANCE COMPANY                                 SEPTEMBER 1992 - SEPTEMBER 1995

*MEDICAL DIRECTOR FOR PSYCHIATRIC SERVICES*
*SUPERVISOR OF STAFF*
*UTILIZATION REVIEW*
*APPEALS OVERSIGHT*

REBSAMEN REGIONAL MEDICAL CENTER                            SEPTEMBER 1992 - NOVEMBER 1993
GERO-PSYCHIATRIC UNIT

*MEDICAL DIRECTOR*

BRIDGEWAY HOSPITAL                                                          AUGUST 1990 - JULY 1997
                                                                            *NORTH LITTLE ROCK, ARKANSAS*

*MEDICAL STAFF DIRECTOR FOR PERFORMANCE IMPROVEMENT*
*UTILIZATION REVIEW AND PEER REVIEW*

PARTHENON PROFESSIONAL CORPORATION                          JULY 1989 - AUGUST 1990

*PRIVATE PRACTICE IN ADULT, ADOLESCENT AND GERIATRIC PSYCHIATRY*

VANDERBILT UNIVERSITY HOSPITAL                               JULY 1989 - AUGUST 1990
DEPARTMENT OF PSYCHIATRY

*ASSISTANT CLINICAL PROFESSOR*

TENNESSEE DEPARTMENT OF CORRECTION                          OCTOBER 1987 - JULY 1990

*PSYCHIATRIC CONSULTANT PROVIDING PSYCHIATRIC SERVICES TO MEN'S AND WOMEN'S*
*PRISONS*

LUTON COMMUNITY MENTAL HEALTH CENTER                        MAY 1987 - AUGUST 1990
DEDE WALLACE MENTAL HEALTH CENTER

*PSYCHIATRIC CONSULTANT PROVIDING PSYCHIATRIC FORENSIC SERVICES AND PSYCHIATRIC*
*SUPERVISION AND MANAGEMENT*

CONFIDENTIAL
AZSER12777464

noneBEST COPY AVAILABLE

*Curriculum Vitae:* BRADLEY C. DINER, M.D.
REV. September 2003
Page 3 of 7

## EDUCATION

| | |
|---|---|
| VANDERBILT UNIVERSITY HOSPITAL<br>PSYCHIATRY RESIDENT<br>CHIEF RESIDENT (1989-1990) | JULY 1985 - JUNE 1989<br>*NASHVILLE, TENNESSEE* |
| UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES<br>DEGREE: M.D., HONORS IN PSYCHIATRY | AUGUST 1981 - MAY 1985<br>*LITTLE ROCK, ARKANSAS* |
| WASHINGTON UNIVERSITY<br>DEGREE: BA IN BIOLOGY AND PSYCHOLOGY | AUGUST 1975<br>*ST. LOUIS, MISSOURI* |

## CERTIFICATION, AWARDS AND APPOINTMENTS

| | |
|---|---|
| BOARD CERTIFIED<br>*AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY* | MAY 1991 |
| BOARD CERTIFICATION IN THE SUBSPECIALTY OF FORENSIC PSYCHIATRY<br>*AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY* | JUNE 1999 |
| ADDED QUALIFICATIONS IN GERIATRIC PSYCHIATRY<br>*AMERICA BOARD OF PSYCHIATRY AND NEUROLOGY* | JUNE 1994 |
| "BEST PSYCHIATRIST IN ARKANSAS"<br>*ARKANSAS TIMES*<br>*VOTED ON BY PHYSICIANS* | JANUARY 1995 |
| PHYSICIAN'S RECOGNITION AWARD IN CONTINUING MEDICAL<br>EDUCATION<br>*AMERICAN MEDICAL ASSOCIATION* | JULY 1994 - PRESENT |
| ARKANSAS PSYCHIATRIC SOCIETY<br>*CHAIRMAN - PUBLIC AFFAIRS COMMITTEE* | MAY 1993 - MAY 1998 |
| AMERICAN PSYCHIATRIC ASSOCIATION<br>*FELLOW* | DECEMBER 1999 –JANUARY 2003 |
| AMERICAN PSYCHIATRIC ASSOCIATION<br>*DISTINGUISHED FELLOW* | JANUARY 2003 - PRESENT |
| ARKANSAS MEDICAL SOCIETY<br>LONG RANGE PLANNING PROJECT<br>*COMMITTEE MEMBER* | JULY 1999 - PRESENT |

340

CONFIDENTIAL
AZSER12777465

BEST COPY AVAILABLE

*Curriculum Vitae:* BRADLEY C. DINER, M.D.
REV. September 2003
Page 4 of 7

| | |
|---|---|
| TEMPLE B'NAI ISRAEL | MAY 1999 - PRESENT |
| *BOARD OF DIRECTORS* | *LITTLE ROCK, ARKANSAS* |
| *PRESIDENT (JUNE 2002 - PRESENT)* | |

## PROFESSIONAL AFFILIATIONS

AMERICAN MEDICAL ASSOCIATION
AMERICAN PSYCHIATRIC ASSOCIATION
AMERICAN ACADEMY OF PSYCHIATRY & THE LAW
ARKANSAS PSYCHIATRIC SOCIETY
ARKANSAS MEDICAL SOCIETY
PULASKI COUNTY MEDICAL SOCIETY

## LICENSURE

| | |
|---|---|
| TENNESSEE MD LICENSE #017276 | JULY 1986 |
| ARKANSAS MD LICENSE #C-6817 | MAY 1985 |

## PUBLICATIONS

KYSER, J.G., DINER, B.C., AND RAULSTON, G.:
A PRACTICAL APPROACH TO ASSESSMENT AND MANAGEMENT OF PSYCHIATRIC EMERGENCIES
*JEFFERSON J. PSYCHIATRY* VOL. 2, 81-91, 1989

MULLIS, R.J., HOLCOMB, P.J., DINER, B.C., AND DYKMAN, R.A.:
THE EFFECTS OF AGING ON THE P3 COMPONENT OF THE VISUAL ERP
*ELECTROENCEPH CLINICAL NEUROPHYSIOL* 62, 141-149, 1985

DINER, B.C., HOLCOMB, P.J., AND DYKMAN, R.A.:
P300 IN MAJOR DEPRESSIVE DISORDER
*PSYCHIATRIC RES.* 15, 175-184, 1985

DINER, B.C., HOLCOMB, P.J., DYKMAN, R.A., AND BOUDREAU, A.Y.:
EVENT RELATED POTENTIAL (ERP) CORRELATES OF DEPRESSION
*PSYCHOPHYSICAL* 29, (4), 438; 1983

CONFIDENTIAL
AZSER12777466

BEST COPY AVAILABLE

*Curriculum Vitae:* BRADLEY C. DINER, M.D.
REV.  September 2003
Page 5 of 7

## CLINICAL RESEARCH EXPERIENCE

1.  DORAL PSYCHIATRIC DISORDER INSOMNIA STUDY, 1992.

2.  A COMPARATIVE COST-EFFECTIVENESS STUDY OF DEPAKOTE AND USUAL CARE VERSUS LITHIUM AND USUAL CARE IN THE TREATMENT OF BIPOLAR DISORDER.

3.  A DOUBLE-BLIND, PLACEBO-CONTROLLED TRIAL TO EVALUATE THE CLINICAL EFFECTS OF IMMEDIATE RELEASE PAROXETINE AND MODIFIED RELEASE PAROXETINE IN THE TREATMENT OF MAJOR DEPRESSION IN ELDERLY PATIENTS, 1997.

4.  OLANZAPINE ADDED TO MOOD STABILIZERS IN THE TREATMENT OF BIPOLAR DISORDER, 1998-1999.

5.  LONG-TERM OPEN-LABEL TREATMENT WITH R-FLUOXETINE HYDROCHLORIDE FOR EVALUATION OF SAFETY.

6.  LONG-TERM OPEN-LABEL TREATMENT WITH DULOXETINE HYDROCHLORIDE FOR EVALUATION OF SAFETY IN MAJOR DEPRESSION.

7.  DULOXETINE ONCE-DAILY DOSING VERSUS PLACEBO IN THE ACUTE TREATMENT OF MAJOR DEPRESSION.

8.  AN EIGHT-WEEK, DOUBLE-BLIND, RANDOMIZED, MULTICENTER, FLEXIBLE-DOSE, PLACEBO-CONTROLLED STUDY OF A STUDY DRUG IN PATIENTS WITH PANIC DISORDER.

9.  A MULTICENTER, RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED STUDY OF FLEXIBLE DOSES OF ARIPIPRAZOLE IN THE TREATMENT OF HOSPITALIZED PATIENTS WITH ACUTE MANIA.

10. A MULTICENTER, RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED STUDY OF ARIPIPRAZOLE IN THE MAINTENANCE TREATMENT OF PATIENTS WITH BIPOLAR DISORDER.

11. A RANDOMIZED, DOUBLE-BLIND, PARALLEL-GROUP, MULTICENTER CLINICAL TRIAL TO ASSESS THE ANTI-MANIC EFFICACY AND   SAFETY OF A STUDY DRUG VERSUS PLACEBO IN PATIENTS WITH BIPOLAR DISORDER.

12. A NINE-WEEK, OPEN-LABEL, MULTICENTER, SAFETY TRIAL OF FLEXIBLE DOSE RANGES OF RISPERIDONE IN THE TREATMENT OF MANIC EPISODES ASSOCIATED WITH BIPOLAR DISORDER.

13. A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF THE EFFICACY AND SAFETY OF SUSTAINED-RELEASE FORMULATION QUETIAPINE FUMARATE AND PLACEBO IN THE TREATMENT OF PATIENTS WITH SCHIZOPHRENIA.

CONFIDENTIAL
AZSER12777467

BEST COPY AVAILABLE

*Curriculum Vitae:* BRADLEY C. DINER, M.D.
REV. September 2003
Page 6 of 7

14.   A RANDOMIZED, MULTICENTER, PLACEBO- AND- ACTIVE-CONTROLLED STUDY OF ORAL STUDY DRUG IN SUBJECTS WITH MAJOR DEPRESSIVE DISORDER.

15.   STUDY DRUG, PLACEBO, AND PAROXETINE COMPARISON IN PATIENTS WITH MAJOR DEPRESSIVE DISORDER.

16.   OPEN-LABEL STUDY DRUG CONTINUATION THERAPY.

17.   STUDY DRUG PHARMACOGENOMICS BLOOD SAMPLING PROTOCOL.

18.   A CONTROLLED TRIAL OF OLANZAPINE VERSUS ZIPRASIDONE IN THE TREATMENT OF SCHIZOPHRENIA AND SCHIZOAFFECTIVE SUBJECTS WITH COMORBID DEPRESSION.

19.   A RANDOMIZED, DOUBLE-BLIND, PARALLEL-GROUP, PLACEBO-CONTROLLED, STUDY EVALUATING EFFICACY AND SAFETY OF STUDY DRUG CONTROLLED RELEASE (2.5 AND 25 MG/DAY) VERSUS PLACEBO IN PATIENTS WITH MAJOR DEPRESSIVE DISORDER.

20.   A RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED, FLEXIBLE DOSAGE TRIAL TO EVALUATE THE EFFICACY AND TOLERABILITY OF STUDY DRUG IN PATIENTS WITH GENERALIZED ANXIETY DISORDER (GAD).

21.   A DOUBLE-BLIND, PLACEBO-CONTROLLED, MULTICENTER STUDY OF THE LONG-TERM EFFICACY OF A STUDY DRUG IN THE MAINTENANCE OF ANTIDEPRESSANT EFFECT IN GERIATRIC OUTPATIENTS WITH MAJOR DEPRESSIVE DISORDER.

22.   A MULTICENTER, RANDOMIZED, DOUBLE-BLIND STUDY OF ARIPIPRAZOLE VERSUS PLACEBO IN THE TREATMENT OF ACUTELY MANIC PATIENTS WITH BIPOLAR DISORDER.

23.   TWO DOSES OF A STUDY DRUG VERSUS ACTIVE AND PLACEBO CONTROLS IN PATIENTS WITH MAJOR DEPRESSIVE DISORDER.

24.   A MULTICENTER, RANDOMIZED, DOUBLE-BLIND STUDY OF ARIPIPRAZOLE VERSUS PLACEBO IN THE TREATMENT OF ACUTELY MANIC PATIENTS WITH BIPOLAR DISORDER.

25.   A DOUBLE-BLIND, PLACEBO-CONTROLLED, MULTICENTER STUDY OF THE LONG-TERM EFFICACY OF A STUDY DRUG IN THE MAINTENANCE OF ANTIDEPRESSANT EFFECT IN GERIATRIC OUTPATIENTS WITH MAJOR DEPRESSIVE DISORDER.

26.   A DOUBLE-BLIND, MULTICENTER, PLACEBO- AND ACTIVE-CONTROLLED ACUTE AND EXTENSION STUDY OF TWO DOSES OF A STUDY DRUG IN TREATMENT OF PATIENTS WITH MAJOR DEPRESSIVE DISORDER.

27.   A PHASE III, RANDOMIZED, MULTI-CENTER, DOUBLE-BLIND, PARALLEL- GROUP, PLACEBO-CONTROLLED SAFETY AND EFFICACY STUDY DESIGNED TO TITRATE CHILDREN AND ADOLESCENTS AGED 6-17 WITH ATTENTION DEFICIT HYPERACTIVITY DISORDER (ADHD) TO AN EFFECTIVE DOSE.

CONFIDENTIAL
AZSER12777468

BEST COPY AVAILABLE

*Curriculum Vitae:* BRADLEY C. DINER, M.D.
REV. September 2003
Page 7 of 7

28.   AN OPEN-LABEL STUDY OF A DRUG IN CHILDREN AND ADOLESCENTS WITH ATTENTION DEFICIT HYPERACTIVITY DISORDER (ADHD).

29.   A MULTI-CENTER, RANDOMIZED, DOUBLE-BLIND, PARALLEL-GROUP, PLACEBO-CONTROLLED, FIXED-DOSE STUDY EVALUATING THE EFFICACY, SAFETY AND TOLERABILITY OF TWO DOSES (20MG AND   60MG)  OF  A  ONCE-DAILY ORAL FORMULATION OF A STUDY DRUG IN SUBJECTS WITH MAJOR DEPRESSIVE DISORDER FOR A TREATMENT PERIOD OF EIGHT WEEKS.

30.   A RANDOMIZED, DOUBLE-BLIND, MULTIPLE DOSE STUDY OF THE   RELATIVE BIOAVAILABILTY AND TOLERABILITY OF A SLOW-RELEASE FORMULATION AND A MEDIUM –RELEASE FORMULATION OF A STUDY DRUG IN PATIENTS WITH SCHIZPHRENIA OR SCHIZOAFFECTIVE DISORDER.

31.   A STUDY DRUG VERSUS PLACEBO IN THE PREVENTION OF RELAPSE OF MAJOR DEPRESSIVE DISORDER.


BY SIGNING BELOW, I CONFIRM THAT THE INFORMATION HEREIN IS CORRECT.


SIGNATURE                                                    DATE  9/8/03

344

CONFIDENTIAL
AZSER12777469

BEST COPY AVAILABLE



CONFIDENTIAL
AZSER12777470

BEST COPY AVAILABLE

D1447C00127:0023
5077IL/127

# CURRICULUM VITAE
## Carlos Manuel Figueroa

REDACTED

California Medical License          G44673
DEA Number                          BF6874019

## ASSOCIATED SITES

BHC Alhambra Hospital               Advanced Psychiatric Group
4619 N. Rosemead                    3907 North Rosemead Blvd., Suite 130
Rosemead, CA 91770                  Rosemead, CA 91770

Alhambra Hospital                   Research Strategies, Inc.
100 S. Raymond Avenue               3858 Carson Street, Suite 206
Alhambra, CA 91801                  Torrance, CA 90503

Mission Lodge                       3925 N. Rosemead Blvd., # 101
824 S. Gladys Avenue                Rosemead, CA 91770
San Gabriel, CA 91776

## RESEARCH EXPERIENCE

- Phase III, Randomized, Double-Blind Comparison of Placebo and XXX in Adult Outpatients with DSM-IV ADHD.
- A Randomized, Double-Blind, Placebo-Controlled, Dose-Response Study of XXX in Subjects with Schizophrenia Who have Predominantly Negative Symptoms.
- XXX Versus Placebo in the Treatment of Elderly Patients with Major Depressive Disorder.
- A Phase III, Open-Label Study of XXX in Children and Adolescents (aged 6-17) with Attention Deficit Hyperactivity Disorder.
- A Phase III, Randomized, Multicenter, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of XXX in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder.
- An International, Multicenter Large Simple Trial (LST) to Compare the Cardiovascular Safety of XXX and XXX.
- Double-Blind, Placebo Controlled Study of Three Fixed Doses in the Treatment of Patients with Acute Schizophrenia.

Figueroa                    1 of 1                    Curriculum Vitae

03 Nov 03

346

CONFIDENTIAL
AZSER12777471

BEST COPY AVAILABLE

- ➢ A Controlled Dose Escalation to Treat Acute Behavioral Agitation in Schizophrenia & Bipolar I Disorder.
- ➢ Placebo-Controlled Monotherapy in the Treatment of Bipolar I Depression.
- ➢ Double-Blind Treatment of Behavioral Agitation in Elderly Patients with Dementia.
- ➢ A Comparison of Steady-State Pharmacokinetics in Men and Women with Selected Psychotic Disorders.
- ➢ Double-Blind Comparison IM Study in Acutely Agitated Patients with Mania Associated with Bipolar Disorder.
- ➢ Double-Blind, Active-Controlled, Flexible-Dose, Parallel Group Study in Treating Psychotic and Behavioral Symptoms in Institutionalized Elderly Patients with Dementia.
- ➢ Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study in Children with Attention Deficit Hyperactivity Disorder.
- ➢ Open-Label Study in Children with Attention Deficit Hyperactivity Disorder.
- ➢ Double-Blind IM Study in Treating Patients with Dementia of the Alzheimer's Type, Vascular Dementia and Mixed Dementia.
- ➢ Assessment of XXX for the Prevention of XXX Associated Weight Gain in Patients with Schizophrenia and Related Disorders.
- ➢ Double-Blind Treatment of Institutionalized Patients with Psychosis Associated with Dementia of Alzheimer's Type.
- ➢ Open-Label in Major Depressive Disorder.
- ➢ Double Blind Study Using a New Neuroleptic, Haldol, and Placebo for the Treatment of Inpatient Schizophrenia Patients.
- ➢ Two-year Open Label Extension for a New Neuroleptic.
- ➢ Methodology Study to Determine Lens Opacities in the Posterior Chamber with Prolonged Use of XXX.
- ➢ Dose Escalating Study of XXX for Schizoaffective and Bipolar Depression.
- ➢ Open Label Nursing Home Study for Alzheimer's Dementia.
- ➢ GAD Study for Children and Adolescents.
- ➢ A New Neuroleptic Study for Schizophrenic Patients with Acute or Subacute Exacerbation.
- ➢ IM Study with Patients with Schizophrenia.
- ➢ Comparison of Fasting Triglyceride Levels in Cohorts with Schizophrenia and Related Disorders Treated Chronically with XXX, XXX in the Treatment of Schizophrenic and Schizoaffective Subjects with Comorbid Depression.
- ➢ A Randomized, Double-Blind, Multi-Dose Study of the Relative Bioavailability and Tolerability of a Slow-Release Formulation of XXX in Patients with Schizophrenia or Schizoaffective Disorder.
- ➢ A Six-Month, Open-Label, Multicenter Study of Extended-Release XXX in Patients with Bipolar Disorder.
- ➢ A Three Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Safety and Efficacy Study of Extended-Release XXX in Patients with Bipolar Disorder

Figueroa                           2 of 2                    Curriculum Vitae

347

CONFIDENTIAL
AZSER12777472

BEST COPY AVAILABLE

- ➢ An Assessment of the Long-Term Efficacy and Safety of XXX, XXX and Placebo in Subjects with Schizophrenia.
- ➢ An Assessment of the Efficacy and Safety of a Sublingual Dose of XX in Subjects with Schizophrenia (in an acutely exacerbated state) Compared to XXX and Placebo in a Randomized, Double-Blind, Fixed-Dose Six Week Trial.
- ➢ A Comparison of Fasting Triglyceride Levels in Cohorts with Schizophrenia and Related Disorders Treated Chronically with XXX, XXX and Typical Antipsychotics.
- ➢ Efficacy and Safety of a Flexible Dose of XXX versus Placebo in the Treatment of Psychosis of Alzheimer's Disease.
- ➢ A Study of XXX Plus XXX in Combination for Treatment-Resistant Depression without Psychotic Features.
- ➢ A Controlled Trial of XXX Versus XXX in the Treatment of Schizophrenia and Schizoaffective Subjects in A Comorbid Depression.
- ➢ A Randomized, Double-Blind, Dose-Ranging Study of IM XXX in the Treatment of Acute Agitation in Patients with a Diagnosis of Schizophrenia, Schizoaffective and Schizophreniform Disorder.
- ➢ A Multicenter, Randomized, Double-Blind, Placebo-Controlled, 26 week Study of A fixed Dose of XXX in the Treatment of Stabilized Patients with Chronic Schizophrenia.
- ➢ A Multicenter, Randomized, Double-Blind Safety and Tolerability Study of Flexible Doses of XXX and XXX in the Treatment of Patients with Acute Schizophrenia.
- ➢ A Multicenter, Double-Blind, Placebo-Controlled Trial of Two Dose Ranges of XXX in the Treatment of Children and Adolescents with a Major Depression Episode.
- ➢ A Long Term, Open-Label Safety Study of XXX in Adult Outpatients with DSM-IV ADHD.
- ➢ A Pilot Safety Trial to Determine the Optimal Titration Scheme for Immediate-Release XXX.
- ➢ A Steady State, Dose Unit Proportionality and Food Effect Study Using Commercial Scale Sustained-Release XXX.
- ➢ An Open-Label, Safety Tolerability and Safety State Pharmacokinetic Drug Interaction Study of the Effect of Co-Administered XXX and XXX in Subjects with Schizophrenia/Schizoaffective Disorders or in Subjects with Bipolar Disorder.

## EDUCATION

Visiting Fellowship in ECT.                          2/24/97-2/28/97
Duke University

Law and the Behavioral Science, Forensic Psychiatry          07/93-06/94
USC Institute of Psychiatry

Figueroa                          3 of 3                          Curriculum Vitae

CONFIDENTIAL
AZSER12777473