BEST COPY AVAILABLE

| | |
|---|---|
| Psychiatry Residency<br>LAC/USC Medical Center | 07/90-06/93 |
| Residency<br>Orthopedic Surgery | 1980-1982 |
| Internship, Surgery<br>USC Medical Center<br>Los, Angeles County | 1979-1980 |
| Doctor of Medicine<br>University of Southern California School of Medicine<br>Los Angeles, CA | 1975-1979 |
| Pre-med<br>California State University<br>Los Angeles, CA | 1973-1975 |
| B.A. in Psychology<br>University of California Berkeley<br>Berkeley, CA | 1969-1971 |
| University of California Riverside<br>Riverside, CA | 1968-1969 |
| AA Degree Undergraduate<br>East Los Angeles College<br>Los Angeles, CA | 1966-1968 |

## HOSPITAL AFFILIATIONS

San Gabriel Valley Medical Center, San Gabriel, CA 91778
USC University Hospital, Los Angeles, CA 90033
BHC Alhambra Hospital, Rosemead, CA 91770

## CURRENT POSITIONS

| | |
|---|---|
| Medical Director<br>BHC Alhambra Hospital<br>4619 N. Rosemead Blvd.<br>Rosemead, CA 91770 | 01/2001-Present |
| Director of ECT<br>USC University Hospital<br>Los Angeles, CA | 04/1999-Present |

| | | |
|---|---|---|
| Figueroa | 4 of 4 | Curriculum Vitae |

CONFIDENTIAL
AZSER12777474

BEST COPY AVAILABLE

| | |
|---|---|
| Medical Director<br>Mission Lodge<br>824 S. Gladys Avenue<br>San Gabriel, CA 91776 | 03/1999-Present |
| Member, Board of Trustees<br>Behavior Health Corporation<br>Rosemead, CA | 01/1999-Present |
| Private Practice, General and Forensic Psychiatry<br>Advanced Psychiatric Group<br>3907 Rosemead Blvd., Suite 100<br>Rosemead, CA | 03/1998-Present |
| Principal Investigator, Clinical Trials<br>Advanced Psychiatric Group<br>3907 Rosemead Blvd., Suite 130<br>Rosemead, CA 91770 | 1996-Present |
| Director of Chemical Dependency and ECT Service<br>BHC Alhambra Hospital<br>Rosemead, CA | 07/1996-Present |
| Member, Board of Directors, Alianza<br>Behavior Corporation<br>Pasadena, CA | 12/1994-Present |

**PREVIOUS POSITIONS**

| | |
|---|---|
| Associate Medical Director Charter Hospital<br>Los Altos, CA | 07/95-06/96 |
| Chief of Staff, Charter Hospital<br>Los Altos, CA | 08/95-06/96 |
| Member<br>USC School of Medicine Self-Study Task Force<br>Los Angeles, CA | 10/95-12/95 |
| Chemical Dependency Service Director<br>Charter Hospital<br>Los Altos, CA | 05/95-05/96 |

| Figueroa | 5 of 5 | Curriculum Vitae |

350

CONFIDENTIAL
AZSER12777475

BEST COPY AVAILABLE

| | |
|---|---|
| Chemical Dependency Service Director<br>Charter Hospital<br>Long Beach, CA | 10/94-05/95 |
| Medical Director<br>Northeast Community Health Clinic<br>Los Angeles, CA | 02/91-07/92 |
| Physician and Surgeon<br>Santa Fe Industrial Medical Clinic | 06/82-1990 |
| Member, Board of Directors, Chairperson of Program Committee<br>El Centro Human Services Corporation | 1992-1996 |

## BOARD CERTIFICATION

| | |
|---|---|
| Diplomat, American Board of Psychiatry and Neurology | June 1995 |

## ACADEMIC APPOINTMENTS

Assistant Clinical Professor,
Department of Psychiatry
University of Southern California School of Medicine

Law and the Behavioral Sciences
University of Southern California Institute of Psychiatry

## CONSULTANT

California State Department of Corrections
Los Angeles County Superior Court
LAC/USC Medical Center, Psychiatric Hospital
L.A. County Department of the Coroner California State Department of Mental Health

## CERTIFICATION

| | |
|---|---|
| Advanced Cardiopulmonary<br>Life Support Provider | Certified |

## PROFESSIONAL MEMBERSHIPS

American Medical Association
American Psychiatric Association
Southern California Psychiatric Association
Association of Convulsive Therapy

| | | |
|---|---|---|
| Figueroa | 6 of 6 | Curriculum Vitae |

351

CONFIDENTIAL
AZSER12777476

BEST COPY AVAILABLE

## **AWARDS**

Northeast Community Clinic Dedication of Service Award          May 1993
N A M I – 2002 Exemplary Psychiatrist Award                     July 2002

## **MILITARY SERVICE**

United States Marine Corps Reserve                             1969-1975

Figueroa                          7 of 7                    Curriculum Vitae

352

CONFIDENTIAL
AZSER12777477

BEST COPY AVAILABLE



The Medical Board of California
1426 Howe Avenue, Suite 54
Sacramento, California  95825-3236



State of
California
Department of
**Consumer
Affairs**

### PHYSICIAN AND SURGEON

CERTIFICATE NO  **G44673**          EXPIRATION  **03/31/2005**

**CARLOS MANUEL FIGUEROA**
REDACTED

ORIGINAL
ISSUANCE DATE
**06/01/1981**

RECE PT NO
**01000087**

353

CONFIDENTIAL
AZSER12777478

BEST COPY AVAILABLE

D1447C00127: _Gazda - 0024_

Thomas D. Gazda, M.D.
Investigator/Psychiatry

**Meadowbrook Research, Inc.**
4383 N. 75th Street
Scottsdale, AZ 85251

Phone 480.941.8687        Fax 480.424.3973
e-mail: research@meadowbrookresearch.com    www.meadowbrookresearch.com

Signature and Date    1/21/05

## CURRICULUM VITAE:

### Summary of Qualifications:

**Biological Psychiatry:**  Experienced Psychopharmacologist with special expertise in treating anxiety, affective and psychotic disorders.  Broad medical training in Family Practice, Board Certified 1982-1989 and Emergency Room Medicine, 3600 hours duty.  Director of University Psychiatry Consultation-Liaison Service for five years with expertise in diagnosing and treating organic mental disorders.  Six years experience managing University Psychiatry Inpatient Service during weekends on call.  Staff Psychiatrist managing inpatients on adult and adolescent psychiatry and chemical dependency units

**Psychodynamic Psychotherapy:**    Qualified Psychoanalyst and Member of International Psychoanalytical Association.

### EDUCATION & TRAINING

| | |
|---|---|
| Jan 2002 | Good Clinical Practice Training For Clinical Investigators, Jupiter Beach, Florida |
| 1991 | Tavistock Group Relations Training Program, Leicester, England |
| 1986 – 1990 | Canadian Institute of Psychoanalysis, Montreal Quebec, Canada, and Candidate Supervisors:  W. Clifford M. Scott, M.D., James Naiman, M.D., Henry Kravitz, M.D. |
| 1982 – 1985 | Residency in Psychiatry, University of Vermont College of Medicine, Medical Center Hospital Vermont, Burlington, Vermont |
| 1981 – 1982 | Chief Resident in Family Practice, University of Vermont College of Medicine, Medical Center Hospital Vermont, Burlington, Vermont |
| 1979 – 1982 | Residency in Family Practice, University of Vermont College of Medicine, Medical Center Hospital Vermont, Burlington, Vermont |
| 1979 | Doctor of Medicine, University of Illinois, College of Medicine, Foreign Fellowship Award to National Institute of Neurology, Queen's Square, London, England |
| 1975 | Bachelor of Science in Biology, University of Illinois, Urbana, IL. |

### PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2003 - present | Southwest Health Ltd., Clinical Trials Investigator 4602 N. 16th Street, Suite 200, Phoenix, AZ 85016 |
| 2003 – present | Consultant - Superstition Mountain Mental Health AZ |
| 2002 - present | Staff Psychiatrist-Banner Behavioral Health Hospital-Scottsdale, AZ |

354

CONFIDENTIAL
AZSER12777479

BEST COPY AVAILABLE

Page 2  CV/Thomas Gazda, M.D.

| | |
|---|---|
| 2001 - present | Consultant/PI Meadowbrook Research  Scottsdale, AZ |
| 2001 –2003 | Medical Director, Intake Services, St. Luke's Behavioral Health Center, 1800 East Van Buren, Phoenix, AZ  85006 |
| 2001 – present | Staff Psychiatrist, St. Luke's Hospital, 1800 East Van Buren,  Phoenix, AZ |
| 2001 | Private Practice, Clinical Neurosciences Research |
| 1997- 2001 | Staff Psychiatrist, Holly Hill Charter B.H.S., Raleigh, NC |
| 1998 - 2001 | Psychiatry Research and Psychopharmacology, Richard Weisler, M.D.,        Raleigh, NC |
| 1997- present | Consultant / Faculty for Abbott Laboratories, AstraZeneca, Pfizer, Bristol-Myers Squibb, Parke Davis, Wyeth Ayerst, and Janssen |
| 1998 | Private Practice of Psychoanalytic Psychotherapy |
| 1998 - 2001 | Vice Chair Psychoanalytic Psychotherapy Study Center, Durham, NC |
| 1998 | Adjunct Assistant Professor, Dept. of Psychiatry, University of North Carolina |
| 1998 | Consulting Psychiatrist, Wake Medical Center, Raleigh, NC |
| 1998 | Consulting Psychiatrist, Rex Hospital, Raleigh, NC |
| 1997 - 1998 | Consulting Psychiatrist, Springmoor Nursing Home, Raleigh, NC |
| 1990 - 1997 | Private Practice of Psychiatry and Psychoanalysis, Burlington, VT |
| 1991 - 1997 | Clinical Associate Professor of Psychiatry, University of Vermont College of Medicine, Burlington, VT |
| 1985 - 1991 | Director, Crisis Services of Chittenden County, Medical Center Hospital of Vermont, Burlington, VT |
| 1985 - 1990 | Director, Psychiatry Consultation - Liaison Services, University of Vermont College of Medicine, Burlington, VT |
| 1985 - 1991 | Clinical Assistant Professor of Psychiatry, University of Vermont College of Medicine, Burlington, VT |
| 1985 | Community Psychiatrist, Northeast Kingdom Mental Health, Newport, VT and St. Johnsbury, VT |
| 1984 | Acting Director, Emergency Room Staffing, Northeastern Vermont Regional Hospital, St. Johnsbury, VT |
| 1982 - 1984 | Emergency room Physician, Northeastern Vermont Regional Hospital, St. Johnsbury, VT |
| 1981 - 1985 | Emergency Room Physician, Fanny Allen Hospital, Colchester, VT |

## Meadowbrook Research Inc.
### Clinical Trials/Principal or Sub-Investigator

Shire/Covance, Bipolar Adult, Outpatient, Double-Blind, Phase III, 2004

Shire/Covance, Bipolar Adult, Outpatient, Double-Blind, Phase III, 2004

Shire/PRA, ADHD Ages 6-12, Outpatient, Double-Blind, Phase III, 2004

Shire/PRA, ADHD Ages 6-12, Outpatient, Open-Label, Phase III, 2004

Shire/PPD, ADHD Ages 13-16, Outpatient, Double-Blind, Phase III, 2004

AstraZeneca/Parexel, Bipolar Adult, Outpatient, Double-Blind, Phase III, 2004

AstraZeneca/Lineberry, Bipolar Ages 13-17, Outpatient, Double-Blind, Phase III, 2004

CONFIDENTIAL
AZSER12777480

BEST COPY AVAILABLE

Page 3 CV/Thomas Gazda, M.D.

AstraZeneca/Inc Research, Bipolar Adult, Outpatient, Double-Blind, Phase III, 2004

Purdue Pharma, Osteoarthritis, Outpatient, Double-Blind, Phase II, 2004

Bristol-Myers Squibb, Bipolar/Depression, Outpatient, Double-Blind, Phase III, 2004

Bristol-Myers Squibb, Bipolar/Acute Mania, Inpatient, Double-Blind, Phase II, 2004

Purdue Pharma, LLP, Inpatient, Methadone/Opiod withdrawal,  Double-Blind, Phase II, 2003-2004.

Ortho-McNeil / Ingenix, Outpatient, Bipolar, Double-Blind, Phase III, 2002-2003.

Bristol-Myers Squibb/PDD, Schizophrenia & Schizoaffective Study, Double-Blind, Phase III, 2002.

Bristol-Myers Squibb, Hypertension Study, Double-Blind, Phase III, 2002.

Johnson & Johnson / Ingenix, Inpatient, Bipolar Study, Double-Blind, Phase III, 2001-2002.

Johnson & Johnson / Ingenix, Outpatient, Bipolar, Long Term Study, Open-Label Phase III, 2001-2002.

Bristol-Myers Squibb, Acute Mania, Bipolar, Inpatient Study, Double-Blind, Phase III, 2002.

Ortho-McNeil / Pharmanet, Anorexia / Bone Density Study, Outpatient, Double-Blind, Phase II, 2002-2003.

GlaxoSmithKline / Ingenix, Acute Schizophrenia, Inpatient, Double-Blind, Phase II, 2002-20003.

Bristol-Myers Squibb, Hospitalized Patients with Acute Mania Study, Double-Blind, Phase III, 2000 & 2001.

Bristol-Myers Squibb, Acute Mania Outpatient Study, Double-Blind, Phase III, 2000-2001.

Bristol-Myers Squibb/PDD, Acute Mania Study, Double-Blind, Phase III, 2001-2002.

Johnson & Johnson / Ingenix, Treatment-Resistant Bipolar I Disorder, Hospitalized Patients with Acute Mania Study, Open-Label Extension, Phase III, 2001-2002.

CONFIDENTIAL
AZSER12777481

Page 4  CV/Thomas Gazda, M.D.

**Principal Investigator at St. Luke's Medical Center/Behavioral Health Center/Phoenix, AZ**

2003            *Principal Investigator*
                Protocol CN 138-004 Aripiprazole
                In the treatment of Psychosis in dementia.  Bristol Myers Squibb
                Phase III

2003            *Principal Investigator*
                Protocol S1542010
                DU127090 in the treatment of Schizophrenia.  Solvay
                Phase II

2003            *Principal Investigator*
                Protocol R15-SCH-401 Risperdal
                Consta IM  In the treatment of patients with schizophrenia.  Janssen
                pharmaceuticals Phase III

2003            *Principal Investigator*
                Protocol #FID-MC-HGLB Comparator
                Trial of Olanzapine vs. Aripiprazole in the treatment of bipolar disorder.  Eli
                Lilly, Phase IV

2002            *Principal Investigator:  Pfizer*
                Pfizer A1281083:  A phase III, randomized, placebo-controlled study
                evaluating the safety and outcome of treatment with oral ziprasidone in
                subjects with mania.

2002            *Principal Investigator:  Solvay Pharmaceuticals*
                Solvay Pharmaceuticals S1542010:  A randomized, double-blind, placebo-
                controlled, risperidone referenced, dose finding study of DU 127090 in the
                treatment of Schizophrenia.

2002            *Principal Investigator:  Shire-Pharmaceutical Development Inc*
                Shire-Pharmaceutical Development Inc. Protocol No. 417.204:  A phase III,
                three week, multicenter, randomized, double-blind, placebo controlled,
                parallel-group safety and efficacy study of extended release carbamazepine
                in the treatment of Bipolar I Disorder.

2001            *Principal Investigator: Janssen*
                Janssen 239:  Inpatient double blind placebo controlled study of Risperdal
                monotherapy in treatment of mania
                Janssen 81:  Outpatient open label extension of Risperdal treatment of
                bipolar mania

2001            *Principal Investigator: Janssen*
                Janssen 240:  The efficacy and safety of flexible dosage ranges of
                risperidone vs. placebo or divalproex sodium in the treatment of manic or
                mixed episodes associated with Bipolar I Disorder.
                Janssen 241: A 9 week, open label, multicenter, safety trial of flexible
                dosage ranges of risperidone in the treatment of manic or mixed episodes
                associated with Bipolar I Disorder.

CONFIDENTIAL
AZSER12777482

Page 5  CV/Thomas Gazda, M.D.

## Investigator at Duke University

| | |
|---|---|
| 2000 – 2001 | *Principal Investigator: Bristol-Myers Squibb*<br>Outpatient study of Serzone vs. Zoloft in addition to psychoanalytic psychotherapy in the treatment of Post Traumatic Stress Disorder. |
| 2000 – 2001 | *Sub-Investigator: Genetic Research*<br>WIRB 990472, Genetic research study of psychiatric illness (bipolar disorder) |
| 2000 – 2001 | *Sub-Investigator: Wyeth Ayerst*<br>Protocol 389, 394, 395, 396, 397, Outpatient study of Effexor in the treatment of child and adolescent anxiety, depression and social anxiety. |
| 2000 – 2001 | *Sub-Investigator: Eli Lilly*<br>Protocol HMBH, Outpatient study of Duloxetine in the treatment of depression. |
| 2000 – 2001 | *Co-Investigator\*: AstraZeneca*<br>Protocol 5077IL/0099, Inpatient study of Seroquel in the treatment of acute mania. |
| 2000 - 2001 | *Co-Investigator\*: Janssen*<br>Protocol RIS USA 239 and RIS INT 81, Inpatient and outpatient study of Risperidone in the treatment of bipolar mania. |
| 2000 – 2001 | *Sub-Investigator: Glaxo Wellcome*<br>Protocol SCA40910, Outpatient study of Lamotrigine in the treatment of bipolar depression. |
| 2000 - 2001 | *Co-Investigator\*: Bristol-Myers Squibb*<br>Protocol CN138-002, Inpatient study of Aripiprazole in the treatment of schizophrenia. |
| 2000 - 2001 | *Co-Investigator\*: Bristol-Myers Squibb*<br>Protocol CN138-009, Inpatient study of Aripiprazole in the treatment of bipolar disorder. |
| 1999 - 2001 | *Co-Investigator\*: Abbott*<br>Protocol M99-010, Inpatient study of Depakote augmentation in the treatment of schizophrenia. |
| 1999 – 2001 | *Co-Investigator\*: Shire*<br>Protocol 301 / 302 / 303, Inpatient and outpatient study of Carbatrol in the treatment of bipolar disorder. |
| 1999 - 2000 | *Sub-Investigator: Eli Lilly*<br>Protocol LUAG, Outpatient study of r-fluoxetine in the treatment of depression. |
| 1999 | *Co-Investigator\*: Abbott Laboratories*<br>Inpatient comparator trial of Depakote vs. Olanzapine in the treatment of bipolar disorder. |
| 1998 - 2001 | *Sub-Investigator: Bristol-Myers Squibb*<br>Protocol CN 101-093, Extension open label study of BuSpar Patch in the treatment of patients with Generalized Anxiety Disorder. |

5

CONFIDENTIAL
AZSER12777483

BEST COPY AVAILABLE

Page 6  CV/Thomas Gazda, M.D.

| | |
|---|---|
| *1998- 2001* | *Sub-Investigator:  National Institute of Health*<br>Hypericum, Sertraline and Placebo in the treatment of depression<br>conducted in conjunction with Duke University Medical Center. |
| *1998 - 2001* | *Sub-Investigator:  Duke University Medical Center*<br>Trial of maintenance Fluoxitine in Post Traumatic Stress Disorder. |
| *1998 - 2001* | *Sub-Investigator:  Duke University / National Institute of Health*<br>Outpatient study of Hypericum (St. Johns Wort) in treatment of depression. |
| *1998 – 2000* | *Co-Investigator*:  Pfizer Pharmaceutical*<br>Protocol 602 / 602E, Inpatient and outpatient study of Ziprasidone in the<br>treatment of bipolar disorder. |
| *1998 - 1999* | *Co-Investigator*:  Parke-Davis*<br>Protocol 22, Inpatient study of Pregabalin in the treatment of bipolar disorder. |
| *1997 – 1999* | *Sub-Investigator:  Eli Lilly Olanzapine Study*<br>Protocol HGFU, Olanzapine vs. Placebo in conjunction with a mood stabilizer<br>for the treatment of bipolar disorder. |
| *1998 – 1999* | *Sub-Investigator:  Eli Lilly Olanzapine Study*<br>Protocol HGGW, Inpatient treatment with Olanzapine vs. Placebo for<br>treatment of bipolar disorder. |
| *1998 – 1999* | *Sub-Investigator:  Smith Kline Beecham*<br>Protocol 029060-641, Double blind study of 20mg and 40mg of<br>Paroxetine vs. Placebo for treatment of Generalized Anxiety disorder. |
| *1998 - 1999* | *Sub-Investigator:  Parke Davis*<br>Protocol 1008-021, Double blind study of Pregabalin vs. Placebo vs.<br>Lorazepam in patients with Generalized Anxiety Disorder. |
| *1998 – 1999* | *Co-Investigator*:  Hoechst M100907 Study*<br>Double blind study of M100 907 vs. Placebo in treatment of<br>Schizophrenia and Schizoaffective Disorder |
| *1998 - 1999* | *Co-Investigator*:  Abbott Depakote CR Study*<br>Double blind study of single dose controlled release Depakote vs. Placebo in<br>Treatment of Bipolar Disorder. |

**LICENSURE**

| | |
|---|---|
| *2001 – present* | *Physician, State of Arizona #29152* |
| *1997 - 2001* | *Physician, State of North Carolina #97-00963* |
| *1981 - 1997* | *Physician, State of Vermont # 6771* |
| *1980* | *Diplomat, National Board of Medical Examiners* |
| *1982 - 1989* | *Diplomat, American Board of Family Practice* |
| *1986* | *Diplomat, American Board of Psychiatry and Neurology* |

**HONORS**

| | |
|---|---|
| *1990* | *Douglas Levin Essay Prize, Canadian Psychoanalytic Society* |
| *1979* | *Bertram A. Richardson Foreign Fellowship Award* |
| *1977& 1978* | *Illinois General Assembly Scholarship* |

6

CONFIDENTIAL
AZSER12777484

Page 7  CV/Thomas Gazda, M.D.

| | |
|---|---|
| 1977 | *University of Illinois, College of Medicine, March of Dimes Scholarship* |
| 1973 - 1974 | *Phi Eta Sigma honor Society, University of Illinois, College of Liberal Arts and Sciences, Edmund J. James Scholar* |

**COMMITTEES**

| | |
|---|---|
| 2001 – present | *Clinical Director's Committee, St. Luke's Behavioral Health Center* |
| 2000 – 2001 | *Member Holly Hill Hospital Pharmacy and Therapeutics Committee* |
| 1998 - 1999 | *Member Holly Hill Hospital Executive Committee* |
| 1998 - 1999 | *Member Holly Hill Hospital Restraint and Seclusion Committee* |
| 1994 - 1995 | *Co-Chair, Department of Psychiatry Clinical Faculty Committee* |
| 1994 - 1995 | *Private Practice Committee, Vermont Psychiatry Associates* |
| 1988 - 1990 | *Executive Committee, Department of Psychiatry, University of Vermont, College of Medicine* |
| 1986 - 1989 | *Utilization Review Committee, Medical Center Hospital of Vermont* |
| 1985 - 1991 | *Clinical Services Committee for Psychiatry, University of Vermont, College of Medicine* |
| 1994 | *Residency Training Committee for Psychiatry, University of Vermont, College of Medicine* |
| 1985 - 1991 | *Quality Assurance Committee for Crisis Service and Psychiatry Inpatient Services Medical Center Hospital of Vermont* |

**PUBLICATIONS**

- Gazda, Thomas D.: *The Two Scotts. W.C.M. Scott, M.D. and Austin P.N. Lee, M.D. in Memoriam.* Canadian Psychoanalytic Society Publication, 1996.
- Hinson, G., Buth, D., Hendricks, D. and Gazda, T.D.: *Prevalence of Metacercariae of Crassiphiala Bulboglassa (tremtoda strigeoidea) in Fish of the Headwaters of the Embarras River, Illinois.* Transaction, Illinois State Academy of Science 69 (2), 1976
- Gazda, T.D., Gallagher, R.M., Little, D.N., Sproul, M.S.: *The Group Practice Seminar: A Balint-Type Group in the Setting of a Family Medicine Training Program.* Family Medicine 16 (2): 54-58, 1984
- Wolf, J.M., Willmuth, M.E., Gazda, T.D., Watkins, A.: *The Role of Art in the Therapy of Anorexia nervosa.* International Journal of Eating Disorders 4 (2): 185-200, 1985

**MEMBERSHIPS**

| **Since** | **Present** |
|---|---|
| 1983 | *American Psychiatric Association* |
| 1989 | *Family Member, Vermont Alliance for Mentally Ill* |
| 1990 | *Canadian Psychoanalytic Society, Montreal Quebec, Canada* |
| 1991 | *International Psychoanalytic Association* |
| 1998 | *University of North Carolina/Duke University Psychoanalytic Society* |
| 1998 | *North Carolina Psychoanalytic Foundation, Speakers Bureau* |
| 1998 | *North Carolina State Medical Society (Pending)* |

| **Dates** | **Past** |
|---|---|
| 1981 | *The Balint Society, London, England* |
| 1982 | *Vermont State Medical Society* |
| 1982 - 1989 | *The American Board of Family Practice* |
| 1982 - 1989 | *New England Society of Clinical Hypnosis* |
| 1982 - 1987 | *The International Balint Federation, Brussels, Belgium, US Representative (1986)* |
| 1987 - 1990 | *International Psychoanalytic Studies Oganization* |
| 1990 - 1993 | *The American Balint Society* |
| 1992 - 1997 | *Burlington Psychoanalytic Society Group* |
| 1993 - 1997 | *Vermont Association for Psychoanalytic Studies* |

CONFIDENTIAL
AZSER12777485

Page 8  CV/Thomas Gazda, M.D.

## PRESENTATIONS

| | |
|---|---|
| 2000 | *Distinguishing Bipolar Disorder from Attention Deficit Hyperactivity Disorder.* |
| 2000 | *Psychoanalytic Discussion of the Broadway Production of "Cabaret"* |
| 2000 | *Post Traumatic Stress Disorder: A Pharmacological and Psychodynamic Approach To Treatment.* |
| 1999 | *Treatment of Chronic Depression* |
| 1999 | *Treatment of Aggression* |
| 1999 | *Anxiety Disorders* |
| 1999 | *Review of Atypical Antipsychotics* |
| 1998 | *Antidepressant Treatment Review for the Primary Care Physician* |
| 1997 | *Mechanisms of Action Approach to Antidepressant Therapy* |
| 1997 | *Serotonin Mechanisms of Antidepressants as Pertains to Sleep, Sex & Anxiety* |
| 1997 | *Office Management of Depression,* Hot Topics in Primary Care |
| 1995 | *Psychoanalysis - A Bad Job or a Sad Job?,* Vermont Association for Psychoanalytic Studies with Jay Greenberg, Ph.D., and Evan Brahm, M.D. |
| 1991 | *Counter transference - A Kleinian View,* Vermont Association for Psychoanalytic Studies with Dr. Levenson. |
| 1991 | *Discovery of a Childhood Trauma Repeated in the Analytic Process,* Canadian Psychoanalytic Society, Quebec City, Quebec, Canada |
| 1991 | *Group Phenomena - Crisis Services,* Psychiatry Grand Rounds, UVM College of  Medicine |
| 1990 | *Life and Death of a Crisis Center,* Burlington Psychoanalytic Study Group |
| 1989 | *The Manic Defense,* Department of Psychiatry Grand Rounds, UVM College of Medicine |
| 1988 | *Psychosomatic and Respiratory Illness,* 14th Annual Symposium of Psychosomatic Medicine, Plattsburgh, New York |
| 1987 | *Emergency Psychiatry,* Family Practice Review Course, UVM College of Medicine |
| 1987 | WVNY, Television program interview regarding *Seasonal Depression* |
| 1985 | *Emergency Psychiatry for the General Physician,* Medicine Grand Rounds, UVM College of Medicine |
| 1985 | *Selected Topics in Emergency Medicine for the Psychiatrist,* Psychiatry Grand Rounds and Afternoon Workshop with the Department of Medicine, UVM College of Medicine |
| 1984 | *Managing Anxiety,* Continuing Series, Fanny Allen Hospital, Colchester, Vermont |
| 1984 | *Men's Reactions to Pregnancy and Childbirth,* Psychiatry Grand Rounds,     UVM College of Medicine |
| 1982 | *Theoretical Foundations of Balint Groups,* Family Practice Grand Rounds, UVM College of Medicine |
| 1981 | *The Balint Seminar: The Tavistock Model and Balint-Type Groups at the University of Vermont,* Sixth World Congress of the International College of Psychosomatic Medicine, Montreal, Quebec, Canada |
| 1981 | *Contributions of Michael Balint,* Organized a two day joint, *Family Practice and Psychiatry Seminar and Grand* Rounds with Ralph Zabarenko, M.D. and Lucy Zabarenko, Ph.D., UVM College of Medicine |

## TEACHINGS & ACCOMPLISHMENTS

| | |
|---|---|
| 2003 | Advisory Board Chairman – Shire pharmaceuticals, Santa Monica, CA |
| 2003 | Workshop Leader – International Vision meeting – Aripiprazole.  Boca Raton, FL    Bristol Myers Squibb |
| 2003 | Research Consultant Meeting -  Shire pharmaceuticals, Newport, Kentucky |

CONFIDENTIAL
AZSER12777486

BEST COPY AVAILABLE

Page 9  CV/Thomas Gazda, M.D.

| | |
|---|---|
| 1999 –2000 | Co-Chairman, Psychoanalytic Psychotherapy Study Center of the North Carolina Psychoanalytic Society, Eight week course study in *Object Relations.* |
| 1997 | Organizer, Two-day Workshop with Morris Nitsun, Ph.D., *The Anti-Group* |
| 1997 | WJOY Radio Broadcast, *Group Psychotherapy* |
| 1996 | Organizer, *Effective Utilization of Group Therapy* with Malcom Pines, M.D. |
| 1996 | Lecturer on Psychoanalysis, Burlington College |
| 1996 | Group Discussions Leader, *Humanities' Destructiveness*, Vermont Association for Psychoanalytic Studies |
| 1995 | Consultant to Meyer Associates, A Private Organizational Development Firm |
| 1985 - 1990 | *Psychosomatic Rounds.* Weekly teaching seminar utilizing grand rounds speakers, guest lecturers and demonstrations |
| 1990 - 1995 | Co-Leader, University of Vermont Department of Psychiatry, *Psychotherapy Supervisors Group* |
| 1990 | Lecturer, *Advanced Topics in Psychotherapy*, University of Vermont Department of Psychiatry |
| 1989 | Resident Psychotherapy Supervisor |
| 1990 | Balint Group for community physicians, Thirteen-week course Study |
| 1989 | Organized One-Day Psychoanalytic Workshop with Dr. Lucy Zabarenko, *"Death and the Maiden"*, University of Vermont Department of Psychiatry |
| 1988 | Balint Group for community physicians, fourteen-week course |
| 1988 - 1991 | Organized Visiting Attending Rounds at the Crisis Clinic |
| 1987 | *Emergency Psychiatry*, Copley Hospital, Morrisville, Vermont |
| 1987 | Featured in Magazine, <u>Creating Excellence</u>, Regarding the topic of *Crisis Intervention* |
| 1986 | Vermont ETV, Television Program Hotline, *Discussion Topic: Suicide* |
| 1985 | Participated in *"Medicine in Action"* health Fair representing the Department of Psychiatry, Montpelier, Vermont |
| 1985 - 1986 | Balint Group for Community Physicians, twenty-five week course study |
| 1985 - 1991 | *Psychodynamic rounds.* An ongoing group, held weekly to study the psychodynamics' of crisis intervention |
| 1985 - 1989 | *Diagnostic Process Seminar.* A weekly seminar for clinical core medical students to demonstrate the clinical process of deductive reasoning in Psychiatry |
| 1995 – 1998 | Monthly Psychiatric Rounds for Family Practice residents teaching seminar, Fanny Allen Hospital, Colchester, Vermont |
| 1984 | Who's in Charge?  Group discussion leader in Psychoanalytic Afternoon Seminar |
| 1984 | Balint Group for Primary Care Physicians, ten week course study |
| 1982 - 1985 | Lecturer on *Anxiety Disorder, Organic Mental Syndromes and Hypnosis*, University of Vermont College of Medicine, Clinical Core Clerkship in Psychiatry |
| 1982 | Group Discussion Leader, *Human Sexuality Course for Medical Students*, University of Vermont College of Medicine |
| 1982 | Balint Supervision Group for Medical Students rotating on Psychiatry Ward, Medical Center Hospital of Vermont College of Medicine |
| 1980 - 1982 | Clinical Supervisor of Medical Students, Villemaire Family Health Care, Department of Family Practice, Milton, Vermont |
| 1980 - 1981 | Clinical Tutor for UVM Medical Students, *History and Physical Exam* |

CONFIDENTIAL
AZSER12777487

BEST COPY AVAILABLE

D1447C00127: _0025_

CURRICULUM VITAE

**Ramanath Gopalan, MD**
Medical Director
Comprehensive NeuroScience of Northern Virginia
1010 North Glebe Road – Suite 400
Arlington, VA 22201
703-998-5850
rgopalan@cnsmail.com

**Education:**

| | |
|---|---|
| 1983-1985 | Arizona Health Sciences Center, Tucson, Arizona<br>Fellowship in Administrative Psychiatry<br>Southern Arizona Mental Health Center and Kino Community Hospital<br>Practical experience |
| 1980-1983 | Arizona Health Sciences Center, Tucson, Arizona<br>Psychiatry Residency -- PGY-11-IV |
| 1979-1980 | Chicago Medical School, Chicago, Illinois<br>Psychiatry Internship--PGY-I |
| 1975-1976 | General Rotating Medical Internship, Bombay, India |
| 1969 – 1975 | Topiwala National Medical College, University of Bombay, India –<br>M.B.B.S. (equivalent to MD) |
| 1967-1969 | University of Bombay, Bombay, India – Bachelor of Science |

**Professional Experience:**

| | |
|---|---|
| 2002- Present | Medical Director and Principal Investigator<br>Comprehensive NeuroScience of Northern Virginia, LLC |
| 2003-2004 | Medical Director, Psychiatry Unit, Northern VA Community Center, Arlington, VA |
| 2001-2002 | Principle Investigator<br>Comprehensive NeuroScience of Northern Virginia, LLC |
| 1998 – 2002 | Principal Investigator<br>ICSL - Clinical Studies<br>Falls Church, VA |
| 1996-1998 | Sub-Investigator<br>ICSL - Clinical Studies<br>Falls Church, Virginia |
| July 2005-Present | Private Practice in General Psychiatry,<br>1010 North Glebe Road, Suite 400<br>Arlington, VA 22201 |

CONFIDENTIAL
AZSER12777488

BEST COPY AVAILABLE

Ramanath Gopalan MD
Curriculum Vitae
Page 2

**Professional Experience:**
(cont'd)

| | |
|---|---|
| 1996-July 2005 | Private Practice in General Psychiatry, 6066 Leesburg Pike , Suite 600 Falls Church, Virginia 22041 |
| 1995-Present | Psychiatric Consultant at: Burke Health Care Center, Burke, Virginia; Sleepy Hollow Manor Nursing & Convalescent Home, Annandale, Virginia; Cherrydale Healthcare Center, Arlington, Virginia |
| 1996-1998 | Associate Medical Director-Psychiatric Services Northern Virginia Community Hospital, Arlington VA |
| 1995- 1996 | Private Practice in General Psychiatry Crossroads Professional Counseling Centers, Arlington VA |
| 1995-2004 | Attending Psychiatrist Northern Virginia Community Hospital, Arlington, VA |
| 1995-Present | Attending Psychiatrist Virginia Hospital Center, Arlington ,VA |
| 1996-Present | Attending Psychiatrist Dominion Hospital, Falls Church, VA |
| 1994-1995 | Medical Director, Senior Mental Health Unit Tucson General Hospital, Florence, AZ |
| 1992-1995 | Staff Psychiatrist Central Arizona Medical Center, Florence AZ |
| 1991 –1985 | Consulting Psychiatrist Pinal County Jail inmates, Florence AZ |
| 1986 – 1995 | Consulting Psychiatrist The Arizona Department of Corrections, Tucson AZ |
| 1991 – 1994 | Staff Psychiatrist Tucson Psychiatric Institute, Tucson AZ |
| 1987 – 1992 | Staff Psychiatrist Sonora Desert Hospital, Tucson AZ |
| 1986- 1987 | Clinical Director – Adult and Inpatient Services Sonara Desert Hospital, Tucson AZ |
| 1985- 1986 | Staff Psychiatrist Kino Hospital, Tucson AZ |

364

CONFIDENTIAL
AZSER12777489

BEST COPY AVAILABLE

Ramanath Gopalan MD
Curriculum Vitae
Page 3

**Licenses/Certifications:**

| | |
|---|---|
| 1994- Present | MD-State of Virginia #0101049249 |
| 1985- Present | MD-State of Arizona #15598 |
| 1992- 2004 | American Association of Physicians from India; |
| | American Psychiatric Association; |
| | Arizona Psychiatric Society; |
| | Tucson Psychiatric Society |
| 1997 | E.C.F.M.G. Certificate #255-305-5 |
| 2004-Present | Washington Psychiatric Society |

**Admitting Privileges:**

| | |
|---|---|
| 1997 – Present | Dominion Hospital - 2960 Sleepy Hollow Road, Falls Church, VA  22044 |
| 1996 – Present | Virginia Hospital Center Arlington - 1701 North George Mason Drive, Arlington, VA 22205 |

**Medical Procedures:**

Trained in physical exams, venipuncture, vital signs and administering electrocardiograms.

**Proficient in the Following Adult Psychiatric Rating Scales:**

Brief Psychiatric Rating Scale (BPRS)
Calgary Depression Scale
Hamilton Anxiety Scale (HAMA)
Hamilton Depression Rating Scale (HAMD)
Leibowitz Social Anxiety Scale (LSAS)
Montgomery and Asberg Depression Rating Scale (MADRS)
Positive and Negative Syndrome Scale for Schizophrenia (PANSS)
Structured Clinical Interview for DSM-IV (SCID)
Structured Clinical Interview for DSM-IV Axis II Disorders (SCID II)
Yale Brown Obsessive Compulsive Scale (YBOCS)
Young Mania Rating Scale (YMRS)

**Clinical Research Experience:**

Protocol CN138-010:  A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of study medication in the Maintenance Treatment of Patients with Bipolar Disorder

Protocol CN138-032:  A Multicenter, Randomized, Double-Blind Study of Flexible Doses of study medication Versus Perhenazine In The Treatment of Patients With Acute Schizophrenia

Protocol: 5077US/0043 A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of Quetiapine Fumarate (SEROQUEL™) and Risperidone (RISPERDAL™) in the Treatment of Patients with Schizophrenia

365

CONFIDENTIAL
AZSER12777490

Ramanath Gopalan MD
Curriculum Vitae
Page 4

**Clinical Research Experience:**
(cont'd)

Protocol HGJT: Olanzapine versus Risperidone in the Treatment of Bipolar I Disorder, Manic or Mixed

Protocol CN138-074:    A Multicenter, Randomized, Double-Blind, Study of Aripiprazole Versus Placebo in
the Treatment of Acutely Manic Patients with Bipolar Disorder

Protocol CILO522A2328: A randomized, open-label, multicenter, 6-arm, parallel group, safety study
evaluating the effect of oral iloperidone at doses of 8 mg b.i.d., 12 mg b.i.d., and 24 mg q.d. on QTc interval
duration in the presence and absence of metabolic inhibition, relative to other antipsychotics (Risperidone 4
mg b.i.d., ziprasidone 80 mg b.i.d., and quetiapine 375 mg b.i.d. in the presence and absence of metabolic
inhibition), in otherwise healthy patients diagnosed with schizophrenia or schizoaffective disorder

Protocol AK 130930: A 6½ Month, Multicenter, Randomized, Double-blind, Placebo
Controlled Comparison of 150-300mg/day of Extended-release Bupropion hydrochloride
and Placebo for the Prevention of Seasonal Affective Disorder in Subjects with a History
of Seasonal Affective Disorder

Protocol 73-00: A Double-Blind, Multicenter, Placebo-Controlled Study of MK-0869 in the Treatment of
Patients with Major Depressive Disorder

Protocol: A2501024 (E2020-A001-214) A 12 Week, Multicenter, Randomized, Double-Blind, Placebo-
Controlled Evaluation of Donepezil Hydrochloride as Adjunctive Therapy in the Treatment of Cognitive
Impairment in Patients with Schizophrenia or Schizoaffective Disorder

Protocol D1050174: An Open-Label, Dose-Blinded, Multicenter, 6-Month Study of
Safety and Tolerability of 3 Dose Levels of SM-13496 in Patients with Schizophrenia

Protocol D1050049:    A 6-Week, Double-Blind, Randomized, Fixed-Dose, Parallel-
Group Study of the Efficacy and Safety of Three Dose Levels of SM-13496 Compared to
Placebo and Haloperidol in Patients with Schizophrenia Who are Experiencing an Acute
Exacerbation of Symptoms

Protocol M02-540:A 21-Day, Double-Blind, Placebo-Controlled, Parallel-Group Evaluation of the Efficacy
and Safety of Depakote ER in the Treatment of the Manic Phase of Bipolar Disorder

Protocol M02-547: A randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of the Safety and
Efficacy of Depakote® ER plus an Atypical Antipsychotic vs. an Atypical Antipsychotic Alone in the Acute
Treatment of Schizophrenia

Protocol 5077IL/0089: A multicenter, open-label, flexible-dose, parallel-group evaluation of the
cataractogenic potential of quetiapine fumarate (SEROQUEL TM) and risperidone (RISPERDAL TM) in the
long-term treatment of patients with schizophrenia or schizoaffective disorder

Protocol 5077IL/00127: A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of
the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to
Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of
Bipolar I Disorder in Adult Patients (Study Code: D1447C00127)

366

CONFIDENTIAL
AZSER12777491

Ramanath Gopalan MD
Curriculum Vitae
Page 5

**Clinical Research Experience:**
(cont'd)

Protocol D1447C00135: A Confirmatory Multicenter, Double-blind, Randomized, Placebo-controlled Study of the Use of Quetiapine Fumarate (SEROQUEL) in the Treatment of Patients with Bipolar Depression

Protocol CN 138-013-22: A Randomized, Double-Blind, Comparison of the Efficacy and Safety of Aripiprazole Intramuscular Formula, Lorazepam, or Placebo in the Treatment of Acutely Agitated Patients Diagnosed with Bipolar I Disorder, Manic or Mixed

Protocol CN 138-012-021: A Randomized, Double-Blind, Comparison of the Efficacy and Safety of Aripiprazole Intramuscular Formula, Haloperidol, or Placebo in the Treatment of Acutely Agitated Patients with a Diagnosis of Schizophrenia or Schizoaffective Disorder

Protocol CN 138-096-008: A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Aripiprazole in the Treatment of Patients with Bipolar I Disorder with a Major Depressive Episode

Protocol CN138-113:    A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Three Fixed Doses of Aripiprazole in the Treatment of Patients with Acute Schizophrenia

Protocol C6671a/204/AX/US: An 8-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of GABITRIL®, at Dosages up to 16mg/day, in the Treatment of Generalized Anxiety Disorder in Adults

Protocol C6671a/301/AX/US: A 12-Month, Open-Label, Flexible-Dosage Study to Evaluate the Safety of GABITRIL® at Dosages up to 16mg/day in Adults with Generalized Anxiety Disorder
Protocol D1447C00135: A Confirmatory Multicenter, Double-blind, Randomized, Placebo-controlled Study of the Use of Quetiapine Fumarate (SEROQUEL) in the Treatment of Patients with Bipolar Depression

Protocol RIS-BIP-302: Prospective, randomized, double-blind, placebo-controlled study of the effectiveness and safety of RISPERDAL® CONSTA™ augmentation in adult patients with frequently-relapsing bipolar disorder

Protocol CN 138-135-008: A Multicenter, Randomized, Double-Blind Placebo Controlled Study of Aripiprazole Monotherapy in the Treatment of Acutely Manic Patients with Bipolar I Disorder

Protocol Ro76477-SCH-304/704: A randomized, double-blind, placebo and active controlled, parallel-group, dose response study to Evaluate the efficacy and safety of two fixed dosages of extended release OROS Palperidone (6 and 12mg/day) and Olanzapine (10 mg/day), with Open-Label Extension, in the Treatment of Subjects with Schizophrenia.

Protocol F1D-US-HGLS:  Olanzapine Versus Aripiprazole in the Treatment of Acutely Ill Patients with Schizophrenia

Protocol A1281110: A Four-Week Double Blind Multi-Center Study Comparing the Efficacy and Safety of Ziprasidone to Aripiprazole in Subjects With Schizophrenia or Schizoaffective Disorder Needing Inpatient Care

Protocol DFI5413: A Double-Blind, Eight-Week, Placebo- and Risperidone-Controlled, Dose-Finding study

CONFIDENTIAL
AZSER12777492

Ramanath Gopalan MD
Curriculum Vitae
Page 6
to Evaluate the Efficacy, Safety, and Tolerability of SR142801 in the Treatment of Patients with

**Clinical Research Experience:**
(cont'd)

Schizophrenia or Schizoaffective Disorder

A randomized assigned trial of oral XXX versus intramuscular XXX in the emergency treatment of acute psychosis.

XXX cardiovascular treatment assessment versus XXX (XXX).

Safety and efficacy of XXX as combination therapy in the treatment of psychosis associated with schizophrenia.

A multicenter, randomized, double blind study of flexible doses of XXX versus XXX in the treatment of patients with treatment-resistant schizophrenia.

Sustained efficacy study of XXX in patients with panic disorder with or without agoraphobia.

A placebo-controlled 12-week study of the safety and efficacy of two doses of XXX versus XXX for the treatment of acute manic or mixed episodes in subjects with Bipolar I Disorder with an optional open-label extension.

A double blind, placebo-controlled dose finding study evaluating the safety and efficacy of XXX/day in the treatment of major depressive disorder.

Safety and efficacy of long-term administration of XXX in the treatment of major depressive disorder. A 4-month double blind extension to study XXX.

Safety of open-label standard antidepressant therapy in the treatment of major depressive disorder. A 1-month follow-up after termination of study XXX.

A 6-week, double blind, placebo-controlled, multicenter study to evaluate the safety and efficacy of 3 doses of XXX and XXX in subjects with major depressive disorder.

A double blind 6-month continuation protocol for patients who successfully completed protocol XXX followed by an optional extension phase of up to a year.

A 364-week (7 year), open extension study evaluating the safety and outcome of XXX daily of oral XXX or XXX BID of oral XXX daily in the treatment of subjects who have participated in previous XXX clinical trials.

A double blind multi-centered study comparing the safety and efficacy of XXX to XXX in patients with schizophrenia or schizoaffective disorder needing in-patient care.

A multicenter, randomized, double blind, placebo-controlled study of flexible doses of XXX in the treatment of hospitalized patients with acute mania.

A multicenter, randomized, double blind, placebo controlled study of XXX in the maintenance treatment of patients with bipolar disorder.

CONFIDENTIAL
AZSER12777493

Ramanath Gopalan MD
Curriculum Vitae
Page 7

**Clinical Research Experience:**
(cont'd)

A multicenter, randomized, double blind, placebo controlled study of three fixed doses of XXX in the treatment of patients with acute schizophrenia.

XXX depot (microspheres) vs placebo in the treatment of subjects with schizophrenia.

XXX depot (microspheres) in the treatment of subjects with schizophrenia or schizoaffective disorder.

A double blind, placebo and XXX controlled, multicenter study evaluating the safety and efficacy of SR XXX in schizophrenic patients.

A double blind, placebo and XXX controlled, multicenter study evaluating the safety and efficacy of SRXXXXXX in schizophrenic patients.

A randomized, double-blind, placebo and XXX controlled, multicenter study to evaluate the efficacy and safety of two overlapping dose ranges of XXX given b.i.d. for 42 days to schizophrenic patients followed by a long term treatment phase with XXX given q.d.

A double blind, place controlled, parallel group comparison of XXX extended release capsules and XXX in outpatients with generalized social anxiety disorder.

A three-month open label study of the tolerability and safety of XXX in schizophrenic patients.

An open-label follow on study of the long-term safety of XXX in patients with psychosis.

XXX long term extension of Protocol XXX-XXX.

A multi-center, open-label, humanitarian study with sublingual XXX.

A double blind, placebo-controlled study of XXX in the treatment of signs and symptoms of mania in elderly patients with dementia.

XXX in the management of behavioral disturbances and/or psychosis in demented nursing home patients.

Clinical evaluation of efficacy and safety of XXX in the treatment of Alzheimer's disease.

A Phase III randomized study comparing 2 doses of intramuscular XXX in subjects with psychosis and acute agitation.

An open-label study to evaluate the safety and efficacy of XXX through XXX of XXX in patients with mild to severe probable Alzheimer's disease.

A randomized, double blind, placebo-controlled, four-arm dose-finding study.

Investigating the efficacy and safety of three doses of XXX in patients with Alzheimer's disease.

A double blind, randomized, comparison of the safety and efficacy of XXX and XXX in treatment resistant

CONFIDENTIAL
AZSER12777494

BEST COPY AVAILABLE

Ramanath Gopalan MD
Curriculum Vitae
Page 8
schizophrenic patient.

**Clinical Research Experience:**
(cont'd)

Double blind, haloperidol-controlled, safety and dose finding study in the treatment of schizophrenia.

A double blind, placebo-controlled, haloperidol-referenced study of the safety and efficacy of three doses of XXX administered to schizophrenic patients for 42 days.

An open-label assessment of the long-term safety of XXX.

Long-term safety and efficacy of XXX in the treatment of Alzheimer's disease.

An open-label, long-term, safety study of transdermal XXX in the treatment of anxious outpatients.

An eight-week, multicenter parallel group, double-'blind, placebo-controlled study of XXX in elderly outpatients with DSM-IV major depression.

A multi-center pilot study to examine the clinical effects of cross titration of antipsychotics with XXX in subjects with schizophrenia or schizoaffective disorder followed by an optional open extension phase with continued XXX treatment.

A multi-center pilot study to examine the clinical effects of cross titration of XXX with XXX in subjects with schizophrenia or schizoaffective disorder followed by an optional open extension phase with continued XXX treatment.

The safety and efficacy of XXX vs placebo vs XXX as add-on therapy to mood stabilizers in the treatment of the manic phase of bipolar disorder.

Weekly enteric-coated XXX XXX versus daily XXX or placebo in the continuation treatment of major depressive disorder.

An open-label follow on study of the long-term safety of XXX in patients with psychosis.

XXX added to mood stabilizers in the treatment of bipolar disorder.

A phase III double-blind placebo-controlled study of XXX in the treatment of psychosis, with XXX as active control.

A Phase III double-blind placebo-controlled study of XXX in the treatment of psychosis.

A multicenter, double - blind, placebo-controlled evaluation of the safety and efficacy of XXX compared

Placebo and XXX in the treatment of an acute manic or mixed episode in patients who have bipolar disorder: Incorporating participation in genotype research which is optional for both study centers and patients.

A double-blind, randomized, active controlled, parallel study comparing ethical XXX XXX 7-day patch 40, 60, 80 ug/day to oral XXX 0.625 mg/day in the treatment of vasomotor symptoms in postmenopausal women.

370

CONFIDENTIAL
AZSER12777495

BEST COPY AVAILABLE

Ramanath Gopalan MD
Curriculum Vitae
Page 9


**Clinical Research Experience:**
(cont'd)

XXX vs. XXX in the treatment of subjects with schizophrenia.

A multicenter, placebo and active control, double blind, randomized study of the efficacy, safety and pharmacokinetics of XXX (10 and 20mg/day) in schizophrenic and schizoaffective patients.

Multicenter, open-label, long-term follow-up, safety study of XXX tablets in schizophrenic and schizoaffective subjects who participated in protocol XXX or XXX.

A double blind, placebo and haloperidol-controlled, multicenter study evaluating the safety and efficacy of XXX in schizophrenic patients.

A six-week, double-blind, placebo- and fluoxetine-controlled multicenter study to evaluate the safety and efficacy of oral XXX in outpatients with major depressive disorder.

A prospective, randomized, international, parallel-group comparison of XXX/XXX vs XXX in the reduction of suicidality in patients with schizophrenia or schizoaffective disorder who are at risk for suicide.

Safety and efficacy of fixed combination XXX/XXX products as first line therapy in patients with type 2 diabetes mellitus who have inadequate glycemic control with diet and exercise.

A multicenter, double-blind, randomized study of continuous transdermal XXX-XXX combinations, compared to continuous XXX XXX, to examine the safety and effect on the endometrium, symptoms and bleeding patterns in postmenopausal women.

Placebo-controlled study of the safety and efficacy of XXX in the treatment of acute manic or mixed episodes in subjects with bipolar I disorder.

A prospective, randomized, double-blind, placebo- and active-controlled, multicenter study to evaluate the efficacy and safety of three fixed doses of XXX (4, 8, and 12 mg/day) given b.i.d. for 42 days to schizophrenic patients with acute or subacute exacerbation, followed by a double-blind, active-controlled, flexible-dose, long-term, 20-week phase with XXX (4, 8, 12 or 16 mg/day) given q.d.

A multicenter, open-label, long-term, safety and efficacy study of XXX tablets once daily in subjects with schizophrenia or other psychotic disorders.

A double blind, multi-center controlled study comparing the safety and efficacy of XXX and XXX to placebo in patients with schizophrenia or schizoaffective disorder needing inpatient care.

XXX versus XXX  and placebo in the treatment of psychosis and associated behavioral disturbances in patients with dementia.

A double blind, placebo-controlled parallel-group assessment of the safety and efficacy of two doses of the XXX in patients with major depression.

A randomized, multi-center, double blind, placebo-controlled, fixed-dose seven-week evaluation of the efficacy and safety of XXX in treatment of a major depressive episode in unipolar depressed patients.

CONFIDENTIAL
AZSER12777496

BEST COPY AVAILABLE

Ramanath Gopalan MD
Curriculum Vitae
Page 10

**Clinical Research Experience:**
(cont'd)

A double-blind, randomized, multicenter, parallel group design study to evaluate the efficacy and safety of two dose ranges of XXX in comparison with placebo and haloperidol in the treatment of schizophrenia.

Phase II, six-week, double blind, placebo- and XXX controlled study evaluating the safety and efficacy of oral XXX in schizophrenia and schizoaffective disorder.

A double blind, five-armed, fixed-dose active- and placebo-controlled dose-finding study with sublingual XXX in subjects with acute phase schizophrenia.

A multicenter, double blind, placebo-controlled evaluation of the safety and efficacy of XXX compared to placebo in the treatment of an acute manic or mixed episode in patients who have bipolar disorder.

A prospective, randomized, double-blind, placebo- and active controlled, multicenter study to evaluate the efficacy and safety of three fixed doses of XXX given b.i.d. for 42 days to schizophrenic patients with acute or subacute exacerbation, followed by a double-blind, active-controlled, flexible-dose, long-term, 6-month phase with XXX given q.d.

Efficacy of XXX in the treatment of acutely ill non-compliant schizophrenic subjects.

Comparison of the safety and efficacy of XXX and XXX in the treatment of bipolar disorder.

A double blind, multicenter study of two doses of XXX vs. XXX and placebo in the treatment of outpatients with major depressive disorder.

Protocol A7501005: A Phase III, Randomized, Placebo-Controlled, Double-Blind Trial Evaluating the Safety and Efficacy of Sublingual Asenapine vs. Olanzapine and Placebo in In-Patients with an Acute Manic Episode

Protocol A7501006: A Double-Blind, 9-Week Extension Study Evaluating the Safety and Maintenance of Effect of Asenapine vs. Olanzapine in the Treatment of Subjects With Acute Mania

Protocol A7501007: A Double-Blind, 40-Week Continuation Study Evaluating the Safety of Asenapine and Olanzapine in the Treatment of Subjects With Acute Mania

Protocol CN138-163-027: A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of Aripiprazole as Adjunctive Therapy in the Treatment of Patients With Major Depressive Disorder

Protocol CN138-164-068: A Multicenter, Long-Term, Open-Label Study to Assess the Safety and Tolerability of Aripiprazole as Adjunctive Therapy in the Treatment of Outpatients Patients With Major Depressive Disorder

Protocol EFC5571: Entitled: An Eight-Week, Multicenter, Double-blind, Placebo-Controlled Study Evaluating the Efficacy, Safety and Tolerability of One Fixed 100 mg Dose of Saredutant in Patients with Major Depressive Disorder.

372

CONFIDENTIAL
AZSER12777497

BEST COPY AVAILABLE

Ramanath Gopalan MD
Curriculum Vitae
Page 11

**Clinical Research Experience:**
(cont'd)

Protocol LMC-R93:  Lamotrigine as an Antidepressant Augmentation Agent In Treatment Refractory Unipolar Depression

Protocol A1281136: A Six–Week, Randomized, Double-Blind, Multicenter, Fixed-Flexible Dose, Placebo-Controlled Study Evaluating the Efficacy and Safety of Oral Ziprasidone in Outpatients with Bipolar I Depression

Protocol C6671/3031/AX/US:  A 10 Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of GABITRIL® (up to 16 mg/day) in the Treatment of Adults with Generalized Anxiety Disorder

Protocol C6671/3033/AX/US:  A 12 Month, Open-Label, Flexible-Dosage Study to Evaluate the Safety of GABITRIL® at Dosages up to 16 mg/day in Adults with Generalized Anxiety Disorder Protocol Number:

Protocol 04-001:  A Randomized, Double-Blind, Placebo and Active Comparator Controlled, Parallel-Group Safety and Efficacy Study of OROS ® Alprazolam in Adults with Generalized Anxiety Disorder (GAD)

Protocol 04-003: A Long-Term, Open-Label, Safety and Efficacy Study of OROS® Alprazolam in   Adults with Generalized Anxiety Disorder (GAD)

Protocol 190-902:  The Efficacy of Eszopiclone 3 mg as Adjunctive Therapy in Subjects with Insomnia Related to Generalized Anxiety Disorder (GAD)

August 4, 2005

CONFIDENTIAL
AZSER12777498

BEST COPY AVAILABLE



D1447C00127:0026
50771L/127

Updated 8/03

Cen,
29 Sep 03

## CURRICULUM VITAE

**James T. Grimm, M.D.**
**Psychiatry, Pediatric Specialty**

9/96-Present

Research Investigator
Oregon Center for Clinical Investigations, Inc.
572 W. 11th Avenue
Eugene, Oregon 97401
(541) 341-6565 Phone
(541) 341-3370 Fax

Research Investigator
Oregon Center for Clinical Investigations, Inc.
700 Bellevue Street SE, Suite 240
Salem, Oregon 97301
(503) 540-0100 Phone
(503) 540-0300 Fax

Research Investigator
Oregon Center for Clinical Investigations, Inc.
2230 NW Pettygrove Street, Suite 120
Portland, Oregon 97210
(503) 276-6224 Phone
(503) 276-6225 Fax

1/95-6/98

Private Practice
132 E. Broadway St., Suite 430
Eugene, Oregon 97401

**EDUCATION:**

University of North Dakota
Grand Rapids, ND
B.A., Psychology, 1978
B.S., Natural Science, 1978

Medical College of Wisconsin
Milwaukee, WI
M.D., 1980 -1984

374

CONFIDENTIAL
AZSER12777499

BEST COPY AVAILABLE

C.V. James T. Grimm, M.D.
Revised August 2003
Page 2 of 12

University of Pittsburgh
Pittsburgh, PA
M.P.H., Psychiatric Epidemiology 1992

**TRAINING:**   Western Psychiatric Institute and Clinic
University of Pittsburgh School of Medicine
Pittsburgh, PA
Internship: Pediatrics and Child Psychiatry, 7/84-6/85

Western Psychiatric Institute and Clinic
University of Pittsburgh School of Medicine
Pittsburgh, PA
Resident: General and Child Psychiatry, 1984-1989

**APPOINTMENTS:**   Acting Assistant Professor
Department of Psychiatry and Behavioral Sciences
University of Washington School of Medicine
Seattle, WA
10/92 – 11/94

Clinical Instructor
School of Medicine, Department of Psychiatry
University of Pittsburgh
Pittsburgh, PA
7/89 – 5/91

CAMPUS Partner
67th Evacuation Hospital
Wurzburg, Germany
2/92 – 6/92

**MEDICAL LICENSURE
& CERTIFICATION:**

Medical License #19133, State of Oregon, 1994-present

Medical License #30273, State of Washington, 1992-1995

Medical License #MD-036243-E, State of Pennsylvania,
1986-1996

375

CONFIDENTIAL
AZSER12777500

BEST COPY AVAILABLE

National Board of Examiners, 1986

Board Eligible in Adult and Child Psychiatry

**MEMBERSHIPS:**   Association for Child Psychology and Psychiatry, 1992-present

American Society of Criminology, 1991-present

American Academy of Child and Adolescent Psychiatry, 1987-present

American Psychiatric Association, 1987-present

**PUBLICATIONS:**   Lahey, B.B., Loeber, R., Quay, H.C., Frick, P. & Grimm, J. (1992), "Oppositional Defiant and Conduct Disorders: Issues to be Resolved for DSM-IV". *J. Am Acad. Child Adolesc. Psychiatry*, 31:539-546.

**CLINICAL TRIALS EXPERIENCE:**
(Principal/
Sub-Investigator)

A Double-Blind, Placebo Controlled, Flexible Dosing  Trial to Evaluate the Effects of *Antidepressant Drug* in the Treatment of Major Depression, 1996.

An Open Label Term Trial Evaluating the Safety of *Drug* in the treatment of Patients with Migraine Headache with or without Aura. 1996.

A Double-Blind, Placebo Controlled, Flexible Dosing Trial to Evaluate the Efficacy of *Antidepressant Drug* in the Treatment of Geriatric Depression, 1996.

A Double-Blind, Placebo Controlled, Flexible Dosing Trial to Evaluate the Efficacy of *Antidepressant Drug* in the Treatment of Panic Disorder, 1996.

A Double-Blind, Placebo-Controlled, Parallel Group Study to Evaluate the Efficacy of the *Drug* for the Treatment of Migraine in Subjects who do not respond to *Drug*. 1997.

CONFIDENTIAL
AZSER12777501

BEST COPY AVAILABLE

A Multi-Center, Double-Blind, Placebo-Controlled, Dose-Ranging Study to Evaluate the Efficacy and Safety of Single Doses of *Drug* in the Treatment of Acute Migraine, 1997.

Open-label Study to Evaluate Safety and Efficacy of *Drug* in Patients with Mild to Severe Probable Alzheimer's Disease, Phase III, 1997.

Trial of *Drug* and *Drug* in Children With Attention Deficit Hyperactivity Disorder (ADHD). Phase II. 1998

Open-Label Safety Trial of *Drug* in Children with Symptoms of Attention Deficit Hyperactivity Disorder (ADHD). Phase III. 1999

*Drug* vs. Placebo Double-Blind Treatment of Major Depressive Disorder Resistant to *Drug*. Phase III. 1999, ongoing.

Open-Label *Drug* Rescue and Continuation Therapy in Patients with Major Depressive Disorder. Phase III. 1999.

Pharmacogenomics Blood Sampling Protocol. (Pharmacia) 1999.

A Placebo Controlled Study of *Drug* Dosed BID and TID in Patients with Generalized Anxiety Disorder (Pfizer Protocol 1008-085). 2000.

A Placebo Controlled Study of *Drug* and *Drug* in Patients with Panic Disorder   (Pfizer Protocol 1008-094). 2000.

Open-Label Extension of *Drug* in Patients with Anxiety Disorders (Pfizer Protocol 1008-084). 2000.

*Drug*, Placebo, and *Drug* Comparison In Patients with Major Depressive Disorder (Pharmacia Research Protocol M/2020/0047). 2000.

A Double-Blind, Placebo-Controlled, Fixed Dose study of

377

CONFIDENTIAL
AZSER12777502

BEST COPY AVAILABLE

*Drug* or Continuous Treatment (12.5 mg and 25mg) for Premenstrual Dysphoric Disorder. (SmithKline Beecham Protocol 29060/677). 2000.

Three month Double Blind, Placebo-Controlled, Fixed Dose, Extension of *Drug* Continuous Treatment for Premenstrual Dysphoric Disorder for Patients  Completing  (SmithKline Beecham Protocol  29060/667, 668, or 689). 2000.

A Randomized, Multicenter, 8-week, Double-Blind, Placebo-Controlled Flexible Dose Study to Evaluate the Efficacy and Safety of *Drug* in Children and Adolescents with Major Depressive Disorder (SmithKline Beecham Protocol 29060/701). 2000.

A Multi-Center, Double-blind, Randomized, Placebo-Controlled, Parallel Group, Multiple-Dose Evaluation of the Safety and Efficacy of a Modified Release Oral Dosage Form of *Drug* in Children with Attention Deficit Hyperactivity Disorder (ADHD) (CRIT124 0007). 2000.

A Multicenter, Double-Blind, Placebo-Controlled, Safety and Efficacy Study of *Drug* Transdermal System in Pediatric patients with Attention Deficit Hyperactivity Disorder. (Noven Research Protocol N17-010).  2000.

A Long-Term, Open-Label Study of *Drug* Transdermal System in Pediatric Patients with Attention Deficit Hyperactivity Disorder. (Noven Research Protocol N17-011). 2000.

A Multicenter, Open-Label, Six Month Extension Study to Assess the Long-Term Safety of Paroxetine in Children and Adolescents with Major Depressive Disorder (MDD) or Obsessive Compulsive Disorder (OCD). (SmithKline Beecham Protocol 29060/716).  2000.

A 16 Week Double-Blind, Placebo Controlled Study to Investigate the Efficacy And Tolerability of *Drug*  in the Treatment of Children and Adolescents With Social Anxiety Disorder/Social Phobia.  (SmithKline Beecham Protocol 29060/676).  2000.

CONFIDENTIAL
AZSER12777503

BEST COPY AVAILABLE

C.V. James T. Grimm, M.D.
Revised August 2003
Page 6 of 12

*Drug* Versus Placebo in Treatment of Major Depression. (Eli- Lilly Research Protocol H5Z-MC-LUAB(c)). 2000.

An Open-Label Evaluation of the Long-Term Safety of Oral *Drug* 1 mg Twice Daily as Short-Term Prophylactic Treatment for Menstrually-Associated Migraines. (Glaxo-Wellcome Protocol S2W40027) 2000.

Open-Label *Drug* Continuation Therapy.  (Pharmacia Research Protocol 950E-0005-087) 2000.

An Open-Label Study of the Safety, Tolerability, and Efficacy of *Drug*  in the Treatment of Subjects with Painful Diabetic Neuropathy. (Abbott Laboratories Protocol M00-194) 2000.

A 6-Week, Double-Blind, Randomized, Multicenter, Fixed-Dose, Placebo-Controlled Study of *Drug* Dosed Twice a Day in Patients with Generalized Anxiety Disorder. (Pfizer Protocol 1043-012), 2001.

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Study Evaluating Efficacy and Safety of *Drug* Versus Placebo in Patients with Major Depressive Disorder. (SmithKline Beecham Protocol BRL-29060/810), 2001.

A Double-Blind, Placebo Controlled, Fixed-Dosage Study Comparing the Efficacy and Tolerability of *Drug* and *Drug* to Placebo in the Treatment of Major Depressive Disorder with Anxiety.  (Protocol 29060/785), 2001.

A Well-Controlled Safety and Efficacy Study of *Drug* in Patients With Mild To Moderate Probably Alzheimer's Disease. (Fujisawa Protocol FA-960-0005), 2001.

A Randomized, Double-Blind, Placebo-Controlled, Flexible Dosage trial to Evaluate the Efficacy and Tolerability of *Drug* in Patients with Generalized Anxiety Disorder. (GlaxoSmithKline Protocol 29060/791), 2001.

A 12-Week Multicenter, Randomized, Double-Blind,

379

CONFIDENTIAL
AZSER12777504

BEST COPY AVAILABLE

Placebo-Controlled, Parallel Group Study to Evaluate the Efficacy and Safety of Flexible Dosing of *Drug* in the Treatment of Subjects with Painful Diabetic Neuropathy. (UCB Pharma Protocol RPCE00G2601/N01059)  2001.

Multicenter, Randomized, Double-Blind, Parallel Group, Multiple Dose Comparison Study of *Drug, Drug*, and Placebo in Patients with Moderate to Severe Acute Migraine Headache. (Pharmacia Protocol I57-02-01-001), 2001.

A Randomized, Double, Parallel-Group, Placebo-Controlled, *Drug* Versus Placebo in Patients with Major Study Evaluating Efficacy and Safety of Three Doses of Depression Disorder (SmithKline Beecham Protocol SB-6597476-A), 2001.

A Double-Blind, Multicenter, Placebo-and Active-Controlled, Acute and Extension Study of Two Doses of *Drug* in the Treatment of Patients with Major Depressive Disorder. (Merck Research Protocol 061-00) 2001.

A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of *Drug* in Adolescent Outpatients with Panic Disorder (Wyeth-Ayerst Research Protocol 0600B5-355-US), 2001.

A Double-Blind, Placebo-Controlled, Parallel-Group, Evaluation of the Long-term Safety, Efficacy and Prevention of Relapse in Adult Outpatients with Panic Disorder who Respond to Open Label *Drug*. (Wyeth-Ayerst Research Protocol 0600B5-354-US), 2001.

A Multicenter, Double-Blind, Placebo-Controlled, Safety and Efficacy Study of *Drug* Transdermal System in Pediatric Patients with Attention Deficit Hyperactivity Disorder. (Noven Pharmaceuticals Research Protocol N17-018), 2001.

A Randomized, Double-Blind, Placebo-Controlled, Flexible Dosage Trial to Evaluate the Efficacy and Tolerability of *Drug* in Patients with Generalized A 4-Week, Double-Blind, Randomized, Placebo-Controlled, Parallel Study to Evaluate

CONFIDENTIAL
AZSER12777505

BEST COPY AVAILABLE

the Efficacy and Safety of *Drug* in Children and Adolescents with Attention-Deficit/ Hyperactivity Disorder, Followed by an 8 week Open Label Extension, 2002. (Cephalon, Inc. Protocol C153a/213/AD/US).

*Drug* 30 mg and *Drug* 60 mg Once Daily Versus Placebo in Generalized Anxiety Disorder. A Randomized Double-Blind Placebo-Controlled and *Drug* Controlled Fixed-Dose Parallel Group Multi-Center Study of 10 Weeks (Including a 2 week Single Blind Placebo Period). (Pharmacia Protocol 3013025), 2002.

Open Label Study of *Drug* in Children with ADHD. (Noven Protocol N17-021), 2002.

*Drug* 60 mg (or 30 mg) Once Daily in the Treatment of Generalized Anxiety Disorder. An Open Label Multicenter Safety Study of 5 months, Including a 1-month *Drug* Free Follow-up Period. (Pharmacia Protocol 3013038), 2002.

A Placebo-Controlled, Double-Blind, Randomized, Parallel Study of the Efficacy and Safety of *Drug* in the Treatment of Rapid Ejaculation. (Alza Protocol C-2002-012-00), 2002.

The Effect of *Drug* on Bone Mineral Density in Pediatric Subjects With Anorexia Nervosa: A Double-Blind, Placebo-Controlled Study. (Ortho-McNeil Pharmaceutical, Inc. Protocol CAPSS-169), 2002.

A 6 ½ Month, Multicenter, Randomized, Double-Blind, Placebo-Controlled Comparison of 300 mg/date of Extended-Release *Drug* and Placebo for the Prevention of Seasonal Affective Disorder in Subjects with a History of Seasonal Affective Disorder. (GlaxoSmithKline Protocol AK130930), 2002.

A Study to Evaluate the Efficacy, Safety and Maintenance Effect of *Drug* Augmentation of SSRI Monotherapy in Young and Older Adults with Unipolar Treatment Resistant Depression. (Janssen Protocol RIS-INT-93), 2002.

CONFIDENTIAL
AZSER12777506

BEST COPY AVAILABLE

A Phase III, Multicenter, Randomized, Double-Blind, Parallel Group Study of *Drug* and placebo in Patients with Multiple Moderate or Severe Acute Migraine Headaches. (Pharmacia Protocol VALA-0513-138), 2002.

A Double-Blind, Multicenter, Placebo-Controlled Study of *Drug* in the Treatment of Patients With Major Depressive Disorder.  (Merck Research Laboratories Protocol 073), 2002.

An 8-Week, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Multicenter, Fixed Dose Study Comparing the Efficacy and Safety of *Drug* or *Drug* to Placebo in Moderately to Severely Depressed Patients with Major Depressive Disorder.  (GlaxoSmithKline Protocol NKD20006), 2002.

A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Comparison of the Effects on Sexual Functioning of Extended Release *Drug and Drug* in Outpatients with Moderate to Severe Major Depression Over An Eight-Week Treatment Period. (GlaxoSmithKline Protocol AK130926), 2002.

A 6½ Month, Multicenter, Randomized, Double-Blind, Placebo-Controlled Comparison of *Drug* and Placebo for the Prevention of Seasonal Affective Disorder. (GlaxoSmithKline Protocol AK130936), 2002.

Open-Label, Long-Term, Multicenter Study of the Safety and Tolerability of *Drug* in the Acute Treatment of Migraines in Adults. (Pharmacia Protocol VALA-0513-140), 2002.

A Double-Blind, Placebo-Controlled Evaluation of the Study and Efficacy of *Drug* in Pediatric Depression.  (Forest Laboratories SCT-MD-15), 2002.

A Multicenter, Double-Blind, Randomized Study to Evaluate the Safety and Efficacy of *Drug* Compared with Placebo in Subjects with Painful Diabetic Neuropathy.  (GlaxoSmithKline Protocol NPP30004), 2002.

CONFIDENTIAL
AZSER12777507

C.V. James T. Grimm, M.D.
Revised August 2003
Page 10 of 12

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Efficacy and Safety of a Modified Release Formulation of *Drug* in Elderly Primary Insomnia Patients With Sleep Maintenance Difficulties. (Neurocrine Protocol NBI-34060-MR-0217), 2002.

A Four-Week, Double-Blind, Placebo and Active Controlled, Dose-Ranging Study of *Drug* and *Drug* in Outpatients with Generalized Anxiety Disorder. (Sanofi-Synthelabo Protocol DRI4390), 2003.

A 12-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of *Drug* at Dosages up to xx mg/day in the Treatment of Chronic Post-Traumatic Stress Disorder (PTSD) in Adults. (Cephalon Protocol C6671a/20/PT/US), 2003.

A Phase III, Open-Label, Outpatient Extension Study to Assess the Long-Term Safety of a Modified Release Formulation of *Drug* in Elderly Primary Insomnia Patients with Sleep Maintenance Difficulties. (Neurocrine Protocol NBI-34060-MR-0218), 2003.

An 8-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of *Drug* at Dosages up to xx mg/day, in the Treatment of Generalized Anxiety Disorder in Adults. (Cephalon Protocol C6671a/204/AX/US), 2003.

A Double-Blind, Placebo-Controlled, Dose-Finding Study Evaluating the Safety and Efficacy of *Drug* in the Treatment of Mild to Moderate Alzheimer's Disease. (Mitsubishi Protocol MKC-231/A01), 2003.

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose, Safety and Efficacy Trail of *Drug* in Outpatient Children and Adolescents with Major Depressive Disorder. (Organon Protocol Number 134019), 2003.

A Randomized, Double-Blind, Placebo-Controlled, Single-Attack, Parallel-Group Evaluation of the Efficacy of *Drug*

383

CONFIDENTIAL
AZSER12777508

BEST COPY AVAILABLE

Verses Placebo in the Treatment of Subjects who Affirm Tension, Tension-Type or Stress Headaches and Who Meet International Headache Society Criteria for Migraine. (Pharmacia Protocol Number RM2002/00270/00), 2003.

A Multi-Center, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Flexible-Dose Study Evaluating Efficacy, Safety and Tolerability of a Once-Daily Oral Drug Versus Placebo in Subjects with Major Depressive Disorder Over an Eight-Week Treatment Period.  (GlaxoSmithKline Protocol Number OHB20002), 2003.

A Multi-Center, Double-Blind, Randomized, Parallel Group Study to Evaluate the Effects of Drug and Drug on Microalbuminuria in Mild to Moderate Hypertensive Subjects with Type 2 Diabetes Mellitus.  (Novartis Protocol CCIB002FUS12), 2003.

A Phase III, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of Drug in Children and Adolescents Aged 6-17 with Oppositional Defiant Disorder (ODD).  (Shire Protocol Number SLI381-311), 2003.

A Phase III, Randomized, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of Drug in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD).  (Shire Protocol number SPD503-301), 2003.

A Phase III, Open-Label Study of Drug in Children and Adolescents (Aged 6-17) with Attention Deficit Hyperactivity Disorder (ADHD).  (Shire Protocol Number SPD-503-303), 2003

A Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose, 8-Week Evaluation of the Efficacy and Safety of Drug in the Treatment of Bipolar Disorder Patients Currently Experiencing a Major Depressive Episode (GlaxoSmithKline Protocol SCA30924), 2003.

CONFIDENTIAL
AZSER12777509

BEST COPY AVAILABLE

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Fixed Dose Study Evaluating the Efficacy and Safety of *Drug* in Elderly Outpatients Diagnosed with Major Depressive Disorder. (GlaxoSmithKline Protocol BRL-29060/874), 2003.

A Phase II Double Blind, Randomized, Dose Ranging, Placebo Controlled, Multicenter, Safety and Efficacy Evaluation of Three Doses of NS 2330 in Patients with Mild to Moderate Dementia of the Alzheimer's Type. (Boehringer-Ingelheim Protocol 1198.52), 2003.

A 12-week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of *Drug* at Dosages up to xx mg/day, in the Treatment of Chronic Post-Traumatic Stress Disorder in Adults. (Cephalon C6671a/205/PT/US), 2003.

A Double-Blind Flexible Dose Comparison of *Drug*, *Drug* and Placebo in the Treatment of Generalized Anxiety Disorder. (Forest Protocol SCT-MD-31), 2003.

A Double-Blind Flexible Dose Comparison of *Drug* and *Drug* in the Treatment of Major Depressive Disorder. (Forest Protocol SCT-MD-27), 2003.

CONFIDENTIAL
AZSER12777510

BEST COPY AVAILABLE

**OREGON STATE BOARD OF MEDICAL EXAMINERS**
620 CROWN PLAZA, 1500 S.W. FIRST AVENUE
PORTLAND, OR 97201-5826   (503) 229-5770

AUDIT NO.

146698

CERTIFICATE OF REGISTRATION FOR MEDICAL PHYSICIAN AND/OR SURGEON
LICENSE NUMBER: MD19133                    INITIAL LICENSE DATE: 11/28/1994
STATUS: ACTIVE                             EXPIRATION DATE: 12/31/2005

GRIMM, JAMES TIMOTHY; MD
REDACTED

MUST BE POSTED IN A
CONSPICUOUS PLACE

NOT TRANSFERABLE

1SM 6/00

386

CONFIDENTIAL
AZSER12777511

BEST COPY AVAILABLE

**OCCI** Oregon Center for Clinical Investigations, Inc.
Clinical Resource Solutions

D1447C00127: 00026
Revised 09/05

Signature: _____
Date: 12/29/05

## CURRICULUM VITAE

### Beal G. Essink, MD
### Psychiatry

04/03 - Present     Research Investigator
Oregon Center for Clinical Investigations, Inc.
700 Bellevue Street, Suite 240
Salem, OR 97301
Phone: (503) 540-0100
Fax: (503) 540-0300

Oregon Center for Clinical Investigations, Inc.
2230 NW Pettygrove Street, Suite 120
Portland, OR 97210
Phone: (503) 276-6224
Fax: (503) 276-6225

Oregon Center for Clinical Investigations, Inc.
572 W. 11th Ave.
Eugene, OR 97401
Phone: (541) 341-6565
Fax: (541) 341-3370

5/03 - Present     Dakota Exams
Consulting Psychiatrist
601 E. 22nd St.
Vancouver, WA 98663
(888) 766-6342

7/00 - 7/03     Portland VA Medical Center
Attending Physician of Psychiatry
Portland, OR

7/00 - 7/03     Oregon Health and Sciences University
Assistant Professor
Portland, OR

**700 Bellevue Street SE Suite 240**
**Salem, Oregon 97301**
Phone: (503) 540-0100     Fax: (503) 540-0300     E-mail: occi@qwest.net

CONFIDENTIAL
AZSER12777512

BEST COPY AVAILABLE

Sent By: O.C.C.I;                    5035400300;         Dec-29-05 11:36AM;        Page 3

1/01 - 7/03      Oregon Health and Sciences University
                 Director of the Intern Didactic Seminar
                 Portland, OR                                    D1447C00127:

7/00 - 7/03      Portland VA Medical Center
                 Leader of Medical Student Teaching Seminar
                 Portland, OR

6/01 - 6/02      Oregon Health and Sciences University
                 Principles of Clinical Medicine
                 Portland, OR

3/01 - 7/03      Portland VA Medical Center
                 Preceptor for Nurse Practitioner Program
                 Portland, OR

## EDUCATION:

Chief Resident, Dept. of Psychiatry, OHSU, Portland, OR
Psychiatry Resident, OHSU, Portland, OR                                7/99 - 6/00
Doctor of Medicine Degree, UNMC, Omaha, NE                             7/96 - 7/99
B.S. in Premedical Sciences, UNMC, Omaha, NE                           8/92 - 5/96
Undergraduate, University of Nebraska, Lincoln, NH                     8/92 - 5/94
                                                                       8/88 - 5/92

## COMMITTEES:

Root Cause Analysis Committee
Dialectical Behavioral Therapy Treatment Team                          2003
Medical Student Education Committee                                    2003
                                                                       2002 - 2003

## RESEARCH AND PUBLICATIONS:

American Psychiatric Association Poster Presentation (2003). Hansen, T., Essink, B.,
Hoffman, W. "Metabolic and Cardiac Changes with Ziprasidone Treatment."

Hoffman, W., Essink, B., Hansen, T. "Use of the Clinical Laboratory in the Diagnosis
and Treatment of Depression" Laboratory *Medicine*. 2002; 7,33:2-5.

Susman, J., Crabtree, B., Essink, B. "Depression in Rural Family Practice: Easy to
Recognize, Difficult to Diagnose." *Arch Fam Med.* 1995; 4:427-431.

## HONORS/AWARDS:

Distinguished Service Award (6/03)
Board Certified in Psychiatry (2/02)
AOA member (1996 - Present)
Elected Year 2000 Psychiatry Resident of the Year by Residency Training Committee

2

388

CONFIDENTIAL
AZSER12777513

BEST COPY AVAILABLE

Selected as OHSU's resident representative for Resident Reporter Program at the APA in Toronto, Canada (1998)

## CLINICAL TRIALS EXPERIENCE:

A Double-Blind, Multi-Center, Placebo-and Active-Controlled, Acute and Extension Study of Two Doses of *Drug* in the Treatment of Patients with Major Depressive Disorder.  (Merck Research Protocol 061-00) 2001

Open Label Study of *Drug* in Children with ADHD.  (Noven Protocol N17-021) 2001

A 6 ½ Month, Multi-Center, Randomized, Double-Blind, Placebo-Controlled Comparison of 300 mg/day of Extended-Release *Drug* and Placebo for the Prevention of Seasonal Affective Disorder in Subjects with a History of Seasonal Affective Disorder. (GlaxoSmithKline Protocol AK130930) 2002

An 8-Week, Randomized, Double-Blind, Parallel- Group, Placebo-Controlled, Multi-Center, Fixed Dose Study Comparing the Efficacy and Safety of *Drug* or *Drug* to Placebo in Moderately to Severely Depressed Patients with Major Depressive Disorder. (GlaxoSmithKline Protocol NKD20006) 2002

Open-Label, Long-Term, Multi-Center Study of Safety and Tolerability of *Drug* in the Acute Treatment of Migraines in Adults.  Sub-investigator, 2002.  (Pharmacia Protocol VALA-0513-140)

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of *Drug* to Placebo in Children and Adolescents Aged 6-17 with Oppositional Defiant Disorder (ODD).  (Shire Protocol SLI381-311) 2003

A Phase III, Randomized, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of *Drug* to Placebo in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD).  (Shire Protocol SPD503-301) 2003

A Phase III, Open-Label Study of *Drug* in Children and Adolescents (Aged 6-17) with Attention Deficit Hyperactivity Disorder (ADHD).  (Shire Protocol SPD503-303) 2003

A Multi-Center, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Fixed-Dose Study Evaluating the Efficacy, Safety, and Tolerability of Two Doses of *Drug* in Subjects with Major Depressive Disorder for a Treatment Period of Eight Weeks. (GlaxoSmithKline Protocol OHB20001) 2003

A 5-Week, Multi-Center, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Fixed-Dose Study of the Efficacy and Safety of *Drug* administered Once Daily in Adults with Attention Deficit/Hyperactivity Disorder (ADHD).  (Novartis Protocol CRIT124E2302) 2003

3

CONFIDENTIAL
AZSER12777514

BEST COPY AVAILABLE

Sent By: O.C.C.I;                    5035400300;         Dec-29-05 11:37AM;        Page 5

A 6-Month, Open-Label Extension to a 5-Week, Multi-Center, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Fixed-Dose Study of the Efficacy and Safety of *Drug* administered Once Daily in Adults with Attention Deficit/Hyperactivity Disorder (ADHD). (Novartis Protocol CRIT124E2302/E1) 2003

An Open-Label Study of the Long-Term Safety of Dapoxetine HCL In the Treatment of Rapid Ejaculation. (Johnson & Johnson) 2003.

A Placebo-Controlled, Double-Blind, Randomized, Parallel Study of the Efficacy and Safety of *Drug* in the Treatment of Rapid Ejaculation. (Alza Protocol C-2002-012-00) 2003

A 7-Month, Multi-Center, Parallel, Double-Blind, Placebo-Controlled Comparison of Two Doses of Drug and Placebo for the Prevention of Seasonal Depressive Episodes in Subjects with a History of Seasonal Affective Disorder followed by an 8-Week Observational Follow-up Phase. (GlaxoSmithKline Protocol 100006) 2003

A Multi-Center, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Study of the Efficacy and Safety of *Drug* at a Flexible Dose Administered Once Daily in Pediatric Patients 6-17 years of Age with Attention Deficit/Hyperactivity Disorder (ADHD). (Novartis Protocol CRIT124E2301) 2003

A Multi-Center, Double-Blind, Placebo-Controlled, Fixed-Dose, 8-Week Evaluation of the Efficacy and Safety of Lamotrigine in the Treatment of Bipolar Disorder Patients Currently Experiencing a Major Depressive Episode. (Protocol SCA30924) 2003

A Multi-Center, Double-Blind, Placebo-Controlled, Fixed-Dose, 8-Week Evaluation of the Efficacy and Safety of Lamotrigine in the Treatment of Major Depression in Patients with Type II Bipolar Disorder. (Protocol SCA100223) 2003

A Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Escitalopram in Pediatric Depression. (Protocol SCT-MD-15) 2003

A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose, Safety and Efficacy Trial of Org 33062 ER in Outpatient Children and Adolescent with Major Depressive Disorder. (Organon Protocol 134019) 2003

An Open-Label Extension Trial in Children and Adolescents with Major Depressive Disorder who Participated in one of the Short-Term Org 33062 ER Safety and Efficacy Trials. (Organon Protocol 134507) 2003

A Multi-Center, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Flexible-Dose Study Evaluating Efficacy, Safety and Tolerability of a Once-Daily Oral GW353162 (20-40-60 mg) Verses Placebo in Subjects with Major Depressive Disorder over an Eight-Week Treatment Period. (GlaxoSmithKline Protocol OHB20002) 2003

4

CONFIDENTIAL
AZSER12777515

BEST COPY AVAILABLE

A Phase II, Randomized, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of SPD473 in Adults Aged 18-55 with Attention Deficit Hyperactivity Disorder (ADHD). (Shire Protocol SPD473-203) 2003

A Four-Week Double-Blind, Placebo and Active Controlled, Dose-Ranging Study of SL65.1498-00 3 Doses (5,15,50 mg per day) and Lorazepam (3 mg/day) in Out-Patients with General Anxiety Disorder (GAD). 2003

A Phase III, Multi-Center, 18-Month, Open-Label Safety, Tolerability, and Efficacy Study of ADDERALL XR® in the Treatment of Adolescents Aged 13-18 with Attention Deficit Hyperactivity Disorder (ADHD). (Shire Protocol SLI381-315) 2003

A Double-Blind Flexible Dose Comparison of Escitalopram, Sertraline, and Placebo in the Treatment of Major Depressive Disorder. (Forest Protocol SCT-MD-27) 2003

A 9-Week, Randomized, Double-Blind, Placebo-Controlled, Fixed-Dosage (340 or 425 mg/day), Parallel-Group Study to Evaluate the Efficacy and Safety of Modafinil (Film-Coated Tablet) in Children and Adolescents with Attention Deficit Hyperactivity Disorder (ADHD), Including a 2-Week (Blinded) Withdrawal Period. (Cephalon Protocol C1538d/310/AD/US) 2003

A 1-Year, Open-Label, Flexible-Dosage Study to Evaluate the Safety and Continued Efficacy of Modafinil (Film-Coated Tablet Formulation) in Children and Adolescents with Attention Deficit Hyperactivity Disorder (ADHD). (Followed by an Open-Ended Extension) (Cephalon Protocol C1538d/312/AD/US) 2003

A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, 8-Week, Safety and Efficacy Study of Eszopiclone 3 mg Compared to Placebo in Subjects with Insomnia Related to Major Depressive Disorder. (Sepracor Protocol 190-052) 2003

A Multi-Center, Randomized, Parallel-Group, Double-Blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. (AstraZeneca Protocol D1447C00127) 2003

A Phase IIIb, Open-Label, Multi-Center Study to Assess Safety, Tolerability, and Effectiveness Associated with the use of ADDERALL XR® in Adults with Attention Deficit Hyperactivity Disorder and Evaluate an ADHD-specific Novel Quality of Life Measure. (Shire Protocol SLI381-312) 2004

A Randomized, Double-Blind, Placebo-Controlled, Single-Attack, Parallel-Group Evaluation of the Efficacy of Sumatriptan 100 mg Tablets verses Placebo in the Treatment of Subjects who Affirm Tension, Tension-type or Stress Headaches, and who meet International Headache Society Criteria for Migraine. Sub-investigator, 2003. (Protocol RM2002/00270/00)

5

CONFIDENTIAL
AZSER12777516

BEST COPY AVAILABLE

A 12-Week, Multi-Center, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Active Controlled, Escalating Dose Study to Compare the Effects on Sexual Functioning of Bupropion Hydrochloride Extended-release (WELLBUTRIN™ XL, 150-450 mg/day) and Extended-release Venlafaxine (EFFEXOR XR, 75-225 mg/day) in Subjects with Major Depressive Disorder. (GlaxoSmithKline Protocol 100368) 2004

A Phase III, 10-Week, Double-Blind, Randomized, Placebo-Controlled Study of Duloxetine Hydrochloride 60 to 120 mg Once Daily (QD) or Placebo in Patients with Generalized Anxiety Disorder (GAD). (Eli Lilly & Company Protocol F1J-MC-HMDT) 2004

A Placebo-Controlled, Double-Blind, Randomized, Parallel Study of the Withdrawal Effects of Chronic Daily and As Needed Dosing with Dapoxetine in the Treatment of Premature Ejaculation. Protocol R096769-PRE-3002, Phase 3. 2004.

A Phase III, 8-Week, Double-Blind, Randomized Study of the Efficacy and Safety of Olanzapine plus Fluoxetine in Combination as Compared to Olanzapine and Fluoxetine Monotherapies in Patients with Treatment Resistant Recurrent Major Depressive Disorder. (Eli Lilly & Company Protocol H6P-MC-HDAO) 2004

A Phase III, Randomized, Double-Blind, Multi-Center, Placebo-Controlled, Parallel-Group, Safety and Efficacy Study of SPD465 with an Open-Label Extension in Adults with Attention-Deficit Hyperactivity Disorder (ADHD). (Shire Protocol SPD465-301) 2004

A Phase III, Randomized, Double-Blind, Multi-Center, Placebo-Controlled, Parallel-Group, Safety and Efficacy Study of SPD465 with and Open-Label Extension in Adolescents with Attention-Deficit Hyperactivity Disorder (ADHD). (Shire Protocol SPD465-302) 2004

A Phase III, Randomized, Double-Blind, Multi-Center, Parallel-Group, Placebo-Controlled, Dose Optimization Study Designed to Evaluate the Safety and Efficacy of Methylphenidate Transdermal System® (MTS) vs. CONCERTA® in Pediatric Patients Aged 6-12 with Attention-Deficit Hyperactivity Disorder (ADHD). (Shire SPD485-302) 2004

A Phase III, Multi-Center, Open-Label Study of Methylphenidate Transdermal System® (MTS) in Pediatric Patients Aged 6-13 with Attention-Deficit Hyperactivity Disorder (ADHD). (Shire Protocol SPD485-303) 2004

A Phase III, Randomized, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Study of NRP104 in Children Aged 6-12 years with Attention-Deficit Hyperactivity Disorder (ADHD). (New River Pharmaceuticals Protocol NRP104.301) 2004

6

CONFIDENTIAL
AZSER12777517

A Long Term, Open-Label, and Single-Arm Study of NRP104 30mg, 50mg, or 70mg per Day in Children Aged 6-12 Years with Attention Deficit Hyperactivity Disorder (ADHD). (New River Pharmaceuticals Protocol NRP104.302) 2005

A Phase II, Open-Label Co-administration Study of SPD503 and Psycho stimulants in Children and  Adolescents Aged 6-17 with Attention-Deficit Hyperactivity Disorder. (ADHD) 2004.

A Phase III, Randomized, Double-Blind, Multi-Center, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of SPD503 in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD). (Shire Protocol SPD 503.304) 2004

A Phase III, Open-Label Study of SPD503 in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD).  (Shire Protocol SPD503-305) 2004

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Fixed-Dose Study Evaluating the Efficacy and Safety of GW679769 in Subjects with Major Depressive Disorder.  (GlaxoSmithKline Protocol NKF100092) 2004

A 10-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of GABITRIL® (up to 16 mg/day) in the Treatment of Adults with Generalized Anxiety Disorder.  (Cephalon Protocol C6671/3032/AX/US) 2004

A Confirmatory, Multicenter; Double-blind, Randomized, Placebo-controlled, Study of the use of Quetiapine Fumarate (Seroquel™) in the Treatment of Patients with Bipolar Depression. (Protocol D1447C00135).  2004.

A Randomized, Double-Blind Placebo and Active Controlled, Parallel-Group Safety and Efficacy Study of OROS Alprazolam in Adults with Generalized Anxiety Disorder (GAD).  (Protocol 04-001-00). 2004

A Long Term, Open-Label Safety and Efficacy Study of OROS Alprazolam in Adults with General Anxiety Disorder (GAD).  (Protocol 04-003-00).  2004.

A 12-month, Open-Label, Flexible-Dosage Study to Evaluate the Safety and Efficacy of GABITRIL® Treatment (up to 16mg/day) in Adults With Generalized Anxiety Disorder. (Cephalon Protocol C6671/3033/AX/US) 2005

A Placebo-Controlled, Double-Blind, Randomized, Parallel-Group Study od the Efficacy and Safety of Dapoxetine When Coadministered with a Phosphodiesterase-5-inhibitor in men With Concurrent Erectile Dysfunction and Premature Ejaculation.  Protocol Protocol R096769-PRE-3005. 2005.

A Placebo-Controlled, Double-Blind, Randomized, Parallel Study of the Withdrawal Effects of Chronic Daily and As Needed Dosing with Dapoxetine in the treatment of Premature Ejaculation.  (Johnson & Johnson Protocol RO96769-PRE-3002) 2005

7

CONFIDENTIAL
AZSER12777518

A Phase III, Multi-Center, 12-Month, Open-label Safety and Efficacy Study of SPD465 in Adults with Attention-Deficit Hyperactivity Disorder (ADHD).  (Shire Protocol SPD465-304) 2005

A Phase III, Randomized, Double-Blind, Multi-Center, Placebo-Controlled, Parallel-Group, Forced Dose Titration, Safety and Efficacy Study of SPD465 in Adults with Attention-Deficit Hyperactivity Disorder (ADHD).  (Shire Protocol SPD465-303) 2005

A Prospective, Open-Label, multi-Center Study Evaluating the safety and Tolerability of converting  Children Aged 6-12 from Extended Release Methylphenidate product to Methylphenidate Transdermal System (MTS) in Subjects diagnosed with ADHD.  Protocol SPD485.305.  2005.

A Multicenter, Randomized, Parellel-group, Double-blind, Phase III comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (lithium or Valproate) in Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Protocol D1447C00126.  2005.

A Randomized, Double-Blind, Placebo-Controlled, Multicenter Phase 3 Study to Evaluate the Efficacy and Safety of Alvimopan 0.5mg Once Daily and 0.5mg Twice Daily for 12 Weeks for the treatment of Opioid-Induced Bowel Dysfunction in Adults taking Opioid Therapy for persistent Non-Cancer Pain.  (GlaxoSmithKline Protocol SB-767905/013) 2005

A Randomized, Double-Blind, Placebo-Controlled, Multicenter Phase 3 Study to Evaluate the Long-Term Safety of Alvimopan 0.5mg Twice Daily for 12 months for the treatment of Opioid-Induced Bowel Dysfunction in Adults taking Opioid Therapy for Persistent Non-Cancer Pain.  (GlaxoSmithKline Protocol  SB-767905/014) 2005

A Randomized, Double Blind, Placebo Controlled, Multicenter Study to Evaluate the Efficacy, Safety, And Tolerability of PRX-00023 In Patients With Generalized Anxiety Disorder (GAD) (Predix Protocol  PRX-00023) 2005

The Efficacy of Eszopiclone 3mg as Adjunctive Therapy in Subjects with Insomnia Related to Generalized Anxiety Disorder (GAD) (Sepracor protocol  190-902) 2005

Topiramate Versus Amitriptyline HCl Versus Placebo in Migraine Prophylaxis: A comparison of Efficacy, Safety, Impact on Weight and Quality of life.  (ORTHO-McNEIL protocol CAPSS-277; phase 3) 2005

A randomized, double blind, placebo-controlled, forced-titration, Phase IV study comparing telmisartan 80 mg + hydrochlorothiazide 25 mg versus valsatan 160 mg + hydrochlorothiazide  25 mg taken orally for eight weeks in patients with stage I or stage 2 hypertension.  (Boehringer Ingelheim Pharmaceutical, Inc. protocol  502.476) 2005

8

CONFIDENTIAL
AZSER12777519

BEST COPY AVAILABLE

A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Fixed-Dose Study Evaluating the Efficacy, Safety and Tolerability of Three Doses (80mg/day, 120mg/day and 160mg/day) of Radafaxine Extended-Release in Adults Subjects with Major Depressive Disorder. (GlaxoSmithKline protocol OHB20004) 2005

9

CONFIDENTIAL
AZSER12777520

BEST COPY AVAILABLE



D1447C00127: _____ *0027*

*MAL 12.15 04*

Revised:    12/04

## Mahlon S. Hale, M.D.

*Mailing Address:*
New Britain General Hospital
Behavioral Health Research
100 Grand Street
New Britain, CT 06050

*Site Location:*
New Britain General Hospital
Behavioral Health Research
32 Hawkins Street
New Britain, CT 06050

(860) 224-5449
(860) 224-5697 (fax)

## EDUCATION

A.B.          - Brown University, 1962
                cum laude, magna cum laude (English)
A.M.          - Stanford University, 1963
LL.B.         - Yale Law School, 1966
M.D.          - University of Connecticut
                School of Medicine, 1973
Psychiatry Residency - Yale University
1973-1976
Chief Resident, Yale New Haven Hospital
1975-1976

## HONORS

Francis Wayland Scholar, Brown University
Squibb Prize, University of Connecticut
Susan M. Rosenberger Prize in English

## LICENSES

Connecticut State Board of Healing Arts
Board Certified, 1978, Psychiatry and Neurology

## PRESENT POSITION

Chief of Behavioral Health Services                    1992- present
Psychiatrist in Chief
New Britain General Hospital
100 Grand Street, New Britain, CT  06050

## PAST WORKING EXPERIENCE

Director, Psychiatric Consultation-Liaison Service        1976-1992
University of Connecticut Health Center

Assistant Professor, Department of Psychiatry

1

CONFIDENTIAL
AZSER12777521

BEST COPY AVAILABLE

University of Connecticut Health Center                     1976-1981


**PROFESSIONAL SOCIETIES**

American Psychiatric Association
Academy of Psychosomatic Medicine
Sigma Xi

**PROFESSIONAL ACTIVITIES - New Britain General Hospital**

New Britain General Hospital
      Member, Staff Executive Committee
      Member, Institutional Ethics Committee
      Member, Medical Education Committee
      Member, MIS Committee
      Chair, Institutional Review Board

                    **- University of Connecticut Health Center**:
Medical Council
Committee, Continuing Medical Education
Chairman, Departmental Senior Promotions & Tenure Committee 1988-90
and other various medical school/departmental committees
Member, JCC 1991-2

**OTHER ACTIVITIES**

Advisory Council, State Department of Mental Health, 1980 - 1981
Chairman of the Connecticut Psychiatric Society's Committee on Law and Psychiatry, 1978 - 1979
Member, Executive Committee Foundation of Thanatology, 1981 - 1987
Member Editorial Board, Advances in Psychosomatics, Basel.
Consultant to The Medical Letter
Consultant to the Connecticut Department of Corrections
Reviewer, Journal of Medical Education & Journal of Nervous and Mental Diseases; New England Journal of Medicine; Psychosomatics


**INVITED LECTURES**

"The Troubled Patient."  Northampton State Hospital, Northampton, MA, April 17, 1980.

"The Dying Patient and Family."  Columbia University, New York, NY, October 30, 1981.


2

CONFIDENTIAL
AZSER12777522

"A Psychiatrist's Approach to Headache Management." Case Western Reserve University, Cleveland, OH, November 7, 1981.

"Diagnosis and Treatment of Organic Brain Syndromes," St. Vincent's Hospital, Bridgeport, CT, April 22, 1982.

"Diagnosis and Treatment of Organic Brain Syndromes," Kent County Hospital, Warwick, RI, May 21, 1982.

"Uses and Abuses of Consultation Psychiatrists," St. Francis Hospital, Evanston, IL, November 18, 1982.

"Microprocessor Applications in General Hospital Psychiatry," Psychiatric Grand Rounds, St. Raphael's Hospital, New Haven, CT, April 26, 1983.

"Psychological Aspects of the Autopsy," Medical Grand Rounds, New Britain General Hospital, New Britain, CT, May 17, 1983.

"Modes of Consultation Psychiatry," Psychiatric Grand Rounds, St. Lukes Roosevelt Hospital Center, New York, NY, May 16, 1984.

"A Curriculum for Consultation Psychiatry," Psychiatric Grand Rounds, Stanford University, Palo Alto, CA, May 21, 1984.

"Treatment of Depression from a Consultant's Perspective," Northampton Veteran's Hospital, Northampton, MA, May 2, 1985.

"The Psychiatrist and the Computer," Psychiatric Rounds, Fairfax Hospital, Fairfax VA, January 16, 1986.

Hale, Mahlon S., Keynote Speaker, "Psychiatric Aspects of Burnout," Foundation of Thanatology Conference, Hampton, VA, January 17, 1986

"Computers in Consultation-Liaison Psychiatry," Keynote Address, Academy of Psychosomatics, Las Vegas NV, November 12, 1987.

"Using Computers in Psychiatry," Psychiatric Grand Rounds, Hospital of St. Raphael, New Haven, CT, December 16, 1987.

"Diagnosing Depression in the Medically Ill: Reconsideration of the DSM-III-R," Psychiatric Rounds, Fairfax Hospital, Fairfax VA, October 12, 1989.

"Diagnosing Depression in the Medically Ill: Reconsideration of the DSM-III-R," Psychiatric Grand Rounds, University of Massachusetts Medical Center, Worcester MA, November 13, 1989

3

398

CONFIDENTIAL
AZSER12777523

BEST COPY AVAILABLE

Mahlon S. Hale, M.D.

**PRESENTATIONS AND ABSTRACTS**

"The Role of Group Process in Staff Survival with the Dying Patient," Symposium: Foundation of Thanatology, Columbia University, The Urological and Psychosocial Aspects of Chronic, Critical and Terminal Illnesses: The Patient, Family and Staff, April 12, 1980.

Live interview and panel discussion with a bereaved patient, Symposium: Foundation of Thanatology, Columbia University, Acute Grief III: The Grief Continuum, November 11, 1980.

"A Case of Professional Ethics," the Yale Law School, Law and Medicine Seminar, December 9, 1980.

"Psychological Complications of Radiotherapy," Symposium: Foundation of Thanatology, Columbia University, Psychosocial Aspects of Radiation Oncology: The Radiation Therapist and Supporting Staff, January 23, 1981.

"Effects of Communication Deprivation and its Management: 1) The Psychodynamics of Loss of Voice Communication; 2) The Psychodynamics of Drinking and Smoking," Symposium: Foundation of Thanatology, Columbia University, Rehabilitation of the Head and Neck Cancer Patient, May 27, 1981.

Simon, Richard H., Zimmerman, Andrew W., Tasman, Alan and Hale, Mahlon S., "Spectral Analysis of Photic Stimulation in Migraine," American Academy of Neurology, Annual Neurological Meetings, June, 1981, Toronto.

Zimmerman, Andrew W., Simon, Richard H., Tasman, Alan and Hale, Mahlon S., "EEG Spectral Analysis of Monozygotic Twins with Migraine during photic stimulation," Proceedings, Child Neurology Society, October, 1981.

Lewis, Richard A., and Hale, Mahlon S., "Programming for the Future: Practical Applications for Engel's Biopsychosocial Model in a Muscular Dystrophy Clinic," Archives, Foundation of Thanatology, November, 1981.

Weiskopf, Constance J., and Hale, Mahlon S., "The Psychiatric Nurse Clinician in a Neurological Clinic for Dystrophic Diseases: Multiple Roles and Multiple Expectations, Archives, Foundation of Thanatology, November, 1981

Hale, Mahlon S., and De L'aune, William, "Microprocessor Use on a Consultation-Liaison Service," American Academy of Psychosomatic Medicine, Chicago, Il., November 21, 1982.

Hale, Mahlon S., and De L'aune, William, "A Micro-Computer Based Automated Medical Record System: Applications to a Psychiatric Consultation-Liaison Service," Proceedings, HICCSS, Honolulu, Hawaii, January 7, 1983.

4

CONFIDENTIAL
AZSER12777524

BEST COPY AVAILABLE

Mahlon S. Hale, M.D.

Hale, Mahlon S., and Weiskopf, Constance J., "An Encounter with Loss and Uncertainty: Trying to Cope with Multiple Losses Following Pregnancy," Symposium: Foundation of Thanatology, Columbia University, Women and Loss: Psychosocial Aspects of Gynecology/Obstetrics, January 21, 1983.

Hale, Mahlon S., "Psychiatric Counseling for Surgical Patients," Symposium: Foundation of Thanatology, Columbia University, Psychosocial and Thanatologic Aspect of General Surgery: The Patient, Family and Staff, January 27, 1984.

Weiskopf, Constance J., and Hale, Mahlon S., "Women and Loss: The Perspective of a Nurse Clinician," Symposium: Foundation of Thanatology, Columbia University, Acute Grief IV, March 28, 1984.

Hale, Mahlon S., and De L'aune, William, "Use of the Micro-Computer on a Consultation-Liaison Service for Report Generation and Data Management," Poster, American Psychosomatic Society, Hilton Head, SC, March 9-10, 1984.

Cooper, Martin, Hoffman, James, and Hale, Mahlon, "Automation of Psychological Screening and Reporting in a Gynecologic Oncology Service," Poster, American Psychosomatic Society, March 28-30, 1985.

Cooper, Martin, Hoffman, James, and Hale, Mahlon, "Computers in Obstetrics and Gynecology, Workshop, American Society of Psychosomatic Obstetrics and Gynecology, Maui, Hawaii, April 10, 1985.

Hale, Mahlon, "Uses of the Micro-Computer on a Consultation-Liaison Service, address Academy for Psychosomatic Medicine, Las Vegas, Nevada, November 14, 1987.

Hale, Mahlon, "The Role of the Psychiatric Consultant in a Hemophilia Population," Academy for Psychosomatic Medicine, New Orleans, LA, November 18, 1988.

Hale, Mahlon, "Characteristics and Predisposing Variables of Nonpsychiatric Patients Transferred to Inpatient Psychiatric Services, Academy for Psychosomatic Medicine, New Orleans, LA, November 19, 1988.

Marquis, Maynard, Giller Earl, and Hale, Mahlon, "Computerizerd Assisted Instruction (CAI) for Anxiolytic Agents" [Best Resident Paper Award], Academy for Psychosomatic Medicine, Las Vegas, Nevada, October 27, 1989.

Hair, Catherine, Schramm, Richard and Hale, Mahlon, "The Study of Late Luteal Phase Dysphoric Disorder (Premenstrual Syndrome) in a Liaison Setting, Academy for Psychosomatic Medicine, Las Vegas, Nevada, October 28, 1989.

5

CONFIDENTIAL
AZSER12777525

BEST COPY AVAILABLE

Mahlon S. Hale, M.D.

**SYMPOSIA**

Chairman, Symposium "Microcomputers in Psychiatry from A to K," A.A.G.H.P. sponsored, Institute on Hospital and Community Psychiatry, October 13, 1985, Montreal.

Chairman, Symposium "Models for Teaching Consultation Psychiatry, Academy for Psychosomatic Medicine, New Orleans, LA, November 18, 1988.

**WORKSHOPS**

Hale, Mahlon, Spear, Heather and Mikita, Margot, "A Family Systems Approach to Psychiatric Consultation," Institute on Hospital & Community Psychiatry, Philadelphia, PA, October 18, 1989.

Hale, Mahlon, "To Computerize or Not to Computerize: Panel Discussion and Debate by Developers & Users of Available Systems," Academy for Psychosomatic Medicine, Las Vegas, Nevada, October 29, 1989.

**PUBLICATIONS**

Hale, Mahlon S., "Factitious Contributions to a Staphylococcus Sepsis." Conn. Med., 41: 353-355, June, 1977.

Hale, M.S., Koss, N., Kerstein, M., et al., "Psychiatric Complications in a Surgical ICU." Critical Care Medicine, 5: 199-203, 1977.

Hale, Mahlon S. and Bellizzi, John, "Low Dose Perphenazine and Levodopa/Carbidopa Therapy in a Patient with Parkinsonism and Psychotic Illness." J. of Nerv. & Mental Disease, 168: 312-314, 1980.

Donaldson, James, Hale, Mahlon, Klau, Mark, "Reversible Pure Word Deafness with Lithium Toxicity." Am. J. of Psych., 138: 242-243, February, 1981.

Reik, Louis and Hale, Mahlon, "The Temporomandibular Joint Pain-Dysfunction Syndrome." Headache, 21: 151-156, 1981.

Tasman, Alan, Hale, Mahlon S., Simon, Richard, "Neuroleptic Drug Effects on Average Evoked Response Augmentation-Reduction in Rats." Neurophysiology, 7: 292-6, 1981.

Hale, Mahlon S., Hesselbrock, Michie, and Hesselbrock, Victor, "Childhood Deviance and Sociopathy in Alcoholism." J. Psychiat. Treatm. and Eval., 4: 33-36, 1982.

Simon, Richard H., Zimmerman, Andrew W., Tasman, A., Hale, Mahlon S., "Spectral Analysis of Photic Stimulation in Migraine." Electroencephalography and Clinical Neurophysiology, 53: 270-276, 1982.

6

401

CONFIDENTIAL
AZSER12777526

BEST COPY AVAILABLE

Mahlon S. Hale, M.D.

Hale, Mahlon S., Donaldson, James, "Use of Lithium in Organic Brain Syndromes." J. of Nerv. & Mental Disease, 170: 362-365, 1982.

O'Connor, S.J., Tasman, A., Simon, R.H., Hale, M.S., "A Model Referenced Method for the Identification of Evoked Potential Component Waveforms," Electroencephalography and Clinical Neurophysiology, 55: 233-237, 1983.

Hale, Mahlon S. and Jeffries, John, "The Role of Group Process in Staff Survival with the Dying Patient." Urology and Psychosocial Aspects of Chronic, Critical, and Terminal Illness, ed., Lattimer, et al., Thomas, Springfield, 1983.

Hale, Mahlon S., and De L'aune, William, "A Micro-Computer Based Automated Medical Record System: Applications to a Psychiatric Consultation-Liaison Service," Proceedings, HICSS, Volume II, 430-440, 1983.

Hale, Mahlon S., and De L'aune, William, "Microcomputer Use on a Consultation-liaison Service," Psychosomatics, 24: 1003-1115, 1983.

Weiskopf, Constance and Hale, Mahlon, "The Psychiatric Nurse Clinician in a Neurological Clinic for Dystrophic Diseases: Multiple Roles and Multiple Expectations," Psychosocial Aspects of Muscular Dystrophy and Allied Diseases, Thomas, Springfield, 1983.

Hale, Mahlon S., and Lewis, Richard, "Programming for the Future: Practical Applications of Engel's Biopsychosocial Model in a Muscular Dystrophy and Allied Diseases Clinic," Psychosocial Aspects of Muscular Dystrophy and Allied Diseases, Thomas, Springfield, 1983.

Weiskopf, Constance J., and Hale, Mahlon S., "Women and Loss: The Perspective of a Nurse Clinician," Women and Loss: Psychobiological Perspectives, Praeger, New York, 1985.

Hale, Mahlon S., "Underlying Personality Factors in Patients who Drink and Smoke: Implications for Medical-Surgical Management." Rehabilitation of the Head and Neck Cancer Patient: Psychosocial Aspects, Thomas, Springfield, 1985.

Hale, Mahlon S., "Anticipatory Grief: Two Case Studies with Unexpected Outcomes," Loss, Grief and Bereavement: A Guide for counseling, eds., Margolis, Raether, Kutscher eds., Praeger, New York, 1985.

Hale, Mahlon, Weiskopf, Constance and Rand Elizabeth, "Psychiatric consultation with the incurably ill," Human and Ethical Issues in the Surgical Care of Patients with Life Threatening Disease, eds., Herter, Ford, Mark, Thomas, Springfield, 1986.

Hale, Mahlon S., "Grief: Somatic Symptoms," in Principles of Thanatology, Kutscher, et al., eds., Columbia University Press, 1987, New York.

7

CONFIDENTIAL
AZSER12777527

BEST COPY AVAILABLE

Mahlon S. Hale, M.D.

Weiskopf, Constance, and Hale, Mahlon S., "Grief and its Effects: Parental Reactions to the Death of an Adult Child," Grief and the Loss of an Adult Child, Margolis, et al., eds., Praeger, New York, 1988.

Hale, Mahlon, Jacobson, James, Carson, Richard, "Diagnostic characteristics in suicidal hospitalized medical and surgical patients," General Hospital Psychiatry, 11:381-387, 1989.

Riba, Michelle, and Hale, Mahlon, "Medical Clearance of Psychiatric Patients in the General Hospital Emergency Room: Fact or Fiction," Psychosomatics 31:400-404, 1990.

El-Mallakh Rif, Liebowitz, Neil, and Hale, Mahlon, "Hyperemesis Gravidarum as Conversion Disorder," Journal of Nervous and Mental Disease 178:10:655-9, 1990.

Hale, Mahlon, Jacobson, James, and Carson, Richard, "A Databased Review in C-L Psychiatry: Characteristics of Hospitalized Suicide Attempters, Psychosomatics 31:282-286, 1990.
Hale, MS  "Use of Antidepressants and Anxiolytics in Patients with Heart Disease," Drug Therapy, March:61-71, 1990.

Hale, Mahlon S. and Mikita Margot, A family-systems model for consultation psychiatry," in Methods in Teaching Consultation-Liaison Psychiatry, Karger, Basel, 1990.

Caruso Susan, El-Mallakh Rif, and Hale, Mahlon, "Systems Dynamics in Hyperemesis Gravidarum," Family Systems Medicine., 8:1:91-956, 1990.

Hale, M, Matthews D, "Indications for psychiatric consultation in patients with depression and chronic fatigue," ed. Gulledge, Primary Care, 18:435-50, 1991.

Brown, Joseph and Hale, Mahlon "The power of statistical studies in consultation-liaison psychiatry," Psychosomatics 33:4;437-443, 1992.

Driscoll MS, Rothe MJ, Grant-Kels, Hale MS ADelusional parisitosis: a dermatologic, psychiatric, and pharmacologic approach,@ J Am Acad Dermatol, 1993 Dec;29(6):1023-33.
Hale MS, Boukoms A, AUse of psychotropic agents in patients with heart disease,@Adv Psychosom Med, 1994;21:28-48.

Lenderking WR, Tennen H, Nackley JF, Hale MS, Turner RR, Testa MA, AThe effects of venlafaxine on social anxiety in depressed outpatients,@ J Clin Psychiatry 1999 Mar;60(3):157-63.

8

CONFIDENTIAL
AZSER12777528

Mahlon S. Hale, M.D.

**EDITORSHIPS**

Psychosocial Aspects of Muscular Dystrophy and Allied Diseases, eds., Charash, Wolf, Kutscher, Lovelace, and Hale, Thomas, Springfield, 1983.

Urology and Psychosocial Aspects of Chronic, Critical, and Terminal Illnesses, eds., Lattimer, DeSantis, Roberts, Kutscher, Hale, and Patterson, Thomas, Springfield, 1983.

Hospice U.S.A., eds., Kutscher, Klagsbrun, Torpie, Debellis, Hale and Tallmer, Columbia University Press, New York, 1983.

The Life-Threatened Elderly, eds., Tallmer, Prichard, Kutscher, DeBellis, Hale and Goldberg, Columbia University Press, New York, 1984.

Geriatrics and Thanatology, eds., Pritchard, Tallmer, Kuttscher, DeBellis, Hale, Praeger, New York, 1984.

Hale, Mahlon S., Methods for Teaching Consultation-Liaison Psychiatry, Karger, Basel, 1991.

**BOOK REVIEWS**

Pain:  Behavioral Treatment of Chronic Pain, by William Fordyce, in Psychosomatics, 1978.

"Computer Technology for the Untutored," review of Computer Applications in Psychiatry, by Jonathan Lieff in Comprehensive Psychiatry, 7: 124-5, June, 1988.

**COURSES**

Lecturer, "The Role of the Hospital Psychiatrist in the Treatment of Grief," Course PM-16, "Principles of Thanatology," Center for Continuing Education of the College of Physicians and Surgeons of Columbia University, January 30, 1982.

Instructor - Faculty Development Course - SREPCIM - Providence, RI, June 13-17, 1983.

9

404

CONFIDENTIAL
AZSER12777529

Mahlon S. Hale, M.D.

Lecturer, "The Role of the Hospital Psychiatrist in the Treatment of Grief," Course PM-16, "Principles of Thanatology," Center for Continuing Education of the College of Physicians and Surgeons of Columbia University, January 30, 1985.

Course Director and Lecturer, "Somatoform Disorders," Hilton Head Conference, "Update in Psychiatry, 1986," Hilton Head SC, April 8, 1986.

## RESEARCH EXPERIENCE

Double-blind, Placebo-controlled Study Evaluating the Efficacy and Safety of Ziprasidone and Haloperidol in the Acute Exacerbation of Schizophrenia and Schizoaffective Disorder. Principal Investigator. Sponsor: Pfizer Pharmaceuticals, Inc.

Open Extension Study Evaluating the Safety and Outcome of Ziprasidone and Risperidone in the Treatment of Schizophrenia and Schizoaffective Disorder. Principal Investigator. Sponsor: Pfizer Pharmaceuticals, Inc.

Open-label, Randomized Study Evaluating the Safety and Efficacy of Ziprasidone and Risperidone in the Maintenance Treatment of Outpatients with Schizophrenia and Schizoaffective Disorder. Principal Investigator. Sponsor: Pfizer Pharmaceuticals, Inc.

Double-blind, Placebo-controlled Study of Aripiprazole in the Treatment of Psychosis. Principal Investigator. Sponsor: Otsuka Pharmaceuticals, Inc.

Open-label, Follow-on Study of the Long-term Safety of Aripiprazole in Patients with Psychosis. Principal Investigator. Sponsor: Otsuka Pharmaceuticals, Inc.

Double-blind, Placebo-controlled Evaluation of the Safety and Efficacy of Lamictal (lamotrigine) in the Treatment of an Acute Manic Episode. Principal Investigator. Sponsor: Glaxo Wellcome, Inc.

Double-Blind, Placebo-Controlled Study of Sertraline in the Treatment of Elderly Outpatients with Major Depression. Principal Investigator. Sponsor: Pfizer Pharmaceuticals, Inc.

Double-Blind, Placebo-Controlled Study Evaluating the Safety and Outcome of Treatment with Oral Ziprasidone in Subjects with Mania Receiving Lithium. Principal Investigator. Sponsor: Pfizer Pharmaceuticals, Inc.

An Open-label Extension Study Evaluating the Safety and Outcome of 40-160 mg daily of Oral Ziprasidone in the Treatment of Subjects Who Have Participated in a Previous Ziprasidone Clinical Trial. Principal Investigator. Sponsor: Pfizer Pharmaceuticals, Inc.

10

405

CONFIDENTIAL
AZSER12777530

BEST COPY AVAILABLE

Mahlon S. Hale, M.D.

Multicenter, Randomized, Open-label, Outpatient, Parallel-group Study Switching Patients from
Antipsychotic Monotherapy to Aripiprazole Monotherapy. Principal Investigator. Sponsor: Otsuka
America Pharmaceuticals, Inc.

An Open-label Extension Study Evaluating the Safety and Outcome of 5-30 mg daily of Oral
Aripiprazole in the Treatment of Subjects Who Have Participated in a Previous Aripiprazole Clinical
Trial. Principal Investigator. Sponsor: Otsuka America Pharmaceuticals, Inc.

A Multicenter, Open-label, Long-term, Safety and Efficacy Study of M100907 Tablets Once Daily in
Subjects with Schizophrenia or other Psychotic Disorders. Principal Investigator. Sponsor: Hoechst
Marion Roussel, Inc.

A Double-blind, Randomized, Multicenter, Parallel Group Design Study to Evaluate the Efficacy and
Safety of Two Dose Ranges of EMD 128 130 in Comparison with Placebo and Haloperidol in the
Treatment of Schizophrenia. Principal Investigator. Sponsor: Merck Pharmaceuticals, Inc.

A Double-blind, Randomized, Placebo-controlled, Fixed-dose Study of Oral OPC-14523 and Prozac in
the Treatment of Outpatients with Moderate Depression. Principal Investigator. Sponsor: Otsuka
America Pharmaceuticals, Inc.

A 12 Week, Double-blind, Fixed Dose Comparison of 20 and 40 mg Daily of Paroxetine and Placebo in
Patients Suffering from Posttraumatic Stress Disorder (PTSD). Principal Investigator. Sponsor:
SmithKline Beecham Pharmaceuticals, Inc.

Long-term Open-label Treatment with R-Fluoxetine for the Evaluation of Safety. Principal Investigator.
Sponsor: Eli Lilly & Company.

The Combination of Olanzapine and Fluoxetine in Treatment Resistant Depression without Psychotic
Features. Principal Investigator. Sponsor: Eli Lilly & Company.

R-Fluoxetine Versus Placebo in the Treatment of Generalized Anxiety Disorder. Principal Investigator.
Sponsor: Eli Lilly & Company.

A Double-Blind, Three-Armed, Fixed-Dose, Placebo-Controlled Dose Finding Study with Sublingual
ORG 5222 in Subjects with Acute Phase Schizophrenia. Principal Investigator. Sponsor: Organon Inc.

Long-Term Maintenance of Subjects with Schizophrenia with ORG 5222. Principal Investigator.
Sponsor: Organon, Inc.

A Double-Blind, Placebo-Controlled Dose-Finding Study Evaluating the Safety and Efficacy of MKC-
242 1.5, 6 and 24 mg/day in the Treatment of Major Depressive Disorder. Principal Investigator.
Sponsor: Mitsubishi Chemical America, Inc.

11

CONFIDENTIAL
AZSER12777531

BEST COPY AVAILABLE

Mahlon S. Hale, M.D.

Safety and Efficacy of Long-Term Administration of MKC-242 in the Treatment of Major Depressive Disorder: A 4 Month Double-Blind Extension to Study MKC-242/A01. Principal Investigator. Sponsor: Mitsubishi Chemical America, Inc.

Safety of Open-Label Standard Antidepressant Therapy in the Treatment of Major Depressive Disorder: A 1-Month Follow-up after Termination of Study MKC-242/A01. Principal Investigator. Sponsor: Mitsubishi Chemical America, Inc.

A Multicenter, Randomized, Double-Blind Safety and Tolerability Study of Flexible Doses of Aripiprazole and Olanzapine in the Treatment of Patients with Acute Schizophrenia. Principal Investigator. Sponsor: Bristol-Myers Squibb, Inc.

A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Two Fixed Doses of Aripiprazole in the Treatment of Hospitalized Patients with Acute Mania. Principal Investigator. Sponsor: Bristol-Myers Squibb, Inc.

A Multicenter, Open-Label Long Term Study of the Safety, Tolerability and Efficacy of Aripiprazole in the Maintenance Treatment of Patients with Bipolar Disorder. Principal Investigator. Sponsor: Bristol-Myers Squibb, Inc.

Reboxetine, Placebo, and Paroxetine Comparison in Patients with Major Depressive Disorder. Principal Investigator. Sponsor: Pharmacia & Upjohn Pharmaceuticals, Inc.

A Double-blind, Placebo-controlled, Fixed-Dosage Study Comparing the Efficacy and Tolerability of ParoxetineCR and Citalopram to Placebo in the Treatment of Major Depressive Disorder with Anxiety. Principal Investigator. Sponsor: SmithKline Beecham, Inc.

A Controlled Trial of Olanzapine versus Quetiapine in the Treatment of Schizophrenic and Schizoaffective Subjects with Prominent Negative Symptoms. Principal Investigator. Sponsor: Eli Lilly & Company.

A Placebo-Controlled 12-Week Study of the Safety and Efficacy of Two Doses of Topiramate vs. Placebo for the Treatment of Acute Manic or Mixed Episodes in Subjects with Bipolar I Disorder with an Optional Open-Label Extension. Principal Investigator. Sponsor: R.W. Johnson Pharmaceutical Research Institute.

A Phase II, Randomized, Double-Blind, Placebo-Controlled, Dose-Ranging Study of Fixed Doses of Oral OPC-14523 and Prozac in the Treatment of Outpatients with Moderate Depression. Principal Investigator. Sponsor: Otsuka Maryland Research Institute.

Clinical Antipsychotic Trials of Intervention Effectiveness (CATIE). Principal Investigator. Sponsor: NIMH.

12

CONFIDENTIAL
AZSER12777532

BEST COPY AVAILABLE

Mahlon S. Hale, M.D.

A Comparison of Fasting Triglyceride Levels in Cohorts with Schizophrenia and Related Disorders Treated Chronically with Olanzapine, Risperidone, and Typical Antipsychotics. Principal Investigator. Sponsor: Eli Lilly & Company.

Olanzapine versus Risperidone in the Treatment of Bipolar I Disorder, Manic or Mixed. Principal Investigator. Sponsor: Eli Lilly & Company.

An Open-Label Follow-on Study of the Long-term Safety of Aripiprazole Administered Orally in Patients with Psychotic Disorders or Psychotic Behaviors of Dementia. Principal Investigator. Sponsor: Otsuka Maryland Research Institute

A Controlled Trial of Olanzapine Versus Ziprasidone in the Treatment of Schizophrenic and Schizoaffective Subjects with Comorbid Depression. Principal Investigator. Sponsor: Eli Lilly & Company.

A Multicenter, Double-Blind, Double-Dummy, Placebo-Controlled, Randomized, Parallel Group Evaluation of the Efficacy and Safety of a Fixed-Dose of Talnetant Versus Placebo Versus Risperidone in Subjects with Schizophrenia. Principal Investigator. Sponsor: GlaxoSmithKline.

A Study to Evaluate the Efficacy, Safety and Maintenance Effect of Risperidone Augmentation of SSRI Monotherapy in Young and Older Adult Patients with Unipolar Treatment Resistant Depression. Principal Investigator. Sponsor: Janssen.

Topiramate Versus Placebo as Add-On Treatment is Subjects with Bipolar Disorder in the Outpatient Setting. Principal Investigator. Sponsor: Ortho-McNeil.

A Double-Blind, Multicenter, Placebo-Controlled, Acute and Extension Study of 2 Doses of MK-0869 in the Treatment of Patients with Major Depressive Disorder. Principal Investigator. Sponsor: Merck.

A Double-Blind, Multicenter, Placebo-Controlled Study of a Flexible Dose of DVS-233 SR in Adult Outpatients with Major Depressive Disorder. Principal Investigator. Sponsor: Wyeth.

A 10-Month Open-Label Evaluation of the Long-Term Safety of DVS-233 SR in Outpatients with Major Depressive Disorder. Principal Investigator. Sponsor: Wyeth.

A Multicenter, Open-Label, Flexible-Dose, Parallel Group Evaluation of the Cataractogenic Potential of Quetiapine Fumarate (Seroquel) and Risperidone (Risperdal) in the Long-Term Treatment of Patients with Schizophrenia or Schizoaffective Disorder. Principal Investigator. Sponsor: AstraZeneca.

13

CONFIDENTIAL
AZSER12777533

BEST COPY AVAILABLE

Mahlon S. Hale, M.D.

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient, Safety and Efficacy Study of TAK-375 in Elderly Subjects with Chronic Insomnia
Sponsor: Takeda

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient, Safety and Efficacy Study of TAK-375 In Adults with Chronic Insomnia
Sponsor: Takeda

A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, 8-Week Safety and Efficacy Study of Eszopiclone 3 mg Compared to Placebo in Subjects with Insomnia Related to Major Depressive Disorder.
Sponsor: Sepracor

A Multi-Center, Randomized, Parallel-Group, Double-Blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400mg to 800mg Daily in Divided Doses) to Placebo when Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients
Sponsor: AstraZeneca

A Double-Blind, Randomized, Placebo-Controlled Study of VPI-013 in Outpatients with Major Depression
Sponsor: Vela Pharmaceuticals, Inc.

Duloxetine Versus Escitalopram and Placebo in the Treatment of Patients with Major Depression
Sponsor: Eli Lilly and Company

14

CONFIDENTIAL
AZSER12777534

BEST COPY AVAILABLE

CURRICULUM VITAE        **MARK B HAMNER, M.D.**        D1447C00127: _0028_

**FULL NAME:**        **Mark Benjamin Hamner, M.D.**

**OFFICE ADDRESS:**        Ralph H. Johnson Department of Veterans Affairs Medical Center
109 Bee Street
(MH 116)
Charleston, SC  29401

**HOME ADDRESS:**        REDACTED

**OFFICE TELEPHONE:**        (843) 577–5011, ext. 7799, or ext. 7147(Research Office)
Fax: (843) 577-4577
E-mail: MARK.HAMNER_B@CHARLESTON.VA.GOV
E-mail: hamnermb@musc.edu

**HOME TELEPHONE:**        REDACTED

**PERSONAL DATA:**        Date of Birth:        September 18, 1955
Place of Birth:        Texas City, Texas
Marital Status:        Wife REDACTED
Children:        REDACTED

**EDUCATION:**

1974–78        North Carolina State University, Raleigh, North Carolina
August 1974 - May 1978, B.S.

1978–82        University of North Carolina School of Medicine, Chapel Hill, North Carolina
August 1978 - May 1982, M.D.

**POSTDOCTORAL TRAINING:**

1982–86        General psychiatry residency, Department of Psychiatry, University of North Carolina School
of Medicine and the North Carolina Memorial Hospital, Chapel Hill, N.C.  July 1982 - June
1986

**CERTIFICATION AND LICENSURE:**

1982        Federal Licensing Examination
1985        North Carolina Board of Medical Examiners (No. 29476)
1986        Georgia Board of Medical Examiners (No. 28564)

Last revised 8/30/2001

CONFIDENTIAL
AZSER12777535

Mark Benjamin Hamner, M.D.                                    Curriculum Vitae
                                                             Page 2

**1988**    **American Board of Psychiatry and Neurology (No. 30262)**
1991        State Board of Medical Examiners of South Carolina (No. 15240)
**1997**    **American Board of Psychiatry and Neurology Added Qualifications in Geriatric**
            **Psychiatry**

## FACULTY APPOINTMENTS:

1999-       **Associate Professor**
            **Department of Psychiatry and Behavioral Sciences**
            Attending, Psychiatry Consult/Liaison Service
            Medical University of South Carolina
            Charleston, South Carolina 29401

1990–98     Assistant Professor
            Department of Psychiatry and Behavioral Sciences
            Attending, Psychiatry Consult/Liaison Service
            Medical University of South Carolina
            Charleston, South Carolina 29401

1986–90     Assistant Professor
            Department of Psychiatry and Health Behavior
            Medical College of Georgia
            Augusta, Georgia 30912-7300

## HOSPITAL APPOINTMENTS:

1995–       **Director, PTSD Clinical Treatment Team**
            **Director, VA Psychiatry Clinical Research Section**
            Ralph H. Johnson VA Medical Center
            109 Bee Street (MH 116)
            Charleston, South Carolina 29401

1989–90     Chief, Psychiatry Consult-Liaison Section
            Veterans Administration Medical Center
            2460 Wrightsboro Road, 116A
            Augusta, Georgia 30910

1986–90     Staff Psychiatrist and Associate Director
            5C Medical-Psychiatric Unit
            Veterans Administration Medical Center
            2460 Wrightsboro Road, 116A
            Augusta, Georgia 30910

1982–86     Psychiatry Resident
            University of North Carolina
            School of Medicine
            Chapel Hill, North Carolina

411

CONFIDENTIAL
AZSER12777536

BEST COPY AVAILABLE

Mark Benjamin Hamner, M.D.

Curriculum Vitae
Page 3

## ADMINISTRATIVE APPOINTMENTS:

1994–95    Acting Chief, Psychiatry Service
Department of Veterans Affairs Medical Center
Charleston, South Carolina 29401

## HONORS AND AWARDS:

1974–78    North Carolina Fellows Program
1975    Engineering Honors Program, NCSU
1975    Tau Beta Pi Honor Society
1976    Student Research Fellowship, Savannah River Laboratories, Aiken, SC, Summer.
1977–79    Student Research Fellowship, Center for Disease Control, Atlanta, GA, Summers.
1978    Graduation with high honors, North Carolina State University.
1976    Phi Kappa Phi Honor Society
1985–86    Senior Resident, Outpatient Department, Department of Psychiatry, UNC School of
Medicine.
1990    Mentor, Dean's Student Research Fellowship, Medical College of Georgia
1990    Performance Award, VAMC, Augusta, Georgia
1993–94    Golden Apple Award, The Department of Psychiatry and Behavioral Sciences, MUSC,
Faculty Circle of Excellence Award for Excellence in Teaching, Academic Year.

## PROFESSIONAL SOCIETY MEMBERSHIPS:

1986–    American Psychiatric Association
1991–    South Carolina Psychiatric Association
1988–    International Society for Traumatic Stress Studies
1993–    International Society of Psychoneuroendocrinology
1994–    Anxiety Disorders Association of America
1994–    South Carolina Medical Association
1991–    South Carolina Alliance for the Mentally Ill
1995–    National Association of VA Physicians and Dentists
1995–    American Society of Clinical Psychopharmacology
1995–    American Association for the Advancement of Science
1998-    American Association for Geriatric Psychiatry

412

CONFIDENTIAL
AZSER12777537

BEST COPY AVAILABLE

Mark Benjamin Hamner, M.D.                                              Curriculum Vitae
                                                                              Page 4

## JOURNALS REFEREED:

Journal of Traumatic Stress
Psychosomatics
Family Practice Recertification
Journal of Clinical Psychopharmacology
Depression and Anxiety
American Journal of Psychiatry
Schizophrenia Research
Journal of Child Psychiatry and Psychology
Journal of Nervous and Mental Disease
Biological Psychiatry
Neuropsychopharmacology
CNS Spectrums
Medical Care (American Public Health Association)

## GRANT AWARDS, CONTRACTS, AND OTHER FUNDING AND RESEARCH PROJECTS:
(grant award as PI only)

1.  Principal Investigator: Endogenous opioid system in post-traumatic stress disorder.  Biomedical
    Research Support Grant, Medical College of Georgia 1987.

2.  Co-Investigator: Randomized double-blind comparison of venlafaxine, amitriptyline and placebo
    capsules in inpatients with major depression and long-term extension of a double-blind comparison
    of venlafaxine, amitriptyline, and placebo capsules in patients with major depression, International
    Clinical Research Corporation for Wyeth, 1988.

3.  Co-Investigator:  Randomized, double-blind comparison of venlafaxine, trazodone, and placebo
    capsules in outpatients with major depression, International Clinical Research Corporation for Wyeth,
    1988.

4.  Co-Investigator:  Treatment use of anafranil in obsessive compulsive disorder.  Protocol 67, Ciba-
    Geigy, 1988-1989.

5.  Principal Investigator:  Effects of yohimbine on anxiety symptoms and plasma catecholamines in
    post-traumatic stress disorder. MCG Research Institute Grant, completed, 1989.

6.  Faculty Sponsor:  Entrekin J.  Acute stress, chronic stress, and learned helplessness:  Towards an
    animal model of PTSD.  Dean's Student Research Fellowship, completed, 1990.

7.  Principal Investigator:  Multicenter, placebo-controlled, double-blind safety and efficacy evaluation
    of ICI 204,636 in hospitalized patients with acute exacerbation of chronic or subchronic
    schizophrenia. ICI Pharmaceuticals Group, completed, 1991.

8.  Co-Investigator:  Multicenter trial to evaluate the efficacy and safety of sertraline in the treatment of
    major depression. Pfizer, 1992.

413

CONFIDENTIAL
AZSER12777538

BEST COPY AVAILABLE

Mark Benjamin Hamner, M.D.                                    Curriculum Vitae
                                                                 Page 5

9.  Principal Investigator:  A placebo-controlled double-blind parallel group efficacy, safety, and
    tolerability trial of brofaromine in patients with post traumatic stress disorder. Ciba-Geigy,
    completed 1993.

10. Principal Investigator:  The efficacy and tolerability of sertindole in schizophrenic patients: A pilot
    double-blind, placebo-controlled, dose-ranging study (Protocol 645). Abbott Laboratories, completed
    1992.

11. Principal Investigator:  Sertindole treatment of schizophrenic patients:  An open label safety study
    (Protocol 695).  Abbott Laboratories, 1992.

12. Principal Investigator:  A double-blind, placebo-controlled study of the safety and efficacy of
    sertindole in schizophrenic patients (Protocol 762). Abbott Laboratories, 1992–1993, completed
    1993.

13. Principal Investigator:  An open-label assessment of the long-term safety of sertindole in the
    treatment of schizophrenic patients (Protocol 795). Abbott Laboratories, 1992–1994.

14. Principal Investigator:  Plasma dopamine beta-hydroxylase activity in PTSD:  A pilot study.  Not
    funded.

15. Co-Investigator:  Safety surveillance study for wellbutrin sustained release.  Burroughs Wellcome,
    1992.

16. Principal Investigator:  A multicenter, double-blind, placebo-controlled, multiple fixed dose and dose
    regimen comparison of seroquel (ICI 204,636) and haloperidol in the treatment of hospitalized
    subjects with acute exacerbation of chronic or subchronic schizophrenia. Zeneca Pharmaceuticals,
    1993–1994.

17. Principal Investigator:  A multicenter, double-blind, randomized, controlled, multiple fixed-dose and
    dose regimen comparison of seroquel (ICI 204,636) and haloperidol in the prevention of psychotic
    relapse in outpatients with chronic or subchronic schizophrenia. Zeneca Pharmaceuticals, 1993–
    1994.

18. Co-Investigator:  Safety and efficacy of depakote in the prevention of mania in patients with bipolar
    disorder. Abbott Laboratories, 1993–1994.

19. Principal Investigator:  A double-blind, placebo-controlled, haldol-referenced study of the safety and
    efficacy of two doses of sertindole in schizophrenic patients. Abbott Laboratories, 1994–1995.

20. Principal Investigator:  A multicenter, double-blind, randomized, comparison of ICI 204,636
    (Seroquel) and Chlorpromazine in the treatment of hospitalized subjects with treatment-resistant
    schizophrenia. Zeneca Laboratories, 1994–1995.

21. Principal Investigator:  Double-blind comparison of Sertraline and Placebo in outpatients with Post-
    traumatic Stress Disorder.  Pfizer Laboratories, 1995–1996.

CONFIDENTIAL
AZSER12777539

BEST COPY AVAILABLE

Mark Benjamin Hamner, M.D.                                    Curriculum Vitae
                                                              Page 6

22. Principal Investigator: A dose ranging study of the efficacy and tolerability of OPC–14597 in acutely relapsing hospitalized schizophrenic patients. Otsuka Laboratories, 1995–1996.

23. Principal Investigator: Safety and efficacy of risperidone 8 mg qd and 4 mg qd compared to placebo in the treatment of schizophrenia. Janssen Pharmaceutical, 1995–1996.

24. Principal Investigator: An open-label assessment of the long-term safety of sertindole. Abbott Laboratories, 1995–

25. Principal Investigator: A comparison of risperidone and haloperidol for prevention of relapse in subjects with schizophrenia and schizoaffective disorders. Janssen Research Foundation, 1996–

26. Principal Investigator: A randomized, double-blind comparison of risperidone and placebo for psychotic features associated with PTSD (**investigator-initiated**). Janssen Research Foundation, 1996–

27. Co-investigator (with Dr. Mark George, PI): Volumetric and functional MRI scanning in schizophrenia patients before and after treatment of risperidone. Janssen Research Foundation, 1996–

28. Principal Investigator:   A multicenter, open, randomized comparison of ICI204,636 (Seroquel) and usual care on health outcomes in subjects with schizophrenia and schizoaffective disorder.  Zeneca Pharmaceuticals, 1996–

29. Principal Investigator:  A three month open-label study of OPC 14597 in schizophrenia.  Otsuka Pharmaceuticals, 1996–

30. Principal Investigator:  A phase III double-blind, placebo-controlled trial of aripiprazole in the treatment of psychosis with risperidone as active control.  Otsuka Pharmaceutical, 1997–

31. Principal Investigator (**investigator-initiated**): Olanzapine treatment of psychotic features associated with posttraumatic stress disorder (PTSD). Eli Lilly and Company 1997–

32. Principal Investigator: A multicenter, placebo, and active control, double-blind randomized study of the efficacy and safety of M100907 (10 and 20 mg/day) in schizophrenic and schizoaffective patients. Hoechst Marion Roussel, Inc., 1998.

33. Principal Investigator (**investigator initiated**):  A randomized, controlled trial of divalproex sodium (Depakote) in PTSD. Abbott Laboratories, 1997–

34. Principal Investigator:  Risperidone versus olanzapine in the treatment of schizophrenia in elderly subjects. Janssen Pharmaceutical. 1997

35. Principal Investigator:  Olanzapine added to mood stabilizers in the treatment of bipolar disorder.  Eli Lilly and Company, 1997.

36. Principal Investigator (**peer-reviewed**): Functional Imaging of the Anterior Cingulate Cortex During Procaine Challenge in PTSD Patients. Department of Veterans Affairs Merit Review Proposal. Approved for funding, initiated 10/98.

CONFIDENTIAL
AZSER12777540

BEST COPY AVAILABLE

Mark Benjamin Hamner, M.D.                                     Curriculum Vitae
                                                                   Page 7

37. Principal Investigator: A phase III, open-label, treatment-switching study from orally administered antipsychotic monotherapy to orally administered aripiprazole monotherapy in the treatments of chronic schizophrenic and schizoaffective patients. Otsuka America Pharmaceutical, Inc., 1998-

38. *Principal Investigator: An open-label comparison of the neurocognitive effects of aripiprazole to olanzapine administered orally in patients with stable psychosis. Otsuka America Pharmaceuticals, Inc., 1998-*

39. Principal Investigator: A prospective, randomized, *double-blind, placebo-and-active controlled,* multicenter study to evaluate the efficacy and safety of three fixed doses of Iloperidone (4, 8, and 12 mg/day) given bid for 42 days   to schizophrenic patients with acute or subacute exacerbation, followed by a double-blind, active-controlled, flexible-dose, 6-month, long-term phase with Iloperidone (4, 8, 12, or 16 mg/d) given qd. *Norvartis Pharmaceuticals Corporation, 1998-99.*

40. Principal investigator **(investigator-initiated)** : An open-label assessment of quetiapine in the treatment of PTSD. Zeneca Pharmaceuticals, 1999-

41. Principal investigator: Risperidone depot (microspheres) vs. placebo in the treatment of subjects with schizophrenia or schizoaffective disorder. Janssen Pharmaceutical Products, L.P., 1999-

42. Co-Investigator (with Dr. B. Christopher Frueh, PI): POW health service utilization and perceptions about services. Naval Aerospace Medical Research Laboratory, 1999-

43. Co-Investigator (with Dr. K. Magruder): Prevalence and  recognition of PTSD in primary care Department of Veterans Affairs HSR & D, 2000-

44. Principal Investigator: A multicenter, randomized, double-blind, placebo controlled study of two fixed doses of aripiprazole in *the treatment of patients with acute mania.* Bristol-Myers Squibb Pharmaceutical Research Institute, 1999-

45. Principal Investigator: A multicenter, randomized, double-blind, placebo controlled study of aripiprazole in the maintenance treatment of patients *with bipolar disorder.* Bristol-Myers Squibb Pharmaceutical Research Institute, 1999-

46. Co-mentor (with Drs Mark George and George Arana): Jeff Lorberbaum, M.D. : VA Special Fellowship in Psychiatric Neuroscience (7/00 – 6/02) Title:  Functional MRI in patients with PTSD and non-ill controls

47. Co-investigator (Jeff Lorberbaum PI):  An fMRI study of healthy mothers hearing infant cries, NIH RO1: OD-99-006 (7/02- 6/03)

48. Principal Investigator: A multicenter, randomized, double-blind study of flexible doses of aripiprazole versus perphenazine in the treatment of patients with treatment-resistant schizophrenia. Bristol-Myers Squibb 2000-

49. Principal Investigator at Charleston: Safety and efficacy of depakote as combination therapy in the treatment of *psychosis associated with schizophrenia.* Abbott Laboratories 2000-

CONFIDENTIAL
AZSER12777541

BEST COPY AVAILABLE

Mark Benjamin Hamner, M.D.                                      Curriculum Vitae
                                                                    Page 8

50. Principal Investigator (at Charleston VA site with Dr. J. Lieberman as National PI at the University of
    North Carolina School of Medicine) : Clinical Antipsychotic Trials in Invention Effectiveness,
    Schizophrenia, National Institute of Mental Health (NIMH) 2000-

51. Principal Investigator: A Double-blind, Randomized, Placebo-Controlled 3-Month Clinical Trial of
    Venlafaxine ER and Sertraline in the Treatment of Posttraumatic Stress Disorder.  Wyeth-Ayerst
    Pharmaceuticals 2001-

52. Principal Investigator: Randomized, Double-Blind, Dose-Ranging Study of Intramuscular
    Aripiprazole in the Treatment of Acute Agitation in Patients with a Diagnosis of Schizophrenia,
    Schizoaffective, or  Schizophreniform Disorder. Bristol- Myers Squibb 2001-2002

53. Principal Investigator:  Open-Label Trial Exploring a Switching Regimen from Oral Neuroleptics,
    Other than Risperidone, to Risperidone Microspheres.  Johnson & Johnson Pharmaceutical Research
    & Development 2002

54. Principal Investigator:  An Open-Label, Long Term Trial of Risperidone Microspheres in the
    Traetment of Subjects Diagnosed with Schizophrenia.  Johnson & Johnson Pharmaceutical Research
    & Development 2002

55. Co- Investigator (with Dr Frueh as PI): Telepsychiatry Service Delivery to Trauma Victims.  Agency
    for Healthcare Research and Quality 2002-

56. Principal Investigator: A Randomized, Placebo-Controlled Trial of Quetiapine Monotherapy in the
    Treatment of PTSD. **(investigator-initiated)**  AstraZeneca LP 2002-

57. Principal Investigator: An Open Label Assessment of Escitalopram in the Treatment of PTSD.
    **(investigator-initiated)** Forest Laboratories, Inc. 2002-

58. Principal Investigator: An Open Label Trial of Adjunctive Aripiprazole in PTSD. **(investigator-
    initiated)** Bristol Myers Squibb 2002-

59. Co-investigator (with Dr Santos as PI): Schizophrenia liability genes among African-Americans.
    NIMH project no. 1R01MH66004-01, 2002-2007


**CLINICAL TEACHING ACTIVITIES:**


2002-      PTSD and schizophrenia clinical research elective (current resident Dr. Melanie Hatzis)

2001-      Group leader for Doctor – Patient Relationship course for third year medical students

2001-      Individual supervision for psychodynamic psychotherapy, current resident: Dr Terica Young

2002-      Mentor for PTSD Clinic Chief Resident Dr Terica Young

CONFIDENTIAL
AZSER12777542

BEST COPY AVAILABLE

Mark Benjamin Hamner, M.D.                                                Curriculum Vitae
                                                                                Page 9

2000-2001  Mentor for PTSD Chief Resident Peter Brodrick M.D.

2000-      Co-mentor for Jeffrey Lorberbaum M.D.  Department of Veterans Afairs Neuroscience
           Fellowship with Drs Mark George and George Arana

1999-      Co-mentor for VA-MUSC Fellowship in PTSD with Dr Mark George

1999-      Faculty for VA Primary Care Mini-residency in Psychiatry: Lecture topics include PTSD,

1996~      Seminars on post-traumatic stress disorder and novel antipsychotics for PG-2 psychiatry
           residents on rotation at the VA.

1993~      Mock oral board exams for MUSC and UNC-Chapel Hill, NC Psychiatry residents.

1992       Chairperson for a New Research paper session at the 1992 APA Annual Meeting.

1991~95    Teaching rounds with residents and students on the MUSC consult service one day a week

1991~93    PG-2 psychiatry resident symposium one hour/week.

1991~      Resident supervision meetings weekly or biweekly.

1991~      Third year medical student Thursday lecture series: one lecture per rotation on PTSD.

1991~      Introduction to Psychological and Psychiatric Aspects of Medicine small group seminar. Co-
           Leader:  1-2 hours weekly during the fall semester (every other year).

1991~      Introduction to Interviewing for first year medical students: average 2 small group
           sessions/year.

1991       Chairperson for paper session "Aspects of Substance Abuse," American Psychiatric
           Association (APA) Annual Meeting, New Orleans, Louisiana.

1990~95    Daily clinical team rounds/supervision with MUSC medical students and residents on the
           VAMC inpatient Psychiatry Service.

1989~90    Phase I (first year) MCG Medical Student Lectures: Biopsychosocial model overview and
           clinical applications presented to first year medical students (4 hours).

1989~90    Faculty Interviewer for the School of Medicine Admissions Committee.

1989~90    Departmental coordinator for the Georgia Division of Mental Health Mental Retardation and
           Substance Abuse, Annual Medical Conference.

1989       Phase II (second year) MCG Medical Student Lectures: Psychopharmacology of
           antidepressants, antianxiety agents and mood-stabilizing agents (8 hours).

CONFIDENTIAL
AZSER12777543

BEST COPY AVAILABLE

Mark Benjamin Hamner, M.D.

Curriculum Vitae
Page 10

1988–90     Advanced psychopharmacology and biological psychiatry seminar series for MCG psychiatry
            residents (14 lectures): Topics included pharmacology and biology of depression and biology
            of anxiety.

1988–89     Lectures in biological psychiatry for Eisenhower Army Medical Center, Psychiatry residents
            (2-3 lectures).

1987–90     Introduction to Psychotherapy Seminar for first year MCG psychiatry residents.
            Responsibilities include supervision and lectures for the first cycle (10 lectures) and course
            coordinator for the second cycle.

1987–90     Mock Oral Board Exams for MCG, Eisenhower, and USC-Columbia Psychiatry Resident.

1987–88     Departmental representative for community presentations by the Depression Prevention
            Foundation, Augusta, Georgia

1986–90     Attending psychiatrist on the Augusta, GA VAMC-5C-Medical Psychiatric Unit: Teaching
            responsibilities included treatment team meetings, clinical rounds with trainees, new patient
            diagnostic conferences, and lectures for junior medical students on the service, and psychiatry
            resident and junior medical student supervision/evaluation.

1986–90     Intermittent attending coverage on the Augusta, GA VAMC Consultation-Liaison Service:
            Teaching responsibilities included supervision and evaluation of psychiatry residents.

1986–90     Periodic clinical case conferences for the Augusta, GA VAMC Psychiatry Service

1986–90     Individual supervision for Medical College of Georgia (MCG) psychiatry residents.

1986–90     Introduction to Psychopharmacology Seminar for first year MCG psychiatry residents (6
            seminars) with topics including antidepressants and mood-stabilizing agents.

## COMMITTEES:

2002-       Member, Search Committee for VA ACOS for Research and Development

2001-       Member, Medical University of South Carolina Institutional Review Board

1999-       Ad hoc reviewer, Office of External Reviews, Merit Review Program, Department of
            Veterans Affairs

1998-       VAMC Research and Development Committee, appointed 9/98 for 3 year term

1998-       Invited member, Expert Consensus Guidelines, PTSD Psychopharmacology

1997-       Member, Department of Psychiatry Grand Rounds Committee, Medical University of South

1995–97     Member, VA Quality Leadership team.

CONFIDENTIAL
AZSER12777544

BEST COPY AVAILABLE

Mark Benjamin Hamner, M.D.                                        Curriculum Vitae
                                                                      Page 11

1995–97     Co-Leader, VA Patient Care Strategic Planning Subcommittee.

1996–97     Member, VA Research Strategic Planning Subcommittee.

1995–96     Member, VA Pharmacy and Therapeutics Committee.

1994–95     Member, Health Sciences Research and Delivery (HSR&D) Development Steering
            Committee.

1994–95     Member, Ralph H. Johnson VA Medical Center Strategic Planning Task Force.

1994–95     Member, Ralph H. Johnson VA Medical Center Clinical Executive Board, Medical
            University of South Carolina (MUSC).

1994–95     Member, Dean's Committee, Ralph H. Johnson VA Medical Center.

1994–95     Member, Department of Psychiatry, MUSC, Advisory Committee.

1993–       Member, Resident Research committee, Medical University of South Carolina.

1992–95     Member, Charleston VAMC Research and Development Committee.  Appointed 1/92 for 3
            year term

1991–95     Co-Chairperson, Suicide and Assaultive Behavior Committee, Charleston VAMC

1991–       Chairperson, Clozapine Treatment Team, Charleston VAMC

1989–90     Resident Education Committee, Department of Psychiatry, MCG, (Alternating with Resident
            Selection

1989        Departmental Promotions and Tenure Committee, Department of Psychiatry, MCG.

1988–89     Resident Selection Committee, Department of Psychiatry, MCG.

1988–91     Medical Student Phase III Curriculum Committee, Medical College of Georgia (MCG).


**RESEARCH INTERESTS:**

Psychopharmacology of PTSD and Schizophrenia
Novel Antipsychotic Drugs
Neurobiology of PTSD
Regional Brain Mapping in PTSD
Endocrine Effects of Novel Antipsychotic Drugs
Psychotic Features in PTSD.


**CLINICAL INTERESTS:**

420

CONFIDENTIAL
AZSER12777545

BEST COPY AVAILABLE

Mark Benjamin Hamner, M.D.                                    Curriculum Vitae
                                                                   Page 12


PTSD
Schizophrenia
Other anxiety and mood disorders
Psychopharmacology
Geriatric psychiatry
Consultation psychiatry


## MEDIA: SELECTED COMMUNITY PRESENTATIONS:


1.  Interviewed for Charleston, SC Post and Courier article on POW's in Operation Desert Storm, 1991.
2.  Interviewed for "Hometown Radio" at the 1992 and 1993 APA Annual Meeting regarding research in
    PTSD
3.  Interviewed for Charleston, SC Post and Courier article on "Holiday Depression" Tuesday, December
    21, 1993
4.  Interviewed on Channel 5 News "Talk Back on Schizophrenia," 1994.
5.  Interviewed for article on Posttraumatic stress disorder in veterans for the Charleston Post and
    Courier, 7-6-95
6.  Interviewed for news story on Posttraumatic Stress Disorder by Charleston, SC Channel 2 News
    Wed, 7-5-95
7.  Interviewed by Channel 5 News regarding new treatments for schizophrenia, October, 1997.
8.  Interviewed for Post and Courier article on PTSD, March 8, 1998.
9.  Interviewed for PTSD article in the Myrtle Beach Sun News, August, 1998.
10. Lecture on the role of physicians: St. James Presbyterian Church November 12, 2000
11. Participation in the St. James Presbyterian Health Fair, April 14, 2001
12. Lecture on PTSD for Charleston area National Alliance for the Mentally Ill (NAMI), Feb 10, 2003


## BIBLIOGRAPHY:


### Publications:

1.  Ramsey RB, **Hamner MB**, Alving EM, Finlayson JS, Alving CR, Evatt B: Effects of Lipid A and
    liposomes containing lipid A on platelet and fibrinogen production in rabbits. *Blood* 1980;
    56:307-310.

2.  **Hamner MB**, Hitri A: Plasma beta-endorphin levels in post traumatic stress disorder: A preliminary
    report on response to exercise-induced stress. *Journal of Neuropsychiatry and Clinical
    Neurosciences* 1992;4:59-63.

3.  **Hamner MB**: Obsessive-compulsive symptoms associated with acute intermittent porphyria.
    *Psychosomatics* 1992;33:329-331.

CONFIDENTIAL
AZSER12777546

BEST COPY AVAILABLE

Mark Benjamin Hamner, M.D.                                           Curriculum Vitae
                                                                         Page 13

4.  **Hamner MB**, Diamond BI: Elevated plasma dopamine in PTSD: A preliminary report. *Biol Psychiatry* 1993;33:304–306.

5.  **Hamner MB**: PTSD and cocaine abuse (letter). *Hospital and Community Psychiatry*, 1993;44:591 592.

6.  **Hamner MB**: Exacerbation of post-traumatic stress disorder symptoms with medical illness. *General Hospital Psychiatry* 1994;16:135–137.

7.  **Hamner MB**, Diamond BI, Hitri A: Plasma Norepinephrine and MHPG Responses to Exercise Stress in PTSD. In *Catecholamine Function in PTSD, Emerging Concepts*, Ed. M. Murburg, APA Press, 1994, pp 221–232.

8.  Fossey MD, **Hamner MB**: Clonazepam associated sexual dysfunction in male veterans with PTSD. *Anxiety* 1995;1:233–236.

9.  Goldstein JM, Borison R, Arvanitis L, **Hamner MB**: Seroquel: A putative atypical antipsychotic drug with serotonin- and dopamine-receptor antagonist properties: Preclinical and early clinical trials in schizophrenia. *Journal of Clinical Psychiatry* 1995;56:438-445.

10. Baker DG, Diamond BI, Gillette, G, **Hamner MB**, Katzelnick D, Keller T, Mellman TA, Pontius E, Rosenthal M, Tucker, P, Vander Kolk BA, Katz R, Lott M: A Double-Blind, Randomized, Placebo-Controlled, Multicenter Study of Brofaromine in the Treatment of Post-Traumatic Stress Disorder. *Psychopharmacology* 1996;122:386–389.

11. **Hamner MB**, Arvanitis LA, Miller BG, Link GG, Hong WW: Plasma prolactin in schizophrenic patients treated with ICI 204,636. *Psychopharmacology Bulletin* 1996; 32(1): 107–110.

12. **Hamner MB**: Clozapine treatment for a veteran with comorbid psychotic symptoms and PTSD. *American Journal of Psychiatry* 1996; 153:841.

13. **Hamner MB**, Huber M: Discontinuation of antidepressant medication prior to ECT. *Convulsive Therapy* 1996; 12(2): 125–126.

14. **Hamner MB**, Huber M, Gardner VT: Patient with progressive dementia and choreoathetoid movements treated with buspirone. *Journal of Clinical Psychopharmacology* 1996; 16(3): 261–262.

15. **Hamner MB**, Diamond BL: Plasma dopamine and norepinephrine correlations with psychomotor retardation, anxiety, and depression in non-psychotic depressed patients: A pilot study. *Psychiatry Research* 1996; 64:209–211.

16. Sertindole Study Group: A randomized, controlled, dose-ranging trial of sertindole in patients with schizophrenia. *Psychopharmacology* 1996;124:168–175.

17. Seroquel Study Group: ICI 204,636, an atypical antipsychotic: Efficacy and safety in a multicenter, placebo-controlled trial in patients with schizophrenia. *Journal of Clinical Psychopharmacology* 1996; 16(2): 158–169.

CONFIDENTIAL
AZSER12777547

BEST COPY AVAILABLE

Mark Benjamin Hamner, M.D.

Curriculum Vitae
Page 14

18. Seroquel Trial 13 Study Group: Multiple fixed doses of "seroquel" (quetiapine) in patients with acute exacerbation of schizophrenia: A comparison with haloperidol and placebo. *Biol Psychiatry* 1997; 42:233-246.

19. **Hamner MB**: Psychotic features and combat-associated PTSD. *Depression and Anxiety* 1997:5:34-38.

20. **Hamner MB**, Ulmer H, Horne D: Buspirone potentiation of antidepressants in the treatment of PTSD. *Depression and Anxiety* 1997; 5:137-139.

21. **Hamner MB**, Gold P: Plasma dopamine beta-hydroxylase activity in psychotic and non-psychotic post-traumatic stress disorder. *Psychiatry Research* 1998; 77(3): 175-181.

22. **Hamner MB**: The new generation antipsychotics: Review and guidelines for primary care physicians. *Family Practice Recertification* 1998; 20(9): 39-56.

23. **Hamner MB**: Recurrent psychotic depression associated with GM-2 gangliosidosis. *Psychosomatics* 1998; 39(5): 446-448.

24. **Hamner MB**, Frueh BC: Response to venlafaxine in an antidepressant refractory patient with PTSD. *International Clinical Psychopharmacology* 1998; 13(5): 233-234.

25. **Hamner MB**, Arana GW: Hyperprolactinemia in antipsychotic-treated patients: Guidelines for avoidance and management. *CNS Drugs* 1998; 10(3): 209-222.

26. **Hamner MB**, Hunt N, Gee J, Garrell R, Monroe R: Posttraumatic stress disorder and automatic implantable cardioverter defibrillators. *Psychosomatics* 1998; 40(1): 82-85.

27. **Hamner MB**, Lorberbaum JP, George MS: The potential role of the anterior cingulate cortex in PTSD: Review and hypothesis. *Depression and Anxiety* 1998; 9:1-14.

28. **Hamner MB**, Frueh CB, Ulmer HG, Arana GW: Psychotic features and illness severity in combat veterans with chronic posttraumatic stress disorder. *Biological Psychiatry* 1999; 45:846-852.

29. **Hamner MB**, Ulmer HG, Horne DF, George MS, Arana GW: Procaine administration and behavioral responsivity in PTSD: A pilot study of tolerability. *Human Psychopharmacology* 1999; 14:105-111.

30. **Hamner MB**, Arana GW: Beta-adrenergic blockers. In *Encyclopedia of Stress Volume 1*. Academic Press 2000, pp. 312-321.

31. **Hamner MB**, Frueh BC, Ulmer HG, Huber MG, Twomey TJ, Tyson C, Arana GW. Psychotic Features in Chronic PTSD and Schizophrenia: Comparative Severity. *Journal of Nervous and Mental Disease.* 2000; 188, 217-221.

32. Frueh BC, Cahill SP, Hamlin KL, Gold PB, **Hamner MB**: Apparent symptom overreporting in combat veterans evaluated for PTSD. *Clinical Psychology Review.* 2000; 20:853-885.

423

CONFIDENTIAL
AZSER12777548

BEST COPY AVAILABLE

Mark Benjamin Hamner, M.D.                                              Curriculum Vitae
                                                                              Page 15

33. Frueh BC, Gold PB, Dammeyer M, Pellegrin KL, **Hamner MB**, Cahill SP, Arana GW.
Differentiation of self-reported PTSD and depression in combat veterans. *Depression and Anxiety*,
2000; 11, 175-179.

34. Elhai BC, Frueh BC, Gold PB, Gold SN, **Hamner MB**. Clinical presentations of posttraumatic stress
disorder across trauma populations: A comparison of MMPI-2 profiles of combat veterans and adult
survivors of child sexual abuse. *Journal of Nervous and Mental Disease*, 2000; 188, 708-713.

36. Frueh BC, **Hamner MB**, Bernat JB, Arana GW, Turner SM, Keane TM: Racial differences and
psychotic symptoms among combat veterans with PTSD. *Depression and Anxiety* (2002) 16(4):157-
161.

37. **Hamner MB**, Lorberbaum JP, George MS. The Limbic System. In *The Encyclopedia of Psychology
and Neuroscience*, W. Edward Craighead and Charles Nemeroff (Editors), John Wiley & Sons, Inc.
2001, pp. 884-887.

38. **Hamner MB**, Brodrick PS, Labbate LA. Gabapentin in PTSD: A retrospective, clinical series of
adjunctive Therapy. *Annals of Clinical Psychiatry* 2001 13(3): 141-146

39. Csernansky JG, Mahmoud R, Brenner R; The Risperidone-USA-79 **Study Group**. *New England
Journal of Medicine* 2002 346 (1): 16-22.

40. Lorberbaum JP, Newman JD, Horwitz AR, Dubno JR, Lydiard RB, **Hamner MB**, Bohning DE,
George MS: A potential role for thalamocingulate circuitry in human maternal behavior. *Biological
Psychiatry* 2002 51 (6): 431-435

41. **Hamner MB**, Labbate LA: Psychopharmacology of Posttraumatic Stress Disorder.
*International Drug Therapy Newsletter* 37 (5):33-39, 2002

42. Horner MD, **Hamner MB**: Neurocognitive functioning in posttraumatic stress disorder.
*Neuropsychology Review* 2002 12(1): 15-30

43. **Hamner MB**, Deitsch SA, Ulmer HA, Brodrick PS , Lorberbaum JP: Quetiapine treatment in patients
with post traumatic stress disorder: An open trial of adjunctive therapy. *Journal of Clinical
Psychopharmacology* 2003 23(1): 15-20.

44. **Hamner MB**: The effects of atypical antipsychotics on plasma prolactin levels. *Annals of Clinical
Psychiatry,* 2002 14(3): 163-173

45. Frueh BC, Pellegran KL, Elhai JD, **Hamner MB**, Gold PB, Magruder KM, Arana GW: Patient
satisfaction among combat veterans receiving specialty PTSD treatment. *Journal of Psychiatric
Practice,* 2002 8(5), 326-332

46. **Hamner MB**, Faldowski RA, Ulmer HG, Frueh BC, Huber MG, Arana GW: Adjunctive risperidone
treatment in PTSD: A preliminary controlled trial of effects on comorbid psychotic symptoms.
*International Clinical Psychopharmacology* 2003 18(1): 1-8.

CONFIDENTIAL
AZSER12777549

BEST COPY AVAILABLE

Mark Benjamin Hamner, M.D.                          Curriculum Vitae
                                                         Page 16

47. Frueh, BC; Elhai JD; **Hamner MB**: PTSD (Combat). In M Herson and SM Turner (eds) Diagnostic Interviewing (3rd Edition). New York, NY: Kluver Academic/ Plenum Publishers,  In press

48. Elhai, J.D., Frueh, B.C, Gold P.B., **Hamner, M.B.**, Gold, S.N.:  Posttraumatic stress, depression, and dissociation as predictors of MMP:I-2 scale 8 scores in combat veterans with PTSD. *Journal of Trauma and Dissociation*  4(1) 51-64, 2003

49. Frueh BC, Sauvegeot JA, Elhai JD, Gold PB, **Hamner MB**, Arana GW: Service utilization and satisfaction among elderly former prisoners of war in South Carolina. *Military Medicine* (in press)

50. Elhai JD, Frueh BC, Davis JL, Jacobs GA, **Hamner MB**: Clinical presentations in combat veterans diagnosed with posttraumatic stress disorder. *Journal of Clinical Psychology* (2003) 59, 385-397.


## MANUSCRIPTS SUBMITTED FOR PUBLICATION OR IN PREPARATION:

1. Cahill S, Frueh BC, Thomas S, **Hamner MB**: Psychopharmacology of PTSD: A critical review of randomized controlled trials.

2. **Hamner MB**: Compliance and tolerability in patients treated with antipsychotics - in preparation.

3. Elhai JD, Frueh BC, **Hamner MB**, Gold PB: Posttraumatic stress, depression, and dissociation as predictors of psychiatric symptoms in combat veterans with PTSD. Submitted for publication.

4. Nahas Z, McConnell K, Collins S, Molloy M, Christie S, Horner M, **Hamner M**, Arana G, Risch SC, George MS: Non-invasive direct brain stimulation suggests that the lateral prefrontal cortex modulates the negative symptoms of schizophrenia. Submitted for publication

5. **Hamner MB**,  Elhai JD, George MS et al: Anterior cingulate function in PTSD - in preparation

425

CONFIDENTIAL
AZSER12777550

BEST COPY AVAILABLE

**LINDA S. HARPER, M.D.**
**CNS HEALTHCARE OF ORLANDO**
June 10, 2003

D1447C00127:0029
50771L/127

CNS HEALTHCARE

*L. Harper md*
*6-11-03*

| | |
|---|---|
| **Birth** | June 18, 1943 |
| **Affiliation** | Investigator<br>Clinical Neuroscience Solutions, Inc.<br>77 W. Underwood Street, Third Floor, Orlando, FL 32806<br>2/00-Present |
| **Education** | Valencia Community College, Orlando, Florida; Associate of the Arts, 1967-1972<br>University of Central Florida, Orlando, Florida; Bachelor of Arts, Psychology, 1972-1976 and Bachelor of Science, Biology, 1972-1976<br>Cebu Doctors' College of Medicine, Cebu, Philippines; Doctor of Medicine, 1982 |
| **Professional Training** | Intern and Resident, Medical College of Georgia, Augusta, Georgia, Department of Psychiatry; 1982-1984<br>Intern, Memorial Medical Center, Savannah, Georgia, Department of Internal Medicine; 1984-1985<br>Resident, Medical College of Georgia, Augusta, Georgia, Department of Psychiatry; 1985-1986<br>Resident, University of South Florida College of Medicine, Tampa, Florida, Department of Psychiatry, Geriatric Fellowship and Fourth Year Psychiatry; 1986-1987 |
| **License/ Accreditation** | Florida License Number: 47298<br>Board Eligible American Board pf Psychiatry and Neurology |
| **Population Experience** | *Children and Adolescents:* Sixteen years clinical psychiatric experience, both, inpatient and outpatient; diagnoses included attention-deficit & disruptive behavior disorders, mood disorders, substance abuse/dependence disorders, eating disorders, and anxiety disorders<br>*Adults:* Sixteen years clinical psychiatric experience, both inpatient and outpatient; diagnoses included depressive disorders, substance abuse/dependence disorders, psychotic disorders, bipolar disorders, anxiety disorders, sleep disorders and personality disorders.<br>*Geriatrics:* Sixteen years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Alzheimer's disease, dementias, sleep disorders, depressive disorders, anxiety disorders, bipolar disorders and personality disorders |
| **Clinical Skills** | CPR, ECG interpretation, phlebotomy, physical examinations, and lab interpretations |

CNS Healthcare Orlando • Third Floor • 77 Underwood Street • Orlando, FL 32806
Tel: 407-425-5100 • Fax: 407-425-3009
www.cnshealthcare.com/orlando

Page 1 of 2
CNS Healthcare of Orlando
Curriculum Vitae
©2001 Clinical Neuroscience Solutions, Inc.

426

CONFIDENTIAL
AZSER12777551

BEST COPY AVAILABLE

**LINDA S. HARPER, M.D.**
**CNS HEALTHCARE OF ORLANDO**
June 13, 2003



| | |
|---|---|
| **Research Experience** | Medical Monitor for Clinical Trials Program, Charter Behavioral Health System, Kissimmee, Florida, 1998-1999 |
| | Research Experience Listed on Separate Page (Available Upon Request) |
| **Ratings Experience** | *Diagnostic Evaluations:* SCID, K-SADS |
| | *Scales:* AIMS, Barnes, Global Assessment Scale, CGI, Hachinski Scale, Hamilton Depression Scale, MMSE, Simpson-Angus Scale, and the Y-BOCS |
| **Hospital Appointments** | Private Practice, Orlando, Florida; 4/2000-Present |
| | Active Status, Orlando Regional Medical Center, St. Cloud, Florida; 9/2002-Present |
| | Consultant, Orlando Regional Medical Center, St. Cloud, Florida; 1988-2002 |
| | Consultant, Orlando Regional Medical Center, Longwood, Florida; 1988-Present |
| | Consultant, Orlando Regional Medical Center, Orlando, Florida; 1988-Present |
| | Consultant, Florida Hospital, Kissimmee, Florida; 1989-2000 |
| | Consultant, Florida Hospital, Orlando, Florida; 1995-2001 |
| | Medical Director, Charter Behavioral Health System, Kissimmee, Florida; 1998-1999 |
| | Program Director, Charter Behavioral Health System, Kissimmee, Florida; 1987-1999 |
| | Staff Psychiatrist, Charter Behavioral Health System, Kissimmee, Florida; 1987-1999 |
| | Staff Psychiatrist (Outpatient), Osceola Mental Health, Kissimmee, Florida; 1988-1993 |
| | Staff Psychiatrist (Inpatient), Osceola Evaluation and Treatment Center, Kissimmee, Florida; 1988-1999 |
| | Director of Addictions Unit, Florida Hospital, Orlando, Florida; 1987-1988 |
| **Professional Organizations** | Florida Psychiatric Association |
| | American Psychiatric Association |
| | Orange County Medical Society |
| | Florida Medical Society |
| **Version Date** | June 10, 2003 |

CNS Healthcare Orlando • Third Floor • 77 Underwood Street • Orlando, FL 32806
Tel: 407-425-5100 • Fax: 407-425-3009
www.cnshealthcare.com/orlando

Page 2 of 2
CNS Healthcare of Orlando
Curriculum Vitae
©2001 Clinical Neuroscience Solutions, Inc.

427

CONFIDENTIAL
AZSER12777552

BEST COPY AVAILABLE

DEPARTMENT OF HEALTH
DIVISION OF MEDICAL QUALITY ASSURANCE

| DATE | LICENSE NO. | CONTROL NO. |
|------|-------------|-------------|
| 01/25/2002 | ME 47298 | 89871 |

THE MEDICAL DOCTOR
NAMED BELOW HAS MET ALL REQUIREMENTS OF
THE LAWS AND RULES OF THE STATE OF FLORIDA.
EXPIRATION DATE: JANUARY 31, 2004

LINDA S HARPER

RE
DA
CT
ED

JEB BUSH
GOVERNOR

DISPLAY IF REQUIRED BY LAW

YOUR LICENSE NUMBER IS ME 47298.   PLEASE USE IT IN ALL CORRESPONDENCE WITH YOUR BOARD/COUNCIL. EACH LICENSEE IS SOLELY RESPONSIBLE FOR NOTIFYING THE DEPARTMENT IN WRITING OF THE LICENSEE'S CURRENT MAILING ADDRESS. USE THIS SECTION TO REPORT NAME AND/OR MAILING ADDRESS CHANGE.

NAME CHANGES REQUIRE LEGAL DOCUMENTATION SHOWING THE NAME CHANGE. PLEASE MAKE SURE THAT A PHOTOCOPY OF ONE OF THE FOLLOWING ACCOMPANIES THIS FORM: A MARRIAGE LICENSE (MARRIAGE LICENSE MUST INDICATE THE ORIGINAL SIGNATURE AND SEAL FROM THE CLERK OF THE COURT), A DIVORCE DECREE INDICATING RESTORATION OF YOUR MAIDEN NAME, OR A COURT ORDER (E.G., ADOPTION, NAME CHANGE, OR FEDERAL IDENTITY CHANGE), ANY ONE OF THESE WILL BE ACCEPTED UNLESS THE DEPARTMENT HAS A QUESTION ABOUT THE AUTHENTICITY OF THE DOCUMENT. A DRIVER'S LICENSE OR SOCIAL SECURITY CARD IS NOT CONSIDERED LEGAL DOCUMENTATION.

TO REQUEST A DUPLICATE LICENSE SUBMIT THIS FORM AND A CHECK, PAYABLE TO THE DEPARTMENT OF HEALTH, IN THE AMOUNT OF $25.00.

☐ REQUEST DUPLICATE LICENSE

DEPARTMENT OF HEALTH
DIVISION OF MEDICAL QUALITY ASSURANCE
LICENSURE SERVICES
4052 BALD CYPRESS WAY, BIN #C-10
TALLAHASSEE, FLORIDA 32399-3260

SIGNATURE REQUIRED

☐ MAIL ADDRESS CHANGE

☑ NAME CHANGE (ATTACH LEGAL DOCUMENTATION)

FROM: LAST        FIRST        MIDDLE

STATE OF FLORIDA
DEPARTMENT OF HEALTH
DIVISION OF MEDICAL QUALITY ASSURANCE

| DATE | LICENSE NO. | CONTROL? |
|------|-------------|----------|
| 01/25/2002 | ME 47298 | 89871 |

THE MEDICAL DOCTOR
NAMED BELOW HAS MET ALL REQUIREMENTS OF
THE LAWS AND RULES OF THE STATE OF FLORIDA.
EXPIRATION DATE: JANUARY 31, 2004

LINDA S HARPER

AT LEAST 90 DAYS PRIOR TO THE EXPIRATION DATE SHOWN ON THIS LICENSE, A NOTICE OF RENEWAL WILL BE SENT TO YOUR LAST KNOWN ADDRESS. IF YOU HAVE NOT RECEIVED YOUR NOTICE 60 DAYS PRIOR TO THE EXPIRATION DATE, PLEASE CALL (850) 410-3359.

JOHN O. AGWUNOBI, M.D., M.B.A.
SECRETARY

EXPIRATION DATE: JANUARY 31, 2004

LICENSEE SIGNATURE

428

CONFIDENTIAL
AZSER12777553

BEST COPY AVAILABLE

D1447C00127:0030
50771L/127

# Barbara A. Harris, Ph.D.

## CURRICULUM VITAE

### Education

**Ph.D. in Psychology,** 1993, University of Arizona and LaSalle University.

**Master of Arts in Management: Organizational Behavior and Human Relations,** 1989, University of Phoenix.

**Bachelor of Arts in Counseling Psychology,** 1967, University of Minnesota.

### Awards

- Magna cum laude
- Phi Beta Kappa
- Strathmore Who's Who Registry of Business Leaders
- Letter of commendation from Vice President Gore
- Mayor's Award for Civic Leadership in Tucson
- Steering Committee for Tucson First
- Chair, Spotlight on Tucson
- Outstanding contributions awards at University of Arizona and Health Partners
- Outstanding achievement plaques from American Society for Training and Development
- Tucson Speaker's Bureau
- Society for Human Resource Management outstanding achievement plaque

### Rating Scale Certification:

| | | | |
|---|---|---|---|
| MMPI | FAQ | CIBIS-C | Barnes Akathisia |
| ADAS | Blessed DR (O & I) | BEHAVE | SAS |
| SIB | CARE | RUD | BPRS |
| IADL | PSMS | Cornell SDD | Y-MRS |
| MMSE | PDRS | NPI | MDRS |
| CGI | Benton Visual | SADS-C | ESRS |
| SCID & MINI | BIMC | AIMS | BGP |
| Hamilton Depression Scale | FAST | PANSS | Beck Depresssion |
| GDS | Hachinski Ischemic | DAD | |

### Professional Experience

**PsyPharma Clinical Research, Inc., Principal Investigator, President**
4045 E. Union Hills, #122, Phoenix, AZ 85050

1

CONFIDENTIAL
AZSER12777554

BEST COPY AVAILABLE

2003    Evaluation of the Hypnotic properties of zolpidem – MR 12.5 mg and zolpidem 10 mg marketed
product compared to placebo in patients with **primary insomnia**. A double-blind, randomized,
placebo-controlled, three way cross-over study.

2003    A double-blind, multicenter study evaluating the efficacy and safety of one fixed dose of
SR58611A (700 mg/day) versus placebo and paroxetine (20 mg/day) in patients with a recurrent
major **depressive** episode.

2003    A Phase III, Randomized, Double-Blind, Placebo-Controlled, PSG plus Outpatient Study to
Determine the Safety and Efficacy of TAK-375 in Adults with Chronic **Insomnia**.

2003    A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient, Safety and Efficacy
Study of TAK-375 in Adults with Chronic **Insomnia**

2003    A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of
Memantine in Patients with Mild to Moderate Dementia of the **Alzheimer's** Type, with a Long-
Term, Open Label Extension Study.

2003    A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient, Safety and Efficacy
Study of TAK-375 in Elderly Subjects with Chronic **Insomnia**

2003    A Phase III, Open-Label, Fixed Dose Study to Determine the Safety of Long Term Administration
of TAK-375 in Subjects with Chronic **Insomnia**

2002    Comparison of efficacy and safety of zolpidem-MR 12.5 mg and placebo in patients with **primary
insomnia**. A double-blind, randomized, placebo-controlled, parallel-group study.

2002    Sanofi-Synthelabo EFC4530: Comparison of efficacy and safety of zolpidem-MR 6.25 mg and
placebo in elderly patients with **primary insomnia**. A double-blind, randomized, placebo-
controlled, parallel-group study.

2002    Forest Labs: A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and
Efficacy of Memantine in Patients with Mild to Moderate Dementia of the **Alzheimer's** Type

2002    A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of
Memantine in Patients with Moderate to Severe Dementia of the **Alzheimer's** Type

2002    A Long-Term Extension Evaluating the Safety and Tolerability of Four Memantine Dosing
Regimens in Patients with Moderate to Severe Dementia of the **Alzheimer's** Type

2001    AstraZeneca 5077US/0043: A Multicenter, Double-blind, Randomized Comparison of the Efficacy
and Safety of Quetiapine Fumarate (SEROQUEL) and Risperidone (RISPERDAL) in the
Treatment of Patients with **Schizophrenia**

2000    Bristol-Myers Squibb: A Multi-center, randomized, double-blind, placebo controlled study of three
fixed doses of XXX in the treatment of institutionalized patients with **psychosis** associated with
**Dementia** of the Alzheimer's type

2000    Bristol-Myers Squibb: A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of
XXX in the Maintenance Treatment of Patients with **Bipolar** Disorder

2000    Pharmacia and Upjohn: Reboxetine, placebo, and paroxetine comparison in patients with Major
**Depressive** Disorder

2000    Pharmacia and Upjohn:   Open label Reboxetine Continuation Therapy, Major **Depressive**
Disorder

2

CONFIDENTIAL
AZSER12777555

BEST COPY AVAILABLE

2000   SmithKline Beecham 29060/689:  A double-blind, placebo controlled, 3-arm fixed dose study of paroxetine CR continuous treatment (12.5 mg and 25 mg/day) for **Premenstrual Dysphoric Disorder.**

2000   Janssen Research Foundation: The Efficacy and Safety of Flexible Dosage Ranges of Risperidone vs Placebo in the Treatment of Manic Episodes Associated with **Bipolar I** Disorder

2000   Janssen Research Foundation:  A 9-week open label multicenter safety study of flexible dosage ranges of risperidone in the treatment of manic episodes associated with **Bipolar I** Disorder

## Chief Operating Officer, Principal Investigator, Phoenix Research Centers, Inc. (3/99 –3/00)

Therapeutic areas of Sub-Investigation:  Cardiovascular, CNS, GI, Psychiatry, OB/GYN, Pain.

Managed daily operations and ensured performance of staff. Developed marketing and contracted for new studies, negotiations and budgets.   Developed new affiliations with Investigators, including neurology, memory, headache, pain, migraine, gastroenterology, orthopedics, arthritis.

### Sponsored Research:

1999   Aura Laboratories, Inc.: A Comparative Study of Lovastatin XL with MEVACOR in Patients with Hypercholesterolemia

1999   Parke-Davis: "A Multicenter Six Week Randomized Open-Label Parallel Arm Study Comparing the Efficacy of Once Daily Atorvastatin to Simvastatin in Hypercholesterolemic Patients" (Challenge)

1999   COR Therapeutics: "A Randomized, Double-Blind, Placebo-Controlled Dose Ranging Study Of A 14-Day course of CT50352 in Patients With Vascular Disease"

1999   **Pfizer: A Phase III, Randomized, Placebo-Controlled Study Evaluating the Safety and Outcome of Treatment with Oral Ziprasidone in Subjects with Mania who are Receiving Lithium**

1999   **Pfizer:  An Open Extension Study Evaluating the Safety and Outcome of 40 – 160 mg daily of Oral Ziprasidone in the Treatment of Subjects Who Have Participated in Protocol 602**

1999   Parke-Davis/Pfizer:  The Effect of LDL-Cholesterol Lowering Beyond Currently Recommended Minimum Targets On Coronary Heart Disease (CHD) Recurrence in Patients With Pre-Existing CHD

1999   SmithKline Beecham:  A Randomized, Double-Blind, Positive And Placebo-controlled Multicenter, Dose-ranging Study To Assess The Efficacy, Tolerability And Safety Of XXXXX In Patients With Stable NYHA Class II-III Congestive Heart Failure

1999   SmithKline Beecham:  Blockade of the GP IIB/IIIA Receptor to Avoid Vascular Occlusion (BRAVO)

1999   Parke-Davis:  A 6-Month, Double-Blind, Placebo-Controlled, Multicenter Study of Troglitazone (CI-991) in Patients with Type 2 Diabetes and Congestive Heart Failure

2000   Knoll:  A Double-Blind, Placebo-controlled, Randomized Clinical trial of Slow Release Propafenone (Rythmol®-SR) in the Prevention of Symptomatic Recurrences of Atrial Fibrillation.

1999   **NeoTherapeutics: A Multicenter, Randomized, Double-Blind, Placebo Controlled Study to Evaluate XXX in Patients with Probable Alzheimer's Disease of Mild to moderate Severity (90 day treatment period plus 60 day follow up)**

1999   COR Therapeutics: A randomized, double-blind, placebo controlled dose ranging study a 7-day course of XXX course in patients with atherosclerotic cardiovascular, peripheral vascular and/or cerebrovascular disease.

1999   AstraZeneca: A 24-Week randomized multicenter trial to evaluate the efficacy and safety of ZD4522 and Niaspan, alone and in combination, in the treatment of subjects with type IIb and IV hyperlipidemia.

3

CONFIDENTIAL
AZSER12777556

BEST COPY AVAILABLE

1999    AstraZeneca: A 6-week randomized, double-blind multicenter trial to evaluate the efficacy and
        safety of +ZD4522 (5, 10, 20, 40, and 80 mg) and atorvastatin (10, 20, 40, and 80 mg) across their
        respective dose ranges in the treatment of subjects with hypercholesteremia.
1999    Amgen: A multicenter, randomized, blinded, placebo controlled study to describe long-term safety
        of daily subcutaneous injections of anakinra (r-metHuIL-1ra) in patients with Rheumatoid arthritis.
1999    Searle: Clinical protocol for a multicenter, double-blind, parallel group study comparing the effects
        on renal function and the incidence of gastroduodenal ulcer associated with valdecoxib 20 mg and
        40 mg bid with that of naproxen 500 mg bid in patients with osteoarthritis or rheumatoid arthritis,
        IND #52,153
2000    **Eli Lilly: A double-blind, placebo controlled comparison of the efficacy and safety of short
        acting intramuscular olanzipine, short acting intramuscular lorazepam and intramuscular
        placebo in treating agitation in patients with dementia of the Alzheimer's type, vascular
        dementia and mixed dementia. (Principal Investigator)**

## Vice President and COO, MEDICI RESEARCH, (4/98 – 3/99)

*Multi-site clinical research, position reporting to CEO and Board of Directors*

Therapeutic areas of Sub-Investigation: CNS, Psychiatry

Managed daily operations and ensured performance of staff of 28 at two sites. Developed marketing and
contracted for new studies, negotiations and budgets (**$2.6 million in 1998, $8.4 million in 1999**);
strategic and operational planning; developed new structures for 50% higher efficiency; financial tracking
and budgets; personnel policies, training, orientation, team support and management; space and facility
planning; quality assurance/auditing planning and implementation; study compliance and progress to
100% enrollment; developed and set SOPs and policies; assured monitor satisfaction; supervised
regulatory administration; directed operation of investigators. Investigation includes *CNS, Alzheimer's
Disease, Parkinson's Disease, Depression, Osteoarthritis and Rheumatoid Arthritis, Diabetes,
Hypertension, Pain, Phases 2-4.*

### Sponsored Research:

1998    Abbott Laboratories:  The Evaluation of the Safety and Efficacy of Tiagabene HCl Extended
        Release for the Treatment of Generalized, Symmetrical, Painful Diabetic Polyneuropathy, Post-
        Herpetic Neuralgia or Low-Back Pain with Evidence of Radiculopathy

1998    Abbott Laboratories:  A Double-Blind, Placebo Controlled Study of Depakote in the Treatment of
        Signs and Symptoms of Mania in Elderly Patients with Dementia (with Open label extension)

1998    Boehringer Ingelheim Pharmaceuticals:  A Two-Week, Double Blind, Placebo-Controlled Trial of
        the Effects of Flibanserin 20, 50, and 100 m.g. bid on Cognitive Tests in Depressed Geriatric
        Patients

1998    Eli Lilly:  Olanzipine versus Risperidone in the Treatment of Psychosis and Associated Behavioral
        Disturbances in Patients with Dementia

1998    Merck & Co.:  A Double-Blind, Multicenter, Parallel, Long-Term Study of MK-0869 Versus
        Fluoxetine Hydrochloride in the Treatment of Outpatients with Major Depressive Disorder

1998    Merck & Co.:  A Two Part, Double-Blind, Randomized, Multicenter, Parallel group, 52-week to
        Assess the Safety and Tolerability, and to Further Define the Clinically Effective Dose Range of
        MK-0966 in Patients with Rheumatoid Arthritis

1998    Merck & Co.:  The Safety and Efficacy of MK-0966 for the Prevention of Alzheimer's Disease in
        Patients at Risk

1998    Merz & Co.:  Efficacy and Long-Term Tolerability of Memantine in Patients with Moderately
        Severe to Severe Alzheimer's Disease

4

CONFIDENTIAL
AZSER12777557

1998   Neurobiological Technologies, Inc.:  A Phase II Randomized, Placebo-Controlled Dose Ranging Trial of NEU 3004 in Diabetic patients with Painful Peripheral Neuropathy

1998   Novartis Pharmaceuticals:  A Multi-Center, Double-Blind, Randomized, Parallel-group, Fixed Dose Study to Prospectively Evaluate the Efficacy, Safety, and Tolerability of Two Doses of SDZ DJN 608 Monotherapy Compared to Glibenclamide Monotherapy in Subjects with Type 2 Diabetes Previously Treated with Diet and Sulfonylureas

1998   Novartis Pharmaceuticals: A Prospective, Multinational, Multicenter, Double-Blind, Randomized, Active-Controlled Trial in Patients with Essential Hypertension to Compare the Effect of Valsartan 80 and 160 mg, with or without the Addition of Hydrochlorothiazide, Once Daily to that of Amlodipine 5 and 10 mg Once Daily with or without the addition of Hydrochlorothiazide, on Cardiovascular Morbidity and Mortality

1998   Protodigm:  The Long Term Efficacy, Safety and Health Care Outcomes in Patients Receiving Open label Lazabemide Therapy

1998   Roberts:  One year Open Label Study to Evaluate the Long-term Safety of Propiram in Patients with Osteoarthritis of the Knee or Hip

1998   Scherer:  A Randomized, Double-Blind, Parallel Group Study to Compare the Safety and Efficacy of Zydis Selegilene 1.25 to 2.5 mg qd with Placebo as an Adjunct in the Management of Parkinsonian Patients with Levodopa who Exhibit Deterioration in the Quality of their Response to this Therapy

1998   Searle & Co.:  Clinical Protocol for a Multicenter, Double-Blind, Parallel Group Study Comparing the Incidence of Clinically Significant Upper Gastrointestinal Adverse Events Associated with SC-58635 400 mg. Bid to that of NSAID Treatment with Either Diclofenac 75 mg. Bid, Ibuprofen 800 mg. Tid or Naproxen 500 mg. Bid in Patients with Osteoarthritis or Rheumatoid Arthritis

1998   Somerset Pharmaceuticals:  A Double-Blind, Placebo Controlled, Parallel Assessment of the Safety and Efficacy of the Selegilene Transdermal System in Subjects with Major Depressive Disorder

1998   Takeda America Research & Development Center:  A Randomized, Double-Blind, 12-Month Safety and Efficacy Study of Idebenone 240 mg. Tid and 360 mg. Tid in Patients with Probable Alzheimer's Disease

1998   Takeda America Research & Development Center:  A Randomized, Double-Blind, 12-Month Safety and Efficacy Study of Idebenone 360 mg. Tid or Placebo Added to Treatment with Donepezil HCl 10 mg. Qd in Patients with Probable Alzheimer's Disease

1998   Wyeth-Ayerst Research:  A Double-Blind, Placebo Controlled, Randomized Study of Venlafaxine Extended Release Capsules for the Treatment of Chronic Pain Associated with Post-Herpetic Neuralgia

1998   Eli Lilly & Co.:  Fluoxetine Versus Placebo in Geriatric Nursing Home Patients with Major Depression

1998   Neurobiological Technologies:  A Phase II Randomized, Placebo-Controlled Trial of NEU 3004 in Patients with Neuropathic Pain

1998   Novartis Pharmaceuticals:  A Multi-Center, Double-Blind, Randomized, Parallel-Group Study to Prospectively Evaluate the Post-Prandial Glucose Excursion, the Daytime Glucose and Insulin Profiles, Safety, and Tolerability of a Fixed Dose of SDZ DJN 608, a Force Titrated Dose of Glyburide, and Placebo in Subjects with NIDDM on Diet Alone

1998   Somerset Pharmaceuticals:  Placebo-Controlled, Double-Blind Study of the Safety, Tolerability and Efficacy of the Selegilene Transdermal System in Parkinson's Disease Patients Experiencing Sub-Optimal Responses to Levodopa/Carbidopa

5

433

CONFIDENTIAL
AZSER12777558

BEST COPY AVAILABLE

**Director of Organizational Alignment and Quality Assurance**, ARIZONA CLINICAL
RESEARCH CENTER, (5/97 to 4/98)
*A healthcare clinical research independent site investigating Phases 2-4, position reporting directly to
the CEO*

Therapeutic areas: Oncology, HIV/AIDS, Cardiovascular, Women's Health, GI

Multiple project management and quality development, including customer service. By analysis of
processes through Activity Based Costing and evaluation of management and staff processes and
competencies, designed, implemented, and evaluated new programs and structure for higher efficiencies.
Led proposals to contract with managed care organization. Developed an in-house quality assurance
program; introduced new technology to reduce inefficiencies, policy development and implementation,
process analysis and process redesign to improve productivity, training program and certification for
Clinical Research Coordinators, new infrastructures, query resolution process, procedures manual.
Directed the training function. Developed and implemented new monitor satisfaction program which
increased satisfaction by 27% in 3 months. Research in *oncology, women's health, GI, hypertension,
AIDS/HIV, and pain control.*

**Director, Healthcare Transformation,** MARSHALL-QUALTEC, (1996-1998)

*Quality management consulting organization*

- HEDIS standards and NCQA gap analysis.
- Developed cultural survey and healthcare classes in quality and cost reduction:
  **Purpose**: to understand why managing costs is important and how costs affect the financial well
  being of the organization as well as the quality of clinical outcomes.
  **Goal**: to allow all employees to proactively contribute to healthy patient outcomes <u>and</u> healthy
  financial performance in the organization, achieving a total systemic cost decrease by using tools and
  techniques to improve the process and clinical outcomes for increased quality and financial
  performance.
  - Appreciate what managed care and capitation are and why we need to understand them
  - Understand the relationship of managed care and capitation to patient care and how different cost
    and quality outcomes can occur
  - Know how these varying outcomes affect the bottom-line, and understand the need for proactive
    resource management
  - Know how resource management connects with quality
  - Learn tools and measurements to decrease costs
  - Understand cost analysis and how it is used to improve strategy and processes
  - Getting results from **stat** teams (collaboration, care teams, multi-disciplinary care conferences)
  - The link to quality and efficiency, and decreasing adverse events
  - Variance analysis, cost-benefit analysis
  - Opportunity analysis
  - Competency based staffing following downsizing.

Developed **healthcare financial assessment** and data collection protocols with results of commitment,
communication, measurement, and review, surveying profitability and health care markets (change, how
much, why, in which service areas, clinical areas affected, trends; Competition) Process management
accounting; Treatment protocol variance per physician
      **REVENUES;** Per employee, Variations (seasonal, shift, DRG), Capitation, %, revenue, PMPM,
      Reimbursement by DRG
      **COSTS;** As % salary, Per DRG, By Provider, Variations, Costs per patient days per acuity level,
      Costs for admission, discharge, medical records; Costs for diagnostic testing, Procedure activity

**Senior Human Resource Management,** HEALTH PARTNERS of SO. ARIZONA, (96 - 97)

6

434

CONFIDENTIAL
AZSER12777559

BEST COPY AVAILABLE

*Health maintenance organization managing 190,000 members with 5 outpatient offices, a "top 100" hospital in America, hospice, and home health. A senior human resource management team that provided consulting to management*

- Developed, established and facilitated cross-functional teams to erase barriers among administration, medical records, credentialling, and patient scheduling.
- Created physician STAT teams for change management; developed plan for broad-based change.
- Developed new billing procedures, which dropped provider payment times from 90 to 23 days.
- Policy evaluation, development, revision, and implementation
- Provider contracts
- Reorganized and trained physician and support staff in new model of team patient care and utilization management mentality.
- Reduced appointment scheduling wait times from 20 minutes to 1 minute, saving $450,000.
- Conflict resolution for physicians resulted in significantly higher patient loads and panels.
- Consulted with quality staffing to improve CQI.
- Developed new roles for the Care Team, utilizing the nurse as educator and leader with support from a service team.
- Developed, established and facilitated cross-functional teams to erase barriers among administration, medical records, credentialling, and patient scheduling.
- Created physician STAT teams for change management; developed plan for broad-based change.
- Reduced appointment scheduling wait times from 20 minutes to 1 minute, saving $450,000.

**Clinical Research Coordinator/Quality Assurance,** University of Arizona, (1991 – 96)

Therapeutic areas: Oncology, CNS, Psychiatry

Coordinated clinical research studies assuring protocol adherence, patient safety, rating tool reliability, and quality of data. Sub-contractor.

**CEO,** THE REENGINEERS, (1985-1998)
  *Organizational transformation consulting company*

Led, managed, and developed project plans, budgets, schedules, management development. Developed engagements, roles and responsibilities. Consulted with clients to determine and assess needs, problems, and scope of transformation concerns. Managed engagement expectations and commitments. Ensured client communication and satisfaction. Through continual market analysis, developed strategic plans. Using organizational and business process reengineering, led teams in plan to redesign creative changes in process and practice, including significant problem solving and team development for integrated delivery systems. Developed leadership, employee empowerment, and change integration. Redirected teams to implement changed processes and structures. Reputation for high innovation and problem solving. Performed Activity Based Costing and process/organizational mapping. Extraordinary results *include leadership, strategic planning, customer satisfaction* and *business results.*

**Industrial and public sector clients include:**
Kentucky Dept. of Social Services, Illinois Dept. of Education, Education Service Centers, Milwaukee School Districts, Colorado Dept. of Education, Defense Systems Management College, Pima Community College

- Analyzed management effectiveness, developed leadership program for significant improvement that resulted in 73% productivity increase.
- Developed an executive strategic program for over 2500 senior managers.
- Developed and delivered an executive educational program for productivity enhancement and performance improvement.

7

CONFIDENTIAL
AZSER12777560

BEST COPY AVAILABLE

- Facilitated process redesign with high innovation and creativity.

## Academic Positions

**Adjunct Professor,** University of Phoenix, (1995 - 1998)

Organizational Communications, Health Care Administration and Conflict Resolution, Quality Management and Productivity, Performance Systems. Critical Thinking and Decision Making, Employee Training and Development.

**Instructor,** University of Arizona (1990 - 1991)
Planned, developed, and implemented leadership programming for multicultural undergraduate students. Advised, mentored, and nurtured leadership development. Planned curriculum, taught two classes - Leadership 101 and FCR 297B, both classes with the learning objective of enhanced visible leadership characteristics, qualities, and behaviors.
**Leadership 101** - an 8-week course for students beginning to develop campus leadership; team building, group dynamics, leading groups, solving conflicts. Interdisciplinary programs to develop educational goals.
**FCR 297B** - Spring semester, 3 credits, development of leadership concepts and aptitudes.
**3rd Annual Collegiate Leadership Institute,**
Administered conference and Mistress of Ceremonies, 200 students and 21 speakers. Found sponsorship monies, developed program, chose students and speakers, directed full function. Orchestrated and produced this one day conference, with 4 primary speakers, and three sets of four breakout workshops. Received highest accolades.

## Additional Experience

**Trainer/Consultant,** Ventana Corp., (1991-93)
Trained Fortune 100 clients in application of new software technology to improve productivity and systems.

**Psychologist,** State of Minnesota, (1967-73)
Clinical psychologist. Created, designed, and implemented a program to provide continuum of care to mentally handicapped young adults for the State of Minnesota. Received the "Counselor of the Year" Award.

## Professional Associations

- Drug Information Association
- Association of Clinical Research Professionals
- Society for Human Resource Management
- American Society for Training and Development
- American Management Association
- American Psychological Association

## Presentations

| | | |
|---|---|---|
| 9/91 | University of Netherlands - Developing an international multicultural exchange program |
| 10/91 | University of Arizona - Goal setting with students |

8

436

CONFIDENTIAL
AZSER12777561

BEST COPY AVAILABLE

| | |
|---|---|
| 11/91 | University of Arizona - Resolving student problems and concerns |
| 12/91 | Bellcore - Developing an executive educational program |
| 1/92 | Defense Systems Management College - Planning a faculty/student mentoring program |
| 1/92 | American Management Services - Technological decisioning plan |
| 1/92 | SUNY-Binghamton - Developing a faculty retention plan |
| 2/92 | FAA - Action planning for educating new employees, and recruitment from educational institutions |
| 2/92 | DEC - Conflict resolution |
| 3/92 | Cornell - Student retention planning |
| 3/92 | Redstone Arsenal - Total Quality program development |
| 4/92 | Cigna Insurance - Team building and conflict resolution |
| 4/92 | DEC - Conflict resolution |
| 4/92 | University of Illinois - Set a student nurturing focus and vision |
| 4/92 | Delta Airlines - Quality program planning |
| 5/92 | Ball State - Developing a multicultural student and faculty program |
| 5/92 | Brown & Root - Reengineering |
| 5/92 | Tennessee State University - Setting a tutoring program |
| 6/92 | Warfare Analysis Laboratory, Johns Hopkins University - Planning for the Gulf War Analysis |
| 6/92 | American Airlines - Business Process Reengineering |
| 6/92 | Illinois State - Planning for technology to be integrated with faculty development |
| 7/92 | groupVision, Denmark - Business start-ups |
| 7/92 | Phillips Industries, Breda, Netherlands - Training programs |
| 7/92 | NCR, Augsburg, Germany – Setting the vision/mission |
| 8/92 | Group Solutions, London, England - Business start-ups |
| 8/92 | Redstone Arsenal - Total quality programming |
| 8/92, 9/92 | BCIT - Interdisciplinary programming |
| 9/92 | American Airlines - Business process reengineering |
| 9/92 | Smith Kline Beecham - Strategic planning |
| 9/92 | San Diego State - Using technology in decision-making |
| 9/92 | Hoechst Celanese - Business process reengineering |
| 10/92 | Cal State - Sacramento and Chico - Streamlining revision of curriculum process |
| 10/92 | Ford Motor Co., Andrulis Research - Reorganization, process mapping |
| 10/92 | Claremont Graduate School - Evaluation of graduate programming congruent with student career goals |
| 10/92 | SunHealth - Service analysis |
| 10/92 | FAA - Educational programming |
| 10/92 | University of Central Florida - Improvement of student retention |
| 10/92 | University of Arizona - Improving decision making |
| 11/92 | Indiana University - Integration of technology |
| 11/92 | Fairfax County Park Authority, Dept. of Transportation - Reorganization |
| 11/92 | Cigna Insurance - Conflict resolution |
| 12/92 | Eastern Kentucky University - Developed mentoring and tutoring program |
| 12/92 | Coopers & Lybrand - Business process reengineering |
| 3/93 | Developmental Pathways - Introduction of the developmentally disabled to public education |
| 4/93 | Human Development Institute - Expansion of services |
| 6/93 | Andrulis Research - Business process reengineering |
| 6/93 | Speaker, Southwest JAD and Facilitator's Conference, 1993 |
| 7/93 | Illinois Dept. of Education, Education Service Centers - Reorganization |
| 8/93 | Milwaukee School Districts - Student/faculty integration |
| 9/93 | RMRTI – Analyzing effectiveness of services |
| 10/93 | Colorado Dept. of Education - Expanding educational opportunities within state |
| 11/93 | Kentucky Dept. of Social Services - Reorganization to serve all clients |

9

CONFIDENTIAL
AZSER12777562

BEST COPY AVAILABLE

| | |
|---|---|
| 12/93 | Samaritan Health System - Developed marketing programs |
| 1/94 | Batelle - Integration with the state university system |
| 5/94 | Keynote Speaker: 8th Annual Visual Planners Conference, 1994 - Topic: Reengineering in education |
| 3/97 | American Society for Training and Development, Southwest Conference, Keynote Speaker |
| 6/98 | DIA, World Conference, Speaker and Moderator:  "Quality and Profit for the Long Run" |
| 11/99 | BASE Motility Speaker, "GERD" |
| 7/99 – 3/00 | American Heart Association, Operation Stroke:  Executive Committee, Chairperson |
| 11/01 | Arizona State University Health Sciences, Speaker, "Clinical Research: Past, Present, Future" |

## Publications

Adams, Barbara, "Implementing a Leadership Conference,"  University of Arizona Press, 1991.
Adams, Barbara, "Using GroupSystems to Improve Organizational Performance,"  University of Arizona Press, 1992.
Harris, Barbara, "Group Process Design in Organizational Reengineering,"  University Press, 1993.
Militelo, J., Adams, B., "Abusive Developmental Pattern Manifestation in Managerial Behavior,"  1991.

**Languages:**  German, French, Arabic

10

CONFIDENTIAL
AZSER12777563

BEST COPY AVAILABLE



# CNS Research Institute, P.C.

*"Improving the Quality of Life"*

130 White Horse Pike • Clementon, NJ 08021

## HOWARD A. HASSMAN, D. O.
## CHIEF MEDICAL OFFICER
## CURRICULUM VITAE

**OFFICE ADDRESS:**
CNS Research Institute, P.C.
130 White Horse Pike
Clementon, NJ 08021
856-566-9000
Fax: 856-566-4101

Hampton Behavioral Health Center
650 Rancocas Road
Westampton Township, NJ

**DATE OF BIRTH:**
August 11, 1956

**PLACE OF BIRTH:**
Philadelphia, PA

**LICENSURE:**
Board Certified by the American Osteopathic Board of Family Practice
Osteopathic Physician and Surgeon, State of California
Osteopathic Physician and Surgeon, State of New Jersey
Osteopathic Physician and Surgeon, State of Pennsylvania

**CURRENT STATUS:**

1998 – Present
Chief Medical Officer
CNS Research Institute, P.C.

1994 – 1998
Executive Vice-President, Corporate Development
FPA Medical Management, Inc.

1984 – 1998
Chief Medical Officer
Clinical Managed Care Research of San Diego, CA

1984 – 1993
General Practitioner
Family Practice Associates of San Diego, Inc.

**EDUCATION:**

1979 – 1983
Philadelphia College of Osteopathic Medicine, Philadelphia, Pennsylvania
Osteopathic Physician and Surgeon, D.O.

1978 – 1979
Drexel University, Philadelphia, Pennsylvania

1974 – 1978
Fairleigh Dickinson University, Madison, New Jersey
B.S.

Phone: (856) 566-9000 • Fax: (856) 566-9701 • 24 Hour Emergency: 1-800-913-1843 • email: research@cnsresearchinstitute.com

439

CONFIDENTIAL
AZSER12777564

BEST COPY AVAILABLE

# HOWARD A. HASSMAN, D.O.
Page 2 of 21

**EDUCATION (continued):**

| | |
|---|---|
| 1983 – 1984 | Rotating Internship<br>University of Medicine & Dentistry<br>John F. Kennedy Memorial Hospital<br>Stratford, Cherry Hill, and Washington Township Divisions, New Jersey |

**POST GRADUATE TRAINING:**

| | |
|---|---|
| 1982 – 1994 | University of Pennsylvania, Ongoing Clinical Research Training.<br>Instructor for five years in the Department of Psychiatry at University of Pennsylvania. Worked collaboratively with Karl Rickels, M.D.,<br>Chairman of the Department of Psychiatry and President of the Private Practice Research Group |
| 1981 – 1984 | W. George Case, M.D., Director, University of Pennsylvania<br>1240 Hours of Training in the Conduct of Clinical Research |

**HOSPITAL AND ADMINISTRATIVE APPOINTMENTS:**

| | |
|---|---|
| 2003 – 2005 | Department of Family Practice at Kennedy Memorial Hospital-University Medical Center |
| 2001 – 2002 | Hampton Behavioral Center, Westhampton NJ |
| 2001 – 2002 | Scientific Advisory Group of Organon, Inc. for The New Treatment Option for the Mature Depressed Patient, presenter of Patient Trial Program<br>The Plaza Hotel, New York, NY March 24, 2001 |
| 2001 – 2002 | Scientific Advisory Group of Organon, Inc. for The New Treatment Option for the Mature Depressed Patient, presenter of Patient Trial Program<br>New York Hilton, New York, NY March 25, 2001 |
| 2000 – 2001 | Eli Lilly and Company Advisory Board on Tomoxetine for ADD and ADHD Pediatrics, Adolescents, and Adults |
| 1999 – Present | Eli Lilly and Company Advisory Board for Pediatric, Adolescent, and Adult ADHD |
| 1999 – Present | Forest Laboratories Advisory Board for Geriatric Study |
| 1999 – 2000 | Eli Lilly and Company Advisory Board on Tomoxetine for ADD and ADHD Pediatrics, Adolescents, and Adults |
| 1998 – 2001 | JFK Memorial Hospital, University of Medicine and Dentistry, Stratford NJ |
| 1991 – 1995 | Staff Member, Hillside Hospital (Closed) |
| 1990 – 1996 | Staff Member, Mercy Hospital |
| 1984 – 1998 | Staff Member, Grossmont Hospital |
| 1984 – 1987 | Staff Member, Executive Committee, Alvarado Hospital |

440

CONFIDENTIAL
AZSER12777565

BEST COPY AVAILABLE

# HOWARD A. HASSMAN, D.O.
Page 3 of 21

**MEMBERSHIPS:**

| | |
|---|---|
| 2002 | American Psychological Association<br>Washington, DC<br>Membership #: 4631-0473 |

**AWARDS AND HONORS:**

| | |
|---|---|
| 1996 | Entrepreneur of the Year Award, Ernst & Young |
| 1996 | Outstanding Efforts in the Healthcare Community<br>The City of San Diego, Susan Golding, Mayor |
| 1995 | San Diego Press Club, Headliner |
| 1982 | American College of General Practitioners - Osteopathic Medicine and Surgery<br>Preceptor Program |
| 1980 – 1983 | Philadelphia College of Osteopathic Medicine<br>Lambda Omicron Gamma, National Medical Fraternity<br>Award for Outstanding Leadership (three-time recipient) |

**PUBLICATIONS:**

**NOVARTIS**

| | |
|---|---|
| 2002 | Clinical Expert Workshop Advisory Board for Adult ADHD Study |

**PUBLISHED BOOKS**

| | |
|---|---|
| 1999 | *Alternative Treatments for Common Conditions*, St. Louis: Quality Medical Publishing, Inc. 1999 Copyright by Quality Medical Publishing, printed in the United State of America. |

**PUBLISHED ARTICLES**

| | |
|---|---|
| 2002 | Multi-site, open label, observational study of the effectiveness and safety of Remeron® SolTab™ (mirtazapine orally disintegrating tablets in depressed patients who are at least 50 years of age. Steven P. Roose, MD; Peter J. Holland, MD; Howard A. Hassman, DO; Murray Rosenthal, DO and Heidi E. Rodrigues. |
| 2000 | Comparative Study of the Clinical Effectiveness of a Pyrethrin-Based Pediculicide with Combining versus a Permethrin-Based Pediculide with Combing |
| 2000 | Pleconaril Treatment Shortens Duration of Picornavirus Respiratory Illness in Adults; F.G. Hayden; H.A. Hassman; T. Coats; R. Menedez; T. Bock; and the Pleconaril Respiratory Infection Study Group |
| 1998 | Clinical Pediatrics<br>Comparative Study of the Clinical Effectiveness of a Pyrethrin-Based Pediculicide with Combining Versus a Permethrin-Based Pediculicide; C.V. Bainbridge, Ph.D.; G.L. Klein, M.D.; S.I. Neibart, M.D.; H. Hassman, D.O.; K. Ellis, D.O.; D. Manring, M.D.; R. Goodyear, R.N.C.; J. Newman, M.D.; S. Micik, M.D.; F. Hoehler, Ph.D.; P. Walicke, M.D. |

CONFIDENTIAL
AZSER12777566

BEST COPY AVAILABLE

# HOWARD A. HASSMAN, D.O.
Page 4 of 21

**PUBLISHED ARTICLES (continued):**

| | |
|---|---|
| 1998 | Journal Of Clinical Psychiatry<br>Buspirone and Imipramine for Treatment of Major Depression in the Elderly; Edward Schweizer, M.D.; Karl Rickels, M.D.; Howard Hassman, D.O.; Felipe Garcia-Espana, Ph.D. |
| 1993 | Archives of General Psychiatry<br>Antidepressants for the Treatment of Generalized Anxiety Disorder:<br>A Placebo-Controlled Comparison of Imipramine, Trazodone and Diazepam; Karl Rickels, M.D.; Robert Downing, Ph.D.; Schwizer, M.D.; Howard Hassman D.O. |
| 1991 | European Journal Pharmacopsychiatry<br>Adinazolam, Diazepam, Imipramine and Placebo in Major Depressive Disorder, A Controlled Study; K. Rickels; J. London; Ira Fox; H. Hassman; Irma Csanalosi; Ch. Weise; The Psychopharmacology Research and Treatment of Unit and the Private practice Research Group, Department of Psychiatry and The University of Pennsylvania |

**CLINICAL ABSTRACTS**

| | |
|---|---|
| 2001 | American Rosuvastatin Trialists Group – Long-Term Efficacy and Safety of Rosuvastatin: Results of a 52-Week Comparator-Controlled Trial Versus Pravastatin and Simvastatin |
| 1999 | Hoechst Marion Roussel – A Double-Blind, Multi-Center, Randomized, Active-Controlled, Two-Arm, Parallel-Group Comparative Study of the Efficacy and Safety of Oral HMR3647 Versus Oral Clarithromycin in the Treatment of Community Acquired Pneumonia in Adults |

**POSTERS**

| | |
|---|---|
| 2000 | Mirtazapine vs. Sertraline after SSRI Non-Response presented at the ECNP meeting in Munich, Germany September 9-13, 2000 |
| 2000 | Mirtazapine vs. Paroxetine in Elderly Depressed Patients presented at the ECNP meeting in Munich, Germany September 9-13, 2000 |

**CLINICAL RESEARCH:**

**CNS STUDIES**

| | |
|---|---|
| 1982 – 1983 | Rater and Physician,<br>Alprazelam Anxiety Study #2 PPRG |
| 1982 – 1983 | Rater and Physician,<br>Abbott Anxiety Study with PPRG |
| 1984 – 1985 | University of Pennsylvania<br>Adinazolam Depression Study |

CONFIDENTIAL
AZSER12777567

BEST COPY AVAILABLE

## HOWARD A. HASSMAN, D.O.
Page 5 of 21

**CLINICAL RESEARCH:**

**CNS STUDIES (continued):**

| | |
|---|---|
| 1984 | Principal Investigator<br>Cheviak Bigasdh Syndrome Study<br>Independently conducted |
| 1985 – 1987 | Downing Anxiety Study with PPRG<br>University of Pennsylvania |
| 1989 – 1991 | Miles Laboratories<br>Ipsapirone Study, Anxiety Investigational Research<br>University of Pennsylvania |
| 1990 – 1991 | Bristol Myers Laboratories<br>Buspirone Study, Depression in the Elderly Research<br>University of Pennsylvania |
| 1990 – 1991 | Bristol Myers Laboratories<br>Gepirone Study, Depression Research<br>University of Pennsylvania |
| 1990 – 1991 | Bristol Myers Laboratories<br>Gepirone Study, Anxiety Research<br>University of Pennsylvania |
| 1991 – 1992 | Sandoz Pharmaceutical Corporation<br>Abecarnil and Diazepam in Outpatients with Generalized Anxiety Disorder<br>Principal Investigator |
| 1991 – 1992 | Wyeth Ayerst Laboratories<br>Hydrochloride Study, Depression Research<br>University of Pennsylvania |
| 1991 – 1993 | Wyeth Ayerst Laboratories<br>Hydrochloride Study, Anxiety Research<br>University of Pennsylvania |
| 1991 – 1993 | Bristol Myers Laboratories,<br>Gepirone Extended Release, Depression Study<br>University of Pennsylvania |
| 1992 – 1994 | Bristol Myers-Squibb Lab<br>Open Multi-Center Trial of Nefazodone in the Treatment of<br>Elderly Patients with Mood Disorders<br>Principal Investigator |
| 1992 – 1993 | Bristol Myers-Squibb Lab<br>Buspar ER Extended Release in the Treatment of Anxiety<br>Principal Investigator |

443

CONFIDENTIAL
AZSER12777568

BEST COPY AVAILABLE

## HOWARD A. HASSMAN, D.O.
Page 6 of 21

**CLINICAL RESEARCH:**

**CNS STUDIES (continued):**

| | | |
|---|---|---|
| 1993 – 1994 | TAP Pharmaceuticals, Inc. | |

Double-Blind, Fixed-Dose, Multi-Center Study Comparing DN-2327 (4&8 Mg. Daily) to Buspar (25mg/day) and Placebo in Patients with Generalized Anxiety Disorder
Principal Investigator

1999    B4Z-MC-LYAO          Eli Lilly and Company
ADHD – Adult
A Phase III, Randomized, Double-Blind Comparison of Placebo and Tomoxetine Hydrochloride in Adult Outpatients with DSM-IV Attention Deficit Hyperactivity Disorder

1999    B4Z-MC-LYAB          Eli Lilly and Company
ADHD – Pediatric
A Phase III, Open-Label Safety and Efficacy Study of Tomoxetine in Outpatients with ADHD Ages 6 to 18 Years

1999    SCT-MD-05            Forest Laboratories
Anxiety
Flexible-Dose Comparison of the Safety and Efficacy of LU26-054 and Placebo in the Treatment of Generalized Anxiety Disorder

1999    CN101-124            Bristol-Myers Squibb
Anxiety – Adolescent
A Double-Blind, Multi-Center, Randomized, Parallel-Group, Placebo-Controlled Study Evaluating the Efficacy and Safety of Two Flexible-Dose Ranges of an Anxiolytic Agent in Children and Adolescents (Ages 6 to 17) with Generalized Anxiety Disorder (GAD).  The product is currently marketed for use in adults

1999    0600B2-397           Wyeth-Ayerst Research
Anxiety – Pediatric
A Double-Blind, Placebo-Controlled Study of Venlafaxine ER in Children and Adolescents with Generalized Anxiety Disorder

1999    003-901              Organon, Inc.
Depression – Elderly
A Double-Blind, Multi-Center, Randomized, Paroxetine-Controlled Study of the Efficacy and Safety of Remeron (Mirtazapine) in Subjects with Major Depressive Disorder who are at least 65 Years of Age

1999    134-004              Organon, Inc.
Depression – Gepirone
A Double-Blind, Multi-Center Randomized, Placebo-Controlled Efficacy and Safety Study of ORG 33062 ER and Fluoxetine in Subjects who Suffer from Major Depressive Disorder with Atypical Features

1999    CN104-181            Bristol-Myers Squibb
Depression – Nefazodone
A Multi-Center, Double-Blind, Flexible-Dose Safety Trial Comparing Nefazodone IR to Nefazodone ER in the Treatment of Depressed Patients

CONFIDENTIAL
AZSER12777569

BEST COPY AVAILABLE

**HOWARD A. HASSMAN, D.O.**
Page 7 of 21

**CLINICAL RESEARCH:**

**CNS STUDIES (continued):**

| 1999 | CIT-MD3-97-03 | Forest Laboratories |

1999     CIT-MD3-97-03     Forest Laboratories
Depression – Old
A Randomized, Double-Blind, Placebo-Controlled Trial of Citalopram In Depressed
Patients at Least 75 Years of Age

1999     31-98-213     Otsuka America Pharmaceuticals, Inc.
Schizophrenia
An Outpatient Open-Label Comparison of the Neurocognitive effects of Aripiprazole
to Olanzapine Administered Orally in Patients with Psychosis

1999     CIT-MD-22     Forest Laboratories
Depression – Old – Extension
Celexa Open-Label Treatment of Depression

1999     31-98-220     Otsuka America Pharmaceuticals, Inc.
Schizophrenia
An Outpatient Open-Label Follow-On Study of the Long Term Safety of Aripiprazole
Administered Orally in Patients with Psychosis

1999     CN 138-004-047     Bristol-Myers Squibb
Alzheimer's
A Multi-Center, Randomized, Double-Blind, Placebo-Controlled Study of Three Fixed
Doses of Aripiprazole in the Treatment of Institutionalized Patients with Psychosis
Associated with Dementia of the Alzheimer's Type

2000     0600B1-395     Wyeth-Ayerst Research
Depression – Pediatric
An Open-Label, Long Term Safety Study of Venlafaxine ER in Children and
Adolescents with Major Depressive Disorder

2000     CIT-MD-20     Forest Laboratories
Depression – Pediatric – Extension
Open-Label Extension Study of the Safety and Efficacy of Citalopram in Children and
Adolescents with Depression

2000     003-045     Organon, Inc.
Depression – Pediatric
A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Efficacy and Safety
Study of Remeron in Outpatient Children and Adolescents with Major Depressive
Disorder

2000     M2020/0046     Pharmacia & Upjohn Corporation
Depression – Reboxetine
Reboxetine, Placebo and Paroxetine Comparison in Patients with Major Depressive
Disorder

2000     SCT-MD-01     Forest Laboratories
Depression – Son of Celexa
Fixed-Dose Comparison of the Safety and Efficacy of LU26-054, Citalopram and
Placebo in the Treatment of Major Depressive Disorder

CONFIDENTIAL
AZSER12777570

**HOWARD A. HASSMAN, D.O.**
Page 8 of 21

**CLINICAL RESEARCH:**

**CNS STUDIES (continued):**

| 2000 | SCT-MD-03 | Forest Laboratories |
Depression – Son of Celexa
Placebo-Controlled Evaluation of the Safety and Efficacy of LU26-054 in the Prevention of Depression Relapse

2000   003-900   Organon, Inc.
Depression – SSRI Failure
Multi-Center, Randomized, Double-Blind, Sertraline-Controlled Study of the Efficacy and Safety of Remeron (Mirtazapine) in Subjects with Major Depressive Disorder who Failed on SSRI Treatment Due to Lack of Efficacy

2000   F1D-MC-HGIE   Eli Lilly and Company
Depression – Treatment
Olanzapine Plus Fluoxetine Combination Therapy in Treatment Resistant Depression: A Dose-Ranging Study

2000   SCT-MD-04   Forest Laboratories
Panic Disorder
Flexible-Dose Comparison of the Safety and Efficacy of LU26-054, Citalopram and Placebo in the Treatment of Panic Disorder

2000   B1Y-MC-HCKN   Eli Lilly and Company
Depression – Switching
Switching Subjects from Citalopram, Paroxetine, or Sertraline to Once-Weekly Modified-Release Fluoxetine Hydrochloride in Maintenance of Response for Depression

2000   28105   Organon, Inc.
Major Depressive Disorder
A Double-Blind, Randomized, Placebo- and Paroxetine- Controlled, Multi-Center Dose Finding Trial in Outpatients with Moderate to Severe Major Depressive Disorder

2000   B4Z-MC-LYBB   Eli Lilly and Company
ADHD – Pediatric – Extension
A Phase III, Open-Label Safety and Efficacy Study of Tomoxetine Hydrochloride in Pediatric Outpatients (6 to 18 Years) with ADHD

2000   29060/701   SmithKline Beecham
Depression – Pediatric
A Randomized, Multi-Center, 8-Week, Double-Blind, Placebo-Controlled, Flexible-Dose Study to Evaluate the Efficacy and Safety of Paroxetine in Children and Adolescents with Major Depressive Disorder

2000   SCT-MD-11   Forest Laboratories
Depression – Prophylaxis
An Evaluation of the Safety and Efficacy of LU26-054 in the Prevention of Depression Recurrence

446

CONFIDENTIAL
AZSER12777571

BEST COPY AVAILABLE

## HOWARD A. HASSMAN, D.O.
Page 9 of 21

**CLINICAL RESEARCH:**

**CNS STUDIES (continued):**

| | | |
|---|---|---|
| 2000 | CIT-MD-18 | Forest Laboratories |

Depression – Pediatric
A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and
Efficacy of Citalopram in Children and Adolescents with Depression

| | | |
|---|---|---|
| 2000 | SCT-MD-17 | Forest Laboratories |

Anxiety – Extension
An Open-Label Extension Study of the Safety and Efficacy of LU26-054 in Patients
with Generalized Anxiety Disorder

| | | |
|---|---|---|
| 2000 | 134-502 | Organon, Inc. |

Depression – Gepirone – Extension
A Double-Blind, Multi-Center Extension Trial in Subjects who Suffer from Major
Depressive Disorder with Atypical Features who Participated in the Placebo and
Fluoxetine Study of ORG33062ER – Protocol 134-004

| | | |
|---|---|---|
| 2000 | H5Z-MC-LUAH | Eli Lilly and Company |

Anxiety
R-Fluoxetine vs. Placebo in the Treatment of Generalized Anxiety Disorder

| | | |
|---|---|---|
| 2000 | 0600B1-402 | Wyeth-Ayerst Research |

Major Depressive Disorder
A Double-Blind, Placebo-Controlled Comparative Efficacy Study of Venlafaxine ER
and Sertraline in Producing Remission in Outpatients with Major Depressive Disorder

| | | |
|---|---|---|
| 2000 | B4Z-MC-LYAI | Eli Lilly and Company |

ADHD – Pediatric – Extension
Long-Term, Open-Label, Safety Study of Tomoxetine HCL in Patients 6 Years and
Older

| | | |
|---|---|---|
| 2000 | F1D-MC-HGGY | Eli Lilly and Company |

Bipolar I Depression (Inpatient and Outpatient placebo controlled)
Placebo-Controlled Olanzapine Monotherapy in the Treatment of Bipolar I Depression

| | | |
|---|---|---|
| 2000 | F1J-MD-HMBH | Eli Lilly and Company |

Depression – Adult
Duloxetine Once-Daily Dosing Versus Placebo in the Acute Treatment of Major
Depression.

| | | |
|---|---|---|
| 2000 | GAL-INT-10 | Janssen Research Foundation |

Alzheimer's Disease
Placebo-Controlled Evaluation of Galantamine in the Treatment of
Alzheimer's Disease: Safety and Efficacy of a Controlled Release
Formulation

| | | |
|---|---|---|
| 2000 | GAL-INT-11/18 | Janssen Research Foundation |

MCI
Galantamine in Patients at Risk for the Development of Alzheimer's Disease

CONFIDENTIAL
AZSER12777572

BEST COPY AVAILABLE

**HOWARD A. HASSMAN, D.O.**
Page 10 of 21

**CLINICAL RESEARCH:**

**CNS STUDIES (continued):**

| | | |
|---|---|---|
| 2000 | 0600B4-389 | Wyeth-Ayerst Research |

Social Anxiety
A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study for
Venlafaxine ER in Adolescent Outpatients with Social Anxiety Disorder

| | | |
|---|---|---|
| 2000 | F1D-MC-HGJJ | Eli Lilly and Company |

Schizophrenia (Outpatient placebo controlled)
The Assessment of Sibutramine for the Treatment of Olanzapine-Associated Weight
Gain in Patients with Schizophrenia and Related Disorders and Bipolar Disorder

| | | |
|---|---|---|
| 2000 | RIS-USA-240 | Janssen Research Foundation |

Bipolar I (Inpatient placebo controlled)
The Efficacy and Safety of Flexible-Dose Ranges of Risperidone vs. Placebo or
Divalproex Sodium in the Treatment of Manic or Mixed Episodes Associated with
Bipolar I Disorder

| | | |
|---|---|---|
| 2000 | RIS-USA-240 | Janssen Research Foundation |

Bipolar I (Outpatient)
Nine week open label multi-center safety trial of flexible dose ranges of Risperidone in
the treatment of mania or mixed episodes associated with Bipolar I disorder.

| | | |
|---|---|---|
| 2001 | MEM-MD-01, 02, 03 | Forest Laboratories |

Alzheimer's Disease
A Long-Term Study Evaluating the Safety and Tolerability of Four Memantine Dosing
Regimens in Patients with Moderate to Severe Dementia of the Alzheimer's Type

| | | |
|---|---|---|
| 2001 | 0600B5-353 | Wyeth-Ayerst Research |

Panic
A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of
Venlafaxine Extended-Release Capsules in Adult Outpatients With Panic Disorder

| | | |
|---|---|---|
| 2001 | 003-048 | Organon, Inc. |

Major Depression Disorder
A Multi-Center, Randomized, Double-Blind, Fluoxetine- and Placebo-Controlled
Study of the Efficacy and Safety of REMERON Sol Tab (Mirtazapine) Orally
Disintegrating Tablets in Subject with Major Depressive Disorder

| | | |
|---|---|---|
| 2001 | B1Y-MC-HCLD | Eli Lilly and Company |

Major Depression Disorder
Continuation Treatment with Once-Weekly Modified-Release Fluoxetine HCl

| | | |
|---|---|---|
| 2001 | B4Z-MC-LYAR | Eli Lilly and Company |

ADHD – Adult – Extension
Long-Term, Open-Label Safety Study of Tomoxetine HCl in Adult Outpatients with
DSM-IV ADHD

| | | |
|---|---|---|
| 2001 | SCT-MD-06 | Forest Laboratories |

Panic Disorder
Flexible-Dose Comparison of the Safety and Efficacy of Escitalopram and
Placebo in the Treatment of Generalized Anxiety Disorder

448

CONFIDENTIAL
AZSER12777573