BEST COPY AVAILABLE

# HOWARD A. HASSMAN, D.O.
Page 11 of 21

**CLINICAL RESEARCH:**

**CNS STUDIES (continued):**

| | | | |
|---|---|---|---|
| 2001 | 5077US/0043 | Astra-Zeneca | |

Schizophrenia
In-patient Multi-Center, Double-Blind, Randomized Comparison of the Efficacy and Safety of Quetiapine Fumarate and Risperidone in the Treatment of Patients with Schizophrenia

2001    GAL-INT-26          Janssen Research Foundation
Vascular Dementia
A Randomized 26-Week, Double-Blind, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Galantamine in the Treatment of Dementia Secondary to Cerebrovascular Disease

2001    C-1073-02          Scirex Corporation
Depression with Psychosis
In-patient Phase III, Randomized, Double-Blind, Placebo-Controlled Study of Safety and Efficacy of C-1073 in Patients with Major Depressive Disorder With Psychotic Features

2001    F1D-US-HGJU          Eli Lilly and Company
Schizophrenia (Inpatient/Outpatient Comparator)
A controlled trial of Olanzapine vs Ziprasidone in the treatment of schizophrenia and schizo affective subjects with comorbid depression.

2001    DRI4390          Sanofi-Synthelabo
GAD
A four-week double blind, placebo and active controlled dose-ranging study of SL 65.1498-00, 3 doses (5, 15, 50 mg per day) and Lorazepam (3 mg/day) in out-patients with Generalized Anxiety Disorder (GAD).

2001    381.304          Shire Pharmaceutical
ADHD
A 12-month, open-label study of Adderall XR™ in adults with Attention Deficit Hyperactivity Disorder.  A Phase III Study.

2001    28105          Organon
MDD
A Double-Blind, randomized, Placebo and Paroxetine-controlled, Multi-Center, Dose-Finding Trial with ORG 34517 in out-patients with moderate to severe major depressive disorder.

2001    B01.CT3.016.BUS PO2   Biovail
GAD
A randomized Double-Blind Placebo-Controlled, Parallel-Group, Fixed-Dose study of the efficacy, safety and tolerability of 60mg Buspirone Hydrochloride extended release compared to Placebo in patients with generalized anxiety disorder.

449

CONFIDENTIAL
AZSER12777574

BEST COPY AVAILABLE

**HOWARD A. HASSMAN, D.O.**
Page 12 of 21

**CLINICAL RESEARCH:**

**CNS STUDIES (continued):**

| | | |
|---|---|---|
| 2001 | 173-00-221 | Otsuka |

Depression
A Phase II, randomized, Double-Blind, Placebo-Controlled, Dose-Ranging study of fixed doses of Oral OPC-14523 and Prozac in the treatment of out-patients with moderate depression.

| | | |
|---|---|---|
| 2001 | RIS-USA-259 | Janssen Research Foundation |

Open label trial exploring switching a regimen form Oral Neuroleptics, other than Risperidone, to Risperidone Depot Microspheres.

| | | |
|---|---|---|
| 2001 | 381.303 | Shire Laboratories |

ADHD
A randomized, Double-Blind, Placebo-Controlled, Parallel-Group study of SLI381 in adults with Attention Deficit Hyperactivity Disorder.

| | | |
|---|---|---|
| 2001 | A1651008 | Pfizer Global Research |

MDD
A phase IIB, seven-week, Double-Blind, Placebo-and Paroxetine-Controlled Multi-Center study to evaluate the safety and efficacy of oral CP-122,721 in out-patients with major depressive disorder and associated somatic symptoms.

| | | |
|---|---|---|
| 2001 | 29060/791 | Glaxo Smith Kline |

GAD
A randomized, Double-Blind, Placebo-controlled, flexible dosage trial to evaluate the efficacy and tolerability of Paroxetine CR in patients with Generalized Anxiety Disorder

| | | |
|---|---|---|
| 2001 | SB 659746-A/002 | Smith Kline Beecham |

MDD
A randomized, Double-Blind, parallel-group, Placebo-Controlled, study evaluating efficacy and safety of three doses of SB 659746-A versus Placebo in patients with Major Depressive Disorder.

| | | |
|---|---|---|
| 2001 | DRI3650 | Sanofi-Synthelabo |

MDD
A double-blind Placebo and Paroxetine controlled, Multi-Center, dose ranging study evaluating the efficacy and safety of SRI428201 in out-patients with Major Depressive Disorder.

| | | |
|---|---|---|
| 2001 | MEM-MD-01 | Forest Laboratories |

Alzheimer
A randomized, Double-Blind, Placebo-controlled, evaluation of the safety and efficacy of Memantine in-patients with moderate to severe dementia of the Alzheimer's type IND #33,392.

| | | |
|---|---|---|
| 2001 | GAL-INT-10 | Janssen Research Foundation |

Alzheimer
Placebo controlled evaluation of Galantamine in the treatment of Alzheimer's disease: Safety and efficacy of a controlled release formulation.

450

CONFIDENTIAL
AZSER12777575

BEST COPY AVAILABLE

**HOWARD A. HASSMAN, D.O.**
Page 13 of 21

**CLINICAL RESEARCH:**

**CNS STUDIES (continued):**

| 2001 | C-1073-02 | Corcept |
|---|---|---|

Depression with Psychosis
In-Patient, Phase III, randomized, Double-Blind, Placebo-Controlled study of the
safety and efficacy of C1073 (Mifepristone) in patients with Major Depressive Disorder
with Psychotic features.

| 2001 | TOPMAT-PHI 374 | R.W. Johnson PRI |
|---|---|---|

Bipolar
In-Patient, Phase I, comparative study of the steady-state Pharmacokinetics of Lithium
before and during multiple oral daily topiramate (RWJ-17021) dosing in patients with
bipolar disorder.

| 2001 | C-1073-03-04 | Corcept |
|---|---|---|

Depression with Psychosis
A Phase III, Randomized, Double-Blind, Placebo-Controlled Study of Safety and
Efficacy of C-1073 (Mifepristone) in Patients with Major Depressive Disorder with
Psychotic Features Who are not Receiving Antidepressants or Antipsychotics

| 2001 | A2721012 | Pfizer |
|---|---|---|

OCD
A Phase II, Twelve Week, Double-Blind and Placebo-Controlled Study to Evaluate the
Safety and Efficacy of Two Doses of CP-448,187 (1.5mg and 3.0mg) in Subjects with
Obsessive Compulsive Disorder

| 2001 | SB-659746-A/002 | GlaxoSmithKline |
|---|---|---|

MDD
A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Study Evaluating
Efficacy and Safety of Three Doses of SB-659746-A (5mg, 10 mg and 20 mg) Versus
Placebo in Patients with Major Depressive Disorder

| 2001 | A1281026 | Pfizer |
|---|---|---|

Treatment Resistant Depression
The Addition of Ziprasidone to Sertraline in Treatment Resistant Depression without
Psychotic Features – A Pilot Study

| 2001 | NBI-34060-IR-0114 | PPD Development |
|---|---|---|

Insomnia
A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to
Assess the Long-Term Safety and Efficacy of Two Dose Levels of NBI-34060 in Adult
Patients with Primary Insomnia

| 2002 | DERA-5334-025 | Pharmacia Corp |
|---|---|---|

GAD
Deramciclane 30mg and 60mg Once Daily Versus Placebo in Generalized Anxiety
Disorder. A Randomized Double-Blind Placebo and Buspirone-Controlled Fixed-Dose
Parallel-Group Multicenter Study of 10 Weeks (Including a 2-week Single-Blind
Placebo Period)

CONFIDENTIAL
AZSER12777576

BEST COPY AVAILABLE

**HOWARD A. HASSMAN, D.O.**
Page 14 of 21

## CLINICAL RESEARCH:

### CNS STUDIES (continued):

| | | |
|---|---|---|
| 2002 | F1J-US-HMCB | Eli Lilly and Company |

Major Depression and Pain
Duloxetine Once-Daily Dosing Versus Placebo in Patients with
Major Depression and Pain

2002     Cephalon 658
MDD with Lethargy
An Open Label Pilot Study to Evaluate the Safety and Efficacy of Provigil (modafinil)
Titrated to 200mg Daily, in Conjunction with Fluoxetine 20mg or Paroxetine 20mg, in
Patients with Mild to Moderate Depression with Attendant Symptoms of Fatigue and
Lethargy within a Primary Care Setting

2002     H7C-MC-LMBC     Eli Lilly and Company
GAD
LY544344 Versus Placebo in Patients with Generalized Anxiety Disorder Who Have
Responded to Treatment with LY544344

2002     A3041005     Pfizer
Alzheimer's Disease
Phase II, 12 Week, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study
Evaluating the Safety and Efficacy of Three Fixed Doses of Oral CP-457,920 (30 mg
QD, 60 mg BID and 120 mg BID) and Donepezil in Outpatients wit Alzheimer's
Disease

2002     134-020     Organon
MDD
A multi-center, randomized, double-blind, placebo-controlled, flexible dose, safety and
Efficacy trial of Org 33062 ER in Outpatient Children and Adolescents with Major
Depressive Disorder

2002     134-507     Organon
MDD
Open-Label extension trial in children and adolescents with major depressive disorder
who participated in one of the short-term ORG 33062 ER safety and efficacy trials.

2002     AK130930     GlaxoSmithKline
SAD
A 6 ½ Month, Multi-Center, Randomized, Double-Blind, Placebo-Controlled,
Comparison of 150-300mg/Day of Extended Release Bupropion Hydrochloride and
Placebo for the Prevention of Seasonal Affective Disorder in Subjects with a History of
Seasonal Affective Disorder

2002     SB223412/078     GlaxoSmithKline
Schizophrenia
A Multicenter, Double-Blind, Double-Dummy, Placebo-Controlled, Randomized,
Parallel Group Evaluation of the Efficacy and Safety of a Fixed-Dose of Talnetant
Versus Placebo Versus Risperidone in Patients with Schizophrenia

CONFIDENTIAL
AZSER12777577

**HOWARD A. HASSMAN, D.O.**
Page 15 of 21

**CLINICAL RESEARCH:**

**CNS STUDIES (continued):**

| 2002 | B4Z-MC-LYBM<br>ADHD | Eli Lilly and Company |
|---|---|---|

A Double-Blind Study of Treatment Optimization with Atomoxetine Hydrochloride in Adults with DSM-IV Attention-Deficit/Hyperactivity Disorder

| 2002 | RIS-INT-93<br>Treatment Resistant Depression | Janssen Pharmaceutical |
|---|---|---|

A Study to Evaluate the Efficacy, Safety and Maintenance Effect of Risperidone Augmentaton of SSRI Monotherapy in Young and Older Adult Patients with Unipolar Treatment-Resistant Depression

| 2002 | A3331003<br>ADHD | Pfizer |
|---|---|---|

A Double-Blind, Placebo-Controlled, Phase II Study to Evaluate the Efficacy, Safety, and Tolerability of CP-601,927 in Adults with Attention Deficit/Hyperactivity Disorder

| 2002 | SCT-MD-12<br>MDD | Forest Laboratories |
|---|---|---|

Double-Blind Fixed Dose Comparison of the Safety and Efficacy of 20 mg/day Escitalopram and 225 mg/day Venlafaxine XR in the Treatment of Major Depressive Disorder

| 2002 | CAPSS-168<br>Bipolar Disorder | Ingenix |
|---|---|---|

Topiramate versus Placebo as Add-On Treatement in Subjects with Bipolar Disorder in the Outpatient Setting

| 2002 | NKD20006<br>MDD | GlaxoSmithKline |
|---|---|---|

An 8-Week, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Multicenter, Fixed Dose Study Comparing the Efficacy and Safety of GW597599B or Paroxetine to Placebo in Moderately to Severely Depressed Patients with Major Depressive Disorder

| 2002 | D1050049 | Sumitomo |
|---|---|---|

A 6-Week, Double-Blind, Randomized, Fixed-Dose, Parallel-Group Study of the Efficacy and Safety of Three Dose Levels of SM-13496 Compared to Placebo and Haloperidol in Patients with Schizophrenia Who are Experiencing an Acute Exacerbation of Symptoms

| 2002 | D1050174-P01 | Sumitomo |
|---|---|---|

A Randomized, Open-Label, Dose-Blinded, Multicenter, 6-Month Study of Safety and Tolerability of 3 Dose Levels of SM-13496 in Patients with Schizophrenia

| 2002 | 5077US/0049 | Astra Zeneca |
|---|---|---|

A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-Dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL™) in the Treatment of Patients with Bipolar Depression

453

CONFIDENTIAL
AZSER12777578

BEST COPY AVAILABLE

**HOWARD A. HASSMAN, D.O.**
Page 16 of 21

**CLINICAL RESEARCH:**

**CNS STUDIES (continued):**

| | | | |
|---|---|---|---|
| 2002 | 134-506 | Organon | |

A Double-Blind, Multi-Center, 16 Week Extension Efficacy and Safety Study of Subjects Who Participated in the Randomized Placebo-Controlled Efficacy and Safety Study of Org 33062 ER and Fluoxetine in Subjects with Major Depressive Disorder (134017)

2002  RIS-USA-265  Janssen
An Open Label, Long-Term Trial of Risperidone Long Acting Microspheres in the Treatment of Subjects Diagnosed with Schizophrenia

2002  GAL-INT-21  Johnson & Johnson
An Open-Label Extension Trial to Assess the Long-Term Safety of a Controlled Release Formulation of Galantamine Hbr in the Treatment of Alzheimer's Dementia

2002  NER-MD-21  Forest
Double-Blind Flexible Dose Comparison of the Safety and Efficacy of Neramexane and Placebo in the Treatment of Major Depressive Disorder

2002  134-017  Organon
MDD
A Double-Blind, Multi-Center, Randomized, Placebo-Controlled, Efrficacy and Safety Trial of Org 33062 ER and Fluoxetine in Subjects with Major Depressive Disorder

2002  SCT-MD-15  Forest Labs
Pediatric Depression
A Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Escitalopram in Pediatric Depression

2002  RIS-SCH-401  Janssen
Schizophrenia
A 52-week, Prospective, Randomized, Double-Blind, Multi-Center Study of Relapse Following Transition from Oral Antipsychotic Medication to Two Different Doses (25 or 50 mg Given Every Two Weeks) of Risperidone Long-Acting Microspheres (Risperdal Consta™) in Adults with Schizophrenia or Schizoaffective Disorder.

2003  GAL-MCI-301  Janssen
An Open Label Extension Study to Assess the Long-Term Safety and Tolerability of Galantamine HBr in the Treatment of Mild Cognitive Impairment

2003  F1J-MC-HMBV  Eli Lilly
MDD
Duloxetine Versus Placebo in the Treatment of Elderly Patients with Major Depressive Disorder

2003  F1J-MC-HMCQ  Eli Lilly
MDD
Duloxetine Versus Venlafaxine Extended Release in the Treatment of Major Depressive Disorder

CONFIDENTIAL
AZSER12777579

BEST COPY AVAILABLE

**HOWARD A. HASSMAN, D.O.**
Page 17 of 21

**CLINICAL RESEARCH:**

**CNS STUDIES (continued):**

| 2003 | GAL-SCH-201 | Janssen |
| | Schizophrenia | |

A Study of Two Doses of Galantamine HBr as an Adjunctive Treatment to Risperdale in Male Outpatients with Schizophrenia and Associated Cognitive Deficits

| 2003 | WWI | Astra Zeneca |
| | Anxiety in Depression | |

Effectiveness of Quetiapine in Treating Persistent Anxiety in Depressed Patients on Stable Doses of SSRI's

| 2003 | A2501024 | Pfizer |
| | Schizophrenia | |

A 12 Week Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of Donepezil Hydrochloride as Adjunctive Therapy in the Treatment of Cognitive Impairment in Patients with Schizophrenia or Schizoaffective Disorder

| 2003 | CRIT124E2302 | Novartis |
| | Adult ADHD | |

A 5-Week Multicenter, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Fixed-Dose Study of the Efficacy and Safety of Focalin™ LA (Dexmethylphenidate Hydrochloride Extended-Release Capsules) Administered Once Daily in Adults with Attention-Deficit/Hyperactivity Disorder

| 2003 | CRIT124E2302E1 | Novartis |
| | Adult ADHD | |

A 6-Month, Open-Label Extension to a Five-Week Multicenter, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Fixed-Dose Study of the Efficacy and Safety of Focalin™ LA (Dexmethylphenidate Hydrochloride Extended-Release Capsules) Administered Once Daily in Adults with Attention-Deficit/Hyperactivity Disorder

| 2003 | H8I-MC-HQAC | Eli Lilly & Co |
| | Depression | |

Validation of Daily Telephone Self-Assessment in the Study of Antidepressant Treatment Outcome

| 2003 | 01-02-TL-375-022 | Takeda |
| | Insomnia | |

A Phase III, Open-Label, Fixed-Dose Study to Determine the Safety of Long Term Administration of TAK-375 in Subjects with Chronic Insomnia

**CLINICAL RESEARCH:**

**IM STUDIES**

| 1992 – 1994 | Whitehall Laboratories |

Dimetane Extend Tabs vs. Terfenadine, Allergic Rhinitis
Principal Investigator

455

CONFIDENTIAL
AZSER12777580

BEST COPY AVAILABLE

## HOWARD A. HASSMAN, D.O.
Page 18 of 21

**CLINICAL RESEARCH:**

**IM STUDIES (continued)**

| | | |
|---|---|---|
| 1992 – 1995 | | Glaxo, Inc.<br>Oral GR122311X Compared with Ranitidine, Duodenal,<br>and Benign Gastric Ulcer<br>Principal Investigator |
| 1992 – 1995 | | Forest Laboratories<br>Fosfomycin Tromethamine vs. Ciprofloxin, Uncomplicated<br>Urinary Tract Infection<br>Principal Investigator |
| | 1992 – 1993 | Upjohn Company<br>Insomnia Treatment Study Comparing Triazolam and Temazepam<br>Principal Investigator |
| | 1992 - 1994 | Pfizer, Inc.<br>Randomized Parallel Comparative Study of the Clinical Effectiveness of Two Nit<br>Combs after Treatment with a Pyrethrin-Based Pediculicide<br>Principal Investigator |
| | 1992 –1993 | Harris Laboratories/SmithKline Beecham<br>Safety and Efficacy of Miconazole Nitrate 2% Vaginal Cream<br>(SB) Compared with Miconazole Nitrate 2% Vaginal Cream (Monistat 7) and Placebo<br>in the Treatment of Vulvovaginal Candidiasis<br>Principal Investigator |
| | 1992 –1994 | Otsuka Pharmaceutical, Inc.<br>Protocol 106-92-206, Double-Blind Active-Controlled Efficacy Study of OPC-17116 -<br>Inpatients with Acute Bacterial Exacerbations of<br>Chronic Bronchitis<br>Principal Investigator |
| | 1992 –1993 | Otsuka Pharmaceutical, Inc.<br>Protocol 106-92-201, Double-Blind Active-Controlled Efficacy<br>Study of OPC 17116 - Inpatients with Community Acquired Pneumonia<br>Principal Investigator |
| | 1993 –1994 | Forest Lab, Inc.<br>Fosfomycin Tromethamine vs. Nitrofuantoin Monohydrate/Macrocrystals in<br>Uncomplicated Urinary Tract Infections, MON-US-03<br>Principal Investigator |
| | 1998 –1999 | Tap Holdings, Inc.<br>A Phase III, Randomized, Double-Blind Comparative Safety and Efficacy of<br>Cefditoren Pivoxil and Cefadroxil Monohydrate in the Treatment of Patients with<br>Uncomplicated Skin or Skin Structure infection<br>Principal Investigator |

CONFIDENTIAL
AZSER12777581

**HOWARD A. HASSMAN, D.O.**
Page 19 of 21

**CLINICAL RESEARCH:**

**IM STUDIES (continued)**

| | | |
|---|---|---|
| 1998 –1999 | | TAP Holdings, Inc. |

1998 –1999      TAP Holdings, Inc.
A Randomized Investigator-Blinded Active-Controlled, Parallel-Group Phase III Study
Comparative Safety and Efficacy of Cefditoren Pivoxil and Augmentin
(Amoxicillin/Clavulanate Potassium) in the treatment of Patients with Acute Bacterial
Sinusitis
Principal Investigator

1998 –1999      ViroPharma
A Double-Blind, Randomized, Placebo-Controlled Trial of Pleconaril in the
Treatment of Picornavirus Respiratory Tract Disease
Principal Investigator

1998 –1999      Scirex Corporation
A Multi-Center, Double-Blind, Placebo-Controlled Trial for Safety and Efficacy
Evaluation of Study Drug in the Treatment of Viral Syndrome
Principal Investigator

1999      99-0-054               Fujisawa Healthcare Research Institute
Atopic Dermatitis
An Open-Label Study To Evaluate The Safety Of Topically Applied Tacrolimus
Ointment For The Treatment Of Atopic Dermatitis

1999      GFXA4004               Glaxo SmithKline Pharmaceutical
Bronchitis – Chronic
A Randomized, Double-Blind, Multi-Center Comparison of the Efficacy and Safety of
Grepafloxacin (Raxar) 400mg or 600mg once daily and Clarithromycin (Biaxin)
500mg twice daily in the Treatment of Patients with
Acute Bacterial Exacerbations of Treatment of Patients with Acute Bronchitis

1999      ALLHAT               National Heart, Lung and Blood Institute
Heart Attack Prevention
Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial
Consisting of a Double-Blinded First-Line Anti-Hypertensive Drug with
Chlorthalidone, Amlodipine, Linsinopril or Doxazosin and an
Open-Labeled Second- and Third-Line Anti-Hypertensive Drug with Reserpine,
Clonidine, Atenolol or Hydralazine along with a Lipid Lowering Component of
Pravastatin vs. Usual Care

1999      265805/049               SmithKline Beecham
Pneumonia 2
A Randomized, Double-Blind, Double-Dummy, Multi-Center, Parallel-Group Study to
Asses the Efficacy and Safety of SB-265805, 320mg Oral Dose Once a Day for 7 or 14
Days Compared with Trovafloxacin, 200mg Oral Dose Once a Day for 7 or 14 Days in
the Treatment of Bacterial Community Acquired Pneumonia

**PROFESSIONAL AFFILIATIONS AND SOCIETIES:**

2001 – 2002      Scientific Advisory Group for Organon, Inc. for The New Treatment Option for the
Mature Depressed Patient

CONFIDENTIAL
AZSER12777582

BEST COPY AVAILABLE

# HOWARD A. HASSMAN, D.O.
## Page 20 of 21

| | |
|---|---|
| 2000 – 2001 | Advisory Board for Eli Lilly on Tomoxetine for ADD and ADHD Pediatrics, Adolescence, and Adults |
| 1999 – Present | Forest Laboratories Advisory Board for Geriatric Study |
| 1999 – Present | Member, Lilly Advisory Board on ADHD |
| 1997 – 1998 | California Board for Devereux California |
| 1994 – 1997 | Fellow, American Academy of Disability Evaluative Physicians |
| 1993 – 1998 | Qualified Medical Evaluator by Department of Industrial Relations Industrial Medical Council |
| 1991 – 1997 | Appointed Instructor of Department of Psychiatry, University of Pennsylvania |
| 1991 | Appointed Member of San Diego Advisory Committee for State Insurance Commissioner, John Garamendi |
| 1989 – 1997 | Alvarado Hospital Medical Center, San Diego, California Supervisor of Surgery Committee |
| 1987 – 1996 | College of Osteopathic Medicine Faculty Council Member |
| 1986 – 1987 | Alvarado Hospital Medical Center, San Diego, California Family Practice Supervisory Committee Supervisor of Orthopedic Committee |
| 1986 – 1987 | Alvarado Hospital Medical Center, San Diego, California Family Practice Supervisory Committee Supervisor of Orthopedic Committee |
| 1986 – 1987 | The Prudential Insurance Company, La Jolla, California Assistant Medical Director |
| 1986 – 1987 | Alvarado Medical Center Utilization Review Committee |
| 1986 – 1987 | Alvarado Medical Center, Family Practice Sub-Supervisory Committee (1987-1988) |
| 1986 – 1987 | Alvarado Medical Center Orthopedics Committee (also appointed 1987-88) |
| 1985 – 1987 | Associate Medical Director Pru-Care Plus, San Diego |
| 1984 – 1995 | Philadelphia College of Osteopathic Medicine Faculty Council Member |
| 1984 – 1995 | Pacific College of Osteopathic Medicine Faculty Council Member |
| 1984 | American Osteopathic Association of Osteopathic Physicians and Surgeons of California |

CONFIDENTIAL
AZSER12777583

BEST COPY AVAILABLE

**HOWARD A. HASSMAN, D.O.**
Page 21 of 21

**PROFESSIONAL AFFILIATIONS AND SOCIETIES (continued):**

| | |
|---|---|
| 1983 | American Heart Association |
| 1983 | New Jersey Association of Osteopathic Physicians and Surgeons |
| 1982 | Osteopathic Physicians and Surgeons of New Jersey |
| 1979 | American College of General Practitioners in Osteopathic Medicine and Surgery |
| 1979 | Philadelphia College of Osteopathic Medicine, Alumni Association |
| 1979 | Lambda Omicron Gamma National Osteopathic Medical Fraternity |
| 1979 | Pennsylvania Osteopathic Association |

459

CONFIDENTIAL
AZSER12777584

BEST COPY AVAILABLE



460

CONFIDENTIAL
AZSER12777585

BEST COPY AVAILABLE

D1647C00127: _00.32_____

# CURRICULUM VITAE

7/28/03

| | |
|---|---|
| Name: | **NAVEED IQBAL, M.D.** |
| Office Address: | Montefiore Medical Center<br>111 East 210th Street<br>Bronx, New York 10467 |
| Telephone: | Work:   (718) 920-2776<br>Beeper: REDACTED<br>Fax:      (718) 798-3829<br>Email:   REDACTED |
| Licensure: | New York - #165906<br>New Jersey- # 46901 |
| Board Certification: | American Board of Psychiatry & Neurology<br>Certification No. 34666 |
| Professional Memberships: | American Psychiatric Association<br>American Medical Association<br>American Foundation for Suicide Prevention<br>American Society of Clinical Psychopharmacology<br>Association for Research in Nervous and Mental Disease<br>Association of Pakistani Physicians of North America |

Academic Background:

| | |
|---|---|
| 1986 - 1987 | *Research Fellow*, Psychopharmacology/Biological Psychiatry, Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, NY |
| 1985 - 1986 | *Chief Resident*, Harlem Hospital Center College of Physicians and Surgeons, New York, NY |
| 1983 - 1985 | *Resident in Psychiatry*, Harlem Hospital Center College of Physicians and Surgeons, New York, NY |
| 1981 - 1982 | *Rotating Intern*, University of Ibadan, Nigeria |
| 1975 - 1981 | University of Ibadan, M.B.B.S.<br>Nigeria |
| 1973 - 1975 | University of Sind, B.S.I.<br>Pakistan |

CONFIDENTIAL
AZSER12777586

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. – page 2*

**Professional Experience, Hospital and Faculty Appointments:**

| | |
|---|---|
| 1990 - Present | *Director*, Schizophrenia Specialty Clinic & Research Program, Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, NY |
| 1996 - Present | *Associate Professor of Clinical Psychiatry*, Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, NY |
| Jan 2002 - Present | *Co-Chairman*, Drug Development Program, Montefiore Medical Center, Bronx, NY |
| Jan 2002 - Present | *Attending Psychiatrist*, Providence Rest Nursing Home,   Bronx, New York |
| 1996 - Present | *Member*, Dean's Letter Writing Committee, Albert Einstein College of Medicine, Bronx, NY |
| 1996 - Present | *Member*, Protocol Review Committee, Long Island Jewish Medical Center/Albert Einstein College of Medicine, NY |
| 1991 - Present | *Consultant*,   FAMI, Montefiore Medical Center, Bronx, New York |
| 1990 - Present | *Member*, Review Panel, Clinical Psychiatrist's Update |
| 1998- 1998 | *Member*, Institutional Review Board, Albert Einstein College of Medicine, Bronx, New York |
| 1998 - 1998 | *Psychiatry Representative*, Pharmacy Formulary Committee, Montefiore Medical Center, Bronx, New York |
| 1993 - 1998 | *Director*, Psychiatric Observation Suite, Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, New York |
| 1990 - 1991 | *Co-Director*, Depression and Anxiety Institute, Phelps Memorial Hospital, North Tarrytown, NY |
| 1990 - 1991 | *Psychopharmacology Consultant*, Phelps Memorial Hospital, North Tarrytown, NY |
| 1988 - 1993 | *Director*, Acute Services, Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, NY |
| 1988 - 1990 | *Attending Psychiatrist*, High Point Hospital, Portchester, NY |
| 1988 - 1990 | *Associate Attending Psychiatrist*, United Hospital Medical Center, Portchester, NY |
| 1988 | *Member*, Institutional Review Board, Bronx Psychiatric Center, Albert Einstein College of Medicine, Bronx, NY |

462

CONFIDENTIAL
AZSER12777587

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 3*

| 1987 - 1996 | *Assistant Professor of Psychiatry*, Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, NY |
| 1987 - 1988 | *Acting Medical Director*, Schizophrenia Research Program, Bronx Psychiatric Center, Albert Einstein College of Medicine, Bronx, NY |

**Editorial Boards:**

| 1993 | *Guest Editor*, Psychiatric Annals (April 1993), "Biology and Treatment of Schizophrenia" |
| 1993 | *Guest Editor*, Psychiatric Annals (March 1993), "Biology and Treatment of Schizophrenia" |
| 1990 - Present | *Contributing Writer*, Clinical Psychiatrist's Update |

**Clinical Trials:**

2003    *Principal Investigator*. A one-year, prospective, randomized, double-blind, multi-center study of relapse following transition from oral antipsychotic medication to two different doses (25 or 50 mg given every two weeks) of risperidone long-acting microspheres (Risperdal Consta™) in adults with schizophrenia or schizoaffective disorder. Janssen Pharmaceutica   Products, LP

2002    *Principal Investigator*. A Randomized, Double-Blind, Dose-Ranging Study of Intramuscular  Aripiprazole in the Treatment of Acute Agitation in Patients with a Diagnosis of Schizophrenia, Schizoaffective, or Schizophreniform Disorder. Bristol-Myers Squibb Co.

*Principal Investigator*. An open label study of the Efficacy and Safety of Risperdal long acting Micropheres (Risperdal Consta) Administered once monthly in adults with Schizophrenia and Schizoaffective Disorder. Janssen Pharmaceutica, Inc.

*Principal Investigator*. A Phase II, Randomized, Placebo controlled study Evaluating the Safety and outcome of Treatment with Oral Ziprasidone in subjects with Mania. Pfizer

2001    *Principal Investigator*. A Randomized Trial of Oral Risperidone versus Intramuscular Haloperidol in the Emergency Treatment Of Acute Psychosis. Janssen Pharmaceutica, Inc.

*Principal Investigator*. A Multicenter, Double Blind, Randomized comparison of the efficacy and   safety of Quetiapine Fumarate (Seroquell) and Risperidone (Risperdal) in the Treatment of  patients with Schizophrenia.  AstraZeneca

CONFIDENTIAL
AZSER12777588

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 4*

2000        *Principal Investigator.*  A Multicenter, Randomized, double Blind, Placebo Controlled study of three fixed Doses of Aripiprazole In treatment of patients with Acute Schizophrenia.  Bristol Myers Squibb Co.

        *Principal investigator.* A Study of Flexible Doses of Aripiprazole versus Perphenazine in the Treatment of Patients with Treatment Resistant Schizophrenia. Bristol Meyers Squibb

1998        *Principal Investigator.*  A Prospective, Randomized, International Parallel Group Comparison of Clozaril/Leponex versus Zyprexa in the Reduction of Suicidality in Patients with Schizophrenia and Schizoaffective Disorder at Risk for Suicide. Novartis Pharma AG

        *Principal Investigator.*  Olanzapine Added to Mood Stabilizers in the Treatment of Bipolar Disorder.  Eli Lilly and Company

        *Principal Investigator.*  A Multicenter, Placebo and Active Control, Double-Blind, Randomized Study of the Efficacy, Safety and Pharmacokinetics of M100907 (10 and 20 mg/day) in Schizophrenic and Schizoaffective Patients (3001).  Hoechst Marion Roussel

        *Principal Investigator.*  A Multicenter, Open-Label, Long-Term Follow-up Safety Study of M100907 Tablets in Schizophrenic and Schizoaffective Subjects who Participated in Protocol M100907/3001 or Protocol M100907/3002. Hoechst Marion Roussel

1997        *Principal Investigator.*  Olanzapine Added to Mood Stabilizers in the Treatment of Bipolar Disorder.  Eli-Lilly and Company

        *Principal Investigator.*  A Double-Blind, Placebo Controlled, Haloperidol Referenced Study of the Safety and Efficacy of Three Doses of Iloperidone Administered to Schizophrenic Patients for 42 Days.  Titan Pharmaceuticals

        *Principal Investigator.*  Open-Label Trial for Quetiapine (Seroquel[TM]). Astra Zeneca Pharmaceuticals

        *Principal Investigator.*  An Open-Label Assessment of the Long-Term Safety of Iloperidone.  Titan Pharmaceuticals

1996        *Principal Investigator.*  A Multicenter, Open-Label, Long-Term Follow up, Safety Study of MDL100,907 in Schizophrenic and Schizoaffective Patients Who Participated in the Study M100907PR0015.  Hoechst Marion Roussel, Inc.

        *Principal Investigator.*  A Multicenter, Randomized, Double-Blind, Placebo and Active Controlled Study of MDL100,907 in Schizophrenic and Schizoaffective Patients. Hoechst Marion Roussel, Inc.

        *Principal Investigator.*  A Multicenter, Open, Randomized Comparison of ICI 204,636 (Seroquel[TM]) and Usual Care on Health Outcomes in Subjects with Schizophrenia and Schizoaffective Disorder.  Astra Zeneca Pharmaceuticals

CONFIDENTIAL
AZSER12777589

*Naveed Iqbal, M.D. -- page 5*

*Principal Investigator.* Placebo-Controlled Study of 8mg QD and 16mg QD Iloperidone (HP873) to Schizophrenic and Schizoaffective for 42 Days Followed by Open Label. Hoechst Marion Roussel, Inc.

*Principal Investigator.* A Multicenter, Open, Randomized, Comparison of IC1204,636 (Seroquel™) and Usual Care on Health Outcomes in Subjects with Schizophrenia and Schizoaffective Disorder. Astra Zeneca Pharmaceuticals

*Principal Investigator.* A Comparative Cost-Effectiveness Study of Depakote and Usual Care Versus Lithium and Usual Care in the Treatment of Bipolar Disorder. Abbott Laboratories

1995        *Principal Investigator.* Risperidone QD vs BID Dosing in Schizophrenia. Janssen Research Foundation

*Principal Investigator.* A Study of the Efficacy of 4 mg BID and 8 mg QD Iloperidone (HP 873) Administered to Schizophrenic and Schizoaffective Patients for 42 Days Followed by Open Label Treatment for One Year. Hoechst-Roussel Pharmaceuticals, Inc.

*Principal Investigator.* A Comparative Cost-Effective Study of Depakote and Usual care vs Lithium and Usual Care in the Treatment of Bipolar Disorder. Abbott Laboratories

*Principal Investigator.* Dose-Response Study in the Treatment of Negative Symptoms of Schizophrenia with Pramipexole. Upjohn Pharmaceutical Company

1993        *Principal Investigator.* A Randomized Double Blind Prospective Placebo Controlled, Parallel Group, Multi-Center Comparative Study of the Efficacy and Safety of MAR 3 27 in Institutionalized Schizophrenics. Sandoz Pharmaceutical Co.

*Principal Investigator.* Olanzapine versus Haloperidol in Treatment of Outpatient Schizophrenia and other Psychotic Disorders. Pharmaco.LSR

1992        *Principal Investigator.* CP-88059-1 versus Haldol versus Placebo in Treatment of Schizophrenia. Pfizer Pharmaceutical Co.

*Principal Investigator.* LY 170053 versus Placebo/Haloperidol in Treatment of Inpatient Schizophrenia. Lilly Research Laboratories

1991        *Co-Investigator.* Xanax S-R in Treatment of Panic Disorder. Upjohn Co.

*Consultant.* Amperozide for Treatment of Schizophrenia. Sandoz

1990        *Co-Investigator.* Halcion for Prozac Induced Insomnia. Upjohn Co.

1988        *Member, Investigator Team.* Continuation Phase for Fluvoxamine in Treatment of Panic Disorder. Reid Rowell

CONFIDENTIAL
AZSER12777590

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 6*

*Member, Investigator Team.*  Deracyn in Treatment of Atypical Depression.
Upjohn Co.

## Grants:

| | |
|---|---|
| 1995 - 1996 | Educator Award, Abbott Laboratories |
| 1996 | Education Grant, Janssen Pharmaceutica |
| 1995 | Education Grant, Janssen Pharmaceutica |
| 1994 | Education Grant, Janssen Pharmaceutica |
| 1993 | Grant Reviewer, Israel Science Foundation, Israel |
| 1992 - 1993 | American Suicide Foundation Grant |
| 1992 - Present | Several Pharmaceutical Clinical Trial Grants |
| 1991 - 1992 | SANDOZ Educational Grant |
| 1989 - 1991 | SANDOZ Grant, Schizophrenia Specialty Clinic |

## Teaching Experience:

| | |
|---|---|
| July 1990 - Present | Schizophrenia Research Supervision, Post Graduate Fellows, Psychologists and PGY III and IV Residents, Montefiore Medical Center/Albert Einstein College of Medicine |
| July 1988 - Present | Psychopharmacology Supervision, PGY I, PGY III, and PGY IV, Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, NY |
| November 1997 | Course Director, "Advances in Treatment of Schizophrenia" 5th Annual Schizophrenia Conference, The Albert Einstein College of Medicine, Presented at the Marriott Marquis, New York, NY |
| July 1997 | Psychopharmacology in the Emergency Room, PGY I, Montefiore Medical Center, Bronx, NY |
| May 1997 | Schizophrenia Update, Psychiatric Association Meeting, Presented at Lillian's Restaurant, Saratoga, NY |
| February 1997 | Olanzapine: "A New Antipsychotic", Bronx Psychiatric Center, Bronx, NY |

CONFIDENTIAL
AZSER12777591

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 7*

| | |
|---|---|
| February 1997 | New Atypical Antipsychotic Compounds in Treating Psychosis, New Jersey Tri-County APA Meeting, Presented at Manor Restaurant, Rutherford, NJ |
| January 1997 | New Atypical Antipsychotics, Presentation to Psychiatrists, Presented at Sammy's Restaurant, Staten Island, NY |
| November 1996 | Positive and Negative Syndrome Scale Training, Presented to Throggs Neck Mental Health Clinic and Federation Employment & Guidance Services, Bronx, NY |
| November 1996 | Clinical Approaches to Using Atypical Antipsychotics, Presentation to Psychiatrists, Scarletta Restaurant, New York, NY |
| November 1996 | Treating Psychosis in the New Millennium, APA Meeting, Syracuse, NY |
| October 1996 | Comorbidity of Schizophrenia, "Advances in the Treatment of Schizophrenia", 4th Annual Schizophrenia Conference of Albert Einstein College of Medicine. Presented at New York Hilton & Towers, NY, NY |
| April 1996 | Case Conference, PGY I, Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, NY |
| March 1996 | Case Conference, PGY II, Bronx Municipal Hospital Center Albert Einstein College of Medicine, Bronx, NY |
| March 1996 | Schizophrenia, PGY III, Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, NY |
| February 1996 | Course Director, "Managing of Violence" State of the Art, Science and Politics, Albert Einstein College of Medicine. Presented at Waldorf Astoria Hotel, NY, NY |
| October 1995 | Course Director, "Advances in the Treatment of Schizophrenia", 3rd Annual Schizophrenia Conference Albert Einstein College of Medicine, Presented at the Vista Hotel, NY, NY |
| October 1995 | Atypical Neuroleptics, Case Seminar PGY I, Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, NY |
| June 1995 | Overview of Psychopharmacology, Nurses Seminar, Montefiore Medical Center, Bronx, NY |
| April 1995 | Case Seminar, PGY III Case Seminar, Montefiore Medical Center, Albert Einstein College of Medicine, Bronx, NY |
| March 1995 | PGY IV Residents, Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, NY |

CONFIDENTIAL
AZSER12777592

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 8*

| | |
|---|---|
| October 1994 | Course Director, "Advances in the Treatment of Schizophrenia", Diagnosis and Phenomenology, 2nd Annual Schizophrenia Conference, Albert Einstein College of Medicine. Presented at the Rainbow Room, NY, NY |
| May 1994 | Moderator, "A Nightingale Cries: The Sufi Way" American Psychiatric Association Workshop, Philadelphia, PA |
| February 1992 | Course Director, Diagnosis and Phenomenology of Schizophrenia, The Biology and Treatment of Schizophrenia 1st Annual Schizophrenia Conference, Albert Einstein College of Medicine, presented at the Helmsley Hotel, NY |
| March 1992 | Serotonin Dysfunction in Schizophrenia, Research Seminar. Presentation, Albert Einstein College of Medicine |
| April 1991 | Advances in Treatment of Schizophrenia, presented at AMI/FAMI Meeting, Montefiore Medical Center |
| April 1991 | Towards Understanding Schizophrenia Research Advances. Presented at AMI/FAMI Meeting, Montefiore Medical Center, Bronx, NY |
| March 1991 | Psychotropic Medications Uses and Abuses, Phelps Memorial Hospital, Tarrytown, NY |
| August 1989 | Evaluation of Suicidal Behaviors in Medical Emergency Room Patients, presented to Montefiore Emergency Room CME Conference |
| July 1987 - June 1988 | Supervising Attending Psychiatrist for Research Fellows at Bronx Psychiatric Center, Albert Einstein College of Medicine, Bronx, NY |
| July 1984 - June 1986 | Course Coordinator, PGY I, PGY II, and PGY III, Harlem Hospital Center College of Physicians and Surgeons, New York, NY |
| February 1984 | Role of Day Hospital in Treatment of Acute Schizophrenia, Harlem Hospital Medical Center, New York, NY |
| July 1983 - June 1984 | Course Coordinator, Psychiatry for Physician Assistants, Harlem Hospital Center College of Physicians and Surgeons, New York, NY |

**Grand Rounds:**

| | |
|---|---|
| February 2003 | Geodon IM, Rockland Community Mental Health, Yonkers, NY |
| January 2003 | Aripiprazole, Lincoln Hospital, Bronx, NY |
| December 2002 | Geodon, South Bronx Mental Health, Bronx, NY |
| November 2002 | Schizophrenia Conference, New York, NY |

CONFIDENTIAL
AZSER12777593

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 9*

| | |
|---|---|
| October 2002 | BMS & Otsuka Launch Interactive Workshop, Orlando, Fl |
| October 2002 | Comorbidities of Schizophrenia, Metropolitan Hospital, New York, NY |
| September 2002 | Advancements in the Management of Schizophrenia, The Trackside Restaurant, Utica, NY |
| September 2002 | Geodon IM, Montefiore Medical Center, Bronx, NY |
| August 2002 | Advancements in the Management of Schizophrenia, Bulls Head Inn, Campbell Hall, NY |
| July 2002 | Geodon IM, F.E.G.S., Bronx, NY |
| June 2002 | Binge Eating Disorder Consultants Conference, The Ritz Carlton, NY, NY |
| June 2002 | Geodon IM, Phelps Memorial Hospital, Tarrytown, NY |
| May 2002 | Antipsychotic Efficacy Uncompromised by Disturbing Side Effects, presented at Kansas University Medical Center, Kansas City, KS; Brainerd Regional Treatment Center, Brainerd, MN and North Dakota State Hospital, Jamestown, ND |
| May 2002 | Optimal Management of Behavior & Symptoms Associated with Psychosis, presented at The Pier Restaurant, Ottertail, MN; Park Ave Café, NY, NY and St. Laurence Hospital, Bronxville, NY |
| May 2002 | Geodon IM, Montefiore Medical Center, Bronx, NY |
| May 2002 | Ziprasidone, Montefiore Medical Center, Bronx, NY |
| May 2002 | Advances in the Treatment of Schizophrenia, St. Laurence Hospital, Bronxville, NY |
| April 2002 | Ziprasidone, presented at Bronx Psychiatric Center, Bronx, NY and Rockland Psychiatric Center, New Rochelle, NY |
| April 2002 NY | Strategies for Controlling Psychotic Symptoms, St. Clares Hospital, NY, |
| April 2002 | Advances in the Treatment of Schizophrenia, presented at New York University, New York, NY and Jewish Home and Hospital, Bronx, NY |
| April 2002 | Ziprasidone, Harlem Hospital, New York, NY |
| April 2002 | First Line Therapy for Control of Psychiatric Disorders, Monery Bay Fish Grouto Restaurant, Pittsburg, PA |
| April 2002 | Zodiac Ziprasidone Investigator Meeting, Grand Hyatt Hotel, NY, NY |

CONFIDENTIAL
AZSER12777594

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 10*

| | |
|---|---|
| March 2002 | Practical Recommendations for Managing Schizophrenia. Presented at E.B. Green's, Buffalo, NY and Buffalo Psychiatric Center, Buffalo, NY |
| March 2002 | Optimal Management of Psychosis and Agitation In the Elderly, Somerset, NJ |
| March 2002 | Janssen CNS Summit, Amelia, Fl |
| February 2002 | Advances in the Treatment of Schizophrenia, Queens Hospital.  East Elmhurst, NY |
| February 2002 | Optimal Management of Psychosis and Agitation in the Elderly,  St. Vincent's Hospital, Staten Island, NY |
| January 2002 | Pharmacologic Considerations in the Behavioral Disturbances in the Elderly, South Beach Psychiatric, Staten Island, NY |
| January 2002 | Ziprasidone, Stanhope Park Hyatt, New York, NY |
| January 2002 | Optimal Management of Psychosis and Agitation in the Elderly, Portofino Restaurant, City Island, NY |
| December 2001 | Optimal Management of Psychosis and Agitation in the Elderly, presented at The Pier, Ottertail, MD; St. John's Episcopal Hospital, Queens, NY and Jamestown State Hospital, Jamestown, ND |
| November 2001 | New Treatment Options for Mood Stabilization, presented at St. Paul Hotel, St. Paul, MN; La Palma Restaurant, Coral Gables, FL; Green Hill Inn, Reading, PA; Artichoke Café, Albuquerque, NY and Stoneforge, Raynham, MA |
| November  2001 | Novel Antipsychosis and Beyond, Sheraton Syracuse University Hotel, Syracuse, NY |
| November 2001 | Antipsychotic Efficacy Uncompromised by Disturbing Side Effects, Le Relais Restaurant, Louisville, KY |
| November 2001 | Pfizer Advisory, The Mark, New York, NY |
| November 2001 | New treatment Options for Mood Stabilization, Market Place Grill, Erie, PA |
| November 2001 | New Treatment Options for Mood Stabilization, Bella Cucina, New Hartford, NY |
| November 2001 | New Treatment Options for Mood Stabilization, Opus One, Detroit, MI |

CONFIDENTIAL
AZSER12777595

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 11*

| | |
|---|---|
| October 2001 | Optimal management of Psychosis and Agitation in the Elderly, Bergen Regional Medical Center, Paramus, NJ |
| October 2001 | New Treatment Options for Mood Stabilization, presented at Rocco's Ceredo, WV; Strawberry Hill, Lancaster, PA and Manhattan Ocean Club, New York, NY |
| October 2001 | New Treatment Options for Mood Stabilization, Hilton Harrisburg and Towers, Harrisburg, PA |
| October 2001 | Antipsychotic Efficacy Uncompromised by Disturbing Side Effects, presented at Mario's Restaurant, Bronx, NY and Crowne Plaza La Guardia, East Elmhurst, NY |
| October 2001 | Optimal Management of Psychosis and Agitation In the Elderly, Auereole, New York, NY |
| September 2001 | New Treatment Options for Mood Stabilization, Holiday Inn Crown Plaza, La Guardia, NY |
| September 2001 | New Treatment Options for Mood Stabilization, Book Binders, Richmond, VA |
| September 2001 | A Review of Options to Control Psychotic Disorders, Le Titi De Paris, Arlington Heights, IL |
| September 2001 | Antipsychotic Efficacy Uncompromised by Side Effects.  Woodlands Center, Wilmar, MN |
| September 2001 | Advances in the Treatment of Schizophrenia and Related Disorders, Anaheim Hilton Hotel and Towers, Anaheim, CA |
| August 2001 | New Treatment Options for Mood Stabilization, presented at Omni Newport News Hotel, Newport New, VA and Pasti's, Hartford, CT |
| August 2001 | Antipsychotic Efficacy Uncompromised by Disturbing Side Effects, Mental Health Center, Mason City, IA |
| August 2001 | Reminyl Opinion Leader Advisory Board Meeting, The Ritz Carlton, Washington, DC |
| July 2001 | New Treatment Options for Mood Stabilization, presented at Kansas City Prime, Philadelphia, PA; Red Lion Inn, Stockbridge, MA and Oliver's Restaurant, Buffalo, NY |
| July 2001 | Optimal Management of Psychosis & Agitation in the Elderly, Capital Region, Hartford, CT |

471

CONFIDENTIAL
AZSER12777596

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 12*

| | |
|---|---|
| July 2001 | New Treatment Options for Mood Stabilization, Cavey's Restaurant, Manchester, CT |
| June 2001 | Schizophrenia, Good Samaritan Hospital, Suffern, NY |
| June 2001 | Optimizing Treatment of Schizophrenia, Queens Hospital, Jamaica, NY |
| June 2001 | Ziprasidone, St. Vincent's Hospital, Harrison, NY |
| May 2001 | New Treatment Options for Mood Stabilization, Polo Grille, New Haven, CT |
| May 2001 | Treatment Refractory, St. Peter Regional Treatment Center, St. Peter, MN |
| May 2001 | Antipsychotic Efficacy Uncompromised by Side Effects, Western State Hospital, Staunton, VA |
| May 2001 | Ziprasidone, Greenwich, CT |
| May 2001 | APA 2001, New Orleans, LA |
| May 2001 | Managing Schizophrenia, Raising the Standard of Care, Tomah Veterans Administration, Tomah, WI |
| May 2001 | Update on Ziprasidone, Bronx Lebanon Hospital, Bronx, NY |
| April 2001 | Optimal Management of Psychosis & Agitation in the Elderly, The River Café, Brooklyn, NY |
| April 2001 | Optimizing Treatment in Schizophrenia, presented at SUNY Downstate Medical Center, Brooklyn, NY and Brookdale Hospital Medical Center, Brooklyn, NY |
| April 2001 | Update on Ziprasidone, Hunts Point Multi Services, Bronx, NY |
| April 2001 | Antipsychotic efficacy Uncompromised by Side Effects, Pyramid Counseling Center, Minnetonka, MN |
| April 2001 | Antipsychotic Efficacy Uncompromised by Side Effects, The Butler House, Mankato, MN |
| April 2001 | Update on Geodon, a New Atypical Antipsychotic Medication, Bronx Psychiatric Center, Bronx, NY |
| April 2001 | Update on Ziprasidone, presented at Lincoln Hospital, Bronx, NY; Fordham Tremont Mental Health, Bronx, NY; Bronx VA Hospital, Bronx, NY and King's Carriage House, New York, NY |

CONFIDENTIAL
AZSER12777597

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 13*

| | |
|---|---|
| March 2001 | Refining New Treatment Modalities in Schizophrenia, presented at Hartford, CT; Papillion, Freemont, CA; Regions Hospital, St. Paul, MN; the Madison, Long Beach, CA; Accomac Inn, Wrightsville, PA; Spring Harbor Hospital, South Portland, ME; Harraseeket Inn, Freeport, ME; the New Moon Café, Bangor, ME; Ulser County Mental Health, Kingston, NY; Minerva's Restaurant, Sioux Falls, SD; Girard Medical Center, Philadelphia, PA; Hall Mercer Hospital, Philadelphia, PA; Bergson, Boston, MA; Kali's Court, Baltimore, MD and the Mansion at Griffin Gate, Lexington, KY |
| March 2001 | Management & Treatment of Schizophrenia, South Bronx Mental Health, Bronx, NY |
| March 2001 | Update on Ziprasidone, Middletown, NY |
| March 2001 | Optimal Management of Psychosis & Agitation in the Elderly, La Guardia Marriott, Queens, NY |
| February 2001 | Refining New Treatment Modalities in Schizophrenia, presented at Chalet Brandt Restaurant, Baton Rouge, LA; Panama Hatties, Huntington Station, NY; Susanna Foo Restaurant, Philadelphia, PA; Ruth's Chris Steak House, Annapolis, MD; Radisson Hotel, St. Clouds, MN and Aquavit, Minneapolis, MN |
| February 2001 | Advances in the Treatment of Schizophrenia, Lincoln Hospital, Bronx, NY |
| February 2001 | Janssen CNS Summit 2001, Hyatt Regency Scottsdale at Gainey Ranch, Scottsdale, AZ |
| January 2001 | Refining New Treatment Modalities in Schizophrenia, Northeast Human Service Center, Grand Forks, ND; Season at Rose Creek, Fargo, ND; Johnny's, Cleveland, OH and Waterfront South Beach Grill, Covington, KY |
| January 2001 | Schizophrenia Update, Harlem Hospital, New York, NY |
| January 2001 | Atypical Use in Schizophrenia and Bipolar, presented at Cooper County Mental Health, Houghton, WI and Norwoods Guidance Clinic, Rhinelander, WI |
| January 2001 | Impaired Glucose and Diabetes in Schizophrenia, Mc Lean Hospital, Belmont, MA |
| January 2001 | Functional Outcomes in Schizophrenia, UMMC Medical School Building, Belmont, MA |
| January 2001 | Diabetes in Schizophrenic Population, Pilgrim Psychiatric Center, Brentwood, NY |

CONFIDENTIAL
AZSER12777598

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 14*

| | |
|---|---|
| December 2000 | Advances in the Treatment of Schizophrenia, LIMAJ, Providence, RI |
| December 2000 | Refining New Treatment Modalities in Schizophrenia, presented at Mansion at Griffin Gate, Newton Pike, KY and Maisonette, OH |
| December 2000 | Optimal Management of Psychosis and Agitation in the Elderly, Diwan Grill, New York, NY |
| December 2000 | Use of Atypicals in Schizophrenia, Mezza Nine, Arlington, VA |
| December 2000 | Risperdal's Efficacy n Treating Schizophrenia, presented at St. Elizabeth's Hospital, Boston, MA and Texas Tech Medical Center, El Paso, TX |
| December 2000 | Refining New Treatment Modalities in Schizophrenia, Palm Restaurant, Boston, MA |
| November 2000 | Practical guidelines for the Use of Antipsychotics, St. John's Episcopal Hospital, Far Rockaway, NY |
| November 2000 | Refining New Treatment Modalities in Schizophrenia, presented at Susanna Foo Restaurant, Philadelphia, PA and Tellers Restaurant, Islip, NY |
| November 2000 | Updated Treatment in Schizophrenia, presented at Sheppard Pratt, Columbia, MD and Vasta, Inc., Forestville, MD |
| November 2000 | Schizophrenia, Normandy Farms, Potomac, MD |
| November 2000 | Comorbidity in Schizophrenia, Howard University Hospital Washington, DC |
| November 2000 | New Antipsychotics: Clinical Update in Pharmacology and Psychosis , Phillipe on Locust, Philadelphia, PA |
| November 2000 | Comparative Analysis of Atypical, Friends Hospital, Philadelphia, PA |
| November 2000 | Atypical Antipsychotics, Dominion Hospital, Falls Church, VA |
| October 2000 | Optimal Management of Psychosis and Agitation in the Elderly, The Water Club, New York, NY |
| October 2000 | Refining New Treatment in Schizophrenia, presented at Morton's of Chicago, Philadelphia, PA; Claremont Resort, Berkeley, CA; Ruth's Chris Steak House, Midlothian, VA; Tribeca Grill, New York, NY; Carver's Restaurant, Centerville, OH and Bennets on the Lake, Duluth, MN |
| October 2000 | Schizophrenia, presented at Trinity Springs Hospital, Witchita Falls, TX and Tarrant County Hospital, Forth Worth, TX |

474

CONFIDENTIAL
AZSER12777599

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 15*

| | |
|---|---|
| September 2000 | Novel Antipsychotics, General Psychiatric Hospital, San Juan, PR |
| September 2000 | Advances in Schizophrenia, presented at Capestrano Hospital, San Juan, PR and Nono Restaurant, San Juan, PR |
| September 2000 | Side Effects of Atypical: New Advances, Misitio Familiar, San Juan, PR |
| September 2000 | Recent Development in the Treatment of Psychosis, Terrace on the Park, Corona, NY |
| September 2000 | Antipsychotics, Sitar Restaurant, Huntington Station, NY |
| September 2000 | Schizophrenia, Holiday Inn Crowne Plaza, Queens, NY |
| September 2000 | Grand Round, Westside VA; Hines, VA; Hines, FL and Giocco, Chicago, IL |
| August 2000 | Psychotropic Meds in Elderly, Allentown VA Outpatient Center, Allentown, PA |
| July 2000 | Schizophrenia, Mankato, MN |
| June 2000 | Update on Efficacy and Safety, Binghamton General Hospital, Binghamton, NY |
| June 2000 | Optimal Management of Psychosis and Agitation in the Elderly, Seton Hall, South Orange, NJ |
| June 2000 | Atypical Antipsychotics, Brockton, Multi Service Center, Brockton, MA |
| May 2000 | Advance treatment of Schizophrenia, Savona Gulph Mills, PA |
| May 2000 | APA 2000, Chicago, IL |
| May 2000 | Update on Treatments of Schizophrenia and Comorbidity of Schizophrenia, Allentown State Hospital, Allentown, PA |
| May 2000 | Update on Management and Treatment of Psychosis, Lincoln Hospital and Mental Health Center, Bronx, NY |
| April 2000 | Switching Strategies, Bedford Stuy Mental Health Clinic, Brooklyn, NY |
| April 2000 NY | The Implications of the New Antipsychotics, Metropolitan Hospital, NY, |
| April 2000 | Comparison of Atypicals, FEGS Clinic, Bronx, NY |
| March 2000 | Psychosis and Treatment Options, Splash Bar and Grill, Des Moines, IA |

CONFIDENTIAL
AZSER12777600

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 16*

| | |
|---|---|
| March 2000 | Treatment Options of Schizophrenia, Orchard Place, Des Moines, IA |
| March 2000 | Innovation in the Treatment of Psychosis, The Olde Broom Factory, Cedar Falls, IA |
| March 2000 | Comparison of Atypical Antipsychotics, presented at Maldaners Restaurant, Springfield, IL; Peoria, Il and Chicago, IL |
| March 2000 | Janssen National Speaker Advisory Forum, The Little America Hotel, Salt Lake City, UT |
| March 2000 | Comorbidity of Schizophrenia, presented at Hall Mercer, Philadelphia, PA; Brasserie Perrier, Center City, PA; Medical College of PA, Philadelphia, PA and South Beach Psychiatric Hospital, Staten Island, NY |
| March 2000 | Efficacy in Psychosis, Tri-City Mental Health, Lynn, MA |
| March 2000 | Comorbidity in Schizophrenia and Implications of New APS, PGNS, Lynn, MA |
| March 2000 | Efficacy and Safety of Antipsychotics, Neumann Medical Center, Philadelphia, PA |
| March 2000 | Recent Development in Treatment of Psychosis, L'Auberge, Dayton, OH |
| March 2000 | Efficacy in Psychosis, Tri-City Mental Health, Lynn, MA |
| March 2000 | National Speaker Advisory Forum, The Little American Hotel, Salt Lake City, UT |
| March 2000 | Schizophrenia, Dayton VA, Dayton, OH |
| March 2000 | Schizophrenia Update, Bronx-Lebanon, Bronx, NY |
| March 2000 | Department of Psychiatry and Behavioral Sciences Overview of Research, Montefiore Medical Center, Bronx, NY |
| March 2000 | Atypicals, Cleveland Playhouse, Cleveland, OH |
| February 2000 | Janssen CNS Summit 2000, Hyatt Regency, Scottsdale, AZ |
| February 2000 | Comorbidity in Schizophrenia and Implications of the New Atypical, Woodhull Medical Center, Brooklyn, NY |
| February 2000 | Advances in the Treatment of Schizophrenia, Montefiore Medical Center, Bronx, NY |
| February 2000 | Atypicals, St. Barnabas Hospital, Bronx, NY |

CONFIDENTIAL
AZSER12777601

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 17*

| | |
|---|---|
| February 2000 | Comorbidity in Schizophrenia, St. Vincent's Hospital, Staten Island, NY |
| January 2000 | Comorbidity in Schizophrenia, Elizabeth General Hospital, Elizabeth, NJ |
| January 2000 | New Treatment Updates in Schizophrenia, Morristown Memorial Hospital, Morristown, NJ |
| December 1999 | Update on Safety and Efficacy of Atypical Antipsychotics and their Therapeutic Potential, Queens General Hospital, Queens, NY |
| December 1999 | Comparison of Atypicals, Community Centers for Mental Health, Englewood, NJ |
| November 1999 | Practical Guidelines for the Use of Antipsychotics, La De'tente, East Elmhurst, NY |
| November 1999 | Comparison of Atypicals, Care Plus Community Mental Health Center, Paramus, NJ |
| November 1999 | Antipsychotics, Chilton Hospital, Wayne, NJ |
| October 1999 | Schizophrenia Conference 1999, New York, NY |
| October 1999 | Janssen Pharmaceutica's PsychScape (Risperdal) Visiting Faculty Program, Geriatric Speaker Reunion Meeting, New York, NY |
| October 1999 | Seroquel Regional Advisory Board Meeting, New York, NY |
| October 1999 | Comorbidity, Brooklyn VA Medical Center, Brooklyn, NY |
| October 1999 | Cognitive Issues in the Treatment of Schizophrenia, North Central Counsel, Enfield, CT |
| September 1999 | Management of Agitation and Psychosis in the Elderly, Kingsboro Psychiatric Center, Brooklyn, NY |
| September 1999 | Comparison of Atypical Antipsychotics, Elmhurst Hospital, Portland, CT |
| August 1999 | Schizophrenia for Research and Development, New York State Institute, Staten Island, NY |
| August 1999 | Novel Antipsychotics, presented at Brecksville VA, Brecksville, OH; Northcoast Behavioral Health Services, Northfield, OH and University Hospital of Cleveland, Cleveland, OH |
| August 1999 | Comparison of Atypicals, Natchaug Hospital, Mansfield, CT |
| July 1999 | Management of Agitation and Psychosis in the Elderly, Kings County Hospital, Brooklyn, NY |

CONFIDENTIAL
AZSER12777602

*Naveed Iqbal, M.D. -- page 18*

| | |
|---|---|
| June 1999 | Geriatric Psychosis and Managing Challenging Side Effects, Hanover Marriott, Whippany, NJ |
| June 1999 | Implications of the New Antipsychotic on Patient Lives, Bronx-Lebanon Hospital, Bronx, NY |
| June 1999 | Comorbidity of Schizophrenia, Lincoln Hospital, Bronx, NY |
| June 1999 | Cognition, Overlook Hospital, Summit, NJ |
| June 1999 | Practical Guidelines for the Use of Antipsychotics, Cite, New York, NY |
| June 1999 | RIS 112, Northeast Ohio Health Services, Beachwood, OH |
| May 1999 | Practical Guidelines for Use of Psychotropic Medications in Elderly, Hekemian Conference Center, Hackensack, NJ |
| May 1999 | Geriatric Psychosis and Managing Challenging Side Effects, Indianapolis Marriott North, Indianapolis, IN |
| May 1999 | Comparison of Atypicals and Cognition, Kingsboro Psychiatric Center, Brooklyn, NY |
| May 1999 | Comparison of Atypical Antipsychotics, Interfaith Medical Center, Brooklyn, NY |
| May 1999 | Cognition, Tacoma VA and Tacoma, WA |
| May 1999 | Novel Antipsychotics/RIS 112, Western State Hospital, Lakewood, WA |
| May 1999 | Treating Resistant Schizophrenia, City Steam, Hartford, CT |
| May 1999 | Comorbidity in Schizophrenia, Capital Regional Mental Health Center, Hartford, CT |
| May 1999 | Resistant Schizophrenia, Creadmore State Hospital, Queens Village, NY |
| April 1999 | RIS 112/Comorbidity, Hillside Hospital, Glen Oakes, NY |
| April 1999 | Suicide in Schizophrenia, Brookdale Hospital, Brooklyn, NY |
| April 1999 | RIS 112, Danbury Hospital, Danbury, CT; St. Mary's Hospital, Passaic, NJ; Ritz Carlton, Cleveland, OH and Akron General Hospital, Akron, OH |
| April 1999 | Comorbidity in Schizophrenia, Harlem Hospital, NY, NY |
| *April 1999* | Switching Strategies with Atypical Antipsychotics, South Bronx Mental Health Council, Bronx, NY |

CONFIDENTIAL
AZSER12777603

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 19*

| | |
|---|---|
| April 1999 | Cognition, Kirkbride Center, Philadelphia, PA |
| April 1999 | Dementia, Preakness Geriatric Hospital, Wayne, NJ |
| March 1999 | Antipsychotics, St. Johns Episcopal Hospital, Far Rockaway, NY |
| March 1999 | Comorbidity and Schizophrenia, presented at St. Vincent's Medical Center, Staten Island, NY; Brooklyn Veterans Administration, Brooklyn, NY and Food for Thought Restaurant, Marlton, NJ |
| February 1999 | Challenges and Treatment of Schizophrenia, Kingsboro Psychiatric Center, Brooklyn, NY |
| February 1999 | Medical Comorbidity, Kings County Hospital, Brooklyn, NY |
| February 1999 | Comorbidity in Schizophrenia, Pilgrim Psychiatric Center, West Brentwood, NY |
| February 1999 | Treatment Resistant Schizophrenia, Bergen Regional Medical Center, Paramus, NJ |
| February 1999 | RIS 112, Avon Old Farms Inn, Avon, CT |
| January 1999 | Recent Developments in the Treatment of Psychosis, South Bronx Mental Health Council, Bronx, NY |
| January 1999 | Role of Cognition in Schizophrenia, Harrisburg, PA |
| October 1998 | Comorbidity in Schizophrenia, Roundtable Discussion, Clifton, NJ and VA Hospital, Knoxville, IA |
| October 1998 | Practical Guidelines for Antipsychotic, Ohio State University Meeting at Buckeye Café, Columbus, OH |
| October 1998 | Comparing Atypicals, Buffalo, NY |
| October 1998 | Psych Patient from ER to Inpatient Ward, Presentation to Hospital Reps at Marriott Hotel, Newark Airport, NJ |
| September 1998 | Comorbidity in Schizophrenia, presented at Nassau County Medical Center, East Meadow, NY and Our Lady of Mercy Medical Center, Bronx, NY |
| September 1998 | Implications of New Antipsychotics, South Bronx Mental Health Center, Bronx, NY |
| September 1998 | Practical Guidelines for the use of Antipsychotics, Janssen Symposium, Allentown, PA |

CONFIDENTIAL
AZSER12777604

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 20*

| | |
|---|---|
| July 1998 | Treating Elderly with Newest Antipsychotics, Crozer-Chester Medical Center, Chester, PA |
| July 1998 | Suicide in Schizophrenia, Kirkbride Center, Philadelphia, PA |
| July 1998 | Treatment of Schizophrenia, Horndorset Restaurant, Utica, NY |
| June 1998 | Schizophrenia Update, presented at Jacobi Medical Center, Bronx, NY and Valley Hospital, Ridgewood, NJ |
| June 1998 | Update on Novel Antipsychotics, NYU Medical Center, New York, NY |
| May 1998 | Comorbidity in Schizophrenia, Elmhurst Hospital, Elmhurst, NY and HIP, Brooklyn, NY |
| May 1998 | Update on Schizophrenia, Fordham Tremont Treatment Center, Bronx, NY |
| May 1998 | Comorbidity and Polypharmacology in Schizophrenia, Norristown State Hospital, Norristown, PA |
| April 1998 | Treatment of Psychoses: A Clinician's Perspective, presented at VA Hospital, Leavenworth, KS and American Restaurant, Kansas City, MO |
| March 1998 | The Neurobiology of Schizophrenia, Dutchess County APA Meeting, Le Chambord Restaurant, Fishkill, Carmel, PA |
| March 1998 | Atypical Antipsychotics, Schizophrenia Society, Tuscalusa, AL |
| March 1998 | Nosology, Phenomenology and Neurobiology of Schizophrenia, Schizophrenia Society, Tuscalusa, AL |
| March 1998 | New Antipsychotics, Cabrini Hospital, New York, NY |
| March 1998 | The Implications of the New Antipsychotics, Brasserie Perrier Restaurant, Philadelphia, PA |
| February 1998 | New Implications in the Treatment of Schizophrenia, Queens Hospital, Jamaica, NY |
| February 1998 | Cognitive Deficits in Schizophrenia, F.E.G.S, Bronx, NY |
| January 1998 | New Implications for Treatment with Atypical Antipsychotics with a Focus on Cognitive Outcomes, Our Lady of Mercy CMHC, Bronx, NY |
| November 1997 | New Treatments of Schizophrenia, St. Johns Episcopal Hospital, Far Rockaway, NY |
| November 1997 | Treatment of Schizophrenia on Outpatient Basis - Part II, Harlem Hospital, New York, NY |

CONFIDENTIAL
AZSER12777605

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 21*

| | |
|---|---|
| October 1997 | Treatment of Schizophrenia on Outpatient Basis - Part I, Harlem Hospital, New York, NY |
| October 1997 | Update on Novel Antipsychotics, Meadowlands Hospital, Secaucus, NJ |
| October 1997 | Advances in the Treatment of Schizophrenia, Valley Forge Park Ridge Hotel, King of Prussia, PA |
| September 1997 | The Implications of the New Antipsychotics on Patient's Lives, Stanford Hospital, Stanford, CT |
| September 1997 | Update on Newer Antipsychotics, Manchester Memorial Hospital, Manchester, CT |
| July 1997 | Schizophrenia Update, Eugenia Hospital, Lafayette Hills, PA |
| June 1997 | Update on Novel Antipsychotics, Community Mental Health Clinic, Brooklyn, NY |
| June 1997 | Update on Treatments in Schizophrenia, Montefiore Medical Center, Bronx, NY |
| June 1997 | The Implications of the New Antipsychotics on Patient's Lives, The Log Cabin Banquet and Meeting House, East Hampton, ME |
| June 1997 | Practical Guidelines for the Use of Antipsychotics, The Log Cabin Banquet and Meeting House, East Hampton, ME |
| May 1997 | Update on Treatments in Schizophrenia, Ellis County Mental Health Clinic, Schenectady, NY |
| May 1997 | Update on Treatments in Schizophrenia, Albany County Mental Health Clinic, Albany, NY |
| May 1997 | New Treatments in Schizophrenia, Northwest Covenant Medical Center, Denville, NJ |
| April 1997 | Update on Novel Antipsychotics, Coney Island Hospital, Brooklyn, NY and Brooklyn Veterans Administration Medical Center, Brooklyn, NY |
| April 1997 | Comorbidity of Schizophrenia, East Orange Veterans Administration Medical Center, East Orange, NJ |
| April 1997 | New Antipsychotics, Psychiatric Society of Atlanta, Omni Hotel, Atlanta, GA |
| March 1997 | New Atypical Antipsychotics, Pilgrims Psychiatric Center, Long Island, NY |

CONFIDENTIAL
AZSER12777606

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 22*

| | |
|---|---|
| February 1997 | Update on Serotonin Dopamine Antagonisms, Kingsboro Psychiatric Center, Brooklyn, NY and Federation Employment and Guidance Services, Brooklyn, NY |
| February 1997 | New Atypical Antipsychotics, Overlook Medical Center, Summit, NJ |
| February 1997 | New Treatments with Atypical Antipsychotics, Staten Island University Medical Center, Staten Island, NY |
| February 1997 | Comorbidity of Schizophrenia, Our Lady of Mercy Medical Center, Bronx, NY |
| February 1997 | Managing Side Effects of Different Antipsychotics, Mount Carmel Psychiatric Center, Trenton, NJ |
| January 1997 | Neurobiology of Schizophrenia, Beth Israel Medical Center, NY, NY |
| January 1997 | New Treatments for Schizophrenia: Dosing Issues of Taking Patients Off Older Medications to Newer Medications, New York Hospital Cornell, White Plains, NY |
| December 1996 | Newer Antipsychotics, Harlem Hospital, New York, NY |
| November 1996 | Neurobiology of Schizophrenia, Beth Israel Medical Center, NY, NY |
| November 1996 | Practical Guidelines for Use of Psychotropics in the Elderly, St. Joseph's Hospital, MI |
| November 1996 | New Antipsychotics in Schizophrenia, Bayley Seton, Staten Island, NY |
| November 1996 | Introduction to Olanzapine, Nassau County Medical Center, Long Island, NY |
| October 1996 | Schizophrenia: Update on Etiology and Newer Psychopharmacotherapies, Capital District Psychiatric Center, Albany, NY |
| October 1996 | New Antipsychotics, Marlboro Psychiatric Hospital, Marlboro, NJ |
| September 1996 | Comorbidity of Schizophrenia, Bergen Pines Hospital, Paramus, NJ and Essex County Hospital, Cedar Grove, NJ |
| June 1996 | New Antipsychotics Focused on Risperidone, Pilgrims Psychiatric Center, Long Island, NY |
| April 1996 | Comorbidity of Schizophrenia, St. Vincent's Hospital, Staten Island, NY |
| April 1996 | Advances in the Treatment of Schizophrenia, Harlem Hospital, NY, NY |
| March 1996 | Comorbidity of Schizophrenia, Coney Island Hospital, Long Island, NY |

CONFIDENTIAL
AZSER12777607

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 23*

| | |
|---|---|
| March 1996 | Biology of Schizophrenia, Beth Israel Medical Center, NY, NY |
| October 1995 | Current Treatment Strategies with Atypical Antipsychotics: Pharmaco Economic Considerations, Gwyneded and Allentown, PA |
| October 1995 | Newer Treatments in Schizophrenia, Norristown State Hospital, Norristown, PA |
| June 1995 | Atypical Neuroleptics, Soundview Throggs Neck, Bronx, NY |
| June 1995 | Negative Symptoms, North General Hospital, Queens, NY |
| April 1995 | Treatment of Negative Symptoms in Schizophrenia, Jersey City Hospital, Jersey City, NJ |
| January 1995 | The Neurobiology of Psychosis, Beth Israel Medical Center, NY, NY |
| December 1994 | Psychological Management of Schizophrenia, Beth Israel Medical Center, Bronx, NY |
| December 1994 | Atypical Neuroleptics, St. Elizabeth's General Hospital, NJ |
| November 1994 | Psychobiology of Schizophrenia, Beth Israel Medical Center, Bronx, NY |
| August 1994 | Treating Schizophrenia, Jinnah Postgraduate Medical College, Karachi, Pakistan |
| June 1994 | Atypical Neuroleptics, Middletown Psychiatric Hospital, NY |
| June 1994 | Advances in the Treatment of Schizophrenia, Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, NY |
| May 1994 | Risperidone: A Novel Atypical Antipsychotic, State University of New York, Syracuse, NY |
| April 1994 | Advances in the Treatment of Schizophrenia, Our Lady of Mercy Hospital, Bronx, NY |
| April 1992 | Serotonin Dysfunction in Psychiatric Disorders, Harlem Hospital Medical Center, New York, NY |

**Publications:**

Asnis GM, Iqbal N, Harkavy Friedman JM, Cooper TB, Miller AH, van Praag HM, Lemus CZ. Single Visit DST: A Solution to the DST Controversy. Presented at ACNP Annual Meeting, 1987.

Kahn RS, Iqbal N, van Praag HM. Serotonin and Mental Disorders. Presented at Canadian Psychiatric Association Meeting, 1987.

CONFIDENTIAL
AZSER12777608

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 24*

Kahn RS, Iqbal N, van Praag, HM.  Serotonergic Mechanisms in Depression and Anxiety

Asnis GM, Lewis C, Halbreich U, Miller AH, Kahn RS, Iqbal N.  The Desipramine Cortisol Test in Depression.  Presented at APA Chicago, 1987.

Asnis GM, Harkavy Friedman JM, Kahn RS, Miller AH, van Praag HM, Iqbal N.  Desipramine Test: Depression and Panic Disorder.  Presented at APA Quebec, Canada, 1988.

Iqbal N, Asnis GM, Harkavy Friedman JM, van Praag HM.  Single Visit DST.  Presented at APA New Research, 1988.

Iqbal N, Asnis GM, Harkavy Friedman JM, van Praag HM.  Single Visit DST.  Presented at Society of Biological Psychiatry, 1988.

Iqbal N, Bajwa WK, Asnis GM.  The Role of Norepinephrine in Depression. *Psych Annals*, 1989, 19:354-359.

Asnis GM, Harkavy Friedman JM, Miller AH, Iqbal N, Lo EI, Halbreich U, Lemus CZ, van Praag HM.  Plasma Dexamethasone and Cortisol Levels in Depressed Outpatients. *Am J Affect Dis* 1989, 16:5-10.

Asnis GM, Harkavy Friedman JM, Iqbal N, Kring B.  An OPD Survey of Suicidal Behaviors.  Presented at APA, 1989.

Asnis GM, Harkavy Friedman JM, Iqbal N, Bajwa WK, Kalus O, Rubinson E, van Praag HM, Cooper TB.  The Drug Free Period:  A Methodological Issue. *Biol Psychiatry*, 1990, 27: 657-660.

Bajwa WK, Asnis GM, Sanderson WC, Iqbal, N.  High Cholesterol in Panic Disorder: Complication or Artifact?  Presented at APA New Research, New York, 1990.

Iqbal N, van Praag HM, Asnis GM, Kay SR, Wetzler S,  Kahn RS.  MCPP Challenge Test in Schizophrenia.  Presented at APA New Research, New York, May, 1990.

Iqbal N, Asnis GM, Wetzler S, Kahn RS, Kay SR, van Praag HM.  MCPP Challenge Test in Schizophrenia, Behavioral and Hormonal Responses." *Biol Psychiatry*, 1991, 30:770-778.

Iqbal N, Asnis GM, Wetzler S, Kay SR, van Praag HM.  The Role of Serotonin in Schizophrenia, New Findings." *Schiz Research*, 1991, 5:181-182.

Iqbal N, Asnis GM, Wetzler S, Kahn RS, Kay SR, van Praag HM.  The MCPP Challenge Test in Schizophrenia Hormonal and Behavioral Responses.  Proceedings of the World Congress of Biological Psychiatry, 1991.

Iqbal N, van Praag HM, Asnis GM, Wetzler S, Schwartz BJ, Kahn RS.  Serotonin Dysfunction in Schizophrenia.  Presented at APA New Research, New Orleans, 1991.

Kalus O, Asnis GM, Rubinson E, Kahn RS, Harkavy Friedman JM, Iqbal N, Grosz D, van Praag HM, Cahn W.  Desipramine Treatment in Panic Disorder. *J Affect Dis*, 1991, 21:239-244.

CONFIDENTIAL
AZSER12777609

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 25*

Van Praag HM, Iqbal N, Asnis GM, Lindenmayer JP. Serotonergic Dysfunctions in Schizophrenia. Symposium presented at APA, New Orleans, 1991.

Iqbal N, Asnis GM, Wetzler S, Kahn RS, Kay SR, van Praag HM. The MCPP Challenge Test in Schizophrenia: Hormonal and Behavioral Responses. *Biol Psychiatry* Vol. 1., G. Racagni et al., (ed), 1991.

Iqbal N, Schwartz BJ, Cecil A, Virtue C, van Praag HM. Diagnosis of Schizophrenia. Presented at The Biology and Treatment of Schizophrenia Conference, New York, 1992.

Virtue C, Iqbal N, Masur D., Schwartz, BJ. Pervasive Developmental Disorder or Schizophrenia? Letter to the Editor; *Amer J Psych*, 1993 150:521.

Schwartz BJ, Cecil A, Iqbal N. Psychosocial Treatments of Schizophrenia. *Psych Annals*, 1993; 23: 216-221

Iqbal N, Goldsamt LA, Wetzler S, Schwartz BJ, van Praag HM. Serotonin and Schizophrenia. *Psych Annals*, 1993.

De Lecuona JM, Sunny Joseph K, Iqbal N, Asnis GM. Dopamine Hypothesis of Schizophrenia Revisited. *Psych Annals*, 1993, 179-185.

Goldsamt LA, Barros J, Schwartz BJ, Weinstein C, Iqbal N. Neuropsychological Correlates of Schizophrenia. *Psych Annals*, 1993, 151-157.

Iqbal N, Schwartz BJ, Cecil A, Imran Z, Canal C. The Diagnosis of Schizophrenia. *Psych Annals*, 1993; 23: 105-110.

Iqbal N. Introduction: The Biology and Treatment of Schizophrenia. *Psych Annals*, 1993; 23:186-192.

Iqbal N, Goldsamt L, Wetzler J, Schwartz BJ, van Praag HM. Serotonin and Schizophrenia: A Review in Advances in the Neurobiology of Schizophrenia (eds) H. den Boer, Wiley 1993.

Iqbal N, Goldsamt L, Schwartz BJ, Plutchik R, Cecil A. Correlates of Suicidality in Schizophrenia. Presented at APA New Research Philadelphia; 1994.

Agosin RT, Shafii M, Kazmi MM, Iqbal N, Coomaraswamy RP, Ahsen A, Finn MG, Parwez A, Jangrod J, Imran Z. Hear The Nightingales' Cry: Unlocking The Mysteries of The Human Mind, The Sufi Way. Presented at APA New Research Philadelphia; 1994.

Iqbal N, Schwartz BJ, Beasley CM, Hamilton SL, Weinstein CW, Goldsamt L. Olanzapine: A New Atypical Antipsychotic Medication. Presented at APA New Research Florida; 1995

Weinstein CW, Schwartz BJ, Iqbal N, Betzler TF, Como G. Psychiatry Observation Suites: New Models of Care. Presented at APA New Research Florida; 1995.

CONFIDENTIAL
AZSER12777610

BEST COPY AVAILABLE

*Naveed Iqbal, M.D. -- page 26*

Iqbal N, Curtis J, Millman R.  Developed and Conducted a Longitudinal Study of 300 Patients.  Prevalence of Affective Disorders in Methadone Maintenance Treatment Program Patients and Rates of Spontaneous Remission.

Iqbal N, Schwartz BJ, McGraw E, Daniel S, Ahmed SR, Hameedi F.  Predictors of Suicidality in Schizophrenia.  New Research Submission to APA California; 1997.

Hameedi F, Greenly L, McGraw E, Laxmi V, Singer E, Iqbal N.  Depression in Chronic Psychiatric Patients.  New Research Submission to APA California; 1997.

McGraw E, Hameedi F, Iqbal N, Greenly L, Laxmi V.  Depression in Chronic Psychiatric Patients: The Prevalence and Severity of Depression in a Day Hospital Setting.

Iqbal N, Oldan R, Baird G, Schwartz B, Baloy L, Bharat B, Simjee M.  Diabetes Mellitus Induced by Atypical Antipsychotics.  Presented at APA Chicago, Illinois; 2000.

Iqbal N, Oldan R, Baird G, Schwartz B, Baloy L, Bharat B, Simjee M.  Diabetes Mellitus Induced by Atypical Antipsychotics.  Presented at the Institute on Psychiatric Services, Philadelphia, PA; 2000.

Iqbal N, Oldan R, Baird G, Schwartz B, Baloy L, Bharat B, Simjee M.  Diabetes Mellitus Induced by Atypical Antipsychotics.  Presented at CPNP, Washington, D.C.; 2000.

Iqbal N, Oldan R, Baird G, Schwartz B, Baloy L, Bharat B, Simjee M.  Diabetes Mellitus Induced by Atypical Antipsychotics.  Diabetes Assessed in Patients on Antipsychotics.  Psychopharmacology Update, 2000, 7.

Weiden PJ, Iqbal N, Mendelowitz AJ, Tandon R, Zimbroff DL, Ross R.  Best Clinical Practice with Ziprasidone.  Update after one year of Experience.  *J of Psych Practice*. 2002; 8:81-98.

Iqbal N, Losonczy M, Hwang M, Hameedi F, Siris S. Clinical Management of Difficult Schizophrenia.  Workshop presented at the APA, San Francisco, CA; 2003

REV 06/05/ 03

CONFIDENTIAL
AZSER12777611

BEST COPY AVAILABLE

D1447C00127: _____ 0055

**GEORGE M. JOSEPH, M.D.**
**CNS HEALTHCARE OF JACKSONVILLE**
April 3, 2006



4-6-06

| | | |
|---|---|---|
| **Affiliation** | **Investigator** | |
| | Clinical Neuroscience Solutions, Inc. | |
| | 6867 Southpoint Drive North, Suite 101, Jacksonville, FL 32216 | |
| | | |
| | 2001 – Present | |
| | | |
| **Education** | 1961 – 1964 | Premedical Education, Emory University Atlanta, GA |
| | 1964 – 1968 | Emory University School of Medicine Atlanta, GA |
| | 1968 | M.D., Emory University School of Medicine |
| | | |
| **Professional Training** | 1968 – 1969 | Rotating Internship, Madigan Army Medical Center, Tacoma, WA |
| | 1970 – 1973 | Residency, Department of Psychiatry, Walter Reed Army |
| | | Chief Resident, Department of Psychiatry, Walter Reed Army Medical Center Outpatient Clinic, Washington, DC |
| | 1975 – 1981 | Civilian Psychiatric Consultant, US Navy Hospital, Jacksonville, FL |
| | 1997 – 1999 | Psychiatric Consultant, Blue Cross/Blue Shield, Jacksonville, FL |
| | 1997 – 1999 | Attending Psychiatrist, Mental Health Resource Center, Jacksonville, FL |
| | 1990 – Present | Forensic Psychiatry Evaluations and Testimony, George M. Joseph, M.D. & Associates, Jacksonville, FL |
| | 1991 – Present | Psychiatric Consultant, Physicians Recovery Network, Jacksonville, FL |
| | 2000 – Present | Psychiatric Consultant, Florida Board of Medicine, Jacksonville, FL |
| | 2005 – Present | Psychiatrist, Counseling Center, University of North Florida, Jacksonville, FL |

CNS Healthcare of Jacksonville - 6867 Southpoint Drive North, Suite 101, Jacksonville, FL 32216
Tel: (904) 281-5757 - Fax: (904) 281-5758
www.cnshealthcare.com/Jacksonville

Page 1 of 3
CNS Healthcare of Jacksonville
Curriculum Vitae
©2004 Clinical Neuroscience Solutions, Inc.

CONFIDENTIAL
AZSER12777612

**GEORGE M. JOSEPH, M.D.**
**CNS HEALTHCARE OF JACKSONVILLE**
April 3, 2006



| Professional Honors | 1968 | National Defense Medal |
| | 1974 | Commendation, US Army Hospital, Fort Gordon, GA |
| | 1986 | Medical Directors Award, Community Psychiatric Centers |

**License/ Accreditation**
Florida:  March 1970 - Present, No. ME 15175
Georgia: July 1969, Inactive
Maryland: July 1969, Inactive
Drug Enforcement Administration BJ0563595

| Teaching Experience | 1982 – 1986 | Lecturer, Psychotropic Medicine, University of South Florida, Tampa, FL |
| | 1985 – 1994 | Director, In-Service Education, St. John's River Hospital, Jacksonville, FL |
| | 2005 – Present | Psychiatrist, Counseling Center, University of North Florida, Jacksonville, FL |

**Clinical Trial Experience**  2001 – Present

Principal Investigator and Sub-Investigator with experience in over 60 phase II – IV clinical trials in children and adults.  Diagnoses include ADHD, Alzheimer's disease, bipolar disorders, depressive disorders, anxiety disorders, insomnia, migraine, panic disorders, Post Traumatic Stress Disorder, social anxiety disorder, schizoaffective disorders, and schizophrenia.

Industry contracts include: AstraZeneca, Bristol-Myers Squibb, Cephalon, DOV, Eli Lilly, Forest, GlaxoSmithKline, Janssen, Jazz Pharmaceuticals Johnson & Johnson, Merck, Neurocrine, Parke-Davis, Pfizer, Pozen, Sanofi, Sepracor, New River Pharmaceuticals, and Shire

| Hospital Appointments | 1978 – 1980 1984 – 1994 | Medical Director, CPC, St. John's River Hospital, Jacksonville, FL |
| | 1983 – 1984 | Chairman, Department of Psychiatry, Baptist Medical Center, Jacksonville, FL |

---

CNS Healthcare of Jacksonville - 6867 Southpoint Drive North, Suite 101, Jacksonville, FL 32216
Tel: (904) 281-5757 - Fax: (904) 281-5758
www.cnshealthcare.com/Jacksonville

Page 2 of 3
CNS Healthcare of Jacksonville
Curriculum Vitae
©2004 Clinical Neuroscience Solutions, Inc.

CONFIDENTIAL
AZSER12777613

BEST COPY AVAILABLE

**GEORGE M. JOSEPH, M.D.**
**CNS HEALTHCARE OF JACKSONVILLE**
April 3, 2006

**CNS** HEALTHCARE

| **Professional Organizations** | American Psychiatric Association<br>Florida Medical Society<br>American Medical Association<br>American Board of Psychiatry and Neurology<br>American Board of Forensic Medicine<br>Duval County Medical Society<br>Jacksonville Psychiatric Society (President 1997 – 1998) |
|---|---|
| **Presentations** | Numerous presentations on Psychiatry, Psychotherapy, and Psychopharmacology, Jacksonville, FL, 1974 – Present |
| **Reviews, Book Chapters & Miscellaneous Publication** | Diagnosis and Treatment of Clinical Depression, Duval Medical Society Journal, 1989. |

CNS Healthcare of Jacksonville · 6867 Southpoint Drive North, Suite 101, Jacksonville, FL 32216
Tel: (904) 281-5757 · Fax: (904) 281-5758
www.cnshealthcare.com/Jacksonville

Page 3 of 3
CNS Healthcare of Jacksonville
Curriculum Vitae
©2004 Clinical Neuroscience Solutions, Inc.

489

CONFIDENTIAL
AZSER12777614

BEST COPY AVAILABLE



D1447C00127:0034
5077IL/127
September 2003

### CURRICULUM VITAE

### BIOGRAPHICAL

**Name:** Jasbir S. Kang MD.

**Home Address:** REDACTED

**Business Address:** Crossroads Counseling & Consulting Associates
1000 Commerce Dr., Suite 1002
Moon Township, PA 15108
Tel # (412) 264-2155, Fax # (412) 264-1815

REDACTED

Allegheny Behavioral Health Associates
4725 McKnight Road, Suite 218
Pittsburgh, PA
Tel # (412) 630-8901, Fax # (412) 630-8903

---

### EDUCATION and TRAINING

**UNDERGRADUATE:**

| Dates Attended: | Name and Location Of Institution | Degree Received and Year | Major Subject |
|---|---|---|---|
| 1966-1968 | Government College, | Pre-University | Pre-Medical |

**Graduate:**

| Dates Attended: | Name and Location Of Institution | Degree Received and Year | Major Subject |
|---|---|---|---|
| 1969-1976 | Christian Medical College Vellore, India | M.B.B.S. Medicine | |

490

CONFIDENTIAL
AZSER12777615

BEST COPY AVAILABLE

**POST-GRADUATE:**

| Dates Attended: | Name and Location Of Institution | Name of Program Director and Discipline |
|---|---|---|
| 1976-1977 | Christian Medical College Vellore, India | Intern |
| 1977-1978 | Post Graduate Institute of Medical Education and Research, Chandigarh, India | Senior Research Fellow |
| 1983-1986 | Nebraska Psychiatric Institute, Omaha, Nebraska | Psychiatric Resident, Chief Resident |

## APPOINTMENTS

**ACADEMIC:**

| Years Inclusive: | Name and Location Of Institution | Rank/Title |
|---|---|---|
| 2002-Present | St.Clair Hospital St.Clair,PA | Medical Director |
| 2000-Present | Sewickley Valley Hospital Sewickley, PA | Staff Psychiatrist |
| 1997-Present | University of Pittsburgh | Assistant Professor Clinical Psychiatry |
| 1996-1997 | University of Pittsburgh School of Medicine | Assistant Clinical Professor Department of Psychiatry |
| 1995-Present | Medical Center Beaver, PA | Active Staff |
| 1992-Present | Aliquippa  Community Hosp. Aliquippa, PA | Active Staff |
| 1987-1993 | Creighton University School of Medicine Omaha, NE | Assistant Clinical Professor |

CONFIDENTIAL
AZSER12777616

BEST COPY AVAILABLE

| 1986-1992 | University of Nebraska Medical Center, Omaha, NE | Assistant Professor, Department of Psychiatry |
| 1992-2000 | Western PA Psychiatric Center, Aliquippa, PA | President |

## APPOINTMENTS (Cont'd)

### ACADEMIC:

| Years Inclusive: | Name and Location Of Institution | Rank/Title |
| --- | --- | --- |
| 1992-1996 | University of Pittsburgh Beaver Valley, Mental Health Services, Rochester, PA | Medical Director |
| 1989-1992 | Adult Inpatient Service Creighton-Nebraska Department of Psychiatry | Director |
| 1987-1993 | Saint Joseph Center of Mental Health | Staff Psychiatrist |
| 1986-1989 | Adult Inpatient Service University Psychiatric Services, Omaha, NE | Staff Psychiatrist |
| 1978-1981 | Ludhiana, India | General Practice |
| 1984-1988 | Mental Health Institute, Clarinda, IA | Consulting Psychiatrist |
| 1985-1986 | Mercy Mental Health Center, Council Bluffs, IA | Consulting Psychiatrist |
| 1986-1992 | United Behavioral Clinic Omaha, NE | Consulting Psychiatrist |
| 1986-1987 | Eastern Nebraska Community Office of Mental Health, Omaha, NE | Consulting Psychiatrist |

CONFIDENTIAL
AZSER12777617

BEST COPY AVAILABLE

| 1991 | Cass Family Counseling Clinic, Plattsmouth, NE | Consulting Psychiatrist |
|------|------------------------------------------------|-------------------------|

## MEMBERSHIPS in PROFESSIONAL and SCIENTIFIC SOCIETIES

| Organization: | Year: |
|---------------|-------|
| Medical Students Association of Christian Medical College | 1971-1975 |
| American Psychiatric Society | 1983-Present |
| Nebraska Psychiatric Society | 1983-1994 |
| American Medical Association | 1985-1997 |
| Nebraska Medical Association | 1985-1992 |
| Metropolitan Omaha Medical Society | 1985-1992 |
| American Academy of Clinical Psychiatrists | 1987-1992 |
| Omaha Mid-West Clinical Society | 1988-1992 |
| Saint Joseph Center for Mental Health/Utilization Review | 1989-1984, 1992 |
| UPMC Beaver Valley Mental Health Services | |
|   Pharmacy & Therapeutic Committee, Chairperson | 1992-1998 |
|   Quality Assurance/Utilization Review Committee, Chairperson | 1992-Present |
|   Psychiatric Staff Committee, Chairperson | 1992-Present |
| UPMC Beaver Valley | |
|   Bylaws Committee, Chairperson | 1993-1996 |
|   Ethics Committee, Chairperson | 1997-1998 |
|   Executive Committee | |
| Creighton-Nebraska Department of Psychiatry/Research and Publications | 1985-1986 |
| Creighton-Nebraska Department of Psychiatry/Appointments And Promotions | 1986-1990 |
| Creighton-Nebraska Department of Psychiatry/Curriculum, | 1988-1989 |

493

CONFIDENTIAL
AZSER12777618

BEST COPY AVAILABLE

Medical Students, House Officers and Graduate Students

Creighton-Nebraska Department of Psychiatry/Space          1988 and 1991
Utilization Task Force

### MEMBERSHIPS in PROFESSIONAL and SCIENTIFIC SOCIETIES (Cont'd)

| Organization: | Year: |
|---|---|
| Creighton-Nebraska Department of Psychiatry/Residency Subcommittee | 1988-1991 |
| Creighton-Nebraska Department of Psychiatry/Research | 1989 and 1991 |
| Nebraska Psychiatric Institute/Infection Control | 1983-1984 |
| Nebraska Psychiatric Institute/Utilization Review | 1984-1985 |
| Nebraska Psychiatric Institute/House Officer | 1985 |

### HONORS

| Title of Award: | Year: |
|---|---|
| Exemplary Psychiatrist Award National Association of Mentally Ill | 1998 |
| Cecil Wittson Award, Outstanding House Officer of the Year | 1983-1984 |
| Nominee for Rappaport and Mead Johnson Fellowships American Psychiatric Association | 1985 |
| Omaha Mid-West Clinical Society, Outstanding Award for Research | 1991 |

494

CONFIDENTIAL
AZSER12777619

BEST COPY AVAILABLE

## CERTIFICATIONS and LICENSES

| Title of Organization: | Year: |
| --- | --- |
| ECFMG | 1981 |
| FLEX | 1984 |
| ACLS | 1983-1990 |
| ACLS Instructor | 1985-1990 |
| American Board of Psychiatry & Neurology | 1993 |
| Tamil Nadu and Punjab, India | 1977-Present |
| Nebraska | 1984-1993 |
| Iowa | 1984-1993 |
| Pennsylvania | 1992-Present |

## PUBLICATIONS

**REFERRED ARTICLES:**

1. Kang JS, Chu C-C, Ruedrich SL, Wilson, JE, Williams SE.  Clinical use of Lithium in Manic-Depressive Illness.  *Nebraska Medical Journal.* 71(11):383-389, 1986.

2. Reid WH, Kang JS.  Serious Assaults by Outpatients or Former Patients.  *American*

CONFIDENTIAL
AZSER12777620

BEST COPY AVAILABLE

*Journal of Psychotherapy.* 40:594-600,1986.

3.  Sedlacek MJ, Kang JS. Electroconvulsive Therapy:  A Survey of Use in Nebraska. *Nebraska Medical Journal.*  72(8):275-277, 1987.

4.  Pfeiffer RF, Kang JS, Graber B, Hofman R, Wilson J.  Clozapine for Psychosis in Parkinson's Disease. *Journal of Movement Disorders.*  5.239-242, 1990.

## REFERRED ARTICLES (Cont'd)

5.  Walczak DD; Apter JT; Halikas JA; Borison RL, Carman JS; Post GL; Patrick R; Cohn JB; Cunningham LA; Rittberg B; Preskorn SH; Kang JS; Wilcox CS.  The oral dose-effect relationship for fluvoxamine:  a fixed-dose comparison against placebo in depressed outpatients.  Ann Clin Psychiatry 3.139-51, 1996

6.  Battaglia J; Moss S; Rush J; Kang J; Mendoza R; Leedom L; Dubin W; McGlynn C; Goodman L.  Alaska Psychiatric Institute, Anchorage, USA.  Haloperidol, lorazepam, or both for psychotic agitation?  A multicenter, prospective, double-blind emergency department study.  Source:  AM J Emerg Med. 4.225-40, 1997

## BOOK CHAPTERS:

1.  Menolascino F, Kang JS.  Mental Illness in the Mentally Retarded:  Diagnostic Clarity As a Prelude to Psychopharmacological Interventions.  In: Ratey JJ (ed): Mental Retardation: Developing Pharmacotherapies.  American Psychiatric Association Press. Washington, D.C.

## ABSTRACTS:

1.  Pfeiffer RF, Kang J. Graber B, Wilson J (1989).  Clozapine for psychosis in Parkinson's disease. *Neurology.*  39(1):231.

2.  Kang J. Fitzpatrick DF. Kline JP, Hendricks SE, Graber B (1991).  Average evoked potential response augmentation/reduction:  Psychometiric correlates and alteration with antidepressant therapy, *Biological Psychiatry.*  6:29(11S):205S.

3.  Kang J, Pfeiffer R, Graber B, Wilson J, Kaur P (1991).  Treatment of iatrogenic psychosis in Parkinson's disease with Clozapine. *Biological Psychiatry.*  6:29 (11S0):245S.

4.  Kang J.  Socio-psychiatric profile of agitated psychotic emergency room patients. Submitted to Second International Conference on Recent Advances in Crisis Intervention and Community Health, February 1992, Hyderabad, India.

## SUBMITTED ARTICLES:

CONFIDENTIAL
AZSER12777621

BEST COPY AVAILABLE

1. Kline JP, Fitzpatrick DF, Hendricks SE, Schwartz GE, Kang JS. Defensiveness Predicts Augmentation/Reduction of Auditory Evoked Potentials and Recognition Thresholds for Unpleasant Words. *Psychophysiology.* September 1991

## INVITED LECTURES and PRESENTATIONS:

1985 - Nebraska Psychiatric Institute. March 1985. Monosymptomatic Hypochrondriacal Psychosis.

1988 - Human Resource Development Conference sponsored by the Department of Public Institutions. June 1988. Lincoln, Nebraska. Managing the Mental Health Workforce.

1988 - American Academy of Neurology. Clozapine Treatment of Drug Induced Psychosis in Parkinson's Disease.

1988 - 15th Annual Continuing Education Conference for Physician Assistants. September 1988. Omaha, Nebraska. Depression in the Elderly.

1988 - Omaha Mid-West Clinical Society 56th Annual Postgraduate Assembly. November 1988. Omaha, Nebraska. K Research and Future Direction: Diagnosis And Treatment of Anxiety Disorders.

1988 - University of Wisconsin at Milwaukee. November 1988. Milwaukee, WI. Clozapine in the Treatment of Refractory Schizophrenia.

1988 - American Academy of Neurology. 1988. Clozapine Treatment of Drug Induced Psychosis in Parkinson's Disease.

1989 - University of Washington College of Medicine. February 1989. Seattle, Washington. Treatment of Acute Psychotic Episodes.

1989 - University of Arkansas Medical School. May 1989. Little Rock, Arkansas. Treatment of Acute Psychotic Episodes.

1989 - Creighton-Nebraska Department of Psychiatry. May 1989. Recent Psychopharmacological Studies in Anxiety Disorders.

1989 - Saint Joseph Center for Mental Health. August 1989. Clozaril in Treatment Resistant Patients.

1990 - Southern Illinois University School of Medicine. May 1990. Springfield, Illinois. Treatment of Psychiatric Emergencies.

CONFIDENTIAL
AZSER12777622

BEST COPY AVAILABLE

1991 - 5th World Congress of Biological Psychiatry. June 1991. Treatment of Iatrogenic Psychosis in Parkinson's Disease with Clozapine.


## INVITED LECTURES and PRESENTATIONS: (Cont'd)

1991 - 5th World Congress of Biological Psychiatry: June 1991. Average Evoked Potential Response Augmentation/Reduction: Psychometric Correlates and Alteration with Antidepressant Therapy.

1991 - Roerig Division Pfizer Pharmaceuticals, December 1991. Omaha, Nebraska Antidepressants.

1992 - Second International Conference on Recent Advances in Crisis Intervention and Community Health. February 1992. Socio-Psychiatric Profile of Agitated Psychotic Emergency Room Patients.

1992 - Roerig Division, Pfizer Pharmaceuticals, January 1992. Des Moines, Iowa. Recognition and Treatment of Depressive Disorders in Primary Care-An Update.

1992 - Fort Lauderdale Surgical Society, University Hospital. January 1992. Tamarac, Florida. ICU Psychosis-Diagnosis and Clinical Management.

1992 - Nebraska Society of Hospital Pharmacists, Midlands Hospital. January 1992. Papillion, Nebraska. Emerging Trends in Treatment of Depression.


## POSTER PRESENTATIONS

1989 - Pfeiffer RF, Kang, Graber B, Wilson J: Clozapine for Psychosis in Parkinson's Disease. American Neurological Association

1989 - Annual Meeting of American College of Emergency Physicians. Boston. Rapid Tranquilization of Agitated Patients in Emergency Room.

1990 - Mid-West Clinical Society 58th Annual Postgraduate Assembly. Omaha. October 1990. Recent Advance in Psychopharmacology.

1991 - Outstanding Research Award, Omaha Mid-West Clinical Society 59th Annual Postgraduate Assembly. Kang J, Fitzpatrick D, Kline J, Paige S, Balogh S, Hendricks S. Electrophysiologic Evaluation Predicts Prognosis for

CONFIDENTIAL
AZSER12777623

BEST COPY AVAILABLE

Antidepressant Therapy.

## PROFESSIONAL ACTIVITIES

**RESEARCH:**

**Currently Funded Grants:**

**Grant Number:**
**Grant Title:** Continuation Pharmacotherapy Following ECT.
**Role in Project and Percentage of Effort:** Co-Investigator
**Years Inclusive:** 1998
**Source:**

**Grant Number:**
**Grant Title:** FID-MC-HGFU(a), Olanzapine Added to Mood Stabilizers in the Treatment
of Bipolar Disorder
**Role in Project and Percentage of Effort:** Co-Investigator
**Years Inclusive:** 1998
**Source:** Eli Lilly

**Grant Number:**
**Grant Title:** Clinical Trial of Lithium Plus Choline In Rapid-Cycling Bipolar Disorder and
Treatment Associated Biological Measures (Magnetic Resonance
Spectroscopy & Platelet Membrane Studies)
**Role in Project and Percentage of Effort:** Co-Investigator
**Years Inclusive:** 1998
**Source:**

**Grant Number:**
**Grant Title:** FID-MC-HGGW, Olanzapine Versus Placebo in the Treatment of Mania
Associated with Bipolar Disorder, Manic or Mixed.
**Role in Project and Percentage of Effort:** Co-Investigator
**Years Inclusive:** 1997
**Source:** Eli Lilly

**Grant Number:**
**Grant Title:** Double-Blind Placebo-Controlled Trial of Buprenorphine in the Treatment
Of Refractory Depressed Patients.
**Role in Project and Percentage of Effort:** Co-Investigator

CONFIDENTIAL
AZSER12777624

BEST COPY AVAILABLE

**Years Inclusive:** 1997
**Source:**

**RESEARCH:**
**Currently Funded Grants:  (Cont'd)**

**Grant Number:**
**Grant Title:**  Brain 7Li Magnetic Resonance Spectroscopy in the Treatment of Bipolar
            Disorder
**Role in Project and Percentage of Effort:**  Co-Investigator
**Years Inclusive:** 1997
**Source:**

**Grant Number:**
**Grant Title:**  Double-Blind, Placebo-Controlled Study of Venlafaxine and Fluoxetine in
            Inpatients with Major Depression and Melancholia Protocol Number:
            (95-016-MA)
**Role in Project and Percentage of Effort:**  Co-Investigator
**Years Inclusive:** 1996-1997
**Source:**  Wyeth Ayerst

**Grant Number:**
**Grant Title:**  A Double-Blind Controlled Clinical Trial of Inositol for "Breakthrough"
            o Treatment-Resistant Depressive Episodes That Occur During Mood
            Stabilizer Prophylaxis for Patients with Bipolar Disorder
**Role in Project and Percentage of Effort:**  Co-Investigator
**Years Inclusive:** 1997
**Source:**

**Grant Number:**
**Grant Title:**  Pharmacotherapy of Treatment Resistant Mania
**Role in Project and Percentage of Effort:**  Co-Investigator
**Years Inclusive:** 1997
**Source:**

**Grant Number:**  $410,365
**Grant Title:**  FID-MC-HGEH © Olanzapine Versus Placebo in the Treatment of Mania
            Associated with Bipolar I Disorder.
**Role in Project and Percentage of Effort:**  Co-Investigator
**Years Inclusive:** 1997
**Source:**  Eli Lilly

CONFIDENTIAL
AZSER12777625

BEST COPY AVAILABLE

**Grant Number:**
**Grant Title:**  Caring for Mothers with Children in Mental Health Treatment
**Role in Project and Percentage of Effort:**  Co-Investigator
**Years Inclusive:**  1996
**Source:**


**RESEARCH:**
**Currently Funded Grants:  (Cont'd)**

**Grant Number:**
**Grant Title:**  A Multicenter, Placebo-Controlled Study of Relapse Prevention by Long-
                  Term Treatment with the Recommended Dose Range of Remeron TM in
                  Outpatients with Major Depressive Episode.
**Role in Project and Percentage of Effort:**  Co-Investigator
**Years Inclusive:**  1997
**Source:**

**Grant Number:**
**Grant Title:**  A Multicenter, open, randomized comparison of ICI 204,636 (Seroquel)
                  and usual care on health outcomes in subjects with Schizophrenia and
                  Schozoaffective Disorder.
**Role in Project and Percentage of Effort:**  Principle Investigator
**Years Inclusive:**  1995-1996
**Source:**  Zeneca Pharmaceticals

**Grant Number:**  $96,720
**Grant Title:**  A multicenter, double-blind, randomized, placebo-controlled, parallel-group
                  study comparing the efficacy, safety and tolerability of Dothiepin hcl
                  (50-150 mg daily) and Fluoxetine hcl (20 daily) in outpatients 18 years of age
                  and older with Major Depression.
**Role in Project and Percentage of Effort:**  Principle Investigator
**Years Inclusive:**  1991
**Source:**  The Boots Company

**Grant Number:**  $176,200
**Grant Title:**  A prospective randomized double-blind, placebo-controlled, multicenter,
                  parallel groups comparison of the efficacy and safety of Abecarnil low dose
                  (3.0-9.0 mg), high does (7.5-22.5 mg) and Buspirone (15-45 mg) in outpatients
                  with generalized anxiety disorder (B353-Acute Treatment).
**Role in Project and Percentage of Effort:**  Principle Investigator
**Years Inclusive:**  1991
**Source:**  Sendoz Research Institute

**Grant Number:**  $43,200
**Grant Title:**  Efficacy study of 3 dose levels of Alpidem in outpatients with Non-Psychotic

501

CONFIDENTIAL
AZSER12777626

BEST COPY AVAILABLE

Anxiety.
**Role in  Project and Percentage of Effort:**  Principle Investigator
**Years Inclusive:**  1990
**Source:**  Lorex Pharmaceuticals


**RESEARCH:**
**Currently Funded Grants:  (Cont'd)**

**Grant Number:** $77,000
**Grant Title:**  Fixed-dose study of comparing efficacy and safety of Xanax SR tablets vs.
         placebo in the treatment of Panic Disorder
**Role in Project and Percentage of Effort:**  Principle Investigator
**Years Inclusive:** 1990-1991
**Source:**  Upjohn Pharmaceuticals

**Grant Number:** $183,000
**Grant Title:**  Comparison of Sertraline, Imipramine and Placebo in inpatients with Major
         Depression or Bipolar Disorder.
**Role in Project and Percentage of Effort:**  Principle Investigator
**Years Inclusive:** 1990
**Source:**  Pfizer Pharmaceuticals

**Grant Number:** $86,760
**Grant Title:**  Evaluation of Ondansetron vs. Diazepam in the treatment of Generalized
         Anxiety Disorder.
**Role in Project and Percentage of Effort:**  Principle Investigator
**Years Inclusive:** 1990
**Source:**  Glaxo, Inc.

**Grant Number:** $67,200
**Grant Title:**  Study of Wy-47, 846 Hydrochloride tablets in outpatients with Major
         Depression.
**Role in Project and Percentage of Effort:**  Principle Investigator
**Years Inclusive:** 1990
**Source:**  Wyeth-Ayerst Research

**Grant Number:** $70,200
**Grant Title:**  Open-label, 24-week extension study of Sibutramine Hydrochloride, 5,10,
         Or 20 mg daily for paatients who have completed BPI 806.
**Role in Project and Percentage of Effort:**  Principle Investigator
**Years Inclusive:** 1990-1991
**Source:**  The Boots Company

**Grant Number:** $156,000

CONFIDENTIAL
AZSER12777627

BEST COPY AVAILABLE

**Grant Title:** Establishment of the oral Fluvoxamine dose effect relationships for efficacy and tolerance in depressed patients.
**Role in Project and Percentage of Effort:** Principle Investigator
**Years Inclusive:** 1990-1992
**Source:** Reid-Rowell Clinical Research

**RESEARCH:**
**Currently Funded Grants: (Cont'd)**

**Grant Number:** $127,000
**Grant Title:** Study comparing Remoxipride, Haloperidol and Placebo in hospitalized patients with Schizophrenia.
**Role in Project and Percentage of Effort:** Principle Investigator
**Years Inclusive:** 1989-1991
**Source:** Merck Sharp & Dohme Research Labs

**Grant Number:** $138,500
**Grant Title:** Multicenter study to evaluate the efficacy, safety and tolerability of Sibutramine Hydrochloride vs. Desipramine hcl in outpatients with Major Depression.
**Role in Project and Percentage of Effort:** Principle Investigator
**Years Inclusive:** 1989-1990
**Source:** Boots Pharmaceuticals

**Grant Number:** $91,980
**Grant Title:** Double-blind comparison of 3 doses of Transdospirone and Placebo in Outpatients with Major Depression.
**Role in Project and Percentage of Effort:** Principle Investigator
**Years Inclusive:** 1989
**Source:** Pfizer Pharmaceuticals

**Grant Number:** $37,500
**Grant Title:** Multicenter comparison of parental efficacy of Ativan vs. Haldol vs. Ativan plus Haldol administered intramuscularly in the management of psychotic agitation and/or aggression.
**Role in Project and Percentage of Effort:** Principle Investigator
**Years Inclusive:** 1989
**Source:** Wyeth-Ayerst Research

**Grant Number:** $49,680
**Grant Title:** Study of two-dose levels of Ipsapirone hcl with that of one dose of Diazepam and Placebo in outpatients with Generalized Anxiety Disorder.
**Role in Project and Percentage of Effort:** Principle Investigator
**Years Inclussive:** 1987
**Source:** Miles Pharmaceuticals

CONFIDENTIAL
AZSER12777628

BEST COPY AVAILABLE

**RESEARCH**
**Currently Funded Grants: (Cont'd)**

**Grant Number:**
**Grant Title:**  A randomized trial to assess the outcomes and costs of Risperdal vs.
                 Conventional Antipsychotic Therapy in patients with Chronic Schizophrenia.
**Role in Project and Percentage of Effort:**  Co-Investigator
**Years Inclusive:**  1995-1996
**Source:**

**Grant Number:**  $85,000
**Grant Title:**  A double-blind multicenter trial of two doses of extended release
                 Buspirone compared to immediate release Buspirone in the treatment of
                 anxious outpatients.
**Role in Project and Percentage of Effort:**  Co-Investigator
**Years Inclusive:**  1991-1992
**Source:**  International Clinical Research Corp.

**Grant Number:**  $62,520
**Grant Title:**  Study of WY-47, 846 Hydrochloride tablets in outpatients with Generalized
                 Anxiety Disorder.
**Role in Project and Percentage of Effort:**  Co-Investigator
**Years Inclusive:**  1990-Present
**Source:**  International Clinical Research Corp.

**Grant Number:**  $94,140
**Grant Title:**  Fluoxetine Placebo trial in geriatric patients with MDD.
**Role in Project and Percentage of Effort:**  Co-Investigator
**Years Inclusive:**  1990
**Source:**  Lilly Research Laboratories

**Grant Number:**  $59,546
**Grant Title:**  Study of Enciprazine tablets in outpatients with Generalized Anxiety Disorder.
**Role in Project and Percentage of Effort:**  Co-Investigator
**Years Inclusive:**  1988-1989
**Source:**  Wyeth-Ayerst

**Grant Number:**  $37,160
**Grant Title:**  Open long-term extension study of Alpidem in patients with Non-Psychotic

504

CONFIDENTIAL
AZSER12777629

BEST COPY AVAILABLE

Anxiety (Phase II)
**Role in Project and Percentage of Effort:** Principle Investigator
**Years Inclusive:** 1989
**Source:** Lorex Pharmaceuticals


**RESEARCH:**
**Currently Funded Grants:  (Cont'd)**

**Grant Number:** $69,605
**Grant Title:** Double-blind, placebo-controlled comparative study of Alpidem and
          Lorazepam in patients with Non-Psychotic Anxiety.
**Role in Project and Percentage of Effort:** Principle Investigator
**Years Inclusive:** 1989
**Source:** Lorex Pharmaceuticals


**Grant Number:** $7,000
**Grant Title:** Resperidone vs. Haloperidol vs. Placebo in treatment of Schizophrenia.
**Role in Project and Percentage of Effort:** Principle Investigator
**Years Inclusive:** 1988-1990
**Source:** Janssen Research Foundation

**Grant Number:** $49,200
**Grant Title:** Multicenter evaluation of the safety, efficacy and tolerability of GR-C507/75
          in patients with Generalized Anxiety Disorder.
**Role in Project and Percentage of Effort:** Principle Investigator
**Years Inclusive:** 1988-1989
**Source:** Glaxo Laboratories


**Grant Number:** $39,290
**Grant Title:** Multicenter trial to evaluate the safety and tolerability of Dothiepin in patients
          with Depression.
**Role in Project and Percentage of Effort:** Principle Investigator
**Years Inclusive:** 1987-1988
**Source:** Boots Pharmaceuticals


**Grant Number:** $71,500
**Grant Title:** Multicenter, Doxepin controlled study of Paroxetine in geriatric outpatients
          with Major Depressive Disorders
**Role in Project and Percentage of Effort:** Principle Investigator
**Years Inclusive:** 1987-1988
**Source:** Beecham Laboratories


**Grant Number:** 49,320
**Grant Title:** Study to evaluate the efficacy and safety of Ipsapirone hcl in outpatients with

CONFIDENTIAL
AZSER12777630

BEST COPY AVAILABLE

Generalized Anxiety Disorder during a six-week treatment period.
**Role in Project and Percentage of Effort:** Co-Investigator
**Years Inclusive:** 1987
**Source:** Miles Pharmaceuticals

**RESEARCH:**
**Currently Funded Grants: (Cont'd)**

**Grant Number:** $10,000
**Grant Title:** Regional differences in brain metabolism of Schizophrenics treated with Clozapine and Fluophenazine by positron emission tomography.
**Role in Project and Percentage of Effort:** Principle Investigator
**Years Inclusive:** 1990-1992
**Source:** Creighton University Health Future Foundation

**OTHER RESEARCH:**

1. Kang JS.  Chloramphenicol Metabolism in Malnourished Children.

2. Kang JS.  Peripheral Neuropathy in Malnourished Children.  Indian Council of Medical Research at Post-Graduate Institute of Medical Education and  Research, Chandigarhm, India.

3. Kang JS.  Graber B, Roccaforte W, Menolascino FJ, Wilson JE.  Clozaril (Clozapine-Sandoz) in Treatment Resistant Patients.

4. Kang JS, Graber AB, Sedlacek M, Dagle S, Wilson J.  The Role of Lorazepam in Rapid Tranqquilization.

5. Kang JS, Pfeiffer R, Graber B, Wilson J.  An Open-Label Evaluation of Clozapine for Psychosis in Parkinson's Disease.

6. Bartholow G, Graber B, Forsell T, Gilson S, Hendricks S, Kang JS.  Psychoactive Drugs and Sexual Function.

7. Graber B, Kang JS, Hendricks S, Gilson S.  An Evaluation of Nicotine as a Treatment ofAlzheimer's Disease.

8. Kang, JS, Rajandran S. Alprazolam as an Adjunct to Neuroleptic Therapy in Schizophrenia.

9. Haffke EA, Hendricks S, Graber B, Wilson J, Kang J.  Testosterone, Sexuality and Depression in Middle-Aged Men.

CONFIDENTIAL
AZSER12777631

BEST COPY AVAILABLE

10. Kang JS, Kaur P, Shiue CY, Hendricks S, Graber B, Weiler M. Effects of Fluoxetine On the CNS and Its In Vivo Binding in Human Brain Using Positron Emission Tomography.

CONFIDENTIAL
AZSER12777632

BEST COPY AVAILABLE



508

CONFIDENTIAL
AZSER12777633

003S

- 1 -

# CURRICULUM VITAE

**NAME**            Zerrin Emel Kayatekin, MD

**ADDRESS**         Berkshire Medical Center
                    Department of Psychiatry &Behavioral
                    Sciences
                    Clinical Trials Program
                    510 North Street
                    Pittsfield , MA 01201
                    Phone: 413 447 2114 extension 3563
                    Fax: 413 447 2656
                    E-mail: REDACTED

**CURRENT POSITION**    Medical Director, Clinical Trials Program
                        Staff Psychiatrist
                        Department of Psychiatry & Behavioral
                        Sciences
                        Berkshire Medical Center.
                        Pittsfield, Massachusetts

                        and

                        Assistant Professor of Psychiatry
                        University of Massachusetts Medical
                            School
                        Worcester, Massachusetts

**DATE OF BIRTH**       REDACTED

CONFIDENTIAL
AZSER12777634

BEST COPY AVAILABLE

- 2 -

## EDUCATION

| | |
|---|---|
| 1971-1978 | Medical School<br>Hacettepe University Medical Faculty<br>Ankara, Turkey. |
| 1979-1983 | Residency in Psychiatry<br>Hacettepe University  Medical Faculty<br>Department of  Psychiatry<br>Ankara, Turkey. |
| 1990-1991 | Clinical Externship in Systemic Family Therapy<br>Berkshire Medical Center<br>Department of Psychiatry and Behavioral<br>Sciences<br>Pittsfield, Massachusetts. |
| 7/1/1996-6/30/1999 | Residency in Psychiatry<br>Department of Psychiatry and Behavioral<br>Sciences<br>Medical College of Wisconsin<br>Milwaukee, Wisconsin. |
| 1997-1998 | Psychoanalytic precertification courses<br>Wisconsin Psychoanalytic Institute<br>Milwaukee, Wisconsin. |
| 7/1/1999-7/31/2000 | Residency in Psychiatry<br>Chief resident, Center for Psycho-<br>pharmacological Research and Treatment<br>Department of Psychiatry<br>UMASS Medical School<br>Worcester, Massachusetts. |

## AWARDS

| | |
|---|---|
| 1972-1978 | Turkish Scientific and Technical Research<br>Council   Scholarship |
| June 23,1999 | Holly Fickel Award; Medical College of<br>Wisconsin<br>Department of Psychiatry and Behavioral<br>Medicine, WI |

510

CONFIDENTIAL<br>AZSER12777635

BEST COPY AVAILABLE

- 3 -

| | |
|---|---|
| March 1, 2000 | 2000 APA Research Colloquium for Junior Investigators Award |

## EXAMINATIONS & LICENSURES

| | |
|---|---|
| 1985 | Turkish Board of Psychiatry |
| 1989 | Examination for Associate Professorship . Istanbul, Turkey. |
| 1991 | FMGEMS (Foreign Medical Graduates Examinations in the Medical Sciences) (Certificate no: 462-672-7) |
| 1993 | FLEX (Federation Licensing Exam) (ID no: 541126504) |
| 1994 | Massachusetts Medical License (Certificate no: 80653) |
| 1997 | Wisconsin Medical License (Certificate no: 393353) |
| 2002 | Certification in Psychiatry (American Board of Psychiatry and Neurology, Certification # 50953) |

## CURRENT MEMBERSHIP OF SCIENTIFIC SOCIETIES

| | |
|---|---|
| 1996- | Member; American Psychiatric Association |
| 1999- | Member; Massachusetts Psychiatric Association |
| 2000- | Member; Association of Women Psychiatrists |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1978-1979 | General Practitioner, Pulmonary Diseases and Tuberculosis, Clinic of the Ministry of Health and Social Assistance. Ankara, Turkey. |

CONFIDENTIAL
AZSER12777636

- 4 -

| | |
|---|---|
| 1987-1989 | Attending Psychiatrist. Bakirkoy Hospital for Mental Disorders, Istanbul, Turkey. |
| 1989-1990 | Associate Professor of Psychiatry, Department of Child Psychiatry. Ankara University, Medical Faculty, Ankara, Turkey. |
| 1992-1994 | Fellow in Family Therapy, Berkshire Medical Center, Department of Psychiatry and Behavioral Sciences. Pittsfield, MA. |
| 1994-1996 | Associate Professor of Psychiatry, Department of Child Psychiatry. Ankara University, Medical Faculty, Ankara. Turkey. |
| 8/2000-9/2003 | Director, Women's Program. University of Massachusetts Medical School. Worcester, MA. |
| 8/2000- | Assistant Professor of Psychiatry, Staff Psychiatrist. University of Massachusetts Medical School. Worcester, MA. |
| 9/2003- | Medical Director, Clinical Trials Program Staff psychiatrist. Department of Psychiatry & Behavioral Sciences Berkshire Medical Center, Pittsfield, MA |

## TEACHING EXPERIENCE

| | |
|---|---|
| 1994-1996 | Course to Medical Students on Psychopharmacological Treatment in Child Psychiatry, Ankara University, Department of Child Psychiatry, Ankara, Turkey. |
| 1994-1996 | "Introduction to Child Psychiatry" training to medical students. Ankara University, Department of Child Psychiatry, Ankara, Turkey. |
| 1994 | Co-director of a workshop on Systemic Family Therapy. Uludag University Medical Faculty. Department of Psychiatry, Bursa, Turkey. |
| 1995 | Co-Director and speaker of "Family Therapy" Symposium. Ankara University Child Psychiatry. Ankara, Turkey. |

512

CONFIDENTIAL
AZSER12777637

BEST COPY AVAILABLE

- 5 -

| | |
|---|---|
| 1994-1996 | Post Graduate Course on Systemic Family Therapy. (Didactic courses and direct supervision) Ankara University, Department of Child Psychiatry, Ankara, Turkey. |
| 1994-1996 | Teaching and supervision of play therapy to psychiatry and child psychiatry residents. Ankara University, Department of Child Psychiatry, Ankara, Turkey |
| 1996 | One week of Workshop to psychiatric nurses on Family Therapy. Hacettepe University Medical Faculty, Department of Psychiatry, Ankara, Turkey |
| 2000 | Coordinator and Discussant of "Women Psychopharmacology Course" to Psychiatry Residents as Chief Resident of Psychopharmacology. University of Massachusetts Medical School, Worcester, MA. |
| 2000 | Lectured on "Women Specific Mood Disorders" to OB/GYN residents. University of Massachusetts Medical School, Worcester, MA. |
| 2000 | Lectured in Primary Care Noon Conference Series on Premenstrual Dysphoric Disorder. University of Massachusetts Medical School, Worcester, MA. |
| 2000 | Gave series of lectures to Neurology Residents on "Psychiatry for Neurologists" University of Massachusetts Medical School, Worcester, MA. |
| 2000 | Lectured on "Psychopharmacologic Treatment of Anxiety and Mood Disorders" to Psychology students. Assumption College, Worcester, MA. |
| 2001 | Discussant of "Gender and Schizophrenia" Seminar to Psychiatry Residents. University of Massachusetts Medical School, Worcester, MA. |
| 2001 | Lectured in "Women's Forum" on Premenstrual Dysphoric Disorder. Worcester, MA. |
| 2001 | Lectured in "Women's forum" on Perimenopausal Depression. Northboro, MA. |

CONFIDENTIAL
AZSER12777638

BEST COPY AVAILABLE

- 6 -

| 2001 | Speaker in "Challenging and Difficult to Treat Patient in Clinical Practice" Symposium on Female Specific Mood Disorders. University of Massachusetts Medical School, Worcester, MA. |

| 2001 | Lectured in Primary Care Noon Conference Series on "Anxiety Disorders". University of Massachusetts Medical School, Worcester, MA. |

| 2001- 9/ 03 | Psychopharmacological and psychodynamic supervision of PGY 3-4 Psychiatry Residents ". University of Massachusetts Medical School, Worcester, MA. |

| 2002 | Coordinator and Discussant of "Female specific mood disorders Course" to Psychiatry Residents. University of Massachusetts Medical School, Worcester, MA. |

| 12/02-8/03 | Community conferences about women mood disorders once a month or every other month as part of "UMASS Memorial Ronald McDonald Care Mobile". |

| 03/2003 | Lectured to medical students in "Women's Health Course" about female specific mood disorders. University of Massachusetts Medical School, Worcester, MA. |

| 04/2003 | Discussant of Emergency Mental Health (EMH) Case Conference on "Psychiatric Treatment of the Pregnant Women in the EMH setting" to psychiatry residents and EMH attendings. University of Massachusetts Medical School, Worcester, MA. |

| 10/2003 | Gave a 4 day course with Mehmet S. Kayatekin, MD, on "psychoanalytical psychotherapies" at the 39th Turkish National Psychiatric Congress. Antalya, Turkey. |

| 10/2004 | Gave a conference on "Mood disorders during pregnancy" at the 40th Turkish National Psychiatric Congresss. Kusadasi, Turkey. |

**PROCEEDINGS OF MEETINGS**

Kayatekin Z.E., Ozturk M.O.: The Attitude of Patients towards Lithium Carbonate Prophylaxis.
Proceedings of the 21st National Congress of Neurology and Psychiatry.
Mersin, Turkey, (1985)

CONFIDENTIAL
AZSER12777639

BEST COPY AVAILABLE

- 7 -

Kayatekin Z.E., Ozturk M.O.Kayatekin M.S., Aksut G. Thyroid Disorders that are encountered in Lithium Prophylaxis.
Proceedings of the 3rd National Congress of Nuclear Medicine. Ankara, Turkey. (1985)

Kayatekin Z.E., Ozturk M.O.Kayatekin M.S. Dermatological, Cardiovascular, Metabolic and Endocrine Side Effects of Lithium prophylaxis.
Proceedings of the 21st National Congress of Neurology and Psychiatry. Mersin, Turkey, (1985)

Kayatekin Z.E., Ciger A, Ozturk M.O Kayatekin M.S.: Neurological Side Effects of Lithium Prophylaxis.Proceedings of the 21st National Congress of Neurology and Psychiatry. Mersin, Turkey, (1985)

Kayatekin Z.E., Oglu S: A Pilot Study on the Frequently Encountered Behavioral Problems in Mentally Retarded Patients.
Proceedings of the 24th National Congress of Neurology and Psychiatry. Ankara, Turkey, (1988)

Maner, F., Kayatekin Z.E., Saygili S., Sener A.I.: Psychiatric Disorders and Crime.
Proceedings of the 24th National Congress of Neurology and Psychiatry. Ankara, Turkey (1988).

Kayatekin Z.E., Maner F., Ilnem C., Yesilbursa D., Abay E., Tireli H., Kamberyan K.:Tardive Dyskinesia; Prevalance and Risk Factors.
Proceedings of the 11th Balkan Medical Congress. Istanbul, Turkey. (1989).

Kayatekin Z.E., Ilnem C., Baysal S. Karaoglu E.: Comparison of the Efficacy of Clonazepam and Chlorpromazine in Acute Mania.
Proceedings of the 25th National Congress of Neurology and Psychiatry. Mersin, Turkey. (1989).

Ozkara C., Kayatekin Z.E., Firatli T., Sener A.I.: Neurosyphilis; A Case Report and Review of Literature.
Proceedings of the Turkish Neuropsychiatric Society, Istanbul, Turkey (1989).

Kayatekin Z.E., Yesilbursa D., Abay E., Ilnem C., Maner F., Kamberyan K., Baybas S., Pektas O: Tardive Dystonia; Prevalance and Risk Factors.
Proceedings of the 2000 APA Research Colloquium for Junior Investigators , 2000, Chicago, USA

515

CONFIDENTIAL
AZSER12777640

BEST COPY AVAILABLE

- 8 -

## PUBLICATIONS

Yalin A., Kayatekin ZE, Uslu R. A Model for Training in Family Therapy.
Psychiatry, Psychology, Psychopharmacology; 1, 1994;2 (3).

Kayatekin ZE. Definition of Consultation Liaison Psychiatry. Courses in Child
Psychiatry. (Ed. Kerimoglu E.)   Ankara University Press. 1994; pp; 9-18.

Kayatekin ZE. Psychopharmacological Treatments in Child Psychiatry.
Textbook of Psychiatry. (Ed. Sayil I.)  Ankara University Press. 1996; pp; 629-38.


## BOOK REVIEWS

Kayatekin ZE: Review of  "Women and Schizophrenia"
Edited by David J. Castle, John McGrath and Jayashri Kulkarni
Cambridge University Press, 2000.  Psychiatric Services, 2001:52(10):1401.

Kayatekin ZE: Review of Psychiatric Services in Jails and Prisons"  A Task
Force   Report of the American Psychiatric Association
Second Edition
Published by the American Psychiatric Association. Washington, DC. 2000.
Psychiatric Services, 2001:52 (8):1114


### RESEARCH PROJECTS ONGOING OR COMPLETED IN THE PAST THREE YEARS

(Kayatekin ZE)                        9/04
Olanzapine versus Aripiprazole in the Treatment of Acutely Ill Patients with Schizophrenia.

(Kayatekin ZE)                        3/04
Eli Lilly
A Study of Olanzapine Plus Fluoxetine in Combination for Treatment-Resistant Depression
Without Psychotic Features.

(Kayatekin ZE)                        11/03
UCB Pharma
Levetiracetam in the Treatment of Patients with Premenstrual Dysphoric Disorder (PMDD).


(Kayatekin ZE)                        10/03

516

CONFIDENTIAL
AZSER12777641

- 9 -

**Astra Zeneca**
A Multicenter, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of Quetiapine Fumarate (oral tablets 400mg to 800mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (Lithium or Divalproex) in the maintenance treatment of Bipolar I disorder in adult patients.

**(Kayatekin ZE)**                    8/1/01-
Treatment of Perimenopausal Depression: A Pilot Study
Open-label, randomized, parallel group evaluation of the feasibility and efficacy of Sertraline (Zoloft) monotherapy compared to Sertraline (Zoloft) plus estrogen (17 beta estradiol) and Sertraline (Zoloft) plus estrogen plus progesterone (micronized progesterone) for the treatment of major depressive disorder in perimenopausal women

**(Kayatekin ZE)**                    8/01- 8/02
Astra Zeneca
A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of Quetiapine Fumarate (SEROQUEL) and Risperidone (RISPERDAL) in he Treatment of Patients with Schizophrenia

**(Kayatekin ZE)**                    7/01- 7/02
Eli Lilly and Company
Olanzapine versus Risperidone in the Treatment of Bipolar I Disorder, Manic or Mixed.

**(Kayatekin ZE)**                    9/00 – 9/01
Novartis
A Double-blind, Randomized, Parallel-Group, Active and Placebo-Controlled Study to Evaluate the Safety and Efficacy of NKP608 in Patients with Social Phobia.

**(Kayatekin ZE)**                    10/00 -10/03
Berlex
A Multicenter, Double-Blind, Randomized, Placebo Controlled, Parallel Group Study to Evaluate the Efficacy of a Monophasic Oral Contraceptive Preparation, Containing Drospirenone 3 mg Ethinyl Estradiol 20 mg (as Beta-Cyclodextrin Clathrate), in the treatment of Premenstrual Dysphoric Disorder (PMDD)

**(Patel J / Kayatekin ZE)**
NIMH                    8/1/01-
The Relationship between Valproate and Other Mood-Stabilizer Therapies to the Polycystic Ovarian Syndrome and Polycystic Ovarian Morphology in Women Bipolar Disorder.
STEP-BD

**(Patel J / Kayatekin ZE)**

517

CONFIDENTIAL
AZSER12777642

BEST COPY AVAILABLE

- 10 -

NIMH                                    8/1/01-
STEP-BD Women's Health Study: A Pilot Study of Omega-3 Fatty Acids in
Women with Bipolar Disorder who are planning pregnancy.


(Rothschild A)                          8/2001-
Merck&Co
A Double-Blind, Multicenter, Placebo- and Active-Controlled Acute and
Extension Study of MK-0869 in the Treatment of Patients with Major Depressive
Disorder.


(Rothschild A)                          9/99 - 12/00
Bristol-Myers Squibb
A Multicenter, Double-blind Placebo and Paroxetine Controlled, Randomized,
Flexible Dose Trial of Nefazadone ER in the Treatment of Depressed Patients.


(Rothschild A)                          8/99 - 6/00
Eli Lilly
The acute and Long term Efficacy of Olanzapine in First Episode Psychotic
Disorders: A Randomized Double-blind Comparison with Haloperidol.


(Rothschild A)                          7/99-10/00
Merck&Co.
A Double-Blind, Multicenter, Placebo-Controlled Study of L-759274 in the
Treatment of Outpatients With Major Depression, Melancholic Features.


(Rothschild A)                          8/99 - 6/00
Glaxo/Wellcome
A Multicenter, Double-blind, Placebo-controlled, Randomized, Fixed-dose
Evaluation of the Safety and Efficacy of Lamotrigine in the Long-term
Prevention of Relapse and Recurrence of Depression and/or Mania in Patients
with Bipolar I Disorder Who Have Recently Experienced a Depressive
Episode.


(Rothschild A)                          8/99 - 6/00
Glaxo/Wellcome
A multicenter, Double-blind, Double-dummy, Placebo and Lithium-controlled,
Randomized, Flexible-dose evaluation of the Safety and Efficacy of Lamotrigine
in the Long-term Prevention of Relapse and/or Recurrence of Mania and/or
Depression in Adult Patients with Bipolar I Disorder Who Have Experienced a
Recent Manic Episode.


(Rothschild A)                          8/99 - 6/00


518

CONFIDENTIAL
AZSER12777643

BEST COPY AVAILABLE

- 11 -

**Eli Lilly**
**Olanzapine alone and in Combination with Fluoxetine vs. Placebo in Major Depressive Disorder with Psychotic Features.**

**(Zarate C)**                                        **5/00 - 6/01**
**Abbott**
**A double-blind, Placebo-Controlled Study of the Safety and Efficacy of Depakote in Impulsive Aggression Across Psychiatric Disorders.**

**(Rothschild A)**                                    **6/00 - 12/00**
**Corcept Therapeutics**
**A Phase II, Open-Label, Dose-Ranging Study of the Safety and Efficacy of Mifepristone in Patients with Major Depressive Disorder with Psychotic Features.**

CONFIDENTIAL
AZSER12777644

BEST COPY AVAILABLE

D1447C00127: _0036_

# CURRICULUM VITAE

**Name:** Paul E. Keck, Jr., M.D.

**Address:** University of Cincinnati Medical Center
231 Albert Sabin Way
Cincinnati, OH 45267-0559

**Date of Birth:** REDACTED

**Place of Birth:** REDACTED

## Education:

1979    A.B.    Dartmouth College, Hanover, New Hampshire

1983    M.D.    Mount Sinai School of Medicine, New York, New York

## Postdoctoral Training:

### Internship and Residencies:

1983-1984    Internship in Internal Medicine, Beth Israel Medical Center, New York, New York

1984-1987    Resident in Psychiatry, McLean Hospital Belmont, Massachusetts

### Research Fellowships:

Research Award,  National Institute of Arthritis, Metabolism and Digestive Diseases

1983    Fellowship, Tucker Foundation, Hanover, New Hampshire

1987-1989    Fellowship, Scottish Rite Schizophrenia Program, Northern Masonic Jurisdiction, USA

## Licensure:

1985-1991    Massachusetts License Registration
1991    Ohio License Registration No. 35-06-1382-K
1991    American Board of Psychiatry and Neurology No. 34691
1995    American Board of Forensic Examiners No. 745

520

CONFIDENTIAL
AZSER12777645

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

| 1997 | American Board of Psychological Specialties No. 2331 |

## Academic Appointments:

| 1984-1987 | Clinical Fellow in Psychiatry,<br>Harvard Medical School, Boston, Massachusetts |
| 1987-1989 | Instructor in Psychiatry<br>Harvard Medical School, Boston, Massachusetts |
| 1989-1991 | Assistant Professor of Psychiatry<br>Harvard Medical School, Boston, Massachusetts |
| 1991-1998 | Associate Professor of Psychiatry,<br>University of Cincinnati College of Medicine, Cincinnati, Ohio |
| 1992- | Associate Professor of Pharmacology and Cell<br>Biophysics (Dual Track), University of Cincinnati College<br>of Medicine, Cincinnati, Ohio |
| 1995- | Adjunct Assistant Professor of Psychology,<br>University of Cincinnati, Cincinnati, Ohio |
| 1997- | Vice Chairman for Research, Department of Psychiatry,<br>University of Cincinnati College of Medicine, Cincinnati Ohio |
| 1998- | Professor of Psychiatry (with tenure),<br>University of Cincinnati College of Medicine, Cincinnati, Ohio |

## Hospital Appointments:

| 1986-1987 | Chief Resident in Psychiatry, McLean Hospital,<br>Belmont, Massachusetts |
| 1985-1987 | Research Fellow in Psychiatry, Laboratories for<br>Psychiatric Research, Mailman Research Center,<br>Belmont, Massachusetts |
| 1987-1990 | Assistant Psychiatrist, McLean Hospital,<br>Belmont, Massachusetts |
| 1991- | Attending Psychiatrist, University of Cincinnati Hospital |
| 1992-1993 | Consultant, Good Samaritan Hospital, Cincinnati, Ohio |
| 1991- | Attending Psychiatrist, Veterans Administration Medical<br>Center, Cincinnati, Ohio |
| 1992- | Consultant, Children's Hospital Medical Center,<br>Cincinnati, Ohio |
| 1994- | Senior Consulting Psychiatrist<br>Pauline Warfield Lewis Center,<br>Ohio Department of Mental Health,<br>Cincinnati, Ohio |
| 1997- | Attending Psychiatrist, Christ Hospital,<br>Cincinnati, Ohio |

2

CONFIDENTIAL
AZSER12777646

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

## Awards and Honors:

| | |
|---|---|
| 1977-1979 | New Hampshire Alpha Award for Academic Excellence, Dartmouth College |
| 1979 | Phi Beta Kappa Society, Dartmouth College |
| 1979 | Magna Cum Laude, Dartmouth College |
| 1983 | Alpha Omega Alpha Society, Mount Sinai School of Medicine |
| 1983 | M. Ralph Kaufman Award for Excellence in Psychiatry, Mount Sinai School of Medicine |
| 1987 | Laughlin Award for Merit, National Psychiatric Endowment Fund |
| 1991 | Phillip L. Isenberg Award, Excellence in Teaching McLean Hospital, Harvard Medical School |
| 1993 | Exemplary Psychiatrist Award, National Alliance for the Mentally Ill (NAMI) |
| 1994- | Stanley Scholars Program, The Theodore & Vada Stanley Foundation and National Alliance for the Mentally Ill |
| 1994 | The Best Mental Health Experts, Good Housekeeping Magazine |
| 1994 | Golden Apple Award for Excellence in Teaching Department of Psychiatry, University of Cincinnati College of Medicine |
| 1996 | Outstanding Young Men of America |
| 1997 | Gerald L Klerman Young Investigator Award, National Depressive and Manic – Depressive Association |
| 1998 | Nancy C A Roeske, MD Award for Excellence in Medical Student Education, American Psychiatric Association |
| 1998 | Outstanding Young Men of America |
| 1999 | Best Doctors in America |
| 1999 | Wyeth-Ayerst AADPRT IMG Mentorship Program |
| 1999 | Outstanding Physician Partner Award, Postgraduate Institute for Medicine |
| 2000 | Crystal Award (2), The Communicator Awards for Continuing Medical Education |
| 2001 | Leadership Recognition Award, Neuroleptic Malignant Syndrome Information Service (NMSIS) |

## Major Committee Assignments:

National and Regional:

Neuroleptic Malignant Syndrome Information Service:

1995-        Professional Advisory Council and Director of Scientific Development

U.S. Food and Drug Administration:

3

CONFIDENTIAL
AZSER12777647

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

| | |
|---|---|
| 2000- | Psychopharmacology Drug Advisory Committee (PDAC) |

**American Psychiatric Association:**

| | |
|---|---|
| 1992-1994 | APA Practice Guidelines for Bipolar Disorders Work Group (Formulation of official American Psychiatric Association treatment guidelines for patients with bipolar disorder) |
| 1993-1994 | DSM-IV Medication – Induced Movement Disorder (Formulation of diagnostic criteria for neuroleptic malignant syndrome, akathisia) |
| 2000- | APA Institute for Research and Education (Enhance research infrastructure and psychiatric education by fostering collaboration among academic institutions) |
| 2000- | APA Practice Guidelines for Bipolar Disorders Work Group (Revise and update treatment guidelines for patients with bipolar disorder) |

**Local:**

**McLean Hospital:**

| | |
|---|---|
| 1985 | Committee on Inpatient Psychotherapy in Residency Training (Review teaching and supervision of psychotherapy of inpatients by residents) |
| 1986-1987 | Committee on Hospital Admissions (Review problems associated with admission of patients to hospital) |
| 1987 | Committee on Residency Training Curriculum and Requirements (Review core residency training curriculum, update and modify in accordance with national standards) |
| 1987-1991 | Pharmacy and Therapeutics Committee (Quality assurance, drug utilization, adverse events) |
| 1990-1991 | Hospital Formulary committee (Review of new drugs for addition to hospital formulary) |

**University of Cincinnati Hospital:**

| | |
|---|---|
| 1991-1997 | Hospital Pharmacy and Therapeutics Committee; Chair, Biotechnology Subcommittee, 1993 – (Review of new biotechnology products for submission to hospital formulary committee; involves consultation with experts, cost-benefit analysis) |
| 1998- 2000 | Executive Board, Office of Clinical Trials |

**College of Medicine:**

4

CONFIDENTIAL
AZSER12777648

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

| | |
|---|---|
| 1991-1997 | Year II Medical Student Education Committee (Ongoing curriculum review) |
| 1992-1995 | Preceptor, Clinical Opportunities Program (Supervision and teaching of medical students wishing to observe clinical care by specialty) |
| 1993- | Medical Student Advisor: David Kriendler, Danielle Kizer |
| 1997- | Dispute Mediation Committee (Assist in mediation of disputes involving faculty) |

Department of Psychiatry:

| | |
|---|---|
| 1991- | Medical Student Education Committee (Review department contribution to curriculum of medical school) |
| 1991-1995 | Residency Selection Committee (Interview and evaluate resident applicants) |
| 1991-1995 | Continuing Education Committee; Chair, 1992-1994 (Coordinate and design Grand Rounds schedule and other CME activities) |
| 1991- | Research Committee; Chair 1997- (Enhance research in department) |
| 1994-1996 | Residency Training Committee (Review and improve curriculum, ongoing advisory board to Residency Training Director) |
| 1994- | Steering Committee (Long range resource and personnel planning) |
| 1997-1998 | Space Committee (Space allocation for personnel and laboratories) |
| 1999- | Intellectual Property Committee (Assess intellectual property opportunities) |
| 1999- | Community Advisory Committee on Research; Chair (Bioethical considerations of human subjects protocols) |
| 2000- | Appointments and Promotions Committee (Faculty appointments and promotions) |

**Review and Editorial Boards:**

**Reviewer:**

| | |
|---|---|
| 1987- | Journal of Clinical Psychopharmacology |
| 1988- | Journal of Clinical Psychiatry |
| 1989- | Journal of Neuropsychiatry and Clinical Neurosciences |
| 1989- | American Journal of Psychiatry |
| 1991- | Biological Psychiatry |
| 1991- | Comprehensive Psychiatry |
| 1992- | Journal of Child and Adolescent Psychopharmacology |

5

524

CONFIDENTIAL
AZSER12777649

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

| | |
|---|---|
| 1992- | Journal of Nervous and Mental Diseases |
| 1993- | Depression |
| 1994- | Drugs |
| 1994- | The Medical Letter |
| 1994- | Harvard Review of Psychiatry |
| 1995- | Anxiety |
| 1995- | Psychiatric Research |
| 1995- | Psychopharmacology |
| 1996- | International Clinical Psychopharmacology |
| 1996- | CNS Drugs |
| 1997- | Journal of Affective Disorders |
| 1998- | Journal of Psychiatric Research |
| 1998- | Critical Reviews in Neurobiology |
| 1999- | Neuro-psychopharmacology & Biological Psychiatry |
| 1999- | Archives of General Psychiatry |
| 1999- | Acta Psychiatrica Scandinavica |
| 1999- | European Neuropsychopharmacology |
| 2000- | Psychosomatic Medicine |
| 2000- | General Hospital Psychiatry |
| 2001- | International Journal of Neuropsychopharmacology |
| 2001- | European Psychiatry |

**Editorial Boards:**

| | |
|---|---|
| 1992- | Psychiatric Annals |
| 1993- | Journal of Clinical Psychiatry |
| 1994- | Psychiatric Times' Bipolar Disorders Letter |
| 1996-1998 | Journal of Depressive Disorders: Index and Reviews |
| 1996- | Medscape Mental Health |
| 1996-1998 | Journal of Psychotic Disorders |
| 1997-1998 | Journal of Bipolar Disorder |
| 1997- | Behavioral Health Advisor, Clinical Reference Systems |
| 1998- | Bipolar Disorder, An International Journal of Psychiatry and Neurosciences |
| 2000- | Journal of Affective Disorders |
| 2000- | Clinical Psychiatry News |
| 2001- | Deputy Editior, Current Psychiatry |

**Other Professional Activities:**

| | |
|---|---|
| 1985-1987 | Site interviewer, McLean Hospital, The Structured Clinical Interview for DSM-III-R (SCID), Multisite Test-Retest Reliability Study; Biomedical Research Department, New York State Psychiatric Institute, Arch Gen Psychiatry 1992; 49:630-636 |
| 1994 | Site participant, University of Cincinnati College of Medicine, DSM-IV General Reliability Field Trial, Expert Phase, American Psychiatric Association |

6

CONFIDENTIAL
AZSER12777650

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

| | |
|---|---|
| 1995 | NIMH/NCDEU Workgroup, Assessment of Efficacy in Schizophrenia Clinical Trails |
| 1995 | Consensus Panel Expert, The Tri-University (Departments of Psychiatry at Columbia, Cornell and Duke Universities) Consortium, Bipolar Disorder Consensus Evaluation Project |
| 1996 | Consensus Panel Expert, The Tri-University (Departments of Psychiatry at Columbia, Cornell and Duke Universities) Consortium, Obsessive Compulsive Disorder Treatment Guidelines |
| 1996 | Ad Hoc Consultant, Contracts Review, National Institute of Mental Health, Division of Clinical and Treatment Research, Rockville, MD |
| 1997 | Faculty, University Institute for Psychiatry & Law, University of Cincinnati Medical Center |
| 1997 | Consultant Veterans Affairs Medical Center Bipolar Disorder Treatment Guidelines |
| 1998 | Data Monitoring Board of VA Cooperative Study #430, "Reducing the Efficacy – Effective Gap in Bipolar Disorder" |
| 1998 | Consensus Panel Expert, The Tri –University Consortium, Schizophrenia Consensus Evaluation Project |
| 1998 | Consensus Panel Expert, The Tri-University Consortium, Posttraumatic Stress Disorder Consensus Evaluation Project |
| 1998- | NIMH Intramural Protocols Review Panel |
| 1999 | Consensus Panel Expert Consortium, Health Knowledge Improvement Foundation, Guidelines for Antidepressant Medication in Primary Care |
| 2000 | Consultant, American Psychiatric Association Committee on Psychiatric Diagnosis and Assessment, DSM-IV Text Revision Work Group on Mood Disorders |
| 2000 | Consultant, NIMH Special Emphasis Panel |
| 2000 | Consultant, The Expert Consensus Guideline Series. Medication Treatment of Bipolar Disorder 2000. Postgraduate Medicine Institute |
| 2000 | Consultant, Texas Medication Algorithm Project (TMAP), Texas Department of Mental Health and Mental Retardation, Austin, TX |

**Professional Societies:**

| | |
|---|---|
| 1983-1989 | American Medical Association |
| 1983-1990 | American Psychiatric Association |
| 1989-1991 | American Sleep Disorders Association |
| 1991 | Society of Biological Psychiatry |
| 1991 | American Academy of Clinical Psychiatrist |
| 1991 | American Association for the Advancement of Science |
| 1991 | Cincinnati Psychiatric Society, Treasurer 1992-1993 |
| 1992 | Anxiety Disorders Association of America |
| 1993 | American Society of Clinical Psychopharmacology |
| 1995 | American College of Forensic Examiners, Fellow (1997) |
| 1997 | Collegium Internationale Neuro-Psychopharmacologicum |
| 1997 | New York Academy of Sciences |

7

CONFIDENTIAL
AZSER12777651

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

| | |
|---|---|
| 1999 | International Society for Bipolar Disorders (Councilor) |
| 2001 | International Society for Affective Disorders (Fellow) |

## Major Research Interests:

1. Novel psychopharmacologic agents in the treatment of mood, anxiety, and psychotic disorders
2. Phenomenology, epidemiology, biological abnormalities and treatment of bipolar disorders
3. Neuroleptic malignant syndrome and related side effects of antipsychotic agents

**Patent Application:** Shapira NA, Goldsmith TD, Keck PE, Jr. Methods of treating obsessive-compulsive spectrum disorders. Filed March 25, 1999.

## Principal Clinical and Hospital Service Responsibilities:

McLean Hospital

| | |
|---|---|
| 1987-1988 | Clinical and Research Associate, Psychopharmacology Program, McLean Hospital, Belmont, Massachusetts |
| 1988-1991 | Psychiatrist-in-Charge, South Belknap I, II (Depression Research, Units McLean Hospital, Belmont Massachusetts) |
| 1989-1990 | Assistant Director, Sleep Disorder Center, Neurophysiology Laboratory and Sleep Research Program, McLean Hospital, Belmont, Massachusetts |

University Hospital

| | |
|---|---|
| 1991-1996 | Co-Director, Biological Psychiatry Program, University of Cincinnati College of Medicine Cincinnati, Ohio |
| 1991-1998 | Director, Inpatient Psychobiology Research Unit University Hospital, Cincinnati Ohio |

## Teaching Experience:

| | |
|---|---|
| 1986-1987 | Supervision of medical students and psychiatric residents in emergency psychiatry and psychopharmacology, McLean Hospital |
| 1987-1991 | Supervision of residents in psychopharmacology through psychopharmacology program, McLean Hospital |
| 1988-1990 | Modern management of acute neuroleptic- induced extrapyramidal syndromes. American Psychiatric Association Annual meeting, Montreal, Canada, May 1-5, 1989; course 90; New York, May 13, 1990; course 26 |

8

CONFIDENTIAL
AZSER12777652

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

| | |
|---|---|
| 1988-1999 | Supervision of medical students and residents in inpatient psychiatry, McLean Hospital; University Hospital |
| 1989-1995 | Neuroleptic malignant syndrome: diagnosis, treatment and aftercare. American Psychiatric Association Annual Meeting, San Francisco, May 9, 1989, W4; New York, May 16, 1990, W47; New Orleans, May 1991; Washington DC, May 1992; San Francisco, 1993; Philadelphia, 1994; Miami, 1995 |
| 1990 | Side effects of neuroleptics. American Psychiatric Association Annual Meeting, New York, May 17, 1990, PS54 |
| 1990 | Senior Consultant Psychopharmacology Inpatients Services, McLean Hospital, Belmont, Massachusetts |
| 1991 | Visiting Professor, Northeastern Ohio Universities College of Medicine, Akron, Ohio, April, 1991 |
| 1991-1993 | Integrating research into clinical programs. American Psychiatric Association Annual Meeting, New Orleans, May 1991; Washington DC, 1992; San Francisco, 1993 |
| 1993 | Visiting Professor, University of Texas Medical Branch at Galveston, Galveston, Texas, February, 1993 |
| 1994-1995 | Anticonvulsants in Psychiatry. American Psychiatric Association Annual Meeting Philadelphia, May 1994; Miami, 1995 |
| 1994 | Advances in Treatment of Refractory Depression. American Psychiatric Association Annual Meeting Philadelphia, May 1994 |
| 1995 | Predictors of Response in Mood Disorder. American Psychiatric Association Annual Meeting Miami, May, 1995 |
| 1996 | Visiting Professor, McLean Hospital Mini Fellowship in Bipolar Disorder, Belmont, Massachusetts, April 1996 |
| 1996 | Visiting Professor, Rush-Presbyterian Hospital Mini Fellowship in Bipolar Disorder, Chicago, Illinois, October, 1996 |
| 1996 | Visiting Professor, Rush-Presbyterian Hospital Mini Fellowship in Bipolar Disorder, Chicago, Illinois, July, 1997 |
| 1997 | Visiting Professor, New York University Mini Fellowship in Bipolar Disorder, New York, NY, October 1997 |

**Fellowships:**

| | |
|---|---|
| 1992 | Director, Biological Psychiatry Program Fellowship, |

Department of Psychiatry, University of Cincinnati College of Medicine
Fellowship graduates:
Scott A West, M.D., 1995
Tammy J. Huber, M.D., 1996
John M. Hawkins, M.D., 1996
Cesar A. Soutullo, M.D., 1997
Vikram Shah, M.D., 1998
N. Andrew Shapira, M.D., 1999
Marlene P. Freeman, M.D., 1999
Shashuka Malhotra, M.D., 2001

9

CONFIDENTIAL
AZSER12777653

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

**Course Developer and Course Director:**

| | |
|---|---|
| 1991-1997 | Course Director, Psychiatry/Neuroscience Core Curriculum, Second Year Course, University of Cincinnati College of Medicine This integrated course received very high UCCM student evaluations annually since 1991 |
| 1992 | Designed and organized "Management of Depression in Primary Core Practice," Regional Symposium, April 11, 1992 |
| 1992 | Designed and organized "Medical Illness and Anxiety Disorders: The Clinical Interface," Regional Symposium, September 24,1992 |
| 1993 | Designed and organized "Update on the Treatment of Bipolar Disorder," Regional Symposium, October 1, 1993 |
| 1993-1999 | Course Director, Advanced Psychobiology Clerkship, Fourth Year Course, University of Cincinnati College of Medicine |
| 1999- | Co-Director, Brain and Behavior II, Second Year Course, University of Cincinnati College of Medicine |

**Course Participant:**

| | |
|---|---|
| 1986-1987 | Emergency Psychiatry Resident Lecture Series, McLean Hospital |
| 1987-1991 | Lecturer in Advanced Psychopharmacology Resident Seminar, McLean Hospital |
| 1987-1991 | Lecturer in Affective Disorders Resident Course, McLean Hospital |
| 1990 | Course Participant, Comprehensive Update in Clinical Psychiatry, CME Course, McLean Hospital and Harvard Medical School |
| 1991-1993 | Lecturer in Psychopharmacology Module, Third Year Clerkship, University of Cincinnati College of Medicine |
| 1991- | Lecturer in Advanced Psychopharmacology Resident Seminar, University of Cincinnati College of Medicine |
| 1991-1999 | Lecturer in Psychiatry/Neuroscience Core Curriculum, Second Year, University of Cincinnati College of Medicine |
| 1991-1999 | Lecturer in Pharmacology Core Curriculum, Second Year, University of Cincinnati College of Medicine |
| 1992-1998 | Lecturer in Introduction to Clinical Practice II Course, Second Year, University of Cincinnati College of Medicine |
| 1999-2001 | Lecturer in Forensic Psychiatry Fellowship Didactic Series |
| 1999- | Lecturer in Brain and Behavior II Course, Second Year, University of Cincinnati College of Medicine |
| 2000- | Lecturer in Brain and Behavior I Course, First Year, University of Cincinnati College of Medicine |

**Invited Lecturer / Grand Rounds:**

10

529

CONFIDENTIAL
AZSER12777654

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

| | |
|---|---|
| 1987 | "Antidepressants in the Treatment of Bulimia"<br>St. Francis Hospital, Tulsa, OK |
| 1988 | "Pharmacologic Treatment of Eating Disorders"<br>St. Luke's Hospital, St. Louis, MO |
| 1989 | "Pharmacologic Approaches to the Treatment of Eating Disorders"<br>Philadelphia Psychiatric Institute, Philadelphia, PA<br>"Valproate as a Potential Antimanic Treatment"<br>University of Massachusetts Medical Center, Worcester, MA<br>"Diagnosis and Treatment of Neuroleptic Malignant Syndrome"<br>Massachusetts General Hospital, Boston, MA<br>"Pharmacologic Treatment of Schizophrenia"<br>McLean Hospital, Belmont, MA |
| 1990 | "Recognition of Sleep Disorders in Psychiatric Practice"<br>Massachusetts Institute of Technology (MIT), Cambridge, MA<br>"Why Do We Sleep?  Why Do We Study It?"<br>McLean Hospital, Belmont, MA<br>"Management of Bipolar Disorder and Comorbid Substance Abuse"<br>West Virginia University Medical Center, Charleston, WV<br>"Valproate in the Treatment of Bipolar Disorder"<br>Canadian Psychiatric Association Annual Meeting, Toronto, Canada<br>"Valproate in the Treatment of Psychiatric Disorders"<br>American Academy of Neurology Annual Meeting, Cincinnati, OH<br>"Anticonvulsants in the Treatment of Bipolar Disorder"<br>Kings Park Hospital, NY<br>"Diagnosis and Therapy of Sleep Disorders"<br>Mount Auburn Hospital, Cambridge, MA<br>"Anticonvulsants in the Treatment of Bipolar Disorder"<br>University of Massachusetts Medical Center, Worcester, MA |
| 1991 | "Current Research Supporting the Use of Anticonvulsants in Bipolar Disorder"<br>University of Rochester School of Medicine, Rochester, NY<br>"Anticonvulsants in the Treatment of Bipolar Disorder:<br>Jackson-Brook Institute, Portland, MA<br>"Anticonvulsants as Treatment Alternatives to Lithium in Bipolar Disorder"<br>University of Toronto School of Medicine, Toronto, Canada<br>"Pharmacologic Treatment of Bipolar Disorder"<br>Pembroke Pines Hospital, Ft. Lauderdale, FL<br>"Pharmacologic Treatment of Bipolar Disorder"<br>Danvers State Hospital, Danvers, MA<br>"Anticonvulsants in the Treatment of Bipolar Disorder" |

11

530

CONFIDENTIAL
AZSER12777655

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

Napa Valley Hospital, Napa, CA
"The Use of Carbamazepine and Valproate in Bipolar Disorder"
Mind, Mountain and Medicine Conference, Portland, OR
"Sleep Disorders and Psychiatric Illness"
University of Winnipeg Hospital, Winnipeg, Canada
"Anticonvulsants in Bipolar Disorder"
Hartford Hospital, Hartford, CT
"Recognition of Sleep Disorders in Children and Adolescents"
North Shore Children's Hospital, Salem, MA
"Advances in the Pharmacologic Treatment of Bipolar Disorder"
Northeast Ohio Universities Medical School, Akron, OH
"Use of Valproate in Bipolar Illness"
Dayton Mental Health Center, Dayton, OH
"Treatment of Bipolar and Schizoaffective Disorders"
Monson Developmental Center, Palmer, MA
"Anticonvulsants in the Treatment of Mania"
The Carrier Foundation, Belle Mead, NJ
"New Developments in the Psychopharmacologic Treatment of Mania"
The Carrier Foundation, Belle Mead, NJ
"Anticonvulsants in the Treatment of Mania:
Walter Reed Army Medical Center, Washington, DC
"Anticonvulsants in the Treatment of Mania"
Beth Israel Medical Center, New York, NY
"Recent Advances in the Use of Valproate in the Treatment of Bipolar Disorders"
Patton State Hospital, Patton, CA
"Valproate in the Treatment of Acute Mania: A Placebo-Controlled Study"
University of Iowa College of Medicine, Iowa City, IA
"Diagnosis and Management of Insomnia and Sleep Disorders"
University of Alabama at Birmingham, Birmingham, AL

1992        "Recent Advances in the Use of Valproate for Bipolar Disorders"
Lutheran Hospital, Park Ridge, IL
"Anticonvulsants in Psychiatry"
Central Ohio Psychiatric Hospital, Columbus, OH
"Diagnosis and Management of Refractory Bipolar Patients"
Heritage Oaks Hospital, Sacramento, CA
"Insomnia"
University of California, Davis, Sacramento, CA
"Management of Bipolar Disorder"
St. Elizabeth's Hospital, Washington, DC
"Treatment of Resistant Bipolar Disorder"
Brookdale Hospital, Brooklyn, NY
"Antiepileptic Drugs in Bipolar Disorder"
University of North Dakota, Fargo, ND
"Valproate in Bipolar Disorder"

12

531

CONFIDENTIAL
AZSER12777656

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

Charlotte Mental Health Center, Charlotte, SC
"Assessment and Management of Suicidal Patients and Refractory Depression"
  Spring Grove Hospital, Baltimore, MD
"Valproate in Psychiatry"
  University of Texas Southwestern Medical Center, Dallas, TX
"New Treatments in Bipolar Disorder:
  Oklahoma University College of Medicine, Oklahoma City, OK

1993    "Serotonin Uptake Inhibitors"
  Riverside Methodist Hospitals, Columbus, OH
"Recognition and Management of Major Sleep Disorders"
  Doctors Hospital, Columbus, OH
"Advances in Antidepressant Therapy"
  Dayton Mental Health Center, Dayton, OH
"Organic Mood Syndromes"
  Allegheny General Hospital, Pittsburgh, PA
"Diagnosis and Treatment of Panic Disorder"
  Kettering Medical Center, Kettering, OH
"Recent Advances in the Treatment of Bipolar Disorder and Schizoaffective Disorder" Menniger Phoenix at St. John's Hospital and Medical Center, Phoenix, AZ
"Recognition and Pharmacologic Treatment of Depression"
  Upper Valley Medical Centers, Piqua, OH
"Anticonvulsant Treatment of Bipolar Disorder"
  Baylor College of Medicine, Houston, TX
"Insomnia: Treatment Strategies"
  Mount Carmel Medical Center, Columbus, OH
"Sleep Disorders and Insomnia"
  Dayton VAMC, Dayton, OH
"Pharmacology of Mania"
  University of Tennessee Medical Center, Knoxville, TN

1994    "The Atypical Antipsychotics – What's New and When Do You Use Them?"
  Upper Valley Medical Centers, Troy, OH
"Treatment of Bipolar Depression"
  McLean Hospital, Belmont, MA
"New Management Options in Bipolar Disorders"
  Parkside Lutheran Hospital, Park Ridge, IL
"New Management Options in Bipolar Disorder"
  Madison Center, South Bend, IN
"New Agents in Acute Mania"
  Oregon Health Sciences University, Portland, OR
"Pharmacologic Treatment of Acute Mania"
  Henry Ford Hospital, Detroit, MI
"Schizoaffective and Psychotic Mood Disorders"

13

532

CONFIDENTIAL
AZSER12777657

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

Harper Hospital/ Wayne State University, Detroit, MI
"Management Options in Bipolar Disorder"
San Francisco General Hospital, University of California, San Francisco, CA
"Pharmacology of Acute Mania"
Harbor UCLA Medical Center, Los Angeles, CA
"Treatment of Bipolar Disorders"
Mount Carmel Health Center, Columbus, OH
"New Management Options in Bipolar Disorder"
St. Louis State Hospital, St. Louis, MO
"Pharmacologic Treatment of Acute Mania"
VAMC Battle Creek, Battle Creek, MI
"Advances in the Pharmacologic Treatment of Acute Mania"
Brigham and Women's Hospital, Boston, MA
"Pharmacologic Treatment of Schizoaffective Disorder"
University of Minnesota School of Medicine, Minneapolis, MN
"Current Ideas on Antidepressant Therapy"
Miami Valley Hospital, Dayton, OH

1995        "Pharmacology of Hypnotic Agents"
Chillecothe VAMC, Chillecothe, OH
"Predictors of Pharmacologic Treatment Response in Acute Mania"
Loyola University Medical Center Chicago, Stritch School of Medicine
"Atypical Antipsychotics in the Treatment of Schizoaffective and Psychotic Mood Disorders"
Wright State University school of Medicine, Dayton, OH
"Diagnosis and Management of Hypochondriasis"
Wright State University School of Medicine, Dayton, OH
"Use of Novel Antipsychotics in Affective Psychoses"
University of Chicago Department of Psychiatry, Chicago, IL
"Acute Treatment of Psychosis in the Emergency Room Setting"
St. Louis University School of Medicine, St. Louis, MO
"Pharmacologic Treatment of Bipolar Disorder"
Ohio University, Athens, OH
"Pharmacologic Treatment of Bipolar Disorder"
Bipolar Disorders Symposium, Stanford University School of Medicine, Stanford, CA
"Bipolar Disorder"
Medical College of Wisconsin, Milwaukee, WI
"Hypochondriasis"
Kettering Medical Center, Kettering, OH
"Pharmacologic Treatment of Acute Mania"
Chicago-Read Hospital, Chicago, IL
"Current advances in the Treatment of Bipolar Disorder"
West Virginia University School of Medicine, Charleston, WV

14

533

CONFIDENTIAL
AZSER12777658

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

"Atypical Antipsychotics in the Treatment of Schizophrenia, Schizoaffective Disorder, and Psychotic Mood Disorders"
    Mount Sinai School of Medicine, New York, NY

1996        "Treatment – Resistant Depression"
    Dayton Mental Health Center, Dayton, OH
"Atypical Antipsychotics in the Treatment of Schizoaffective Disorder and Psychotic Mood Disorders"
    University of Southern Florida, Tampa, FL
"Atypical Antipsychotics"
    Jewish Hospital, Cincinnati, OH
"Pharmacoeconomics of the Treatment of Bipolar Disorder"
    St. Elizabeth's Hospital, Brighton, MA
"Advances in Bipolar Disorder: The Bipolar Spectrum and Pharmacoeconomics"
    Ohio State University School of Medicine, Columbus, OH
"The New Antipsychotics: Safety and Efficacy"
    Wright State University School of Medicine, Dayton, OH
"Pharmacoeconomics of Bipolar Disorder"
    Wayne State University School of Medicine, Detroit, MI
"Advances in the Treatment of Mania Associated with Bipolar Disorder"
    Northwestern University Medical School, Chicago, IL
"Definitive Treatment of Acute Mania"
    St. Luke's – Roosevelt Medical Center, New York, NY

1997        "Bipolar Disorder: Valproate Loading Strategies"
    Massachusetts Mental Health Center, Boston, MA
"Compliance with Maintenance Treatment in Manic-Depressive Illness"
    Robert Wood Johnson Medical School, Piscataway, NJ
"Bipolar Disorder"
    Cleveland Clinic, Cleveland, OH
"Pharmacology and Therapeutic Efficacy of New Antipsychotics"
    University of Louisville School of Medicine, Louisville, KY
" Pharmacology of New Antipsychotics: Implications for Schizoaffective Disorder"
    Ohio State University School of Medicine, Columbus, OH
"New Antipsychotics and Affective Psychosis"
    University of Mississippi School of Medicine, Jackson, MI
"Therapeutic Potential of New Antipsychotics"
    University of California-Davis, Sacramento, CA

1998        "Update on Anticonvulsants in the Treatment of Bipolar Disorder"
    University Hospital of Cleveland, Cleveland, OH
"Antipsychotics in the Treatment of Psychotic Mood Disorders" Finch
    University of Health Sciences/Chicago Medical School, N. Chicago, IL
"Advances in the Pharmacotherapy of Acute Mania"

15

534

CONFIDENTIAL
AZSER12777659

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

Cornell University Medical Center, White Plains, NY
"Pharmacologic Mechanisms of the New Antipsychotics"
   University of Rochester, Rochester, NY
"The New Anticonvulsant and Antipsychotic Drugs: what is Their Role in
the Treatment of Bipolar Disorder?"
   Albert Einstein Medical Center, Philadelphia, PA.

1999    "Atypical Antipsychotics: Their Role in the Treatment of Schizoaffective
          Disorder" St. Vincent's Medical Center, New York, NY
        "Antipsychotic and Thymoleptic Actions of Atypical Antipsychotics"
          Kevin T. Finnegan Annual Memorial Lecture, University of Utah, Salt
          Lake City, UT
        "Pharmacologic Treatment of Bipolar Disorder – The Future"
          University of Cincinnati College of Medicine, Cincinnati, OH
        "Alternatives to Lithium in the Treatment of Bipolar Disorder" Lithium –
          50th Anniversary in Clinical Medicine Symposium. Lexington, KY
        "Atypical Antipsychotics in the Treatment of Acute Mania"
          University of Massachusetts, Worcester, MA
        "Pharmacotherapy of Schizoaffective Disorder"
          McLean Hospital, Belmont, MA
        "Principles of Antidepressant Prescribing" Dept. of Internal Medicine,
          University of Cincinnati Medical Center, Cincinnati, Ohio
        "Clinical Update: Antipsychotic and Mood Stabilizer Drug Therapy" Ohio
          University College of Osteopathic Medicine, Dayton, Ohio

2000    "Why Do We Send Roses? The Neurobiology of Emotion"
          University of Cincinnati College of Medicine,
          Mini Medical College, Cincinnati, Ohio
        "Schizoaffective Disorder" Hillside Hospital – Long Island Jewish Medical
          Center, Glen Oaks, NY
        "Advances in Pharmacotherapy for Bipolar Disorder" University of South
          Florida, Tampa, FL
        "Advances in the Pharmacological Treatment of Bipolar Disorder"
          Emory University School of Medicine, Atlanta, GA
        "Neurobiology of Bipolar Disorder and Treatment Advances"
          University of Southern California School of Medicine, Los Angeles, CA

2001    "Update on Advances in Pharmacotherapy of Bipolar Disorder"
          Wright State University School of Medicine, Dayton, OH
        "Pharmacologic and Efficacy Comparison of New Atypical Antipsychotic
          Drugs," Good Samaritan Hospital, Cincinnati, OH
        "Latest Treatment Advances for Bipolar Disorder"
          St. Elizabeth's Hospital, Washington, DC
        "The Many Faces of Bipolar Disorder"
          University of Cincinnati College of Medicine
          Mini Medical College, Cincinnati, Ohio

16

535

CONFIDENTIAL
AZSER12777660

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

2002    "Atypical Antipsychotics: Promise and Controversy"
         Jonathan O. Cole Mental Health Consumer Resource Center
         McLean Hospital, Belmont, MA
         " Recent Advances in the Pharmacological Treatment of Bipolar Disorder"
         Massachusetts General Hospital, Boston, MA
         "Antiepileptics and Atypical Antipsychotics in the Treatment of Bipolar
         Disorder" University of Mississippi School of Medicine,
         Jackson, MS

## Other Teaching Experience and Invited Lectures:

1989    Drug Treatment of Schizophrenia; The Pharmacist and Mental Health
         Regional Symposium, Northeastern University College of Pharmacy,
         Waltham, MA
         New Advances in the Pharmacologic Treatment of Manic-Depressive Illness,
         Regional Meeting, National Depressive and Manic Depressive
         Association, Chattanooga, TN

1990    Recent Research on the Use of Anticonvulsants in Bipolar Disorder; Portraits
         of Mania Symposium, Third Annual U.S. Psychiatric Congress, San
         Diego, CA
         Clinical Applications of Anticonvulsants in Psychiatric Disorders; Current
         Trends in the Expanded Use of Anticonvulsants, Ohio Department of
         Mental Health Conference, Columbus, OH
         Recent Research on the Use of Anticonvulsants in Bipolar Disorder; Portraits
         of Mania, Regional Symposium, Atlanta, GA
         The Use of Medications in Treating Psychiatric Illness; Orientation to Mental
         Health Issues, Pastoral Care and Counseling Symposium, McLean
         Hospital Belmont, MA
         Sleep Disorders and Psychiatric Illness: Diagnosis and Treatment Issues;
         McLean Hospital Intensive Update in Biological Psychiatry CME
         Course, Belmont, MA
         Differentiating Sleep Disorders from Psychiatric Syndromes; Western
         Massachusetts Psychiatric Society, Smith College, Northhampton, MA
         Sleep Disorders; Manic Depressive and Depressive Association of Boston,
         Boston, MA

1991    Innovative Uses of Anticonvulsants, Henry Ford Hospital Symposium,
         Dearborn, MI
         Pharmacotherapy for Anxiety Disorders; Anxiety Disorders; Recognition,
         Treatment and Management, Regional Symposium, University of
         Cincinnati College of Pharmacy, Cincinnati, OH
         Alternative Uses of Anticonvulsants; Innovative Uses of Anticonvulsants,
         Regional Symposium, Case Western Reserve University School of
         Medicine, Cleveland, OH

17

CONFIDENTIAL
AZSER12777661

C.V.
Paul E. Keck, Jr., M.D.

Other Possible Uses of Anticonvulsants in Psychiatry; Summit Conference on the Treatment of Bipolar Disorder, National Symposium, School of Medicine, University of Texas Health Science Center at San Antonio, Snowmass, CO

The Clinical Approach to the Differential Diagnosis of Bipolar Disorder; Practical Clinical Guidelines for the Management of Bipolar Disorder, Regional Symposium, Worcester, MA

Rational Use of Traditional Pharmacologic Therapy; Practical Guidelines for the Management of bipolar Disorder, Regional Symposium, Philadelphia, PA

Depression: Recognition and Treatment; Third Annual Mental Health Institute Regional Symposium, Louisville, KY

Reclaiming Lives; Psychiatric Rehabilitation and Clozaril; Third Annual Mental Health Institute Regional Symposium, Louisville, KY

Recent Advances in the Use of Valproate in the Treatment of Bipolar Disorder; Southern California Psychiatric Society, San Bernardino, CA

1992      The Diagnosis of Bipolar II Patients; Bipolar Disorder; Current Progress and Future Directions in Diagnosis and Management; National Symposium, Snowbird, UT

Treatment Refractory Depression, Valley Medical Center, Louisville, KY

Serotonin Reuptake Inhibitor Antidepressants; Charleston Psychiatric Association, Charleston, WV

Traditional Pharmacologic Management for the Treatment of Bipolar Disorder; Bipolar Disorder: Current Progress and Future Directions, Regional Symposium, Chicago, IL

Pharmacologic Treatment of Depression and Panic Disorder; Academy of Medicine, Lima and Allen Counties, OH

Myths of Psychopharmacology; Residency Training Graduation Dinner, Harding Hospital, Columbus, OH

Traditional Pharmacologic Management of Bipolar Disorder; Bipolar Disorder: Current Progress and Future Directions in Diagnosis and Management; Regional Symposium, Detroit, MI

Depression; Association of Indian Psychiatrists, Cincinnati, OH

Depression in Medical Practice: Recognition and Treatment Advances; Current Therapy XXIII, Scioto County 23rd Annual Postgraduate Medical Seminar, Portsmouth, OH

Antiepileptic Drugs in Primary Psychiatric Disorders; Crafts-Farrow State Hospital Eleventh Annual CME Program

New Developments in Sleep Therapy; Central Ohio Academy of Family Practitioners, Columbus, OH

Bipolar Disorder: The Treatment Resistant Patient; Acute Mania: Strategies for Success; Regional Symposium, Ohio State University College of Medicine, Columbus, OH

18

CONFIDENTIAL
AZSER12777662

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

| | |
|---|---|
| 1993 | Common Pitfalls of Diagnosis; Bipolar Disorder: Meeting the Challenge, National Symposium; Keystone, CO |
| | Bipolar Disorder; OMEN-TV, Ohio State University, Columbus, OH |
| | Depression... When the Blues Become More Than Music; Mental Health Association of Franklin County, Columbus, OH |
| 1994 | Management Options in Bipolar disorder; Bipolar Disorder: Diagnostic Challenges, Treatment Optimization; Regional Symposium, Indianapolis, IN |
| | Lithium, Valproate and Carbamazepine: What Do We Know?; Lithium: The Present and the Future, American Psychiatric Association Symposium, Philadelphia, PA |
| | Atypical Antipsychotics in Schizophrenia, Schizoaffective Disorder and Psychotic Mood Disorders; Ohio Department of Mental Health Annual Symposium, Columbus, OH |
| | Management of Bulimia, Body Dysmorphic Disorder and Related Disorders; Diagnosis and Treatment of Depression and Related Disorders: Symposium for Psychiatric Residents; National Symposium, Emory University School of Medicine, Atlanta, GA |
| | Bipolar Disorder: Case Management; CME Video Symposium, The IMN Group, Psych LINK, Dallas, TX |
| | Pharmacotherapeutic New Agents in the Treatment of Depression; What's New in Depression? An Update for Clinicians; Regional Symposium, The Ohio State University Medical Center for Continuing Education, Columbus, OH |
| | Refractory Bipolar Depression and Mania; Complicated and Treatment – Resistant Mood disorders; Regional Symposium, University of Pittsburgh Medical Center, Western Psychiatric Institute and Clinic, Center for Continuing Education in the Health Sciences; Pittsburgh, PA |
| 1995 | The Biology and Treatment of Rapid Cycling Bipolar Disorders; Caribbean Psychopharmacology Congress; National Symposium, CME, Inc., St. Martin, Antilles Francaises |
| | Treatment of Bipolar Disorder; Bipolar Disorders. Current Breakthroughs in Diagnosis and Treatment; Regional Symposium, University of Miami School of Medicine, Miami, FL |
| | Treatment of Schizoaffective Disorder. Antipsychotic Drug Therapy: Current Status, Roundtable Symposium.   Physicians Postgraduate Press, Inc. New Orleans, LA |
| | The Promise of New Antipsychotic Medications. Spring Mental Health Conference: Innovations in Mental Health Care in Public Psychiatry. Western Reserve Psychiatric Hospital, Northfield, OH |
| | Secondary Bipolar Disorder. Comorbidity in Bipolar Disorder, American Psychiatric Association Symposium, Miami, FL |
| | Practical Perspectives on Bipolar Disorders. CME Library Audio Video. CME, Inc., Santa Ana, CA |

19

CONFIDENTIAL
AZSER12777663

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

Bipolar Disorders, Depressive Disorders, and Psychotic Disorders, Intensive Review of Psychiatry and Neurology CME Inc., Tysons Corner, MD

Human Behavioral and Biochemical Sensitization: Implications for Mood Disorders. American College of Neuropsychopharmacology (ACNP) Annual Meeting Satellite Symposium – in Honor of Jonathan O. Cole, M.D., San Juan, Puerto Rico

Rapid Stabilization and Treatment of Bipolar Disorder in the Psychiatric Emergency Service. American Psychiatric Association Meeting, Institute on Psychiatric Services, Boston, MA

New Uses of Antidepressants: Social Phobia. Physicians Postgraduate Press, Inc. Roundtable Symposium. Tyson Corner, VA

1996   Clinical Strategies for the Care of Patients with Bipolar Disorder; National Symposium, Co-Chair person. Discovery International, Aspen, CO

New Perspectives on the Treatment of Bipolar Disorder; National Roundtable Symposium, Chairperson. Physicians Postgraduate Press, Inc. Dallas, TX

Strategies for Acute Treatment of Mania; Management of Bipolar Disorder in the Current Environment. American Psychiatric Association Annual Meeting Symposium. New York, NY

Epidemiology and Differential Diagnosis of Bipolar Disorder; Pharmacologic Treatment of Manic-Depressive Illness. Bipolar Disorder Minifellowship, McLean Hospital, Belmont, MA

The Adult Bipolar Patient: Cormorbidity and Treatment; Treating Bipolar Disorder – Comorbidity Issues Throughout the Lifecycle. Massachusetts Psychiatric Society and Cambridge Hospital Symposium. Boston, MA

Health Economic Impact of Bipolar Disorder; Comorbidity and Mixed Mania in Bipolar Disorder - - Cost Effective Strategies, National Symposium Chairperson. Institute on Psychiatric Services, American Psychiatric Association Annual Meeting. Chicago, IL

1997   Role of Antipsychotics in Treating Psychotic Mood Disorders; 4th Annual Psychopharmacology Symposium. Ohio State University School of Medicine. Columbus, OH

Role of Antipsychotics in Treating Mood Disorders; Antipsychotics in Unique Patient Populations. American Psychiatric Association Annual Meeting Symposium, San Diego, CA

Costs and Benefits of Bipolar Pharmacotherapy; Diagnostic and Treatment Advances in Manic Depression. American Psychiatric Association Annual Meeting Symposium. San Diego, CA

Psychopharmacological Treatment of Psychotic Disorders Across the Life Span. American Psychiatric Association Annual Meeting Symposium. San Diego, CA

Treating the Affective Component in Schizophrenia; Depression in Schizophrenia-Expanding Therapeutic Opportunities. World Congress of Biological Psychiatry. Nice, France

20

CONFIDENTIAL
AZSER12777664

C.V.
Paul E. Keck, Jr., M.D.

The New Antipsychotics and Their Therapeutic Potential; Comprehensive Schizophrenia Update. Alabama Psychiatric Society and the Mississippi Psychiatric Association Annual Meeting, Destin, FL

Pharmacoeconomics of Mood Stabilizers, Acute Manic Phase. International Bipolar Conference. Paris, France

Management of Mixed Mood States and Bipolar Disorder. Mental Health Association of Franklin County Annual Symposium. Columbus, OH

Bipolar Disorder in the Elderly. Institute for Psychiatric Services, American Psychiatric Association Annual Meeting, Washington, DC

Pharmacoeconomics of Bipolar Disorder. Mississippi Psychiatric Society, Jackson, MI

1998    Rapid Pharmacologic Treatment of Acute Mania. Ontario Psychiatric Association, Toronto, Canada

Rapid Loading Strategies in the Treatment of Acute Mania; Pharmacotherapy of Bipolar Disorder: Newest Advances Symposium Chairperson, American Psychiatric Association Annual Meeting, Toronto, Canada

A Biological Basis for Overlap of Mood in Psychotic Disorders; Expanding the Spectrum of Psychoses: The Interface of Affect Symposium. Co-Chairperson, American Psychiatric Association Annual Meeting, Toronto, Canada

Antipsychotics in Schizoaffective Disorder and Mania; Redefining Mood Stabilization: Advances in the Management of Bipolar Disorders. CINP XXIst Congress, Glasgow, Scotland

Making a Difference in Clinical Outcomes – the Profile of IM and Oral Ziprasidone; Making a Difference in Schizophrenia Management. CINP XXIst Congress, Glasgow, Scotland

A Biological Basis for Mood Overlap in Psychotic Disorders; New Advances in the Management of Bipolar Disorder (Chair). 9th Congress of the Association of European Psychiatrists (AEP), Copenhagen, Denmark

Long-term Management of Schizophrenia: The Role of New Antipsychotic; Schizophrenia: Charting a Course Through Mental Illness. Institute on Psychiatric Services Annual Meeting, American Psychiatric Association, Los Angeles, CA

Antipsychotics in Acute Mania: New Findings; Use of Antipsychotics in the management of Bipolar Disorder (Chair). Institute on Psychiatric Services Annual Meeting, American Psychiatric Association Annual Meeting, Los Angeles, CA

Newest Treatment Advances in Bipolar Disorder. U.S. Psychiatric & Mental Health Congress, San Francisco, CA

Atypical Antipsychotics: Efficacy in Treating Affective Symptoms, Hostility and Suicidality in Schizophrenia; Antipsychotic Standard of Care: Redefining the Definition of Atypical Antipsychotics. U.S. Psychiatric & Mental Health Congress, San Francisco, CA

21

540

CONFIDENTIAL
AZSER12777665

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

Psychosis and Mood Disorders: Defining Reasonable Expectations for Treatment Outcomes (Chair). Center Net Symposium in conjunction with the Association of Academic Health Centers, Washington, DC

1999  Clinical Assessment of Atypical Antipsychotics: Interpreting the Data. PsychLINK Symposium, Dallas, TX

Update on Clinical Psychopharmacology Research. American Society of Clinical Psychopharmacology Regional Meeting, Cincinnati, OH

Pharmacologic Mechanisms of Mood Stabilization Among Atypical Antipsychotics. Are Atypical Antipsychotics also Mood Stabilizers? (Symposium Chairperson). American Psychiatric Association Annual Meeting, Washington, DC.

Mood Stabilizing Medication. Medication Controversies in Bipolar Disorder Symposium. American Psychiatric Association Annual Meeting, Washington, DC.

Antipsychotics in Schizoaffective Disorder. Global Medical Conference: Focus on Bipolar Disorder. Indianapolis, IN.

Relier L'interface entre les Troubles Psychotiques et les Troubles de l'humeur. Association des Médecins Psychiatres du Quebec. Alymer, Quebec, Canada

The Costs of Treatment of Bipolar Disorder. Bipolar Disorders – 100 years after Kraeplin. Martin Luther Universitat Halle – Wittenburg. Berlin Germany.

Optimizing Outcomes in Bipolar Disorder. Redefining Mood Stabilization: Advances in the Management of Bipolar Disorder. XI World Congress of the World Psychiatric Association. Hamburg, Germany.

Treatment of Psychotic Disorders for the New Century: From Social Containment to Reintegration (Chair). CENTERNET National Videoconference. New York, NY.

Treatment of Bipolar Disorder: Lithium, Anticonvulsants and Atypical Antipsychotics. Advances in Mood Disorders and Schizophrenia: Diagnosis – Biology – Treatment. Palm Beach, Fl.

The Use of Placebo in Studies of Bipolar Disorder: Current Status. Clinical Trials in Mood Disorders. The Use of Placebo, Past, Present and Future. A consensus conference of the National Depressive and Manic-Depressive Association. Washington, DC.

Ask the Doctors. National DMDA Annual Convention. Houston, TX.

New Horizons in Research. National DMDA Annual Convention. Houston, TX.

Clinical Vignettes: Strategies for Psychosis. PsychLink Symposium, Dallas, TX.

Antipsychotics in Acute and Maintenance Treatment of Bipolar Disorder. Role for Antipsychotics in Long-term Mood Stabilization (Program Chair). APA Institute on Psychiatric Services, New Orleans, LA.

22

541

CONFIDENTIAL
AZSER12777666

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

Atypical Antipsychotics in the treatment of Mania. Progress in Bipolar Disorders (Program Chair). US Psychiatric & Mental Health congress, CME, Inc. Atlanta, GA.

Filling the Unmet Needs of the Bipolar Patient. Psychlink Symposium, Dallas, TX.

2000

Bipolar Disorder: From Pre-Clinical to Clinical, Facing the New Millenium (Program Chair). Society of Biological Psychiatry, Phoenix, AZ.

Keck PE, Jr. Update on tardive dyskinesia. Tardive dyskinesia in patients with depression including bipolar disorder. J Clin Psychiatry Audiograph Series 2000; 3:1.

Management of Bipolar Disorder for the New Millennium (Program Chair). Provision Medical Education Telecast. Miami, FL.

Thymoleptic mechanisms and activity of atypical antipsychotics. Fifth Annual Psychopharmacology Update. Nevada Association of Psychiatric Physicians. Las Vegas, NV

Rapid stabilization of mood and psychotic symptoms in mania. Defining Bipolar Disorder (Co-Chairman), American Psychiatric Association Annual Meeting. Chicago, IL.

NMS 1960-2000: Forty years of Progress. American Psychiatric Association Annual Meeting. Chicago, IL.

Newest Advances in the Pharmacological Treatment of Psychiatric Illnesses. Wyoming Medical Society Annual Meeting, Jackson Hole, WY

Restoring Balance: Long Term Mood Stabilization in the Bipolar Patient. PsychLink Symposium, Dallas, TX.

Treatment of Bipolar Disorder: Lithium, Anticonvulsants, and Atypical Antipsychotics. Advances in the Diagnosis, Biology and treatment of the Major Psychiatric Disorder. Palm Beach, FL.

Realities of Reintegration: Multidimensional Approaches to Optimize Outcomes in Psychosis and Mood Disorder. Provision Medical Education Telecast. New York, NY.

Redefining Mood Stabilization. The Coming of Age of the Bipolar Spectrum: An International Conference. University of California, San Diego. San Diego, CA.

Interface of Thought, Mood and Behavior. 13th Annual U.S. Psychiatric & Mental Health Congress, San Diego, CA.

Redefining Efficacy in Psychosis and Mood Disorders. 13th Annual U.S. Psychiatric & Mental Health Congress, San Diego, CA.

2001

Update on Treatment Advances in Bipolar Disorder. Sunshine From Darkness, NARSAD Annual Meeting, Sarasota, FL.

Atypical Antipsychotics in the Treatment of Aggressive Behvaviors. Off-Label on the Table: Using New Pharmacological Agents. American Psychiatric Association Annual Meeting, New Orleans, LA.

23

542

CONFIDENTIAL
AZSER12777667

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

Manic and Mixed Episodes: The Challenge of Improving Functional Outcome. Providing Complete Treatment for Patients with Bipolar Disorder (Chairperson). American Psychiatric Association Annual Meeting, New Orleans, LA.

New Antiepileptics in the Treatment of Bipolar Disorder. Clinical Issues in Bipolar Disorder: The Stanley Foundation Bipolar Network. American Psychiatric Association Annual Meeting, New Orleans, LA.

Update on Pharmacotherapy and Neuroscience. Fourth International Conference on Bipolar Disorder, Pittsburgh, PA.

What Makes a Drug a Mood-Stabilizer? PsychLink telecast, Interactive Medical Networks, Dallas, TX.

Update on New Treatment Research for Bipolar Disorder. National DMDA 14th Annual Conference, Cleveland, OH.

Bipolar Disorder: An Overview of Diagnosis and Treatment. 150th Annual Meeting of the Kentucky Medical Association, Louisville, KY.

Update on Latest Treatment Advances for Bipolar Disorder. Annual Meeting of the Kentuck Psychiatric Association, Louisville, KY.

Latest Treatment Advances for Bipolar Disorder. Interface of Mood, Thought, and Behavior. U.S. Psychiatric & Mental Health Congress, Boston, MA.

Treating the Acute Phases of Bipolar Disorder: Mania. Progress in Bipolar Disorder. U.S. Psychiatric & Mental Health Congress, Boston , MA.

Acute Efficacy Considerations in Managing Schizophrenia. Redefining Optimal Patients Management in Schizophrenia. U.S. Psychiatric & Mental Health Congress, Boston, MA.

2002

Comprehensive Treatment of Manic-Depressive Illness (Program Chair). Depression Awareness Day: The Latest on Chasing the Blues Away. Albert Sabin Center, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio.

**Doctoral Candidate Committee:**

1993-1995   Megan G. Murray, "The Measurement of Life Stress in Biplar Disorder," Committee Member for Major Qualifying Exam (MQE) and Dissertation. University of Cincinnati, Department of Psychology

**Bibliography:**

Science Citation Index 1988-2,001: 14, 252

**Original Reports:**

1986

24

543

CONFIDENTIAL
AZSER12777668

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

1.  Pope HG, Jr, Keck PE, Jr, McElroy SL. Frequency and presentation of neuroleptic malignant syndrome in a large psychiatric hospital. Am J Psychiatry 1986; 143:1227-1233.

2.  White K, Keck PE, Jr, Lipinski JF. Serotonin uptake inhibitors in obsessive compulsive disorder: a case report. Compr Psychiatry 1989; 27:211-214.

3.  Keck PE, Jr, Lipinski JF, White K. An inverse relationship between mania and obsessive compulsive disorder: A case report. J Clin Psychopharm 1986; 6:123-124.

1987

4.  McElroy SL, Keck PE, Jr, Pope HG, Jr. Sodium valproate: Its use in primary psychiatric disorders. J Clin Psychopharm 1987; 7:16-24.

5.  Keck PE, Jr, Pope HG, Jr, McElroy SL. Frequency and presentation and neuroleptic malignant syndrome: a prospective study. Am J Psychiatry 1987; 144:1344-1346.

6.  Keck PE, Jr, Pope HG, Jr, McElroy SL. Frequency of neuroleptic malignant syndrome, 1963-1986. Psychiatrie and Psychobiologie 1987; 2:59-63

1988

7.  Keck PE, Jr, Pope HG, Jr, Hudson JI, McElroy SL, Kuliok AR. Lycanthropy: alive and well in the twentieth center. Psychol Med 1988; 18:113-120.

8.  Cohen BM, Buonanno F, Keck PE, Jr, Finkelstein S, Benes FM. Comparison of MRI and CT scans in a group of psychiatric patients. Am J Psychiatry 1988; 145:1084-1088.

9.  Lipinski JF, Jr, Keck PE, Jr, McElroy SL. Beta-adrenergic antagonists in psychosis: Is improvement due to treatment of neuroleptic-induced akathisia? J Clin Psychopharm 1988; 8:409-416.

10. McElroy SL, Pope HG, Jr, Keck PE, Jr, Hudson JI. Treatment of psychiatric disorders with sodium valproate: A series of 73 cases. Psychiatrie & Psychobiologie 1988; 3:81-85.

11. McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI. Valproate in the treatment of rapid cycling bipolar. J Clin Psychopharm 1988; 8:275-279.

12. Pope HG, Jr, McElroy SL, Satlin A, Hudson JI, Keck PE, Jr, Kalish R. Head injury, bipolar disorder, and response to valproate. Compre Psychiatry 1988; 29:34-38.

1989

25

CONFIDENTIAL
AZSER12777669

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

13.  Pope HG, Jr, McElroy SL, Keck PE, Jr, Hudson JI.  Electrophysiologic abnormalities in bulimia and their implications for pharmacotherapy: A reassessment.  Int J Eating Disorders 1989; 8:191-201.

14.  Pope HG, Jr, Keck PE, Jr, McElroy SL, Hudson JI.  A placebo-controlled study of trazodone in bulimia nervosa.  J Clin Psychopharm 1989; 9:254-259.

15.  Keck PE, Jr, Cohen BM, Baldessarini RJ, McElroy SL.  Time course of antipsychotic effects of neuroleptic drugs.  Am J Psychiatry 1989; 146:1289-1292.

16.  Keck PE, Jr, Sebastianelli J, Pope HG, Jr, McElroy SL.  Frequency and presentation of neuroleptic malignant syndrome in a state psychiatric hospital.  J Clin Psychiatry 1989; 50:352-355.

17.  Keck PE, Jr, Pope HG, Jr, Nierenberg AA.  Autoinduction of hypertensive reactions by tranylcypromine? J Clin Psychopharm 1989; 9:48-51.

18.  Nierenberg AA, Keck PE, Jr.  Management of MAO inhibitor-associated insomnia with trazodone. J Clin Psychopharm 1989; 9:42-45.

19.  Keck PE, Jr, Vuckovic A, Pope HG, Jr, Nierenberg AA, Gribble GW, White K.  Acute cardiovascular response to monoamine oxidase inhibitors: A prospective assessment. J Clin Psychopharm 1989; 9:203-206.

20.  Pope HG, Jr, McElroy SL, Keck PE, Jr, Hudson JI.  Long-term pharmacotherapy of bulimia nervosa. J Clin Psychopharm 1989; 9:385-386.

21.  Hudson JI, Pope HG, Jr, Keck PE, Jr, McElroy SL.  Treatment of bulimia nervosa with trazodone:  Short-term response and long-term follow-up.  Clinical Neuropharmacology 1989; 12 (Suppl 1): S38-46.

22.  Keck PE, Jr, Pope HG, Jr, Cohen BM, McElroy SL, Nierenberg AA.  Risk factors for neuroleptic malignant syndrome:  a case-control study.  Arch Gen Psychiatry 1989; 46:914-918.

23.  McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI.  Pharmacological treatment of kleptomania and bulimia nervosa. J Clin Psychopharm 1989; 9:358-360.


1990

24.  Kulick AR, Pope HG, Jr, Keck PE, Jr, Hudson, JI.  Lycanthropy and self-identification in traditional and modern societies. J Nerv Ment Dis 1990; 178:134-137.

26

CONFIDENTIAL
AZSER12777670

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

25. Vuckovic A, Cohen BM, Keck PE, Jr, Shedlack K. Neuroleptic dosage regimens in psychotic inpatients: A retrospective comparison. J Clin Psychiatry 1990; 51:107-109.

26. Keck PE, Jr, Pope HG, Jr, Hudson JI, McElroy SL, Yurgelun-Todd D, Hundert EM. A controlled study of phenomenology and family history in outpatients with bulimia nervosa. Compr Psychiatry 1990; 31:275-283.

27. Keck PE, Jr, Seeler DC, Pope HG, Jr, McElroy SL. Porcine Stress Syndrome: An animal model for neuroleptic malignant syndrome? Biol Psychiatry 1990;28:58-62.

28. Kando JC, Keck PE, Jr, Wood P. Severe hypotension associated with initiation of pergolide therapy. Drug Intell Clin Pharm, Ann Pharmacotherapy 1990; 24:543.

29. Hudson JI, Lipinski JF, Keck PE, Jr, Lukas SE, Dorsey CM, Rothschild AJ, Aizley HG. Sleep in mania versus unipolar depression. Sleep Res 1990; 19:66.

30. Keck PE, Jr, Hudson JI, Dorsey CM, Matheson JK, Campbell PI. Antiepileptic Drugs. Sleep Res 1990; 19:166.

1991

31. McElroy SL, Hudson JI, Pope HG, Jr, Keck PE, Jr. Kleptomania: clinical characteristics and associated psychopathology. Psychol Med 1991; 21:93-108.

32. Cohen BM, Keck PE, Jr, Satlin A, Cole JO. Prevalence and severity of akathisia in patients on clozapine. Biol Psychiatry 1991; 29:1215-1219.

33. McElroy SL, Keck PE, Jr, Lawrence JM. Treatment of panic disorder and benzodiazepine withdrawal with valproate: A case report. J Neuropsychiatry Clin Neurosci 1991;2:232-233.

34. McElroy SL, Woods BT, Pope HG, Jr, Hudson JI, Keck PE, Jr, Aizley H. Brain electrical activity mapping (BEAM) in bulimia nervosa. Ann Clin Psychiatry 1991; 3:281-286.

35. Pope HG, Jr, McElroy SL, Keck PE, Jr, Hudson JI. Valproate in the treatment of acute mania: A placebo-controlled study. Arch Gen Psychiatry 1991; 48:62-68.

36. Keck PE, Jr, Carter WP, Nierenberg AA, Cooper TB, Potter WZ, Rothschild AJ. Acute cardiovascular effects of tranylcypromine: Correlation with plasma drug levels, metabolite, norepinephrine, and MHPG levels. J Clin Psychiatry 1991; 52:250-254.

37. Keck PE, Jr, Hudson JI, Dorsey CM, Campbell PI. Effect of fluoxetine on sleep. Biol Psychiatry 1991; 29:618-619.

38. McElroy SL, Pope HG, Jr, Hudson JI, Keck PE, Jr, White KL. Kleptomania: a report of 20 cases. Am J Psychiatry 1991; 148:652-657.

27

CONFIDENTIAL
AZSER12777671

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

39.  McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI, Morris D.   Correlates of antimanic response to valproate.  Psychopharm Bull 1991; 27:127-133.

40.  McElroy SL, Dessain EC, Pope HG, Jr, Cole JO, Keck PE, Jr, Aizley H, O'Brien S, Frankenberg FR.   Clozapine in the treatment of psychotic mood disorders, schizoaffective disorder, and schizophrenia.  J Clin Psychiatry 1991; 52:411-414.

41.  Strakowski SM, Hudson JI, Keck PE, Jr, Wilson DR, Frankenberg FR, Alpert JE, Teschke GC, Tohen M.  Obstructive sleep apnea associated with treatment-resistant mania.  J Clin Psychiatry 1991; 52:156-158.

42.  Keck, PE, Jr, Pope HG, Jr, McElroy SL.   Declining frequency of neuroleptic malignant syndrome in a hospital population.  Am J Psychiatry 1991; 148:880-882.

43.  Lipinski JF, Hudson JI, Aizley HG, Cunningham SL, Keck PE, Jr, Mallya G, Aranow RB, Lukas SE.   Polysomnographic characteristics of neuroleptic-induced akathisia.   Clin Neuropharmacol 1991; 5:413-419.

44.  Pope HG, Jr, Aizley HG, Keck PE, Jr, McElroy SL.  Neuroleptic malignant syndrome:  long-term follow-up of twenty cases.  J Clin Psychiatry 1991; 52:208-212.

45.  McElroy SL, Satlin A, Pope HG, Jr, Keck PE, Jr, Hudson JI.   Treatment of compulsive shopping with antidepressants:  A report of three cases.  Ann Clin Psychiatry 1991; 3:199-204.

1992

46.  Keck PE, Jr, Hudson JI, Cunningham SL, Aizley HG, McElroy SL, Vuckovic A.  Polysomnographic features of excessive daytime somnolence associated with MAOI treatment.  Ann Clin Psychiatry 1992; 4:49-53.

47.  Hudson JI, Lipinski JF, Keck PE, Jr, Aizley HG, Lukas SE, Rothschild AJ, Waternaux CS, Kupfer DJ.  Polysomnographic characteristics of young manic patients:  Comparison with unipolar depressed patients and normal control subjects.  Arch Gen Psychiatry 1992; 49:378-383.

48.  Hudson JI, Pope HG, Jr, Keck PE, Jr, Waternaux CS, Sullivan LE, Broughton RJ.  Good sleep, bad sleep.  A meta-analysis of polysomnographic measures in insomnia, depression, and narcolepsy.  Biol Psychiatry 1992; 32:958-975.

49.  McElroy SL, Hudson JI, Pope HG, Jr, Keck PE, Jr, Aizley HG.  The DSM-III-R impulse control disorders not elsewhere classified:  clinical characteristics and relationship to other psychiatric disorders.  Am J Psychiatry 1992; 149:318-327.

28

CONFIDENTIAL
AZSER12777672

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

50.   Keck PE, Jr, McElroy SL, Vuckovic A, Friedman LM.   Combined valproate and carbamazepine treatment of bipolar disorder.  J Neuropsychiatry Clin Neurosci 1992; 4:319-322.

51.   McElroy SL, Keck PE, Jr, Pope, HG, Jr, Hudson JI, Faedda GL, Swann AC.   Clinical and research implications of the diagnosis of dysphoric or mixed mania or hypomania.  Am J Psychiatry 1992; 149:1633-1644.

52.   Hudson JI, Goldenberg DL, Pope HG, Jr, Keck PE, Jr, Schlesinger L.   Comorbidity of fibromyalgia with medical and psychiatric disorders.  Am J Med 1992; 92:363-367.

53.   Keck PE, Jr, McElroy SL.   Ratio of plasma fluoxetine to norfluoxetine concentrations and associated sedation.  J Clin Psychiatry 1992; 53:127-129.

54.   Keck PE, Jr, McElroy SL, Nemeroff CB.   Anticonvulsants in the treatment of bipolar disorder.  J Neuropsychiatry Clin Neurosci 1992; 4:395-405.


1993

55.   Phillips KA, McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI.   Body dysmorphic disorder: a report of 30 cases.  Am J Psychiatry 1993; 150:302-308.

56.   McElroy SL, Hudson JI, Phillips KA, Keck PE, Jr, Pope HG, Jr.   Clinical and theoretical implications of a possible link between obsessive-compulsive and impulse control disorders.  Depression 1993; 1:121-132.

57.   McElroy SL, Phillips KA, Keck PE, Jr, Hudson JI, Pope HG, Jr.   Body dysmorphic disorder: Does it have a psychotic subtype?  J Clin Psychiatry 1993; 54:389-395.

58.   Keck PE, Jr, McElroy SL, Tugrul KC, Bennett JA.   Valproate oral loading in the treatment of acute mania.  J Clin Psychiatry 1993; 54:305-308.

59.   Hansen TE, Wilson WH, Keck PE, Jr, Keepers GE, Munetz M.   Integrating research into clinical settings.  Innovations & Research 1993; 2:35-41.

60.   Keck PE, Jr, Taylor VE, Tugrul KC, McElroy SL, Bennett JA.   Valproate treatment of panic disorder and lactate-induced panic attacks.  Biol Psychiatry 1993; 33:542-546.

61.   Hudson JI, Lipinski JF, Keck PE, Jr, Aizley HG, Vuckovic A, Pope HG.   Polysomnographic characteristics of schizophrenia in comparison with mania and depression.  Biol Psychiatry 1993; 34:191-193.

62.   Keck PE, Jr, McElroy SL, Tugrul KC, Bennett JA, Smith JMR.   Antiepileptic drugs for the treatment of panic disorder.  Neuropsychobiology 1993; 27:150-153.

29

CONFIDENTIAL
AZSER12777673