BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

63.  McElroy SL, Keck PE, Jr, Tugrul KC, Bennett JA.  Valproate as a loading treatment in acute mania.  Neuropsychobiology 1993; 27:146-149.

64.  Hudson JI, Lipinski JF, Keck PE, Jr, Aizley HG, Vuckovic A, Zierk KC, Pope HG, Jr.  Sleep in schizophrenia.  Sleep Res 1993; 22:150.

65.  Hudson JI, Pope HG, Jr, Sullivan LE, Waternaux CM, Keck PE, Jr, Broughton RJ.  A meta-analysis of polysomnography in insomnia, depression, and narcolepsy.  Sleep Res 1993; 22:210.

66.  Hudson JI, Keck PE, Jr, Lipinski JF, Aizley HG, Pope HG, Jr.  Polysomnographic characteristics of bipolar depression.  Depression 1993; 1:227-230.


1994

67.  McElroy SL, Keck PE, Jr, Pope HG, Jr, Smith JMR, Strakowski SM.  Compulsive buying: A report of 20 cases.  J Clin Psychiatry 1994; 55:242-248.

68.  Keck PE, Jr, McElroy SL, Strakowski SM, West SA.  Pharmacologic treatment of schizoaffective disorder.  Psychopharmacology 1994; 114:529-538.

69.  Dwight MM, Keck PE, Jr, Stanton SP, Strakowski SM, McElroy SL.  Antidepressant activity and mania associated with risperidone treatment of schizoaffective disorder.  Lancet 1994; 344:555-556.

70.  Bennett JA, Keck PE, Jr, Wallhauser LJ.  Desmopressin for risperidone-induced enuresis.  Ann Clin Psychiatry, 1994; 6:139-140.

71.  Phillips KA, McElroy SL, Keck PE, Jr, Hudson JI, Pope HG, Jr.  A comparison of delusional and nondelusional body dysmorphic disorder in 100 cases.  Psychopharmacol Bull 1994; 30:179-186.

72.  Keck PE, Jr, Merikangas KR, McElroy SL, Strakowski SM.  Diagnostic and treatment implications of psychiatric comorbidity with migraine.  Ann Clin Psychiatry 1994; 6:165-172.

73.  Strakowski SM, McElroy SL, Keck PE, Jr, West SA.  The co-occurrence of mania with medical and other psychiatric disorders.  International J Psychiatry in Medicine 1994; 24:305-328.


1995

74.  West SA, McElroy SL, Strakowski SM, Keck PE, Jr, McConville BJ.  The co-occurrence of attention-deficit hyperactivity disorder in adolescent mania.  Am J Psychiatry 1995; 152:271-273.

30

CONFIDENTIAL
AZSER12777674

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

75.  McElroy SL, Keck PE, Jr.  Misattribution of eating disorder, obsessive-compulsive and depressive symptoms to repressed memories of childhood sexual or physical abuse.  Biol Psychiatry 1995; 37:48-51.

76.  West SA, Keck PE, Jr, McElroy SL, Strakowski SM, Minnery KL, McConville BJ, Sorter MT.  Open trial of valproate in the treatment of adolescent mania.  J Child Adol Psychopharmacol 1995; 4:263-267.

77.  Strakowski SM, Keck PE, Jr, McElroy SL, Lonczak HS, West SA, Tugrul KC.  Chronology of comorbid and principal syndromes in first-episode psychosis.  Compr Psychiatry 1995; 36:106-112.

78.  Keck PE, Jr, McElroy SL, Strakowski SM, West SA, Hawkins JM, Huber TJ, Newman RM.  Outcome and comorbidity in first compared with multiple episode mania.  J Nerv Ment Dis 1995; 183:320-324.

79.  Keck PE, Jr, Caroff SN, McElroy SL.  Neuroleptic malignant syndrome and malignant hyperthermia — End of a controversy? J Neuropsychiatry Clin Neurosci 1995; 7:135-144.

80.  Sax KW, Strakowski SM, McElroy SL, Keck PE, Jr, West SA, Stanton SP.  Differences in sustained attention and formal thought disorder between mixed and pure mania.  Biol Psychiatry 1995; 37:420-423.

81.  McElroy SL, Strakowski SM, Keck PE, Jr, Tugrul KL, West SA, Lonczak HS.  Differences and similarities in mixed and pure mania.  Compr Psychiatry 1995; 36:187-194.

82.  Strakowski SM, Dunayevich E, Keck PE, Jr, McElroy SL.  Affective state dependence of the tridimensional personality questionnaire.  Psychiatry Res 1995; 57:209-214.

83.  Keck PE, Jr, Wilson DR, Strakowski SM, McElroy SL, Kizer DL, Balistreri T, Holtman HM, DePriest M.  Clinical predictors of acute risperidone response in schizophrenia, schizoaffective disorder and psychotic mood disorders.  J Clin Psychiatry 1995; 56:466-470.

84.  West SA, Raute NJ, McElroy SL, Keck PE, Jr.  Oral valproate loading in the treatment of adolescents with mixed bipolar disorder.  J Child Adol Psychopharmacol 1995; 5:225-231.

85.  West SA, Strakowski SM, Sax KW, Minnery KL, McElroy SL, Keck PE, Jr.  The comorbidity of attention-deficit hyperactivity disorder in adolescent mania:  Potential diagnostic and treatment implications.  Psychopharmacol Bull 1995; 31:347-351.

86.  Hawkins JM, Archer KJ, Strakowski SM, Keck PE, Jr.  Somatic treatments of catatonia.  Int J Psychiatry Med 1995; 25:345-369.

31

CONFIDENTIAL
AZSER12777675

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

87. Ram A, Cao Q, Rozic P, Keck PE, Jr, Pope HG, Jr, Otani K, Addonizio G, McElroy SL, Kaneko S, Gershon ES, Gejman P.  Structural change in dopamine $D_2$ receptor gene in a patient with neuroleptic malignant syndrome.  Am J Med Genet 1995; 60:228-230.

1996

88. Sax KW, Keck PE, Jr, Strakowski, SM, West SA, McElroy SL.  Relationships among negative, positive, and depressive symptoms in schizophrenia and psychotic depression.  Br J Psychiatry 1996; 168:68-71.

89. Keck PE, Jr, McElroy SL, Strakowski SM, Balistreri T, Kizer DL, West SA.  Factors associated with maintenance neuroleptic treatment of patients with bipolar disorder.  J Clin Psychiatry 1996; 57:147-151.

90. West SA, Strakowski SM, Sax KW, McElroy SL, Raute NJ Keck PE, Jr.  The phenomenology and comorbidity of adolescents hospitalized for the treatment of acute mania.  Biol Psychiatry 1996; 39:458-460.

91. Bennett JA, Keck PE, Jr.  A target dose finding study of clozapine in patients with schizophrenia.  Ann Clin Psychiatry 1996; 8:19-21.

92. Strakowski SM, McElroy SL, Keck PE, Jr, West SA.  Suicidality in mixed and manic bipolar disorder.  Am J Psychiatry 1996; 153:674-676.

93. McElroy SL, Keck PE, Jr, Stanton SP, Tugrul KC, Bennett JA, Strakowski SM.  A randomized comparison of divalproex oral loading versus haloperidol in the initial treatment of acute psychotic mania.  J Clin Psychiatry 1996; 57:142-146.

94. Keck PE, Jr, Nabulsi AA, Taylor JL, Henke CJ, Chmiel JJ, Stanton SP, Bennett JA.  A pharmacoeconomic model of divalproex vs. lithium in the acute and prophylactic treatment of bipolar I disorder.  J Clin Psychiatry 1996; 57:213-222.

95. West SA, Sax KW, Stanton SP, Keck PE, Jr, McElroy SL, Strakowski SM.  Differences in thyroid function studies in acutely manic adolescents with and without attention deficit hyperactivity disorder (ADHD).  Psychopharmacol Bull 1996; 32:69-66.

96. Keck PE, Jr, McElroy SL, Strakowski SM, Stanton SP, Kizer DL, Balistreri T, Bennett JA, Tugrul KC.  Factors associated with pharmacologic compliance in patients with mania.  J Clin Psychiatry 1996; 57:292-297.

97. Strakowski SM, McElroy SL, Keck PE, Jr, West SA.  The effects of antecedent substance abuse on the development of first-episode psychotic mania.  J Psychiatry Res 1996; 30:59-68.

32

CONFIDENTIAL
AZSER12777676

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

98.   Strakowski SM, West SA, Sax K, Keck PE, Jr.   Enhanced response to d-amphetamine challenge: Evidence for behavioral sensitization in humans.  Biol Psychiatry 1996; 40:872-880.

99.   Dunayevich E, Strakowski SM, Sax KW, Sorter MW, Keck PE, Jr, McElroy SL, McConville BJ.  Personality disorders in first and multiple episode mania.  Psychiatry Res 1996; 64:69-75.

100.  McElroy SL, Keck PE, Jr, Hudson JI, Strakowski SM, Phillips KA, Pope HG, Jr.   Are impulse control disorders related to bipolar disorder?  Compr Psychiatry 1996; 37:229-240.

101.  Strakowski SM, McElroy SL, Keck PE, Jr, West SA, Tugrul KC, DePriest M, Kmetz GF, Maley DM.  Racial influence on diagnosis in psychotic mania.  J Affect Disord 1996; 39:59-68.

**1997**

102.  McElroy SL, Strakowski SM, West SA, Keck PE, Jr, McConville BJ.  A comparison of the phenomenology of adolescent versus adult mania in hospitalized patients with bipolar disorder.  Am J Psychiatry 1997; 154:44-49.

103.  Keck PE, Jr, McElroy SL, Strakowski SM, Bourne ML, West SA.   Compliance with maintenance treatment in bipolar disorder.  Psychopharmacol Bull  1997; 33:87-91.

104.  Keck PE,  Jr.  The use of antipsychotics in bipolar disorder.  J Psychotic Disorders 1997; 1:4-19.

105.  Stanton SP, Keck PE, Jr, McElroy SL.   Treatment of acute mania with gabapentin.  Am J Psychiatry, 1997; 154:287.

106.  Small JG, Hirsch SR, Arvanitis LA, Miller BG, Link CGG, and the Seroquel Study Group (Keck PE, Jr, et al.).  Quetiapine in patients with schizophrenia. A high- and low-dose double-blind comparison with placebo. Arch Gen Psychiatry 1997; 54:549-557

107.  Arvanitis LA, Miller BG, and the Seroquel Trial 13 Study Group (Keck PE, Jr., et al.).  Multiple fixed doses of "Seroquel" (Quetiapine) in patients with acute exacerbation of schizophrenia: a comparison with haloperidal and placebo.  Biol Psychiatry 1997; 42: 233-246.

108.  McElroy SL, Soutullo CA, Keck PE, Jr, Kmetz G. A pilot trial of gabapentin in the treatment of bipolar disorder. Ann Clin Psychiatry 1997; 9: 99-103.

109.  Geracioti TD, Jr, Goldsmith J, Friedman LM, Norman AB, Somoza E, Kasckow, JW, Baker DG, Richtand NH, Anthenelli RM, Keck PE, Jr. Cerebrospinal fluid neurochemistry of alcohol misusers. Addiction Biology 1997; 2: 401-409.

33

CONFIDENTIAL
AZSER12777677

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

110. Sax KW, Strakowski SM, Keck PE, Jr, McElroy SL, West SA, Bourne ML, Larson ER. A comparison of early-, typical- and late-onset affective psychosis. Am J Psychiatry 1997; 154: 1299-1301.

111. Shapira NA, McConville BJ, Pagnucco ML, Norman AB, Keck PE, Jr.  Novel use of tramadol hydrochloride in the treatment of Tourette's syndrome.  J Clin Psychiatry 1997; 58: 174-175.

112. Strakowski SM, Sax KW, Setters MJ, Stanton SP, Keck PE, Jr.  Lack of enhanced response to repeated-amphetamine challenge in first-episode psychosis: Implications for a sensitization model of psychosis in humans.  Biol Psychiatry 1997; 42: 749-755.

113. Strakowski SM, Hawkins JM, Keck PE, Jr, McElroy SL, West SA, Bourne ML, Tugrul KC. The effects of race and information variance on disagreement between psychiatric emergency service and research diagnoses in first – episode psychosis. J Clin Psychiatry 1997; 58: 457-463.

114. Nelson EB, Keck PE, Jr, McElroy SL. Resolution of fluoxetine-induced sexual dysfunction with the 5HT-3 antagonist granisetron. J Clin Psychiatry 1997; 58: 496-497.

115. Baker DG, West SA, Orth DN, Hill K, Nicholson W, Ekhator NN, Wortman M, Keck PE, Jr, Geracioti, TD, Jr.  Cerebrospinal fluid and plasma beta-endorphin in combat veterans with posttraumatic stress disorder.  Psychoendocrinology 1997; 22: 517-529.

116. Geracioti TD, Jr, Loosen PT, Ekhator NN, Schmidt D, Baker DG, Kasckow JW, Richtand NM, Keck PE, Jr, Ebert MH.  Uncoupling of serotonergic and noradrenergic systems in depression:  Evidence from continuous cerebrospinal fluid sampling.  Depression and Anxiety 1997; 6: 89-94.

117. Shapira NA, Keck PE, Jr, Goldsmith TD, McConville BJ, Eis M, McElroy SL.  An open-label pilot study of tramadol hydrochloride in treatment-refractory obsessive-compulsive disorder. Depression & Anxiety 1997; 6: 170-173.

118. Baker DG, West SA, Orth DN, Hill K, Nicholson WE, Ekhator NN, Bruce A, Wortman M, Keck PE, Geracioti TD. Cerebrospinal fluid and plasma beta-endorphin in combat veterans with post-traumatic stress disorder. Ann NY Acad Sci 1997; 821: 449-450.


1998

119. Strakowski SM, Keck PE, Jr, McElroy SL, West SA, Sax KW, Hawkins JM, Upadhyaya V, Tugrul KC, Bourne ML. Twelve-month outcome following a first hospitalization for psychosis in a predominantly urban, affectively-ill patient sample. Affective psychosis. Arch Gen Psychiatry 1998; 55: 49-55.

34

CONFIDENTIAL
AZSER12777678

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

120. Dwight MM, Arnold LM, O'Brien H, Metzer R, Morris-Park E, Keck PE, Jr. An open clinical trial of venlafaxine in fibromyalgia. Psychosomatics 1998; 39: 14-17.

121. Keck PE, Jr, McElroy SL, Strakowski SM, West SA, Sax KW, Hawkins JM, Bourne ML, Haggard P. Twelve-month outcome of bipolar patients following hospitalization for a manic or mixed episode. Am J Psychiatry 1998; 155: 646-652.

122. McElroy SL, Soutullo CA, Beckman DA, Taylor P, Keck PE, Jr. DSM-IV intermittent explosive disorder: a report of 27 cases. J Clin Psychiatry 1998; 59: 203-210.

123. Chang KD, Keck PE, Jr, Stanton SP, McElroy SL, Strakowski SM, Geracioti TD, Jr. Differences in thyroid function between bipolar manic and mixed states. Biol Psychiatry 1998; 43: 730-733.

124. Soutullo CA, Casuto L, Keck PE, Jr. Gabapentin in adolescent mania: a case report. J Child Adol Psychopharmacol 1998; 8: 81-85.

125. Keck PE, Jr, McElroy SL, Dewan NA. Economic costs and pharmacoeconomics of bipolar disorder. J Bipolar Disord 1998; 2: 9-13.

126. Soutullo CA, McElroy SL, Keck PE, Jr. Hypomania associated with mirtazipine augmentation of sertraline. J Clin Psychiatry 1998; 59: 320.

127. McElroy SL, Frye M, Denicoff K, Altshuler L, Nolen W, Kupka R, Suppes T, Keck PE, Jr, Leverich GS, Kmetz GF, Post RM. Olanzapine in treatment-resistant bipolar disorder. J Affect Disord, 1998; 49: 119-122.

128. Caroff SN, Mann SC, Keck PE, Jr. Pharmacotherapy of neuroleptic malignant syndrome. Biological Psychiatry, 1998; 44: 378-381.

129. Sax KW, Strakowski SM, Setters MJ, Keck PE, Jr, McElroy SL, Stanton SP. Symptom correlates of attentional improvement following hospitalization for a first-episode of affective psychosis. Biol Psychiatry, 1998; 44: 784-786.

130. Sax KW, Strakowski SM, Keck PE, Jr. Attentional improvement following seroquel (quetiapine fumurate) treatment in schizophrenia. Schizophr Res 1998; 33: 151-155.

131. Berardi D, Amore M, Keck PE, Jr, Troia M, Dell'Atti M. Risk factors for neuroleptic malignant syndrome: A prospective, case-control study. Biol Psychiatry 1998; 44: 748-754.

132. Strakowski SM, Sax KW, McElroy SL, Keck PE, Jr, Hawkins JM, West SA. Course of psychiatric and substance abuse syndrome co-occurring with bipolar disorder after a first psychiatric hospitalization. J Clin Psychiatry 1998; 59: 465-471.

133. Hudson JI, McElroy SL, Raymond NC, Crow S, Keck PE, Jr, Carter WP, Mitchell JE, Strakowski SM, Pope HG, Jr, Coleman B, Jones JM. Fluvoxamine in the treatment of binge-

35

CONFIDENTIAL
AZSER12777679

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

eating disorder. A multicenter, placebo-controlled, double-blind trial. Am J Psychiatry 1998; 155: 1756-1762.

134. Geracioti TD, Jr, Keck PE, Jr, West SA, Ekhabtor NN, Baker DG, Hill K, Bruce A, Wortman M. Continuous covariability of dopamine and serotonin metabolites in human cerebrospinal fluid. Biol Psychiatry 1998; 44: 228-233.

135. Linder MW, Keck PE, Jr. Standard of laboratory practice: antidepressant drug monitoring. Clin Chem 1998; 44: 1073-1084.

136. Soutullo CA, Keck PE, Jr, McElroy SL. Olanzapine in the treatment of tardive dyskinesia: a report of two cases. J Clin Psychopharmacol 1998; 140: 173-184.

137. Keck PE, Jr, Buffenstein A, Ferguson J, Feighner J, Dubin W, Harrigan E, Morrisey M, and the Ziprasidone Study Group. Ziprasidone 40mg and 120mg/day in the acute exacerbation of schizophrenia and schizoaffective disorder: a 4-week placebo-controlled trial. Psychopharmacology 1998; 19: 100-101.

1999

138. Geracioti TD, West SA, Baker DG, Hill KK, Ekhator NN, Wortman MD, Keck PE, Norman AB. Low CSF concentration of dopamine metabolite in tobacco smokers. Am J Psychiatry 1999; 156: 130-132.

139. Sax KW, Strakowski SM, Zimmerman ME, DelBello MP, Keck PE, Jr, Hawkins JM. Frontosubcortical neuroanatomy and the continuous performance test in mania. Am J Psychiatry1999; 156: 139-141.

140. Strakowski SM, Keck PE, Jr, Sax KW, McElroy SL, Hawkins JM. Twelve-month outcome of patients with schizoaffective disorder: comparisons to matched patients with bipolar disorder. Schizophr Res 1999; 35: 167-174.

141. Goldsmith TD, Shapira NA, Keck PE, Jr. Rapid remission of obsessive compulsive disorder with tramadol hydrochloride. Am J Psychiatry 1999; 156: 660-661.

142. Bowden CL, Calabrese JR, McElroy SL, Rhodes LJ, Keck PE, Jr, Anderson J, Bolden-Watson C, Corn T, Ascher J. Comparison of the efficacy of lamotrigine in rapid cycling and non-rapid cycling patients with bipolar disorder. Biol Psychiatry 1999; 45: 953-958.

143. Tohen M, Sanger TM, McElroy SL, Tollefson GD, Chengappa KNR, Daniel DG, Petty F, Centorrino F, Wang R, Grundy SL, Greaney MG, Jacobs TG, David SR, Toma V and The Olanzapine HGEH Study Group (Keck PE, Jr, et al.). Olanzapine versus placebo in the treatment of acute mania. Am J Psychiatry 1999; 156: 702-709.

36

CONFIDENTIAL
AZSER12777680

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

144. McElroy SL, Soutullo CA, Taylor P Jr, Nelson EB, Beckman DA, Brusman LA, Ombaba JM, Strakowski SM, Keck PE, Jr. Psychiatric features of 36 men convicted of sexual offenses. J Clin Psychiatry 1999; 60: 414-420.

145. Suppes T, Sherwood Brown E, McElroy SL, Keck PE, Jr, Nolen W, Kupka R, Frye M, Denicoff K, Altshuler LL, Leverich G, Post RM. Preliminary experience with lamotrigine for the treatment of bipolar disorders. J Affect Disords 1999; 53: 95-98.

146. Calabrese JR, Bowden CL, McElroy SL, Cookson J, Andersen J, Rhodes L, Keck PE, Jr, Bolden-Watson C, Zhou J, Ascher J. Spectrum of activity of lamotrigine in treatment refractory bipolar disorder. Am J Psychiatry 1999; 156: 1019-1023.

147. Shapira NA, Del Bello MP, Goldsmith TD, Rosenberger BM, Keck PE, Jr. Evaluation of bipolar disorder in pre-lingual deaf inpatients. Am J Psychiatry 1999; 156: 1267-1269.

148. Altschuler LL, Keck PE, Jr, McElroy SL, Suppes T, Denicoff K, Frye MP, Gitlin M, Goodman R, Nolen W, Kupka R, Post RM. Gabapentin in the treatment of refractory bipolar disorder. Bipolar Disorders 1999; 1: 60-65.

149. DelBello MP, Strakowski SM, Sax KW, McElroy SL, Keck PE, Jr, West SA, Kmetz GF. Effects of familial rates of affective illness and substance abuse on rates of substance abuse in patients with first-episode mania. J Affective Disord, 1999; 56:55-60.

150. Hirschfeld RMA, Allen MH, McEvoy J, Keck PE, Russell J. Safety and tolerability of oral loading divalproex sodium in acutely manic bipolar patients. J Clin Psychiatry, 1999; 60:815-818.

151. Galli V, McElroy SL, Soutullo C, Kizer D, Raute N, Keck PE, Jr, McConville BJ. The psychiatric diagnoses of twenty-two adolescents who have sexually molested other children. Compr Psychiatr 1999; 40: 85-88.

152. Soutullo CA, Cottingham EM, Keck PE, Jr. Psychosis associated with pseudoephedrine and dextromethorphan. J Am Acad Child Adolesc Psychiatry 1999; 38: 1471-1472.

153. Soutullo CA, Sorter MT, Foster KD, McElroy SL, Keck PE, Jr. Olanzapine in the treatment of adolescent acute mania. J Affect Disord 1999;

2000

154. Arnold LM, McElroy SL, Keck PE, Jr. The role of gender in mixed mania. Compr Psychiatry 2000; 41: 83-87.

155. Keck PE, Jr, McElroy SL, Bennett JA. Pharmacologic loading in the treatment of acute mania. Bipolar Disorders 2000; 2: 42-46.

37

CONFIDENTIAL
AZSER12777681

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

156. Dunayevich E, Sax KW, Strakowski SM, Keck PE, Jr, McElroy SL, Sorter MT, McConville BJ, West SA. Twelve-month outcome in bipolar patients with and without personality disorders. J Clin Psychiatry 2000; 61: 134-139

157. Arnold LM, Keck PE, Jr., Welge JA. Antidepressant treatment of fibromyalgia: A meta-analysis and review. Psychosomatics 2000; 41:104-113.

158. Caroff SN, Mann SC, Keck PE, Jr, Francis A. Residual catatonic-Parkinsonian state following neuroleptic malignant syndrome. J Clin Psychopharmacol 2000; 20:257-259.

159. Keck PE, Jr, Welge JA, Strakowski SM, Arnold LM, McElroy SL. Placebo effect in randomized, controlled maintenance studies of patients with bipolar disorder. Biol Psychiatry 2000; 47:756-755.

160. Keck PE, Jr, Welge JA, McElroy SL, Arnold LM, Strakowski SM. Placebo effect in randomized, controlled studies of acute bipolar mania and depression. Biol Psychiatry 2000; 47:748-755.

161. Bowden CL, Calabrese Jr, McElroy SL, Hirchfeld RMA, Petty F, Gyulai L, Pope HG, Jr, Chou JC, Keck PE, Jr, Rhodes LJ, Swann AC, Wozniak PJ. Efficacy of divalproex versus lithium and placebo in maintenance treatment of bipolar disorder. Arch Gen Psychiatry 2000; 57: 481-489

160. McElroy SL, Suppes T, Keck PE. Jr, Frye MA, Denicoff KD, Altshuler LL, Brown ES, Nolen WA, Kupka RW, Rochussen J, Leverich GS, Post RM. Open-label adjunctive topiramate in the treatment of bipolar disorders. Biol Psychiatry 2000; 47: 1025-1033.

161. Arnold LM, Witzeman KA, Swank ML, McElroy SL, Keck PE, Jr. Health-related quality of life using the SF-36 in patients with bipolar disorder compared with patients with chronic back pain and the general population. J Affect Disorder 2000; 57: 235-239.

162. Shapira NA, Goldsmith TD, Keck PE, Jr, Khosla UM, McElroy SL. Psychiatric features of individuals with problematic internet use. J Affect Disord 2000; 57: 267-272.

163. Rush AJ, Post RM, Nolen WA, Keck PE, Jr, Suppes T, Altshuler L, McElroy SL. Methodological issues in developing new treatments for patients with bipolar illness. Bio Psychiatry 2000; 48: 615-624.

164. McElroy SL, Keck PE, Jr. Pharmacologic agents for the treatment of acute bipolar mania. Biol Psychiatry 2000; 48: 539-557.

165. Tohen M, Jacobs TG, Grundy SL, McElroy SL, Banov MC, Janicak PG, Sanger T, Risser R, Zhang F, Toma V, Francis J, Tollefson GD, Breier A and the Olanzapine HGGW Study Group (Keck PE, Jr, et al.). Efficacy of olanzapine in acute bipolar mania: a double-blind, placebo-controlled study. Arch Gen Psychiatry 2000; 57: 841-849.

CONFIDENTIAL
AZSER12777682

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

166.   Pande AC, Crockatt JG, Janney CA, Werth JL, Tsaroucha G, and the Gabapentin Bipolar Disorder Study Group (Keck PE, Jr, et al.).   Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy. Bipolar Disorders 2000; 2: 249-255.

167.   Hirschfeld RMA, Williams JBW, Spitzer RL, Calabrese Jr, Flynn L, Keck PE, Jr, McElroy SL, Lewis L, Post RM, Russell JM, Sachs GS, Zajecka J. Development and validation of a screening instrument for bipolar spectrum disorder: the Mood Disorder Questionnaire. Am J Psychiatry 2000; 157: 1873-1875.

168.   McElroy SL, Casuto LS, Nelson EB, Lake KA, Soutullo CA, Keck PE, Jr, Hudson JI. Sertraline in the treatment of binge-eating disorder. A randomized controlled trial. Am J Psychiatry 2000; 157: 1004-1006.

169.   Kornberg JR, Brown JL, Sadovnick AD, Remick RA, Keck PE, Jr, McElroy SL, Raparot MH, Thompson PM, Kaul JB, Vrabel CM, Schommer SC, Wilson T, Pizzuco D, Jameson S, Schibuk L, Kelsoe JR. Evaluating the parent-of-origin effect in bipolar affective disorder. J Affect Disord 2000; 59: 183-192.

170.   Tsevat J, Keck PE, Hornung RW, McElroy SL.   Health values of patients with bipolar disorder. Quality of Life Res 2000; 9: 579-586.

171.   Keck PE, Jr., Mendlwicz J, Calabrese JR, Fawcett J, Suppes T, Vestergaard PA, Carbonell C. Pharmacologic treatment of acute mania. J Affect Disords 2000; 59: S31-S37.

172.   Montgomery SA, Keck PE, Jr. Summary statement: First International Exchange on Bipolar Disorder. J Affective Disord 2000; 59: S81-S88.

173.   Denicoff KD, Leverich GS, Nolen W, Rush AJ, McElroy SL, Keck PE, Suppes T, Altshuler LL, Kupka R, Frye MA, Hater J, Brotman MA, Post RM. Validation of the prospective NIMH-Life-Chart Method (NIMH-LCM$^{TM}$) for longitudinal assessment of bipolar illness. Psychological Medicine 2000; 30: 1391-1397.


### 2001

174.   Keck PE, Jr, Reeves KR, Harrigan EP. A double blind, placebo-controlled study ziprasidone in the acute treatment of patients with schizoaffective disorder. J Clin Psychopharmacol 2001; 21: 27-35.

175.   McElroy SL, Altshuler LL, Suppes T, Keck PE, Jr, Fryz MA, Denicoff KD, Nolen WA, Kuplea R, Leverich GS, Rochussen JR, Rush AJ, Post RM. Axis I psychiatric comorbidity and its relationship with the historical illness variables in 288 patients with bipolar disorder. Am J Psychiatry 2001; 158:420-426.

39

CONFIDENTIAL
AZSER12777683

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

176. Hudson JI, Laird NM, Betensky RA, Keck PE, Jr, Pope HG, Jr. Multivariate binary response models for familial aggregation of two disorders. II. Analysis of studies of eating and mood disorders. Am J Epidemiol 2001; 153: 506-514.

177. Freeman MP, Keck PE, Jr, McElroy SL. Postpartum depression with bipolar disorder. Am J Psychiatry 2001; 158: 652.

178. Keck PE, Jr, Strakowski SM, Hawkins JM, Dunayevich E, Tugrul KC, Bennett JA, McElroy SL. Rapid lithium administration in the treatment of acute mania. Bipolar Disorders 2001; 3: 68-72.

179. Calabrese JR, Keck PE, Jr, McElroy SL, Shelton MD. A pilot study of topiramate as monotherapy in the treatment of acute mania. J Clin Psychopharmacol 2001; 21: 340-342.

180. Janicak PG, Keck PE, Jr, Davis JM, Kasckow JW, Tugrul KC, Dowd SM, Strong J, Sharma RP, Strakowski SM. A double-blind, randomized, prospective evaluation of the efficacy and safety of risperidone versus haloperidol in the treatment of schizoaffective disorder. J Clin Psychopharmacol 2001; 21: 360-368.

181. Nelson EB, Shah VN, Welge JA, Keck PE, Jr. A placebo-controlled, crossover trial of granisetron in SRI-induced sexual dysfunction. J Clin Psychiatry 2001; 62; 469-473.

182. Post RM, Nolen W, Kupka R, Denicoff K, Leverich GS, Keck PE, McElroy SL, Rush AJ, Suppes T, Altshuler LL, Frye MA. The Stanley Foundation Bipolar Network: I. Rationale and methods. Br J Psychiatry 2001; 41 [Suppl]: S169-S176.

183. Kupka R, Nolen W, Altshuler L, Denicoff K, Frye M, Leverich G, Keck PE, Jr, McElroy SL, Rush AJ, Suppes T, Post RM. The Stanley Foundation Bipolar Network. 2. Preliminary summary of demographics, course of illness and response to novel treatments. Br J Psychiatry 2001; 178 [Suppl 41]: 177-183.

184. Geracioti TD, Jr, Baker DG, Ekhator NN, West SA, Hill KK, Bruce AB, Schmidt D, Rounds-Kugler B, Yehuda R, Keck PE, Jr, Kasckow JW. Cerebrospinal fluid norepinephrine concentrations in post-traumatic stress disorder. Am J Psychiatry 2001; 158: 1227-1230.

185. Keck PE, Jr, McElroy SL, Arnold LM. Ziprasidone: a new atypical antipsychotic. Exp Opin Pharmacotherapy 2001; 2: 1033-1042.

186. Post RM, Altshuler LL, Frye MA, Suppes T, Rush AJ, Keck PE, Jr, McElroy SL, Denicoff KD, Leverich GS, Kupka R, Nolen WA. Rate of switch in bipolar patients prospectively treated with second-generation antidepressants as augmentation to mood stabilizers. Bipolar Disorders 2001; 3: 259-265.

187. Keck PE, Jr, McElroy SL. Management of treatment refractory mania. Psychopharmacol Bulletin 2001; 35: 130-148.

40

559

CONFIDENTIAL
AZSER12777684

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

188. Nelson EB, Reilage E, Welge JA, Keck PE, Jr. An open trial of olanzapine in the treatment of patients with psychotic depression. Ann Clin Psychiatry 2001; 13: 147-151.

189. Greenwood TA, Alexander M, Keck PE, McElroy S, Sadovnick AD, Remick RA, Kelsoe JR. Evidence for linkage disequilibrium between the dopamine transporter and bipolar disorder. Am J Med Genet 2001; 105: 145-151.

190. Leverich GS, Nolen W, Rush AJ, McElroy SL, Keck PE, Jr, Denicoff KD, Suppes T, Altschuler LL, Kupka R, Kramlinger KG, Post RM. The Stanley Foundation Bipolar Treatment Outcome Network: I. Longitudinal methodology. J Affect Disord 2001; 67:33-44.

191. 191. Suppes T, Leverich GS, Keck PE, Jr, Nolen WA, Denicoff KD, Altshuler LL, McElroy SL, Rush AJ, Kupka R, Frye MA, Bickel M, Post RM. The Stanley Foundation Bipolar Treatment Outcome Network: II. Demographics and illness characteristics of the first 261 patients. J Affect Disord 2001; 67: 45-59.

192. Tohen M, Zhang F, Keck PE, Jr, Feldman PD, Risser RC, Tran PV, Breier A. Olanzapine versus haloperidol in schizoaffective disorder, bipolar type. J Affective Disorders 2001; 67: 133-140.

2002

193. Post RM, Keck PE, Jr, Rush AJ. New designs for studies of the prophylaxis of bipolar disorder. J Clin Psychopharmacol 2002; 22: 1-3.

194. Charney DS, Nemeroff CB, Lewis L, Borenstein M, Bowden CL, Caplan A, Emslie GJ, Evans DL, Geller B, Gorman JM, Grabowski L, Herson J, Horwite R, Hyman SE, Kalin NH, Keck PE, Jr, Kirsch I, Krishnan RR, Kupfer DJ, Laska EM, Laughren RP, Lavori PW, Leber P, Makuch RW, Miller FG, Pardes H, Post RM, Reynolds MM, Roberts L, Roseubaum JF, Rosenstein D, Rubinow D, Rush AJ, Ryan ND, Sachs GS, Schateberg AF, Shore D, Solomon S. National Depressive and Manic-Depressive Association consensus statement on the use of placebo in clinical trials of mood disorders. Arch Gen Psychiatry 2002; 59: 262-270.

195. Arnold LM, Hess EV, Hudson JI, Welge JA, Berno SE, Keck PE, Jr. A randomized, placebo-controlled, double-blind, flexible-dose study of fluoxetine in the treatment of women with fibromyalgia. Am J Med 2002; 112; 191-197.

196. Leverich GS, McElroy SL, Suppes T, Keck PE, Jr, Denicoff KD, Nolen WA, Altshuler LL, Rush AJ, Kupka R, Frye M, Autio KA, Post RM. Early physical and sexual abuse associated with an adverse course of bipolar illness. Biol Psychiatry 2002; 51: 288-297.

197. Leverich GS, McElroy SL, Suppes T, Keck PE, Jr, Denicoff KD, Nolen WA, Altshuler LL, Rush AJ, Kupka R, Frye M, Autio KA, Post RM. Early physical and sexual abuse associated with an adverse course of bipolar illness. Biol Psychiatry 2002; 51: 288-297.

41

CONFIDENTIAL
AZSER12777685

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

198. Keck PE, Jr, McElroy SL, Richtand N, Tohen M. What makes a drug a primary mood-stabilizer? Molecular Psychiatry 2002; 7: S8-S14.

199. The Hypericum Depression Trial Study Group (Davidson JRT, Gadde K, Fairbank J, Krishnan KRR, Califf RM, Binanay C, Parker C, Hartwell T, Cole JO, De Battista C, Doraiswamy MP, Feighner JP, Keck PE, Kelsey J, Lin K-M, Londborg PD, Nemeroff CB, Schatzberg AF, Sheehan DV, Srivastava RK, Taylor L, Trivedi MH, Weisler RH., Vitiello B, Ritz L, Severe J. An extract of hypericum peroratum (St. John's Wort) in major depressive disorder: a randomized trial with placebo and active control. JAMA 2002; 287: 1807-1814.

200. Hirschfeld RMA, Bowden CL, Gitlin MJ, Keck PE, Perlis RH, Suppes T, Thase ME. Practice guideline for the treatment of patients with bipolar disorder (revised). Am J Psychiatry 2002; 159: 1-50.

201. Suppes T, Dennehy EB, Swann AC, Bowden C, Calabrese JR, Hirschfeld RMA, Keck PE, Jr, Sachs GS, Shon SP, and the Texas Consensus Conference Panel on Medication Treatment of Bipolar Disorder. Report of the Texas Consensus Conference Panel on Medication Treatment of Bipolar Disorder 2000. J Clin Psychiatry 2002; 6: 288-299.

202. Freeman MP, Smith KW, Freeman SA, McElroy SL, Kmetz GF, Wright R, Keck PE, Jr,. The impact of reproductive events on the course of bipolar disorder in women. J Clin Psychiatry 2002; 63: 284-287.

**Accepted for Publication**

203. Rush AJ, Hatef J, Nolen Wam Suppest, McElroy SL, Altshuler L, Denicoff K, Keck PE, Jr, Kupka R, Leverich GS, Post RM. A psychometric evaluation of the Inventory of Depressive Symptomatology (IDS) clinician rating (IDS-C) and self-report (IDS-SR) in patients with bipolar disorder. Psychiatr Res, accepted for publication.

204. Keck PE, Jr, McElroy SL. Redefining mood stabilization. J Affect Disords, accepted for publication.

205. Tohen M, Zhang F, Keck PE, Jr, Feldman PD, Risser RC, Tran PV, Breier A. Olanzapine versus haloperidol in schizoaffective disorder, bipolar type. J Affective Disorders, accepted for publication.

206. Welge JA, Keck PE, Jr. Moderators of placebo response to antipsychotic treatment in patients with schizrenia: a meta-regression. Psychopharmacology, accepted for publication.

42

CONFIDENTIAL
AZSER12777686

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

207. Strakowski SM, Keck PE, Jr, Wong YWJ, Thyrum PT, Yeh C. The effect of multiple doses of cimetidine on the steady-state pharmackinetics of quetiapine in men with selected psychotic disorders. J Clin Psychopharmacol, accepted for publication.

208. Nelson EB, Rielage E, Welge JA, Keck PE, Jr. An open trial of olanzapine in the treatment of patients with psychotic depression. Ann Clin Psychiatry, accepted for publication.

209. Soutullo CA, DelBello MP, Ochsner JE, McElroy SL, Taylor SA, Strakowski SM, Keck PE, Jr. Severity of illness in hospitalized manic adolescents with history of stimulant or antidepressant treatment. J Affect Disord, accepted for publication.

210. McElroy SL, Frye MA, Suppes T, Altshuler LL, Keck PE, Jr, Leverich GS, Denicoff KD, Nolen WA, Kupka R, Grunze H, Walden J, Dhavale D, Post RM. Correlates of overweight and obesity in 644 patients with bipolar disorder. J Clin Psychiatry, accepted for publication.

211. McElroy SL, Arnold LM, Shapira NA, Keck PE, Jr, Kamin M, Karim R, Rosenthal N, Hudson JI. Topiramate in the treatment of binge-eating disorder associated with obesity: a randomized, placebo-controlled, trial. Am J Psychiatry, accepted for pubication.

212. Liang SG, Sadovnick AD, Remick RA, Keck PE, Jr, McElroy SL, Kelsoe JR. A linkage disequilibrium study of bipolar disorder and microsatellite markers on 22q13. Psychiatric Genetics, accepted for publication.

213. Greenwood TA, Alexander M, Keck PE, Jr, McElroy SL, Sadovick AD, Remick R, Shaw S, Kelsoe JR. Segmental linkage disequilibrium within the dopamine transporter gene. Molecular Psychiatry 2002, accepted for publication.

214. Keck PE, Jr, Nelson EB, McElroy SL. Advances in the pharmacological treatment of bipolar depression. Biol Psychiatry, accepted for publication.

**Submitted for Publication**

215. Sax KW, Zimmerman ME, DeBello, MP, Hawkins JM, Keck PE, Jr, Strakowski SM. Prefrontal cortical volume and attentional functioning in mania. Submitted for publication.

216. Nelson EB, McElroy SL, Keck PE, Jr. Possible discontinuation syndrome with lamotrigine. Submitted for publication.

217. Revicki DA, Ganoczy D, Palmer C, Hirschfeld RMA, Keck PE, Jr, Ahern EP, Weisler RH. Effectiveness and cost of divalproex versus lithium in the treatment of bipolar disorder: results of a naturalistic clinical trial. Submitted for publication.

218. Hill KK, West SA, Ekhator NN, Keck PE, Baker DG, Geracioti TD. Relationship between lumbar puncture stress and CSF HVA and 5-HIAA concentrations and ratios. Submitted for publication.

43

CONFIDENTIAL
AZSER12777687

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

219. Del Bello MP, Soutullo CA, Ochsner JE, McElroy SL, Keck PE, Jr, Strakowski SM. Racial differences in the treatment of adolescents with bipolar disorder. Submitted for publication.

220. Tugrul K, Dunayevich E, Keck PE, Jr. A risk-benefit assessment of anticonvulsants in the treatment of bipolar disorder. Submitted for publication.

221. Namjoshi MV, Rajamannar G, Jacobs T, Sanger TM, Tohen M, Breier A, Keck PE, Jr. Economic, clinical, and humanistic outcomes associated with olanzapine treatment in mania: results from a randomized controlled trial. Submitted for publication.

222. Anthenelli, RM, Hill KK, West SA, Ekhator NN, Bruce AB, Maxwell RA, Baker DG, Keck PE, Jr, Geracioti TD, Jr. Cigarette smokers exhibit lower cerebrospinal fluid concentrations of 5-hydroxyindolacetic acid: a preliminary report. Submitted for publication.

223. Sztajnkrycer MD, Gesell LB, Dewan NA, Keck PE, Jr, Hillard JR. A comparison of cyclic and newer antidepressants. Submitted for pubication.

224. Post RM, Denicoff KD, Leverich GS, Altshuler LL, Frye MA, Suppes T, Rush AJ, Keck PE, Jr, McElroy SL, Kupka R, Nolen WA. Morbidity in 258 bipolar outpatients followed for one year with daily prospective ratings on the NIMH-LCM. Submitted for publication.

225. Gyulai L, Bowden CL, McElroy SL, Calabrese JR, Petty F, Swann AC, Chou JC-Y, Wassef A, Risch CS, Hirschfeld RMA, Nemeroff CB, Keck PE, Jr, Wozniak PJ. Maintenance efficacy of divalproex in the prevention of bipolar depression. Submitted for publication.

226. Frye MA, Altshuler LL, McElroy SL, Suppes T, Keck PE, Jr, Denicoff K, Nolen W, Kupka R, Leverich GL, Pollio C, Grunze H, Walden J, Post RM. Increased risk for alcoholism in women compared to men with bipolar disorder. Submitted for publication.

227. Suppes T, Chisholm K, Dhavale D, Frye MA, Altshuler L, McElroy SL, Keck PE, Jr, Nolen WA, Kupka R, Denicoff K, Leverich G, Rush AJ, Post RM. Tiagabine for the treatment of refractory bipolar disorder: a clinical case series. Submitted for publication.

228. Shaw SH, Mroczkowski-Parker Z, Shecktman T, Alexander M, Remick RA, Sadovnick AD, McElroy SL, Keck PE, Jr, Kelsoe JR. Linkage of a bipolar disorder susceptibility locus to human chromosome 13q32 in a new pedigree. Submitted for publication.

229. Post RM, Leverich GS, Denicoff KD, Altshuler LL, Frye MA, Suppes TM, Rush AJ, Keck PE, Jr, McElroy SL, Kupka R, Nolen WA, Grunze H, Walden J. An update on the Stanley Foundation Bipolar Network. Submitted for publication.

230. Nolen WA, Altshuler LL, Frye MA, Grunze H, Keck PE, Jr, Kupka R, Leverich GS, McElroy SL, Post RM, Suppes T, Walden J, Luckenbaugh D. Response to Medications in patients with bipolar disorder: results from the naturalistic follow-up study of the Stanley Foundation Bipolar Network. Submitted for publication.

44

CONFIDENTIAL
AZSER12777688

C.V.
Paul E. Keck, Jr., M.D.

231. Leverich GS, Altshuler LL, Frye MS, Suppes T, Keck PE, Jr, McElroy SL, Denicoff KD, Obrocea G, Nolen WA, Kupka RD, Walden G, Grunze H, Perez S, Post RM. Factors associated with suicide attempts in 648 patients with bipolar disorder in the Stanley Foundation Bipolar Network. Submitted for publication.

232. Hirschfeld RMA, Calabrese JR, Weissman MM, Reed M, Ballesteros D, Campbell D, Davies L, Davies J, Frye MA, Graham J, Hamm S, Hazard E, Ho G, Holzer C, Jenkins J, Keck PE, Jr, Lewis L, Mathieson K, McElroy SL, McNulty J, Murray E, O'Dwyer K, Padgent R, Patrick P, Pies R, Reeves-Pennington K, Tierce J, Wagner K, Ward K, Wilson G. Prevalence of bipolar spectrum disorder in the United States. Submitted for publication.

233. Altshuler LL, Suppes T, Black D, Denicoff KD, Frye MA, Keck PE, Jr, Kupka R, Leverich GS, McElroy SL, Nolen WA, Rush AJ, Post RM. Treating both "poles" of bipolar disorder: impact of antidepressant discontinuation on relapse rates of bipolar depression. Submitted for publication.

234. Arnold LM, McElroy SL, Hudson JI, Welge JA, Bennett AJ, Keck PE, Jr. A placebo-controlled, randomized trial of fluoxetine in the treatment of binge eating disorder. Submitted for publication.

234. Hirschfeld RMA, Holzer C, Calabrese JR, Davies M, Frye MA, Keck PE, Jr, McElroy SL, Lewis L, Weissman MM, Tierce J, Wagner K, Hazard E. Reliability and validity of the mood disorder questionniare: a general population study. Submitted for publication.

235. Keck PE, Jr, Versiani M, Potkin S, West SA, Giller E, Ice K for the Ziprasidone in Mania Study group. Ziprasidone in the treatment of acute bipolar mania: a three-week, placebo-controlled, double-blind, randomized trial. Submitted for publication.

236. Strakowski SM, Keck PE, Jr, Arnold LM, Collins J, Wilson R, Fleck DE, Corey KB, Amicone J, Adebimpe VR. Ethnicity and diagnosis in patients with affective psychoses. Submitted for publication.

237. Keck PE, Jr., Marcus M, Tourkodimitris S, Ali M, Saha A, Ingenito G. A placebo-controlled, double-blind study of the efficacy and safety of aripiprazole in patients with acute bipolar mania. Submitted for publication.

238. Welge JA, Keck PE, Jr. Predictors of response to treatment of acute manic episodes with divalproex sodium or placebo in two randomized, controlled, parallel-group trials. Submitted for publication.

**Letters:**

1. Keck PE, Jr, Pope HG, Jr, McElroy SL. Haloperidol in neuroleptic malignant syndrome. Am J Psychiatry 1988; 45:654.

45

CONFIDENTIAL
AZSER12777689

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

2.   McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JL   Valproate in the treatment of rapid-cycling bipolar disorder.  J Clin Psychopharm 1989; 9:383-384.

3.   McElroy SL, Keck PE, Jr., Pope HG, Jr, Hudson JI, Faedda GL, Swann AC.   Dysphoric mania.  Am J Psychiatry 1993; 150:1908-1909.

4.   Phillips KA, Pope HG, Jr, McElroy SL, Hudson JI, Keck PE, Jr.  Body dysmorphic disorder: Symptom or syndrome.  Am J Psychiatry 1994; 151:461-462.

5.   Strakowski SM, Sax KW, Setters MJ, Keck PE, Jr. Stimulant sensitization in humans. Biol Psychiatry 1997; 42:230-231.

6.   Keck PE, Jr, Bennett JA, Stanton SP. Cost-effectiveness of divalproex versus lithium. J Clin Psychiatry 1997; 58: 364.

7.   Keck PE, Jr, Bennett JA, Stanton SP. Is divalproex a cost-effective alternative in the acute and prophylactic treatment of bipolar I disorder? J Clin Psychiatry 1997; 58: 495-496.

8.   Goldsmith TD, Shapira NA, Keck PE, Jr. Possible interaction of tramadol and antidepressants. Am J Psychiatry 2000; 157: 839.


**Reviews and Book Chapters:**

**1986**

1.   Cohen BM, Keck PE, Jr.   Questions and answers about psychosis.   McLean Review 1986;1:4-22.

**1987**

2.   Pope HG, Jr, Keck PE, Jr.  Neuroleptic malignant syndrome:  what is it and how is it treated? Harvard Medical School Mental Health Letter 1987; 4: 8.

**1988**

3.   Keck PE, Jr, McElroy SL.  Anticonvulsants in the treatment of rapid-cycling bipolar disorder. In:  McElroy SL, Pope HG, Jr (eds.).  Use of anticonvulsant in psychiatry: recent advances. Clifton, NJ:  Oxford Health Care, 1988: pp. 115-125.

4.   McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JL.  Valproate in primary psychiatric disorders:  literature review and clinical experience in a private psychiatric hospital.  In:  McElroy SL, Pope HG, Jr (eds.).  Use of anticonvulsant in psychiatry:  recent advances. Clifton, NJ:  Oxford Health Care, 1988: pp. 24-41.

46

CONFIDENTIAL
AZSER12777690

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

5.   McElroy SL, Keck PE, Jr, Pope HG, Jr.   The use of anticonvulsants in major affective disorder: a brief review.  Mind 1988; 2:11-15.

1989

6.   Keck PE, Jr.  Neuroleptic malignant syndrome.  Directions in Psychiatry, 1989;9:1-7.

7.   McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JL   The use of valproate in psychiatric disorders:  literature review and clinical guidelines.   J Clin Psychiatry (supplement), 1989;50:23-29.

1991

8.   Nierenberg AA, Keck PE, Jr, Samson J, Rothschild AJ, Schatzberg AF.   Methodologic considerations for the study of treatment resistant depression  In:  Amsterdam J (ed.), Advances in Neuropsychiatry and Psychopharmacology, vol. 2:  Refractory Depression, New York; Raven Press, 1991: pp. 1-12.

9.   Keck PE, Jr, McElroy SL, Pope HG, Jr.  Epidemiology of neuroleptic malignant syndrome. Psychiatry Ann 1991;21:148-151.

10.  Keck PE, Jr, McElroy SL, Pope HG, Jr.  Neuroleptic malignant syndrome.  Current Opinion in Psychiatry 1991;4:34-37.

1992

15.  Keck PE, Jr, McElroy SL, Friedman LM.  Carbamazepine and valproate in panic and post traumatic stress disorders, withdrawal states and behavioral dyscontrol syndromes.  J Clin Psychopharm,1992;12:365-415.

16.  McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JL   Valproate in the treatment of bipolar disorder: literature review and clinical guidelines.  J Clin Psychopharm 1992;12:425-525.

17.  Keck PE, Jr.  Insomnia in anxiety and depression:  Differential diagnosis and treatment options.  Modern Medicine 1992; 60:79-86.

1993

14.  McElroy SL, Keck PE, Jr.  Mood disorders: rapid cycling.  In:  Dunner D (ed.),  Current Psychiatric Therapy, Philadelphia; W.B. Saunders, 1993: pp 226-231.

CONFIDENTIAL
AZSER12777691

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

15. McElroy SL, Keck PE, Jr. Treatment guidelines for valproate in schizoaffective and bipolar disorder. Can J Psychiatry 1993; 38:S62-S66.

16. Keck PE, Jr, McElroy SL. Treatment of bipolar disorder with lithium. Psychiatry Ann 1993; 23:1-6.

17. Bowden CL, Hirschfeld RMA, Jamison KR, Keck PE, McElroy SL, Nemeroff CB, Post RM, Potter WZ, Swann AC. Practical Guidelines for the Management of Bipolar Disorder. Monograph on Practical Clinical Guidelines, Edited by Bowden CL, Nemeroff CB, Potter WZ. Chicago: Discovery International, 1993.

1994

18. Keck PE, Jr, McElroy SL, Bennett JA. Pharmacology and pharmacokinetics of valproic acid. In: Joffe RT, Calabrese JR (eds). Anticonvulsants in Psychiatry. Marcel Dekker, 1994; pp. 27-42.

19. Keck PE. Managing the manic patient better. Emergency Psychiatry News, Spring 1994, pp. 1-4.

20. Keck PE, Jr, McElroy SL, Thienhaus OJ, Faedda GL. Antiepileptic drugs in the treatment of withdrawal and detoxification states. In: Modigh K, Robak O, Vestergaard P (eds.), Anticonvulsants in Psychiatry. Wrightson Biomedical Publishing Ltd., Petersfield, UK, 1994, pp. 99-111.

21. McElroy SL, Keck PE, Jr. Experience with valproate in affective disorders. In: Modigh K, Robak O, Vestergaard P (eds.), Anticonvulsants in Psychiatry. Wrightson Biomedical Publishing Ltd., Petersfield, UK, 1994, pp. 57-71.

22. Stewart W, Breslau N, Keck PE, Jr. Comorbidity of migraine and panic disorder. Neurology 1994; 44(Suppl 7):S23-S27.

23. McElroy SL, Phillips KA, Keck PE, Jr. Obsessive-compulsive spectrum disorder. J Clin Psychiatry (Suppl) 1994; 55:33-51.

24. Hirshfeld RMA, Clayton PJ, Cohen I, Fawcett J, Keck PE, McClellan J, McElroy SL, Post RM, Satloff A. Practice guidelines for the treatment of patients with bipolar disorders. Am J Psychiatry 1994; 151(Suppl): 1-31.

1995

48

567

CONFIDENTIAL
AZSER12777692

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

25. McElroy SL, Pope HG, Jr, Keck PE, Jr, Hudson JI. Disorders of impulse control. In: Hollander E, ed. Impulsive Aggression and Disorders of Impulse Control. John Wiley & Sons, London, 1995; pp. 109-136.

26. McElroy SL, Keck PE, Jr, Phillips KA. Kleptomania, compulsive buying, and binge eating disorder. J Clin Psychiatry 1995; 56(Suppl):14-26.

27. Keck PE, Jr. Lithium, valproate, and carbamazepine: What do we know? Academic highlights. J Clin Psychiatry 1995; 56:41-43.

28. McElroy SL, Keck PE, Jr, Friedman LM. Minimizing and managing antidepressant side effects. J Clin Psychiatry (Suppl) 1995; 56:49-55.

29. Keck PE, Jr, McElroy SL. Rapid pharmacological loading in acute mania. CME Commentary, Champaign, IL, 1995; 1-6.

30. McElroy SL, Keck PE, Jr. Drugs for treatment of bipolar disorder: Anticonvulsants. In: Nemeroff CB, Schatzberg AS (eds.), Textbook of Psychopharmacology. American Psychiatric Press, Washington, DC 1995; 17:351-376.

31. Bowden C, Schatzberg A, Keck PE. Bipolar disease: Expanding therapeutic options. Primary Psychiatry 1995; 2:29-41.

32. Keck PE, Jr, Mathew NT, Naritoku DK. The Use of Anticonvulsants for the Treatment of Epilepsy, Migraine, and Bipolar Disorder. Champaign, IL: Grotelueschen Associates, 1995.

33. Keck PE, Jr, Bennett JA, Stanton SP. Health-economic aspects of the treatment of manic-depressive illness with divalproex. Rev Contemp Pharmacother 1995; 6:597-604.

34. Keck PE, Jr. Monitoring neuroleptic malignant syndrome. Current approaches to psychoses. Excerpta Medica 1995; 4:6-7.

35. Keck PE, Jr. Schizoaffective patients. J Clin Psychiatry monograph series 1995; 13:24-27.

36. McElroy SL, Keck PE, Jr. Recovered memory therapy: False memory syndrome and other complications. Psychiatr Ann 1995; 25:731-735.

37. Keck PE, Jr. Identifying and treating secondary mania. Psychiatric Times Bipolar Disorders Letter 1995; 1:1-3.

*1996*

49

CONFIDENTIAL
AZSER12777693

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

38.   West SA, McElroy SL, Keck PE, Jr.   Valproate.   In: Goodnick PJ (ed.), Predictors of Response in Mood Disorders.  American Psychiatric Press, Washington, DC:  1996, pp. 133-146.

39.   Keck PE.  Update on valproic acid in psychiatry (Currents Interview).  Currents in Affective Illness 1996; 15:5-11.

40.   Keck PE.  Risks and benefits in the treatment of bipolar depression (Currents Interview). Currents in Affective Illness 1996; 15:5-12.

41.   Keck PE, Jr, McElroy SL, Kmetz GF, Sax KW.  Clinical features of mania in adulthood.  In: Shulman K, Tohen M, Kutcher S, (eds.), Mood Disorders Throughout the Life Span.  John Wiley & Sons, Inc., New York 1996; pp. 265-279.

42.   Keck PE, Jr, McElroy SL.  Outcome in the pharmacologic treatment of bipolar disorder.  J Clin Psychopharmacol 1996; 16(Suppl):15S-23S.

43.   Keck PE, Jr, McElroy SL, Stanton SP, Bennett JA.  Pharmacoeconomic aspects of the treatment of bipolar disorder.  Psychiatr Ann 1996; 26:S449-S453.

44.   McElroy SL, Keck PE, Jr, Strakowski SM.  Mania, psychosis, and antipsychotics.  J Clin Psychiatry (Suppl) 1996; 57:14-26.

45.   McElroy SL, Kasckow JW, Lott AD, Keck PE, Jr.  Valproate in the treatment of behavioral agitation of dementia.  Psychiatr Ann 1996; 26:S470-S473.

46.   Keck PE, Jr, McElroy SL, Strakowski SM.  New developments in the pharmacologic treatment of schizoaffective disorder. J Clin Psychiatry (Suppl) 1996; 57:41-48.

47.   Keck PE, Jr, McElroy SL.  Olanzapine:  A novel antipsychotic medication.  Today's Therapeutic Trends 1996; 14:63-78.

48.   Keck PE, Jr, McElroy SL, Bennett JA.  Health-economic implications of the onset of action of antimanic agents.  J Clin Psychiatry (Suppl) 1996; 57:13-18.

49.   Bennett JA, Keck PE, Jr, Bennett PA.  New medications to treat bipolar disorder.  Nursing Home Medicine 1996; 4:213-218.

50.   Keck PE, Jr.  Time course of improvement in acute mania and rationale for drug selection.  J Clin Psychiatry (Suppl) 1996; 57:3.

51.   McElroy SL, Keck PE, Jr, Friedman LM.  Minimizing and managing antidepressant side effects:  An update.  J Clin Psychiatry 1996; 56(Suppl):49-55.

1997

CONFIDENTIAL
AZSER12777694

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

52.   Keck PE, Jr, McElroy SL.  The new antipsychotics and their therapeutic potential. Psychiatry Ann 1997; 27: 320-331.

53.   Bowden CL, Nemeroff CB, Keck PE, Jr, Hirschfeld RMA.  Practical considerations in the use of mood stabilizers.  J Clin Psychiatry Intercom.  The Experts converse 1997; 2:1-12.

54.   Keck PE, Jr, Strakowski SM.  Psychopharmacologic treatment of psychotic disorders across the lifespan.  In:  Dickstein L, Oldham JM, Riba MB, (eds.), Annual Review of Psychiatry, Vol. 16.  American Psychiatric Press, Washington, DC, 1997; IV-7-IV-29.

55.   Keck PE, Jr. The use of divalproex.  J Clin Psychiatry Mongraph 1997; 15: 18-22.

56.   Keck PE, Jr, McElroy SL. New uses of antidepressants: Social phobia. J Clin Psychiatry 1997; 58[Suppl 9]: 32-36.

57.   Keck PE, Jr, McElroy SL.  Pharmacologic treatment of bipolar disorders. In: Nathan PE, Gorman JM (eds.), A Guide to Treatments that Work. Oxford University Press, New York, NY, 1997; pp. 249-269.

58.   Keck PE, Jr. Ask the expert-side effects/toxicity of valproate and carbamazepine. Bipolar Disorders Letter 1997, p. 8.

59.   Keck PE, Jr. Bipolar depression. J Depressive Disords 1997; 2: 3-17.

60.   Keck PE, Jr. Practical pharmacology. A pharmacoeconomic model of divalproex vs. lithium in the acute and prophylactic treatment of bipolar disorder. Medscape Mental Health 1997; 2:1-5.

1998

61.   West SA, Keck PE, Jr, McElroy SL. Valproate.  In: Goodnick PJ (ed.), Mania: Clinical and Research Perspectives. American Psychiatric Press, Washington, DC, 1998; 301-317.

62.   Keck PE, Jr, McElroy SL, Arnold LM. Economic implications of pharmacotherapy for bipolar disorders. Primary Psychiatry 1998; 5: 70-72.

63.   Keck PE, Jr, McElroy SL. Antiepileptic drugs. In: Nemeroff CB, Schatzberg AS (eds.) Textbook of Psychopharmacology, Second Edition. American Psychiatric Press, Washington, DC, 1998; pp. 431-454.

64.   Keck PE, Jr. Update on treatment of bipolar disorder (Currents Interview). Currents in Affective Illness 1998; 17: 5-10.

65.   Bennett JA, Moioffer M, Stanton SP, Dwight M, Keck PE, Jr. A risk-benefit assessment of pharmacologic treatments for panic disorder. Drug Safety 1998; 18: 419-430.

51

CONFIDENTIAL
AZSER12777695

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

66.  Keck PE, Jr. McElroy SL, Strakowski SM. Anticonvulsants and antipsychotics in the treatment of bipolar disorder. J Clin Psychiatry 1998; 59 [Supple 6]: 74-81.

67.  Goldberg JF, Altshuler LL, Frye M, Keck PE, Jr. Pharmacoeconomics of lithium and divalproex sodium in the treatment of bipolar disorder.  Directions in Psychiatry 1998; 18: 113-127.

68.  Keck PE, Jr. Mood stabilizers do not always control depression, mania. Psychopharmacology Update 1998; 9: 1-9.

69.  Keck PE, Jr. Update on treatment of bipolar depression (Currents Interview). Currents in Affective Illness 1998; 17: 5-11.

70.  Goldberg JF, Altshuler LL, Frye M, Keck PE, Jr. Pharmacoeconomics of lithium and divalproex sodium. In: Stahl S, ed. Essential Psychopharmacology 1998; 2:363-383.


1999

71.  Goldberg, JF, Keck PE, Jr. Summary of findings on the course and outcome of bipolar disorders, In: Goldberg JF, Harrow M (eds.), Bipolar disorders: clinical course and outcome. American Psychiatric Press, Washington, DC, 1999; pp. 275-288.

72.  McElroy SL, Keck PE, Jr, Strakowski SM. An overview of the treatment of schizoaffective disorder. J. Clin Psychiatry 1999; 60 [Suppl 5]: 16-22.

73.  Keck, PE, Jr, McElroy SL, Strakowski SM.  Schizoaffective disorder – Role of atypical antipsychotics. Schizophr Res 1999; 35: S5-S12.

74.  McElroy SL, Soutullo CA, Keck PE, Jr. Pharmacologic management of abnormal sexual behavior. In: Buckley PF (ed.), Sexuality and Serious Mental Illness. Harwood Academic Publishers, Amsterdam, The Netherlands, 1999; pp. 197-216.

75.  Keck PE, Jr. Pharmacological treatment strategies: atypical antipsychotics. In: Keck PE, Jr (ed.), Managing Depressive Symptoms of Schizophrenia. Science Press, London, UK, 1999; pp. 44-57.

76.  McElroy SL, Pope HG, Jr, Keck PE, Jr. Valproate. In: Sadock BJ, Sadock VA, eds. Kaplan and Sadock's Comprehensive Textbook of Psychiatry. Seventh Edition. Lippincott Williams & Wilkins, Baltimore, MD, 1999, pp. 2289-2299.

77.  Keck PE, Jr, McElroy SL, Arnold LM. Economic implications of pharmacotherapy for bipolar disorder: An update. Economics of Neuroscience 1999; 1: 61-64.

78.  Soutullo CA, McElroy SL, Keck PE, Jr. Gabapentin treatment of adults and adolescents with bipolar disorder: a literature review. Psychiatric Networks 1999; 2: 77-87.

52

CONFIDENTIAL
AZSER12777696

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

## 2000

79. Keck PE, Jr, Licht R. Antipsychotic medications in the treatment of mood disorders. In: Buckley PF, Waddington JL, eds. Schizophrenia and Mood Disorders: The New Drug Therapies in Clinical Practice; Butterworth-Heiman, Boston, 2000, pp. 199-211.

80. Keck PE, Jr, Strakowski SM, McElroy SL. The efficacy of atypical antipsychotics in the treatment of depressive symptoms, hostility and suicidality in patients with schizophrenia. J. Clin Psychiatry 2000; 61[Suppl 3]: 4-9.

81. Keck PE, Jr, McElroy SL, Strakowski SM, Soutullo CA. Antipsychotics in the treatment of mood disorders and risk of tardive dyskinesia. J Clin Psychiatry 2000; 61[Suppl 4]: 33-38.

82. Keck PE, Jr, Arnold LM. Serotonin syndrome. Psychiatr Ann 2000; 30:333-343

83. Bennett JA, Moioffer M, Stanton SP, Dwight M, Keck PE, Jr. A risk-benefit assessment of pharmacological treatments for panic disorder. In, Palmer KJ, ed. Pharmacotherapy of Anxiety Disorders. Adis International, Auckland, NZ, 2000, pp 31-42.

84. Arnold LM, Keck PE, Jr. Depression in women. Columbia Womens Health Monograph 2000; 2: 5-15

85. Keck PE, Jr. Treatment of bipolar disorder: lithium, atypical antipsychotics, and anticonvulsants. Resident & Staff Physician 2000, 5:32-38.

86. Keck PE, Jr, McElroy SL, Arnold LM, Dewan NA, Bennett JA. The costs of treatment of bipolar disorder. In: Marneros A, Angst J, eds, Bipolar Disorders. 100 years after Manic-Depressive Insanity. Kluwer Academic Publishers, 2000: pp. 437-448.

87. Keck PE, Jr. The efficacy of atypical antipsychotics against negative symptoms in schizophrenia and mood disturbances in affective disorders. Directions in Psychiatry 2000; 20: 12-17.

88. Dunayevich E, Keck PE, Jr. Prevalence and description of psychotic features in mania. Current Psychiatry Reports 2000; 2: 286-290.

89. Keck PE, Jr. Editorial: Treatment advances in bipolar disorder – making up for lost time. Biol Psychiatry 2000; 48: 430-432.

90. Bennett JA, Dunayevich E, McElroy SL, Keck PE, Jr. New mood stabilizers and the treatment of bipolar disorder. Drug Benefit Trends 2000; 12: 3-16.

## 2001

53

CONFIDENTIAL
AZSER12777697

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

91.   Keck PE, Jr, McElroy SL. Antiepileptic drugs. In: Schatzberg AF, Nemeroff CB, eds. Essentials of Clinical Psychopharmacology. American Psychiatric Press, Washington, DC: 2001: pp. 237-266.

92.   Keck PE, Jr, McElroy SL, Arnold LM. Bipolar disorder. Medical Clinics of North America 2001; 85: 645-661.

**2002**

93.   Keck PE, Jr, McElroy SL. Antiepileptic agents for bipolar disorder: what is the evidence so far? Current Psychiatry 2002; 1: 18-24.

94.   Keck, PE, Jr, McElroy SL. Pharmacological treatment of bipolar disorder. In: Gorman JM, Nathan PE, eds. A Guide to Treatments that Work, Second Edition. Oxford University Press, 2002: pp. 277-300.

95.   Keck PE, Jr, McElroy SL. Clinical pharmacodynamics and pharmacokinetics of antimanic mood-stabilizing agents. J Clin Psychiatry 2002; 63 [Suppl 4]: 3-11.

96.   Keck PE, Jr, Nelson EB, McElroy SL. Maintenance treatment of bipolar disorder: improving long-term outcome. Current Psychiatry 2002; 1: 40-47.

**In Press**

97.   Strakowski SM, McElroy SL, Keck, PE, Jr. Efficacy of valproate in bipolar illness: Comparisons and contrasts with lithium. In: Montgomery S, Halbreich U, eds, Pharmacotherapy of Mood and Cognition. American Psychiatric Press, Washington, DC, in press.

98. Keck PE, Jr, Strakowski SM, Geracioti TD, Jr, Owens M, Meyer M, Norman AB. Human behavioral and biochemical sensitization: Implications for mood disorders. In: Oxenkrug G (ed.), Contemporary Clinical Psychopharmacology: Relating Basic and Clinical Science. Raven Press, New York, NY, in press.

99. Keck PE, Jr, Manji HK. Pharmacologic treatment of acute bipolar mania and maintenance treatment. In: Charney D, Coyle J, Davis K, Nemeroff CB, eds. Psychopharmacology: The Fifth Generation of Progress. Raven Press, New York, in press.

100. Keck PE, Jr. Commentary: What is the true cost of bipolar disorder? World Psychiatric Series Series: Evidence and Experience in Psychiatry, Volume 5. Maj M, ed. John Wiley & Sons, Chichester, England, in press.

101.   Delbello MP, Kowatch RA, Keck PE, Jr. New antiepileptic agents for the treatment of bipolar disorder. Child and Adolescent Psychopharmacology Newsletter, in press.

54

CONFIDENTIAL
AZSER12777698

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

102. Keck PE, Jr. Medications, medical problems and psychiatric medicine. J Clin Psychiatry, in press.

103. Keck PE, Jr, McElroy SL. Carbamazepine and valproate in the maintenance treatment of bipolar disorder. J Clin Psychiatry, in press.

**Books:**

1. Keck PE, Jr. (ed.) Managing Depressive Symptoms of Schizophrenia. Science Press, Lond, UK, 1999.

**Abstracts:**

### 1986

1. Keck PE, Jr, Pope HG, Jr, McElroy SL. Neuroleptic malignant syndrome: its frequency and presentation in a large psychiatric hospital. American Psychiatric Association Annual Meeting, Washington, DC, May 15, 1986, SN95.

### 1987

2. McElroy SL, Pope HG, Jr, Keck PE, Jr, Hudson JI. Treatment of Psychiatric disorders with sodium valproate: a series of 73 cases. American Psychiatric Association Annual Meeting, Chicago, IL, May 10-13, 1987. Scientific Exhibit #838.

3. McElroy SL, Pope HG, Jr, Keck PE, Jr, Hudson JI. Treatment of psychiatric disorders with sodium valproate: a series of 73 cases. Hospital and Community Psychiatry Annual Meeting, Boston, MA, October 26-28, 1987. Scientific Exhibit #6.

### 1988

4. Pope HG, Jr, Keck PE, Jr, McElroy SL, Hudson JI. Treatment of bulimia nervosa with trazodone: a placebo-controlled double-blind study. Third International Conference on Eating Disorders. New York, April 24, 1988.

5. Hudson JI, Pope HG, Jr, Keck PE, Jr, McElroy SL. Treatment of bulimia with trazodone: short-term response and long-term follow-up. XVIth C.I.N.P. Congress. Munich, West Germany, August 15, 1988.

6. Nierenberg AA, Keck PE, Jr, Pope HG, Jr, Vuckovic A. MAOI autoinduction of hypertension without crisis. World Psychiatric Association Regional Symposium, Washington, DC, October 13-16, 1988.

7. Nierenberg AA, Keck PE, Jr, Schatzberg AF, Rothschild AJ, Samson J. Catecholamine, cortisol, and psychosocial correlates of refractory depression. First International Conference on Refractory Depression. Philadelphia, October 6-7, 1988.

CONFIDENTIAL
AZSER12777699

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

8.   Keck PE, Jr, Pope HG, Jr, Cohen BM, McElroy SL, Nierenberg AA.  Risk factors for neuroleptic malignant syndrome: a case-control study.  American College of Neuropsychopharmacology Annual Meeting, San Juan, Puerto Rico, December 13, 1988.

### 1989

9.   Hudson JI, Lipinski JF, Lukas SE, Keck PE, Jr, Dorsey CM.  EEG sleep in mania and depression: preliminary findings.  Northeastern Sleep Society Annual Meeting, White Plains, NY, March 31 - April 1, 1989.

10.   Keck PE, Jr, Cohen BM, Satlin A, Cole JO.  Incidence of akathisia in patients on clozapine.  American Psychiatric Association Annual Meeting, San Francisco, CA, May 9, 1989, NR 132.

11.   Aaronson ST, Nierenberg AA, Keck PE, Jr, McElroy SL, White K.  A simple refractory depression scale.  Society of Biological Psychiatry Annual Meeting, San Francisco, CA, May 5, 1989.

### 1990

12.   Hudson JI, Lipinski JF, Keck PE, Jr, Lukas SE, Dorsey CM, Rothschild AJ, Aizley HG.  Sleep in mania versus unipolar depression.  Association of Professional Sleep Societies Annual Meeting, Minneapolis, MN, June 27 - July 1, 1990.

13.   Keck PE, Jr, Hudson JI, Dorsey CM, Matheson JK, Campbell PI.  Increased eye movements during NREM sleep in fluoxetine-induced insomnia.  Association of Professional Sleep Societies Annual Meeting, Minneapolis, MN, June 27 - July 1, 1990.

14.   Keck PE, Jr, Hudson JI, Dorsey CM, Matheson JK, Campbell PI.  Fluoxetine-associated insomnia associated with increased eye movements and muscle tone during non-REM sleep.  Northeastern Sleep Meeting, Boston, MA, March 31 - April 1, 1990.

15.   McElroy SL, Pope HG, Jr, Keck PE, Jr, Hudson, JI.  A placebo-controlled study of valproate in mania.  American Psychiatric Association Annual Meeting, New York, NY, May 15, 1990, NR.

16.   McElroy SL, Pope HG, Jr, Keck PE, Jr, Hudson JI.  A placebo-controlled study of valproate in the treatment of acute mania.  NCDEU Annual Meeting, Key Biscayne, FL, June 1, 1990.

17.   Nierenberg AA, Keck PE, Jr.  One antidepressant failed, what next?  NCDEU Annual Meeting, Key Biscayne, FL, May 30, 1990, #11.

18.   Goldenberg DL, Hudson JI, Keck PE, Jr, Pope HG, Jr.  Depression, panic disorder, migraine, and irritable bowel syndrome in patients with fibromyalgia syndrome.  American College of Rheumatology, 54th Annual Scientific Meeting, Seattle, WA, October 27 - November 1, 1990.

56

575

CONFIDENTIAL
AZSER12777700

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

## 1991

19.   Phillips KA, McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI.  Body dysmorphic disorder.  American Psychiatric Association Annual Meeting, New Orleans, LA, May 1991, NR.

## 1992

20.   McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI, Faedda GL.  What is dysphoric mania?  American Psychiatric Association Annual Meeting, Washington, DC, May 1992, S 105 A.

21.   McElroy SL, Phillips KA, Keck PE, Jr, Pope HG, Jr, Hudson JI.  Body dysmorphic disorder:  can it be psychotic?  American Psychiatric Association Annual Meeting, Washington, DC, May 1992, NR 482.

22.   Phillips KA, McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI.  Body dysmorphic disorder:  50 cases of imagined ugliness.  American Psychiatric Association Annual Meeting, Washington, DC, May 1992, NR 147.

23.   Keck PE, Jr, McElroy SL.  Alternatives to lithium in treatment resistant bipolar depression.  Second International Conference on Refractory Depression.  Amsterdam, The Netherlands, June 24-26, 1992.

24.   McElroy SL, Keck PE, Pope HG, Hudson JI, Faedda GL, Swann AC.  Dysphoric or mixed mania:  Clinical and theoretical implications of mania accompanied by depression.  Second International Conference on Refractory Depression.  Amsterdam, The Netherlands, June 24-26, 1992.

25.   Keck PE, McElroy SL, Tugrul KC, Bennett JA.  Valproate oral loading in the treatment of acute mania.  Ohio College of Clinical Pharmacy 1992 Annual Symposium, Cincinnati, Ohio, October 9, 1992.

## 1993

26.   Bottorff MB, Dean S, Bennett JA, Keck PE.  Valproic acid pharmacokinetics are not altered following CYP2D6 inhibition with quinidine.  Am Soc Clin Pharmacol Ther, Honolulu, HI, March 1993.

27.   Keck PE.  Antiepileptic drugs for the treatment of panic disorder.  International Symposium Antiepileptic Drugs in Psychiatry.  University of Freiburg, Freiburg, Germany, January 29-30, 1993.

28.   Phillips KA, McElroy SL, Keck PE, Pope HG, Hudson JI.  Body dysmorphic disorder:  74 cases of imagined ugliness.  First International Obsessive-Compulsive Disorder Conference, Capri, Italy, March 12-13, 1993.

57

CONFIDENTIAL
AZSER12777701

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

29. Keck PE, Taylor VE, McElroy SL, Tugrul KC, Bennett JA. Valproate treatment of panic disorder and lactate-induced panic attacks. 13th National Conference on Anxiety Disorders, Charleston, South Carolina, March 20, 1993.

30. Wulsin LR, Keck PE, McElroy SL. Reliable diagnosis: What to do with Bipolar II. American Psychiatric Association Annual Meeting, San Francisco, May 1993, Paper.

31. Phillips KA, McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JL. Body dysmorphic disorder: Can it be psychotic? American Psychiatric Association Annual Meeting, San Francisco, May 24, 1993, NR1.

32. Phillips KA, McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JL. Body dysmorphic disorder: 90 cases of imagined ugliness. American Psychiatric Association Annual Meeting, San Francisco, May 24, 1993, NR2.

33. Keck PE. Antiepileptic drugs in treatment of withdrawal and detoxification states. Anticonvulsants in Psychiatry, Loen, Norway, September 1993, Paper.

34. Keck PE, McElroy SL, Strakowski SM, Tugrul KC, Hawkins JM, Huber TJ, Newman RM. Comorbidity in first compared with multiple episode mania. American Academy of Clinical Psychiatrist Annual Meeting, Chicago, IL, October 8, 1993. Ann Clin Psychiatry 1993; 5:285-286.

35. McElroy SL, Strakowski SM, Keck PE, Tugrul KC, Huber TJ, Hawkins JM, Newman RM. Comorbidity in dysphoric compared with pure mania. American Academy of Clinical Psychiatrists Annual Meeting, Chicago, IL, October 8, 1993. Ann Clin Psychiatry 1993; 5:285.

36. Keck PE, Bennett JA, McElroy SL, Strakowski SM, Tugrul KC, Lonczak HS. Low prevalence of antithyroid antibodies and hypothyroidism in patients with mania. First International Congress on Hormones, Brain and Neuropsychopharmacology. Rhodes, Greece, September 13-17, 1993; Neuropsychopharmacol 1993; 9:109S-110S.

37. Strakowski SM, Keck PE, McElroy SL, Tugrul KC, Huber TJ, Hawkins JM, Newman RM. Temporal relationship of age of onset of comorbid and principal diagnoses in first-episode psychosis. American Academy of Clinical Psychiatrist Annual Meeting, Chicago, IL, October 8, 1993.

38. Phillips KA, McElroy SL, Keck PE, Pope HG, Hudson JL. Body dysmorphic disorder: Can it be psychotic? NCDEU Annual Meeting, Boca Raton, FL, June 3, 1993; Psychopharm Bull 1994; 30:119.

39. Phillips KA, McElroy SL, Keck PE, Pope HG, Hudson JL. Body dysmorphic disorder: 74 cases of imagined ugliness. First International Obsessive-Compulsive Disorder Conference Abstracts. Weesp, The Netherlands: Solvay Duphar, 1993; 85-86.

58

CONFIDENTIAL
AZSER12777702

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

40. Hudson JI, Lipinski JF, Keck PE, Jr, Aizley HG, Vuckovic A, Zierck KC, Pope HG, Jr. Sleep in schizophrenia. Seventh Annual Meeting Association of Professional Sleep Societies. Los Angeles, CA, June 1993.

41. Phillips KA, McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI. Body dysmorphic disorder: Can it be delusional? American Psychiatric Association 45th Institute on Hospital and Community Psychiatry. Baltimore, MD NR63.

42. Phillips KA, McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI. Body dysmorphic disorder: 100 cases of imagined ugliness. American Psychiatric Association 45th Institute on Hospital and Community Psychiatry. Baltimore, MD, NR64.

### 1994

43. Keck PE, Jr, Bennett JA, McElroy SL, Strakowski SM, Tugrul KC. Low prevalence of antithyroid antibodies and hypothyroidism in patients with mania. American College of Clinical Pharmacy, Annual Meeting, San Diego, February 1994.

44. Hudson JI, McElroy SL, Raymond N, Crow S, Keck PE, Jr, Carter WP, Mitchell J, Strakowski S, Pope HG, Jr, Coleman B, Jonas J. Fluvoxamine in the treatment of binge eating disorder: A multicenter, placebo-controlled study. Sixth International Conference on Eating Disorders, New York, April 30, 1994.

45. Keck PE, Jr, McElroy SL, Arnold LM, Newman RM. Neuroleptic malignant syndrome - End of a controversy? American Psychiatric Association Annual Meeting, Philadelphia, PA, May 1994.

46. Stanton SP, Bennett JA, Keck PE, Jr, Tugrul KC, Strakowski SM, McElroy SL. Compliance with pharmacologic treatment in mania. American Psychiatric Association Annual Meeting, Philadelphia, PA, May 1994.

47. Sax KW, Strakowski SM, Keck PE, Jr, McElroy SL, West SA, Stanton SP. Attention deficit in mixed and pure mania. American Psychiatric Association Annual Meeting, Philadelphia, PA, May 1994.

48. West SA, McElroy SL, Strakowski SM, Keck PE, Jr, McConville BJ. Comorbid ADHD in adolescent mania. American Psychiatry Association Annual Meeting, Philadelphia, PA, May 1994.

49. Hudson JI, McElroy SL, Raymond NC, Crow S, Keck PE, Jr, Jonas JM. Fluvoxamine treatment of binge eating disorder: A multicenter, placebo-controlled trial. American Psychiatric Association Annual Meeting, Philadelphia, May 1994.

59

CONFIDENTIAL
AZSER12777703

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

50. Strakowski SM, Keck PE, Jr, McElroy SL, Lonczak HS, Tugrul KC, West SA. Chronology of principal and comorbid syndromes in first-episode psychosis. Biol Psychiatry [abstract] 1994; 35:623-624.

51. West SA, McElroy SL, Strakowski SM, Keck PE, Jr, McConville BJ. Comorbidity of attention-deficit hyperactivity disorder in adolescent mania. NCDEU Annual Meeting, Marco Island, FL, June 1994. Psychopharmacol Bull [Abstract] 1995; 30:72952. Friedman LM, Keck PE, Jr, Bianca R, Cutler NR, Cole JO. A prospective, double-blind, randomized, cross-over, outpatient study to evaluate and compare the subjective effects of single doses of placebo, abecarnil and diazepam in volunteer adults with a history of recreational sedative drug use. NCDEU Annual Meeting, Marco Island, FL, June 1994. Psychopharmacol Bull [Abstract] 1995; 30:670.

52. Keck PE, Jr. NMS and malignant hyperthermia - End of a controversy? XIXth CINP Congress, Washington, DC, June 1994. Neuropsychopharmacol 1994; 10:4645.

53. Stanton SP, West SA, Newman RM, Keck PE, Jr, Bennett JA, Tugrul KC. TRH stimulation test in patients with mania, mixed mania, and psychotic depression. International Society Psychoneuroendocrinology 25th Congress, Seattle, WA, August 1994.

54. Strakowski SM, Keck PE, Jr, McElroy SL, Lonczak HS, Tugrul KC, West SA. Chronology of principal and comorbid syndromes in first-episode psychosis. Schizophrenia 1994, Vancouver, BC, Canada, August 23, 1994.

## 1995

55. West SA, Strakowski SM, Raute NJ, McElroy SL, Keck PE, Jr. Phenomenology and comorbidity of adolescents hospitalized for mania. American Psychiatric Association Annual Meeting, Miami, FL, May 1995, NR148.

56. Keck PE, Jr, Wilson DR, Strakowski SM, McElroy SL, Kizer DL, Balistreri T, Holtman H, DePriest M. Clinical predictors of acute risperidone response in schizophrenia, schizoaffective disorder, and psychotic mood disorders. American Psychiatric Association Annual Meeting, Miami, FL, May 1995, NR484.

57. West SA, Sax KW, Keck PE, Jr, Strakowski SM, McElroy SL. Thyroid function studies in acutely manic adolescents with and without ADHD. NCDEU Annual Meeting, Orlando, FL, May 31 - June 3, 1995; Psychopharmacol Bull 1995; 31:630.

58. Chang KD, Stanton SP, Keck PE, Jr, McElroy SL, Strakowski SM. Differences in thyroid function between bipolar patients with mixed mania and pure mania. American Psychiatric Association Annual Meeting, Miami, FL, May 1995, NR103.

60

579

CONFIDENTIAL
AZSER12777704

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

59. Dwight MM, Newman RM, Strakowski SM, Keck PE, Jr, McElroy SL. Co-occurrence of migraine with mixed mania, pure mania, and rapid-cycling bipolar disorder. American Psychiatric Association Annual Meeting, Miami, FL, May 1995, NR86.

60. Wortman MD, Stanton SP, Keck PE, Jr, West SA. An indirect measure of dopamine sensitization by serum prolactin levels in humans. American Psychiatric Association Annual Meeting, Miami FL, May 1995, NR516.

61. Strakowski SM, McElroy SL, Keck PE, Jr, West SA, DePriest M. Racial influence on diagnosis in psychotic mania. Society of Biological Psychiatry Annual Meeting, Miami, FL, May 1995, NR44.

62. Sax KW, Strakowski SM, Keck PE, Jr, McElroy SL. Attention and formal thought disorder in first-episode psychosis. American Neuropsychiatric Association Seventh Annual Meeting, 1995.

63. Calabrese JR, Woyshville MJ, McElroy SL, Keck PE, Cookson J, Andersen J, Ascher J, Bolden-Watson C, Paterson G. Spectrum of efficacy of lamotrigine in treatment-refractory manic depression. Second International Conference on Affective Disorders, Jerusalem, Israel, September 4-8, 1995.

## 1996

64. Geracioti TD, Loosen P, Ekhator N, Schmidt D, Baker D, Richtand N, Kasckow J, Keck PE, Jr, Ebert M. Uncoupling of CNS serotonin and norepinephrine systems in depression. Society of Biological Psychiatry Annual Meeting, May 1-5, 1996; New York, NY; Biol Psychiatry 1996; 39:584-585.

65. Chang KD, Keck PE, Jr, Lu S. Treatment of mixed mania with levo-thyroxine. American Psychiatric Association Annual Meeting, New York, NY, May, 1996, NR 26.

66. Soutullo CA, Chang KD, Stanton SP, Keck PE, Jr, McElroy SL, West SA. Thyroid function in adolescents with mixed mania versus pure mania. American Psychiatric Association Annual Meeting, New York, NY, May, 1996, NR 42.

67. Stanton SP, Gilbert P, Wilson DR, Keck PE, Jr, McElroy SL. The relationship of shame in depression versus mania. American Psychiatric Association Annual Meeting, New York, NY, May, 1996, NR 46.

68. Stanton SP, McElroy SL, Keck PE, Jr, Strakowski SM, Chang KD, Soutullo CA. Seasonal variation and onset of illness in mixed versus pure mania. American Psychiatric Association Annual Meeting, New York, NY, May, 1996, NR 94.

61

CONFIDENTIAL
AZSER12777705

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

69. Stanton SP, Wilson DR, Keck PE, Jr, McElroy SL, Kizer DL, Balistreri T. Clinical predictors of acute risperidone response in elderly patients with schizophrenia and schizoaffective illnesses. American Psychiatric Association Annual Meeting, New York, NY, May 1996, NR 117.

70. Calabrese JR, Bowden CL, Rhodes LJ, McElroy SL, Cookson J, Anderson J, Woyshville MJ, Keck PE, Jr, Kunda K, Ascher JA, Paterson G, Tvarno K, Bolden-Watson C. Lamotrigine in treatment-refractory bipolar disorder. American Psychiatric Association Annual Meeting, New York, NY, May, 1996, PS 36.

71. Strakowski SM, Keck PE, Jr, McElroy SL, West SA. Diagnostic stability of first-episode psychosis. American Psychiatric Association Annual Meeting, New York, NY, May, 1996, PS 11.

72. Keck PE, Jr, Nabulsi AA, Taylor JL, Henke CJ, Chmiel JJ, Stanton SP, Bennett JA. A pharmacoeconomic model of divalproex vs. lithium in the acute and prophylactic treatment of bipolar I disorder. NCDEU Annual Meeting, Boca Raton, FL, May, 1996.

73. Keck PE, Jr, McElroy SL, Strakowski SM, Bourne M. Compliance with maintenance treatment in manic-depressive disorders. NCDEU Annual Meeting, Boca Raton, FL, May, 1996.

74. Bennett JA, Setters MJ, Stanton SP, Keck PE, Jr, Hawkins JM, Pagnucco ML. Prediction of valproic acid concentrations from divalproex sodium. NCDEU Annual Meeting, Boca Raton, RL, May, 1996.

75. Bennett JA, Stanton SP, Wilson DR, Keck PE, Jr, McElroy SL, Balistreri T, Kizer D. Clinical predictors of acute risperidone response in elderly patients with schizophrenia and schizoaffective illness. NCDEU Annual Meeting, Boca Raton, FL, May 1996.

76. Chang K, Soutullo CA, Stanton SP, McElroy SL, Keck PE, Jr, West SA. Thyroid function in adolescents with mixed vs. pure mania. World Congress of Psychiatry, Madrid, Spain, August, 1996, #877.

77. Stanton SP, McElroy S, Keck P Jr, Chang KI, Soutullo C. Seasonality of mixed vs. pure mania. World Congress of Psychiatry, Madrid, Spain, August, 1996, #735.

78. Wilson D, Stanton S, Keck P Jr, McElroy S, Balistreri T, Kizer D. Risperidone response in elderly patients. World Congress of Psychiatry, Madrid, Spain, August, 1996, #733.

79. Wilson D, Stanton S, Gilbert P, Keck P Jr, McElroy S. The relationship of shame in depression vs. mania. World Congress of Psychiatry, Madrid, Spain, August, 1996, #291.

80. Strakowski SM, Sax KW, Hawkins JM, Krikorian R, Larsen E, Keck PE, Jr, McElroy SL, Fernandez M. The neuropathophysiology of bipolar disorder: What we know from

62

581

CONFIDENTIAL
AZSER12777706

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

neuroimaging research. American College of Neuropsychopharmacology Annual Meeting, San Juan, PR, December 1996.

81. Strakowski SM, Hawkins JM, Keck PE, Jr, McElroy SL, West SA. Agreement in PES and research diagnosis in first-episode psychosis. Schizophrenia 1996. Vancouver, British Columbia, 1996.

## 1997

82. McElroy SL, Soutullo CA, Beckman DA, Keck PE, Jr, Taylor P, Jr. Intermittent explosive disorder: A preliminary report of 17 cases. American Psychiatric Association Annual Meeting, San Diego, CA, May 1997.

83. Keck PE, Jr, Harrigan E, Reeves K. The efficacy of ziprasidone in the treatment of positive, negative and depressive symptoms of schizophrenia. American Psychiatric Association Annual Meeting, San Diego, CA, May 1997.

84. Keck PE, Jr. Ziprasidone: An overview of efficacy and tolerability in the treatment of patients with an acute exacerbation of schizophrenia or schizoaffective disorder. NCDEU Annual Meeting, Boca Raton, FL, May 1997, NR1; Psychopharmacol Bull 1997; 33: 535.

85. Shapira NA, Keck PE, Jr, Goldsmith TD, McConville BJ, Haggard PJ, McElroy SL. Tramadol for treatment-refractory OCD. American Psychiatric Association Annual Meeting, San Diego, CA, May 1997.

86. Keck PE, Jr, Harrigan E, Reeves K. The efficacy of ziprasidone in schizophrenia and schizoaffective disorder. 6th World Congress of Biological Psychiatry, Nice, France, June 1997.

87. Geracioti TD, Ekhator NN, West SA, Hill KK, Baker DG, Bruce AB, Wortman MD, Keck PE, Norman AB. Cerebrospinal fluid dopamine and homovanillic acid concentrations in tobacco smokers and patients with post-traumatic stress disorder. Psychoneuroendocrinology 1997; 22: S204.

88. Baker D, West SA, Orth DN, Hill K Nicholson WE, Ekhator NN, Bruce A Wortman M, Keck PE, Geracioti TD. Elevated cerebrospinal fluid beta-endorphin concentrations in patients with post-traumatic stress disorder. Psychoneuroendocrinology 1997; 22 S212.

## 1998

89. Soutullo CA, Sorter MT, Foster KD, McElroy SL, Keck PE, Jr. Olanzapine in the treatment of adolescent acute mania: Preliminary report of seven cases. American Psychiatric Association Annual Meeting, June 1, 1998, Toronto, Canada, NR 163.

90. Shapira NA, Goldsmith TD, Keck PE, Jr, Khosla UM, McElroy SL. Psychiatric evaluation of individuals with problematic use of the Internet. American Psychiatric Association Annual Meeting, June 1, 1998, Toronto, Canada, NR 157.

63

582

CONFIDENTIAL
AZSER12777707

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

91.  Sax KW, Zimmerman ME, DeBello MP, Hawkins JM, Keck PE, Jr, Strakowski SM. Prefrontal corical volume and attentional performance in bipolar disorder. 53rd Annual Meeting of the Society of Biological Psychiatry, Toronto, Canada, May 1998, Biol Psychiatry 1998; 43: 16s

92.  Calabrese JR, Shelton MD, Keck PE, Jr, McElroy SL, Werkner JE. Topiramate in severe treatment-refractory mania. American Psychiatric Association Annual Meeting, June 1, 1998, Toronto, Canada, NR 202.

93.  McElroy SL, Soutullo CA, Taylor P, Nelson EB, Beckman DA, Keck, PE, Jr, Strakowski SM. Psychiatric features of 30 sex offenders. American Psychiatric Association Annual Meeting, June 2, 1998, Toronto, Canada, NR 424.

94.  Hawkins JM, Strakowski, SM, McElroy SL, Sax KW, Keck PE, Jr. First-rank symptoms and outcome in new-onset nonaffective psychosis. American Psychiatric Association Annual Meeting, June 3, 1998, Toronto, Canada, NR 456.

95.  Calabrese JR, Shelton MD, Keck PE, McElory SL. Topiramate in severe refractory mania. XXIst CINP Congress, July 13, 1998, Glasgow, Scotland, PM 03032. Int J Neuropsychopharmacol 1999; 2 (Suppl 1): 57.

96.  McElory, Kmetz GF, Keck PE, Jr. A pilot trial of adjunctive topiramate in the treatment of bipolar disorder. XXIst CINP Congress, July 13, 1998, Glasgow, Scotland, PM 03006. Int J Neuropsychopharmacol 1999; 2 (Suppl 1): 50.

97.  Keck PE, Jr.  The efficacy of ziprasidone in the treatment  of an acute exacerbation of schizophrenia or schizoaffective disorder.  Fifth World Congress of the International association for Emergency Psychiatry, October 15, 1998, Brussels, Belgium.

98.  Hirchfeld RMA, Allen MH, Keck PE, Jr, McEvoy J, Fawcett J, Nemeroff CB, Russell J, Bowden CL. Safety and efficacy of rapid-loading divalproex sodium in acutely manic bipolar patients. American College of Neuropsychopharmacology Annual Meeting, December 13-17, 1998, San Juan, Puerto Rico.

99.  Sax KW, Strakowski SM, Keck PE, Jr. Attentional improvement and quetiapine fumarate in schizophrenia. Institute on Psychiatric Services Annual Meeting, October 2-6, 1998.

100. Suppes T, Brown ES, McElroy SL, Kmetz GF, Frye MA, Keck PE, Kupka R, Altshuler L, Rochussen J, Hatef J, Leverich GS, Post RM. A pilot trial of adjunctive topiramate in the treatment of bipolar disorder. American College of Neuropsychopharmacology Annual Meeting, Dec 13-17, 1998, San Juan, Puerto Rico.

1999

64

583

CONFIDENTIAL
AZSER12777708

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

101. Revicki DA, Hirschfeld RMA, Keck PE, Jr, Weisler RH, Ahearn EP. Cost-effectiveness of divalproex sodium vs lithium in long-term therapy for bipolar disorder. American College of Neuropsychopharmacology Annual Meeting, December 13-17, 1999 San Juan, Puerto Rico.

102. Brown ES, Suppes T, McElroy S, Kmetz G, Frye M, Denicoff K, Keck P, Nolen W, Kupka, Altshuler L, Rochussen J, Hatef J, Leverich G, Post R. A pilot trial of adjunctive topiramate in the treatment of bipolar disorder. Society of Biological Psychiatry Annual Meeting, Washington, DC, May 13-15, 1999, NR 252.

103. Soutullo CA, Del Bello MP, Casuto LS, Lake K, Gramam SM, McDonough-Ryan, McElroy SL, Strakowski SM, Keck PE, Jr. Psychiatric disorders in children of bipolar patients versus controls: preliminary results. American Psychiatric Association Annual Meeting, Washington, DC. May 17, 1999, NR 23.

104. Keck PE, Jr, Reeves KR, Harrigan EP. Ziprasidone treatment of an acute exacerbation of schizoaffective disorder. American Psychiatric Association Annual Meeting, Washington DC. May 18, 1999, NR 283.

105. Del Bello MP, Soutullo CA, Ochsner JE, McElroy SL, Keck PE, Jr, Strakowski, SM. Racial differences in the treatment of adolescents with bipolar disorder. American Psychiatric Association Annual Meeting, Washing, DC. May 18, 1999, NR 379.

106. Keck PE, Jr, Martin J, Thomas JH, Allen MH, Hirschfeld RMA, Aomerville KW. Safety and efficacy of oral loading divalproex sodium in acutely manic bipolar patients. American Psychiatric Association Annual Meeting, Washington, DC. May 19, 1999, NR 451.

107. Calabrese JR, Van Kammen DP, Shelton MD, Keck PE, Jr, McElroy SL. Topiramate in severe treatment-refractory mania. American Psychiatric Association Annual Meeting, Washington, DC. May 20, 1999, NR 680

108. Hirschfeld RMA, Weisler RH, Keck PE, Jr, Ahern E, Revicki S. Cost-effectiveness evaluation of divalproex sodium versus lithium in the treatment of bipolar disorder. American Psychiatric Association Annual Meeting, Washington, DC. May 20, 1999, NR 686.

109. Janicak PG, Keck PE, Jr, Davis JM, Kasckow JW, Tugrul K, Dowd S, Sharma RP. Risperidone versus haloperidol for schizoaffective disorder. American Psychiatric Association Annual Meeting, Washington, DC. May 20, 1999, NR 694.

110. Liang SG, Sadovnick AD, Remick RA, Keck PE, McElroy SL, Luchman HM, Alexander M, Brown JL, Kelsoe JR. Evidence for linkage disequilibrium between bipolar disorder and markers on chromosome 22q. World Congress on Psychiatric Genetics,

111. Kelsoe JR, Spence MA, Loetscher E, Sadovnick AD, Remick RA, Keck PE, McElroy S, Mroczkowski-Parker Z, Shekhtman T, Brown JL, Flodman P, Ungerleider S, Tran H, Rapaport MH, Foquet M, Luebbert H. A genome survey indicates a susceptibility locus for

65

584

CONFIDENTIAL
AZSER12777709

bipolar disorder on chromosome 22: further support form two additional family sets. World Congress on Psychiatric Genetics,

112. Greenwood TA, Sadovnick AD, Remick RA, Keck PE, McElroy S, Kelsoe JR. Evidence for linkage disequilibrium between the dopamine transporter and bipolar disorder. World Congress on Psychiatric Genetics,

113. Brown ES, Suppes T, McElroy S, Kmetz G, Frye M, Denicoff K, Keck P, Nolen W, Kupka R, Altshuler L, Rochussen J, Haytef J, Leverich GS, Post R. A pilot trial of adjunctive topiramate in the treatment of bipolar disorder. Third International Conference on Bipolar Disorder, Pittsburgh, PA, June 17-19, 1999, Abstract # 17; Bipolar Disorders 1999; 1: 25.

114. Denicoff KD, Brotman MA, Leverich GS, Nolen W, Rush AJ, McElroy SL, Keck PE, Suppes T, Altshuler LL, Kupka R, Frye MA, Post Rm. Validation of the NIMH-Life-Chart Method (NIMH-LCM™). Third International Conference on Bipolar Disorder, Pittsburgh, PA, June 17-19, 1999, Abstract # 29; Bipolar Disorders 1999; 1: 29.

115. Van Kammen DP, Calabrese JR, Shelton MD, Keck PE, McElroy SL. Topiramate in severe treatment refractory mania. Third International Conference on Bipolar Disorder, Pittsburgh, PA, June 17-19, 1999, Abstract # 132; Bipolar Disorders 1999; 1: 56.

116. Soutullo CA, McElroy SL, Del Bello MP, Foster K, Keck PE, Jr, Strakowski SM. Open label olanzapine in the treatment of children and adolescents with acute mania associated with bipolar disorder. American Psychiatric Association Research Colloquium for Junior Investigators. National Institute of Health (NIH), Bethesda, MD, May 16, 1999.

117. Soutullo CA, Sorter MT, Foster KD, McElroy SL, Keck PE, Jr. Olanzapine in the treatment of adolescent acute mania: preliminary report of seven cases. American Psychiatric Association Research Colloquium for Junior Investigators, NIH, Bethesda, MD, May 16, 1999.

118. Mather DB, Bell EM, Bryant-Comstock L, Sullivan SD, Keck PE, Jr. Development of a cost consequences computer simulation model of bipolar disorder. International Society for Pharmacoeconomics and Outcome Research. Crystal City, VA; May 23-26, 1999.

119. McElroy S, Altshuler L, Frye M, Keck P, Kmetz G, Suppes T. A pilot trial of adjunctive topiramate in the treatment of bipolar disorder. XI World Congress of Psychiatry, World Psychiatric Association. Hamburg, Germany, August 7, 1999.

120. Keck PE, Reeves KR, Harrigan EP, Lakshminarayanan M, and the Ziprasidone Study Group. Ziprasidone reduces overall psychopathology and symptoms of depression in the acute treatment of schizoaffective disorder. XI World Congress of Psychiatry, World Psychiatric Association. Hamburg, Germany, August 7, 1999.

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

121. Friedman LM, Keck PE, Jr, Dewan N, McBride JF, Rothschild AJ. Clinical trials infrastructure in academic psychiatry: a case study. American College of Neuropsychopharmacology. Acapulco, Mexico, December 1999.

**2000**

122. Hudson JI, Laird NM, Betensky RA, Keck PE, Jr, Pope HG, Jr. Familial aggregation of eating and mood disorders. American Psychiatric Association Annual Meeting, May 13-18, 2000, Chicago, IL.

123. Keck PE, Jr, Ice KN and the Ziprasidine Study Group. Controlled treatment of acute mania with ziprasidone. American Psychiatric Association Annual Meeting, May 13-18, 2000, Chicago, IL.

124. Keck PE, Jr. A three-week, double-blind, randomized trial of ziprasidone with acute treatment of mania. NCDEU Annual Meeting, Boca Raton, FL, May 30 – June 2, 2000.

125. Bryant-Comstock L, Mather DB, Sullivan SD, Keck PE, Jr, Lee TA, Li H. treatment of bipolar depression: clinical and economic outcomes using a computer simulation model. American Psychiatric Association Annual Meeting, May 13-18, 2000, Chicago, IL.

126. Mann SC, Caroff SN, Cabrina-Cambell E, Blerer HR, Fricchime GL. Keck PE, Jr. Malignant catatonia. American Psychiatric Association Annual Meeting, May 13-18, 2000, Chicago, IL.

127. Suppes T, Kupka R, McElroy SL, Altshuler LL, Frye MA, Keck PE, Denicoff KD, Nolen WA, Rochussen J, Leverich GS, Post RM. Incidence of co-occurrence of hypomania and depressive symptoms in the Stanley Foundation Bipolar Network. 2nd European Stanley Foundation Conference on Bipolar Disorder. October, Amsterdam, The Netherlands.

128. Denicoff KD, Leverich GS, Nolen WA, McElroy SL, Keck PE, Jr, Suppes T, Altshuler LL, Kupka R, Frye MA, Pollio C, Post RM. Morbidity in 202 patients followed for one year in the Stanley Foundation Bipolar Network. 2nd European Stanley Foundation Conference on Bipolar Disorder. October, Amsterdam, The Netherlands.

129. Leverich GS, Altshuler LL, McElroy SL, Keck PE, Jr, Suppes T, Denicoff KD, Nolen WA, Rush AJ, Kupka R, Frye MA, Autio KA, Post RM. Prevalence of axis II comorbidity in bipolar disorder: relationship to mood state and course of illness. 2nd European Stanley Foundation Conference on Bipolar Disorder, October, Amsterdam, The Netherlands.

130. Soutullo CA, DelBello MP, Ochsner JE, McElroy SL, Keck PE, Jr. Severity of bipolar illness in hospitalized manic adolescents exposed to stimulants or antidepressants. Spanish Psychiatric Society Fifth Congress, October 18-21, 2000, Zaragoza, Spain.

**2001**

67

586

CONFIDENTIAL
AZSER12777711

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

131. Arnold LM, Hess E, Hudson JI, Keck PE. A double-blind, placebo-controlled, randomized, parallel-group, 12-week trial of fluoxetine in the treatment of fibromyalgia. 41st Annual Meeting of NCDEU, May 28-31, 2001, Phoenix, AZ.

132. Wosnitzer-Smith K, Freeman MP, Kmetz GF, McElroy SL, Keck PE, Jr. Bipolar disorder and the risk of postpartum depressive episodes. American Psychiatric Association Annual Meeting, May 2001, New Orleans, LA.

133. Frye MA, Altshuler LL, Denicoff KD, Keck PE, Jr, McElroy SL, Suppes T. Gender differences in bipolar disorder: alcohol abuse comorbidity. American Psychiatry Association Annual Meeting, May 2001, New Orleans, LA.

134. Welge JA, Keck PE, Jr. Meta-regression of placebo response in antipsychotic trials involving patients with schizophrenia. Society of Biological Psychiatry Annual Meeting, New Orleans, LA, May 3-5, 2001; Biol Psychiatry 2001; 49: 63S.

135. Arnold LM, Hess EV, Hudson JI, Welge JA, Keck PE, Jr. Fluoxetine treatment of fibromyalgia. American College of Rheumatology 65th Annual Meeting, San Francisco, CA, November, 2001.

136. Kupka R, Nolen WA, Post RM, McElroy SL, Altshuler LL, Denicoff KD, Frye MA, Keck PE, Jr, Leverich GS, Rush AJ, Pollio C, Drexhage HA. High rate of autoimmune thyroiditis in bipolar disorder: lack of association with lithium exposure. Fourth International Conference on Bipolar Disorder, Pittsburgh, PA, June 14-16, 2001.

137. Keck PE, Jr. Update on Pharmacotherapy. Fourth International Conference on Bipolar Disorder, Pittsburgh, PA, June 14-16, 2001.

138. McElroy SL, Arnold LM, Shapira NA, Keck PE, Jr, Rosenthal N, Hudson JI. Topiramate in the treatment of binge eating disorder associated with obesity. Annual Meeting of the American Psychiatric Association Psychiatric Services, October 2001.

139. Arnold LM, Hess EV, Hudson JI, Welge JA, Keck PE, Jr. Fluoxetine treatment of fibromyalgia. American College of Rheumatology 65th Annual Meeting.

2002

140. Keck PE, Jr, Saha A, Ali M, Ingenito G, English PA. Aripiprazole vs. placebo in acute mania. American Psychiatric Association Annual Meeting, New Research. Philadelphia, PA, May 13-18, 2002.

141. Keck PE, Hirschfeld RMA, Calabrese J, Reed M, Tierce, Hazard EH. Economic impact of manic symptoms of bipolar spectrum disorder in the United States. New Clinical Drug Evaluation Unit (NCDEU) Annual Meeting. Boca Raton, FL, June 10-13, 2002.

68

587

CONFIDENTIAL
AZSER12777712

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

142. Welge JA, Keck PE, Jr, Friedman LM. The Schizophrenia Trial Constorium for modeling placebo response. New Clinical Drug Evaluation Unit (NCDEU) Annual Meeting. Boca Raton, FL, June 10-13, 2002.

**Scientific Advisory Boards:**

| | |
|---|---|
| 1990- | Abbott Laboratories, National Advisory Board, Depakote[R] |
| 1992-1993 | SmithKline Beecham, Regional Advisory Board, Paxil[R] |
| 1993-1994 | Janssen, Inc., Regional Advisory Board, Risperdal[R] |
| 1994- | National Depressive and Manic Depressive Association, Vice Chairman (1998-2001) |
| 1994- | Alza Pharmaceutical, CNS Drug Delivery Systems |
| 1994- | Stanley Foundation Bipolar Network Study |
| 1995- | Chairman and Faculty Advisor, Psychiatric Residents National Advisory Board, Abbott Laboratories, Depakote[R] |
| 1995- | Park-Davis, National Advisory Board, Neurontin[R] |
| 1995- | Wyeth-Ayerst, National Advisory Board, CNS Pharmaceutical Development |
| 1996- | Eli Lilly and Company, Regional Advisory Board, Zyprexa[R] |
| 1996- | Zeneca Pharmaceuticals, National Advisory Board, Seroquel[R] |
| 1997- | The R.W. Johnson Pharmaceutical Research Institute, Scientific Consultant |
| 1997- | Solvay Pharmaceuticals, National Advisory Board, Lithobid[R] |
| 1997- | Pfizer, Inc., National Advisory Board, CNS Pharmaceuticals |
| 1999- | Pfizer, Inc., Visiting Professorship Program Advisory Board |

69

CONFIDENTIAL
AZSER12777713

BEST COPY AVAILABLE

C.V.
Paul E. Keck, Jr., M.D.

| | |
|---|---|
| 1998- | Quintiles Pacifica, Inc., La Jolla, CA |
| 2001- | GlaxoSmithKline, National Advisory Board, Lamitcal ® |

**Scientific Consultant:**

| | |
|---|---|
| 2001- | Malignant Hyperthermia Association of the United States (MHAUS) |

**Community Services:**

| | |
|---|---|
| 1991- | Speaker, NAMI of Hamilton County |
| 1992-1997 | S.A.Y. Soccer Coach, Summit County Day School |
| 1992-1995 | Knothole Baseball Coach, Mt. Lookout Knights |
| 1994-1997 | Knothole Baseball Coach, Green Monsters Baseball Team |
| 1995-1996 | C.Y.O. Baseball Coach, Summit County Day School |
| 1996- | Board of Trustees, Living Arrangements for the Developmentally Disabled, Cincinnati, Ohio |
| 1997 | Speaker, Bipolar Support Group, Hamilton County |
| 1999 | Speaker, Annual Meeting of PLAN, Hamilton County |
| 1999-2000 | C.Y.O. Basketball Coach, Summit Country Day School |
| 2000 | M.V.L.A. LACROSSE Coach, Summit Country Day School |

_Paul E. Keck, Jr., M.D._    9/19/02

Reviewed 9/19/02

70

589

CONFIDENTIAL
AZSER12777714

BEST COPY AVAILABLE

D1447C00127:0037
5077IL/127

# CURRICULUM VITAE

*Name:*            Arifulla Khan, MD

*Birth:*           REDACTED

*Citizenship:*

AKhan
9.25.03

*Addresses:*       Northwest Clinical Research Center
                   1900 - 116th Ave NE
                   Bellevue, WA 98004

                   Ph:    Northwest Clinical Research Center -(425) 453-0404
                   Fax:   (425) 453-1033
                   E-mail: REDACTED

*Education:*       National College (1967-1969)
                   Bangalore Medical College (1969-1975)
                   Bangalore University, India

*Qualifications:*  MBBS, Bangalore University, India, 1975
                   ECFMG, 1976
                   Visa Qualifying Examination, 1979
                   FLEX, 1982
                   American Board of Psychiatry and Neurology, 1987

*Clinical and Academic Experience:*

9/75 - 9/76        Intern, Victoria and Combined Hospitals
                   Bangalore University, India

9/77 - 9/81        Psychiatric Registrar
                   Christchurch Clinical School
                   University of Otago
                   Christchurch, New Zealand

10/81 - 6/84       Resident/Chief Resident
                   Department of Psychiatry
                   University of Connecticut
                   Farmington, Connecticut

10/84 - 8/87       Medical Director

CONFIDENTIAL
AZSER12777715

BEST COPY AVAILABLE

|  | Voluntary Psychiatric Inpatient Unit<br>Harborview Medical Center, Seattle, WA |
|---|---|
| 11/84 - 6/90 | Assistant Professor, Department of Psychiatry<br>University of Washington, Seattle, WA |
| 9/87 - 6/88 | Medical Director, Inpatient Psychiatry Service<br>Harborview Medical Center, Seattle, WA |
| 6/88 -<br>Present | Examiner/Senior Examiner, American Board of Psychiatry<br>and Neurology (Part II) |
| 7/88 - 1/95 | Medical Director, Inpatient Psychiatry Service<br>University of Washington Medical Center<br>Seattle, WA |
| 7/90 - 6/95 | Associate Professor, Department of Psychiatry<br>University of Washington, Seattle, WA |
| 7/92 - 1/95 | Associate Medical Director<br>University of Washington Medical Center<br>Seattle, WA |
| 4/95 -<br>Present | Medical Director<br>Northwest Clinical Research Center<br>Northwest Medical Education, Inc<br>Bellevue, WA |
| 6/95 -<br>Present | Medical Staff at<br>Overlake Hospital Medical Center<br>1035 – 116th Ave.NE<br>Bellevue, WA 98004 |
| 6/95-<br>Present | Research Affiliate/Consultant and Courtesy Medical Staff<br>BHC Fairfax Hospital<br>10200 NE 132nd St.<br>Kirkland, WA 98034 |
| 2/97-12/02 | Clinical Associate Professor<br>Department of Psychiatry and Behavioral Sciences<br>University of Washington, Seattle, WA |
| 10/00 -<br>Present | Adjunct Associate Professor<br>Department of Psychiatry and behavioral Sciences |

2

CONFIDENTIAL<br>AZSER12777716

BEST COPY AVAILABLE

Duke University School of Medicine, Durham, NC

*Grants, Awards, and Research Experience:*

| | |
|---|---|
| 6/84 | Sandoz Award for superior academic achievement<br>Department of Psychiatry, University of Connecticut |
| 9/84 - 2/90 | Clinical psychopharmacology sub-investigator in depressive disorders,<br>Psychiatric Research Unit, Harborview Medical Center<br>and University of Washington (PI - D. Dunner, MD) |
| 3/85 | Principal Investigator, Biomedical Research Support Grant from<br>University of Washington for the study of treatment response to<br>various antidepressants and placebo |
| 8/87 | Travel fellowship from the American College of<br>Neuropsychopharmacology (ACNP) |
| 10/88 | Principal Investigator, ECT vs. pharmacotherapy in psychotic<br>depression (R01 application, approved, not funded) |
| 1/89-12/89 | Co-Investigator, Sleep changes in Early Alzheimer's Disease<br>(PI- Patricia Prinz, PhD, MHR01-33688) |
| 3/91 - 10/91 | Principal Investigator, The Washington Institute for Mental Illness<br>Research and Training Grant for TRH in ECT and ECS |
| 1/92 - 12/92 | Principal Investigator, The Alcohol and Drug Abuse Institute,<br>University of Washington, Grant for TRH in cognitively impaired<br>alcoholics |
| 6/94 | Principal Investigator, Treatment of Depression Using Low-level<br>Electrical Current or Alternating Magnetic Fields (patent filed) |
| *3/90 -*<br>*Present* | *Principal Investigator*<br>*Phase I, II and III Psychopharmacology Studies in depression,*<br>*anxiety, insomnia, bipolar mood disorder, schizophrenia, Alzheimer's*<br>*Disease, migraine, irritable bowel syndrome, PTSD, social phobia,*<br>*pediatric depression, pediatric bipolar mood disorder* |
| 3/01<br>Present | Extramural Reviewer, SBIR proposals, Ad Hoc committees<br>NIMH |

3

CONFIDENTIAL<br>AZSER12777717

BEST COPY AVAILABLE

*Academic Memberships and Related Activities:*

> American Medical Association
> American Psychiatric Association
> American College of Clinical Psychopharmacology
> King County Medical Society

*Journal Reviewer:*

> American Journal of Psychiatry
> Archives of General Psychiatry
> Biological Psychiatry
> Convulsive Therapy
> International Journal of Neuropsychopharmacology
> Journal of Affective Disorders
> Journal of Clinical Psychopharmacology
> Journal of General Internal Medicine
> Journal of Nervous and Mental Disease
> Journal of Psychiatric Research
> Psychiatry Research

*Publications:*

1. Khan A, Joyce P and Jones A. Benzodiazepine withdrawal syndromes. *New Zealand Medical Journal* 92: 94-96, 1980.
2. Khan A, Hornblow A and Walshe JWB. Benzodiazepine dependence: a general practice survey. *New Zealand Medical Journal* 94: 19-21, 1981.
3. Joyce P, Khan A and Jones A. The revolving door patient. *Comprehensive Psychiatry* 223: 97-403, 1981.
4. Khan A, Ciraulo DA, Nelson WH, Becker JT, Jaffe J and Nies A. Dexamethasone suppression test in recently detoxified alcoholics: clinical implications. *Journal of Clinical Psychopharmacology* 4: 94-97, 1984.
5. Nelson WH, Khan A and Orr WW. Delusional depression: phenomenology, neuroendocrine function, and antidepressant response. *Journal of Affective Disorders* 6: 297-306, 1984.
6. Nelson WH, Khan A, Orr WW and Tamragouri RN. The dexamethasone suppression test: interaction of diagnosis, sex and age in psychiatric patients. *Biological Psychiatry* 19: 1293-1304, 1984.
7. Reik L, Smith L, Khan A and Nelson WH. Demyclinating encephalopathy in Lyme disease. *Neurology* 35: 267-269, 1985.
8. Khan A, Jaffe J, Nelson WH and Morrison B. Resolution of neuroleptic malignant syndrome with dantrolene sodium: case report. *Journal of Clinical Psychiatry* 46: 244-246, 1985.
9. Khan A, Nies A, Johnson GA and Becker JT. Plasma catecholamines and ECT. *Biological Psychiatry* 20: 799-804, 1985.
10. Nelson WH, Sullivan P, Khan A and Tamragouri RN. The effects of age on dexamethasone suppression test results in alcoholic patients. *American Journal of Psychiatry* 143: 237-239, 1986.

4

CONFIDENTIAL
AZSER12777718

BEST COPY AVAILABLE

11. Khan A, Lee E, Dager S, Hyde T, Raisys V, Avery D, Dunner DL. Platelets MAO activity in anxiety and depression. *Biological Psychiatry* 21: 847-849, 1986.

12. Dager S, Khan A, Comess K, Raisys V and Dunner DL. Mitral valve abnormalities and catecholamine activity in anxious patients. *Psychiatry Research* 20: 13-18, 1987.

13. Khan A, Cohen S, Chiles J, Stowell M, Hyde T and Robbins M. Therapeutic role of a psychiatric intensive care unit in acute psychosis. *Comprehensive Psychiatry* 28: 264-269, 1987.

14. Dunner DL, Myers J, Khan A, Avery D, Ishiki D and Pyke R. Adinazolam - a new antidepressant: findings of a placebo controlled, double-blind study in outpatients with major depression. *Journal of Clinical Psychopharmacology* 7: 170-172, 1987.

15. Khan A, Cohen S, Stowell M, Capwell R, Avery D and Dunner DL. Treatment options in severe psychotic depression. *Convulsive Therapy* 3: 93-99, 1987.

16. Cohen S, Khan A and Johnson S. Pharmacological management of manic psychosis in an unlocked setting. *Journal of Clinical Psychopharmacology* 7: 261-264, 1987.

17. Cohen S and Khan A. Adjunctive benzodiazepines in acute schizophrenia. *Neuropsychobiology* 18: 9-12, 1987.

18. Cohen S and Khan A. Respiratory distress with use of lorazepam in mania. *Journal of Clinical Psychopharmacology* 7: 199-200, 1987.

19. Geiduschek J, Cohen S, Khan A and Cullen BF. Repeated anesthesia for a patient with neuroleptic malignant syndrome. *Anesthesiology* 68: 134-137, 1988.

20. Scher M, Hartford J, Khan A, Gentry R and Wilson L. Comparison of two formats for a psychiatry clerkship. *Journal of Medical Education* 63: 140-143, 1988.

21. Solan W, Khan A, Avery D and Cohen S. Psychotic and nonpsychotic depression: comparison of response to ECT. *Journal of Clinical Psychiatry* 49: 97-99, 1988.

22. Cohen S, Khan A, Clark A, Goldner M and Dunner DL. Hospitalization effect in acute mania. *General Hospital Psychiatry* 10: 138-141, 1988.

23. Cohen S, Khan A and Robison J. Significance of mixed features in acute mania. *Comprehensive Psychiatry* 29: 421-426, 1988.

24. Khan A, Johnson F, Avery D, Cohen S, Scherzo B and Dunner DL. DST results in nonpsychotic depressed outpatients. *American Journal of Psychiatry* 145: 1153-1156, 1988.

25. Khan A, Cohen S, Dager S, Avery D and Dunner DL. Onset of response to outcome in depressed outpatients with placebo and imipramines. *Journal of Affective Disorders* 17: 33-38, 1989.

26. Cohen S, Khan A and Cox G. Demographic and clinical features predictive of recovery in acute mania. *The Journal of Nervous and Mental Disease* 177: 638-642, 1989.

27. Khan A, McMurray JS, McCreery JM and Hunt H. Carbamazepine and SIADH. *American Journal of Psychiatry* 146: 1639, 1989.

28. Vitiello MV, Prinz PN, Avery DH, Williams DE, Ries RK, Bokan JA and Khan A. Sleep is undisturbed in elderly, depressed individuals who have not sought health care. *Biological Psychiatry* 27: 431-440, 1990.

29. Scher M, Briggs T, Khan A and Cohen S. Patient satisfaction with care received in teaching settings. *Academic Psychiatry* 12: 21-26, 1990.

30. Cohen S and Khan A. The antipsychotic effect of milieu in the acute treatment of schizophrenia. *General Hospital Psychiatry* 12: 248-251, 1990.

5

CONFIDENTIAL
AZSER12777719

BEST COPY AVAILABLE

31. Healey W, Khan A and Noonan C.  Major depression with psychosis (MD-P): demographic, phenomenological, and outcome characteristics in one hospitalized population.  *Journal of Nervous and Mental Disease* 178: 722-723, 1990.

32. Dager SR, Khan A, Cowley D, Avery DH, Elder J, Roy-Byrne P and Dunner DL. Characteristics of placebo response during long-term treatment of panic disorder. *Psychopharmacology Bulletin* 26: 273-278, 1990.

33. Avery DH, Khan A, Dager SR, Cox G and Dunner DL.  Bright light treatment of winter depression: morning versus evening light.  *Acta Psychiatrica Scandinavica* 82: 335-338, 1990.

34. Avery DH, Khan A, Dager SR, Cohen S, Cox GB and Dunner DL.  AM or PM bright light treatment of winter depression? The significance of hypersomnia.  *Biological Psychiatry* 29: 117-126, 1991.

35. Avery D, Khan A, Dager S, Cohen S, Cox G and Dunner DL.  Is morning light superior to evening light in treating seasonal affective disorder?  *Psychopharmacology Bulletin* 26: 521-524, 1991.

36. Khan A, Dager S, Cohen S, Avery D, Scherzo B and Dunner DL.  The chronicity of depressive episode in relation to antidepressant-placebo response. *Neuropsychopharmacology* 4: 125-130, 1991.

37. Cohen S, Khan A, Zheng Y and Chiles J.  Tardive dyskinesia in the mentally retarded: prevalence, risk factors and topographical comparison with a schizophrenic population. *Acta Psychiatrica Scandinavica* 83: 234-237, 1991.

38. Khan A, Fabre L and Rudolph R.  Venlafaxine in depressed outpatients. *Psychopharmacology Bulletin* 27: 141-144, 1991.

39. Khan A and Brown WA.  Who should receive antidepressants: suggestions from placebo treatment.  *Psychopharmacology Bulletin* 27: 271-274, 1991.

40. Khan A, Noonan C and Healey W.  Is a single tricyclic antidepressant trial an active treatment for psychotic depression?  *Progress in Neuropsychopharmacology and Biological Psychiatry* 15: 765-770, 1991.

41. Khan A, Shim H, Mirolo MH, Horita A, Douglas R and Tucker GJ.  TRH effects on arousal, locomotor activity and spontaneous alternation in ECS post-ictal state. *Psychopharmacology* 106: 570-571, 1992.

42. Davis JM, Janicak PG and Khan A.  Neuroleptic Malignant Syndrome.  In: Dunner DL, ed., *Current Psychiatric Therapy*, WB Saunders, Philadelphia, Pennsylvania, 170-175, 1992.

43. Goren A, Swindell C and Khan A.  Expressive language characteristics of schizophrenic subjects with different medication histories. *Journal of Neurolinguistics* 7: 67-90, 1992.

44. Khan A, Mirolo HA and Mirolo MH.  Management of depression in the older woman. *Geriatrics* 48: 14-17, 1993 (suppl).

45. Khan A, Mirolo MH, Claypoole K and Hughes D.  Low dose TRH effects in cognitively impaired alcoholics.  *Alcoholism: Clinical and Experimental Research* 17: 791-796, August, 1993.

46. Khan A, Mirolo MH, Hughes D and Bierut L.  Electroconvulsive Therapy. *Psychiatric Clinics of North America* 16:497-513, 1993

6

CONFIDENTIAL
AZSER12777720

BEST COPY AVAILABLE

47. Khan A, Mirolo MH, Mirolo HA and Miller S.  Can ECT-induced cognitive deficits be altered pharmacologically? *Progress in Neuropsychopharmacology and Biological Psychiatry* 17: 861-874, 1993.

48. Khan A, Mirolo MH, Lai H, Claypoole K and Bhang J.  ECT and TRH: Cholinergic Involement. *Psychopharmacology Bulletin* 29: 345-352, 1993.

49. Khan A, Lai H, Ukai Y and Mirolo MH.  NS-3, a TRH-Analog, Reverses Repeated ECS-Induced Deficits in Water-Maze Performance in the Rat. *Pharmacology,  Biochemistry and Behavior* 47: 477-481, 1994.

50. Brown WA and Khan A.  Which Depressed Patients Should Receive Antidepressants? *CNS Drugs* 1: 341-347, 1994.

51. Rosenfarb IS, Becker J, and Khan A.  Perceptions of parental and peer attachments by women with mood disorders. *Journal of Abnormal Psychology* 103: 637-644, 1994.

52. Khan A, Mirolo MH, Claypoole K, Bhang J, Cox G, Horita A and Tucker GJ.  Effects of low-dose TRH in the ECT post-ictal state. *American Journal of Psychiatry* 151: 1694-1696, 1994.

53. Rosenfarb IS, Becker J, Khan A, and Mintz J.  Dependency, self-criticism and perceptions of socialization experiences. *Journal of Abnormal Psychology* 103: 669-675, 1994.

54. Khan A, Lai H, Nishimura Y, Mirolo MH, and Singh NP.  Effect of ECS on DNA single-strand breaks in rat brain cells. *Convulsive Therapy* 11: 114-121, 1995.

55. Singh NP and Khan A.  Acetaldehyde's geno- and cytotoxicity in human lymphocytes. *Mutation Research* 337: 9-17, 1995.

56. Khan A, Rudolph R, Baumel B, Ferguson J, Ryan PJ, and Shrivatsava R.  Venlafaxine in depressed geriatric outpatients: an open-label clinical study. *Psychopharmacology Bulletin* 31: 753-758, 1995.

57. Singh NP, Graham, MM, Singh V, and Khan A.  Induction of DNA single-strand breaks in human lymphocytes by millirad doses of gamma rays. *International Journal of Radiation Biology* 68: 563-569, 1995.

59. Singh NP, Lai H, and Khan A.  Ethanol-induced single-strand DNA breaks in rat brain cells. *Mutation Research* 345: 191-196, 1995.

60. Khan A. Overall safety profile of venlafaxine: a commentary. *Journal of Clinical Psychopharmacology* 16: 59S-61S, 1996.

61. Chandos B, Khan A, Lai H and Lin JC.  (E Ueno, edi)The application of electromagnetic energy in the treatment of neurological and psychiatric diseases.  In *Biological effects of magnetic and electromagnetic fields, Plenum Press, NY,* pp.161-169, 1996.

62. Khan A.  Letter to the Editor (Antidepressant Discontinuation Syndrome), *Psychiatric Annals* 27: 259, April, 1997

63. Lehman AK, Ellis B, Becker J, Rosenfarb I, Devine R, Khan A and Reichler R.  Personality and depression: a validation study of the depressive experiences questionnaire. *Journal of Personality Assessment* 68: 197-210, 1997.

64. Khan A, Upton, GV, Rudolph R, Entsuah R, Leventer SM and venlafaxine investigator study group.  The use of venlafaxine in the treatment of Major Depression and Major Depression associated with anxiety: A dose-response study. *Journal of Clinical Psychopharmacology* 18: 19-25, 1998.

65. Khan A.  Treating Depression. *Psychiatric Annals* 29: 123-124, 1999.

7

CONFIDENTIAL
AZSER12777721

BEST COPY AVAILABLE

66. Khan A, Warner H, and Brown, WA.  Symptom reduction and suicide risk in patients treated
    with placebo in antidepressant clinical trials: an analysis of the FDA database.  *Archives
    of General Psychiatry*  57: <u>311-317</u>, 2000.
    ***Invited Commentaries** by Drs. Leber, Michels, Quitkin, Klein, Hirschfeld, Chmura Kramer,
    Leon. Archives of General Psychiatry 57: <u>319-330</u>, 2000.*
    ***Cited in New York Times.** Erica Goode. More fuel for debate on Prozac.  OL.CXLIX,
    No. 51; 369, Tuesday, April 25, 2000*
    ***Cited in Science.** Martin Enserink. Are placebo-controlled drug trials ethical?  Science
    288: 5465, April 21, 2000, p. 416*
    ***Cited in WebMD.** Amy Rothman Schonfeld.  Analysis of FDA data indicates placebo-
    treated patients not at increased risk for suicide compared with active controls-experts
    debate the role of placebo-controlled trials.  April 17, 2000.*
    ***Cited in Science News.** Bruce Bower.  Placebos for depression attract scrutiny, 157: April
    29, 2000, p.278*
67. Cohen S, Drabeski GW, Khan S, and Khan A.  Weight gain with risperidone among patients
    with mental retardation. *Journal of Clinical Psychiatry* 62;2: <u>114-116</u>, 2001
68. Khan A and Brown WA.  Placebo enigma in antidepressant clinical trials. *Invited Guest
    Editorial*. *Journal of Clinical Psychopharmacology* 21: 2: <u>123-125</u>, 2001
69. Khan A, Khan S, Leventhal R and Brown W.  Symptom reduction and suicide risk in
    patients treated with placebo in antidepressant clinical trials; a replication analysis of the
    FDA database. *International Journal of Neurpsychopharmacology* 4: <u>113-118</u>, 2001
70. Khan A, Khan S, Leventhal R, and Brown WA.  Symptom reduction and suicide risk in
    patients treated with placebo in antipsychotic clinical trials: an analysis of the FDA
    database. *American Journal of Psychiatry* 149: <u>1449-1454</u>, 2001
71. Khan A, Leventhal S, Khan S, and Brown WA.  Severity of depression and response to
    Antidepressants and placebo: An analysis of the FDA database. *Journal of Clinical
    Psychopharmacology* 22(1): <u>40-45</u>, 2002.
72. Khan A, Leventhal R, Khan S and Brown WA.  Suicide risk in anxiety disorder patients: an
    analysis of the FDA database. *Journal of Affective Disorders* 68: <u>183-190</u>, April 2002.
73. Khan A, Khan S, Leventhal R, Krishnan R, and Gorman J.  An application of the
    CONSORT standards to FDA summary reports of recently approved antidepressants and
    Antipsychotics. *Biological Psychiatry* 52: <u>62-70</u>, July 2002.
74. Khan A and Leventhal R.  Medical aspects of capital punishment executions. *Journal of
    Forensic Medicine* 47: <u>847-851</u>, July 2002.
75. Cohen S, Fitzgerald B, Okos A, Khan S, Khan A.  Weight, lipid, glucose and behavioral
    measures with ziprasidone treatment in a population with mental retardation. *Journal of
    Clinical Psychiatry* 64: <u>60-62</u>, January 2003.
76. Khan A, Khan S, Brown WA.  Are placebo controls necessary to test new antidepressants
    and anxiolytics? *International Journal of Neuropsychopharmacology* 5: <u>193-197</u>,
    September 2002.
77. Khan A, Khan SR, Shankles EB, Polissar NL.  Relative sensitivity of the Montgomery-
    Asberg Depression rating Scale, the Hamilton Depression rating Scale and the Clinical
    Global Impressions ratingf scale in antidepressant clinical trials. *International Clinical
    Psychopharmacology* 17: <u>281-285</u>, 2002.
78. Khan A and Khan S.  Placebo in mood disorders: the tail that wags the dog. *Current

8

CONFIDENTIAL
AZSER12777722

BEST COPY AVAILABLE

*Opinion in Psychiatry* 16: <u>35-39</u>, January 2003.

79. Khan A, Khan SR, Walens G, Kolts R and Giller EL.  Frequency of positive studies among fixed and flexible dose antidepressant clinical trials: An analysis of the Food and Drug Administration Summary Basis of Approval reports.  *Neuropsychopharmacology* 28: <u>552-557</u>, March 2003.

80. Khan A, Detke M, Khan S and Mallenkrodt C.  Placebo response and outcome among Antidepressant clinical trials.  *Journal of Nervous and Mental Disease* (In Press, 4/2003).

81. Khan A, Khan S, Kolts R, Brown WA.  Suicide rates in clinical trials of SSRIs, other antidepressants and placebo:  Analysis of FDA reports.  American Journal of Psychiatry (In Press, 4/2003).

82. Storosum J, van Zweiten B, Khan A, Wohlfarth T, de Haan L, van der Brink W.  Suicide risk in placebo-controlled trials for schizophrenia.  *Archives of General Psychiatry* (In Press, 5/2003).

83. Khan A, Khan S, Kolts R, Brown, WA.  Does psychotropic drug treatment reduce suicide risk?  Submitted for publication.

84. Khan A, Khan S, Kolts R, Brown WA.  Research design factors associated with antidepressant clinical trial outcome.  Submitted for publication.

85. Khan A, Khan S, Kolts R, Krishna RR, Brown WA.  Heterogeneity of placebo response and drug-placebo differences in psychopharmacology trials.  Submitted for publication.

*Abstracts, Book Reviews, and Other Publications:*

1. Khan A, Johnson GA and Becker JT.  Catecholamine turnover with ECT.  14th Annual Meeting of Society for Neuroscience (Abstract, p. <u>289</u>, Part I), 1984.

2. Becker JT, Khan A and Reddy AS.  Hypothalamic amnesia in man.  14th Annual Meeting of Society for Neuroscience (Abstract, p. <u>385</u>, Part I), 1984.

3. Khan A, Lee E, Dager S, Hyde T, Raisys V, Avery D and Dunner DL.  Platelet MAO-B activity in anxiety and depression.  IV Congress in Biological Psychiatry (Abstract p. <u>90</u>), 1985.

4. Dager S, Khan A, Comess K, Raisys V and Dunner DL.  MHPG/creatinine, MAO-B activity, autonomic arousal and MVP in anxious patients.  Annual Meeting of Society of Biological Psychiatry (Abstract, p. <u>106</u>), 1986.

5. Khan A, Cohen S, Chiles J and Dunner DL.  Therapeutic role of a psychiatric care unit in acute psychosis.  Annual Meeting of Society of Biological Psychiatry (Abstract, p. <u>37</u>), 1987.

6. Khan A, Hyde T and Dunner DL.  Treatment response to placebo and IMI/DMI in outpatients with major depression.  Annual Meeting of Society of Biological Psychiatry (Abstract, p. <u>243</u>), 1987.

7. Khan A, Cohen S, Avery D and Dunner DL.  Treatment options in psychotic depression.  Annual Meeting of Society of Biological Psychiatry (Abstract, p. <u>242</u>), 1987.

8. Avery D, Khan A, Dager S and Dunner DL.  Temperature rhythm phase-typing of seasonal affective disorder and response to Am and PM bright light.  Annual Meeting of the Sleep Research Society (Abstract), 1987.

9. Nelson WH and Khan A.  Age effects on the dexamethasone suppression test in unipolar major depression.  *Neuroendocrinology letters* 9:<u>181</u>, 1987.

9

CONFIDENTIAL
AZSER12777723

10. Khan A and Dunner DL.  Clinical predictors of placebo response in depressed outpatients.  Panel presentation at 26th Annual Meeting of American College of Neuropsychopharmacology (Abstract, p. 58), 1987.

11. Avery D, Khan A and Cohen S.  Bright light treatment of SAD: AM vs PM light.  Symposium at World Psychiatric Association Washington, DC (Abstract), 1988.

12. Khan A.  Acute treatment of psychotic depression.  Clinical Advances in the Treatment of Psychiatric Disorders 2; 4: 4, 1988.

13. Khan A and Dunner DL.  Study group participant on placebo response at the 27th Annual Meeting of the American College of Neuropsychopharmacology, (Abstract, p. 56), 1988.

14. Cohen S and Khan A.  Hospitalization effect on acute exacerbation of schizophrenia.  *Schizophrenia Research* 2: 220, 1989.

15. Khan A, Dager S and Dunner DL.  Clinical and demographic features related to placebo and antidepressant response.  *Biological Psychiatry* 25:79-80A, 1989, (Suppl).

16. Khan A.  Book Review on "Electroconvulsive Therapy" by Richard Abrams, MD, 1988.  *Journal of Nervous and Mental Disease* 177:501-502, 1989.

17. Khan A.  Study group participant on placebo response in depression at the 28th Annual Meeting of the American College of Neuropsychopharmacology, (Brown  and Dunner, Abstract, p. 44), 1989.

18. Khan A, Dager S, Cohen S, Avery D and Dunner DL.  When is the onset of response to antidepressant?  28th Annual Meeting of the American College of Neuropsychopharmacology, (Abstract, p. 198), 1989.

19. Dager S, Khan A, Cowley DC, Avery DH, Elder J, Roy-Byrne P and Dunner DL.  Clinical characteristics of placebo response among panic patients.  28th Annual Meeting of the American College of Neuropsychopharmacology, (Abstract, p. 183), 1989.

20. Cohen S, Khan A and Cox G.  Demographic and clinical features predictive of recovery in acute mania.  *Psychiatry Digest* 6:23-25, 1990.

21. Khan A and Brown WA.  Who should receive antidepressants: suggestions from placebo treatment.  29th Annual Meeting of the American College of Neuropsychopharmacology, (Abstract, p. 138) December, 1990.

22. Khan A, Mirolo MH, Horita A, Lampe T and Tucker GJ.  TRH in ECT/ECS post-ictal state.  30th Annual Meeting of the American College of Neuropsychopharmacology, (Abstract, p. 233), 1991.

23. Khan A, Lai H, Mirolo MH and Ukai Y.  TRH and ECT: Cholinergic involvement in cognitive deficit state.  31st Annual Meeting of the American College of Neuropsychopharmacology, (Abstract, p. 106) 1992.

24. Khan A.  Book review on "Electroconvulsive Therapy" by Richard Abrams, Second Edition.  *Journal of Nervous and Mental Disease* 181: 592, 1993.

25. Khan A, Steiert J and Githens S.  Effective Collaboration with Managed Care.  146th Annual Meeting of the American Psychiatric Association, (Issue Workshop #12, Abstract p. 303-304), 1993.

26. Khan A, Mirolo MH, Claypoole K, Lai H, and Tucker G.  Low-dose TRH effects in  ECT post-ictal state.  Annual Meeting of the Society of Biological Psychiatry (Abstract, p 654), 1994.

10

CONFIDENTIAL
AZSER12777724

BEST COPY AVAILABLE

27. Khan A, Lai H, Nishimura Y, Mirolo MH, and Singh NP. ECS effects on neuronal DNA strand breaks. Annual Meeting of the Society of Biological Psychiatry. (Abstract, p. 664).

28. Singh NP, Malik S, Kenny MA, Lai H, and Khan A. Acetaldehyde induced DNA single strand breaks in human lymphocytes. Annual Meeting of the Society of Biological Psychiatry. (Abstract, p. 708).

29. Khan A, Rudolph R, Baumel B, Ferguson J, Ryan P, Shrivatsava R, and Mirolo MH. Venlafaxine in depressed geriatric outpatients: an open label study. XIXth CINP Congress, 1994. (Abstract, p. 163S).

30. Ferguson J, Khan A, Kucharik R, Leventer S, and Cucci C. A placebo-controlled comparative study of the effects on blood pressure and antidepressant efficacy of venlafaxine and imipramine. XIXth CINP Congress, 1994. (Abstract, p. 165S).

31. Khan A, and Montgomery N. Seizure Inhibition Syndrome. Annual Meeting of the Association for convulsive Therapy, 1995 (Abstract in Convulsive Therapy, p. 70).

32. Khan A. Overall safety profile of venlafaxine: a commentary. An invited abstract for Psychiatry Digest, February, 1997 (Abstract p. 27-28).

33. Khan A. Panel Participant: IMGs and ABPN Performance, APA Annual meeting (p.36) 1997.

34. Khan, A, Warner H and Brown WA. Placebo in Antidepressant Clinical trials: Efficacy and safety. 36th Annual Meeting of the American College of Neuropsychopharmacology, December, 1997 (Abstract p.138).

35. Khan A, (Chair) Walter A. Brown (Moderator) and Quitkin F (ACNP Invitee). Are placebo controls ethical in antidepressant clinical trials? Study Group at the 37th Annual Meeting of the American College of Neuropsychopharmacology, 1998

36. Cookson J, Khan A, Asnis P et al. Profile of antidepressant activity of lamotrigine (Lamictal) in Bipolar and Unipolar Depression: Results from double-blind, placebo-controlled studies. 12th Annual meeting of the European College of Neuropsychopharmacology (Abstract), September 1999.

37. Efficacy of lamotrigine in bipolar and unipolar depression: results from double-blind, placebo-controlled studies. Asnis G, Beaman M, Bowden C, Calabrese, De Veaugh-Geiss, Evoniuk G, Huffman R and Khan A. 38th Annual Meeting of the American College of Neuropsychopharmacology, December 1999 (Abstract p. 162).

38. Khan A and Khan S. Are placebo controls ethical in antidepressant clinical trials? Invited Article for Psychiatric Times, XVII: 4 – 29, April 2000.

39. Khan A, Warner H, Brown WA. Symptom reduction and suicide risk in patients treated with placebo in antidepressant clinical trials. *Archives of General Psychiatry*, April, 2000, vol. 57, © American Medical Association. pp 311-317 (see also pages 319, 321, 323, 325, 327 & 329)

40. Huffman R, Ascher J, Khan A, and Calabrese J. Evaluation of Efficacy and Safety of Lamotrigine for the Long-Trem Treatment of Bipolar Depression. NCDEU, poster #51, 2000.

41. Earl N, Greene P, Ascher J, Fouche N, Chang C, Evoniuk G, Swann A, Pope S, Ketter T, McElroy S, Post R, Zajecka J, Altshuler L, Apter J, Wets S, Risch C and Khan A. Mood stabilization with lamotrigine in rapid cycling bipolar disorder. ECNP Annual Meeting, Munich, September, 2000.

11

CONFIDENTIAL
AZSER12777725

BEST COPY AVAILABLE

42. Labetelle M, Zumbrunnen T, Brennan J, Biederman J, Connor J, Emslie G,Ferguson J, Khan A, Ruckle J, Sallee R and Riddle M. Multiple-dose pharmacokinetics of fluvoxamine in children and adolescents. Poster presentation child neuropsychiatry conference (Pisa) May, 2000.

43. Khan A, Khan S, Leventhal R, Brown WA.  Symptom reduction and suicide risk among patients treated with placebo in antipsychotic clinical trials: an analysis of the FDA database.  39th Annual meeting of the American College of neuropsychopharmacology (#178), 2000.

44. Suppes T, Altshuler L, Apter J, Bowden C, Calabrese J, Ginsberg L, Goldberg J, Gyulai L, Khan A, McElroy S, Rapaport M, Risch S, Scahs G, Swann A, West S, Zajecka J, Ascher J, Barrows C, Earl N,Greene P.  Mood  stabilization with lamotrigine in rapid cycling bipolar disorder:  a double-blind placebo-controlled study.  39th Annual meeting of the American College of Neuropsychopharmacology (#99), 2000.

45. Khan A, Khan SR, Brown WA.  Do psychotropics reduce suicide risk?  40th Annual Meeting of the American College of Neuropsychophamacology (#159, p. 186), 2001

46. Pollock MH, Feltner, DE, Rickels K, Lydiard RB, Zimbroff DL, Bieski RJ, Khan A, Goodrich J, Brock JD, Pande AC.  A placebo-controlled, double-blind study of pregabalin treatment of generalized anxiety disorder.  40th Annual Meeting of the American College of Neuropsychopharmacology (#46, p. 337), 2001.

47. Bowden C, Ghaemi N, Gyulai L, Huey L, Khan A, Montgomery P and Ascher, J. lamotrigine delays mood episodes in recently depressed bipolar I patients.  Annual meeting of American Psychiatric Association, 2002 (in press)

48. Khan A, Khan S, Walens G, Giller E.  Frequency of positive studies among fixed and flexible dose antidepressant clinical trials:  An analysis of the Food and Drug Administration Summary Basis of Approval reports.  41st Annual Meeting of the American College of Neuropsychopharmacology (poster) 2002

49. Khan A, Khan S, Kolts R, Brown WA.  Suicide rate with SSRI antidepressants compared to other antidepressants and placebo.  41st Annual Meeting of the American College of Neuropsychopharmacology (poster) 2002

50. Khan A, Khan S, Kolts R, Brown WA.  Research design factors associated with anstidepressant clinical trial outcome.  New Clinical Drug Evaluation Unit (NCDEU), May 2003.

*September 25, 2003*

12

601

CONFIDENTIAL
AZSER12777726

BEST COPY AVAILABLE

## STATE OF WASHINGTON
### HEALTH PROFESSIONS QUALITY ASSURANCE DIVISION
THIS CERTIFIES THAT THE PERSON OR ESTABLISHMENT NAMED HEREON IS AUTHORIZED AS PROVIDED BY LAW AS A

PHYSICIAN AND SURGEON

ACTIVE

KHAN, ARIFULLA
REDACTED

| | NUMBER | | DATE ISSUED | EXPIRATION DATE |
|---|---|---|---|---|
| SECRETARY | 025209 | MD00021545 | 05-09-84 | 02-03-05 |

13

CONFIDENTIAL
AZSER12777727

BEST COPY AVAILABLE

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| AK2733740 | 12-31-2004 | $210.00 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3,3N,4,5 | PRACTITIONER | 01-29-2002 |

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

CORRECTED CERTIFICATE *
(NOT A RENEWAL)

KHAN, ARIFULLA MD Mads
NORTHWEST CLINICAL RESEARCH
CENTER
1900 116TH AVENUE NE/SUITE 112
BELLEVUE, WA          98004

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE

14

603

CONFIDENTIAL
AZSER12777728

BEST COPY AVAILABLE

D1447C00127: 0038

# CURRICULUM VITAE

# ESHA KHOSHNU, M.D.

Northern New Jersey Medical Institute
1120 Bloomfield Ave, Suite 103
West Caldwell, NJ 07007
phone: 973-439-7004  fax: 973-439-7005

---

**Professional Experience**

**Northern New Jersey Medical Institute - West Caldwell, N.J.**          **10/02-present**

*Principal Investigator*

-Conduct clinical trials for adult psychiatric medications

**Specialized Therapy Associates, L.L.C. - Hackensack, N.J.**          **10/02-present**

*Psychiatrist*

**In Health Associates - Sparta, N.J.**          **11/01-present**

*Psychiatrist*

**Overlook Hospital – Summit, NJ**          **4/00-present**

*Staff Psychiatrist*

-Cover own adult patients on the inpatient unit
-Cover emergency services
-Member of the group of Alpha Behavioral Care, P.A., Summit, NJ

**Jersey City Medical Center – Jersey City, NJ**          **3/98-9/99**

*Staff Psychiatrist, Consultation Liaison and Acute Patient Care*

**Saint Mary's Hospital – Hoboken, NJ**          **9/99-2/01**

*Staff Psychiatrist, adult inpatient unit and Acute Partial Program*

604

CONFIDENTIAL
AZSER12777729

BEST COPY AVAILABLE

Esha Khoshnu                                                                          2

-Responsibilities also included some coverage for consultation for medical-surgical floors and emergency rooms.

**Newton Memorial Hospital, Highland Psychiatric Associates –
Newton NJ**                                                                   **9/97-2/98**

*Inpatient Attending Physician*

**University of Connecticut Health Center- Farmington, CT**          **7/95-6/97**

*Assistant Professor of Clinical Psychiatry*
*Inpatient Attending Physician*
*Psychiatrist, Acute Day Hospital*
*Psychiatric Seminars with medical Students*

**Yale University, Department of Psychiatry, Connecticut Mental
Health Center – New Haven, CT**                                               **7/94-6/95**

*Clinical Instructor of Psychiatry*

**Yale University, Department of Psychiatry – New Haven, CT**        **7/93-6/94**

*NIDA Substance Abuse Research Fellow*

**Academic Research Experience**

Co-investigator, research protocol: "Effect of Gamma Hydroxybutyric
Acid on Naloxone Precipitated Withdrawal"                                      7/93-6/94

Epidemiologist, State of Connecticut, Department of Family Planning
Clinic, New Haven, CT  Primary Study: HIV epidemiology in women.               9/88-5/99

Member, Yale Consulting Team, Arden House, Hamden, CT  Purpose:
Development and implementation of needs assessment survey for
Alzheimer's Disease.

Study design and data collection for relationship of facial skin temperature
and Bipolar Disorder.  St. Mary's Hospital, Hoboken, N.J.                      2000-2001

CONFIDENTIAL
AZSER12777730

Esha Khoshnu                                                                                      3

**Publications**

Hajra, E.K., Rosen, M.I., McMahon, T.J., Hameedi, F.A., Kosten, T.R., Khoshnu, E.: The effect of Gamma Hydroxybutyric acid on naloxone-precipitated opiate withdrawal. NIDA RS Monogr. 1995.

Bipolar Spectrum Disorder, OPINION, Clinical Psychiatry News, June 2000.

Restless Legs vs. Akathisia, OPINION, Clinical Psychiatry News.

Flashbacks Related to Kindling? OPINION, Clinical Psychiatry News.

**Licenses & Certifications**

Board Certified by American Board of Psychiatry and Neurology, #50961

NJ license # MA 66241

**Clinical Trials Training**

Role of Clinical Investigator and Coordinator in Drug Development Process 10/02
Good Clinical Practices 10/02
Adverse Event and Serious Adverse Event Reporting Procedures 10/02

**Clinical Trials Experience**

Bipolar Outcomes Preference Project, Principal Investigator 2002-present
Bipolar Disorder Effectiveness Study, Principal Investigator 2002-present
Schizophrenia, Pfizer, Principal Investigator 2003-present
Depression and Bipolar treatment with Cytomel 2003-present.

CONFIDENTIAL
AZSER12777731

BEST COPY AVAILABLE

Mary Ann Knesevich, M.D.
Page 1

D1447C00127.0040
5077IL/127

# CURRICULUM VITAE

## MARY ANN KNESEVICH, M.D.

University Hills Clinical Research
102 Decker Dr., Suite 250
Irving, Texas 75062
Phone 972-717-6262
Fax  972-717-6845

REDACTED

Timberlawn Hospital
4600 Samuell Blvd
Dallas, Texas 75228
Main – (214) 381-7181
Office. (214) 381-9600
Fax  (214) 381-9606

*maknesevich@aol.com*



**CITIZENSHIP:**
REDACTED

**EIN:**
REDACTED

**MARITAL STATUS:**
REDACTED

**EDUCATION:**
Indiana University, 1972-1975, B.A. with high honors, (Economics)

University of Chicago, 1975-1976, (Economics)

Indiana University School of Medicine, 1976-1981, M.D.

**RESIDENCIES:**
Assistant Resident in Psychiatry, Barnes Hospital and Allied hospitals, July 1981 - June 1986

Chief Resident in Psychiatry, Barnes Hospital and Washington University School of Medicine, July 1985-June 1986

**UNIVERSITY APPOINTMENTS:**
Assistant in Psychiatry, Washington University School of Medicine, St. Louis, Missouri, July 1981-June 1986

Instructor in Psychiatry, Washington University School of Medicine, St. Louis, Missouri, July 1986-Feb. 1990

Instructor in Program in Physical Therapy, Washington University School of Medicine, St. Louis, Missouri, Jan. 1988-Feb. 1990.

Clinical Assistant Professor, University of Texas Southwestern Medical Center, Dallas, Texas, February 1992

CONFIDENTIAL
AZSER12777732

BEST COPY AVAILABLE

Mary Ann Knesevich, M.D.
Page 2

## CLINICAL AFFILIATIONS

University Hills Clinical Research -- Primary Investigator, June 2002-
Present

## HOSPITAL AND CLINICAL APPOINTMENTS:

Visiting Registrar, Maudsley Hospital, London, England, May - June 1985.

Assistant Psychiatrist, Barnes Hospital, St. Louis, Missouri,
July 1985 - Feb. 1990.

Assistant in Psychiatry, Jewish Hospital of St. Louis, St. Louis, Missouri,
July 1985 - Feb. 1990.

Consultant Psychiatrist, Malcolm Bliss Mental Center, St. Louis, Missouri,
July 1986 - Feb. 1990.

Director of Psychiatric Consultation Service, Jewish Hospital of St. Louis,
St. Louis, Missouri, July 1986 - Feb. 1990.

Medical Director, Charter Counseling Center, Charter Hospital of
Grapevine, Grapevine, Texas, March 1990 - April 1991.

Psychiatrist, Charter Hospital of Grapevine, Grapevine, Texas, 1990 -
Present

Consultant Psychiatrist, Terrell State Hospital, Terrell, Texas,
April 1991 - 1995.

Psychiatrist, St. Paul Medical Center at Southwestern Medical Center,
Dallas, Texas, May 1991 - Present

Courtesy Privileges, Baylor Medical Center at Grapevine,  Grapevine,
Texas, May 1991 – 1993

Consultant Psychiatrist, American Transitional Care Hospital of Dallas -
Fort Worth, Fort Worth, Texas, August 1991 – 1993.

## CERTIFICATION:

Diplomat National Board of Medical Examiners, July 1982

American Board of Psychiatry and Neurology (Psychiatry), March 1988

## PROFESSIONAL SOCIETIES:

Member, American Medical Association, 1983 - Present

CONFIDENTIAL
AZSER12777733

BEST COPY AVAILABLE

Mary Ann Knesevich, M.D.
Page 3

Member, American Psychiatric Association, 1989 - present.

Member, Eastern Missouri Psychiatric Association, 1989 – 1995.

**PROFESSIONAL SOCIETIES:** *Continued:*
Member, Texas Medical Association, 1991 - present.

**LICENSURE:**
Missouri, 1985.

Texas, 1990; H-7770.

**COMMITTEES:**
Utilization Review, Jewish Hospital of St. Louis, Missouri, Jan. 1987 - Feb. 1990.

Utilization Management, Washington University Medical Alliance Corporation, Medical Center Health Plan, May 1989 - Feb. 1990.

Committee on Continuing Medical Education, St. Paul Medical Center at Southwestern Medical Center, Dallas, Texas, Oct. 1991 - 1993.

**Research Activities:**
NIMH-CRB Collaborative Program on the Psychobiology of Depression, Co-Investigator, 1986.

Cognitive Therapy with Controls in Clinical Depression, Co-Investigator, 1986.

Principal Investigator, Clomipramine Study 62 and 67, Department of Psychiatry at Jewish Hospital, 1988.

Principal Investigator, Clozapine Study 71, Department of Psychiatry at Jewish Hospital, 1988.

Principal Investigator, Amperozide B201, Terrell State Hospital, Terrell, Texas, 1991.

Principal Investigator, ICI #204, 636, Terrell State Hospital, Terrell, Texas, 1991.

Principal Investigator, Abecarnil 357, St. Paul Medical Center, Dallas, Texas, 1992.

609

CONFIDENTIAL
AZSER12777734

Mary Ann Knesevich, M.D.
Page 4

Principal Investigator, Risperidone 207 and 208, Terrell State Hospital, Terrell, Texas, 1992.

Principal Investigator, Pfizer CP-88, 059-1, Terrell State Hospital, Terrell, Texas, 1992.

**Research Activities;** *Continued:*
Cognex, TIND, 1992.

Principal Investigator, Paroxetine, St. Paul Medical Center, Dallas, Texas, 1993.

Principal Investigator, Zeneca 5077IL/0015, St. Paul Medical Center, Dallas, Texas, 1993.

Principal Investigator, Zeneca 5077IL/0013, Terrell State Hospital, Terrell, Texas, 1993.

Principal Investigator, Zotepine BPI 1201, Terrell State Hospital, Terrell, TX, 1993.

Principal Investigator, Zotepine BPI 1201X, Terrell State Hospital, Terrell, TX, 1993.

Principal Investigator, Abbott M93-098, Terrell State Hospital, Terrell, TX, 1994.

Principal Investigator, Pfizer CP-88, 059-1, Terrell State Hospital, Terrell, TX, 1992.

Principal Investigator, Janssen Risperidone 206, 207, and 208, Terrell State Hospital, Terrell, TX, 1992.

Principal Investigator, ICI 204, 636, Terrell State Hospital, Terrell, TX, 1992.

Principal Investigator, Zeneca Seroquel 5077IL/0031, St. Paul Medical Center, Dallas, TX, 1996.

Principal Investigator, Pfizer 128-108, St. Paul Medical Center, Dallas, TX, 1994.

Principal Investigator, Pfizer 128-108E, St. Paul Medical Center, Dallas, TX, 1995.

610

CONFIDENTIAL
AZSER12777735

BEST COPY AVAILABLE

Mary Ann Knesevich, M.D.
Page 5

Principal Investigator, Pfizer 128-114, St. Paul Medical Center, Dallas, TX, 1995.

Principal Investigator, Pfizer 128-115, St. Paul Medical Center, Dallas, TX, 1996.

**Research Activities;** *Continued:*

Principal Investigator, Pfizer 128-116B, St. Paul Medical Center, Dallas, TX, 1995.

Principal Investigator, Sandoz MAR-327-B104, St. Paul Medical Center, Dallas, TX, 1995.

Principal Investigator, Janssen RIS-USA 79, St. Paul Medical Center, Dallas, TX, 1996.

Principal Investigator, Hoechst Marion Roussel M100907/PR0015 and M100907/PR0018, St. Paul Medical Center, Dallas, TX, 1997.

Principal Investigator, Janssen RIS-USA-112/113, St. Paul Medical Center, Dallas, TX, 1997.

Principal Investigator, Pfizer 128-126 and 128-127E, St. Paul Medical Center, Dallas, TX, 1997.

Principal Investigator, Sandoz MAR-327-B105, St. Paul Medical Center, Dallas, TX, 1997.

Principal Investigator, Hoechst Marion Roussel M100907/3001 and M100907/3005, St. Paul Medical Center, Dallas, TX, 1998.

Principal Investigator, Novartis ABA 451, St. Paul Medical Center, Dallas, TX, 1998.

Principal Investigator, Otsuka 31-98-213 and 220, St. Paul Medical Center, Dallas, TX, 1998.

Principal Investigator, Otsuka 31-98-217 and 218, St. Paul Medical Center, Dallas, TX, 1998.

Principal Investigator, Pfizer R-0548, R-0570, and R-0585, St. Paul Medical Center, Dallas, TX, 1998.

Principal Investigator, Sanofi DFI3138 and DFI3067, St. Paul Medical Center, Dallas, TX, 1998.

CONFIDENTIAL
AZSER12777736

Mary Ann Knesevich, M.D.
Page 6

Principal Investigator, Bristol-Myers Squibb CN 138-001, St. Paul Medical Center, Dallas, Texas, 2000.

Principal Investigator, Organon 041-013 and 041-505, St. Paul Medical Center, Dallas, Texas, 2000.

Principal Investigator, Shire 105-301 and 105-303, St. Paul Medical Center, Dallas, Texas, 2000.

Principal Investigator, Abbott M99-010, St. Paul Medical Center, Dallas, Texas, 2000.

Principal Investigator, Pfizer 128-116B, St. Paul Medical Center, Dallas, Texas, 2000.

Principal Investigator, Novartis Cena 7131A07, St. Paul Medical Center, Dallas, Texas, 2000.

Principal Investigator, Pfizer A272-1002-5023, St. Paul Medical Center, Dallas, Texas, 2000.

Principal Investigator, Otsuka 173-98-203, St. Paul Medical Center, Dallas, Texas, 1999.

Principal Investigator, Lilly FIP-MC-HGGY, St. Paul Medical Center, Dallas, Texas, 2000.

Principal Investigator, Bristol Myers Squibb CN 138-007 and CN 138-010, St. Paul Medical Center, Dallas, Texas, 2000.

Principal Investigator, Bristol Myers Squibb, CN138114, 102 Decker Drive #250, Irving, Texas, July, 2003 to September, 2003.

Principal Investigator, Glaxco Smith Kline OHB20001, 102 Decker Dr. #250, Irving, Texas, April, 2003 to present.

Principal Investigator, Janssen, RIS-SCH-401, 102 Decker Dr. #250, Irving, Texas, December 2002 to present.

Principal Investigator, RIS-USA-259 & RIS-USA 265, St. Paul Medical Center, Dallas, Texas, June 2002 to present.

Principal Investigator, Merck, MK-0869, 319 East Las Colinas Blvd., Irving, Texas, June 2002 to present.

CONFIDENTIAL
AZSER12777737

Mary Ann Knesevich, M.D.
Page 7

Principal Investigator, Pfizer/Eisai A2501024, 102 Decker Dr. #250, Irving, Texas, January 2003 to present.

Principal Investigator, Pfizer, A2721008, St. Paul Medical Center, Dallas, Texas June 2002 – December 2002.

Principal Investigator, Organon, 041003/041501, 102 Decker Drive #250, Irving, Texas, October 2003 to present.

Principal Investigator, Organon, 041006, 102 Decker Drive #350, Irving, TX, October 2003 to present.

Principal Investigator, Astrazeneca, 5077IL/0089, 102 Decker Drive #250, Irving, Texas, October 2003 to present.

Principal Investigator, Astrazeneca, 5077IL/127, 102 Decker Drive #250, Irving, Texas, October 2003 to present.


**Editorial Activities:**
Reviewer, Archives of General Psychiatry, 1988.

**Manuscripts in Preparation:**
Knesevich, M.A. and Knesevich, J.W.: Unpredictable hypertensive responses with the use of monoamine oxidase inhibitors.

Pardo, P. et al: A twin study of attention in schizophrenia.

Knesevich, M.A.: Compliance with medication in a therapeutic trial.

Murphy, George, et al.: Prediction of relative response to medication/psychotherapy in depressed patients.

**Manuscripts in Submission:**
Murphy, George, et al.: Cognitive behavioral therapy with controls in depression. Achieves of General Psychiatry.

Wetzel, R.D., et al.: Prescribing therapy for depression: The role of learned resourcefulness. Psychological Reports.

**Publications:**
Rice, J.P., Endicott, J., Knesevich, M.A., and Rochberg, N. The estimation of diagnostic sensitivity using stability data. An application to major depressive disorder, Journal of Psychiatry Research, 21: 337-345, 1987.

CONFIDENTIAL
AZSER12777738

BEST COPY AVAILABLE

Mary Ann Knesevich, M.D.
Page 8

Aleen, A. and Knesevich, M.A. Schizophrenia - like psychosis associated with vein of galen malformation: a Case Report. Canadian Journal of Psychiatry, 32:226-227, 1987.

Knesevich, M.A., Scheftner, W. and Rice, J.P. Medical illness and depression. 1988 New Research Program and Abstracts. 141st Annual Meeting of American Psychiatric Association, p. 48, 1988.

Aschauer, H.N., Aschauer-Trucker, G., Isenberg, K.I., Todd, R.D., Knesevich, M.A., Garver, D.L., Reich, T. and Cloninger, C.R.: No evidence for linkage between chromosome 5 markers and schizophrenia. Human Heredity, 40: 109-115, 1990.

Moldin, Steven, et al: Association between major depressive disorder and physical illness. In press, Psychological Medicine.

Wetzel, R.D., Knesevich, M.A., Brown, S.L., Wolff, H.A., Horn, C. J. Jr., Cloninger, C.R., Correlates of Tridimensional Personality Questionnaire Scales with selected MMPI Scales. Psychological Reports. 1992; 71: 1027-1028.

**Presentations:**

New Treatment Options for Schizophrenia. Baylor College of Medicine, Houston, Texas, June 1, 1989.

Treatment-Resistant Depression. Texas Tech University Health Center, Lubbock, Texas, July 14, 1989.

Clozapine-A New Treatment for Refractory Schizophrenic Patients. Menniger Clinic, Topeka, Kansas, September 28, 1990.

Clozapine-A New Treatment for Refractory Schizophrenic Patients. Grand Rounds (Psychiatry). University of Kansas School of Medicine, Kansas City, Kansas, September 29, 1989.

Prescribing Therapy for Depression: The Role of Learned Resourcefulness. Association for Advancement of Behavior Therapy, Washington D.C., November 4, 1989. (Poster)

Teleconference sponsored by Sandoz Pharmaceuticals. Clinical Use of Clozaril, January 15 and January 23, 1990.

Treatment of Depression. Rosewood Hospital, Houston, Texas, Jan. 18, 1990.

CONFIDENTIAL
AZSER12777739

BEST COPY AVAILABLE

Mary Ann Knesevich, M.D.
Page 9

New Insights into the Treatment of Depression.  Regional Hospital, St. Louis, Missouri, Jan. 22, 1990.

New Care for the Schizophrenic Patient.  Tampa General Hospital, Tampa, Florida, Feb 9, 1990.

Clozaril - The Atypical Antipsychotic.  MaComb County Mental Health Center, Mount Clemens, Michigan, February 26, 1990.

Treatment of Refractory Schizophrenia.  Arizona State Hospital, Phoenix, Arizona, March 23, 1990.

Treatment of Refractory Schizophrenia. East Valley Camelback Hospital, Phoenix, Arizona, March 24, 1990.

Treatment of Resistant Schizophrenia.  Western Tennessee Psychiatric Society, Memphis, Tennessee, March 29, 1990.

New Treatment of Resistant Schizophrenia.  West Virgina Alliance for the Mentally Ill, Fairmont, West Virginia, April 21, 1990.

A Twin Study of Attentional Dysfunction in Schizophrenia.  Meeting of Society of Biological Psychiatry, New York, New York, May 1990 (Abstract).

Recognition and Treatment of Obsessive-Compulsive Disorder.  DePaul Hospital, St. Louis, Missouri, May 8, 1990.

Clozapine the Atypical Antipsychotic.  University of West Virginia Psychiatry Grand Rounds, Morgantown, West Virginia, June 13, 1990.

The Use of Clozapine in the Treatment-Resistant Schizophrenic.  Northern Kentucky Psychiatric Association, Louisville, Kentucky, June 21, 1990.

The Use of Clozapine in the Management of Resistant Schizophrenic Patients in the State Mental Health System.  First Eastern Missouri Region Public Psychiatry Conference, St. Louis, Missouri, June 29, 1990.

Clozapine - The Atypical Antipsychotic.  St. Dominick's Hospital - Department of Psychiatry, Jackson, Mississippi, July 10, 1990.

The Use of Clozapine, Mississippi State Hospital, Jackson Mississippi, July 24, 1990.

CONFIDENTIAL
AZSER12777740

BEST COPY AVAILABLE

Mary Ann Knesevich, M.D.
Page 10

Update on Clozapine.  Western Neuropsychiatric Institute/University of Utah School of Medicine, Salt Lake City, Utah, July 31, 1990.

Clozapine - Clinical Application.  Scott and White Clinic - Department of Psychiatry, Temple, Texas, August 2, 1990.

Clozaril Review.  Department of Mental Health - State of Louisiana, Baton Rouge, Louisiana, August 30, 1990.

Clozaril:  An Update.  National Mental Health Association 7th Annual Scientific Symposium, Houston, Texas, September 14, 1990.

Clozapine - Current Clinical Review.  Medical College of Ohio, 8th Annual Conference of Psychopharmacology, Toledo, Ohio, September 26, 1990.

Clozapine:  The 2nd Year.  "Adverse Effects:  Management and Practical Experiences."  42nd Institute on Hospital and Community Psychiatry, Denver, Colorado, October 9, 1990.

Clozapine:  A clinical Review.  Louisiana State University Psychiatry Grand Rounds, New Orleans, Louisiana, November 29, 1990.

Current Clinical Review of Clozaril.  Eastern Tennessee Psychiatric Society, Jackson City, Tennessee, February 20 , 1991.

Clozaril:  An Update.  Eastern Oklahoma Psychiatric Society, Tulsa, Oklahoma, March 26, 1991.

Managing Adverse Effects of Typical and Atypical Antipsychotics:  A Clinical Case Conference.  144th Annual American Psychiatric Association, New Orleans, Louisiana, May 14th, 1991.

Clinical Use of Clozaril.  Great Rivers Community Mental Health Center, St. Louis, Missouri, August 29, 1991.

Geriatric Depression.  Balboa Naval Hospital, San Diego, California, September 13, 1991.

What's New in Anti-Psychotic Medication.  Dallas Veteran's Administration Hospital, Dallas, Texas, October 17, 1991.

Stress and the Corporate Woman.  Proctor and Gamble, Dallas, Texas, October 25, 1991.

CONFIDENTIAL
AZSER12777741

Mary Ann Knesevich, M.D.
Page 11

New Development in anti-Psychotic Medications.  Psychiatry Ground Rounds, University of Kansas Medical Center, Kansas City, Kansas, November 8, 1991.

Novel Antipsychotics:  Past, Present, and Future.  Psychiatry Ground Rounds, Memphis Veteran's Administration Hospital, Memphis, Tennessee,
November 14, 1991.

Novel Antipsychotics:  Past, Present, and Future.  Psychiatry Ground Rounds, University of Arkansas, Little Rock, Arkansas, November 15, 1991.

New Pharmacologic Treatments for Anxiety.  Psychiatry Grand Rounds, University of Oklahoma, Oklahoma City, Oklahoma, October 8, 1992.

An Integrated Approach to the Long-term Management of Bipolar Disorder. The Brown Palace Hotel, Denver, Colorado, June 3, 2000.

617

CONFIDENTIAL
AZSER12777742

BEST COPY AVAILABLE

MARYANN KNESEVICH, MD
REDACTE



TEXAS STATE BOARD OF MEDICAL EXAMINERS

IDENTIFICATION CARD

LICENSE/PERMIT NUMBER                    EXPIRATION DATE
H7770                                        08/31/2004

MARYANN KNESEVICH, MD
REDACTED

PHYSICIAN PERMIT

PLEASE NOTE OUR NEW ADDRESS AND PHONE NUMBER
P.O. BOX 2018, AUSTIN, TX 78768-2018
PHONE # 512/305-7010



# TEXAS STATE BOARD OF MEDICAL EXAMINERS

P.O. BOX 2018 • AUSTIN, TEXAS 78768-2018

PHYSICIAN PERMIT

LICENSE/PERMIT NUMBER                              EXPIRATION DATE
H7770                                                08/31/2004

MARYANN KNESEVICH, MD
REDACTED

THIS CERTIFIES THAT THE LICENSEE/PERMIT HOLDER NAMED AND NUMBERED HEREON HAS PROVIDED THIS BOARD
THE INFORMATION REQUIRED AND HAS PAID THE FEE FOR ANNUAL REGISTRATION FOR THE YEAR INDICATED ABOVE
PLEASE KEEP THIS BOARD NOTIFIED OF CHANGE OF ADDRESS

618

CONFIDENTIAL
AZSER12777743

BEST COPY AVAILABLE

*0041*

D1447C00127: _____

## CURRICULUM VITAE
## James Knutson, MD

REDACTED

(425) 443-9551 (w)
(425) 828-0691 (fax)

### Licensure
Washington Medical License      MD00033603
DEA Number      BK3018579

### Associated Sites

| | | |
|---|---|---|
| Eastside Therapeutic Resource | Private Practice | Fairfax Hospital BHS |
| 830 6th Street South | 830 6th Street South | 10200 NE 132nd St |
| Kirkland, WA 98033 | Kirkland, WA 98033 | Kirkland, WA 98034 |

### Research Experience

A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of XXXXX and Placebo in the Treatment of Patients with Schizophrenia

A Placebo-Controlled 12 week Study of the Safety and Efficacy of Two Doses of XXXXX Versus Placebo for the Treatment of Acute Manic or Mixed Episodes in Subjects with Bipolar I Disorder with an Optional Open-Label Extension

A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of XXXXX and XXXXX in the Treatment of Patients with Schizophrenia

A Randomized, Double-Blind, Multiple Dose Study of the Relative Bioavailability And Tolerability of a Slow-Release Formulation of XXXXX in Patients With Schizophrenia or Schizoaffective Disorder

The Effect of XXXXX on Bone Mineral Density in Pediatric Subjects with Anorexia Nervosa: A Double-Blind, Placebo Controlled Study

A Multicenter, Double-Blind, Placebo-Controlled Comparison of the Efficacy and Safety of Extended-Release XXXXX and Placebo Administered for Eight Weeks for the Treatment of Adult Outpatients with Major Depressive Disorder and the Symptoms of Decreased Energy, Pleasure, and Interest

An Open-Label Study Assessing XXXXX with Major Depressive Disorder who Discontinued Treatment with XXXXX or a XXXXX due to Intolerability

A Phase III, Randomized, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of XXXXX in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD)

A Phase III, Open-Label Study of XXXXX in Children and Adolescents (aged 6-17) with Attention Deficit Hyperactivity Disorder (ADHD)

Curriculum Vitae      Page 1

CONFIDENTIAL
AZSER12777744

BEST COPY AVAILABLE

A Multi-Center, Double-Blind, Randomized, Placebo-Controlled, Double-Dummy Trial of the Use of XXXXX in the Treatment of Patients with Bipolar Depression

A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Parallel, Phase III Study Comparing the Efficacy of XXXXX with Placebo, Utilizing a 6-Week Acute Phase and an Optional 26-Week Open-Label Phase, on Adolescent Patients Age 13-17 Years Who Meet the Diagnostic Criteria for Schizophrenia According to the DSM-IV-TR

A Phase III, Randomized , Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of XXXXX in Adolescents Aged 13-17 with Attention Deficit Hyperactivity Disorder (ADHD).

An assessment of the efficacy and safety of two sublingual doses of XXXXX in subjects with schizophrenia  (in an acutely exacerbated state) compared to placebo in a multi-center randomized, double-blind, fixed-dose, 6-week trial with a XXXXX positive control group.

A 9-week, Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose, Parallel-Group Study to Evaluate the Efficacy and Safety of XXXXX in Children and Adolescents With Attention-Deficit/Hyperactivity Disorder, Including a 2-Week Withdrawal Period.

A 1-Year, Open-Label, Flexible-Dosage Study to Evaluate the Safety and Continued Efficacy of XXXXX in Children and Adolescents With Attention-Deficit/Hyperactivity Disorder.

A 27-Week Open-Label Trial to Characterize the Safety and Tolerability of Orally Administered XXXXX in Children and Adolescent Subjects with Bipolar I Disorder (Mixed or Manic), Schizophrenia or Schizoaffective Disorder.

Efficacy and Safety of XXXXX in Patients with Borderline Personality Disorder: A Randomized Double-Blind Comparison with Placebo.

A Multi-center, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of XXXXX to Placebo When Used as Adjunct to Mood Stabilizer in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

A Phase III, Randomized, Double-blind, Multi-center, Parallel-group, Placebo-controlled Safety and Efficacy Study of XXXXX in Children and Adolescents Aged 6-17 with Attention-Deficit Hyperactivity Disorder.

XXXXX Versus XXXXX in the Treatment of Acutely Ill Patients with Schizophrenia.

A Double-Blind Randomized Study Comparing Intramuscular XXXXX Depot with Placebo in the Treatment of Patients with Schizophrenia.

XXXXX Versus XXXXX in the Treatment of Adolescents with Schizophrenia.

Curriculum Vitae                                                                              Page 2

CONFIDENTIAL
AZSER12777745

An Open-Level Study of Intramuscular XXXXX Depot in Patients with Schizophrenia.

A Phase 3, Randomized, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Study of XXXXX in Children Aged 6-12 Years with Attention Deficit Hyperactivity Disorder (ADHD).

A Long-Term, Open-Label, and Single Arm Study of XXXXX in Children Aged 6-12 Years with Attention Deficit Hyperactivity Disorder (ADHD).

A Phase III, Randomized, Placebo-Controlled, Double-Blind Trial Evaluating the Safety and Efficacy of Sublingual XXXXX vs. XXXXX and Placebo in In-Patients With an Acute Manic Episode.

A Double-Blind, 9-week Extension Study Evaluating the Safety and Maintenance of Effect of XXXXX vs. XXXXX in the Treatment of Subjects with Acute Mania.

A randomized, double-blind, placebo-controlled multicenter study to evaluate the efficacy, safety and tolerability of XXXXX combined with XXXXX or XXXXX in the treatment of manic episodes of bipolar I disorder over 3 weeks.

A randomized, double-blind, placebo-controlled multicenter study to evaluate the efficacy, safety and tolerability of XXXXX combined with XXXXX or XXXXX in the treatment of manic episodes of bipolar I disorder over 6 weeks.

A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of Two Fixed Oral Doses of XXXXX in the Treatment of Adolescent Patients with Schizophrenia.

A Multi-Center, Open-Label, Safety and Tolerability Study of Flexible-Dose Oral XXXXX in the Treatment of Adolescent Patients with Schizophrenia, and Child and Adolescent Patients with Bipolar I Disorder, Manic or Mixed Episodes.

A 3-week Multicenter, Randomized, Double-blind, Parallel-group, Placebo-controlled, Phase IIIb Study of the Efficacy and Safety of XXXXX Compared with Placebo in the Treatment of Children and Adolescents with Bipolar I Mania.

A 6-week, International, Multicenter, Randomized, Double-blind, Parallel-group, Placebo-controlled, A Phase IIIb Study of he Efficacy and Safety of XXXXX Compared with Placebo in the Treatment of Adolescents with Schizophrenia.

A Confirmatory Multicenter, Double-blind, Randomized, Placebo-controlled Trial of the Use of XXXXX in the Treatment of Patients with Bipolar Depression.

A Double-Blind Randomized Study Comparing Intramuscular XXXXX Depot with Placebo in the Treatment of Patients with Schizophrenia.

Curriculum Vitae                                                                                 Page 3

CONFIDENTIAL
AZSER12777746

BEST COPY AVAILABLE

## Education

Fellowship: Child and Adolescent Psychiatry                          06/93-06/95
Los Angeles County/University of Southern California Medical Center
Los Angeles, CA

Residency: Adult Psychiatry                                          06/90-06/93
Los Angeles County/University of Southern California Medical Center
Los Angeles, CA

Medical School                                                      09/85-06/90
University of Washington School of Medicine, Seattle, WA

B.A. Zoology                                                        09/80-06/83
University of Washington, Seattle, WA

Undergraduate                                                      09/78-06/80
Washington State University, Pullman, WA

## Professional Experience

Private Practice                                                    06/96-Present
512 6th Street South, Suite 101
Kirkland, WA 98033

Principle Investigator                                              10/02-Present
Eastside Therapeutic Resource
512 6th Street South, Suite 101
Kirkland, WA 98033

Consulting Psychiatrist for Behaviorally Disturbed Students         02/00-Present
Fairfax Hospital-Fairfax School
Kirkland, WA

Medical Director of Child and Adolescent Service                   06/96-03/99
Fairfax Hospital
Kirkland, WA

Attending Physiatrist                                              09/95-05/96
Van Nuys Psychiatric Hospital
Van Nuys, CA

Psychiatrist                                                        11/91-5/96
Psychiatric Admissions/Consultant
LAC/USC Medical Center

Consulting Psychiatrist                                            06/94-05/96
Optimist Youth Home
Los Angeles, CA

Curriculum Vitae                                                    Page 4

CONFIDENTIAL
AZSER12777747

BEST COPY AVAILABLE

**Certification**
American Board of Psychiatry and Neurology                    01/96
Certificate No. 42103

623

CONFIDENTIAL
AZSER12777748

BEST COPY AVAILABLE

D1447C00127:0042
50771L/127

## Mark Lerman, M.D.

REDACTED

*Fax: (847) 252-7004*

7/23/03

**Personal**

REDACTED

**Current Positions**

Director of Clinical Research Program and Principal Investigator, Alexian Brothers Behavioral Health Hospital, Hoffman Estates, Illinois 2000 - Present

Clinical Assistant Professor of Psychiatry and Behavioral Neurosciences, Loyola University Stritch School of Medicine 1995 - Present

Member of Physicians Speaker Bureau, currently:
Wyeth-Ayerst, since 1991.
Otsuka Pharmaceuticals, since 2002.
Bristol Myers Squibb, since 2002.

Attending Physician, St. Alexius Hospital, Hoffman Estates, IL 1999 – Present.

Regional Medical Director, Comprehensive NeuroScience, Inc. 1999 – Present.

**Scientific Papers**

Ingenito, G., Kasper, S., Lerman, M., et al. A Multicenter, Randomized, Double-blind, Active-Controlled Study to Compare the Long Term Maintenance Effects and Safety of Aripiprazole and Haloperidol Following Acute Relapse in Schizophrenic Patients; Otsuka Protocols: 31-98-217 and 31-98-304-01. FDA Submission Sep. 2001

624

CONFIDENTIAL
AZSER12777749

BEST COPY AVAILABLE

**Current Research Activities**

Solvay Pharmaceuticals Protocol S1542010, Phase IIB, Randomized, Double-Blind, Placebo-Controlled, Risperidone Referenced, Dose Finding Study of DU 127090 in the Treatment of Schizophrenia.

Bristol Myers Squibb CN 138-010, Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of Aripiprazole in the Maintenance Treatment of Patients with Bipolar Disorder.

Janssen Pharmaceuticals RIS-USA-196 Protocol: Open-Label Follow-up Study of Depot Risperidone in Schizophrenia.

Johnson & Johnson R228060-MDD-201 Protocol: A 6-Week, Randomized, Double-Blind, Parallel Group, Active and Placebo-Controlled Trial to Assess the Efficacy of R228060 in Adult Subjects with Major Depressive Disorder.

Janssen Pharmaceuticals Protocol: A 52-Week, prospective, randomized, double-blind, multicenter study of relapse following transition from oral antipsychotic medication to two different doses (25 or 50 mg given every two weeks) of risperidone long-acting microspheres in adults with schizophrenia or schizoaffective disorder.

Nutrition 21, Inc. Protocol: A Double-Blind, Placebo Controlled Trial of Chromium Picolilnate in Atypical Depression

Johnson & Johnson Pharmaceuticals RIS-USA-265 Protocol: An Open Label, Long Term Trial of Risperidone Long Acting Microspheres in the Treatment of Subjects Diagnosed with Schizophrenia.

Abbott Laboratories M02-547-ABT-711Protocol: A Randomized, Double-Blind Study of the Safety and Efficacy of Depakote ER plus an Atypical Antipsychotic vs. an Atypical Antipsychotic Alone in the Treatment of Schizophrenia.

CONFIDENTIAL
AZSER12777750

BEST COPY AVAILABLE

Eli Lilly F1D-US-HGLFProtocol: Efficacy of High Dose Olanzapine in a Controlled Fixed Dose-Response Trial for the Treatment of Schizophrenia and Schizoaffective Disorder.

Pfizer/Eisai A2501024 Protocol: 12 Week Multicenter, Randomized, Double-Blind Placebo-Controlled Evaluation of Donepezil Hydrochloride as Adjunctive Therapy in the Treatment of Cognitive Impairment in Patients with Schizophrenia or Schizoaffective Disorder.

Johnson & Johnson Pharmaceuticals Protcol: A Study of Two Doses of Galantamine HBr as an Adjunctive Treatment to Risperidone in Male Outpatients with Schizophrenia and Associated Cognitive Deficits.

Organon 5222 Protocol: An assessment of the efficacy and safety of two sublingual doses of Org 5222 in subjects with schizophrenia (in an acutely exacerbated state) compared to placebo in a randomized double-blind, fixed dose 6-week trial, with risperidone active control group.

Abbott M02-540 Protocol: A 21-day, double-blind, placebo-controlled, parallel-group evaluation of the efficacy and safety of Depakote ER in the treatment of the manic phase of bipolar disorder.

**Medical Licensure**

Licensed Physician and Surgeon, Illinois license number 036-064295

D.E.A. license number AL1851802

**Board Status**

Board Certified Diplomat in Adult Psychiatry, American Board of Psychiatry and Neurology:  Certificate number 43090

Certified in Addiction Medicine, American Society of Addiction Medicine:  Certificate number 77467

CONFIDENTIAL
AZSER12777751

BEST COPY AVAILABLE

| **Professional Memberships** | American Psychiatric Association |
| --- | --- |
| | American Society of Addiction Medicine |
| | Mental Health Association of Illinois |
| | Illinois Psychiatric Society |
| | American Medical Association |
| | Illinois State Medical Society |
| | The Obsessive Compulsive Disorder Foundation |
| | Academy for Eating Disorders |

| **Education** | Residency:  Loyola University Stritch School of Medicine, 11/85-12/88 |
| --- | --- |
| | Residency:  Northwestern University Medical School, 7/81-6/85 |
| | Internship: Northwestern University Medical School, 7/80-6/81 |
| | Medical School:  Wayne State University School of Medicine, Detroit, Michigan, M.D., 1980 |

| **Awards Received** | Distinguished Fellowship Award, American Psychiatric Association, 2003 |
| --- | --- |
| | Resident Leadership Award, presented by Loyola University Department of Psychiatry Faculty, 1988 |
| | Upjohn and Company Honorary Fellowship for Residents, 1987 |
| | Elected Chief Resident by peers, Loyola University Department Of Psychiatry, 1987 |

627

CONFIDENTIAL
AZSER12777752

Honors in Senior Medicine, Wayne State University School of Medicine, 1980

Honors in Junior Psychiatry, Wayne State University School of Medicine, 1979

B.A. with Distinction, University of Michigan, 1972

National Freshman Honor Society, 1969

**Past Positions And Affiliations**

President and Co-founder, Oak Brook Psychiatric Group, Oak Brook, Illinois, 1/92-9/00

Medical Director, Linden Oaks Hospital, Naperville, Illinois 8/98-1/00.

Director and Principal Investigator, Linden Oaks Hospital Clinical Research Unit, 7/97-2/00.

Member of Bipolar Scientific Advisory Committee, R.W. Johnson Pharmaceutical  Research Institute of Johnson and Johnson, 12/99.

Medical consultant to the Family Institute at Northwestern University, 1996-1998.

Clinical Director, Adolescent Psychiatric Service, Linden Oaks Hospital, 1/94 -7/98.

Chairman of Pharmacy and Therapeutics Committee, Linden Oaks Hospital, 6/90-7/98.

Attending Psychiatrist, Hinsdale Hospital, Hinsdale, IL., 12/88-12/95.

President of Medical staff, Linden Oaks Hospital, 1/93-1/94.

Clinical Director, Adult Psychiatric Service, Linden Oaks Hospital, Naperville, Illinois  6/90-12/93.

Attending Psychiatrist, Salt Creek Therapy Center, Hinsdale, Illinois, 12/88-12/91.

628

CONFIDENTIAL
AZSER12777753

BEST COPY AVAILABLE

Psychiatric Consultant, Parkside Lodge Chemical Dependency Treatment Center, Woodridge, Illinois, 10/87-12/90.

Attending Psychiatrist, Riveredge Hospital, Forest Park, Illinois, 12/88-6/90.

In house Psychiatrist, Emergency Psychiatric Service, Madden State Psychiatric Hospital, Maywood, Illinois, 12/87-12/89

## Past Research Activities

Bristol-Myers Squibb protocol CN 138-047: Randomized, double-blind, placebo-controlled multicenter study of a fixed dose of Aripiprazole in stabilized patients with chronic Schizophrenia

Janssen Research Foundation protocol RIS-USA: Randomized, double-blind, parallel group, multicenter clinical trial to assess Risperidone vs. placebo in mania in patients with Bipolar I Disorder

Novartis ILP-3005 protocol: Randomized, double-blind Risperidone and placebo-controlled multicenter study of Iloperidone in Schizophrenia

Janssen Pharmaceuticals RIS-USA-196 protocol: Open-label follow-up study of depot Risperidone in Schizophrenia

Shire Pharmaceuticals protocol 105.301: Double-blind placebo-controlled study of Carbatrol in Bipolar Mania with open-label follow-up

Otsuka America Protocols 203 & 218: Open-label follow-ups to Phase III double-blind placebo-controlled antipsychotic trials with Aripiprazole.

Bristol-Myers Squibb protocol CN 138-002: Double-blind Olanzapine-controlled study of Aripiprazole in Schizophophrenia

Bristol-Myers Squibb protocol CN 138-001: Double-blind placebo-controlled study of Aripiprazole in acute Schizophrenia with an open-label follow-up

Pharmacia & Upjohn protocol 011: Randomized, double-blind, placebo and Olanzapine controlled study of a D4 antagonist in Schizophrenia and Schizoaffective Disorder

CONFIDENTIAL
AZSER12777754

BEST COPY AVAILABLE

Otsuka-America Protocol 202: Phase III double-blind placebo-controlled antipsychotic trial

Hoescht-Marion-Roussel Protocol 3002: Phase II double-blind placebo controlled antipsychotic trial
Merck Protocol 023: Phase IIA Substance-P antagonist trial in Schizophrenia

Otsuka-America Protocol 217: Phase III double-blind Aripiprazole trial with Haloperidol control

R.W. Johnson Pharmaceutical Research Institute TOPMAT-PDMD-002 and –003   Protocols: Phase II double-blind placebo controlled trial in Bipolar Mania with outpatient follow-up

Lilly Protocol F1D-MC-HGHB: Olanzapine IM compared to Haloperidol IM and placebo in agitated psychosis

Pfizer Protocol 245-102: Phase II double-blind and Olanzapine controlled antipsychotic trial

Otsuka-America Protocols 213/220: Phase III open-label outpatient neuropsychiatric study of Aripiprazole with Olanzapine comparitor

Janssen Pharmaceuticals RIS-USA-121 protocol: Double-blind placebo-controlled study of depot Risperidone in Schizophrenia

Eli Lilly & Company LUAG protocol: Open-label study of R-Fluoxetine in Major Depression

Bristol Myers Squibb Protocol CN 138-050, Phase III, Randomized, Double-Blind, Dose-Ranging Study of Intramuscular Aripiprazole in the Treatment of Acute Agitation in Schizophrenia, Schizoaffective or Schizophreniform Disorder.

Janssen Research Foundation Protocol RIS-USA-259, Open-label Trial Exploring the Switching Regimen from Oral Neuroleptics, Olanzapine, Quetiapine Fumarate, or Haloperidol, to Risperidone Depot Microspheres in Adult Schizophrenics.

Corcept Protocols C-1073-02, C-1073-03 and C-1073-04, Phase III, Randomized, Double-Blind, Placebo-Controlled Study of Safety And Efficacy of C-1073 (Mifepristone) in Patients with Major Depressive Disorder with Psychotic Features.

CONFIDENTIAL
AZSER12777755

BEST COPY AVAILABLE





631

CONFIDENTIAL
AZSER12777756

BEST COPY AVAILABLE

# The American Board of Psychiatry and Neurology

Incorporated 1934
Member of the American Board of Medical Specialties

*This is to certify that*

## Mark Norbert Lerman, M.D.

*has satisfied the requirements of the Board*

*and is hereby certified as a Diplomate in the specialty of*

## Psychiatry

November, 1996 - November, 2006

President

Vice-President

Executive Vice-President

Secretary

Treasurer

*Certificate No* 43090

*Certification is subject to the continued unlimited licensure
to practice medicine in Diplomate's state of practice.*



632

CONFIDENTIAL
AZSER12777757

BEST COPY AVAILABLE

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| AL1851802 | 03-31-2006 | $210.00 |
| XL1851802 | | |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3,3N,4,5 | PRACTITIONER-C | 02-24-2003 |

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the
Controlled Substances Act of 1970, as amended,
provide that the Attorney General may revoke or
suspend a registration to manufacture, distribute,
dispense, import or export a controlled substance.

LERMAN, MARK N MD
ALEXIAN BROS.BEHAVIORAL HEALTH
HOSPITAL
1650 MOON LAKE BLVD.
HOFFMAN ESTATES, IL          60194

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP CONTROL, LOCATION, BUSINESS ACTIVITY OR VALID AFTER THE EXPIRATION DATE.

CONFIDENTIAL
AZSER12777758

BEST COPY AVAILABLE

D1447C00127: _____ 0044

## Curriculum Vitae

### Azfar Malik, M.D., M.B.A., FAPA
### (Mohd. A. Malik)

Psych Care Consultants Research
5000 Cedar Plaza
Suite 350
St. Louis, Mo 63128
E-mail: REDACTED

**Employment:**

| | |
|---|---|
| 04/2003-present | Chief of Staff and C.E.O.<br>Centerpointe Hospital<br>5931 Highway 94 South<br>St. Charles, MO 63304 |
| 1996-present | Chairman Board of Directors<br>Psych Care Consultants, L.L.C.<br>5000 Cedar Plaza, Suite 350<br>St. Louis, MO 63128 |
| 1992-present | Assistant Clinical Professor<br>Department of Psychiatry<br>St. Louis University Health Science Center<br>1402 S. Grand Blvd.<br>St. Louis, MO 63104 |
| 1999-present | Principal Investigator & President<br>Psych Care Consultants Research<br>621 South New Ballas Road, Suite 398A<br>St. Louis, MO 63141 |
| 06/1986-06/2003 | Medical Director<br>Department of Psychiatry<br>St. John's Mercy Medical Center<br>615 South New Ballas Road<br>St. Louis, MO 63141 |
| 1997-2002 | Medical Director, Geropsychiatry Service<br>Unity Health Systems<br>St. John's Mercy Medical Center<br>615 South New Ballas Road<br>St. Louis, MO 63141 |

634

CONFIDENTIAL
AZSER12777759

BEST COPY AVAILABLE

| | |
|---|---|
| 2003–present | Member Quality Assurance Committee<br>Center Pointe Hospital<br>St. Charles, MO |
| 1996–present | Member Behavioral Health Leadership Committee<br>St. John's Mercy Medical Center<br>St. Louis, MO |
| 1986-1996 | Member, Quality Assurance Committee<br>St. John's Mercy Medical Center<br>St. Louis, MO |
| 1985-1986 | Psychiatric Associate – Fellow (Administrative)<br>Department of Psychiatry<br>St. John's Mercy Medical Center<br>St. Louis, MO |
| 1984-1985 | Chief Resident<br>Department of Psychiatry<br>St. Louis University Medical Center<br>St. Louis, MO |
| 1982-1984 | Residency Training Program<br>Department of Psychiatry<br>St. John's Mercy Medical Center<br>St. Louis, MO |
| 1980-1981 | Assistant to Consultant (Registry)<br>Department of Psychiatry<br>Mount Carmel Hospital<br>Malta University |
| 1979-1980 | Resident House Officer<br>Department of Psychiatry<br>Mount Carmel Hospital<br>Malta University |
| 1979-1979 | Resident House Officer, Professor's Unit<br>Department of Internal Medicine<br>St. Luke's Hospital<br>Malta University |
| 1978-1979 | Resident House Officer<br>Department of Surgery<br>Civil Hospital |

635

CONFIDENTIAL
AZSER12777760

Counseling Center and Outpatient Services
Unity Health Systems
St. John's Mercy Medical Center
615 South New Ballas Road
St. Louis, MO 63141

1993–1997 Chairman, Allied Health
Professionals Credentials Committee
St. Anthony's Medical Center
Unity Health Systems
10010 Kennerly Road
St. Louis, MO 63128

1992–1997 Medical Director
Partial Hospitalization Program
Unity Health Systems
St. John's Mercy Medical Center
615 South New Ballas Road
St. Louis, MO 63141

1992-1997 Medical Director
Senior Stress (Gero Psych) Program
Unity Health Systems
St. John's Mercy Medical Center
615 South New Ballas Road
St. Louis, MO 63141

1991-1995 Medical Director and Vice President
St. Louis Region Critical Incident Stress Debriefing
St. Louis, MO

1987-1996 President and Chairman
Psychiatric Consultants, Ltd.
St. Louis, MO

1987-1993 Medical Director
Stress and Mood Disorder Program
St. John's Mercy Medical Center
615 South New Ballas Road
St. Louis, MO 63141

**Professional Experience:**

636

CONFIDENTIAL
AZSER12777761

BEST COPY AVAILABLE

Karachi, Pakistan

**Education:**

| | |
|---|---|
| 1997-1999 | Masters in Business Administration<br>Health Sciences Management<br>Olin School of Business<br>Washington University<br>St. Louis, MO |
| 1972-1978 | M.B.B.S., (M.D. Equivalent)<br>Dow Medical College<br>Karachi University, Pakistan |

**Certifications and Examinations:**

| | |
|---|---|
| 1993 | Addictive Psychiatry Board Certification<br>American Board of Psychiatry and Neurology |
| 1994 | Geriatric Psychiatry<br>Board Certification American Board of Psychiatry and Neurology |
| 1992 | Neurology and Psychiatry II Board Certification<br>American Board of Psychiatry and Neurology |
| 1991 | Neurology and Psychiatry I Board Certification<br>American Board of Psychiatry and Neurology |
| 1982 | Federal License Exam (FLEX) |
| 1981 | E.C.F.M.G. |
| 1981 | Professional Licensure Assessment<br>Board Examination-London |
| 1978 | M.D. |

**Professional Memberships:**

Fellow – American Psychiatry Associations

637

CONFIDENTIAL
AZSER12777762

American Medical Association
American Psychiatric Association
Eastern Missouri Psychiatric Society
Association of Pakistan Physicians of N. America
American Society of Addictive Medicine
American College of International Physicians

**Speaker Panels & Advisory Boards:**

Astra Zeneca
Bristol-Myers Squibb
UCB Pharma
Eli Lilly and Company
Solvay Pharmaceuticals, Inc.
Glaxo Wellcome, Inc.
Janssen Pharmaceuticals, Inc.
Pfizer, Inc.

**Clinical Research:**

| | |
|---|---|
| 2005 of | An open label, flexible-does, long term safety and effiicacy study XXX in the treatment of Schizophrenia |
| 2005 phase | A randomized, double-blind, placebo-contoleed, parallel group II study to evaluate the safety and efficacy of XXX in subjects with mild to moderate alzheimer's disease. |
| 2004 | Protocol F1J-MC-HMCM Lilly's Emotional and Physical Symptoms of Depression Study (LEAPS) |
| 2004 | Protocol RIS-SCH-404 Schizophrenia Treatment Acceptance Response Trial: A 20 week, open-label, multicenter, randomized study comparing the effect of the GAIN Acceptance Approach with approach-as-usual in supporting patient acceptance of long-acting XXX in adults with schizophrenia (STAART) |
| 2004-present | A multi-center, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of XXX to Placebo when used as adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in adult patients |
| 2004-present | A multi-center, open-label, flexible-dose, parallel-group evaluation of the cataractogenic potential of XXX and XXX in the long-term treatment of patients with Schizophrenia or Schizo-affective disorder |

638

CONFIDENTIAL
AZSER12777763

BEST COPY AVAILABLE

| | |
|---|---|
| 2004-present | A double-blind, eight-week, placebo and risperidone controlled dose-finding study to evaluate the efficiency, safety and tolerability of XXX in the treatment of patients with Schizophrenia or Schizo-affective Disorder |
| 2004-present | Safety and efficacy of XXX in place of benzodiazapines in patients with comorbid anxiety symptoms and chemical dependency |
| 2004 | Psychometric validation of a functional status questionnaire Bipolar Disorder |
| 2002-2003 | An international multi-center, large trial (LST) to compare the cardiovascular safety of XXX and XXX |
| 2002 | A prospective, multi-center, open-label study of XXX in the management of patients with Schizophrenia or Schizo-affective Disorder in general psychiatric practices |
| 2002 | Examining clinical experience with XXX in depression |
| 2001 | A multi-center, double-blind randomized, placebo controlled trial of the safety and efficacy of XXX as add-on therapy with XXX or XXX in the treatment of acute mania |
| 2001 | A double-blind, randomized, parallel-group, placebo controlled study to investigate the safety and efficacy of XXX for the prevention of an Affective Episode in subjects with Bipolar I Disorder |
| 2001 | A multi-center, randomized parallel study of XXX and vitamin E in the treatment of patients with Alzheimer's Disease |
| 2000 | A multi-center, randomized, double-blind, placebo controlled study of two fixed doses of XXX in the treatment of hospitalized patients with acute mania |
| 1999 | A three week, multi-center, randomized, double-blind, placebo-controlled, parallel group safety and efficacy study of extended release XXX in patients with Bipolar Disorder |
| 1998 | A six month, open-label, multi-center study, or extended release XXX in patients with Bipolar Disorder – an extension of protocols 105.301 and 105.302 |

639

CONFIDENTIAL
AZSER12777764

BEST COPY AVAILABLE

**Hospital Affiliations:**

CenterPointe Hospital
St. John's Mercy Medical Center
Missouri Baptist Hospital
Alexian Brothers Hospital
St. Anthony's Hospital
St. Luke's Hospital

CONFIDENTIAL
AZSER12777765

BEST COPY AVAILABLE

D1447C00127:0045
5077IL/127

*Curriculum Vitae*

| | |
|---|---|
| *Full Name:* | **David M. Marks, M.D.** |
| *Credentials:* | **Board-Certified in Psychiatry** |
| *Position Title:* | **Medical Director/Chief Executive Officer (C.E.O.)** |
| *Address:* | **Optimum Health Services** |
| | **7200 Parkway Drive, Suite 116** |
| | **La Mesa, CA 91942** |
| *Telephone Number:* | **619-667-4567** |
| *Cellular Number:* | REDACTED |
| *Facsimile Number:* | **619-667-4568** |

**Education:**

| Institution & Location | Degree | Year Conferred | Field of Study |
|---|---|---|---|
| University of California at San Diego San Diego, CA | Fellowship | 1999 - 2000 | Consultation and Liaison Psychiatry |
| Medical College of Pennsylvania / Clinical Neuroscience Research Unit Philadelphia, PA | Senior Resident | 1998 - 1999 | Psychiatry |
| University of California at San Diego San Diego, CA | Resident | 1995 - 1998 | Psychiatry |
| University of Texas Medical Branch Galveston, TX | M.D. | 1995 | |
| Rice University Houston, TX | B.A. | 1991 | Psychology |

**Research and Professional Experience:**

| Position | Institution/Employer & Location | Dates of Employment |
|---|---|---|
| Medical Director/C.E.O. | Optimum Health Services, La Mesa, CA | 01/02 - Present |
| Assistant Medical Director | Behavioral & Medical Research, LLC San Diego, CA | 04/00 - 01/02 |
| Chief of Staff Elect of Medical Executive Committee | Alvarado Parkway Institute La Mesa, CA | 12/02 – Present |
| Secretary/Treasurer of Medical Executive Committee | Alvarado Parkway Institute La Mesa, CA | 12/01 – 12/02 |
| Clinical Director of Intensive-Care Unit North | Alvarado Parkway Institute La Mesa, CA | 10/01 - Present |
| Associate Medical Director | Integrated Insights San Diego, CA | 10/00 - Present |
| Clinical Instructor | UCSD Department of Psychiatry San Diego, CA | 07/99 - Present |
| Clinical Director of Research | Alvarado Parkway Institute La Mesa, CA | 01/01 - 10/01 |
| Medical Director | Isis Center Short-term Residential Treatment Program San Diego, CA | 08/99 - 04/00 |
| Director of Clinical Education | Integra Managed Behavioral Health Care Organization San Diego, CA | 09/98 - 06/99 |

David M. Marks, M.D.                         Curriculum Vitae:  July 26, 2002

641

CONFIDENTIAL
AZSER12777766

BEST COPY AVAILABLE

| Staff Psychiatrist | Charter Fairmount Institute<br>Philadelphia, PA | 09/98 - 06/99 |
| Staff Psychiatrist | California Psychiatric Coverage<br>San Diego, CA | 10/97 - 07/98 |
| Staff Psychiatrist<br>(volunteer position) | St. Vincent De Paul Village<br>San Diego, CA | 12/97 - 06/98 |
| Instructor | Psychopathology<br>UCSD Medical School<br>San Diego, CA | 01/97 - 05/97 |
| Instructor | DSM-IV for the Novice Practitioner<br>UCSD Extension<br>San Diego, CA | 04/96 |
| Instructor | Introduction to Patient Evaluation<br>UTMB Medical School<br>Galveston, TX | 09/94 - 05/95 |
| Research Assistant | Psychiatric Epidemiology Laboratory,<br>UTMB<br>Galveston, TX | 05/91 - 08/91 |
| Research Assistant | National Institutes of Health Student<br>Research Forum, UTMB<br>Galveston, TX | 05/92 - 08/92 |

**Honors and Awards:**
Fellowship to Explore Complementary Medicine, 1999
Journal of Clinical Psychiatry Resident Advisory Board, 1998
Commendation for Teaching, UCSD Department of Psychiatry, 1997
UTMB Clinical Pathology Conference Award, 1993; first place out of 200 medical students
National Merit Scholar, Rice University

**Publications:**
Marks, D.M. and Zisook, S., "Mood Disorders" in Psychiatry: Pearls of Wisdom, Boston Medical
    Publishing Corporation, 1999.

**Clinical Trials Experience:**

*Principal Investigator on trials*

A 6-Week, Double-Blind, Randomized, Fixed-Dose, Parallel-Group study of the Efficacy and Safety of
Three Dose Levels of SM-13496 Compared to Placebo and Haloperidol in Patients with Schizophrenia
Who are Experiencing an Acute Exacerbation of Symptoms: Sumitomo Pharmaceuticals America, Ltd.

A Randomized, Open-Label, Dose-Blinded, Multicenter, 6-Month Study of Safety and Tolerability of 3
Dose Levels of SM-13496 in Patients with Schizophrenia: Sumitomo Pharmaceuticals America Ltd.

A Randomized Double-Blind, Placebo-Controlled, Dose-Response Study of R209130 in Subjects with
Schizophrenia Who Have Predominantly Negative Symptoms: Johnson & Johnson Pharmaceutical
Research and Development.

A 12-Week Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of Donepezil
Hydrochloride as Adjunctive Therapy in the Treatment of Cognitive Impairment in Patients with
Schizophrenia or Schizoaffective Disorder: Pfizer, Inc.

---

David M. Marks, M.D.                              Curriculum Vitae: July 26, 2002

CONFIDENTIAL
AZSER12777767

BEST COPY AVAILABLE

A Phase III, Three Week, Multicenter, Randomized, Double-Blind, Placebo Controlled, Parallel-Group Safety and Efficacy Study of Extended-Release Carbamazepine in the Treatment of Bipolar I Disorder: Shire Pharmaceutical Development Inc.

A Mulicenter, Double-blind, Randomized, Placebo-Controlled, Double-Dummy Trial of the Use of Quetiapine Fumarate (Seroquel) in the Treatment of Patients with Bipolar Depression:  Astra Zeneca.

A Phase II, Twelve Week, Double Blind and Placebo-Controlled Study to Evaluate the Safety and Efficacy of Two Doses of CP-448,187 (1.5mg and 3.0mg) in Subjects with Obsessive Compulsive Disorder:  Pfizer. Nalfemene in the Treatment of Pathological Gambling.  A Placebo-Controlled Dose-Response Study:  Oy Contral Pharma Ltd.

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060 in Adult Primary Insomnia Patients with Sleep Maintenance Difficulties:  Neurocrine Biosciences Inc.

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060 in Elderly Primary Insomnia Patients with Sleep Maintenance Difficulties:  Neurocrine Biosciences Inc.

A Phase III, Open-Label, Outpatient, Extension Study to Assess the Long-Term Safety of a Modified Release Formulation of NBI-34060 in Adult/Elderly Primary Insomnia Patients with Sleep Maintenance Difficulties:  Neurocrine Biosciences Inc.

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient, Safety and Efficacy Study of TAK-375 in Adults with Chronic Insomnia:  Takeda Pharmaceuticals North America, Inc.

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient, Safety and Efficacy Study of TAK-375 in Elderly Subjects with Chronic Insomnia:  Takeda Pharmaceuticals North America, Inc.

A Phase III, Open-Label, Fixed-Dose Study to Determine the Safety of Long-Term Administration of TAK-375 in Subjects with Chronic Insomnia:  Takeda Pharmaceuticals North America, Inc.

A Multicenter, Double-Blind, Randomized, Placebo-Controlled Comparison of the Effects of Sexual Functioning of Extended-Release Buproprion Hydrochloride (300-450 mg) and Escitalopram (10-20 mg) in Outpatients with Moderate to Severe Major Depression over an Eight-Week Treatment Period:  GlaxoSmithKline.

A Phase II Double-Blind, Randomized, Dose-Ranging, Placebo-Controlled, Multicenter, Safety and Efficacy Evaluation of Three Doses of NS 2330 in Patients with Mild to Moderate Dementia of the Alzheimer's Type:  Boehringer Ingelheim.

A Phase II, Twelve Week, Double blind and Placebo controlled Study to Evaluate the Safety and Efficacy of Two Doses of CP-448,187 (1.5mg and 3.0mg) in Subjects with Obsessive Compulsive Disorder:  Pfizer, Inc.

*Subinvestigator on trials*

A Double-Blind, Randomized, Fixed-Dose, Placebo-Controlled, Parallel-Group, Six-Week Efficacy, Safety, and Tolerability Study of Two Dose Levels of SM-13496 in Patients with Schizophrenia by DSM-IV Criteria who are Experiencing an Acute Exacerbation of Symptoms:  Sumitomo Pharmaceuticals America Ltd.

Duloxetine vs. Placebo and Paroxetine in the Acute Treatment of Major Depression:  Eli Lilly and Company.

---

David M. Marks, M.D.                              Curriculum Vitae:  July 26, 2002

CONFIDENTIAL
AZSER12777768

BEST COPY AVAILABLE

Safety and Efficacy of Depakote as Combination Therapy in the Treatment of Psychosis Associated with Schizophrenia: Abbott.

A Randomized, Double-Blind, Placebo- and Risperidone-Controlled, Multicenter Study to Evaluate the Efficacy and Safety of Two Nonoverlapping Dose Ranges of Iloperidone Given b.i.d. for 42 Days to Schizophrenic Patients Followed by a Long-Term Treatment Phase with Iloperidone Given q.d.: Novartis Pharmaceuticals.

An Open-Label Randomized Assessment of The Efficacy and Tolerability of Venlafaxine Extended Release in Serotonin-Selective Reuptake Inhibitor (SSRI)-Failure Patients with Major Depression: Wyeth-Ayerst.

Fixed Dose Comparison of the Safety and Efficacy of LU 26-054, Citalopram, and Placebo in the Treatment of Major Depressive Disorder: Forest Laboratories.

An Open-Label Study of the Safety, Tolerability, and Efficacy of Up to 90 mg Buspirone HydrochlorideExtended Release in Patients with Generalized Anxiety Disorder: Biovail.

A Double-Blind, Placebo-Controlled, Fixed-Dose Study of Paroxetine CR Continuous Treatment (12.5mg and 25mg/day) for Premenstrual Dysphoric Disorder" Issue Date:27 August 1999; Modification No. 1:6 September 1999: Smith Kline Beecham.

A Phase III Randomized, Double-Blind Comparison of Placebo and Tomoxetine Hydrocholoride in Adult Outpatients with DSM-IV Attention-Deficit/Hyperactivity Disorder: Eli Lilly and Company.

A Long-Term, Open-Label Safety Study of Tomoxetine Hydrochloride in Adult Outpatients with DSM-IV Attention-Deficit/Hyperactivity Disorder: Eli Lilly and Company.

A Phase III Open-Label Safety and Efficacy Study of Tomoxetine Hydrochloride in Outpatients with ADHD, Ages 6 to 18 years: Eli Lilly and Company.

A Seven Week, Multi-Center Study to Examine Norepinephrine Transporter Inhibition in Patients with Major Depressive Disorder Receiving Paroxetine or Desipramine: Smith Kline Beecham.

Flexible Dose Comparison of the Safety and Efficacy of Lu 26-054 and Placebo in the Treatment of Generalized Anxiety Disorder: Forest Laboratories.

A Double-Blind, Placebo and Paroxetine Controlled, Multi-Center, Dose Ranging Study Evaluating the Efficacy and Safety of SR142801 in Outpatients with Major Depressive Disorder: Sanofi.

A Phase 4, Multicenter, 6-Week, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Study to Evaluate the  Safety and Efficacy of PROVIGIL™ (Modafinil) at Individually Titrated Doses of 100, 200, 300, or 400 mg/day as Adjunctive Therapy in Patients With Major Depressive Disorder Who Have Demonstrated a Partial Response to Antidepressant Therapy for a Current Major Depressive Episode: Cephalon.

Evaluation of the Safety and Efficacy of Lu26-054 in the Prevention of Depression Recurrence: Forest Laboratories.

The Efficacy and Safety of Single Dosage Ranges of Risperidone vs. Placebo in the Treatment of Manic Episodes Associated with Bipolar I Disorder: Janssen Research Foundation.

A Nine-Week, Open-Label, Multi-Center, Safety Study of Single Dosage Ranges of Risperidone in the Treatment of Manic Episodes Associated with Bipolar I Disorder: Janssen Research Foundation.

David M. Marks, M.D.                                    Curriculum Vitae: July 26, 2002

CONFIDENTIAL
AZSER12777769

BEST COPY AVAILABLE

A Phase 3 Open-Label Safety and Efficacy Study of Tomoxetine Hydrochloride in Pediatric Outpatients (6 to 18 Years) with ADHD: Eli Lilly and Company.

A Phase III Multi-Center Randomized Comparison of TAK-637 Versus Placebo in the Treatment of Subjects with Major Depressive Disorder: Tap Holdings, Inc.

A Double-Blind, Multicenter, Randomized, Placebo-Controlled, Parallel Group Study of Efficacy and Safety of ORG 33062 ER and Paroxetine in Subjects who suffer from Major Depressive Disorder with Atypical Features: Organon.

A Double-Blind, Multi-Center Extension Trial in Subjects who suffer from Major Depressive Disorder with Atypical Features who Participated in the Placebo-and Paroxetine-Controlled Study of ORG 33062 ER: Organon.

Placebo-Controlled Olanzapine Monotherapy in the Treatment of Bipolar I Depression: Eli Lilly and Company.

A Phase IIB Seven-Week Double-Blind, Placebo- and Paroxetine-Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122,721 in Outpatients with Major Depressive Disorder and Associated Somatic Symptoms: Pfizer.

A Multicenter, Double-blind, Randomized Comparision of the Efficacy and Safety of Sustained-Release Formulation Quetiapine Fumurate (Seroquel TM) and Placebo in the Treatment of Patients with Schizophrenia: Astra Zeneca.

A Randomized, Double-Blind, Placebo-Controlled Trial to Evaluate the Efficacy and Safety of Galantamine in Subjects with Mild Cognitive Impairment (MCI) Clinically at Risk for Development of Probable Alzheimer's Disease: Janssen Research Foundation.

A Double-blind, Placebo and Paroxetine Controlled, Multicenter, Dose Ranging Study Evaluating the Efficacy and Safety of SR142801 in Outpatients with Major Depressive Disorder: Sanofi.

Evaluation of the Safety and Efficacy of Escitalopram in the Prevention of Depression Recurrence Protocol SCTMD-11 Fixed Dose Continuation Study of Escitalopram in the Treatment of Depressed Nonresponders: Forest Laboratories.

Placebo-Controlled Olanzapine Monotherapy in the Treatment of Bipolar I Depression:  Eli Lilly and Company.

The Assessment of Sibutramine for the Treatment of Olanzapine-Associated Weight Gain in Subjects with Schizophrenia, Schizophreniform Disorder, Schizoaffective Disorder, and Bipolar I Disorder: Eli Lilly and Company.

A Double Blind, Placebo-controlled, Parallel-group, Flexible-dose Study of Venlafaxine ER in Adolescent Outpatients with Social Anxiety Disorder: Wyeth-Ayerst.

A Four-week Double-blind, Placebo and Active Controlled, Dose-ranging Study of SL 65.1498-00, 3 Doses (5,15, and 50 mg QD) and Lorazepam (3mg QD) in Outpatients with Generalized Anxiety Disorder (GAD): Sanofi-Synthelabo.

A Randomized, Double-blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Memantine in Patients with Mild to Moderate Dementia of the Alzheimer's Type:  Forest Laboratories.

A Multicenter, Randomized, Double-blind, Parallel Group, Multiple Dose Comparison Study of Valdecoxib 20mg, Valdecoxib 40mg, Sumatriptan 50mg and Placebo in Patients with Moderate or Severe Acute Migraine Headache. Pharmacia.

---

David M. Marks, M.D.                                        Curriculum Vitae:  July 26, 2002

CONFIDENTIAL
AZSER12777770

BEST COPY AVAILABLE

A Phase II, Randomized, Double-Blind, Placebo-Controlled, Dose-Ranging Study of Fixed-Doses of Oral OPC-14523 and Prozac in the Treatment of Outpatients with Moderate Depression: Otsuka.

Multi-Center, Randomized, Double-Blind, Fluoxetine and Placebo-Controlled Study of the Efficacy and Safety of Remeron Soltab (Mirtazapine) Orally Disintegrating Tablets in Subjects with Major Depressive Disorder: Organon.

Topiramate Versus Placebo as Add-On Treatment of Subjects with Bipolar Disorder in the Outpatient Setting: Ortho-McNeil Pharmaceutical, Inc.

A Double-blind, Parallel-Group, Multicenter, Fixed-dose Study to Evaluate the Safety and Efficacy of Three Doses of INN 00835 in Subjects Diagnosed with Major Depressive Disorder. Innapharma, Inc.

A Phase IIB, Seven Week, Double-Blind, Placebo- and Paroxetine-Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122,721 in Outpatients with Major Depressive Disorder and Associated Somatic Symptoms: Pfizer, Inc.

An Open-Label Pilot Study of Modafinil in Patients with Schizophrenia: Cephalon, Inc.

A Randomized, Open-Label, Rater-Blinded Assessment of Optimal Treatment Change Strategy to Risperdone for Patients Intolerant of Olanzapine (Risperdal rescue study): Janssen Pharmaceutica.

A Double-Blind, Placebo-controlled, Multicenter Study of the Long-Term Efficacy of MK-0869 in the Maintenance of Antidepressant Effect in Geriatric Outpatients with Major Depressive Disorder: Merck and Company.

David M. Marks, M.D.                                    Curriculum Vitae:  July 26, 2002

CONFIDENTIAL
AZSER12777771

BEST COPY AVAILABLE

 

### The Medical Board of California
1426 Howe Avenue, Suite 54
Sacramento, California   95825-3236

State of California Department of Consumer Affairs

**PHYSICIAN AND SURGEON**

CERTIFICATE NO.   **A62596**          EXPIRATION   05/31/2005

**DAVID MORRIS MARKS**

REDACTED

ORIGINAL
ISSUANCE DATE
06/06/1997

RECEIPT NO.
15900022

**IMPORTANT!**

1. Please include your certificate number on any correspondence to this office.
2. Notify the Board of any name or address change in writing.
3. Report any loss immediately in writing to the Board.
4. Please sign your name above, as printed on the front, and carry this pocket certificate with you.

If you have any questions regarding your pocket certificate, please call (916) 263-2571, or write to the Board at the address on the front of this card.

CONFIDENTIAL
AZSER12777772

BEST COPY AVAILABLE

May 31 2006 3:42PM   PAREXEL International   5742874003   0045   P.2

D1447C00127:



## CURRICULUM VITAE

| NAME: Paniccia, Gregory S | DATE:  19-May-06 |
|---|---|

**POSITION TITLE:** Investigator

| CORPORATE ADDRESS:<br>eStudySite<br>292 Euclid Avenue #225<br>San Diego CA 92114 | CONTACT INFORMATION:<br>Telephone:  (619)667-4567<br>Fax:        (619)667-4568<br>e-Mail:     gpaniccia@estudysite.com |
|---|---|
| RESEARCH SITE ADDRESS #1<br>Optimum Health Services<br>A Division of eStudySite<br>7200 Parkway Drive, Suite #116<br>La Mesa, CA  91942 | RESEARCH SITE ADDRESS #2<br>Alvarado Parkway Institute<br>7050 Parkway Drive<br>La Mesa, CA  91942 |

**PROFESSIONAL LICENSURE:**   Medical License #G76979, 1993, California

**BOARD CERTIFICATIONS (if applicable):**   American Board of Psychiatry and Neurology, 1999

**EDUCATION/TRAINING:**
*(Include baccalaureate or other initial professional education such as nursing, postdoctoral training, GCP training.)*

| INSTITUTION AND LOCATION | DEGREE<br>(if applicable) | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| University of California at San Diego,  San Diego, CA | Fellowship | 1993-1995 | Psychopharmacology |
| Loyola University of Chicago, Chicago, IL | Internship and Residency | 1990-1993 | General Adult Psychiatry |
| UHS/The Chicago Medical School | M.D. | 1990 | Doctor of Medicine |
| Connecticut College | Bachelor of Arts | 1986 | Biochemistry |

**HOSPITAL AFFILIATIONS**
N/A        In credentialing process at Alvarado Parkway Institute

**POSITIONS AND EMPLOYMENT:**
2005-present   Investigator, eStudySite, San Diego, CA
2004-present   Investigator, Optimum Health Services a division of eStudySite, La Mesa, CA
10/03-02/04   Consultant, Bay Recovery Center, San Diego, CA
02/97-12/03   Medical Director, A Helping Hand Counseling, San Diego, CA
07/02-07/03   Consultant, Downtown Mental Health Center, San Diego, CA
1996-1999   Staff Psychiatrist, Alvarado Parkway Institute
1997-2003   Clinical Instructor of Psychiatry, UCSD, California
1996-1999   Consultant, Alvarado Medical Center, San Diego, CA
1996-1997   Consultant, Charter North Hospital, Rancho Bernardo, CA
1996-1997   Consultant, New Alternatives Partial Hospitalization Program, San Diego, CA
1993-1996   Research Physician, UCSD Psychopharmacology Research Program, San Diego, CA
10/97-06/99   Private Practice, Psychiatric Health Systems, San Diego, CA
1996-1999   Medical Director of ICU, Partial Hospitalization Program and Mental Health Unit, Alvarado Parkway Institute

Page 1 of 6

CONFIDENTIAL
AZSER12777773