

| 1997-1998 | Consultant, Scripps/PMR PHP, Chula Vista, El Cajon and San Diego, CA |
| 1996-1997 | Consultant, Linda Vista Health Care Center, San Diego, CA |
| 1995-1996 | Director of SMART Outpt Program, Bayview Hospital, Chula Vista, CA |
| 1994-1995 | Consultant, Sharp Memorial Hospital, Chula Vista, CA |
| 1993-1995 | Consultant, Scripps Memorial Hospital, Chula Vista, CA |

**OTHER EXPERIENCE AND PROFESSIONAL MEMBERSHIPS:**

1993-present  Certification/coordination of numerous rating scales, including but not limited to the following: PANSS, SCI-PANSS, BPRS, SANS, MADRS, YMRS, HAM-D, HAM-A, CGI-S, CGI-I, CGI-BP, CGI-C, CDSS, MINI, SCID, BACS, CATIE, MMSE, BARS, SAS, AIMS, AISRS (Adult and Children), etc...

**HONORS/AWARDS:**

| 1992 | Diplomate of National Board of Medical Examiners, Conferred April 13, 1992 |
| 1995 | Publication: Paniscia, G, Rapaport, MH., Serotonin Receptors, Social Phobia and Panic Disorder, International Review of Psychiatry, 1995, Volume 7 pp. 121-130. |
| 1995 | Publication: Rapaport, MH, Paniccia, G., Judd, L., A Review of Social Phobia, Psychopharmacology Bull., 1995, Volume 31, pp. 125-129. |

**Clinical Trials Experience:**

*As a Principal Investigator:*

*A Phase III, Double-Blind, Randomized, Prospective, Placebo-controlled, multi-site trial Evaluating the Efficacy and Safety of up to and Including 2mg/day Adjunctive Risperidone versus Adjunctive Placebo in Subjects Undergoing Standard Treatment With Antidepressant Medication for Major Depressive Disorder:  Janssen.*

*A Phase III, double-blind, Randomized, Prospective study to evaluate adjunctive Risperidone versus adjunctive placebo in generalized anxiety disorder sub optimally responsive to standard psychotropic therapy: Janssen.*

*As a Sub Investigator:*

**ADHD:**

*A Phase III, Randomized, Double-Blind, Multi-Center, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of SPD503 in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD): Shire.*

*A Phase III, Randomized, Multicenter, Double-blind, Parallel-group, Placebo-controlled Study of NRP104 in Children Aged 6-12 Years with Attention Deficit Hyperactivity Disorder (ADHD):  New River Pharmaceuticals.*

*A Phase III, Long-term, Open-label, and Single-arm Study of NRP104 Daily in Children Aged 6-12 Years with Attention Deficit Hyperactivity Disorder (ADHD):  New River Pharmaceuticals.*

**Anxiety/Panic Disorders:**

*A flexible-dose comparison of the safety and efficacy of Racemic Citalopram and Placebo in the treatment of Panic Disorder:  Forest*

Page 2 of 8

CONFIDENTIAL
AZSER12777774

BEST COPY AVAILABLE

May 31 2006 3:43PM    PAREXEL International        5742874003            P.4



A randomized, double-blind, Placebo controlled, flexible dosage study to evaluate the efficacy and tolerability of Sertraline in subjects with Generalized Anxiety Disorder: MUSC

An open-label, long-term, safety study of transdermal Buspirone in the treatment of anxious patients: Bristol-Myers

A double-blind trial of three fixed doses of Nefazodone and Placebo in the treatment of patients with Panic Disorder: Bristol-Myers Squibb

A randomized, double-blind, Placebo substitution trial of efficacy of Nefazodone in the long term continuation treatment of patients with Panic disorder: Bristol-Myers Squibb

A one-year, open-label, extension of Sertraline followed by a double-blind comparison of Sertraline and Placebo in outpatients with Panic Disorder: Pfizer

A double-blind, Placebo controlled, dose escalation study of the safety and efficacy of oral Ondansetron in the treatment of patients with Panic Disorder: Glaxo Wellcome

A double-blind, flexible dose parallel comparison of Placebo and Sertraline in outpatients with Panic Disorder: Pfizer

A post-marketing, double-blind, placebo-controlled study comparing 15mg of Buspar given two times daily versus 10mg of Buspar given three times daily: Bristol Myers Squibb

A double-blind, parallel, placebo-controlled, randomized clinical trial of three doses of Zatosetron versus Lorazepam in patients with Generalized Anxiety Disorder: Lilly Research Laboratories

A Randomized, double-blind, placebo-controlled study of Xanax XR in the treatment of Adolescents with a primary diagnosis of Panic Disorder A6131002: Pfizer.

A randomized, double-blind, placebo-controlled study of continuation treatment with Xanax XR in the treatment of adolescents with a primary diagnosis of Panic Disorder A6131007: Pfizer.

Duloxetine Hydrochloride Once Daily Versus Placebo in the treatment of Generalized Anxiety Disorder: Eli Lilly.

A Phase III, Multi-center, Randomized, Double-blind, Placebo and Comparator-controlled Study Designed to Assess the Acute Effects of Duloxetine Compared with Venlafaxine ER and Placebo in the Treatment of Generalized Anxiety Disorder: Eli Lilly.

A Phase IV, Randomized, Double-blind, Placebo-controlled, Parallel-group Adjunctive Therapy Trial Consisting of Subjects with Insomnia Related to Generalized Anxiety Disorder Who Will be Treated for 10 Weeks with Open-label Escitalopram Oxalate at Bedtime, and Randomized to Receive Either Eszopiclone or Placebo nightly for 8 weeks: Sepracor.

## Bipolar Disorders:

NIMH- Systemic treatment enhancement program for Bipolar Disorder (Step-BD)

Placebo-controlled study of the safety and efficacy of Topiramate in the treatment of acute manic or mixed episodes in subjects with Bipolar I Disorder: RW Johnson.

Page 3 of 8

CONFIDENTIAL
AZSER12777775

BEST COPY AVAILABLE

May 31 2006 3:44PM   PAREXEL International       5742874003            p.5



*An open-label extension study of the safety and tolerability of Topiramate in subjects with Bipolar Type I Disorder who completed the first phase:  RW Johnson*

*Olanzapine added to mood stabilizers in the treatment of Bipolar Disorder:  Lilly Research Laboratories*

- *A multicenter, double-blind, placebo-controlled, flexible-dose, parallel-group evaluating the safety and efficacy of Lamotrigine in the long term prevention of relapse and recurrence of depression and/or mania in patients with Bipolar I Disorder:  Glaxo Wellcome*

*A multi-center, double-blind, placebo-controlled, flexible dose, parallel-group evaluating the safety and efficacy of Lamotrigine in the long-term prevention of mood episodes in patients with Bipolar Disorder with Rapid Cycling: Incorporating Participation in Genotype Research- Optimal for both Patients and Sites:  Glaxo Wellcome*

*A Randomized, Double-Blind Study of Depakote Monotherapy, Olanzapine Monotherapy, and Combination Therapy of Depakote Plus Olanzapine in Stable Subjects during the Maintenance Phase of Bipolar Illness: MDS/Abbott.*

*Protocol for the Psychometric Validation of a Functional Status Questionnaire Designed for use in Bipolar Disorder:  RTI.*

*Case Controlled DNA/RNA/Serum/Plasma/Urine Banking Collection in Concordance with Bipolar I Disorder: Prevision Med.*

*A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800mg daily in divided doses) to Placebo (When Used as Adjunct to Mood Stabilisers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients: AstraZeneca.*

*A Phase III, Randomized, Placebo-controlled, Double-blind Trial Evaluating the Safety and Efficacy of Sublingual Asenapine vs. Olanzapine and Placebo in In-Patients with an Acute Manic Episode:  Organon/Pfizer.*

*A Phase II, Randomized, Double-Blind Comparison of the Efficacy and Safety of Aripiprazole intramuscular Formula, Lorazepam, or Placebo in the Treatment of Acutely Agitated Patients Diagnosed with Bipolar I Disorder, Manic or Mixed:  BristolMeyersSquibb.*

*A Phase III, Multi-center, Randomized, Double-blind, Placebo-controlled Study Comparing Aripiprazole with Placebo in Subjects with Bipolar I Disorder (Manic or Mixed) Requiring Inpatient Hospitalization:  Bristol-Myers-Squibb.*

*A Phase III, Multi-center, Double-blind, Placebo-controlled Study of Aripiprazole in the Treatment of Patients with Bipolar I Disorder with a Major Depressive Episode:  BristolMeyersSquibb*

*A 6week, Randomized, Double-Blind, Multi-Center, Fixed/flexible Dose, Placebo-Controlled Study Evaluating the Efficacy and Safety of Oral Ziprasidone in Outpatients with Bipolar I Depression:  Kendle International*

## Schizophrenia:

*A Randomized, Double-blind, Comparison of the Efficacy and Safety of Aripiprazole IM Formula, Haloperidol, or Placebo in the Treatment of Acutely Agitated Patients with a Diagnosis of Schizophrenia or Schizoaffective Disorder:  Bristol-Myers Squibb.*

Page 4 of 8

CONFIDENTIAL
AZSER12777776

BEST COPY AVAILABLE



A Phase II, Randomized, Double-blind, Placebo-controlled, Parallel-group, Dose-Response Study to Evaluate the Efficacy and Safety of 3 Fixed Doses of Paliperidone Palmitate in Subjects with Schizophrenia: Johnson & Johnson.

A Phase IV, Randomized, Multicenter, Double-blind, Flexible-dosed, Parallel Study Comparing the Efficacy of Olanzapine with Quetiapine on Various Measures of Psychopathology, Quality of Life, Health Outcomes, and Safety in Obese Outpatient Meeting Diagnostic Criteria for Schizophrenia or Schizoaffective Disorder: Eli Lilly.

A 12-Week Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of Donepezil Hydrochloride as Adjunctive Therapy in the Treatment of Cognitive Impairment in Patients with Schizophrenia or Schizoaffective Disorder: Pfizer, Inc.

A multi-center, Double-blind, placebo-controlled, add-on therapy in schizophrenia: GlaxoSmithKline Effect of Antipsychotic Therapy on Insulin Sensitivity: A Comparison of Olanzapine and Risperidone in Patients with Schizophrenia: Eli Lilly.

A Multi-Center, Double-blind, Placebo controlled, randomized, Parallel Group Evaluation of the Efficacy of a Flexible Dose of Lamotrigine versus Placebo As Add-On Therapy In Schizophrenia: GlaxoSmithKline.

A 6-Week, Double-Blind, Randomized, Fixed-Dose, Parallel-Group study of the Efficacy and Safety of Three Dose Levels of SM-13496 Compared to Placebo and Haloperidol in Patients with Schizophrenia Who are Experiencing an Acute Exacerbation of Symptoms: Sumitomo Pharmaceuticals America, Ltd.

A Randomized, Open-Label, Dose-Blinded, Multicenter, 6-Month Study of Safety and Tolerability of 3 Dose Levels of SM-13496 in Patients with Schizophrenia: Sumitomo Pharmaceuticals America Ltd.

A Randomized Double-Blind, Placebo-Controlled, Dose-Response Study of R209130 in Subjects with Schizophrenia Who Have Predominantly Negative Symptoms: Johnson & Johnson Pharmaceutical Research and Development.

A Phase III, Multicenter, Randomized, Double-Blind, Flexible-dose, 6-week Trial of the Efficacy and Safety of Asenapine Compared with Placebo Using Olanzapine Positive Control in Subjects with an Acute Exacerbation of Schizophrenia: Organon/Pfizer.

A Phase II, Double-blind, Parallel-group, Placebo-controlled, Dose-ranging Study of the Ability of SGS518 to Improve Cognition in adults with Cognitive Impairment Associated with Schizophrenia: Saegis Pharmaceuticals.

A Phase I, Open-label, Parallel, Randomized, Dose Proportionality Pharmacokinetic Study of Paliperidone After Intramuscular Injection of Paliperidone Palmitate in the Deltoid or Gluteal Muscle in Subjects with Schizophrenia: Johnson & Johnson.

A randomized, double-blind, placebo and active controlled, parallel-group, dose response study to evaluate the efficacy and safety of two fixed dosages of extended release OROs Paliperidone (6 and 12mg/day) and Olanzapine (10mg/day) with open-label extension in the treatment of subjects with Schizophrenia: Johnson & Johnson

Olanzapine in the reduction of hyperprolactinemia and associated morbidity in Schizophrenia patients: Lilly/Solvex

A prospective, randomized, international, parallel-group, comparison of Clozapine versus Olanzapine in the reduction of suicidality in patients with Schizophrenia and Schizoaffective Disorder who are at risk for suicide: Novartis

Comparison of efficacy of Olanzapine, Risperidone and Haloperidol for cognition problems in Schizophrenia patients: Lilly Research Laboratories

Page 5 of 8

CONFIDENTIAL
AZSER12777777



*An acute study contrasting motor dysfunction in Schizophrenic patients treated with Olanzapine and Risperidone: Lilly Research Laboratories*

*Olanzapine versus Haloperidol in the treatment of Schizophrenia and other psychotic disorders:  Lilly Research Laboratories*

*A Phase I, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study Evaluating QT/QTc Intervals Following Administration of Extended-Release Paliperidone and Quetiapine in Subjects with Schizophrenia or Schizoaffective Disorder:  Johnson & Johnson*

**Depressive Disorders:**

*A Placebo-controlled evaluation of the safety and efficacy of racemic Citalopram in the prevention of depression relapse:  Forest*

*Reboxetine versus Placebo in the treatment of Major Depression Disorder resistant to Prozac:  Pharmacia & Upjohn*

*Open-Label Reboxetine rescue and continuation therapy:  Pharmacia & Upjohn*

*A Reboxetine, Placebo and Paroxetine comparison in patients with Major Depressive Disorder:  Pharmacia & Upjohn*

*Duloxetine vs Placebo and Paroxetine in the acute treatment of Major Depression:  Eli Lilly*

*A fixed-dose comparison of the safety and efficacy of racemic Citalopram and Placebo in the treatment of Major Depressive Disorder:  Forest*

*An Open-Label evaluation of the efficacy, safety and dosing of Citalopram in outpatients with Major Depressive Disorder:  Forest/PPD Pharmaco*

*An Open-Label extension of Citalopram treatment in outpatients with Major Depression:  Forest*

*Comparison of the efficacy and safety of Befloxatone 2.5mg versus Placebo in outpatients with moderate to severe Major Depressive Disorders:  Synthelabo Research Inc.*

*A randomized, double-blind, dose-range finding, multicenter, parallel-group trial of safety and efficacy of NKP608A in patients with moderate to severe Major Depressive Disorder:  Novartis*

*A Multi-center, Placebo-controlled study of Bupropion SR for the prevention of relapse/recurrence in subjects whose depression responded to treatment with Bupropion SR:  Glaxo Wellcome*

*Fluoxetine vs. Placebo in subsyndromal symptomatic depression:  Lilly research Laboratories*

*A double-blind, parallel comparison of Sertraline and Nortriptyline for the treatment of depression in the elderly:  Pfizer Parmaceuticals Inc.*

*A twelve week, multicenter, randomized, double-blind, double-dummy, parallel group, active controlled, escalating dose study to compare the effects on sexual functioning of Bupropion hydrochloride extended release ( Wellbutrin*

**Page 6 of 8.**

CONFIDENTIAL
AZSER12777778

BEST COPY AVAILABLE



xxxl, 150-450 mg/day) and extended-release Venlafaxine (Effexor XR, 75-225 mg/day) in subjects with major depressive disorder: GlaxoSmithKline.

A Multicenter, Double-Blind, Randomized, Placebo-Controlled Comparison of the Effects of Sexual Functioning of Extended-Release Bupropion Hydrochloride (300-450 mg) and Escitalopram (10-20 mg) in Outpatients with Moderate to Severe Major Depression over an Eight-Week Treatment Period: GlaxoSmithKline.

A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, 8-week, Safety and Efficacy Study of Eszopiclone 3 mg Compared to Placebo in Subjects with Insomnia Related to Major Depression Disorder: Sepracor.

A Phase IV, Double-blind, Placebo-controlled Study on the Efficacy of Lamotrigine as an Augmentation Agent in Treatment Refractory Unipolar Depression: GlaxoSmithKline.

An 8-week, Multicenter, Double-Blind, Placebo-Controlled Study Evaluating the Efficacy, Safety and Tolerability of One Fixed 100mg Dose of Saredutant in Patients with Major Depressive Disorder: Sanofi-Aventis

A Multi-Center, Double-Blind, Randomized-withdrawal, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Sustained Release as Monotherapy in the Maintenance Treatment of Patients with Major Depressive Disorder Following an Open-Label Stabilization Period: AstraZeneca

**Insomnia:**

A 12 month, Randomized, Double-blind, Placebo-controlled, Parallel Groups, Multicenter Long-Term safety study of MK-0928 in the treatment of Elderly Outpatients with primary Insomnia: Merck & Co.

A Double-blind, Randomized, Multi-center, Placebo-controlled, Parallel groups efficacy and safety extension study of MK-0928 in the treatment of Adult outpatients with primary Insomnia: Merck & Co. Inc.

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060 in Adult Primary Insomnia Patients with Sleep Maintenance Difficulties: Neurocrine Biosciences Inc.

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060 in Elderly Primary Insomnia Patients with Sleep Maintenance Difficulties: Neurocrine Biosciences Inc.

A Phase III, Randomized, Double-Blind, Placebo-controlled Study to Assess the Subjective Response to Treatment With Ramelteon in Adult Subjects with Chronic Insomnia by Utilizing an Interactive Voice Response System (IVRS) for Collecting Diary Data: Takeda.

A 12-week, multicenter, randomized, double-blind, placebo-controlled study of the efficacy and safety of Eplivanserin 5mg/day on Sleep Maintenance Insomnia: Sanofi-Aventis

**Alzheimer's/Cognitive Impairment:**

A multi-center, double-blind, parallel group safety, tolerance and efficacy comparison of Placebo s dHP029 (235mg/day and 150mg/day) in outpatients with Alzheimer's disease: Hoechst-Roussel Pharma

A two-year, multi-center, randomized, double-blind, controlled, parallel group study of Cycloserine in the treatment of Alzheimer's disease with six months Placebo control: Searle Pharma

Page 7 of 8

CONFIDENTIAL
AZSER12777779

May 31 2006 3:48PM    PAREXEL International        5742874003           P.9



**eStudySite**

*RESEARCH Excellence*

*A Phase II Double-Blind, Randomized, Dose-Ranging, Placebo-Controlled, Multicenter, Safety and Efficacy Evaluation of Three Doses of NS 2330 in Patients with Mild to Moderate Dementia of the Alzheimer's Type: Boehringer Ingelheim.*

*A Phase IV, One-year, Multi-center, Randomized, Double-blind, Placebo-controlled Evaluation of the Efficacy and Safety of Donepezil Hydrochloride in Subjects with Mild Cognitive Impairment: Pfizer/Eisai.*

**Miscellaneous CNS trials:**

*A Phase II, Randomized, Double-Blind, Placebo-controlled, Multi-center Study to Assess the Efficacy and Safety of Nalmefene HCL in the Treatment of Pathological Gambling: Somaxon.*

*A Randomized, Double-Blind Study Comparing the Safety and Efficacy of the Lidocaine Patch 5% with Placebo in Patients with Pain from Carpal Tunnel Syndrome: ENDO Pharmaceuticals Inc.*

_____                    _____
**Signature**                                  **Date**
                                               5-19-06

Page 5 of 5

655

CONFIDENTIAL
AZSER12777780

BEST COPY AVAILABLE

0046

DUKE UNIVERSITY MEDICAL CENTER
PRIVATE
CURRICULUM VITAE

Date prepared: 10/10/02

Name:   Joseph Patrick McEvoy, M.D.

Primary Academic Appointment:  Psychiatry

Social Security Number: REDACTED

Present Academic Rank:  Associate Professor with Tenure

Date and Rank of First Duke Faculty Appointment:
--- 1-1-89, Associate Professor

Medical Licensure

     National Board of Medical Examiners, 1974
     North Carolina Board of Medical Examiners, 1989
     License No.  00-33548

Specialty Certification

     American Board of Psychiatry and Neurology, 1981

Date of Birth: REDACTED   Place: REDACTED

Citizen of: REDACTED

Education:

| | | |
|---|---|---|
| High School | Regis H.S.,<br>New York, NY | 1961-65  H.S. Diploma |
| College | Manhattan College<br>Bronx, NY | 1965-69  B.A. |
| Graduate or<br>Professional<br>School | Vanderbilt Medical<br>School, Nashville,<br>Tennessee | 1969-73  M.D. |

656

CONFIDENTIAL
AZSER12777781

BEST COPY AVAILABLE

Professional Training and Academic Career

| | | |
|---|---|---|
| 7/73 - 6/75 | University of Utah Hospitals Salt Lake City, Utah | Internship and First Year Residency in Internal Medicine |
| 7/75 - 6/78 | Vanderbilt University Nashville, Tennessee | Residency in Psychiatry |
| 7/78 - 6/81 | Vanderbilt University Department of Psychiatry Nashville, Tennessee | Assistant Professor |
| 7/81 - 8/87 | University of Pittsburgh Department of Psychiatry Pittsburgh, Pennsylvania | Assistant Professor |
| 9/87 - 12/88 | University of Pittsburgh Department of Psychiatry Pittsburgh, Pennsylvania | Associate Professor |
| 1/89 - Present | Duke University Medical Center Department of Psychiatry Durham, North Carolina | Associate Professor (tenured) |
| 1/89 - Present | John Umstead Hospital Butner, NC | Deputy Clinical Director |

Refereed Articles

McEvoy JP, Wells CE: Case studies in neuropsychiatry II: conversion pseudodementia. Journal of Clinical Psychiatry 40:447-449, 1979.

McEvoy JP, Sheridan WF, Stewart WRC, Ban TA, Wilson WH, Guy W, Shaffer JD: Viloxazine in the treatment of depressive neurosis: a placebo and standard (doxepin) controlled clinical study. British Journal of Psychiatry, 137:440-443, 1980.

Petrie WM, McEvoy JP, Wilson WH, Ban TA, Guy W:  Viloxazine in the treatment of depressive neurosis:  a placebo and standard (imipramine) controlled clinical study.  International Pharmacopsychiatry, 15:193-196, 1980.

McEvoy JP, Berney S, Wilson WH, Ban TA, Guy W:  A double-blind comparison of three dosages of flutroline (CP-36, 584) in the treatment of schizophrenia.  International Pharmacopsychiatry, 15:318-

2

657

CONFIDENTIAL
AZSER12777782

BEST COPY AVAILABLE

324, 1980.

Ban TA, McEvoy JP, Wilson WH: Viloxazine: a review of the literature. International Pharmacopsychiatry, 15:118-123, 1980.

Ban TA, Wilson WH, McEvoy JP: Amoxapine: a review of the literature. International Pharmacopsychiatry 15:166-170, 1980.

Brannen JO, McEvoy JP, Wilson WH, Petrie WM, Ban TA, Berney SA, Schaffer JD: A double blind-comparison of bromperidol and haloperidol in newly admitted schizophrenic patients. Pharmacopsychiatrica 14:139-140, 1981.

McEvoy JP, Aland J, Wilson WH, Guy W, Hawkins L: Measuring chronic schizophrenic patient's attitudes toward their illness and treatment. Hospital and Community Psychiatry, 32:856-858, 1981.

McEvoy JP: Organic brain syndromes. Annals of Internal Medicine, 95, 212-220, 1981.

McEvoy JP, Libiger J, Wilson WH, Ban TA, Berney S, Guy WL: Viloxazine HC1 in the treatment of endogenous depression: a standard (imipramine) controlled clinical study. Journal of Clinical Psychiatry, 43:111-112, 1982.

Guy W, Ban TA, McEvoy JP, Petrie WM, Wilson WH: A collaborative study of a new antidepressant, Viloxazine, in neurotic and endogenous depression. International Pharmacopsychiatry, 17:36-42, 1982.

McEvoy JP, Wilson WH, Ban TA, Brannen JO, Berney S: Bromperidol maintenance in schizophrenia. Pharmacopsychiatrica, 15:95-96, 1982.

McEvoy JP, Abernethy V: Sociocultural identity and psychogenic psychosis, Papua New Guinea Medical Journal, 25:55-59, 1982.

Guy W, McEvoy JP, Ban TA, Wilson WH, Pate K: A double-blind clinical trial of mianserin versus amitriptyline: differentiation by adverse symptomatology, Pharmacotherapy, 3:45-51, 1983.

McEvoy, JP, Hatcher A, Applebaum P, Abernethy V: Chronic schizophrenic women's attitudes toward sex, pregnancy, birth control, and childbearing. Hospital and Community Psychiatry 34:536-539, 1983.

McEvoy JP: The clinical use of anticholinergic drugs as treatment for extrapyramidal side effects of neuroleptic drugs. Journal of Clinical Psychopharmacology 3:288-302, 1983.

McEvoy JP, Lohr JB: Diazepam for catatonia. American Journal of Psychiatry, 141:284-285, 1984.

McEvoy JP, Howe AC, Hogarty GE: Differences in the nature of relapse and subsequent inpatient course between medication compliant and noncompliant schizophrenic patients. Journal of Nervous and Mental Disease 172:412-416, 1984.

McEvoy JP, Stiller RL, Farr R: Plasma haloperidol levels drawn at neuroleptic threshold doses. Journal of Clinical Psychopharmacology, 6:133-138, 1986.

3

CONFIDENTIAL
AZSER12777783

BEST COPY AVAILABLE

McEvoy JP:  The neuroleptic threshold as a marker of minimum effective neuroleptic dose. Comprehensive Psychiatry 27:327-335, 1986.

McEvoy JP, McCue M, Spring B, Mohs RC, Lavori PW, Farr R.  Amantadine versus trihexyphenidyl: effects on memory in elderly normal volunteers.  American Journal of Psychiatry, 144:573-577, 1987.

McEvoy JP, Freter S, McCue M.  Replacement of chronically administered anticholinergic drugs by amantadine in outpatient management of chronic schizophrenia.  Clinical Therapeutics 9:429-433, 1987.

Hogarty GE, McEvoy JP, Munetz M, DiBarry AL, Bartone P, Cather R, Cooley SJ, Ulrich RF, Carter M, Madonia MJ.  Dose of fluphenazine decanoate, familial expressed emotion and outcome in schizophrenia: results of a two year controlled study.  Archives of General Psychiatry, 45:797-805, 1988.

McEvoy JP, Apperson LJ, Applebaum PS, Ortlip P, Brecosky J, Hammill K, Geller JL, Roth L.  Insight in schizophrenia:  its relationship to acute psychopathology.  Journal of Nervous and Mental Disease, 177:43-47, 1989.

McEvoy, JP, Freter S, Everett G, Geller JL, Appelbaum PS, Apperson LJ, Roth L.  Insight and the clinical outcome of schizophrenic patients.  Journal of Nervous and Mental Disease, 177:48-51, 1989.

McEvoy JP, Appelbaum PS,  Apperson LJ, Geller JL, Freter S.  Why must some schizophrenic patients be involuntarily committed?  The role of insight.  Comprehensive Psychiatry, 30:13-17, 1989.

McEvoy JP, Freter S.  The dose-response relationship for memory impairment by anticholinergic drugs.  Comprehensive Psychiatry, 30:135-138, 1989.

Hammill K, McEvoy JP, Koral H, Schneider N.  Views hospitalized schizophrenic patients express about the seclusion process.  Journal of Clinical Psychiatry, 50:174-177, 1989.

McEvoy JP, Hogarty GE, Steingard S.  Optimal dose of neuroleptic in acute schizophrenia.  Archives of General Psychiatry, 1991; 48:739-745.

McEvoy JP, Freter S, Merritt M, Apperson LJ.  Insight into psychosis among outpatients with schizophrenia.  Hospital and Community Psychiatry, 44:883-884, 1993.

McEvoy JP, Movin-Osswald G. Uppfeldt G, Williams T, Dutcher S, Apperson J.  An open study of the pharmacokinetics and tolerability of raclopride extended-release capsules in psychotic patients.  Psychopharmacology 112:371-374. 1993.

McEvoy JP, Schooler NR, Friedman E, Steingard S, Allen M.  Psychopathology vignettes as a shared reference base for judging insight in patients with schizophrenia or schizoaffective disorders.  American Journal of Psychiatry 150:1649-1653, 1993.

4

CONFIDENTIAL
AZSER12777784

BEST COPY AVAILABLE

Burke MA, McEvoy JP, Ritchie J.  A pilot study of a structured interview addressing sexual function in men with schizophrenia.  Biological Psychiatry 35:32-35, 1994.

Hogarty GE, McEvoy JP, Ulrich RF, DiBarry AL, Bartone P, Cooley S, Hammill K, Carter M, Munetz MR, Peret J.  Pharmacotherapy of impaired affect in recovering schizophrenia.  Archives of General Psychiatry 52:29-41, 1995.

McEvoy JP, Freudenreich O, McGee M, VanderZwaag C, Levin E, Rose J.  Clozapine decreases smoking in patients with chronic schizophrenia.  Biological Psychiatry 37:550-552, 1995.

McEvoy JP, Freudenreich O, Levin Ed, Rose JE.  Haloperidol increases smoking in patients with schizophrenia.  Psychopharmacology 119:124-126, 1995.

Swanson CL, Freudenreich O, McEvoy JP, Nelson L, Kamaraju L, Wilson WH.  Insight in schizophrenia and mania.  Journal of Nervous and Mental Disease 183:752-755, 1995.

Donnelly CL, McEvoy JP, Wilson WH, Narasimhachari N.  A study of the potential confounding effects of diet, caffeine, nicotine, and lorazepam on the stability of plasma and urinary homovanillic acid levels in patients with schizophrenia.  Biological Psychiatry 40:1218-1221, 1996.

McEvoy JP, Hartman M, Gottlieb D, Godwin S, Apperson LJ, Wilson WH.  Common sense, insight, and neuropsychological test performance in patients with schizophrenia.  Schizophrenia Bulletin 22:635-642, 1996.

Levin ED, Wilson WH, Rose JE, McEvoy JP.  Nicotine-haloperidol interactions and cognitive performance in schizophrenia.  Neuropsychopharmacology 15:429-436, l996.

VanderZwaag C, McGee M, McEvoy JP, Freudenreich O, Wilson WH, Cooper TB.  A double-blind, randomized trial comparing clozapine treatment within three distinct serum level ranges in patients with treatment-refractory chronic schizophrenia. American Journal of Psychiatry 153:1579-1584, 1996.

Van Kammen DP, McEvoy JP, Targum SD, Sebree TB, Chung L, Kardatzke D.  A randomized, controlled, dose-ranging trial of sertindole in patients with schizophrenia.  Psychopharmacology 124:168-175, 1996.

Chambers RA, Moore J, McEvoy JP, Levin ED.  Cognitive effects of neonatal hippocampal lesions in a rat model of schizophrenia.  Neuropsychopharmacology 15:587-594, 1996.

Anton RF, Kranzler HR, McEvoy JP, Moak DH, Bianca R.  A double-blind comparison of abecarnil and diazepam in the treatment of uncomplicated alcohol withdrawal.  Psychopharmacology 131:123-129, 1997.

Freudenreich O, Weiner RD, McEvoy JP.  Clozapine-induced EEG changes as a function of clozapine serum levels.  Biological Psychiatry 42:132-137, 1997.

5

CONFIDENTIAL
AZSER12777785

BEST COPY AVAILABLE

McEvoy JP, Freudenreich O, Wilson WH.  Smoking and therapeutic response to clozapine in patients with schizophrenia.  Biological Psychiatry 46:125-129, 1999.

Hirschfeld RMA, Allen MH, McEvoy J, Keck PE, Russell J.  Safety and tolerability of oral loading divalproex sodium in acutely manic bipolar patients.  Journal of Clinical Psychiatry,60:815-181, 1999.

Cassidy F, McEvoy JP, Yang YK, Wilson WH.  Insight is greater in mixed than in pure manic episodes of Bipolar I Disorder.  Journal of Nervous and Mental Disease, 189:398-399, 2001..

Cassidy F, McEvoy JP, Yang YK, Wilson WH.  Smoking and psychosis in patients with Bipolar I Disorders.  Comprehensive Psychiatry, in press.

Volovka J, Czobor P, Sheitman B, Lindenmayer J-P, Citrome L, McEvoy J, Cooper TB, Chakos M, Lieberman JA.  Clozapine, olanzapine, risperidone, and haloperidol in patients with chronic schizophrenia and schizoaffective disorder.  American Journal of Psychiatry, in press.

Citrome L, Volovka J, Czobor P, Sheitman B, Lindenmayer J-P, McEvoy J, Cooper TB, Chakos M, Lieberman JA.  Effects of clozapine, olanzapine, risperidone, and haloperidol on hostility in patients with schizophrenia and schizoaffective disorder.  Psychiatric Services, in press.

Czobor P, Volvka J, Sheitman B, Lindenmayer J-P, Citrome L, McEvoy J, Cooper TB, Chakos M, Lieberman JA.  Antipsychotic-induced weight gain and therapeutic response:  A differential association.  Journal of Clinical Psychopharmacology, in press.

Conway CR, Bollini A, Graham BG, Keefe RSE, Schiffman SS, McEvoy JP.  Sensory acuity and reasoning in delusional disorder.  Comprehensive Psychiatry: in press.

Keefe RSE, Arnold MC, Bayen UJ, McEvoy JP, Wilson WH.  Source monitoring deficits for self-generated stimuli in schizophrenia:  Multinomial modeling of data from three sources.  Schizophrenia Research, in press.


Non Refereed Publications

Lake CR, Casey DE, McEvoy JP, Siris SG, Boyer WF, Simpson G:  The "pros" and "cons" of anticholinergic prophylaxis. Psychopharmacology Bulletin 22:981-984, 1986.

McEvoy JP.  A double-blind crossover comparison of antiparkinson drug therapy:  Amantadine versus anticholinergics in 90 normal volunteers, with an emphasis on differential effects on memory function.  Journal of Clinical Psychiatry 48 (9, Suppl.):20-23, 1987.

Soloff P, McEvoy JP, Ganguli M.  Is seclusion therapeutic? Psychiatric Annals 19:45-54, 1989.

McEvoy, JP, Schooler, NR, Wilson WH.  Predictors of therapeutic response to haloperidol in acute schizophrenia.  Psychopharmacology Bulletin 27:97-101, 1991.

6

CONFIDENTIAL
AZSER12777786

BEST COPY AVAILABLE

McEvoy J. Efficacy of risperidone on positive features of schizophrenia. Journal of Clinical Psychiatry 55(5, Suppl):18-21, 1994.

McEvoy JP. Update on risperidone. Currents in Affective Illness 13(10):5-13, 1994.

McEvoy JP. Dosing issues: Target symptoms and dose response. Psychiatric Annals 25:297-300, 1995.

McEvoy JP, Lindgren J. Smoking and Schizophrenia. Drug Development Research 38:263-266, 1996.

McEvoy JP, Weiden PJ, Smith TE, Carpenter D, Kahn DA, Frances A. Treatment of schizophrenia (Expert Consensus Guideline Series). Journal of Clinical Psychiatry 57 (Suppl 12 B): 1-58, 1996.

McEvoy JP, Scheiffer PL, Frances A. Treatment of schizophrenia 1999, Clinical Guidelines (Expert Consensus Guideline Series) Journal of Clinical Psychiatry, 60 (Supp ll): 1-80, 1999.

McEvoy JP. Schizophrenia, substance misuse, and smoking. Current Opinion in Psychiatry, 13:15-19, 2000.

Lieberman JA, Golden R, Stroup S, McEvoy JP. Atypical antipsychotics and SSRIs: Second-generation drugs of the psychopharmacological revolution, Psychiatric Services 51:1254-1258, 2000.

Stroup TS, Lieberman JA, Swartz MS, McEvoy JP. Comparative effectiveness of antipsychotic drugs in schizophrenia. Dialogues in Clinical Neuroscience, in press.

**Books**

Keefe RSE, McEvoy JP. Assessment of Negative-Symptom and Cognitive-Deficit Treatment Response. American Psychiatric Press, Inc., Washington, D.C., 2001.

McEvoy, JP. Guide to Assessment Scales in Schizophrenia. Science Press, Ltd.,London, 2000.

**Book Chapters**

Wells CE, McEvoy JP: Organic brain syndromes. In, Treatment of Mental Disorders, (eds.) Greist JH, Jefferson J, Spitzer RL. Oxford University Press, New York, 1982.

McEvoy JP: The chronic neuropsychiatric disorders associated with alcoholism. In, Encyclopedic Handbook of Alcoholism. (Eds.) Pattison EM, Kaurman E, Gardner Press, New York, 1982.

McEvoy JP. Anticholinergic drug-induced dysfunction. In, Drug-Induced Dysfunction in Psychiatry. (Eds.) Keshavan MS, Kennedy JS. Hemisphere Publishing, Washington, D.C., 1992.

7

CONFIDENTIAL
AZSER12777787

BEST COPY AVAILABLE

McEvoy JP: Psychopharmacological treatments. In, Psychiatric Rehabilitation: A Handbook for Practitioners. (Ed.) Katz-Garris L. Warren H. Green Publishing, St. Louis, MO, 1992.

McEvoy J. The relationships between insight into psychosis and compliance with medications. In, Insight and Psychosis. (Eds.) Amador XF, David A. Oxford University Press, New York 1998.

McEvoy, JP, Keefe RSE. Informing subjects of risks and benefits. In, Ethics in Psychiatric Research. (Eds.) Pincus HA, Lieberman JA, Ferris S. American Psychiatric Association Press, Washington, D.C., 1999.


Other Publications

McEvoy JP, Campbell T: Ganser-like symptoms in carbon monoxide encephalopathy. American Journal of Psychiatry, 134:1448-1449, 1977 (Letter).

McEvoy JP: Psychiatric consultations. Southern Medical Journal, 71:1131-1322, 1978 (Editorial).

McEvoy JP: Organic brain syndromes in DSM-III. American Journal of Psychiatry, 138:124-125, 1981 (Letter).

McEvoy JP: Invited review of Tardive Dyskinesia: Research and Treatment. (Eds.) Fann WE, Smith PC, Davis JM, Domino EF. In, Contemporary Psychology, 26:690-691, 1981.

McEvoy, JP, Lohr JB: Reply to Linn L. Intravenous sedatives and catatonia. American Journal of Psychiatry 141:1136, 1984 (Letter).

McEvoy JP: Relief from catatonic immobility can be maintained. Journal of Clinical Psychopharmacology 6:126-127, 1986 (Letter).

McEvoy JP: Invited comments on "Neuroleptics and Sexual Functioning" by Collins AC, Kellner R. Integrative Psychiatry 4:107-108, 1986.

McEvoy JP: Neuroleptic dose and the need for prophylactic anticholinergic drugs. Journal of Clinical Psychiatry 47:611, 1986 (Letter).

McEvoy JP: Rapid shifts in the therapeutic and extrapyramidal effects of neuroleptic drugs. American Journal of Psychiatry 143:1504, 1986 (Letter).

McEvoy JP, Simpson G: Dystonia, neuroleptic dose and anticholinergic drugs. American Journal of Psychiatry 144:393, 1987. (Letter)

McEvoy, JP, Stiller RL, Everett G: Differential therapeutic response by history during treatment with neuroleptic haloperidol doses. Journal of Clinical Psychopharmacology 7:368-369, 1987. (Letter)

McEvoy JP, Lavori PW, McCue M. Reply to Robinson ML. Drug side effects and the double-blind

8

CONFIDENTIAL
AZSER12777788

BEST COPY AVAILABLE

design. American Journal of Psychiatry 145:539, 1988 (Letter).

Krystal AD, McEvoy JP. Shared features of neuroleptic malignant syndrome and alcohol abuse complications. Journal of Clinical Psychiatry 51:523, 1990 (Letter).

McEvoy JP, Kamaraju L, Nelson L. Haase hermeneutics, or the exegesis of the neuroleptic threshold. Journal of Clinical Psychopharmacology 12:64-65, 1992. (Letter)

McEvoy JP. Patient's rights. Hospital and Community Psychiatry 43:407, 1992. (Letter)

Freudenreich O, McEvoy JP. Added amantadine may diminish tardive dyskinesia in patients requiring continued neuroleptics. Journal of Clinical Psychiatry 56:173 1995 (Letter)

Freudenreich O, McEvoy JP. How much Haldol does Larry really need? Journal of Clinical Psychiatry 56:332-333, 1995. (Letter)

Swanson S, Price W, McEvoy, JP. Fever, confusion and creatinine phosphokinase elevation with risperidone and lithium. American Journal of Psychiatry 152:1096-1995.

Freudenreich O, McEvoy JP. Palinacousis after closed head injury in a patient with schizophrenia. Journal of Clinical Psychopharmacology 16:94, 1996 (Letter).

Freudenreich O, McEvoy JP, Cooper TB. Monitoring of clozapine blood levels in the real world. Journal of Clinical Psychopharmacology 16:90-91, 1996 (Letter).

McEvoy JP, Brown S. High prevalence of smoking among first episode patients with schizophrenia. American Journal of Psychiatry, 156:1120-1121, 1999.

Marx CE, McIntosh E, Wilson WH, McEvoy JP. Mecamylamine increases smoking in psychiatric patients. Journal of Clinical Psychopharmacology, 20:706-707, 2000.


Organizations and Participation:

| | |
|---|---|
| Member | American Psychiatric Association |
| Member | American Psychopathological Association |
| Member | Society for Biological Psychiatry |
| Board Member | VA Merit Review Board for Mental Health and Behavioral Science 1993-1996 |


Teaching Responsibilities

Weekly case conference for Duke Residents at John Umstead Hospital

Lectures for Duke Residents, and for Medical Students from Duke and University of North Carolina, on

9

664

CONFIDENTIAL
AZSER12777789

BEST COPY AVAILABLE

Schizophrenia, the use of Antipsychotic and Anticholinergic Drugs, and other topics

Honored Teacher Award, 1999. Duke University Psychiatry Residents Association.


External Support

Principal Investigator:  Comparison of Amantadine HCl and Trihexyphenidyl HCl in Elderly Normal Volunteers with an Emphasis on Possible Differential Effects on Memory Function.  (DuPont Pharmaceuticals, 6/1/84 - 6/30/85).

Co-Investigator:  Pharmacotherapy of Impaired Affect in Recovery Schizophrenia.  (NIMH MH 39166, P.I. Gerard Hogarty, M.S.W., 4/1/84 - 3/31/88; TDC $1,152,760).

Principal Investigator:  Replacement of Chronically Administered  Anticholinergic Drugs by amantadine HCl in Chronic Schizophrenic Outpatients.  (DuPont Pharmaceuticals, 6/1/86 - 8/31/86).

Principal Investigator:  The Neuroleptic Threshold Dose in Acute  Schizophrenia.  (NIMH MH41254, 7/1/86 - 6/31/91;   $378,009).

Principal Investigator:  Double-Blind Dose Ranging Trial Comparing the Extrapyramidal Liability of CGP 19,486A to Haloperidol in Hospitalized Patients with Chronic Schizophrenia.  (CIBA-GEIGY Pharmaceuticals, 4/1/89 - 11/14/90).

Principal Investigator:  Raclopride in Schizophrenia:  A Haloperidol-Controlled, Double-Blind, Dose-Finding Clinical Trial.  (Astra Pharmaceuticals, 9/29/89 - 4/9/90).

Principal Investigator:  Double-Blind Dose Ranging Trial Comparing CGP 19,486A (Savoxepine) to Placebo and Haloperidol in Hospitalized Schizophrenic Patients (CIBA-GEIGY Pharmaceuticals, 10/27/89 - 5/15/91).

Principal Investigator:  A Triple-Blind, Parallel Study Comparing Remoxipride, Haloperidol and Placebo in Hospitalized Patients with Schizophrenia.  (Merck Sharp and Dohme Clinical Research, 7/10/90 - 5/16/90).

Principal Investigator:  Risperidone in the Treatment of Schizophrenia, A Double-Blind Parallel Group Study.  (Janssen Pharmaceuticals, 8/16/90 -5/20/91).

Principal Investigator:  Comparison of the Efficacy and Safety of HDC 912 and Haloperidol in Schizophrenic Patients.  (Sandoz Pharmaceuticals, 10/12/90 - 12/19/90).

Principal Investigator:  A Prospective, Randomized, Placebo-Controlled, Multi-Center, Parallel-Group Comparison of the Efficacy and Safety of Amperozide Low (1-5mg) Dose, High (7.5 - 12.5mg) Dose and Haloperidol (10-30mg) in Institutionalized Schizophrenics.  (Sandoz Pharmaceuticals, 1/7/91 - 12/31/91).

10

CONFIDENTIAL
AZSER12777790

BEST COPY AVAILABLE

Principal Investigator:  An Open Study of the Tolerability and Pharmacokinetics of Racolpride Extended Release Capsules in Psychiatric Patients.  (Astra Pharmaceuticals, 1/8/91 - 9/30/91).

Principal Investigator:  Multicenter, Placebo-Controlled Double-Blind Safety and Efficacy Evaluation of ICI 204,636 in Hospitalized Patients with Acute Exacerbation of Chronic or Subchronic Schizophrenia.  (ICI Pharmaceuticals, 6/5/91 - 3/30/92).

Principal Investigator:  Double-Blind, Dose Ranging Trial Comparing CGS-15873A to Placebo in Hospitalized Schizophrenic Patients.  (CIBA-GEIGY Pharmaceuticals 7/2/91 - 12/31/91).

Principal Investigator:  The Efficacy and Tolerability of Sertindole in Schizophrenic Patients:  A Pilot Double Blind, Placebo-Controlled, Dose Ranging Study (Abbott Laboratories, 1/15/92 - 5/31/92).

Principal Investigator:  Phase II, Four Week, Double-Blind, Placebo-Controlled Study Evaluating the Efficacy and Safety of Three Doses of Oral CP-88, 959-1 in the Acute Exacerbation of Schizophrenia (Pfizer, Inc., 4/14/92 - 12/31/92).

Principal Investigator:  A Multicenter Double-Blind, Placebo-Controlled,  Parallel Group, Dose-Ranging Study to Evaluate the Efficacy, Safety, and Tolerability of Zotepine 75, 150, and 300 mg Daily Doses in the Treatment of Acute Schizophrenia.  (Boots Pharmaceuticals 5/28/93 to 4/28/94).

Principal Investigator:  A Double-Blind Study Comparing the Efficacy and Safety of Two Doses of Oral CP-88,059-1 in Acute Exacerbations of Schizophrenia and Schizoaffective Disorder (Pfizer, Inc., 9/24/93-7/1/94).

Principal Investigator:  Efficacy and Tolerability of Ascending Doses of OPC-14597 Compared to Placebo and to Haloperidol in Acutely Relapsing Hospitalized Schizophrenic Patients (Otsuka America Pharmaceutical, Inc., 10/15/93-9/30/94).

Principal Investigator:  A Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of Sertindole in Schizophrenic Patients (Abbott Laboratories, 9/92-9/93).

Principal Investigator:  A Prospective, Randomized, Double-Blind, Unbalanced, Parallel-Group, Haloperidol (5-20 mg)-and Placebo-Controlled Study to Determine the Maximum Tolerated Dose of SDZ MAR 327 in Institutionalized Schizophrenics (Sandoz Pharmaceuticals, Inc., 11/93-5/94).

Principal Investigator:  Drive To Smoke and Dopamine Blockade (NIDA, 7/1/94-6/30/96), $226,080).

Mentor:  Cigarette Smoking, Nicotine, and Schizophrenia.  (NARSAD Young Investigator Award to Edward Levin, Ph.D., 7/1/94 - 6/30/96), TDC $60,000.

11

CONFIDENTIAL
AZSER12777791

BEST COPY AVAILABLE

Principal Investigator: A Double-Blind, Placebo-Controlled, Haldol-Referenced Study of the Safety and Efficacy of Two Doses of Sertindole In Schizophrenic Patients (Abbott Laboratories, 4/1/94-3/31/95).

Principal Investigator: A 40 Week, Double-Blind Study Evaluating the Safety and Efficacy of Two Dose Regimens of Oral CP-88,059-1 (80-120 mg, OD, and 40-80 mg, BID) and Haloperidol (5-20 mg daily) in the Maintenance Treatment of Outpatients with Schizophrenia or Schizoaffective Disorder (Pfizer, Inc., 4/10/94-4/9/95).

Principal Investigator: A Multi-Center, Double-Blind, Randomized, Comparison of Seroquel (ICI 204,636) and Chlorpromazine in the Treatment of Hospitalized Subjects with Treatment Resistant Schizophrenia (Zeneca Pharmaceuticals Group, 9/1/94-8/31/95).

Principal Investigator: A Dose-Ranging Study of the Efficacy and Tolerability of OPC-14597 in Acutely Relapsing Hospitalized Schizophrenic Patients (Otsuka America Pharmaceuticals, 4/1/95-3/31/96).

Principal Investigator: A 52 Week Extension Study Evaluating the Safety and Outcome of 40-80 mg, BID of Oral Ziprasidone (CP-88,059-1) Daily in the Treatment of Subjects Who Have Participated in Previous Ziprasidone (88,059-1) Clinical Trials (Pfizer Inc., 5/1/95-4/30/97).

Principal Investigator: A Double-Blind, Placebo-Controlled, Safety, Tolerability and Preliminary Antipsychotic Activity Study of L-745,870 in Hospitalized Schizophrenic Patients (Merck Research Labs, 5/1/95-4/31/96).

Principal Investigator: U-101387G/Double-Blind, Haloperidol Controlled, Safety and dose-finding Study in the Treatment of Schizophrenia (Upjohn, 1/1/96 - 10/31/97).

Principal Investigator: Phase 3, Randomized Open Label Study of Intramuscular Ziprasidone (Pfizer, 9/1/96 - 8/31/97).

Principal Investigator: Safety and Efficacy of Rapid-Loading Depakote in the Treatment of Acutely Manic Patients with Bipolar Disorder (Abbott 11/1/96 - 10/30/98).

Principal Investigator: Acute and Long-Term Efficacy of Olanzapine in the First-Episode Psychotic Disorders: A Randomized Double-Blind Comparison with Haloperidol. (Protocol F1D-MC-HGDH) (Eli Lilly & Co. 4/97-3/02)

Principal Investigator: A Phase III Double-Blind Placebo-Controlled Study of Aripiprazole in the Treatment Psychosis (31-97-202) (Otsuka 6/97- 8/99)

Principal Investigator: Risperidone versus Olanzapine in the Treatment of Schizophrenia [9-Weeks Protocol (RIS-USA-112)] (Janssen 8/97-7/98).

12

CONFIDENTIAL
AZSER12777792

BEST COPY AVAILABLE

Principal Investigator:  Smoking in Patients with Bipolar Disorder.  (NARSAD, 9/97-8/99; TDC $100,000).

Principal Investigator:  A Multicenter, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Lamictal (Lamotrigine) Compared to Placebo and Lithium in the Treatment of an Acute Manic Episode in Patients Who Have Bipolar Disorder. (Protocol SCAA2008) (GlaxoWellcome 10/97-9/99).

Principal Investigator:  Smoking, Schizophrenia and atypical antipsychotics  (NIDA) 10/10/97-11/30/99 TDC $235,420).

Principal Investigator:  Risperidone, Olanzapine and Clozapine in Chronic Schizophrenia (Eli Lilly & Co.11/97-10/00).

Principal Investigator:  A Double-Blind, Active and Placebo-Controlled, Safety, Tolerability  and Preliminary Antipsychotic Activity Study of MK-0869 in Hospitalized Schizophrenic Patients (N0. 023-00) (Merck & Co. 3/98-6/99).

Principal Investigator:  A Phase III, Randomized, Placebo-Controlled Study Evaluating the Safety and Outcome of Treatment with Oral Ziprasidone in Subjects  with Mania (128-601) (3/98-2/99)

Principal Investigator:  Olanzapine Versus Placebo in the Treatment of Bipolar Disorder, Manic or Mixed (Protocol F1D-MC-HGGW) (Eli Lilly Co. 3/98-2/99).

Principal Investigator:  A Multicenter, Placebo and Active Control, Double-blind, Randomized Study of the Efficacy, Safety and Pharmacokinetics of M100907 (10 and 20 mg/day) in Schizophrenic and Schizoaffective patients (M100907/3001) (Hoechst Marion Roussel 4/98-3/99).

Principal Investigator:  The Safety and Efficacy of Risperdol vs Placebo  vs  Haloperidol as Add-on Therapy to Mood Stabilizers (Sponsor protocol No. RIS-USA-102) (Janssen 5/98-4/99).

Principal Investigator:  Depakote CR in the Treatment of the Manic Phase of Bipolar Disorder:  A Placebo-Controlled Study (M97-696) (Abbott 8/98-8/99)

Principal Investigator:  The Comparative Efficacy of Olanzapine, Risperidone and Haloperidol for Cognition in Schizophrenia (F1D-MC-HGGN) (Eli Lilly & PPD Pharmaco, Inc.9/98-7/00).

Principal Investigator:  A Double-Blind, Placebo and Haloperidol-Controlled, Multicenter Study Evaluating the Safety and Efficacy of SR 46349B in Schizophrenic Patients (Study No.: DFI 3024) (Quintiles Research 10/98-11/99).

Principal Investigator:  A Double-Blind, Placebo and Haloperidol-Controlled, Multicenter Study Evaluating the Safety and Efficacy of SR 141716 in Schizophrenic Patients (DFI 3077) (Quintiles Research 10/98-11/99).

Principal Investigator:  Phase II, Six Week, Double-Blind, Placebo-and Olanzapine-Controlled Study

13

CONFIDENTIAL
AZSER12777793

BEST COPY AVAILABLE





**CURRICULUM VITAE**

**DENIS MEE-LEE, M.D.**

**ADDRESS**
> Hawaii Clinical Research Center
> 1750 Kalakaua Avenue, Suite 2602 and 3704
> Honolulu, Hawaii 96826
> (808) 949-4977

REDACTED

**QUALIFICATIONS**
> M.B., B.S. (M.D.) - Bachelor of Medicine, Bachelor of Surgery, University of Queensland, Australia, 1966
> M.Sc. - Master of Science in Psychiatry, Ohio State University, 1971
> Fellowship/Certificate in Community Psychiatry, Harvard Medical School, 1972
> Certification, American Board of Psychiatry and Neurology, 1979
> Certification, Clinical Research Investigator, 2003

**MEDICAL LICENSES**
> Current license in the State of Hawaii, License #MD-2779.
> Previous Licenses in States of Queensland and Victoria, Australia; State of Ohio and Commonwealth of Massachusetts.

**CURRENT POSITIONS**
> Director & Principal Investigator, Hawaii Clinical Research Center (Since 1989)
> President, Hawaii Care Alternatives (Since 1994)
> President & Chief Executive Officer, Strategic Healthcare Associates (Since 1996)
> Chief of Psychiatry, Castle Medical Center (Since 2000)
> Director of Clinical Research, Kahi Mohala (Since 2000)
> Chief of Psychiatry, Castle Medical Center (Since 2001)
> Practice of Psychiatry, Consultant, Trainer, Honolulu, Hawaii

**CURRENT ACADEMIC ACTIVITIES**
> Clinical Professor, Department of Psychiatry
> John A. Burns School of Medicine, University of Hawaii

**CURRENT CONSULTING**
> Consultant to Federal, State, and Territorial Government Agencies-ongoing since 1977; Consultant to other public and private entities.
> Administrative and Forensic Psychiatry

Page 1 of 10

1750 Kalakaua Avenue, Suite 2602 • Honolulu, Hawaii 96826
Phone: (808) 949-4977 • Fax: (808) 949-4577 • Email: hcrc@lava.net

669

CONFIDENTIAL
AZSER12777794

BEST COPY AVAILABLE

**CURRICULUM VITAE**                                          06/2003
Denis Mee-Lee, M.D.

**COMMUNITY ACTIVITIES**
Chair and Member of Review Committees for:
National Institute of Mental Health
Federal Department of Education
Federal Center for Substance Abuse Prevention
Federal Center for Substance Abuse Treatment
Member/Officer
Honolulu Japanese Seventh-Day Adventist Church Board

**MEDICAL STAFF MEMBERSHIPS**
Castle Medical Center - Chair, Department of Psychiatry
Member, Continuing Medical Education Committee
Kahi Mohala

**PROFESSIONAL EDUCATION AND EXPERIENCE**

| | |
|---|---|
| 1958 | Graduated Church of England Grammar School<br>Brisbane, Queensland, Australia |
| 1966 | M.B., B.S. (Bachelor of Medicine, Bachelor of Surgery)<br>University of Queensland, Australia |
| 1966 | E.C.F.M.G. Certificate |
| 1967 - 1968 | Rotating Internship<br>Townsville General Hospital<br>Townsville, Australia |
| 1967<br>Aug-Sept | Acting Superintendent<br>Palm Island Hospital<br>Palm Island Aboriginal Settlement |
| 1968 - 1969 | General Physician: Warburton Sanitarium and Hospital<br>Community Clinic<br>Warburton, Victoria, Australia |
| 1969 - 1972 | Residency in Psychiatry<br>The Harding Hospital<br>Worthington, Ohio |
| 1969 - 1972 | Affiliate Resident and Clinical Instructor<br>Department of Psychiatry<br>Ohio State University, Colombia, Ohio |
| 1970 - 1971 | Director of North Berkeley Experimental Unit<br>The Harding Hospital |

Page 2 of 10

CONFIDENTIAL
AZSER12777795

BEST COPY AVAILABLE

**CURRICULUM VITAE**                                                                06/2003
**Denis Mee-Lee, M.D.**


**PROFESSIONAL EDUCATION AND EXPERIENCE (Continued)**

| | |
|---|---|
| 1971 | Senior Resident |
| | The Harding Hospital |
| 1970 - 1971 | Personal psychotherapy with psychoanalytic therapist |
| 1971 August | M.Sc. (Master of Science) in Psychiatry |
| | Ohio State University |
| 1971 - 1972 | Fellow |
| | Laboratory of Community Psychiatry |
| | Harvard Medical School, Cambridge, MA |
| 1971 - 1972 | Field Consultant |
| | Office of Community Programs (Community Residences) |
| | Commonwealth of Massachusetts |
| | Psychiatric Consultant |
| | Concord Community Mental Health Center |
| | Concord, Massachusetts |
| | Affiliate Resident of Child Psychiatry |
| | Boston Children's Hospital |
| | Judge Baker Guidance Clinic, Boston, MA |
| 1972 June | Certificate in Community Psychiatry |
| | Harvard Medical School, Cambridge, MA |
| 1972 - 1973 | Instructor |
| | Laboratory of Community Psychiatry |
| | Department of Psychiatry |
| | Harvard Medical School, Cambridge, MA |
| 1972 - 1975 | Director, Center of Human Services (Founder) |
| | Director of Psychiatric Programs |
| | New England Memorial Hospital |
| | Stoneham, Massachusetts |
| 1972 - 1975 | Chief Investigator |
| | The Evaluation Project: Community |
| | Alternatives and the State Hospital |
| | Department of Mental Health and Laboratory of Community Psychiatry |
| | Coordinator |
| | Project 766 |
| | Boston School Department |

Page 3 of 10

671

CONFIDENTIAL
AZSER12777796

BEST COPY AVAILABLE

**CURRICULUM VITAE**                                                    06/2003
Denis Mee-Lee, M.D.

|  | |
|---|---|
| | Consultant, Assistant Director Office of Prevention, and Office of Community Program (Residences)<br>Department of Mental Health<br>Commonwealth of Massachusetts |
| | Psychiatric Consultant<br>Low Hills Schools, Acton, Massachusetts<br>Rivendall School, Maine (Delinquent Youth) |
| | Psychiatric Consultant<br>Atlantic Union College, School of Nursing |
| 1973 | FLEX Licensing Examination |
| 1976 - 1977 | Chief Psychiatrist<br>Mental Health Division<br>Department of Health, State of Hawaii |
| | Founder and Consultant<br>Human Services Unit (Psychiatry)<br>Castle Medical Center<br>Kailua, Hawaii |
| 1976 - 1977 | Acting Chief<br>Leeward Oahu Community Mental Health Center<br>Pearl City, Hawaii |
| 1977 - 1987 | Chief, Mental Health Division (Hawaii State Hospital, 8 Community Mental Health Centers, Statewide Special Programs)<br>Department of Health, State of Hawaii |
| 1977-1987 | Member, Officer, Community Chair<br>National Association of State Mental Health Program Directors |
| 1979 - 1980 | Acting Clinical Director<br>Hawaii State Hospital<br>Kaneohe, Hawaii |
| 1985 - 1986 | Deputy Director for Medical Affairs (Acting)<br>Department of Health, State of Hawaii |
| 1986 - 1995 | Examiner, American Board of Psychiatry and Neurology |
| 1987 - 1993 | Associate Professor of Psychiatry, John A. Burns School of Medicine<br>University of Hawaii |

**Page 4 of 10**

CONFIDENTIAL
AZSER12777797

BEST COPY AVAILABLE

**CURRICULUM VITAE**                                                                                06/2003
Denis Mee-Lee, M.D.

**PROFESSIONAL EDUCATION AND EXPERIENCE (Continued)**
1987-1999          Director of Psychiatry
                   Chief Clinical Officer for Behavioral Medicine Programs
                   Castle Medical Center, Kailua, Hawaii

**PROFESSIONAL MEMBERSHIPS**
          American Psychiatric Association
          Hawaii Psychiatric Society
          American Medical Association
          Hawaii Medical Association
          American Public Health Association
          Hawaii Public Health Association
          American Foreign Medical Graduates Association
          Oahu Alliance for the Mentally Ill
          National Alliance for the Mentally Ill
          American Academy for Psychiatrists in Alcoholism and Addictions
          Associates of Clinical Pharmacology
          Drug Information Association

**RESEARCH ACTIVITIES**
1963 June          Principal Investigator, "Attitudes Towards Unregistered Medical Practitioners."
                   University of Queensland, Australia, Paper

1971 August        Principal Investigator, "An Evaluation and Modification of an Established Milieu
                   Therapy Model." Harding Hospital, Worthington, Ohio, Thesis Research

1979 November      Principal Investigator, "Evaluating the Impact of Certain Dietary Modifications on
                   Chronic Psychiatry Symptomatology." Hawaii State Hospital, Hawaii

1984 January       Principal Investigator, "Hawaii Statewide Survey of Psychiatric and Substance
                   Abuse Problems." Department of Health, Mental Health Division, State of Hawaii

1989               Principal Investigator, "Collaborative Fixed-Dose Study of the Efficacy and Safety
                   of Study Drug in Generalized Anxiety Disorder." Hawaii Clinical Research Center

1990               Principal Investigator, "Fixed-Dose, Double-Blind Study Comparing Efficacy and
                   Safety of Study Drug vs. Placebo in the Treatment of General Anxiety Disorder
                   Associated with Depressive Symptoms." Hawaii Clinical Research Center

1991               Principal Investigator, "Efficacy and Safety of Study Drug in Generalized Anxiety
                   Disorder." Hawaii Clinical Research Center

1992               Principal Investigator, "A Prospective Randomized Double-Blind Multicenter,
                   Parallel-Groups Comparison of the Efficacy and Safety of Study Drugs and Placebo
                   in Outpatients with Generalized Anxiety Disorder." Hawaii Clinical Research Center

Page 5 of 10

CONFIDENTIAL
AZSER12777798

BEST COPY AVAILABLE

**CURRICULUM VITAE**                                                                          06/2003
Denis Mee-Lee, M.D.

### RESEARCH ACTIVITIES (Continued)

| | |
|---|---|
| 1993 | Principal Investigator, "A Flexible-Dose, Placebo-Controlled Trial of Study Drug and Other Drug in the Treatment of Generalized Anxiety Disorder." Hawaii Clinical Research Center |
| 1993 | Principal Investigator, "A Flexible-Dose, Double-Blind Study Comparing the Efficacy and Safety of Study Drug vs. Placebo in the Treatment of Panic Disorder." Hawaii Clinical Research Center |
| 1993 | Principal Investigator, "A Long-Term, Maintenance, Double-Blind Study Comparing Efficacy and Safety of Study Drug vs. Placebo in the Treatment of Panic Disorder." Hawaii Clinical Research Center |
| 1993 - 1996 | Principal Investigator, "A Double-Blind Study Comparing the Safety and Efficacy of Study Drug vs. Other Drug in the Treatment of Schizophrenia and Other Psychotic Disorders." Hawaii Clinical Research Center |
| 1994 | Principal Investigator, "A Clinical Evaluation of Study Drug in the Treatment of Schizophrenia." Hawaii Clinical Research Center |
| 1994 - 1995 | Principal Investigator, "A Post Marketing Surveillance Study in the Treatment of Migraine Headaches." Hawaii Clinical Research Center |
| 1995 | Principal Investigator, "A Prospective, Multicenter, Open-Label Study in the Management of Patients with Symptoms of Depression in General Psychiatric Practices." Hawaii Clinical Research Center |
| 1995 - 1996 | Principal Investigator, "A Double-Blind, Multicenter Study Comparing Study Drug vs. Other Drug in the Treatment of Uncomplicated Herpes Zoster in Immunocompetent Patients 50 Years of Age and Older." Hawaii Clinical Research Center |
| 1995 - 1996 | Principal Investigator, "A Randomized, Double-Blind, Multicenter Trial Assessing the Safety and Efficacy of Study Drug vs. Other Drug in the Treatment of Acute Pelvic Infections." Hawaii Clinical Research Center |
| 1995 - 1996 | Principal Investigator, "An Observational Study on the Clinical Management Patients Treated with Study Drug for Alcohol Dependence." Hawaii Clinical Research Center |
| 1995 - 1997 | Principal Investigator, "A Randomized Trial Assessing the Costs and Outcomes of Patients treated with a Conventional Group of Drugs vs. a New Medication in The Treatment of Schizophrenic and Schizoaffective Patients." Hawaii Clinical Research Center |

Page 6 of 10

CONFIDENTIAL
AZSER12777799

BEST COPY AVAILABLE

**CURRICULUM VITAE**                                                                06/2003
Denis Mee-Lee, M.D.

**RESEARCH ACTIVITIES (Continued)**

| | |
|---|---|
| 1996 - 1997 | Principal Investigator, " An Open Label, Multicenter Trial Evaluation on the Safety and Efficacy of Study Drug in Patients with Alzheimer's Disease." Hawaii Clinical Research Center |
| 1996 - 1998 | Principal Investigator, " An Active and Placebo, Controlled, Randomized, Parallel Study to Evaluate the Effects Of Study Drug vs. Other Drug in the Prevention of Gastric Ulcers in Patients continuing to take NSAID's." Hawaii Clinical Research Center |
| 1997 | Principal Investigator, "A Multicenter, Randomized, Double-Blind, Placebo and Active Controlled Study of Study Drug in Schizophrenic and Schizoaffective Patients." Hawaii Clinical Research Center |
| 1997 | Principal Investigator, "A Multicenter, Open-Label, Long-Term Follow-Up, Safety of Study Drug in Schizophrenic and Schizoaffective Patients who Participated in the Previous Study." Hawaii Clinical Research Center |
| 1997 - 1998 | Principal Investigator, "A Multicenter, Double-Blind, Randomized Comparison of Study Drug vs. Similar Drug in the Acute Treatment of Multiple Migraine Headaches." Hawaii Clinical Research Center |
| 1997 - 1998 | Principal Investigator, " A Study to Evaluate the Effects of Study Drug Compared with Other Drug on NSAID Induced Gastric Ulcers in Patients continuing to take NSAID's." Hawaii Clinical Research Center |
| 1997 - 1998 | Principal Investigator, " An Open-Label, Multicenter Safety and Efficacy Study using Study Drug in the Treatment of Visible, External Genital/Perianal Warts in Male and Female Patients." Hawaii Clinical Research Center |
| 1997 - Present | Principal Investigator, "A 24 Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of the Efficacy and Safety of Study Drug in Patients with Dementia Associated with Cerebrovascular Disease." Hawaii Clinical Research Center |
| 1997 - Present | Principal Investigator, "A Multicenter, Double-Blind, Double-Dummy, Placebo and Drug-Controlled, Randomized, Flexible-Dose Evaluation of the Safety and Efficacy of Study Drug in the Long Term Prevention of Relapse and Recurrence of Mania and/or Depression in Patients with Bipolar I Disorder." Hawaii Clinical Research Center |
| 1997 - Present | Principal Investigator, "A Multicenter, Double-Blind, Placebo-Controlled, Randomized, Fixed-Dose Evaluation of the Safety and Efficacy of Study Drug in the Long Term Prevention of Relapse and Recurrence of Depression and/or Mania Patients with Bipolar I Disorder." Hawaii Clinical Research Center |

Page 7 of 10

CONFIDENTIAL
AZSER12777800

BEST COPY AVAILABLE

**CURRICULUM VITAE**                                                    06/2003
Denis Mee-Lee, M.D.

**RESEARCH ACTIVITIES (Continued)**

| | |
|---|---|
| 1997 - Present | Principal Investigator, "A Triple-Blind, Parallel Study to Investigate the Effects of Study Drug vs. Similar Drug on the Reduction of Morbidity and Mortality in Hypertensive Patients with Left Ventricular Hypertrophy." Hawaii Clinical Research Center |
| 1997 - Present | Principal Investigator, "A Phase III, Double-Blind, Placebo-Controlled Study of Study Drug in the Treatment of Psychosis with Other Drug as Active Control." Hawaii Clinical Research Center |
| 1997 - Present | Principal Investigator, "An Open-Label Follow-On Study of the Long-Term Safety of Study Drug in Patients with Psychosis." Hawaii Clinical Research Center |
| 1998 | Principal Investigator, "Comparison of the Safety, Efficacy, and Resource Utilization of Study Drug Tablets vs. Other Drug for the Treatment of Streptococcal Pharyngitis/Tonsillitis." Hawaii Clinical Research Center |
| 1998 - Present | Principal Investigator, "Study Drug vs. Placebo in the Treatment of Bipolar Disorder, Manic or Mixed." Hawaii Clinical Research Center |
| 1998 - Present | Principal Investigator, "A Multicenter, Placebo and Active Control, Double-Blind, Randomized Study of the Efficacy, Safety and Pharmacokinetics of Study Drug (10 and 20 mg/day) in Schizophrenic and Schizoaffective Patients." Hawaii Clinical Research Center |
| 1998 - Present | Principal Investigator, "A Multicenter, Open-Label, Long-Term Follow-Up Safety Study of Study Drug Tablets in Schizophrenic and Schizoaffective Subjects who Participated in Previous Study." Hawaii Clinical Research Center |
| 1998 | Principal Investigator, "A Double-Blind, Randomized, Parallel Effectiveness Study of Two Hypertensive Treatment Regimens: Study Drug vs. Study Drug in Patients with Mild to Moderate Essential Hypertension." Hawaii Clinical Research Center |
| 1998 - Present | Principal Investigator, "A Multicentre, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Study Drug Compared to Placebo and Other Drug in the Treatment of an Acute Manic or Mixed Episode in Patients who have Bipolar Disorder: Incorporating Participation in Genotype Research Which is Optional for Both Study Centers and Patients." Hawaii Clinical Research Center |
| 1998-Present | Principal Investigator, 9 Phase I, Outpatient/Residential Safety and Pharmacokinetic Studies of Study Drug in Normal Healthy Subjects. Hawaii Clinical Research Center |

*Additional studies not listed.

Page 8 of 10

CONFIDENTIAL
AZSER12777801

BEST COPY AVAILABLE

**CURRICULUM VITAE**                                                                06/2003
**Denis Mee-Lee, M.D.**

## PUBLICATIONS AND PRESENTATIONS

Mee-Lee, Denis: "Love Thy Neighbor," Scope, 1:2, pp.12, 113, April 1971.

Mee-Lee, Denis: "Residency Training in Co-Therapy Groups," with Bruce Anderson, M.D., and Irving Pine, M.D., International Journal of Group Psychotherapy, April 1972.

Mee-Lee, Denis: "The Community Residence - Definition and Concept," (for teaching purposes), June 1972.

Mee-Lee, Denis: "Recent Developments in Community Mental Health," Medical Staff, The Harding Hospital, June 1972.

Mee-Lee, Denis: "Self-Help Groups and a Community Mental Health Center," with Susan Swanson (Unpublished), September 1972.

Mee-Lee, Denis: "Transitional Facilities and Alternatives to Institutional Care," Seminar on Comprehensive Approaches to Public Mental Health Practice, Concord, New Hampshire, March 1973.

Mee-Lee, Denis: "The Role of the Community with the Chronically Mental Ill," Hawaii Mental Health Association Annual Meeting, November 1977.

Mee-Lee, Denis: "Directions in Mental Health," Hawaii Health Messenger, Vol.41 No.1, Spring 1978.

Mee-Lee, Denis: "The Relative Role of Psychiatrists and Psychologist," Hawaii Psychological Society Annual Meeting, 1979.

Mee-Lee, Denis: "The Law and the Mental Health Patient — Out of Balance," Hawaii Health Messenger, Vol.43 No.1, Spring 1980.

Mee-Lee, Denis: "Guest Column: Mental Health Law," Perspective Mental Health Quarterly, Vol.2 No.2, Summer 1980.

Mee-Lee, Denis: "Hawaii's Serious Alcohol and Drug Abuse Problems," an interview,. Hawaii Health Messenger, Vol.44 No.1, Spring 1981

Mee-Lee, Denis: "Results of Statewide Survey," presentation with others to Hawaii Public Health Association, May 1984.

Mee-Lee, Denis: "Guest Editor," Hawaii Medical Journal, Vol.48 No.3, March 1989.

Mee-Lee, Denis: "The First Shall Be Last: But Can The Last Be First?", Hawaii Medical Journal, Vol.48 No.3, March 1989.

Page 9 of 10

CONFIDENTIAL
AZSER12777802

BEST COPY AVAILABLE

**CURRICULUM VITAE**                                                                                06/2003
Denis Mee-Lee, M.D.

## PUBLICATIONS AND PRESENTATIONS (Continued)

Mee-Lee, Denis: "Discriminating Placebo and Drug in GAD Trials: Single Versus Multiple Clinical Raters," with Vincent Glaudin, Ward T. Smith, James M. Ferguson, Eugene A. Duboff, Murray H. Rosenthal, NCDEU 33rd Annual Meeting, (Poster) June 1993.

Many other papers and presentations each year to professional, hospital and community groups.

## AWARDS AND RECOGNITIONS

Outstanding Professional in Human Services, The American Academy of Human Services, 1973.

Who's Who (Massachusetts), 1974.

Bioraphee, Dictionary of International Biography, 1974.

Physician Recognition Award, 1974.

Community Leaders and Noteworthy Americans, 1975 - 1976.

Who's Who in the West, 1979 - 1980.

Who's Who in Health Care, 1979.

Who's Who in America, 1982.

Who's Who in the World, 1983.

Numerous officerships in local, state, and national organizations.

**PERSONAL**          Born June 10, 1941, in Brisbane, Australia
                      Chinese-Australian
                      Married to REDACTED
                      Children:

Page 10 of 10

CONFIDENTIAL
AZSER12777803

BEST COPY AVAILABLE



| LICENSE NUMBER | EXPIRATION DATE |
|---|---|
| MD  -  2779 | 01/31/04 |

STATE OF HAWAII DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS

**PHYSICIAN**

**DENIS MEE-LEE**

REDACTED

(SIGNATURE
OF LICENSEE)

679

CONFIDENTIAL
AZSER12777804

BEST COPY AVAILABLE



CURRICULUM VITAE

Charles H. Merideth, M.D.
Affiliated Research Institute
8989 Rio San Diego Drive, Suite 350
San Diego, CA 92108
Phone:  (619) 688-6565
Fax:     (619) 688-6569

PROFESSIONAL LICENSURE:

California Medical License #C32377
DEA # AM4425802

BOARD CERTIFICATION:

10/1972   American Board of Psychiatry and Neurology

EDUCATION:

1960      DePauw University, Greencastle, Indiana
          Rector Scholarship, B.A. Summa Cum Laude

1961      Fullbright Scholarship, Anthropology
          Tuebingen University, Tuebingen, Germany

1965      Washington University School of Medicine, St. Louis, Missouri
          Jackson-Jackson Fellowship, M.D.

INTERNSHIPS AND RESIDENCIES:

1965–1966    Straight Medicine Internship, Michael Reese Hospital
                 Chicago, Illinois

1966–1969    Psychiatry Residency, Barnes Hospital
                 Washington University School of Medicine, St. Louis, Missouri

1

October, 2003

CONFIDENTIAL
AZSER12777805

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

## EXPERIENCE:

| | |
|---|---|
| 1994–Present | Medical Director, Affiliated Research Institute<br>San Diego, California |
| 1992–1993 | Medical Director, Sunrise Recovery<br>San Diego, California |
| 1990–Present | Private Practice, Charles H. Merideth, M.D., Inc. |
| 1971–1990 | Private Practice, Psychiatric Centers at San Diego<br>San Diego, California |
| 1985–1989 | Director of Research, Alvarado Parkway Institute<br>San Diego, California |
| 1976–1985 | Medical Director, Psychiatric Unit, Villa View Community Hospital, San Diego,<br>California |
| 1978–1979 | Chief of Staff, Villa View Community Hospital<br>San Diego, California |
| 1970–1971 | Consultant, Child Guidance Center, Savannah, Georgia |
| 1969–1971 | Consultant, Alcoholism Clinic, Savannah, Georgia |
| 1969–1971 | Chief, Mental Hygiene Consultation, Service,<br>U.S. Army Hospital, Fort Stewart, Georgia |
| 1969–1971 | Military Service, U.S. Army, Major, Medical Corps |
| 1969 | Chief, Consultation Service, Malcolm Bliss Mental Health Center, St. Louis,<br>Missouri |
| 1969 | Ward Supervisor, Malcolm Bliss Mental Health Center, St. Louis, Missouri |

October, 2003

2

681

CONFIDENTIAL
AZSER12777806

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

## APPOINTMENTS:

| | |
|---|---|
| 2002 | Staff Psychiatrist, Paradise Valley Hospital<br>2400 E. 4th Street<br>National City, CA  91950 |
| 2001 | Staff Psychiatrist, Bay View Hospital<br>330 Moss Street<br>Chula Vista, CA  91911 |
| 2000 | Clinical Professor of Psychiatry, Loma Linda University, Loma Linda, California |
| 1971–1978 | Assistant Clinical Professor of Psychiatry, University of California, San Diego, California |

## PUBLICATIONS:

Ascher J, Barnett S, Batey S, Ketter T, Merideth CH, Londborg P, West S: Safety and Tolerability of Lamotrigine in Controlled Mood Disorder Trials. Presented at APA in New Orleans 2001.

Merideth, CH, Sommerville, KW: Divalproex Sodium vs. Olanzapine for the treatment of mania in bipolar disorder: Effects on body weight change and related outcomes. Poster presentation, ACNP, Puerto Rico, December, 2000.

Michael E. Thase, and et al.: Mirtazapine versus Sertraline after SSRI Non-Response.  Evaluation of the efficacy and safety of 8 weeks treatment with either Mirtazapine or Sertraline in patients with major depression who had failed to respond to Fluoxetine, Paroxetine, or Citalpram, 2000

Merideth CH, Mahmoud RA, Engdlhart LM, Ramirez L, and the Risperidone Outcome Study & Effectiveness (ROSE) Group: Clinical and quality of life superiority of Risperidone over conventional antipsychotics under usual care conditions: a prospective randomized trial in schizophrenia and schizoaffective disorder, APA, 1998

Ferguson F, Cunningham L, Merideth CH, Apter J, Feighner JP, Ionescu-Pioggia M, Samara B, Johnston JA, Ascher J: Bupropion in Tricyclic Antidepressant Nonresponders with Unipolar Major Depressive Disorder, Annals of Clinical Psychiatry, 6(3), 153–160, 1994

Feighner JP, Boyer WF, Merideth CH, Hendrickson GG: A blind comparison of fluoxetine, imipramine and placebo in outpatients with major depression.  International Clinical Psychopharmacology, 4, 127–134, 1989.

October, 2003

3

CONFIDENTIAL
AZSER12777807

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

PUBLICATIONS (CONTINUED):

Feighner JP, Boyer WF, Merideth CH, Hendrickson GG: An overview of fluoxetine in geriatric depression.  Brit J Psychiatry 153 (Supp 3), 105–108, 1988

Feighner JP, Frost NR, Merideth CH, Hendrickson GG, Jacobs RS: A comparative trial of fluoxetine and amitriptyline in outpatients with major depressive disorder.  J Clin Psychiatry 46,9.369–372, 1985

Merideth CH, Feighner JP, Hendrickson GG: A blind comparative evaluation of the efficacy and safety of nomifensine, imipramine, and placebo in depressed geriatric outpatients. J Clin Psychiatry 45(4,Pt.2): 73–77, 1984

Feighner JP, Merideth CH, Stern W, Hendrickson GG, Miller LM: A blind study of buproprion and placebo in depression. Am J Psychiatry 141:525–529, 1984

Feighner JP, Merideth CH, Claghorn JL: Multi-center, placebo-controlled evaluation of nomifensive treatment in depressed outpatients. J Clin Psychiatry 45 (4, Pt.2) 47–51, 1984

Merideth CH, Feighner JP: A blind, controlled evaluation of zimelidine, imipramine, and placebo in inpatients with primary affective disorders. Acta Psychiatrica Scandinavica 308: 70–79, 1983

Feighner JP, Merideth CH, Frost NR, Chammas SN, Hendrickson GG: A blind comparison of alprazolam versus imipramine and placebo in the treatment of major depressive disorder.  Acta Psychiatrica Scandinavica 68 (4) 223–233, 1983

Feighner JP, Jacobs RS, Jackson RE, Hendrickson GG, Merideth CH, O'Mear P: A Blind Comparative trial with mianserin and amitriptyline in outpatients with major depressive disorder.  BR. J. Clin. Pharma. 15:227S–237S, 1983

Feighner JP, Merideth CH, Hendrickson GG: A blind comparison of  buspirone and diazepam in outpatients with generalized anxiety disorder.  J Clin Psychiatry 43 (12): 103–107, 1982

Feighner JP, Merideth CH, Hendrickson GG: A comparative blind placebo-controlled trial of nomifensine versus imipramine in primary depression.  Proceedings of the Collegium internationale Neuropsycholopharmacologium, Jerusalem, 1982

Feighner JP, Merideth CH, Dutt JE, Hendrickson GG: The comparative evaluation of lofepramine and imipramine for patients with primary depression. Preliminary Report Depressioner. AB Leo, Helsingborg, Sverige, and Acta Psychiatica Scandinavica 66(2): 100–108, 1982

October, 2003

4

CONFIDENTIAL
AZSER12777808

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

PUBLICATIONS (CONTINUED):

"Maintenance Antidepressant Therapy: A Double-Blind Comparison of Trazadone and Imipramine" Journal of Clinical Psychopharmacology, 1 - 6, 1981

"Suicide Communication by Adolescents", published by Diseases of the Nervous System, 1971

"The Communication of Suicide Intent in Psychiatric Illness" was presented at a conference on Life History of Research in Psychopathology in St. Louis, Missouri, November 1970

CLINICAL RESEARCH EXPERIENCE:

| 1974– | Co-Investigator: (Flupenthixol Study) Hoffman-LaRouche Pharmaceutical. |
| 1975-1976 | Co-Investigator: (Limbitrol Study) Hoffman-La Roche Pharmaceutical. |
| 1975 | Co-Investigator: (Nomifensine Study) Protocol 308. A blind, outpatient, antidepressant study.  Hoechst-Roussel Pharmaceutical. |
| 1976-1977 | Co-Investigator: (Alprazolam Study) Protocol 63226. A blind, outpatient, antidepressant study. Upjohn Pharmaceutical. |
| 1976-1977 | Co-Investigator: (Trazadone Study) Protocol 616.  A Blind, Inpatient, Antidepressant Study. Mead Johnson Pharmaceutical. |
| 1976-1977 | Co-Investigator: (Trazadone Study) Protocol 63226.  A Blind, Inpatient, Antidepressant Study, Mead Johnson Pharmaceutical. |
| 1976 | Co-Investigator: (Nomifensine Study) Protocol 3109.  A Blind, Inpatient Antidepressant Study.  Hoechst-Roussel Pharmaceutical. |
| 1977-1979 | Co-Investigator: (Nomifensine Study) Protocol 323.  A Double-Blind, Inpatient Geriatric Antidepressant Study.  Hoechst-Roussel Pharmaceutical. |
| 1977-1982 | Co-Investigator: (Trazadone Study) Protocol 720.  A Blind, Long-Term, Outpatient Antidepressant Study.   Mead Johnson Pharmaceutical. |
| 1978-1979 | Co-Investigator: (Clobazam Study) Protocol 302.  A Double-Blind, Outpatient, Anxiolytic Study.  Hoechst-Roussel Pharmaceutical. |

October, 2003

5

CONFIDENTIAL
AZSER12777809

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1978-1979   Co-Investigator: (Lofepramine Study) Protocol 13. A Blind,
Outpatient, Antidepressant Study.   EM Laboratories.

1978-1979   Co-Investigator: (Nomifensine Study) Protocol 320. A Blind,
Geriatric, Outpatient, Antidepressant Study. Hoechst-Roussel Pharmaceutical.

1979-1980   Co-Investigator: (Buspirone Study) Protocol 1049. A Blind,
Outpatient, Anxiolytic Study. Mead Johnson Pharmaceutical.

1979-1980   Co-Investigator: (Hydergine Study) Protocol 58. A Blind, Geriatric,
Outpatient, Antidepressant Study. Sandoz, Incorporated.

1979-1980   Co-Investigator: (Buspirone Study) Protocol 9966. A Blind,
Outpatient, Anxiolytic Study. Mead Johnson Pharmaceutical.

1979-1981   Co-Investigator: (Mianserin Study) Protocols A and B. A Blind, Outpatient,
Antidepressant Study with Long-Term Follow Up. Organon Laboratories.

1979-1980   Co-Investigator: (Wellbutrin Study) Protocols 14-01 and 17-01. A
Blind Outpatient Antidepressant Study with Long-Term, Open Label Follow Up.
Burroughs Wellcome Company.

1980-        Co-Investigator: (Fluotracen Study) Protocol 03. A Blind, Outpatient
Antidepressant Study. Sandoz Incorporated.

1980-1981   Co-Investigator: (Fluoxetine Study) Protocol 23. A Blind,
Outpatient Antidepressant Study. Eli Lilly Pharmaceutical.

1980-1981   Co-Investigator: (Fluvoxamine Study) Protocol 1145510. A Blind,
Inpatient Antidepressant Study. Duphar Laboratories.

1980-1982   Co-investigator: (Zimelidine Study) Protocols 108-411. A Blind, Outpatient,
Antidepressant Study with Long-Term Follow Up. Astra Pharmaceutical.

1981-1983   Co-Investigator: (Fluoxetine Study) Protocols 27 and 28. A Blind
Outpatient Antidepressant Study with Crossover and Long-Term
Options. Eli Lilly Pharmaceutical.

October, 2003

6

CONFIDENTIAL
AZSER12777810

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1981–1983    Co-Investigator: (Fluoxetine Study) Protocols 29 and 30. A Double-Blind, Inpatient Antidepressant Study with Crossover and Long-Term Options. Eli Lilly Pharmaceutical.

1981–1983    Co-Investigator: (Fluoxetine Study) Protocols 33 and 34. A Double Blind, Geriatric, Inpatient and Outpatient Antidepressant Study with Crossover and Long-Term Options. Eli Lilly Pharmaceutical.

1982–        Co-Investigator: (LY 123508 Study) Protocols 06 and 07.

1982–        Co-Investigator: (Trazadone Study) Protocol 1136. A Double-Blind, Outpatient, Antidepressant Study with Long-Term Follow Up. Mead Johnson Pharmaceutical.

1982–1983    Co-Investigator: (Adinazolam Study) Protocols 6309, 6311 and 6312. A Blind, Outpatient, Antidepressant Study with Long-Term Follow Up. Upjohn Pharmaceutical.

1982–1983    Co-Investigator: (Zimelidine Study) Protocol 108-303. A Blind, Geriatric, Inpatient and Outpatient Antidepressant Study. Astra Pharmaceutical.

1982–1989    Co-Investigator: (Wellbutrin Study) Protocol 39. An Open-Label, Humanitarian, Outpatient, Antidepressant Study. Burroughs Wellcome Company.

1983–1984    Co-Investigator: (Oxaprotiline Study) Protocol 14. A Blind, Outpatient, Antidepressant Study in Patients with a History of Alcoholism. Ciba-Geigy Pharmaceutical.

1983–1984    Co-Investigator: (Adinazolam Study) Protocol 6331. A Long-Term, Blind, Outpatient Antidepressant Study. Upjohn Pharmaceutical.

1983–1984    Co-Investigator: (Buspirone Study) Protocol 1604. A Double-Blind, Outpatient Anxiolytic Study. Mead Johnson Pharmaceutical.

1983–1984    Co-Investigator: (Moban (Molindone HCl) Study) A Blind, Outpatient, Anti-psychotic Study. DuPont Pharmaceutical.

October, 2003                                                             7

686

CONFIDENTIAL
AZSER12777811

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1983-1985   Co-Investigator: (Oxaprotiline Study) Protocols 07 and 12.  A Double-Blind, Outpatient, Antidepressant Study.  Ciba-Geigy Pharmaceutical.

1983-1984   Co-Investigator: (Adinazolam Study) Protocol 6318.  A Blind, Outpatient, Antidepressant Study.  Upjohn Pharmaceutical.

1983-1984   Co-Investigator: (BW647U Study) Protocol 6318.  A Blind, Outpatient, Antidepressant Study.  Burroughs Wellcome Company.

1983-1984   Co-Investigator: (Tomoxetine Study) Protocols 5 and 10.  A Blind, Outpatient, Antidepressant Study with Long Term Follow Up.  Eli Lilly Pharmaceutical.

1984-1985   Co-Investigator: (Fluoxetine Study) Protocol 62.  A Blind, Outpatient, Antidepressant Study.  Eli Lilly Pharmaceutical.

1985-1986   Co-Investigator: (Fluoxetine Study) Protocol 79.  A Blind, outpatient Antidepressant Study.  Eli Lilly Pharmaceutical.

1985-1986   Co-Investigator: (Paroxetine Study) Protocol 09.  A Fixed Dose, Blind, Outpatient, Antidepressant Study.  Beecham Laboratories.

1985-1986   Co-Investigator: (Paroxetine Study) Protocols 03 and 04.  A Blind, Outpatient, Antidepressant Study with Long-Term Follow-Up.  Beecham Laboratories.

1985-1988   Co-Investigator: (Mianserin Study) Protocols 001-032 and 001-042.  A Blind, Outpatient Antidepressant Study with Long-Term Follow Up.  Organon Laboratories.

1986-1987   Co-Investigator: (Tomoxetine Study) Protocol B4Z-HFAG.  A Blind, Fixed-Dose, Outpatient, Depression Study with Long-Term Extension.  Lilly Pharmaceutical.

1987        Co-Investigator: (WY-45, 030 Study) Protocol 600A-204.  Intermediate-Term Safety and Clinical Acceptability Study of WY-45, 030 Tablets in Depressed Patients.  Wyeth Laboratories.

1987-1988   Co-Investigator: (Buspirone Study) Protocol 03AIL.  A Blind, Outpatient, Anxiety Study.  Bristol-Myers Company.

October, 2003

8

CONFIDENTIAL
AZSER12777812

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1987-1988    Co-Investigator: (Tomoxetine Study) Protocol B4Z-MC-HFAH.  A
             Blind, Fixed Dose, Outpatient Depression Study with Long-Term Extension.  Lilly
             Pharmaceutical.

1987-1988    Co-Investigator: (Wellbutrin Study) Protocol 84A.  A Blind, Fixed
             Dose, Outpatient Depression Study.  Burroughs Wellcome Company.

1987-1988    Co-Investigator: (WY 45, 030 Study) Protocol 600A-203.  A Blind, Outpatient
             Depression Study.  Wyeth Pharmaceutical.

1987-1988    Co-Investigator: (Wellbutrin Study) Protocol 84A.  An Open-Label,
             Surveillance Study for Depressed Outpatients.  Burroughs Wellcome
             Company.

1987-1988    Co-Investigator: (Dothiepin Study) Protocol BPI 1003.  An Open-
             Label, Multi-Center Trial to Evaluate the Safety and Tolerability of
             Dothiepin in Doses of 200-300 mg/day for a 6-Week Period in
             Patients with Depression.  The Boots Company.

1987-1988    Co-Investigator: (Dothiepin Study) Protocol BPI 1004.  An Open-
             Label, Long-Term Extension Study of Dothiepin in Patients who have Previously
             Received Dothiepin for Depression in Study BPI 1003.  The Boots Company.

1987-1989    Co-Investigator: (Idazoxan Study) Protocol CR87/026.  A Blind, Parallel Group
             Comparison of Idazoxan and Placebo in  Patients with Major Depressive Disorder.
             Reckitt & Colman.

1987         Co-Investigator: (Buspirone Study) Protocol CN101-006.  A Placebo-Controlled
             Study to Assess a Concurrent Usage Schedule for Switching Patients from
             Alprazolam to Buspirone.  Bristol-Myers Company.

1988         Co-Investigator: (Buspirone Study) Protocol CN101-008.  A Placebo-Controlled
             Study to Assess a Concurrent Usage Schedule for Switching Patients from
             Alprazolam to Buspirone.  Bristol-Myers Company.

1988         Co-Investigator: (Milacemide Study) Protocol IC7-87-02-016.  A Multi-Center,
             Randomized, Blind, Parallel Group Dose Response Study of Milacemide in
             Patients with Mood Disorders Currently in a Major Depressive Episode.  G.D.
             Searle & Company.

October, 2003

9

CONFIDENTIAL
AZSER12777813

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1988-1989    Co-Investigator: (CP-76,593 Study) Protocol 088-101.  A Multi-Center, Blind, Placebo Controlled Trial of CP-76, 593 in the Treatment of Outpatients with Major Depressive Disorder.  Pfizer, Inc.

1988-1989    Co-Investigator: (Enciprazine Study) Protocol 685-203-US.  A Blind, Placebo Controlled, Parallel Group Dose-Determined Study of Enciprazine Tablets in Outpatients with Generalized Anxiety Disorder.  Wyeth-Ayerst Research.

1988-1989    Co-Investigator: (Ritanserin Study) Protocol 55667/201E. Ritanserin vs. Placebo in the Treatment of Generalized Anxiety Disorder (GAD), A Blind, Parallel Group Phase II Study.  Janssen Research Foundation.

1988-1989    Co-Investigator: (Ritanserin Study) Protocol 55667/201E. Ritanserin in the Treatment of Generalized Anxiety Disorder (GAD), an Open-Label Extension Study.  Janssen Research Foundation.

1988-1989    Co-Investigator: (Venlafaxine Study) Protocol 600A-301-US.  A Randomized, Blind Comparison of Venlafaxine, Imipramine, and Placebo Capsules in Outpatients with Major Depression.  Wyeth-Ayerst Research.

1988-1989    Co-Investigator: (Venlafaxine Study) Protocol 60A-305-US.  Long-Term Extension of a Blind Comparison of Venlafaxine, Imipramine, and Placebo Capsules in Outpatients with Major Depression.  Wyeth-Ayerst Research.

1988    Co-Investigator: (Buspirone Study) Protocol CN101-016.  A Blind Trial of Buspirone, Imipramine and Placebo in  the Treatment of Depressed Outpatients. Bristol-Myers Company.

1990-1991    Co-Investigator: (Fluvoxamine Study) Protocol 114.01.06. Fluvoxamine in the Treatment of Depression, A Single Center, Blind, Placebo-Controlled Comparison with Imipramine in Outpatients.  Reid-Rowell, Inc.

1989    Principal Investigator: (WY-47,846 Study) Protocol 656A-201-US. Open-Label, Outpatient, Antidepressant Study.  Wyeth-Ayerst Research.

1990    Principal Investigator: (WY-47-846 Study) Protocol 656A-202-US.  An Open-Label, Outpatient, Anxiolytic Study.  Wyeth-Ayerst Research.

October, 2003

10

CONFIDENTIAL
AZSER12777814

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

<u>CLINICAL RESEARCH EXPERIENCE (CONTINUED):</u>

1990          Principal Investigator: (Wellbutrin Study) Protocol 88.   The Safety and Efficacy of Wellbutrin and Fluoxetine in Depressed Outpatients.  Burroughs Wellcome Company.

1992-1993   Principal Investigator: (Wellbutrin SR Study) Protocol 205.  A Multi-Center, Dose Response Evaluation of the Safety and Efficacy of Bupropion HCl Sustained-Release Versus Placebo in Depressed Outpatients.  Burroughs Wellcome Company.

1992-1993   Principal Investigator: (Wellbutrin Study) Protocol 93.  A Multi-Center Evaluation of Bupropion (Wellbutrin) in Depressed Outpatients Non-Responsive to Tricyclic Antidepressants:  Amitriptyline, Doxepin, Imipramine, Desipramine, or Nortriptyline.  Burroughs Wellcome Company.

1993-1994   Principal Investigator: (DN-2327 Study) Protocol M92-826.  A Multi-Center Study  Comparing DN-2327 with Placebo in Generalized Anxiety Disorder. Abbott Labs/ Tap Pharmaceuticals Inc./ Besselaar

1993-1994   Principal Investigator: (Wellbutrin SR Study) Protocol 208.  An Open-Label, Multi-Site Evaluation of Bupropion HCl Sustained-Release to Determine the Clinical Response, Functional Status and Incidence of Serious Adverse Events.  Burroughs Wellcome Company.

1993-1994   Principal Investigator: (Olanzapine Study) Protocol F1D-MC-HCAJ (a).  A Multi-Center Evaluation of the Safety and Efficacy of Olanzapine Compared with Haloperidol in the Treatment of Psychotic Disorders.  Eli Lilly Company.

1993-1994   Principal investigator: (DN-2327 Study) Protocol M93-007.  An Open-  Label, Outpatient Study on Generalized Anxiety Disorder.  Abbott Labs/ Tap Pharmaceutical/ Besselaar.

1993-1994   Principal Investigator: (Wellbutrin SR Study) Protocol 212.  A Multi-Center Evaluation of Bupropion HCl Sustained-Release Versus Placebo in Depressed Outpatients.  Burroughs Wellcome Company.

1994-1995   Principal Investigator: (Sertindole Study) Protocol M93-098.  A Double-Blind, Placebo-Controlled, Haldol-Referenced Study of the Safety and Efficacy of Two Doses of Sertindole in Schizophrenia Patients.  Abbott Laboratories.

October, 2003                                                                                            11

CONFIDENTIAL
AZSER12777815

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1994–1995   Principal Investigator: (Sertindole Study) Protocol M92–795.  An Open–Label Assessment of the Long–Term Safety of Sertindol in the Treatment of Schizophrenic Patients.  Abbott Laboratories.

1994–1995   Principal Investigator: (Ziprasidone) Protocol 128–108.  A Blind, Haldol–Referenced Study of the Safety and Efficacy of Two Dose Regimens of Ziprasidone in the Maintenance and Treatment of Outpatients with Schizophrenia Disorder.  Pfizer Central Laboratories.

1994–1995   Principal Investigator: (Ziprasidone Study) Protocol 128–114.  A Blind, Placebo–Controlled Study Evaluating the Safety and Efficacy of Two Fixed Doses of Ziprasidone in the Acute Exacerbation of Schizophrenia and Schizoaffective Disorder.  Pfizer Central Laboratories.

1994–1995   Principal Investigator: (Flesinoxan Study) Protocol 128.2.02.  A Blind, Parallel, Placebo Controlled Comparison of Diazepam and Flesinoxan in the Treatment of Generalized Anxiety Disorder.  Solvay Pharmaceuticals.

1994–1995   Principal Investigator: (Seroquel Study) Protocol 5077IL/0013.  A Blind, Parallel, Multiple Fixed Dose Comparison of Seroquel and Haloperidol in the Treatment of Hospitalized Subjects with Acute Exacerbation of Chronic or Subchronic Schizophrenia.  Zeneca Pharmaceuticals.

1994–1995   Principal Investigator: (Propentofylline Study) Protocol US 301.  A Forty–Eight Week Efficacy and Safety Study of Propentofylline (HWA 285) in Patients with Alzheimer's Disease.  Hoechst–Roussel Pharmaceuticals.

1994–1995   Principal Investigator: (Propentofylline Study) Protocol US 302.  A Twenty–Four Week Efficacy and Safety Study of Propentofylline in Patients with Vascular Dementia.  Hoechst–Roussel Pharmaceuticals.

1994–1995   Principal Investigator: (Zalaplon Study) A Placebo–Controlled Comparison of Ambien and Zalaplon in the Treatment of Insomnia.  American Cyanamid Company.

1995–1996   Principal Investigator: (Sertindole Study) Protocol M94–222.  An Open Label Assessment of the Long Term Safety of Sertindole.  Abbott Laboratories.

October, 2003

12

CONFIDENTIAL
AZSER12777816

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1995–1996    Principal Investigator: (Pramipexole Study) Protocol M/2730/0046.  A Dose-
Response Study of Pramipexole in Combination with Maintenance Haloperidol for
the Treatment of Negative Symptoms of Schizophrenia.  The Upjohn Company.

1995–1996    Principal Investigator: (ORG 4428 Study) Protocol 057-004.  An Eight-Week,
Multi-Center, Active and Placebo-Controlled, Fixed Dose, Efficacy and Safety
Study of ORG 4428 in Patients with Major Depression.  Organon, Inc.

1995–1996    Principal Investigator: (ORG 4428 Study) Protocol 057-011.  A Long
Term, Multi-Center, Active and Placebo-Controlled, Fixed Dose Efficacy and
Safety Study of ORG 4428 in Outpatients with Major Depression.  Organon, Inc.

1995–1996    Principal Investigator: (Fluoxetine Study) Protocol B1Y-MC-HCHG (a).
Fluoxetine/Placebo in Panic Disorder.  Eli Lilly Laboratories.

1995–1996    Principal Investigator: (MK-462 Study) Protocol 022-012.  A Randomized, Triple
Blind, Placebo-Controlled, Outpatient Study to Examine the Safety and Efficacy of
MK-462 10 mg p.o. and MK-462 5 mg p.o. for the Treatment of Acute Migraine
and Migraine Recurrence.  Merck & Co, Inc.

1995–1996    Principal Investigator: (L-745,870 Study) Protocol L-745-870.  A Blind, Placebo
Controlled, Safety, Tolerability and Preliminary Antipsychotic Activity Study of L-
745,870 in Hospitalized Schizophrenic Patients. Merck & Co., Inc.

1995–1997    Principal Investigator: (Depakote Study) Protocol M93-111.  A
Comparative Cost Effectiveness Study of Depakote and Usual Care Versus
Lithium and Usual Care in the Treatment of Bi-Polar Disorder.  Abbott
Laboratories.

1995–1996    Principal Investigator: (Risperdal Study) Protocol RIS-USA-56B.  A
Randomized Trial to Assess the Outcomes and Costs of Risperdal Versus
Conventional Antipsychotic Therapy in Patients with Chronic Schizophrenia.
Janssen Research Foundation.

1995–1996    Principal Investigator: (Mazapertine Study) Protocol MAZ-INT-01.
Mazapertine Dose Finding Trial, Comparing Three Fixed Dosages of Mazapertine
to Risperidone and Placebo: Multi-Center, Blind Parallel-Group Study.  Janssen
Research Foundation.

October, 2003                                                                                          13

692

CONFIDENTIAL
AZSER12777817

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1995–1996    Principal Investigator: (Ziprasidone Study) Protocol 128–115.  Phase III, Six Week, Blind, Multi-Center, Placebo-Controlled Study Evaluating the Safety and Efficacy of Three Fixed Doses of Oral Ziprasidone (CP-88, QS9-I) (20 mg b.i.d., 60 mg b.i.d., 100 mg b.i.d.) and Haloperidol in the Acute Exacerbation of Schizophrenia or Schizoaffective Disorder.  Pfizer Central Laboratories.

1995–1996    Principal Investigator: (Luvox Study) Protocol S1143101.  Establishment of the Oral Fluoxetine Dose Effect Relationship for Efficacy and Safety in Outpatients  with Major Depressive Disorder.  A Randomized, Blind, Placebo and Sertraline Controlled, Parallel Group, Multicenter study.  Solvay Pharmaceuticals.

1995–1996    Principal Investigator: (Seroquel Study) Protocol 5077IL/0056.  A Multicenter, Open Randomized Comparison of ICI 204, 636 (SEROQUEL) and Usual Care on Health Outcomes in subjects with Schizophrenia and Schizoaffective Disorder.  Zeneca Pharmaceuticals.

1995–1996    Principal Investigator: (Wellbutrin Study) Protocol AKIA4003.  A Multicenter, Blind, Present Randomized Pilot Study Comparing the Safety and Efficacy of Wellbutrin (Bupropion HCl) Sustained Release and Paroxetine in the Treatment of Elderly Outpatients with Moderate to Severe Recurrent Major Depression.  Glaxo Wellcome.

1996–    Principal Investigator: (Exelon Study) Protocol ENA-B-452.  A Prospective, Multicenter, Open Label Pilot Present Study of the Safety and Efficacy of Exelon in Patients with Moderate to Severe Probable Alzheimer's Disease in a Long-Term Care Setting.  Sandoz Pharmaceuticals.

1997–    Principal Investigator: (Exelon Study) Protocol ENA-B-356.  An Open Label Study to Evaluate the Safety and Efficacy of 1.5 mg b.i.d. through 6 mg b.i.d. of Exelon in Patients with Mild to Severe Probable Alzheimer's Disease in the Community Setting.  Sandoz Pharmaceuticals.

1996–1997    Principal Investigator: (NXX-066 Study) Protocol SA-NXX-0013.  A Randomized, Placebo-Controlled Present Blind 16 Week Study of the Safety and Tolerability of NXX-066 in Patients with Mild to Moderate Alzheimer's Disease.  Astra USA.

October, 2003

14

693

CONFIDENTIAL
AZSER12777818

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1996–1997    Principal Investigator: (Paroxetine  Study) Protocol PAR–494.  A Blind, Placebo–
             Controlled Present Flexible Dosing Trial to Evaluate the Efficacy of Modified
             Release Paroxetine in the Treatment of Panic Disorder.  SmithKline Beecham
             Pharmaceuticals.

1996–1997    Principal Investigator: (Paroxetine Study) Protocol PAR–487.  A Blind, Placebo–
             Controlled Present Trial to Evaluate the Clinical Effects of Immediate Release
             Paroxetine and Modified Release Paroxetine in the Treatment of Major
             Depression in Elderly Patients.  SmithKline Beecham.

1997         Principal Investigator: (Ziprasidone Study) Protocol 128–126, A Phase III,
             Randomized Study Comparing 2 Doses of Intramuscular Ziprasidone (2 mg and
             20 mg) in Subjects with Psychosis and Acute Agitation.  Pfizer, Inc.

1996         Principal Investigator: (Zolmitriptan Study) Protocol 311C11/0071.  A Multi–
             Center, Blind, Randomized Comparison of Zolmitriptan (311C90, ZOMIG) and
             Sumatriptan in the Acute Treatment of Multiple Migraine Headaches.  Zeneca
             Pharmaceuticals.

1997         Principal Investigator: (Alniditan Study) Protocol ALN–INT–17.  A Randomized,
             Blind, Placebo–Controlled Trial to Evaluate the Efficacy and Safety of Alniditan
             (0.4, 0.8, or 1.4 mg) Given Subcutaneously in the Acute Treatment of Migraine.
             Janssen Research Foundation.

1997         Principal Investigator: (Alniditan Study) Protocol ALN–USA–18.  Open Evaluation
             of the Long–Term Efficacy, Safety and Tolerability of 1.4 mg SC Alniditan in the
             Acute Treatment of Migraine Attacks.  Janssen Research Foundation.

1997         Principal Investigator: (Propentofylline Study) Protocol HWA285–3018.  A 48–
             Week Study to Compare the Efficacy and Safety of Propentofylline (HWA285) with
             Placebo in Outpatients with Alzheimer's Disease.  Hoechst–Roussel
             Pharmaceuticals.

1997         Principal Investigator: (Wellbutrin Study) Protocol AK1A4002.  A Multi–Center,
             Blind, Placebo–Controlled Comparison of the Effects of Sexual Functioning of
             Wellbutrin (Bupropion HCl) Sustained Release of Sertraline in Outpatients with
             Moderate to Recurrent Major Depression.  Glaxo–Wellcome.

October, 2003                                                                    15

CONFIDENTIAL
AZSER12777819

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1998    Principal Investigator: (Risperdal Study) Protocol RIS–USA–102. The Safety and Efficacy of Risperdal (Risperidone) vs. Placebo vs. Haloperidol as Add on Therapy to Mood Stabilizers in the Treatment of the Manic Phase of Bipolar Disorder. Janssen Research Foundation.

1997    Principal Investigator: (Fluvoxamine Study) Protocol S1143102. A Multicenter, Blind, Placebo-Controlled, Parallel Group Study of the Safety, Tolerability, and Efficacy of Three Fixed Doses of Fluvoxamine vs. Placebo in Outpatients with Major Depressive Disorder. Solvay Pharmaceuticals.

1997–1998    Principal Investigator/Medical Director: (Aripiprazole Study) Protocol 31–97–201. A Phase III Double Blind, Placebo-Controlled Study of Aripiprazole in the Treatment of Psychosis. Otsuka America Pharmaceutical.

1997    Principal Investigator: (Aripiprazole Study) Protocol 31–97–203. An Open-Label, Follow-On Study of the Long Term Safety of Aripiprazole in Patients with Psychosis. Otsuka America Pharmaceutical.

1997    Principal Investigator: (Sertraline Study) Protocol R–0552. An Eight-Week, Multi-Center, Parallel-Group, Blind, Placebo-Controlled Study of Sertraline In Elderly Outpatients With DSM-IV Major Depression. Pfizer Pharmaceuticals.

1997    Principal Investigator: (MDL 100, 907 Study) Protocol 100907PR0015. A Multicenter, Randomized, Blind, Placebo-Controlled Study of MDL 100, 907 in Schizophrenic and Schizoaffective Patients. Hoechst Marion Roussel Pharmaceuticals.

1997    Principal Investigator: (Flibanserine Study) Protocol 511.11. An Eight-Week, Blind, Placebo-Controlled Study of 2, 20, 50 and 100 mg Flibanserine b.i.d. and Paroxetine q.d. in Patients with Major Depressive Disorder. Boehringer Ingelheim Pharmaceuticals, Inc.

1997    Principal Investigator: (Celecoxib Study) Protocol PR #IQ5-97-02-001. Clinical Protocol for Blind, Randomized, Placebo-Controlled, Comparative Study of Celecoxib (SC–58635) for the Inhibition of Progression of Alzheimer's Disease. G.D. Searle Pharmaceuticals.

October, 2003

16

CONFIDENTIAL
AZSER12777820

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1997        Principal Investigator: (L–754–030 Study) Protocol MK–0869 (L–754, 030).  A
            Blind, Multicenter, Dose–Finding Acute and Extension Study of MK–0869 (L–754–
            030) vs. Fluoxetine Hydrochloride and Placebo in the Treatment of Outpatients
            with Major Depressive Disorder.  Merck & Co., Inc.

1997        Principal Investigator: (EMD 68 843 Study) Protocol EMD 68 843–009.  A Blind,
            Randomized, Multicenter, Parallel Design Study to Evaluate the Efficacy and
            Safety of Individual Maximum Tolerated Doses of EMD 68 843 in Comparison
            with Placebo and Fluoxetine in Outpatients with Major Depressive Disorder.
            Merck Lipha.

1997        Principal Investigator: (M100907 Study) Protocol M100907/3001.  A Multicenter,
            Placebo and Active Control, Blind, Randomized Study of the Efficacy, Safety and
            Pharmacokinetics of M100907 (10 and 20 mg/ day) in Schizophrenic and
            Schizoaffective Patients (3001).  Hoechst Marion Roussel.

1997        Principal Investigator: (M100907 Study) Long Term Follow–up, Safety Study of
            M100907 Tablets in Schizophrenic and Schizoaffective Subjects who Participated
            in Protocol M100907/3001 or M100907/3002. Hoechst Marion Roussel.

1997        Principal Investigator: (ORG 5222 Study) Protocol 041002.  A Blind,
            Five–Armed, Fixed–Dose, Active and Placebo Controlled Dose–Finding Study With
            Sublingual ORF 5222 in Subjects with Acute Phase Schizophrenia.  Organon, Inc.

1997        Principal Investigator: (ORG 5222 Study) Protocol 041500.  ORG 5222 for
            Humanitarian Use. Organon, Inc.

1997        Medical Director: (Sertindole Study) Protocol M95–372.  A Double–Blind,
            Placebo–Controlled, Haldol–Referenced Study of the Safety and Efficacy of
            Sertindole in Schizophrenic Patients.  Abbott Laboratories.

1998        Medical Director: (Flibanserine Study) Protocol 511.12.  An Eight–Week, Double–
            Blind, Placebo–Controlled, Study of 2, 20, 50 and 100 mg Flibanserine b.i.d. and
            Paroxetine q.d. in Patients with Major Depressive Disorder.  Boehringer
            Ingelheim.

October, 2003                                                                    17

CONFIDENTIAL
AZSER12777821

BEST COPY AVAILABLE

_____

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1998        Principal Investigator: (Lamictal Study) Protocol SCAA2008. A Multicenter, Blind,
            Placebo-Controlled Evaluation of the Safety and Efficacy of Lamictal (Lamotrigine)
            Compared to Placebo and Lithium in the Treatment of An Acute Manic or Mixed
            Episode in Patients who have Bi-Polar Disorder: Incorporating Participation in
            Genotype Research Which is Optional for Both Study Centers and Patients.  Glaxo
            Wellcome Research and Development.

1998        Principal Investigator: (Pregabalin Study) A Placebo-Controlled Study of
            Pregabalin and Lorazepam in Patients With Generalized Anxiety Disorder
            (Protocol 1008-025). Parke-Davis Pharmaceutical Research.

1999        Principal Investigator/Medical Director: (Olanzapine (LY170053) Study) Protocol
            F1D-MC-HGGN.  The Comparative Efficacy of Olanzapine, Risperidone, and
            Haloperidol for Cognition in Schizophrenia.  Eli Lilly and Company.

1999        Medical Director: (Lamictal Study) Protocol SCAA2008 (105-609).  A Multicenter,
            Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Lamictal
            (Lamotrigine) Compared to Placebo in the Treatment of An Acute Manic or Mixed
            Episode in Patients Who Have Bi-Polar Disorder.  Glaxo Wellcome.

1999        Principal Investigator/Medical Director: (Aripiprazole Study) Protocol 31-98-213.
            An Open-Label Comparison of the Neurocognitive Effects of Aripiprazole to
            Olanzapine Administered Orally in Patients with Stable Psychosis.  Otsuka
            America Pharmaceutical, Inc.

1998        Principal Investigator: (Aripiprazole Study) Protocol 31-98-217.  A Multi-Center,
            Randomized, Blind, Active-Controlled Study to Compare the Long-term
            Maintenance Effects and Safety of Aripiprazole and Haloperidol Following Acute
            Relapse in Schizophrenia Patients.  Otsuka America Pharmaceutical, Inc.

1998        Principal Investigator: (Aripiprazole Study) Protocol 31-98-218.  Aripiprazole, An
            Open-Label Follow-up Study of the Long-Term Safety of Aripiprazole in Patients
            with Chronic Schizophrenia.  Otsuka America Pharmaceutical, Inc.

1998        Principal Investigator/Medical Director: (Aripiprazole Study) Protocol 31-98-220.
            An Open-Label Follow-On Study of the Long-Term Safety of Aripiprazole
            Administered Orally in Patients with Psychosis.  Otsuka America Pharmaceutical,
            Inc.

October, 2003                                                                    18

697

CONFIDENTIAL
AZSER12777822

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

<u>CLINICAL RESEARCH EXPERIENCE (CONTINUED):</u>

1998    Principal Investigator: (Iloperidone Study) Protocol ILP 2001.  A Prospective, Randomized, Blind, Multicenter Study of Iloperidone to Evaluate the Safety of Two Titration Schedules and to Compare the Safety and Efficacy of b.i.d. and q.d. Regimens to Haloperidol in Patients with Schizophrenia.  Novartis Pharmaceuticals Corporation.

1998    Principal Investigator/Medical Director: (Ziprasidone Study) Protocol R-0548.  A Multi-Center, Placebo-Controlled, Double-Blind Study Comparing  the Safety and Efficacy of Ziprasidone and Olanzapine in Subjects with Schizophrenia or Schizoaffective Disorder Needing Inpatient Care.  Pfizer, Inc.

1998    Principal Investigator: (Selegeline Study) Protocol S9303-E113-988.  A Blind, Placebo-Controlled, Parallel Assessment of  the Safety and Efficacy of the Selegiline Transdermal System in Patients with Major Depression.  Somerset Pharmaceuticals, Inc.

1998    Principal Investigator: (Memantine Study) Protocol MRZ 90001-9605.  Efficacy and Long-term Tolerability of Memantine in Patients with Moderately Severe to Severe Alzheimer's Disease (AD).  Merz + Co., GmbH & Co.

1998    Principal Investigator: (MK-0869 Study) Protocol MK-0869.  A Blind, Active and Placebo-Controlled, Safety,  Tolerability, and Preliminary Antipsychotic Activity Study of MK-0869 in Hospitalized Schizophrenic Patients.  Merck & Co., Inc.

1998    Principal Investigator: (Idebinone Study) Protocol CV-2619/PFNP-002.  A Blind, 12-Month Safety and Efficacy Extension Study of Idebinone (CV-2619) 120 mg t.i.d., and 360 mg t.i.d. in Patients with Probable Alzheimer's Disease.  Takeda America Research & Development Center, Inc.

1998    Principal Investigator: (Paroxetine Study) Protocol BRL 29060/641.  A Randomized, Blind, Placebo-Controlled, Fixed Dosage Trial to Evaluate the Efficacy and Tolerability of 20 and 40 mg/day Paroxetine in Patients with Generalized Anxiety Disorder.  SmithKline Beecham Pharmaceuticals.

1998    Principal Investigator: (Olanzapine Study) Protocol F1D-MC-HCGU.  Olanzapine vs. Risperidone and Placebo in the Treatment of Psychosis and Associated Behavioral Disturbances in Patients with Dementia.  Eli Lilly and Company, Inc.

October, 2003

19

CONFIDENTIAL
AZSER12777823

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

<u>CLINICAL RESEARCH EXPERIENCE (CONTINUED):</u>

1998        Principal Investigator: (Depakote Study) Protocol M97-696.  Evaluation of the
            Efficacy and Safety of Depakote CR in the treatment of the Manic Phase of Bi-
            Polar Disorder: A Placebo-Controlled Study.  Abbott Laboratories.

1998        Principal Investigator: (Ziprasidone Study) Protocol 128-127E.  An Open
            Extension Study in the Treatment of Schizophrenic Subjects Who Have
            Participated in Previous Ziprasidone Clinical Trials.  Pfizer, Inc.

1998        Principal Investigator: (Propentofylline Study) Protocol HWA285-3019.  A 24
            Week Study to Compare the Efficacy & Safety of Propentofylline (HWA285) with
            Placebo in Outpatients with Vascular Dementia.  Hoechst-Roussel
            Pharmaceuticals.

1999        Principal Investigator: (Lamictal Study) Protocol SCAA2010.  A Multi-Center,
            Blind, Placebo-Controlled, Flexible Dose Evaluation of the Safety and Efficacy of
            Lamictal (Lamotrigine) in the Treatment of a Major Depressive Episode in Patients
            Suffering from Bipolar Disorder.  Glaxo Wellcome.

1998        Principal Investigator: (Galantamine Study) Protocol GAL-USA-10.  Placebo
            Controlled Evaluation of Galantamine in the Treatment of Alzheimer's Disease:
            Safety and Efficacy Under a Slow-Titration Regimen.  Janssen Research.

1998        Medical Director: (Lamictal Study) Protocol SCAA4005.  An Evaluation of
            Lamotrigine vs. Carbamazepine, Phenytoin or Divalproex Sodium as
            Monotherapy Treatment for Epilepsy Patients who have Failed a Previous Course
            of Antiepileptic Drug Therapy.  Glaxo Wellcome Pharmaceuticals.

2000        Medical Director: (Paroxetine Study) Protocol 29060-651.  A Twelve-Week
            Double-Blind Fixed Dose Comparison of 20 and 40 mg Daily of Paroxetine and
            Placebo in Patients Suffering from Posttraumatic Stress Disorder.  SmithKline
            Beecham Pharmaceuticals.

1998-1999   Medical Director: (Lamictal Study) Protocol SCAA2010.  A Multi-Center, Blind,
            Placebo-Controlled, Flexible Dose Evaluation of the Safety and Efficacy of
            Lamictal (Lamotrigine) in the Treatment of a Major Depressive Episode in Patients
            Suffering from Bi-Polar Disorder.  Glaxo Wellcome.

October, 2003                                                                    20

CONFIDENTIAL
AZSER12777824

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1998-1999    Medical Director: (M100907 Study) Protocol M100907/3001.  A Multicenter, Placebo and Active Control, Blind, Randomized Study of the Efficacy, Safety and Pharmacokinetics of M100907 (10 and 20 mg/ day) in Schizophrenic and Schizoaffective Patients (3001).  Hoechst Marion Roussel.

1998-1999    Medical Director: (Depakote Study) Protocol M97-696.  Evaluation of the Efficacy and Safety of Depakote CR in the treatment of the Manic Phase of Bi-Polar Disorder: A Placebo-Controlled Study.  Abbott Laboratories.

1998-1999    Principal Investigator/Medical Director: (Lamictal Study) Protocol SCAA20022.  A Randomized, Multicenter, Blind, Placebo Controlled, Fixed Dose, 7 Week Evaluation of the Efficacy and Safety of Lamotrigine in Patients with Major Depression.  Glaxo Wellcome.

1998-1999    Principal Investigator/Medical Director: (Iloperidone Study) Protocol ILP 3000.  A Prospective, Randomized, Double-Blind, Placebo and Active-Controlled, Multi-Center Study to Evaluate the Efficacy and Safety of Three Fixed Doses of Iloperidone Given b.i.d. for 42 Days to Schizophrenic Patients with Acute or Subacute Exacerbation, Followed by a Double-Blind, Active-Controlled, Flexible Dose, Long-Term, Six-Month Phase with Iloperidone Given q.d.  Novartis Pharmaceutical.

1999    Principal Investigator: (Remeron (Mirtazapine) Study) Protocol 003-900.  A Multicenter, Randomized, Blind, Sertraline-Controlled Study of the Efficacy and Safety of Remeron (Mirtazapine) in Subjects with Major Depressive Disorder Who Failed on SSRI Treatment Due to Lack of Efficacy.  Organon Pharmaceuticals.

1999    Principal Investigator: (MK-0869 Study) Protocol 039-00.  A Double-Blind, Parallel, Placebo and Active-Controlled, Multicenter Study to Determine the Safety and Efficacy of MK 869 in Outpatients With Major Depressive Disorder and Anxiety.  Merck & Co., Inc.

1999    Principal Investigator: (Galantamine Study) Protocol GAL-USA-11.  Safety and Efficacy of Galantamine During Withdrawal in the Treatment of Alzheimer's Disease.  Janssen Research Foundation.

1999    Principal Investigator/Medical Director: (Ziprasidone) R-0570.  A Double-Blind Six-Month Continuation Protocol for Patients who Successfully Completed Protocol R-0548.  Pfizer, Inc.

October, 2003

21

CONFIDENTIAL
AZSER12777825

BEST COPY AVAILABLE

—————·····

Charles H. Merideth, M.D.

### CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1999        Principal Investigator: (Belfloxatone Study) Protocol 2918.  A Comparison of the Efficacy and Safety of Belfloxatone 2.5 mg OD vs. Placebo in Outpatients With Moderate to Severe Major Depressive Disorders; A Randomized, Double-Blind, 8-Week Multi-Center Phase II Trial.  Synthelabo Research, Inc.

1999        Principal Investigator/Medical Director: (Ziprasidone Study) Protocol R-0585.  A 52-Week (1 Year), Open Extension Study Evaluating the Safety and Efficacy of Continued Administration of 40-160 mg Daily of Oral Ziprasidone in the Treatment of Schizophrenic Patients Who have Participated in Previous Ziprasidone Clinical Trials.  Pfizer, Inc.

1999        Principal Investigator/Medical Director: (Pregabalin Study) Protocol 1008-022.  A Placebo-Controlled Study of Pregabalin in Patients with Acute Mania.  Parke-Davis.

1999        Principal Investigator: (Paroxetine Study) Protocol 29060/648.  A 12 Week, Double-Blind, Placebo Controlled, Parallel Group Study to Assess the Efficacy and Tolerability of Paroxetine in Patients Suffering from Posttraumatic Stress Disorder (PTSD). SmithKline Beecham.

1999        Principal Investigator: (Aricept and Vitamin E Study) Protocol ADC-008.  A Randomized, Blind, Placebo Controlled Trial to Evaluate the Safety and Efficacy of Vitamin E and Donepezil HCl (Aricept)  to Delay Clinical Progression from Mild Cognitive Impairment (MCI) to Alzheimer's Disease (AD).  Alzheimer's Disease Cooperative Study.

1999        Principal Investigator: (Aripiprazole Study) Protocol 173-98-203.  A Phase III, Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose Study of Oral OPC-14523 and Prozac in the Treatment of Outpatients with Moderate Depression. Otsuka America Pharmaceutical, Inc.

1999        Principal Investigator: (AIT-082 Study) Protocol 082-99-003. A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Evaluate AIT-082 in Patients with Probable Alzheimer's Disease of Mild to Moderate Severity. Neotherapeutics.

October, 2003                                                                                                22

CONFIDENTIAL
AZSER12777826

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

<u>CLINICAL RESEARCH EXPERIENCE (CONTINUED):</u>

1999        Principal Investigator/Medical Director: (Selegeline Study) Protocol S9303-P9806.
            A Double-Blind, Placebo-Controlled, Parallel Group Assessment of the Selegiline
            Transdermal System in the Prevention of Relapse of Symptoms Associated with
            Major Depression.  Somerset Pharmaceuticals, Inc.

1999        Principal Investigator/Medical Director: (Selegeline Study) Protocol S9303-9918.
            An Open-Label Study to Assess the Safety of the Selegiline Transdermal System
            in Patients with Major Depression.  Somerset Pharmaceuticals, Inc.

1999        Principal Investigator/ Medical Director: (Pregabalin Study) Protocol 1008-088.  A
            Sustained Efficacy Study of Pregabalin in Patients With Generalized Anxiety
            Disorder.   Parke-Davis Pharmaceutical Research.

1999        Principal Investigator/Medical Director: (Pregabalin Study) Protocol 1008-084.
            Open-Label Safety Study of Pregabalin (CI-1008) in Patients with Anxiety
            Disorders.  Parke-Davis Pharmaceutical Research.

1999        Principal Investigator: (Org 33062 Study) Protocol 134-002.  A Double-Blind,
            Multicenter, Randomized, Placebo-Controlled, Efficacy and Safety Study of Org
            33062 ER in Subjects with Major Depressive Disorder.  Organon, Inc.

1999        Principal Investigator: (Org 33062 Study) Protocol 134-501.  Open-Label
            Extension Trial in Subjects with Major Depressive Disorder Who Participated in
            One of the ORG 33062 ER Efficacy Trials.  Organon, Inc.

1999        Principal Investigator: (Depakote Study) Protocol M99-045.  Randomized,
            Double-Blind, Parallel Group, Multi-Center, Comparing the Use of Depakote and
            Zyprexa in the Treatment of Subjects with Bi-Polar Disorder Type I who are
            Hospitalized for an Acute Manic Episode.  Abbott Laboratories.

1999        Medical Director: (Selegeline Study) Protocol S9303-E114.  A Double-Blind,
            Placebo-Controlled, Parallel-Group Assessment of the Safety and Efficacy of Two
            Doses of the Selegiline Transdermal System (10 am and 20 mg) in Patients with
            Major Depression.  Somerset Pharmaceuticals.

1999        Principal Investigator/Medical Director: (Org 5222) Protocol 041-002.  A Double-
            Blind Five-Armed, Fixed-Dose, Active and Placebo-Controlled Dose-Finding
            Study with Sublingual Org 5222 in Subjects with Acute Phase Schizophrenia.
            Organon Pharmaceuticals.

October, 2003                                                                    23

CONFIDENTIAL
AZSER12777827

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

### CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1999        Medical Director: (Fluoxetine Study) Protocol B1Y-MC-HCJL. Fluoxetine vs. Placebo in Posttraumatic Stress Disorder. Eli Lilly and Company.

1999        Medical Director: (Wellbutrin Study) Protocol AK1A4007. A Multi-Center, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy and Effects on Sexual Functioning of Wellbutrin (Bupropion HCl) Sustained Release (SR) and Fluoxetine in Outpatients with Moderate to Severe Recurrent Major Depression. Glaxo Wellcome Pharmaceuticals.

1999        Medical Director: (Olanzapine Study) Protocol F1D-MC-HGHL. Olanzapine vs. Placebo in the Prevention of Relapse in Bi-Polar Disorder. Eli Lilly Pharmaceuticals.

1999        Medical Director: (Paroxetine Study) Protocol 29060-651. A 12-Week, Double-Blind, Fixed Dose Comparison of 20 and 40 mg Daily of Paroxetine and Placebo in Patients Suffering From Post Traumatic Stress Disorder (PTSD). SmithKline Beecham.

1999        Principal Investigator/Medical Director: (Org 5222 Study) Protocol 041-500. Org 5222 Long-Term Extension to Protocol 041-002. Organon Pharmaceuticals.

1999        Medical Director: (Selegeline Study) Protocol S9303-E113-98B. A Double-Blind, Placebo-Controlled Parallel Assessment of the Safety and Efficacy of the Selegeline Transdermal System in Subjects with Major Depression. Somerset Pharmaceuticals.

2000        Principal Investigator: (Venlafaxine ER) Protocol 0600B4-390-US. A Six-Month, Double-Blind, Placebo-Controlled, Parallel-Group Comparison of Venlafaxine ER Capsules and Placebo in Outpatients with Generalized Social Anxiety Disorder. Wyeth Ayerst.

2000        Principal Investigator/Medical Director: (Iloperidone Study) Protocol ILP3005. A Randomized, Double-Blind, Placebo- and Risperidone-Controlled, Multicenter Study to Evaluate the Efficacy and Safety of Two Nonoverlapping Dose Ranges of Iloperidone Given b.i.d. for 42 Days to Schizophrenic Patients Followed by a Long-Term Treatment Phase with Iloperidone given q.d. Novartis Pharmaceuticals.

October, 2003

24

CONFIDENTIAL
AZSER12777828

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

2000        Medical Director: (L-759274 Study) Protocol 026-00. A Double-Blind,
            Multicenter Study of Two Doses of L-759274 vs. Paroxetine Hydrochloride and
            Placebo in the Treatment of Outpatients with Major Depressive Disorder. Merck
            & Co., Inc.

2000        Medical Director: (Paroxetine Study) Protocol SB29060-701. A Randomized,
            Multicenter, Eight-Week, Double-Blind, Placebo-Controlled Flexible Dose Study
            to Evaluate the Efficacy and Safety of Paroxetine in Children and Adolescents with
            Major Depressive Disorder (MDD). SmithKline Beecham.

2000        Principal Investigator/Medical Director: (Lu 26-26-054 Study) Protocol SCT-MD-
            01. Fixed Dose Comparison of the Safety and Efficacy of Lu 26-054, Citalopram,
            and Placebo in the Treatment of Major Depressive Disorder. Forest Laboratories,
            Inc.

2000        Medical Director: (Org 33062 Study) Protocol 134-004. A Double-Blind,
            Multicenter, Randomized, Placebo-Controlled Efficacy and Safety Study of Org
            33062 ER and Fluoxetine in Subjects with Major Depressive Disorder. Organon,
            Inc.

2000        Medical Director: (Org 33062 Study) Protocol 134-502. A Double-Blind
            Extension Trial in Subjects with Major Depressive Disorder who Participated in
            the Placebo-and Fluoxetine Controlled Study of Org 330762 ER (protocol 134-
            004). Organon, Inc.

2000        Principal Investigator/Medical Director: (Lu 26-26-054 Study) Protocol SCT-MD-
            05. Flexible Dose Comparison of the Safety and Efficacy of Lu 26-054 and
            Placebo in the Treatment of Generalized Anxiety Disorder. Forest Laboratories,
            Inc.

2000        Medical Director: (Paroxetine Study) Protocol 29060/676. A 16-Week Double-
            Blind, Placebo Controlled Study to Investigate the Efficacy and Tolerability of
            Paroxetine in the Treatment of Children and Adolescents with Social Anxiety
            Disorder/Social Phobia. SmithKline Beecham.

October, 2003                                                              25

CONFIDENTIAL
AZSER12777829

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

2000    Medical Director: Protocol D1050006-P02, A Double-Blind, Randomized, Fixed Dose, Placebo-Controlled, Parallel-Group, 6-Week Efficacy, Safety and Tolerability Study of Two Dose Levels of SM-13496 in Patients with Schizophrenia by DSM-IV Criteria Who are Experiencing an Acute Exacerbation of Symptoms.  Sumitomo Pharmaceuticals America, Ltd.

2000    Principal Investigator: (Depakote Study) Protocol M99-010.  Safety and Efficacy of Depakote as Combination Therapy in the Treatment of Psychosis Associated with Schizophrenia.  Abbott Laboratories.

2000    Principal Investigator/Medical Director: (Org 5222 Study) Protocol 041-013.  A Double-Blind, Three-Armed, Fixed-Dose, Placebo-Controlled Dose-Finding Study with Sublingual Org 5222 in Subjects with Acute Phase Schizophrenia.  Organon, Inc.

2000    Medical Director: Protocol 29060-716, A Multicenter, Open-Label, Six-Month Extension Study to Assess the Long-Term Safety of Paroxetine in Children and Adolescents with major Depressive Disorder (MDD) or Obsessive-Compulsive Disorder (OCD).  SmithKline Beecham.

2000    Medical Director: Protocol TOPMAT-PHI-374, A Comparative Study of the Steady-State Pharmacokinetics of Lithium Before and During Multiple Oral Daily Topiramate (RWJ-17021) Dosing in Patients with Bipolar Disorder.  R.W. Johnson Pharmaceutical Research Institute

2000    Principal Investigator/Medical Director: (Org 5222 Study) Protocol 041-505.  Long-Term Maintenance of Subjects with Schizophrenia with Org 5222.  Organon, Inc.

2000    Principal Investigator: (Galantamine Study) Protocol GAL-USA-18.  Open Label Use of Synthetic Galantamine in the Treatment of Alzheimer's Disease.  Janssen Research Foundation.

2000    Principal Investigator/Medical Director: (Sertraline Study) Protocol A0501017.  A Multicenter, Ten-Week, Randomized, Double-Blind, Placebo-Controlled, Flexible Dose Outpatient Study of Sertraline in Children and Adolescents with Major Depressive Disorder.  Pfizer Central Research.

October, 2003

26

CONFIDENTIAL
AZSER12777830

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

2000     Principal Investigator/Medical Director: (Sertraline Study) Protocol A0501015.  A
         Multicenter, 24-Week, Open-Label Extension Study of Sertraline in Children and
         Adolescent Outpatients Previously Diagnosed with Major Depressive Disorder.
         Pfizer Central Research.

2000     Principal Investigator/Medical Director: (LU 26-054 Study) Protocol SCT-MD-04.
         Flexible Dose Comparison of the Safety and Efficacy of LU 26-054, Citalopram,
         and Placebo in the Treatment of Panic Disorder.  Forest Laboratories.

2000     Principal Investigator/Medical Director: (Seroquel Study) Protocol 5077IL/0099.
         A Multicenter, Double-Blind, Randomized Placebo-Controlled Trial of the Safety
         and Efficacy of Seroquel (Quetiapine Fumarate) as Add-On Therapy with Lithium
         or Divalproex in the Treatment of Acute Mania.  Astra Zeneca Pharmaceuticals.

2000     Medical Director: (Reboxetine Study) Protocol M2020-0047.  Reboxetine,
         Placebo, and Paroxetine Comparison in Patients with Major Depressive Disorder.
         Pharmacia & Upjohn.

2000     Medical Director: (Reboxetine Study) Protocol 950E-CNS-0005-087.  Open-Label
         Reboxetine Continuation Therapy.  Pharmacia & Upjohn.

2000     Principal Investigator/Medical Director: (Buspirone Hydrochloride ER Study)
         Protocol B99-CT3.005.BUS P02.  A Double-Blind, Randomized, Placebo-
         Controlled, Parallel-Group, Fixed-Dose Study of the Efficacy, Safety, and
         Tolerability of Buspirone Hydrochloride Extended Release Compared to Placebo
         in Patients with Generalized Anxiety Disorder.  Biovail Laboratories, Inc.

2000     Principal Investigator/Medical Director: (Buspirone Hydrochloride ER Study)
         Protocol B99.CTOL.008.BUS.P02.  An Open-Label Study of the Safety ,
         Tolerability, and Efficacy of Up to 90 mg Buspirone Hydrochloride Extended
         Release in Patients with Generalized Anxiety Disorder.  Biovail Laboratories, Inc.

2000     Medical Director: (Venlafaxine Study) Protocol 060084-392-US.  A Double-Blind,
         Placebo-Controlled, Parallel-Group Comparison of Venlafaxine Extended-
         Release Capsules and Paroxetine in Outpatients with Generalized Anxiety
         Disorder.  Wyeth-Ayerst Research.

October, 2003                                                                27

CONFIDENTIAL
AZSER12777831

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

2000    Medical Director: (Aripiprazole Study) Protocol 173-98-203.  A Phase II, Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose Study of Oral OPC-14523 and Prozac in the Treatment of Outpatients with Moderate Depression. Otsuka America Pharmaceutical, Inc.

2000    Principal Investigator: Protocol 31-98-213.  An Open-Label Comparison of the Neurocognitive Effects of Aripiprazole to Olanzapine Administered Orally in Patients with Stable Psychosis.  Otsuka America Pharmaceutical, Inc.

2000    Principal Investigator/Medical Director: Protocol 31-98-220.  An Open-Label Follow-On Study of the Long-Term Safety of Aripiprazole Administered Orally in Patients with Psychosis.  Otsuka America Pharmaceutical, Inc.

2000    Principal Investigator: (Paroxetine Study) Protocol DRI3650.  A Double-Blind, Placebo- and Paroxetine Controlled, Multicenter, Dose Ranging Study Evaluating the Efficacy and Safety of SRI42801 in Outpatients with Major Depressive Disorder.  Sanofi-Synthelabo.

2000    Medical Director: (Topiramate Study) Protocol TOPMAT-PDMD-005.  A Placebo-Controlled 12-Week Study of the Safety and Efficacy of Two Doses of Topiramate Versus Placebo for the Treatment of Acute Manic or Mixed Episodes In Subjects With Bipolar I Disorder With An Optional Open-Label Extension Protocol.  The R.W. Johnson Pharmaceutical Research Institute.

2000    Medical Director: (Depakote Study) Protocol M99-082.  A Double-Blind, Placebo-Controlled Study of Depakote® in the Treatment of Behavioral Agitation in Elderly Patients with Dementia.  Abbott Laboratories.

2000    Medical Director: (LU 26-054 Study) Protocol SCT-MD-11.  Evaluation of the Safety and Efficacy of LU 26-054 in the Prevention of Depression Recurrence. Forest Laboratories, Inc.

2000    Principal Investigator: (LU 26-054 Study) Protocol SCT-MD-17.  An Open-Label Extension Study of the Safety and Efficacy of LU 26-054 Patients with Generalized Anxiety Disorder.  Forest Laboratories, Inc.

October, 2003

28

CONFIDENTIAL
AZSER12777832

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

2000          Principal Investigator/Medical Director: (Lamictal Study) Protocol SCA40910. A
              Multicenter-Double-Blind, Placebo Controlled, Fixed-Dose Evaluation of the
              Safety, Efficacy, and Tolerability of Lamictal (Lamotrigine) in the treatment of a
              Major Depressive Episode in Patients with Type I Bipolar Disorder.  Glaxo
              Wellcome.

2000          Principal Investigator: (Topiramate Study) Protocol CAPSS-155.  A comparison of
              the Efficacy and Safety of TOPAMAX® (Topiramate) Tablets Versus Placebo for the
              Prophylaxis of Migraine.  Ortho-McNeil Pharmaceutical, Inc.

2000          Principal Investigator: (Galantamine Study) Protocol GAL-INT-10.  A Placebo
              controlled evaluation of galantamine in the treatment of Alzheimer's Disease:
              Safety and Efficacy of a controlled release formulation.  Janssen Research
              Foundation.

2000          Principal Investigator: (L-830982 Study) Protocol 008-00, A Double-Blind,
              Multicenter, Placebo-Controlled Study of L-830982 in the Treatment of
              Outpatients with Generalized Anxiety Disorder.  Merck & Co., Inc.

2000          Medical Director: (Fluoxetine Study) Protocol 003048, A Multicenter,
              Randomized, Double-Blind, Fluoxetine and Placebo controlled Study of the
              Efficacy and Safety of Remeron Sol Tab (mirtazapine) Orally Disintegrating
              Tablets in Subjects with Major Depressive Disorder.  Organon, Inc.

2001          Principal Investigator: (Seroquel Study) Protocol 5077IL/0099, A Multicenter,
              Double-Blind, Randomized, Placebo-Controlled Trial of Safety and Efficacy of
              SEROQUEL (Quetiapine Fumerate) as Add-on Therapy with Lithium or Divalproex
              in the Treatment of Acute Mania.  Astra Zeneca Pharmaceuticals, Inc.

2001          Principal Investigator/Medical Director: (Seroquel Study) Protocol 5077IL/0041, A
              Multicenter, Double-Blind, Randomized Comparison of the Efficacy and Safety of
              Sustained-Release Formulation Quetiapine Fumerate (Seroquel ™) and Placebo in
              the Treatment of Patients with Schizophrenia.  Astra Zeneca Pharmaceuticals, Inc.

2001          Principal Investigator/Medical Director: (Org 5222 Study) Protocol 041-013, A
              Double-Blind, Three-Armed, Fixed-Dose, Placebo Controlled Dose-Finding Study
              with Sublingual Org 5222 in Subject with Acute Phase Schizophrenia.  Organon,
              Inc.

October, 2003                                                                    29

CONFIDENTIAL
AZSER12777833

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

| 2001 | Medical Director: (L-330932 Study) Protocol 006-01, A Double-Blind, Multicenter Acute Study of Two Doses of L-330932 versus Lorazapam and Placebo in the Treatment of Out Patients with Generalized Anxiety Disorder. Merck & Co., Inc. |

2001      Principal Investigator: (Risperdal Study) Protocol RIS-USA-240, The Efficacy and Safety of Flexible Dose Ranges of Risperidone vs. Placebo or Divalproex Sodium in the Treatment of Manic or Mixed Episodes Associated with Bipolar I Disorder. Janssen Pharmaceutica Research Foundation.

2001      Principal Investigator: (Risperdal Study) Protocol RIS-USA-241, A 9-Week, Open-Label, Multicenter, Safety Trial of Flexible Dose Ranges of Risperidone in the Treatment of Manic or Mixed Episodes Associated with Bipolar I Disorder. Janssen Pharmaceutica Research Foundation.

2001      Medical Director: (Zopiclone Study) Protocol 190-049, A Twelve-Month, Open-Label Study of the Safety of (S) Zopiclone in Adult Subjects with Insomnia. Sepracor, Inc.

2001      Medical Director: (Risperdal Study) Protocol RIS-USA-209, A Randomized Double Blind Study to Evaluate the Anticholinergic Burden in Subjects with Psychosis of Dementia Treated with Risperidone or Olanzapine. Janssen Pharmaceutica, Inc.

2001      Medical Director/Principal Investigator: Protocol RIS-USA-259, Open Label Trial Exploring a Switching Regimen from Oral Neuroleptics, other than Risperidone, to Risperidone Depot Microspheres. Janssen Research Foundation.

2001      Medical Director/Principal Investigator: Protocol RIS-USA-265, An Open Label, Long Term Trial of Risperidone Long Acting Microspheres in the Treatment of Subjects Diagnosed with Schizophrenia. Johnson & Johnson Pharmaceutical Research & Development, L.L.C.

2001      Medical Director: Protocol 006B-1007-35, A Double-Blind, Randomized, Placebo-Controlled, 3-Month Clinical Trial of Venlafaxine ER and Sertraline in the Treatment of Posttraumatic Stress Disorder. Wyeth-Ayerst Pharmaceuticals.

October, 2003                                                                 30

CONFIDENTIAL
AZSER12777834

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

2001        Medical Director/Principal Investigator: Protocol 059-00, A Double-Blind, Multicenter, Placebo- and Active-Controlled Study of MK-0869 in the Treatment of Patients with Major Depressive Disorder with Melancholic Features. Merck & Company, Inc.

2001        Medical Director: Protocol 0600B-100735, A Double-Blind, Randomized, Placebo-Controlled, 3-Month Clinical Trail of Venlafaxine ER and Sertraline in the Treatment of Posttraumatic Stress Disorder. Wyeth-Ayerst Pharmaceuticals.

2001        Medical Director: Protocol 060-00, A Double-Blind, Multicenter, Placebo- and Active-Controlled Acute and Extension Study of MK-0869 in the Treatment of Patients with Major Depressive Disorder. Merck & Co., Inc.

2001        Medical Director: Protocol B01.CT3.016.BUS P02, Randomized, Double-Blind, Placebo-Controlled Parallel-Group, Fixed Dose Study of the Efficacy, Safety, and Tolerability of 60mg Buspirone Hydrochloride Extended Release Compared to Placebo in Patients with Generalized Anxiety Disorder Who Have Stable Disease Characteristics.

2001        Medical Director: Protocol F1D-US-HGJT, Olanzapine Versus Risperidone in the Treatment of Bipolar I Disorder, Manic or Mixed. Eli Lilly and Company

2001        Medical Director: Protocol 1043-012, A 6-Week, Double-Blind, Randomized, Multicenter, Fixed-Dose, Placebo-Controlled Study of Pagoclone Dosed Twice a Day in Patients with Generalized Anxiety Disorder. Pfizer, Inc.

2001        Medical Director: Protocol 0600B4-392-US, A Double-Blind, Placebo-Controlled, Parallel Group Comparison of Venlafaxine in Outpatients with Generalized Social Anxiety Disorder. Wyeth-Ayerst Research.

2001        Medical Director: Protocol D10005-P01, A Double-Blind, Randomized, Fixed-Dose, Placebo-Controlled, Parallel Group, 6-Week, Efficacy, Safety and Tolerability of Two Dose Levels of SM-13496 in Patients with Schizophrenia by DSM-IV Criteria who are Experiencing an Acute Exacerbation of Symptoms. Sumitomo Pharmaceuticals

2001        Medical Director: Protocol 134-004 (02), A Double-Blind, Multi-center, Randomized, Placebo-Controlled, Efficacy and Safety Study of ORG 33062 ER and Fluoxetine in Subjects who suffer from Major Depressive Disorder with Atypical Features. Organon, Inc.

October, 2003                                                                                              31

CONFIDENTIAL
AZSER12777835

BEST COPY AVAILABLE

———

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

2001    Medical Director: Protocol 134–502 (02), A Double–Blind, Multi–center Extension Trial in Subjects who suffer from Major Depressive Disorder with Atypical Features who Participated in the Placebo– and Fluoxetine Controlled Study of ORG 33062 ER.  Organon, Inc.

2001    Medical Director: Protocol 173–00–221, A Phase II, Randomized, Double–Blind, Placebo–Controlled, Dose–Ranging study of Fixed Doses of Oral OPC–14523 and Prozac in the Treatment of Outpatients with Moderate Depression.  Otsuka America Pharmaceutical, Inc.

2001    Medical Director: Protocol SB59746–A Study 003, A Randomized, Double–Blind, Placebo–Controlled, Flexible Dosage Trial to Evaluate the Efficacy and Tolerability of Paroxetine CR in Patients with Generalized Anxiety Disorder (GAD).  GlaxoSmithKline.

2001    Medical Director: Protocol 190–048, A Randomized, Double–Blind, Placebo–Controlled Parallel, Two–Week Efficacy and Safety Study of (S)–Zopiclone in Elderly Subjects with Primary Insomnia.  Sepracor.

2001    Medical Director: Protocol 003–048, Multi–Center, Randomized, Double–Blind, Fluoxetine and Placebo–Controlled Study of the Efficacy and Safety of REMERON Sol Tab (mirtazapine) Orally Disintegrating Tablets in Subjects with major Depressive Disorder.  Organon, Inc.

2001    Principal Investigator: Protocol 082–2001–001, A Placebo–Controlled, Dose–Titration, Efficacy and Tolerability Study of Neotrofin™ in Patients with Probable Alzheimer's Disease.  NeoTherapeutics Inc.

2001    Medical Director: Protcol TOPMAT–PDMD–005, A Randomized, Double–Blind, Multicenter, Placebo–Controlled 12–Week Study of the Safety and Efficacy of Two Doses of Topiramate for the Treatment of Acute Manic or Mixed Episodes in Subjects with Bipolar 1 Disorder with an Optional Open–Label Extension .  R.W. Johnson Pharmaceutical Research Institute.

2002    Principal Investigator: Protocol 134–501.4, Protocol for the Open–label Extension Trial in Subjects with Major Depressive Disorder who Participated in One of the ORG 33062 ER Efficacy Trials (Amendment 4 Modification: Inclusion of Subjects with major Depressive Disorder Without Prior Participation in ORG 33062 Efficacy Trials) Organon.

October, 2003

32

CONFIDENTIAL
AZSER12777836

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

2002    Principal Investigator: Protocol S9303-P0204, A Phase III, Open-Label Study of the Safety and Efficacy of the Selegeline Transdermal System (20mg/20cm2, 30mg/30cm2, or 40mg/40cm2) in Elderly Subjects with Major Depression. Somerset Pharmaceuticals, Inc.

2002    Principal Investigator: Protocol RIS-USA-275, A Six-Month, Double-Blind, Randomized, International, Multicenter Trial to Evaluate the Glucoregulatory Effects of Risperidone and Olanzapine in Subjects with Schizophrenia or Schizoaffective Disorder. Janssen Pharmaceutica Products.

2002    Principal Investigator: Protocol D1050049-P01, A 6-Week, Double-Blind, Randomized, Fixed Dose, Parallel-Group Study of the Efficacy and Safety of Three Dose Levels of SM-13496 Compared to Placebo and Haloperidol in Patients with Schizophrenia Who are Experiencing an Acute Exacerbation of Symptoms. A Phase IIB Study. Sumitomo Pharmaceuticals America, Ltd.

2002    Principal Investigator: Protocol D1050174-P01, A Randomized, Open-Label, Dose-Blinded, Multicenter, 6-Month Study of Safety and Tolerability of 3 Dose levels of SM-13496 in Patients with Schizophrenia. A Phase IIb Study. Sumitomo Pharmaceuticals America, Ltd.

2002    Principal Investigator: Protocol CENA713BUS18, An Open-Label, Multi-Center, Sequential Cohort Study Prospectively Evaluating the Tolerability and Safety of Switching Patients from Aricept® (Donepezil) 10 mg/day to Exelon (Rivastigmine) 1.5 mg bid. Novartis Pharmaceuticals Corporation.

2002    Principal Investigator: Protocol 5077US/0049, A Multicenter, Double-blind, Randomized, Placebo-Controlled, Double-Dummy Trial of the Use of Quetiapine Fumerate (SEROQUEL™) in the Treatment of Patients with Bipolar Depression. AstraZeneca.

2002    Principal Investigator: Protocol EFC4796, Comparison of the Efficacy and Safety of 2 Oral Doses of Rimonabant, 5 mg/day or 20 mg/day, versus placebo, as an Aid to Maintenance of Smoking Cessation - A Multiple Country, Randomized, Double-Blind, 5 Arm, Placebo-Controlled, Parallel-Group, Fixed Dose, 2-Year, Multi-Center, Phase III Trial; 1-Year Treatment, 1-Year Follow-Up. Sanofi-Synthelabo.

October, 2003

33

CONFIDENTIAL
AZSER12777837

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

2003    Principal Investigator: Protocol 01-02-TL-375-022, A Phase III, Open-Label, Fixed-Dose Study to Determine the Safety of Long Term Administration of TAK-375 in Subjects with Chronic Insomnia.  Takeda Pharmaceuticals North America, Inc.

2003    Principal Investigator: Protocol 01-02-TL-375-020, A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient, Safety and Efficacy Study of TAK-375 in Adults with Chronic Insomnia.  Takeda Pharmaceuticals North America

2003    Principal Investigator: Protocol 01-02-TL-375-025, A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient, Safety and Efficacy Study of TAK-375 in Elderly Subjects with Chronic Insomnia. Takeda Pharmaceuticals North America.

2003    Principal Investigator: Protocol ARI-001, A single-center, Double-Blind, Placebo-Controlled, Fixed-Dose Evaluation of the Safety, Efficacy and Tolerability of Lamictal ™(Lamotrigine) in the Treatment of Obesity in Adults. GlaxoSmithKline.

2003    Principal Investigator: Protocol OHB20003, A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Flexible-Dose Study Evaluating Efficacy, Safety and Tolerability of Once-Daily Oral GW353162 (40-60-80mg) Versus Placebo in Subjects with Major Depressive Disorder Over an Eight-Week Period. GlaxoSmithKline.

2003    Principal Investigator: Protocol C6671a/205/PT/US, A 12-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study to Evaluate the Efficacy and Safety of GABITRIL®, at Dosages up to 16mg/day, in the Treatment of Chronic Post-Traumatic Stress Disorder in Adults.  Cephalon, Inc.

2003    Principal Investigator: Protocol C667a/204/AX/US, An 8-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of GABITRIL®, at Dosages up to 16mg/day, in the the Treatment of Generalized Anxiety Disorder in Adults.  Cephalon, Inc.

October, 2003                                                                                     34

CONFIDENTIAL
AZSER12777838

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

2003        Principal Investigator:  Protocol EFC5379, A Double-Blind, Multicenter Study
            Evaluating the Efficacy and Safety of one Fixed Dose of SR58611A (700 mg/day)
            Versus Placebo and Paroxetine (20 mg/day) in Patients with a Recurrent Major
            Depressive Episode.  Sanofi-Synthelabo.

2003        Principal Investigator:  Protocol C6671a/302/PT/US, A 12-Month, Open-Label,
            Flexible-Dosage Study to Evaluate the Safety of GABITRIL®, at Dosages up to 16
            mg/day in Adults With Chronic Post-Traumatic Stress Disorder.  Cephalon, Inc.

2003         Principal Investigator:  Protocol C6671a/301/AX/US, A 12-Month, Open-Label,
            Flexible-Dosage Study to Evaluate the Safety of GABITRIL®, at Dosages up to 16
            mg/day in Adults with Generalized Anxiety Disorder.  Cephalon, Inc.

October, 2003                                                                    35

CONFIDENTIAL
AZSER12777839

BEST COPY AVAILABLE

Charles H. Merideth, M.D.

## STUDIES COMPLETED

| STUDY | NUMBER COMPLETED |
|---|---|
| Acute Mania | 9 |
| Adolescent Depression | 7 |
| Alcoholism | 1 |
| Alzheimer's Disease | 16 |
| Bi-Polar Disorder | 14 |
| Depression | 99 |
| Epilepsy | i |
| GAD | 34 |
| Geriatric Depression | 9 |
| Insomnia | 6 |
| Migraine | 5 |
| Obesity | 1 |
| Other Dementia | 2 |
| Panic | 4 |
| Psychosis | 19 |
| PTSD | 9 |
| Schizophrenia | 52 |
| Smoking Cessation | 2 |
| Social Anxiety Disorder | 3 |
| Total | 293 |

October, 2003

36

CONFIDENTIAL
AZSER12777840

BEST COPY AVAILABLE

*Document CC49*

# Alexander Lewis Miller, M.D.

## CURRENT AFFILIATIONS:

The University of Texas Health Science
   Center at San Antonio
7703 Floyd Curl Drive
San Antonio, Texas  78229-3900
(210)567-5396
FAX:  (210)567-3759

**Date of Hire:**
8/1/80

**Current Title:**
Professor of Psychiatry

San Antonio State Hospital
Clinical Research Unit
6711 S. New Braunfels
San Antonio, Texas  78223
(210) 531-8036
FAX:  (210)531-7785
Pager: REDACTED

**Date of Affiliation:**
1989

**Current Title:**
Director of Clinical Research

University Health Center Downtown
Research Clinic (Annex West)
1115 W. Martin
San Antonio, Texas 78207

**Date of Affiliation:**
1980

**Current Title:**
Psychiatry Faculty

## TEXAS STATE BOARD OF MEDICAL EXAMINERS LICENSURE #:  F8576

CONFIDENTIAL
AZSER12777841

BEST COPY AVAILABLE

January 2003

*Alexander L. Miller*
*1-28-03*

# CURRICULUM VITAE

## Alexander Lewis Miller

**Date of Birth:**  REDACTED

**Education:**

| | |
|---|---|
| 1965 | B.A.  Yale University, New Haven, Connecticut |
| 1970 | M.D.  Washington University Medical School, St. Louis, Missouri |

**Professional Experience:**

| | |
|---|---|
| 1964 | (Summer)  Research Assistant with Seymour Levine, Ph.D., Department of Psychiatry, Stanford University Medical School |
| 1966-69 | (Summers)  Research Assistant with Ferris N. Pitts, M.D., Department of Psychiatry, Washington University Medical School |
| 1970-71 | Medical Intern, Jewish Hospital of St. Louis (Washington University Affiliated Hospital) |
| 1971-73 | Staff Associate, Section on Neurochemistry, National Institute of Mental Health, St. Elizabeth's Hospital, Washington, D.C. |
| 1973-76 | Resident in Psychiatry, Massachusetts General Hospital and Clinical Fellow in Psychiatry, Harvard Medical School |
| 1975-76 | Clinical and Research Fellow, Massachusetts General Hospital |
| 1976-77 | Clinical Assistant in Psychiatry, Massachusetts General Hospital |
| 1976-77 | Instructor in Psychiatry, Harvard Medical School |
| 1977-80 | Clinical Associate in Psychiatry, Massachusetts General Hospital |
| 1977-80 | Assistant Psychiatrist, McLean Hospital |
| 1977-80 | Assistant Professor of Psychiatry, Harvard Medical School |
| 1980-87 | Associate Professor of Psychiatry, The University of Texas Health Science Center at San Antonio |
| 1986-1989 | Chief, Psychiatry Service, Audie Murphy Memorial Veterans Hospital |
| 1987-Present | Professor of Psychiatry, The University of Texas Health Science Center at San Antonio |
| 1989-Present | Director of Clinical Research, San Antonio State Hospital |
| 1996-Present | Director, Schizophrenia Module, Texas Medication Algorithm Project |
| 1998-Present | Director, Division of Schizophrenia and Related Disorders, Department of Psychiatry, The University of Texas Health Science Center at San Antonio |

**Licensure:**  Texas Medical License # F8576

717

CONFIDENTIAL
AZSER12777842

BEST COPY AVAILABLE

January 2003

**Board Certification:**

American Board of Psychiatry and Neurology (Psychiatry)

**Memberships:**

| | |
|---|---|
| 1976-present | Society for Neuroscience |
| 1976-97 | American Society for Neurochemistry |
| 1974-present | American Psychiatric Association |
| 1976-present | American Association for the Advancement of Science |
| 1980-present | International Society of Cerebral Blood Flow and Metabolism |
| 1980-present | Bexar County Psychiatric Society |
| 1986-89 | National Association of VA Chiefs of Psychiatry |
| 1988-present | The American College of Psychiatrists |
| 1995-present | American Society of Clinical Psychopharmacology |
| 2002 | American Psychiatric Association Work group – produce revision of the *Practice Guideline for the Treatment of Patients with Schizophrenia* |

**Honors:**

| | |
|---|---|
| 1966-67 | Lange Book Award, Washington University Medical School |
| 1967 | Biochemistry Prize, Washington University Medical School |
| 1970 | Missouri Medical Association Award |
| 1970 | Alpha Omega Alpha, Washington University Medical School |
| 1975-76 | Ethel DuPont Warren Fellow, Harvard Medical School |
| 1984 | Visiting Scholar, College of Medicine, University of Vermont |
| 1987 | Acknowledgment of teaching excellence by senior medical class |
| 1989 | Fellowship in the American Psychiatric Association |
| 1995 | National Alliance for the Mentally Ill Exemplary Psychiatrist |
| 1997 | Texas Alliance for the Mentally Ill (TEXAMI) Mary Holdsworth Butt Award |

**Consultantship to Government Agencies:**

Department of Veterans Affairs Research Advisory Group

Member, Workgroup to Update the APA Practice Guidelines for Treatment of Schizophrenia

**Consultant to Pharmaceutical Companies (National or Regional):**

AstraZeneca Pharmaceuticals

Eli Lilly and Company

CONFIDENTIAL
AZSER12777843

BEST COPY AVAILABLE

January 2003

        Janssen Pharmaceutica

        Pfizer, Inc.

**Speakers Bureaus:**

        AstraZeneca Pharmaceuticals

        Eli Lilly and Company

        Janssen Pharmaceutica

        Novartis Company

        Pfizer, Inc.

**Ad Hoc Grant Reviews:**

        American Heart Association

        Department of Veterans Affairs

        MacArthur Foundation

        March of Dimes Birth Defects Foundation

        National Institute on Aging

        National Institute of Mental Health

        National Research Review Committee: 1990-94

        National Science Foundation

        Ohio Department of Mental Health and Mental Retardation

**Journal Reviews:**

        American Journal of Physiology

        American Journal of Psychiatry

        Archives of General Psychiatry

        Biological Psychiatry

        Comprehensive Psychiatry

        International Journal of Psychopharmacology

        Journal of Affective Disorders

        Journal of Neurochemistry

        New England Journal of Medicine

        Science

**Editorial Board:**

        Metabolic Brain Disease

CONFIDENTIAL
AZSER12777844

BEST COPY AVAILABLE

January 2003

**Committees:**

| | |
|---|---|
| 1980-1990 | Biological Research Committee - Department |
| 1981-1984 | Research and Development - Veterans Hospital, Chairman, 1984 |
| 1981-1983 | Laboratory Animal Resources Committee - University |
| 1982-1984 | General Clinical Research Center Advisory Committee - University |
| 1984 | Residency Training Coordinator Search Committee, Chairman - Department |
| 1984-1985 | Committee on Committees – Medical Faculty |
| 1985-1987 | Pharmacy and Therapeutics Committee – University Hospital |
| 1986 | Ad hoc Committee to Evaluate a Joint UTSA-UTHSC Neurobiology Graduate Program – University |
| 1986-1989 | Residency Training Committee – Department |
| 1986-1989 | Academic Advisory Committee – Department |
| 1986 | Committee on Committees – University |
| 1986-1989 | Clinical Executive Board – Veterans Hospital |
| 1986-1989 | Mental Health and Behavioral Science Council, Chairman – Veterans Hospital |
| 1986-1989 | Housestaff Review Committee – Veterans Hospital |
| 1987-1989 | Ethics Committee, Chairman – Veterans Hospital |
| 1987-1988 | Administrative Executive Board – Veterans Hospital |
| 1987-1988 | Medical Faculty Assembly, Secretary/Treasurer – University |
| 1988-1989 | Medical Faculty Assembly, Chair – University |
| 1988 | Basic Science Departments Self-Study Committee – University |
| 1992-1999 | Tenure and Promotions Committee – Department |
| 1992-1999 | Tenure and Promotions Committee – University |
| 1995-1999 | Grand Rounds Committee – Department |
| 1991-1997 | Clinical Academic Coordinating Committee -- Department |
| 1991-1997 | Program Coordinating Committee – Department |
| 1995-1996 | Psychiatry Chairman Search Committee – University |

**Grant Support:**

720

CONFIDENTIAL
AZSER12777845

BEST COPY AVAILABLE

January 2003

| | |
|---|---|
| 1975-1977 and 1979-1986 | National Institute of Child Health and Human Development |
| 1976-1980 | National Institute of Mental Health |
| 1978-1982 | National Science Foundation |
| 1981-1984 | Department of the Army |
| 1979-1980 | Marion Ireland Benton Trust |
| 1980-1984 | Mary Yates Fund |
| 1980-1981 | Institutional Research Grant |
| 1982-1984 | Morrison Trust |
| 1985-1987 | Institutional Research Grant |
| 1986-1989 | Upjohn Company |
| 1986-1992 | Texas Consortium for Biological and Psychiatric Research, The Hogg Foundation |
| 1987-1988 | VA RAGs |
| 1988-1991 | VA Merit Review |
| 1990-1996 | National Institute of Mental Health |
| 1990-1991 | Merck Sharp & Dohme Inc. |
| 1990-1992 | Janssen Pharmaceutica Research Foundation |
| 1990-1991 | Sandoz Co. |
| 1991-1992 | ICI (AstraZeneca Pharmaceuticals) |
| 1991-1992 | Eli Lilly & Company |
| 1993-present | AstraZeneca Pharmaceuticals (multiple studies) |
| 1993-2001 | Eli Lilly & Company (multiple studies) |
| 1994-2000 | Pfizer, Inc. (multiple studies) |
| 1994-1996 | Friends for Psychiatric Research |
| 1995-2001 | Abbott Laboratories (multiple studies) |
| 1997-present | Robert Wood Johnson Foundation (Texas Medication Algorithm Project) |
| 1998-present | Otsuka Inc./Bristol Myers Squibb Corporation (multiple studies) |
| 1998-2001 | Novartis Pharmaceuticals (multiple studies) |
| 1998-2001 | National Institute of Neurological Disorders and Stroke |
| 1999-present | Janssen Pharmaceutica Research Foundation |
| 1999-present | National Institute of Mental Health (CATIE core investigator and co-PI at four sites) |

CONFIDENTIAL
AZSER12777846

BEST COPY AVAILABLE

January 2003

| 2000-present | Substance Abuse and Mental Health Services Administration (subcontract through Dartmouth Medical School to develop evidence-based toolkit for medication) |
| --- | --- |
| 2000-present | Robert Wood Foundation and Substance Abuse and Mental Health Services Administration (contract with Texas Department of Mental Health and Mental Retardation to train clinicians on schizophrenia medication algorithm implementation) |

## PUBLICATIONS

1. Miller, A.L. and Pitts, F.N., Jr. Brain succinate semialdehyde dehydrogenase-III. *Journal of Neurochemistry,* 14:579-584, 1967.

2. Miller, A.L., Hawkins, R.A., Harris, R.L. Veech, R.L. The effects of acute and chronic morphine treatment and of morphine withdrawal on rat brain *in vivo. Biochemical Journal,* 129:463-469, 1972.

3. Miller, A.L., Hawkins, R.A. Veech, R.L. Phenylketonuria: phenylalanine inhibits brain pyruvate kinase *in vivo. Science,* 179: 904-906, 1973.

4. Miller, A.L., Hawkins, R.A. Veech, R.L. The mitochondrial redox state of rat brain. *Journal Neurochemistry,* 20:1393-1400, 1973.

5. Hawkins, R.A., Miller, A.L., Nielsen, R.C. Veech, R.L. The acute action of ammonia on rat brain metabolism *in vivo. Biochemical Journal,* 134:1001-1008, 1973.

6. Hawkins, R.A., Miller, A.L., Cremer, J.E. Veech, R.L. Measurement of the rate of glucose utilization by rat brain *in vivo. Journal of Neurochemistry,* 23:917-923, 1974.

7. Miller, A.L., Hawkins, R.A. Veech, R.L. Decreased rate of glucose utilization by rat brain *in vivo* after exposure to atmospheres containing high concentrations of $CO_2$. *Journal of Neurochemistry,* 25:553-558, 1975.

8. Miller, A.L. and Shamban, A. A comparison of methods for stopping intermediary metabolism of developing rat brain. *Journal of Neurochemistry,* 28:1327-1334, 1977.

9. Hawkins, R.A. and Miller, A.L. Loss of radioactive 2-deoxy-D-glucose 6-phosphate from brains of conscious rats: implications for quantitative autoradiographic determination of regional glucose utilization. *Neuroscience,* 3:251-258, 1978.

10. Cohen, B.M., Miller, A.L., Lipinski, J.F. Pope, H.G. Lecithin in mania: a preliminary report. *American Journal of Psychiatry,* 137:242-243, 1980.

11. Miller, A.L. Use of [2-$^{14}$C]glucose for measuring whole brain glucose utilization and its application to the study of the effects of carbon dioxide. In: Cerebral Metabolism and Neural Function (Passonneau, J.V., Hawkins, R.A., Lust, D. and Welsh, F., eds.). Williams and Wilkins, Baltimore, 1980.

12. Stewart, R.M., Hemli, S., Kolodny, E.H., Miller, A.L. Pallotta, J.A. Carbohydrate metabolism in phenylketonuria. *Pediatric Research,* 14:849-853, 1980.

CONFIDENTIAL
AZSER12777847

January 2003

13.    Mandel, M.R., Madsen, J., Miller, A.L. Baldessarini, R.J. Intoxication associated with lithium and ECT. *American Journal of Psychiatry,* 137:1107-1109, 1980.

14.    Miller, A.L. Brain intermediary metabolism *in vivo*: changes with carbon dioxide, development and seizures. *International Review of Neurobiology,* 22:47-82, 1981.

15.    Miller, A.L. and Corddry, D.H. Brain carbohydrate metabolism in developing rats during hypercapnia. *Journal of Neurochemistry,* 36:1202-1210, 1981.

16.    Miller, A.L. and Kiney, C.A. Metabolism of [U-14C]fluorodeoxyglucose by rat brain *in vivo*. *Life Science,* 28:2071-2076, 1981.

17.    Miller, A.L., Shamban, A.T., Corddry, D.H. Kiney. C.A. Cerebral metabolic responses to electroconvulsive shock and their modification by hypercapnia. *Journal of Neurochemistry,* 38:916-924, 1982.

18.    Miller, A.L., Kiney, C.A., Corddry, D.H., Staton, D.M. Interactions between glucose and ketone body use by developing brain. *Developmental Brain Research,* 4:443-450, 1982.

19.    Miller, A.L., Kiney, C.A., Staton, D.M. Effects of lactate on glucose metabolism of developing rat brain. *Developmental Brain Research,* 14:33-40, 1984.

20.    Miller, A.L. The tricarboxylic acid cycle. In: Developmental Neurochemistry (Wiggins, R.C., McCandless, D.W., and Enna, S.J., eds.). University of Texas Press, Austin, Texas, pp. 127-159, 1985.

21.    Miller, A.L. Carbon dioxide narcosis. In: Cerebral Energy Metabolism and Metabolic Encephalopathy (McCandless, D.W., ed.). Plenum Publishing, New York, pp. 143-162, 1985.

22.    Eidelberg, E. and Miller, A.L. Effects of sensory deafferentation on glucose metabolism of muscles during locomotion. *Brain Research,* 327:316-318, 1985.

23.    Miller, A.L., Bowden, C.L., Plewes, J. Lithium and impairment of renal concentrating ability. *Journal of Affective Disorders,* 9:115-119, 1985.

24.    Miller, A.L., Faber, R.A., Hatch, J.P., Alexander, H.E. Factors affecting amnesia, seizure duration, and efficacy in ECT. *American Journal of Psychiatry,* 142:692-696, 1985.

25.    Miller, A.L. Controversies surrounding the deoxyglucose method. Letter to the Editor, *Trends in NeuroSciences,* 9:62, 1986.

26.    Miller, A.L. Regional glucose and beta-hydroxybutyrate use by developing rat brain. *Metabolic Brain Disease,* 1:53-61, 1986.

27.    Miller, A.L. and Medina, M.A. Cerebral metabolic effects of organophosphorus anticholinesterase compounds. *Metabolic Brain Disease,* 1:147-156, 1986.

28.    Miller, A.L. Alternative energy sources to glucose in brain. In: Biological Psychiatry 1985 (Shagass, C., Josiassen, R.L., Bridger, W.H., Weiss, K.J., Staff, D., and Simpson, G.M., eds.). Elsevier, New York, pp. 1334-1336, 1986.

CONFIDENTIAL
AZSER12777848

BEST COPY AVAILABLE

January 2003

29.  King, T.S., Rohrbach, D.H., Miller, A.L., Morgan, W.W.  Reduced hypothalamic serotonin synthesis and serum luteinizing hormone levels in streptozotocin-diabetic male rats. *Biomedical Research,* 8:137-143, 1987.

30.  Miller, A.L., Keenan, R.W., Maas, J.W., Asch, R.H.  Disposition of homovanillic acid in the primate. *Metabolic Brain Disease,* 2:207-212, 1987.

31.  Eidelberg, E., Miller, A.L., Schwartzman, R.J., Alexander, G.M.  Measurements of regional glucose metabolism in studies of motor control. *Journal of Neuroscience Methods,* 21:139-144, 1987.

32.  Hawkins, R.A., and Miller, A.L.  Deoxyglucose-6-phosphate stability *in vivo* and the deoxyglucose method. *Journal of Neurochemistry,* 49:1941-1949, 1987.

33.  Bowden, C.L., Miller, A.L., Seleshi, E.  New developments in the treatment of anxiety disorders. *Texas Medicine,* 84:38-42, 1988.

34.  Miller, A.L.  Comparison of labeled glucose and deoxyglucose in rat brain. *Journal of Cerebral Blood Flow and Metabolism,* 9:426-427, 1989.

35.  Miller, A.L. and Hawkins, R.A.  Fluorodeoxyglucose rate constants in rat brain. *Neuroscience,* 30:557-558, 1989.

36.  Miller, A.L.  The Missing Items.  In: <u>Autognosis:  How Psychiatrists Analyze Themselves</u> (Messner, E., Groves, J., and Schwartz, J., eds.).  Yearbook Medical Publishers, Chicago, pp. 91-94, 1989.

37.  Miller, A.L. and Hawkins, R.A.  Kinetic models of deoxyglucose metabolism. *Journal of Cerebral Blood Flow and Metabolism,* 10:147-148, 1990.

38.  Miller, A.L., Hatch, J.P., Prihoda, T.J.  Dichloroacetate increases glucose use and decreases lactate in developing rat brain. *Metabolic Brain Disease,* 5:195-204, 1990.

39.  Maas, J.W., Contreras, S.A., Miller, A.L., Berman, N., Bowden, C.L., Javors, M.A., Seleshi, E., and Weintraub, S.  Studies of catecholamine metabolism in schizophrenia/psychosis-I. *Neuropsychopharmacology,* 8:97-109, 1993.

40.  Maas, J.W., Contreras, S.A., Miller, A.L., Berman, N., Bowden, C.L., Javors, M.A., Seleshi, E., and Weintraub, S.  Studies of catecholamine metabolism in schizophrenia/psychosis-II. *Neuropsychopharmacology,* 8:111-116, 1993.

41.  Miller, A.L., Maas, J.W., Contreras, S.A., Seleshi, E., True, J.E., Bowden, C.L., and Castiglioni, J.  Acute effects of neuroleptics on unmedicated schizophrenics and controls. *Biological Psychiatry,* 34:178-187, 1993.

42.  Royall, D.R., Mahurin, R.K., True, J.E., Anderson, B., Brock, I.P., Freeburger, L., Miller, A.L.  Executive impairment among the functionally dependent:  Comparisons between schizophrenia and the elderly. *American Journal of Psychiatry,* 150:1813-1819, 1993.

43.  Lyster, C., Miller, A.L., Seidel, D., Kavanagh, J.  Polydipsia and clozapine. *Hospital and Community Psychiatry,* 45:610-611, 1994.

44.  Funderburg, L.G., Vertrees, J.E., True, J.E., Miller, A.L.  Seizures with clozapine. Letter to the Editor, *American Journal of Psychiatry,* 151:1840-1841, 1994.

CONFIDENTIAL
AZSER12777849

BEST COPY AVAILABLE

January 2003

45.   Dassori, A.M., Miller, A.L., Saldana, D.H.  Schizophrenia among Hispanics: epidemiology, phenomenology, course, and outcome.  *Schizophrenia Bulletin*, 21:303-312, 1995.

46.   Brannan, S.K., Miller, A.L., Jones, D.J., Kraemer, G.L. and Petty, F.  β-Adrenergic Receptor Changes in Learned Helplessness May Depend on Stress and Test Parameters.  *Pharmacology, Biochemistry and Behavior*, 51:553-556, 1995.

47.   Velligan, D.I., Funderburg, L.G., Eckert, S.L., Miller, A.L  Longitudinal analysis of communication deviance in the families of schizophrenic patients.  *Psychiatry*, 58:6-19, 1995.

48.   Miller, A.L., Mahurin, R.K., Velligan, D.I., Maas, J.W.  Negative symptoms of schizophrenia:  Where do we go from here?  *Biological Psychiatry*, 37:691-693, 1995.

49.   Maas, J.W., Miller, A.L., Tekell, J., Funderburg, L.G., Silva, J.A., True, J.E., Velligan, D.I., Berman, N., Bowden, C.L.  Clonidine plus haloperidol in the treatment of schizophrenia/psychosis.  *Journal of Clinical Psychopharmacology*, 15:361-364, 1995.

50.   Silva, J.A., Leong, G.B., Miller, A.L.  Delusional misidentification syndromes:  drug treatment options.  *CNS Drugs* 2:89-102, 1996.

51.   Eckert, S.L., Diamond, P.M., Miller, A.L., Velligan, D.I., Funderburg, L.G., and True, J.E.  A comparison of instrument sensitivity to negative symptom change.  *Psychiatry Research*, 63(1):67-75, 1996.

52.   Velligan, D.I., Miller, A.L., Eckert, S.L., Funderburg, L.G., True, J.E., Mahurin, R.K., Diamond, P.M., and Hazelton, B.C.  The relationship between parental CD and relapse in schizophrenic patients in the one year period following hospital discharge:  A pilot study.  *Journal of Nervous and Mental Disease*, 184(8):490-496, 1996.

53.   Maas, J.W., Bowden, C.L., Miller, A.L., Javors, M.A., Funderburg, L.G., Berman, N., Weintraub, S.T.:  Schizophrenia, psychosis, and cerebral spinal fluid homovanillic acid concentrations.  *Schizophrenia Bulletin*, 23(1):147-154, 1997.

54.   Miller, A.L., True, J.E., Funderburg, L.G., and Maas, J.W., Methodological issues in interpreting plasma HVA levels in studies of schizophrenia, in Plasma Homovanillic Acid in Schizophrenia:  Implications for Presynaptic Dopamine Dysfunction.  Edited by Friedhoff, A.J. and Amin, F. Washington, DC, American Psychiatric Press, Inc. 1997, pp.151-171.

55.   Miller, A.L., and Ereshefsky, L.  Schizophrenia: how should we look at it?  *Journal of Psychopharmacology* 11(1): 21-23, 1997.

56.   Velligan, D.I., Mahurin, R.K., Eckert, S.L., Hazleton, B.C., Miller, A.L.  Relationship between specific types of communication deviance and attentional performance in patients with schizophrenia.  *Psychiatry Research* 70:9-20, 1997.

57.   Seleshi, E., Olsen, J.G., Miller, A.L., Maas, J.W.  Schizophrenic Disorders, in Encyclopedia of Human Biology, Second Edition, Volume 7.  Editor-in-Chief, Dulbecco, R., San Diego, CA, Academic Press. 1997, pp. 723-732.

CONFIDENTIAL
AZSER12777850

BEST COPY AVAILABLE

January 2003

58.  Velligan, D.I., Mahurin, R.K., Diamond, P.M., Hazleton, B.C., Eckert, S.L., Miller, A.L. The functional significance of symptomatology and cognitive function in schizophrenia. *Schizophrenia Research* 25:21-31, 1997.

59.  Dassori, A.M., Miller, A.L., Velligan, D.I., Saldana, D.H., Diamond, P.M., Mahurin, R.K. Ethnicity and negative symptoms in patients with schizophrenia. *Cultural Diversity and Mental Health* 4(1):65-69, 1998.

60.  Mahurin, R.K., Velligan, D.I., Miller, A.L. Executive-frontal lobe cognitive dysfunction in schizophrenia: A symptom subtype analysis. *Pyschiatry Research,* 79(2):139-149, 1998.

61.  Velligan, D.I., Bow-Thomas, C.C., Mahurin, R.K., Miller, A.L., Dassori, A.M., Erdely, F. Concurrent and predictive validity of the Allen Cognitive Levels Assessment. *Psychiatry Research,* 80(3):287-298, 1998.

62.  Chiles, J.A., Miller, A.L., Crismon, M.L., Rush, A.J., Krasnoff, A.S., Shon, S.P. The Texas Medication Algorithm Project: Development and implementation of the schizophrenia algorithm. *Psychiatric Services,* 50(1):69-74, 1999.

63.  Rush, A.J., Crismon, M.L., Toprac, M.G., Shon, S.P., Rago, W.V., Miller, A.L., Suppes, T., Trivedi, M.H., Biggs, M.M., Shores-Wilson, K., Kashner, T.M. and Altshuler, K.A. Implementing guidelines and systems of care: Experiences with the Texas Medication Algorithm Project (TMAP). *Journal of Practical Psychiatry and Behavioral Health,* 5(2):75-86, 1999.

64.  Shon, S.P., Crismon, M.L., Topac, M.G., Trivedi, M., Miller, A.L., Suppes, T., Rush, A.J. Mental health care from the public perspective: The Texas Medication Algorithm Project. *Journal of Clinical Psychiatry,* 60 (suppl 3):16-20, 1999.

65.  Rush, A.J., Rago, W.V., Crismon, M.L., Toprac, M.G., Shon, S.P., Suppes, T., Miller, A.L., Trivedi, M.H., Swann, A.C., Biggs, M.M., Shores-Wilson, K., Kashner, T.M., Pigott, T., Chiles, J.A., Gilbert, D.A. and Altshuler, K.A. Medication treatment of the severely and persistently mentally ill: The Texas Medication Algorithm Project. *Journal of Clinical Psychiatry,* 60:284-291, 1999.

66.  Dassori, A.M., Miller, A.L., Saldana, D.H. Schizophrenia among Hispanics. In: Cross Cultural Psychiatry, (Herrera, J.M., Lawson, W.B. and Sramek, J.J., eds.). John Wiley & Sons, Ltd., West Sussex, England, pp. 139-154, 1999.

67.  Chiles, J.A. and Miller, A.L. The schizophrenia algorithm. Letter to the Editor, *Psychiatric Services,* 50(5):703-704, 1999.

68.  Saldana, D.H., Dassori, A.M., Miller, A.L. When is caregiving a burden? Listening to Mexican American women. *Hispanic Journal of Behavioral Sciences,* 21(3):283-301, 1999.

69.  Miller, A.L., Chiles, J.A., Chiles, J.K., Crismon, M.D., Shon, S.P., Rush, A.J. The TMAP Schizophrenia Algorithms. *Journal of Clinical Psychiatry,* 60(10):649-657, 1999.

726

CONFIDENTIAL
AZSER12777851

BEST COPY AVAILABLE

January 2003

70.   Canales, P.L., Olsen, J., Miller, A.L., Crismon, M.L.  Role of antipsychotic polypharmacotherapy in the treatment of schizophrenia.  *CNS Drugs*, 12(3): 179-188, 1999.

71.   Miller, A.L., Dassori, A.  ASC in US clinical practice.  *Clear Perspectives:  Management Issues in Schizophrenia*, 2(4): 20-21, July 1999.

72.   Buckley, P.F., Miller, A.L., Chiles, J.A., Sajatovic, M.  Implementing effectiveness research and improving care for schizophrenia in real world settings.  *The American Journal of Managed Care*, 5: Special Issue, SP47-SP56, June 25, 1999.

73.   Bow-Thomas, C.C., Velligan, D.I., Miller, A.L., Olsen, J.G.  Predicting quality of life from symptomatology in schizophrenia at exacerbation and stabilization.  *Psychiatry Research*, 86:131-142, 1999.

74.   Velligan, D.I., Miller, A.L.  Cognitive dysfunction in schizophrenia and its importance to outcome:  the place of atypical antipsychotics in treatment.  *The Journal of Clinical Psychiatry*, 60(suppl 23):25-28, 2000.

75.   Velligan, D.I., Bow-Thomas, C.C., Mahurin, R.K., Miller, A.L., Halgunseth, L.C.  Do specific neurocognitive deficits predict specific domains of community function in schizophrenia?  *Journal of Nervous & Mental Disease*, 188:518-524, 2000.

76.   Velligan, D.I., Bow-Thomas, C.C., Mahurin, R.K., Miller, A.L., Halgunseth, L.C.  Randomized controlled trial of the use of compensatory strategies to enhance adaptive functioning in outpatients with schizophrenia.  *American Journal of Psychiatry*, 157(8):1317-1323, 2000.

77.   Drake, R.E., Mueser, K.T., Torrey, W.C., Miller, A.L., Lehman, A.F., Bond, G.R., Goldman, H.H., Leff, H.S.  Evidence-based Treatment of Schizophrenia.  *Current Psychiatry Reports*, 2(5):393-397, 2000.

78.   Miller, A.L., Dassori, A., Ereshefsky, L. Crismon, M.L.  Recent issues and developments in antipsychotic use.  In: Psychiatric Clinics of North America:  Annual of Drug Therapy, (Dunner, D.L., and Rosenbaum, J.F., eds.).  W.B. Saunders Company, Philadelphia, PA, 8:209-235, 2001.

79.   Weiden, P.J., Miller, A.L.  Which side effects really matter?  Screening for common and distressing side effects of antipsychotic medications.  *Journal of Psychiatric Practice*, 7:41-47, 2001.

80.   Dott, S.G., Weiden, P., Hopwood, P., Award, A.G., Hellewell, J.S.E., Knesevich, J., Kopala, L., Miller, A.L., Salzman, C.  An Innovative Approach to Clinical Communication in Schizophrenia: The Approaches to Schizophrenia Communication Checklists.  *CNS Spectrums*, 6(4):333-338, 2001.

81.   Mellman, T.A., Miller, A.L., Weissman, E.M., Crismon, M.L., Essock, S.M., Marder, S.R.  Evidence-based pharmacologic treatment for people with severe mental illness: A focus on guidelines and algorithms.  *Psychiatric Services*, 52(5):619-625, 2001.

CONFIDENTIAL
AZSER12777852

BEST COPY AVAILABLE

January 2003

82.  Miller, A.L., Craig, C.S.  Algorithms for the treatment of schizophrenia:  An absolute need. *The Journal of Psychotic Disorders: Reviews & Commentaries,* 5(3):3, 2001.

*83.*  Buckley, P., Miller, A.L., Olsen, J., Garver, D., Miller, D.D., Csernansky, J.  When symptoms persist: clozapine augmentation strategies. *Schizophrenia Bulletin,* 27(4):615-628, 2001.

84.  Velligan, D.I., Newcomer, J., Pultz, J., Csernansky, J., Hoff, A.L., Mahurin, R.K., Miller, A.L.  Does cognitive function improve with quetiapine in comparison to haloperidol? *Schizophrenia Research,* 53 (3):239-248, 2002.

85.  Shores-Wilson, K., Biggs, M.M., Miller, A.L., Carmody, T.J., Chiles, J.A., Rush, A.J., Crismon, M.L., Toprac, M.G., Witte, B.P., Webster, J.C.  Itemized clinician ratings versus global ratings of symptom severity in patients with schizophrenia. *International Journal of Methods in Psychiatric Research,* 11(1):45-53, 2002.

86.  Marder, S.R., Essock, S.M., Miller, A.L., Buchanan, R.W., Davis, J.M., Kane, J.M., Lieberman, J., Schooler, N.R.  The Mount Sinai Conference on the pharmacotherapy of schizophrenia. *Schizophrenia Bulletin,* 28(1):5-16, 2002.

87.  Miller, A.L., Craig, C.S.  Combination antipsychotics: pros, cons, and questions. *Schizophrenia Bulletin,* 28(1):105-109, 2002.

*88.*  Velligan, D.I., Prihoda, T.J., Sui, D., Ritch, J.L., Maples, N., Miller, A.L.  The effectiveness of quetiapine versus conventional antipsychotics in improving cognitive and functional outcomes in standard treatment settings. *Journal of Clinical Psychiatry,* in press.

89.  Velligan, D.I., Prihoda, T.J., Dennehy, E.B., Biggs, M.M., Shores-Wilson, K., Crismon, M.L., Rush, A.J., Miller, A.L., Suppes, T., Trivedi, M., Kashner, T.M., Witte, B.S., Toprac, M., Carmody, T., Chiles, J., Shon, S.  The factor structure of the Brief Psychiatric Rating Scale Expanded Version in a large diverse sample of psychiatric patients. *Journal of Clinical Psychiatry,* submitted.

90.  Miller, A.L., Crismon, M.L., Rush, A.J., Chiles, J.A., Kashner, M., Toprac, M., Carmody, T., Biggs, M.M., Shores-Wilson, K., Chiles, J., Witte, B., Bow-Thomas, C.C., Velligan, D.I., Trivedi, M., Suppes, T., Shon, S.  The Texas Medication Algorithm Project: Clincial results for schizophrenia. *Journal of Clinical Psychiatry,* submitted.

## REVIEWS

Miller, A.L.  Review of <u>Neuropsychiatry of Traumatic Brain Injury</u>, (Silver, Yudofsky, Hales, eds.) in *New England Journal of Medicine* <u>333</u>(9):604-605, 1995.

## ABSTRACTS

728

CONFIDENTIAL
AZSER12777853

BEST COPY AVAILABLE

January 2003

1.  Miller, A.L., Harris, R.L., Veloso, D., and Veech, R.L.  The apparent equilibrium constant of the glutamate-oxaloacetate transaminase reaction, the mitochondrial redox state, and metabolite levels in freeze-clamped rat brain under different dietary conditions. *Trans. Amer. Soc. Neurochem.* 3:106, 1972.

2.  Sims, K.L., Miller, A.L. and Pitts, F.N., Jr.  Regional changes in glutamic acid decarboxylase in developing rat brain. *Trans. Amer. Soc. Neurochem.* 3:122, 1972.

3.  Miller, A.L., Hawkins, R.A., Harris, R.L. and Veech, R.L.  Effects of acute and chronic morphine administration and withdrawal on rat brain. *Fed. Proc.* 31:1:527, 1972.

4.  Miller, A.L., Hawkins, R.A. and Veech, R.L.  Metabolic effects of phenylalanine on brain. *Fed. Proc.* 32:1:727, 1973.

5.  Miller, A.L., Corddry, D.H. and Kiney, C.A.  Effects of hypercapnia on intermediary metabolism of developing rat brain. *Abst. Soc. Neurosci.* 5:90, 1979.

6.  Miller, A.L., Shamban, A.T., Corddry, D.H. and Kiney, C.A.  Brain glucose metabolism during single seizures. *Trans. Amer. Soc. Neurochem.* 11:223, 1980.

7.  Miller, A.L., Kiney, C.A., Corddry, D.H. and Staton, D.M.  Interactions between glucose and ketone body use by developing brain. *Abst. Soc. Neurosci.* 6:131, 1980.

8.  Miller, A.L. and Kiney, C.A.  Metabolism of [$^{14}$C]fluorodeoxyglucose by rat brain *in vivo*. *Trans. Amer. Soc. Neurochem.* 12:264, 1981.

9.  Miller, A.L., Jones, D.J., Stavinoha, W.B. and Modak, A.T.  Electrode placement and metabolic effects of electroshock. *Abst. Soc. Neurosci.* 7:377, 1981.

10. Miller, A.L. and Medina, M.A.  Effects of organophosphorus anticholinesterase compounds on brain glucose and energy metabolism. *Third Annual Chemical Defense Bioscience Review.* June 1983.

11. Miller, A.L., Kiney, C.A. and Staton, D.M.  Depression of cerebral glucose utilization by high blood lactate levels in normoglycemic developing rats. *J. Cerebral Blood Flow Metab.* 3 (Suppl. 1):S672, 1983.

12. Miller, A.L., Faber, R., Alexander, H., Redmond, F.  Seizure duration and memory disturbance with ECT. *Abstracts VII World Congress of Psychiatry*, p. 569, 1983.

13. Eidelberg, E., Miller, A.L. and Lewis, C.S.  Energy metabolism of muscle after sensory deafferentation.  Presented at the Satellite Meeting of the International Congress of Physiological Science.  August 1983.

14. Miller, A.L., Kiney, C.A., and Staton, D.M.  Hyperlactatemia decreases CMR$_G$ in developing brain. *Trans. Amer. Soc. Neurochem.* 15:187, 1984.

15. Miller, A.L., Stone, L.J., and Kwan, J.  Regional brain glucose and energy metabolism in normocapnic and hypercapnic rats during brief seizure activity. *Abst. Soc. Neurosci.* 10:1001, 1984.

16. Jones, D., Ademe, R.M., Stone, L.J. and Miller, A.L. Effects of alternate day electroconvulsive shock on adrenergic receptors in rat brain. *Abst. Soc. Neurosci.* 10:1132, 1984.

729

CONFIDENTIAL
AZSER12777854

BEST COPY AVAILABLE

January 2003

17.    Miller, A.L., Faber, R., Hatch, J., and Alexander, H.  Seizure duration and the clinical effects of ECT.  American Psychiatric Association Meeting, New Research Program and Abstracts, 1985, p. 69.

18.    Miller, A.L., Stone, L.J., Kwan, J.  Regional glucose and beta-hydroxybutyrate use by developing rat brain.  *Abst. Soc. Neurosci.* 11:1089, 1985.

19.    Miller, A.L.  Dichloroacetate increases brain glucose use and decreases brain lactate.  *Trans. Am. Soc. Neurochem.*, 17:312, 1986.

20.    Eidelberg, E., Miller, A.L., Schwartzman, R.J. and Alexander, G.M.  Regional energy metabolic measurements with 2-deoxyglucose.  Presented at the Satellite Meeting of the International Congress of Physiological Science.  July 1986.

21.    King, T.S., Rohrbach, D.H., Miller, A.L. and Morgan, W.W.  Reduced hypothalamic serotonin synthesis and serum LH levels in streptozotocin-diabetic male rats.  *Abst. Soc. Neurosci.*, 12:1415, 1986.

22.    Miller, A.L., Kennan, R.W., Maas, J.W., and Asch, R.H.  Disposition of homovanillic acid in the primate.  *J. Neurochem.* 48:S29, 1987.

23.    Miller, A.L.  Effects of dichloroacetate on regional brain glucose metabolism.  *Journal of Cerebral Blood Flow and Metabolism* 9(S1):S211, 1989.

24.    Maas, J.W., Contreras, S.A., Bowden, C.L., Seleshi, E., Miller, A.L. Neurotransmitter systems function in schizophrenia/psychosis.  *Schizophrenia Research* 2:165, 1989.

25.    Maas, J.W., Contreras, S.A., Seleshi, E., True, J.E., Bowden, C.L., Miller, A.L.  Studies of catecholamine metabolism in schizophrenia/psychosis.  American College of Neuropsychopharmacology, 28th Annual Meeting, December 1989, p. 52.

26.    Maas, M.A., Contreras, S.A., Seleshi, E., Bowden, C.L. and Miller, A.L.  Catecholamine metabolism in psychotic/schizophrenic patients.  *Schizophrenia Research* 4(3):352, 1991.

27.    Brannan, S.K., Jones, D.J., and Miller, A.L.  Noradrenergic system changes induced by electroconvulsive shock.  1992 New Research Program and Abstracts (NR43)  American Psychiatric Association 145th Annual Meeting, Washington, D.C.  May, 1992, p. 3.

28.    Royall, D.R., Mahurin, R.K., True, J.E., Anderson, B., Miller, A.L.  Executive impairment in schizophrenia and old age (NR11).  1992 New Research Program and Abstracts, APA 145th Annual Meeting, Washington, D.C. May, 1992, p. 51.

29.    Amass, J.W., Katz, MM, Friedhoff, A.J., Guze, S.B., Miller, A.L. Van Praag, H.M., Winokur, G.  Neurobiology and psychopathological states - are we looking in the right place? 1992 Abstracts of Panels and Posters, ACNP 31st Annual Meeting, San Juan, Puerto Rico, December 1992, p. 44.

30.    Dassori, A.M., Miller, A.L., Velligan, D.I., Saldana, D.H., Mahurin, R.K.  Negative symptoms in Anglo-American and Mexican-American schizophrenics.  *Schizophrenia Research* 9:97, 1993.

CONFIDENTIAL
AZSER12777855

January 2003

31.    Mahurin, R.K., Velligan, D.I., Miller, A.L.  Negative symptom expression and cognitive impairment in schizophrenic patients and their biological mothers.  *Schizophrenia Research* 9:182, 1993.

32.    Miller, A.L., Maas, J.W., Contreras, S., Seleshi, E., True, J.E., Bowden, C.L., Castiglioni, J.  Acute effects of neuroleptics on unmedicated schizophrenics and controls.  *Schizophrenia Research* 9:224, 1993.

33.    Velligan, D.I., Mahurin, R.K., Miller, A.L., Funderburg, L.G.  Communication deviance and attentional deficits.  *Schizophrenia Research* 9:273, 1993.

34.    Ereshefsky, L., Anderson, C.B., True, J.E., Saklad, S.R., Riesenman, C., Toney, G., Miller, A.L.  Plasma concentration of oral risperidone and active metabolite in schizophrenics.  Abstract of the Clinical Pharmacy Meeting, Reno, NV, August 1993.

35.    Anderson, C., Clark, W.R., True, J.E., Ereshefsky, L., Miller, A.L.  Risperidone, a novel antipsychotic, and weight change.  Abstract of the American College of Clinical Pharmacy Meeting, Reno, NV, August 1993.

36.    Anderson, C.B., True, J.E., Ereshefsky, L., Miller, A.L.  Risperidone clinical efficacy: role of metabolite 9-hydroxy-risperidone.  Abstract of the NCDEU Annual Meeting, Boca Raton, FL, June 1993.

37.    Anderson, C.B., True, J.E., Ereshefsky, L., Miller, A.L., Peters, B., Velligan, D.I.  Risperidone dose, plasma levels and response.  Abstract of the American Psychiatric Association 146th Annual Meeting, San Francisco, CA, May 1993.

38.    Maas, J.W., Miller, A.L., Bowden, C.L., Funderburg, L.G. and Silva, J.A.  Effects of clonidine plus haloperidol in schizophrenia.  Abstract of the NCDEU 34th Annual Meeting, Marco Island, FL, June 1994.

39.    Funderburg, L.G., True, J.E., Velligan, D.I., Miller, A.L., Moore, T.  Neurological changes with clozapine treatment.  *Neuropsychopharmacology*, 11:(4): 269, 1994.

40.    Giesecke, S.L., Miller, A.L., Diamond, P., Velligan, D.I., Funderburg, L.G., True, J.E.  Sensitivity to negative symptom change:  SANS, NSA, and BPRS-R.  *Neuropsychopharmacology,* 11:(4): 270, 1994.

41.    Velligan, D.I., True, J.E., Lefton, R., Miller, A.L.  The functional significance of symptomatology and cognitive dysfunction in schizophrenia.  *Neuropsychopharmacology*, 11:(4): 288, 1994.

42.    Giesecke, S.L., Velligan, D.I, Saldana, D.H., Diamond, P.M., Funderburg, L.G., Miller, A.L.,  Validity of the brief psychiatric rating scale and the negative symptom assessment: A tri-ethnic comparison.  *Schizophrenia Research,* 15:(1,2):11-12, 1995.

43.    Miller, A.L., Velligan, D.I., Mahurin, R.K., Maas, J.W.  On assessing and treating negative symptoms.  *Schizophrenia Research,* 15:(1,2):18, 1995.

44.    Maas, J.W., Miller, A.L., Mahurin, R.K.  A unified hypothesis as to the etiology of the multiple components of the schizophrenic/psychotic syndrome.  *Schizophrenia Research,* 15:(1,2): 65-66, 1995.

731

CONFIDENTIAL
AZSER12777856

BEST COPY AVAILABLE

January 2003

45.   Mahurin, R.K., Miller, A.L., Velligan, D.I., Ryder, K., Lancaster, J., Fox, P. Brainmap modeling of prefrontal cognitive dysfunction in negative symptom schizophrenia. *Schizophrenia Research,* 15:(1,2):90-91, 1995.

46.   Velligan, D.I., True, J.E., Lefton, R.S., Flores, C., Miller, A.L.  Cognitive adaptation training: compensatory strategies in pyschosocial intervention with schizophrenic patients.  *Schizophrenia Research,* 15:(1,2):222, 1995.

47.   Mahurin, R.K., Velligan, D.I., Gieseckes, S.L., Funderburg, L.G., True, J.E., Miller, A.L. A multifactorial model of executive cognitive dysfunction in schizophrenia.  Conference on the Role of Cognitive Dysfunction in Schizophrenia, Mt. Sinai Hospital, New York, April, 1995.

48.   Bow-Thomas, C.C., Eckert, S.L., Miller, A.L., Diamond, P.M., Velligan, D.I., Funderburg, L.G., True, J.E.  An investigation of instruments used to assess negative symptoms in patients with schizophrenia.  *Schizophrenia Research* 24(1,2):11, 1997.

49.   Mahurin, R.K., Velligan, D.I., Miller, A.L.  Neural network modeling of initiation and inhibition in schizophrenia.  *Schizophrenia Research* 24(1,2):114, 1997.

50.   Eckert, S.L., Velligan, D.I., Mahurin, R.K., Miller, A.L., Bow-Thomas, C.C.  Attentional impairment and specific subtypes of communication deviance in schizophrenic patients. *Schizophrenia Research* 24(1,2):131, 1997.

51.   Velligan, D.I., Mahurin, R.K., Eckert, S.L., Miller, A.L., Bow-Thomas, C.C. Cognitive adaptation training:  the use of compensatory strategies for inpatients and outpatients with schizophrenia.  *Schizophrenia Research* 24(1,2):229, 1997.

52.   Velligan, D.I., Bow-Thomas, C.C., Mahurin, R.K., Miller, A.L.  Do specific neurocognitive deficits predict specific dimensions of outcome in schizophrenia? *Schizophrenia Research* 29:63, 1998.

53.   Miller, A.L., Chiles, J.A., Rush, A.J., Crismon, M.L., Toprac, M.G., Shores-Wilson, K.L. Medication algorithms for schizophrenia.  *Schizophrenia Research* 29:160, 1998.

54.   Bow-Thomas, C.C., Velligan, D.I., Miller, A.L.  Predicting quality of life in patients with schizophrenia with changes in symptomatology.  *Schizophrenia Research* 29:160, 1998.

55.   Miller, A.L., Chiles, J.A., Rush, A.J., Crismon, M.L., Toprac, M.G., Shores-Wilson, K.L. Medication algorithms for schizophrenia (abstracts).  9th Biennial Winter Workshop on Schizophrenia, Davos, Switzerland, February 7-13, 1998.

56.   Miller, A.L., Chiles, J.A.  Schizophrenia medication algorithm (abstract).  APA Annual Meeting, Toronto, Ontario, May 30-June 4, 1998.

57.   Miller, A.L., Chiles, J.A., Rush, J.A., Biggs, M.M., Crismon, M.L., Mason, M. Medication algorithms for schizophrenia:  development, implementation, and modification (abstract).  XXIst CINP Congress, Glasgow, Scotland, July 12-16, 1998.

58.   Crismon, M.L., Rush, A.J., Toprac, M.G., Shon, S.P., Miller, A.L., Suppes, T., Trivedi, M.H.  Texas Medication Algorithm Project:  Feasibility study of implementing medication algorithms in the public mental health sector.  Abstracts of the 2nd Annual

CONFIDENTIAL
AZSER12777857

BEST COPY AVAILABLE

January 2003

International Meeting of the College of Psychiatric and Neurologic Pharmacists, 2:10, 1999.

59. Bow-Thomas, C.C., Velligan, D.I., Miller, A.L., Mahurin, R.K.  Heterogeneity of Schizophrenia: Subtypes versus symptom profiles and the stability of each across phases of the illness. *Schizophrenia Research* 36: 13-14, 1999.

60. Huntzinger, C.D., Velligan, D.I., Bow-Thomas, C.C., Miller, A.L.  The reliability and validity of the Frontal Lobe Personality Scale. *Schizophrenia Research* 36: 136, 1999.

61. Velligan, D.I., Bow-Thomas, C.C., Eckert, D.L., Halgunseth, L.C., Huntzinger, C.D., Miller, A.L.  Randomized controlled trial of the use of compensatory strategies in schizophrenic outpatients: Cognitive Adaptation Training. *Schizophrenia Research* 36: 333, 1999.

62. Bow-Thomas, C.C., Velligan, D.I., Miller, A.L., Ledbetter, N.J., Ritch, J.L. Relationships between  cognition and conceptual disorganization in schizophrenia. *Schizophrenia Research* 41: 45-46, 2000.

63. Maples, N.J., Bow-Thomas, C.C., Velligan, D.I., Miller, A.L., Chiles, J.A., Prihoda, T.J., Sui, D.W.  The Reliability,Validity, and Sensitivity of Brief Positive and Negative Symptom Measures in Schizophrenia. *Schizophrenia Research*, 49:17-18, 2001.

64. Ritch, J.L., Velligan, D.I., Prihoda, T.J., Sui, D.W., Maples, N.J., Miller, A.L., Mann, T.A.  Effectiveness of Compensatory Strategies in Both Recently Discharged and Stable Outpatients with Schizophrenia. *Schizophrenia Research*, 49:266, 2001 .

65. Velligan, D.I., Prihoda, T.J., Maples, N.J., Ritch, J.L., Miller, A.L.  Neurocognitive Advantages of Quetiapine. *Schizophrenia Research*, 49:249, 2001.

66. Miller, A.L., Chiles, J.A., Crismon, L., Rush, J., Kashner, M., Shon, S.P.  The Texas Medication Algorithm Project (TMAP):  Outcomes for Persons with Schizophrenia. *Schizophrenia Research*, 49:239-240, 2001.

67. Miller, A.L., Chiles, J.A., Rush, A.J., Crismon, M.L., Kashner, T.M., Carmody, T., Toprac, M., Thomas, C., Biggs, M., Shores-Wilson, K., Velligan, D.I., Suppes, T., Trivedi, M., Shon, S.  TMAP:  Outcomes in schizophrenia. *Schizophrenia Research*, 53 (Suppl):206, 2002.

68. Cadle, C.D., Velligan, D.I., DiCocco, M.A., Bow-Thomas, C.C., Miller, A.L.  The reliability and validity of a brief cognitive assessment. *Schizophrenia Research*, 53 (Suppl):125, 2002.

69. Ritch, J.L., Velligan, D.I., DiCocco, M., Prihoda, T.J., Mann, T.A., Miller, A.L.  The efficacy of cognitive adaptation training versus assertive community treatment for improving functional outcomes. *Schizophrenia Research*, 53 (Suppl):210, 2002.


**INVITED LECTURES AND PRESENTATIONS**

Peruvian Congress of Neurosurgery, Lima, Peru, October 23-27, 1983.

733

CONFIDENTIAL
AZSER12777858

BEST COPY AVAILABLE

January 2003

Grand Rounds Presentation, The University of Vermont, "Electroconvulsive Therapy: Recent Biological and Clinical Discoveries," Burlington, Vermont, January 8, 1984.

Heart of Texas Psychiatric Society, "New and Old Antidepressants," Waco, Texas, March 28, 1985.

Hendrick Medical Center, "Differential Diagnosis and Treatment for Depression," Abilene, Texas, May 2, 1985.

Granville C. Morton Hospital, "Differential Diagnosis and Treatment for Depression," Dallas, Texas, May 6, 1985.

Dallas Diagnostic Association, "Recent Findings in the Diagnosis and Treatment for Anxiety," Dallas, Texas, May 23, 1985.

Charter Rio Grande Hospital, "Differential Diagnosis and Treatment for Depression and Anxiety," Laredo, Texas, June 4, 1985.

St. Louis Society of Family Physicians, "Differential Diagnosis and Treatment for Depression and Anxiety," St. Louis, Missouri, July 18, 1985.

World Congress of Biological Psychiatry, "Brain Energy Sources Alternative to Glucose and Their Possible Role in Normal and Pathological Aging, Correlation with Brain Organic Syndromes," Philadelphia, Pennsylvania, September, 1985.

County Psychiatric Society, "Depression:  Differential Diagnosis and Treatment," Petersburg, Virginia, September 12, 1985.

State Psychiatric Hospital, "New and Old Antidepressants," Big Spring, Texas, September 18-19, 1985.

Continuing Medical Education, The University of Texas Health Science Center at San Antonio, "Depression:  A Primary Care Approach," San Antonio, Texas, October 4, 1985.

Dallas Memorial Hospital, "Differential Diagnosis of Depression and Anxiety: Implications for Drug Treatment," Dallas, Texas, October 7, 1985.

Tri-County Medical Society Meeting, "Treatment of Depression," Laredo, Texas, October 12-13, 1985.

County Medical Society and Counseling Center, "Differential Diagnosis and Treatment for Depression," Alamogordo, New Mexico, October 24-25, 1985.

Grand Rounds Presentation, Texas Tech Health Science Center, "Treatment-resistant Depressions," Lubbock, Texas, February 27-28, 1986.

Park Place Hospital, "Differential Diagnosis of Depression and Anxiety:  Implications for Drug Treatment," Port Arthur, Texas, April 24, 1986.

El Paso Psychiatric Association, "Electroconvulsive Therapy:  Update and Recent Findings," El Paso, Texas, May 23, 1986.

Houston Northwest Medical Center, "Differential Diagnosis and Treatment of Anxiety," Houston, Texas, July 15, 1986.

CONFIDENTIAL
AZSER12777859

BEST COPY AVAILABLE

January 2003

Texas Tech University Health Science Center at El Paso, 5th Annual Psychiatric Symposium, "Anti-depressant Treatments: The New and the Old," El Paso, Texas, October 2 - 3, 1986.

Grand Rounds Presentation Family Practice, The University of Texas Health Science Center at San Antonio, "Rational Use of Sedatives and Tranquilizers in the Elderly," San Antonio, Texas, October 29, 1986.

Hale, Floyd, Briscoe County Medical Society, "Anxiety: Diagnosis and Current Treatment Perspectives," Plainview, Texas, December 8 - 10, 1987.

Texas Tech University Health Science Center at El Paso, "Anxiety: Diagnosis and Current Treatment Perspectives," El Paso, Texas, August 13, 1987.

The University of Texas Health Science Center at San Antonio, Conference on Anxiety Disorders, "Pathophysiological Correlates of Anxiety Disorders," San Antonio, Texas, November 21, 1987.

Teleconference Network of Texas program "Clinical Topics in Medicine" (course for primary care physicians) in cooperation with the Department of Family Practice at The University of Texas Health Science Center: "Rational Use of Sedatives and Tranquilizers," July 28, 1988.

Texas Department of Mental Health and Mental Retardation Physicians' Conference. "Clinical Research Unit Studies of Negative Symptoms of Schizophrenia," Austin, Texas, October 1, 1990.

Mental Illness Awareness Week Alliance for the Mentally Ill banquet on "Positron Emission Tomography and Negative Symptoms of Schizophrenia," San Antonio, Texas, October 6, 1990.

Texas Department of Mental Health and Mental Retardation Public-Academic Liaison Committee, "Clinical Research in the TDMHMR System," Austin, Texas, May 7, 1991.

Corpus Christi Alliance for the Mentally Ill, "San Antonio State Hospital's Clinical Research Unit," Corpus Christi, Texas, May 21, 1991.

Manic Depressive Association of San Antonio "Clinical Research Unit at San Antonio State Hospital," San Antonio, Texas, July 29, 1991.

TXMHMR Physician' Conference, "Brain Imaging," Austin, Texas, September 17, 1991.

Travis County Mental Health and Mental Retardation Agency Annual Retreat, "Clozapine," Austin, Texas, October 3, 1991.

Seventh National Fairweather Lodge Conference, "Schizophrenia: New Findings - Old Myths," Austin, Texas, October 30, 1991.

Trevino, F .M., Roberts, R.E., Miller, A.L., Casat, C., Briones, D., Martinez, C.: The NIMH Minority Research Centers: New Initiatives. Center for Cross-Cultural Research. Symposium 31. Presented at the American Psychiatric Association 145th Annual Meeting, May, 1992.

American Society of Mental Health Association Professional's (ASMHAP) Summer Institute, "Medication Issues," San Antonio, Texas, July 21, 1992.

TXMHMR Physician' Conference, "Brain Imaging," Austin, Texas, September 17, 1991.

CONFIDENTIAL
AZSER12777860

BEST COPY AVAILABLE

January 2003

Travis County Mental Health and Mental Retardation Agency Annual Retreat, "Clozapine," Austin, Texas, October 3, 1991.

Seventh National Fairweather Lodge Conference, "Schizophrenia: New Findings - Old Myths," Austin, Texas, October 30, 1991.

Texas Alliance for the Mentally Ill (TEXAMI) Conference and Distinguished Speaker Series, "Negative Symptoms of Schizophrenia," San Antonio, Texas, October 10, 1992

Miller, A.L., Ricketts, R.W.: TXMHMR Physicians' Conference, "Current Research in TXMHMR - Part 1," Houston, Texas, November 9, 1992

Texas Alliance for the Mentally Ill (TEXAMI) Annual Convention.  Workshop presentation "New Hope in Research on Medication," Austin, Texas, September 24, 1993.

Miller, A.L., Funderburg, L.G., Chiles, J.A., Ereshefsky, L., Vertrees, J.E: 1994 National Alliance for the Mentally Ill (NAMI) Annual Convention "New Drugs for Schizophrenia,"  San Antonio, Texas, July 9, 1994.

"New antipsychotics," Rio Grande State Center, Harlingen, Texas, June 16, 1994.

"New medications for schizophrenia," Laredo, Texas, June 23, 1994.

"New Approaches to Treatment of  Schizophrenia," Harris County MHMR, Houston, Texas, October 12, 1994.

"New Antipsychotics and Approaches to Schizophrenia," Grand Rounds, Department of Psychiatry, Texas Tech Health Science Center, Lubbock, Texas, October 21, 1994.

"New views of psychosis and antipsychotics," Grand Rounds, Department of Psychiatry, Texas A &M Medical School, Temple, Texas, April 21, 1995.

"Atypical Antipsychotics," Center for Health Care Services, San Antonio, Texas, May 19, 1995.

"Phenomenology of Psychotic Illnesses," Armed Forces Update in Psychiatry, San Antonio, Texas, August 24, 1995.

"New Views of Schizophrenic Symptomatology," Grand Rounds, Department of Psychiatry, Texas Tech University Health Science Center at El Paso, Texas, August 25, 1995.

"Psychopharmacology of Violence in Psychosis," Janssen CNS Roundtable, San Antonio, Texas, September 1, 1995.

"Client, Family and Psychosocial Perspectives," presented at A Community Forum entitled "New Medications:  The Impact and Future Value in Treating Severe Mental Illness from Clinical and Budgetary Perspectives."  The forum was moderated by A. John Rush, M.D. and Alexander L. Miller, M.D. and sponsored by the Texas Alliance for the Mentally Ill and the Texas Council of Community MHMR Centers, Inc.  Austin, Texas, June 7, 1996.

"Diagnosis and Treatment of Serious Mental Illness," presented at TEXAMI Community Forum entitled "Insight, Hope, and Care for Mental Illness."  The forum was sponsored by The Texas Alliance for the Mentally Ill (TEXAMI) and the Llano Estacado and Panhandle Alliances for the Mentally Ill.  Lubbock, Texas -- August 10, 1996.

CONFIDENTIAL
AZSER12777861

BEST COPY AVAILABLE

January 2003

"Dopamine in Psychotic Disorders," sponsored by the Texas Alliance for the Mentally Ill. Dallas, Texas, September 27, 1996.

"New Antipsychotic Medications," research seminar presented in the Department of Pediatrics, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, October 1996.

"Diagnosis and Treatment of Serious Mental Illness," sponsored by the Texas Alliance for the Mentally Ill and the Community Mental Health Forum, El Paso, Texas, November 2, 1996.

"Schizophrenia: Phenomenology and New Treatments," Grand Rounds, Division of Psychiatry, Harvard Medical School, Boston, Massachusetts, December, 1996.

"New Antipsychotics and the Symptoms of Schizophrenia," Tropical Texas Mental Health and Mental Retardation Center, Edinburg, Texas, March 12, 1997.

"New Antipsychotics and the Symptoms of Schizophrenia," Tropical Texas Mental Health and Mental Retardation Center, Brownsville, Texas, March 12, 1997.

"Texas Medication Algorithm and Negative Symptoms of Schizophrenia," Life Management Centers, El Paso, Texas, June 24, 1997.

TXMHMR Conference on Schizophrenia and Bipolar Disorder Algorithms. Moderator, Dallas, Texas, September 4-8, 1997.

"New Antipsychotics" and "The New TXMHMR Research Rule," presentations at the 1997 TXMHMR Physicians' Conference, Austin, Texas. September 29-30, 1997.

"New Antipsychotics and Antipsychotic Algorithms," Grand Rounds, Department of Psychiatry, Texas Tech University Health Science Center School of Medicine, Lubbock, Texas. October 7, 1997.

"Recent Advances in the Treatment of Schizophrenia," Utah Valley Mental Health Center and Utah Veterans Administration Hospital, Salt Lake City, Utah. October 8, 1997.

"Clinical Strategies Workshop: Focus on Quetiapine," PsychLink, Dallas, Texas. October 15, 1997.

"Treatment Resistant Schizophrenia," Continuing Medical Education Presentation, Baton Rouge, Louisiana. October 30, 1997.

"New Antipsychotics: An Update," Grand Rounds, Department of Psychiatry, Louisiana State University Medical Center, Shreveport, Louisiana, October 31, 1997.

"New Drug Therapy in the Field of Psychiatry," Grand Rounds, Department of Psychiatry, Scott and White Medical Center, Temple, Texas, November 7, 1997.

"Where Does Seroquel Fit with New Atypical Antipsychotics?" Grand Rounds, Department of Psychiatry, University of Arkansas Medical Sciences Center, Little Rock, Arkansas, November 14, 1997.

"New Drug Therapies for Psychosis," Continuing Medical Education Presentation, Dallas, Texas, November 19, 1997.

737

CONFIDENTIAL
AZSER12777862

BEST COPY AVAILABLE

January 2003

"Treatment Resistant Schizophrenia," Continuing Medical Education Presentation, Corpus Christi, Texas, November 20, 1997.

"Recent Advances in the Treatment of Schizophrenia," Mental Health and Mental Retardation Authority of Harris County, Houston, Texas, December 2, 1997.

"Update on Treatment Options for Psychosis," Grand Rounds, Menlo Park Veterans Administration Hospital, Menlo Park, California, December 5, 1997.

"New Treatment Options in Schizophrenia," Presentation for Fresno County Mental Health Center, Fresno, California, December 11, 1997.

"Antipsychotics and the Texas Medical Algorithm Project," Continuing Medical Education Presentation, McAllen, Texas, December 18, 1997.

"Treatment Resistant Schizophrenia," Center for Health Care Services, San Antonio, Texas, January 15, 1998.

"Medication Algorithms for Schizophrenia," Winter Workshop on Schizophrenia, Davos, Switzerland, February 9, 1998.

"Treatment Resistant Schizophrenia," Terrell State Hospital, Terrell, Texas, February 18, 1998.

"New Treatment Options in Schizophrenia," Mental Health and Mental Retardation Authority of the Gulf Coast, Galveston, Texas, February 18, 1998.

"New Treatment Options in Schizophrenia," Grand Rounds, Edith Nourse Rogers Memorial Veterans Administration Hospital, Bedford, Massachusetts, February 27, 1998.

"Treatment Options in Schizophrenia," San Joaquin County Mental Health Center, Stockton, California, March 3, 1998.

"Algorithm for Psychosis," Grand Rounds, Tulane University Hospital, New Orleans, Louisiana, March 27, 1998.

"Medication Algorithms for Schizophrenia," Grand Rounds, Department of Psychiatry, University of Mississippi Medical Center, April 3, 1998.

"New Treatment Options in Schizophrenia," Eastern State Hospital, Spokane, Washington, April 7, 1998.

"New Treatment Options in Schizophrenia," Atascadero State Hospital, Atascadero, California, April 22, 1998.

"New Treatment Options in Schizophrenia," Grand Rounds, Good Samaritan Hospital, Phoenix, Arizona, May 15, 1998.

"Quetiapine: the Newest Atypical Antipsychotic," Kaiser Permanente Medical Group, Walnut Creek, California, June 15, 1998.

"Risperidone: Clinical Experience and Innovative Uses," Moderator of symposium, Irving, Texas, June 27-28, 1998.

"Treatment Resistant Schizophrenia," Griffin Memorial Hospital, Norman, Oklahoma, June 29, 1998.

CONFIDENTIAL
AZSER12777863

BEST COPY AVAILABLE

January 2003

"New Antipsychotics: A Look at What Makes Them Different," Continuing Medical Education Presentation, Austin, Texas, June 30, 1998.

"Medication algorithms for schizophrenia: development, implementation, and modification," presented at the XXIst CINP Congress, Glasgow, Scotland, July 12-16, 1998.

"Treatment Resistant Schizophrenia," Bryce State Hospital, Tuscaloosa, Alabama, July 27, 1998.

"New Antipsychotic Medications," 14th Annual Fairweather Lodge Conference, San Antonio, Texas, September 10, 1998.

"TMAP Schizophrenia Algorithms: What Will We Learn?" TEXAMI Convention, San Antonio, Texas, September 11, 1998.

"Update on Atypical Antipsychotics," CME presentation, Waco, Texas, September 23, 1998.

"The Implementation of Schizophrenia Medication Algorithms in New Mexico," presentation to New Mexico Department of Mental Health, Albuquerque, New Mexico, December 22, 1998.

"Medication Algorithms for Schizophrenia," Grand Rounds, University of New York at Buffalo, Buffalo, New York, March 4, 1999.

"Antipsychotics, Cognition, and Community Functioning," Continuing Medical Education Presentation, Charleston, South Carolina, May 24, 1999.

"Medication Algorithms for Schizophrenia," Grand Rounds, Medical University of South Carolina, Charleston, South Carolina, May 25, 1999.

"Texas Medication Algorithm Project: Update," APA Institute on Psychiatric Services, New Orleans, Louisiana, October 29, 1999.

"Texas Medication Algorithm Project" Per IL Trattamento Della Schizofrenia, Workshop, Rome, Italy, February 14, 2000.

"Texas Medication Algorithm Project," Le Linee guida terapeutiche en psichiatria, Cremona, Italy, February 19, 2000.

"Identification and Management of Cognitive Deficits in Schizophrenia," Grand Rounds, Department of Veterans Affairs, North Texas Health Care System, Dallas, Texas, March 16, 2000.

"Medication Algorithms and Guidelines for Schizophrenia," Grand Rounds, Napa State Hospital, Napa, California, April 7, 2000.

"Medication Algorithms and Guidelines for Schizophrenia," CME Presentation, Modesto, California, April 10, 2000.

"Anti-Psychotic Algorithms for Schizophrenia," Sierra Chapter, Central California Psychiatric Society District Branch, American Psychiatric Association, Fresno, California, April 11, 2000.

"Algorithms for Schizophrenia," Staff Training, St. Elizabeth's Hospital, Washington D.C., April 17, 2000.

"Algorithms for Schizophrenia," Staff Training, Fairfax County Staff, CME, Fairview Park Marriott, Falls Church, Virginia, April 18, 2000.

739

CONFIDENTIAL
AZSER12777864

BEST COPY AVAILABLE

January 2003

"Algorithms for Schizophrenia," Staff Training, Ohio Medication Algorithms Project, Marriott Kingsgate Conference Center, Cincinnati, Ohio, May 4, 2000.

"Treatment-Refractory Schizophrenia: A New Look," Symposium Chairman and Presenter, APA 2000 Annual Meeting, Chicago, Illinois, May 13-18, 2000.

"Medication Algorithms for Schizophrenia," Grand Rounds, Hillside Hospital, Glen Oaks, New York, May 31, 2000.

"The Quality of Evidence for Medication Algorithms in Psychiatry," Research Seminar, Hillside Hospital, Glen Oaks, New York, May 31, 2000.

"Guidelines to Algorithms: How One State is Succeeding," The Institute for the Advancement of Human Behavior and Keystone Mercy Health Plan, CME Symposium, Philadelphia, Pennsylvania, June 10, 2000.

"Treating Schizophrenia: The Texas Medication Algorithm Project," The PA MidAtlantic AIDS Education & Training Center and The Behavioral Health Training and Education Network, Philadelphia, Pennsylvania, November 30, 2000.

"Cognitive Deficits in Schizophrenia and their Treatment," Grand Rounds, Metropolitan State Hospital, Orange, California, January 10, 2001.

Cognitive Deficits in Schizophrenia and their Treatment," Orange County Psychiatric Society, Orange, California, January 10, 2001.

"Texas Medication Algorithm Project," Riverside Division of Southern California Psychiatric Society, Riverside, California, January 11, 2001.

"Medication Algorithms for Schizophrenia," Grand Rounds, University of Illinois College of Medicine, Peoria, Illinois, January 18, 2001.

"Medication Algorithms for Schizophrenia," Grand Rounds, University of Minnesota, Minneapolis, Minnesota, January 31, 2001.

"Refining New Treatment Modalities in Schizophrenia," Continuing Medical Education Presentation, Lubbock County Psychiatric Society, Lubbock, Texas, February 20, 2001.

"Psychopharmacology of Schizophrenia," Schizophrenia Specialized Training, Dallas, Texas, February, 26, 2001.

"Psychosis in Special Populations," National Council for Community Behavioral Healthcare Conference, Portland, Oregon, April 2, 2001.

"Psychosis in Special Populations," Medical Education Program, Salem, Oregon, April 3, 2001.

"Developing Treatment Guidelines: The Texas Medication Algorithm Project," AstraZeneca Research Forum IV, Glasgow, Scotland, April 11, 2001.

"The Texas Medication Algorithm Project (TMAP): Outcomes for Persons with Schizophrenia," 2001 Biennial Meeting of the International Congress on Schizophrenia Research (ICOSR), Whistler, British Columbia Canada, April 28, 2001.

"Results from the Texas Medication Algorithm Project (TMAP) Schizophrenia Treatment Module," 2001 APA Annual Meeting, New Orleans, Louisiana, May 5-10, 2001.

CONFIDENTIAL
AZSER12777865

BEST COPY AVAILABLE

January 2003

"Issues in the Management of Schizophrenia," Medical Education Program, Beaumont, Texas, May 15, 2001.

Risperidone/Ziprasidone Advisory Board Meeting, Philadelphia, Pennsylvania, May 24, 2001.

Antipsychotic Prescribing Practices in Routine Practice Settings and the Research Questions they Herald," 41st Annual New Clinical Drug Evaluation Unit (NCDEU) Meeting, Phoenix, Arizona, May 28-31, 2001.

"The Results of the Texas Medication Algorithms Project," 2001 NAMI Texas Convention, Houston, Texas, September 19, 2001.

"Treatment Algorithms for Schizophrenia," TMAP Multistate Training, Las Vegas and Reno, Nevada, September 24-26, 2001

"Treatment Algorithms for Schizophrenia," TMAP Multistate Training, Louisville, Kentucky, October 3-4, 2001.

"Medication Prescribing," Evidence-Based Practices: Building the Road to Recovery Conference, Springfield, Illinois, November 13-14, 2001.

TMAP Training Conference, Community Partnership of Southern Arizona (CPSA), Tucson, Arizona, December 4, 2001.

"The Texas Medication Algorithm Project: Rationales and Results in Schizophrenia," Grand Rounds, VA Greater Healthcare, Los Angeles, California, February 6-7, 2002.

"Medication Algorithms for Schizophrenia," TMAP Multistate Training, Philadelphia, Pennsylvania, February 19, 2002.

"TMAP: Outcomes in Schizophrenia," Poster presented at the Eleventh Biennial Winter Workshop on Schizophrenia, Davos, Switzerland, February 24 – March 1, 2002.

"Cognition in Schizophrenia," Santa Clara Mental Health Center, San Jose, California, April 15, 2002.

"Texas Medication Algorithm Project: Clinical Outcomes and Updates in Schizophrenia," Porterville Developmental Center, Porterville, California, April 16, 2002.

"Texas Medication Algorithm Project: Clinical Outcomes and Updates in Schizophrenia," Kern Chapter of the California Psychiatric Society, Bakersfield, California, April 16, 2002.

"Texas Medication Algorithm Project: Clinical Outcomes and Updates in Schizophrenia," Folsom Correctional Facility, Folsom, California, April 17, 2002.

"Effects of Antipsychotics on Cognitive Functioning in Schizophrenia," Stanislaus Behavioral Health, Modesto, California, April 18, 2002.

"Antipsychotic Use in Special Populations," Dinner lecture, Modesto, California, April 18, 2002.

"Texas Medication Algorithm Project: Clinical Outcomes and Updates in Schizophrenia," Grand Rounds at Napa State Hospital, Napa, California, April 19, 2002.

"Medication Algorithms for Schizophrenia," TMAP Multistate Training, Pittsburgh, Pennsylvania, May 24, 2002.

CONFIDENTIAL
AZSER12777866

BEST COPY AVAILABLE

January 2003

"Medication Algorithms for Schizophrenia," TMAP Multistate Training, Ypsilanti, Michigan, June 19, 2002.

"Evidence-Based Toolkits: Focus of Medications," 2002 NAMI Texas Convention, Austin, Texas, September 6, 2002.

"Acute and Long-Term Efficacy of Antipsychotic Treatments," Austin Psychiatric Society, Austin, Texas, September 18, 2002.

Brief Clinical Assessment Training, Creedmoor Psychiatric Center, New York, New York, October 1, 2002.

"Quetiapine in Schizophrenia: Efficacy and Side-effects," Korean Neuropsychiatry Association Satellite Symposium, Seoul, Korea, October 24-25, 2002.

Texas Medication Algorithm Project Study Data, presented at the Korean Neuropsychiatry Association Satellite Symposium, Seoul, Korea, October 24-25, 2002.

"Treatment Algorithms for Schizophrenia," TMAP Multistate Training, San Diego, California, November 17-18, 2002.

"Comparisons of Newer Antipsychotics," CME Dinner lecture, El Paso, Texas, December 12, 2002.

"Treatment Algorithms for Schizophrenia," TMAP Multistate Training, Harrisburg State Hospital, Harrisburg, Pennsylvania,  December 18-19, 2002.

CONFIDENTIAL
AZSER12777867

BEST COPY AVAILABLE

11/21/2003  12:25   7438063                    JANICE MILLER MD                PAGE   02/03

**JANICE L. MILLER, M.D., CCRI**
**CNS HEALTHCARE OF WEST PALM BEACH**
November 21, 2003

*Janice A. Miller, MD*
*Nov. 21, 2003*

CNS

D1447C00127:0050
5077IL/127

| | |
|---|---|
| **Title** | **Principal Investigator**<br>Clinical Neuroscience Solutions, Inc.<br>May 1999 to Present |
| **Birth** | REDACTED |
| **Education** | Indian River Community College, Fort Pierce, FL; Associate of Arts, 1969-1971 |
| | University of Miami, Coral Gables, FL; Bachelor of Science, Summa Cum Laude, 1971-1972 |
| | University of Miami School of Medicine, Miami, FL; Doctor of Medicine, 1972-1976 |
| **Professional Training** | University of Miami School of Medicine, Miami, FL; Residency in Psychiatry, 1976-1977 |
| | Georgetown University Hospital, Washington, DC; Residency in Psychiatry, 1977-1979 |
| **License/ Accreditation** | Florida ME-0031592 |
| | November, 2002 – Clinical Investigator Certification by ACRP |
| | 1983 - Diplomate of the American Board of Psychiatry and Neurology |
| | 1990 - Certification in Alcoholism & Drug Dependencies, American Society of Addiction Medicine |
| **Population Experience** | *Children and Adolescents:*  16 years clinical psychiatric experience, both inpatient and outpatient; diagnoses included ADHD and Disruptive Behaviors disorders, Substance Abuse/ Dependence disorders, Psychotic disorders, Depressive disorders, Bipolar disorders, Anxiety disorders, Eating disorders, Adjustment disorders, and Personality disorders. |
| | *Adults:* 23 years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Mental Retardation, ADHD and Disruptive Behaviors disorders, Delirium, Dementia, Substance Abuse/ Dependence disorders, Psychotic disorders, Depressive disorders, Bipolar disorders, Anxiety disorders, Somatoform disorders, Sleep Disturbance disorders, Dissociative disorders, Sexual and Gender Identity disorders, Eating disorders, Adjustment disorders, and Personality disorders. |

CNS Healthcare West Palm Beach ● Bldg. 2, Suite 210 ● 5604 Corporate Way ● West Palm Beach, FL 33407
Tel: 561-616-9595 ● Fax: 561-616-9545
www.cnshealthcare.com/westpalmbeach

Page 1 of 2
CNS Healthcare of West Palm Beach
Curriculum Vitae
©2001 Clinical Neuroscience Solutions

CONFIDENTIAL
AZSER12777868

BEST COPY AVAILABLE

11/21/2003  12:25    7438863                    JANICE MILLER MD                    PAGE  03/03

**JANICE L. MILLER, M.D., CCRI**
**CNS HEALTHCARE OF WEST PALM BEACH**
November 21, 2003



| | |
|---|---|
| **Population Experience** | Geriatrics:  23 years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Alzheimer's, Delirium, Dementia, Substance Abuse/Dependence disorders, Psychotic disorders, Depressive disorders, Bipolar disorders, Anxiety disorders, Sleep Disturbance disorders, Eating disorders, Adjustment disorders, and Personality disorders. |
| **Clinical Skills** | CPR, vital signs (including orthostatic blood pressure), ECG, venipuncture, height, weight, body mass index, urine dipsticks, urine pregnancy testing, slide preparation, pharmacokinetic sampling and storage, specimen preparation and specimen packaging |
| **Ratings Experience** | *Diagnostic Evaluations:* SCID, K-SADS, DICA, MINI and MINI-Kid <br><br> *Scales:* ADHD rating scale, AIMS, ASEX, Barnes, BPRS, CGI, Conners Continuous Performance Test, Global Assessment Scale, Hamilton Anxiety Rating Scale, Hamilton Depression Scale, MADRS, PANSS (including SCI-PANSS), PGI-Improvement, Quality of Life Assessment, Resource Utilization, SADS-C, Simpson-Argus, Somatic Symptom Inventory, Y-BOCS, Y-MRS, Visual Analog Scales, Stanford Sleepiness Scales, PAAS (Panic and Anticipatory Anxiety Scale, PDSS (Panic Disorder Severity Scale) |
| **Hospital Appointments** | Medical Director, Loudoun County Mental Health; Leesburg, Virginia; 1979 – 1980 <br><br> Medical Director, Geriatric/Alzheimer's Unit, Savannas Hospital; Port St. Lucie, Florida;   1996 - 1998 <br><br> Medical Staff, Savannas Hospital; Port St. Lucie, Florida;  1990 - 2001 <br><br> Medical Staff, Columbia Hospital; West Palm Beach, Florida; 1983 – 1996 <br><br> Medical Staff, JFK Hospital; Atlantis, Florida; 1982 – 1993 |
| **Private Practice Experience** | Psychiatric Private Practice; Jupiter/West Palm Beach, Florida; 1981 - 2002 |
| **Professional Memberships** | Association of Clinical Research Professionals (ACRP)          12/02 – Present <br><br> American Psychiatric Association                                              9/2003 |
| **Version Date** | November 21, 2003 |

CNS Healthcare West Palm Beach ● Bldg. 2, Suite 210 ● 3801 Corporate Way ● West Palm Beach, FL 33407
Tel: 561-616-9595 ● Fax: 561-616-9545
www.cnshealthcare.com/westpalmbeach

Page 2 of 2
CNS Healthcare of West Palm Beach
Curriculum Vitae
©2001 Clinical Neuroscience Solutions

744

CONFIDENTIAL
AZSER12777869

BEST COPY AVAILABLE



CONFIDENTIAL
AZSER12777870

BEST COPY AVAILABLE



AM1207390        01-31-2004        $210.00

2,2N,3,3N,4,5 PRACTITIONER    10-16-2001

MILLER, JANICE L MD PA
5601 CORPORATE WAY
BLDG 2
SUITE 210
WEST PALM BEACH, FL            33407

746

CONFIDENTIAL
AZSER12777871

BEST COPY AVAILABLE



**Association of Clinical
Research Professionals**

*Janice Miller, MD, CCRI*

has, on the 9th day of November 2002, fulfilled ACRP's standards for

**CERTIFIED CLINICAL RESEARCH INVESTIGATOR**

*Certification is awarded through November 30, 2004*
*Your certification number is 02-063*

Paul E. Groth, MS Pharm, Director of
Certification & Accreditation

*William L. Gray, MD, CCRI*

William L. Gray, MD, CCRI
Chair, CRI Exam Committee

747

CONFIDENTIAL
AZSER12777872

BEST COPY AVAILABLE

D1447C00127:0051
5077IL/127



*California Neuropsychopharmacology*
*Clinical Research Institute, LLC*
*CNRI - Los Angeles, LLC*

---

*CURRICULUM VITAE*

| | |
|---|---|
| Full Name: | Raymond Anthony Manning, M.D. |
| Address: | California Neuropsychopharmacology Clinical Research Institute-LA, LLC (CNRI-LA, LLC) 8309 Telegraph Road Pico Rivera, CA 90660 |
| Office Telephone: | (562) 928-8601 |
| Contact Person For New Clinical Trials: | Tram K. Tran-Johnson, Pharm.D, Psy.D. Director of Clinical Research and Business Development 9466 Black Mountain Road, Suite 100 San Diego, CA 92126 |
| Office Telephone: | (858) 566-8222 |
| Office Fax Number: | (858) 566-5326 |
| e-mail Address: | REDACTED |
| Education | Manhattan College Parkway Riverdale, New York B.S. Psychology 1958 – 1962 |
| | Columbia University Teachers College New York, NY M.A. Psychology 1962 – 1963 |
| | Howard University College of Medicine N.W. Washington, DC M.D. 1965 – 1969 |

---

Version July 2003

*8309 Telegraph Road • Pico Rivera, CA 90660*

CONFIDENTIAL
AZSER12777873