BEST COPY AVAILABLE

Raymond Anthony Manning, M.D.                                    2

| | |
|---|---|
| Boards | American Board of Psychiatry & Neurology<br>Certified in Psychiatry<br>5/75 |
| | American Board of Psychiatry & Neurology<br>Certified in Geriatric Psychiatry<br>10/95 |
| Honors | Elected to AOA<br>1968 |

| | | |
|---|---|---|
| License | New York<br>7/70 | #106336 |
| | California<br>8/76 | #G32641 |

| | |
|---|---|
| Military Service | Lt. Commander, U.S. Public Health Service (Clinical Associate, NIMH Division of Special Mental Health Research IRP Washington, DC) 5600 Fisher Lane, Rockville, MD 20857 |
| Professional Training & Activities | CNRI – LA, LLC<br>Principal and Sub-Investigator<br>June 2002 - Present |
| | Raymond A. Manning, M.D., Inc.<br>Covina, CA<br>Private Practice in Psychiatry<br>1/90 – Present |
| | Psychiatric Associates Medical Group<br>Covina, CA<br>Private Practice in Psychiatry<br>12/76 – 12/89 |
| | New York Hospital Cornell Medical Center<br>Assistant Professor of Psychiatry<br>11/75 – 12/76 |
| | Lincoln hospital Department of Psychiatry<br>Instructor<br>7/74 – 8/75 |

Version July 2003

CONFIDENTIAL
AZSER12777874

BEST COPY AVAILABLE

Raymond Anthony Manning, M.D.                                                3

Augustina Community Mental Health Center,
(Psychiatry Institute of Washington, DC)
Staff Psychiatrist
1/74 – 6/74

U.S. Public Health, Laboratory of Clinical Psychopharmacology
Rockville, MD
Clinical Associate
1972 – 1974

NIMH Division of Special Mental Health Research
Rockville, MD
Fellowship in Psychiatry
1972 – 1974

Albert Einstein College of Medicine, Bronx Municipal Hospital Center
Bronx, NY
Resident in Psychiatry
1970 – 1973

New York Hospital, Cornell Medical Center
New York, NY
Intern in Medicine
1969 – 1970

Hospital Affiliations          Citrus Valley Medical Center / Inter-Community Campus
Covina, CA
Active Staff
8/77 – Present

Citrus Valley Medical Center / Queen of the Valley Campus
West Covina, CA
Active Staff
4/78 – Present

Doctors Hospital of West Covina
West Covina, CA
Consulting
10/87 – Present

Version July 2003

CONFIDENTIAL
AZSER12777875

BEST COPY AVAILABLE

Raymond Anthony Manning, M.D.                                        4

San Dimas Community Hospital
San Dimas, CA
Courtesy Staff
3/77 – Present

Huntington East Valley Hospital
Glendora, CA
Courtesy Staff
9/75 – Present

Foothill Presbyterian Hospital
Glendora, CA
Courtesy Staff
4/77 – Present

City of Hope National Medical Center
Duarte, CA
Consulting
5/82 – Present

Las Encinas Hospital
Pasadena, CA
1/83 – Present

Aurora Charter Oak Behavioral Health Care
Covina, CA
Active Staff
7/79 – Present

Glenbrook Hospital
Azusa, CA
Courtesy Staff
Closed in 1987

Canyon Ridge Hospital
Chino, CA
Courtesy Staff
1992

Academic Affiliation        UCLA School of Medicine
                            Assistant Clinical Professor of Psychiatry
                            Los Angeles, CA
                            1981 – 1987

Version July 2003

CONFIDENTIAL
AZSER12777876

BEST COPY AVAILABLE

Raymond Anthony Manning, M.D.                                                    5

| | |
|---|---|
| Appointments | Inter-Community Medical Center<br>Covina, CA<br>President of Medical Staff<br>1988 |
| | Sierra Royale Hospital<br>Azusa, CA<br>Assistant Medical Director<br>1989 |
| | Canyon Ridge Hospital<br>Chino, CA<br>Clinical Director of Adult Program<br>1990 |
| | Las Encinas Hospital<br>Pasadena, CA<br>Associate Medical Director<br>1991 |
| | Las Encinas Hospital<br>Pasadena, CA<br>Depressive Disorder Unit<br>Program Director<br>1991 |
| | Las Encinas Hospital<br>Pasadena, CA<br>Depressive & Affective Disorder Program<br>Program Medical Director<br>1997 |
| Societies | American Psychiatric Association<br>American Medical Association<br>American Society of Clinical Psychopharmacology |

Version July 2003

CONFIDENTIAL
AZSER12777877

BEST COPY AVAILABLE

Raymond Anthony Manning, M.D.                                                                6

## Pharmaceutical Protocols

Solvay S1542010 A Multicenter, Randomized, Placebo Controlled, Dose finding study of DU 127090 in the Treatment of Schizophrenia.  Study Role: Principal Investigator.

Astrazenica 5007/IL0041 Long acting Seroquel SR in the treatment of Schizophrenia.  Study Role: Sub-Investigator.

Pfizer/Eisai A2501024 A 12 week Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of Donepezil Hydrochloride as Adjunctive Therapy in the Treatment of Cognitive Impairment in Patients with Schizophrenia or Schizoffective Disorder.  Study Role: Sub-Investigator.

Organon 041-010 An assessment of the efficacy and safety of two sublingual doses of Org 5222 (Asenapine) in subjects with schizophrenia (in an acutely exacerbated state) compared to placebo in a multicenter randomized, double-blind, fixed-dose, 6-week trial with a Risperidone control group.   Study Role: Principal Investigator.

Corcept C-1703-03 A Phase III, Randomized, Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of C1703(Mifepristone) in Patients with Major Depressive Disorder with Psychotic Features Who are not Receiving Antidepressants or Antipsychotics.  Study Role: Sub-Investigator.

Organon 041-003 An assessment of two doses of ORG 5222(Asenapine) compared to risperidone on the effects on primary persistent negative symptoms as measured by the Scale for the Assessment of Negative Symptoms in a randomized, double-blind, multicenter, fixed dose, placebo-controlled 12 week trial following a four week open-label olanzapine lead-in period in patients with schizophrenia or schizoaffective disorder, depressive type.  Study Role: Principal Investigator.

Version July 2003

CONFIDENTIAL
AZSER12777878

BEST COPY AVAILABLE



The Medical Board of California
1426 Howe Avenue, Suite 54
Sacramento, California  95825-3236

State of
California
Department of
Consumer
Affairs

*PHYSICIAN AND SURGEON*

CERTIFICATE NO.  G32641                    EXPIRATION  08/31/2004

RAYMOND ANTHONY MANNING
315 N THIRD AVE STE 201
COVINA, CA  91723

ORIGINAL
ISSUANCE DATE                             RECEIPT NO.
08/03/1976                                14300188

CONFIDENTIAL
AZSER12777879

BEST COPY AVAILABLE

D1447C00127: _0052_

# Curriculum Vitae

### Hilary B. Lipson-Parra, PhD, RN, CS

**Research Office:**
FutureSearch Trials
4200 Marathon Blvd., Ste. 200
Austin, TX 78756
(512) 380-9925

**Private Practice:**
1101 Capital of Texas Hwy. South
Building A, Suite 290
Austin, Texas 78746
(512) 347-8600

## Professional Experience

| | | |
|---|---|---|
| 7/05 – Present | Private Practice<br>*Adult Psychiatry* | Austin, Texas |
| 10/01 – Present | FutureSearch Trials<br>*Investigator* | Austin, Texas |
| 12/90 – 10/01 | V.A. Outpatient Clinic<br>*Psychiatric Clinical Nurse Specialist*<br>*Women Veterans Coordinator for Austin ICF* | Austin, Texas |
| 8/89 – 11/90 | Medical Science Psychiatric Center<br>*Psychotherapeutic Nurse* | Austin, Texas |
| 6/90 – 12/90 | Prudential / Prucare<br>*Mental Health Specialist* | Austin, Texas |
| 5/89 – 8/89 | University of Texas at Austin School of Nursing<br>*Research Associate* | Austin, Texas |

## Education

Ph.D., May 1989, University of Texas at Austin
    Major: Psychiatric / Mental Health Nursing

M.S.N., 1978, University of Texas at El Paso
    Major: Psychiatric / Mental Health Nursing
    Minor: Nursing Administration

B.S.N., 1976, University of Texas Health Science Center at San Antonio
    Major: Nursing
    Minor: Psychology, University of Texas at El Paso

*Hilary Lipson-Parra*
09/08/05

CONFIDENTIAL
AZSER12777880

BEST COPY AVAILABLE

Hilary Lipson-Parra
- 2 -

## Certification

Board of Nurse Examiners for the State of Texas, RN since1977, Clinical Nurse Specialist in Psychiatric/Mental Health Nursing since 1983, License # 238679

Certified Clinical Specialist in Adult Psychiatric and Mental Health Nursing by the American Nurses Credentialing Center, 1998, License # 326094-01

## Publications

Rickelman, Bonnie, Gallman, Laverne, and Parra, Hilary, (1994, March/ April). Attachment and Quality of Life in Older Community-Residing Men.  <u>Nursing Research,</u> Vol. 43, No. 2, pp. 68-72.

Article summarizing findings in <u>The Medical Herald</u> by Susan Shapiro, "Texans Study the Quality of Life in Older Men", June 1994, p. 15.

Lipson-Parra, Hilary.  1990, January.  Development and Validation of the Adult Attachment Scale: Assessing Attachment in Elderly Adults.  Issues in Mental Health nursing, 11(1), 79-92.

## Research Experience

**Sub-Investigator and Primary Rater for the following protocols since 10/01:**

A Phase III, Open-Label Study of XXXXX In Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD)

A Phase IIIb, Open-Label, Multi-Center Study to Assess Safety, Tolerability, and Effectiveness Associated with the use of XXXXX in Adults with Attention Deficit Hyperactivity Disorder and Evaluate an ADHD-specific Novel Quality of Life Measure.

A Phase III, Randomized, Double-Blind, Multi-Center, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of XXXXX in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD)

A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Flexible-Dose Study Evaluating Efficacy, Safety, and Tolerability of Once-Daily Oral XXXX Versus Placebo in Subjects with Major Depressive Disorder Over an Eight-Week Treatment Period

XXXX Versus XXXX Extended Release in the Treatment of Major Depressive Disorder
An Open-Label Extension Study of the Safety and Efficacy of XXXX in Patients with Generalized Anxiety Disorder

An Open-Label Extension Study of the Safety and Efficacy of XXXX in Patients with Major Depressive Disorder

CONFIDENTIAL
AZSER12777881

Hilary Lipson-Parra
- 3 -

Randomized, Double-Blind Comparison of a Fixed Dose of XXXX and an Optimal Dosing Regimen of XXXX in the Treatment of Major Depressive Disorder

A Randomized, Double-Blind, Placebo-Controlled, Risperidone Referenced, Dose Finding Study of XXXX in the Treatment of Schizophrenia

A Double-Blind, Multicenter, Placebo-Controlled, Flexible Dose Study of XXXX 3mg b.i.d. to 8mg b.i.d. in the Treatment of Outpatients with Generalized Anxiety Disorder

An Open-Label, Dose-Blinded, Multicenter, Six Month Study of Safety and Tolerability of 3 Dose Levels of XXXX in Patients with Schizophrenia

A Six Week, Double-Blind, Randomized, Fixed-Dose, Parallel-Group Study of the Efficacy and Safety of Three Dose Levels of XXXX Compared to Placebo and a Marketed Antipsychotic in Patients with Schizophrenia Who are Experiencing an Acute Exacerbation of Symptoms

A Multi-Center, Double-Blind, Randomized, Placebo-Controlled, Double-Dummy Trial of the Use of XXXX in the Treatment of Patients with Bipolar Depression

A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Fixed Dose Safety and Efficacy Trial of XXXX in Outpatient Children and Adolescents with Major Depressive Disorder

Open-Label Extension Trial in Children and Adolescents with Major Depressive Disorder Who Participated in One of the Short-Term XXXX Safety and Efficacy Trials

A 12 Week Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of XXXX as Adjunctive Therapy in the Treatment of Cognitive Impairment in Patients with Schizophrenia or Schizoaffective Disorder

A 52-Week, Prospective, Randomized, Double-Blind, Multicenter Study of Relapse Following Transition From Oral Antipsychotic Medication to Two Different Doses (25 or 50 mg Given Every Two Weeks) of XXXX in Adults with Schizophrenia or Schizoaffective Disorder

An 8-Week, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Multicenter, Fixed Dose Study Comparing the Efficacy and Safety of XXXX or Paroxetine to Placebo in Moderately to Severely Depressed Patients with Major Depressive Disorder

A Double-Blind Flexible Dose Comparison of the Safety and Efficacy of XXXX and Placebo in the Treatment of Major Depressive Disorder

An Open-Label Extension Study of the Long-Term Safety of XXXX in Patients with Major Depressive Disorder

XXXX versus Placebo in the Treatment of Fibromyalgia Patients With or Without Major Depressive Disorder

A Multicenter, Double-Blind, Randomized Comparison of the Efficacy and Safety of an Atypical Anti-psychotic and Risperidone in the Treatment of Patients with Schizophrenia

757

CONFIDENTIAL
AZSER12777882

BEST COPY AVAILABLE

Hilary Lipson-Parra
- 4 -

Double-Blind Comparison of the Safety and Efficacy of an Investigational Antidepressant and Fluoxetine in the Treatment of Fluoxetine Nonresponders

Double-Blind Placebo-Controlled Study of an Investigational Antidepressant in the Treatment of Severe Major Depression

Flexible Dose Comparison of the Safety and Efficacy of an Investigational Antidepressant  and Fluoxetine in the Treatment of Major Depressive Disorder

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Study Evaluating Efficacy and Safety of a Novel Antidepressant and Citalopram (20mg/day) in Patients with Major Depressive Disorder

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Study Evaluating Efficacy and Safety of a SSRI Controlled Release Formulation versus Placebo in Patients with Major Depressive Disorder

A Study to Evaluate the Efficacy, Safety and Maintenance Effect of an Atypical Antipsychotic Augmentation of SSRI Monotherapy in Young and Older Adult Patients with Unipolar Treatment-Resistant Depression

A Novel Antidepressant Once-Daily Dosing Versus Placebo in Patients with Major Depression and Pain

A Double-Blind, Multicenter, Placebo- and Active-Controlled Acute and Extension Study of a $NK_1$-Receptor Antagonist in the Treatment of Patients with Major Depressive Disorder with Melancholic Features

A Double-Blind, Placebo-Controlled, Multicenter Study of the Long-Term Efficacy of a $NK_1$-Receptor Antagonist in the Maintenance of Antidepressant Effect in Geriatric Outpatients With Major Depressive Disorder

An Anticonvulsant Versus Placebo as Add-On Treatment in Subjects with Bipolar Disorder in the Outpatient Setting

An Eight Week, Double-Blind, Placebo-Controlled Multicenter Study to Evaluate the Safety and Efficacy of 2 Doses of a $5-HT_{1D}$ (1.5 and 3MG) and Paroxetine in Subjects with Major Depressive Disorder

A Phase III, Randomized, Placebo-Controlled Study Evaluating the Safety and Outcome of Treatment with Oral Atypical Antipsychotic in Subjects with Mania

A Phase III, Three Week, Multicenter, Randomized, Double-Blind, Placebo Controlled, Parallel Group Safety and Efficacy Study of an Extended-Release Anticonvulsant in Treatment of Bipolar I Disorder

A Four-week Double-blind, Placebo and Active Controlled, Dose-Ranging Study of 3 Doses of a Novel Anxiolytic and Lorazepam (3mg/day) in Outpatients with Generalized Anxiety Disorder

A Flexible Dose Comparison of the Safety and Efficacy of a Novel Antidepressant and Placebo in the Treatment of Generalized Anxiety Disorder

CONFIDENTIAL
AZSER12777883

BEST COPY AVAILABLE

Hilary Lipson-Parra
- 5 -

A Double-blind Comparison of a Novel Antidepressant and an SSRI in the Treatment of Generalized Anxiety Disorder

A Placebo-Controlled 12-Week Study of the Safety and Efficacy of Two Doses of an Anticonvulsant in the Treatment of Acute Manic or Mixed Episodes in Subjects with Bipolar I Disorder with an Optional Open-Label Extension

CONFIDENTIAL
AZSER12777884

BEST COPY AVAILABLE

D1447C00127:0052

CURRICULUM VITAE 5077IL/127

# DONALD J. GARCIA, Jr., MD

FutureSearch Trials
4200 Marathon Boulevard, Suite 200
Austin, TX 78756
Tel: (512) 380-9925 / Fax: (512) 380-9935

## EDUCATION

Fellowship (July 1993-1994)
University of Texas Southwestern Medical School, Dallas, Texas
Area: Geriatric Psychiatry

Residency (July 1991-June 1994)
University of Texas Southwestern Medical School, Dallas, Texas
Parkland Memorial Hospital
Area: Psychiatry

Internship (July 1990-1991)
University of Texas Southwestern Medical School
Parkland Memorial Hospital, Dallas, Texas

Doctorate of Medicine (August 1986-May 1990)
University of Texas Medical Branch, Galveston, Texas

Bachelor of Arts (August 1983-May 1987)
Rice University, Houston, Texas
Major: Biology

## CERTIFICATION & LICENSURE

Fellowship, Royal Australian and New Zealand College of Psychiatrists (October 2002)
Diplomate, American Board of Psychiatry and Neurology (May 1997)
Specialist, Medical Board of Queensland Australia (October 2001)
Alabama State Medical License, License #18743 (1995)
Texas State Board of Medical Examiners, License # H9939 (1991)

## PROFESSIONAL ORGANIZATIONS

American Medical Association
Texas Medical Association
Travis County Medical Association
American Psychiatric Association
Texas Society of Psychiatric Physicians (pending)
President Cullman County Medical Society (Alabama) December 1998 – December 2000

- 1 -

CONFIDENTIAL
AZSER12777885

BEST COPY AVAILABLE

## EMPLOYMENT HISTORY

FutureSearch Trials, Austin, TX
    Investigator
    June 2003 – Present

Integrated Mental Health Service, Gold Coast Hospital, Southport, Queensland, Australia
    Department of Research Clinical Trials Division
    Investigator (Principal and Co-Investigator Roles)
    January 2001 – June 2003

    Staff Specialist and Consultant Psychiatrist
    Clinical Director Mental Health Services for the Elderly
    February 2002 – June 2003

    Site Coordinator and Instructor, University of Queensland MBBS Year 3 Medical
    Student Education
    July 2002 – June 2003

    Chairman, Committee for Electroconvulsive Therapy
    January 2001 – June 2003

    Locum Psychiatrist
    January 2001 – January 2002

University of Queensland, Brisbane, Queensland, Australia
    Senior Lecturer in Psychiatry
    May 2002- July 2003

Private Practice, Cullman, Alabama
    Outpatient & Inpatient care of Adult, Pediatric, and Geriatric Patients
    February 1995 – January 2001

Blue Cross Blue Shield of Alabama
    Physician Advisor
    August 2000 – January 2001

Terrell State Hospital, Terrell, TX
    Staff Psychiatrist
    July 1994 – January 1995

University of Texas Southwestern Medical School, Dallas, TX
    Associate Clinical Instructor, Department of Psychiatry
    August 1994 – February 1995

Private Practice, Dallas, Texas
    General Psychiatry
    July 1994 – February 1995

- 2 -

CONFIDENTIAL
AZSER12777886

BEST COPY AVAILABLE

## RESEARCH EXPERIENCE with FutureSearch Trials

A MultiCenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Efficacy and Safety Study of a Flexible Dose of XXXX in Adult Outpatients with Major Depressive Disorder

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Fixed Dose Study Evaluating the Efficacy and Safety of XXXX in Elderly Outpatients Diagnosed with Major Depressive Disorder

A 21 Day, Double-Blind, Placebo-Controlled, Parallel-Group Evaluation of the Efficacy and Safety of XXXX in the Treatment of the Manic Phase of Bipolar Disorder

A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Flexible-Dose Study Evaluating Efficacy, Safety, and Tolerability of Once-Daily Oral XXXX Versus Placebo in Subjects with Major Depressive Disorder Over an Eight-Week Treatment Period

XXXX Versus XXXX Extended Release in the Treatment of Major Depressive Disorder

A Multi-Center, Double-Blind, Randomized, Placebo-Controlled, Double-Dummy Trial of the Use of XXXX in the Treatment of Patients with Bipolar Depression

A 12 Week Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of XXXX as Adjunctive Therapy in the Treatment of Cognitive Impairment in Patients with Schizophrenia or Schizoaffective Disorder

A 52-Week, Prospective, Randomized, Double-Blind, Multicenter Study of Relapse Following Transition From Oral Antipsychotic Medication to Two Different Doses (25 or 50 mg Given Every Two Weeks) of XXXX in Adults with Schizophrenia or Schizoaffective Disorder

An 8-Week, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Multicenter, Fixed Dose Study Comparing the Efficacy and Safety of XXXX or Paroxetine to Placebo in Moderately to Severely Depressed Patients with Major Depressive Disorder

An Open-Label Extension Study of the Long-Term Safety of XXXX in Patients with Major Depressive Disorder

XXXX versus Placebo in the Treatment of Fibromyalgia Patients With or Without Major Depressive Disorder

A Study to Evaluate the Efficacy, Safety and Maintenance Effect of an Atypical Antipsychotic Augmentation of SSRI Monotherapy in Young and Older Adult Patients with Unipolar Treatment-Resistant Depression

A Double-Blind, Placebo-Controlled, Multicenter Study of the Long-Term Efficacy of a $NK_1$-Receptor Antagonist in the Maintenance of Antidepressant Effect in Geriatric Outpatients with Major Depressive Disorder

- 3 -

762

CONFIDENTIAL
AZSER12777887

BEST COPY AVAILABLE

A Double-Blind, Multicenter, Placebo- and Active-Controlled Acute and Extension Study of a $NK_1$-Receptor Antagonist in the Treatment of Patients with Major Depressive Disorder with Melancholic Features

A Four-week Double-blind, Placebo and Active Controlled, Dose-Ranging Study of 3 Doses of a Novel Anxiolytic and Lorazepam (3mg/day) in Outpatients with Generalized Anxiety Disorder

## RESEARCH EXPERIENCE with Integrated Mental Health Service, Gold Coast Hospital, Southport, Queensland, Australia

A Double-Blind, Multicenter, Placebo and Active Controlled Study of XXXX in the Treatment of Acute Mania

An Open-Label Study of XXXX Tablet versus Wafer in the Treatment of Inpatients with Acute Schizophrenia

A Double-Blind, Multicenter, Placebo-Controlled Study of XXXX in Generalized Anxiety Disorder.

An Open-Label Study of XXXX in the Treatment of Outpatients with Schizophrenia in the Australian Population.

A Double-Blind, Multicenter, Placebo- and Active-Controlled Study of an $NK_1$-Receptor Antagonist in the Treatment of Patients with Major Depressive Disorder

A Double-Blind, Multicenter, Placebo-Controlled Study of XXXX in the Treatment of Patients with Major Depressive Disorder

- 4 -

CONFIDENTIAL
AZSER12777888

BEST COPY AVAILABLE



PLEASE NOTE OUR NEW ADDRESS AND PHONE NUMBER
P.O. BOX 2018, AUSTIN, TX 78768-2018
PHONE# 512/305-7010

# TEXAS STATE BOARD OF MEDICAL EXAMINERS
P.O. BOX 2018 • AUSTIN, TEXAS 78768-2018

## PHYSICIAN PERMIT

LICENSE/PERMIT NUMBER
H9939

EXPIRATION DATE
05-31-2004

DONALD JOAQUIN GARCIA JR, MD
PO BOX 92976
AUSTIN TX 78709-2976

THIS CERTIFIES THAT THE LICENSEE/PERMIT HOLDER NAMED AND NUMBERED HEREON HAS PROVIDED THIS BOARD
THE INFORMATION REQUIRED AND HAS PAID THE FEE FOR ANNUAL REGISTRATION FOR THE YEAR INDICATED ABOVE
PLEASE KEEP THIS BOARD NOTIFIED OF CHANGE OF ADDRESS

764

CONFIDENTIAL
AZSER12777889

BEST COPY AVAILABLE

*Addendum*

This addendum serves to clarify the following education dates noted on page one of my *curriculum vitae*, given one recipients's questioning of the date overlap:

      Doctorate of Medicine (August 1986-May 1990)
      University of Texas Medical Branch, Galveston, Texas

      Bachelor of Arts (August 1983-May 1987)
      Rice University, Houston, Texas
      Major: Biology

I was accepted to the University of Texas Medical Branch in 1986 without an undergraduate degree. I left Rice University for medical school in 1986; not having graduated. My first year medical school courses were accepted as transfer credits towards an undergraduate degree in Biology. At the conclusion of my first year of medical school in the summer of 1987, and with enough transfer credits to graduate, I was given my BA in Biology and diploma.

I hope this clarifies any perceived inconsistencies. Please feel free to contact me if further information is required.

Faithfully,

Donald J. Garcia, Jr., MD
**B.A. Biology 1987**
**M.D. (UTMB) 1990**
**Diplomate, American Board of Psychiatry and Neurology (1997)**
**Fellow, Royal Australian and New Zealand College of Psychiatrists (2002)**

**21 October 2003**

CONFIDENTIAL
AZSER12777890

BEST COPY AVAILABLE

D1447C00127: 0053

11/18/2003

# CURRICULUM VITAE
## Rakesh Ranjan, M.D.

**OFFICE ADDRESSES:**

Rakesh Ranjan, M.D. & Associates, Inc.
5010 Mayfield Rd., Suite 309
Lyndhurst, Ohio 44124
(216) 381-9455  FAX: (216) 381-9940



600 East Smith Road, Suite H
Medina, Ohio  44256
(330) 722-1069  FAX: (330) 764-9712

83 N. Miller Road, Suite 203
Fairlawn, OH  44333
(330) 865-4644   FAX: (330) 865-4641

**EDUCATION AND TRAINING:**

| | |
|---|---|
| 7/93 - 7/94 | Research Fellowship in Clinical Psychopharmacology, University Hospitals of Cleveland, Case Western Reserve University, Cleveland, Ohio |
| 3/93 - 6/93 | Research elective in Psychopharmacology, University Hospitals of Cleveland, Case Western Reserve University, Cleveland, Ohio |
| 7/89 - 6/93 | Residency in Psychiatry, Northeast Ohio Universities College of Medicine Psychiatry Residency Program, Akron General Medical Center, Akron, Ohio |
| 4/88 - 6/89 | Research Assistant, Genetics Section, Department of Pathology, Children's Hospital Medical Center, Akron, Ohio |
| 11/87 - 3/88 | Preceptorship in Family Practice, Samuel Su, M.D., Cuyahoga Falls, Ohio |
| 12/86 - 2/87 | Resident House Physicianship, Internal Medicine, Rajendra Medical College Hospital, Ranchi, India |
| 6/85 - 6/86 | Rotating Internship, Rajendra Medical College Hospital, Ranchi, India |

1

CONFIDENTIAL
AZSER12777891

BEST COPY AVAILABLE

11/18/2003

| | |
|---|---|
| 1981 - 1985 | M.D., Rajendra Medical College Hospital, Ranchi, India |
| 1979 - 1981 | Concentration in Physiology and Biochemistry, S.K. Medical College Hospital, Muzaffarpur, India |
| 1974 – 1978 | B.S. in Biology, Patna University, Patna, India |

**EXAMINATIONS AND CERTIFICATIONS:**

| | |
|---|---|
| 9/91 | TSE (Test of Spoken English) |
| 6/88 | FLEX: Component I and II |
| 7/87 | FMGEMS: Component I and II |
| 7/87 | ECFMG English Test |

**HONORS AND AWARDS:**

| | |
|---|---|
| 1995 | NCDEU/NIMH New Investigator Award |
| 1995 | NARSAD Young Investigator Award |
| 1994 | "Young Scientist Award" at the 7th Biennial Winter Workshop on Schizophrenia, Les Diablerets, Switzerland. |
| 1971 | National Scholarship from eleventh grade to completion of medical school. |

**PROFESSIONAL APPOINTMENTS:**

| | |
|---|---|
| 7/93 – Present | President, Rakesh Ranjan, M.D. & Associates, Inc. Medina, Ohio |
| 4/98 - Present | Clinical Assistant Professor, Case Western Reserve University, Cleveland, Ohio |
| 9/96 – 9/00 | Medical and Executive Director, Psychobiology Clinic of Greater Cleveland, Inc., Cleveland Heights, Ohio |
| 7/95 - 8/96 | Medical Director, Psychobiology Evaluation and Treatment Program, University Hospitals of Cleveland, Cleveland, Ohio |

2

CONFIDENTIAL
AZSER12777892

BEST COPY AVAILABLE

11/18/2003

| 8/95 - 3/98 | Senior Instructor in Psychiatry, Case Western Reserve University, Cleveland, Ohio |
| 8/94 - 8/96 | Consulting Psychiatrist, Medco Behavioral Care System, Akron, Ohio |
| 7/93 - 7/94 | Medical Staff Fellow, University Hospitals of Cleveland, Cleveland, Ohio |
| 1/93 - 6/94 | Consulting Psychiatrist, Portage Path Community Mental Health Center, Akron, Ohio |
| 1/93 - 6/93 | Psychiatric Physician, Massillon State Psychiatric Hospital, Massillon, Ohio |

**PRESENT HOSPITAL AFFILIATION:**

Windsor Behavioral Healthcare
115 East Summit Street
Chagrin Falls, Ohio 44022

Marymount Hospital
12300 McCracken Road
Garfield Heights, OH 41125

**HONORARY APPOINTMENTS:**

| 1997 | Medical Advisory Board of NAMI-Metro Cleveland |
| 1997 | Delegate, Ohio State Medical Association |

| **TEACHING:** | Didactic lectures to medical students and residents at the Department of Psychiatry, Case Western Reserve University |
| | Didactic lectures to residents at the Department of Psychiatry, Akron General Medical Center, Northeast Ohio Universities College of Medicine |

| **SPEAKER'S BUREAU:** | GlaxoSmithKline, Janssen, Eli Lilly, Forest Labs, Wyeth-Ayerst, Pfizer, Astra-Zeneca, Organon |

3

CONFIDENTIAL
AZSER12777893

BEST COPY AVAILABLE

11/18/2003

**CURRENT RESEARCH FOCUS:**

Pharmacologic treatment of psychotic and depressive disorders.
Phenomenology of schizophrenia.
Neuroendocrinology of schizophrenia and depression.
Clinical trials of novel psychotropic drugs.

**CLINICAL DRUG TRIAL EXPERIENCE:**

Participated in the following as the principal or co-investigator:

Melperone in the Treatment of Schizophrenia and Related Disorders: A Study of its Clinical, Dopaminergic and Serotonergic Effects.

Comparison of Two Doses of Melperone in the Treatment of Schizophrenia and Related Disorders.

Risperidone in the Treatment of Schizophrenia and Related Disorders: A Study of its Clinical, Dopaminergic and Serotonergic Effects.

Olanzapine versus Haloperidol in the Treatment of Schizophrenia and Other Psychotic Disorders.

Pilot Trial of Pramipexole in the Treatment of Tardive Dyskinesia.

Forty Week, Double-Blind Study Evaluating the Safety and Efficacy of Two Dose Regimens of Oral CP-88-059-1 and Haloperidol in the Maintenance Treatment of Outpatients with Schizophrenia or Schizoaffective Disorder.

Phase III, Six Week, Double-Blind, Multi-center Placebo-Controlled Study Evaluating the Safety and Efficacy of Two Fixed Doses of Oral CP-88-059-1 in the Acute Exacerbation of Schizophrenia and Schizoaffective Disorder.

Ipsapirone Potentiation of Clozapine Treatment in Treatment Resistant Schizophrenia.

Olanzapine versus Risperidone in the Treatment of Schizophrenia and Other Psychotic Disorders.

4

CONFIDENTIAL
AZSER12777894

BEST COPY AVAILABLE

11/18/2003

Open-label Experience with Olanzapine. (Treatment Resistant Schizophrenia).

An Observational Study on the Clinical Management of Patients Treated with REVIA for Alcohol Dependence.

Quetiapine (Seroquel ™) Experience with Safety and Tolerability (QUEST).

Cost Effectiveness and Functional Outcomes of Olanzapine in the Treatment of Schizophrenia in Usual Clinical Practice: A Randomized Clinical Study.

A Multicenter, Open-label, Long-Term Safety and Efficacy Study Of Ml00907 Tablets Once Daily in Subjects with Schizophrenia or Other Psychotic Disorders.

A l2 Week, Double-Blind, Fixed Dose Comparison of 20 and 40 mg Daily of Paroxetine and Placebo in Patients Suffering From Post Traumatic Stress Disorder (PTSD).

A Double-Blind Randomized Comparison of the Efficacy and Safety of Short-Acting Intramuscular Olanzapine, Short-Acting Intramuscular Lorazepam and Intramuscular Placebo in Acutely Agitated Patients Diagnosed with Mania Associated with Bipolar Disorder.

A Double-Blind Placebo Controlled Comparison of the Efficacy and Safety of Short Acting Intramuscular Olanzapine, Short Acting Intramuscular Lorazepam and Intramuscular Placebo in Treating Agitation in Patients with Dementia of the Alzheimer's Type, Vascular Dementia, and Mixed Dementia.

A Double-Blind, Randomized, Multicenter, Parallel Group Design Study to Evaluate the Efficacy and Safety of Two Dose Ranges of EMD l28 l30 in Comparison with Placebo and Haloperidol in the Treatment of Schizophrenia.

5

CONFIDENTIAL
AZSER12777895

BEST COPY AVAILABLE

11/18/2003

A Randomized, Double-Blind, Placebo and Risperidone Controlled, Multicenter Study to Evaluate the Efficacy and Safety of Two Nonoverlapping Dose Ranges of Iloperidone given B.I.D. for 42 Days to Schizophrenic Patients with Acute or Subacute Exacerbation, Followed by a Risperidone-Controlled, Long-Term Treatment Phase with Iloperidone given

Duloxetine Versus Placebo and Paroxetine in the Acute Treatment of Major Depression.

A Three-Week, Multicenter, Randomized, Double-Blind Placebo-Controlled, Parallel-Group Safety and Efficacy Study of Extended Release Carbamazepine in Patients with Bipolar Disorder.

A Six-Month, Open-Label, Multicenter Study of Extended-Release Carbamazepine in Patients with Bipolar Disorder.

A Multicenter, Randomized, Double-Blind Safety and Tolerability Study of Flexible Doses of Aripiprazole and Olanzapine in the Treatment of Patients with Acute Schizophrenia.

A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Two Fixed Doses of Aripiprazole in the Treatment of Patients with Acute Mania.

A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Aripiprazole in the Maintenance Treatment of Patients with Bipolar Disorder.

A Randomized, Multicenter, 10-Week, Double-Blind, Placebo Controlled, Flexible Dose Study to Evaluate the Efficacy and Safety of Paroxetine in Children and Adolescents with Obsessive-Compulsive Disorder.

A Randomized, Multicenter, 8-Week, Double-Blind, Placebo Controlled Study to Evaluate the Efficacy and Safety of Paroxetine in Children and Adolescents with Major Depressive Disorder.

6

CONFIDENTIAL
AZSER12777896

BEST COPY AVAILABLE

11/18/2003

A Randomized, Double-Blind, Placebo and Risperidone-Controlled, Multicenter Study to Evaluate the Efficacy and Safety of Two Nonoverlapping Dose Ranges of Iloperidone Given B.I.D. for 42 Days to Schizophrenic Patients Followed by a Long-Term Treatment Phase with Iloperidone Given Q.D.

Efficacy And Safety of a Flexible Dose of Risperidone Versus Placebo In The Treatment of Psychosis of Alzheimer's Disease.

The Efficacy And Safety of Flexible Dose Ranges of Risperidone vs. Placebo or Divalproex Sodium In The Treatment of Manic or Mixed Episodes Associated With Bipolar I Disorder.

A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of Sustained-release Formulation Quetiapine Fumarate (SEROQUEL™) and Placebo in the Treatment of Patients with Schizophrenia.

A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Two Fixed Doses of Aripiprazole in the Treatment Hospitalized Patients with Acute Mania.

A Randomized, Double-Blind, Parallel Group, Placebo-Controlled Study Evaluating Efficacy and Safety of Vilazodone (SB-659746-A) 10 mg/day and 20 mg/day and Citalopram (20 mg/day) in Patients with Major Depressive Disorder.

A Randomized, Double-Blind, Dose-Ranging Study of Intramuscular Aripiprazole In The Treatment of Acute Agitation in Patients with a Diagnosis of Schizophrenia, Schizoaffective, or Schizophreniform Disorder.

Large Simple Trial To Compare Ziprasidone and Olanzapine.

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Multiple Dose Study to Assess the Efficacy, Safety and Tolerability of RG1068 (Synthetic Human Secretin) in Children with Autism and Gastrointestinal Dysfunction.

Bipolar Disorder Effectiveness Study (BIDES).

7

CONFIDENTIAL
AZSER12777897

BEST COPY AVAILABLE

11/18/2003

A Randomized, Double-Blind, Multiple Dose Study of the Relative Bioavailablity and Tolerability of a Slow-Release Formulation and a Medium-Release Formulation of Palindore in patients with Schizophrenia or Schizoaffective Disorder.

A 7 month, Multicenter, Randomized, Double-Blind, Placebo, Controlled Comparison of 150-300 mg/day of Extended-release Bupropion Hydrochloride and Placebo for the Prevention of Seasonal Affectiev Disorder in Subjects with a History of Seasonal Affective Disorder Followed by an 8 week Follow Up Phase.

Bipolar Outpatient Preference Project (BOPP).

Escitalopram Effects on Quality of Life.

A Phase III, Randomized, Multicenter, Double-Blind, Parallel-Group, Placebo Controlled Safety and Efficacy Study of SPD503 Designed to Treat Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD) to an Effective Dose.

A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Flexible-Dose Study Evaluating Efficacy, Safety, and Tolerability of Once-Daily Oral GW353162 (20-40-60 mg) Versus Placebo in Subjects with Major Depressive Disorder Over an Eight-Week Treatment Period.

An Assessment Of The Efficacy And Safety Of Two Sublingual Doses Of Org 5222 (Asenapine) In Subjects With Schizophrenia (In An Acutely Exacerbated State) Compared To Placebo In A Multicenter Randomized, Double-Blind, Fixed-Dose, 6-Week Trial With A Risperidone Control Group.

An Assessment Of The Long-Term Safety And Efficacy Of Org 5222 (Asenapine) In Subjects With Schizophrenia In A Multicenter, Double-Blind Trial Using Risperidone As A Control.

A Double-Blind, Placebo-Controlled, Relapse Prevention Trial With Lead-In Open-Label, Flexible Dose Phase With Org 5222 (Asenapine) in the Treatment of Stable Outpatients With Schizophrenia.

8

CONFIDENTIAL
AZSER12777898

BEST COPY AVAILABLE

11/18/2003

A Randomized, Double-Blind Study Of Depakote® Monotherapy, Olanzapine Monotherapy, And Combination Therapy Of Depakote® Plus Olanzapine In Stable Subjects During The Maintenance Phase Of Bipolar Illness.

A 7 month. Multicenter, Randomized, Double-Blind, Placebo, Controlled Comparison of 150-300 mg/day of Extended-release Bupropion Hydrochloride and Placebo for the Prevention of Seasonal Affectiev Disorder in Subjects with a History of Seasonal Affective Disorder Followed by an 8 week Follow Up Phase.

Formal Observation of Concerta versus Strattera. Comparison of Treatment Outcomes in Children with ADHD.

A Phase III, Open-Label Study of SPD503 in Children and Adolescents (aged 6-17) with Attention Deficit Hyperactivity Disorder.

A Randomized Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy and Safety of 50 and 100 mg-*eq* of Pallperidone Palmitate in Subjects with Schizophrenia.

A Randomized, Double-Blind Comparison of the Efficacy and Safety of Aripiprazole  Intramuscular Formula, Haloperidol, or Placebo in the Treatment of Acutely Agitated Patients with a Diagnosis of Schizophrenia or Schizoaffective Disorder.

A Randomized, Double-Blind Comparison of the Efficacy and Safety of Aripiprazole Intramuscular Formula, Lorazepam, or Placebo in the Treatment of Acutely Agitated  Patients Diagnosed with Bipolar I Disorder, Manic or Mixed.

An Open-Label Study of Tolerability, Clinical Response, and Satisfaction in Adult Bipolar I Subjects Optimizing Initiation of Therapy Using Administration of Dermatological Precautions and LAMICTAL® Titration Packs, Phase IV Study.

9

CONFIDENTIAL
AZSER12777899

BEST COPY AVAILABLE

11/18/2003

A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

A Multicenter, Open-Label, Flexible-Dose, Parallel-Group Evaluation of The Cataractogenic Potential of Quetiapine Fumarate (SEROQUEL™) and Risperidone (RISPERDAL™) in The Long-Term Treatment of Patients With Schizophrenia or Schizoaffective Disorder.

**FUNDED RESEARCH GRANTS:**

NARSAD Young Investigator Award, 1995-1997, "Effect of clozapine withdrawal on psychopathology: Mechanism and treatment."

NIMH Research Grant (co-investigator), 1999-2002, "Culture, Schizophrenia, and Atypical Antipsychotics."

**PUBLICATIONS:**

Meltzer, H.Y. and **Ranjan, R.**: Valproic acid treatment of clozapine-induced myoclonus. *American Journal of Psychiatry* 151:1246-1247, 1994.

Meltzer, H.Y., Lee, M.A. and **Ranjan, R.**: Recent advances in the pharmacotherapy of schizophrenia. *Acta Scandinavica Psychiatrica*, 90: (Suppl 384): 95-101, 1994.

Meltzer, H.Y., Lee, M.A., **Ranjan, R.**: Risperidone: A matter of dosage. *Innovations & Research*, 3(1): 13-14, 1994.

Maes, M., Meltzer, H.Y., Bosmans, E., Bergmans, R., Bandoolaeghe, E., **Ranjan, R.** and Desnyder, R.: Increased plasma concentrations of interleukin-6, soluble interleukin-6, soluble interleukin-2 and transferring receptor in major depression. *Journal of Affective Disorders* 34:301-309, 1995.

10

775

CONFIDENTIAL
AZSER12777900

BEST COPY AVAILABLE

11/18/2003

Meltzer, H.Y., **Ranjan, R.**, Lee, M.A., Kennedy, J.: Emerging clinical uses of clozapine. *Reviews in Contemporary Pharmacolotherapy*: Emerging Clinical Claims for Clozapine, S. Johnson and F.N. Johnson (Eds). Marius Press, RICP, Lancaster United Kingdom, 6:187-196, 1995.

Maes, M., Cooremans, W., Delanghe, J., Scharpe, S., Wauters, A. Neels, H., D'Hondt, P., Peeters, D., Cosyns, P., **Ranjan, R.**, Bosmans, E., DeMeyer, F., Elkis, H., and Desnyder, R.: Components of biological variation in plasma haptoglobin: Relationships to plasma fibrinogen and immune variables, including interleukin-6 and its receptor. *Clinica Chimica Acta* 239(1): 23-35, 1995.

**Ranjan, R**. And Meltzer, H.Y.: Clozapine and Mood Disorders. *The Italian Journal of Psychiatry and Behavioral Sciences* 1:23-27,1995.

Meltzer, H.Y. and **Ranjan, R.**: Efficacy of atypical antipsychotic drugs in treatment refractory population. In *Handbook of Experimental Pharmacology, "Antipsychotics,"* Csernansky, J.G. (Ed), Springer-Verlag, Heidelberg, 120:333-357, 1996.

Meltzer, H.Y., Lee, M.A., **Ranjan, R.**, Mason, E.A., Cola, P.A.: Relapse following clozapine withdrawal: effect of neuroleptic drugs and cyproheptadine. *Psychopharmacology* 124:176-187, 1996.

**Ranjan, R**. and Meltzer, H.Y.: Acute and long-term effectiveness of clozapine in treatment resistant psychotic depression. *Biological Psychiatry* 40:253-258, 1996.

Maes, M., Gastel, A.V., **Ranjan, R.**, Blockx, P., Cosyns, P., Meltzer, H.Y. and Desnyder, R.: Stimulatory effects of L-5-hydroxytryptophan on post-dexamethasone β-endorphin levels in major depression. *Neuropsychopharmacology* 15(4): 340-348, 1996.

Meltzer, H.Y., Thompson, P.A., Lee, M.A. and **Ranjan, R.**: Neuropsychological deficits in schizophrenia: relation to social function and effect of antipsychotic drug treatment. *Neuropsychopharmacology* 14(3S):27S-33S, 1996.

11

CONFIDENTIAL
AZSER12777901

BEST COPY AVAILABLE

11/18/2003

Maes, M., DeMeester, I., Scharpe, S., Desnyder, R., **Ranjan, R.**, and Meltzer, H.Y.: Alterations in plasma dipeptidyl peptidase IV enzyme activity in depression and schizophrenia: effects of antidepressants and antipsychotic drugs. *Acta Psychiatrica Scandinavica* 93: 1-8, 1996.

Maes, M., Bosmans, E., **Ranjan, R.**, Vandoolaeghe, E., Meltzer, H.Y., DeLey, M., Berghmans, R., Stans, G., and Desnyder, R.: Lower plasma CC16, a natural anti-inflammatory protein, and increased plasma interleukin-1 receptor antagonist in schizophrenia: effects of antipsychotic drugs, *Schizophrenia Research* 21:39-50, 1996.

Maes, M., Delange, J., **Ranjan, R.**, Meltzer, H.Y., Desnyder, R., Cooremans, W., and Scharpe, S.: Acute phase proteins in schizophrenia, mania and major depression: modulation by psychotropic drugs. *Psychiatry Research* 66: 1-11,1997.

Torem, M., **Ranjan, R.**, Gilbertson, A.: Multiple Personality Disorder without History of Childhood Trauma. Hypnos, Vol. XXIV, No. 4: 173-180 (1997)

Meltzer, H.Y., Rabinowitz, J., Lee, M.A., Cola, P.A., **Ranjan, R.**, Findling, R.L. and Thompson, P.A.: Age at Onset and Gender of Schizophrenic Patients in Relation to Neuroleptic Resistance. *American Journal of Psychiatry* 154:4, 475-482, 1997.

Maes, M., Bosmans, E., Scharpe, S., **Ranjan, R.**, Thompson, P., Hendricks, D., Verkerk, R., Cooremans, W., Wauters, A., Neels, H., DeMeyer, F., D'Hondt, P., Peeters, D., Cosyns, P.: Components of biological variation, including seasonality, in serum soluble transferring receptor: relationships to serum iron, Transferring and ferritin concentrations, and immune and hematological variable, *Clinical Chemistry* (In Press).

Meltzer, H.Y., Findling, R.L., **Ranjan, R.**, Cola, P.A., Lee, M.A. and Thompson, P.A.: Early onset schizophrenia: adult outcome and neuroleptic response. *American Journal of Psychiatry* (In Press).

12

CONFIDENTIAL
AZSER12777902

BEST COPY AVAILABLE

11/18/2003

Maes, M., Weeckx, S., Wauters, A., Neels, H., Scharpe, S., **Ranjan, R**., Thompson, P.A., Verkerk, R., DeMeyer, F., D'Hondt, P., Peeters, D., Cosyns, P., and Desnyder, R.: Components of biological variation, including seasonality, in serum vitamin E, cholesterol, triglycerides, HDL-and LDL-cholesterol, and apolipo-protein-A1 and -B. (submitted to *Clinical Chemistry*).

## ABSTRACTS:

**Ranjan, R**. and Meltzer, H.Y.: Relationship between types of symptomatology in schizophrenia and neuroleptic-responsivity. *Schizophrenia Research* 11(2):185, 1994.

**Ranjan, R**., Meltzer, H.Y., and Maes, M.: The cimetidine-induced increase in prolactin secretion in schizophrenia: effect of clozapine. *Schizophrenia Research* 11(2):115, 1994.

Okayli, G., **Ranjan, R**., and Meltzer, H.Y.: The reduction of suicidality during clozapine treatment in neuroleptic-resistant schizophrenia. *Schizophrenia Research* 11(2): 103-104, 1994.

**Ranjan, R**., Lee, M.A. and Meltzer, H.Y.: Effect of clozapine on negative symptoms. *Psychopharmacology Bulletin* 31(3): 607, 1995.

**Ranjan, R**., Lee, M.A. and Meltzer, H.Y.: Effect of MK-212, a centrally acting serotonin agonist, on prolactin, cortisol and body temperature in schizophrenia. *Biological Psychiatry* 37(9):678-679, 1995.

Meltzer, H.Y. and **Ranjan, R**: Ipsapirone-induced cortisol response and its relation to negative symptoms in schizophrenia. *Society for Neuroscience Abstracts* 21, 1995.

## PRESENTATIONS:

Is Clozapine Limited Only to Schizophrenia?: Workshop presentation at the 17th Annual NAMI Convention, Albuquerque, New Mexico, May/1997.

Effect of Clozapine on Negative Symptoms: Poster presentation at the 35th Annual NCDEU(NIMH) Meeting, Orlando, Florida, May-June/1995.

13

CONFIDENTIAL
AZSER12777903

BEST COPY AVAILABLE

11/18/2003

Effect of MK-212, a Centrally Acting Serotonin Agonist on Prolactin, Cortisol and Body Temperature in Schizophrenia: Poster presentation at the 50th Annual Meeting and Scientific Program of the Society of Biological Psychiatry, Miami, Florida, May/1995.

Positive and Negative Symptom Schizophrenias - Myths and Realities: Grand Rounds Presentation at the Department of Psychiatry, Case Western Reserve University, Cleveland, Ohio, May/1994.

Management of Neuroleptic Side Effects: Grand Rounds Presentation at Western Reserve Psychiatric Hospital, Northfield, Ohio, June/1994.

Relationship Between Positive and Negative Symptoms in Schizophrenics and Neuroleptic-Responsivity: Poster presentation at the 7th Biennial Winter Workshop on Schizophrenia in Les Diablerets, Switzerland, January/1994.

The Cimetidine-induced Increase in Prolactin Secretion in Schizophrenia: Effect of Clozapine. Poster presentation at the 7th Biennial Winter Workshop on Schizophrenia in Les Diablerets, Switzerland, January/1994.

The Reduction of Suicidality During Clozapine treatment in Neuroleptic-Resistant Schizophrenia: Poster presentation at the 7th Biennial Winter Workshop on Schizophrenia in Les Diablerets, Switzerland, January/1994.

Chlorprothixene in Treatment of Trauma-Related Flashbacks: Seventh Regional Conference on Trauma, Dissociation and Multiple Personality, Akron, Ohio, April/1992.

14

CONFIDENTIAL
AZSER12777904

BEST COPY AVAILABLE

11/18/2003

**PROFESSIONAL SOCIETIES:**

| | |
|---|---|
| 1989-Present | American Psychiatric Association |
| 1991-1992 | Served on the Committee on Members in Training of Ohio Psychiatric Association |
| 1989-Present | Ohio Psychiatric Association |
| 1989-Present | National Alliance for the Mentally Ill |

**LICENSURE:**

| | |
|---|---|
| 1992 | State of Michigan |
| 1993 | State of Ohio |

15

780

CONFIDENTIAL
AZSER12777905

BEST COPY AVAILABLE

D1447C00127: _0054_

# CURRICULUM VITAE
### October 2005

**NAME:**          **ALFREDO N. RIVERA, M.D.**

_Signature_          _Initials_     _Date_

**OFFICE ADDRESS:**     **Community Research, Inc.**
*(formerly known as Community Research Management Associates, Inc.)*
4460 Red Bank Expressway
Suite 200
Cincinnati, OH 45227
*And*
619 Oak Street, 2 South
Cincinnati, Ohio 45206
Telephone: (513) 281-3868
Fax: (513) 281-1370
*And*
2123 Auburn Avenue, Suite 234 *(previous address)*
Cincinnati, Ohio 45219
Telephone: (513) 721-3868
Fax: (513) 639-7343

**Community Research & Sleep Management Institute**
334 Thomas More Parkway, Suite 120
Crestview Hills, Kentucky 41017
Telephone: (859) 331-6065 or (859) 331-4130
Fax: (859) 331-6075
*And*
4421 Eastgate Boulevard
Cincinnati, Ohio 45245
Telephone: (513) 753-4374
Fax: (513) 943-8150

Psychiatrist
2123 Auburn Ave. Suite 334
Cincinnati, Ohio 45219
(513) 297-4070

**BOARD CERTIFICATION:**

| | |
|---|---|
| ABPN Certification- Psychiatry | 1998 |
| ABPN Certification- Geriatric Psychiatry | 2000 |
| ACRP Certification- C.C.T.I. | 2004 |

781

CONFIDENTIAL
AZSER12777906

BEST COPY AVAILABLE

*Rivera, Alfredo N., MD*
*Page 2 of 6*

**LICENSURE:**          Ohio Medical License: 35-06-8271
                        Kentucky Medical License: 36592

**EDUCATION:**

| | | |
|---|---|---|
| 1980 – 1984 | Bachelor of Science |
| | Syracuse University |
| | Syracuse, New York |

| | | |
|---|---|---|
| 1985 – 1991 | Medical Doctor |
| | University Santo Tomas |
| | Philippines |

**PROFESSIONAL TRAINING:**

1992 – 1993    Internal Medicine Residency
               Jewish Hospital
               Cincinnati, Ohio

1993 – 1996    Psychiatry Residency
               University of Cincinnati
               Cincinnati, Ohio

1996 – 1997    Geriatric Psychiatry Fellowship
               University of Cincinnati
               Cincinnati, Ohio

1996 – 1997    Extramural Training Program
               Beck Institute for Cognitive Therapy & Research
               Bala Cynwyd, Pennsylvania 19004-1610

**PROFESSIONAL EXPERIENCE:**

2001 – Present    Medical Director
                  Senior Behavioral Health
                  St. Elizabeth Medical Center
                  Edgewood, Kentucky

2000 – Present    Research Associate
                  Community Research, Inc.
                  *(formerly known as Community Research Management*
                  *Associates, Inc.)*
                  Cincinnati, Ohio

1997 – Present    Associate Professor
                  University of Cincinnati, Dept. of Psychiatry
                  Cincinnati, Ohio

1997 – 2001       Private Practice
                  Practical Psychiatry
                  Cincinnati, Ohio

782

CONFIDENTIAL
AZSER12777907

BEST COPY AVAILABLE

*Rivera, Alfredo N., MD*
*Page 3 of 6*

## PROFESSIONAL EXPERIENCE *(continued)*:

| | |
|---|---|
| 1996 – Present | Contract Psychiatrist<br>Community Health Board<br>Cincinnati, Ohio |
| 1995 – 1997 | Consultation Psychiatrist<br>Geriatric Psychiatry Associates<br>Cincinnati, Ohio |
| 1995 – 1997 | On Call Psychiatrist<br>VA Medical Center<br>Cincinnati, Ohio |
| 1995 – 1996 | Chief Resident<br>University of Cincinnati, Dept. of Psychiatry<br>Cincinnati, Ohio |
| 1995 – 2000 | Contract Physician<br>Phoenix International Life Science, Inc.<br>Cincinnati, Ohio |

## ORGANIZATIONS:

American Association for Geriatric Psychiatry (A.A.G.P)
Academy of Cognitive Therapy (A.C.T.)
Association of Clinical Research Professionals (A.C.R.P.)

## CLINICAL RESEARCH EXPERIENCE:

2004   **Principal Investigator:** A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Assess the Safety, Tolerability, and Efficacy of Titration and Treatment with C105 in Subjects with Mild Cognitive Impairment (MCI). Sention Pharma Protocol 22020

2004   **Principal Investigator:** A double-blind, randomized, prospective trial to evaluate the efficacy and safety of adjunctive risperidone versus placebo in subjects with Major Depressive Disorder with suboptimal response to standard antidepressant therapy. A study sponsored by Janssen. Protocol RIS-DEP-401.

2004   **Principal Investigator:** A double-blind, randomized, prospective, eight-week, study to evaluate adjunctive risperidone versus adjunctive placebo in Generalized Anxiety Disorder sub-optimally responsive to standard psychotropic therapy. A study sponsored by Janssen. Protocol RIS-ANX-301.

2003   **Principal Investigator:** A 7 Month, Multicenter, Parallel, Double-Blind, Placebo-Controlled Comparison of 150-300 mg/day of Extended-release Bupropion Hydrochloride and Placebo for the Prevention of Seasonal Depressive Episodes In Subjects with a History of Seasonal Affective Disorder Followed by an 8-week Observational Follow-Up Phase. (GSK 100006). A study sponsored by a research grant from GlaxoSmithKline.

CONFIDENTIAL
AZSER12777908

BEST COPY AVAILABLE

*Rivera, Alfredo N., MD*
*Page 4 of 6*

**CLINICAL RESEARCH EXPERIENCE** *(continued)*:

2003    **Principal Investigator:** A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients (D1447C00127). A study sponsored by a research grant from Astra Zeneca.

2003    **Principal Investigator:** A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, 8-Week, Safety and Efficacy Study of Eszopiclone 3 mg Compared to Placebo in Subjects with Insomnia Related to Major Depressive Disorder. (190-052). A study sponsored by a research grant from Sepracor.

2002    **Principal Investigator:** An Open Label Study Assessing Paxil CR in Subjects with Major Depressive Disorder who Discontinued Treatment with Selective Serotonin Reuptake Inhibitors or a Selective Serotonin/Norepinephrine Reuptake Inhibitor due to Intolerability. A study sponsored by a research grant from GlaxoSmithKline.

2002    **Principal Invetigator:** A double-Blind, Multicenter, Placebo-Controlled Study of L-830982 Gel Extrusion Module (GEM) 1.5mg bid to 4.5mg bid Versus Lorazepam in the Treatment of Outpatients with Generalized Anxiety Disorder. A study sponsored by a research grant from Merck & Co. Inc.

2002    **Principal Investigator:** A Phase II Double-Blind, Randomized, Dose-Ranging, Placebo-Controlled, Multicenter, Safety and Efficacy Evaluation of Three Doses of NS 2330 in Patients with Mild to Moderate Dementia of the Alzheimer's Type. A study sponsored by a research grant from Boehringer Ingelheim Pharmaceuticals, Inc.

2002    **Principal Investigator:** A 6 ½ Month, Multicenter, Randomized, Double-Blind, Placebo-Controlled Comparison of 150-300mg/day of Extended-release Bupropion Hydrochloride and Placebo for the Prevention of Seasonal Affective Disorder in Subjects with a History of Seasonal Affective Disorder. A study sponsored by a research grant from GlaxoSmithKline.

2002    **Principal Investigator:** A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of 8 Weeks of Oral PROVIGIL (Modafinil) Tablets [C IV} (200mg Once Daily) as Adjunctive Treatment for Excessive Sleepiness in Adults with Major Depressive Disorder, Sleepiness, and Fatigue, Followed by a 12 Week Open Label Period. A study sponsored by a research grant from Cephalon Inc.

2002    **Principal Investigator:** Deramciclane 30mg, and 60mg Once Daily in Generalized Anxiety Disorder. A Randomized Double-Blind Placebo and Buspirone-Controlled Fixed-Dose Parallel-Group Multicenter Study of 10 Weeks (Including A 2 Week Single-Blind Placebo Period. A study sponsored by a research grant from Pharmacia Inc. and Orion Corporation.

2002    **Principal Investigator:** Deramciclane 60mg (or 30 mg) Once Daily in the treatment of Generalized Anxiety Disorder. An Open Multicenter Safety Study of 5 months, Including a 1 Month Drug-Free Follow-Up Period. Follow-Up to Studies 3013023 and 3013025. A study sponsored by a research grant from Pharmacia Inc. and Orion Corporation.

2001    **Sub Investigator:** Phase II, 12 Week, Randomized, Double-Blind,Placebo-Controlled, Multicenter Study Evaluating the Safety and Efficacy of Three Fixed Doses of Oral CP-457,920 (30mg QD, 60mg BID and 120mg BID) and Donepezil in Outpatients with Alzheimer's Disease. A study sponsored by a research grant by Pfizer.

CONFIDENTIAL
AZSER12777909

*Rivera, Alfredo N., MD*
*Page 5 of 6*

**CLINICAL RESEARCH EXPERIENCE** *(continued)*:

**2001**    **Sub Investigator:** A Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study of DVD742 in the Treatment of Non-Demented Older Individuals with Mild Cognitive Impairment. A study sponsored by a research grant from David Pharmaceuticals, Inc.

**2001**    **Principal Investigator:** A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Study Evaluating Efficacy and Safety of Three Doses of SB-659746-A (5mg, 10mg, and 20mg) Versus Placebo in Patients with Major Depressive Disorder. Protocol SB-659746-A. A study sponsored by a research grant GlaxoSmithKline Company.

**2001**    **Sub Investigator:** A Placebo-Controlled Dose-Titration Efficacy and Tolerability Study of Neotrofin™ in Patients with Probable Alzheimer's Disease.  Protocol # 082- 2001-001

**2000**    **Sub Investigator:** An Open-Label Reboxetine Continuation Therapy. Protocol 950E-CNS-0005-087. A study sponsored by a research grant from Pharmacia&UpJohn.

**2000**    **Sub Investigator:** Pharmocogenomics Blood Sampling Protocol. A study sponsored by a research grant from Pharmacia&UpJohn.

**2000**    **Sub Investigator:** A Dose-Ranging, Double-Blind, Placebo-Controlled, Safety Tolerability, and Efficacy Study of ®-Didesmethyl Sibutramine in Patients With Major Depressive Disorder By DSM-IV Criteria. Protocol 181-027. A Study sponsored by a research grant from Sepracor.

**2000**    **Sub Investigator:** Reboxetine, Placebo, and Paroxetine Comparison in Patients with Major Depressive Disorder. Protocol M/2020/0047. A study sponsored by a research grant from Pharmacia & UpJohn.

**2000**    **Sub Investigator:**  Reboxetine, Placebo, and Paroxetine Comparison in Patients with Major Depressive Disorder. Protocol M/2020/0046. A study sponsored by a research grant from Pharmacia&UpJohn.

**2000**    **Principal Investigator:** Phase I, Open, Randomized Crossover Pilot  Study Evaluating the Pharmacokinetics of CP-448,187  Following Single Dosing Under Fasting and Fed Conditions in Healthy Subjects.Phoenix International.

**1999**    **Principal Investigator:** A Randomized, Open-Label, Three-Way Crossover Trial to Compare the Bioavailability of Rufinamide Oral Suspension and Rufinamide Tablets in Healthy Subjects. Phoenix International

**1998**    **Principal Investigator:** A Comparative, Randomized, Single-Dose,Two-Way  Crossover Bioavailability Study of X and Roche (Klonopin)1mg Clonazepam Tablets in Healthy Adult Males Under Fasting Conditions. Phoenix International.

**1998**    **Principal Investigator:** A Bioequivalance Evaluation of Two Oral 10mg Tablets of Prochlorperazine Maleate in Healthy Male Volunteers Under Fasting Conditions. Phoenix International.

**1998**    **Principal Investigator:** A Comparative, Randomized, Two-Way Crossover Bioavailability Study of 10mg Prochlorperazine Maleate Tablets in Healthy Adult  males Under Fasting Conditions Following Administration of a 20 mg Dose. Phoenix  International.

785

CONFIDENTIAL
AZSER12777910

*Rivera, Alfredo N., MD*
*Page 6 of 6*

## CLINICAL RESEARCH EXPERIENCE *(continued)*:

**1998**   **Principal Investigator:** A Comparative, Randomized, Two-Way Crossover Bioavailability Study of 375mg Naproxen Delayed-Release Tablets in Healthy Adult Males Under Fasting Conditions. Phoenix International.

**1998**   **Principal Investigator:** A Phase IA, Double-Blind, Randomized, Vehicle-Controlled Study of ADL2-1294 Cream Applied to Increasing Body Surface Areas. Phoenix International.

**1998**   **Principal Investigator:** A Phase IA, Double-Blind, Randomized Study of the Safety, Including Irritancy Potential, and Pharmacokinetics of ADL2-1294 Cream Versus Vehicle-Control Cream Following Single 24-Hour Applications to Intact and Abraded Skin in Normal Volunteers. Phoenix International.

CONFIDENTIAL
AZSER12777911

BEST COPY AVAILABLE

D1447C00127: **0055**

# Center for Emotional Fitness

*Focused on Emotional Stability*

110 Marter Avenue, Suite 304 Moorestown, NJ 08057

(856) 608-8800

**LEON I. ROSENBERG, M.D.**

**CURRICULUM VITAE**

9/3/03

**EDUCATION:**

| | |
|---|---|
| May 1978 | Medical School<br>SUNY-Upstate Medical School at Syracuse<br>Doctor of Medicine |
| June 1974 | Undergraduate School<br>Harvard University, Cambridge, Massachusetts<br>Bachelor of Arts Degree cum laude in Biology |
| June 1970 | High School<br>Oceanside Senior High School, Oceanside, New York<br>Regents Graduate |

**TRAINING:**

| | |
|---|---|
| July 1981 to<br>June 1983 | Child Psychiatry Fellowship<br>Division of Child Psychiatry<br>Hahnemann University Hospital<br>Philadelphia, Pennsylvania |
| July 1979 to<br>June 1981 | Adult Psychiatry Residency<br>Department of Psychiatry<br>Hospital of the University of Pennsylvania<br>Philadelphia, Pennsylvania |
| July 1978 to<br>June 1979 | Psychiatric Categorical Internship<br>(Rotating Internship with Emphasis in Psychiatry)<br>Long Island Jewish-Hillside Hospital<br>Glen Oaks, New York |

1

CONFIDENTIAL
AZSER12777912

BEST COPY AVAILABLE

## CLINICAL EXPERIENCE:

| | |
|---|---|
| 1983 to Present | Private Practice<br>Center for Emotional Fitness<br>Moorestown, New Jersey<br>Geriatric, Adult, Adolescent and Child Psychiatry<br>Individual, Marital, Family and Group Therapy<br>Forensic Evaluations & Treatment<br>Research Studies in Psychopharmacology |
| 2001 to Present | Privileges<br>Center for Emotional Fitness/South Philadelphia Office<br>Philadelphia, Pennsylvania<br>Research Studies in Pharmacology |
| July 1983 to<br>January 2000 | Memorial Hospital of Burlington County<br>Active Medical Staff - Department of Psychiatry<br>Consultations and In-Patient Care |
| July 1989 to<br>December 1990 | Acting Chairman Department of Psychiatry |
| January 1985 to<br>2001 | Long-Term Care Consultant to Nursing Homes, Residential Care Facilities<br>and Group Homes |
| July 1983 to<br>January 1985 | DRENK Memorial Guidance Center, Mt. Holly, New Jersey<br>Staff Psychiatrist |
| July 1982 to<br>June 1984 | Private Practice - Part-Time<br>424 Pine Street, Philadelphia, Pennsylvania<br>Adult Psychiatry |

## CLINICAL RESEARCH EXPERIENCE:

| | |
|---|---|
| 1995 | Wyeth-Ayerst PMS Study in association with<br>The University of Pennsylvania Department of Psychiatry,<br>Private Practice Research Group. |
| 1995 | Open-Label Study of Management of<br>Patients with Symptoms of Depression in General Psychiatric<br>Practices, International Clinical Research Corporation. |
| 1997 | Bristol-Myers Squibb Double-Blind Study of<br>Treatment of Children with Attention-Deficit Hyperactivity Disorder. |
| 1997 | Bristol-Myers Squibb Study of Treatment of<br>Children with Attention-Deficit Hyperactivity Disorder.  Open-Label,<br>Long-Term Flexible Dose Safety. |
| 1997 | PPD Pharmaco Study of Safety and<br>Tolerability in Psychotic Patients. |
| 1997 | Eli Lilly & Company, Double-Blind, Placebo-Control Study of<br>Geriatric Nursing Home Patients with Major Depression. |

2

CONFIDENTIAL
AZSER12777913

BEST COPY AVAILABLE

| 1997 | Zeneca Pharmaceuticals Double-Blind, Placebo-Control Study of Geriatric Nursing Home Patients with Alzheimer's Dementia and Psychoses and Other Selected Idiopathic and Organic Psychoses. |
|------|---|
| 1997 | Eli Lilly & Company Study of Management of Behavioral Disturbances and/or Psychosis in Demented Nursing Home Patients. |
| 1998 | Hoechst Marion Roussel, a Multicenter, Placebo and Active Control Randomized Study of Efficacy and Safety in Schizophrenic and Schizoaffective Patients. |
| 1998 | Hoechst Marion Roussel, a Multicenter, Open-Label, Long-Term Follow-up Safety Study of Schizophrenia and Schizoaffective Subjects. |
| 1998 | Eli Lilly & Co, Multicenter, Double Blinded Study of the Treatment of Posttraumatic Stress Disorder. |
| 1998 | Multicenter, Double Blinded Efficacy and Tolerability Study of Depressed Outpatients. |
| 1998 | Roche, A Double-Blind, Randomized, Placebo-Controlled Study of Elderly Subjects for Prevention of Clinical Influenza during the Flu Season. |
| 1998 | Merck, A Double-Blind, Randomized, Placebo-Controlled Evaluation of the Efficacy and Safety of Two Dose Range study Drug in Comparison with Placebo and Haloperidol in the Treatment of Schizophrenia. |
| 1999 | Somerset Pharmaceuticals, A Double-Blind, Placebo-Controlled, Parallel-Group Assessment of the Safety and Efficacy of Two Doses of Study Drug in Patients with Major Depression. |
| 1999 | Medeva Development, Double-Blind, Placebo-Controlled Study of Children with ADHD. |
| 1999 | Somerset Pharmaceuticals, Open-Label Study to Assess the Safety in Patients with Major Depression. |
| 1999 | Eli Lilly & Company, Double-Blind Combination in the Treatment of Resistant Depression Without Psychotic Features |
| 1999 | Eli Lilly & Company, Double-Blind Study of Treatment of Bipolar Disorder |
| 1999 | Parke-Davis, Double-Blind Sustained for Efficacy in Treatment of Social Phobia |
| 1999 | Parke-Davis, Open Label for Efficacy in Treatment of Social Phobia |
| 1999 | Organon, Double-Blind in Treatment of Children and Adolescents with Major Depressive Disorder |
| 1999 | Eli Lilly & Company, Double-Blind in the Treatment of Major Depression in Adults |

3

CONFIDENTIAL
AZSER12777914

BEST COPY AVAILABLE

| 2000 | Novartis, Double-Blind in Children with ADHD |
|---|---|
| 2000 | Eli Lilly & Company Double-Blind Study of Adult Patients with Attention-Deficit/Hyperactivity Disorder |
| 2000 | Eli Lilly & Company, Open-Label Study of Outpatients with ADHD Ages 6 to 18 Years |
| 2000 | Eli Lilly & Company, Double-Blind Study of Treatment of Bipolar I Depression |
| 2000 | Parke-Davis Double-Blind Study of Patients with Panic Disorder |
| 2000 | Parke-Davis, Double-Blind Study of Elderly Patients with Generalized Anxiety Disorder |
| 2000 | Parke-Davis, Double-Blind Study of Patients with Generalized Anxiety Disorder |
| 2000 | Eli Lilly & Company, Open-Label Study of ADHD Children Ages 6 to 18 |
| 2000 | Wyeth-Ayerst, Double-Blind Study of Children and Adolescents with Major Depressive Disorder |
| 2000 | Wyeth-Ayerst, Double-Blind Study of Children and Adolescents with Generalized Anxiety Disorder |
| 2000 | Wyeth-Ayerst, Double-Blind Study of Children and Adolescents with Social Anxiety Disorder |
| 2000 | Pfizer, Double-Blind Study of Patients with Generalized Anxiety Disorder ages 18 and above |
| 2000 | Wyeth-Ayerst, Double-Blind Study of the Treatment of Posttraumatic Stress Disorder |
| 2000 | Shire Pharmaceutical, Open-Label Study of Children with ADHD |
| 2001 | Merck Research, Double-Blind, Placebo and Active-Controlled, Acute and Extension Study of 2 Doses in the Treatment of Patients with Major Depressive Disorder |
| 2001 | Wyeth-Ayerst, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Adolescent Outpatients with Panic Disorder |
| 2002 | Eli Lilly & Company Duloxetine Once-Daily Dosing Versus Placebo in Patient with Major Depression and Pain |
| 2002 | Eli Lilly & Company The Study of Olanzapine Plus Fluoxetine in Combination for Treatment-Resistant Depression Without Psychotic Features |

4

CONFIDENTIAL
AZSER12777915

BEST COPY AVAILABLE

| 2002 | Eli Lilly & Company<br>A Double-Blind Study of Treatment with Optimization with Atomoxetine Hydrochloride In Adults with DSM-IV Attention-Deficit/Hyperactivity Disorder |
|---|---|
| 2002 | 0600B-100469            Wyeth-Ayerst Research<br>Recurrent Depression<br>An acute and continuation phase study of the comparative efficacy of Venlafaxine ER (Effexor XR) and Fluoxetine (Prozac) in achieving and sustaining remission (wellness) in patients with recurrent unipolar major depression; followed by a long-term randomized, placebo-controlled maintenance treatment study in patients treated initially with Venlafaxine ER |
| 2002 | AK130936            GlaxoSmithKline<br>A 6½ Month, Multicenter, Randomized, Double-blind, Placebo-Controlled Comparison of 150-300 mg/day of Extended-release Bupropion Hydrochloride and Placebo for the Prevention of Seasonal Affective Disorder in Subjects with a History of Seasonal Affective Disorder |
| 2002 | 5077US/0049            Astra Zeneca<br>A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL) in the Treatment of Patients with Bipolar Depression |
| 2002 | 134-020            Organon<br>A multi-center, randomized, double-blind, placebo-controlled, flexible dose safety and efficacy trial of Org 33062 ER in outpatient children and adolescents with major depressive disorder |
| 2002 | 134-507            Organon<br>Open-label extension trial in children and adolescents with major depressive disorder who participated in one of the short-term Org 33062 ER safety and efficacy trials. |
| 2002 | CAPSS-169            Ortho-McNeil<br>The effect of Ortho Tri-Cyclen on bone mineral density in pediatric subjects with anorexia nervosa:  A double-blind, placebo-controlled study |
| 2002 | B4Z-MC-LYBP            Eli Lilly & Company<br>A Randomized, Double-Blind, Placebo-Controlled study of Atomoxetine Hydrochloride in Children and Adolescents with Attention-Deficit/Hyperactivity Disorder and Comorbid Anxiety |
| 2002 | MK-0869/062-03            Merck & Company<br>A Double-Blind, Multicenter, Placebo- and Active-Controlled Acute and Extension Study of 2 Doses of MK-0869 in the Treatment of Patients With Major Depressive Disorder |
| 2003 | SPD503-301            Shire<br>A Phase III, Randomized, Multicenter, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of SPD503 in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder(ADHD) |

5

CONFIDENTIAL
AZSER12777916

BEST COPY AVAILABLE

2003             SPD503-303                    Shire
                A Phase III, Open-Label Study of SPD503 in Children and Adolescents
                (aged 6-17) with Attention Deficit Hyperactivity Disorder

2003             C6671A/205/PT/US             Cephalon
                Protocol Title:  A 12-week, Randomized, Double-Blind, Placebo-
                Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the
                Efficacy and Safety of GABITRIL®, at Dosages up to 16mg/day, in the
                Treatment of Chronic Post-Traumatic Stress Disorder in Adults

2003             C6671a/302/PT/US             Cephalon
                A 12-Month, Open-Label, Flexible-Dosage Study to Evaluate the
                Safety of GABITRIL® at Dosages up to 16mg/day in Adults With
                Chronic Post-Traumatic Stress Disorder

2003             CENA713BUS13                 Novartis
                A Prospective, 26-Week, Open-label, Single-arm, Multicenter Study
                Evaluating the Efficacy and Safety of Exelon (rivastigmine tartrate) 3-
                12 mg/day in Patients with Mild to Moderate Alzheimer's Disease Who
                Are Responding Poorly to Aricept (donepezil) Treatment

2003             3151A1-304-US                Wyeth
                A Multicenter, Randomized, Double-Blind, Placebo-Controlled,
                Parallel Group, Efficacy and Safety Study of a Flexible Dose of DVS-
                233 SR in Adult Outpatients with Major Depressive Disorder

2003             3151A1-303-WW                Wyeth
                A 10-Month Open-Label Evaluation of the Long-Term Safety of DVS-
                233 SR in Outpatients with Major Depressive Disorder

2003             01-02-TL-375-020             Takeda
                A Phase III, Randomized, Double-Blind, Placebo-Controlled,
                Outpatient, Safety and Efficacy Study of TAK-375
                in Adults with Chronic Insomnia

2003             01-02-TL-375-025             Takeda
                A Phase III, Randomized, Double-Blind, Placebo-Controlled,
                Outpatient, Safety and Efficacy Study of TAK-375In Elderly Subjects
                with Chronic Insomnia

2003             A2501024(E2020-A001-214)     Pfizer
                A 12 Week Multicenter, Randomized, Double-Blind, Placebo-
                Controlled Evaluation of Donepezil Hydrochloride as Adjunctive
                Therapy in the Treatment of Cognitive Impairment I Patients with
                Schizophrenia or Shizoaffective Disorder

2003             B4Z-MC-LYBN                  Lilly
                Noradrenergic Augmentation of SSRI Therapy in Patients with
                Depression Unresponsive of Incompletely Responsive to SSRI
                Monotherapy

2003             638-CNS-0059-015             Almirall
                A Randomized, Double-Blind, Placebo Controlled Study of
                Almotriptan 6.25mg, 12.5mg, and 25mg in the Acute Treatment of
                Migraine in Adolescents

6

CONFIDENTIAL
AZSER12777917

BEST COPY AVAILABLE

| 2003 | AK130931 | GlaxoSmithKline |
|------|----------|-----------------|

A Multicenter, Double-Blind, Placebo-Controlled Comparison of the Efficacy and Safety of Flexible Dose Extended-Release Bupropion Hydrochloride (HCI) 300-450mg/day and Placebo Administered for Eight Weeks for the Treatment of Adult Outpatients with Major Depressive Disorder Including Symptoms of Decreased Energy, Pleasure, and Interest

| 2003 | SLI381-314 | Shire |
|------|-----------|-------|

A Phase III, Randomized, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of ADDERALL XR with an Open-label Extension, in the Treatment of Adolescents Aged 13-17 with Attention Deficit Hyperactivity Disorder (ADHD)

| 2003 | SCT-MD-27 | Forest |
|------|-----------|--------|

A Double-Blind Flexible Dose Comparison of Escitalopram Sertraline and Placebo in the Treatment of Major Depressive Disorder

| 2003 | SCT-MD-31 | Forest |
|------|-----------|--------|

A Double-Blind Flexible Dose Comparison of Escitalopram, Venlafaxine XR and Placebo in the Treatment of Generalized Anxiety Disorder

7

CONFIDENTIAL
AZSER12777918

BEST COPY AVAILABLE

## CERTIFICATIONS:

American Board of Psychiatry and Neurology

Board Certified Psychiatry
June 1986

Board Certified Geriatric Psychiatry
December 1995

Board Certified Forensic Psychiatry
June 1996

Board Eligible Child Psychiatry
June 1983

The American Board of Addiction Medicine
Board Certified December 1993

## LICENSURE:

Licensed to Practice Medicine in New Jersey
(25MA04236100)

Licensed to Practice Medicine in the Commonwealth of Pennsylvania
(MD-022896-E)

## AFFILIATIONS:

| | |
|---|---|
| 1988 to Present | Center for Emotional Fitness, P.A. President, Medical Director |
| 1987 to Present | Deborah Heart and Lung Center, Browns Mills, New Jersey Psychiatric Consultant |
| 1994 to Present | Lourdes Medical Center of Burlington, Willingboro, New Jersey Active Medical Staff |
| 2000 to Present | Hampton Hospital, Rancocas, NJ Active Medical Staff |
| 1983 to 1999 | Memorial Hospital of Burlington County Active Medical Staff |

8

CONFIDENTIAL
AZSER12777919

BEST COPY AVAILABLE

**PROFESSIONAL SOCIETIES & BOARDS:**

| | |
|---|---|
| 1980 to Present | American Medical Association |
| 1980 to Present | American Psychiatric Association |
| 1984 to Present | Burlington County Medical Society |
| 1983 to Present | New Jersey Psychiatric Society |
| 1990 to Present | American Academy of Psychiatry and Law |
| 1993 to Present | International Society for Traumatic Stress Studies |
| 1996 to Present | Camden County Mental Health Board |

**PUBLICATIONS AND COPYRIGHTS:**

*GeriHatTricks*, The Journal, Editor, 1997

*Mood Mnemonic Manual*©, 1999

*The Authoritative Guide To Psychiatric Diagnosis*©, 2002

9

CONFIDENTIAL
AZSER12777920

BEST COPY AVAILABLE

CURRICULUM VITAE       D1447C00127: 0057

## LEON M. RUBENFAER, M.D.

**PIONEER PHARMACEUTICAL RESEARCH**
33497 23 Mile Road, Suite 110
New Baltimore, MI 48047
Phone: 586-725-0785    Fax: 586-725-2642

| | |
|---|---|
| **EDUCATION** | Wayne State University, Detroit, Michigan<br>B.A. in Chemistry, June, 1962<br><br>Wayne State University, College of Medicine<br>M.D., June 1966 |
| **POST GRADUATE** | Sinai Hospital of Detroit<br>Rotating Internship, July, 1966–June 1967<br>Psychiatric Residency, July, 1967–June 1970 |
| **MILITARY** | Major, United States Air Force, July 1970–June 1972<br>Chief of Psychiatry, U.S.A.F., Regional Hospital,<br>March AFB, California |
| **SOCIETY MEMBERSHIPS** | American Psychiatric Association<br>Michigan Psychiatric Society |
| **HOSPITAL AFFILIATIONS** | Active Attending:<br>Harbor Oaks Hospital, New Baltimore, MI<br>Providence Hospital, Southfield, MI<br><br>Consulting:<br>William Beaumont Hospital, Royal Oak, MI<br>Pontiac Osteopathic Hospital, Pontiac, MI<br>Mount Clemens General Hospital, Mount Clemens, MI |
| **BOARD CERTIFICATIONS** | American Board of Psychiatry and Neurology,<br>Number: 12529, April, 1973 |
| **LICENSES** | Michigan:    4301027683<br>New York:    217362 |
| **POSITIONS HELD** | Co-Medical Director,    Community Mental Health Center<br>Providence Hospital, 1972–1976<br>Founder and Clinical Director, Partial Hospital Day Program<br>Providence Hospital, 1972–1976<br>Acting Chairman, Department of Psychiatry<br>Providence Hospital, 1986–1987<br>Vice Chairman, Department of Psychiatry<br>Providence Hospital, 1989–1992<br>Chairman, Department of Psychiatry<br>Providence Hospital, 1992–1995<br><br>Medical Director<br>Harbor Oaks Hospital, 1996 – 2002<br>Associate Medical Director<br>Harbor Oaks Hospital, 2002-present<br><br>Medical Director<br>Pioneer Pharmaceutical Research, 2002-present |

CONFIDENTIAL
AZSER12777921

BEST COPY AVAILABLE

**TEACHING AND LECTURES**

| | |
|---|---|
| Assistant Professor of Psychiatry, Michigan State University, College of Medicine | 1985-1990 |
| Faculty, Detroit Psychiatric Institute, | 1985 |
| Wayne State University, College of Law Invited lecturer on "Health Law in a Managed Care Era" | 1997 |
| Eastern Tennessee Psychiatric Association "TENN CARE" Guest Lecturer, "Behavioral Health Carve Outs" Knoxville & Chattanooga, TN | 1995-1996 |
| Psychiatric Rotation Preceptor For students and residents of Osteopathy | 1997-present |

**PRACTICE HISTORY**

| | |
|---|---|
| Private practice of psychiatry, both outpatient and inpatient treatment. | July, 1972 - June, 1996 |
| Partner, Multi-site Psychiatric Clinics | 1974-1996 |
| Medical Director of HAP-POH Network through Pontiac Osteopathic Hospital Physicians Organization. | 1999-2003 |
| Partner and owner of managed care organization – capitated for managed patient population of 100,000 | 1991-1995 |
| Employed by Pioneer Behavioral Health, Inc., Full time position providing both administrative, clinical , Marketing and contract development services to the organization. | June, 1996 - present |

**RESEARCH INTERESTS**

| | |
|---|---|
| Medical Director and Principal Investigator of Pioneer Pharmaceutical Research | 1998 to present |

**RESEARCH AFFILIATIONS**

AstraZeneca:
> Quetiapine - Schizophrenia - Inpatient

Bristol Myers Squibb:
> Aripiprazole - Bipolar - Manic Inpatient

Eli Lilly:
> Olanzapine - Schizophrenic - Inpatient
> Olanzapine - Bipolar Mixed - Outpatient
> Olanzapine - Bipolar - Manic Inpatient
> Olanzapine - Bipolar - Depressed -Outpatient
> Olanzapine - Schizophrenia – Outpatient

GlaxoSmithKline:
> Depression – Outpatient

Pfizer:
> Ziprasidone – Bipolar Manic Inpatient

Merck:
> Depression – Outpatient

Neurocrine:
> Insomnia – Outpatient

Proctor and Gamble:
> Sexual Dysfunction - Outpatient

PPR:LMR:cv rev.07.03

CONFIDENTIAL
AZSER12777922

f -  'Aug 05 03 01:26p    PIONEER RESEARCH        5867252642          p.9

<u>**COMMITTEE MEMBERSHIPS**</u>    American Psychiatric Association:
Criteria model for Psychiatric Disorders, 1974-1975.

Michigan Psychiatric Society:
Chairman of first Peer Review Committee. 1974-1975,
Insurance Committee, 1991-1993.

Blue Care Network:
Credentials Committee, 1999-present.

Health Alliance Plan:
Medical Directors Committee of Utilization and
Quality Management, 1992-present.

SelectCare, Inc.:
Member, Quality Assurance committee, 1992-1995,
Pharmacy and Therapeutics committee, 1995-1997,
Clinical management Committee, 2000-2001.

Hospital Staff Committees- ongoing:
Peer Review, Quality Assurance, Education, Managed Care.

PPR:LMR:cv rev.07.03

CONFIDENTIAL
AZSER12777923

BEST COPY AVAILABLE



*Clinical Trials*

D1447C00127:0059
5077IL/127

DISCOVERY • EVALUATION • IMPLEMENTATION

## CURRICULUM VITAE

### David A. Sack, MD

09-16-03

### COMPREHENSIVE NEUROSCIENCE, INC.

| | |
|---|---|
| 11080 E. Artesia Blvd. Suite A | 10802 College Place |
| Cerritos, CA. 90703 | Cerritos, CA. 90703 |
| (562) 924-4262 | (562) 924-3116 |

**Education:**

| | |
|---|---|
| 1981 - 1983 | *Fellowship: Psychopharmacology,* National Institute of Mental Health Bethesda, Maryland |
| 1979 - 1981 | *Residency: Psychiatry,* UCLA Neuropsychiatric Institute |
| 1978 - 1979 | *Internship: Psychiatry,* UCLA Neuropsychiatric Institute |
| 1978 | *MD* Rush Medical College Chicago, IL. |
| 1974 | *B.A. Psychology* Suma Cum Laude, SUNY at Buffalo Buffalo, NY. |

**Professional Experience:**

| | |
|---|---|
| 2001 - Present | *Senior Vice President* National Director of Clinical Research, Comprehensive NeuroScience Southern California |
| 2000 - Present | *Medical Director* A multi site clinical trials program limited to central nervous system diseases, Comprehensive NeuroScience Southern California |
| 1982 - Present | *Private Practice Experience predominantly in,* Treatment of patients with affective and anxiety disorders Southern California |
| 1998 - 2001 | *Senior Vice President, Clinical Services* Aspen Youth Services Cerritos, CA. |

11080 E. Artesia Blvd., Suite A      Cerritos, CA 90703      Telephone: 562.924.4262      Facsimile: 562.924.7501
10802 College Place      Cerritos, CA 90703      Telephone: 562.924.3116      Facsimile: 562.860.6091

A Division of Comprehensive NeuroScience, Inc.

CONFIDENTIAL
AZSER12777924

BEST COPY AVAILABLE

David A. Sack
Curriculum Vitae
Page 2

| | |
|---|---|
| 1993 - 2001 | *President and Medical Director*<br>College Health IPA, a managed behavioral health group practice<br>Cerritos, CA. |
| 1993 - 1999 | *Senior Medical, Director*<br>Cerritos College Hospital<br>Cerritos, CA. |
| 1987 - 1993 | *Medical, Director*<br>Los Altos Hospital and Mental Health Center,<br>Long Beach, CA. |
| 1987 - 1993 | *Chief, Inpatient Unit*<br>Clinical Psychobiology Branch, National Institute of Mental Health<br>Bethesda, Maryland |
| 1981 - 1983 | *Emergency Psychiatric Experience*<br>Prince George's County General Hospital |
| 1979 - 1981 | *Emergency Psychiatric Experience*<br>L.A. County Olive View Medical Center Van Nuys, CA. |

**Licensure and Certifications:**

| | |
|---|---|
| 10-31-2004 | Sacramento, CA. 95825-3236, License# G40374 |
| 02-28-2005 | DEA License# AS9033983 |

*Certification:* Department of Industrial Relations, Industrial Medical Council; Qualified Medical Evaluator, 1993 to present

*Diplomat:* American Society of Addiction Medicine, 2000

*Diplomat:* Added Qualification in Addiction Psychiatry, American Board of Psychiatry and Neurology, 1994

*Diplomat:* Added Qualification in Geriatric Psychiatry, American Board of Psychiatry and Neurology, 1991

*Diplomat:* Psychiatry, American Board of Psychiatry and Neurology, January, 1984

*Honor:* 1978 – Phi Beta Kappa

800

CONFIDENTIAL
AZSER12777925

BEST COPY AVAILABLE

David A. Sack
Curriculum Vitae
Page 3

***Publications:***

"Please see attach"

***Clinical Research Experience:***

"Please see attach"

August 4, 2003

CONFIDENTIAL
AZSER12777926

BEST COPY AVAILABLE

## PUBLICATIONS

1. Schauf CL, Davis FA, Sack DA, Reed BT, Kesler RL: Neuroelectric blocking factors in human and sera evaluated using the isolated frog spinal chord. *Journal of Neurology, Neurosurgery, and Psychiatry*, 39: 680-685, 1976.

2. Scharfstein SS, Sack DA, Fauci AS: Relationship between alternate day corticosteroid therapy and behavioral abnormalities. *Journal of the American Medical Association*, 248: 2987-2989, 1982

3. Wehr TA, Sack DA, Rosenthal NE, Duncan WK, Gillin JD, Gillin JC: Circadian rhythm disturbances in manic-depressive illness. *Federation Proceedings*, 42: 2809-2814, 1983.

4. Rosenthal NE, Sack DA, Wehr TA: Seasonal Variation in affective disorders, in Wehr TA, Goodwin FK (eds.), *Biological Rhythms in Psychiatry*, Boxwood Press, Pacific Grove, California, 1983, pp. 185-201.

5. Rosenthal NE, Sack DA, Gillin JC, Lewy AJ, Goodwin FK, Davenport Y, Newsome DA, Wehr TA: Seasonal affective disorder: A description of the syndrome and preliminary findings with light therapy. *Archives of General Psychiatry*, 41: 72-80, 1984.

6. Rosenthal NE, Sack DA, Carpenter CJ, Parry BL, Mendelson WB, Wehr TA: Antidepressant effects of light in seasonal affective disorder. *American Journal of Psychiatry*, 142: 06-608, 1985.

7. Wehr TA, Sack DA, Duncan W, Rosenthal NE, Gillin JC, Goodwin FK: Sleep and circadian rhythms in affective patients isolated from external time cues. *Psychiatry Research*, 15: 327-339, 1985

8. Sack DA, Nurnburger J, Rosenthal NE, Ashburn E, Wehr TA: The potentiation of antidepressant medications by phase-advance of the sleep-wake cycle. *American Journal of Psychiatry*, 142: 606-608, 1985

9. Wehr TA, Rosenthal NE, Sack DA, Gillin JC: Antidepressant effects of sleep deprivation in bright and dim light. *Acta Psychiatrica Scandinavica*, 72: 161-165, 1985.

10. James SP, Wehr TA, Sack DA, Parry BL, Rosenthal NE: Evening light treatment of seasonal affective disorder. *British Journal of Psychiatry*, 147: 424-428, 1985.

11. Strauss GD, Sack DA, Lesser I: Which veterans go to VA psychiatric hospitals for care: a pilot study. *Hospital Community Psychiatry, Sept.* 1985.

12. Golden RN, James SP, Sherer MA, Rodorfer MV, Sack DA, Potter WZ: Psychosis associated with bupropion treatment. *American Journal of Psychiatry, Dec.* 1985

1

CONFIDENTIAL
AZSER12777927

BEST COPY AVAILABLE

13. Rosenthal NE, Sack DA, Wehr TA: Seasonal effects on mood: The role of light in Adelman G(ed.), *Encyclopedia of Neuroscience,* Birkhauser, Boston.

14. Wehr TA, Sack DA, Rosenthal NE: Antidepressant effects of sleep deprivation and phototherapy. *Acta Psychiatrica Belgica,* 85, 593-602, 1985.

15. Wehr TA, Sack DA, Parry BL, Rosenthal NE: The role of biological rhythms in the biology and treatment of insomnia and depression, in Brodie HKH, Berger PA (eds.), *The American Handbook of Psychiatry.*

16. Rosenthal NE, Sack DA, Jacobsen FM, James SP, Parry BL, Arendt J, Tamarkin L, Wehr TA: The role of melatonin in seasonal affective disorder. *Journal of Neural Transmission.*

17. James SP, Wehr TA, Sack DA, Rosenthal NE, Mendelson WB: Experimental modalities in the treatment of seasonal and non-seasonal affective disorder. *Proceedings of the World Congress of Biological Psychiatry.*

18. Mendelson WB, James SP, Rosenthal NE, Sack DA, Wehr TA, Garnett D, Weingartner H: The experience of insomnia. *Proceedngs of the World Congress of Biological Psychiatry.*

19. Rosenthal NE, Sack DA, Jacobsen FM, Parry BL, James SP, Tamarkin L, Arendt J, Wehr TA: Consensus and controversy in seasonal affective disorder and phototherapy. *Proceedings of the World Congress of Biological Psychiatry.*

20. Sack DA, James SP, Rosenthal NE, Wehr TA: Partial sleep deprivation and phase advance therapy for depression. *Proceedings of the World Congress of Biological Psychiatry.*

21. James SP, Wehr TA, Sack DA, Parry BL, Rogers SLB, Roenthal NE: The dexamethasone suppression test in seasonal affective disorder. *Comprehensive Psychiatry,* 27: 224-226, 1986.

22. Mendelson WB, James SP, Garnett D, Sack DA, Rosenthal NE: A pyshcophysiological study of insomnia. *Psychiatry Res., Dec.* 1986.

23. Wehr TA, Jacobsen FM, Sack DA, Arendt J, Tamarkin L, Rosenthal NE: Phototherapy of seasonal affective disorder. Time and day suppression of melatonin are not critical for antidepressant effects. *Arch Gen Psychiatry Sept.* 1986.

24. Roy-Bryne PP, Uhde TW, Sack DA, Linnoila M, Post RM: Plasma HVA and anxiety in patients with panic disorder. *Biol Psychiatry, July* 1986.

25. Rosenthal NE, Sack DA, Jacobsen FM, Skwerer RG, Wehr TA: Seasonal affective disorder and light: past, present, and future. *Clin Neuropharmacol, Sept.* 1986.

2

CONFIDENTIAL
AZSER12777928

BEST COPY AVAILABLE

26. Wehr TA, Sack DA: The relevance of sleep research to affective illness. In *Sleep,* 1986, Koella WP, Obal F, Schula H, Visser P, eds.

27. Wehr TA, Sack DA: Jacobsen F, Tamarkin L, Arendt J, Rosenthal NE: Timing of phototherapy and its effect on melatonin secretion are not critical for its antidepressant effect in seasonal affective disorder. *Archives of General Psychiatry,* 43: 870-875.

28. Wehr TA, Sack DA, Rosenthal NE: Sleep and biological rhythms in bipolar illness, in Goodwin FK, Jamison K (eds.): Bipolar Disorders, in Hales RE, Frances AJ (eds.): American Psychiatric Association Press, Washington, D.C.

29. Sack DA, Wehr TA. Circadian rhythms in psychiatry. In Depression and Mania: A Comprehensive Textbook, Georgotas A, Concro R (eds.), Elsevier Science Publishing Co., New York.

30. Jacobsen FM, Wehr TA, Sack DA, James SP, Parry BL, Rosenthal NE: Seasonal affective disorder in the workplace: implications for public health. *American Journal of Public Health,* 77: 57-60, 1987.

31. Wehr TA, Sack DA, Rosenthal NE: Sleep reduction as a final common pathway in the genesis of mania. *American Journal of Psychiatry,* 144: 201-204, 1987.

32. Sack DA, Rosenthal NE, Parry BA, Wehr TA: Biological Rhythms in Psychiatry. In: *Psychopharmacology. A second generation of progress.*

33. Rosenthal NE, Sack DA, James SP, Parry BL, Mendelson WB, Tamarkin L, Wehr TA: Seasonal affective disorder and phototherapy. *Annals of the New York Academy of Sciences,* 453: 260-269, 1985.

34. James SP, Golden RN, Sack DA: Vitamin $B_{12}$ deficiency and the dexamethasone test. *Journal of Nervous and Mental Diseases,* 174: 560-561, 1986.

35. Wehr TA, Sack DA, Rosenthal NE, Goodwin FK: Sleep and biological rhythms in bipolar disorder, Annual Review, Volume 6, American Psychiatric Association, Washington, D.C., 1986.

36. Sack DA, Rosenthal NE: Do changes in melatonin cause SAD? *Intergrative Psychiatry,* 1: 35-37, 1987.

37. Wehr Tam Skwerer RG, Jacobsen FM, Sack DA, Rosenthal NE: Eye versus skin phototherapy of seasonal affective disorder. *American Journal of Psychiatry* 144: 753-757.

3

CONFIDENTIAL
AZSER12777929

BEST COPY AVAILABLE

38. Wehr TA, Sack DA, Rosenthal NE:  Reverse seasonal affective disorder with spring-summer depression and fall-winter hypomania:  possible relationship to environmental

39. Mendelson WB, Sack DA, James SP, Martin JV, Wagner R, Garnett D, Milton J, Wehr TA:  Frequency analysis of the sleep EEG in depression.  *Psychiatry Research June* 1987.

40. James SP, Mendelson WB, Sack DA, Rosenthal NE, Wehr TA:  The effect of melatonin on normal sleep.  *Neuropsychopharmacology, Dec.* 1987

41. Sack DA, James SP, Rosenthal NE, Wehr TA:  Deficient nocturnal TSH during sleep and sleep deprivation in rapid-cycling manic-depressives.  *Psychiatry Research,* in press.

42. Sack DA, James SP, Doran AR, Sherer MA, Linnoila M, Wehr TA:  The diurnal variation in plasma HVA persist by the variation in MHPG is abolished under constant conditions.  *Archives of General Psychiatry,* in press.

43. Jacobsen FM, Sack DA, Wehr TA, Rogers S, Rosenthal NE:  Neuroendocrine responses to 5-hydroxytryptopha in seasonal affective disorder.  *Archives of General Psychiatry,* in press.

44. Jacobsen FM, Wehr TA, Skwere RG, Sack DA, Rosenthal NE:  Morning versus midday phototherapy of seasonal affective disorder.  *American Journal of Psychiatry,* in press.

45. Golden RN, Morris JE, Sack DA:  Combined lithium-tricyclic treatment of obsessive compulsive disorder.  *Biological Psychiatry,* in press.

46. Wehr TA, Sack DA:  Sleep disruption:  A treatment for depression and a cause of mania.  *Psychiatric Annals,* in press.

47. Sack DA, Rosenthal NE, Wehr TA:  Biological rhythms in psychiatry, in *Psychopharmacology: The Third Generation of Progress,* Meltzer HY, editor, Raven Press, NY, 1987.

48. Environmental and behavioral influences on affective illness.  *Acta Psychiatrica Scandinavica,* in press.

49. Jacobsen FM, Sack DA, James SP:  Delirium induced by verapramil {letter}.  *American Journal Psychiatry, Feb.* 1987.

50. Wehr TA, Sack DA, Rosenthal NE, Cowdry RW:  Rapid cycling affective disorder:  contributing factors and treatment responses in 51 patients.  *American Journal Psychiatry, Feb.* 1988.

4

CONFIDENTIAL
AZSER12777930

BEST COPY AVAILABLE

51. Sack DA, Duncan W, Rosenthal NE, Mendelson WE, Wehr TA:  The timing and duration of sleep in partial sleep deprivation therapy of depression. *Acta Psychiatrica Scandinavica, Feb.* 1988.

52. Wehr TA, Rosenthal NE, Sack DA:  Environmental and behavioral influences on affective illness. *Acta Psychiatrica Scandinavica Suppl.,* 1988.

53. Rosenthal NE, Skwerer RG, Sack DA, Duncan CC, Jacobsen FM, Tamarkin L, Wehr TA:  Biological effects of morning-plus-evening bright light treatment of seasonal affective disorder. *Psychopharmacol Bull,* 1987.

54. Schulz PM, Goldberg S, Wehr TA, Sack DA, Kasper S, Rosenthal NE:  Personality as a dimension of summer and winter depression. *Psychopharmacol Bull,* 1988.

55. Kasper S, Sack DA, Wehr TA, Kick H, Voll G, Vieira A:  Nocturnal TSH and prolactin secretion during sleep deprivation and prediction of antidepressant response in patients with major depression. *Biol Psychiatry, Oct.* 1988

56. Skwerer RG, Jacobsen FM, Duncan CC, Kelly KA, Sack DA, Tamarkin L, Gaist PA, Kasper S, Rosenthal NE:  Neurobiology of seasonal affective disorder and phototherapy. *J. Biol Rythms,* 1988.

57. Rosenthal NE, Sack DA, Skwerer RG, Jacobsen FM, Wehr TA:  Phototherapy for seasonal affective disorder. *J. Biol Rhythms,* 1988.

58. Souetre E, Salvati E, Wehr TA, Sack DA, Krebs B, Darcourt G:  Twenty-four-hour profiles of body temperature and plasma TSH in bipolar patients during depression and during remission and in normal control subjects. *American Journal Psychiatry,* 1988.

59. Rosenthal NE, Jocobson FM, Sack DA, Arendt J, James SP, Parry BL, Wehr TA:  Atenolol in seasonal affective disorder: a test of the melatonin hypothesis. *American Journal Psychiatry,* 1988.

60. Parry BL, Mendelson WB, Duncan WC, Sack DA, Wehr TA:  Longitudinal sleep EEG, temperature, and activity measurements across the menstrual cycle in patients with premenstrual depression and in age-matched controls. *Psychiatry Res,* 1989.

61. Sack DA:  "No More Secrets, No More Shame" Understanding Sexual Abuse and Emotional Disorders. *PIA Press, Washington D.C.,* 1990.

Submitted for publication:

62. James SP, Sack DA, Rosenthal NE, Mendeleson WB, Wehr TA:  The effect of melatonin on polygraphically monitored sleep.

5

CONFIDENTIAL
AZSER12777931

BEST COPY AVAILABLE

63. Rosenthal NE, Sack DA, Carpenter CJ, Van Sant D, James SP, Wehr TA:  The Weekly Mood Inventory:  A self-rating scale for the longitudinal evaluation of seasonal affective disorder (SAD).

64. Rosenthal NE, Carpenter CJ, Sack DA, Jacobsen FM, James SP, Wehr TA: The placebo effect and other methodological issues in phototherapy studies of seasonal affective disorder.

65. Wolkowitz OM, Kramer JH, Reus VI, Costa NM, Yaffe K, Walton P, Raskind M, Peskind E, Newhouse P, Sack DA, De Souza E, Sadowsky C, Roberts E, DHEA-Alzheimer's Disease Collaborative Research Group: DHEA treatment of Alzheimer's disease, A randomized, double-blind, Placebo-controlled study.

6

CONFIDENTIAL
AZSER12777932

BEST COPY AVAILABLE

## ADDENDUM

## RECENT CLINICAL RESEARCH EXPERIENCE

1. "Olanzapine Versus Haloperidol in the Treatment of Schizophrenia and Other   Psychotic Disorders", Protocol F1D-MC-HGAJ. Sponsored by Lilly Research  Laboratories.

2. "A Comparative Cost Effectiveness Study of Depakote and Usual Care versus Lithium and Usual care in the Treatment of Bipolar Disorder", Protocol M93-111. Sponsored by Abbott Laboratories.

3. "Fluoxetine Plus Pindolol Versus Fluoxetine Plus Placebo in the Treatment of Major Depression", Protocol B1Y-MC-HZAA. Sponsored by Lilly Research Laboratories.

4. "Double-Blind, Randomized, Placebo-Controlled Evaluation of the Safety, Tolerability and Parmacokinetics of Dehydoepiandrosterone (DHEA) in Patients with Alzheimer's Disease", Protocol 01. Sponsored by Neurocrine Biosciences.

5. "An Open-Label, Multicenter Clinical Trial Evaluating the Safety and Efficacy of Donepezil Hydrochloride (E2020) in Patients with Alzheimer's Disease", Protocol E2020-A001-303.

6. "Strategies for Switching from Conventional Antipsychotic Drugs to Olanzapine", Protocol F1D-MC-HGFW. Sponsored by Lilly Research Laboratories.

7. "U-101387G: Double-Blind, Haloperidol-Controlled, Safety and Dose-Finding Study in the treatment of Schizophrenia". ProtocolM/2745/0004. Sponsored by Pharmacia & Upjohn, Inc.

8. "A Phase III Double-Blind Placebo-Controlled Study of Aripiprazole in the Treatment of Psychosis", Protocol 31-97-201. Sponsored by Otsuka Pharmaceuticals.

9. "An Open-label Follow-On Study of the Long-Term Safety of Aripiprazole in Patients with Psychosis", Protocol 31-97-203. Sponsored by Otuska Pharmaceuticals.

10. "Olanzapine Added to Mood Stabilizers in the Treatment of Bipolar Disorder", Protocol F1D-MC-HGFU. Sponsored by Lilly Research Laboratories.

11. "Olanzapine Alone and in Combination with Fluoxetine versus Placebo in Major Depressive Disorder with Psychotic Features", Protocol F1D-MC-HGGA.  Sponsored by Lilly Research Laboratories.

12. "A Multicenter, Placebo and Active Control, Double-Blind Randomized Study of the Efficacy and Safety of M100907 (10 & 20 mg/day) in Schizophrenic and Schizoaffective Patients (3002)", Protocol lM100907/3002. Sponsored by Hoechst Marion Roussel.

13. "A Multicenter, Open-Label, Long-Term, Follow-up Safety Study of M100907 Tablets in Schizophrenic and Schizoaffective Subjects Who Participated in Protocol M100907/3001 or Protocol M100907/3002", Protocol M100907/3005. Sponsored by Hoechst Marion Roussel.

1

CONFIDENTIAL
AZSER12777933

BEST COPY AVAILABLE

14. "A Prospective, Randomized, International, Parallel-Group Comparison of Clozaril/Leponex Vs. Zyprexa in the Reduction of Suicidality in Patients with Schizophrenia and Schizoaffective Disorder Who Are at Risk for Suicide", Protocol ABA 451. Sponsored by Novartis Pharma AG.

15. "A Multicenter Randomized, Double-Blind, Placebo, Controlled Study of Three Fixed Doses of A

16. "A Double-blind, Placebo-Controlled, Parallel- Group Assessment of the Selegiline Transdermal System in the Reappearance of Symptoms Associated with Major Depression." protocol #S9303-P9806, sponsored by Somerset

17. "A Double-blind, Randomized, Multicenter, Parallel Group design Study to Evaluate the Efficacy and Safety of Two Dose Ranges of EMD 128 130 in comparison with Placebo and Haloperidol in the Treatment of Schizophrenia." Sponsored by Mereck

18. "Protocol M/2020/047 , Reboxetine, Placebo, and Paroxetine Comparison in Patients with Major Depressive Disorder." sponsored by Pharmacia Upjohn

19. "A Multi-center Placebo–Controlled Double Blind Study Comparing the Safety and Efficacy of Ziprasidone and Olanzapine in Subjects with Schizophrenia or Schizoaffective Disorder Needing Inpatient Care" Protocol R-548 Sponsored by Pfizer

20. "A 52 Week (1 year), Open Extension Study Evaluating The Safety and Efficacy Of Continued Administration of 40-160 mg Daily Of Oral Ziprasidone In the Treatment Of Subjects Who Have Participated In Previous Ziprasidone Trials" Protocol R-0585, Sponsored by Pfizer

21. "Olanzapine in the Management of Behavioral Disturbance and/or Psychosis in Demented Nursing Home Patients." Protocol F1D-HGGV, Sponsored by Lilly

22. " A Double-Blind Randomized Comparison of the Efficacy and Safety of Short Acting Intramuscular Olanzapine, Short Acting Intramuscular Haloperidol, and Intramuscular Placebo in Patients with Schizophrenia" Protocol HGHB, sponsored by Lilly

23. "The Efficacy of Olanzapine and Adjunctive Lorazepam, as needed, to Treat Acute Behavioral Agitation in Schizophrenia". Sponsored By Lilly.

24. "A Randomized Double-Blind Study to Evaluate the Anticholinergic Burden in Subjects with Psychosis of Dementia Treated with Risperidone of Olanzapine". Sponsored by Janssen.

25. "A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Three Fixed Doses of Aripiprazole in the Treatment of Institutionalized Patients with Psychosis Associated with Dementia of the Alzheimer's Type". Sponsored by Bristol-Myers Squibb.

26. "Risperidone Depot (microspheres) vs. Placebo in the Treatment of Subjects with Schizophrenia or Schizoaffective Disorder". Sponsored by Janssen

2

CONFIDENTIAL
AZSER12777934

BEST COPY AVAILABLE

27. "A Three-Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Safety and Efficacy Study of Extended-Release Carbamazepine in Patients With Bipolar Disorder".  Sponsored by Shire.

28. "The Efficacy and Safety of Flexible Dose Ranges of Risperidone vs. Placebo or Divalproex Sodium in the Treatment of Manic or Mixed Episodes Associated with Bipolar I Disorder". Sponsored by Janssen

29. "A 9-Week, Open-Label, Multicenter, Safety Trial of Flexible Dose Ranges of Risperidone in the Treatment of manic or Mixed Episodes Associated with Bipolar I Disorder".  Sponsored by Janssen

30. "A Controlled Trial of Olanzipine versus Quetiapine in the Treatment of Schizophrenic and Schizoaffective Subjects with Prominent Negative Symptoms." Protocol #F1D-US-HJGB Sponsored by Lilly

31. "A Multicenter, Randomized, Double-Blind Study of Flexible Doses of Aripiprazole vs. Perphenzaine in the Treatment of Patients with Treatment-Resistant Schizophrenia".  Sponsored by Bristol-Myers Squibb

32. A Multicenter, Randomized, Double-Blind, Placebo Controlled, 26 Week Study of a Fixed Dose of Ariprprazole in the Treatment of Stabilized Patients with Chronic Schizophrenia".  Sponsored by Bristol-Myers Squibb.

33. "A Multicenter, Randomized, Double-Blind Safety and Tolerability Study of Flexible Doses of Aripiprazole and Olanzapine in the Treatment of Patients with Acute Schizophrenia".  Sponsored by Bristol-Myers Squibb.

34. "A Double-Blind, Placebo and Haloperidol-Controlled, Multicenter Study Evaluating the Safety and Efficacy of SR46349B in Schizophrenic patients".  Sponsored by Sanofi-Synthelabo.

35. "A Double-Blind, Placebo and Haloperidol-Controlled, Multicenter Study Evaluating the Safety and Efficacy of SR141716 in Schizophrenic Patients".  Sponsored by Sanofi-Synthelabo.

36. "Open Label Trial Exploring A Switching Regimen Form Oral Neuroleptics, Other Than Risperidone, To Resperidone Depot Microspheres ".
Sponsored by Janssen Research Foundation.

37. "A Phase III, Open-Label Study of the Safety and Efficacy of C-1073 (Mifepristone) in Patients with Major Depressive Disorder with Psychotic Features Who Have Previously Demonstrated a Rapid Response to either C-1073 or Placebo in Study C-1073-02 or C-1073-03"
Sponsored by Scirex Corporation.

38. "A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety Quetiapine Fumarate (SEROQUEL) and Risperidone (RISPERDAL) in the Treatment of Patients with Schizophrenia".
Sponsored by Astra Zeneca Pharmaceutical.

3

CONFIDENTIAL
AZSER12777935

BEST COPY AVAILABLE

39. "A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of Sustained-release Formulation Quetipine Fumarate (SEROQUEL) and Placebo in the Treatment of Patients with Schizophrenia".
Sponsored by Astra Zeneca Pharmaceutical.

40. "A Randomized, Double-blind, Dose-Ranging Of Intramuscular Aripiprazole In The Treatment Of Acute Agitation In Patients With A Diagnosis Of Schizophrenia, Schizoaffective, Or Schizophreniform Disorder".
Sponsored by Bristol-Myers Squibb.

41. "A Double-blind, Placebo-Controlled Trial To Estimate The Maximum Tolerated Dose (MTD) of R167154 In Patients With Schizophrenia or Schizoaffective Disorder, Who Are Metabolizers For The CYP2D6 Enzyme".

42. "A Phase III, Randomized, Double-Blind Placebo-Controlled, Outpatient Study To Assess The Long-Term Safety And Efficacy Of Two Dose Levels Of NBI-34060 In Adult Patients With Primary Insomnia".
Sponsored by Neurocrine Biosciences, Inc.

4

CONFIDENTIAL
AZSER12777936

BEST COPY AVAILABLE

 

**The Medical Board of California**
1426 Howe Avenue, Suite 54
Sacramento, California, 95825-3236

*PHYSICIAN AND SURGEON*

CERTIFICATE NO.  G40374          EXPIRATION  10/31/2004

**DAVID ANDREW SACK**
**11050 E ARTESIA BLVD STE G**
**CERRITOS, CA  90703**

ORIGINAL
ISSUANCE DATE                    RECEIPT NO.
07/30/1979                       00091529

**IMPORTANT!**
1. Please include your certificate number on any correspondence to this office.
2. Notify the Board of any name or address change in writing.
3. Report any loss immediately in writing to the Board.
4. Please sign your name above, as printed on the front, and carry this pocket certificate with you.

If you have any questions regarding your pocket certificate, please call (916) 263-2571, or write to the Board at the address on the front of this card.

812

CONFIDENTIAL
AZSER12777937

BEST COPY AVAILABLE



D1447C00127: _____ 0059

## *Clinical Trials*

DISCOVERY • EVALUATION • IMPLEMENTATION

m. marandy
12,13,05

**CURRICULUM VITAE**

**Morteza Marandi, MD**

### COMPREHENSIVE NEUROSCIENCE, INC.

| | |
|---|---|
| 11080 E. Artesia Blvd. Suite A | 10802 College Place |
| Cerritos, CA. 90703 | Cerritos, CA. 90703 |
| (562) 924-4262 | (562) 924-3116 |

**Education:**

1979 - 1981    *Fellowship-Child Psychiatry*
Harbor-UCLA Medical Center
Torrance, CA.

1977 - 1979    *Residency-General Psychiatric*
Hospital of the University of Pennsylvania
Philadelphia, PA.

1975 - 1977    *Residency-General Psychiatric, Dept. of Psychiatry*
Shiraz Medical School, Hafez Hospital
Shiraz, Iran

1974 - 1975    *Rotating Internship*
Hospitals of Shiraz University, Medical School
Shiraz, Iran

1969 - 1974    *Medical School*
Shiraz University
Shiraz, Iran

1967 - 1969    *Pre-medicine*
Shiraz University
Shiraz, Iran

**Professional Experience:**

2005 – Present`    *Primary Investigator*
Comprehensive NeuroScience, Inc.
Cerritos, CA

1999 - Present    *Sub-Investigator*
Comprehensive NeuroScience, Inc.
Cerritos, CA.

11080 E. Artesia Blvd., Suite A    Cerritos, CA 90703    Telephone: 562.924.4262    Facsimile: 562.924.7501
10802 College Place    Cerritos, CA 90703    Telephone: 562.924.3116    Facsimile: 562.860.6091

A Division of Comprehensive NeuroScience, Inc.

813

CONFIDENTIAL
AZSER12777938

BEST COPY AVAILABLE

Morteza Marandi, M.D.
Curriculum Vitae
Page 2


1982 - Present          *Private Practice*
                        Cerritos, CA.


1981 - 1983             *Staff Psychiatrist*
                        Los Angeles County Dept. of Mental Health, CA.

**Professional Affiliations:**
                        Active: College Hospital, Costa Mesa, CA.
                        Active: College Hospital, Cerritos, CA.

                        Served as Chairperson of Utilization Review Committee, Peer Review
                        Committee, Medical Executive Committee.

                        Medical Director of Youth Services and Adult Intensive Care.


**Licensure and Certifications:**
07-31-2005              Sacramento, CA. 95825-3236, License# A36975

01-11-2007              DEA License#AM1285647

                        Certification: Diplomat, American Board of Psychiatry and Neurology,
                        January 1984


**Trained In The Following Adult Psychiatric Rating Scales:**

Brief Psychiatric Rating Scale (BPRS)
Calgary Depression Scale
Hamilton Anxiety Scale (HAMA)
Hamilton Depression Rating Scale (HAMD)
Montgomery and Asberg Depression Rating Scale (MADRS)
Positive and Negative Syndrome Scale for Schizophrenia (PANSS)
Structured Clinical Interview for DSM-IV (SCID)
Structured Clinical Interview for DSM-IV Axis II Disorders (SCID II)
Young Mania Rating Scale (YMRS)


814

CONFIDENTIAL
AZSER12777939

BEST COPY AVAILABLE

Morteza Marandi, M.D.
Curriculum Vitae
Page 3

**Medical Procedures:**

Trained in venipuncture, lab sample processing and shipping, vital signs and administering
electrocardiograms.

**Clinical Research Experience:**

1. Protocol CN138-010 – A Multicenter, Randomized, Double-Blind, Placebo Controlled
   Study of study medication in the Maintenance Treatment of Patients with Bipolar
   Disorder

2. Protocol CN138-032 – A Multicenter, Randomized, Double-Blind Study of Flexible
   Doses of study medication Versus Perhenazine in the Treatment of Patients With Acute
   Schizophrenia

3. Protocol 5077US/0043 – A Multicenter, Double-Blind, Randomized Comparison of the
   Efficacy and Safety of Quetiapine Fumarate (SEROQUELᴛᴍ) and Risperidone
   (RISPERDALᴛᴍ) in the Treatment of Patients with Schizophrenia

4. Protocol M02-540 – A 21-Day, Double-Blind, Placebo-Controlled, Parallel-Group
   Evaluation of the Efficacy and Safety of Depakote ER in the Treatment of the Manic
   Phase of Bipolar Disorder

5. Protocol M02-547 – A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group
   Study of the Safety and Efficacy of Depakote ER plus an Atypical Antipsychotic vs. and
   Atypical Antipsychotic Alone in the Acute Treatment of Schizophrenia

6. Protocol 5077IL/00127 – A Multicenter, Randomized, Parallel-Group, Double-Blind,
   Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400
   mg to 800 mg daily in divided doses) to Placebo when used as Adjunct to Mood
   Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder
   in Adult Patients

7. Protocol CN138-013 – A Randomized, Double-Blind, Comparison of the Efficacy and
   Safety of Aripiprazole intramuscular Formula, Lorazepam or Placebo in the Treatment of
   Acutely Agitated Patients Diagnosed with Bipolar I Disorder, Manic or Mixed

8. Protocol CN138-012 – A Randomized, Double-Blind, Comparison of the Efficacy and
   Safety of Intramuscular Formula, Haloperidol or Placebo in the Treatment of Acutely
   Agitated Patients with a Diagnosis of Schizophrenia or Schizoaffective Disorder

815

CONFIDENTIAL
AZSER12777940

BEST COPY AVAILABLE

Morteza Marandi, M.D.
Curriculum Vitae
Page 4

9. Protocol D1447C00135 – A Confirmatory Multicenter, Double-Blind, Randomized, Placebo-Controlled Study of the Use of Quetiapine Fumarate (SEROQUEL) IN THE Treatment of Patients with Bipolar Depression

10. Protocol #RIS-BIP-302 – Prospective, Randomized, Double-Blind, Placebo-Controlled study of the Effectiveness and Safety of RISPERDAL CONSTA Augmentation in Adult Patients with Frequently-Relapsing Bipolar Disorder

11. Protocol R076477-SCH-304 / Extension Protocol R076477-SCH-704 – A Randomized, Double-Blind, Placebo and Active Controlled, Parallel-Dose Response Study to Evaluate the Efficacy and Safety of Two Fixed Dosages of Extended Release OROS Paliperidone (6 and 12mg/day) and Olanzapine (10mg/day), with Ope-label Extension in the Treatment of Subjects with Schizophrenia

12. Protocol CN138-047 – A Multicenter, Randomized, Double-Blind, Placebo-Controlled, 26 Week Study of A fixed Dose of Study Medication in the Treatment of Stabilized Patients with Chronic Schizophrenia

13. Protocol RIS-USA-196 – Risperidone Depot (michorspheres) in the Tretment of Subjects with Schizophrenia or Schizoaffective Disorder

14. Protocol C-1073-02 – A Phase III Randomized, Double-Blind, Placebo-Controlled Study of Safety and Efficacy of C-1073 (Mifepristone) in Patients with Major Depressive Disorder with Psychotic Features

15. Protocol C1073-03 – A Phase III Randomized, Double-Blind, Placebo-Controlled Study of Safety and Efficacy of C-1073 (Mifepristone) in Patients with Majorn Depressive Disorder with Psychotic Features who are not receiving Antidepressants or Antipsychotics

16. Protocol RIS-USA-239 – The Efficacy and Safety of Single Dosage Ranges of Risperidone vs Placebo in the Treatment of Manic Episodes Associated with Bipolar I Disorder

17. Protocol RIS-USA-231 – The Efficacy and Safety of Risperidone in the Treatment of Children and Adolescents with Schizophrenia

18. Protocol RIS-USA-234 – The Efficacy and Safety of Risperidone in the Treatment of Children and Adolescents with Schizophrenia: A Follow-Up Trial of RIS-USA-231

19. Protocol GAL-SCH-201 – A Study of Two Doses of Galantamine HBr as an Adjunctive Treatment to Risperdal in Male Outpatients with Schizophrenia and Associated Cognitive Deficits

CONFIDENTIAL
AZSER12777941

BEST COPY AVAILABLE

MARY CARROLL SHEMO, M.D., D.F.A.P.A.                    *Mary C. Shemo (MD)* 6-17-03
                                                        CURRICULUM VITAE

Psychiatric Alliance of the Blue Ridge                  Office: (434) 984-6777
First Floor, Old Ivy Commons, 2496 Old Ivy Road, Suite 400    Fax: (434) 296-1412
Charlottesville, Virginia 22903-4895

PERSONAL DATA:

REDACTED

EDUCATION:

**Degree: B.S., 1972**                    Wheeling Jesuit College, Wheeling, West Virginia
                                          Major: Biology     Minors: Philosophy

**Degree: M.D., 1976**                    West Virginia University School of Medicine, Morgantown, West Virginia

LICENSE TO PRACTICE:                      Virginia #0101031408

BOARD CERTIFICATION:                      Diplomate National Board of Medical Examiners – 1977
                                          Diplomate American Board of Psychiatry and Neurology – 1980

PROFESSIONAL CAREER:

June 1976 - July 1979                     Residency in Behavioral Medicine and Psychiatry
                                          West Virginia University Medical Center, Morgantown, West Virginia

June 1978 – July 1979                     Chief Resident
                                          Behavioral Medicine and Psychiatry
                                          West Virginia University Medical Center, Morgantown, West Virginia

July 1979 – January 1980                  Fellowship in Child and Adolescent Psychiatry
                                          University of Virginia Medical Center
                                          Charlottesville, Virginia

January 1980 – August 1987                Student Health Psychiatrist
                                          University of Virginia Medical Center
                                          Charlottesville, Virginia

June 1981 – August 1987                   Mental Health Section Head
                                          University of Virginia Medical Center
                                          Charlottesville, Virginia

December 1979 - present                   *Clinical Assistant Professor
                                          Department of Behavioral Medicine & Psychiatry
                                          University of Virginia Medical Center
                                          Charlottesville, Virginia

August 1987 - present                     *Psychiatrist – private practice of adult and adolescent psychiatry
                                          Psychiatric Alliance of the Blue Ridge
                                          Charlottesville, Virginia

March 2000 – present                      *Principal Investigator –
                                          Psychiatric Alliance of the Blue Ridge Clinical Research Center
                                          Charlottesville, Virginia

817

CONFIDENTIAL
AZSER12777942

BEST COPY AVAILABLE

## Mary Carroll Shemo, M.D., FAPA

2

### ACADEMIC, CONSULTANT and COMMITTEE APPOINTMENTS:

| | |
|---|---|
| 1973-1979 | Admissions Committee, Voting Member<br>West Virginia University School of Medicine |
| 1979 | Behavioral Medicine and Psychiatric Resident Consultant<br>Pain Clinic, West Virginia University Medical Center |
| 1980-1987 | Student Health Patient Education Committee<br>Student Health, University of Virginia Medical Center |
| 1982-1987 | Supervision of Psychiatric Residents<br>Student Health, University of Virginia Medical Center |
| 1983-1987 | Student Health Research Committee<br>Student Health, University of Virginia Medical Center |
| 1984-1987 | Student Health Quality Assurance Committee<br>Student Health, University of Virginia Medical Center |
| 1985-1986 | Panel Member, Medical Center Hour<br>University of Virginia Medical Center, Charlottesville, Virginia |
| 1989-2000 | Chairman, Clinical Committee<br>Charter Hospital of Charlottesville |
| 1996-1999 | Practice Guidelines Steering Committee<br>American Psychiatric Association |
| 1987-present | *Supervision of Psychiatric Residents in Outpatient Therapy |
| 1992-present | *Practice Research Network<br>American Psychiatric Association |
| 2001 | Panel Member, Sumatriptan Succinate (Imitrex)<br>GlaxoWellcome |
| 2001 | Consultant, Topiramate (Topamax)<br>OrthoMcNeil Pharmaceutical |
| 2001 | Advisory Committee Member, Citalopram (Celexa)<br>Forest Laboratories |
| 2002- present | Speakers Bureau, Lexapro<br>Forest Laboratories |

### HONORS:

Presidential Scholarship, 1968-1972
Member, Gamma Pi Epsilon Jesuit Women's Honor Society , 1971
Graduated Magna Cum Laude, 1972
Class Valedictorian, 1972
Robert Wood Johnson Scholarships, 1972-1976
Member, Alpha Omega Alpha National Medical Honor Society, 1975
Vice President, Alpha Omega Alpha National Medical Honor Society, 1976
Diplomate of National Board of Medical Examiners, 1977

6/17/2003

818

CONFIDENTIAL
AZSER12777943

BEST COPY AVAILABLE

Mary Carroll Shemo, M.D., FAPA                                                                            3

PROFESSIONAL SOCIETIES:              Albemarle County Medical Society, 1980-present
                                     American Psychiatric Association, 1981-present
                                     Psychiatric Society of Virginia, 1981-present
                                     American College Health Association, Mid-Atlantic Chapter, 1982-1987
                                     American Society of Clinical Psychopharmacology, 1994-present

TEACHING, LECTURES and PAPERS PRESENTED:

1974                                 "Human Sexuality, Birth Control and Venereal Disease",
                                     Lecture Series for College Coeds
                                     West Virginia University

TEACHING, LECTURES and PAPERS PRESENTED cont:

1977                                 "The Medical Complications of Drug Abuse", Six Hour Series
                                     Annual School of Alcohol and Drug Abuse
                                     West Virginia University Medical Center Department Behavioral Medicine &
                                     Psychiatry and the West Virginia Department of Mental Health

1977                                 "An Overview of Psychotropic Medicine", Lecture Series for Graduate Students
                                     in Guidance and Counseling,
                                     West Virginia University, Morgantown, West Virginia

1978                                 "The Diagnosis of organic Brain Syndrome"
                                     Lecture Series for Medical Students
                                     West Virginia University School of Medicine, Morgantown West Virginia

1979-1987                            Psychopathology Course, Small Groups For Medical Students
                                     University of Virginia Medical Center, Charlottesville, Virginia

                                     Medical Aspects of Drug and Alcohol Abuse; Mental Health Concerns
                                     Resident Assistant Orientation

1980-1987                            Presentations to Student Health Nurses (various topics)
                                     Psychotropic Medications, Drug Abuse, Stress Management and Clinical Uses
                                     of Hypnosis.
                                     University of Virginia Medical Center, Charlottesville, Virginia

1981                                 "The Clinical Uses of Hypnosis", Clinical Case Conference for Medical
                                     Students on the Inpatient Psychiatric Rotation
                                     University of Virginia Medical Center, Charlottesville, Virginia

1981
                                     "Research Contributions to College Psychiatry"
                                     American Psychiatric Association Annual Meeting

1982                                 "The Treatment of Bulimia", Continuing Nursing Education
                                     University of Virginia, Charlottesville, Virginia

1984                                 "Student Mental Health" and "Eating Disorders"
                                     Inter Sorority Council

6/17/2003

CONFIDENTIAL
AZSER12777944

BEST COPY AVAILABLE

<u>Mary Carroll Shemo, M.D., FAPA</u>                                                                                      4

| | |
|---|---|
| 1984 | "Eating Disorders", Presentation to Resident Assistants<br>Sweet Briar College, |
| 1985 | Articles on "Eating Disorders" for the <u>Cavalier Daily</u> and <u>Iris</u> student papers<br>University of Virginia, Charlottesville, Virginia |
| 1985 | "The crisis of Young Adult Suicide", Medical Center Hour<br>University of Virginia Medical Center, Charlottesville, Virginia |
| 1986 | Lecture to Psychiatric Residents on Bulimia<br>University of Virginia Medical Center, Charlottesville, Virginia |
| 1986 | "Eating Disorders", Family Practice Refresher Course<br>University of Virginia Medical Center, Charlottesville, Virginia |
| 1986 | "Eating Disorders", Medical Center Hour<br>University of Virginia Medical Center, Charlottesville, Virginia |
| 1986 | Lecture to Student Health Faculty on Eating Disorders<br>University of Virginia Medical Center, Charlottesville, Virginia |
| 1999 | "Seasonal Affective Disorder"<br>Albemarle County Medical Society Lecture |

<u>RESEARCH EXPERIENCE:</u>

| | |
|---|---|
| 1983 | "The Evaluation and Treatment of Stress in a University Population Using a Didactic Model" |
| 1987 | "A Comparative Study of Imipramine Versus Clomipramine in College Women With Eating Disorders" |
| 2001 | Principal Investigator Training<br> Society of Clinical Research Associates, Washington, D.C. |
| 2001-present | Topiramate Versus Placebo as Add-On Treatment in Subjects with Bipolar Disorder in the Outpatient Setting, phase IIIB, sponsored by Ortho-McNeil Pharmaceutical. |
| 2002 | A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Safety and Efficacy Study of SPD420 in Adults with Attention Deficit Hyperactivity Disorder (ADHD), phase II, sponsored by Shire Pharmaceutical. |
| 2002 | A Prospective, Multicenter, Open-Label Study of Aripiprazole in the Management of patients with Schizophrenia and Schizoaffective Disorder in General Psychiatric Practices, phase III, sponsored by Bristol Meyers Squibb. |
| 2002 | Beneficial Effects of Quitiapine Treatment in patients With Fibromyalgia, Case study, sponsored by AstraZeneca.  Poster presented at the New Clinical Drug Evaluation Unit meeting (NCDEU) in Boca Raton, FLA, June 11, 2002. |
| 2002 | Examining Clinical Experience with Escitalopram in Depression Trial, phase IV, sponsored by Forest Pharmaceuticals, Inc |

6/17/2003

CONFIDENTIAL<br>AZSER12777945

BEST COPY AVAILABLE

<u>Mary Carroll Shemo, M.D., FAPA</u>                                                                                                  5

| | |
|---|---|
| 2002-2003 | A Double-Blind, Placebo-Controlled, Multicenter Study of the Long-Term Efficacy of MK-0869 in the Maintenance of Antidepressant Effect in Geriatric Outpatients with Major Depressive Disorder; Protocol 068-01, phase III, sponsored by Merck Research Laboratories. |
| 2002-2003 | A Double-Blind, Multicenter, placebo- and Active-Controlled Acute and Extension Study of 2 Doses of MK-0869 in the treatment of Patients with major Depressive Disorder.  PN062-061, phase III, sponsored by Merck Research Laboratories. |
| 2003-present | A Phase II, Randomized, Double-Blind, Parallel-Group, Placebo – Controlled Safety and Efficacy Study of ADDERALL XR in Children and Adolescents Aged 6-17 with oppositional Defiant Disorder (ODD), sponsored by Shire Pharmaceutical Development, Inc. |

6/17/2003

CONFIDENTIAL
AZSER12777946

BEST COPY AVAILABLE

D1447C00127: _____0061_____

## CURRICULUM VITAE

| | |
|---|---|
| **NAME:** | Raj (Rajinder) S. Shiwach, MD, PA |
| | REDACTED |
| **ADDRESS:** | The Cedars Hospital |
| | 2000 N. Old Hickory Trail |
| | DeSoto, TX 75115 |
| | (972) 298-7323 |
| | Email: REDACTED |
| **MARITAL STATUS:** | REDACTED |
| **NATIONALITY:** | |

| **QUALIFICATIONS:** | | |
|---|---|---|
| | MBBS (Poona, India) | 1976 |
| | Board Certification in Psychiatry – UK (MRCPsych) | 1984 |
| | American Board of Psychiatry & Neurology | 1998 |

**APPOINTMENTS:**   Staff Psychiatrist (The Cedars Hospital in Dallas, Green Oaks Hospital in Dallas, and Terrell State Hospital in Kaufman County)

### TRAINING EXPERIENCE

**Undergraduate Training in India**
Graduated from Armed forces Medical College, Poona, India (1970 – 1975)
Internship at Base Hospital in Delhi, India (1975 – 1976)
Postgraduate training in Medicine and Surgery, Bombay, India (1976-1978)
General Practice, Delhi, India (1978 – 1980). Moved to UK in 1980.

**Post Grad Training and experience in Psychiatry (England, UK)**
Resident in Psychiatry - Lancaster (1980-82), Liverpool (1982-85) and Maudsley Hospital in London (1985-86), Wellcome Research Fellow in Oxford (1986-89); Senior Registrar (Fellow) in Adult Psychiatry at Guy's Hospital, London (1989-90). Consultant in Psychiatry, Deal, England (1990-1993). Moved to USA in 1994.

**Post Grad Training in Psychiatry (USA)**
Resident in Psychiatry (UT Southwestern Medical School, Dallas) to meet American Board's eligibility (January 1994 – January 1996) including 6 months option of Research.

**Clinical Experience**
Admitting privileges with outpatient, Day Hospital and inpatient work at The Cedars Hospital in Dallas (4/2000-present), Triage/ moonlighting at Green Oaks Hospital in Dallas (4/1997 – present) and Attending Psychiatrist at the Research Center at Terrell State Hospital (1/1996 – present).

**Research Experience**
UK

- Wellcome Research Fellow at the Oxford University (1986 - 1989). Worked as a psychiatrist in a Genetic Department with patients suffering from Huntington's Disease. Completed a systematic study of the disease which formed the basis of my Thesis (please see publications). Also helped to set up a region-wide (pop 2.4 million) presymptomatic "DNA test" service.

USA

- Medical Director of Research Unit at The Cedars Hospital (2003-present)

- Medical Director of Research Unit at Terrell State Hospital (1998-2003). I have done several drug trials for pharmaceutical industry as Principal Investigator for patients suffering from schizophrenia, bipolar mood disorder and depression.

**Page 1 of 3**

822

CONFIDENTIAL
AZSER12777947

BEST COPY AVAILABLE

## SOCIETIES
Royal College of Psychiatrists (Member since 1985)
American Psychiatric Association (Member since 1994)
American Association for the Advancement of Sciences (Member since 1996)
New York Academy of Sciences (Member since 1997)

## AWARDS
Recognized in Who's Who in Science & Engineering – Millennium Edition (1999-2000)

## MEDICAL LICENSURE
Texas (# K – 2288)
ECFMG (FMGEMS – 1991; FLEX – 1993)

## PUBLICATIONS
**2002**
1. Shiwach R. Bipolar disorder. (letter) *Lancet* 2002;359:1702

**2001**
2. Shiwach R. Researcher, clinician, or teacher? (letter) *Lancet* 2001;358:922
3. Shiwach RS. Reid WH. Carmody TJ. An analysis of reported deaths following elecroconvulsive therapy in Texas 1993-1998. *Psychiatric Services* 2001;52:1095-97.
4. Blaveri E. Kalsi G. Lawrence J. Quested D. Moorey H. Lamb G. Kohen D. Shiwach R., et al. Genetic association studies of schizophrenia using the 8p21-22 genes: prepronociceptin (PNOC), neuronal nicotinic cholinergic receptor alpha polypeptide 2 (CHRNA2) and arylamine N-acetyltransferase 1 (NAT1). *Eur J Hum Genet.* 2001;9 (6);469-72.

**2000**
5. Shiwach R. Nutritional deprivation in utero and its sequelae. (letter). *JAMA* 2000; 283:887.
6. Shiwach R, Peris L. Treatment of bilateral footdrop and double incontinence in severe depression with ECT. *The Journal of ECT 2000;* 16 (4):419-420.

**1999**
7. Shiwach R. Importance of case reports in psychiatry (letter). *British Journal of Psychiatry* 1999;174:565.
8. Finch J, Sobin P, Carmody T, DeWitt A, Shiwach R. A survey of attitudes towards ECT amongst Texas psychiatrists. *Psychiatric Services* 1999; 50:264-265.
9. Shiwach R. Human Cloning (letter). *Lancet* 1999; 353: 1103
10. Shiwach R. The sacking of JAMA (letter). *Lancet* 1999; 353: 1104

**1998**
11. Shiwach R & Sheikha S. Delusional disorder in a boy with phenylketonuria and amine metabolites in the cerebrospinal fluid after treatment with neuroleptics. *Journal of Adolescent Health* 1998; 5:244-246.
12. Shiwach R. Risperidone and withdrawl Bruxism in Lewy body dementia (letter). *Intnl J Geriatric Psychiatry* 1998; 13:65-66.
13. Shiwach R. Treatment of clozapine induced hypertension and possible mechanisms (letter). *Clin Neuropharmacology* 1998; 21:139-140.
14. Shiwach R & Sobin P. Monozygotic twins, folie a deux and heritability: A case report and critical review. *Medical Hypotheses* 1998; 50:369-374.
15. Shiwach R & Carmody T. Prolactogenic effects of Risperidone in men. A preliminary report. *Acta Psychiatrica Scandinavica* 1998; 98:81-83.
16. Shiwach R. Autoenucleation – A cultural phenomenon. A case series and review. *Compr Psychiatry* 1998; 39:318-322.
17. Shiwach R & Prosser J. Treatment of an unusual case of masochism. *J Sex & Marital Therapy* 1998; 24:303-307.

**1996-1997**

Page 2 of 3

823

CONFIDENTIAL
AZSER12777948

BEST COPY AVAILABLE

18. Shiwach R. Hyponatraemia from colonic lavage presenting as an acute confusional state (letter). *Am J Psychiatry* 1996; 153:1367.
19. Shiwach R. Education, self-esteem, and prizes (letter). *Lancet* 1997; 349:885.
20. Shiwach R. Literature and history in medicine (letter). *Lancet* 1997; 349:1393-94.
21. Shiwach R & Dudley A. Delusional pregnancy with polydipsia: A case report. *J Psychosomatic Research* 1997; 42:113-116.

**1994**
22. Goldacre M, Shiwach RS, Yeats D. Estimating incidence and prevalence of treated psychiatric disorders from routine statistics: the example of schizophrenia in Oxfordshire. *J Epidemiology & Community Health* 1994; 48:318-322.
23. Shiwach RS. Prevalence of Huntington's disease in Oxford Region ©. *Br J Psychiatry* 1994; 165:414-415.
24. Shiwach RS, Norbury CG. A controlled study of individuals at risk for Huntington's disease. *Br J Psychiatry* 1994; 165:500-505.
25. Shiwach RS. Psychopathology in the affected Huntington's disease patients. *Acta Psychiat Scand* 1994; 90:241-246.
26. Shiwach RS. An epidemiological and psychiatric study of Huntington's disease. MD Thesis. Liverpool University 1994; UK.

**1993**
27. Shiwach RS, Patel V. Aggressive behaviour in Huntington's disease: A cross sectional study in a nursing home population. *Behavioural Neurology* 1993; 6:43-47.
28. Dixon P, Rehling G, Shiwach RS. Peripheral victims of the Herald of Free Enterprise disaster. *Br J Med Psychology* 1993; 66:193-202.


**1986-1990**
29. Shiwach RS, Lindenbaum RH. Prevalence of HD among UK immigrants from the Indian subcontinent. *Br J Psychiatry* 1990; 157:598-599.
30. Shiwach RS, Lindenbaum RH, Miciak A. Predicting Huntington's disease. *Lancet* 1990; i:230.
31. Shiwach RS, Crocker M. Pseudoautosomal locus for psychosis ©. *Br J Psychiatry* 1989; 154:722-723.
32. Copeland J, Dewey ME, Henderson AS, Kay DWK, Neal CD, Harrison NAM, McWilliam C, Forshaw D, Shiwach R. The Geriatric Mental States (GMS) used in the community: Republican Studies of the computerized diagnosis (AGE CAT). *Psychological Medicine* 1988; 18:219-223.
33. Shiwach RS. Psychoanalysis: Science or non-science? © *Bulletin of the Royal College of Psychiatrists* 1987; 11:28-29.
34. Shiwach RS, Murray R. Does psychiatric research require training? (Ed) *Br Hosp Med* 1988; June.
35. Shiwach RS, Chaudhury P. Mental Health Act. *Bulletin of the Royal College of Psychiatrists* 1986; 10:188.
36. Copeland J, McWilliam C, Dewey ME, Forshaw, Shiwach R et al. The early recognition of dementia in the elderly: A preliminary communication using the GMS-AGE CAT package (community version). *J Geriatric Psychiatry* 1986; 1:63-70.
37. Mazakaris N, Shiwach R, Gurling H, Bates P. A test of retroviral hypothesis of schizophrenia and manic depression. No evidence of ERV 3 provirus insertion and deletion in genomic DNA from affected patients. *Proceedings of the IV World Congress of Biological Psychiatry*, 1985. Elsevier. NY.

**References available upon request.**

CONFIDENTIAL
AZSER12777949

BEST COPY AVAILABLE

D1447C00127: ___0062___

# CURRICULUM VITAE
## James M. Stevenson, MD

November 2003

Professor and Chair, West Virginia University School of Medicine Department of
    Behavioral Medicine and Psychiatry
Associate Dean, West Virginia University School of Medicine Offices of Continuing
    Medical Education, Development and Alumni Affairs
Senior Examiner, American Board of Psychiatry and Neurology
Member, Academic Consortium, American Psychiatric Association
Member, Council for Academic Societies
Member, Scientific Advisory Board, National Alliance for the Mentally Ill

**BIRTHDATE:**
REDACTED

**PLACE OF BIRTH:**
REDACTED

**ADDRESS:**
Home:    REDACTED

Office:    Addiction and Psychiatric Medicine Research
    West Virginia University
    Robert C. Byrd Health Sciences Center
    PO Box 9135
    Morgantown, West Virginia 26506-9135
    E-mail: jstevenson@hsc.wvu.edu

**EDUCATION:**
B.S.    Marshall University, Huntington, West Virginia, 1962-1966
M.D.    West Virginia University School of Medicine, Morgantown, West Virginia,
    1966-1970
Internship    West Virginia University Hospitals, Morgantown, West Virginia,
    Internal Medicine, 1970-1971
Residency    West Virginia University Hospitals, Morgantown, West Virginia,
    General Psychiatry, 1971-1974, Chief Resident, 1973-1974

**HONORS:**
Alpha Omega Alpha Medical Honorary
Maurice Falk Fellow, American Psychiatric Association
Fellow, American Psychiatric Association
Exemplary Psychiatrist, National Alliance for the Mentally Ill
American College of Psychiatrists

CONFIDENTIAL
AZSER12777950

BEST COPY AVAILABLE

Page 2
James M. Stevenson, MD

**ACADEMIC APPOINTMENTS**:
West Virginia University School of Medicine, Charleston Division, Charleston, WV
> Assistant Professor and Medical Director, Department of Behavioral Medicine and
> Psychiatry, 1974-1981
> Acting Dean, 1977

West Virginia University School of Medicine Department of Behavioral Medicine and
Psychiatry, Morgantown, WV
> Professor and Chair, 1979-present
> Associate Professor, 1977-1979
> Assistant Professor, 1974-1977
> Acting Chair, 1978

West Virginia University School of Medicine
> Associate Dean, Offices of Continuing Medical Education, Development and
> Alumni Affairs, 1989-present

> Interim Dean, 1988-1989

**CLINICAL APPOINTMENTS**:

| | |
|---|---|
| 1987-present | West Virginia University Hospitals, Inc., Morgantown, West Virginia |
| 1990-present | Chestnut Ridge Hospital, Executive Medical Director |
| 1998-2001 | Physician's Office Center Med/Psych Clinic, Attending |
| 1996-1998 | William R. Sharpe Jr. Hospital, Weston, West Virginia |
| | Medical Director |
| 1987-1990 | Chestnut Ridge Hospital, Medical Director |
| 1986-1992 | Fairmont General Hospital, Fairmont, West Virginia |
| | Medical Director, Behavioral Medicine and Psychiatry |
| 1978-1987 | University Hospital, Morgantown, West Virginia |
| | Medical Director, Behavioral Medicine and Psychiatry |
| 1974-1980 | Charleston Area Medical Center, Charleston, West Virginia |
| | Medical Director, Behavioral Medicine and Psychiatry |

**MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS:**
American College of Psychiatrists, 1999-present
Association of Medicine and Psychiatry, l99l-present
Association for the Behavioral Sciences and Medical Education, 1989-present
Academic Consortium, 1988-present
Association of Academic Psychiatrists, l983-present
Association of American Medical Colleges, l980-present
Monongalia County Medical Society, 1979-present
American Association of Chairs of Departments of Psychiatry, 1978-present
West Virginia District Branch of the American Psychiatric Association, 1974-present
American Psychiatric Association, 1971-present
West Virginia Medical Association, 1971-present

CONFIDENTIAL
AZSER12777951

BEST COPY AVAILABLE

Page 3
James M. Stevenson, MD

West Virginia Medical School Alumni Association, 1970-present

**LICENSURE**:
West Virginia Board of Medicine #9264

**BOARD CERTIFICATION**:
American Board of Psychiatry and Neurology, November 1976, # 15233

**PARTICIPATION IN PROFESSIONAL ACTIVITIES**:
American Psychiatric Association
    Council on Medical Education, 1998-2002
    Ad Hoc Committee on Managed Care, 1999-2001
    Veterans Affairs Committee, 1994-1997
    Assembly of District Branches, Delegate, 1977-1984
    Key Conference: Interface of Board of Trustees and Assembly of District
        Branches, 1975
    27th Institute of Hospital and Community Psychiatry, Washington, D.C.
        Faculty, 1976
    Institute of Government Studies, Delegate, Washington, DC, 1975  Membership
        Committee, Consultant, 1974-1975
    Health, Education and Welfare and American Psychiatric Association Joint
        Commission on Education of Psychiatrists, Lake of the Ozarks, Missouri, 1974-
        1975
    Assembly of District Branches, Liaison Member, 1973-1974
        26th Institute of Hospital and Community Psychiatry, Faculty, Denver,
        Colorado, 1975
    Resident Forum, Chair and Member of Panel Discussion Group, Annual Meeting,
        Detroit, Michigan, 1974
    Committee on Residents, 1973-1974, Chair, 1974
    Council on Internal Organization, 1972-1974
Association of American Medical Colleges
    Council of Academic Societies, 2001-present
American Association of Chairs of Departments of Psychiatry, 1978-present
    Executive Committee, 1995-present
    President, 1999, Re-elected, 2000
    President-elect, 1998
National Alliance for the Mentally Ill
    Scientific Advisory Board, 2002
    Steering Committee, Stigma Project 2002-present
    Consultant, Stigma Project, 1998
West Virginia District Branch, President-elect, 1978-1980; President, 1980-1982;
    Committee of Continuing Education for the West Virginia District Branch,
        Member, 1974-1980
    Chair, Public Information Committee, 1983-1984, 1998-present
    Delegate, Legislative Affairs Meeting, Palm Springs, California, 1982

CONFIDENTIAL
AZSER12777952

BEST COPY AVAILABLE

Page 4
James M. Stevenson, MD

American Board of Psychiatry and Neurology
        Senior Examiner, 1992-present
        Examiner, 1981-1992

American Council on Graduate Medical Education Residency Review Committee
        Site Reviewer, 1987-present
West Virginia State Medical Society, Member, 1971-present
        Ad-Hoc Committee, Wellness, 1990-1992;
        Delegate, 1990
        Committee on the Impaired Physician, l978-1980
        West Virginia State Wellness Program, 1992
William R. Sharpe Jr. Hospital, Governing Board, 1994-present
Child Placement Alternative Corporation, 1996-1999
Commission on Mental Hygiene, West Virginia Supreme Court, 1998
Chestnut Ridge Hospital, Board of Directors, 1987-1998
Association of Medicine and Psychiatry, Council, 1991-1995
West Virginia State Board of Health, 1986-1990
Valley Community Mental Health Center
        Board of Directors, 1982-1989
        Planning Committee, Chair, 1984
West Virginia State Mental Health Board, 1978, Advisory Committee, 1987
West Virginia Public Health Association, Charleston, West Virginia, Chair, Mental
        Health Section, l979-1986
Charleston Area Medical Center, Charleston, West Virginia, Executive Committee, West
        Virginia, 1974-1984
West Virginia Region III Community Mental Health Center, Charleston, WV, Medical
        Director, 1977-1980
Daymark, Inc. (Network of community services and group homes for adolescents),
Charleston, WV
        President, 1978-1979
        Board of Directors, 1977-1979

**RESEARCH AND GRANT PARTICIPATION:**
2003    Sanofi-Synthelabo, Comparison of the Efficacy and Safety of 2 Oral Doses of
        Rimonabant, 4 mg/day or 20 mg/day Versus Placebo as an Aid to Prevention of
        Relapse to Smoking-a Multiple Country (Worldwide), Randomized, Double-Blind,
        3-arm, Placebo-Controlled, Parallel-Group, Fixed Dose, 2-Year, Multicenter,
        Phase III Trial: 1-Year Active Treatment, 1-year-Followup. E Glover, PhD, Co-
        Investigator, **JM Stevenson, MD**, Sub-Investigator, $421,874

2003    Sanofi-Synthelabo, A Double-Blind, Multicenter Study Evaluating the Efficacy and
        Safety of One Fixed Dose of SR58611A (700 mg/day) Versus Placebo and
        Paroxetine (20 mg/day) in Patients with a Recurrent Major Depressive Episode. W
        Byrd, MD, Principal Investigator, E Glover, PhD, Co-Investigator, **JM
        Stevenson, MD**, Sub-Investigator. $124,900

828

CONFIDENTIAL
AZSER12777953

BEST COPY AVAILABLE

Page 5
James M. Stevenson, MD

2003    Sanofi-Synthelabo, A Dose-Ranging Placebo-Controlled Study of SL64.0155-10
at the Doses of 0.5 mg, 2 mg, and 8 mg for 12 Weeks in Patients with Alzheimer's
Disease, K Curci, MD, Principal Investigator, E Glover,PhD, Co-Investigator, **JM
Stevenson, MD**, Sub-Investigator, $102,000

2003    AstraZeneca. A Multicenter, Randomized, Parallel-group, Double-blind, Phase III
Comparison of the Efficacy & Safety of Quetiapine Fumerate (oral tablets 400 mg
to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood
Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I
Disorder in Adult Patients. **JM Stevenson, MD**, Principal Investigator, ED
Glover, Co-Investigator, $360,000

2002-   National Institutes for Health, Telepsychiatry System for Rural West Virginia,
Chris Budig, Principal Investigator, **JM Stevenson**, Co-Investigator

2002    Genaissance, A Case Control Investigation Exploring the Relationship between
Gene Variants (HAPôMarkers) and Agranulocytosis or Granulocytopenia in Adult
Patients Treated with Clozapine. **JM Stevenson, MD**, Principal Investigator, ED
Glover, Co-Investigator, $4,250

2002    Eli Lilly & Company, Randomized, Double-Blind, Placebo-Controlled Study of
Atomoxetine HCL in Children & Adolescents with ADHD and Comorbid Anxiety
Disorder. **JM Stevenson, MD**, Principal Investigator, ED Glover, Co-
Investigator, $194,7062002   Eli Lilly and Company. A Randomized, Double-
Blind, Placebo-Controlled Study of Atomoxetine HCl in Children and Adolescents
with ADHD and Comorbid Anxiety Disorder. **JM Stevenson**, Principle
Investigator

2001    Bayer, A Randomized, multi-center, open-label study to assess the comparative
time-dependent efficacy of CR Nicotine Gum to NICORETTE® in relieving acute
craving following exposure to smoking cue-induced craving in adult volunteer
cigarette smokers who smoke 10 to 24 cigarettes per day. ED Glover, Principal
Investigator, **JM Stevenson**, Co-Investigator

2000    West Virginia University Department of Radiology. Pilot Grant. Dopmaine
Activation during Complex Visual Motor Performance in Patients with
Schizophrenia as Measured by (11C) Raclopride, **JM Stevenson**, Co-Investigator

2000    McDonough Foundation. Epidemiology of Schizophrenia in a Rural Population.
Principal Investigator

829

CONFIDENTIAL
AZSER12777954

BEST COPY AVAILABLE

Page 6
James M. Stevenson, MD

1998   Glaxo Wellcome. Sexual Response to Prozac and Wellbutrin in Controlled
       Depressed Populations. Principal Investigator

1996   West Virginia Legislature. Development of Child Placement Alternatives
       Corporation. Principal Investigator

1979-1985
       National Institute of Mental Health, Residency Training Grant. Principle
       Investigator.
       National Institute of Mental Health, Undergraduate Training Grant. Principle
       Investigator.

1983   West Virginia University Department of Behavioral Medicine and Psychiatry
       Lithium, Phenytoin and Propranolol in the Treatment of Aggressive Disorders,
       Co-Investigator

1983   West Virginia University Department of Behavioral Medicine and Psychiatry
       Demographics of Thought Disorders in West Virginia University Hospital Clinics,
       Co-Investigator

1982:  West Virginia University Department of Behavioral Medicine and Psychiatry.
       Verapamil in   the Treatment of Tardive Dyskinesia, Co-Investigator

1982   West Virginia University Department of Behavioral Medicine and Psychiatry.
       Verapamil in the Treatment of Bipolar Disorders, Co-Investigator

1981   West Virginia Department of Health. Development of Training Center for State
       Mental Health/Mental Retardation Workers, Principle Investigator

1975-1980
       National Institute of Mental Health, Federal Staffing Grant between Region III
       Community Mental Health/Mental Retardation Centers and the Department of
       Behavioral Medicine and Psychiatry

**UNIVERSITY COMMITTEES:**
West Virginia University School of Medicine, Morgantown, WV
       Council of Chairs, 2001-present
       Executive Fiscal Advisory Committee, July 2000-present, Chair, 2003
             Vice-Chair, 2002
       Coordinating Council for Graduate Medical Education, 1979-present
       Executive Committee, 1978-present
       Veterans Administration Deans Committee, 1979-present
       Educational Advisory Committee, 1981-present
       Medical School/Hospital Liaison to Student Body Committee, 1981-present
       Continuing Medical Education Committee, Chair, 1989-present

CONFIDENTIAL
AZSER12777955

BEST COPY AVAILABLE

Page 7
James M. Stevenson, MD

> Dean's Advisory Committee, 1989-present
> Clinical Chairs Committee, 1985-2001
> Search Committee
>> Senior Scientist, Howard Hughes Foundation Grant, 2000
>> Chief of Internal Medicine Oncology Department, 2000
>> Chair of Internal Medicine, Chair, 1992
>> Chair of Anesthesiology, Chair, 1989
>> Chair of Internal Medicine, 1985
>> Chair of Pediatrics, Chair, 1984-1985
>> Dean , Chair, 1983
>
> Strategic Planning Committee, 1989-1992; 1996-1998
> Department of Internal Medicine, Executive Committee, 1979-1987
> Ambulatory Care Building Committee, 1981-1983
> Committee for Promotion and Tenure Review, Chair, 1981

West Virginia University Hospitals, Inc. (formerly University Hospital)
> Medical Executive Committee, 1978-present
> Clinical Operations Committee, Chestnut Ridge Hospital, 1998-present
> Planning and Building Committee, Psychiatric Institute of West Virginia, Chestnut Ridge Hospital, Chair, 1985-1986
> Medical Advisory Board, 1984

Charleston Area Medical Center and West Virginia University School of Medicine, Charleston, Division, Charleston, WV
> Executive Committee, 1974-1979
> Executive and Credentials Committee, 1975-1979
> Constitution and By-laws Committee, 1975-1979
> Search Committee for Dean , 1976
> Chairman, Building Committee, 1977

## BOOKS AND BOOK CHAPTERS:

1997    "Suicide," Physicians Perspective on Medical Law, Vol I, Kaufman, H, and Lewin, J, Eds. AANS Publications, Park Ridge, Illinois.

1987    "Suicide," Textbook of Psychiatry Talbott, J., Yudofsky, S. and Hales, R., Eds. APA Press, Washington, D.C.

1987    "Psychiatric Aspect of Seizure Disorders," Textbook of Neuropsychiatry King, J., Yudofsky, S. and Hales, R., Eds. APA Press, Washington, D.C.

1986    "Use of Anticonvulsants in Aggressive Disorders," Evaluation and Treatment of Aggression Yudofsky, S., Ed. APA Press, Washington, D.C.

CONFIDENTIAL
AZSER12777956

BEST COPY AVAILABLE

Page 8
James M. Stevenson, MD

1985   "Differential Diagnosis of Medical and Psychiatric Illness," Issues on Diagnostic Research, M. Hansen, Ed. Plenum Press, New York, New York

1980   Withersty, DJ, Senior Editor; Stevenson, JM and Waldman, R, Assistant Editors; Communication and Compliance in a Hospital Setting, Charles C. Thomas, Publisher

**BOOK REVIEWS:**
1985   Neurology for Psychiatrists, F.A. Davis Company, Philadelphia, Pennsylvania

1979   The Objective Diagnosis of Minimal Brain Dysfunction, APA Press, October

**EDITORIAL BOARD**
2000   Clinical Case Studies, Sage Publications

**PUBLICATIONS:**
Makela EH, Cutlip WD, **Stevenson JM**, Weimer J, Abdullah E, Akhtar RS, Aboraya AS, Gunel E, Branded versus Generic Clozapine for Treatment of Schizophrenia. *Annals of Pharmacotherapy*. 2003 March, Vol. 37, 350-351

Aboraya, A, **Stevenson, J**, Jacoby, K, Abdalla, E, Barnhart, J. Hierarchical and Nonhierarchical Approaches in Psychiatric Diagnosis: A Case Report of Change in Psychiatric Symptoms and Diagnosis Over Time. *Journal of Psychiatric Practice*. 2003, Vol 9,No 4, 324-325.

Reger, W, Durrenberger, S, **Stevenson, J**, Williams, K. Implementing Medical School Wellness Participatory Planning Approach (*Submitted*). Summer 2002

Withersty, DJ and **Stevenson, JM**. The First Five Years: A Review of the Collaboration between DHHR and the WVU School of Medicine, *West Virginia Medical Journal*, Apr 1999, 95, 62-65

Haut, MW, Cutlip, WD, **Stevenson, JM**. Makela, EH and Bloomfield,SM, On the nature of Wisconsin Card Sorting Test Performance in Schizophrenia, *Psychiatry Research*, 1996, 65,15-22

Robyn, S, Haut, MW, **Stevenson, JM** and Makela. EH, Working Memory Functions in Schizophrenia, *Journal of the International Neuropsychological Society*, 1996, 2, 23.

Warren, DA, Haut, MW, Cahill, J, Cutlip, WD, **Stevenson, JM**, Makela, EH, Working Memory Capacity in Schizophrenia. *The Clinical Neuropsychologist*, 1993, 7, 352

Haut, MW, Cutlip, WD, McFarlane, D. **Stevenson, JM** and Bloomfield, SM, On the nature of frontal lobe dysfunction in schizophrenia, *Archives of Clinical Neuropsychology*, 1992, 7, 334.

CONFIDENTIAL
AZSER12777957

BEST COPY AVAILABLE

Page 9
James M. Stevenson, MD

Fonte, RJ and **Stevenson, JM**, The Use of Propranolol in the Treatment of Anxiety Disorders, Hillside, *Journal of Clinical Psychiatry*, 1985, 7(1)

Linton, JC, Ellis, TE, Greenwood, Stevenson, JM, Mental Health Training Through Academic/Public Sector Collaboration:  The Training Resources Center," *Hospital and Community Psychiatry*, September 1983 34 (9)

Nelson, WH, Orr, WW, Shane, SR and **Stevenson, JM**, Hypothalamic-Pituitary-Adrenal Axis Activity and Tricyclic Response in Major Depression, *Archives of General Psychiatry*, September 1982, Vol 31, 1033

Recruiting Medical Students to Psychiatry Successfully: The West Virginia University Experience, *Journal of Psychiatric Education*, January 1981, 4(1)

Combined Internal Medicine and Psychiatry Training Program: How Will It Change Medical Practice? *Behavioral Medicine*, January 1981, 8 (1)

Withersty, DJ, Shemo,JP, **Stevenson, JM** and Waldman, RH, Depressed Patients on a Medical Inpatient Unit, *Journal of Clinical Psychiatry*, May 1980

Adolescent Personality Development, Audio Tape, American Psychiatric Association, Ayd Communications, 1977

The Resident–Personal Growth and Attainment of Professional Identity, *Psychiatric Education* American Psychiatric Association, 1977

Interface: Psychiatry and Patient's Rights, Audio Tape, American Psychiatric Association, Ayd Communications, 1975

Linton, JD, McCutcheon, W, **Stevenson, JM**, Teaching Behavioral Principles to Dental Students:  A Pilot, *Journal of Dental Education*, March 1975

Chronic Emotionally Disturbed Patients: An Efficient Management Model, *Journal of the West Virginia Medical Association*, March, 1975

**PRESENTATIONS:**
2003   "Psychiatry Training in the US," and "Thought Disorders Treatment in the US: Developments and Clinical Research," Romanian Psychiatry Symposium, Focsani, Romania

2003   "Taking Charge," Annual Meeting of Diamond Health Care, Richmond, VA

2002   "Nicotine in Psychiatric Patients," Pharmacia, Helsingburg, Sweden

CONFIDENTIAL
AZSER12777958

BEST COPY AVAILABLE

Page 10
James M. Stevenson, MD

2000   "Future Funding for Training Programs in Internal Medicine and Psychiatry,"
       Association of Medicine and Psychiatry Annual Meeting, Palm Springs, California

2000   "Evolution of Purpose: Addressing the Role of the Chair in Today's Academic
       Climate," Association of Directors of Psychiatry Residency Training Programs
       Annual Meeting, Chicago, Illinois

2000   "Research Ethics and Patient Protection," National Alliance for the Mentally Ill
       Annual Conference, San Diego, California

2000   "Future of Child and Adolescent Psychiatry," Professors of Child and Adolescent
       Psychiatry Annual Meeting, Miami, Florida

2000   "Role of Departments of Psychiatry in Patient Advocacy," Annual Institute for
       Public Affairs, American Psychiatric Association, Miami, Florida

1999   "Academic Economics and Partnerships," Association of Administrative Psychiatry
       Annual Meeting, Baltimore, Maryland

1999   "Role of Training Directors in Departments of Psychiatry," Association of
       Directors of Psychiatry Residency Training Programs Annual Meeting, Santa
       Monica, California

1998   "Psychiatry Update: Managed Care Impact," University of Virginia Department of
       Psychiatry, Charlottesville, Virginia

1993   "AMA Initiative on Family Violence," Child, Spouse and Elder Abuse:  Breaking
       the Cycle of Family Violence, West Virginia University School of Medicine
       Conference, Morgantown, WV

1992   "Psychiatry in America: Past, Present, Future," Australian Psychiatric Society
       Annual Meeting, Sydney, Australia

1989   "Current Research in Schizophrenia," National Alliance for Mentally Ill Annual
       Meeting, Martinsburg, WV

1988   "Suicide," Lakeside Hospital Grand Rounds, Kansas City, Missouri

1987   "Combined Training in Psychiatry and Internal Medicine," Wright State University
       School of Medicine Department of Psychiatry Grand Rounds

1987   "Depression and Suicide in Adolescents," Presbyterian Hospital Psychiatry
       Teaching Day, Charlotte, North Carolina

1986   "Suicide," Allegheny General Hospital Department of Psychiatry Grand Rounds,

CONFIDENTIAL
AZSER12777959

BEST COPY AVAILABLE

Page 11
James M. Stevenson, MD

Pittsburgh, Pennsylvania

1985-1987
Psychiatry/Medicine Units in a General Hospital Setting," Course Presentation at
the American Psychiatric Association Annual Meeting, Dallas, Texas, 1985
Washington, D.C., l986, Chicago, l987

1985    "Combined Training in Psychiatry and Internal Medicine," University of Virginia
Department of Behavioral Medicine Grand Rounds, Charlottesville, Virginia

1985    "Advances in Research in Schizophrenia," and "Suicide: A Major Health Problem,"
Hospital of the Good Samaritan Medical Staff, Los Angeles, California

1984    "Research in Schizophrenia: Focus on Recovery," National Alliance for Mentally
Ill, Little Rock, Arkansas

1984    "Treating Patients in a Combined Psychiatry-Medicine Inpatient Unit,"
Distinguished Teaching Forum, Florida Hospital, Orlando, Florida

1984    "Anticonvulsants in the Treatment of Aggression" and "Developing a
Medicine/Psychiatry Inpatient Unit," American Psychiatric Association Annual
Meeting, Los Angeles, California

1983    "Conjoint Training in Psychiatry and Internal Medicine," Finan Psychiatry Center
Medical Staff Grand Rounds, Cumberland, Maryland,

1983    "Mind-Body Interface," Sacred Heart Hospital Medical Staff, Cumberland,
Maryland

1982    "Conjoint Training in Psychiatry and Internal Medicine," New York State
Psychiatric Institute Grand Rounds, Columbia University, New York, New York

1982    "Medicine and Psychiatry Inpatient Units–A Teaching Model," American
Psychiatric Association Annual Meeting, Toronto, Canada

1982    "Propranolol and the Treatment of Anxiety," American Psychiatric Association
Annual Meeting, Toronto, Canada

1981    "Conjoint Training in Psychiatry and Internal Medicine," American Association for
Academic Psychiatry, Burlington, Vermont

1981    "Mind-Body Problems in Medicine," University of Kansas Leavenworth Veterans
Administration Center, Department of Psychiatry, Leavenworth, Kansas

1981    "Conjoint Training in Psychiatry and Internal Medicine," West Virginia University

CONFIDENTIAL
AZSER12777960

BEST COPY AVAILABLE

Page 12
James M. Stevenson, MD

School of Medicine Department of Behavioral Medicine and Psychiatry, Charleston Division, Grand Rounds , Charleston, WV

1981    "Conjoint Training in Psychiatry and Internal Medicine," Morristown Hospital Grand Rounds, Morristown, New Jersey,

1981    "Conjoint Training in Psychiatry and Internal Medicine," Mount Sinai Medical School Department of Psychiatry Grand Rounds, New York, New York,

1980    "Coming Together: Experiences in Linking Mental Health and Primary Care" Second Annual National Public Health and Primary Care Conference, Pipestem, West Virginia

1980    "A Conjoint Training Program in Psychiatry and Internal Medicine," American Association of Medical Colleges, Washington, D.C.

1980    "Grand Rounds," New Jersey College of Medicine and Dentistry Department of Psychiatry, Newark, New Jersey

1979    "Linkages:  Mental Health and Primary Care," National Public Health Conference, Beckley, West Virginia

1979    "Adolescents: Transition: Public Health Problems," West Virginia Public Health Association Annual Meeting, Charleston, West Virginia

1979    "Psychiatric Training of the Primary Care Physician," West Virginia Department of Health and Human Services Regional Meeting ,Wheeling, West Virginia

1978    "Adolescence and the Family," National Child Welfare Conference, Washington, D.C.

1978    "Psychiatric Training and Residency Recruitment:  How One Affects the Other," American Association of Directors of Psychiatric Residency Training Programs Annual Meeting, New Orleans, Louisiana

1977    "From Residency to Administration: The First Year Out," American Psychiatric Association Annual Meeting, Miami, Florida

1976    "The Resident: Personal Growth and Professional Identity," Health Education and Welfare National Meeting on Psychiatric Education, Lake of the Ozarks, Missouri

1976    "Resident Training and the Boards," American Psychiatric Association Annual Meeting, Anaheim, California

1976    "Family Constellations," Regional Child Welfare Conference, Charleston, West

836

CONFIDENTIAL
AZSER12777961

BEST COPY AVAILABLE

Page 13
James M. Stevenson, MD

Virginia

1976 "Runaway Child Syndrome," West Virginia Junior League Conference, Charleston, West Virginia

1976 "Providing Care in a Community Setting," 27th Annual Institute of Hospital and Community Psychiatry, Washington, D.C.

1975 "Adolescence," West Virginia Medical Association Mid-Winter Conference, Charleston, West Virginia,

1975 "Community Psychiatry: Interdisciplinary Approaches," 26th Annual Institute of Hospital and Community Psychiatry Meeting, Denver, Colorado

1975 "Resident Problems and Educational Goals," Panel Presentation, American Psychiatric Association Annual Meeting, Detroit, Michigan,

1974 "Behavioral Dentistry: A Pilot Course at West Virginia University Medical Center," American Dental Association, National Preventive Dentistry Meeting, Palm Beach, Florida

1974 "Family Dynamics," West Virginia School of Alcohol and Drug Abuse Tenth Annual Meeting, West Virginia University, Morgantown, West Virginia

1971 "Drug Abuse and Family Dynamics," Maryland Academy of Family Practitioners Deep Creek, Maryland

1971 "Family Communications," West Virginia Hospital Association, White Sulphur Springs, West Virginia

**RADIO AND TELEVISION APPEARANCES:**
1999 "Mental Health," Doctors on Call, West Virginia Public Television
1992 "Stigma and Mental Illness," National Teleconference, Charleston, WV

**NATIONAL BOARD MEMBERSHIPS:**
Diamond Health Care, Richmond, Virginia, Board of Directors, 1986-present
BB & T (formerly One Valley Bank), Morgantown, West Virginia, 1994-2002
United Way, 1995-present; Leadership Gifts Coordinator, 1998-2002
Ramsay HealthCare, Inc., 1987-1998
Health Care Services of America, Birmingham, Alabama, National Clinical Advisory Board, 1984-1989

**CONSULTANT:**
Greater Greenville Medical Center, Greenville, South Carolina, 1992
Riverside Methodist Hospital, Columbus, Ohio, 1987-1988

CONFIDENTIAL
AZSER12777962

BEST COPY AVAILABLE

Page 14
James M. Stevenson, MD

St. Johns Treatment Center for the Chemically Dependent, Richmond, Virginia, 1987
Hospital of the Good Samaritan, Los Angeles, California, 1985–1986
Greater Baltimore Medical Center Development of Psychiatric Services, Baltimore, Maryland, l985-l986
United Mine Workers of American Foundation, Washington, D.C., l979-l985
Allegheny General Hospital, Pittsburgh, Pennsylvania, 1983-1984
National Science Foundation, Washington, D.C., l976-l977

CONFIDENTIAL
AZSER12777963

BEST COPY AVAILABLE

D1447C00127:0063
5G77IL/127

_T. Tran_  10/20/03

## CURRICULUM VITAE

### Dr. Tram K. Tran-Johnson, Pharm.D., Psy.D.

**OFFICES:**

Principal Investigator and Director of Research
California Neuropsychopharmacology
Clinical Research Institute, LLC
(CNRI-San Diego, LLC)
9466 Black Mountain Road, Suite 100
San Diego, CA 92126
San Diego Office: (858) 566-8222;
Voice Mail/Pager: REDACTED
Administrative Fax (858)566-5326

Director of Research and Business Development
California Neuropsychopharmacology
Clinical Research Institute, LLC
(CNRI-Los Angeles, LLC)
8309 Telegraph Road
Pico Rivera, CA 90660
Los Angeles Office: (562) 928-8601
Administrative Fax (858)566-5623

**HOSPITALS:**

1994 - 2000: Charter Behavioral Health System
of La Mesa/Alvarado Parkway Institute
2000 - Present: Alvarado Parkway Institute, La
Mesa, CA
1996 - Present: Scripps Mercy Hospital and
Health Center
1993 - Present: Palomar Medical Center
1998 - 2000: Charter Behavioral Health System
of San Diego North, LLC
2000 - Present: Aurora Behavioral Healthcare/
San Diego

**EDUCATION:**

Santa Monica College
Los Angeles, California
1977 - 1979
Associate in Arts: Health and Social Sciences

University of California at Los Angeles
Department of Microbiology/Immunology
Los Angeles, California
1979 - 1982
Bachelor of Arts

University of Southern California
School of Pharmacy
Los Angeles, California
1982 - 1986
Doctor of Pharmacy

839

CONFIDENTIAL
AZSER12777964

BEST COPY AVAILABLE

Tran-Johnson, Pharm.D., Psy.D.        Page 2 of 24

University of Southern California
Los Angeles County Medical Center
Metropolitan State Hospital
Clinical Research Unit
Los Angeles, California
Post-Graduate Residency in Psychiatric Pharmacy
1986 - 1987

University of Texas, San Antonio
San Antonio State Hospital
Research Scientist in Psychopharmacology
1987 - 1988

Western American University, San Diego, CA
Doctor of Clinical Psychology
1993 - 1998

LICENSURE:        California State Board Number: 40396.


I.  ACADEMIC APPOINTMENTS

A.  Assistant Clinical Professor, Department of Psychiatry, University of California, Irvine, 1992.

B.  November 1990 to September 1991, Assistant Clinical Professor, Department of Psychiatry, UCSD School of Medicine.

C.  July 1987 to September 1990, Assistant Professor, College of Pharmacy, The University of Texas Health Science Center at San Antonio.

D.  September 1987 to September 1990, Research Scientist, College of Pharmacy, The University of Texas at Austin.

E.  July 1986 to June 1987, Clinical Instructor, School of Pharmacy, The University of Southern California.

II. CLINICAL APPOINTMENTS

A.  September 1998 to 1999.  Registered Clinical Psychologist, County Mental Health.

B.  October 1991 to June 1992, Clinical Psychopharmacologist, Southwood Psychiatric Hospital

C.  November 1990 to September 1991, Clinical/Research Specialist in Geropsychiatry, UCSD VA Medical Center.

D.  July 1987 to September 1990, Clinical Pharmacologist, Adult Acute Care Unit, and Consultant to Acute and Extended Care Units, San Antonio State Hospital.

840

CONFIDENTIAL
AZSER12777965

BEST COPY AVAILABLE

Tran-Johnson, Pharm.D., Psy.D.        Page 3 of 24

    E.   October 1988 to September 1990, Clinical Psycho-
pharmacology Consultant, San Antonio State School.

## III. ADMINISTRATIVE ACTIVITIES

    A.   February 1993 to July 1996, Research Project Director,
Mental Health Unit, Harbor View Medical Center

    B.   July 1992 to present, Director, Pharmaceutical
Research, Mental Health Unit, Palomar Medical Center

    C.   October 1991 to June 1992, Director, Pharmaceutical
Research, Southwood Psychiatric Hospital

    D.   October 1991 to present, Director, California
Neuropsychopharmacology Clinical Research Institute

    E.   November 1990 to September 1991, Director
Geropsychiatric Pharmacology Program, UCSD VA Medical
Center.

    F.   The University of Texas
        a.   July 1987, Member of Joint Pharm.D./Graduate
School Committee and of Graduate School of
Biomedical Sciences Committee.

        b.   September 1989, Representative for the College of
Pharmacy to attend the Public Academic Liaison
National Meetings at NIMH, Maryland.

    G.   October 1987 to June 1988, Member of Institutional
Review Board, San Antonio State School.

    H.   November 1986 to July 1987, Member, Research Committee
involving Departments of Psychiatry from the University
of Irvine, University of California at Los Angeles,
University of Southern California, and Metropolitan
State Hospital.

CONFIDENTIAL
AZSER12777966

BEST COPY AVAILABLE

IV.  SCHOLARLY ACTIVITIES

A.  REFEREED PUBLICATIONS:

1.  Tran-Johnson TK, Herrera J, Sramek J, Costa J, Heh C, Pi JE. Time-dependent Autoinduction of Carbamazepine in Schizophrenia. Drug Intelligence and Clinical Pharmacy 10:835, 1987.

2.  Ereshefsky L, Tran-Johnson TK, Davis CM, LeRoy A. Pharmacokinetic Factors Affecting Antidepressant Drug Clearance and Clinical Effect: Evaluation of Doxepin and Imipramine: New Data and Review. Clinical Chemistry: 863-880, 1988.

3.  Sramek J, Herrera J, Costa J, Heh C, Tran-Johnson TK, Simpson G. Carbamazepine Trial in Chronic Treatment Refractory Schizophrenia. American Journal of Psychiatry:  145:748-750, 1988.

4.  Costa J, Heh C, Tran-Johnson TK, Sramek J & Herrera J. Hematological and Hepatic Effects of Carbamazepine. Journal of Clinical Psychopharmacology, 8:374-375, 1988.

5.  Ereshefsky L, Watanabe MD, Tran-Johnson TK, "Clozapine: An Atypical Antipsychotic Agent". Clinical Pharmacy, 8:691-709, 1989.

6.  Tran-Johnson TK, Sramek J, Walker N, Costa J, Heh C, Herrera J.  Effects of Carbamazepine on serum calcium in Schizophrenia. Drug Intelligence and Clinical Pharmacy, Vol 23, 12:1034, 1989.

7.  Pi E, Tran-Johnson TK, Walker N, Cooper TB, Suckow F, Gray G. Pharmacokinetics of Desipramine in Asian and Caucasian Volunteers. Psychopharmacology Bulletin, Vol. 25, 3:483-487, 1989.

8.  Ereshefsky L, Tran-Johnson TK, Watanabe MD. Pathophysiological Basis for Schizophrenia: and the Efficacy of Antipsychotic. Clinical Pharmacy, Vol 9, 9:682-707, 1990.

9.  Pi E, Sramek J, Johnson T, Herrera J, Heh C, Costa J, Cutler N, Ananth J, Tran-Johnson TK.  Subjective Neuroleptic Response and Treatment Outcome Under Open and Double-Blind Conditions: A Preliminary Report. Progress in Neuro-Psychopharmacology & Biological Psychiatry, Vol 14: 921-928, 1990.

10. Ereshefsky L, Saklad SR, Tran-Johnson TK, Toney G, Lyman RC. Kinetics and clinical evaluation of haloperidol decanoate loading dose regimen. Psychopharmacology Bulletin, Vol 26, 1:108-114, 1990.

CONFIDENTIAL
AZSER12777967

BEST COPY AVAILABLE

Tran-Johnson, Pharm.D., Psy.D.        Page 5 of 24

11. Pi EH, Misao K, Gray G, Tran-Johnson, TK, Gross LS, Cross-cultural psychopharmacology: Neuroleptic-induced movement disorders (in press).

12. Pi E, Tran-Johnson TK, Gray G, Cooper TB. Saliva and plasma Desipramine levels in Asian and Caucasian volunteers.  Psychopharmacology Bulletin (in press).

13. Tran-Johnson TK, Harris J, Jeste DV. Treatment of delusional and psychotic disorders in late life. In the Psychiatry of old age: an international textbook. Eas Copeland, JRM, Abou-Saleh Mt, Blazer D.

14. Tran-Johnson TK, Krull A, Jeste DV, Pharmacotherapy of Late life schizophrenia, in Clinics in Geriatric Medicine.  Ed Alexopoulos G. Saunders W.

15. Harris J, Panton D, Krull A, Caligiuri M, Tran-Johnson T, Jeste D.  Incidence of Tardive Dyskinesia in Older Schizophrenics.  Psychopharmacology Bulletin 1992.

16. Pilocarpine tablets for the Treatment of Dry Mouth and Dry Eye Symptoms in Patients with Sjogren Syndrome. Vivino F, Al-Hashimi I, Khan A, LeVeque F, Salisbury P, Tran-Johnson T, Muscoplat C, Trivedi M, Goldlust B, Gallagher S.  Arch Intern Med. Vol 159, Jan 25, 1999.

CONFIDENTIAL
AZSER12777968

BEST COPY AVAILABLE

Tran-Johnson, Pharm.D., Psy.D.          Page 6 of 24

B.     INVITED PRESENTATIONS WITH ABSTRACTS:

1.     "Autoinduction of Carbamazepine in Chronic
       Schizophrenics". Poster presentation at Western
       Conference for Residents, Monterey, CA, April 1987.

2.     "Carbamazepine in Chronic Refractory Schizophrenics".
       Poster presentation at Biological Psychiatry Society
       Annual Meeting, Chicago, IL. May 1987.

3.     "Subjective Response to Neuroleptic Medications".
       Poster presentation at Biological Psychiatry Society
       Annual Meeting, Montreal, Canada, May 1988.

4.     "Determinants of Doxepin Oral Clearance": The Effects
       of Demographic Variables and Drug Interactions".
       Platform presentation at ACCP Annual Meeting at
       Philadelphia, PN, July 2, 1988.

5.     "The Predictive Performance of Three Methods of A
       Priori Lithium Dosing". Platform presentation at ACCP
       Annual Meeting at Philadelphia, July 26, 1988.

6.     "Clinical Variables Affecting Dexamethasone Suppression
       Test". Poster Presentation at Twenty-Third ASHP Midyear
       Clinical Pharmacy Meeting, Dallas, Texas, December 07,
       1988.

7.     Pharmacokinetics of Desipramine in Asian and Caucasian
       Volunteers". Poster Presentation at ACNP, San Juan,
       Puerto Rico, December 12, 1988.

8.     "An Unrecognized Case of Huntington's Chorea presenting
       with Psychiatric Symptoms" Poster Presentation at TSHP,
       San Antonio, April 10, 1989.

9.     "Naltrexone in the Treatment of Self-Abusive Behavior".
       Poster Presentation at TSHP, San Antonio, April 11,
       1989.

10.    "Self-Stimulation of Reward Pathways by Bilateral
       Carotid Artery Compression".  Platform Presentation at
       TSHP, San Antonio, April 11, 1989.

11.    "Decongestant-Induced  Psychosis" Platform Presentation
       at TSHP, San Antonio, April 11, 1989.

12.    "Pharmacokinetics: Time-Dependent Autoinduction of
       Carbamazepine in Chronic Neuroleptic-Refractory
       Schizophrenics".  Encore Poster Presentation at TSHP,
       San Antonio, April 10, 1989.

13.    "The Predictive Performance of Three Methods of A
       Priori Lithium Dosing". Poster Presentation at TSHP,
       San Antonio, April 10, 1989.

CONFIDENTIAL
AZSER12777969

BEST COPY AVAILABLE

Tran-Johnson, Pharm.D., Psy.D.        Page 7 of 24

14. "Clinical Variables Affecting Dexamethasone Suppression Test". Encore Poster Presentation at TSHP, San Antonio, April 11, 1989.

15. "Pharmacokinetics of Desipramine in Asian and Caucasian Volunteers". Platform Presentation at TSHP, San Antonio, April 11, 1989.

16. "Clinical Use of Loading Dose of Haloperidol Decanoate". Poster Presentation at, APA, San Francisco, May 10, 1989.

17. "Kinetics of Haloperidol Decanoate Loading Dose". Platform Presentation at NCDEU, Key Biscaine, June 02, 1989.

18. "A Novel Method of Benzodiazepine Tapering in Psychiatric Patients". Poster Presentation at HC&P, Philadelphia, October 18, 1989.

19. "Innovative Use of Computerized Weekly Medication Review". Poster Presentation at HC&P, October 17, 1989.

20. "Novel Dosing Techniques with Haloperidol Decanoate" at the Twenty-Fourth ASHP Midyear Clinical Pharmacy Meeting, Atlanta, December 09, 1989.

21. "Computerized Medication Evaluation in State Psychiatric Hospital". Poster Presentation at The Twenty-Fourth ASHP Midyear Clinical Pharmacy Meeting, Atlanta, December 09, 1989.

22. "Alternative Pharmacokinetic Methods of Dosing Haloperidol Decanoate and Correlation to Clinical Response". Poster Presentation at ACNP, Maui, December 11, 1989.

23. "Tardive Dyskinesia and Neuroleptic-induced Extrapyramidal Side Effects in Asian-American Outpatients".  Platform Presentation at West Coast College of Biological Psychiatry Meeting, San Francisco, CA April 5, 1990.

24. Cross-Cultural Psychopharmacology:  Neuroleptic-induced movement disorders. Poster Presentation at Sixth International Conference on Phenothiazine and Structural Related Compounds, Pasadena, September 11, 1990.

25. "Saliva and Plasma Desipramine levels in Asian and Caucasian Volunteers". Poster Presentation at ACNP, San Juan, Dec 12, 1990.

26. "Aging and Neuroleptic Pharmacology." Platform presentation at Sam and Rose Stein Information on Research in Aging (IRA) Exchange, San Diego, March 28, 1991.

CONFIDENTIAL
AZSER12777970

Tran-Johnson, Pharm.D., Psy.D.      Page 8 of 24

27. "Saliva Desipramine Levels in Asian and Caucasian Volunteers." Platform presentation at West Coast College of Biological Psychiatry, San Diego, April 6, 1991.

28. "Loading Dose Regimens Using Haloperidol Decanoate." Platform presentation at the American Psychiatric Association Annual Meeting, New Orleans, May 13, 1991.

29. "Comparative Evaluation of Haloperidol Decanoate Dosing Techniques." Poster presentation at New Clinical Drug Evaluation Unit (NCDEU) Program, Key Biscaine, Florida, May 30, 1991.

30. "Risk Factors for Tardive Dyskinesia in Older Patients." Platform presentation at New Clinical Drug Evaluation Unit (NCDEU) Program, Key Biscaine, Florida, May 31, 1991.

31. "Loading Versus Standard Haloperidol Decanoate Dosing." Poster presentation at the American Psychiatric Association Annual Meeting, May 06, 1992.

32. "New Drugs in the Treatment of Mental Illness". Platform presentation at the San Diego Alliance of the Mentally Ill, February 04, 1993.

33. "An Alternative to Clozapine:  New Antipsychotic Drugs".  Grandround presentation at San Diego County of Mental Health, April 16, 1993.

34. "New Psychotropics".  CE Lecture at UCSD, July 22, 1993.

35. "Pharmacokinetics of Sertindole in Schizophrenic patients".  Presentation April 14, 1997, International Congress for Schizophrenia conference, Colorado Springs, CO.

36. "Long Term Efficacy of Salagen in patients with Sjogren's Syndrome" (abstract submitted to American College of Rheumatology, conference in Washington DC, November 1997).

37. Bristol-Myers Squibb:  Training Clinical Research Associates of Bristol-Myers Squibb on treatment of mental disorders, January 2000.

38. Bristol-Myers Squibb:  Member of guest speaker panel for an Aripiprazole investigator meeting, February 2000.

39. Bristol-Myers Squibb:  Interview for article on Aripiprazole for Bristol-Myers Squibb newsletter, April 2000.

40. Novartis: Videotape interview on Iloperidone, June 2000.

CONFIDENTIAL
AZSER12777971

BEST COPY AVAILABLE

Tran-Johnson, Pharm.D., Psy.D.        Page 9 of 24

C.   TEACHING EXPERIENCE:

1.   The University of California, San Diego (Geriatric Psychiatry) and Irvine (Brain Imaging), Assistant Clinical Professor of Psychiatry.

2.   The University of Texas

     a.   School of Medicine, Department of Psychiatry

          i.   Co-Preceptor for Psychiatry Residents from the UTHSCSA and Wilford Hall with R. Lyman, M.D. and J. Tilles, M.D. respectively. Supervision at weekly medication reviews, treatment team staffings, patient medication education; one to one discussion on pharmaco-therapy for selected patients; joint case conferences with Pharm.D. residents.

     b.   College of Pharmacy, Department of Clinical Pharmacy and Pharmacology.

          i.   Psychiatric Pathophysiology and Pharmacotherapeutics Modules for Pharm.D. students.

D.   EDITORIAL ACTIVITIES:

     1.   Reviewer for Clinical Pharmacy.

E.   RESEARCH EXPERIENCE:

     1.   Pi E (PI), Tran-Johnson TK (Co-PI), Gross L, et al. "Tardive Dyskinesia: Comparison of prevalence in Asian versus. Non-Asian Psychiatric Patients and Correlation with Ethnicity, Clinical and Psychotropic Drug History Variables", 1987-1990. (completed; Asian Pacific Counseling Center and LAC-USC Outpatient Clinic).

     2.   Sramek J (PI), Costa J, Heh C, Herrera J, Simpson G, Tran-Johnson TK. "An Evaluation of Carbamazepine in Chronic Treatment-Refractory Schizophrenics", 1987-1988. (completed: Metropolitan Clinical Research Unit).

     3.   Pi E (Co-PI), Tran-Johnson TK (Co-PI), Sramek J, Potkin S. "Subjective Response as a Prediction of Neuroleptic Treatment outcome", 1987-1988, (completed: Metropolitan Asian Unit).

     4.   Buchsbaum M (PI), Wu J (Co-PI), Herrera J, Sramek J. "An Evaluation of Chronic Refractory Schizophrenics with Positive Emission Tomography (PET)", 1987-1988, (completed; UCI).

847

CONFIDENTIAL
AZSER12777972

BEST COPY AVAILABLE

5.  Sramek J (PI), Costa J, Heh C, Herera J, Simpson G, Tran-Johnson TK. "Neuroleptic Dosing in Asians". 1987-1988, (completed; Metropolitan Asian Unit).

6.  Pi E (PI), Tran-Johnson TK (Co-PI), Walker NR, Cooper TB. "Pharmacokinetics of Desipramine in Asian and Caucasian Volunteers", 1987-1988, (completed; LAC-USC).

7.  Jann MW (PI), Ereshefsky L (Co-PI), Lyman RC, Saklad SR, Tran-Johnson TK, Watanabe MD. Bristol-Myers Inc. "Double Blind Comparison of Tiospirone, Haloperidol and Placebo in Schizophrenic Patients", 1987-1988, (completed; UTSA).

8.  Ereshefsky L (PI), Mc-Gonagle (Co-PI), Saklad SR (Co-PI), Jann MW, Tran-Johnson TK, Watanabe MD. Glaxo Inc. "Open Multicenter Evaluation of the Efficacy and Safety of Orally Administered GRC507/75 in Hospitalized Patients with Schizophrenia", 1987-1988, (completed; UTSA).

9.  Ereshefsky L (PI), Tran-Johnson TK (Co-PI), Richards A (Co-PI), Jann MW, Lyman RC, Saklad SR, Watanabe MD, Wilcox R. Glaxo Inc. "A Pilot Study to Evaluate the Safety and Efficacy of Ranitidine vs. Placebo in the Treatment of Schizophrenia", 1988, (completed; UTSA).

10. Tran-Johnson (PI) Ereshefsky L (Co-PI), Stallworth T (Co-PI), Lyman RC, Saklad SR. "The differences in clinical, neurochemical and differential dopamine receptor binding effect during conversion from the use of a typical neuroleptic to Clozapine in Treatment-Refractory Schizophrenics", 1988-1990. (completed; UTSA).

11. Ereshefsky L (PI), Saklad SR (Co-PI), Mings T (Co-PI) Casto D, Tran-Johnson TK, Gray KF, Anderson CB. Hoffmann-LaRoche Inc. "Bioavailability of Chlorprothixene using Stable Isotope Single Dose Methodology with Nicorette Challenge", 1988-1989, (completed; UTSA).

12. Tran-Johnson TK (PI), Ereshefsky L (Co-PI), Saklad SR, Tilles J, Lyman RC. "Alternative Method of Pharmacokinetic dosing of Haloperidol Decanoate and its relationship to Clinical Response". 1988-1989, (completed; UTSA).

13. Ereshefsky L (PI), Tran-Johnson TK (Co-PI), Claghorn J (Co-PI), Saklad SR, Tilles J, Lyman RC, Anderson CB. Janssen Inc. "Risperidone in Chronic Schizophrenia: A double blind parallel group study", 1989-1990, (completed; UTSA).

CONFIDENTIAL
AZSER12777973