BEST COPY AVAILABLE

14. Tran-Johnson TK (PI), Ereshefsky L (Co-PI), Claghorn J (Co-PI), Saklad SR, Tilles J, Lyman RC, Anderson CB. Janssen Inc. "Risperidone in Chronic Schizophrenia: an open parallel group extension study", 1989-1990, (completed; UTSA).

15. Ereshefsky L (PI), Claghorn J (Co-PI), Anderson CB (Co-PI), Saklad SR, Tran-Johnson TK, Tilles J,Lyman RC. Merck, Sharp & Dohme. "A triple blind comparison of remoxipride,haloperidol, and placebo in schizophrenia", 1990-1991. (completed; UTSA)

16. Ereshefsky L (PI), Claghorn J (Co-PI), Anderson CB (Co-PI), Saklad SR, Tran-Johnson TK, Tilles J, Lyman RC. Merck, Sharp & Dohme. "Remoxipride in chronic schizophrenia: An open parallel group extension study", 1989-1990. (completed; UTSA).

17. Ereshefsky L (PI), Tran-Johnson TK (Co-PI), Havens G (Co-PI), Laird L, Fiedler E, Shreeve D. Boots Inc. "Double-Blind Controlled Trial of Sibutramine on Outpatients with Major Depression". 1990-1991, (study startup; UTSA).

18. National Institute of Mental Health - Title: "Risk Factors for Tardive dyskinesia in Older Patients." (#1RO1MH45131) PI: Dilip V Jeste, MD, 1989-94. Total direct cost $1,586,336, (ongoing; UCSD).

19. "Double-Blind Controlled Trial of Fluoxitene and Dothiepin in Elderly Depressed Patients." PI: Harris MJ; Co-PI: Tran-Johnson, 1991-92, Boots Pharmaceutical, Inc., (Study Startup, UCSD).

20. Veterans Affairs - RAG grant - "Study of Metoclopramide-induced Tardive Dyskinesia". (PI: Daniel D. Sewell, MD) $80,000, (completed; UCSD).

21. Veterans Affairs - Regional Advisory Group (RAG) grant. "Pharmacokinetics and Pharmacodynamics of Neuroleptics in Young and Older Schizophrenic and Alzheimer's Patients". PI: Tran-Johnson, $80,000, submitted (VA).

22. Neuroleptic blood levels and clinical response, adverse effects, and extrapyramidal side effects in the older schizophrenics and Alzheimer's versus the younger patients. PI: Tran-Johnson, (completed; UCSD)

23. "Phase II, Four-Week, Double-Blind, Placebo-Controlled Study Evaluating the Efficacy and Safety of Three Doses of Oral CP-88,059-1 in the Acute Exacerbation of Schizophrenia and Schizoaffective Disorder".
PI: Tran-Johnson; Wong F, Florido M, Burke L, Probir P,Signer S. Study status:  completed

CONFIDENTIAL
AZSER12777974

BEST COPY AVAILABLE

Tran-Johnson, Pharm.D., Psy.D.        Page 12 of 24

24.   "The Role of the Cingulate Cortex in Pain
      Sensitivity in Depressed Patients:  A Clinical,
      Neurochemical, and Positron Emission Tomography
      Study".  NIMH Supplement.  PI:  Tran-Johnson;  Wu
      J, Buchsbaum M.  Study status:  grant proposal;
      UC Irvine.

25.   "Fluvoxamine in Panic Disorder: double-blind and
      extension studies".  PI:  Tran-Johnson; Paul P,
      Ishaque S, Bari M, Damluji N, Goldberg J,
      Lindhorst S, Wong F, Hiyane K, Chang B. Study
      Status: completed.

26.   "Sertindole in the Treatment of Schizophrenia:
      inpatient and extension studies".
      PI: Tran-Johnson; Wilkenfeld L, Wong F,
      Hiyane K, Perkovic B, Perkovic R.  Study status:
      open label: completed.

27.   "Salagen in the treatment of Xerostomia
      Associated with Sjogren's Syndrome: double blind
      and extension studies" PI: Tran-Johnson; Perkovic
      R, Vevaina J, Wells-Bevis J, Rajput N, Azar-
      Cavanagh M.  Study status:  completed.

28.   Protocols PR0015, PR0018, PR3001, PR3002,
      PR3005, and PR3010, MDL 100,907 in schizophrenic
      and schizoaffective patients:  inpatient,
      outpatient,and extension studies"
      PI:  Tran-Johnson; Perkovic RJ, Perkovic RL,
      Signer F, Paul P, Henderson R, Keller JM.
      Study status: completed.

29.   Protocol 31-97-201 and 31-97-203:  Aripiprazole
      in schizophrenic and schizoaffective patients,
      inpatient and extension study. PI: Tran-Johnson;
      Perkovic, RJ,Perkovic, RL, Keller, JM, Strauss,
      P,. Study status: completed.

30.   Protocol R-0548:  A Double-Blind Multi-Center
      Controlled Study Comparing the Safety and Efficacy
      of Ziprasidone  and Olanzapine to Placebo in
      Patients With Schizophrenia or Schizoaffective
      Disorder Needing Inpatient Care" PI: Tran-Johnson.
      SI: Bobo Etchie, Strauss. Study status: completed.

31.   Protocol R-0570: A Double-Blind Six Month
      Continuation Protocol for Patients Who
      Successfully Completed Protocol R-0548"
      PI: Tran-Johnson.  SI: Bobo, Etchie, Strauss.
      Study status: completed.

CONFIDENTIAL
AZSER12777975

BEST COPY AVAILABLE

Tran-Johnson, Pharm.D., Psy.D.      Page 13 of 24

32.  Protocol number R-0585: A 52-Week (1-Year), Open
     Extension Study Evaluating the Safety and Efficacy
     of Continued Administration of 40-160mg Daily of
     Oral Ziprasidone in the Treatment of Patients Who
     have Participated in Previous Ziprasidone Clinical
     Trials. PI: Tran-Johnson.  SI: Bobo, Strauss.
     Study Status: completed.

33.  Protocol ILP3000:  A prospective, randomized,
     double-blind, placebo- and active controlled,
     multicenter study to evaluate the efficacy and
     safety of three fixed doses of iloperidone (4, 8,
     and 12mg/d) given b.i.d. for 42 days to
     schizophrenic patients with acute or subacute
     exacerbation, followed by a double-blind, active-
     controlled, flexible-dose, long-term, 20 week
     phase with iloperidone (4,8, 12, or 16mg/d given
     q.d." PI: Tran-Johnson.
     SI: Bobo, Signer, Henderson, Sanders, Lucas.
     Study Status: completed.

34.  Protocol ILP3004: A randomized, double-blind,
     placebo- and risperidone-controlled, multicenter
     study to evaluate the efficacy and safety of two
     nonoverlapping dose ranges of iloperidone given
     b.i.d. for 42 days to schizophrenic patients with
     acute or subacute exacerbation, followed by a
     risperidone-controlled, long-term treatment phase
     with iloperidone given q.d." PI: Tran-Johnson.
     SI: Bobo, Lucas, Sanders, Patel, Flanagan.
     Study Status: completed.

35.  Protocol number ILP3005: A randomized, double-
     blind, placebo-and risperidone-controlled,
     multicenter study to evaluate the efficacy and
     safety of two nonoverlapping dose ranges of
     iloperidone given b.i.d. for 42 days to
     schizophrenic patients followed by a long-term
     treatment phase with iloperidone given q.d." PI:
     Tran-Johnson SI: Bobo, Lucas, Sanders, Patel,
     Flanagan, Kushnir, Bogard, Strauss, Etchie,
     Signer, Henderson.  Study Status: completed.

36.  Protocol 31-98-213: An Open-label Study of the
     Neurocognitive effects of Aripiprazole Compared to
     Olanzapine Administered Orally in Patients with
     Psychosis" PI: Tran-Johnson.  SI: Bobo Study
     status: completed.

37.  Protocol 31-98-220: An Open-Label Follow-On Study
     of the Long-Term Safety of Aripiprazole
     Administered Orally in Patients with Psychosis"
     PI: Tran-Johnson. SI: Bobo.
     Study Status: completed.

CONFIDENTIAL
AZSER12777976

BEST COPY AVAILABLE

38.  Protocol 31-98-215: A Phase III, Open-Label,
     Treatment-Switching Study From Orally Administered
     Aripiprazole monotherapy in the Treatment of
     Chronic Schizophrenic and Schizoaffective
     Patients" PI: Tran-Johnson:  SI: Bobo. Study
     status: completed.

39.  Protocol 31-98-222: An Open-Label Follow-On Study
     of the Long-Term Safety of Aripiprazole
     Administered Orally in Patients with Psychotic
     Disorders or Psychotic Behaviors of Dementia. PI:
     Tran-Johnson. SI: Bobo.
     Study Status: completed.

40.  Protocols CN138-007, CN138-009, and CN138-010: A
     Multicenter, Randomized, Double-Blind, Placebo
     Controlled Study of Two Fixed Doses of
     Aripiprazole in The Treatment of Patients with
     Acute Mania" Inpatient, outpatient, and extension
     study PI: Tran-Johnson.  SI: Bobo, Etchie,
     Strauss.  Study Status: completed.

41.  Protocols MKC-242/A01, MKC-242/A02, and
     MKC-242/A03: A Double-Blind, Placebo-Controlled
     Dose-Finding Study Evaluating the Safety and
     Efficacy of MKC-242 1.5, 6, and 24mg/day (0.5, 2,
     8mg tid) in the Treatment of Major Depressive
     Disorder" Outpatient and extension study
     PI: Tran-Johnson. SI:  Bobo,Kingsbury,Strauss.
     Study Status: completed.

42.  Protocol EMD 128 130-008: A Double-blind,
     Randomized, Multicenter, Parallel Group Design
     Study to Evaluate the Efficacy and Safety of Two
     Dose Ranges of EMD 128 130 in Comparison with
     Placebo and Haloperidol in the Treatment of
     Schizophrenia" Inpatient. PI: Tran-Johnson, SI:
     Bobo, Sanders.  Study Status: completed.

43.  Protocol M99-010: Safety and Efficacy of Depakote
     as Combination Therapy in the Treatment of
     Psychosis Associated with Schizophrenia.
     Inpatient. PI: Tran-Johnson. SI: Bobo, Sanders,
     Lucas, Patel, Flanagan, Bogard, Kushnir.
     Study Status: completed.

44.  Protocol 173-98-203:  A Phase II, Randomized,
     Double-Blind, Placebo-Controlled, Fixed-Dose Study
     of Oral OPC-14523 and Prozac in the Treatment of
     Outpatients with Moderate Depression.
     PI: Tran-Johnson.  SI: Bobo, Kingsbury, Strauss.
     Study Status: completed.

CONFIDENTIAL
AZSER12777977

BEST COPY AVAILABLE

45.  Protocol CN138-001: A Multicenter, Randomized,
     Double-Blind, Placebo Controlled Study of Three
     Fixed Doses of Aripiprazole in the Treatment of
     Patients with Acute Schizophrenia, Inpatient with
     outpatient extension study.
     PI: Tran-Johnson, SI: Bobo, Sanders, Signer,
     Kingsbury. Study Status: completed.

46.  Protocol CN138-002: A Multicenter, Randomized,
     Double-Blind Safety and Tolerability Study of
     Flexible Doses of Aripiprazole and Olanzapine in
     the Treatment of Patients with Acute
     Schizophrenia" Inpatient with outpatient extension
     study. PI: Tran-Johnson, SI: Bobo, Sanders, Lucas.
     Study Status: completed.

47.  Protocol CN138-032: A Multicenter, Randomized,
     Double-Blind Study of Flexible Doses of
     Aripiprazole Versus Perphenazine in the Treatment
     of Patients with Treatment-Resistant
     Schizophrenia" Inpatient with outpatient extension
     study.  PI: Tran-Johnson, SI: Bobo,Dahms,Sanders .
     Study Status: completed.

48.  Protocol CN138-047: A European based study with
     select US sites chosen to participate - A
     Multicenter, Randomized, Double-Blind, Placebo
     Controlled, 26 Week Study of a Fixed dose of
     Aripiprazole in the Treatment of Stabilized
     Patients with Chronic Schizophrenia" Inpatient
     with outpatient extension. PI: Tran-Johnson, SI:
     Bobo, Dahms, Sanders.  Study Status: completed.

49.  Protocol Topmat-PDMD-005:  A Placebo Controlled 12
     Week Study of the Safety and Efficacy of Two Doses
     of Topiramate Versus Placebo for the Treatment of
     Acute Manic or Mixed Episodes in Subjects with
     Bipolar I Disorder with an optional open-label
     extension" Inpatient with outpatient extension.
     PI: Tran-Johnson, SI: Bobo ,Keith, Signer, Dahms.
     Study Status: completed.

50.  Protocol Topmat-PDMD-006: A Placebo Controlled 21
     Day Study of the Safety and Efficacy of Topiramate
     for the Treatment of Treatment-Resistant Bipolar I
     Disorder with an optional open-label extension"
     Inpatient with outpatient extension.  PI: Tran-
     Johnson, SI: Bobo , Sanders, Lucas, Bimbo, Bogard,
     Dahms. Study Status: completed.

51.  Protocol Topmat-PDMD-009:  A Randomized, Double-
     Blind, Multicenter, Placebo-Controlled 4-Week
     Study of the Safety and Efficacy of Topiramate in
     Adolescents with Acute Manic or Mixed Episodes of
     Bipolar I Disorder, with an Optional 6-month Open-
     Label Extension.  PI: Tran-Johnson, SI: Bobo,
     Dahms, Lucas, Sanders. Study Status: completed.

CONFIDENTIAL
AZSER12777978

BEST COPY AVAILABLE

52.  Protocol number F1D-US-HGJB: A Controlled Trial of Olanzapine Versus Quetiapine in the Treatment of Schizophrenic and Schizoaffective Subjects with Prominent Negative Symptoms" Outpatient. PI: Tran-Johnson, SI: Bobo.  Study Status: completed.

53.  Protocol 181-027: A Dose-Ranging, Double-Blind, Placebo-Controlled, Safety, Tolerability, and Efficacy Study of (R)-Didesmethyl Sibutramine in Patients with Major Depressive Disorder By DSM-IV Criteria" Outpatient. PI: Tran-Johnson, SI: Bobo. Study Status: completed.

54.  Protocol D1050006-PO1: A Double-Blind, Randomized, Fixed Dose, Placebo-Controlled, Parallel-Group, 6-Week, Safety, Tolerance and Efficacy Study of Two Dose Levels of SM-13496 in Patients with Schizophrenia by DSM-IV Criteria Who are Experiencing an Acute Exacerbation of Symptoms" Inpatient and Outpatient. PI: Tran-Johnson, SI: Bobo, Dahms,Signer, Lucas. Study Status: completed.

55.  Protocol 0600B5-355-A: A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Venlafaxine ER in Adolescent Outpatients with Panic Disorder.PI: Tran-Johnson, SI: Bobo, Dahms, Henderson, Lucas, Sanders. Study Status: completed.

56.  Protocol CN-138-004: A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Three Fixed Doses of Aripiprazole in the Treatment of Institutionalized patients with Psychosis Associated with Dementia of the Alzheimer's type. PI: Tran-Johnson, SI: Bobo, Dahms, Signer. Study Status: completed.

57.  Protocol SB-659746-A-002:  A Randomized Double-Blind, Parallel-Group, Placebo-Controlled Study Evaluating Efficacy and Safety of Three Doses of SB-659746-A (5mg, 10mg, 20mg) Versus Placebo in Patients with Major Depressive Disorder. PI: Tran-Johnson, SI: Bobo, Dahms. Study Status: completed.

58.  Protocol C-1073-02:  A Phase III, Randomized, Double-Blind, Placebo-Controlled Study of Safety and Efficacy of C-1073 (Mifepristone) in Patients with Major Depressive Disorder with Psychotic Features.  PI: Tran-Johnson, SI: Bobo, Dahms, Lucas, Sanders. Study Status: completed.

CONFIDENTIAL
AZSER12777979

BEST COPY AVAILABLE

Tran-Johnson, Pharm.D., Psy.D.        Page 17 of 24

59.  Protocol C-1073-03:  A Phase III, Randomized,
     Double-Blind, Placebo-Controlled Study of Safety
     and Efficacy of C-1073 (Mifepristone) in Patients
     with Major Depressive Disorder with Psychotic
     Features Who are not Receiving Anti-depressants or
     Antipsychotics.  PI: Tran-Johnson, SI: Bobo,
     Dahms, Lucas, Sanders. Study Status: completed.

60.  Protocol C-1073-04: A Phase III, Open-label Study
     of the Safety and Efficacy of C-1073
     (Mifepristone) in Patients with Major Depressive
     Disorder with Psychotic Features Who have
     previously Demonstrated a Rapid Response to either
     C-1073 or Placebo in Study C-1073-02 or C-1073-03.
     PI: Tran-Johnson, SI: Bobo, Dahms, Lucas, Sanders.
     Study Status: completed.

61.  Protocol 041004:  An assessment of the efficacy
     and safety of a sublingual dose of Org5222 in
     subjects with schizophrenia (in an acutely
     exacerbated state) compared to risperidone and
     placebo in a randomized double-blind, fixed-dose 6
     week trial. PI: Tran-Johnson, SI: Bobo, Dahms,
     Lucas, Sanders.  Study Status: completed.

62.  Protocol 041502: An assessment of the long term
     efficacy and safety of Org5222, risperidone and
     placebo in subjects with schizophrenia.
     PI: Tran-Johnson, SI: Bobo, Dahms, Lucas, Sanders.
     Study Status: completed.

63.  Protocol RIS-USA-250: A Randomized, Open-Label,
     Rater-Blinded, Assessment Of Optimal Treatment
     Change Strategy To Risperidone For Patients
     Intolerant Of Olanzapine (Risperidone Rescue
     Study): PI: Tran-Johnson, SI: Bobo, Dahms.  Study
     Status: completed.

64.  Protocol 5077US/0043:  A Multicenter, Double-
     Blind, Randomized Comparison of the Efficacy and
     Safety of Quetiapine Fumarate (Seroquel) and
     Risperidone (Risperdal) in the Treatment of
     Patients with Schizophrenia.  Tran-Johnson, SI:
     Bobo, Dahms, Lucas, Sanders.   Study Status:
     completed.

CONFIDENTIAL
AZSER12777980

BEST COPY AVAILABLE

Tran-Johnson, Pharm.D., Psy.D.        Page 18 of 24

65.  Protocol CILO522A2328:  A randomized, open-label,
     multicenter, 6-arm, parallel group, safety study
     evaluating the effect of oral iloperidone at doses
     of 8mg b.i.d.,12mg b.i.d. and 24mg q.d. on QTc
     interval duration in the presence and absence of
     metabolic inhibition, relative to other
     antipsychotics (risperidone 4mg b.i.d.,
     ziprasidone 80mg b.i.d.,and quetiapine 375mg
     b.i.d.. in the presence and absence of metabolic
     inhibition), in otherwise healthy patients
     diagnosed with schizophrenia or schizoaffective
     disorder. Tran-Johnson, SI:  Bobo, Dahms, Lucas,
     Sanders. Study Status: completed.

66.  Protocol RIS-USA-275: A six-month, randomized,
     double-blind study evaluating the effects of
     maintenance therapy with risperidone or olanzapine
     on glucoregulatory function in schizophrenic
     subjects, measured by changes in insulin
     sensitivity as derived from the Frequently Sampled
     Intravenous Glucose Tolerance Test (FSIVGTT). PI:
     Tran-Johnson, SI: Chu, Yu, Bobo, Dahms, Lucas.
     Study Status: completed

67.  Protocol S1542010:  A Randomized, Double-Blind,
     Placebo-Controlled, Risperidone Referenced, Dose
     Finding Study of DU 127090 in the Treatment of
     Schizophrenia.   PI: Tran-Johnson, SI: Bobo,
     Dahms, Lucas, Sanders.   Study Status: completed

68.  Protocol SB2223412/078:  A Multicenter, Double-
     Blind, Double-Dummy, Placebo-Controlled,
     Randomized, Parallel Group Evaluation of the
     Efficacy and Safety of a Fixed-Dose of Talnetant
     Versus Placebo Versus Risperidone in Subjects with
     Schizophrenia. PI:  Tran-Johnson, SI: Bobo,
     Dahms, Lucas, Sanders.   Study Status: completed

69.  CN138-050:  A Randomized, Double-Blind, Dose-
     Ranging Study of Intramuscular Aripiprazole in the
     treatment of Acute Agitation in Patients with a
     diagnosis or Schizophrenia, Schizoaffective, or
     Schizophreniform Disorder. PI:  Tran-Johnson, SI:
     Bobo, Dahms, Lucas, Sanders.   Study Status:
     completed.

70.  Protocol CN138-074:  A Multicenter, Randomized,
     Double-Blind, Study of Aripiprazole Versus Placebo
     in the Treatment of Acutely Manic Patients with
     Bipolar Disorder. PI:  Tran-Johnson, SI:  Bobo,
     Dahms, Lucas, Sanders.   Study Status: completed.

71.  Protocol CN138-077: A Multicenter, Randomized,
     Double-Blind, Study of Aripiprazole Versus Placebo
     in the Treatment of Acutely Manic Patients with
     Bipolar Disorder. PI:  Tran-Johnson, SI:  Bobo,
     Dahms, Lucas, Sanders.   Study Status: completed.

856

CONFIDENTIAL
AZSER12777981

BEST COPY AVAILABLE

Tran-Johnson, Pharm.D., Psy.D.       Page 19 of 24

72. Protocol 417.304: A Phase III, Three Week, Multicenter, Randomized, Double-Blind, Placebo Controlled, Parallel-Group Safety and Efficacy Study of Extended-Release Carbamazepine in the Treatment of Bipolar I Disorder. PI: Tran-Johnson, SI: Bobo, Dahms, Lucas, Sanders. Study Status: completed.

73. Protocol D1050049-P02: A 6-week, Double-Blind, Randomized, Fixed-Dose, Parallel Group Study of the Efficacy and Safety of Three Dose Levels of SM-13496 Compared to Placebo and Haloperidol in Patients with Schizophrenia Who Are Experiencing an Acute Exacerbation of Symptoms: PI: Tran-Johnson, SI: Bobo, Dahms, Lucas, Sanders. Study Status: completed.

74. Protocol D10580174-P04: An Open-Label, Dose-Blinded, Multi-Center, 6-Month Study of Safety and Tolerability of 3 Dose Levels of SM-13496 in Patients with Schizophrenia. PI: Tran-Johnson, SI: Bobo, Dahms. Study Status: enrollment closed.

75. Protocol M02-540: A 21-day, Double-Blind, Placebo-Controlled, Parallel-Group Evaluation of the Efficacy and Safety of Depakote ER in the Treatment of the Manic Phase of Bipolar Disorder. PI: Tran-Johnson, SI: Bobo, Dahms, Lucas. Study Status: Ongoing

76. Protocol M02-547: A Randomized, Double-Blind Study of the Safety and Efficacy of Depakote ER plus an Atypical Antipsychotic vs. Atypical Antipsychotic Alone in the Treatment of Schizophrenia. PI: Tran-Johnson, SI: Bobo, Dahms, Lucas. Study Status: Ongoing

77. SCT-MD-27: A Double-blind Flexible Dose Comparison of Escitalopram Sertraline and Placebo in the Treatment of Major Depressive Disorder. PI: Tran-Johnson, SI: Bobo, Dahms, Lucas. Study Status: Ongoing

78. A2501024: A 12 week Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of Donepezil Hydrochloride as Adjunctive Therapy in the Treatment of Cognitive Impairment in Patients with Schizophrenia or Schizoaffective Disorder. PI: Tran-Johnson, SI: Bobo, Dahms, Lucas. Study Status: Ongoing

79. CN138-114: A Randomized, Open-Label Accountability Study of Aripiprazole Oral Disintegrating Tablets in the Treatment of Stable Patients with Schizophrenia. PI: Tran-Johnson, SI: Bobo, Dahms, Lucas. Study Status: Completed

CONFIDENTIAL
AZSER12777982

BEST COPY AVAILABLE

80.   SCA30926:  A Multi-Center, Double-blind, Placebo-
      controlled, Randomized, Parallel Group Evaluation
      of the Efficacy of a Flexible Dose Lamotrigine
      versus Placebo As Add-on Therapy in Schizophrenia.
      PI: Tran-Johnson, SI: Bobo, Lucas, Dahms.
      Study Status: Ongoing

858

CONFIDENTIAL
AZSER12777983

BEST COPY AVAILABLE

V: HONORS AND AWARDS

Rho Chi National Honor Society
Dean's Honor List 1984-1986 (U.S.C.)
California Scholarship (U.C.L.A.)
Dean's Honor List 1978-1979 (S.M.C.)

Best investigator's performance and enrollment award (funded
    NCDEU trip), by Novartis, June 1999
Selected by BMS for BMS Quarterly (Spring 2000) and Annual
    Report Cover Story (02/2001)
Selected to be 1 of the 2 investigators nationwide to give a
    videotape interview for Novartis, May 2000
Selected to be the investigator nationwide to give a
    videotape interview for BMS, November 2000
Invited to be a panelist on the Otsuka Schizophrenia Study
    Teleconference, November 1999
Invited to be a panelist on the Abbott Schizophrenia Study
    Teleconference, November 2000
Selected to be 1 out of 10 US sites to participate in a
    European based BMS Study Protocol CN138-047
Guest speaker for Aripiprazole investigator meeting for
    Bristol-Myers Squibb, February 2000.
Invited to give a lecture to BMS Clinical Research
    Associates on diagnosis and treatment of various mental
    illnesses, January 2000
Invited by BMS to be a consultant at the VISION Aripiprazole
    Worldwide Summit, Vancouver, Canada, 04/2001
Invited by BMS to be a consultant and guest speaker at the
    VISION Aripiprazole Worldwide Summit, Scottsdate,
    Arizona, 12/2001
Invited by BMS to be a consultant at the BIPOLAR Summit,
    Puerto Rico, 03/2002
Local Television interview sponsored by BMS: CNRI patient
    interviewed with a CNRI attending psychiatrist to
    discuss positive treatment response with a compound
    recently approved by the FDA, February 2003.

Best psychiatric rater, awarded to Romina Perkovic, by IBAH,
    1997
Best psychiatric rater, awarded to Romina Perkovic, by
    Berger Boyer/Otsuka, 1997
Awarded to be 1 of the 5 pilot sites to perform the Quality
    of Life evaluation for RW Johnson Protocol
    Topmat-PDMD-005
Best psychiatric rater, awarded to Robert Perkovic, for BMS
    Protocol CN138-113, November 2003

Best Study Coordinator, awarded to Robert Perkovic, by HMR,
    1998
Best Study Coordinator, awarded to Robert Perkovic, by
    Novartis, 1999

CONFIDENTIAL
AZSER12777984

Case 6:06-md-01769-ACC-DAB   Document 1368-5   Filed 03/13/09   Page 12 of 100 PageID 92042
BEST COPY AVAILABLE

CNRI representative, Robert Perkovic, invited to be guest
    speaker for BMS Investigator Meeting, July 2000
CNRI representative, Robert Perkovic, selected to be a
    panelist on the BMS Schizophrenia Study Teleconference,
    June 2000
CNRI representative, Robert Perkovic, selected to be a
    panelist on the BMS Bipolar Study Teleconference, July
    2000 and September 2000
CNRI representative, Robert Perkovic, selected to be guest
    speaker for BMS Investigator Meeting, January 2001

CONFIDENTIAL
AZSER12777985

BEST COPY AVAILABLE

Tran-Johnson, Pharm.D., Psy.D.        Page 23 of 24

VI: STUDY PERFORMANCE

Highest enroller nationwide, Sumitomo Protocol D1050049-P02;
     no quality assurance audit since study closure.
Highest enroller nationwide, Solvay Protocol S1542010;
     excellent quality assurance audit by Sponsor.
Highest enroller nationwide, Shire Protocol 417.304;
     excellent quality assurance audit by Sponsor.
Highest enroller nationwide, BMS Protocol CN138-050;
     no quality assurance audit since study closure.
Highest enroller nationwide, BMS Protocol CN138-074;
     no quality assurance audit since study closure.
Highest enroller nationwide, Novartis Protocol CILO522A2328;
     no quality assurance audit since study closure.
Highest enroller nationwide, AstraZeneca Protocol
     5077US/0043; no quality assurance audit since study
     closure.
Highest enroller nationwide, RWJ Protocol Topmat-PDMD-006;
     with excellent quality assurance audit by Sponsor.
Highest enroller nationwide, Sumitomo Protocol D1050006-P01;
     with excellent quality assurance audit by Ingenix
Highest enroller nationwide, BMS Protocol CN-138-007 and
     009, no quality assurance audit since study closure
Highest enroller nationwide, BMS Protocol CN138-001; with
     excellent quality assurance audit by Sponsor
Highest enroller nationwide, Abbott Protocol M99-010; with
     excellent quality assurance audit by Phoenix
     International, and by Sponsor
Highest enroller internationally, Novartis Protocol ILP3005;
     no quality assurance audit since study closure
Highest enroller nationwide, Otsuka protocol 31-97-201; with
     excellent quality assurance audit by Sponsor
Highest enroller nationwide, Otsuka protocol 31-98-213; with
     excellent quality assurance audit by Sponsor
Highest enroller nationwide, Otsuka protocol 31-98-215; with
     excellent quality assurance audit by Sponsor
Highest enroller nationwide, HMR protocol PR0015; with
     excellent quality assurance audit by Sponsor
Highest enroller nationwide, HMR protocol PR3001; with
     excellent quality assurance audit by Sponsor


2nd Highest enroller nationwide, Only 6 sites chosen nation
     wide for this trial, BMS protocol CN138-114; no quality
     assurance audit since study closure
2nd Highest enroller nationwide, Only 7 sites chosen nation
     wide for this trial, Janssen protocol RIS-USA-275; with
     excellent quality assurance audit by Sponsor.
2nd Highest enroller nationwide, Organon protocol 041004; no
     quality assurance audit since study closure
2nd Highest enroller nationwide, GSK protocol SB2223412/078;
     no quality assurance audit since study closure

CONFIDENTIAL
AZSER12777986

BEST COPY AVAILABLE

Tran-Johnson, Pharm.D., Psy.D.          Page 24 of 24

Top 5 enroller nationwide, Corcept protocol C-1073-03; no quality assurance audit since study closure.
Top 5 enroller nationwide, Lilly protocol F1D-US-HGJB; no quality assurance audit since study closure.
Top 5 enroller nationwide, HMR protocol PR3010; no quality assurance audit since study closure.
Top 5 enroller nationwide, Novartis protocol ILP3000; with excellent quality assurance audit by Sponsor
Top 5 enroller nationwide, Novartis protocol ILP3004; no quality assurance audit since study closure.
Top 5 enroller nationwide, Pfizer protocol R-0548; no quality assurance audit since study closure.
Top 5 enroller nationwide, Merck Protocol EMD 128 130-008; with excellent quality assurance audit by CRO
Top 5 enroller nationwide, Mitsubishi Protocol MkC/242-A01; with excellent quality assurance audit by CRO
Top 5 enroller nationwide, Otsuka Protocol 173-98-203; was an add-on site at the end of the study and randomized 20 patients in 2 months; no quality assurance audit by Sponsor since study closure.

Revised 10/20/03

CONFIDENTIAL
AZSER12777987

BEST COPY AVAILABLE



863

CONFIDENTIAL
AZSER12777988

BEST COPY AVAILABLE

D1447C00127: _____064

## CURRICULUM VITAE
### Social Psychiatry Research Institute

### Nick G. Vatakis, MD

**Education:**

| | |
|---|---|
| 1987-1991 | New York University School of Medicine, New York, NY<br>Medical Degree |
| 1982-1986 | Queens College, New York, NY,  Bachelor of Arts<br>Summa Cum Laude, Salk Scholar, Phi Beta Kappa |

**Professional Experience:**

| | |
|---|---|
| 2003- Present | Gracie Square Hospital, New York, NY 10021-  Psychiatrist |
| 2001- Present | Social Psychiatry Research Institute, 3044 Coney Island Ave., Suite 201, Brooklyn, NY 11235- Medical Director |
| 2000-2004 | LifeSpan DevelopMental Systems, Medical Director of Research |
| 1997- Present | Social Psychiatry Research Institute, 150 East 69th Street, Suite 2-H, New York, NY 10021- Medical Director |
| 1997 - Present | Private Practice in General Psychiatry, New York, NY |
| 1997- 2000 | Bellevue Hospital Psychiatric Emergency Department<br>New York, NY-  Attending Psychiatrist<br>• Direct management of all aspects of clinical care<br>• Supervision and teaching of psychiatry residents |
| 1996-1997 | Private Practice in General Psychiatry, Athens, Greece<br>• Psychiatric assessment, medication management, individual & group Psychotherapy of general adult and adolescent population |
| 1995-1996 | Mytilini Military Hospital - Medical Outpatient Clinic<br>Mytilini, Greece, Acting Assistant Medical Director<br>• Consulting Psychiatrist |
| 1992-1995 | Bellevue Hospital, Department of Psychiatry, New York, NY- Per Diem Staff<br>• Off-hour coverage of all Bellevue In-Patient Psychiatric Units |
| 1991-1995 | New York University Medical Center, New York, NY- Psychiatric Resident |
| 1993-1995 | NYU Sexual Disorders Clinic, New York, NY- Residency Training |
| 1993-1995 | NYU Sleep Disorders Clinic, New York, NY - Residency Training<br>*Additional Training:* Short Term Dynamic Psychotherapy, Epilepsy Unit, Neurology Outpatient Clinic |

**Professional Memberships/Organizations:**
New York University and Bellevue Hospital Psychiatric Association
Hellenic Medical Association

Nick G. Vatakis, M.D.                Investigator Signature        1-30-06
Page 1 of 2                                                        Date

864

CONFIDENTIAL
AZSER12777989

**Academic Affiliations:**

1997-Present — New York University School of Medicine, New York, NY
Clinical Instructor
- Psychiatry Resident Teaching and Supervision
- Medical Student Seminar Lecturer

1994-1995 — New York University Medical Center, New York, NY
Associate Clinical Instructor, New York University School of Medicine
Chief Resident in Psychiatry

**Licenses/Certification:**

| | | |
|---|---|---|
| | Medical License: | New York # 191863-1 |
| | DEA: | New York # BV4570049 |
| 1999 | Certification: | Diplomat, American Board of Psychiatry and Neurology |

**Publications:** Roze, Locke, Vatakis, Antibiotic Properties of Porcupine Quills
Journal of Chemical Ecology,1990; 16 725-734

**Honors and Awards:** Jonas Salk Award, Helenic Medical Society Scholar, Phi Beta Kappa, Sigma Xi, Klapper Award, Magna Cum Laude, Konkol Award

**Selected Research Experience 2003-Present:**

An 8-Week, Double-Blind, Randomized, Multicenter, Flexible-Dose, Placebo-Controlled Pilot Study of Pagaclone in Patients with Persistent Developmental **Stuttering** Followed by a 52-Week Open Label Extension

A 10-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of GABITRIL® (up to 16mg/day) in the Treatment of Adults with **Generalized Anxiety Disorder**

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of Bifeprunox in the Treatment of Depression in Outpatients with **Bipolar Disorder**

A Multicenter, Randomized, Double-Blind, Fixed-Dose, 6-Week Trial of the Efficacy and Safety of Asenapine Compared with Placebo Using Olanzapine Positive Control in Subjects with an Acute Exacerbation of **Schizophrenia**

A randomized, multicenter, double-blind, placebo-controlled, 18-month study of the efficacy of Xaliproden in patients with mild-to-moderate dementia of the **Alzheimer's** type

A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of Aripiprazole as Adjunctive Therapy in the Treatment of Patients With **Major Depressive Disorder**

A Multicenter, Double-Blind, Randomized, Placebo Controlled, Parallel Group Study to Evaluate the Efficacy of a Monophasic Oral Contraceptive Preparation, Containing Drospirenone 3 mg Ethinyl Estradiol 20 mg (as Beta-Cyclodextrin Clathrate), in the Treatment of **Premenstrual Dysphoric Disorder (PMDD)**

CONFIDENTIAL
AZSER12777990

BEST COPY AVAILABLE

D1447C00127:0066
5077IL/127

*David P. Walling Ph.D*
*06/06/03*

## CURRICULUM VITAE

NAME:  David P. Walling, Ph.D.                          DATE:  June 2003

PRESENT POSITION:
Chief Executive and Clinical Officer
Collaborative NeuroScience Network
12772 Valley View St.  Ste. 3
Garden Grove, CA  92845

HOSPITAL PRIVILEGES:

| Pacific Hospital of Long Beach | Western Medical Center – Anaheim | Del Amo Hospital |
|---|---|---|
| 2776 Pacific Ave | 1025 S. Anaheim Blvd. | 23700 Camino Del |
| Sol | | |
| Long Beach, CA  90804 | Anaheim, CA  92805 | Torrance, CA  90505 |

BIOGRAPHICAL:

Place of Birth:      REDACTED
Address:

Telephone:          (714) 799-7799 – office
                     REDACTED

EDUCATION:

| University of Southern California<br>Ph.D. in Counseling Psychology<br>APA Accredited | 1989-1993 |
|---|---|
| California State University at Fullerton<br>M.S. in Counseling | 1987-1989 |
| California State University at Long Beach<br>B.A. in Psychology | 1985-1986 |
| Golden West College<br>A.A. in Social Science | 1983-1985 |

Internship:

| University of Texas Medical Branch<br>APA Accredited<br>Galveston, TX | 1992-1993 |
|---|---|

866

CONFIDENTIAL
AZSER12777991

BEST COPY AVAILABLE

Curriculum Vitae                                                              2
David P. Walling, Ph.D.

## RESEARCH EXPERIENCE:

Principal Investigator "An Assessment of the Efficacy and Safety of Two Sublingual Doses of a Novel Antipsychotic in Subjects with Schizophrenia (in an acutely, exacerbated state) Compared to Placebo in a Multicenter Randomized, Double-Blind, Fixed-Dose, 6-Week Trial with a Rispendone Positive Control Group" (2003 – ongoing).

Principal Investigator "A 6-Week Double-Blind, Randomized, Fixed-Dose, Parallel-Group Study of the Efficacy and Safety of Three Dose Levels of a Novel Antipsychotic Compared to Placebo and Haloperidol in Patients with Schizophrenia Who are Experiencing an Acute Exacerbation of Symptoms." (2002 – ongoing).

Principal Investigator "A 12-Week Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of a Cognitive Enhancer as Adjunctive Therapy In the Treatment of Cognitive Impairment in Patients with Schizophrenia and Schizoaffective Disorder." (2003 – ongoing).

Sub-Investigator "A Randomized, Double-Blind Study of the Safety and Efficacy of a Mood Stabilizer plus and Atypical Antipsychotic Versus an Antipsychotic Alone in the Treatment of Schizophrenia" (2003 – ongoing).

Principal Investigator "Anti-Seizure Medication Versus Placebo as Add-on Treatment in Subjects with Bipolar Disorder in the Outpatient Setting" (2002 – ongoing).

Sub-Investigator " A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Study Evaluating Efficacy, Safety, and Tolerability of a Once Daily Novel Antidepressant Versus Placebo in Subjects with Major Depressive Disorder" (2003 – ongoing).

Sub-Investigator "A Multicenter, Double-Blind, Double-Dummy, Placebo-Controlled, Randomized, Parallel Group Evaluation of the Efficacy and Safety of a Fixed-Dose of a Novel Antipsychotic Versus Placebo Versus Risperidone in Patients with Schizophrenia" (2002 – 2003).

Sub-Investigator "A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Fixed Dose Study Comparing the Efficacy and Safety of a New Anti-Depressant to Another Anti-Depressant to Placebo in Patients with Major Depressive Disorder." (2002 – ongoing).

Principal Investigator "A Multicenter, Double-Blind, Randomized, Placebo-Controlled Trial of the Use of a Novel Antipsychotic in the Treatment of Patients with Bipolar Disorder." (2002 – ongoing).

Principal Investigator " A Phase III, Randomized, Placebo-Controlled Study Evaluating the Safety and Outcome of Treatment with a Novel Antipsychotic Subjects with Mania (A1281083)." (2002).

Sub-Investigator "A Novel Anxiolytic Versus Placebo in Generalized Anxiety Disorder.  A Randomized Double-Blind Placebo and Buspirone Controlled Fixed Dose Parallel Group Multicenter Study of 10 Weeks" (2002).

RESEARCH EXPERIENCE (Cont.)

Sub-Investigator "A Trial of One Atypical Antipsychotic versus Another Atypical Antipsychotic

CONFIDENTIAL
AZSER12777992

BEST COPY AVAILABLE

Curriculum Vitae                                                                                           3
David P. Walling, Ph.D.

in the Treatment of Schizophrenic and Schizoaffective Subjects with Comorbid Depression."
(2001 – 2002).

Principal Investigator "A Multicenter, Double-blind, Randomized Comparison of the Efficacy and
Safety of Two Atypical Antipsychotics the Treatment of Patients with Schizophrenia (2001    –
2002).

Principal Investigator "A Placebo-Controlled 21-Day Study of the Safety and Efficacy of
Topiramate for the Treatment of Treatment-Resistant Bipolar I Disorder with an Optional Open-
Label Extension (TOPMAT-PDMD-006)." R.W. Johnson Pharmaceutical Research (2001 –
2002).

Principal Investigator " A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Study
Evaluating Efficacy and Safety of SB-29060 Controlled Release (12.5 and 25mg/day) versus
Placebo in Patients with Major Depressive Disorder." (29060/810) GlaxoSmithKline (2001-
2002).

Principal Investigator "A Three-Week, Multicenter, Randomized, Double-Blind, Placebo-
Controlled, Parallel-Group Safety and Efficacy Study of Extended-Release Carbamazepine in
Patients with Bipolar Disorder." (Protocol 105.301) Shire Laboratories, Inc. (2000- 2001)

Principal Investigator "A Three-Week, Multicenter, Randomized, Double-Blind, Placebo-
Controlled, Parallel-Group Safety and Efficacy Study of Extended-Release Carbamazepine in
Lithium-Failure Patients with Bipolar Disorder." (Protocol 105.302) Shire Laboratories, Inc.
(2000 - 2001).

Principal Investigator "A Six-Month, Open-Label, Multicenter Study of Extended Release
Carbamazepine in Patients with Bipolar Disorder – an Extension of Protocols 105.301 and
105.302." (Protocol 105.303) Shire Laboratories, Inc. (2001)

Co-Investigator "A Multicenter, Double-Blind, Randomized, Placebo-Controlled Trial of the
Safety and Efficacy of Seroquel as Add-on therapy with Lithium or Divalproex in the Treatment
of Acute Mania." (Protocol 5077IL/0099) AstraZeneca (2000 – 2001).

Sub-investigator "Risperidone QD vs. BID Dosing in Schizophrenia: A Double-Blind,
Parallel Group, Phase III Multicenter Study." (Protocol RIS-USA-60) Janssen Research
Foundation (1995).

Sub-investigator: "A Multicenter, Double-Blind, Randomized Comparison of SEROQUEL
(ICI 204,636) and chlorpromazine in the Treatment of Hospitalized Subjects with
Treatment Resistant Schizophrenia." (Protocol 0031) ZENECA Pharmaceuticals Group
(1994-1996).

RESEARCH EXPERIENCE (Cont.)

Sub-investigator/Therapist: "A Prospective, Multicenter Study Comparing the Safety and
Efficacy of Nefazodone HCl to Cognitive Behavioral Therapy - Chronic Depression (CBT-
CD) and Combined Nefazodone and CBT-CD for the Acute, Continuation and
Maintenance Treatment of Chronic Forms of Depression." (Protocol CN104-132) Bristol-

CONFIDENTIAL
AZSER12777993

BEST COPY AVAILABLE

Curriculum Vitae                                                                                                4
David P. Walling, Ph.D.

Meyers Squibb Company (1996-1999).

Sub-investigator/Therapist: "Serzone and Cognitive Behavior Therapy for the Chronic
Depressives: Pilot Study." Bristol-Myers Squibb Company (1995-1996).

Sub-investigator: "A Double-Blind Placebo-Controlled, Dose-Response Comparison of the
Safety and Efficacy of Three Doses of SERTINDOLE and Three Doses of Haldol in
Schizophrenic Patients." (Protocol M93-113) ABBOTT Laboratories (1994-1995)
completed.

Sub-investigator: "An Open-Label Assessment of the Long-Term Safety of SERTINDOLE
in the Treatment of Schizophrenic Patients." (Protocol M92-795) ABBOTT Laboratories
(1994-1995) completed.

Sub-investigator: "An Open-Label Assessment of the Long-Term Safety of
SERTINDOLE." (Protocol M92-222) ABBOTT Laboratories (1994-1995).

Sub-investigator: "A Multicenter, Double-Blind, Placebo-Controlled, Randomized, Multiple
Fixed-Dose Comparison of SEROQUEL (ICI 204,636) and Haloperidol in the Treatment of
Hospitalized Subjects with Acute Exacerbation of Chronic or Subchronic Schizophrenia."
(Protocol 0013) ZENECA Pharmaceuticals (1993-1994) completed.

Sub-investigator: "Fixed-Dose OLANZOPINE Versus Placebo in the Treatment of
Schizophrenia." (Protocol FID-MC-HGAP) ELI LILLY and Company (1993-1994)
completed.

Sub-investigator. "A Multicenter, Double-Blind, Randomized, Controlled, Multiple Fixed
Dose and Dose Regimen Comparison of SEROQUEL (ICI 204,636) and Haloperidol in the
Prevention of Psychotic Relapse in Outpatients with Chronic or Subchronic
Schizophrenia." (Protocol 0015) ZENECA Pharmaceuticals (1993-1994) completed.

CONFIDENTIAL
AZSER12777994

BEST COPY AVAILABLE

Curriculum Vitae                                                                      5
David P. Walling, Ph.D.

TEACHING EXPERIENCE:

"Introduction to Clinical Hypnosis."  One day seminar presented to psychiatry and psychology residents at the University of Texas Medical Branch at Galveston – Department of Psychiatry – 2000.

"Schizophrenia: Theory, Symptoms and Treatment."  Seminar presented as a component of Psychiatric Pharmaceutical Care Certificate Program sponsored by the University of Pittsburgh School of Pharmacy – 1999.

"Introduction to Clinical Hypnosis."  One day seminar presented to psychiatry and psychology residents at the University of Texas Medical Branch at Galveston – Department of Psychiatry – 1999.

Medical Hypnosis - five week course presented to all third year medical students during psychiatry rotation. University of Texas Medical Branch at Galveston, 1995-1996.

Therapeutic Hypnosis -  Thirty week hypnosis training seminar presented to psychology interns at University of Texas Medical Branch at Galveston, 1994.

Faculty and Small Group Facilitator - Introduction to Patient Evaluation.  University of Texas Medical Branch at Galveston: Term III, 1995; Term III, 1996.

Faculty and Small Group Facilitator - Community Continuity Experience/Introduction to Patient Evaluation. University of Texas Medical Branch at Galveston: Term II, 1997.

Faculty - Counseling Practicum, School of Education.  University of Houston at Clear Lake: Summer Session, 1994.

Faculty - Senior Medical Student Elective: Forensic Psychiatry - Violence Recovery Program.

WORK EXPERIENCE:

Vice President of Clinical Services                        1997-2000
Psychiatric Management Resources &
Stadt Solutions Pharmacy Corporation
San Diego, CA

Assistant Professor of Psychiatry and Behavioral Sciences       1995-1997
Dept. of Psychiatry and Behavioral Sciences
University of Texas Medical Branch - Galveston, TX

CONFIDENTIAL
AZSER12777995

BEST COPY AVAILABLE

Curriculum Vitae                                                                    6
David P. Walling, Ph.D.

WORK EXPERIENCE (cont.):

| | |
|---|---|
| Clinical Director<br>The Gulf Coast Center<br>Intensive Treatment Program<br>Galveston, TX | 1993-1997 |
| Research Scientist<br>Dept. of Psychiatry and Behavioral Sciences<br>University of Texas Medical Branch - Galveston, TX | 1993-1995 |
| College Hospital - Costa Mesa, CA<br>Crisis Response Clinician | 1992 |
| Harbor View Adolescent Center - Long Beach, CA<br>Primary Therapist | 1990-1992 |
| Huntington Psychotherapy - Huntington Beach, CA<br>Marriage, Family, & Child Counselor | 1991-1992 |
| Bellflower Doctors Hospital - Bellflower, CA<br>Clinical Coordinator | 1989-1990 |
| Western Medical Center - Anaheim, CA<br>Clinical Social Worker/Unit Therapist | 1988-1989 |

PEER REVIEWED PUBLICATIONS:

Bishop, S., Walling, D., Dott, S., Folkes, C., & Bucy, J. (In press) "Refining Quality of Life:
Validating a Five Factor Measure for the Severe Mentally Ill. *International Journal for Quality
of Life Research.*

Walling, D., Goodwin, J., & Cole, C. (1998) "Prevalence of Dissociative Disorders in a
Transsexual Population." *Journal of Sex Education and Therapy 23(2);* 121-123.

Walling, D., Baker, J., & Dott, S. (1998) "Hypnosis Training in Psychology Graduate
Programs: A National Survey." *International Journal of Clinical and Experimental
Hypnosis,46(2);* 150-156.

Walling, D. and Levine, R. (1997) "Power in the Hypnotic Relationship: Therapeutic or
Abusive?" *American Journal of Psychotherapy, 51(1);* 67-76.

Bishop, S., Walling, D., & Walker, B. (1997) "The Emperor's Clothes: Assessing the
Validity of the Tennessee Self-Concept Scale." *Educational and Psychological
Measurement, 57(1),* 150-163.

PEER REVIEWED PUBLICATIONS (cont.):

Dott, S., Walling, D., Bishop, S. Bucy, J., & Folkes, C. (1996) "The Efficacy of Short-Term

CONFIDENTIAL
AZSER12777996

BEST COPY AVAILABLE

Curriculum Vitae                                                                                                    7
David P. Walling, Ph.D.

Treatment for Improving Quality of Life: A Pilot Study." *Journal of Nervous and Mental Disease*, 507-509.

Walling, D., Baker, J., & Dott, S. (1996) "A National Survey of Hypnosis Training: Its Status in Psychiatric Residencies." *International Journal of Clinical and Experimental Hypnosis, 44,* 184-188.

Walling, D., & Baker, J. (1996) "Hypnosis Training in Psychology Internship Programs." *American Journal of Clinical Hypnosis, 38,(3)* 219-223.

OTHER PUBLICATIONS:

Walling, D. & Marsh, D. (In press) "Relapse Prevention in Serious Mental Illness" In F.J. Frese (Ed.). Psychologists and Serious Mental Illness: New Directions in Mental Health Services. San Francisco: Jossey-Bass.

Walling, D. & Dott, S. (1999) "Contemporary Approaches to the Management of Serious Mental Illness." Book chapter in P. Vega (Ed.) Behavioral Disease Management, Mannisses Communication.

Walling, D. (1997) "Quality of Life in Behavioral Medicine Research" Book Review - *Behavioral Medicine.*

Walling, David (1996) "Standards for Long-Term Psychiatric Residential Care." Book Review - *Psychiatric Services, 47(7),* 772.

Walling, David P. (1993) "Self-Concept in High Achieving Women: A Comparison of Medical and Nursing Educators." Doctoral Dissertation. University of Southern California.

PRESENTATIONS:

"Using Technology to Improve Prescribing Patterns" Presented at Shaping Partnerships for Recovery – 2000 Washington Behavioral Healthcare Conference. Yakima, WA.

"Quality of Life: How are we Improving Patient's Lives?" Keynote address given at the Ventura County Department of Mental Health Annual Awards Banquet – Ventura, CA: 1999.

" Partial Hospitalization and the Continuum of Care" Continuing education presentation sponsored by North East Ohio Health Services and Cuyahoga County Community Mental Health Board - Cleveland, Ohio: 1997.

PRESENTATIONS (cont.):

"Strategic Psychotherapy in Practice" Presented to graduate students enrolled in the Psychology Department at the University of Houston - Clear Lake: 1997.

"Suicide and Schizophrenia: Examining the Role of Negative Symptoms." Lecture presented

CONFIDENTIAL
AZSER12777997

BEST COPY AVAILABLE

Curriculum Vitae                                                                                                    8
David P. Walling, Ph.D.

as part of American Suicide Foundation/University of Texas Medical Branch at Galveston
series on suicide research.

"Psychological Approaches to the Management of Pain."  Lecture presented to second year
medical students at the University of Texas Medical Branch - Galveston. 1996.

"Novel Treatment and Current Research in Severe Mental Illness."  Invited Speaker:
Gulf Coast Alliance for the Mentally Ill.  March. 1995.

"Treatment of Sexual Abuse Survivors: Application of Psychotherapy and
Hypnotherapy." Presented to graduate students enrolled in the Psychology Department
at the University of Houston - Clear Lake: 1993, 1994, 1995 & 1996.

"Treatment Issues in Serious Mental Illness." Invited Speaker: Gulf Coast Alliance for
the Mentally Ill. October, 1993.

"Recognition and Treatment of Substance Abuse Disorders."  Series of lectures
presented to students enrolled in the Physician's Assistant Program at the University of
Texas Medical Branch: 1992 & 1993.

ABSTRACTS:

Walling, D.P., Bishop, S., and Goenjian, A.K.  "Quality of Life: Instrument Validation in Serious
Mental Illness"  Abstract in submission for the International Congress on Schizophrenia Research
– April 2003 meeting.

Walling, D.P. "Pharmacologic and Psychosocial Treatment for Serious Mental Illness."
Abstract presented at the the Institute for Psychiatric Services October 2001 annual
meeting: Orlando, FL.

Walling, D., Bisbee, C. & McGurk, S. (Symposium Chair) "Serious Mental Illness:Interventions
for Change." Paper. Walling, David "Pharmacologic and Psychosocial Treatment for Serious
Mental Illness." Symposium presented at the American Psychological Association: August 2001,
San Francisco, CA.

Walling, D.P., McGurk, S. & Meltzer, H.Y. "Quality of Life and Service Use in
Schizophrenia" Abstract presented at the International Congress on Schizophrenia
Research – May 2001; Whistler, B.C. Abstract published in Schizophrenia Research.

ABSTRACTS (cont.):

McCleery, G., Walling, D.P., Erskine. S. & Bruce, R. "Antipsychotic Usage and
Prescriber Reasoning" Abstract presented at the International Congress on
Schizophrenia Research – May 2001; Whistler, B.C. Abstract published in
Schizophrenia Research.

Walling, D., Marsh. D. Scheifler, P. & McGurk, S. (Symposium Chair) "Serious
Mental Illness: Providing Hope Through Treatment." Paper. Walling, David & Siry,

CONFIDENTIAL
AZSER12777998

BEST COPY AVAILABLE

Curriculum Vitae                                                                                        9
David P. Walling. Ph.D.

Deborah. "Pharmacologic Treatment Options for Serious Mental Illness: Providing New Hope"  Symposium presented at the American Psychological Association: August 2000, Washington. D.C.

Walling, David "Hypnosis in Medical Treatment: Defining Ethical Boundaries." Paper presented at the American Psychological Association: August 2000. Washington, D.C.

Walling, D., Marsh. D. Scheifler, P. & McGurk. S. (Symposium Chair) "Schizophrenia: Hope for the New Millenium." Paper: Walling, David & Siry, Deborah. "Novel Medications: Changing the Face of Schizophrenia Treatment" Symposium presented at  the American Psychological Association; August. 1999 annual conference: Boston. MA.

Walling, D. & Baker, J.  "Hypnosis: Education and Training for the Future" Paper presented at the American Psychological Association August. 1999 annual conference: Boston, MA.

Walling, D.P., Klein, C.K., Bishop, S.L. & McCleery, G. "Psychometric Evaluation of a Four Factor Quality of Life Instrument." Paper presented at the National Clinical Drug Evaluation Unit June 1999 annual conference; Boca Raton, FL.

Walling, D., Klein, C. & Bruce, R.  Quality of Life: A Measure of Efficacy in Psychosocial Treatment.  Paper presented at the International Congress on Schizophrenia Research 1999 biannual conference: Santa Fe, New Mexico.

Walling, D., Klein, C. & Bruce, R. Factor Analysis of the Q-LES-Q: Validating a Quality of Life Measure. Paper presented at the International Congress on Schizophrenia Research 1999 biannual conference: Santa Fe, New Mexico.

Walling, D., Klein, C., Bruce, R., Stephens, J., Erskine, S., Jimenez, R. "Quality of Life in Schizophrenia: The Impact of Symptomatology."  Paper presented at the Institute for Psychiatric Services October 1998 annual meeting: Los Angeles, CA.

Walling, D., Klein, C., Bruce, R., Stephens, J., Tepper, A., Jimenez, R.  "Validation of the Q-LES-Q for use in Schizophrenia Research and Treatment." Paper presented at the Institute for Psychiatric Services October 1998 annual meeting: Los Angeles, CA.

ABSTRACTS (cont.):

Walling, D., McGurk, S. Hanson, M., Hollis, J., & Summerfelt, T. (Symposium Chair) "Severe Mental Illness in the Community: Increasing Standards of Care." Paper: Walling, David. "Intensive Outpatient Services for the Severe Mentally Ill: Designing What Works."  Symposium presented at the American Psychological Association August, 1998 annual conference: San Francisco, CA.

Walling, D. & Goodwin, J. "Sexual Abuse and Hypnosis: Exploring the Relationship to Svengali." Paper presented at the American Psychological Association for August, 1998 annual conference: San Francisco, CA.

CONFIDENTIAL
AZSER12777999

BEST COPY AVAILABLE

Curriculum Vitae                                                                                                10
David P. Walling, Ph.D.

Walling, D., & Goodwin, J. "Hypnosis, Sexual Abuse and the Attendant Relationship." Paper presented at the American Society of Clinical Hypnosis March 1998 annual meeting, Dallas, TX.

Dott, S., Walling, D., and Rosales, L. "Quality of Life and Novel Antipsychotics." Paper presented at the American Psychiatric Association's Institute on Psychiatric Services October 1997 annual meeting, Washington, D.C.

Walling, D., Dott, S., & Gaston, C. "Service Delivery in Severe Mental Illness: Training Issues for Psychologists." Paper presented at the American Psychological Association - August 1997 annual meeting, Chicago, Illinois.

Walling, D. (Symposium Chair) "Novel Antipsychotics for the Next Millennium: Treatment Advances in Psychosis" Paper: Dott, S. & Walling, D. "Olanzapine in the Treatment of Schizophrenia: A Novel Antipsychotic." Paper presented at the American Psychological Association - August 1997 annual meeting, Chicago, Illinois.

Walling, D. & Goodyear, R. "Supervision Issues in Hypnosis: Drawing on Counseling Psychology Paradigms." Paper presented at the American Psychological Association - August 1997 annual meeting, Chicago, Illinois.

Bishop, S., Walling, D., Dott, S., & Baker, J. "Sensitivity and Specificity in the Quality of Life Enjoyment and Satisfaction Questionnaire." Paper presented at the American Psychological Association (Div. 5) August 1997 annual meeting, Chicago, Illinois.

Durant, D. & Walling, D. "Recapping the Uses of Hypnosis in the Psychiatric Setting." Paper presented at the American Psychological Association (Div. 30) August 1997 annual meeting, Chicago, Illinois.

Dott, S. & Walling, D. "Quality of Subjective Life Experiences in Schizophrenia-Spectrum Disorders." Paper presented at the International Congress on Schizophrenia Research for April 1997 biennial meeting.

ABSTRACTS (cont.):

Walling, D. & Dott, S. "Risking it All? Sexual Behavior in Schizophrenia." Paper presented at the American Psychiatric Association May 1997 annual meeting, San Diego, CA.

Dott, S., Walling, D., Cole, C., & Meyer, W. "When Schizophrenia and Gender Dysphoria Coexist." Paper presented at the American Psychiatric Association May 1997 annual meeting, San Diego, CA.

Bishop, S., Walling, D., Baker, J., & Dott, S. "Quality of Life Assessment: A Window on Chronic Back Pain Management?" Paper presented at the Society of Behavioral Medicine. April 1997 annual meeting, San Francisco, CA.

Walling, D., Baker, J., & Dott, S. "Hypnosis in Academia: National Status." Paper presented at the Society for Clinical and Experimental Hypnosis. November 1996 annual meeting, Tampa,

875

CONFIDENTIAL
AZSER12778000

BEST COPY AVAILABLE

Curriculum Vitae                                                                                      11
David P. Walling, Ph.D.

Florida.

Dott, S., Walling, D., Cole, C., & Meyer, J. "Schizophrenia and Gender Dysphoria:
Misdiagnosis, Misconceptions and Realities." Paper presented at the Society for the Scientific
Study of Sexuality November 1996 annual meeting: Houston, Texas.

Walling, D. & Dott, S. "Quality of Life: Measurement, Importance, and Validity in
Schizophrenia." Paper presented at the International Conference on Schizophrenia: Breaking
Down the Barriers. October 1996: Vancouver, Canada.

Dott, S. & Walling, D. "Sexual Attitudes, Beliefs and Behaviors in Schizophrenia-Spectrum
Disorders." Paper presented at the International Conference on Schizophrenia: Breaking Down
the Barriers. October 1996; Vancouver, Canada.

Dott, S. & Walling, D. "Crisis Interventions in the Community." Paper presented at the
American Psychiatric Association's Institute on Psychiatric Services October 1996 annual
meeting: Chicago, Illinois.

Durant, D. & Walling, D. "The Schizophrenogenic Mother in Family Therapy?" Paper
presented the American Association of Family Therapy for October 1996 annual meeting:
Toronto, Canada.

Walling, D., Walker, B., & Bishop, S. "Self-Concept in High Achieving Women." Paper
presented at the Northeastern Division Meeting of the American Educational Research
Association. October 1996 annual meeting: Ellenville, New York.

Walling, D., Baker, J., & Dott, S. "Hypnosis Training in the U.S.: Results of a National
Survey." Paper presented at the American Psychological Association's (Div. 30) August 1996
annual meeting: Toronto, Canada.

ABSTRACTS (cont.):

Walling, D., Dott, S., Folkes, C., and Glenn, S. "Quality of Life: Measuring the Success of
Partial Hospitalization." Paper presented at the Association for Ambulatory Behavioral
Healthcare August 1996 annual meeting: Minneapolis, Minnesota.

Dott, S. & Walling, D. "The Ghost of Schizophrenia: Past, Present and Future." Paper
presented at the Texas Department of Mental Health and Mental Retardation July 1996 annual
meeting: Galveston, Texas.

Folkes, C., Dott, S., & Walling, D. "A Collaborative System: Creating a Continuum of
Care Within the Community." Paper presented at the Texas Department of Mental
Health and Mental Retardation July 1996 annual meeting: Galveston, Texas.

Dott, S. & Walling, D. "An Ounce of Prevention: What Our Patients Don't Know." Paper
presented at the 149th annual meeting of the American Psychiatric Association May 1996:
New York.

CONFIDENTIAL
AZSER12778001

BEST COPY AVAILABLE

Curriculum Vitae                                                              12
David P. Walling, Ph.D.

Walling, D. & Wills, S. "Hypnosis, Metaphor and Psychotherapy: Enhancing Treatment
Outcomes." Workshop presented at the Southwestern Psychological Association April 1996
annual meeting; Houston, Texas.

Dott, S., Walling, D., & Folkes, C. "Community Based Alternatives to Psychiatric
Hospitalization: Efficacy and Outcomes" Paper presented at the American Psychiatric
Association's Institute on Psychiatric Services October, 1995: Boston, MA.

Walling, D., Dott, S., & Folkes, C. "Quality of Life in Severe Mental Illness: Does
Diagnosis Matter?" Paper presented at the American Psychiatric Association's Institute
on Psychiatric Services October, 1995: Boston, MA.

Dott, S., Walling, D., Avery, E., Cole, C., & Meyer, W. "Schizophrenia and Transsexualism:
Defining the Boundaries." Paper presented at the Harry Benjamin International Symposium:
Transsexualism: State of the Art Treatment. September 1995: Munich, Germany.

Walling, D., Goodwin, J., & Cole, C. "Dissociation and Gender Dysphoria: Exploring
the Relationship." Paper presented at the Harry Benjamin International Symposium:
Transsexualism: State of the Art Treatment. September 1995: Munich, Germany.

Bishop, S., Walling, D., & Dott, S. "The Quality of Life Enjoyment Scale: Issues of Validity."
Paper presented at the American Psychological Association (Div. 5). August 1995: New York.

Dott, S. & Walling, D. "Quality of Life: Exploring How Patients Change." Paper
presented at the American Psychiatric Association. May 1995: Miami, FL.

ABSTRACTS (cont.):

Walker, B., Dott, S., & Walling, D. "Meeting Women's Mental Health Needs: A
Challenge to the Primary Care Physician." Paper presented at the Society for Teachers
in Family Medicine May 1995: New Orleans, LA.

Walker, B., Walling, D., & Bishop, S. "Women in Academic Medicine: What it Takes
to Succeed." Paper presented at the Society for Teachers in Family Medicine. May
1995: New Orleans, LA.

Bishop, S., Walling, D., Dott, S., & Folkes, C. "Severe Mental Illness: Exploring
Quality of Life Enjoyment Scale Validity (Preliminary Findings)." Paper presented at
the Southwestern Psychological Association. April 1995: San Antonio, TX.

Walling, D., Segura, S., & Armsworth, M. "Exploring the Spectrum of Dissociation"
(Symposium Chair) Paper: Walling, D., Goodwin, J., & Cole, C. "Dissociation in a
Transsexual Population" Paper presented at the Southwestern Psychological
Association April 1995: San Antonio, TX.

Walling, D. & Dott, S. "Beyond Crisis Stabilization: How Are We Improving Quality
of Life?" Paper presented at International Conference on Schizophrenia: Schizophrenia,

CONFIDENTIAL
AZSER12778002

BEST COPY AVAILABLE

Curriculum Vitae                                                                                    13
David P. Walling, Ph.D.

August 1994; Vancouver, Canada.

Dott, S. & Walling, D. "Emerging Treatment Alternatives: A Challenge to Hospital
Efficacy." Paper presented at the International Conference on Schizophrenia:
Schizophrenia 1994. August 1994; Vancouver, Canada.

Walling, D. & Dott, S. "Quality of Life: A Pilot Study - Comparison of Crisis
Stabilization and Psychiatric Hospitalization." Paper presented at New Clinical Drug
Evaluation Unit (NCDEU) sponsored by the National Institute of Mental Health - June
1994; Marco Island, FL. Abstract published in *Psychopharmacology Bulletin 30*, 725.

Walling, David. "Symposium on Theories of Metaphor Utilized in the Therapy
Process." (Symposium Chair). Paper presented at the Annual Meeting of the Western
Psychological Association - May 1992; Portland, OR.

Walling, David. "The Use of Metaphors in Psychotherapy." Presented at the Annual
Meeting of the Western Psychological Association - April 1991; San Francisco, CA.

GRANTS:

Walling, D. (Principal Investigator) & Dott, S. "Negative Symptoms as Predictors of
Suicide in Schizophrenia: A Prospective Study." Grant funded by the American Suicide
Foundation; December 1994 - December 1995 ($8,965.00).

ARTICLES IN SUBMISSION:

Bishop, S.L., Walling, D.P., Dott, S.G., Baker, J. (In submission) *Validating Sensitivity and
Specificity in the Quality of Life Enjoyment and Satisfaction Scale (Q-LES-Q)*.

Walling, D.P., Klein, C., Bishop, S.L. (In submission) *Validating a Four-Factor Model of Quality
of Life in Severe Mental Illness.*

WORK IN PROGRESS...

Walling, David P. *Serious mental illness: A guide to clinical treatment.* Book
manuscript in process for Professional Resource Press; Sarasota, FL. (Anticipated
publication Spring 2001).

Walling, D. & Goodwin, J. "The Svengali Effect: Sexual Exploitation During Hypnotherapy."
in preparation.

Walling, D. & Goodyear, R. "Supervision in Hypnosis Training: Applying Models from
Counseling Psychology." In preparation.

"Evaluating the Effectiveness of the Quality of Life Enjoyment and Satisfaction Scale in
Medical Populations." In preparation with Sharon G. Dott, M.D. and Sheryl L. Bishop, Ph.D.

"Validating the Quality of Life Enjoyment Scale with Chronic Pain Patients" with Sheryl L.

CONFIDENTIAL
AZSER12778003

BEST COPY AVAILABLE

Curriculum Vitae                                                                        14
David P. Walling, Ph.D.


Bishop, Ph.D. and Jeffrey M. Baker. Ph.D.

AFFILIATIONS:
      American Psychological Association
          Member – Task Force on Serious Mental Illness (1999 – 2002)
          Member - Division 30: Psychological Hypnosis
          Member - Division 17: Counseling Psychology
               Member Division 17 Program Committee (1999 – 2002)
               Vice Chair Hypnosis Special Interest Group  (1997-1999)

LICENSES:

   1992        California Licensed Marriage, Family & Child Counselor
            License No. MFC29326

   1995        Texas Licensed Psychologist
            License No. 25348 – License placed on inactive status October 2000

   1999        California Licensed Psychologist
            License No. 16657

CERTIFICATION:

   1983        Clinical Hypnotherapist

   1996        Cognitive-Behavior Therapy for the Chronic Depressions: The Unipolar
            Mood Disorders Institute of Virginia Commonwealth University

ADDITIONAL EXPERIENCE:

Special Member of the Faculty: Graduate School of Biomedical Sciences - University of
Texas Medical Branch - Galveston (1993-1996).

Member Psychology Internship Program Committee: University of Texas Medical
Branch - Galveston (1993-1997).

Reviewer for Psychiatric Services (formerly Hospital and Community Psychiatry)

Reviewer for Psychiatry Research

Reviewer for American Journal of Clinical Hypnosis

Reviewer for Southwestern Psychological Association 1996 annual conference

Training in the conduction and administration of the Structured Clinical Interview for
Diagnosis (SCID)

CONFIDENTIAL
AZSER12778004

BEST COPY AVAILABLE



880

CONFIDENTIAL
AZSER12778005

BEST COPY AVAILABLE

State of California
Department of Consumer Affairs
Board of Psychology

This is to certify that

David A. Mullings

having shown to the satisfaction of the Board of Psychology that he/she possesses the qualifications required by law, is hereby granted this license as a

Psychologist

in this State and is entitled to all rights and privileges conferred by Chapter 6.6 of the California Business and Professions Code.

In testimony whereof, the Board of Psychology of the State of California has issued this license on the 20th day of February, 2000.

_____
J. Urban, Ph.D.
President

Thomas J. O'Conner
Executive Officer

License Number: PSY 16667

881

CONFIDENTIAL
AZSER12778006

BEST COPY AVAILABLE

D1447C00127:0067
5077IL/127

Richard H. Weilser, MD, PA, and Associates
700 Spring Forest Road    Suite 125
Raleigh, NC 27609

**CURRICULUM VITAE**
Revised 5-02-03

## PERSONAL DATA

NAME:                  RICHARD H. WEISLER, M.D., PA

BORN:                  REDACTED

OFFICE ADDRESS:        700 Spring Forest Road.
                       Suite 125
                       Raleigh, North Carolina 27609
                       (919) 872-5900

MARITAL STATUS:        REDACTED

LICENSURE:             Licensed North Carolina Board of Medical Examiners:
                       21381
                       Certification, American Board of Psychiatry: 1982
                       DEA Registration: AW 807 0346

## EDUCATION

Tulane University, New Orleans, Louisiana   1969-1970, 1971-1972
BS Cum Laude with departmental honors with distinction in psychology, minors in
economics and chemistry.

University of Glasgow, Glasgow, Scotland   1970-1971
Junior year abroad program.  Honors in social psychology and political economy.

University of Nairobi, Nairobi, Kenya, Spring,  1971
Cross-cultural research on future aspirations of children and family structure.

University of North Carolina, Chapel Hill, North Carolina  1973-1976
M.D., Honors senior year

CONFIDENTIAL
AZSER12778007

BEST COPY AVAILABLE

## FELLOWSHIPS

U.S. Junior Public Health Fellowship, Summer of 1974.
Worked as assistant to Dr. Sarah Morrow in the Guilford County Health Department.

North Carolina Medical Foundation Scholarship, Spring of 1975.
Worked in Washington, D.C. with Congressman Richardson Preyer and Paul Rogers on Health Subcommittee to work on clean air issues and Health Insurance for the unemployed.

## PROFESSIONAL TRAINING

Psychiatry Residency, University of North Carolina, Chapel Hill, North Carolina and Dorothea Dix Hospital, January 1977-June 1980

Senior Resident, outpatient psychiatry clinic, North Carolina Memorial Hospital, March 1979-February 1980.

Coordinated the services of more than thirty residents and thirty psychologists, social workers, and medical students. Co-chaired the multi-disciplinary treatment conference where all referrals and new patients were reviewed and matched for optimal treatment modality and therapist. Co-taught with Roger Spencer, M.D. the yearlong course for second year residents on diagnostic and treatment interviewing. Supervised all medical students and many of the residents on cases.

Senior Resident, inpatient psychiatry, North Carolina Memorial Hospital, January 1980-June 1980. Assist Seymour Halleck, M.D. in running an eighteen-bed acute inpatient ward. Conduct team meetings and supervise all residents, psychology interns, and students.

Consult-liaison psychiatrist for eighteen family practice and eight internal medicine residents at Moses Cone Hospital in Greensboro, North Carolina, 1979-1980.

Supervised by Dr. Morris Lipton on psychopharmacology and treatment, 1978-1980.

Personal psychoanalysis by Dr. Charles Keith, training and supervisory analyst, University of North Carolina-Duke University.

Psychiatric consultant at IBM Medical Unit in the Research Triangle Park, North Carolina, with William Hollister, M.D., 1980.

Medical Internship consisting of four months of in- and out-patient medicine and neurology at Dorothea Dix Hospital and one month of family practice and emergency medicine at New Hanover Hospital in Wilmington, North Carolina.

2

CONFIDENTIAL
AZSER12778008

BEST COPY AVAILABLE

## CONTINUED EDUCATION

GCP Training with the American Academy of Pharmaceutical Physicians (AAPP), & UNC October 1999.

Regular CME at APA, NCDEU, ACNP, grand rounds and symposiums.

International Pharmaco EEG advanced training course, 1988, Kobe, Japan.

## ACADEMIC APPOINTMENTS

Adjunct Professor of Psychiatry, UNC School of Medicine, Chapel Hill, North Carolina, 2002.

Chairman UNC Board of Visitors, Department of Psychiatry, 2002.

Adjunct Assistant Professor of Psychiatry and Behavioral Sciences, Duke University, Durham, North Carolina, 2001.

Adjunct Associate, Duke University, Durham, North Carolina 1985-2001

Clinical Assistant Professor of Psychiatry, UNC Department of Psychiatry, Chapel Hill, North Carolina, 1980 to 1995.
Taught weekly course for psychiatry residents on interviewing diagnostic and treatment skills.  1980-1985: Multiple lectures of anxiety, affective and personality disorders, treatment approaches, community psychiatry, and electroencephalography.

## PROFESSIONAL EXPERIENCE

Richard H. Weisler, MD, PA, and Associates
Private practice of psychiatry, Raleigh, North Carolina – 1980 to present.
As a group, we follow over two thousand patients with a mixture of psychiatric problems. We have patients with unipolar and bipolar disorders, generalized anxiety disorder, posttraumatic stress disorder, dementia, obsessive-compulsive disorder, sleep disorders, social phobia, attention deficit hyperactivity schizophrenia, and migraines. Patients range from childhood to geriatric ages. We also treat patients with drug and/or alcohol abuse.

Attending Psychiatrist, Holly Hill Hospital, 3019 Falstaff Road Raleigh, North Carolina 27610, 1980-present.

Director of Electrophysiology and Neuroimaging, Holly Hill Hospital, 3019 Falstaff Road Raleigh, North Carolina, 27610,  1987 to 1998.

Psychiatric Consultant,  Raleigh Community Hospital, and Rex Hospital, Raleigh, North Carolina, 1980 to present.

3

CONFIDENTIAL
AZSER12778009

BEST COPY AVAILABLE

Alcohol and Drug Rehabilitation Consultant, Charter North Ridge Hospital, Raleigh, North Carolina, 1982 to 1990.

Psychiatric Consultant, Wake County Mental Health Center, Raleigh, North Carolina, 1980-1981.

Psychiatric Consultant, Rockingham County Mental Health Center, Reidsville, North Carolina, 1979- 1980.
Provided diagnostic evaluations, treatment, supervision, and education of the staff.

Emergency Room Physician, Central Prison Hospital, Raleigh, North Carolina, 1978-1980.

Instructor of Psychology and Religion, Livingstone College, Salisbury, North Carolina, Fall of 1972.

## RESEARCH

PRINCIPAL INVESTIGATOR – **Abbott Laboratories** - Safety and efficacy of Depakote as combination therapy in the treatment of psychosis associated with schizophrenia – 1999 and **Completed.** Protocol # M99-010.

PRINCIPAL INVESTIGATOR – **Abbott Laboratories** – Comparison of the safety and efficacy of Depakote and Zyprexa in the treatment of bipolar disorder. 1999 and **Completed.** Protocol # M99-045.

PRINCIPAL INVESTIGATOR – **Abbott Laboratories** - A placebo-controlled trial of Depakote ER in the treatment of acute manic stage of inpatients with bipolar disorder – 1998, **Completed.**

PRINCIPAL INVESTIGATOR – **Abbott Laboratories** - A double-blind study of Valproate vs. Lithium in the treatment of patients with bipolar disorder – 1994 and **Completed.** Protocol # M93-111.

PRINCIPAL INVESTIGATOR – **Abbott Laboratories** - The safety and efficacy of Depakote in the prevention of mania in patients with bipolar disorder – 1993 and **Completed.** Protocol # M92-822.

PRINCIPAL INVESTIGATOR – **AstraZeneca Pharmaceuticals** – A multicenter, double-blind, placebo-controlled, double-DUMMY trial of the use of Quetiapine Fumarate (SEROQUEL) in the treatment of patients with bipolar depression. Started 9/2002. Protocol 5077US/0049. **Ongoing.**

4

CONFIDENTIAL
AZSER12778010

BEST COPY AVAILABLE

PRINCIPAL INVESTIGATOR – **AstraZeneca Pharmaceuticals** - A multi-center, double-blind, randomized, placebo-controlled trial of the safety and efficacy of Seroquel (Quetiapine Fumarate) as add-on therapy with Lithium or Divalproex in the treatment of acute mania, 2000. **Completed.** Protocol # 5077IL/0099.

PETITIONER & RESEARCH COLLABORATOR – **ATSDR (Agency for Toxic Substances & Disease Registry)/Center for Disease Control and North Carolina Department of Health and Human Services.** Public Health Assessments for toxic environmental exposures for Salisbury, North Carolina and eight other North Carolina cities. 2000. **Ongoing.**

PRINCIPAL INVESTIGATOR – **Biovail Laboratories/Ingenix** - A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Fixed-Dose Study of the Efficacy, Safety, and Tolerability of 60 mg Buspirone Hydrochloride Extended Release Compared to Placebo in Patients with Generalized Anxiety Disorder Who Have Stable Disease Characteristics. 2001 and **Completed.** Protocol No: B01.CT3.016.BUS P02.

PRINCIPAL INVESTIGATOR – **Biovail Laboratories** - A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Fixed-Dose Study of the Efficacy, Safety, and Tolerability of 30mg and 90mg Buspirone Hydrochloride Extended Release Compared to Placebo in Patients with Generalized Anxiety Disorder. 2000 and **Completed.** Protocol # B99-CT3.004.BUS.P02.

PRINCIPAL INVESTIGATOR – **Biovail Laboratories** - An open-label study of the safety, tolerability, and efficacy of up to 90 mg Buspirone Hydrochloride Extended Release in patients with generalized anxiety disorder. 2000 and **Completed.** Protocol #B99.CT0L.008.BUS.P02.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals** - A multicenter, Randomized, Double-Blind, Placebo Controlled Study of Three Fixed Doses of Aripirazole (Abilify) in the Treatment of Institutionalized patients with Psychosis associated with Dementia of the Alzheimer's type. 2000. Protocol # CN138-004-026 **Ongoing.**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals** - A multi-center, randomized, double-blind, placebo controlled study of flexible doses of Aripiprazole in the treatment of hospitalized patients with acute mania – 2000 and **Completed.** Protocol # CN-138-009-021.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals** - A multi-center, randomized, double-blind safety and tolerability study of flexible doses of Aripiprazole and Olanzapine in the maintenance treatment of patients with acute schizophrenia, 2000 and **Completed.** Protocol #138-002-035.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals** - A multi-center, randomized, double-blind, placebo controlled study of Aripiprazole in the

5

886

CONFIDENTIAL
AZSER12778011

BEST COPY AVAILABLE

maintenance treatment of patients with bipolar disorder – 2000. Protocol # CN 138-010-069. **Ongoing.**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals** – A multi-center, double-blind, randomized, flexible dose safety trial comparing Nefazodone ER to Nefazodone IR in the treatment of depressed patients. 1999 and **Completed.** Protocol # CN104-181-013.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals** – An international, multi-center trial of two dose ranges of Nefazodone and Placebo in the treatment of outpatients with post-traumatic stress disorder. 1998 and **Completed.** Protocol # CN104-159-023.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals** - Double-blind study of Nefazodone in the treatment of panic disorder - 1997, **Completed.**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals** – A double blind, randomized, placebo-controlled, flexible dose trial of CM2 transdermal buspirone patches in the treatment of anxious outpatients. 1997. **Completed.** Protocol # CN104-138-009/093.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals** - An open-label pilot study of Nefazodone in posttraumatic stress disorder – 1996, **Completed.** Protocol # CN104-138-009.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals** - A double-blind study of Nefazodone vs. placebo, qd and bid dosing – 1994 and **Completed.**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals** - A prospective, multi-center, open-label study of Nefazodone (Serzone) in the management of patients with symptoms of depression in general psychiatric practices – 1994 and **Completed.**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals** – A double-blind, placebo-controlled multi-center trial of the safety and efficacy of Buspar (Buspirone) in anxious patients with co-existing depressive symptoms – 1992-1993. **Completed.** Protocol # CN-101-045.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb** - An open-label multi-center non-randomized safety study of Nefazodone in patients with mood disorders – 1992. **Completed.** Protocol # CN-104-138-009.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals** - The safety and efficacy of Nefazodone in preventing relapse of patients with major depression – 1992 and **Completed.**

6

CONFIDENTIAL
AZSER12778012

BEST COPY AVAILABLE

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals** - A placebo-controlled study on Nefazodone vs. placebo in severely depressed inpatients – 1992. **Completed.** Protocol # CN-105-101.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb** - A double-blind study of Nefazodone comparing once daily and twice daily dosage: 1991, **Completed.**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb** - A placebo-controlled comparison of Nefazodone and Fluoxetine in elderly patients with major depressive disorder: 1991. **Completed.** Protocol # CN 104–056-009.

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co.** - A multi-center evaluation of the safety and efficacy of two flexible doses of Bupropion (Wellbutrin) sustained release vs. placebo in depressed outpatients – 1993 and **Completed.**

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co.** - A multi-center evaluation of the safety and efficacy of two flexible doses of Wellbutrin sustained release vs. placebo in depressed outpatients – 1993 and **Completed.**

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co.** - A multi–center dose response evaluation of the safety and efficacy of Bupropion HCl sustained-release vs. placebo in depressed outpatients - 1992 and **Completed.** Protocol #93

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co.** - Study of the safety and efficacy of Bupropion and Trazodone in depressed patients: 1990-1991. **Completed.**

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co.** - Wellbutrin plasma level response study, 1989- 1990. **Completed.**

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co.** - Wellbutrin surveillance study, 1988 and **Completed.**

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co.** - 150 plus patients Wellbutrin humanitarian protocol, 1984-1988. Protocol # 39-A. **Completed.**

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co.** - 48 patient double-blind study for Wellbutrin, 1987.  Study established 300 mg. daily dosage as effective. **Completed.**

PRINCIPAL INVESTIGATOR – **Cephalon** – A 12-week, randomized, double-blind, placebo-controlled, parallel-group, flexible-dosage study to evaluate the efficacy and safety of Gabitril, at dosages up to 16 mg/day, in the treatment of chronic post-traumatic stress disorder in Adults. 4/2003 ongoing. Protocol # C6671a/205/PT/US.

PRINCIPAL INVESTIGATOR – **Cephalon** – An 8-week, randomized, double-blind, placebo-controlled, parallel-group, flexible-dosage study to evaluate the efficacy and

7

CONFIDENTIAL
AZSER12778013

BEST COPY AVAILABLE

safety of Gabitril, at dosages up to 16 mg/day, in the treatment of generalized anxiety disorder in Adults. 4/2003 ongoing. Protocol # C6671a/204/AX/US.

PRINCIPAL INVESTIGATOR – **Ciba-Geigy Pharmaceuticals -** A double-blind, placebo-controlled evaluation of an investigational compound vs. placebo in the treatment of generalized anxiety disorder, 1991 and **Completed.**

PRINCIPAL INVESTIGATOR – **Ciba-Geigy Pharmaceuticals** – Clomipramine (Anafranil) for obsessive-compulsive disorder.  Study conducted under humanitarian protocol, 1989 and **Completed.**

CO-PRINCIPAL INVESTIGATOR with Jonathan Davidson, M.D. – **Duke**  "A 12-Week Double-Blind Discontinuation Exploratory Study to Evaluate the Effects of Tiagabine (Gabitril) in Patients with Post Traumatic Stress Disorder (PTSD). 2002. Protocol C6671a/608/ST/US. **Ongoing.**

PRINCIPAL INVESTIGATOR – Eli Lilly – BIDES (Bipolar Disorder Effectiveness Study) "Comparing the effectiveness of Olanzapine versus Divalproex for Bipolar Disorder". 2002. **Ongoing.**

PRINCIPAL INVESTIGATOR – **Eli Lilly** –  H7C-MC-LMBC Versus Placebo in Patients with Generalized Anxiety Disorder Who Have Responded to Treatment with LY544344. 2002. Protocol: H7C-MC-LMBC. **Ongoing.**

PRINCIPAL INVESTIGATOR – **Eli Lilly** - Olanzapine versus Risperidone in the Treatment of Bipolar 1 Disorder, Manic or Mixed.  2002. Protocol: FID-US-HGJT **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly** -  Efficacy and Safety of "On Demand" Therapy with IC351 (LY450190) Compared with Placebo in Subjects with Female Sexual Arousal Disorder. 2000. **Completed.** Protocol: H6D-MC-LVBR.

PRINCIPAL INVESTIGATOR – **Eli Lilly Pharmaceuticals** - Duloxetine once-daily dosing versus placebo in the acute treatment of major depression, 2000. **Completed.** Protocol No F-15-MC-HMBH.

PRINCIPAL INVESTIGATOR – **Eli Lilly Pharmaceuticals** - Long-term open-label treatment Major Depression with R-Fluoxetine Hydrochloride for evaluation of safety, 1999 and **Completed.**

PRINCIPAL INVESTIGATOR   - **Eli Lilly Pharmaceuticals** - R-Fluoxetine versus Placebo in the treatment of generalized anxiety disorder, 1999 and **Completed.** Protocol # H5Z-MC-LUAH .

PRINCIPAL INVESTIGATOR – **Eli Lilly Pharmaceuticals** -  A double-blind, randomized comparison of efficacy and safety of short-acting intramuscular Olanzapine,

8

CONFIDENTIAL
AZSER12778014

short-acting intramuscular Lorazepam and intramuscular placebo in acutely agitated patients diagnosed with mania.1999. **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly Pharmaceuticals** - Randomized, double-blind study with Olanzapine added to mood stabilizers in the treatment of bipolar disorder, Lilly, 1997 and **Completed.** Protocol # F1D-MC-HGFU.

PRINCIPAL INVESTIGATOR – **Eli Lilly Pharmaceuticals** - Clinical trial of Olanzapine or placebo in the treatment of patients with bipolar disorder – inpatient trial – 1997 and **Completed. FID-MC-HGGW.**

PRINCIPAL INVESTIGATOR – **Eli Lilly Pharmaceuticals** - Double-blind study of Olanzapine in addition to Lithium or Valproate in the treatment of bipolar disorder – 1997, **Completed. HGFU.**

CO-INVESTIGATOR – **Eli Lilly Pharmaceuticals** - A comparison study of Fluoxetine plus Pindalol vs. Fluoxetine plus placebo in the treatment of major depression in adults – 1996, **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly Laboratories** - Fluoxetine in depressed patients who failed Sertraline – 1994 and **Completed.** Protocol # B1Y-MC-HCHF.

PRINCIPAL INVESTIGATOR – **Eli Lilly Laboratories** -  A double-blind, placebo-controlled evaluation of an investigational compound vs. Lorazepam in the treatment of generalized anxiety disorder – 1991. **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly Laboratories**  - Fluoxetine (Prozac) humanitarian protocol, 1987. **Completed.**

PRINCIPAL INVESTIGATOR – **Forest Laboratories** - One-year open label extension study of extended release oral Physostigmine in the treatment of patients with dementia of the Alzheimer's type – 1995 and **Completed.**

PRINCIPAL INVESTIGATOR – **Forest Laboratories, Inc** - Clinical evaluation of extended-release oral Physostigmine in the treatment of patients with dementia of the Alzheimer's type, 1994 and **Completed.**  Protocol # 1028B

PRINCIPAL INVESTIGATOR – **GlaxoSmithKline Pharmaceuticals** – "A multi-center, Double-Blind, Placebo-Controlled, Fixed-Dose, 8-Week Evaluation of the Efficacy & Safety of Lamotrigine in the Treatment of Bipolar Disorder Patients Currently Experiencing a Major Depressive Episode". Protocol # SCA30924.

PRINCIPAL INVESTIGATOR -  **GlaxoSmithKline Pharmaceuticals** – "A multi-

9

CONFIDENTIAL
AZSER12778015

BEST COPY AVAILABLE

center, randomized, double-blind, parallel-group, placebo-controlled, flexible-dose study evaluating efficacy, safety, and tolerability of Once-Daily Oral GW353162 (20-40-60mg) versus placebo in subjects with major depressive disorder over an eight-week treatment period". Protocol OHB20002.

PRINCIPAL INVESTIGATOR - **GlaxoSmithKline Pharmaceuticals** – "A multi-center, double-blind, randomized placebo-controlled Comparison of the Effects on Sexual Functioning of Extended-Release Bupropion HCL (300-450 mg) and Escitalopram (10-20 mg) in Outpatients with Moderate to Severe Major Depression over an Eight-Week Treatment Period. Protocol AK130927. 2002. **Ongoing.**

PRINCIPAL INVESTIGATOR – **GlaxoSmithKline Pharmaceuticals** – A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Fixed Dose Study Evaluating the Efficacy and Safety of Paroxetine CR in Elderly Outpatients Diagnosed with Major Depressive Disorder.

PRINCIPAL INVESTIGATOR – **GlaxoSmithKline Pharmaceuticals** - "A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Study Evaluating Efficacy and Safety of Paroxetine Controlled Release (12.5 and 25mg/day) versus Placebo in Patients with Major Depressive Disorder". 2001. **Completed.** Protocol # SB 29060/810.

PRINCIPAL INVESTIGATOR – **GlaxoSmithKline Pharmaceuticals** – "A Multi-center, Double-Blind, Placebo-Controlled, Fixed Dose Evaluation of the Safety, Efficacy, and Tolerability of Lamictal (Lamotrigine) in the Treatment of Major Depressive Episode in Patients with Type I Bipolar Disorder. 2000. **Completed.** Protocol # SCA 40910.

PRINCIPAL INVESTIGATOR – **Glaxo Wellcome Pharmaceuticals** – "A Multi-Center, Double-Blind, Placebo Controlled, Flexible-Dose Evaluation of the Safety and Efficacy of Lamictal (Lamotrigine) in the Long Term Treatment of Patients who have Bipolar Disorder with Rapid Cycling". 1998. **Completed.** Protocol # SCAB 2005.

PRINCIPAL INVESTIGATOR – **Glaxo Wellcome Pharmaceuticals** - One-year open label extension study of Lamictal in the treatment of bipolar patients in depressed phase – 1996, **Completed.** Protocol # 105-604.

PRINCIPAL INVESTIGATOR – **Glaxo Wellcome Pharmaceuticals** - A double-blind study of Lamictal in the treatment of bipolar patients in depressed phase – 1995, **Completed.** Protocol # SCAB2002-105-602.

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals** Open-label study of oral Ondansetron in the treatment of patients with panic disorder – an additional 18-month study for patients who completed the initial double-blind study – 1995 and **Completed.**

PRINCIPAL INVESTIGATOR –**Glaxo Pharmaceuticals** - Double-blind, placebo-controlled fixed dose evaluation of the safety and efficacy of oral Ondansetron (Zofran)

10

CONFIDENTIAL
AZSER12778016

BEST COPY AVAILABLE

in the treatment of patients with panic disorder – 1994 and **Completed**. Protocol # S3AA-3009.

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals** - The safety and efficacy of 12.5 and 25 mg. of Sumatriptan suppositories in acute treatment of multiple migraine attacks – 1993 and **Completed**. Protocol # S2B-353.

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals** - A randomized double-blind, placebo-controlled study of the safety and efficacy of two doses of Ondansetron vs. placebo in the treatment of social phobia – 1992 and **Completed**. Protocol # S3A-342.

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals** - A double-blind, placebo-controlled, dose ranging evaluation of Ondansetron vs. Diazepam in the treatment of generalized anxiety disorder, 1991 and **Completed**. Protocol S3A-210.

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals** - A double-blind, placebo-controlled evaluation of the safety and efficacy of Ondansetron in the treatment of primary degenerative dementia of the Alzheimer's type – 1991. **Completed**. Protocol # S3A-222.

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals** - A multi-center double-blind evaluation of the safety and efficacy of Fluparoxan in the treatment of patients with major depressive disorder. 1990 and **Completed**.

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals** - 36 patient Fluparoxan double-blind study for major depression, 1989-1990. **Completed**

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals** - 42 patients double-blind study of Ondansetron for generalized anxiety disorder, 1989-1990. **Completed.**

PRINCIPAL INVESTIGATOR - **Hoechst-Roussel Pharmaceuticals** - A placebo-controlled study of Valnacrone vs. placebo in the treatment of Alzheimer's patients – 1992 and **Completed**. Protocol # HP029-303.

CO-INVESTIGATOR – with Dr. Eileen P. Ahearn, M.D., Ph.D. in genetic research of bipolar patients and their families – 1997, **Completed**. National Alliance for Research on Schizophrenia and Depression.

PRINCIPAL INVESTIGATOR - **Janssen Pharmaceuticals** – A study to evaluate the efficacy, safety and maintenance effect of Risperidone augmentation of SSRI monotherapy in young and older adult patients with unipolar treatment resistant depression. 1/2003 – 3/2003. Protocol # RIS-INT-93

PRINCIPAL INVESTIGATOR – **Janssen Pharmaceuticals** - A nine-week, open label, multi-center, safety study of single dosage ranges of Risperidone in the treatment of

11

CONFIDENTIAL
AZSER12778017

BEST COPY AVAILABLE

manic episodes associated with bipolar I disorder, 2001. **Completed.** Protocol #RIS-INT-81.

PRINCIPAL INVESTIGATOR – **Janssen Pharmaceuticals** - The efficacy and safety of flexible dosage ranges of Risperidone vs. Placebo in the treatment of manic episodes associated with bipolar I disorder, 2000. **Completed.** Protocol # RIS-USA-239.

PRINCIPAL INVESTIGATOR – **Merck Pharmaceuticals** - A Worldwide, Multicenter, Double-Blind, Parallel, Active-Controlled, Long-Term Safety Study of MK-0869 in Outpatients with Major Depressive Disorder-Protocol 066-00. 2002. **Ongoing.**

PRINCIPAL INVESTIGATOR – **Merck Pharmaceuticals** - A Double-Blind, Placebo-Controlled, Multicenter Study of the Long-Term Efficacy of MK-0869 in the Maintenance of Antidepressant Effect in Geriatric Outpatients with Major Depressive Disorder. 2002. Protocol 068-00. **Ongoing.**

PRINCIPAL INVESTIGATOR – **Merck Pharmaceuticals** - A Double-Blind, Multicenter, Placebo- and Active-Controlled Acute and Extension Study of MK-0869 in the Treatment of Patients With Major Depressive Disorder With Melancholic Features. 2001. Protocol # (059-00). **Ongoing.**

PRINCIPAL INVESTIGATOR – **Merck Pharmaceuticals** MK—0966 For The treatment of Mild Cognitive Impairment and prevention of Conversion To Alzheimer's Disease. 2001. Protocol # 078-07. **Completed 4/22/03.**

PRINCIPAL INVESTIGATOR – **Merck Pharmaceuticals** - A double-blind, multi-center, acute study of two doses of L-830982 versus Lorazepam and Placebo in the treatment of outpatients with generalized anxiety disorder, 2001 and **Completed.** Protocol # 006-01.

PRINCIPAL INVESTIGATOR – **Merck Pharmaceuticals** - A double-blind, multi-center, acute study of two doses of L-830982 versus Lorazepam and Placebo in the treatment of outpatients with generalized anxiety disorder, 2000 and **Completed.** Protocol # 006-00.

PRINCIPAL INVESTIGATOR – **Merck Pharmaceuticals** - Clinical trial of Vioxx (Recoxifib) for treatment of patients with susceptibility for Alzheimer's disease – 1998. **Ongoing.**

PRINCIPAL INVESTIGATOR – **Merck (KgaA) Pharmaceuticals** - Randomized double-blind, placebo-controlled clinical trial of Velazadone, an investigative compound, for the treatment of major depression in adults – Merck Germany, 1998, **Completed.** Protocol # 68-843-09.

SUB-INVESTIGATOR – with Ranga Krishnan, M.D. and Bernard Carroll, M.D.- **NIH study** of late life depression 1997 - 2001. **Completed.**

12

CONFIDENTIAL
AZSER12778018

BEST COPY AVAILABLE

CO-PRINCIPAL INVESTIGATOR – Sponsored **by NIH** with Duke University. A placebo-controlled clinical trial of standardized extract of Hypericum perforatum in major depressive disorders. 1999 **Completed.** Protocol # R-0552.

CO-INVESTIGATOR – **NIH** - Six-month open label treatment with Fluoxetine followed by randomization to Fluoxetine or Placebo for patients with posttraumatic stress disorder, 1997 and **Completed.** NIH grant with Dr. Jonathan R. T. Davidson.

CO-INVESTIGATOR with Jonathan R. T. Davidson – **Organon** - A study of Mirtazapine in the treatment of posttraumatic stress disorder, 2000. **Completed.**

PRINCIPAL INVESTIGATOR – with Dr. Jonathan R. T. Davidson – **Organon Pharmaceuticals** - Open label study of Remeron in the treatment of adults with posttraumatic stress disorder – 1997, **Completed.** Protocol #

PRINCIPAL INVESTIGATOR – **Parke Davis Pharmaceuticals** – Open-label safety study of Pregabalin in patients with bipolar disorder. 2000. **Completed.** Protocol # 1008-124-012.

PRINCIPAL INVESTIGATOR – **Parke Davis Pharmaceuticals** – A placebo-controlled study of Pregabalin and Lorazepam in patients with generalized anxiety disorder. 1998. **Completed.** Protocol # 108-021-004

CO-INVESTIGATOR with Jonathan R. T. Davidson – **Parke Davis Pharmaceuticals** - A double-blind study of Gabapentin vs. placebo in the treatment of patients with social phobia – 1996, **Completed.** Protocol # 945-203.

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals** - A phase III, randomized, placebo-controlled study evaluating the safety and outcome of treatment with oral Ziprasidone in subjects with mania. 2002. Protocol #A1281083. **Ongoing.**

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals** - An open label extension study evaluating the safety and Outcome of 40 –160 mg. Daily of Oral Ziprasidone in the treatment of subjects who have participated in Protocol 602. 1998. **Completed.** Protocol # 128-602E.

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals** - Double-blind study of the use of Ziprasidone in the use of patients with mania – 1998 and **Completed.**

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals** - A phase III, randomized, placebo-controlled study evaluating the safety and outcome of treatment with oral Ziprasidone in subjects with mania who are receiving Lithium. 1997. **Completed.** Protocol # 128-602.

13

894

CONFIDENTIAL
AZSER12778019

BEST COPY AVAILABLE

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals** - Double-blind study of Sertraline in the treatment of depression in elderly adults – 1997, **Completed.**

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals** - A ten-week, double-blind, placebo-controlled multi-center study to evaluate the efficacy and safety of oral CP-93,393-1 in outpatients with generalized anxiety disorder 129-110-568 – 1997. **Completed.**

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals** - **SADHART**- A twenty-four week, double-blind, placebo-controlled multi-center study to evaluate the efficacy and safety of Sertraline in outpatients with major depression following recent myocardial infarction. 1996. **Completed.** Protocol # 96-R-0052

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals** – A computer-assisted versus clinician-administered behavior therapy for obsessive-compulsive disorder: A multi-center, randomized, controlled trial. 1996. **Completed.**

CO-INVESTIGATOR – **Pfizer Pharmaceuticals** - A double-blind study of E2020 vs. placebo in the treatment of primary dementia of the Alzheimer's type – 1996, **Completed.**

CO-INVESTIGATOR – **Pfizer Pharmaceuticals/ Eisai Inc.** - A double-blind study of E2020 vs. placebo in the treatment of primary dementia of the Alzheimer's type 1996, **Completed.**

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals** - Double-blind study of Sertraline vs. placebo in the treatment of patients with panic disorder – 1994. **Completed.** Protocol # 93-CE21-0629-030.

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals** - One year open label extension study of Sertraline followed by a double-blind comparison of Sertraline and placebo in outpatients with panic disorder – 1994. **Completed.** Protocol #1803-95-12R2.

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals** - A double-blind comparison of Sertraline and placebo in outpatients with post-traumatic stress disorder – 1994. **Completed.** Protocol # 93-CE21-0640-0641.

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals** - A multi-center trial to evaluate the efficacy and safety of Sertraline in the treatment of major depression – 1991-1993. Protocol # R-0198. **Completed.**

PRINCIPAL INVESTIGATOR – Sponsored by **Richard H. Weisler, M.D., PA.** Genetic Research Study of Psychiatric Illness, Protocol No: 2000. **Ongoing.**

PRINCIPAL INVESTIGATOR – With Eileen P. Ahearn, M.D., Ph.D. of genetic research of bipolar illness. 2000 and **Completed.** National Association for Research in Schizophrenia and Depression grant.

14

CONFIDENTIAL
AZSER12778020

BEST COPY AVAILABLE

PRINCIPAL CO-INVESTIGATOR – Sandoz Pharmaceuticals - An open-label study of ENA713 (Exelon), dose titration study in the treatment of primary dementia of the Alzheimer's type - 1996, **Completed.**

PRINCIPAL INVESTIGATOR – Sanofi Pharmaceuticals – A Four Week Double-Blind, Placebo and Active Controlled, Dose-Ranging Study of SL 65.1498-00, 3 Doses (5, 15, 50 mg per day) and Lorazepam (3 mg/day) in Out-Patients with Generalized Anxiety Disorder (GAD). 2001.  Protocol DRI 4390. **Ongoing.**

PRINCIPAL INVESTIGATOR – Sanofi-Synthelabo Pharmaceuticals - Double-blind study of an investigational compound for the treatment of depression in the adult population – 1997, **Completed.**  Protocol # DRI 2412.

PRINCIPAL INVESTIGATOR -  Schwabe/Ingenix Pharmaceuticals - Randomized, double-blind, placebo-controlled multi-center trial to demonstrate the clinical efficacy and safety of two different doses of Ginkgo biloba special extract Egb 761 in patients suffering from dementia of the Alzheimer's type according to DSM-IV and NINCDS / ADRDA criteria, 1999 and **Completed.** Protocol # 523001.01.030.

PRINCIPAL INVESTIGATOR – Shire Laboratories/Cromedica -  A 12-month randomized, double-blind, placebo-controlled, parallel-group study of ADDERALL XR™ in adults with Attention Deficit Hyperactivity Disorder: Protocol Number 381.303. **Completed.** 2002.

PRINCIPAL INVESTIGATOR – Shire Laboratories - A Phase III, three-week, multicenter, randomized, double-blind, placebo-controlled, parallel-group safety and efficacy study of extended-release Carbamazepine in the treatment of bipolar I disorder. Protocol: 417.304 **Ongoing.**  2002.

PRINCIPAL INVESTIGATOR – Shire Laboratories - A 12-Month, Open-Label Study of ADDERALL XR™ in Adults with Attention Deficit Hyperactivity Disorder Protocol No. 381.304. 2001. **Ongoing.**

PRINCIPAL INVESTIGATOR – Shire Laboratories - A three-week, multi-center, randomized, double-blind, placebo-controlled, parallel-group safety and efficacy study of Extended-Release Carbamazepine in patients with bipolar disorder, 1999. Protocol # 105-301. **Completed.**

PRINCIPAL INVESTIGATOR – Shire Laboratories - A three-week, multi-center, randomized, double-blind, placebo-controlled, parallel-group safety and efficacy study of Extended-Release Carbamazepine in Lithium-Failure patients with bipolar disorder, 1999 and **Completed.**  Protocol #105-302.

PRINCIPAL INVESTIGATOR – Shire Laboratories - A six-month, open-label, multi-center study of Extended-Release Carbamazepine in patients with bipolar disorder – An extension of Protocols 105.301 and 105.302, 1999. **Completed.** Protocol # 105-303.

15

CONFIDENTIAL
AZSER12778021

PRINCIPAL INVESTIGATOR – **SmithKline Beecham Laboratories** - Granisetron for the treatment of Paroxetine-associated sexual dysfunction in men: A preliminary open trial, 2000 and **Completed.** Protocol # 29060/731.

PRINCIPAL INVESTIGATOR – **SmithKline Beecham Laboratories** – A twelve week, double-blind, placebo controlled, parallel group study to assess the efficacy and tolerability of Paroxetine in patients suffering from post-traumatic stress disorder (PTSD). 1999 and **Completed.** Protocol # 29060/648.

PRINCIPAL INVESTIGATOR – **Smithkline Beecham Pharmaceuticals** – A randomized, double-blind, placebo-controlled, fixed dosage trial to evaluate the efficacy and tolerability of 20 and 40 mg/day Paroxetine in patients with generalized anxiety disorder in adults, 1999 **Completed.** Protocol # 29060/641.

PRINCIPAL INVESTIGATOR – **Smithkline Beecham Pharmaceuticals** – A double-blind, placebo controlled, flexible dose trial to evaluate the efficacy of modified release Paroxetine in the treatment of patients with panic disorder – October 1996 and **Completed.** Protocol # 29060-495.

PRINCIPAL INVESTIGATOR – **Solvay Pharmaceuticals**– A multi-center, double-blind, randomized, parallel group study of the efficacy and safety of a flexible dose regimen of Fluvoxamine CR versus placebo in outpatients with obsessive-compulsive disorder. 1999. **Completed.** Protocol # S1143103.

PRINCIPAL INVESTIGATOR – **Solvay Pharmaceuticals** – A multi-center, open-label extension study of the safety of a flexible dose regimen of Fluvoxamine CR in outpatients with obsessive-compulsive disorder. 1999. **Completed.** Protocol # S1143104.

PRINCIPAL INVESTIGATOR – **Solvay Pharmaceuticals** – A twelve-week, randomized, double-blind, placebo controlled, flexible dose study of Fluvoxamine CR in the treatment of generalized social anxiety disorder. 1999. **Completed.** Protocol # S1143107.

CO-INVESTIGATOR with Jonathan R. T. Davidson – **Solvay Pharmaceuticals** - A comparison study of Flesinoxan vs. Buspirone vs. placebo in the treatment of generalized anxiety disorder – 1995, **Completed.** Protocol # 128-2-07.

PRINCIPAL INVESTIGATOR – **Synaptic Pharmaceutical Corporation/ Lundbeck** – A Multi-Center, Double-Blind, Placebo-Controlled, Phase II, Two-Arm, Safety and Efficacy Trial of SNAP 37889 for Treatment of Outpatients with Major Depression. Protocol No. SNAP-0201. 2002. **Ongoing.**

PRINCIPAL INVESTIGATOR – **TAP Pharmaceuticals** - Phase II multi-center, randomized comparison of TAK-637 versus Placebo in the treatment of subjects with major depressive disorder, 2000. **Completed.** Protocol # TAK-637-99-301.

16

CONFIDENTIAL
AZSER12778022

BEST COPY AVAILABLE

PRINCIPAL INVESTIGATOR – **UCB Pharma** - A Double-Blind, Randomized, Multicenter, Parallel-Group, Placebo-Controlled, Maximum 134 Day, Add-on Study of the Efficacy and Safety of Flexible Dosing of Oral Levetiracetam (500 mg Tablets/Target Dose of 3000 mg/day) in the Treatment of Adult Subjects With Rapid or Ultra-Rapid Cycling Bipolar Disorder. Protocol N01012 . 2002. **Completed.**

CO-INVESTIGATOR – **Upjohn/Solvay Pharmaceuticals -** An open-label pilot study of Fluvoxamine in the treatment of patients with posttraumatic stress disorder – 1995. **Completed.** Protocol # 114-8-25.

PRINCIPAL INVESTIGATOR – **Upjohn Pharmaceuticals** - Short and long-term discontinuation of Alprazolam in the treatment of panic disorders with agoraphobia – 1992. **Completed.** Protocol # M2000/0474.

PRINCIPAL INVESTIGATOR - **Wyeth-Ayerst** -  An acute and continuation phase study of the comparative efficacy of Venlafaxine ER (Effexor XR) And Fluoxetine (Prozac) in achieving and sustaining remission (Wellness) in patients with recurrent unipolar major depression; followed by a long term randomized, placebo-controlled maintenance treatment study in patients treated initially with Venlafaxine ER. 2002. Protocol # 0600B-100469. **Ongoing.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research** - A double-blind, placebo-controlled, comparative efficacy study of Venlafaxine ER and Sertraline in producing remission in outpatients with major depressive disorder, 2000. Protocol # 0600B1-414-US. **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research -** An open-label randomized assessment of the efficacy and tolerability of Venlafaxine extended release in Serotonin-Selective Reuptake Inhibitor (SSRI)-Failure patients with major depression,  2000 in progress. Protocol # 0600B1-915. **Completed.**

PRINCIPAL INVESTIGATOR - **Wyeth-Ayerst** -  A double-blind, placebo-controlled study of a flexible dose of Venlafaxine ER in adult outpatients with social anxiety disorder.  Protocol # 0600B4-393-US. 2000. **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research -** Double-blind, placebo-controlled study of Venlafaxine ER in children and adolescents with major depressive disorder . Protocol 0600B1-394-US. **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research -** Open label long-term safety study of Venlafaxine ER in children and adolescents with major depressive disorder, 2000. Protocol # 0600B1-395-US. **Completed.**

CONFIDENTIAL
AZSER12778023

BEST COPY AVAILABLE

PRINCIPAL INVESTIGATOR - **Wyeth-Ayerst**: - double-blind, placebo controlled study of Venlafaxine ER in children and adolescents with generalized anxiety disorder. Protocol 0600B2-397-US: **Completed.** 2000.

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research** - A double-blind, placebo-controlled, parallel-group, flexible-dose study of Venlafaxine ER in adolescent outpatients with social anxiety disorder, 2000. Protocol # 0600B4-389-US. **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research** - A double-blind study, placebo-controlled study of a flexible dose of Venlafaxine ER in adult outpatients with generalized anxiety disorder, 2000. **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research** - Protocol 0600B2-396-US: Double-blind, placebo-controlled study of Venlafaxine ER in children and adolescents with generalized anxiety disorder. **Completed.** 2000.

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research** - A double-blind, placebo-controlled, comparative study of an extended release formulation of Venlafaxine and Imipramine on the time onset of antidepressant response in patients with severe major depression. **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research** – A double-blind, placebo-controlled study of Venlafaxine ER in children and adolescents with major depression. 1999. **Completed.** Protocol 0600B1-382-US.

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research** - Venlafaxine-ER in the treatment of adult patients with generalized anxiety disorder – 1995. **Completed.** Protocol # 0600-B-210-US.

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research** – A randomized double-blind, placebo-controlled, parallel-group, safety, tolerance and efficacy study of 10 and 20 mg Zaleplon in adult out-patients with insomnia. 1995. **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research** - A phase III, 14 day, multi-center, randomized, double-blind, comparative, placebo-controlled, parallel group, safety, tolerance, and efficacy study of 5 mg and 10 mg of CL 284,846 ( Zaleplon), compared with 5 mg of Zolpidem in elderly patients with insomnia, with a 12 month open-label extension phase. Protocol # W-AR897A1-306-US (formerly ACY D79-22). 1995. **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research** - Venlafaxine-ER in the treatment of adult patients with major depressive illness, 1994. **Completed.** Protocol # 0600-B-209-US.

18

CONFIDENTIAL
AZSER12778024

BEST COPY AVAILABLE

CO-INVESTIGATOR with Dr. Arthur Prange in two studies assessing thyroid function in generalized anxiety disorder and major depression and its effect on treatment outcome, University of North Carolina at Chapel Hill 1989. **Completed.**

CO-INVESTIGATOR with Dr. Charles Nemeroff and Dr. K. Ranga Krishnan in two studies assessing CRF and neurotransmitter receptor sites in generalized anxiety disorder and major depression, Duke University Medical Center, Durham, North Carolina, 1989. **Completed.**

**Hospital Corporation of America** GRANT to evaluate the applicability of evoked potentials and computer enhancement of EEG in psychiatric hospitals.   1989, **Completed.**

## OFFICES HELD AND HONORS AWARDED

Chairman: University of North Carolina Psychiatry  Department Board of Visitors 2002

University of North Carolina, Chapel Hill Psychiatry Department/ Board of Visitors 2000 and continuing.

Outstanding Teacher Award, University of North Carolina, Department of Psychiatry, Chapel Hill, North Carolina, 1982.

Best Doctors. Information When It Matters Most Award 2002

"America's Top Psychiatrists" Award, Consumers' Research Council of America, 2002-2003.

National Depressive and Manic-Depressive Board of Scientific Advisors

President, Medical staff – Holly Hill Hospital, Raleigh, North Carolina, 1986-1987.

Chairman, Department of Psychiatry – Wake Medical Center, Raleigh, North Carolina, 1986-1987.

Vice-President, Medical Staff – Holly Hill Hospital, Raleigh, North Carolina,  1984.

Secretary, Medical Staff – Holly Hill Hospital, Raleigh, North Carolina, 1984.

Secretary, Raleigh Academy of Psychiatry, 1982-1983.

Secretary Treasurer/ Wake Medical Staff Foundation

Member, Wake Medical Staff Foundation Board of Directors, 1986 – present.

CONFIDENTIAL
AZSER12778025

BEST COPY AVAILABLE

Member, Medical Executive Committee, Holly Hill Hospital, 1981-1989.

Member, Scientific Board of Advisors, North Carolina Depressive and Manic-Depressive Association, 1994 –present.

Member, Medical Executive Committee, Wake Medical Center, 1986-1987.

Member, International Who's Who in Medicine.

Member, Triangle Area Who's Who in Medicine

## PRESENTATIONS AND WORKSHOPS

1977- Present – Presented approximately 1000 invited lectures, grand rounds, and case conferences, nationally and internationally. Lectures include discussion on bipolar disorders, major depressive episodes, anxiety disorders, genetics of psychiatric disorders, sleep disorders, attention deficit disorders, smoking cessation, psychosis, and managed care, with emphasis on pharmacotherapy, diagnosis and treatment. Other topics include psychotherapy for borderline personality disorders, cognitive therapy, research updates, and environmental public health issues. Numerous local and national public radio and television appearances for discussion of depressive and anxiety disorder, pharmacotherapy, and environmental medicine.

**National Speakers Bureau** – Glaxo SmithKline, Bristol Myers Squibb Pharmaceuticals, Pfizer Pharmaceuticals, Abbott Laboratories, Organon Pharmaceuticals, Solvay Pharmaceuticals, Eli Lilly and Company, Wyeth Ayerst, Forest Laboratories, Shire, Astra Zeneca.

**Scientific and/ or Marketing Consultant**– Consulting or training for researchers, pharmaceutical representatives, and marketing departments – Glaxo SmithKline, Burroughs Wellcome Company, Upjohn Pharmaceuticals, Wyeth Ayerst Research, Bristol Myers Squibb, Smith Kline Beecham Pharmaceuticals, Eli Lilly and Company, Organon, Glaxo Wellcome Pharmaceuticals, Cephalon, Pfizer, Solvay, Sanofi, and Shire.

## PUBLICATIONS

2002   "Mirtazapine vs Placebo in Posttraumatic Stress Disorder: A Pilot Trial". Jonathan R. T. Davidson, Richard H Weisler, Marian I Butterfield, Charles D. Casat, Kathryn M Connor, Stewart Barnett, and Susan Van Meter. **Biological Psychiatry** Accepted 4/3/2002

2002   "A Comparison of the Safety, Efficacy, and Tolerability of Divalproex Sodium and Olanzapine in the Treatment of Bipolar Disorder". J Zajecka, Richard Weisler, KW Sommerville, G Sachs, A Swann, P Wozniak. **Journal Clinical Psychiatry** 2002;63:1148-1155

20

CONFIDENTIAL
AZSER12778026

BEST COPY AVAILABLE

2002    "Efficacy of Olanzapine in Combination With Valproate or Lithium in the Treatment of Mania in Patients Partially Nonresponsive to Valproate or Lithium Monotherapy". Tohen, et al for HGFU Study Group. **Archives of General Psychiatry,** Vol. 59, January 2002 p. 62-69.

2002    "Investigation of Notch3 as a Candidate Gene for Bipolar Disorder Using Brain Hyperintensities as an Endophenotype". Co-authored with EP Ahearn, MC Speer, YT Chen, DC Steffens, F Cassidy, S VanMeter, JM Provenzale, KR Krishnan. **American Journal Medical Genetics,** 2002 August 8;114(6)652-8.

2002    "Sertraline Treatment of Major Depression in Patients with Acute MI or Unstable Angina". AH Glassman, CM O'Connor, RM Califf, K Swedberg, P Schwartz, JT Bigger, Jr., KRR Krishnan, LT Van Zyl, JR Swenson, MS Finkel, C Lauden, PA Shapiro, CJ Pepine, J Mardekian, WM Harrison for the Sertraline Antidepressant Heart Attack Randomized Trial (SADHART) Group/Investigators. **JAMA.** August 2002 .

2002    "Rapid Onset of Antidepressant Activity With Venlafaxine". Richard Weisler, Susan Van Meter. **Journal of Clinical Psychiatry.** 2002 June 63(6):534-5

2002    "St. John's Wort (Hypericum perforatum) for the Treatment of Major Depression.", JAMA 4/2002.

2001    "Multi-Center, Double-blind Comparison of Sertraline and Placebo in the Treatment of Posttraumatic Stress Disorder". Written in collaboration JRT Davidson, BO Rothman, BA Van der Kolk, CR Sikes, GM Farfel. 2001 issue of **Archives General Psychiatry.** 2001;58:485-492.

2001    "MRI Correlates of Suicide Attempt History in Unipolar Depression". Co-authored EP Ahearn, KR Jamison, DC Steffens, F Cassidy, JM Provenzale, A Lehman, BJ Carroll, KR Krishnan. **Biological Psychiatry.** 2001 Aug. 15;50(4) 266-70.

2001    "Dimensions of Self-Rated Mood in Depressed, Manic, and Normal Subjects". Co-authored with Ahearn EP, Cassidy F, Kelley L, Carroll BJ. **Comprehensive Psychiatry.** 2001 May-June;42(3): 196-201.

2000    "Dr. Ahearn and Colleagues Reply". Written in collaboration with Ahearn EP, Steffens DC, Cassidy F, Van Meter S, Provenzale JM, Krishnan KR. **American Journal of Psychiatry.** 2000 Feb;157(2):307.

2000    "Potential Neurostabilizing Effects of Donepezil's in Patients with Alzheimer's Disease: Measurement of N-acetylaspartate Levels Using Proton Magnetic Resonance Spectroscopy in a Randomized, Placebo-Controlled Trial" . Written in collaboration with K. R. Krishnan, P. M. Doraiswamy, J. Mintzer, Xin Yu, C.

21

CONFIDENTIAL
AZSER12778027

BEST COPY AVAILABLE

Perdomo, J. R. Leni, S. Rogers. Paper submitted to **American Journal of Psychiatry.**

2000   "Behavior Therapy for Obsessive-Compulsive Disorder Guided by a Computer or by a Clinician Compared with Relaxation as a Control". Collaboration with JH Greist, IM Marks, L. Baer, KA Kobak, KW Wenzel, MJ Hirsch, JM Mantle. submitted

2000   "Randomized, Placebo-Controlled 12-Month Trial of Divalproex and Lithium in Treatment of Outpatients With Bipolar I Disorder". Written by CL Bowden, JR Calabrese, SL McElroy, L Gyulai, A Wassef, F Petty, HG Pope, Jr., J C Chou, PE Keck, Jr., LJ Rhodes, AC Swann, RMA Hirschfeld, PJ Woniak and coauthored with other members of the Divalproex Maintenance Study Group. May 2000 issue of **Archives General Psychiatry**, 2000;57: 481-489.

2000   "Efficacy of Olanzapine in Acute Bipolar Mania" – A Double-blind, Placebo-Controlled Study. M Tohen, TG Jacobs, SL Grundy, SL McElroy, MC Banov, PG Janicak, T Sanger, R Risser, F Zang, for HGGW Study Group. **Archives General Psychiatry**. 2000;57:841-849.

2000   "Psychometric Properties of the Social Phobia Inventory (SPIN)": A New Self-Rating Scale. **The British Journal of Psychiatry**, London, United Kingdom. Co-authored with Kathryn Connor, M.D, Jonathan Davidson, M.D. Andrew Sherwood, Ph.D., Erik Churchhill, Andrew Sherwood, Edna Foa, Atul Pande, Brinda Wita, and Larry Tupler, April 2000, 176 p379-86.

1999   "A Pilot Study of Mirtazapine in Post traumatic Stress Disorder". (United States) January 1999, issue of **International Clinical Psychopharmacology** 14 (1) p29-31. Co-authored with KM Connor, JT Davidson, EP Ahearn.

1999   "Zaleplon, A Novel Nonbenzodine Hypnotic, Effectively Treats Insomnia in Elderly Patients Without Causing Rebound Effects". Written in collaboration with Sonia Ancoli-Israel, Ph.D., James K. Walsh, Ph.D., Richard M. Mangano, Ph.D., and Masamoto Fujimori, M.D., for the Zaleplon Clinical Study Group. **The Primary Care Companion to The Journal of Clinical Psychiatry**, Vol. 1, No. 4, pp. 114-120, August 1999.

1999   "Safety Profile of Sustained-Release Bupropion in Depression: Results of Three Clinical Trials. EC Settle, SM Stahl, SR Batey, JA Johnston, JA Ascher for study group. **Clinical Therapy**. March 1999, 21 (3): p454-63.

1999   "Treatment of Social Phobia with Gabapentin: Placebo-Controlled Study" Atul C. Pande, MD, Jonathan R. T. Davidson, MD, James W. Jefferson, Md, Carol Janey, MS, David Katzelnick, MD, Richard H. Weisler, Md John Greist, MD, and Suzanne M. Sutherland, MD, **Journal of Clinical Psychopharmacology.** Aug 1999, 19 (4) p341-8.

22

CONFIDENTIAL
AZSER12778028

BEST COPY AVAILABLE

1999   "Social Phobia: Issues in Assessment and Management" **Epilepsia** Vol. 40, Suppl. 6(S)60-5, 1999. Kathryn M. Conner, M.D., Jonathan R. T. Davidson, M.D., Suzanne Sutherland, M.D Richard Weisler, M.D..

1999   "Nefazodone in Post-Traumatic Stress Disorder: Results from Six Open-Label Trials". R. Hidalgo, M. A. Hertzberg, T. Mellman, R H Weisler, F. Petty, P. Tucker, S. Zisook, S. Chen, E. Churchill, and J. Davidson. Lippincott, Williams, & Wilkins Publishers. – **International Clinical Psychopharmacology**, Vol. 14., No. 2, 61-8. March 1999.

1999   "A Double-Blind Placebo-Controlled Study of Lamotrigine Monotherapy in Outpatients with Bipolar I Depression " J.R. Calabrese, M.D; C. L. Bowden, M.D.; G. S. Sachs M.D.; J. A. Ascher, M.D.; E. Monaghan; G. D.; Rudd; MS PharmD for the Lamictal 602 Study Group. **Journal Clinical Psychiatry** 1999;60:79-88.

1999   "Alternative Therapy Use by Psychiatric Outpatients" – Research report for publication in the **Journal of Nervous and Mental Disease**, Vol. 187, No. 11. p692-95. 1999. Written by Patricia R. Knaudt, M.D., Kathryn M. Connor, M.D., L. Eric Churchill, M.S., Richard H. Weisler M.D., Jonathan R. T. Davidson, M.D.

1998   "Fluvoxamine in Civilians with Post Traumatic Stress Disorder". Jonathan R. T. Davidson, M.D., Mary Malik, Ph.D., Larry A. Tupler, Ph.D., Richard H. Weisler M.D. **Journal of Clinical Psychopharmacology** (United States), Vol. 18 (1) p93-5, February 1998.

1998   "Familial Leukoencephalopathy in Bipolar Disorder" – **American Journal of Psychiatry** (United States) 155 (11) p1605-7, November 1998. Eileen P. Ahearn, M.D., Ph.D., David C. Steffens, M.D., Richard H. Weisler M.D., Frederick Cassidy, M.D., Susan A. Van Meter, M.D., James M. Provenzale, M.D., Michael F. Seldin, M.D., Ph.D., and K. Ranga Rama Krishnan.

1998   "Treatment of Post Traumatic Stress Disorder with Nefazodone", **International Clinical Psychopharmacology (England), May 1998, 13 (3) p111-3** – Jonathan R. Davidson M.D., Mary Malik, Ph.D., Kathryn M. Connor, M.D, Richard H Weisler M.D.

1998   Draft manuscript of the Physostigmine Study 1028 – "A 24-Week Randomized Trial of Controlled-Release Physostigmine in Alzheimer's Disease" with Dr. Leon J. Thal and the Physostigmine Study Group.

1998,   "Outcome Update:  A Comparative Cost-Effectiveness Study of Depakote and Usual Care Versus Lithium and Usual Care in the Treatment of Bipolar Disorder (Abbott Study M93-111)".  DA Revicki, RM Hirschfeld, PE Keck, RH Weisler EP Ahearn.

23

CONFIDENTIAL
AZSER12778029

BEST COPY AVAILABLE

1998    "Sertraline in the Treatment of Panic Disorder " – A Flexible-Dose Multicenter
        Trial.  M Pollack, MW Otto, JJ Worthington, GG Manfro, R Wolkow, for study
        prinicipal investigators. **Archives General Psychiatry**. 1998;55:1010-1016.

1997    "Adjunctive Use of Olanzapine in Mood disorders: 5 Case Reports" Richard H.
        Weisler M.D., Eileen P. Ahearn, M.D., Ph.D., Jonathan R. T. Davidson, M.D.,
        and Charles D. Wallace, M.D. **Annals of Clinical Psychiatry** (United States).
        Dec1997, 9 (4) p259-62.

1997    "Efficacy and Tolerability of Once-Daily Venlafaxine Extended Release (XR)
        in Outpatients with Major Depression – **Journal of Clinical Psychiatry**, 58:9,
        September 1997. Michael Thase for the Venlafaxine XR 209 Study Group.

1997    "Fluoxetine Treatment of Patients With Major Depressive Disorder Who Failed
        Initial  Treatment With Sertraline". Co-authored by Michael E. Thase, M.D.,
        Sharon Blomgren, M.D., Martin A. Birkett, Jerry T. Apter, M.D., Rosalinda G.
        Tepner. **Journal of Clinical Psychiatry** 1997; 58:16-21.

1996    "Understanding and Treating Mania and Depression in Bipolar Disorder" Case
        Study, Mustafa Husain, MD, and Richard Weisler, MD
        **Primary Psychiatry**, June 1996; 21-25.

1995    "Economic Evaluation of Drug Treatment for Psychiatric Disorders:  The New
        Clinical Trial Protocol" Co-authored with GA Zarkin, HG Grabowski, J
        Mauskopf and HA Bannerman. **Psychopharmacology: The Fourth Generation
        of Progress 1995**, p1897-1905. Book Chapter

1994    "Comparison of Bupropion and Trazodone for the Treatment of Major
        Depression":  **Journal of Clinical Psychopharmacology,** June 1994, 14 (3)
        p170-9. Coauthored with JA Johnston, CG Lineberry, B Samara, RJ Branconnier,
        AA Billow.

1994    "Efficacy of Buspirone in Generalized Anxiety Disorder with Co-existing
        Depressive Symptoms": **Journal of Clinical Psychiatry**, (United States) July
        **1996** 57 (7) p287-91. Co-authored with JJ Sramek, M Tansman, A Suri, M
        Hornig-Rohan, JD Amsterdam, Stahl.

1992    "Treatment Strategies for Lithium-Resistant Bipolar Depression", Richard H
        Weisler MD; **Journal of Clinical Psychiatry Monograph,** May 1992 10 (1) p27-
        32.

1991    "A 102-Center Prospective Study of Seizure in Association with Bupropion".
        Collaboration with JA Johnston, CG Lineberry, JA Ascher, J Davidson, MA
        Khayrallah, JP Feighner, P. Stark, Burroughs. Burroughs Wellcome Company.
        **The Journal of Clinical Psychiatry,** Nov 1991, 52 (11): 450-6.

24

CONFIDENTIAL
AZSER12778030

1991    "Roundtable Discussion Comparing Currently Available Antidepressants and an Ideal Antidepressant, **The Journal of Clinical Psychiatry Evolving Standards of Antidepressant Therapy-Monograph Series**: May, 1991, Vol. 9, No. 1.

1991    "A Profile of Bupropion: A Nonserotonergic Alternative, Richard H Weisler MD; **The Journal of Clinical Psychiatry Monograph Series**: May, 1991, Vol. . 9, No. 1."

1990    "A Fixed Dose (300 mg) Efficacy Study of Bupropion and Placebo in Depressed Outpatients. Co-authored with CG Lineberry, JA Johnston, RN Raymond, JS Carman, WF Boyer, Burroughs Wellcome Company. The **Journal of Clinical Psychopharmacology**, May 1990, 51 (5) p194-9.

1972    Honors Thesis – Tulane University, "Role Relevant Skills Variable as a Predictor of Hypnotic Susceptibility" Richard H. Weisler.

## POSTERS

2003    POSTER: Adderall XR Adult ll XR Adult ADHD- Safety and Efficacy at the American Psychiatric Association. Accepted. Weisler, et. al for 387.303 study group.

2003    POSTER: Adderall XR Adult ll XR Adult ADHD- Long-Term Safety and Efficacy of Once-Daily Adderall XR in Adults With ADHD. Research poster submitted at the American Psychiatric Association. Weisler, et al for 387.303 study group.

2002    POSTER: "Tiagabine for Posttraumatic Stress Disorder. JRT. Davidson, RH Weisler, K Abraham, W Zhang. Submitted at the American Psychiatric Association.

2002    POSTER: "Mirtazepine in Posttraumatic Stress Disorder: Results of a Placebo-Controlled Trial". Co-authored KM Connor, JRT Davidson, MI Butterfield, and CD Casat. Poster presented at ECNP 2002.

2002    POSTER: " A Multi-center, Randomized, Double-Blind, Placebo-Controlled Trial of Extended Release Carbamazepine Capsules (Carbatrol) Monotherapy in Patients with Manic or Mixed Bipolar Disorder. Poster presented at the North Carolina American Epilepsy Meeting, December 9, 2002.

2000    POSTER: "MRI Correlates of Suicide Attempt History in Unipolar Depression". Co-authored EP Ahearn, KR Jamison, DC Steffens, F Cassidy, JM Provenzale, A Lehman, BJ Carroll, KR Krishnan.

2000    POSTER: "Investigation of Notch3 as a Candidate Gene for Bipolar Disorder Using Brain Hyperintensities as an Endophenotype". Co-authored with EP

25

CONFIDENTIAL
AZSER12778031

Ahearn, MC Speer, YT Chen, DC Steffens, F Cassidy, S VanMeter, JM Provenzale, KR Krishnan. ACNP.

2000    POSTER: "A Comparison of the Safety and Efficacy of Divalproex Sodium and Olanzapine in the Treatment of Bipolar Disorder". Coauthored J Zajecka, J Davidson, KW Sommerville, G Sachs, A Swann, P Wozniak. ACNP Meeting.

1999    POSTER:  Donepezil's effect on N-acetyl aspartate levels of patients with Alzheimer's disease using proton magnetic resonance spectroscopy. K Ranga Rama Krishnan, H Cecil Charles, P Murali Doraiswamy Jacob Mintzer, Richard Weisler, Xin Yu, Carlos Perdomo, John R Ieni, Sharon Rogers; Presented at ISMRM 1999.

1999    POSTER:  Donepezil's effect on N-acetyl aspartate levels of patients with Alzheimer's disease using proton magnetic resonance spectroscopy. K Ranga Rama Krishnan, H Cecil Charles, P Murali Doraiswamy Jacob Mintzer, Richard Weisler, Xin Yu, Carlos Perdomo, John R Ieni, Sharon Rogers; Presented at Brain.

1999    POSTER: "Pregabalin, A Novel Agent in the Treatment of Generalized Anxiety Disorder: A Placebo-Controlled Trial" ACNP Meeting Poster 2000. Co-authored wit AC Pande, J Crockatt, DE Feltner, CA Janney, WT Smith, PD Londborg, RJ Bielski, DL Zimbroff, JT Davidson, ML Dumaw.

1999    POSTER: "Improved Antipsychotic Effect of Divalproex Combined with Risperidone or Olanzapine for Schizophrenia". Written by DE Casey, D Daniel, K. Tracy, P Wozniak, K Summerville and coauthored with other participating investigators. ACNP.

1999    POSTER -"A Pilot Study of Mirtazapine in Post traumatic Stress Disorder". Jonathan Davidson, Kathy Connors, and Richard Weisler

1999    POSTER ABSTRACT:  "Cost Effectiveness Evaluation of Divalproex vs. Lithium in the Treatment of Bipolar Disorder". New Research Program and Abstracts of 152nd Annual Meeting of American Psychiatric Association 5/20/99 Washington, D.C.  Abstract NR 686:262-263. Hirshfield RMA, Weisler RH, Keck PEJ, et al.

1998    POSTER ABSTRACT: "Cost Effectiveness of Divalproex Sodium vs. Lithium in Long-Term Therapy for Bipolar Disorder".  Revici, Hirschfield, Keck, Sommerville, Ahearn, and Richard Weisler Presented at ACNP 1998 Annual Meeting.

1998    POSTER ABSTRACT: " Lamotrigine: Evidence for Antidepressant Activity in Bipolar Disorder". Richard Weisler with J Apter, J Downs, D Goldstein, I Kolin, B. Lydiard, S McElroy, D Rudd, T. Shiovitz, T Suppes, H Udelman, C Zarate. ACNP.

26

907

CONFIDENTIAL
AZSER12778032

BEST COPY AVAILABLE

1997   Presented at the American Psychiatric Association: "Efficacy of Once-Daily Venlafaxine Extended Release (XR) for Symptoms of Anxiety in Depressed Outpatients " Written by John Feighner, M.D. for study principal investigators

1997   POSTER: "Double-Blind Comparison of Sertraline and Placebo in Patients with Post Traumatic Stress Disorder (PTSD)" – Co-authored with Jonathan Davidson, M.D., Peter Londborg, Teri Pearlstein, Carolyn Sikes, Gail Farfel. Presented in December 1997 at the American College of Neuropharmacology Meeting, Kanuela, Hawaii.

1997   North Carolina Depressive and Manic-Depressive Association – Brochure for Teens about Depressive Illness entitled "Sometimes It Isn't Easy" Abstract, ACNP.

1997   POSTER: "A Placebo-Controlled Study of Gabapentin in Social Phobia" – Paper co-authored with Atul Pande, Jonathan Davidson, J. Greist, J. Jefferson, S. Sutherland Paper. Results of this trial were published in the Journal of Clinical Psychopharmacology. ACNP.

1996   Managed Care Article in Psychiatric Times.

1996   POSTER: " Use of Venlafaxine in Generalized Anxiety". Study Group, ACNP

1996   POSTER: "Venlafaxine XR for Use in Major Depressive Episodes". Study Group, ACNP

1996   POSTER: "Pilot Study of Fluoxamine in PTSD", Richard Weisler and Jonathan Davidson – NCDEU.

1994   POSTER: "Use of Lamotrigine in the Treatment of Bipolar Disorder": New Psychiatric Research, Presented at the Annual Meeting for the American Psychiatric Association held in Philadelphia, Pennsylvania in May, 1994. Initial report of Lamotrigine use in Bipolar Disorder.
APA New Research Program. Abstract 1994 NR 6111:206. Weisler RH, Risner ME, Ascher JA, Hauser TL.

27

CONFIDENTIAL
AZSER12778033

BEST COPY AVAILABLE

## North Carolina Medical Board Physician Details



### Information as of
### 2/4/2004

| | |
|---|---|
| Dr. Richard Harry Weisler<br>700 SPRING FOREST RD STE 125<br>RALEIGH, NC 27609-9124 | Birthdate: REDACT<br>Annual Renewal Date: 01/30/2005<br>Public File: No |

| School Name | Graduation Year | Specialty |
|---|---|---|
| Unc-Ch | 1976 | P - Psychiatry |
| Nc Memorial | 1977 | |
| Nc Memorial | 1980 | |

| Status | License Number | License Type | License SubCategory | Issue Date | Expiration Date |
|---|---|---|---|---|---|
| ACTIVE | 0000-21381 | MD | Full and Unrestricted | 12/09/1976 | None |

| Supervisors | Status | Approved Date | Inactive Date |
|---|---|---|---|
| | | | |

CONFIDENTIAL
AZSER12778034

BEST COPY AVAILABLE

D1447C00127: 0068

# Curriculum Vitae

## Patricia Suppes, M.D., Ph.D.

## BIOGRAPHICAL AND PERSONAL INFORMATION

Place of Birth:                                            REDACTED

Nationality:

## ACADEMIC BACKGROUND

Stanford University, Stanford, California            09/69 – 06/73
      B.A., Human Biology

University of California, Los Angeles, California     09/74 – 12/80
      Ph.D., Department of Anatomy

Dartmouth Medical School, Hanover, New Hampshire     08/83 – 06/87
      Medical Degree Program

## CERTIFICATION

National Board of Medical Examiners
July, 1988

American Board of Psychiatry and Neurology
November, 1992

Massachusetts State Board of Medical Examiners
Currently Inactive

Texas State Board of Medical Examiners
J2813
Current

Drug Enforcement Administration
United States Department of Justice
BS0900767
Current

## PROFESSIONAL EXPERIENCE

910

CONFIDENTIAL
AZSER12778035

BEST COPY AVAILABLE

Trisha Suppes, M.D., Ph.D.
Page 2 of 2

## **Appointments Held**

| | |
|---|---|
| 01/71 – 06/71 & 01/72 – 06/73 | Undergraduate Research Assistant, Dr. Donald Kennedy's Laboratory, Department of Biology, Stanford University |
| 09/73 – 06/74 | Research Assistant, Institute for Mathematical Studies in the Social Sciences, Stanford University |
| 09/74 – 12/80 | Graduate Student, Department of Anatomy, University of California, Los Angeles |
| 09/77 – 12/80 | Doctoral Candidate, Dr. Paul O'Lague's laboratory, Department of Biology, University of California, Los Angeles |
| 06/81 – 08/83 | Postdoctoral Fellow, Dr. David Prince's laboratory, Department of Neurology, Stanford University School of Medicine, Stanford, California |
| 07/84 – 08/84 | Research Associate, Neurochemical Pharmacology Unit of Medical Research at Addenbrooke's Hospital, Cambridge, England |
| 07/87 – 06/91 | Resident in Adult Psychiatry, McLean Hospital, Belmont, MA |
| 07/87 – 06/92 | Clinical Fellow in Psychiatry, Harvard Medical School, Boston, MA |
| 07/90 – 06/91 | Research Associate, Dr. Paul Rosenberg, Department of Neurology, Children's Hospital, Boston, MA |
| 7/90 – 06/92 | Neuroscience Fellow, Department of Psychiatry, Harvard Medical School and McLean Hospital, Belmont, MA |
| 07/92 – 10/94 | Medical Director, Mental Health Mental Retardation Day Treatment Center, Dallas, Texas |
| 07/92 – 08/98 | Assistant Professor, Department of Psychiatry, UT Southwestern Medical Center, Dallas, Texas |
| 10/97 – 06/00 | Director, Bipolar Disorder Module, Texas Medication Algorithm Project (TMAP) |
| 07/00 – 08/03 | Director, Bipolar Disorder Module, Texas Implementation of Medication Algorithms (TIMA) |
| 10/00 – 09/02 | Project Director, Systematic Treatment Enhancement Program for Bipolar Disorder (STEP-BD) Women's Studies, NIMH Contract |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778036

BEST COPY AVAILABLE

Trisha Suppes, M.D., Ph.D.
Page 3 of 3

| | |
|---|---|
| 04/96 – ongoing | Director, Bipolar Disorder Research Program, Department of Psychiatry, UT Southwestern Medical Center, 5323 Harry Hines Boulevard, Dallas, Texas, 75390-9121 |
| 09/98 – ongoing | Associate Professor, Department of Psychiatry, UT Southwestern Medical Center, 5323 Harry Hines Boulevard, Dallas, Texas, 75390-9121 |

## Appointments Held – Committee

| | |
|---|---|
| 09/77 – 06/78 | Mental Health Training Program Executive Committee, Graduate Student Representative, Brain Research Institute, University of California, Los Angeles |
| 08/85 – 08/86 | Committee on Graduate Housing, Dartmouth College, Student Representative for Dartmouth Medical School, Hanover |
| 07/88 – 06/89 | Committee on Emergency Medical Care, McLean Hospital, Resident Representative |
| 07/89 – 06/90 | Treasurer, Resident's Association, McLean Hospital |
| 08/92 – 8/98 | Pharmacy Therapeutics Committee, Dallas County Mental Health Mental Retardation Department |
| 08/93 – 08/94 | Membership Committee for the Society of Biological Psychiatry |
| 08/94 – 08/95 | Co-chair, Membership Committee, Society of Biological Psychiatry |
| 08/94 – 09/00 | Research Committee, Department of Psychiatry, UT Southwestern Medical Center, Dallas, TX |
| 08/95 – 08/96 | Chair, Membership Committee, Society of Biological Psychiatry |
| 08/97 – 08/99 | Member, Committee to Revise DSM-IV Mood Disorders, American Psychiatric Association |
| 08/97 – 2003 | Member, Committee on Research on Psychiatric Treatments, Council on Research, American Psychiatric Association (CCRPT) |
| 07/98 – 7/99 | American Psychiatric Association, Committee on Psychiatric Knowledge and Skills Assessment Program (PKSAP) |

Last Revised 5.26.2004

912

CONFIDENTIAL
AZSER12778037

BEST COPY AVAILABLE

| | |
|---|---|
| 01/00-12/00 | Committee Chair, Update on Texas Medication Algorithms, Dallas, Texas |
| 10/98 – 2001 | Executive Committee, Scientific Advisory Board, National Depressive and Manic-Depressive Association (DMDA) |
| 9/00 – 2001 | Bipolar Educational Awareness Material (BEAM) 4th & 5th Initiative Educational Panel, Janssen Pharmaceutica Research Foundation |
| 01/01 – 09/01 | Participant, Pharmacological and Somatic Treatment Development Workgroup, Molecular and Cellular Neuroscience Research Division, National Institute of Mental Health (NIMH) |
| 12/00 – 12/01 | Member, Task Force on Defining Response and Remission for Major Psychiatric Disorders, American College Neuropsychopharmacology (ACNP) |
| 04/03 – 04/03 | Chair Bipolar Section on Co-Occurring Disorders, COMAP: the Consensus Conference, Dallas, Texas |
| 08/94 – Ongoing | Scientific Advisory Board (SAB), National Depressive and Manic-Depressive Association (DMDA) |
| 10/00 – Ongoing | Member, Committee on Practice Guidelines for the Treatment of Patients with Bipolar Disorder, American Psychiatric Association |
| 12/00 – Ongoing | Member, NIMH Advisory Council on STEP-BD Women Studies |
| 05/04 – Ongoing | Committee Chair, Updates on Texas Medication Algorithms, Dallas, Texas |

**Awards**

| | |
|---|---|
| 09/74 –08/78 | Appointed to the Mental Health Training Program, Brain Research Institute, University of California, Los Angeles |
| 06/80 – 12/80 | Chancellor's Patent Fund Grant, University of California, Los Angeles |
| 06/81 – 06/83 | McCormick Fellowship, Stanford University School of Medicine, Stanford |
| 07/84 – 08/84 | Summer Research Fellowship, Scottish Rite Foundation for Schizophrenic Research at Addenbrooke's Hospital, Cambridge, England |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778038

BEST COPY AVAILABLE

_____

| | |
|---|---|
| 07/90 – 06/92 | Neuroscience Fellowship in Psychiatry, McLean and Massachusetts General Hospitals in the Department of Psychiatry, Harvard Medical School |
| 05/92 | Dista Travel Fellowship Award, Society of Biological Psychiatry |
| 12/92 | Outstanding Team Effort, AMH Contract Services, Dallas County Mental Health and Mental Retardation Center |
| 07/93 – 06/95 | National Alliance for Research on Schizophrenia and Depression (NARSAD) Young Investigator Award |
| 05/94 | Outstanding PGY-III Teacher of the Year Award 1993-94, Department of Psychiatry, UT Southwestern Medical Center |
| 06/94 | McCurley Award – Treatment of Patients with Rapid Cycling Bipolar Disorder |
| 08/94 – 07/96 | NIMH -- Scientist Development Award (1-K2-MH-01221-01) Principal Investigator, August 1994-July 1996 |
| 07/95 – 06/97 | National Alliance for Research on Schizophrenia and Depression (NARSAD) Young Investigator Award |
| 05/95 | Nominated Outstanding PGY-III Teacher of the Year 1994-95, Department of Psychiatry, UT Southwestern Medical Center |
| 1996 | Co-recipient, 1996 Gerald L. Klerman Young Investigator Award, National Depressive and Manic-Depressive Association |
| 05/96 | Outstanding PGY-III Teacher of the Year Award 1995-96, Department of Psychiatry, UT Southwestern Medical Center |
| 05/02 | Nominated for PGY-IV Outstanding Teacher of the Year 2001-02, Department of Psychiatry, UT Southwester Medical Center |
| 05/04 | Nominated for PGY-IV Outstanding Teacher of the Year 2003-2004, Department of Psychiatry, UT Southwestern Medical Center |

**Pharmaceutical Advisory Board**

| | |
|---|---|
| 1999 – 2001 | Bipolar Disorder Advisory Board, Pharmaceutical Research Institute |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778039

BEST COPY AVAILABLE

| 06/98 – ongoing | US Bipolar Advisory Board Committee, Eli Lilly and Company, Indianapolis, IN |
| 1998 – ongoing | Bipolar Disorder Advisory Board, GlaxoSmithKline |
| 1998 – ongoing | Bipolar Disorder Advisory Board, Abbott Laboratories |
| 1998 – ongoing | Bipolar Disorder Advisory Board, Janssen Pharmaceutica Products |
| 1999 – ongoing | Bipolar Disorder and National Advisory Board, Astra Zeneca |
| 2000 – ongoing | Bipolar Advisory Board, Johnson and Johnson Pharmaceutical Research and Development |
| 2000 – ongoing | Bipolar Advisory Board, Novartis Pharmaceuticals |
| 2000 – ongoing | Bipolar Advisory Board, Bristol Meyers Squibb |
| 2001 – ongoing | Geodon Bipolar Disorder Advisory Board, Pfizer US Pharmaceuticals |
| 2002 – ongoing | Bipolar Disorder Advisory Board, UCB Pharmaceutical |

**Editorial Boards**

| 9/99 – 7/00 | Section Editor, Nonschizophrenic Psychotic Disorders, *Current Science* |
| 4/00 – 2001 | Editorial Board Member, *Psychiatric Practice Success* Newsletters |
| 10/00 – ongoing | Editorial Board, *Bipolar Disorders – An International Journal of Psychiatry and Neurosciences* |
| 02-01 – ongoing | Editorial Board, *Clinical Approaches in Bipolar Disorders* Journal |

**Editorial Committee Duties**

| 1993 | Editorial Reviewer, The Medical Letter |
| 1995 | Editorial Reviewer, The Journal of Psychiatric Research |
| 2003 | Editorial Reviewer, Neuro-Psychopharmacology & Biological Psychiatry |
| 1993 – ongoing | Editorial Reviewer, The Journal of Clinical Psychiatry |
| 1993 – ongoing | Editorial Reviewer, Biological Psychiatry |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778040

BEST COPY AVAILABLE

| 1996 – ongoing | Editorial Reviewer, Psychiatric Services |
| 1996 – ongoing | Editorial Reviewer, Neuropsychopharmacology |
| 1996 – ongoing | Editorial Reviewer, Journal of Clinical Psychopharmacology |
| 1998 – ongoing | Editorial Reviewer, Psychological Medicine |
| 1998 – ongoing | Editorial Reviewer, Comprehensive Psychiatry |
| 1999 – ongoing | Editorial Reviewer, Journal of Affective Disorders |
| 1999 – ongoing | Editorial Reviewer, International Clinical Psychopharmacology |
| 1999 – ongoing | Editorial Reviewer, Bipolar Disorders |
| 1999 – ongoing | Editorial Reviewer, American Journal of Psychiatry |
| 2004 – ongoing | Editorial Reviewer, Expert Consensus Guidelines |

**Review Committee Duties**

| 1995 | Scientific Abstract Reviewer, 35th Annual New Clinical Drug Evaluation Unit (NCDEU) |
| 1999 | Reviewer (one of 10 invited experts nationally), National Clinical Treatment Guidelines for Bipolar Disorder, Department of Veterans Affairs |
| 2001 | Reviewer, National Institute of Mental Health Intramural Program |
| 2003 – ongoing | Scientific Abstract Reviewer, 43rd Annual New Clinical Drug Evaluation Unit (NCDEU) |
| 2002-2005 | Secretarial Appointee, Department of Veterans Affairs Medical Research Service Merit Review Subcommittee for Mental Health and Behavioral Science |

**PROFESSIONAL SOCIETY MEMBERSHIPS:**

| 1973 – 1999 | Member, Society of Neuroscience |
| 1986 – 1997 | Member, New York Academy of Science |

Last Revised 5.26.2004

916

CONFIDENTIAL
AZSER12778041

BEST COPY AVAILABLE

Trisha Suppes, M.D., Ph.D.
Page 8 of 8

| | |
|---|---|
| 1997 – 2001 | Associate Member, American College of Neuropsychopharmacology (ACNP) |
| 1996 – 2002 | Member, Texas Society of Psychiatric Physicians |
| 1998 – 2002 | Member, American Medical Association |
| 1984 – present | Member, American Psychiatric Association (APA) |
| 1995 – present | Member, Society of Biological Psychiatry |
| 1998 – present | Member, Dallas County Medical Association |
| 2000 – present | Member, International Society for Affective Disorders |
| 2001 – present | Member, International Society for Bipolar Disorder |
| 2004 – present | Member, Dallas Area Women Psychiatrists |

**Teachings**

| | |
|---|---|
| 09/75 – 03/76 | Gross Anatomy, Department of Anatomy, School of Medicine, University of California, Los Angeles, California |
| 03/76 – 05/76 | Neurology for Medical Students, Department of Anatomy, School of Medicine, University of California, Los Angeles, California |
| 09/76 – 12/76 | Microscopic Anatomy, Department of Anatomy, School of Medicine, University of California, Los Angeles, California |
| 09/77 – 12/77 | Introduction to Neurobiology, Department of Biology, University of California, Los Angeles, California |
| 09/91 – 11/91 | Human Nervous System and Behavior, Harvard Medical School, Boston, Massachusetts |
| 12/92 | PGY-II Clinical Neuroscience Mood Disorders Module: Biology of Mania, UT Southwestern Medical Center, Dallas, Texas |
| 12/93 | Mental Health Mental Retardation Training Session, Schizoaffective Disorders, UT Southwestern Medical Center, Dallas, Texas |
| 06/93 – 06/95 | Introductory Lecture on Psychopharmacology – PGY-II Level – six times per year, UT Southwestern Medical Center, Dallas, Texas |

Last Revised 5.26.2004

917

CONFIDENTIAL
AZSER12778042

BEST COPY AVAILABLE

| | |
|---|---|
| 08/94 | Schizoaffective and Bipolar Mood Disorders, Psychopathology and Treatment Course, UT Southwestern Medical Center, Dallas, Texas |
| 03/94 – 2000 | Yearly PGY-III Advanced Clinical Neuroscience Section on Bipolar Disorder, UT Southwestern Medical Center, Department of Psychiatry, Dallas, Texas (4-5 lectures per year) |
| 1994 | Quarterly Case Conference, Mental Health Connection, St. Paul's Hospital, UT Southwestern Medical Center, Department of Psychiatry, Dallas, Texas |
| 08/95 | Lecture on Treatment-Resistant Bipolar Disorder, Parkland Memorial Hospital, Dallas, Texas |
| 12/6/96 | Update on Medication Treatment for Bipolar Disorder Workshop, Texas Medication Algorithm Project (TMAP), San Antonio (see various lectures in Texas on Medication Algorithms for Bipolar Disorder Center), Dallas, Texas |
| 11/00 | Consultation Liaison Medical Update, UT Southwestern Medical Center, Dallas, Texas |
| 2001 | "How to Integrate a Clinical and Research Career", Faculty Workshop, UT Southwestern Medical Center, Dallas, Texas |
| 2002 | Suppes T., Cullum M. "How to Integrate a Clinical and Research Career", Faculty Workshop, UT Southwestern Medical Center, Dallas, Texas |
| 2002 | PGY-4 Lecture on Psychopharmacology II: Bipolar Disorder, UT Southwestern Medical Center, Dallas, Texas |
| 2002 | Lecture on Bipolar Disorder for Neurology Residents, UT Southwestern Medical Center, Dallas, Texas |
| 2003 | Lecture on Research in Bipolar Disorders, UT Southwestern Medical Center, Dallas, Texas |
| 2003 | MS3 Summer Internship Lecture on Research in BP Disorders, UT Southwestern Medical Center, Dallas, Texas |
| 1994 – ongoing | Case Conference, Parkland Psychiatry Outpatient Service |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778043

BEST COPY AVAILABLE

| | |
|---|---|
| 1998 – ongoing | PGY-IV Advanced Complicated Bipolar Disorder, UT Southwestern Medical, Dallas, Texas |
| 01/2001 – ongoing | Course Co-Director, PGYII - PGYIII (18-month) of Clinical Neuroscience at UT Southwestern Medical Center, Department of Psychiatry, Dallas, Texas |
| 01/2001 – ongoing | PGYII Lecturer on Bipolar Disorder (4-5 lectures each year) at UT Southwestern Medical Center, Department of Psychiatry, Dallas, Texas |
| 2003 – ongoing | Yearly lecture for Research Track, Psychiatric Residents, UT Southwestern Medical Center, Dallas, Texas |
| 2003 – ongoing | Yearly PGY-IV Lecture: "Mechanisms of Action of Mood Stabilizers," UT Southwestern Medical Center, Dallas, Texas |
| 2004 – ongoing | MS3 Yearly Lecture on Bipolar Disorders, UT Southwestern Medical Center, Dallas, Texas |

**Supervision**

| | |
|---|---|
| 1993 – 1994 | Psychopharmacology Supervision of PGY-III's UTSW Psychiatric Residents: Catherine Fontaine, M.D., Ava Lee, M.D., and Charles Mathis, M.D. (~100 hours) |
| 1994 – 1995 | Supervision of PGY-IIIs UTSW Psychiatric Residents: Ray Clark, M.D. and Valerie Meshack, M.D. (~100 hours) |
| 1994 – 1995 | Louis Costello, M.D., PGY-III – A clinically significant interaction between clozapine and valproate (Letter). Journal of Clinical Psychopharmacology, 1995,15(2):139-141. |
| 1994 – 1995 | E. Sherwood Brown, Ph.D., M.D., PGY-II – Development of scientific interest and completion of publication: Capgras' and Fregoli's syndromes in one family (Letter). Journal of Clinical Psychiatry, 1995;57(3):137-138. |
| 1995 | Psychotherapy Supervision of PGY IV Psychiatric Resident (6 months Psychotherapy): Esther Cooper, M.D. and Ray Clark, M.D. |
| 1995 – 1996 | Psychopharmacology Supervision of PGY-III's Psychiatric Residents: Antonio Roman, M.D., Vidyasagar Vangala, M.D. (~50 hours) |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778044

BEST COPY AVAILABLE

| 1995 – 1996 | Bennett J, Goldman WT, Suppes T. Gabapentin for Treatment of Bipolar and Schizoaffective Disorders. Journal of Clinical Psychopharmacology, 1997, 17(2):141-142. |
|---|---|
| 1996 – 1997 | Research and Psychopharmacology Supervision of PGY-IV Psychiatric Resident (Research Track): E. Sherwood Brown, Ph.D., M.D. |
| 1996 – 1997 | Psychopharmacology Supervision of PGY-III Psychiatric Resident: James Knoll, M.D. |
| 1996 – 1998 | Research Supervision of E. Sherwood Brown, Ph.D., M.D., Mentorship of NIMH Fellowship |
| 1997 | Lee AM, Knoll J, Suppes T. The atypical antipsychotic sertindole: A case series. Journal of Clinical Psychiatry, 1997;58(9):410-416. |
| 1997 | Knoll J, Stegman K, Suppes T. Clinical experience using gabapentin adjunctively in patients with a history of mania or hypomania. Journal of Affective Disorder, 1998;49:229-233. |
| 1997 | Brown ES, Suppes T. Mood symptoms during corticosteroid therapy: A Review. Harvard Review, 1998;5:239-246. |
| 1997 | Brown ES, Shellhorn E, Suppes T. Gastrointestinal side effects after switch to generic valproic acid. Pharmacopsychiatry, 1998;31:114. |
| 1997 – 1998 | Research and Psychopharmacology Supervision of PGY-IV Psychiatric Resident (Research Track): Phyll Zuberi, M.D. |
| 1999 – 2003 | Mentorship of Ellen B. Dennehy, Ph.D., NARSAD Young Investigator Award, 1999-2001 (see references for list of publications) |
| 2000 | Melissa de la Garza, Stanley Summer Scholars Program |
| 2001 | Research Mentorship PGY-1 Psychiatric Resident: Robert Gonzalez, Internship |
| 2001 – 2002 | Research and Clinical Supervision of PGY-IV Psychiatric Resident: Darlyn Deerdorf and R. Surya |
| 2001 – 2003 | Research Supervision of Mehmet Ozcan, M.D., Psychopharmacology Fellowship, Department of Psychiatry, UT Southwestern Medical Center |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778045

BEST COPY AVAILABLE

| | |
|---|---|
| 2002 | Research and Clinical Supervision of PGY-IV Psychiatric Resident: Laura Beard |
| 2002 | Research and Clinical Supervision of Master's Psychology study, MSE (Research Track): Fallon Cluxton, Internship |
| 2002 | Research and Clinical Supervision of Master's Psychology study: Lori Cohen, Internship |
| 2002 | Research and Clinical Supervision of Medical Student IV: Michael Lutter, Medical electives. |
| 2002 | Research and Clinical Supervision of PGY-IV Psychiatric Resident:   Michael Shiekh |
| 2003 | MS I Summer Internship Program, Eric Curley |
| 2003 – ongoing | Mentorship of Kathleen Seine, Ph.D, UT Southwestern Medical Center. |
| 2003 – ongoing | Mentorship of Heidi Jacobe, M.D, UT Southwestern Medical Center. |
| 2003 – ongoing | Mentorship of Laura Lacritz, Ph.D, UT Southwestern Medical Center. |
| 2003 – ongoing | Mentorship of Vicki Nejtek, Ph.D, Assistant Professor, Department of Psychiatry, UT Southwestern Medical Center. |
| 2003 – 2004 | Mentorship of Lisa Monteggia, Ph.D, Assistant Professor, Department of Psychiatry, UT Southwestern Medical Center. |
| 2003 – 2004 | Research and Clinical Supervision of PGY-IV Psychiatric Resident: Geetha Shivakumar |
| 2003 – 2004 | Research and Clinical Supervision of PGY-IV Psychiatric Resident: Rob Garrett |
| 2000 – 2004 | Research Mentorship of PGY Resident: Paul Carlson, M.D. and mentor for APA Janssen Fellowship for Research in Severe Mental Illness, New Clinical Drug Evaluation Unit (NCDEU) New Investigator Award, 2003. |
| 2003 – ongoing | Research and Clinical Supervision of PGY-2 Psychiatric Resident: Guohua Xia and Robert Gonzales (July 2004, PGY-3) |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778046

BEST COPY AVAILABLE

| 2003 – ongoing | Research and Clinical Supervision of PGY-3 Psychiatric Resident: Kevin Majeres (July 2004, PGY-4, Research Track) |
|---|---|
| 2004 – ongoing | MS I Summer Internship Program, Ellen Guzman and Alma Garcia |
| 2004 – 2006 | Research Supervision of Geetha Shivakumar, M.D. Mood Disorders Clinical InterventionTraining Program, NIMH Fellowship |

## PUBLISHED SCIENTIFIC REPORTS

### Journal Articles

Kriegstein AR, Suppes T, Prince DA. Cholinergic enhancement of penicillin-induced epileptiform discharges in guinea pig hippocampus are enhanced by application of acetylcholine. Brain Research, 1983; 266:137-142.

*Suppes T. A late slow depolarization unmasked in the presence of tetraethylammonium in rat sympathetic neurons in vitro. Brain Research, 1984; 293:269-278.

Suppes T, Kriegstein AR, Prince DA. The influence of dopamine on epileptiform burst activity in hippocampal pyramidal neurons. Brain Research, 1985; 326:273-280.

Suppes T., Pinnock RD. Sensitivity of neuronal dopamine response in the substantia nigra and ventral tementum to clozapine, metoclopramide and SCH 23390. Neuropharmacology, 1987; 26(4):331-337.

Kriegstein AR, Suppes T, Prince DA. Cellular and synaptic physiology and epileptogenesis of developing rat neocortical neurons in vitro. Developmental Brain Research, 1987; 34:161-171.

Castiglione C, Suppes T, Macaulay W. "Intraluminal Duodenal Diverticulum." Contemporary Surgery, 1987; 32:83-90.

Suppes T, Baldessarini RJ, Faedda GL, Tohen M. Risk of recurrence following discontinuation of lithium treatment in bipolar disorder. Archives General Psychiatry, 1991; 48:1082-1088.

Suppes T, McElroy S, Gilbert J, Dessain E, Cole J. Clozapine in the treatment of dysphoric mania. Biological Psychiatry, 1992; 32:270-280.

Faedda GL, Tondo L, Baldessarini RJ, Suppes T, Tohen M. Outcome after rapid vs. gradual discontinuation of lithium treatment in bipolar disorders. Archives of General Psychiatry, 1993; 50:448-455.

Frankenburg FR, Suppes T, McLean PE. Combined clozapine and electroconvulsive therapy. Convulsive Therapy, 1993; 9(3):176-180.

Last Revised 5.26.2004

922

CONFIDENTIAL
AZSER12778047

BEST COPY AVAILABLE

Jackson PS, Suppes T, Harris KM.  Stereotypical changes in the pattern and duration of long-term potentiation expressed at postnatal days 11 and 15 in the rat hippocampus.  Journal of Neurophysiology, 1993; 70(4):1412-1419.

Suppes T, Baldessarini RJ, Faedda GL, Tondo L, Tohen M.  Discontinuation of maintenance treatment in bipolar disorder: risks and implications.  Harvard Review of Psychiatry, 1993; 1(3):131-144.

Suppes T, Phillips K, Judd C.  Clozapine treatment of nonpsychotic rapid cycling bipolar disorder: a report of three cases.  Biological Psychiatry, 1994; 36(5):338-340.

Stoll AL, Banov M, Kolbrener BA, Mayer PV, Tohen M, Strakowski SM, Castillo J, Suppes T, Cohen B.  Neurological factors predict a favorable valproate response in bipolar and schizoaffective disorder.  Journal of Clinical Psychopharmacology, 1994; 14:311-313.

Kowatch RA, Suppes T, Gilfillan SK, Fuentes RM.  Clozapine treatment of children and adolescents with bipolar disorder and schizophrenia: a clinical case series.  Journal of Child and Adolescent Psychopharmacology 1995; 5(4):241-253.

Suppes T, Calabrese JR, Mitchell PB, Pazzaglia PJ, Potter WZ, Zarin DA.  Algorithms for the treatment of bipolar, manic-depressive illness.  Psychopharmacology Bulletin 1995; 31(3):469-474, 491-500.

Faedda GL, Baldessarini RJ, Suppes T, Tondo L, Becker I, Lipschitz DS.  Pediatric-onset bipolar disorder: a neglected clinical and public health problem.  A Review.  Harvard Review Psychiatry 1995; 3(4):171-195.

Suppes, T.  New Horizons in Management and Treatment of Bipolar Disease.  Journal of the California Alliance for the Mentally Ill 1995; 6(2):14-17

Baldessarini RJ, Tondo L, Faedda GL, Suppes T, Floris G, Rudas N.  Effects of the rate of discontinuing lithium maintenance treatment in bipolar disorders.  Journal of Clinical Psychiatry 1996; 57(10):441-448.

Baldessarini RJ, Suppes T, Tondo L.  Lithium withdrawal in bipolar disorder: implications for clinical practice and experimental therapeutics research.  American Journal of Therapeutics 1996; 3(7):492-496.

Suppes T, Webb A, Carmody T, Gordon E, Gutierrez-Esteinou R, Hudson JI, Pope HG Jr.  Is postictal electrical silence a predictor of response to electroconvulsive therapy?  Journal of Affective Disorders 1996; 41(1):55-58.

Baldessarini RJ, Suppes T, Tondo L.  Lithium Withdrawal in Bipolar Disorder: Implications for Clinical Practice and Experimental Therapeutics Research.  American Journal of Therapeutics 1996; 3(7):492-496.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778048

BEST COPY AVAILABLE

Lee AM, Knoll J, Suppes T. The atypical antipsychotic sertindole: a case series. Journal of Clinical Psychiatry 1997; 58(9):410-416.

Suppes T, Baldessarini RJ, Motohashi N, Tondo L, Viguera AC. Special Treatment Issues: Maintaining and Discontinuing psychotropic medications. Modern Problems in Pharmacopsychiatry 1997; 25:235-254.

Suppes T. Management of treatment-resistant bipolar and schizoaffective disorder. Essential Psychopharmacology 1997; 2(1):53-70.

Brown ES, Suppes T. Mood symptoms during corticosteroid therapy: a review. Harvard Review of Psychiatry 1998; 5(5):239-46

Knoll J, Stegman K, Suppes T. Clinical experience using gabapentin adjunctively in patients with a history of mania or hypomania. Journal of Affective Disorders 1998; 49(3):229-233.

Pearsall R, Glick ID, Pickar D, Suppes T, Tauscher J, Jobson KO. A new algorithm for treating schizophrenia. Psychopharmacology Bulletin 1998; 34(3):349-353.

Suppes T, Rush AJ, Kraemer H, Webb A. Treatment algorithm use to optimize management of symptomatic patients with a history of mania. Journal of Clinical Psychiatry 1998; 59(2):89-96.

McElroy SL, Frye MA, Denicoff KD, Altshuler LL, Nolen WA, Kupka R, Suppes T, Keck PE, Leverich GS, Kmetz GF, Post RM. Olanzapine in treatment-resistant bipolar disorder. Journal of Affective Disorders 1998; 49(2):119-122.

Rush AJ, Rago WV, Crismon ML, Toprac MG, Shon SP, Suppes T, Miller AL, Trivedi MH, Swann AC, Biggs MM, Shores-Wilson K, Kashner TM, Pigott T, Chiles JA, Gilbert DA, Altshuler KZ. Medication treatment for the severely and persistently mentally ill: the Texas Medication Algorithm Project. Journal of Clinical Psychiatry 1999; 60(5):284-291.

Rush AJ, Crismon ML, Toprac MG, Shon SP, Rago WV, Miller AL, Suppes T, Trivedi MH, Biggs MM, Shores-Wilson K, Kashner TM, Altshuler KZ. Implementing guidelines and systems of care: experiences with the Texas Medication Algorithm Project TMAP. Journal of Practical Psychiatry & Behavioral Health 1999; 5(2):75-86.

Suppes T, Webb A, Paul B, Carmody T, Kraemer H, Rush AJ. Clinical outcome in a randomized one-year trial of clozapine versus treatment as usual for patients with treatment-resistant illness and a history of mania. American Journal of Psychiatry 1999; 156(8):1164-1169.

Altshuler LL, Keck PE, McElroy SL, Suppes T, Brown ES, Denicoff K, Frye M, Gitlin M, Hwang S, Goodman R, Leverich G, Nolen W, Kupka R, Post R. Gabapentin

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778049

BEST COPY AVAILABLE

in the acute treatment of refractory bipolar disorder.  Bipolar Disorders 1999;
1:61-65.

Kashner TM, Suppes T, Rush AJ, Altshuler KZ.  Measuring use of outpatient care among
mentally ill individuals: a comparison of self reports and provider records.
Evaluation and Program Planning 1999; 22(1):31-39.

Leibenluft E, Suppes T.  Treating bipolar illness: focus on treatment algorithms and
management of the sleep-wake cycle.  American Journal of Psychiatry 1999;
156(12):1976-1979.

Suppes T, Brown ES, McElroy, Keck PE, Nolen W, Kupka R, Denicoff KD, Altshuler L,
Leverich GS, Post R.  Lamotrigine for the treatment of bipolar disorders: a
clinical case series.  Journal of Affective Disorders 1999; 53(1):95-98.

Shon SP, Crismon ML, Toprac MG, Trivedi M, Miller AL, Suppes T, Rush AJ.  Mental
health care from the public perspective: the Texas Medication Algorithm Project.
Journal of Clinical Psychiatry, 1999, 60(suppl 3):16-21.

Bowden CL, Mitchell P, Suppes T.  Lamotrigine in the treatment of bipolar depression.
European Neuropsychopharmacology 1999; 9(suppl 4):S113-S117.

Dennehy E, Suppes T.  Medication algorithms for bipolar disorder.  Journal of Practical
Psychiatry and Behavioral Health 1999; 5(3):142-152.

Vangala VR, Brown ES, Suppes T.  Clozapine associated with decreased suicidality in
bipolar disorder: as case report.  Bipolar Disorder 1999; 1(2):123-4.

Suppes T.  Rapid cycling bipolar disorder: a new treatment option.  Current Psychiatry
Reports 2000; 2(4):283-285.

Bogan AM, Shellhorn E, Brown ES, McDanald C, Suppes T.  Switching outpatients
between atypical antipsychotics.  Progress in Neuro-Psychopharmacology and
Biological Psychiatry 2000; 24(2):351-355.

Tohen M, Hennen J, Zarate C, Baldessarini R, Strakowski S, Stoll A, Faedda G, Suppes
T, Gebre-Medhin P, Cohen B.  Two-year syndromal and functional recovery in
219 cases of first-episode major affective disorder with psychotic features.
American Journal of Psychiatry 2000;157(2):220-228.

McElroy SL, Suppes T, Keck PE, Frye M, Denicoff K, Altshuler L, Brown ES, Nolen
WA, Kupka R, Rochussen J, Leverich GS, Post RM.  Open-label adjunctive
topiramate in the treatment of bipolar disorders.  Biological Psychiatry 2000;
47(12):1025-1033.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778050

BEST COPY AVAILABLE

Kowatch RA, Suppes T, Carmody TJ, Bucci JP, Hume JH, Kromelis M, Emslie GJ, Weinberg WA, Rush AJ. Effect size of lithium, divalproex sodium, and carbamazepine in children and adolescents with bipolar disorder. Journal of the American Academy of Child and Adolescent Psychiatry 2000; 39(6):713-720.

Brown ES, Bauer MS, Suppes T, Khan DA, Carmody T. Comparison of the Internal State Scale to clinician-administered scales in asthma patients receiving corticosteroid therapy. General Hospital Psychiatry 2000; 22(3):180-183.

Tohen M, Strakowski SM, Zarate C Jr., Hennen J, Stoll AL, Suppes T, Faedda GL, Cohen BM, Gebre-Medhin P, Baldessarini RJ. The McLean-Harvard First-Episode Project: 6 month symptomatic and functional outcome in affective and nonaffective psychosis. Biological Psychiatry 2000; 48(6):467-476.

Calabrese JR, Suppes T, Bowden CL, Sachs GS, Swann AC, McElroy SL, Kusumakar V, Ascher JA, Earl NL, Greene PL, Monaghan ET. A double blind, placebo-controlled, prophylaxis study of lamotrigine in rapid-cycling bipolar disorder. Journal of Clinical Psychiatry 2000; 61(11):841-850.

Bogan A, Brown ES, Suppes T. Efficacy of divalproex therapy for schizoaffective disorders. Journal of Clinical Psychopharmacology 2000; 20(5):520-522.

Keck P, Mendlwicz J, Calabrese J, Fawcett J, Suppes T, Vestergaard P, Carbonell C. A review of randomized controlled clinical trails in acute mania. Journal of Affective Disorders 2000; 59(suppl 1):S31-S37.

Suppes T, Dennehy EB, Gibbons EW. The longitudinal course of bipolar disorder. Journal of Clinical Psychiatry 2000; 61(suppl 9):23-30.

Denicoff KD, Leverich GS, Nolen W, Rush AJ, McElroy SL, Keck PE, Suppes T, Altshuler LL, Kupka R, Frye MA, Hatef J, Brotman MA, Post RM. Validation of the prospective NIMH-Life-Chart Method (NIMH-LCM-super(TM)-p) for longitudinal assessment of bipolar illness. Psychological Medicine 2000; 30(6):1391-1397.

Suppes T. Clinical trials report. Current Psychiatry Report 2000; 2(4):283-285

Rush AJ, Post RM, Nolen WA, Keck PE, Suppes T, Altshuler L, McElroy SL. Methodological issues in developing new acute treatments for patients with bipolar illness. Biological Psychiatry 2000; 48(6):615-624.

Leverich GS, Nolen W, Rush AJ, McElroy S, Keck P, Denicoff KD, Suppes T, Altshuler L, Kupka R, Kramlinger K, Post RM. The Stanley Foundation Bipolar Treatment Outcome Network: 1. Longitudinal methodology. Journal of Affective Disorders 2001; 67(1-3):33-44.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778051

BEST COPY AVAILABLE

Suppes T, Leverich GS, Keck PE Jr, Nolen W, Denicoff KD, Altshuler LL, McElroy SL, Rush AJ, Kupka R, Frye MA, Bickel M, Post RM. The Stanley Foundation Bipolar Network: demographics and illness characteristics of the first 261 patients with bipolar disorder. Journal of Affective Disorders 2001; 67(1-3):45-59.

Post R, Altshuler L, Frye M, Suppes T, Rush AJ, Keck P, McElroy S, Denicoff K, Leverich G, Kupka R, Nolen A. Rate of switch in bipolar patients prospectively treated with second generation antidepressants as augmentation to mood stabilizers. Bipolar Disorders 2001; 3:259-265.

McElroy S, Altshuler L, Suppes T, Keck P, Frye M, Denicoff K, Nolen W, Kupka R, Leverich G, Rochussen J, Rush AJ, Post R. Axis I psychiatric comorbidity and its relationship to historical illness variables in 288 patients with bipolar disorder. American Journal of Psychiatry 2001; 158(3):420-426.

Glick ID, Suppes T, DeBattista C, Hu RJ, Marder S. Psychopharmacologic treatment strategies for depression, bipolar disorder and schizophrenia. Annals of Internal Medicine 2001; 134:47-60.

Kupka R, Nolen W, Altshuler L, Denicoff K, Frye M, Leverich G, Keck P, McElroy S, Rush AJ, Suppes T, Post R. The Stanley Foundation Bipolar Network: Preliminary summary of demographics, course of illness and response to novel treatments. British Journal of Psychiatry 2001; 178(suppl 41):177-183.

Brown ES, Suppes T, Adinoff B, Thomas NR. Drug abuse and bipolar disorder: comorbidity or misdiagnosis? Journal of Affective Disorders 2001; 65(2):105-115.

Suppes T, Swann A, Dennehy EB, Habermacher E, Mason M, Crismon L, Toprac M, Rush AJ, Shon S, Altshuler KZ. Texas Medication Algorithm Project: development and feasibility testing of a treatment algorithm for patients with bipolar disorder. Journal of Clinical Psychiatry 2001; 62(6):439-447.

Montgomery S, Van Zwieten-Boot B, Angst J, Bowden CL, Calabrese JR, Chengappa R, Goodwin G, Lecrubier Y, Licht R, Nolen WA, Sachs G, Saint Raymond A, Storosum J, Suppes P, Van Ree JM. ECNP Consensus Meeting: March, 2000. Nice, France. Guidelines for investigating efficacy in bipolar disorder. European Neuro-Psychopharmacology 2001; 11:79-88.

Calabrese JR, Shelton MD, Bowden CL, Rapport DJ, Suppes T, Shirley ER, Kimmel SE, Caban SJ. Bipolar rapid cycling: focus on depression as its hallmark. Journal of Clinical Psychiatry 2001; 62(suppl 14):34-41.

Post RM, Nolen WA, Kupka RW, Denicoff KD, Leverich GS, Keck PE Jr, McElroy SL, Rush AJ, Suppes T, Altshuler LL, Frye MA, Grunze H, Walden J. The Stanley

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778052

BEST COPY AVAILABLE

Foundation Bipolar Network: 1. Rationale and Methods. British Journal Psychiatry 2001; 178(41):S169-S176.

Calabrese JR, Sullivan J, Bowden CL, Suppes T, Sachs G, Goldberg J, Shelton M, Kusumakar V. Rash in Multicenter trials of lamotrigine mood disorder: Clinical relevance and management. Journal of Clinical Psychiatry 2002; 63(11):1012-1019.

Suppes T, Chisholm K, Dhavale D, Frye MA, Altshuler LL, McElroy S, Keck PE, Nolen WA, Kupka R, Denicoff K, Leverich G, Rush AJ, Post R. Tiagabine in treatment refractory bipolar disorder: A clinical case series. Bipolar Disorders 2002; 4(5):283.

Tohen M, Baker RW, Altshuler L, Zarate CA, Suppes T, Ketter TA, Milton DR, Risser R, Gilmore JA, Breier A, Tollefson GA. Olanzapine versus divalproex in the treatment of acute mania. American Journal of Psychiatry 2002; 159(6):1011-1017.

Tohen M, Chengappa R, Suppes T, Zarate C, Calabrese J, Bowden C, Sachs G, Kupfer D, Baker R, Risser R, Keeter E, Feldman P, Tollefson G, Breier A. Efficacy of Olanzapine in Combination with Valproate or Lithium in the Treatment of Mania in Patients Partially Nonresponsive to Valproate or Lithium Monotherapy. Archives of General Psychiatry 2002; 59(1):62-69.

Dennehy EB, Webb A, Suppes T. Assessment of beliefs in the effectiveness of acupuncture for treatment of psychiatric symptoms. Journal of Alternative and Complementary Medicine 2002; 8:421-426.

Suppes T, Dennehy EB. Evidence-Based Long-Term Treatment of Bipolar II Disorder. Journal of Clinical Psychiatry 2002; 63(suppl 10):29-333.

McElroy S, Frye M, Suppes T, Dhavale D, Keck P, Leverich G, Altshuler L, Denicoff K, Nolen W, Kupka R, Grunze H, Walden J, Post R. Correlates of Overweight and Obesity in 644 Patients with Bipolar Disorder. Journal of Clinical Psychiatry 2002; 63(3):207-213.

Tamminga C, Nemeroff C, Blakely R, Brady L, Carter C, Davis K, Dingledine R, Gorman J, Griforiadis D, Henderson D, Innis R, Killen J, Langhren T, McDonald W, Murphy G, Paul S, Rudorfer M, Sausville E, Schatzberg, Scolnick E, Suppes T. Developing Novel Treatments for Mood Disorders: Accelerating Discovery. Biological Psychiatry 2002; 52(6):589-609.

Brown ES, Suppes T, Khan DA, Carmody TJ. Mood changes during prednisone bursts in outpatients with asthma. Journal of Clinical Psychopharmacology 2002; 22(1):55-61.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778053

BEST COPY AVAILABLE

Trisha Suppes, M.D., Ph.D.
Page 20 of 20

Leverich G, McElroy S, Suppes T, Keck P, Denicoff K, Nolen W, Altshuler L, Rush AJ, Kupka R, Frye M, Autio K, Post R. Early physical and sexual abuse associated with an adverse course of bipolar illness. Journal of Biological Psychiatry 2002; 51(4):273-346.

Suppes T, Dennehy EB, Swann AC, Bowden C, Calabrese J, Hirschfeld R, Keck PE, Sachs G, Shon SP. Report of the Texas Consensus Conference Panel on Medication Treatment of Bipolar Disorder 2000. Journal of Clinical Psychiatry 2002; 63(4):288-298.

Bowden C, Goodwin F, Keck P, Calabrese J, Suppes T. Long-term use of Mood Stabilizers in Bipolar Disorder. Journal of Clinical Psychiatry 2002; 5(suppl 6).

Kupka RW, Nolen WA, Post RM, McElroy SL, Altshuler LL, Denicoff KD, Frye MA, Keck PE Jr, Leverich GS, Rush AJ, Suppes T, Pollio C, Drexhage HA. High rate of autoimmune thyroiditis in bipolar disorder: lack of association with lithium exposure. Biological Psychiatry 2002; 51(4):305-311.

Suppes, T. Review of the use of topiramate for treatment of bipolar disorder. Journal of Clinical Psychopharmacology 2002; 22(6):599-609.

Suppes T, Webb A, Paul B, Carmody T, Kraemer H, Rush JA. Clinical Outcome in a Randomized 1-year trial of Clozapine Versus Treatment as Usual for Patients with Treatment-Resistant Illness and a History of Mania. Focus. The Journal of Lifelong Learning in Psychiatry. Bipolar Disorder 2003; 1(1):37-43.

Brown SE, Rush JA, Biggs MM, Shores-Wilson K, Carmody TJ, Suppes T. Clinician Ratings versus Global Ratings of Symptom Severity: a comparison of symptom measures in the bipolar disorder module, phase II, Texas Medication Algorithm Project. Psychiatry Research 2003; 117:167-175.

Altshuler L, Suppes T, Black D, Nolen WA, Keck PE Jr, Frye MA, McElroy S, Kupka R, Grunze H, Walden J, Leverich G, Denicoff K, Luckenbaugh D, Post R. Impact of antidepressant discontinuation after acute remission from bipolar depression on rates of depressive relapse at one-year follow-up. American Journal of Psychiatry 2003; 160(7):1252-1262.

Post RM, Denicoff KD, Leverich GS, Altshuler LL, Frye MA, Suppes T, Rush AJ, Keck PE Jr, McElroy SL, Luckenbaugh DA, Pollio C, Kupka R, Nolen WA. Morbidity in 258 bipolar outpatients followed for 1 year with daily prospective ratings on the NIMH life chart method. Journal of Clinical Psychiatry 2003; 64(6):680-690.

Leverich GS, Altshuler LL, Frye MA, Suppes T, Keck PE, McElroy SL, Denicoff KD, Obrocea B, Nolen WA, Kupka R, Walden J, Grunze H, Perez S, Luckenbaugh DA, Post RM. Factors associated with suicide attempts in 648 patients with

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778054

BEST COPY AVAILABLE

bipolar disorder in the Stanley Foundation Bipolar Network. Journal of Clinical Psychiatry 2003; 64(5):506-515.

Frye MA, Alshuler LL, McElroy SL, Suppes T, Keck PE, Denicoff K, Nolen WA, Kupka R, Leverich GS, Pollio C, Grunze H, Walden J, Post RM. Gender differences in prevalence, risk, and clinical correlates of alcoholism comorbidity in bipolar disorder. American Journal Psychiatry 2003; 160(5):883-889.

Tohen M, Ketter TA., Zarate CA., Suppes T, Frye M, Altshuler L, Zajecka J, Schuh LM, Risser RC, Brown E, Baker RW. Olanzapine versus Divalproex Sodium for the Treatment of Acute Mania and Maintenance of Remission: A 47-week Study. American Journal of Psychiatry 2003; 160:1263-1271

Dennehy E, Doyle K, Suppes T. The Efficacy of Olanzapine Monotherapy for Acute Hypomania or Mania in an Outpatient Setting. International Clinical Psychopharmacology 2003; 18(3):143-145.

Rush JA, Crismon LM, Kashner MT, Toprac MG, Carmody TJ, Trivedi MH, Suppes T, Miller AL, Biggs MM, Shores-Wilson K, Witte BP, Shon SP. Texas Medication Algorithm Project, Phase 3 (TMAP-3): Rationale and Study Design. Journal of Clinical Psychiatry 2003; 64(4): 357-369.

Suppes, T, Rush JA, Dennehy EB, Crismon LM, Kashner MT, Toprac MG, Carmody TJ, Brown SE, Biggs MM, Shores-Wilson K, Witte B, Trivedi M, Miller AL, Altshuler KZ, Shon SP. Texas Medication Algorithm Project (TMAP): Clinical Results for Patients with a History of Mania. The Journal of Clinical Psychiatry 2003; 64(4):370-382.

Breunis NN, Kupka RW, Nolen WA., Suppes T, Denicoff KD., Leverich GS., Post RM., Drexhage HA. High Numbers of Circulating Activated T Cells and Raised Levels of Serum IL-2 Receptor in Bipolar Disorder. Biological Psychiatry 2003; 53(2):157-165.

Keck PE Jr, McElroy SL, Havens JR, Alshuler LL, Nolen WA, Frye MA, Suppes T, Denicoff KD, Kupka R, Leverich GS, Rush AJ, Post RM. Psychosis in bipolar disorder: phenomenology and impact on morbidity and course of illness. Comprehensive Psychiatry 2003; 44(4):263-269.

Kashner TM, Carmody TJ, Suppes T, Rush AJ, Crismon ML, Miller AL, Toprac M, Trivedi M. Catching up on health outcomes: the Texas Medication Algorithm Project. Health Services Research 2003; 38(1 pt 1):331-331.

Post R, Leverich G, Nolen W, Kupka R, Altshuler L, Frye M, Suppes T, McElroy S, Keck P, Grunze H, Walden J. A re-evaluation of the role of antidepressants in the treatment of bipolar depression: data from the Stanley Foundation Bipolar Network. Bipolar Disorders 2003; 5:396-406.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778055

BEST COPY AVAILABLE

—

Trisha Suppes, M.D., Ph.D.
Page 22 of 22

Shivakumar G, Suppes T. Bipolar update: Evidence is driving change in mania, depression algorithms. Current Psychiatry 2003;3(2): 22-23,35-36,39.

Trivedi M, Rush A, Ibrahim H, Carmody T, Biggs M, Suppes T, Crismon M, Shores-Wilson K, Toprac M, Dennehy E, Witte B, Kashner T. Inventory of Depressive Symptomatology, Clinician Rating (IDS-C) and Self-Report (IDS-SR), and the Quick Inventory of Depressive Symptomatology, Clinician Rating (QIDS-C) and Self-Report (QIDS-SR) in public sector patients with mood disorders: a psychometric evaluation. Psychological Medicine 2004; 34:73-82.

McElroy SL, Zarate CA, Cookson J, Suppes T, Huffman RF, Greene P, Ascher J. A 52-week, open-label continuation study of lamotrigine in the treatment of bipolar depression. Journal of Clinical Psychiatry 2004;65:204-210.

Yonkers K, Wisner K, Stowe Z, Leibenluft E, Cohen L, Miller L, Manber R, Viguera A, Suppes T, Altshuler L. Management of bipolar disorder during pregnancy and the postpartum period. American Journal of Psychiatry 2004; 161:608-620.

Tohen M, Chengappa KNR, Suppes T, Baker RW, Zarate CA Jr, Bowden CL, Sachs GS, Kupfer DJ, Feldman PD, Risser RC, Evans AR, Calabrese JR. Prevention of relapse in bipolar disorder with olanzapine in combination with lithium or valproate compared to lithium or valproate monotherapy: an 18-month study. British Journal of Psychiatry 2004;184:337-345.

Dennehy E, Suppes T, Rush J, Crismon L, Witte B, Webster J. Development of a computerized assessment of clinician adherence to a treatment guideline for patients with bipolar disorder. Journal of Psychiatric Research 2004; 38:285-294.

**In Press**

Fehr B, Ozcan M, Suppes T. Low Doses of Clozapine may Stabilize Treatment-Resistant Bipolar Patients. Archives of European Psychiatry, 2004, **in press**.

Suppes T, Ozcan E, Carmody T. Response to Clozapine of Rapid Cycling vs. Noncycling Patients with a History of Mania. Bipolar Disorders, 2004, **in press**.

Dennehy E, Suppes T, Crismon L, Toprac M, Carmody T, Rush J. Development of the Brief Bipolar Disorder Symptom Scale (BDSS) for Patients with Bipolar Disorder. Psychiatric Research, 2004, **in press**.

Sachs G, Chengappa R, Suppes T, Mullen J, Brecher M, Devine N, Sweitzer D. Quetiapine with lithium or divalproex for the treatment of bipolar mania: a randomized, double-blind, placebo-controlled study. Bipolar Disorders 2004, in **press**.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778056

BEST COPY AVAILABLE

Tohen M, Chengappa R, Suppes T, Baker R, Zarate C, Bowden C, Sachs G, Kupfer D, Ghaemi N, Feldman P, Risser R, Evans A, Calabrese J.  Prevention of Relapse in bipolar disorder with olanzapine in combination with lithium or valproate compared to lithium or valproate monotherapy:  an 18-month study.  British Journal of Psychiatry 2004, **in press**.

Kupka R, Nolen W, Akkerhuis G, Altshuler L, Denicoff K, Frye M, Leverich G, Keck P, McElroy S, Rush J, Suppes T, and Post R.  Development of more effective treatment options for bipolar disorder:  an introduction to the Stanley Foundation Bipolar Network.  British Journal of Psychiatry Supplement 2004, **in press**.

Post R, Altshuler L, Frye M, Rush J, Suppes T, Kramlinger K, Keck P, McElroy S, Leverich G, Denicoff K, Nolen W, Kupka R, Walden J and Grunze H.  Findings from the Stanley Foundation Bipolar Network (SFBN):  Implications for the clinical management and treatment of patients with bipolar illness.  Current Psychiatry 2004, **in press**.

Suppes T, McElroy S, Keck P, Altshuler L, Frye M, Grunze H, Leverich G, Nolen W, Chisholm K, Dennehy E, Post R.  Use of Quetiapine in Bipolar Disorder:  A Case Series with Prospective Evaluation.  International Clincial Psychopharmacology 2004, **in press**.

Miller A, Crismon L, Rush J, Chiles J, Kashner M, Toprac M, Carmody T, Biggs M, Shores-Wilson K, Chiles J, Witte B, Bow-Thomas C, Velligan D, Trivedi M, Suppes T, Shon S.  The Texas Medication Algorithm Project:  Clinical Results for Schizophrenia.  Schizophrenia Bulletin, 2004, **in press**.

**In Submission**

Duffy F, Narrow W, West J, Fochtmann L, Kahn D, Suppes T, et al.  Quality of Care Measures for the Treatment of Bipolar Disorder.  Journal of Clinical Psychiatry, 2004, **in submission**.

Carlson P, Merlock M, Suppes T.  Adjunctive stimulant use in patients with bipolar disorder:  Treatment of residual depression and sedation.  Bipolar Disorders, 2004, **in submission**.

Armitage R, Cole D, Suppes T, Ozcan E.  Effects of Clozapine on sleep in bipolar and schizoaffective disorder.  Journal of Psychiatric Research, 2004, **in submission**.

Keck P, Freeman M, McElroy S, Suppes T, et al.  Double-Blind, Randomized, Placebo-controlled Trials of Ethyl-Eicosapentanoate in the Treatment of Bipolar Depression and Rapid Cycling Bipolar Disorder (Omega 3 manuscript).  Archives of General Psychiatry, 2004, **in submission**.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778057

BEST COPY AVAILABLE

Golden R, Gaynes B, Ekstrom D, Hamer R, Jacobsen F, Nemeroff C, Suppes T, Wisner K. The Efficacy of Phototherapy in the Treatment of Mood Disorders: A Review and Meta-analysis of the Evience, American Journal of Psychiatry, 2004, **in submission**.

Kupka R, Leverich G, Nolen W, Altshuler L, Frye M, Suppes T, McElroy S, Keck P, Grunze H, Post R. Similar Depression-to-Mania Ratios in Bipolar I and Bipolar II Disorder. Letter to the Editor. Archives of General Psychiatry, 2004, **in submission**.

Post R, Altshuler L, Frye M, Suppes T, McElroy S, Keck P, Leverich G, Kupka R, Nolen W, Luckenbaugh D, Walden J, Grunze H. Preliminary Observations on the Effectiveness of Levetiracetam in the Open Adjunctive Treatment of Refractory Bipolar Disorder. Journal of Clinical Psychiatry, 2004, **in submission**.

Altshuler L, Rasgon N, Elman S, Bitran J, Saad M, Kukka R, Nolen W, Frye M, Suppes T, McElroy S, Keck P, Leverich G, Grunze H, Walden J, Post R, Mintz J. Reproductive Endocrine Function in Women Treated for Bipolar Disorder: Part II: Reproductive Hormone Levels. American Journal of Psychiatry, 2004, **in submission**.

Rasgon N, Altshuler L, Fairbanks L, Bitran J, Kupka R, Saad M, Elman S, Frye M, Nolen W, Suppes T, Grunze H, Walden J, McElroy S, Keck P, Leverich G, Post R. Reproductive Endocrine Function in Women Treated for Bipolar Disorder. Part 1: Menstrual Abnormalities. American Journal of Psychiatry, 2004, **in submission**.

Kupka R, Luckenbaugh D, Post R, Suppes T, Altshuler L, Keck P, Frye M, Denicoff K, Grunze H, Leverich G, McElroy S, Walden J, Nolen W. A comparative study of rapid and non-rapid cycling bipolar disorder using daily prospective mood ratings in 539 outpatients. American Journal of Psychiatry, 2004, **in submission**.

Kashner M, Rush J, Crismon L, Toprac M, Carmody T, Miller A, Trivedi M, Suppes T, Wicker A. Cost-Outcome of an algorithm-based disease management program for severe mental illness, 2004, **in submission**.

**Letters**

Costello LE, Suppes T. A clinically significant interaction between clozapine and valproate. Journal of Clinical Psychopharmacology 1995;15(2):139-141.

Brown ES, Thompson R, Suppes T. Capgras' and Fregoli's syndromes in one family. Journal of Clinical Psychiatry 1996;57(3):137-138.

Suppes T, Rush AJ. Medication optimization during clozapine treatment. Journal of Clinical Psychiatry 1996;57(7):307-308.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778058

BEST COPY AVAILABLE

Trisha Suppes, M.D., Ph.D.
Page 25 of 25

Bennett J, Goldman WT, Suppes T.  Gabapentin for treatment of bipolar and
schizoaffective disorders.  Journal of Clinical Psychopharmacology
1997;17(2):141-142.

Rush AJ, Suppes T.  What are the new treatments for bipolar disorder?  In: Grinspoon L
ed.  The Harvard Mental Health Letter 1998;14(11):8.

Brown ES, Shellhorn E, Suppes T.  Gastrointestinal side-effects after switch to generic
valproic acid.  Pharmacopsychiatry 1998;31:114.

Vangala VR, Brown ES, Suppes T.  Clozapine associated with decreased suicidality in
bipolar disorder: a case report.  Bipolar Disorders 1999;2:123-124.

Brown ES, Khan DA, Suppes T.  Treatment of corticosteroid-induced mood changes with
olanzapine.  American Journal of Psychiatry 1999;156(6):968.

Brown SE, Suppes T.  What are the mental health complications of steroid therapy?
Harvard Mental Health Letter 2000;16(8):8.

Dennehy E, Gonzalez R, Suppes T.  Self-Reported Participation in Nonpharmacologic
Treatments for Bipolar Disorder.  Letter to the Editor, Journal of Clinical
Psychiatry 2004;65(2):278.

Majeres K, Suppes T.  A Cautionary Note When Using Zonisamide in Younger Patients.
Letter to the Editor, Journal of Clinical Psychiatry, 2004, **in submission**.

**Books**

Macken E, Van den Heuvel R, Suppes P, Suppes T.  Home Based Education: Needs and
Technological Opportunities - National Institute of Education, U.S. Department of
H.E.W., April, 1976. 220 pp.

Suppes P.  The Effects of Tetraethylammonium on the Electrophysiological Properties of
Sympathetic Neurons Isolated from the Superior Cervical Ganglia of Neonatal
Rats Grown in Cell Culture. Doctoral Thesis, University of California, Los
Angeles, 172 pp., filed 1980.

Suppes T, Dennehy E.  Bipolar Disorder:  The Latest Diagnostic and Treatment Strategy,
Compact Clinicals, 2004.  **(pending)**

Suppes T, Keck P.  Bipolar Disorder.  Compact Clinicals, 2004.  **(pending)**

**Book Chapters and Invited Articles**

Last Revised 5.26.2004

934

CONFIDENTIAL
AZSER12778059

BEST COPY AVAILABLE

Suppes T, Baldessarini RJ, Faedda GL, Tohen M.  Risk of recurrence following discontinuation of lithium treatment in bipolar disorder. Excerpted in: Talbott JA, ed.  The Yearbook of Psychiatry and Applied Mental Health. St. Louis: Mosby; 1994.

Baldessarini RJ, Suppes T, Tondo L, Faedda G, Viguera A, Tohen M.  Risks of interrupting maintenance therapy with psychotropic drugs. In: Flach F, ed. Directions in Psychiatry, Volume 15. New York, NY: The Hatherleigh Company; January, 1995.

Suppes T.  New findings about rapidly cycling bipolars and an atypical antipsychotic medication.  The Journal of the California Alliance for the Mentally Ill. Sacramento, CA: California Alliance for the Mentally Ill 1995; 6(2).

Suppes T, Rush AJ.  Evolving clinical characteristics or distinct disorders? In: Shulman K, Tohen M, Kutcher S, eds.  Mood Disorders Across the Life Span. New York: John Wiley & Sons; 1996:3-16.

Baldessarini RJ, Tondo L, Suppes T, Faedda GL, Tohen M.  Pharmacological treatment of bipolar disorder throughout the life cycle. In: Shulman K, Tohen M, Kutcher S, eds. Mood Disorders Across the Life Span. New York: John Wiley & Sons 1996:299-338.

Suppes T, Baldessarini RJ, Motohashi N, Tondo L, Viguera AC.  Special treatment issues: maintaining and discontinuing psychotropic medications. In: Rush AJ, ed. Mood Disorders: Systematic Medication Management.  Modern Problems of Pharmacopsychiatry, Vol 25. Basel, Switzerland: S. Karger AG 1997:235-254.

Suppes T. Pharmacotherapy of bipolar disorder, depressed phase.  In: Rush AJ, ed. Women's Health Care Newsletter.  Case Conferences on Mood and Anxiety Disorders.  St. Louis College of Pharmacy, Women's Health Platform http://www.stlcop.edu/whp/whp.html, 1997.

Brown S, Suppes T.  Bipolar disorders. In: Dunner D, Rosenbaum J eds.  Psychiatric Clinics of North America: Annual of Drug Therapy. Philadelphia, PA: W.B. Saunders 1998:154-160.

Glick ID, Marder S, Janowsky D, Suppes T, DeBattista C.  New short- and long-term psychopharmacologic treatment strategies for schizophrenia, bipolar disorder and depressive disorder. In: Watson SJ, Deutch A, eds.  Psychopharmacology: The Fourth Generation of Progress CD/ROM. Philadelphia, PA: Lippincott-Raven 1998.

Suppes T, Habermacher E, Potter W.  Treatment algorithms and guidelines for bipolar disorder. In: Jobson K, Stein D, Fawcett J, eds.  Treatment Algorithms in Clinical Psychopharmacology. New York: John Wiley & Sons 1999.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778060

BEST COPY AVAILABLE

Suppes T.  Management of treatment-resistant bipolar and schizoaffective disorders. The Hatherleigh Guide to Psychopharmacology.  The Hatherleigh Guides Series, Vol II. New York, NY: Hatherleigh Press 1999:169-188.

Trivedi M, Suppes T.  Nefazodone, mirtazapine and venlafaxine: clinical use and experience. In: Buckley P, Waddington J, Baldessarini R, eds.  Schizophrenia and Mood Disorders: The New Drug Therapies in Clinical Practice. Oxford: Butterworth-Heinemann 2000.

Suppes T.  Management of treatment-resistant bipolar and schizoaffective disorders. In: Flach F, ed.  The Hatherleigh Guide to Psychiatric Disorders, Part II. The Hatherleigh Guides Series. Long Island City, NY: Dymock's Book Arcade 2000:128-144.

Calabrese JR, Goodwin GM, Manji HK, Suppes T, and Zarate CA.  Current Options for the Treatment of Bipolar Disorder. CNS News Special Report. CME Accredited. Dec. 2001: 1-7.

Frye M, Berlant J, Suppes T.  Health Learning Systems monograph, Managing Bipolar Disorder and Related Comorbidities with Anticonvulsant Drugs, June 2002.

Post RM, Chang KD, Suppes T, Ginsberg DL.  Treatment of Rapid-Cycling Bipolar Disorder.  CME Accredited Monograph.  CNS Spectrums 2004; 9(2):1-12.

**Abstracts**

Roth RL, Suppes P.  Postembryonic addition of neurons to the nerve cord of the crayfish. Anatomical Record 1973;175:430

Suppes T, O'Lague PH.  Electrophysiological properties of isolated sympathetic neurons developing in microculture.  Society for Neurosciences Meeting 1978;4:139.5.

Suppes T.  In the presence of tetraethylammonium, a late delayed depolarization follows the action potential of rat sympathetic neurons grown in cell culture.  Society for Neurosciences Meeting 1980;6:281.8.

Kriegstein AR, Suppes T, Prince DA.  Cholinergic enhancement of penicillin-induced epileptiform discharges in pyramidal neurons of the guinea pig hippocampus. Society for Neuroscience Meeting 1982;8:259.5.

Kriegstein AR, Suppes T, Prince DA.  Cellular physiology of the developing rat neocortex in vitro.  Society for Neurosciences Meeting 1983; 9:178.7

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778061

BEST COPY AVAILABLE

Suppes T, Tohen M, Faedda G, Baldessarini RJ. Risk of discontinuation of lithium in bipolar disorder. American Psychiatric Association Meeting, 1991. New Research Poster.

Jackson PS, Suppes T, Harris KM. Dramatic differences in the magnitude and temporal development of long-term potentiation (LTP) in rat hippocampal area CA1 at postnatal days 11 and 15. Society for Neurosciences Meeting, 1991.

Faedda GL, Strakowski SM, Tohen M, Suppes T, Stoll AL, Mayer PV, Goodwin DC, Kolbrenner ML, Baldessarini RJ. Mixed and dysphoric states in bipolar patients. American Psychiatric Association Meeting, 1992. New Research Poster.

Klein DF, Nierenberg AA, Blater MB, Lasagna L, Lydiard BR, Rush JA, Suppes T. International Psychopharmacology Algorithm Project. Study Group. 32nd ACNP, 1993. Abstract Published in ACNP Scientific Abstract 1993.

Tohen M, Strakowski TM, Suppes T, Stoll A, Hegarty J, Centorrino F, Zarate C, Weiss M. The McLean First-Episode Mania Project. First International Conference on Bipolar Disorder, 1994. Poster Presentation.

Suppes T, Rush AJ, Harrison S, Webb A, Paul B. Toward a treatment algorithm for bipolar disorder. First International Conference on Bipolar Disorder, 1994. Poster Presentation.

Suppes T, Yurgelen-Todd DA, Tohen M, Faedda G, Kolbrenner M, Weiss M, Strakowski S, Mayer P, Stoll A. Mixed bipolar states at first hospitalization. First International Conference on Bipolar Disorder, 1994. Poster Presentation.

Suppes T, Rush AJ, Harrison S, Webb A, Paul B. Treatment algorithm project for bipolar disorder. New Clinical Drug Evaluation Unit Program (NCDEU) Annual Meeting, 1994. Poster presentation.

Suppes T, Yurgelen-Todd DA, Tohen M, Faedda G, Kolbrenner M, Weiss M, Strakowski S, Mayer P, Stoll A. Mixed bipolar states at first hospitalization. Biological Psychiatry 1994;35:478. Poster Presentation.

Suppes T, Rush AJ, Basco M, Webb A, Paul B, Harrison S. A treatment algorithm for bipolar disorder: An open trial. 33rd American College of Neuropsychopharmacology Annual Meeting, 1994. Poster Presentation.

Armitage R, Suppes T, Cole D, Rush AJ. The effects of clozapine on sleep EEG in bipolar illness. Poster Presentation. 34th American College of Neuropsychopharmacology Annual Meeting, 1995.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778062

BEST COPY AVAILABLE

Trisha Suppes, M.D., Ph.D.
Page 29 of 29

Trivedi MH, Suppes T, Devous MD, Harris TS, Rush AJ.  Effects of clozapine on rCBF in severe refractory bipolar disorder.  Poster Presentation. 34th American College of Neuropsychopharmacology Annual Meeting, 1995.

Suppes T, Rush AJ, Webb A.  Clozapine to treat severe and persistent bipolar disorder: preliminary results.  Poster Presentation. 34th American College of Neuropsychopharmacology Annual Meeting, 1995.

Basco MR, Kashner TM, Suppes T, Turner M, Orsulak P, Battaglia J, Rush AJ.  A research partnership in the community.  Paper as part of Symposium Community Psychiatry: Public Academic Partnership, Joel Feiner, Director. American Psychiatric Association: Miami, Florida; May 1995.

Brown ES, Suppes T, Khan DA.  Affective symptoms from corticosteroids: a hypothesis for bipolar disorder.  Poster Presentation. 35th American College of Neuropsychopharmacology Annual Meeting, 1996.

Suppes T, Rush AJ, Webb A, Carmody T, Kraemer H.  A one-year randomized trial of clozapine vs. usual care in patients with a history of mixed mania.  Poster Presentation. 35th American College of Neuropsychopharmacology Annual Meeting, 1996.

Kowatch RA, Gilfillan SK, Suppes T, Fuentes RM.  Clozapine treatment of children and adolescents: a four-year follow-up. Biological Psychiatry 1996;39:105.

Trivedi MH, Suppes T, Devous MD, Harris TS, Rush AJ.  RCBF changes with clozapine treatment in refractory bipolar disorder.  Biological Psychiatry 1996;39:108.

Armitage R, Suppes T, Cole D, Rush AJ.  The effects of clozapine on sleep EEG in bipolar illness. Biological Psychiatry 1996;39:533.

Suppes T, Rush AJ, Webb A, Carmody T, Kraemer H.  A one-year randomized trial of clozapine vs. usual care in bipolar I patients.  Biological Psychiatry 1996;39:107.

Suppes T.  New treatments for bipolar disorder - anticonvulsants and beyond.  American Psychiatric Association Annual Meeting, 1996. Symposium Abstract.

Brown ES, Suppes T, Khan DA.  Affective symptoms from corticosteroids: a hypothesis for bipolar disorder.  American Psychiatric Association Annual Meeting, 1997.

Suppes T, Lee A, Paul B, Sanchez B, Mack R.  The atypical antipsychotic sertindole: a case series.  International Congress on Schizophrenia Research, 1997.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778063

BEST COPY AVAILABLE

Brown ES, Suppes T, Khan DA, Carmody TJ. Affective symptoms with corticosteroids: preliminary data and hypothesis. New Clinical Drug Evaluation Unit Annual Meeting, 1997.

Rush AJ, Crismon ML, Miller AL, Suppes T, Trivedi MH, Shon S, Toprac MG, Kashner TM, Altshuler KZ. The Texas Medication Algorithm Project (TMAP): a status report 1998. New Clinical Drug Evaluation Unit Annual Meeting, 1997. Poster Presentation.

Brown ES, Suppes T, Khan DA, Carmody TJ. Mood changes during corticosteroid exposure; preliminary data. American College of Neuropsychopharmacology Annual Meeting, 1997.

Suppes T, Rush AJ, Webb A, Carmody T, Kraemer H. A one-year randomized trial of clozapine vs. usual care in patients with a history of mixed mania. Society for Neuroscience, 1997.

Kowatch RA, Bucci MA, Suppes T, Emslie GJ, Weinberg WA, Rush AJ. A randomized trial of mood stabilizers in bipolar children and adolescents. American Academy of Child and Adolescent Psychiatry, 1997.

Brown ES, Suppes T, Khan DA, Carmody TJ. Affective symptoms with corticosteroids: preliminary data and hypothesis. International Society for Psychoneuroendocrinology Meeting, 1997.

Suppes T, Rush AJ, Webb A, Carmody T, Kraemer H. A one-year randomized trial of clozapine vs. usual care in patients with a history of mixed mania. Second International Conference on Bipolar Disorder, 1997.

Calabrese JR, Bowden CL, McElroy SL, Sachs GS, Suppes T. Treatment of bipolar depression. European College of Neuropsychopharmacology, 1998.

Rush AJ, Thase M, Bauer M, Nolen WA, Suppes T, Lavori P. Guidelines and algorithms. American College of Neuropsychopharmacology Annual Meeting, 1998. Study Group Abstract.

Brown ES, Suppes T, Swann A, Rush AJ, Crismon M, Shon S, Toprac M, Kashner TM, Altshuler K. Texas Medication Algorithm Project bipolar disorder module: a status report. American College Neuropsychopharmacology Annual Meeting, 1998.

Apter J, Ascher J, Downs J, Goldstein D, Kolin I, Lydiard B, McElroy S, Rudd D, Shiovitz T, Suppes T, Udelman H, Weisler R, Zarate C. Lamotrigine: evidence

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778064

BEST COPY AVAILABLE

for antidepressant activity in bipolar disorder. American College of Neuropsychopharmacology Annual Meeting, 1998.

Brown ES, Suppes T, McElroy S, Kmetz G, Frye M, Keck P, Kupka R, Altshuler L, Rochussen J, Haytef J, Leverich G, Post R. A pilot trial of adjunctive topiramate in the treatment of bipolar disorder: application of the Stanley Foundation Bipolar Network prospective protocol. American College of Neuropsychopharmacology Annual Meeting, 1998.

Crismon ML, Rush AJ, Toprac MG, Shon SP, Miller AL, Suppes T, Trivedi MH. Texas Medication Algorithm Project: Feasibility study of implementing medication algorithms in the public mental health sector. Second Annual International Meeting of the College of Psychiatric and Neurologic Pharmacists: February 10, 1999.

Khan DA, Brown ES, Suppes P, Carmody TJ. Mood changes during prednisone bursts for asthma. American Lung Association/American Thoracic Meeting: April 23-28 1999. American Journal of Respiratory Critical Care Medicine 1999;159:A919.

Brown ES, Suppes T, McElroy S, Kmetz G, Frye M, Keck P, Kupka R, Altshuler L, Rochussen J, Haytef J, Leverich G, Post R. A pilot trial of adjunctive topiramate in the treatment of bipolar disorder. Biological Psychiatry 1999;45:252.

Brown ES, Suppes T, McElroy S, Kmetz G, Frye M, Denicoff K, Keck P, Nolen W, Kupka R, Altshuler L, Rochussen J, Haytef J, Leverich G, Post R. A pilot trial of adjunctive topiramate in the treatment of bipolar disorder. Society of Biological Psychiatry Annual Meeting, 45: Washington, DC; May 13-15, 1999. Biological Psychiatry 1999;45:8S.

Bowden C, Calabrese J, Greene P, McElroy S, Sachs G, Suppes T, Swann A. Lamotrigine in rapid cycling bipolar disorder. American College of Neuropsychopharmacology (ACNP): Acapulco, Mexico; December 12-16, 1999.

Suppes T. Clinical evidence on the use of antidepressants for bipolar depression. 38th Annual Meeting, American College of Neuropsychopharmacology (ACNP): Acapulco, Mexico; December 12-16, 1999.

Brown ES, Suppes T, McElroy S, Kmetz G, Frye M, Keck P, Kupka R, Altshuler L, Rochussen J, Haytef J, Leverich G, Post R. A pilot trial of adjunctive topiramate in the treatment of bipolar disorder. Third International Conference on Bipolar Disorder: Pittsburgh, PA; June 17, 1999.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778065

BEST COPY AVAILABLE

Brown ES, Suppes T, Swann A, Rush AJ, Crismon M, Shon S, Toprac M, Kashner TM, Altshuler K. Texas Medication Algorithm Project bipolar disorder module: a status report. Third International Conference on Bipolar Disorder: Pittsburgh, PA; June 17, 1999.

Ascher J, Cookson J, Huffman R, Lydiard RB, McElroy S, Monaghan E, Suppes T. Profile of antidepressant activity of lamotrigine (Lamictal) in bipolar depression: results from a double- blind, placebo-controlled study. Third International Conference on Bipolar Disorder: Pittsburgh, PA; June 1999.

Denicoff KD, Brotman MA, Leverich GS, Nolan W, Rush AJ, McElroy SL, Keck PE, Suppes T, Altshuler LL, Kupka R, Frye MA, Post RM. Validation of the NIMH-Life-Chart Method (NIMH-LCM™). Third International Conference on Bipolar Disorder: Pittsburgh, PA; June 17-19, 1999.

Suppes T, Cunningham L, Dinan T, Grounds D, Mitchell P, Sokolski K, West S, Ascher J, Babiar D, Cedrone J, Laurenza A, Monaghan E. Lamotrigine (Lamictal): safety data from controlled monotherapy trials in depression. European College of Neuropsychopharmacology (ECNP), 1999.

Denicoff KD, Brotman MA, Leverich GS, Nolan W, Rush AJ, McElroy SL, Keck PE, Suppes T, Altshuler LL, Kupka R, Frye MA and Post RM. Validation of the NIMH-Life-Chart Method (NIMH-LCM™) [abstract]. Bipolar Disorders 1999, 1(Suppl. 1):29.

Apter J, Cutler N, Emmanuel N, Goldstein D, Kolin I, Suppes T, Udelman H, Zarate C Jr, Evoniuk G, Huffman R. Profile of antidepressant activity of lamotrigine in bipolar depression: results from a double-blind, placebo–controlled study. New Clinical Drug Evaluation Unit Program (NCDEU) Annual Meeting, 1999.

Greene P, Earl NL, Ascher J, Monahan E, Suppes P, Bowden C, Calabrese J. 488-Mood stabilization with lamotrigine in rapid cycling bipolar disorder: a double-blind placebo-controlled study. American Psychiatric Association Annual Meeting: Chicago, IL; May 13-18, 2000.

Tohen M, Chengappa KNR, Suppes T, Jacobs TG, Timpe TM, Risser RC, Keeter EL, Feldman PD, Tollefson GD, Kupfer DJ, Zarate CA, Breier A. Efficacy of olanzapine combined with mood stabilizers in the treatment of bipolar disorder. Congress of Collegium Internationale Neuropsychopharmacologicum (CINP): Brussels, Belgium; July 9-13, 2000.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778066

Trisha Suppes, M.D., Ph.D.
Page 33 of 33

Earl N, Bowden C, Calabrese J, Ketter T, McElroy S, Post R, Sachs G, Suppes P, Swann A, Ascher J, Chang C, Evoniuk G, Greene P.  Mood stabilization with lamotrigine in rapid cycling bipolar disorder.  Congress of Collegium Internationale Neuropsychopharmacologicum (CINP): Brussels, Belgium; July 9-13, 2000.

Greene P, Calabrese J, Ketter T, McElroy S, Post R, Sachs P, Suppes P, Swann A, Ascher J, Earl N, Monaghan E, Smoot T.  Mood stabilization with lamotrigine in rapid cycling bipolar disorder: a double–blind placebo–controlled study.  Congress of Collegium Internationale Neuropsychopharmacologicum (CINP): Brussels, Belgium; July 9-13, 2000.

Leverich GS, Altshuler LL, McElroy S, Keck PE Jr, Suppes T, Denicoff KD, Nolen WA, Rush AJ, Kupka R, Frye MA, Autio KA, Post RM.  Prevalence of axis II comorbidity in bipolar disorder: relationship to mood state and course of illness.  Second European Stanley Foundation Conference on Bipolar Disorder: Amsterdam, Holland; Acta Neuropsychiatrica September 2000; 12: 161-162.

Calabrese J, Suppes P, Post R, Greene P, Ascher RN, Monaghan E.  A double–blind placebo-controlled study of lamotrigine in rapid cycling bipolar disorder.  Second European Stanley Foundation Conference on Bipolar Disorder:  Amsterdam, Holland; September, 2000.

Frye MA, Altshuler LL, Denicoff KD, Keck PE, McElroy SL, Suppes T, Nolen W, Kupka R, Pollio C, Colburn A, Leverich G, Rush AJ.  Gender difference in bipolar disorder alcohol abuse comorbidity.  Second European Stanley Foundation Conference on Bipolar Disorder:  Amsterdam, Holland; September, 2000.

Post RM, Altshuler LL, Frye MA, Suppes T, Rush AJ, Keck PE, McElroy SL, Denicoff KD, Leverich GS, Kupka R, Nolen WA.  Low switch rate in bipolar patients prospectively treated with third generation antidepressants as augmentation to mood stabilizers.  Second European Stanley Foundation Conference on Bipolar Disorder: Amsterdam, Holland; September, 2000.

Denicoff KD, Leverich GS, Nolen WA, McElroy SL, Keck PE Jr, Suppes T, Altshuler LL, Kupka R, Frye MA, Pollio HC, Post RM.  Morbidity in 202 patients followed for one year in the Stanley Foundation Bipolar Network (SFBN).  Second European Stanley Foundation Conference on Bipolar Disorder:  Amsterdam, Holland; Acta Neuropsychiatrica 12: 157, September, 2000.

Leverich GS, McElroy SL, Suppes T, Keck PE, Jr, Denicoff KD, Nolen WA, Altshuler LL, Rush AJ, Kupka R, Frye MA, Autio KA, Post RM.  Early physical or sexual abuse and the course of bipolar illness.  Second European Stanley Foundation Conference on Bipolar Disorder:  Amsterdam, Holland; September, 2000.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778067

BEST COPY AVAILABLE

Suppes T, Kupka R, McElroy S, Altshuler L, Frye M, Keck P, Denicoff K, Nolen W, Rochussen J, Leverich G, Post R. Stanley Foundation Bipolar Network, USA. Incidence of co-occurrence of hypomania and depressive symptoms in the Stanley Foundation Bipolar Network. Second European Stanley Foundation Conference on Bipolar Disorder: Amsterdam, Holland; Acta Neurophsychiatrica September, 2000; 12: 170.

Suppes T, Bowden C, Calabrese J, Greene P, McElroy S, Sachs G, Swann A. Mood stabilization with lamotrigine in rapid cycling bipolar disorder: a double-blind placebo-controlled study. Second European Stanley Foundation Conference on Bipolar Disorder: Amsterdam, Holland; September, 2000.

Rush JA, Shon SP, Crismon LM, Toprac MG, Miller AL, Trivedi MH, Suppes T, Kashner M, Carmody TJ. The Texas Medication Algorithm Project (TMAP): Results of a 3-year study. 39th ACNP: Puerto Rico; December 10-14, 2000.

Crismon LM, Rush JA, Toprac MG, Shon SP, Miller AL, Suppes T, Kashner M, Carmody TJ, Biggs MM, Shores-Wilson K, Altshuler KZ. Texas Medication Algorithm Project: Study Methodology. 39th ACNP: Puerto Rico; December 10-15, 2000.

Suppes TS, Dennehy EB, Rush AJ, Crismon ML, Toprac MG, Kashner TM, Carmody TJ, Brown ES, Shores-Wilson K, Biggs MM, Witte B, Shon SP. The Texas Medication Algorithm Project (TMAP): Outcomes for persons with bipolar disorder. 39th ACNP: Puerto Rico: December 10-15, 2000.

Suppes T, Altshuler L, Apter J, Bowden C, Calabrese J, Ginsberg L, Goldberg J, Gyulai L, Khan A, McElroy S, Rapport M, Risch S, Sachs G, Swann A, West S, Zajecka J, Ascher J, Barrows C, Earl N, Greene P. Mood stabilization with lamotrigine in rapid cycling bipolar disorder: a double–blind placebo-controlled study. American College of Neuropsychopharmacology (ACNP): San Juan, Puerto Rico; December 10-15, 2000.

Kusumakar V, Greene P, Ascher J, Monaghan E, Smoot T, Fouche N, Bowden C, Calabrese J, Post R, Sachs G, Suppes P, Gyualai L, Young T, Rapaport M. Mood stabilization with lamotrigine in rapid cycling bipolar disorder: a double blind placebo-controlled study. European College of Neuropsychopharmacology (ECNP), 2000.

Gyulai L, Suppes T, Apter J, Zajecka J, Ascher J, Greene P. Lamotrigine in rapid cycling bipolar disorder: predictors of response. New Clinical Drug Evaluation Unit

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778068

BEST COPY AVAILABLE

Program (NCDEU) sponsored by GlaxoSmithKline: Phoenix, AZ; May 29-31, 2001, Abstract.

Post RM, Altshuler LL, Frye MA, Suppes T, Rush AJ, Keck PE, McElroy SL, Denicoff KD, Leverich GS, Kupka RW, Nolen WA, Grunze H, Walden J.  An Update on the Stanley Foundation Bipolar Disorder Network (SFBN).  Fourth International Conference on Bipolar Disorders: Pittsburgh, PA; June 14-16 2001, Abstract.

Greene P, Suppes T, Bowden CL, Calabrese JR, Gyulai L, Sachs G, Ascher J, Smoot T, Earl N.  Lamotrigine in Rapid Cycling Bipolar Disorder: Predictors of Response.  Fourth International Conference on Bipolar Disorders; Pittsburgh, PA; June 14-16 2001, Abstract.

Chisholm K, Dennehy E, Suppes T.  Clinical Response to Quetiapine Add-on for Treatment Refractory Bipolar Disorder.  Fourth International Conference on Bipolar Disorders: Pittsburgh, PA; June 14-16 2001, Abstract.

Kupka RW, Nolen WA, Drexhage HA, McElroy SL, Altshuler LL, Denicoff KD, Frye MA, Keck PE, Leverich GS, Rush AJ, Suppes T, Pollio C, Post RM.  High Rate of Autoimmune Thyroiditis in Bipolar Disorder is Not Associated with Lithium.  Fourth International Conference on Bipolar Disorders:  Pittsburgh, PA; June 14-16 2001, Society of Biological Psychiatry 51: 305-311

Suppes T, Ascher J, Bowden C, Calabrese J, Earl N, Greene P.  Lamotrigine in Rapid-Cycling Bipolar Disorders: Predictors of Response.  American Psychiatric Association 154th Annual Meeting: New Orleans, LA; 2001, Poster Presentation.

Suppes T.  Lamotrigine in Rapid-Cycling Bipolar Disorder: Predictors of Response.  American Psychiatric Association 2001 Annual Meeting: New Orleans, LA; May 9, 2001, Abstract.

Calabrese JR, Suppes T, Swann A, Ketter T, Bowden CL, DeVeaugh-Geiss J, Evoniuk G.  Lamotrigine and Rash: A Review of Evidence from Double-Blind, Placebo-Controlled Trials in Bipolar Disorder Patients.  40th ACNP, December 9-13, 2001.

Suppes T, Kupka R, McElroy SL, Altshuler LL, Frye MA, Keck PE, Denicoff KD, Nolen WA, Rochussen J, Leverich GS, Post RM.  Incidence of Co-Occurrence of Hypomania and Depressive Symptoms in the Stanley Foundation Bipolar Network Patients.  40th ACNP, December 9-13, 2001.

Dennehy EB, Suppes T, Crismon LM, Rush JA.  The Measurement of Adherence to a Treatment Guideline for Bipolar Disorder.  40th ACNP, December 9-13, 2001.

Tohen M, Chengappa R, Suppes T, Baker RW, Risser RC, Evans AR, Calabrese JR.  Olanzapine Combined with Mood Stabilizers in Prevention of Recurrence in Bipolar Disorder: an 18-month Study.  40th ACNP, December 9-13, 2001.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778069

BEST COPY AVAILABLE

Baker RW, Tohen M, Altshuler L, Zarate CA, Suppes T, Ketter TA, Risser RC, Schuh L. Olanzapine versus Divalproex Sodium for Treatment of Acute Mania and Maintenance of Remission: A 47-week study. 40th ACNP, December 9-13, 2001.

Sachs G, Altshuler L, Ketter T, Suppes T, Rasgon N, Frey M, Collins M. Divalproex versus Placebo for the Treatment of Bipolar Depression. 40th American College of Neuropsychopharmacology (ACNP): Waikoloa, Hawaii; December 9-13, 2001.

Bowden C, Suppes T, McElroy S, Goldberg J, Yatham L, Goodwin F, Calabrese J, Leadbetter R, Metz A. Lamotrigine Control Bipolar Depression Without Destabilizing Mood. American College of Neuropsychopharmacology (ACNP): San Juan, Puerto Rico; December 8-12, 2002.

Suppes T. Treatment Approaches for Managing Anxiety Disorder in the Bipolar Patient. American Psychiatric Association: San Francisco, California; May 18-23, 2003.

Suppes T. "An Open Add-on Study of Oxcarbazepine Versus Divalproex to Treat Hypomanic Symptoms in Patients with Bipolar Disorder," NCDEU, Boca Raton, Florida, May 28, 2003.

Suppes T, Young A, Bowden C, Paska W, Wilson B, Stewart R. Concomitant use of Lamotrigine and Lithium as Maintenance Therapy in Patients with Bipolar I Disorder. CINP Abstract, 2004, **pending**.

Ketter T, Suppes T, Goldberg J, Calabrese J, Frye M, White R. Effects of Mood Stabilizer Treatment on Mood Episode Relapse and Recurrence in Bipolar Disorder. CINP Abstract, 2004, **pending**.

Mitchell P, McElroy S, Cookson J, Suppes T, Huffman RF, Paska W, Ascher J. Open-label use of lamotrigine maintenance treatment in bipolar depression: Combination Therapy Experience. ECNP Abstract, 2004, **pending.**

Grunze H, Calabrese J, Ketter T, Suppes T, Frye M, White R. Effects of mood stabilizer treatment on mood episode relapse and recurrence in bipolar disorder. ECNP Abstract, 2004, **pending**.

## CD and Video

Suppes T. CD-ROM Educational Program: Zyprexa in Bipolar Mania. Dallas, Texas: Eli Lilly and Company; January 11,2000

Suppes T, Dennehy ED. Video: Recent Studies on the Treatment of Bipolar Disorder. Dallas, Texas: Distance Learning Center; March 28,2000.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778070

BEST COPY AVAILABLE

Rush AJ, Suppes T, Swann Alan. Audio: Biological Therapies for Bipolar & Schizoaffective Disorders. ACNP Psychiatric Update

Bowden C, Calabrese J, Goodwin F, Keck P, Jusumakar V, Suppes T. Long-Term Use of Mood Stabilizers in Bipolar Disorder. Journal of Clinical Psychiatry Audiograph Series, Vol. 5, No. 6, July 2002.

Suppes, T., Genecom Slide Kit: Optimizing the Treatment of Bipolar Depression, 2002, CME provided by Johns Hopkins Medical School. Co-Chair with Dr. Terry Ketter.

Suppes, T. CME, Inc. Slide Kit: Using Antipsychotics in Treating Mania: Key Factors for Successful Outcomes, 2002, Co-Chair with Steve Strakowski.

Suppes, T, Glazer W, Strakowski S. Video: New Developments in the Treatment of Bipolar Mania. Dallas, Texas: PsychLINK, January 28, 2004.

Suppes T, Altman C. Video: Bipolar 360 Degrees Experience. Dallas, Texas: Cadient Group, March 10, 2004.

Suppes T. Video: Battling Bipolar Disorder: Evidence for New Treatments and Tactics. Dallas, Texas: psychCME, March 10, 2004.

**Presentations**

| 1991 | "Discontinuation of Lithium in Bipolar Patients: How Safe is It?" Psychopharmacology Lunch Program, McLean Hospital, October 10th. |
| 1991 | "Risk of Discontinuation of Lithium in Bipolar Disorder." Scientific Advisory Committee Research Symposium, McLean Hospital, November 18th -19th. |
| 1992 | "New Generation of Programs to Treat Mental Illness – Newly Refined Community Approaches." National Alliance for the Mentally Ill, Texas Chapter, May. |
| 1992 | "Bipolar, Depressive and Manic-Depressive Illnesses." National Alliance for the Mentally Ill, Texas Chapter, May. |
| 1992 | "Risk of Recurrence with Lithium Discontinuation." Physician's Evening Seminar, Zale Lipshy University Hospital, U.T. Southwestern Medical Center, August 20th. |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778071

BEST COPY AVAILABLE

Trisha Suppes, M.D., Ph.D.
Page 38 of 38

| 1992 | "Clinical Risks and Scientific Issues in Discontinuing Psychotic Agents." American College of Neuropsychopharmacology 30th Meeting, December. |
| 1993 | "Day Hospitalization/Pharmacology." Mental Health Connections Didactic Seminar, St. Paul University, January 14th. |
| 1993 | "Maintenance Treatment and Risk of Relapse with Discontinuation." Dallas, Texas, Abbott, January 16th. |
| 1993 | "Clozapine in Treatment of Dysphoric Mania, Psychotic Mood Disorders, S-A and Schizophrenia." UT Southwestern Medical Center, February 8th. |
| 1993 | Case Conference. Mental Health Connections, March 31st. |
| 1993 | "Pharmacological Treatment of Bipolar Disorder." Terrell State Hospital, April 15th. |
| 1993 | "New Treatment in Bipolar Disorders." UT Southwestern Medical Center, July 15th. |
| 1993 | "In Your Interest." "Manic Depression." KHSX-TV, Dallas, Texas, July 29th. |
| 1993 | "Bipolar Disorder." Dallas Area Women Psychiatrists, October 16th. |
| 1993 | "Update on Bipolar Disorder: Should Medications be Continued Indefinitely?" Austin, Texas, Texas Psychological Association, November 6th. |
| 1993 | "Maintenance Treatment in Bipolar Disorder: Risks and Implications." Dallas, Texas, St. Paul Medical Center, November 13th. |
| 1993 | "New Management Options in Bipolar Disorder." Terrell, Texas, Terrell State Hospital, November 18th. |
| 1993 | The Mental Health Forum with Gary Lefkof, M.D. KGBS Talk Radio, Dallas, Texas, December 8th. |
| 1993 | International Psychopharmacology Algorithm Project Study Group, American College of Neuropsychopharmacology (ACNP), December 13th. |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778072

| | |
|---|---|
| 1994 | "Schizophrenia." Health Matters, WFAA-TV. Dallas, Texas, January 16th. |
| 1994 | "New Management Options in Bipolar Disorder." Waco, Texas, Heart of Texas Pharmacy Association, January 20th. |
| 1994 | "Treatment-Resistant Bipolar Disorder." UT Southwestern Medical Center Grand Rounds, Dallas, Texas, January 28th. |
| 1994 | "Can Medications Change Personality?" Texas State Network Radio Program, 1080 AM, Dallas, Texas, February 10th. |
| 1994 | "New Management Options in Bipolar Disorder." Vernon State Hospital, Vernon, Texas, February 17th. |
| 1994 | "Bipolar Disorder: Diagnostic Challenges, Treatment Optimization." Discovery International, Dallas, Texas, April 28th. |
| 1994 | "New Management Options in Bipolar Disorder." Mississippi State Hospital, Whitfield, Mississippi, May 24th. |
| 1994 | "Medications and Miracles: Advances in Treating Severe Mental Illness." TEXAMI, UT Southwestern Medical Center, Dallas, Texas, May 28th. |
| 1994 | "New Management Options in Bipolar Disorder." Central Oklahoma Psychiatric Society, Oklahoma City, Oklahoma, July 12th. |
| 1994 | "Recent Advances and Innovations in the Treatment of Bipolar Disorder." Zale Lipshy University Hospital Grand Rounds, Dallas, Texas, August 4th. |
| 1994 | "Clozapine Treatment of Schizoaffective and Bipolar Disorder Patients." Texas State Alliance for Mentally Ill, Fort Worth, Texas, September 23rd. |
| 1994 | "New Management Options in Bipolar Disorder." Southern Psychiatric Association, New Orleans, Louisiana, September 29th. |
| 1994 | "Petition of the Psychiatrist." AMI Candlelight Vigil for Mental Awareness Week, Dallas, Texas, October 2nd. |
| 1995 | Grand Rounds Presentation. Terrell State Hospital, Terrell, Texas, January 26th. |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778073