BEST COPY AVAILABLE

| | |
|---|---|
| 1995 | Grand Rounds Presentation.  Texas Tech University, Amarillo, Texas, March 23rd. |
| 1995 | "Bipolar Depression."  Terrell State Hospital Grand Rounds, Terrell, Texas, May 4th. |
| 1995 | "Changing Medications."  Dallas AMI, Dallas, Texas, May 4th. |
| 1995 | "Treatment Update on Bipolar Disorder:  Focus on Bipolar Depression."  UT Health Science Center, San Antonio, Texas, May 9th. |
| 1995 | Grand Rounds Presentation, Texas Tech Health Science Center, Lubbock, Texas, May 26th. |
| 1995 | "Treatment and Management of Bipolar Patients:  The Old and the New."  Maricopa Medical Center, Phoenix, Arizona, August 30th. |
| 1995 | "Critical Clinical Issues in Bipolar Disorder."  UT Southwestern Medical Center, Dallas, Texas, September 30th. |
| 1995 | "Treatment of Bipolar Disorder."  University of New Mexico Grand Rounds, New Mexico, October 6th. |
| 1996 | "New Management Options in Bipolar Disorder."  St. Vincent Hospital, Santa Fe, New Mexico, January 30th. |
| 1996 | "Risk and Implications of Interrupting Long-term Maintenance Treatment with Lithium and Other Psychotropic Drugs.  UT Southwestern Medical Center, February 7th. |
| 1996 | "Treatment and Management of Bipolar Patients:  The Old and the New."  Griffin Memorial Hospital, Norman, Oklahoma, February 22nd. |
| 1996 | "Treatment-Resistant Schizoaffective Illness and Bipolar Disorder."  Laureate Psychiatric Clinic and Hospital, Tulsa, Oklahoma, March 20th. |
| 1996 | "Treatment-Resistant Schizoaffective Illness and Bipolar Disorder."  Community Mental Health Center, Tulsa, Oklahoma, March 20th. |
| 1996 | "Advancing the Treatment of Mania Associated with Bipolar Disorder."  Big Spring State Hospital, Big Spring, Texas, March 27th. |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778074

BEST COPY AVAILABLE

| 1996 | "New and Innovative Ways of Examining Treatment Strategies." Stanford University Medical Center, Stanford, California, April 5th. |
| 1996 | "Lifetime Treatment of Manic-Depressive Illness."  American Psychiatric Association, New York City, New York, May. |
| 1996 | "Treatment and Management of Bipolar Patients:  The Old and the New."  Texas Alliance for Mental Illness, Dallas, Texas, September 28th. |
| 1996 | "The Early Detection for Bipolar Disorder."  UT Southwestern Medical Center, Dallas, Texas, October 10th. |
| 1996 | "Treatment-Resistant Schizoaffective Illness with an Overview of Antipsychotics."  Texas Tech University, Lubbock, Texas, October 18th. |
| 1996 | "Bipolar Disorder."  Brigham and Women's Hospital, Boston, Massachusetts, October 22nd. |
| 1997 | "Bipolar Disorder."  Fort Worth DMDA, Fort Worth, Texas, March 7th. |
| 1997 | "Update on Schizophrenia:  A Specialist's Perspective."  Kerrville State Hospital Grand Rounds, Kerrville, Texas, March 12th. |
| 1997 | "Update in the Diagnosis and Treatment of Bipolar Disorder."  St. Elizabeth's Hospital, Washington D.C., May 1st. |
| 1997 | "Better Treatments:  Subtypes and Outcomes, Bipolar Depression and Comorbid Substance Abuse."  Dallas, Texas, May 31st. |
| 1997 | Suppes T, Swann A, Crismon ML, Shon S, Rush AJ, Altshuler KZ.  Will medication algorithms provide adequate information on treatment response in bipolar disorder? New Clinical Drug Evaluation Unit Annual Meeting, June. |
| 1997 | "Better Treatments:  Subtypes and Outcomes, Bipolar Depression, and Comorbid Substance Abuse."  Chicago, Illinois, June 29th. |
| 1997 | UCLA Bipolar Disorder Intensive Workshop, Redondo Beach, California, September 11th-13[th]. |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778075

BEST COPY AVAILABLE

| 1997 | "Bipolar Disorder: Its Course and Consequences for Treatment." Psychiatric University of Utrecht (PUK), Utrecht, Netherlands, October 10th. |

1997     "An Intensive Educational Experience for Psychiatrists." Stanford Univeristy, Stanford, California, November 13th-15[th].

1998     "Bipolar Disorder and use of the Texas Medication Algorithm." TMAP, Houston, Texas, February 13th.

1998     "Bipolar Disorders." Dallas Area Women Psychiatrists, Dallas, Texas, March 14th.

1998     "Better Diagnosis of Bipolar Disorder and Enhanced Treatment for Bipolar Depression." U.S. Bipolar Disorders Update, San Diego, California, April 19th.

1998     "Better Diagnosis of Bipolar Disorder and Enhanced Treatment for Bipolar Depression." U.S. Bipolar Disorders Update, Los Angeles, California, May 9th.

1998     "Managing Treatment Resistant Patients Using Combination Medication." UT Southwestern Medical Center, Dallas, Texas, May 15th-16[th].

1998     "Treatment Options for Acute Mania." Consultant Meeting, Newport Beach, California, June 26th-28[th].

1998     "New Options in Bipolar Disorders." Houston, Texas, July 18th.

1998     "New Options in Bipolar Disorders." New Orleans, Louisiana, July 25th.

1998     "New Treatment Options in Bipolar Disorder." Depressive and Manic Depressive Association, Dallas, Texas, September 17th.

1998     "The Use of Anticonvulsants and Atypical Antipsychotics in Bipolar Disorder." Texas Society of Psychiatric Physicians Annual Convention, Houston, Texas, November 14th.

1998     "Update on Treatment of Bipolar Disorder." Abbott Laboratories, Little Rock, Arkansas, November 19th.

1998     "New Options in Bipolar Disorders." Austin, Texas, December 5th.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778076

BEST COPY AVAILABLE

Trisha Suppes, M.D., Ph.D.
Page 43 of 43

| | |
|---|---|
| 1999 | "New Options in Bipolar Disorders." Tucson, Arizona, February 20th. |
| 1999 | "Use of Mood Stabilizers in the Treatment of Bipolar Disorder." Menninger Clinic, Incorporated, Kansas City, Missouri, March 20th. |
| 1999 | "Anticonvulsant Drugs in Psychiatry:  Bipolar Disorders and Beyond." Medical Education Systems, April 15th. |
| 1999 | "Diagnosis and Treatment of Bipolar Depression."  SCP Communications, San Francisco, California, April 30th. |
| 1999 | "Bipolar Disorder."  Scott and White Hospital Grand Rounds, Temple, Texas, June 4th. |
| 1999 | "Bipolar Treatment Update."  Glaxo Wellcome, Dallas, Texas, June 24th. |
| 1999 | "Bipolar Disorders and Substance Abuse:  Toward Improved Outcomes."  St. Louis, Missouri, July 10th. |
| 1999 | "Anticonvulsant Drugs in Psychiatry:  Bipolar Disorders and Beyond."  The Mansion on Turtle Creek, Dallas, Texas, August 10th. |
| 1999 | "Update on Treatment of Bipolar Disorder."  NARSAD Symposium, Dallas, Texas, September 14th. |
| 1999 | "Update on Treatment of Bipolar Disorder."  National DMDA Conference, Houston, Texas, October 3rd. |
| 1999 | "Bipolar Depression:  Clinical Physiologic, and Therapeutic Specificity."  ACNP, Acapulco, Mexico, December 12th-16th. |
| 2000 | "Treatment Update on Bipolar Disorder."  Dallas Area Women Psychiatrists, Dallas, Texas, January 28th. |
| 2000 | "Balancing Treatment Alternatives for Bipolar Disorder: Maximizing Efficacy, Minimizing Side Effects."  Dallas, Texas, April 15th. |
| 2000 | "Bipolar Depression:  Clinical, Biological, and Treatment Specificity."  American Psychiatric Association, Chicago, Illinois, May 15th. |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778077

BEST COPY AVAILABLE

| | |
|---|---|
| 2000 | "Clinical Evidence on Antidepressants for Bipolar Disorder." American Psychiatric Association, Chicago, Illinois, May 15th. |
| 2000 | "How Useful are Thrid-Generation Anticonvulsants?" American Psychiatric Association, Chicago, Illinois, May 17th. |
| 2000 | "Restoring Balance: Long-Term Mood Stabilization in the Bipolar Patient." San Francisco, California, April 28th. |
| 2000 | "Differential Diagnosis of Bipolar Disorder vs Unipolar Depression." Dallas, Texas, June 28th. |
| 2000 | "Efficacy of Topiramate in Bipolar Disorder: First Clinical Results." Collegium Internationale Neuro-Psychopharmacologicum Congress, Brussels, Belgium, July 10th. |
| 2000 | "Clinical Update on Novel Treatment for Rapid Cycling Bipolar Disorder." Collegium Internationale Neuro-Psychopharmacologicum Congress, Brussels, Belgium, July 11th. |
| 2001 | "Minimizing the Impact of Adverse Reactions from Medications Used to Treat Bipolar Disorder." Genecom, Dallas, Texas, February 9th. |
| 2001 | "Treatment of Bipolar Disroder with Atypical Antipsychotics." International Congress Centre, Berlin, Germany, July 3rd. |
| 2001 | "Prevention 2001: Crisis in Changing Times." Suicide and Crisis Center, Dallas, Texas, September 21st. |
| 2001 | "Bipolar Disorder." Mental Illness Awareness Week, UT Southwestern Medical Center, Dallas, Texas, October 6th. |
| 2001 | "Novel Treatments for Bipolar Disorder." Texas Society of Psychiatric Physicians, Galveston, Texas, November 3rd. |
| 2002 | "Exploring Novel Treatment Strategies for Bipolar Disorder." Psychiatric Nursing Symposium, Arlington, Texas, March 8th. |
| 2002 | "Practical Considerations in Stabilizing Mania Associated with Bipolar Disorder." GlaxoSmithKline, Arlington, Texas, March 15th. |
| 2002 | "The Management of Mania Associated with Bipolar Disorder." GlaxoSmithKline, Arlington, Texas, April 12th. |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778078

BEST COPY AVAILABLE

2002        "Medication Strategies for Treatment of Refractory Patients with Bipolar Disorder."  American Psychiatric Association, Philadelphia, Pennsylvania, May 19th.

2002        "Customizing Care for Patients with Bipolar Disorder."  American Psychiatric Association, Philadelphia, Pennsylvania, May 19th.

2002        "The Role of Atypicals in Mania."  Seroquel Standalone Meeting, Seville, Spain, September 5th.

2002        "The Role of Atypicals in Mania."  International Forum on Mood and Anxiety, Monte Carlo, November 28th.

2002        "Clinical Effectiveness in Bipolar Disorder."  International Forum on Mood and Anxiety, Monte Carlo, November 28th.

2003        "Optimizing Drug Treatment in Bipolar Depression,"Johns Hopkins University and GlaxoSmithKline Training, UT Southwestern Medical Center, February 10th.

2003        "Antipsychotic Use in Special Populations," Dallas, Texas, AstraZeneca, April 2nd.

2003        "Bipolar II Disorder: The Concept of Dysphoric Hypomania", UCLA Neuropsychiatric Institute and Hospital, UCLA School of Medicine, Grand Rounds.  April 15th

2003        "Evolving Treatment Strategies for Bipolar Disorder," Bristol-Myers Squibb, Dallas, Texas, May 7th.

2003        "Treatment Approaches for Managing Anxiety Disorder in the Bipolar Patient," American Psychiatric Association, May 19th-22[nd].

2003        "Clinical Predictors of Response to Maintenance Treatment in Bipolar I Disorder," American Psychiatric Association, May 19th-22[nd].

2003        "Service Utilization Among Patients with Bipolar Disorder in the Texas Medication Algorithm Project,"  NCDEU, Boca Raton, Florida, May 29, 2003.

2003        "Assessing the Efficacy of Antipsychotics in Acute Mania," CME, Dallas, Texas, June 7th.

2003        "Practical Considerations in Stabilizing Mania Associated with Bipolar Disorder," GlaxoSmithKline, Dallas, Texas, August 20th.

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778079

BEST COPY AVAILABLE

| | |
|---|---|
| 2003 | "Stabilization for the Long Term," GlaxoSmithKline, Dallas, Texas, August 23rd. |
| 2003 | "Long-Term Management of Bipolar Disorder," GlaxoSmithKline, Dallas, Texas, August 25th. |
| 2004 | "Bipolar I Disorder:  Stabilization for the Long-Term." GlaxoSmithKline, Dallas, Texas, January 13th. |
| 2004 | "Antipsychotic Use in Special Populations."  AstraZeneca, Dallas, Texas, January 15th. |
| 2004 | "Stabilizing Bipolar Disorder:  Key Factors in Achieving Patient Acceptance."  CME, Inc., Las Vegas, Nevada, January 24th. |
| 2004 | "Practical Considerations for Choosing Long-Term Agents for the Management of Bipolar I Disorder."  GlaxoSmithKline, Dallas, Texas, January 27th. |
| 2004 | "Antipsychotic Use in Special Populations."  AstraZeneca, Tulsa, Oklahoma, March 1st. |
| 2004 | "Antipsychotic Use in Special Populations."  Laureate Psychiatric Clinic and Hospital, Tulsa, Oklahoma, March 1st. |
| 2004 | "Antipsychotic Use in Special Populations."  The Polo Grill, Tulsa, Oklahoma, March 1st. |
| 2004 | "Antipsychotic Use in Special Populations."  AstraZeneca, Muskogee, Oklahoma, March 2nd. |
| 2004 | "Antipsychotic Use in Special Populations."  Jasper's, Muskogee, Oklahoma, March 2nd. |
| 2004 | "Stabilizing Bipolar Disorder:  Key Factors in Achieving Successful Outcomes."  AstraZeneca, Terrell State Hospital, Terrell, Texas, April 19th. |
| 2004 | "Bipolar Disorder."  University of North Carolina, Grand Rounds, May 21st. (**Pending**). |
| 2004 | "Bipolar Disorder."  University of Texas Medical Brance, Grand Rounds, September 14th. (**Pending**). |

Last Revised 5.26.2004

CONFIDENTIAL
AZSER12778080

BEST COPY AVAILABLE



PLEASE NOTE OUR NEW ADDRESS AND PHONE NUMBER
P.O. BOX 2018, AUSTIN, TX  78768-2018
*PHONE# 512/305-7010*

956

CONFIDENTIAL
AZSER12778081

BEST COPY AVAILABLE

**Patricia Suppes, MD, PhD**

**Current Affiliations:**

**UT Southwestern Medical Center at Dallas**
**Department of Psychiatry / Bipolar Disorder Research Program**
**5323 Harry Hines Boulevard**
**Dallas, Texas 75390**

**UT Southwestern Medical Center at Dallas**
**Department of Psychiatry / Bipolar Disorder Research Program**
**6363 Forest Park Road, Suite #722**
**Dallas, TX 75235**

Signature: _____

Date: _____ 8/26/04 _____

CONFIDENTIAL
AZSER12778082

BEST COPY AVAILABLE

D1447C00127: 0069

## Curriculum Vitae

| | |
|---|---|
| *Full Name:* | **Raj P. Rajani, M.D.** |
| *Position Title:* | **Investigator** |
| | **Psychiatrist** |
| *Address:* | **BMR HealthQuest** |
| | **Behavioral and Medical Research, LLC** |
| | **1000 S. Anaheim Blvd., Suite 204** |
| | **Anaheim, CA 92805** |

**Education:**

| Institution & Location | Degree | Year Conferred | Field of Study |
|---|---|---|---|
| **American Hospital** | | **1989 - 1990** | **Addictive Diseases** |
| **University of California, Irvine** Irvine, CA | **Post Graduate Residency** | **1985 - 1988** | **Psychiatry** |
| **Diversified Education Company** Los Angeles, CA | **Medical Instructor** | **1980 - 1984** | |
| **University of Bombay** Grant Medical College | **M.B., B.S** | **1972 - 1979** | **Medicine** |
| **University of Bombay** India | | **1971 - 1972** | **Intermediate Science** |
| **University of Cambridge** India | **Indian School Certificate** | **1959 - 1970** | |

**Professional Experience:**

| Position | Institution/Employer & Location | Dates of Employment |
|---|---|---|
| **Vice Chairman** Department of Psychiatry | **Western Medical Center** Anaheim, CA | **2002-Present** |
| **Treasurer and Secretary of Medical Executive Commitee** | **Western Medical Center** Anaheim, CA | **2002-Present** |
| **Principle Investigator** | **BMR HealthQuest** Anaheim, CA | **06/01-Present** |
| **Investigator** | **BMR HealthQuest** Tustin, CA | **07/00 – 06/01** |
| **Medical Director** Partial Hospital Program | **Orange County Community Hospital** Buena Park, CA | **2000 - 2001** |
| **Co-Chairman** Department of Psychiatry | **Western Medical Center** Anaheim, CA | **1998 - 2001** |
| **Chairman** Department of Psychiatry | **Western Medical Center** Anaheim, CA | **1996 - 1997** |
| **Member at Large** | **Western Medical Center** Anaheim, CA | **1994 - 1995** |
| **Member of Credential Committee** | **Western Medical Center** Anaheim, CA | **1991 - Present** |
| **Private Practice** | **Anaheim, CA** | **1990 - Present** |
| **Chairman Utilization Department** | **American Hospital Pomona** | **1987 - 1993** |

**Professional and Society Memberships:**
American Psychiatric Association
Orange County Psychiatric Society
India Medical Association of Southern California

9/11/03

Raj P. Rajani, M.D.    Curriculum Vitae: February 2003

958

CONFIDENTIAL
AZSER12778083

BEST COPY AVAILABLE

*Licenses:*

California License Number    A42580
Drug Enforcement Number    BR0397578

### *Research Experience:*

| | |
|---|---|
| 2003 | **GlaxoSmithKline,** Protocol 29060/826<br>An Eight Week, Double-Blind, Rising Dose Study to Examine Norepinephrine Transporter Inhibition in Patients with Major Depressive Disorder Receiving Controlled Release Paroxetine (Paxil CR) or Controlled Release Venlafaxine (Effexor XR) |
| 2003 | **GlaxoSmithKline,** Protocol 29060/874<br>A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Fixed Dose Study Evaluating the Efficacy and Safety of Paroxetine CR in Elderly Outpatients Diagnosed with Major Depressive Disorder |
| 2003 | **Cephalon, Inc,** Protocol C1538a/413/DP/US<br>A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of 8 Weeks of Oral Provigil (Modafinil) Tablets [C-IV] (200 mg Once Daily) as Adjunctive Treatment for Excessive Sleepiness in Adults with Major Depressive Disorder, Sleepiness, and Fatigue, Followed by a 12-Week Open Label Period. |
| 2003 | **Abbott Laboratories,** Protocol M02-540<br>A 21-Day, Double-Blind, Placebo-Controlled, Parallel-Group Evaluation of the Efficacy and Safety of Depakote ER in the Treatment of the Manic Phase of Bipolar Disorder |
| 2003 | **Abbott Laboratories,** Protocol M02-547<br>A Randomized, Double-blind Study of the Safety and Efficacy of Depakote ER plus an Atypical Antipsychotic vs. an Atypical Antipsychotic Alone in the Treatment of Schizophrenia |
| 2003 | **Abbott Laboratories,** Protocol M02-551<br>A Randomized, Double-Blind Study of Depakote Monotherapy, Olanzapine Monotherapy, and Combination Therapy of Depakote Plus Olanzapine in Stable Subjects during the Maintenance Phase of Bipolar Illness |
| 2003 | **DOV Pharmaceutical, Inc.,** Protocol 547-010<br>A 28-Day, Multicenter, Randomized, Placebo-Controlled, Double-Blind, Efficacy and Safety Study of Ocinapion (DOV 273,547 Modified Release Tablets) in Patient with Generalized Anxiety Disorder |
| 2002 | **Innapharma,** Protocol PPIN9453 6213<br>A Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter, Fixed-Dose Study to Evaluate The Safety and Efficacy of Nemifitide (INN 00835) In Subjects Diagnosed With Major Depressive Disorder |
| 2002 | **Pfizer,** Protocol A2721012<br>A Phase II, Twelve Week, Double Blind and Placebo Controlled Study to Evaluate the Safety and Efficacy of Two Doses of CP-448, 187 (1.5mg and 3.0mg) in Subjects with Obsessive Compulsive Disorder |
| 2002 | **California Clinical Trials,** Protocol CCTMIG001 |

*9/11/03*

Raj P. Rajani, M.D.                         Curriculum Vitae: February 2003

CONFIDENTIAL
AZSER12778084

BEST COPY AVAILABLE

A Randomized, Open Label, Parallel-Group Study of Encapsulated Sumatriptan 100mg versus Sumatriptan Tablet 100mg in Subjects with Migraine

2002   **Merck Research Laboratories, Inc**, Protocol MK-0869
A Double-Blind, Placebo Controlled, Multicenter Study of the Long-Term Efficacy of MK-0869 in the Maintenance of   Antidepressant Effect in Geriatric Outpatients With Major Depressive Disorder

2002   **Forest Laboratories, Inc**, Protocol SCT-MD-21
Double-Blind Comparison of the Safety and Efficacy of Escitalopram and Fluoxetine Nonresponders

2002   **Forest Laboratories, Inc**, Protocol SCT-MD-26
Two-Week Double-Blind Placebo-Controlled Study of Escitalopram in the Treatment of Severe Major Depression
Phase A:  Double-Blind Comparison of the Safety and Efficacy of  Escitalopram and Placebo After Two Weeks of Treatment of Patents with Severe Major Depression
Phase B:  Double-Blind Comparison of the Safety and Efficacy of Escitalopram and Placebo After Eight Weeks of Treatment of Patients with Severe Major Depression

2002   **Forest Laboratories, Inc**, Protocol SCT-MD-19
An Open-Label Extension Study of the Efficacy of Escitalopram in   Patients with Major Depressive Disorder

2002   **Neurocrine**, Protocol NBI-34060-IR-0114
A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Long-Term Safety and Efficacy Of Two Dose Levels of NBI-34060 in Adult Patients with Primary Insomnia

2002   **Berlex Laboratories, Inc**, Protocol 305141
A Muticenter, Double-Blind, Randomized, Placebo-Controlled,   Crossover Study to Evaluate the Efficacy of a Monophasic Oral Contraceptive Preparation, Containing Drospirenone 3 mg/Ethinyl Esradiol 20 ug (as Beta-Cyclodextrin Clathrate), in the treatment of Premenstrual Dysphoric Disorder.

2002   **Cephalon**, Protocol G-610
An Open-Label, Blinder-Rater, Randomized, 10-Week Study to Evaluate the Safety and Efficacy of Flexible Doses of GABITRIL (tiagabine hydrochloride) with Paxil (paroxetine HCL) as a Positive Control in Patients with Generalized Anxiety Disorder

2002   **Solvay Pharmaceuticals**, Protocol S1542010
A Randomized, Double-Blind, Placebo-Controlled, Risperidone Referenced, Dose Finding Study of DU 127090 in the Treatment of Schizoprenia

2001   **Innapharma**, Protocol PPIN9453-6207
A Double-Blind, Parallel Group, Multicenter, Fixed-Dose Study to Evaluate the Safety and Efficacy of Three Doses of INN00835 in Subjects Diagnosed with Major Depressive Disorder.

2001   **Vela Pharmaceuticals**, Protocol VPI-FL-0004.1
A Double-Blind, Randomized, Parallel Study of the Safety,

Raj P. Rajani, M.D.                                   Curriculum Vitae:  February 2003

960

CONFIDENTIAL
AZSER12778085

BEST COPY AVAILABLE

| | |
|---|---|
| | Tolerability and Preliminary Efficacy of Flutamide Compared To Placebo in Patients with Anorexia Nervosa. |
| 2001 | **SmithKline Beecham Pharmaceuticals,** Protocol SB-659746-A A Randomized, Double-Blind, Parallel-Group Study Evaluating Efficacy and Safety of Three Doses pf SB-659746-A (5mg, 10mg, and 20mg) Versus Placebo in Patients with Major Depressive Disorder. |
| 2001 | **Pfizer Inc.,** Protocol A1651008 A Phase IIB, Seven Week, Double-Blind, Placebo and Paroxetine-Controlled Multicenter Study to Evaluate the Safety And Efficacy of Oral CP-122, 721 in Outpatients with Major Depressive Disorder **and** Associated Somatic Symptoms. |
| 2001 | **Pfizer Inc.,** Protocol 1043-012-006 A 6-Week, Double-Blind, Randomized, Multicenter, Fixed-Dose, Placebo-Controlled Study of Pagoclone Dosed Twice a Day in Patients With Generalized Anxiety Disorder. |
| 2001 | **Sanofi~Synthelabo,** Protocol TDR3720 A Phase II, Randomized, Multicenter, Double-Blind, Placebo-Controlled Twelve-Week Study of SR57746A in Patients with Mild to Moderate Dementia of the Alzheimer Type. |
| 2001 | **Janssen Research Foundation,** Protocol RIS-USA-209 A Randomized, Double-Blind Study to Evaluate the Anticholinergic Burden in Subjects with Psychosis of Dementia Treated with Risperidone or Olanzapine. |
| 2001 | **Wyeth Ayerst,** Protocol 0600B4-389-US A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible Dose Study of Venlafaxine ER in Children and Adolescent Outpatients With Social Anxiety Disorder. |
| 2001 | **Wyeth Ayerst,** Protocol 0600-B5-353-US A Double-Blind, Placebo-Controlled, Flexible-Dose of Venlafaxine ER capsules in Adult Outpatient with Panic Disorder. |
| 2001 | **Janssen Research Foundation,** Protocol GAL-INT-05 A Randomized, 24 Week, Double-Blind, Placebo-Controlled, Flexible Dose Study to Compare the Efficacy and Safety of *Galantamine* to Placebo in Patients with Dementia with Lewy Bodies. |
| 2001 | **Janssen Research Foundation,** Protocol GAL-INT-18 A Randomized Double-Blind, Placebo-Controlled Trial to Evaluate the Efficacy and Safety of *Galantamine* in Subjects With Mild Cognitive Impairment (MCI) Clinically at risk for Development of Clinically Probable Alzheimer's Disease. |
| 2001 | **Forest,** Protocol SCT-MD-06 |

9/11/03

Raj P. Rajani, M.D.                                         Curriculum Vitae: February 2003

961

CONFIDENTIAL
AZSER12778086

Flexible Dose Comparison of the Safety and Efficacy of Escitalopram and Placebo in the Treatment of Generalized Anxiety Disorder.

2001    **Forest, Protocol SCT-MD-17**
        S-Citalophram in the treatment of Generalized Anxiety Disorder.

2001    **AstraZeneca, Protocol 5077IL/0041**
        A Multi-center, Double-Blind, Randomized Comparison of the Efficacy and Safety of Sustained-release Formulation Quetiapine Fumarate (SEROQUEL) and Placebo in the Treatment of Patients With Schizophrenia.

2001    **Janssen Research Foundation, Protocol RIS-USA-232**
        Efficacy and Safety of a Flexible Dose of Risperidone versus Placebo in the Treatment of Psychosis of Alzheimer's Disease.

2000-2001   **Forest Laboratories, Protocol SCT-MD-04**
            Flexible Dose Comparison of the Safety and Efficacy of LU-26-054, Citalopram, and Placebo in the Treatment of Panic Disorder.

2000-2001   **Wyeth-Ayerst Research, Protocol 0600B1-402-US**
            A Double-blind, Placebo Controlled Comparative Efficacy Study of Venlafaxine ER and Sertraline in Producing Remission in Outpatients with Major Depressive Disorder.

2000-2001   **Janssen Research Foundation, Protocol RIS-USA-239**
            The Efficacy and Safety of Single Dosage Ranges of Risperidone vs. Placebo in the Treatment of Manic Episodes Associated with Bipolar I Disorder.

2000-2001   **Janssen Research Foundation, Protocol RIS-INT-81**
            A Nine-Week, Open-Label, Multi-Center, Safety Study of Single Dose Ranges of Risperidone in the Treatment of Manic Episodes Associated with Bipolar I Disorder.

2000-2001   **TAP Holdings, Inc., Protocol TAK-637-99-301**
            Phase II Multi-Center Randomized Comparison of TAK-637 vs. Placebo in the Treatment of Subjects with Major Depressive Disorder.

2000-2001   **Cephalon, Inc., Protocol C1538a/412/DP/US**
            A Phase 4, Multicenter, 6-Week, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Study to Evaluate the Safety and Efficacy of *PROVIGIL* (Monafinil) at Individually Titrated Doses of 100, 200, 300, or 40mg/day as Adjunctive Therapy in Patients with Major Depressive Disorder Who Have Demonstrated a Partial Response to Antidepressant Therapy for a Current Major Depressive Episode.

2000    **SmithKline Beecham Pharmaceuticals, Protocol 29060/739**
        A Seven-Week, Multi-Center Study to Examine Norepinephrine Transporter Inhibition in Patients with Major Depressive Disorder Receiving *Paroxetine* or *Desipramine.*

2000    **Sanofi Pharmaceuticals, Protocol DFI 3138**
        A Double-Blind, Placebo and Haloperidol-Controlled, Multicenter Study Evaluating the Safety and Efficacy of SR 142801 in Schizophrenic Patients.

2000    **Sanofi Pharmaceuticals, Protocol DFI 3024**
        A Double-Blind, Placebo and Haloperidol-Controlled, Multicenter Study Evaluating the Safety and Efficacy of SR 46349B in Schizophrenic Patients.

9/11/03

Raj P. Rajani, M.D.                                    Curriculum Vitae: February 2003

CONFIDENTIAL
AZSER12778087

BEST COPY AVAILABLE

2000     **Abbott Laboratories**, Protocol M99-010
Safety and Efficacy of *Depakote* as Combination Therapy in the Treatment of Psychosis Associated with Schizophrenia.

1998 - 1999     **Abbott Laboratories**, Protocol M97-696
An Evaluation of the Efficacy and Safety of *Depakote CR* in the Treatment of the Manic Phase of Bipolar Disorder: A Placebo-Controlled Study.

1998     **Hoechst Marion Roussel**, Protocol M100907/3001
A Multi-Center, Placebo and Active Control, Double-Blind, Randomized Study of the Efficacy, Safety and Pharmokinetics of M200, 907 (10 and 20mg/day) in Schizophrenia and Schizoaffective Patients.

1997 - 1998     **Otsuka America Pharmaceuticals, Inc.,** Protocol 31-97-201
A Phase III Double-Blind, Placebo-Controlled Study of *Aripiprazole* in the Treatment of Psychosis.

1997 - 1998     **Glaxo Wellcome, Inc.,** Protocol SCAA2008
A Multi-Center, Double-Blind, Placebo-Controlled, Fixed Dose Evaluation of the Safety and Efficacy of *Lamictal* (Lamotrigine) Compared to Placebo and Lithium in the Treatment of an Acute Manic Episode in Patients Suffering who have Bipolar Disorder. Incorporating Participation in Genotype Research Which is Optional for Both Study Centers and Patients.

1997     **Hoechst Marion Roussel**, Protocol 100907PR0015
A Multi-Center, Randomized, Double-Blind, Placebo and Active Controlled Study of MDL 100,907 in Schizophrenic and Schizoaffective Patients.

Raj P. Rajani, M.D.        Curriculum Vitae:  February 2003

CONFIDENTIAL
AZSER12778088

BEST COPY AVAILABLE

# BIRMINGHAM PSYCHIATRY PHARMACEUTICAL STUDIES, INC.

**Curriculum Vitae**
*November 5, 2004*

D1447C00127:

| | |
|---|---|
| **Name:** | H. Edward Logue, M.D. |
| **Position Title:** | Principal Investigator<br>Medical Director |
| **Address:** | Birmingham Psychiatry Pharmaceutical Studies, Inc.<br>100 Century Park South, Suite 214<br>Birmingham, Alabama 35226          USA |
| | UAB Medical West<br>995 9th Avenue SW<br>Bessemer, Alabama 35021-0847          USA |
| **Telephone Number:** | 205-978-7840 |
| **Fax Number:** | 205-978-7847 |
| **Education:** | Medicine          AL ML#: 5861 |

**Education:**

| Institution and Location | Degree | Year Conferred | Field of Study |
|---|---|---|---|
| *Medical College of Georgia, Augusta Ga.* | *Psychiatry* | *1972* | *Psychiatry* |
| *Medical College of Georgia, Augusta Ga.* | *M.D.* | *1963* | *Medicine* |
| *Emory University, Atlanta, Ga.* | *B.S* | *1958* | *Pre-Med* |
| *Emory University, Oxford Georgia* | *A.D.* | *1955* | *Science* |

**Research and Professional Experience:**

| Position | Institution/Employer and Location | Dates of Employment |
|---|---|---|
| *Psychiatrist/President/Founder* | *Private Practice, Birmingham Psychiatry P.A., Birmingham, Alabama* | *1972 - Present* |
| *Medical Director, Adult Psychiatric Services* | *Brookwood Medical Center*<br>*Birmingham, Alabama* | *October 1987-Present* |
| *Founder, Medical Director Chairman of Board* | *American Behavioral Benefits Managers, Inc.* | *1989 - Present* |
| *Medical Director* | *Birmingham Psychiatry Pharmaceutical Studies, Inc.* | *1991 - Present* |

1

**100 CENTURY PARK SOUTH, SUITE 214   •   BIRMINGHAM, ALABAMA  35226**
**TELEPHONE (205) 978-7840   •   FAX (205) 978-7847**

*Revised Nov 5, 2004*                                              *Page 1*

CONFIDENTIAL
AZSER12778089

BEST COPY AVAILABLE

*Dr. Logue, CV*
*Revised 09-14-2004*

| President Alabama Psychiatric Society | State of Alabama | 1990 - 1991 |
|---|---|---|
| Exemplary Psychiatrist Award | National Alliance for the Mentally Ill  Birmingham Alliance for the Mentally Ill | 1998 |

**Professional Memberships:**

(1)     American Psychiatric Association

(2)     American Medical Association

(3)     Alabama Psychiatric Society-District Branch of American Psychiatry Association

(4)     Jefferson County Medical Society

(5)     Medical Association of State of Alabama

(6)     Central Alabama Psychiatric Society

Publications:
     Papers presented to Medical Association of Alabama:
          1.   "Ethics Meets Thanatos"      January 1998
          2.   "Atypical Antipsychotics:  What is Here and What is Coming"       January 1998

Discovery Television Channel (National Television) "The Cutting Edge Medical Report:  Schizophrenia and Preventing Relapse" Sponsored by the National Alliance of Research for Schizophrenia and Depression.  1996

Alabama Medical License Number:  5861

965

CONFIDENTIAL
AZSER12778090

BEST COPY AVAILABLE

*Dr. Logue, CV*
*Revised 09-14-2004*

**Research Experience:**

1.  Principal Investigator
    "Insomnia treatment study"
    Outpatient study
    The Upjohn Company
    1992

2.  Principal Investigator
    "Fluvoxamine vs Placebo in the treatment of Panic Disorder."
    Enrolled: 20 patients (6 months)
    Outpatient study
    The Upjohn Company
    1992-1993

3.  Principal Investigator
    "Fluvoxamine vs Placebo in the treatment of Panic
    Disorder: A long term maintenance, Double Blind study
    comparing efficacy and safety."
    Enrolled: 20 patients (6 months)
    Outpatient study
    The Upjohn Company
    1993-1994

4.  Principal Investigator
    "A Randomized, comparative open-labeled study of Paroxetine
    in the Treatment of Depression as used in a Clinical Practice Setting."
    Smith-Kline Beecham
    Outpatient study
    Enrolled: 20 patients (3 months)
    1993-1994

5.  Principal Investigator
    "Olanzapine versus Haloperidol in the Treatment of
    Schizophrenia and Other Psychotic Disorders."
    FID-MC-HGAJ
    Enrolled: 44 patients (12 months)
    Inpatient/Outpatient study
    Eli Lilly
    1994-1995

6.  Principal Investigator
    "Imitrex Injections in the Treatment of Migraine Headaches."
    Enrolled: 40 patients (2 months)
    Outpatient study
    Glaxo\Pact
    1994

7.  Principal Investigator
    "Epidemiologic Survey of Prostep."
    Smoking cessation study

966

CONFIDENTIAL
AZSER12778091

BEST COPY AVAILABLE

*Dr. Logue, CV*
*Revised 09-14-2004*

Enrolled:  20 patients                    1993-1994

8.      Principal Investigator
        " A Double-Blind, Placebo-controlled, dose response comparison of the
        safety and efficacy of three doses of Sertindole and three doses of Haldol
        in Schizophrenic Patients."
        M93-113
        Inpatient Study
        Abbott Laboratories
        Enrolled: 34 Patients (6 months)
        1994-1995

9.      Principal Investigator
        "An Open-label Assessment of the long-term safety of Sertindole in the treatment of
        Schizophrenic Patients"
        M92-795
        Outpatient study
        Enrolled: 17 (Continuation Study from M93-113)
        Abbott Laboratories
        1995

10.     Principal Investigator
        "An Open-label Assessment of the Safety of Sertindole".
        (M94-222)
        Enrolled: 15 patients  (Continuation Study from M93-113)
        Outpatient study
        Abbott Laboratories
        1995

11.     Principal Investigator
        "A Phase II  comparative study using a single dose of Acetaminophen,
        Acetaminophen/Cyproheptadine, Cyproheptadine Alone and Placebo in the Treatment of
        Migraine Headache"
        Enrolled: 39 Patients (6 months)
        McNeil Laboratories
        1994 - 1995

12.     Principal Investigator
        "A prospective, Multi-center, Open-label study of Serzone (nefazodone) in
        the Management of Patients with Symptoms of Depression in Depression in
        General Psychiatric Practices"
        (CN 104-127)
        Depression study
        Enrolled:  14 patients (3 months)
        Bristol-Myers Squibb\ICRC

13.     Principal Investigator
        "Olanzapine versus Risperidone in the Treatment of Schizophrenia and other Psychotic
        Disorders"
        F1D-MC-HGBG
        Enrolled: 49 patients (4 months)
        Outpatient study
        Eli Lilly                    1995

14.     Sub Investigator

CONFIDENTIAL
AZSER12778092

BEST COPY AVAILABLE

*Dr. Logue, CV*
*Revised 09-14-2004*

"A Multi Center, Placebo-Controlled Study of Relapse Prevention By Long-Term Treatment with High or Low Doses of ORG-4428 in Outpatients with Recurrent Major Depressive Episode"
Outpatient study
Organon\Pharmaco  Enrolled: 35 patients
1995

15.    Principal Investigator
"Open-Label Experience with Olanzapine in Patients Who Have Completed a Previous Olanzapine Clinical Trial" protocol.
Compassionate Use Study
FID-MC-HGDI
Outpatient study
Eli Lilly        1996
Enrolled: 13 patients from previous Olanzapine studies

16.    Sub Investigator
"A Randomized Double-Blind, Placebo-Controlled parallel group multicenter, single dose, dose range-finding study to assess the efficacy and tolerability of VML 251 in the acute treatment of migraine."
Outpatient study
April 1996 to June 1996
Vanguard Medica Limited

17.    Principal Investigator
"Mazapertine dose finding trial, comparing three fixed dosages of Mazapertine to Risperidone and placebo: multicenter, double-blind parallel group study".
MAZ-INT-01
Janssen Pharmaceutical Research Foundation
March 1996 to July 2, 1996
Inpatient Study        Phase II Clinical Trial
Screened: 23 patients    Randomized: 20 patients
Janssen Pharmaceutical Research

18.    Principal Investigator
"A Comparison of Risperidone and Haloperidol for Prevention of Relapse in subjects with schizophrenia and schizoaffective disorders."
RIS-USA-79        Outpatient Study
Enrolled: 27 patients    Janssen Pharmaceutical Research

19.    Sub Investigator
"An Open Label, Multicenter Trial Evaluating the Safety and Efficacy of Donepezil Hydrochloride in Patients with Alzheimer's Disease." (E2020)
Outpatient
Pfizer Pharmaceutica

20.    Principal Investigator
"A Multicenter Double-Blind, Randomized Comparison of Zolmitriptan and Sumatriptan in The Acute Treatment and of Multiple Migraine Headaches."
Outpatient                Zeneca Pharmaceuticals

21.    Principal Investigator
"A Multicenter, Double-Blind, Randomized, Placebo Controlled, Parallel Group Study of the Efficacy and Safety of Escalating the Dose of Oral Eletriptan in Subjects with Acute Migraine."

968

CONFIDENTIAL
AZSER12778093

BEST COPY AVAILABLE

*Dr. Logue, CV*
*Revised 09-14-2004*

Outpatient
Pfizer

22.  Principal Investigator
     "A 12-Month Study of VML 251 In the Acute Treatment of Migraine"
     Outpatient
     Vanguard Medica Ltd.

23.  Principal Investigator
     "The Safety and Efficacy of Risperdal (Risperidone) vs Placebo vs Haloperidol as Add –
     On Therapy to Mood Stabilizers in the Treatment of the Manic Phase of Bipolar Disorder"
     Inpatient/Outpatient study
     Add –On site    Enrolled 7 patients

24.  Principal Investigator
     "A Multi-Center, Randomized, Double-Blind, placebo and active controlled study of MDL
     100,907 in Schizophrenic and Schizoaffective Patients."
     MDL 100.907 PR0015
     Inpatient Study          Enrolled 27 Patients       Hoechst Marion Roussel, Inc.

25.  Principal Investigator
     "A Multi-Center, Open-Label, Long-Term Follow-Up, Safety Study of MDL 100,907 In
     Schizophrenic and Schizoaffective Patients Who Participated in Protocol 100907 PR0015."
     MDL 100,907 PR 0018    Inpatient/Outpatient
     Hoechst Marion Roussel, Inc.

26.  Principal Investigator
     "A Phase III, Randomized, Multicenter, Open Label Study Evaluating the Toleration and
     Safety of 3 Days of Treatment with Intramuscular Ziprasidone (20 to 80 mg. Daily) or
     Haloperidol (up to 40 mg Daily) Followed by 4 Days of Treatment with Oral Ziprasidone
     (40 to 200 mg Daily) or Haloperidol in Subjects with a Diagnosis of Psychotic Disorder."
     (128-121)           Inpatient Study
     Enrolled 27 Patients          Pfizer

27.  Principal Investigator
     "Risperidone vs Olanzapine in the Treatment of Schizophrenia".
     RIS-USA-112          Outpatient Study       Janssen Research Foundation

28.  Principal Investigator
     "Risperidone vs Olanzapine in the Treatment of Schizophrenia".
     RIS-USA-113          Outpatient Study       Janssen Research Foundation

29.  Principal Investigator
     "Risperidone vs Olanzapine in the Treatment of Schizophrenia in Elderly Subjects".
     RIS-INT-50      Outpatient Study       Janssen Research Foundation

30.  Principal Investigator
     "Fluoxetine Augmentation in Schizophrenic or Schizoaffective Patients with Depressive or
     Nonresponders to Olanzapine".
     FID-MC-HGFT Outpatient Study              Eli Lilly

31.  Principal Investigator
     "Strategies for Switching from Conventional Antipsychotic Drugs to Olanzapine".
     FID-MC-HGFW      Outpatient Study          Eli Lilly

CONFIDENTIAL
AZSER12778094

BEST COPY AVAILABLE

Dr. Logue, CV
Revised 09-14-2004

32.   Principal Investigator
      "Olanzapine Added to Mood Stabilizers in the Treatment of Bipolar Disorder".
      FID-MC-HGFU Outpatient Study                    Eli Lilly

33.   Sub-Investigator
      "Metrifonate Investigational Nationwide Trial".
      (M.I.N.T.) D97-019
      Alzheimer' Disease        Outpatient Study        Bayer Corporation

34.   Principal Investigator
      "A Phase III, Randomized, Placebo-Controlled Study Evaluating the Safety and Outcome
      of Treatment with Oral Ziprasidone in subjects with Mania".
      128-601 Mania study       Inpatient Study         Pfizer

35.   Principal Investigator
      "An Open Extension Study Evaluating the Safety and Outcome of 40-160 mg daily of
      Ziprasidone in Previous Ziprasidone Clinical Trials".
      128-601 Inpatient/Outpatient Study               Pfizer

36.   Principal investigator
      "A Double – Blind, Randomised, Multicenter, Parallel Design Study to Evaluate the
      Efficacy and Safety of Individual Maximum Tolerated Doses of EMD 68 843 in
      Comparison with Placebo and Fluoxetine in Outpatients with Major Depressive Disorder"
      Merck EMD      Outpatient study Merck KGaA

37.   Principal investigator
      "Phase II, Six-Week, Double-Blind, Placebo and Olanzapine-Controlled
      Study Evaluating the Safety and Efficacy of Oral CP-361,428 in
      Schizophrenia and Schizoaffective Disorder"
      Schizophrenia study
      Pfizer 245-102            Inpatient study         Pfizer

38.   Principal Investigator
      "A double-blind, randomized, multicenter, parallel group design study
      to evaluate the  efficacy and safety of two dosse ranges of EMD 128 130 in comparison
      with placebo and haloperidol in the treatment of schizophrenia"
      EMD 128-130-08
      Schizophrenia study       Inpatient/Outpatient Study
      Merck KgaA Pharmaceutical Co.

39.   Principal Investigator
      "A prospective, randomized, double-blind, placebo- and active-
      controlled, multicenter study to evaluate the efficacy and safety of three fixed doses of
      iloperidone (4, 8, and 12 mg/d) given b.i.d. for 42 days to schizophrenic patients with
      acute or subacute exacerbation, followed by a double-blind, active-controlled, flexible-
      dose, long-term, 6-month phase with iloperidone (4, 8, 12, or 16 mg/d) given q.d."
             ILP 3000
      Schizophrenia            Inpatient and Outpatient Study        Novartis

40.   Principal Investigator
      Novartis Protocol No.: ABA 451
      "A   Prospective,   Randomized,   International   Parallel-Group   Comparison   of
      Clozaril/Leponex vs. Zyprexa in the Reduction of Suicidality in Patients with
      Schizophrenia or Schizoaffective Disorder Who are at Risk for Suicide"
      Novartis ABA 451

CONFIDENTIAL
AZSER12778095

BEST COPY AVAILABLE

*Dr. Logue, CV*
*Revised 09-14-2004*

| | Schizophrenia | Outpatient Study | Novartis |

41.  Principal Investigator
"The Assessment of Nizatidine for the Prevention of  Olanzapine-Associated
Weight Gain in Patients with Schizophrenia"
HGIJ          Outpatient Study          Eli Lilly

42.  Principal Investigator
Protocol:  F1D-MC-HGHL
"Olanzapine Versus Placebo in the Prevention of Relapse in
Bipolar Disorder
HGHL          Outpatient Study          Eli Lilly

43.  Principal Investigator
"Prevalence of Hyperprolactemia in Schizophrenic Patients Treatees with
Antipsychotic Drugs"
Prolactin study          HGHC          Outpatient studyEli Lilly

44.  Principal Investigator
"Allelic Variation in Schizophrenia"
HGGL          Outpatient study          Eli Lilly

45.  Principal Investigator
Protocol:     F1D-MC-HGHZ
"The Combination of Olanzapine and Fluoxetine in
Treatment Resistant Depression without Psychotic Features"
HGHZ          Outpatient study          Eli Lilly

46.  Principal Investigator
Randomized, double-blind, placebo-controlled multicenter trial to
demonstrate the clinical efficacy and safety of two different doses of
Ginkgo biloba special extract Egb 761 in patients suffering from
Dementia of the Alzheimer's Type according to DSM-IV and
NINCDS/ADRA criteria.
Protocol 523001-01-030
Alzheimer's Study     Outpatient study          Schwabe

47.  Principal Investigator
"A Double-Blind, Placebo-Controlled Dose-Finding Study Evaluating the
Safety and Efficacy of MKC-242 1.5, 6, and 24 mg/day (0.5. 2, and 8 mg tid) in the
Treatment of Major Depressive Disorder."
MKC/A01          Depression study
Outpatient studyMitsubishi

48.  Principal Investigator
"Safety and Efficacy of MKC-242 in the treatment of major depressive disorder:  A 4
month double-blind extension to study MKC242-A01."
MKC/A02          Depression study
Outpatient studyMitsubishi

49.  Principal Investigator
"Safety of open-label standard therapy in the treatment of major depressive disorder:  A
1 month follow-up after termination of study MKC-242/A01."
MKC/A03          Depression study
Outpatient studyMitsubishi

CONFIDENTIAL
AZSER12778096

BEST COPY AVAILABLE

*Dr. Logue, CV*
*Revised 09-14-2004*

50.    Principal Investigator
       "A Double-Blind, Placebo and Haloperidol-Controlled, Multicenter Study
       Evaluating the Safety and Efficacy of SR48692 in Schizophrenic Patients"
       Schizophrenia study    Inpatient study    Sanofi

51.    Principal Investigator
       "A Double-Blind, Placebo and Haloperidol-Controlled, Multicenter Study Evaluating
       the Safety and Efficacy of SR141716 in Schizophrenic Patients"
       Sanofi 3077         Schizophrenia study        Inpatient study

52.    Principal Investigator
       Abbott M99-010
       "Safety and Efficacy of Depakote as Combination Therapy in the Treatment of Psychosis
       Associated with Schizophrenia"
       Inpatient study         Abbott Laboratories

53.    Principal Investigator
       Protocol No.    CN138-070  and CN 138-010
       "A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of
       Aripiprazole in the Maintenance Treatment of Patients with Bipolar
       Disorder."
       Bristol-Myers Squibb Pharmaceutical Research Institute
       Inpatient/Outpatient study

54.    Principal Investigator
       Protocol No.    F1D-MC-HGIJ
       "The Assessment of Nizatidine for the Prevention of Olanzapine-Associated Weight
       Gain in Patients with Schizophrenia"
       Outpatient study         Sponsor:         Eli Lilly

55.    Principal Investigator
       Protocol No.    F1J-MC-HMAT
       "Duloxetine versus Placebo and Paroxetine in the Acute Treatment of Major
       Depression"         Sponsor:         Eli Lilly

56.    Principal Investigator
       Protocol No.    F1D-US-HGJB
       "A Controlled Trial of Olanzapine versus Quetiapine in the Treatment of Schizophrenic
       and Schizoaffective Subjects with Prominent Negative Symptoms"
       Outpatient study         Sponsor:         Eli Lilly

57.    Principal Investigator
       Protocol No.    F1J-MC-HMBH
       "Duloxetine Once-Daily Dosing Versus Placebo in the Acute Treatment of Major
       Depression"
       Outpatient Study         Sponsor:         Eli Lilly

58.    Principal Investigator
       Protocol No.    TAK 637-00-302
       "A Phase II Randomized, Multicenter, Placebo- and Active Controlled Study of Oral
       TAK-637 in Subjects with Major Depressive Disorder"
       Outpatient study         Sponsor:         TAP Pharmaceutical Products, Inc.

972

CONFIDENTIAL
AZSER12778097

BEST COPY AVAILABLE

*Dr. Logue, CV*
*Revised-09-14-2004*

59. Principal Investigator
Protocol No.    F1D-MC-HGGY
"Placebo – Controlled Olanzapine Monotherapy in the Treatment of Bipolar I Depression"
Outpatient study        Sponsor:    Eli Lilly

60. Principal Investigator
Protocol No.    F1D-MC-HGJN
"The Assessment of Amantadine for the Treatment of Olanzapine – Associated weight Gain in Patients with schizophrenia, Schizophreniform, Schizoaffective and Bipolar I Disorder"
Outpatient Study        Sponsor:    Eli Lilly

61. Principal Investigator
Protocol No.    ILP 3005
"A randomized, Double-Blind, placebo-and risperidone controlled multicenter study to evaluate the efficacy and safety of two nonoverlapping dose ranges of iloperidone given B.I.D. for 42 days to schizophrenic patients followed by a long-term treatment phase with iloperidone given Qd."
Inpatient and outpatient study
Sponsor:        Novartis        (Inpatient/Outpatient study)

62. Principal Investigator
Protocol No.    D105006
"A Double-Blind, Randomized, Fixed Dose, Placebo-Controlled, Placebo-Controlled, Parallel-Group, 6-Week, Efficacy, Safety, and Tolerability Study of Two Dose Levels of SM-13496 in Patients with Schizophrenia by DSM-IV Criteria Who are Experiencing an Acute Exacerbation of Symptoms"
Sponsor:        Sumitomo        Inpatient/Outpatient study

63. Principal Investigator
Protocol No.    5077US/0043
"A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of Quetiapine Fumarate (SEROQUEL) and Risperidone (RISPERDAL) in the Treatment of Patients with Schizophrenia"
Sponsor:        AstraZeneca        Inpatient/Outpatient study

64. Principal Investigator
B99.CT3.005.BUS P02
"A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Fixed-Dose Study of the Efficacy, Safety, and Tolerability of 60 mg Buspirone Hydrochloride Extended Release Compared to Placebo in Patients with Generalized Anxiety Disorder"
Sponsor:        Biovail        Outpatient study

65. Principal Investigator
"An Open-Label Study of the Safety, and Tolerability, and Efficacy of Up to 90mg Buspirone Hydrochloride Extended Release in Patients with Generalized Anxiety Disorder"
B99.CT#3.008.BUS P02
Sponsor:        Biovail        Outpatient study

66. Principal Investigator
Protocol #:        Biovail B01. 016. BUS PO2
"A Randomized, Double-blind, Placebo-Controlled, Parallel-Group, Fixed-

CONFIDENTIAL
AZSER12778098

BEST COPY AVAILABLE

*Dr. Logue, CV*
*Revised 09-14-2004*

Dose Study of the Efficacy, Safety, and Tolerability of 60 mg Buspirone Hydrochloride Extended Release Compared to Placebo in Patients with Generalized Anxiety Disorder Who Have Stable Disease Characteristics"
Sponsor:        Biovail        Outpatient study

67.   Principal Investigator
      Protocol:
      "An Acute and Continuation Phase Study of the Comparative Efficacy of Venlafaxine ER (Effexor XR) and Fluoxetine (Prozac) in Achieving and Sustaining Remission (Wellness) in Patients With Recurrent Unipolar Major Depression; Followed by a Long-term Randomized, Placebo-Controlled        Maintenance Treatment Study in Patients Treated Initially with Venlafaxine ER"
      Sponsor:        Wyeth-Ayerst Pharmaceuticals  Outpatient Study

68.   Principal Investigator
      Protocol: "An International, Multicenter, Large Simple Trial (LST) To Compare the Cardiovascular Safety of Ziprasidone and Olanzapine"
      Sponsor        Pfizer, Inc.        Outpatient study

69.   Principal Investigator
      Protocol:  D1050049
      "A 6-Week, Double-Blind, Randomized, Fixed-Dose, Parallel-Group Study of the Efficacy and Safety of Three Dose Levels of SM-13496 Compared to Placebo and Haloperidol in Patients with Schizophrenia Who are Experiencing an Acute Exacerbation of Symptoms "
      Sponsor        Sumitomo Pharmaceuticals America, Ltd.
      Inpatient/Outpatient study

70.   Principal Investigator
      Protocol:  D1050174
      "An Open-Label, Dose Blinded, Multicenter, 6 Month Study of Safety and Tolerability of 3 Dose Levels of SM-13496 in Patients with Schizophrenia
      Sponsor        Sumitomo Pharmaceuticals America, Ltd.
      Outpatient study

71.   Principal Investigator
      Protocol:
      "A Phase III, Randomised, Placebo-Controlled, Double-Dummy Study Evaluating the Safety and Efficacy of Oral Ziprasidone vs. Haloperidol and Placebo in In-Patients with an Acute Manic Episode"
      Sponsor        Pfizer Inc.        Inpatient/Outpatient study

72.   Principal Investigator
      Protocol:
      "A Phase III, Three-Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Safety and Efficacy Study of Extended-Release Carbamazepine in the Treatment of Bipolar Disorder"
      Sponsor        Shire Pharmaceutical Development Inc.
      Inpatient/Outpatient study

73.   Principal Investigator
      Protocol:  "A Pilot Study of the Effect of Hormone Replacement Therapy In Recently Postmenopausal Women with Subjective Complaints"
      Sponsor        Wyeth Pharmaceuticals Inc.        Outpatient study

CONFIDENTIAL
AZSER12778099

BEST COPY AVAILABLE

*Dr. Logue, CV*
*Revised '09-14-2004*

74.    Principal Investigator
       Protocol:    190-052  "Depression Response to Eszopiclone in Adults
       with Major Depressive Disorder:  A Randomized, Double-Blind, Placebo-
       Controlled, Parallel-Group, 8-  Week, Safety and Efficacy Study of
       Eszopiclone 3 mg Compared to Placebo in Subjects with Insomnia Related
       to Major Depressive Disorder"
       Sponsor:    Sepracor                              Outpatient Study

75.    Principal Investigator
       Protocol:  R209130-SCG-202
       "A Randomized, Double-Blind, Placebo-Controlled, Dose-Response Study of R209130 in
       Subjects with Schizophrenia Who Have Predominantly Negative Symptoms"
       Sponsor: Johnson &Johnson      Inpatient/Outpatient study

76.    Principal Investigator
       Protocol:  D1447C00135
       "A Confirmatory Multicenter, Double-blind, Randomized, Placebo-controlled
       Study of the Use of Quetiapine Fumarate (SEROQUEL) in the Treatment of
       Patients with Bipolar Depression"
       Sponsor:    Astra-Zeneca                   Outpatient study

77.    Principal Investigator
       Protocol:  D1447C00127
       "A Multicenter, Randomized, Parallel-group,  Double-blind, Phase III Comparison of the
       Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided
       doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the
       Maintenance Treatment of Bipolar Disorder in Adult Patients"
       Sponsor:    Astra-Zeneca                   Outpatient study

78.    Principal Investigator
       Protocol D1444C00133: A 6-week, Multicenter, Double-blind, Double-
       dummy, Randomized Comparison of the Efficacy and Safety of Sustained-
       Release Formulation Quetiapine Fumarate (SEROQUEL) and Placebo in the
       Treatment of Acutely Ill Patients with Schizophrenia
       Sponsor:    Astra-Zeneca                   Outpatient study

79.    Principal Investigator
       Protocol:    R076477-SCH-304/704
       "A Randomized, Double-Blind, Placebo-and Active-Controlled, Parallel-Group, Dose-
       Response Study to Evaluate the Efficacy and Safety of Two Fixed Dosages of Extended
       Release OROS Paliperidone (6 and 12 mg/day) and Olanzapine (10 mg/day), with Open-
       label Extension, in the Treatment of Subjects With Schizophrenia"
       Sponsor: Johnson &Johnson      Inpatient/Outpatient study

80.    Principal Investigator
       Protocol:    F1J-MC-HMDT  -
       "Duloxetine Hydrochloride Once Daily Compared with Placebo in the Treatment of
       Generalized Anxiety Disorder"
       Sponsor:    Eli Lilly                      Outpatient study

CONFIDENTIAL
AZSER12778100

BEST COPY AVAILABLE

*Dr. Logue, CV*
*Revised 09-14-2004*

CONFIDENTIAL
AZSER12778101

BEST COPY AVAILABLE

D1447C00127:0071
5077IL/127



*Linden Research Consultants, LLC*

## *CURRICULUM VITAE*

### *VITAL STATISTICS*

| | |
|---|---|
| Name: | David E. Linden, M.D. |
| Address: | 5801 N. Broadway, Suite 410 |
| | Oklahoma City, Oklahoma 73118 |
| Phone: | (405) 858-7773 |
| Fax: | (405) 418-2154 |
| Pager: | REDACTED |
| Email: | |

### *EDUCATION*

| | |
|---|---|
| Parochial Schools: | Bangor, Maine |
| High School: | Star Spencer High School, Oklahoma City, OK, 1971. |
| Undergraduate: | Central State University, Edmond, OK, Bachelor of Arts, 1975. Bachelor of Sciences, 1977. |
| Medical School: | University of Oklahoma College of Medicine 1982. |
| Residency: | University of Oklahoma College of Medicine Therapeutic Radiology, 1982 - 1983, General Psychiatry, 1983 - 1986. |
| Internship: | University of Oklahoma Health Sciences Center, 1982 - 1983. |

### *PROFESSIONAL EXPERIENCE*

<u>Medical Director/Owner, High Pointe Hospital</u>:  A 140 bed, free standing inpatient psychiatric hospital and day treatment facility that provides adolescent, adult, and geriatric psychiatric services, 1998 to Present.

CONFIDENTIAL
AZSER12778102

BEST COPY AVAILABLE

<u>Medical Director/Owner, Linden & Associates:</u>  Provides outpatient psychiatric services for adolescents, adults, and geriatric patients.

<u>Medical Director/Owner, Linden Research Consultants:</u>  September 2001 to Present.

<u>Medical Director, St. Anthony Hospital:</u> Adult Psychiatric Services, 1996 to Present.

<u>Medical Director, Integrated Behavioral Health:</u> A consortium of health care providers managing the Medicaid population, 1996 to Present.

<u>Co-medical Director, Community Care HMO:</u>  Psychiatric Services, 1997 to Present.

<u>Affiliated with Saint Anthony & Saint Michael's hospitals:</u>  Provides psychiatric care for inpatient adolescents, adults, and geriatric patients.

<u>Affiliated with Deaconess Hospital:</u>  Provides psychiatric care for inpatient adult and geriatric patients.

<u>Medical Director, Stepping Stones Mental Health Center:</u>  Boley, OK, August 1998 to September 1999.

<u>Medical Director, High Pointe Hospital:</u>  Providing psychiatric services for adolescent population in a residential care setting, 1994 - 1996.

<u>President, Psychiatric Associates:</u>  (a multidisciplinary outpatient group), Midwest City, OK, 1987 to March 2003.

<u>Medical Director, Autumn Life Center:</u> Providing geriatric inpatient services at Edmond Medical Center, 1996 – 1998)

<u>Medical Director, Geriatric Unit:</u> St. Anthony Hospital, 1993 - 1996.

<u>Medical Director, Willow View Mental Health Systems:</u>  Providing psychiatric services for an adolescent population in Oklahoma City, OK, 1990.

<u>Chief of Staff, Willow View Mental Health Systems:</u> Oklahoma City, OK, 1990.

<u>Clinical Director, Senior Diagnostic Center:</u> Providing geriatric services at Deaconess Hospital, Oklahoma City, OK.  Developed Partial Hospitalization (Day Treatment), and an Outpatient Geriatric Assessment Program, 1987 - 1993

<u>Chief Resident, Department of Psychiatry and Behavioral Sciences:</u> University of Oklahoma Health Sciences Center, Oklahoma City, OK, 1985 - 1986

<u>Emergency Care Physician:</u>  Veterans' Administration Medical Center, Oklahoma City, OK, 1983 - 1984.

CONFIDENTIAL
AZSER12778103

BEST COPY AVAILABLE

Intermittent Activities and Patient Evaluations: Central State Hospital Chemical Dependency Unit, Norman, OK, 1982 - 1983.

Data Processing Manager, First Data Management Corporation, Subsidiary of First National Bank and Trust Company, Oklahoma City, OK,  1971 - 1982.

### CERTIFICATION OR BOARD STATUS

Board Eligible:                    Part I completed June 1988.
                                        Part II completed 1992.

Board Certification:           Psychiatry and Neurology,
                                        April, 1992.

                                        Added Qualification in
                                        Geriatric Psychiatry, 1996.

### LICENSES

State of Oklahoma,        issued July, 1983.
License No.:                   14324
Current Status:               Active

### MEMBERSHIPS AND HONORS

Member of the American Psychiatric Association.

Member of the American Association for Geriatric Psychiatry.

Member of the Association of Clinical Research Professionals.

Member of the American Medical Directors Association, 1996 to Present.

Member of the Central Oklahoma Psychiatric Society, 1983 to Present.

Member of the American College of Physician Executives, 1998 to Present.

Outstanding Psychiatric Resident, University of Oklahoma Health Sciences Center, 1986.

Chief Psychiatric Resident, University of Oklahoma Health Sciences Center, 1985 - 1986.

Outstanding Young Man in American, United States Jaycees, 1981 and 1982.

Who's Who of Students in American Universities and Colleges, 1975.

CONFIDENTIAL
AZSER12778104

BEST COPY AVAILABLE

Dean's and President's Honor Roll, Central State University, Edmond, OK, 1971 - 1976.

## TEACHING ACTIVITIES

Provides clinical oversight for PA's within Linden & Associates, L.L.C.

Clinical preceptor for OU HSC PA program (students rotate through service every month), 1998 to Present.

Weekly Resident Supervision, July, 1988 to 1992.

Provided a lecture series to the neurology residents on Affective Disorders, 1987.

Medical Student Education, "Presentation of Mental Status Exams," 1986 - 1987.

Clinical Instructor, Department of Psychiatry & Behavioral Sciences, Oklahoma City, OK.  Assigned to Veterans' Administration Medical Center Inpatient Treatment Program, 1986 - 1987.

## RESEARCH

Co-Investigator with L. Lehman, M.D., "Cognitive Effects Associated with Tardive Dyskinesia".  Unpublished.

Principal Investigator, Phase IV trial sponsored by Pfizer.  Disease State: Schizophrenia & Schizoaffective Disorders; March 2002 – Present.

Principal Investigator, Phase IV trial sponsored by Forest Pharmacuticals, Inc.  Disease State:  Major Depression; February 2002 – Present.

Principal Investigator, Phase IIIB trial sponsored by Bristol-Myers Squibb, Co.  Disease State:  Schizophrenia & Schizoaffective Disorders; May 2002 – February 2003.

Principal Investigator, Phase IV trial sponsored by Astrazeneca.  Disease State: Dementia; November 2002 – Present.

Principal Investigator, Phase IIIB trial sponsored by Novartis.  Disease State: Bipolar in children and adolescents; April 2003 – Present.

Principal Investigator, Phase III trial sponsored by Shire.  Disease State:  ADHD in children and adolescents; June 2003 – Present.

Principal Investigator, Phase IV trial sponsored by Janssen.  Disease State: Schizophrenia; June 2003 – Present.

980

CONFIDENTIAL
AZSER12778105

BEST COPY AVAILABLE

Principal Investigator, Phase IV trial sponsored by Novartis. Disease State: ADHD in female children and adolescents; July 2003 – Present.

## CONSULTATION SERVICES

Member of Speaker's Bureau for Wyeth Pharmaceuticals: November 2001 – Present. Attended speaker's training on behalf of Wyeth and is a key speaker for numerous regional presentations in discussing depression and Effexor XR.

Member of Speaker's Bureau for Pfizer Pharmaceuticals: April 2002 – Present. Attended speaker's training on behalf of Pfizer and has provided a number of presentations/discussions involving Geodon IM.

Member of Speaker's Bureau for Bristol Myers Squibb: October 2002 – Present. Provided several local presentations on behalf of BMS on Schizophrenia and Abilify.

Member of Speaker's Bureau for Cephalon: April 2001 – Present. Attended Steven Stahl's NEI training workshop on behalf of Cephalon and has provided a number of local presentations on Provigil and Exelon.

Attended Speaker's training in September of 2002 for Celexa/Lexapro and has given several local talks on depression and Celexa and Lexapro for Forest Pharmaceuticals.

Presentation at the Oklahoma City, Oklahoma Alzheimer Workshop. Title Presentation: Management of the Difficult Patient. October 1988

Consultant, Community Counseling Geriatric Program, Oklahoma City, OK, February 1988 to 1990.

Advisory Board, Oklahoma Nursing Home Association, 1990.

Advisory Board, CONTACT, Oklahoma City, OK, 1989.

Advisory Board, Oklahoma City Chapter of Alzheimer's Association, 1989.

Consultant, Community Counseling Geriatric Program, Oklahoma City, OK, 03/86 - 1990

## ADMINISTRATION

Executive Director, High Pointe Healthcare, L.L.C., (a freestanding 140 bed psychiatric hospital and day treatment center), Oklahoma City, OK, January 2000 - Present.

Executive Director, BRIDGES (providing psychiatric services to geriatric patients in assisted living facilities, retirement/nursing homes, and though outpatient treatment), Oklahoma City, OK, January 2002-Present.

CONFIDENTIAL
AZSER12778106

BEST COPY AVAILABLE

Co-owner, Mission Hospice (providing palliative services for hospice patients), Oklahoma City, OK, 1998 - Present.

Clinical Director of the Senior Diagnostic Center (Geriatric Unit, Deaconess Hospital), Oklahoma City, OK, 1987 - 1993.

Medical Director, Willow View Mental Health Systems.

President, Psychiatric Associates, Inc.
1987 to Present

Member of the Willow View Hospital Executive Board,
1987 to 1992.

Member of the Psychiatric Departmental Residency Executive Committee,
1985 - 1986.

CONFIDENTIAL
AZSER12778107

BEST COPY AVAILABLE

# Oklahoma State Board
# of Medical Licensure and Supervision

5104 N FRANCIS, SUITE C
OKC, OK 73118-6020

PO BOX 18256
OKC, OK 73154-0265

June 18, 2003

DAVID EARL LINDEN , M.D.
5801 N BROADWAY #410
OKLAHOMA CITY, OK     73118

This board has issued you a license to practice your profession in the State of Oklahoma. Below is a wallet card that displays your license number, your profession, and any limitations placed upon said license. You are required to carry this card when practicing your profession. If you misplace this card, submit a written request for a duplicate with a fee of $10 (US). A new card will be forwarded to you.

A current license is required to practice in the state. Please note the expiration date on the attached wallet card. This Board will attempt to send a renewal notification approximately sixty (60) days prior to expiration. State law requires you notify this Board of your current practice location and mailing address.

License renewal is the sole responsibility of the licensee, whether or not a renewal notification is received. You may contact the Department of Licensing at the Board office at any time for renewal information.

Oklahoma law requires renewal of this license annually.
OBNDD certificates must be renewed every 3 years.
DEA certificates must be renewed every 3 years.

The Law has placed continuing education requirements on many of the professions licensed by this Board.  Please refer to your Practice Act on our Web Page for more detail.  Board's Web Page can be accessed at www.okmedicalboard.org.  Then go to your profession to see the Act and rules under the *Laws & Rules* selection.  Continuing Education forms are also available under *Forms & Resources* selection on the Web Page.

Please remember to sign the back of your wallet card.

Oklahoma State Board
of Medical Licensure and Supervision
License Number: 14324

Licensee Name:  DAVID EARL LINDEN, M.D.
License Type:  MEDICAL DOCTOR
License Restrictions:
Beginning On     02-Jul-2003 To: 01-Jul-2004
The undersigned certifies that the person has been issued
a license to practice in the State of Oklahoma.

 Sec'y, Medical Board

983

CONFIDENTIAL
AZSER12778108

BEST COPY AVAILABLE

D1447C00127:  0072

FRIENDS BEHAVIORAL HEALTH SYSTEM
Abbreviated Curriculum Vitae

February 2003

## DAVID S. MILLER, M.D.

**Home Address:** REDACTED

**Office Address:** Friends Hospital
4641 Roosevelt Boulevard
Philadelphia, PA 19124

**Citizenship:** REDACTED

**Education:**

| | |
|---|---|
| 1976-80 | B.A. Cum Laude, University of Pennsylvania Philadelphia, PA (Urban Studies) |
| 1980-81 | M.A. University of Pennsylvania Philadelphia, PA (Social Gerontology) |
| 1982-86 | M.D. SUNY-Stony Brook School of Medicine Stony Brook, NY |

**Post Graduate Training and Fellowship Appointments:**

| | |
|---|---|
| 1986-90 | Rotating Internship and Residency in Psychiatry Mount Sinai Medical Center, New York, NY |
| 1989-90 | Chief Resident in General and Geriatric Psychiatry Mount Sinai Medical Center, New York, NY |
| 1990-92 | Fellowship in Geriatric Psychiatry University of Pennsylvania School of Medicine, Philadelphia, PA |

**Faculty Appointments:**

| | |
|---|---|
| 1990-92 | Assistant Professor in Psychiatry. University of Pennsylvania School of Medicine, Philadelphia, PA |
| 1992-93 | Instructor in Psychiatry. University of Pennsylvania School of Medicine, Philadelphia, PA |
| 1993-99 | Assistant Professor of Psychiatry at the University of Pennsylvania. Division of Geriatric Psychiatry University of Pennsylvania School of Medicine, Philadelphia, PA |
| 1995- | Fellow, Institute on Aging University of Pennsylvania School of Medicine, Philadelphia, PA |
| 1999-2000 | Associate Professor of Psychiatry, Division of Geriatric Psychiatry, Robert Wood Johnson School of Medicine, Piscataway, NJ |

**Hospital and Administrative Appointments:**

| | |
|---|---|
| 1989-90 | Chief Resident, Department of Psychiatry, Mount Sinai Medical Center, New York, NY |
| 1991-99 | Geriatric Psychiatry Consultant, Delaware Psychiatric Center, Wilmington, DE |

984

CONFIDENTIAL
AZSER12778109

BEST COPY AVAILABLE

2

**Hospital and Administrative Appointments, continued:**

| | |
|---|---|
| 1992-99 | Director of Inpatient Geriatric Psychiatry Service, Hospital of the University of Pennsylvania, Philadelphia, PA |
| 1995-96 | Staff Psychiatrist, Philadelphia Veterans Administration Medical Center, Philadelphia, PA |
| 1998-99 | Director of ECT Service, Hospital of the University of Pennsylvania, Philadelphia, PA |
| 1999-2000 | Director of Geriatric Psychiatry, Carrier Clinic, Belle Mead, NJ |
| 2000- | Chief of Older Adult Psychiatric Services, Friends Hospital, Philadelphia, PA |
| 2000- | Medical Director, ECT Services, Friends Hospital, Philadelphia, PA |
| 2001- | Vice President, Medical Staff Friends Hospital, Philadelphia, PA |

**Specialty Certification:**

| | |
|---|---|
| 1989 | Diplomat, National Board of Examiners |
| 1990 | American Board of Psychiatry and Neurology |
| 1994 | ABPN – Added Qualifications in Geriatric Psychiatry |

**Licensure:**

New York, New Jersey, Pennsylvania, Delaware

**Awards, Honors and Membership in Honorary Societies:**

| | |
|---|---|
| 1980 | B.A. Cum Laude, University of Pennsylvania |
| 1989 | Selected Chief Resident, Department of Psychiatry, Mount Sinai Medical Center |
| 1990 | David Kairys Award for Clinical Excellence, Mount Sinai Medical Center |
| 1998 | Best Docs of Philadelphia (Geriatric Psychiatry), Philadelphia Magazine |
| 1999 | Earl Bond Award for Excellence in Teaching, Department of Psychiatry University of Pennsylvania School of Medicine |
| 2002 | Best Docs of Philadelphia (Geriatric Psychiatry), Philadelphia Magazine |

**Memberships in Professional and Scientific Societies:**

| | |
|---|---|
| 1990- | American Association of Geriatric Psychiatry |
| 1986-1994 | American Psychiatric Association |

**Reviewer:**

American Journal of Geriatric Psychiatry

**Industry Related:**

| | |
|---|---|
| 1/02- | Efficacy of MK0869 in Geriatric Depression [PI] - Merck |
| 6/97-10/99 | Study in Cognition and Prognosis in Elderly (SCOPE) [PI] – Astra-Merck |
| 3/94-6/96 | Efficacy of Sabeluzole in the treatment of Alzheimer's Disease – Janssen Pharmaceuticals |
| 10/93-7/97 | Efficacy of Milameline in the treatment of Alzheimer's Disease – Parke-Davis |

985

CONFIDENTIAL
AZSER12778110

BEST COPY AVAILABLE

3

**Industry Related- continued:**

| | |
|---|---|
| 7/96-7/97 | Efficacy of SB-202026 in Alzheimer's Disease -- SmithKline Beecham |
| 7/96-7/97 | Efficacy of Sertraline in the Management of Behavioral Symptoms in Alzheimer's Disease - Pfizer |

**Academic Committees at the University of Pennsylvania:**

| | |
|---|---|
| 1993-99 | Undergraduate Education Committee, Department of Psychiatry |
| 1993-99 | Residency Training Program, Department of Psychiatry |
| 1996-98 | Telemedicine Committee, University of Pennsylvania Health System |
| 1997-98 | Depression Disease Management Team, University of Pennsylvania Health System |
| 1997-99 | Curriculum 2000 Committee, School of Medicine, University of Pennsylvania |

**Major Teaching and Clinical Responsibilities:**

- Leader of small group in Integrative Neuroscience course for 1st year Medical Students (UPA)
- Coordinator of Medical Student Education at HUP (UPA)
- Lecturer, Psychiatry 200 Lecture Series for Medical Students at HUP (UPA)
- Lecturer, Institute on Aging's Delaware Mid-Atlantic Geriatric Education Center's Core Course: Fundamentals of Aging (UPA)
- Lecturer, School of Nursing, Graduate Course on Geriatric Psychopharmacology (UPA)
- Introduction to Patient Interviewing for Medical Students (UMDNJ-RWJMS)
- Lecturer, Division of Geriatric Psychiatry Core Curriculum (UMDNJ-RWJMS)
- Fellowship Trainees (UPA and UMDNJ-RWJMS)
- Clinical Faculty (Temple University, Drexel-Hahnemann University Schools of Medicine)

**Lectures by Invitation:**

| | |
|---|---|
| February 1993 | MRI high intensity signals in late-life depression, Alzheimer's Disease and Normal Controls Without Vascular Risk Factors. American Association of Geriatric Psychiatry. New Orleans, LA |
| February 1995 | Quantitative Automatic Measures and Vascular Risk Factors in Late-Life Major Depression An MRI Study.  American Association of Geriatric Concern, Cancun, Mexico |
| March 1997 | ECT in the Elderly, Grand Rounds – University School of Dentistry of New Jersey, Division of Geriatric Psychiatry |
| November 1997 | Beating the Blues – Depression in the 21st Century, Institute on Aging, University of Pennsylvania Health System |
| May 1998 | Depression and Co-Morbid Conditions in Older Adults.  Grand Rounds – Nazareth Hospital Philadelphia, PA |
| July 1998 | Medical, Legal and Ethical Aspects of Decisional Capacity in the Elderly.  American Society on Aging's Summer Series on Aging |
| January 1999 | Competence:  Assessment and Ramifications.  Grand Rounds   Delaware Psychiatric Center Wilmington, DE |
| July 1999 | Medical, Legal and Ethical Aspects of Decisional Capacity in the Elderly   American Society on Aging's Summer Series on Aging.  Philadelphia, PA |
| July 2000 | Medical, Legal and Ethical Aspects of Decisional Capacity in the Elderly.  American Society on Aging's Summer Series on Aging. Philadelphia, PA |

CONFIDENTIAL
AZSER12778111

BEST COPY AVAILABLE

4

**Lectures by Invitation- continued:**

July 2001    Medical, Legal and Ethical Aspects of Decisional Capacity in the Elderly. American Society
             On Aging's Summer Series on Aging. Philadelphia, PA
July 2002    Medical, Legal and Ethical Aspects of Decisional Capacity in the Elderly. American Society
             On Aging's Summer Series on Aging. Philadelphia, PA

## Bibliography

### Original Papers

Cassileth, BR; Lusk, E, Miller, D and Hurwitz, S. *Attitudes toward clinical trials among patients and the public* **JAMA** 248:968-970. 1982

Cassileth, BR; Lusk, EJ; Strouse, TB; Miller, DS; Brown, LL; Cross, PA and Tenaglia, AN. *Psychosocial status in chronic illness: a comparative analysis of six diagnostic groups* **N Engl J Med.** 311:506-511. 1984

Cassileth, BR; Lusk, EJ; Strouse, TB; Miller, DS; Brown, LL; Cross, PA and Tenaglia, AN. *Psychosocial status in chronic illness- Reply.* **N Engl J Med.** 311:1581-1582. 1984

Cassileth, BR; Lusk, E; Strouse, TB; Miller, DS; Brown, LL and Cross, PA. *A psychological analysis of cancer patients and their next-of-kin* **Cancer** 55:72-76. 1985

Cassileth, BR; Lusk, EJ; Miller, DS; Brown, LL and Miller, C. *Psychosocial correlates of survival in advanced malignant disease.* **N Engl J Med.** 312:1551-1555. 1985

Cassileth, BR; Miller, DS; Miller, C; Lusk EJ and Brown, LL. *Psychosocial variables and the course of cancer- Reply.* **N Engl J Med.** 313:1356. 1985

Kumar, A; Yousem, D; Souder, E; Miller, D; Gottlieb, G; Gur, RE and Alavi, A. *High intensity signals in Alzheimer's disease without cardiovascular risk factors: An MRI evaluation.* **AM J Psychiatry** 149:248-250. 1992

Kumar A; Newburg, A; Alavi, A; Moberg, P; Miller, D and Gottlieb, G. *MRI Volumetric studies in Alzheimer's disease.* **Biological Psychiatry.** 33: A142. 1993

Kumar, A; Newburg, A; Alavi, A; Miller, D; Berlin, J; Gur, RE and Gottlieb, G. *MRI volumetric studies in Alzheimer's disease: Relationship to clinical and neuropsychological variables* **AM J Geriatric Psychiatry** 2:21-32. 1994

Kumar, A; Miller, D; Samuels, S; Burke, L; Ewbank,D and Gottlieb, G. *MRI volumetrics in late life depression and Alzheimer's disease* **Biological Psychiatry** 35:665. 1994

Miller, D; Kumar, A; Yousem, D and Gottlieb, G. *MRI high intensity signals in late life depression and Alzheimer's disease without cerebrovascular risk factors* **AM J Geriatric Psychiatry** 2:332-337, 1994

Moberg, PJ; Kumar, A; Kwass, J and Miller, D. *Cognitive functions in late life minor Depression.* **Biological Psychiatry** 37:606. 1995

Kumar, A; Miller, D; Ewbank, D; Yousem, D; Newburg, A; Samuels, S and Gottlieb, G. *Brain volumetric measures and co-morbid medical illness in late life major depression* **AM J Geriatric Psychiatry** 5:16-25. 1997

CONFIDENTIAL
AZSER12778112

BEST COPY AVAILABLE

5

**Original Papers- continued:**

Kumar, A; Schweizer, E; Zhisong, J; Miller, D; Bilker, W and Gottlieb, G. *Neuroanatomic substrates of late life minor depression. A quantitative magnetic resonance imaging.* **Archives of Neurology** 54:613-617, 1997

Kumar, A; Bilker, W; Miller, D; Udupa, J and Gottlieb, G. *Age of onset depression and quantitative neuroanatomic measures. Absence of specific correlates.* (submitted)

Datto, C; Kastenberg, J; Miller, D; Knight, D and Szuba, MP. *Prophylactic Measures for ECT Induced Migraine Headaches.* The **Journal of ECT**, 14:155, 1998.

Salaris, S; Szuba, MP; Miller, DS and Traber, K. *ECT and Intracranial Vascular Masses.* **The Journal of ECT**, 1999

Datto, CJ; Levy, S; Miller, DS and Katz, IR. *Impact of Maintenance ECT on Concentration And Memory.* **The Journal of ECT**, 17:170-174, 2001.

**Chapters by Invitation**

Katz, IR; Miller, DS and Oslin, DW. "Treatment of Depression: Diagnostic Considerations": **Clinical Geriatric Psychopharmacology**, 3rd ed., [C. Saltzman – Editor]

Kumar, A; Miller, D. "Neuroimaging in Late-Life Mood Disorders". **Clinical Neuroscience** [N. Hermann - Editor] New York: John Wiley and Sons, Inc

Miller, DS and Katz, IR. "Depression", in Lavizzo-Mourey, R and Forciea, MA. (eds) **Geriatric Secrets**, 1st ed., Philadelphia: Hanley & Belfus

Miller, DS. "Depression", in Lavizzo-Mourey, R., Forciea, MA and Schwab, E. (eds) **Geriatric Secrets**, 2nd ed. Philadelphia: Hanley & Belfus

Miller, DS. "Depression", in Lavizzo- Mourey, R. Forciea, MA and Schwab, E. (eds) **Geriatric Secrets**, 3rd ed. (in preparation)

Miller, DS. – Behavioral Health Consultant. "Mental Health and Illness", in **American College of Physicians Complete Home Medical Guide**, Dorland Kindersley

Miller, DS. "ECT – Self-Assessment Questions and Rationale". in **Geriatric Psychiatry Self-Assessment Program**, 2nd ed., Dubuque, AAGP Kendall-Hunt

**Abstracts (selected):**

Kumar, A; Yousem, D; Miller, D; Gottlieb, G; Gur, RA and Alavi, A. *MRI High Intensity Signals in DAT Without Major Vascular Risk Factors.* 5th World Congress of Biological Psychiatry, 1991, Florence. Suppl. To Biological Psychiatry, Vol 29:2635

Kumar, A; Yousem, D; Miller, D; Gottlieb, G; Gur, RA and Alavi, A. *MRI High Intensity Signals in DAT Without Major Vascular Risk Factors.* **APA New Research Abstract**, May 1991, New Orleans, LA

Miller, D; Kumar, A; Yousem, D and Gottlieb, G. *MRI High Intensity Signals in Late Life Depression Without Major Vascular Risk Factors.* **American Association of Geriatric Psychiatry**, February 1992, San Francisco, CA

988

CONFIDENTIAL
AZSER12778113

BEST COPY AVAILABLE

6

Abstracts (selected)- continued:

Miller, D; Kumar, A; Yousem, D and Gottlieb, G. *MRI High Intensity Signals in Late Life Depression and Alzheimer's Disease Without Major Vascular Risk Factors.* **New Investigator Symposium,** APA May, 1992

Miller, D; Kumar, A; Yousem, D and Gottlieb, G. *Late life depression: Impact of sample selection on brain imaging findings.* **American Association of Geriatric Psychiatry,** February, 1993, New Orleans, LA

Kumar, A; Newburg, A; Alavi, A; Moberg, P; Miller, D and Gottlieb, G. *MRI Volumetrics Studies in Alzheimer's Disease.* **Society of Biological Psychiatry,** 48th Annual Convention, March, 1993, Vol 33 #386

Loessner, A; Stecker, M; Ball, W; Gyulai, L; Miller, D; Kumar, A and Alavi, A. *Patterns of Cerebral Blood Flow During Electroconvulsive Therapy as Demonstrated by HMPAO SPECT.* **J Nuclear Medicine,** 1994

Kumar, A; Miller, D; Ewbank, D; Yousem, D; Newburg, A; Samuels S and Gottlieb, G. *Brain volumetric measures and vascular risk factors in major depressive disorder, the cerebrovascular basis of late-life depression.* **Society of Neuroscience Abstract Book 2,** p. 1782 #730.5

Duncan, D; Alavi, A; Stecker, M; Graves, M; Lossener, A; Payer, F; Ball, W; Gyulai, L; Miller, D; Valoso, and Lang, A. *Changes in cerebral blood flow measured during electroconvulsive therapy using Tc 99-m HMPAO Brain SPECT.* **Society of Nuclear Medicine,** 42nd Annual Meeting, June 1995 Minneapolis, MN

Kumar, A; Miller, D; Bilker, W; Ewbank, D; Walsh, D; Arnold, S and Gottlieb, G. *Late onset depression and MRI determined brain volumetric measures.* **Society for Neuroscience,** Annual Meeting

Moberg, P; Kumar, A; Miller, D; Schweizer, E; Kwass, J and Romberg, S. *Neuropsychological functioning in Late-Life Minor Depression.* **International Psychogeriatric Association,** 7th Annual Meeting, November 1995, Sydney, Australia

Kumar, A; Bilker, W; Miller, D; Udupa, J and Gottlieb, G. *Age and Onset of Depression and Quantitative Neuroanatomic Measures: Absence of Specific Correlates.* **APA New Research,** May 1996

Kumar, A; Miller, D; Cowell, P; Bilker, W; Jin, Z and Swann, I. *Focal Anatomic Substrate in Late-Life Depression.* **APA New Research Abstracts,** 1996 [#NR435]

Kumar, A; Miller, D; Schweizer, E; Jin, Z; Bilker, W and Romberg, S. *Focal Neuroanatomic Correlates of Minor Depression.* **APA Research Abstracts,** 1996 [#NF655]

Datto, C; Kastenberg, J; Miller, D; Knight, D; Szuba, MP. *Prophylactic Measures for ECT-Induced Migraine Headaches.* Proceedings f the Association for Convulsive Therapy Annual Meeting, in **The Journal of ECT,** Vol 14, 135, 1998

989

CONFIDENTIAL
AZSER12778114

BEST COPY AVAILABLE

D1447C00127: *0073*

## *Curriculum Vitae*

**Murray H. Rosenthal, D.O.**
**Medical Director and CEO**

**HealthQuest Clinical Trials**

3625 Ruffin Road, Suite 100
San Diego, CA 92123
Phone: 858-571-1188 - Fax: 858-571-3981

*Research Centers in San Diego, Orange County*
*and Los Angeles, California*

### *Education:*

| Institution & Location | Degree | Year Conferred | Field of Study |
|---|---|---|---|
| Pennsylvania State University University Park, PA | B.S. | 1967 | Biology/Chemistry |
| Hershey Medical Center, Hershey, Pennsylvania | M.S. | 1973 | Biochemistry/ Experimental Pathology |
| Philadelphia College of Osteopathic Medicine Philadelphia, PA | D.O. | 1977 | Osteopathic Medicine |
| University of Rochester Rochester, NY | | 1977-1978 | Rotating Med/Surgery Internship Strong Memorial Hospital |
| University of California - San Diego San Diego, CA | | 1978-1981 | Residency Department of Psychiatry |

### *Research and Professional Experience:*

| Position | Institution/Employer & Location | Dates of Employment |
|---|---|---|
| Medical Director/Clinical Psychiatrist | HealthQuest Clinical Trials 3625 Ruffin Road, Suite 100 San Diego, CA | 2000 -present |
| Medical Advisory Board | Wellness Community of San Diego San Diego, CA | 1991-present |
| Consultant | California State Attorney General – SD San Diego, CA | 1989-1995 |
| Consultant | San Diego City School System San Diego, CA | 1989-Present |
| Medical Director/Clinical Psychiatrist | HealthQuest.Clinical Trials San Diego, CA | 1985-Present |
| Psychiatric Medical Director | SDCRA - CRO San Diego, CA | 1992-1994 |
| Consultant - Heart Transplant Team/Cardiac Center | Sharp Memorial Hospital San Diego, CA | 1985-1994 |
| Psychiatric Director | Family Practice Assoc. -Managed Care | 1992-1993 |

Murray H. Rosenthal
Page 1 of 30

Revised: March 11, 2003

990

CONFIDENTIAL
AZSER12778115

BEST COPY AVAILABLE

| | San Diego, CA | |
|---|---|---|
| *Research and Professional Experience: (continued)* | | |
| Board of Directors | San Diego Phobia Foundation San Diego, CA | 1987-1993 |
| Psychiatric Medical Reviewer and Consultant | Prudential Insurance Company San Diego, CA | 1990-1992 |
| Director of Research | Alvarado Parkway Institute San Diego, CA | 1991-1992 |
| Clinical Director The Balance Program | Harbor View Medical Center San Diego, CA | 1986-1991 |
| Consultant Head Trauma Unit | Sharp Memorial Hospital San Diego, CA | 1982-1991 |
| Clinical Psychiatrist (private practice) | Psychiatric Center San Diego San Diego, CA | 1981-1985 |
| Clinical Investigator | Feighner Research Institute La Mesa, CA | 1981-1985 |
| Founder – 1st President | Philadelphia Chapter St. George Society (student branch - American Cancer Society) | 1974 - 1975 |

*Professional Memberships:*
American Academy of Clinical Psychiatrists
American Osteopathic Association
American Psychiatric Association
Osteopathic Physicians and Surgeons of California
San Diego County Medical Society
San Diego County Osteopathic Medical Society

*Licenses:*
California, Pennsylvania, New York

*Board Certifications:*
American Board of Psychiatry and Neurology, March 1983

*Hospital Affiliations:*
Bayview Community Hospital
330 Moss Street, Chula Vista, CA 91911

Villaview Community Hospital
5550 University Avenue, San Diego, CA 92105

Alvarado Parkway Institute
7050 Parkway Drive, La Mesa, CA 91942

CONFIDENTIAL
AZSER12778116

BEST COPY AVAILABLE

*Hospital Affiliations (Continued):*

South Coast Medical Center
31872 Coast Highway, Laguna Beach, CA 92677

Western Medical Center
1025 South Anaheim Blvd., Anaheim, CA 92805

*Consultant Experience:*

| | |
|---|---|
| 1988 – present | Preceptor for 3rd and 4th year medical students from Western University of Health Sciences, Pomona, CA |
| 1990-1993 | Managed care psychiatric consultant and provider to Family Practice Associates, a San Diego based HMO, San Diego, CA |
| 1991-1993 | Psychiatric reviewer / consultant to Southcoast Physicians Group (Harbor View Hospital), San Diego, CA |
| April 1995 | First Use Case Conference Leader, Bristol-Myers Squibb. Consult with 20 Primary care and Psychiatric Physicians on the use of Serzone® |
| 1996 –1997 | Consultant to the Board of Directors, Physician Group Development and Practice Integration. Meet with Medical Groups in transition to Managed care and assist with problem solving major issues.  FPA Medical Management, San Diego, CA |

*Seminars:*

| | |
|---|---|
| September, 1981 | Rosenthal MH:  Recent Advances in American Psychopharmacology, Ahnding Psychiatric Hospital, Peking, China |
| June-Sept. 1982 | Rosenthal MH:  Lecture Series:  Clinical Management of the Agitated Head Injured Patient; Sharp Rehabilitation Center, San Diego, CA |
| November 1982 | Rosenthal MH:  Pharmacology of Memory; Neuroskills Center, Bakersfield, CA |
| November 1982 | Rosenthal MH:  New Generation Antidepressants, Gladman Mental Hospital, Oakland, CA |
| February 1983 | Rosenthal MH:  Depression - New Generation Antidepressants; University of Utah Medical Center, Salt Lake City, UT |
| April 1983 | Rosenthal MH:  Seminar in Office Management of the Depressed Patient; Cypress Foundation Series, Monterey, CA |

Murray H. Rosenthal
Page 3 of 30

Revised March 2003

992

CONFIDENTIAL
AZSER12778117

BEST COPY AVAILABLE

*Seminars: (continued)*

| | |
|---|---|
| April 1983 | Rosenthal MH:  New Generation Antidepressants; County Mental Hospital, Stockton, CA |
| April 1983 | Rosenthal MH:  Depression - biological theories and pharmacological treatment; Gladman Mental Hospital, Oakland, CA |
| April 1983 | Rosenthal MH:  New Generation Antidepressants - progress in the pharmacotherapy of depression; Alaskan Medical Society, Anchorage, Alaska |
| May 1983 | Rosenthal MH:  Gold M: Davis J: American Psychiatric Association Meeting, New York, NY, New Generation Antidepressants; Sponsored by American College of Psychiatry |
| May 1983 | Rosenthal MH:  Pharmacology of Memory; Philadelphia College of Osteopathic Medicine, Philadelphia, PA |
| September 1983 | Rosenthal MH:  Psychiatric Emergencies; American College of General Practitioners - Osteopathic, Newport Beach, CA |
| October 1983 | Rosenthal MH:  Moderator, Symposium on Current Trends in Clinical Psychiatry, Guest Speakers:  Dr. James Ferguson, Dr. Heywood Zeidman, Dr. Sharon McClure, Dr. James McClure, Veterans Administration Hospital, Fresno, CA |
| February 1984 | Rosenthal MH:  Post MI Depression; Kirksville School of Osteopathic Medicine - CME Symposium, Las Vegas, NV |
| February 1984 | Rosenthal MH:  Depression - Biological Theories and Pharmacotherapy; Montana Medical Association, Bozeman, MT |
| February 1984 | Rosenthal MH:  Assessment, Diagnosis and Treatment of Anxiety Associated with Chronic Illness; Minnesota Medical Association, Duluth, MN |
| March 1984 | Rosenthal MH:  Office Management of Clinical Depression; American College of General Practitioners - Osteopathic, Orlando, FL |
| March 1984 | Rosenthal MH:  Anxiety of the Critically Ill; Arizona Osteopathic Medical Association, Las Vegas, NV |
| April 1984 | Rosenthal MH:  Psychiatric Consequences of Head Injury; St. Mary's Medical Center, San Francisco, CA |

CONFIDENTIAL
AZSER12778118

BEST COPY AVAILABLE

*Seminars: (continued)*

| | |
|---|---|
| April 1984 | Rosenthal MH:  Psychobiology of Anxiety and Therapeutic Strategies, University Hospital, Uppsala, Sweden,. |
| June 1984 | Rosenthal MH:  Anxiety in Critically Ill Patients, Arizona Society of ACGP, Phoenix General Hospital, Phoenix, AZ |
| June 1984 | Rosenthal MH:  Treatment of Depression; The College of Osteopathic Medicine of the Pacific, U.S. Virgin Islands |
| July 1984 | Rosenthal MH:  Depression:  Differential Diagnosis and Treatment; Memorial Hospital of Natrona County, Casper, WY |
| Aug.-Nov. 1984 | Rosenthal MH: August 1984, Post MI Depression; St. Jude Hospital and Rehabilitation Center, Fullerton, CA; September 1984, San Clemente General Hospital, San Clemente, CA; October 1984, Mission Community Hospital, Mission Viejo, CA; October 1984, Fountain Valley Community Hospital, Fountain Valley, CA; November 1984, Humana Hospital. |
| September 1984 | Rosenthal MH:  New Generation of Antidepressants, American College of General Practitioners in Osteopathic Medicine and Surgery, Costa Mesa, CA |
| November 1984 | Rosenthal MH:  The Many Faces of Pain, American Osteopathic Association, Las Vegas, NV |
| November 1984 | Rosenthal, MH:  Depression and the Mixed Bag Patient, Mercy Hospital and Medical Center, San Diego, CA |
| November 1984 | Rosenthal MH:  Assessment, Diagnosis and Treatment of the Emotional Component of Pain, American Osteopathic Association, Las Vegas, NV |
| January 1985 | Rosenthal MH:  Psychiatric Aspects of Cardiovascular Disease and Surgery, Anaheim Memorial Hospital, Anaheim, CA |
| March 1985 | Rosenthal MH:  Post MI Depression Syndrome, South Coast Medical Center, South Laguna, CA |
| March 1985 | Rosenthal MH:  Definition and Differential Diagnosis of Dementia, Delirium and Pseudodementia, Alvarado Parkway Institute, San Diego, CA |
| September 1985 | Rosenthal MH:  Depression in the Post MI Patient, Michigan Osteopathic Medical Center, Detroit, MI |

Murray H. Rosenthal
Page 5 of 30

Revised March 2003

CONFIDENTIAL
AZSER12778119

BEST COPY AVAILABLE

*Seminars: (continued)*

| | |
|---|---|
| October 1985 | Rosenthal, MH:  Post MI Depression Syndrome, Desert Samaritan Hospital, Mesa, AZ |
| November 1985 | Rosenthal MH:  Post MI Syndrome, Mt. Clemens General Hospital, Mt. Clemens, MI |
| November 1985 | Rosenthal MH:   Psychiatric Consequences of Head Injury, Michigan Osteopathic Medical Center (where?) |
| February 1986 | Rosenthal MH:  Panic Disorders, Kirksville College of Osteopathic Medicine, Las Vegas, NV |
| February 1986 | Rosenthal MH:  Management of Post MI Depression, Kirksville College of Osteopathic Medicine, Las Vegas, NV |
| April 1986 | Rosenthal MH:  Post MI Management and Panic Disorders, National Osteopathic Health Conference, St. Louis, MO |
| June 1986 | Rosenthal MH:  Pharmacological Treatment of Depression, American Association of Osteopathic Specialists, Anaheim, CA |
| June 1986 | Rosenthal MH:  Post MI Depression, Washington Osteopathic Medical Association, Tacoma, WA |
| June 1986 | Rosenthal MH:  Post MI Depression, Family Practice Rounds, University of Utah, Salt Lake City, UT |
| July 1986 | Rosenthal MH:  The Many Masks of Depression, College of Osteopathic Medicine of the Pacific, 4th Annual Seminar, Kauai, HI |
| Since 1986: | Dr. Rosenthal has given 20 - 30 lectures per year on topics such as: |

- The Office Management of Depression in the Primary Care Setting.

- Anxiety Disorders: Differential Diagnosis and Management.

- Recognition and Management of Panic Attacks.

- Mind Mood and Memory: Treating the Geriatric Patient.

- Updates in Psychopharmacology.

- The Many Faces of Depression.

CONFIDENTIAL
AZSER12778120

BEST COPY AVAILABLE

- Recognition and Treatment of Psychiatric Illness in the Head Injury Patient.

- Pseudodementia: Recognition and Treatment.

- The Chronic Pain Patient.

- Behavioral Approaches in Managing the Geriatric Patient.   Prozac, Why the Controversy?

- The Coming Revolution in Psychopharmacology or, 'What is a Receptor Anyway?'.

- The Battered Woman Syndrome: Recognition and Intervention.

- Identifying Eating Disorders (Bulimia and Anorexia) in the Primary Care Setting.

- The Differential Diagnosis of Anxiety Disorders.

- An Integrated Psycho-Social Model for Understanding Depression.

- Assessing and Treating Coexistent Psychiatric Disorders.

- Mind vs. Mood Altering Drugs.

- Community-Based Schizophrenia Research.

- Assessing Movement Disorders in a PHP (Partial Hospital Program) Setting.

- The Use of Research Assessments (PANNS, BPRS, etc.) in a PHP setting.

- Alcohol; The Reality of Its' Impact on Society. U S Navy Tailhook Stand-down, U S Naval Training Session, Convention Center, San Diego

- ACP , Psychiatric Update: Status of Currently Researched Psychiatric Drugs. March 1994

- Pharmaceutical Manufacturers Association Meeting, Washington, D.C., Clinical Supplies; Knowing the Needs of the Clinical Investigator. April, 1994

Murray H. Rosenthal
Page 7 of 30

Revised March 2003

996

CONFIDENTIAL
AZSER12778121

BEST COPY AVAILABLE

- Integrating Pharmacologic Research into Private Psychiatric Practice; Pros and Cons. California Psychiatric Association, October, 1994

- Psychiatric Aspects of Aids. 1995 Western States Osteopathic Convention

- Serzone®, Case Conference Series, 1995

- Managed Care and the Treatment of Psychiatric Conditions in the Primary-Care Setting, 1995-96

- Changed for Life®, , 1996

*Media Experience:*

| | |
|---|---|
| 1989 - 1990 | "Ask the Psychiatrist" - co-hosted with Ken Kramer on KSD0 Radio, 1130 AM, San Diego, California. |
| 1988 - 1991 | Regular on Sun Up San Diego - KFMB TV 8 in San Diego  The show was discontinued March 1991. |
| 1986 - 1993 | Regular guest on "Bill Balance Show," KFMB Radio 760 AM. |
| 1988 | Psychiatric Consultant to KSDO Radio 1130 AM, San Diego, California Regular guest interviews on talk shows and news commentary on topical subjects. |
| 1989 | Appeared regularly on local television newscasts and talk shows on channels 8, 10, 39 and 51. |
| 1993 -1994 | "Taking Control:  Mental Health Challenges of the 90's"  Fox Cable TV series on mental health issues.  Developed, Produced and co-host. |
| April 12, 1996 | Guest expert on the Sally Jesse Raphael Show,. Obsessive-Compulsive Disorder in Children. |
| August 6, 1997 | Interviewed on Channel 8 News,  Premenstrual Syndrome in Women. |

*Training Films:*

| | |
|---|---|
| 1991 | CAPS (for PTSD assessment), Montgomery-Asberg Depression Scale and the Hamilton Anxiety Scale. Produced taped patient interviews for Ciba-Geigy Pharmaceutical Company. |
| 1992 | Hamilton Anxiety Rating Scale in Adults and Seniors. Sandoz Pharmaceuticals (included presentation and conducting interrater reliability evaluations). |

CONFIDENTIAL
AZSER12778122

BEST COPY AVAILABLE

1996                CAPS Training of investigators for PTSD Study, Miami FL. Produced tape of
                   patient interview and conducted session: Pfizer Pharmaceuticals.

*Drug Studies:*
1981 – 1985        Clinical Investigator, Fluoxetine Study, Protocols 33 & 34, double-blind
                   inpatient and outpatient geriatric antidepressant study with crossover and long
                   term option:  Eli Lilly Pharmaceutical Company.

1981 – 1985        Clinical Investigator, open, uncontrolled multi-center assessment of the safety
                   of Wellbutrin in-patients requiring treatment with an antidepressant:
                   Burroughs Wellcome Company.

1982 – 1985        Clinical Investigator, BW647U-03, Double-Blind Outpatient Antidepressant
                   Study:  Burroughs Wellcome Company.

1982 – 1983        Clinical Investigator, Zimelidine Study, Protocol 108-303, double-blind
                   outpatient geriatric antidepressant study with long term follow-up: Astra
                   Pharmaceutical Company

1982 –1985         Clinical Investigator, Trazodone Study, Protocol 1368, Double-Blind
                   Outpatient  Antidepressant Study with Long Term Follow-up:  Mead Johnson
                   Pharmaceutical Company.

1982 – 1985        Clinical Investigator, Fluoxetine Study, Protocols 27 & 28, Double-Blind
                   Outpatient  Antidepressant Study with Crossover and Long Term Options: Eli
                   Lilly Pharmaceutical Company.

1983 – 1984        Clinical Investigator, Fluoxetine Study, Protocol 39, Outpatient Antidepressant
                   Study:  Eli Lilly Pharmaceutical Company.

1983 – 1984        Clinical Investigator, MJ13754, Open-Dose Response Study of MJ13754 in
                   Depressed Hospitalized Patients:  Mead Johnson Pharmaceutical Company.

1983 – 1985        Clinical Investigator, Adinazolam Study, Protocol 6331, Double-Blind
                   Outpatient Antidepressant Study with Long Term Follow-up: Upjohn
                   Pharmaceutical Company.

1983 – 1985        Clinical Investigator, Fluoxetine Study, Protocols 29 & 30, Double-Blind
                   Inpatient and Antidepressant Study with Crossover and Long Term Options:
                   Eli Lilly Pharmaceutical Company.

1983 – 1985        Clinical Investigator, Moban Study, Double-Blind Outpatient Antipsychotic
                   Study:  Dupont Pharmaceutical Company.

CONFIDENTIAL
AZSER12778123

BEST COPY AVAILABLE

| 1984 – 1985 | Clinical Investigator, Wellbutrin Study, Protocol 39, Outpatient Anti-Depressant Study: Burroughs Wellcome Company. |

***Drug Studies: (continued)***

| 1984 – 1985 | Clinical Investigator, Clovoxamine Study, Double-Blind Outpatient Antidepressant Study:  Kali-Duphar Laboratories. |
| 1984 – 1985 | Clinical Investigator, BW647U, Double-Blind Evaluation of the Safety and Efficacy of BW647U vs. Placebo in Depressed Inpatients with a Major Affective Disorder:  Burroughs Wellcome Company. |
| 1987 – 1989 | Designated Clinical Investigator, Paroxetine Study, to Assess the Long Term Efficacy and Safety on a Population of Depressed Outpatients (open label): Beecham Laboratories. |
| 1988 – 1989 | Designated Clinical Investigator, Buspar Study, to Assess how this Drug Covers the Withdrawal from Specific Benzodiazopines:  Bristol Myers Company. |
| 1988 – 1989 | Designated Clinical Investigator, Xanax S.R. Study, to Assess the Effectiveness of new Formulation of Xanax in a Population of Panic Patients: Upjohn  Pharmaceutical Company. |
| 1989 | Designated Clinical Investigator, Evaluation of the Effects of SQ29852 in Patients with Generalized Anxiety Disorder: Squibb Pharmaceutical Company. |
| 1989 | Designated Clinical Investigator, Evaluation of the Effects of SQ29852 in Patients with Alzheimer's Disease:  Squibb Pharmaceutical Company. |
| 1989 | Designated Clinical Investigator, Evaluation of the Effects of SQ29852 in Patients with Age-Associated Memory Impairment:  Squibb Pharmaceutical Company |
| 1989 | Designated Clinical Investigator, a Double-Blinded Placebo-Controlled, Multi-Centered Study to Evaluate the Safety, Efficacy and Tolerability of Sibutramine Hydrochloride (5.10 and 20 mg. daily) vs. Desipramine Hydrochloride (150g daily) in Out-Patients with Major Depression:  Boots Pharmaceutical Company. |
| 1989 | Designated Clinic Investigator, Levoprotaline/Desipramine Placebo Trial in Major Depressive Disorder: Ciba-Geigy Pharmaceutical Company. |
| 1989 | Designated Clinical Investigator, Tomoxetine/Desipramine Placebo Trial in Major Depressive Disorder:  Eli Lilly Research Laboratories. |

Revised March 2003

999

CONFIDENTIAL
AZSER12778124

BEST COPY AVAILABLE

| 1990 | Designated Clinical Investigator, Fluoxetine vs. Placebo in Geriatric Patients with Major Depressive Disorder:  Eli Lilly Research Laboratories. |

***Drug Studies: (continued)***

| 1990 | Designated Clinical Investigator, Efficacy and Safety of SC48274 at 5 mg and 100 mg in Generalized Anxiety Disorder: Searle Pharmaceutical Company. |

| 1990 | Designated Clinical Investigator, a Double-Blind Comparison of CGS-15040A vs. Placebo in Patients with Generalized Anxiety Disorder:  Ciba Geigy Pharmaceutical Company. |

| 1991 | Designated Clinical Investigator, a Multicenter, Randomized, Double-Blind, Placebo-Controlled Comparison of Paroxetine and Fluoxetine in the Treatment of Major Depressive Disorder:  SmithKline Beecham Laboratories. |

| 1991 | Designated Clinical Investigator, a Prospective Randomized Double-Blind, Placebo  Controlled, Multicenter, Parallel Groups Comparison of the Efficacy and Safety of Abecarnil (7.5 - 17.5 mg) and Alprazolam (1.5 - 4.5 mg) in Outpatients with Generalized Anxiety Disorder:  Sandoz Pharmaceuticals Corporation. |

| 1991 | Designated Clinical Investigator, a Double-Blind, Parallel Comparison of Three Doses of Sertraline and Placebo in Outpatients with Panic Disorder: Pfizer Pharmaceutical Company |

| 1991 | Designated Clinical Investigator, a Double-Blind Comparison of Sertraline and Placebo in Children and Adolescents with Obsessive Compulsive Disorder: Pfizer Pharmaceutical Company. |

| 1991 | Designated Clinical Investigator, LY 277359-(Zatosetron) - Phase Ib-Zatosetron in Patients with Generalized Anxiety Disorder: Eli Lilly Research Laboratories. |

| 1991 | Designated Clinical Investigator, a multi-center, double-blind, parallel group safety, tolerance and efficacy comparison of placebo and HP 029 (225mg/d and 150mg./d) in outpatients with Alzheimer's Disease: Hoechst-Roussel Pharmaceutical Company. |

| 1991 | Designated Clinical Investigator, a Two-Year, Multicenter, Randomized, Double-Blind Controlled Parallel Group Study of Cycloserine in the Treatment of Alzheimer's Disease with Six Months Placebo Control: Searle Research and Development. |

Murray H. Rosenthal
Page 11 of 30

Revised March 2003

CONFIDENTIAL
AZSER12778125

BEST COPY AVAILABLE

1992 Designated Clinical Investigator, a Prospective, Randomized, Double-Blind, Placebo-Controlled, Multicenter, Parallel Groups Comparison of the Efficacy and Safety of Abecarnil (3.0-9.0 mg) and Lorazepam (1.5-4.5 mg) in Elderly Outpatients with Anxiety Symptoms: Sandoz Pharmaceuticals Corporation.

### Drug Studies: (continued)

1992 Designated Clinical Investigator, a Comparison of the Safety and Efficacy of Flexible Dose Levels of Sertraline and Nortriptyline in the Treatment of Depressed Elderly Outpatients: Pfizer Pharmaceutical Company.

1992 Designated Clinical Investigator, a Placebo Controlled Double Blind Parallel Group Efficacy, Safety and Tolerability Trial of Brofaromine in Patients with Post-Traumatic Stress Disorder: Ciba-Geigy Pharmaceutical Company.

1992 Designated Clinical Investigator, a Double-Blind, Placebo-Controlled, Multi-Center Trial Comparing 30mg of Buspar Given Two Times Daily Versus Three Times Daily in Patients with Generalized Anxiety Disorder: Bristol-Myers Squibb.

1992 Designated Clinical Investigator, Amesergide (LY237733) Versus Placebo in the Treatment of Patients with Psychogenic Impotence: Eli Lilly Pharmaceutical Company.

1992 Designated Clinical Investigator, Pharmacokinetic Study of Sertraline with Children and Adolescents Who Have OCD or Depression: Open label with Extension. Pfizer Pharmaceutical Company.

1992 Designated Clinical Investigator, Sertraline-Pharmacokinetic Study of Children and Adolescents With Depression and OCD: Pfizer Pharmaceutical Company

1993 Designated Clinical Investigator, Efficacy and Safety Study of Besipirdine in Patients With Alzheimer's Disease: Hoechst Roussel Pharmaceutical Company.

1993 Designated Clinical Investigator, Olanzapine Versus Haloperidol in the Treatment of Schizophrenia and Other Psychotic Disorders: Eli Lilly Research Laboratories.

1993 Designated Clinical Investigator, Cycloserine in Post-Traumatic Memory Impairment (a pilot study): G.D. Searle & Company.

1993 Designated Clinical Investigator, Double-Blind Comparison of Three Doses of Tandospirone vs. Placebo in Outpatient Adults with Major Depressive Disorder: Pfizer Pharmaceutical Company.

CONFIDENTIAL
AZSER12778126

BEST COPY AVAILABLE

1993            Designated Clinical Investigator, HP-873, a Study of the Efficacy of 4mg and
               8mg vs. Placebo Treatment of Schizophrenic Inpatients: Hoechst Roussel
               Pharmaceutical Company.

*Drug Studies: (continued)*

1993            Designated Clinical Investigator, a Multicenter, Double-blind, Randomized,
               Controlled, Multiple Fixed-Dose and Dose regimen Comparison of Seroquel
               and Haloperidol in the Prevention of Psychotic Relapse in outpatients with
               Chronic or Subchronic Schizophrenia: Zeneca Pharmaceuticals Group.

1993            Designated Clinical Investigator, an Open-Label Assessment of the Long-Term
               safety of Sertindole in the Treatment of Patients with Schizophrenia and Other
               Psychotic Disorders. Protocol M93061: Abbott Neuroscience Venture.

1993            The Safety and Efficacy of Long-Term Administration of Extended-Release
               Oral Physostigmine in Alzheimer's Disease and Senile Dementia of the
               Alzheimer's Type:  Forest Laboratories, Inc.

1994            Designated Clinical Investigator, a Prospective, Multicenter, Open-Label Study
               of Serzone (Nefazadone) in the Management of Patients with Symptoms of
               Depression in General Psychiatric Practices. Bristol-Myers Squibb.

1994            Designated Clinical  Investigator of  Safety Surveillance for Wellbutrin
               Sustained Release: Burroughs Wellcome Company.

1994            Designated Clinical Investigator/Medical Monitor for Multi-Site Study of CP-
               88,059-1, an Eight Week, Double-Blind, Haloperidol-Controlled Study
               Evaluating the Safety and Efficacy of Oral CP-88,059-1 in the Maintenance
               Treatment of Outpatients with Schizophrenia or Schizoaffective Disorder and
               Alcohol or Cannabis Abuse/Dependence: Pfizer Pharmaceutical Company.

1994            Designated Clinical Investigator, CP-88,059-1, a Study of Safety and Efficacy
               of Several Different Doses of CP-88, vs. Different Doses of Haloperidol, in
               the Treatment of Outpatient Schizophrenic patients: Pfizer Pharmaceutical
               Company.

1994            Designated Clinical Investigator, M93-132, a Double-Blind comparison of
               Sertindole and Haldol, of Safety, Efficacy, Quality of Life, and Relapse in
               stable Schizophrenic patients: Abbott Laboratories.

1994            Designated Clinical Investigator, M93-113, a Double-Blind, Placebo-
               Controlled Dose-Response Comparison of the Safety and Efficacy of Three
               Doses of Sertindole and Three doses of Haldol in Schizophrenic Patients:
               Abbott Laboratories.

1002

CONFIDENTIAL
AZSER12778127

BEST COPY AVAILABLE

| 1994 | Designated Clinical Investigator, SAB-USA-25, Clinical evaluation of Efficacy and Safety of Sabeluzole in the Treatment of Alzheimer's Disease: Janssen Research Foundation. |

*Drug Studies: (continued)*

| 1994 | Medical Monitor for a Double-Blind Comparison of Low and High Dose of Buspar Verses Placebo in Agitated Geriatric Patient's with Alzheimer's Disease: Bristol-Myers Squibb. |

| 1995 | A Fifty-two Week, Multicenter, Double-Blind, Placebo-controlled, Parallel-Group Study to Compare the Effects of Sibutramine Hydrochloride 20 mg with those of Placebo in Mild to Moderate Obese Patients Whose Hypertension is Controlled by an Angiotensin-Converting Enzyme Inhibitor, with or without Concomitant Thiazide Diuretic Therapy:  Knoll |

| 1995 | A Fifty-two Week, Multicenter, Double-Blind, Placebo-controlled, Parallel-Group Study to Compare the Effects of Sibutramine Hydrochloride 20 mg with those of Placebo in Mild to Moderate Obese Patients Whose Hypertension is Controlled by a Calcium-Channel Blocker With or Without concomitant Thiazide Diuretic Therapy:  Knoll Pharmaceuticals Company. |

| 1995 | Designated Clinical Investigator, a Multicenter, Open-label Trial Evaluating the Safety and Tolerability of ICI 204, 636 (Seroquel®) in the Treatment of Elderly Subjects with Selected Idiopathic and Organic Psychosis: Zeneca Pharmaceutical Company. |

| 1995 | Designated Clinical Investigator, a Dose Ranging Study of the Efficacy and Tolerability of OPC-14597 in Acutely Relapsing Hospitalized Schizophrenic Patients: Otsuka America Pharmaceutical, Inc. |

| 1995 | Designated Clinical Investigator, a Phase II, Multicenter, Open Label Study Evaluating the Efficacy  and safety of Oral Ziprasidone in the Treatment of Subjects with Psychosis and Acute Agitation: Pfizer Pharmaceutical Company. |

| 1995 | Designated Clinical Investigator, a Fifty-Two Week, Multicenter, Double-Blind, Placebo -Controlled, Parallel-Group Study to Compare the Effects of Sibutramine HCL 20 mg with Those of Placebo in Mild to Moderate Obese Patients Whose Hypertension is Controlled by an Angiotensin-Converting Enzyme Inhibitor, with or without Concomitant Thiazide Diuretic Therapy: Knoll Pharmaceutical Company. |

| 1995 | Designated Clinical Investigator , a Fifty-Two Week, Multicenter, Double-Blind, Placebo - Controlled, Parallel - Group Study to Compare the Effects of Sibutramine HCL 20 mg with those of Placebo in Mild to Moderate Obese Patients Whose Hypertension is Controlled by a Calcium -Channel Blocker, |

1003

CONFIDENTIAL
AZSER12778128

BEST COPY AVAILABLE

with or without Concomitant Thiazide Diuretic Therapy: Knoll Pharmaceutical Company.

*Drug Studies: (continued)*

| | |
|---|---|
| 1995 | Designated Clinical Investigator, Single Dose, Double-Blind, Placebo-Controlled, Parallel Group Study to Assess the Pharmacokinetics and Penetration of Ofloxacin Otic Solution through a Tympanostomy Tube in Adults without Active Otitis Media: Daiichi Pharmaceutical Corporation. |
| 1995 | Designated Clinical Investigator , Single Dose, Double-Blind, Placebo-Controlled, Parallel Group Study to Assess the Pharmacokinetics and Penetration of Ofloxacin Otic Solution through a Tympanostomy Tube in Adults with  Suppurative Otitis Media with Otorrhea: Daiichi Pharmaceutical Corporation. |
| 1995 | Designated Clinical Investigator,  Randomized, Double-Blind Trial Comparing the Safety and Efficacy of Butorphanol Tartrate Nasal Spray Versus Acetaminophen and Codeine Phosphate Capsules Versus Placebo in Patients with Acute Migraine Headache Pain: Pfizer Pharmaceutical Company. |
| 1995 | Designated Clinical Investigator, a Multicenter, Prospective with Historical and Current Practice Control, Open-Label Study to Examine the Safety and Efficacy of Ofloxacin Otic Solution in the Treatment of Purulent Ottorrhea in Adolescents and Adults with Chronic Perforation of Tympanic Membranes: Daiichi Pharmaceutical Corporation. |
| 1995 | Designated Clinical Investigator, S2WA3012, a Randomized, Double-Blind Placebo-Controlled, Parallel Study to Evaluate the Efficacy, Safety and Tolerability of Oral Naratriptan in an Adolescent Migraine Population. Glaxo Pharmaceutical Compan1996- Designated Clinical Investigator D96-024: Prospective Randomized, Double-Blind, Comparison of the Safety and Efficacy of Bay 12-8039 400mg PO QD for 7 Days vs. Cefuroxime Axetil 250 MG BID  for 10 Days for the Treatment of Patients with Acute Bacterial Maxillary Sinusitis:  Bayer Pharmaceutical Company |
| 1996 | Designated Clinical Investigator D96-025 Prospective, Uncontrolled, Non-Blind, Multi-Center, Clinical Trial of the Safety and Efficacy of BAY 12-8039 400mg PO QD in the Treatment of Patients with Community Acquired Pneumonia:  Bayer Pharmaceutical Company. |
| 1996 | Designated Clinical Investigator, a Phase IV, Double-Blind, Placebo Controlled, Multi-Center Study of Sertraline in Outpatients with PTSD: Pfizer Pharmaceutical Company. |

CONFIDENTIAL
AZSER12778129

BEST COPY AVAILABLE

1996            Designated Clinical Investigator, a 52 Week, Randomized, Double-Blind, Placebo -Controlled, Parallel Group, Multicenter Study of Melameline in Patients with Probable Alzheimer's Disease with Long-Term Open-Label Extension: Parke-Davis Pharmaceutical Company.

*Drug Studies: (continued)*

1996            Designated Clinical Investigator, The Tolerability and Safety of Either Adding Seroquel® to or Switching to Seroquel® from a Haldol Decanoate Regimen in Subjects with Selected Psychotic Disorders:  Zeneca Limited.

1996            Designated Clinical Investigator, 29060/494/495/497, a Double-Blind, Placebo controlled, Flexible-Dosing Trial to Evaluate the Efficacy of Modified Release Paroxetine in the Treatment of Panic Disorder:  SmithKline Beecham Pharmaceuticals.

1996            Designated Clinical Investigator, 96CE21-0680,  a Double-Blind Comparison of Fixed Dose Sertraline and Placebo in the Treatment of Premenstrual Syndrome: Pfizer Pharmaceutical Company.

1996            Designated Clinical Investigator, an Open-label Study to Evaluate the Safety and Efficacy of 1.5 mg BID (3 mg/day) through 6 mg BID (12 mg/day) of Exelon in Patients with Mild to Severe Probable Alzheimer's Disease in the Community Setting: Sandoz Pharmaceutical Corporation.

1997            Designated Clinical Investigator, an Eight-week, Multicenter, Parallel-Group, Double-Blind, Placebo-Controlled Study of Sertraline in the Treatment of Elderly Outpatients with DSM-IV Major Depression:  Pfizer, Inc.

1997            Designated Clinical Investigator,  a Placebo-Controlled Study of the Efficacy of 8 mg and 16 mg of Iloperidone Administered to Schizophrenic Patients for 42 Days:  Titan Pharmaceuticals, Inc.

1997            Designated Clinical Investigator, an Open-Label Assessment of the Long-Term Safety of Iloperidone (Iloperidone Protocol 306):  Titan Pharmaceuticals.

1997            Designated Clinical Investigator, a Multi-Center, Randomized, Double-Blind Study in Normal Healthy Subjects to Evaluate the Efficacy and Safety of Both a Two Dose, One Month Regimen of Hepagene™ and a Three Dose, six-month Regimen of Hepagene™ Compared to a Standard Three Dose, Six Month Regimen of Energix-B®: Medeva Group Development.

1997            Designated Clinical Investigator, a 12 month placebo-controlled, double blind study to determine the minimum effective dose of Norethisterone (in patch

CONFIDENTIAL
AZSER12778130

BEST COPY AVAILABLE

form) in the prevention of Estradiol-induced Endometrial Hyperplasia or Cancer in patients receiving 40 or 80 mg of Estradiol (Protocol #EPC0US02): Ethical Pharmaceuticals.

*Drug Studies: (continued)*

1997    Designated Clinical Investigator, Metrifonate Investigational Nationwide Trial (M.I.N.T.). The primary objective of this trial is to evaluate the safety and tolerability of Metrifonate in patients with possible or probable Alzheimer's Disease (AD) treated with Metrifonate compared to "standard care" for 26 weeks. Changes in functional status from baseline will be evaluated as a secondary objective (Protocol #D97-019): Bayer Corporation.

1997    Designated Clinical Investigator, Weekly Enteric-Coated Fluoxetine Hydrochloride vs. Daily Fluoxetine or Placebo in the Continuation Treatment of Major Depressive Disorder: (Protocol B1Y-MC-HCIZ(a)). Eli Lilly Corporation.

1997    Co-Principal Investigator, a Phase III, Double-Blind, Placebo-Controlled Multicenter, Multidose Study of the Combined Effects of Subcutaneously Administered Insulin and rhIGF-1 in Subjects with Insulin-Dependent Diabetes Mellitu:. Genentech, Inc.

1997    Designated Clinical Investigator, a Double-Blind Continuation Study Comparing Sertraline and Placebo in Outpatients with Posttraumatic Stress Disorder: Pfizer, Inc.

1997    Designated Clinical Investigator, The Safety and Tolerability of Lazabemide Versus Placebo, Administered for One Year in Patients with Probable Alzheimer's Disease (NINCDS/ADRDA Criteria): Protodigm, Ltd.

1997    Designated Clinical Investigator, a Double-Blind Fixed-Dose Study of Transdermal Buspirone in the Treatment of Children with Attention-Deficit Hyperactivity Disorder: Bristol-Myers Squibb.

1997    Designated Clinical Investigator, an Open-Label, Long Term, Flexible Dose Safety Study of Transdermal, Buspirone in the Treatment of Childhood Attention-Deficit Hyperactivity Disorder: Bristol-Myers Squibb.

1997    Designated Clinical Investigator, a Single Dose Study to Evaluate the Safety and Efficacy of 4% Articaine HCl with 1:100,000 Epinephrine versus 2% Lidocaine HCl with 1:100,000 Epinephrine in the Treatment of General Dental Procedures. Septodent.

CONFIDENTIAL
AZSER12778131

BEST COPY AVAILABLE

| 1997 | Designated Clinical Investigator, a Double-Blind Placebo Controlled Study of Fluoxetine vs. Placebo in the Treatment of Patients with Panic Attacks. Eli Lilly Company. |

### Drug Studies: (continued)

| 1997 | Designated Clinical Investigator, a Multicenter, Multinational, Open-Label, Extension Study of Oral Naloxone for the Treatment of Opioid-Induced Constipation in Patients with Chronic, Non-Malignant or Malignant Pain: Roxanne Laboratories. |

| 1998 | Designated Clinical Investigator, Clinical Protocol for a Multicenter, Double-Blind, Parallel Group Study Comparing the Incidence of Clinically Significant Upper Gastrointestinal Adverse Events Associated with SC58635 400 mg BID to that of NSAID Treatment with either Diclofenac 75 mg BID, Ibuprofen 800 mg TID or Naproxen 500 mg BID in Patients with Osteoarthritis or Rheumatoid Arthritis: G.D. Searle & Co. |

| 1999 | Designated Clinical Investigator, A Multicenter, Long-Term Post-Hepatitis B Vaccination, Follow-Up and Open Label Study of the Efficacy and Safety of a Single Booster Dose of Hepagene™ in Normal Healthy Subjects: Medeva. |

| 1998 | Designated Clinical Investigator, The Efficacy, Safety and Tolerability of Lazbemide (RO1906327) Vs. Placebo, Administered for One Year in Patients with Probable Alzheimer's Disease: Protodigm Limited. |

| 1998 | Designated Clinical Investigator, A Study of the Safety of Switching from Oral Buspirone to Transdermal Buspirone Under Double-Blind Conditions in the Treatment of Anxious Outpatients: Bristol-Myers Squibb. |

| 1998 | Designated Clinical Investigator, A Triple-Blind, Randomized, Parallel, Efficacy Study of Losartan vs. Irbesartan in Patients with Mile to Moderate Essential Hypertension: Merck. |

| 1998 | Designated Clinical Investigator, A Randomized, Double-Blind, Multicenter, Comparative Study of Cefprozil vs. Clarithromycin in the Treatment of Acute Exacerbation of Chronic Bronchitis: Bristol-Myers Squibb. |

| 1998 | Designated Clinical Investigator, Allelic Variation in Schizophrenia: Eli Lilly & Company. |

| 1998 | Designated Clinical Investigator, Intermittent Dosing of Fluoxetine in the Treatment of Premenstrual Dysphoric Disorder; Late Luteal Phase Daily Dosing vs. Placebo: Eli Lilly & Company. |

CONFIDENTIAL
AZSER12778132

BEST COPY AVAILABLE

| 1998 | Designated Clinical Investigator, The Comparative Efficacy of Olanzapine, Risperidone and Haloperidol for Cognition in Schizophrenia: Eli Lilly & Company. |

### Drug Studies: (continued)

| 1998 | Designated Clinical Investigator, a Prospective, Randomized, Double-Blind, Multicenter Study of Iloperidone to Evaluate the Safety of Two Titration Schedules and to Compare the Safety of BID and QD Regimens to Haloperidole in Patients with Schizophrenia: Novartis Pharmaceuticals. |

| 1998 | Designated Clinical Investigator, A Multicenter, Double-Blind Placebo-Controlled Trial of Nefazodone in Depressed Adolescents: Bristol Myers Squibb. |

| 1998 | Designated Clinical Investigator, Linezolid in the Treatment of Patients with Nosocomial Pneumonia, a Double-Blind, Randomized, Comparator-Controlled Study: Pharmacia & Upjohn. |

| 1998 | Designated Clinical Investigator, Linezolid in the Treatment of Community-Acquired Pneumonia, an Investigator-Blind, Randomized, Comparator-Controlled Study in Outpatients: Pharmacia & Upjohn. |

| 1998 | Designated Clinical Investigator, a Multicenter, Double-Blind, Tolerability Trial of Nefazodone ER in the Treatment of Depressed Patients: Bristol-Myers Squibb. |

| 1998 | Designated Clinical Investigator, A Placebo-Controlled, Double-Blind Study of Three Doses of BMS21778 in the Treatment of Elderly Patients with Insomnia: Bristol-Myers Squibb. |

| 1998 | Designated Clinical Investigator, a Double-Blind, Randomized, Flexible Dose Trial of Buspirone Transdermal or Alprazolam Compared to Placebo in the Treatment of Anxious Outpatients: Bristol-Myers Squibb. |

| 1998 | Designated Clinical Investigator, Linezolid for the Treatment of Vancomycin-Resistant Enterococcal Infections: a Double-Blind Trial Comparing 600 mg Linezolid Every 12 Hours with 200 mg Linezolid Every 12 Hours: Parmacia & Upjohn. |

| 1998 | Designated Clinical Investigator, Linezolid for the Treatment of Nosicomial Infections. |

CONFIDENTIAL
AZSER12778133

BEST COPY AVAILABLE

| 1998 | Designated Clinical Investigator, Linezolid for the Treatment of Community Acquired Pneumonia. |

**_Drug Studies: (continued)_**

| 1998 | Designated Clinical Investigator, a Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Trial Evaluating the Safety and Efficacy of the DISKUS Formulations of Salmeteol 50 mcg BID and Fluticasone Propionate 250 mcg BID Individually and in Combination as Compared to Placebo in COPD Subjects: Glaxo Wellcome. |

| 1998 | Designated Clinical Investigator, Linezolid vs. Oxazillin Sodium/Dicloxacillin Sodium for the Treatment of Complicated Skin and Soft Tissue Infections: Pharmacia & Upjohn. |

| 1998 | Linezolid in the Treatment of Community-Aquired Pneumonia: An Investigator-Blind, Randomized, Comparator-Controlled Study in Outpatients: Pharmacia & Upjon. |

| 1998 | A Multicenter, Double-Blind, Tolerability Trial of Nefazodone ER in the Treatment of Depressed Patients: Bristol-Myers Squibb. |

| 1998 | A Placebo-Controlled, Double-Blind Study of Three Doses of BMS21778 in the Treatment of Elderly Patients with Insomnia: Bristol-Myers Squibb. |

| 1998 | A Double-Blind, Randomized, Flexible Dose Trial of Buspirone Transdermal or Alprazolam Compared to Placebo in the Treatment of Anxious Outpatients: Bristol-Myers Squibb. |

| 1998 | Linezolid for the Treatment of Vancomycin-Resistant Enterococcal Infections: A Double-Blind Trial Comparing 600mg Linezolid Every 12 Hours with 200 mg Linezolid Every 12 Hours: Pharmacia & Upjohn |

| 1998 | A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Trial Evaluating the Safety and Efficacy of the DISKUS Formulations of Salmeteol 50mcg BID and Fluticasone Propionate 250mcg BID Individually and in Combination as Compared to Placebo in COPD Subjects: Glaxo Wellcome. |

| 1998 | Linezolid vs. Oxazillin Sodium/Dicloxacillin Sodium for the Treatment of Complicated Skin and Soft Tissue Infections: Pharmacia & Upjohn. |

CONFIDENTIAL
AZSER12778134

BEST COPY AVAILABLE

| | |
|---|---|
| 1998 | A Randomized, Double-Blind, Placebo-Controlled, Flexible Dosage Trial to Evaluate the Efficacy And Tolerability of Patients with Generalized Anxiety Disorder:  Smith Kline Beecham. |
| 1998 | A Double-Blind, Randomized, Multi-Center, 7Day Treatment Study of the Safety and Clinical Equivalence of A Generic Clindamycin 2% Vaginal Cream vs. Cleocin® in Women with a Diagnosis of Bacterial Vaginosis: ClinSites. |

### Drug Studies: (continued)

| | |
|---|---|
| 1998 | Almotriptan:  A Long-Term Open Label Safety Study of Almotriptan 12.5mg Orally in Migraine Patients:  Pharmacia & Upjohn. |
| 1998 | A Prospective, Randomized, Double-Blind, Placebo-and-Active Controlled, Mulicenter Study to Evaluate the Efficacy and Safety of Three Fixed Doses of Iloperidone (4,8, and 12 mg/day) given BID for 42 Days to Schizophrenic Patients with Acute or Subacute Exacerbation, Followed By a Double-Blind, Active-Controlled, Flexible-Dose, Long-Term, 6 Month Phase with loperidone (4, 8, and 12 or 16mg/day) given QD: Novartis. |
| 1998 | A Double-Blind, Randomized, Multicenter, Parallel Group Design Study To Evaluate The Efficacy and Safety of two Dose Rangesof EMD 128-130 in Comparison with Placebo and Haloperidol in the Treatment of Schizophrenia: Merck. |
| 1998 | Olanzapine Versus Risperidone and Placebo in the Treatment of Psychosis and Associated Behavioral Disturbances in Patients with Dementia: Eli Lilly & Company. |
| 1998 | A Double-Blind, Placebo-Controlled Study of Modified Release (MR) Methylphenidate in Children With ADHD:  Medeva. |
| 1998 | A Double-Blind, Randomized, Placebo- Controlled Study of Ro 64-0796 (aka GS4104) used for the Prevention of Clinical Influenza Post Exposure to Families: Roche. |
| 1998 | A 24 Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of the Efficacy and Safety of Donepezil Hydrochloride (E2020) In Subjects with Mild Cognitive Impairment:  Eisai/Pfize. |
| 1999 | Duloxetine vs. Placebo in the Treatment of Major Depression:  Eli Lilly & Co. |
| 1999 | Fluoxetine vs. Placebo in the Treatment of Children and Adolescents with Obsessive Compulsive Disorder:  Eli Lilly & Co. |

CONFIDENTIAL
AZSER12778135

BEST COPY AVAILABLE

| | |
|---|---|
| 1999 | Comparison of the Efficacy and Safety of Intramuscular Olanzapine, Intramuscular Lorazepam and Intramuscular Placebo in Acutely Agitated Patients diagnosed with Mania with Bipolar Disorder:  Eli Lilly & Co. |
| 1999 | A Multicenter, Randomized, Double-Blind, Parallel Group. Placebo-Controlled Study Evaluating the Efficacy and Safety of Two Fixed Dose Ranges of Buspirone Hydrochloride (15-30 mg and 45-60 mg) in Children and Adolescents (aged 6 to 17) with GAD-Protocol:  Bristol-Myers Squibb. |

*Drug Studies: (continued)*

| | |
|---|---|
| 1999 | A Double-Blind Comparison of Efficacy Safety of Intramuscular Olanzapine, Short Acting Intramuscular Lorazepam, Intramuscular Placebo for Treating Agitation in Patients with Dementia of the Alzheimer's Type:  Eli Lilly & Co. |
| 1999 | A Multicenter, Randomized, Double-Blind, Parallel Group, Placebo-Controlled Study Evaluating the Efficacy and Safety of Two Fixed Dose Ranges of Buspirone Hydrochloride (15-30 mg and 45-60 mg) in Children and Adolescents (aged 6 to 17) with GAD:  Bristol-Myers Squibb. |
| 1999 | A Prospective, Multicenter, Randomized, Single-Masked, Controlled, Clinical Investigation of Dermagraft® in Patients with Plantardiabetic Foot Ulcers: Advanced Tissue Sciences. |
| 2000 | Duloxetine vs. Placebo and Paroxetine in the Acute Treatment of Major Depression:  Eli Lilly & Co. |
| 2000 | A randomized, double-blind, placebo- and risperidone-controlled, multicenter study to evaluate the efficacy and  safety of two nonoverlapping dose ranges of iloperidone given b.i.d. for 42 days to schizophrenic patients followed by a long-term treatment phase with iloperidone given q.d.:  Novartis Pharmaceuticals |
| 2000 | An Open-Label Randomized Assessment Of The Efficacy And Tolerability Of  Venlafaxine Extended Release In Serotonin-Selective Reuptake Inhibitor (SSRI)-Failure Patients With Major Depression: Wyeth-Ayerst |
| 2000 | Fixed Dose Comparison of the Safety and Efficacy of LU 26-054, Citalopram, and Placebo in the Treatment of Major Depressive Disorder: Forest Laboratories |
| 2000 | An Open-Label Study of the Safety, Tolerability, and Efficacy of Up to 90 mg Buspirone Hydrochloride Extended Release in Patients with Generalized Anxiety Disorder: Biovail |

1011

CONFIDENTIAL
AZSER12778136

BEST COPY AVAILABLE

| | |
|---|---|
| 2000 | A Double-blind, placebo controll, 3-am fixed dose study of paroxetine CR continuous treatment (12.5mg and 25mg/day) for Premenstrual Dysphoric Disorder" Issue Date:27 August 1999; Modification No. 1:6 September 1999: Smith Kline Beecham |
| 2000 | A Phase III Randomized, Double-Blind Comparison of Placebo and Tomoxetine Hydrocholoride in Adult Outpatients with DSM-IV Attention-Deficit/Hyperactivity Disorder: Eli Lilly and Co. |

*Drug Studies: (continued)*

| | |
|---|---|
| 2000 | A Seven Week, Multi-Center Study to Examine Norepinephrine Transporter Inhibition in Patients with Major Depressive Disorder Receiving Paroxetine or Desipramine: Smith Kline Beecham |
| 2000 | Flexible Dose Comparison of the Safety and Efficacy of Lu 26-054 and Placebo in the Treatment of Generalized Anxiety Disorder: Forest Laboratories |
| 2000 | A Phase III Open-Label Safety and Efficacy Study of Tomoxetine Hydrochloride in Outpatients with ADHD, Ages 6 to 18 years: Eli Lilly and Company |
| 2000 | A Double-Blind, Placebo and Paroxetine Controlled, Multi-Center, Dose Ranging Study Evaluating The Efficacy and Safety Of SR142801 In Outpatients with Major Depressive Disorder: Sanofi |
| 2000 | A Phase 4, Multicenter, 6-Week, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Study to Evaluate the  Safety and Efficacy of PROVIGIL™ (Modafinil) at Individually Titrated Doses of 100, 200, 300, or 400 mg/day as Adjunctive Therapy in Patients With Major Depressive Disorder Who Have Demonstrated a Partial Response to Antidepressant Therapy for a Current Major Depressive Episode: Cephalon |
| 2000 | Evaluation of the Safety and Efficacy of Lu26-054 in the Prevention of Depression Recurrence: Forest Laboratories |
| 2000 | The Efficacy and Safety of Single Dosage Ranges of Risperidone vs.  Placebo in the Treatment of Manic Episodes Associated with Bipolar I Disorder: Janssen Research Foundation |
| 2000 | A Nine-Week, Open-Label, Multi-Center, Safety Study of Single Dosage Ranges of Risperidone in the Treatment of Manic Episodes Associated with Bipolar I Disorder: Janssen Research Foundation |

CONFIDENTIAL
AZSER12778137

BEST COPY AVAILABLE

| 2000 | A Long-Term, Open-Label Safety Study of Tomoxetine Hydrochloride in Adult Outpatients with DSM-IV Attention-Deficit/Hyperactivity Disorder: Eli Lilly and Company |

| 2000 | A Phase 3 Open-Label Safety and Efficacy Study of Tomoxetine Hydrochloride in Pediatric Outpatients (6 to 18 Years) with ADHD: Eli Lilly and Company |

### *Drug Studies: (continued)*

2000        Phase III Multi-Center Randomized Comparison of TAK-637 Versus Placebo in the Treatment of Subjects with Major Depressive Disorder: Tap Holdings, Inc.

2000        A Double-Blind, Multi-Center Extension Trial in Subjects who suffer from Major Depressive Disorder with Atypical Features who Participated In the Placebo-an Paroxetine-Controlled Study of ORG 33062 ER: Organon

2000         A Double-Blind, Multicenter, Randomized, Placebo-Controlled, Parallel Group Study of Efficacy and Safety of ORG 33062 ER and Paroxetine in Subjects who suffer from Major Depressive Disorder with Atypical Features: Organon

2001        Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Venlafaxine Extended-Release Capsules in Adult Outpatients with Panic Disorder

2001        Fixed Dose Continuation Study of Escitalopram in the Treatment of Depressed Nonresponders

2001        Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Venlafaxine ER in Adolescent Outpatients with Social Anxiety Disorder

2001        A Multi-Center, Double-Blind, Randomized Comparison of the Efficacy and Safety of Sustained-Release Formulation Quetiapine Fumarate (Seroquel™) and Placebo in the Treatment of Patients with Schizophrenia

2001        A Randomized, Double-Blind, Placebo-Controlled Trial to Evaluate the Efficacy and Safety of Galantamine in Subjects with Mild Cognitive Impairment (MCI) Clinically at Risk for Development of Clinically Probable Alzheimer's Disease

2001        Placebo-Controlled Olanzapine Monotherapy in the Treatment of Bipolar I Depression

Revised March 2003

CONFIDENTIAL
AZSER12778138

BEST COPY AVAILABLE

| | |
|---|---|
| 2001 | The Assessment of Sibutramine for the Treatment of Olanzapine-Associated Weight Gain in Patients with Schizophrenia, Schizophreniform Disorder, Schizoaffective Disorder, and Bipolar I Disorder |
| 2001 | Randomized, Double-Blind, Placebo-Controlled Parallel Study of the Efficacy and Safety of Zopiclone in the Treatment of Adult Subjects with Primary Insomnia Followed by Optional Open-Label Chronic Dosing for One Year. |

**Drug Studies: (Continued)**

| | |
|---|---|
| 2001 | Olanzapine Versus Ziprasidone in the Treatment of Schizophrenia |
| 2002 | The Addition of Ziprasidone to Sertraline in Treatment Resistant Depression without Psychotic Features |
| 2002 | Single-dose, Double-blind, Placebo-controlled, Randomized, Parallel- design, Oral Dose (1.2 mg, 0.8 mg, 0.4mg, and 0.2 mg) Response Study of PG-118415 in the Treatment of Acute Migraine Headache With or Without Aura |
| 2003 | A Double-Blind Fixed Dose Comparison of the Safety and Efficacy of 20 mg/day Escitalopram and 225 mg/day Venlafaxine XR in the Treatment of Major Depressive Disorder. |
| 2002 | A Randomized, Double-Blind, Placebo-Controlled, Dose-Response Study to Assess the Efficacy and Safety of Modified Release Formulation of NBI-34060 in Elderly Patients with Chronic Sleep Maintenance Insomnia |
| 2002 | A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of 12 Weeks of PROVIGIL® (Modafinil) Therapy at a Dose of 200 mg as Treatment for Adults With Excessive Sleepiness Associated With Chronic Shift Work Sleep Disorder, Followed by a 12-Month Open-Label Extension Period |
| 2002 | A Randomized, Double-Blind, Placebo-Controlled, Risperidone Referenced, Dose Finding Study of DU127090 in the Treatment of Schizophrenia |
| 2002 | An Open-Label, Blinded-Rater, Randomized, 10-Week Study to Evaluate the Safety and Efficacy of Flexible Doses of GABITRIL™(tiagabine hydrochloride) with PAXIL™ (paraxetine HCL) as a Positive Control in Patients with Generalized Anxiety Disorder |
| 2002 | Use of Modafinil As a Therapy for Side Effects In Patients with Schizophrenia or Schizoaffective Disorder Treated With Antipsychotics Protocol for Study C1538a/630/SZ/US |

CONFIDENTIAL
AZSER12778139

BEST COPY AVAILABLE

2002     A Study to Evaluate the Efficacy, Safety and Maintenance Effect of Risperidone Augmentation of SSRI Monotherapy in Young and Older Adult Patients with Unipolar Treatment Resistant Depression

2002     Phase III, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study to Assess the Efficacy and Safety of NBI-34060 in Adults with Primary Insomnia

2002     Comparison of Efficacy and Safety of Zolpidem-MR 6.25 mg and placebo in elderly patients with primary insomnia.  A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Study

2002     A Multi-Centre, Double-Blind, Three Arm, Parallel Group Study Comparing the Efficacy of Immediate Release Methylphenidate (Ritalin®) and Modified Release Methylphenidate with Placebo in Children with Attention-Deficit/Hyperactive Disorder

2002     A Phase III, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060 in Elderly Primary Insomnia Patients with Sleep Maintenance Difficulties

2002     A Phase II, Twelve Week, Double-Blind and Placebo Controlled Study to Evaluate the Safety and Efficacy of Two Doses of CP-448,187 (1.5mg and 3.0mg) in Subjects with Obsessive Compulsive Disorder

2002     Double-Blind Flexible Dose Comparison of the Safety and Efficacy of Neramexane and Placebo in the treatment of Major Depressive Disorder

2003     A 52-week, prospective, randomized, double-blind, multicenter study of relapse following transition from oral antipsychotic medication to two different doses (25 or 50 mg given every two weeks) of risperidone long-acting microspheres (Risperdal Consta™) in adults with schizophrenia or schizoaffective disorder

2003     A Long-Term, Open-label, Flexible-dose Study of the Efficacy and Safety of Sumanirole in Patients with Idiopathic Restless Legs Syndrome

2003     A Phase II Double-Blind, Randomized, Dose-Ranging, Placebo-Controlled, Multicenter, Safety and Efficacy Evaluation of Three Doses of NS 2330 in Patients with Mild to Moderate Dementia of the Alzheimer's Type

2003     An Eight Week, Double-Blind, Rising Dose Study to Examine Norepinephrine Transporter Inhibition in Patients with Major Depressive Disorder Receiving Controlled Release Paroxetine (Paxil® CR) or Controlled Release Venlafaxine (Effexor® XR)

1015

CONFIDENTIAL
AZSER12778140

BEST COPY AVAILABLE

| 2003 | A Non-Dosing Multi-Center Extension Study of Protocol PPIN9453 6213 To Evaluate The Duration of Response of Nemifitide (INN 00835) vs. Placebo In Subjects Diagnosed With Major Depressive Disorder |
|---|---|
| 2003 | A Randomized, Latin-Square, Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of GABITRIL® (4,8,12 AND 10 mg) in Patients With Primary Insomnia |
| 2003 | An Open-Label Extension Study of the Long-Term Safety of Neramexane in Patients with Major Depressive Disorder |
| 2003 | A Double-Blind, Placebo-Controlled, Randomized, Parallel-Group Study of the Efficacy and Safety of M100907 Tablets in the Treatment of Sleep Maintenance Insomnia |
| 2003 | A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of 8 Weeks of Oral PROVIGIL® (Modafinil) Tablets [C-IV] (200 mg Once Daily) as Adjunctive Treatment for Excessive Sleepiness in Adults with Major Depressive Disorder, Sleepiness, and Fatigue, Followed by a 12-Week Open Label Period |
| 2003 | A Randomized, Open-Label, Parallel-Group Study of Encapsulated Sumatriptan 100mg Versus Sumatriptan Tablet 100 mg in Subjects with Migraine |
| 2003 | A Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter, Fixed-Dose Study To Evaluate The Safety and Efficacy of Nemifitide INN 00835 in Subjects Diagnosed With Major Depressive Disorder |
| 2003 | An Open-Label Study of the Efficacy and Safety of Risperdale Long-Acting Microspheres (Risperdal Consta ™) Administered Once Monthly in Adults with Schizophrenia or Schizoaffective Disorder |
| 2003 | A Double-Blind, Placebo-Controlled, Multicenter Study of Long-Term Efficacy of MK-0869 in the Maintenance of Antidepressant Effect in Patients With Major Depressive Disorder |
| 2003 | A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Efficacy and Safety of Two Dose Levels of NBI-34060 in Elderly Patients with Primary Insomnia |

**Publications:**

Rosenthal, MH:    "Cyclic Amp in the Control of Melanoma Cell Replication and Differentiation." Journal of National Cancer Institute 50. 555-58, 1973

CONFIDENTIAL
AZSER12778141

BEST COPY AVAILABLE

| Rosenthal, MH: | "Quantitative Assay of Melanin in Melanoma Cells in Culture and in Tumor." Annals of Biochemistry 56 81-99, 1973. |
|---|---|
| Rosenthal, MH: | "Inhibition of Melanogenesis with 5-BuDr Treatment in a Single Period of DNA Synthesis." Journal of National Cancer Institute 52: 1537-40, 1974. |
| Rosenthal, MH: | "Maturation and Differentiation of B-16 Melanoma Cells Induced by Theophylline Treatment." Journal of National Cancer Institute 54: 1457-67, 1975. |
| Rosenthal, MH; Gold, M; Davis, J: | "New Generation Antidepressants." Audio tape for the American College of Psychiatry Update Series. New York, New York, May 1983. |
| Rosenthal, MH; Feighner, JP; Damlouji, NF: | "Recent Advances in Antidepressants." Pharmacotherapy of Affective Disorders: Theory and Practice, Edited by W.G. Dewhurts and G.B. Baker, New York University Press, 1985. |
| Feldman, Theodore; Tilker, Harvey A.; Rosenthal, Murray H.: | (1992) Psychopharmacology, In R. Meyer The Clinician's Handbook (Third Edition), Boston: Allyn & Bacon. |
| E. Schweitzer, W.; Patterson, K. Rickles; M. Rosenthal: | A Once-A-Day, Slow-Release Form of Alprazolam for the Treatment of Panic Disorder: A Placebo-Controlled Study. The American Journal of Psychiatry, August, 1993. |
| Smith W.; Ferguson J.; DuBoff E.; Rosenthal M.: | Discriminating Placebo and Drug in GAD Trials: Single versus Multiple Clinical Raters. Psychopharm Bulletin, June, 1993. |
| R. J. Katz; P.S. Landau; M. Lott; A. Bystritsky; B. Diamond; R. Hoehn-Saric; M. Rosenthal; and C. Weise: | Serotonergic (5-HT2) Mediation of Anxiety-Therapeutic Effects of Serzepine in Generalized Anxiety Disorder. Biological Psychiatry, Volume 34, Number 1, July 1, 1993. |
| David J. Goldstein, M.D.; Michael G. Wilson, M.S.; Vicki L Thompson B.S.N., et. al., (The Fluoxetine Bulimia Nervosa Research | Long-Term Fluoxetine Treatment of Bulimia Nervosa. British Journal of Psychiatry, September, 1993. |

1017

CONFIDENTIAL
AZSER12778142

BEST COPY AVAILABLE

Group):

| | |
|---|---|
| Richard J. Katz, Ph.D.; Murray H Rosenthal, D.O.: | Adverse Interaction of Cyproheptadine With Serotonergic Antidepressants, Journal of Clinical Psychiatry, 55:7, July, 1994. |
| Dewleen G. Baker, M.D.; Bruce I. Diamond, Ph.D., et. al.: | A Double-Blind, Randomized, Placebo-Controlled, Multi-Center Study of Brofaromine in the Treatment of Post-Traumatic Stress Disorder. American Journal of Psychiatry, Oct. 1994. |
| Piero G. Antuono, M.D., et. al.: | Efficacy and Safety of Velnacrine for Alzheimer's Disease: A Double-Blind, Placebo-controlled Study. Archives of Internal Medicine, July, 1994. |
| Huff F.J., the Besperidine Study Group: | Preliminary Evaluation of Besperidine for the Treatment of Alzheimer's Disease, Presentation; 8th Meeting of the International Study Group on the Pharmacology of Memory Disorders with Aging", Zurich Switzerland, February, 1995. Neurology. |
| Alderman, J, Wolkow, R, et. al.: | Sertraline treatment in Children and Adolescents: Tolerability, Efficacy and Pharmacokinetics; to be presented at CINP, June, 1996. |
| Londborg, P.D., et. al.: | Sertraline in the treatment of Panic Disorder: A Multi-site, double-blind, placebo-controlled, fixed-dose investigation. British Journal of Psychiatry, Vol. 173, 54-60, 1998. |

*References for  Murray H. Rosenthal D.O.*

Dr. Howard Robin, Chief of Pathology
Sharp Hospital
(619) 541-3400

Dr. Marc Sternberg
Kaiser Permanente, Clairemont Office
(619) 221-6125

Dr. George Flanigan, Certified Personnel Director
San Diego City Schools
(619) 293-8156

Dr. David Simon, Medical Director
The Chopra Center for Wellness
(619) 551-7832

Revised March 2003

CONFIDENTIAL
AZSER12778143

BEST COPY AVAILABLE

_____   June 3, 2003
Murray H. Rosenthal, D.O.

6/3/03

Revised March 2003

1019

CONFIDENTIAL
AZSER12778144

BEST COPY AVAILABLE

D1447C0012P: 0074

# CURRICULUM VITAE

## Gene Russell Flick, M.D.
### Psychiatrist

| | |
|---|---|
| **CONTACT:** | **Steven K. Elliott, MD** |
| | **Medical Director** |
| | **MediSphere Medical Research Center, LLC** |
| | **1401 Professional Blvd., Suite 100** |
| | **Evansville, IN 47714** |
| | **812/471-4110** **Fax: 812/471-4275** |

## EDUCATION:

Indiana University School of Medicine
Indianapolis, IN
M.D., April 1987

Wabash College
Crawfordsville, IN
A.B., May 1983

## POST-GRADUATE TRAINING:

Fellowship:   University of Louisville Affiliated Hospitals
Louisville, KY
Clinical Psychopharmacology Research
July 1990 to June 1991

Residency:   University of Louisville Affiliated Hospitals
Louisville, KY
Psychiatry
July 1988 - June 1991

Internship:   University of Louisville Affiliated Hospitals
Louisville, KY
Psychiatry
July 1987 - June 1988

## PRACTICE EXPERIENCE:

7/91 - Present      Private Practice in Psychiatry
801 St. Mary's Drive, Suite 301
Evansville, IN   47714

9/95 - 6/99      Physician Liaison
Welborn Baptist Hospital
Evansville, IN

6/93 - 6/99      Medical Director
Chemical Dependency Program
St. Mary's Medical Center
Evansville, IN

1020

CONFIDENTIAL
AZSER12778145

BEST COPY AVAILABLE

|                           | Curriculum Vitae |        |
|---------------------------|------------------|--------|
| Gene R. Flick, M.D.       |                  | Page 2 |

**PRACTICE EXPERIENCE** (continued):

| 4/93 - Present | House Psychiatrist<br>St. Mary's Medical Center<br>Evansville, IN |
|---|---|
| 8/92 - 6/99 | Associate Medical Director<br>Department of Behavioral Sciences<br>St. Mary's Medical Center<br>Evansville, IN |
| 5/94 - 7/97 | Staff Psychiatrist<br>United Behavioral Systems Clinic<br>Evansville, IN |
| 7/91 - 7/92 | Associate Medical Director<br>Stress Center (inpatient psychiatric unit)<br>St. Mary's Medical Center<br>Evansville, IN |
| 5/89 - 6/91 | Outpatient Staff Psychiatrist<br>Integrated Counseling Systems<br>Louisville, KY |
| 7/88 - 6/91 | Inpatient Staff Psychiatrist (providing weekend coverage)<br>Charter Hospital of Louisville<br>Louisville, KY |
| 11/90 - 5/91 | Psychiatric Officer of the Day<br>Veterans Administration Medical Center<br>Louisville, KY |
| 5/89 - 10/89 | Night Psychiatrist<br>Central State Hospital<br>Louisville, KY |

**CONSULTANT:**    MediSphere Medical Research Center, LLC
Evansville, IN

**LICENSE:**    State of Indiana,  License No.: 01039333

**CERTIFICATIONS:**    American Board of Psychiatry & Neurology
Diplomate, National Board of Medical Examiners

**PRIVILEGES:**    St. Mary's Medical Center, Evansville, IN (Active)
Deaconess Hospital, Evansville, IN (Courtesy)

1021

CONFIDENTIAL
AZSER12778146

BEST COPY AVAILABLE

Curriculum Vitae

Gene R. Flick, M.D. _____ Page 3

## APPOINTMENTS/OFFICES:

| | |
|---|---|
| 1996 - 1999 | Computer Clinical Visioning Group |
| 1995 - 1998 | Medical Records Committee |
| | Welborn Baptist Hospital |
| 1994 - Present | District Branch Liaison |
| | Psychiatric Research Network |
| | American Psychiatric Association |
| 1994 - 1999 | Assistant Chairman, Department of Psychiatry |
| | St. Mary's Medical Center |
| 1994 - Present | Professional Assistance Committee |
| | St. Mary's Medical Center |
| 1993 - 1994, 1996 | Pharmacy & Therapeutics Committee |
| | St. Mary's Medical Center |
| 1994 | Physician Alliance Workgroup, |
| | Information Technology Planning Committee |
| | St. Mary's Medical Center |
| 1992 - 1995 | Medical Records/Utilization Review Committee |
| | Charter Behavioral Health System of Indiana/Evansville |
| 1994 - 1995 | Physicians Assistance Committee |
| | Welborn Baptist Hospital |
| 1993 - 1994 | Bylaws Committee |
| 1991 - 1994 | Utilization Review Committee |
| | St. Mary's Medical Center |
| 1992 - 1993 | Board of Governors, Arbor Hospital of Evansville |
| 1992 - 1993 | President of Medical Staff |
| | Arbor Hospital of Evansville |

## ORGANIZATIONS:

| | |
|---|---|
| 1996 - 2000 | Psychiatric Society for Informatics (charter member) |
| 1992 - Present | Indiana State Medical Association |
| 1992 - Present | Vanderburgh County Medical Society |
| 1991 - Present | Indiana Psychiatric Association |
| 1987 - Present | American Medical Association |
| 1987 - Present | American Psychiatric Association |
| 1987 - 1995 | Kentucky Medical Association |

1022

CONFIDENTIAL
AZSER12778147

BEST COPY AVAILABLE

Curriculum Vitae

Gene R. Flick, M.D.                                                                                      Page 4

1987 - 1995          Jefferson County Medical Society
1987 - 1991          Kentucky Psychiatric Association

**SIGNATURE:**

_Gene R. Flick_                              9-10-03
Gene R. Flick,  M.D.                              Date

Health Professions Bureau
Medical Licensing Board
402 W. Washington St., Room W041, Indianapolis IN 46204
(317) 233-2960

**Physician License**

| License Number | Expiration Date | Status |
|---|---|---|
| 01039333A | 6/30/2005 | Active |

**GENE RUSSELL FLICK**

Void Unless
Sign I in Ink

1023

CONFIDENTIAL
AZSER12778148

BEST COPY AVAILABLE

# NORMAN E ROSENTHAL, M.D

## Curriculum Vitae

**Personal Information:**

Medical Director, Capital Clinical Research Associates, LLP :

|  |  |
|---|---|
| 11110 Stephalee Lane | 5515 Security Lane, #525 |
| Rockville, MD  20852 | Rockville, MD 20852 |
| (301) 770-5647 | 301-770-7375 |

Born:    REDACTED

SS #:    REDACTED

REDACTED

Citizenship: REDACTED

**Licensure:**

Medical License, Maryland, # D24352
Expiration Date, 9/30/2003

**Certification:**

Certification, American Board of Psychiatry and Neurology (Psychiatry), 1981

**Education:**

M.B. B.Ch. (equivalent of M.D.) University of Witwatersrand, Johannesburg, South Africa, November, 1973.

Intern (Internal Medicine and Surgery), Johannesburg General Hospital, 1974.

Resident and Chief Resident in Psychiatry, New York State Psychiatric Institute and Columbia Presbyterian Hospital, 722 W. 168th, New York, NY  10032, July 1976 to June 1979.

Senior Staff Fellow, Clinical Psychobiology Branch, IRP, National Institute of Mental Health, 9000 Rockville Pike, Bethesda, MD  20892, July 1979 to June 1981.

CONFIDENTIAL
AZSER12778149

BEST COPY AVAILABLE

2

**Clinical Research Experience:**

Participated in research on bipolar patients in "Lithium Clinic" at New York
State Psychiatric Institute, 1978-1979.

Participated in studies of bipolar patients at the NIMH 1979-1981

Described Seasonal Affective Disorder and conducted controlled studies of light therapy and
controlled trials of medications, as well as biological studies of these patients, at the
NIMH, 1981-2000.

Studies of patients with anxiety disorders, & disturbances of circadian rhythms and sleep at
the NIMH in the same time frame.

Supervised a large group of clinical investigators, nurses, social workers and research
assistants during my tenure at the NIMH.  Publications from these clinical experiences
are outlined below.

Medical Director, Capital Clinical Research Associates

**Professional Experience:**

Clinical Professor of Psychiatry, Georgetown University Medical School, and guest researcher
in the Section of Biological Rhythms, National Institute of Mental Health, January 2000
to present.

Chief, Section on Environmental Psychiatry, Clinical Psychobiology Branch, IRP, National
Institute of Mental Health, October 1990 to 1999.

Chief, Unit of Outpatient Services, Clinical Psychobiology Branch, IRP, National Institute of
Mental Health, July 1982 to September 1990 and Staff Psychiatrist, Biological Psychiatry
Branch, IRP, National Institute of Mental Health, July 1981 to June 1982.

Attending psychiatrist, Midbergen Community Mental Health Center, July 1978 to June 1979.

Medical Officer in South African Defense Force, July 1975 to June 1976.

Private practice, specializing in anxiety and mood disorders, July 1979 to the present.

**Honors and Awards:**

A.P.A. New York District Branch prize for paper written by a resident, 1979

Psychiatric Institute Alumni Prize for best research performed by Psychiatric Institute
Resident, 1979

Honorable mention by Society of Biological Psychiatry, A. E. Bennett Award Competition for
paper on "Affective disorders and the seasons: the possible role of light," 1983 and 1984

Public Health Service Commendation Medal, 1988

CONFIDENTIAL
AZSER12778150

BEST COPY AVAILABLE

3

Anna Monika Foundation Award for Depression Research, 1991
Public Health Service Outstanding Service Award, 1994
Listed in *Best Doctors in America* and *Guide to America's Top Psychiatrists*

**Professional Societies & Affiliations:**

American College of Neuropsychopharmacology
American Psychiatric Association
American Association for the Advancement of Science
APA Task Force Report on Treatments for Psychiatric Disorders
DSM-IV Task Force on Affective Disorders (Advisor)
Society for Biological Psychiatry
Society of Light Therapy Biological Rhythms (Past President)
College of International Neuropharmacology
Member of Bipolar Expert Consensus Symposium, 1995-1996

**Teaching Activities:**

Currently Clinical Professor of Psychiatry, Georgetown University Medical School
Have presented as part of numerous teaching courses including the Distinguished lecture
    series at New York University and the NIMH Psychopharmacology Course.
Grand Round Presentations at numerous institutions in the United States and Europe
Have chaired symposia at conferences and presented at numerous professional meetings
Site visitor and reviewer of several grant applications

**Manuscripts Reviewed for Journals Including:**

American Journal of Psychiatry
American Society of Hospital Pharmacists
Archives of General Psychiatry
Biological Psychiatry
European Archives of Psychiatry and Neuroscience
Journal of the American Medical Association
Journal of Clinical Endocrinology and Metabolism
Journal of Clinical Psychiatry
Journal of Psychiatric Research
Psychiatry Research
Psychosomatic Medicine
Science
Sleep

**Patents Held**

#4,911,166 – A portable light delivery system

CONFIDENTIAL
AZSER12778151

BEST COPY AVAILABLE

4

**Doctoral Thesis Supervised**

Michael J. Genhart, Ph.D. *Seasonality, Depression and the Psychological Effects of Phototherapy in an Elderly Sample.* Awarded by Department of Psychology, University of Maryland, College Park, December 1988.

Charlotte Brown, Ph.D. *Symptomatology, Life Events, Stress and Coping in Seasonal Affective Disorder.* Awarded by Department of Psychology, American University, December 1992

1027

CONFIDENTIAL
AZSER12778152

BEST COPY AVAILABLE

5

# PUBLICATIONS

**Books:**

1. *Seasonal Affective Disorders and Phototherapy*, edited with M. Blehar. New York: Guilford Press, 1989.

2. *Seasons of the Mind: Why you get the winter blues and what you can do about it.* New York: Bantam Books, 1989.

3. *Winter Blues.* New York: Guilford Press, 1993.

4. *How to Beat Jet Lag*, co-authored with D.A.Oren, W. Reich and T.A. Wehr. New York: Henry Holt, 1993.

5. *St. John's Wort: The Herbal Way to Feeling Good.* New York: Harper Collins, 1998.

6. *The Emotional Revolution*, Kensington Books, 2002.

**Original Articles:**

1. Rosenthal NE, Rosenthal LN, Stallone F, Fleiss J, Dunner DL, Fieve RR: Psychosis as a predictor of response to lithium maintenance treatment in bipolar affective disorder. *Journal of Affective Disorders, 1*: 237-245, 1979.

2. Yudofsky S, Rosenthal NE: ECT in a depressed patient with adult onset diabetes mellitus. *American Journal of Psychiatry, 137*: 100-101, 1980.

3. Rosenthal NE, Davenport Y, Cowdry RW, Webster MH, Goodwin FK: Monoamine metabolites in cerebrospinal fluid of depressive subgroups. *Psychiatry Research, 2*: 113-119, 1980.

4. Rosenthal NE, Rosenthal LN, Stallone F, Dunner DL, Fieve RR: Toward the validation of RDC schizoaffective disorder. *Archives of General Psychiatry, 37*: 804-810, 1980.

5. Lewy AJ, Wehr TA, Goodwin FK, Newsome DA, Rosenthal NE: Manic-depressive patients may be supersensitive to light. *Lancet*, 383-384, Feb 14, 1981.

6. Wilson LG, Rosenthal NE, Dunner DL: The phenomenology of bipolar I manic-depressive illness. *Canadian Journal of Psychiatry, 27*(2): 150-154, 1982.

7. Lewy AJ, Kern HA, Rosenthal NE, Wehr TA: Bright artificial light treatment of a manic-depressive patient with a seasonal mood cycle. *American Journal of Psychiatry, 139*: 1496-1498, 1982.

CONFIDENTIAL
AZSER12778153

BEST COPY AVAILABLE

6

6. Rosenthal NE, Lewy AJ, Wehr TA, Kern HE, Goodwin FK: Seasonal cycling in a bipolar patient. *Psychiatry Research, 8*: 25-31, 1983.

7. Linnoila M, Karoum F, Rosenthal NE, Potter WZ: Electroconvulsive treatment and lithium carbonate: Their effects on norepinephrine metabolism in patients with primary major depressions. *Archives of General Psychiatry, 40*: 677-680, 1983.

8. Rosen LN, Rosenthal NE, Dunner DL, Fieve RR: Social outcome compared in psychotic and non-psychotic bipolar patients. *Journal of Nervous and Mental Diseases, 171*(5): 272-275, 1983.

10. Rosen LN, Rosenthal NE, Vandusen P, Dunner DL, Fieve RR: Age of onset and psychotic symptomatology in bipolar I and schizoaffective disorder. *American Journal of Psychiatry, 140*(11): 1523-1524, 1983.

11. Rosenthal NE, Sack DA, Gillin JC, Lewy AJ, Goodwin FK, Davenport Y, Mueller PS, Newsome DA, Wehr TA: Seasonal affective disorder: A description of the syndrome and preliminary findings with light therapy. *Archives of General Psychiatry, 41*: 72-80, 1984.

12. Rosenthal NE, Sack DA, Carpenter CJ, Parry BL, Mendelson WB, Wehr TA: Antidepressant effects of light in seasonal affective disorder. *American Journal of Psychiatry, 142*: 163-170, 1985.

13. Wehr TA, Sack DA, Duncan W, Rosenthal NE, Gillin JC, Goodwin FK: Sleep and circadian rhythms in affective patients isolated from external time cues. *Psychiatry Research, 5*: 327-339, 1985.

14. Sack DA, Nurnberger J, Rosenthal NE, Ashburn E, Wehr TA: The potentiation of antidepressant medications by phase-advance of the sleep-wake cycle. *American Journal of Psychiatry, 142*: 606-608, 1985.

15. Wehr TA, Rosenthal NE, Sack DA, Gillin JC: Antidepressant effects of sleep deprivation in bright and dim light. *Acta Psychiatrica Scandinavica, 72*: 161-165, 1985.

16. James SP, Wehr TA, Sack DA, Parry BL, Rosenthal NE: Treatment of seasonal affective disorder with light in the evening. *British Journal of Psychiatry, 147*: 424-428, 1985.

17. Sherer MA, Weingartner H, James SP, Rosenthal NE: Effects of melatonin on performance testing in patients with seasonal affective disorder. *Neuroscience Letters, 58*: 277-282, 1985.

18. Rosenthal NE, Carpenter CJ, James SP, Parry BL, Rogers SLB, Wehr TA: Seasonal affective disorder in children and adolescents. *American Journal of Psychiatry, 143*: 356-358, 1986.

19. Hellekson CJ, Kline JA, Rosenthal NE: Phototherapy for seasonal affective disorder in Alaska. *American Journal of Psychiatry, 143*(8): 1035-1037, 1986.

CONFIDENTIAL
AZSER12778154

20. Wehr TA, Sack DA, Jacobsen F, Tamarkin L, Arendt J, Rosenthal NE: Phototherapy of seasonal affective disorder: Time of day and suppression of melatonin are not critical for antidepressant effects. *Archives of General Psychiatry, 43*: 870-875, 1986.

21. James SP, Wehr TA, Sack DA, Parry BL, Rogers SLB, Rosenthal NE: The dexamethasone suppression test in seasonal affective disorder. *Comprehensive Psychiatry, 27*: 224-226, 1986.

22. Mendelson WB, James SP, Garnett D, Sack DA, Rosenthal NE: A psychophysiological study of insomnia. *Psychiatry Research, 19*: 267-284, 1986.

23. Roy-Byrne PP, Rubinow DR, Hoban MC, Parry BL, Rosenthal NE, Nurnberger JI, Byrnes S: Premenstrual changes: A comparison of five populations. *Psychiatry Research, 17*: 77-85, 1986.

24. Jacobsen FM, Wehr TA, Sack DA, James SP, Parry BL, Rosenthal NE: Seasonal Affective Disorder: A review of the syndrome and its public health implications. *American Journal of Public Health, 77* (1): 57-60, 1987.

25. Wehr TA, Sack DA, Rosenthal NE: Sleep reduction as a final common pathway in the genesis of mania. *American Journal of Psychiatry, 144*: 201-204, 1987.

26. Wehr TA, Skwerer RG, Jacobsen FM, Sack DA, Rosenthal NE: Eye- versus skin-phototherapy of seasonal affective disorder. *American Journal of Psychiatry, 144*: 753-757, 1987.

27. Parry BL, Rosenthal NE, James SP, Wehr TA: Treatment of a patient with seasonal premenstrual syndrome. *American Journal of Psychiatry, 144*: 762-766, 1987.

28. Jacobsen FM, Wehr TA, Skwerer RG, Sack DA, Rosenthal NE: Morning versus midday phototherapy of seasonal affective disorder. *American Journal of Psychiatry, 144*: 1301-1305, 1987.

29. Rosenthal NE, Rotter A, Jacobsen FM, Skwerer RG: No mood-altering effects found following treatment of normal subjects with bright light in the morning. *Psychiatry Research, 22*: 1-9, 1987.

30. Jacobsen FM, Sack DA, Wehr TA, Rogers S, Rosenthal NE: Neuroendocrine response to 5-hydroxytryptophan in seasonal affective disorder. *Archives of General Psychiatry, 44*: 1086-1091, 1987.

31. Wehr TA, Sack DA, Rosenthal NE: Seasonal affective disorder with summer depression and winter hypomania. *American Journal of Psychiatry, 144*: 1602-1603, 1987.

32. James SP, Mendelson WB, Sack DA, Rosenthal NE, Wehr TA: The effect of melatonin on normal sleep. *Neuropsychopharmacology, 1*: 41-44, 1987.

33. Rosenthal NE, Jacobsen FM, Sack DA, Arendt J, James SP, Parry BL, Wehr TA:

CONFIDENTIAL
AZSER12778155

8

Atenolol in seasonal affective disorder: A test of the melatonin hypothesis. *American Journal of Psychiatry, 145*: 52-56, 1988.

34. Wehr TA, Sack DA, Rosenthal NE, Cowdry RW: Rapid cycling affective disorder: Contributing factors and treatment responses in 51 cases. *American Journal of Psychiatry, 145*: 179-184, 1988.

35. Hudson JI, Pope HG, Jr., Wurtman J, Yurgelun-Todd D, Mark S, Rosenthal NE: Bulimia in obese individuals: Relationship to normal-weight bulimia. *Journal of Nervous and Mental Disease, 176*(3): 144-152, 1988.

36. Sack DA, James SP, Rosenthal NE, Wehr TA: Deficient nocturnal surge of TSH during sleep and sleep deprivation in rapid-cycling bipolar illness. *Psychiatry Research, 23* (2): 179-191, 1988.

37. Wehr TA, Rosenthal NE, Sack DA: Environmental and behavioral influences on affective illness. *Acta Psychiatrica Scandinavica, Supplementum, 77*(341): 44-52, 1988.

38. Kasper S, Wehr TA, Rosenthal NE: Saisonal abhängige Depressionsformen (SAD).I. Grundlagen und klinische Beschreibung des Syndroms. *Nervenarzt, 59*: 191-199, 1988.

39. Kasper S, Wehr TA, Rosenthal NE: Saisonal abhängige Depressionsformen (SAD).II. Beeinflussung durch Phototherapie und biologische Ergebnisse. *Nervenarzt., 59*: 200-214, 1988.

40. Sack DA, Duncan WC, Rosenthal, NE, Mendelson WB, Wehr TA: The timing and duration of sleep in partial sleep deprivation therapy of depression. *Acta Psychiatrica Scandinavica. 77*(2): 219-224, 1988.

41. Skwerer RG, Jacobsen FM, Duncan CC, Kelly KA, Sack DA, Tamarkin L, Gaist PA, Kasper S, Rosenthal NE: Neurobiology of seasonal affective disorders and phototherapy. In: Seasonal Affective Disorders and Phototherapy, *Journal of Biological Rhythms, 3*: 135-154, 1988.

42. Kasper S, Rosenthal NE, Wehr TA: Hormonal rhythms in affective disorders and their reaction to sleep deprivation and light therapy. *Neuroendocrinology Letters, 0*(4): 209, 1988.

43. Kasper S, Wehr TA, Rogers SLB, Rosenthal NE: Seasonality and the effects of light therapy in the general population. *Psychopharmacology, 96* (Suppl): 114, 1988.

44. Rosenthal NE, Skwerer RG, Jacobsen FM, Duncan CC, Kasper S, Schulz PM, Tamarkin L, Gaist P, Hardin T, Wehr TA: Neurobiology of seasonal affective disorder and phototherapy. *Psychopharmacology, 96* (Suppl): 115, 1988.

45. Rosenthal NE, Sack DA, Skwerer RG, Jacobsen FM, Wehr TA: Phototherapy for seasonal affective disorder. *Journal of Biological Rhythms, 3*(2): 101-120, 1988.

CONFIDENTIAL
AZSER12778156

BEST COPY AVAILABLE

9

46. Kasper S, Rogers SL, Yancey AL, Schulz PM, Skwerer RG, Rosenthal NE: Phototherapy in subsyndromal seasonal affective disorder (S-SAD) and "diagnosed" controls. *Pharmacopsychiatry, 21*(6): 428-429, 1988.

47. Schulz PM, Goldberg S, Wehr TA, Sack DA, Kasper S, Rosenthal NE: Personality as a dimension of summer and winter depression. *Psychopharmacology Bulletin, 24*(3): 476-483, 1988.

48. Rosenthal NE, Genhart MJ, Caballero B, Jacobsen FM, Skwerer RG, Coursey RD, Rogers S, Spring BJ.: Psychobiological effects of carbohydrate- and protein-rich meals in patients with seasonal affective disorder and normal controls. *Biological Psychiatry, 25*: 1029-1040, 1989.

49. Wehr TA, Rosenthal NE.: Seasonality and Affective Illness. *American Journal of Psychiatry, 146*(7): 829-839, 1989.

50. Kasper S, Wehr TA, Bartko JJ, Gaist PA, Rosenthal NE: Epidemiological findings of seasonal changes in mood and behavior. A telephone survey of Montgomery County Maryland. *Archives of General Psychiatry, 46*(9): 823-833, 1989.

51. Kasper S, Rogers SLB, Yancey A, Schulz PM, Skwerer RG, Rosenthal NE: Phototherapy in individuals with and without subsyndromal seasonal affective disorder. *Archives of General Psychiatry, 46*(9): 837-844, 1989.

52. Rosenthal NE, DellaBella P, Hahn L, Skwerer RG: Seasonal affective disorder and visual impairment: Two case studies. *Journal of Clinical Psychiatry, 50*(12): 469-472, 1989.

53. Rosenthal NE, Levendosky AA, Skwerer RG, Joseph-Vanderpool JR, Kelly KA, Hardin T, Kasper S, DellaBella, P, Wehr TA: Effects of light treatment on core body temperature in seasonal affective disorder. *Biological Psychiatry 27*: 39-50, 1990.

54. Kasper S, Rogers SLB, Madden PA, Joseph-Vanderpool JR, Rosenthal NE: The effects of phototherapy in the general population. *Journal of Affective Disorders, 18*: 211-219, 1990.

55. Rosen LN, Targum, SD, Terman M, Bryant, MJ, Hoffman H, Kasper SF, Hamovit JR, Docherty JP, Welch B, Rosenthal NE. Prevalence of seasonal affective disorder at four latitudes. *Psychiatry Research, 31*: 131-144, 1990.

56. Doghramji K, Gaddy JR, Stewart KT, Rosenthal NE, Brainard GC.: Two- versus four-hour evening phototherapy of seasonal affective disorder. *Journal of Nervous and Mental Disease, 178*(4): 257-260, 1990.

57. Rosenthal NE, Joseph-Vanderpool JR, Levendosky AA, Johnston SH, Allen R, Kelly KA, Souetre E, Schulz PM, Starz BK: Phase-shifting effects of bright morning light treatment in patients with delayed sleep phase syndrome. *Sleep, 13*(4): 354-361, 1990.

58. Brainard GC, Sherry D, Skwerer RG, Waxler M, Kelly KA, Rosenthal NE: Effects of

CONFIDENTIAL
AZSER12778157

10

different wavelengths in seasonal affective disorder. *Journal of Affective Disorders, 20*: 209-216, 1990.

59.  Joseph-Vanderpool JR, Rosenthal NE, Chrousos G, Wehr TA, Kasper S, Gold PW: Abnormal pituitary-adrenal responses to CRH in patients with seasonal affective disorder: Clinical and pathophysiological implications. *Journal of Clinical Endocrinology and Metabolism, 72*(6): 1382-1387, 1991.

60.  Levendosky AA, Joseph-Vanderpool JR, Hardin T, Sorek E, Rosenthal NE. Core body temperature in patients with seasonal affective disorder and normal controls in summer and winter. *Biological Psychiatry, 29*(6): 524-534, 1991.

61.  Oren D, Brainard GC, Johnston S, Joseph-Vanderpool JR, Sorek E, Rosenthal NE: Phototherapy of seasonal affective disorder with green versus red light. *American Journal of Psychiatry, 148*(4): 509-511, 1991.

62.  Oren D, Joseph-Vanderpool JR, Rosenthal NE:  Adaptation to dim light in depressed patients with seasonal affective disorder. *Psychiatry Research, 36*: 187-193, 1991.

63.  Albert PS, Rosen LN, Alexander JR, Rosenthal NE:  Effects of daily variations in weather and sleep on patients with seasonal affective disorder. *Psychiatry Research, 36*(2): 51-63, 1991.

64.  Gaist PA, Obarzanek E, Skwerer RG, Duncan CC, Shultz PM, Rosenthal NE:  The effects of bright light on resting metabolic rate in patients with seasonal affective disorder and control subjects. *Biological Psychiatry, 28*: 989-996, 1990.

65.  Hardin TA, Wehr TA, Brewerton T, Kasper S, Berretini W, Rabkin J, Rosenthal NE: Evaluation of seasonality in six clinical populations and two normal populations. *Journal of Psychiatric Research, 25*: 75-87, 1991.

66.  Kasper S, Rosenthal NE, Barberi S, Williams A, Tamarkin L, Rogers SLB, Pillemer SR: Immunological correlates of seasonal fluctuations in mood and behavior and their relationship to phototherapy. *Psychiatry Research, 36*: 253-264, 1991.

67.  Oren DA, Shannon NJ, Carpenter CJ, Rosenthal NE:  Usage patterns of phototherapy in seasonal affective disorder. *Comprehensive Psychiatry, 32*(2): 147-152, 1991.

68.  Rosen LN, Livingstone I, Rosenthal NE:  Multiple sclerosis and latitude: A new perspecitive on an old association. *Journal of Medical Hypotheses, 36*(4): 376-378, 1991.

69.  Parry BL, Rosenthal NE, James SP, Wehr TA:  Atenolol in premenstrual syndrome: A test of the melatonin hypothesis. *Psychiatry Research, 37*: 131-138, 1991.

70.  Yoney TH, Pigott TA, L'Heureux F, Rosenthal NE:  Seasonal variation in obsessive compulsive disorder: Preliminary experience with light treament. *American Journal of Psychiatry, 148*(12): 1727-1729, 1991.

CONFIDENTIAL
AZSER12778158

BEST COPY AVAILABLE

71. Rosen LN, Rosenthal NE: Seasonal variations in mood and behavior in the general population: A factor-analytic approach. *Psychiatry Research, 38*: 271-283, 1991.

72. Wehr TA, Giesen HA, Schulz PM, Anderson JL, Joseph-Vanderpool JR, Kelly KA, Kasper S, Rosenthal NE: Contrasts between symptoms of summer depression and winter depression. *Journal of Affective Disorders, 23f,* 173-183, 1991.

73. Oren DA, Jacobsen FM, Wehr TA, Cameron CL, Rosenthal NE: Predictors of response to phototherapy in seasonal affective disorder. *Comprehensive Psychiatry, 33*(2): 111-114, 1992.

74. Cohen RM, Gross M, Nordahl TE, Semple WE, Oren DA, Rogers S, Rosenthal NE: The metabolic brain pattern of patients with winter seasonal affective disorder. *Archives of General Psychiatry, 49*(7): 545-552, 1992.

75. Rosenthal NE, Moul DE, Hellekson CJ, Oren DA, Frank A, Brainard GC, Murray MG, Wehr TA: A multicenter study of the light visor for seasonal affective disorder: No difference in efficacy found between two different intensities. *Neuropsychopharmacology, 8*(2): 151-160, 1993.

76. Rudorfer MV, Skwerer RG, Rosenthal NE: Biogenic amines in seasonal affective disorder: Effects of light therapy. *Psychiatry Research, 46*: 19-28, 1993.

77. Leibenluft E, Fiero PL, Bartko JJ, Moul DE, Rosenthal NE: Depressive symptoms and the self-reported use of alcohol, caffeine, and carbohydrates in normal volunteers and four groups of psychiatric outpatients. *American Journal of Psychiatry, 150*(2): 294-301, 1993.

78. Genhart MJ, Kelly KA, Coursey RD, Datiles M, Rosenthal NE: The effects of bright light on the mood of normal elderly women. *Psychiatry Research, 47*: 87-97, 1993.

79. Oren DA, Moul DE, Schwartz PJ, Alexander JR, Yamada E, Rosenthal NE: An investigation of ophthalmic function in winter seasonal affective disorder. *Depression, 1*: 29-37, 1993.

80. Barbato G, Moul DE, Schwartz P, Rosenthal NE, Oren DA: Spontaneous eye blink rate in winter seasonal affective disorder. *Psychiatry Research, 47*(1): 79-85, 1993.

81. Joseph-Vanderpool JR, Jacobsen FM, Murphy DL, Hill JL, Rosenthal NE: Seasonal variation in behavioral responses to *m*-CPP in patients with seasonal affective disorder and controls. *Biological Psychiatry, 33*: 496-504, 1993.

82. Leibenluft E, Madden PA, Dick SE, Rosenthal NE: Primary depressives with secondary alcoholism compared with alcoholics and depressives. *Comprehensive Psychiatry, 34*(2), 83-86, 1993.

83. Ozaki N, Rosenthal NE, Moul DE, Schwartz PJ, Oren DA: Effects of phototherapy on electrooculographic ratio in winter seasonal affective disorder. *Psychiatry Research,*

CONFIDENTIAL
AZSER12778159

BEST COPY AVAILABLE

12

49(2): 99-107, 1993.

84. Anderson J, Rosen LN, Mendelson, WB, Jacobsen, FM, Skwerer, RG, Joseph-Vanderpool JR, Duncan CC, Wehr TA, Rosenthal NE: Sleep in fall/winter seasonal affective disorder: Effects of light and changing seasons. *Journal of Psychosomatic Research, 38*(4), 323-337, 1994.

85. Oren DA, Moul DE, Schwartz PJ, Brown C, Yamada EM, Rosenthal NE: Exposure to ambient light in patients with winter seasonal affective disorder. *American Journal of Psychiatry, 151* (4): 591-4, 1994.

86. Oren DA, Moul DE, Schwartz PJ, Wehr TA, Rosenthal NE: A controlled trial of levodopa plus carbidopa in the treatment of winter seasonal affective disorder: A test of the dopamine hypothesis. *Journal of Clinical Psychopharmacology, 14*(3), 196-200, 1994.

87. Rosenthal NE, Brown C, Oren DA, Galetto G, Schwartz PJ, Malley JD: Effects of light on T-cells in HIV-infected subjects are not dependent on history of seasonal affective disorder. *Photochemistry and Photobiology, 59*(3), 314-319, 1994.

88. Oren DA, Schulkin J, Rosenthal NE: 1,25 $(OH)_2$ Vitamin $D_3$ levels in seasonal affective disorder: Effects of light. *Psychopharmacology*, 515-516, 1994.

89. Jacobsen FM, Mueller EA, Rosenthal NE, Rogers S, Hill JL, Murphy DL. Behavioral responses to intravenous meta-chlorophenylpiperazine in patients with seasonal affective disorder and control subjects before and after phototherapy. *Psychiatry Research, 52,* 181-197, 1994.

90. Brewerton TD, Krahn DD, Hardin TA, Wehr TA, Rosenthal NE: Findings from the Seasonal Pattern Assessment Questionnaire in patients with eating disorders and control subjects: effects of diagnosis and location. *Psychiatry Research, 52*(1), 71-84, 1994.

91. Oren DA, Teicher MH, Schwartz PJ, Glod C, Turner E, Ito YN, Sedway J, Rosenthal NE, Wehr TA: A controlled trial of cyanocobalamin (Vitamin B12) in the treatment of winter seasonal affective disorder. *Journal of Affective Disorders*, 32: 197-200, 1994.

92. Garcia-Borreguero D, Jacobsen FM, Murphy DL, Joseph-Vanderpool JR, Chiara A, Rosenthal NE. Hormonal Responses to the administration of m-Chlorophenylpiperazine in patients with seasonal affective disorder and controls. *Biological Psychiatry*, 37: 740-749, 1994.

93. Rosenthal, NE. Multiple Chemical Sensitivity: Lessons from SAD. *Toxicology and Industrial Health*, 10: 623-632, 1994.

94. Ozaki N, Rosenthal NE, Pascale M, Chiueh CC, Hardin T, Garcia-Borreguero D, Schwartz PJ, Turner E, Oren DA, Murphy DL: Platelet [$^3$H] paroxetine binding, 5-HT -stimulated $Ca^{2+}$ response, and 5-HT content in winter seasonal affective disorder.

CONFIDENTIAL
AZSER12778160

BEST COPY AVAILABLE

*Biological Psychiatry*, 36 (7): 458-466, 1994.

95. Leibenluft E, Hardin T, Rosenthal NE:  Gender differences in seasonal affective disorder. *Depression*, 3: 13-19, 1995.

96. Leibenluft E, Turner EH, Feldman-Naim S, Schwartz PJ, Wehr TA, Rosenthal NE.  Light therapy in patients with rapid cycling bipolar disorder: Preliminary results. *Psychopharmacol Bull*, 31 (4): 705-710, 1995.

97. Garcia-Borreguero D, Jacobsen FM, Murphy DL, Joseph-Vanderpool JR, Chiara A, Rosenthal NE.  Hormonal responses to the administration of m-chlorophenylpiperazine in patients with seasonal affective disorder and controls. *Biological Psychiatry*, 37 (10): 740-749, 1995.

98. Ozaki N, Ono Y, Ito A, Rosenthal NE.  The prevalence of seasonal difficulties among Japanese civil servants. *American Journal of Psychiatry*, 152: 1225-1227, 1995

99. Ozaki N, Rosenthal NE, Myers F, Schwartz PJ, Oren DA.  Effects of season on electro-oculographic ratio in winter seasonal affective disorder. *Psychiatry Research*, 59 (1-2): 151-155, 1995.

100. Swedo SE, Pleeter JD, Richter DM, Hoffman CL, Allen AJ, Hamburger SD, Turner E, Yamada EM, Rosenthal NE.  The rates of seasonal affective disorder in children and adolescents. *American Journal of Psychiatry*, 152 (7): 1016-1019, 1995.

101. Teicher, MH, Rosenthal, NE, Oren, DA, Schwartz, P, Glod, CA, Brown C.  The phototherapy light visor:  There is more to it than meets the eye. *American Journal of Psychiatry*, 152: 1197-1202, 1995.

102. Turner EH, Leibenluft E, Albert PS, Rosenthal NE.  Effect of season and light treatment upon hot flashes in a perimenopausal SAD patient. *Chronobiology International*, 12 (4): 290-297, 1995.

103. Wehr TA, Schwartz PJ, Turner RM, Feldman-Naim S, Drake C, Rosenthal NE.  Bimodal patterns of human melatonin secretion consistent with a two-oscillator model of regulation. *Neuroscience Letter*, 194(1-2): 105-108, 1995.

104. Schwartz PJ, Wehr TA, Rosenthal NE, Bartko JJ, Oren DA, Luetke C, Murphy DL.  Serotonin and thermoregulation:  Physiologic and pharmacologic aspects of control revealed by intravenous m-CPP in normal human subjects.  Neuropsychopharmacology; 13 (2): 105-115, 1995.

105. Oren DA, Schwartz PJ, Turner EH, Rosenthal NE.  Olfactory function in winter seasonal affective disorder. *American Journal of Psychiatry, 152*(10): 1531-2,1995.

106. Rosenthal NE.  Syndrome triad in children and adolescents. *American Journal of Psychiatry, 152*(9): 1402, 1995.

CONFIDENTIAL
AZSER12778161

BEST COPY AVAILABLE

14

107. Madden PAS, Heath AC, Rosenthal NE, Martin NG.  Seasonal changes in mood and behavior:  The role of genetic factors. *Archives of General Psychiatry*, 53: 47-55, 1996.

108. Oren DA, Levendosky AA, Kasper S, Duncan CC, Rosenthal NE.  Circadian profiles of cortisol, prolactin and thyrotropin in seasonal affective disorder.  *Biological Psychiatry*, 39:157-170, 1996.

109. Palinkas LA, Houseal M, Rosenthal NE.  Subsyndromal seasonal affective disorder in Antarctica. *Journal of Nervous Mental Disease*, 184 (9): 530-534, 1996.

110. Ozaki N, Rosenthal NE, Ullamari P, Lappalainen J, Feldman-Naim S, Schwartz PJ, Turner E, Goldman D.  Two naturally occurring amino-acid substitutions of the 5-HT$_{2A}$ receptor: similar prevalence in patients with seasonal affective disorder and controls. *Biological Psychiatry*, 40: 1267-1272, 1996.

111. Clark CH, Hedaya R, Rosenthal NE.  Seasonal depression in patients with dissociative disorders. *Journal of Nervous and Mental Diseases*, 184 (7): 433-7, 1996.

112. Drake C., Schwartz PJ, Turner EH, Rosenthal NE.  Cognitive performance in seasonal affective disorder:  Pattern recognition and the stroop task. *Journal of Nervous Mental Diseases*, 184 (1): 56-59, 1996

113. Schwartz PJ, Brown C, Wehr TA, Rosenthal NE.  Winter-SAD: A follow-up study of the first 59 patients of the NIMH seasonal studies program. *American Journal of Psychiatry*, 153 (8): 1028-1036, 1996.

114. Leibenluft E, Albert PS, Rosenthal NE, Wehr TA.  Relationship between sleep and mood in patients with rapid-cycling bipolar disorder. *Psychiatry Research*, 63(2-3): 161-8, 1996.

115. Schwartz, Rosenthal NE, Turner EH, Drake CL, Wehr TA.  Seasonal variation in core temperature regulation during sleep in patients with winter seasonal affective disorder. . *Biological Psychiatry*, 42 (2): 122-31, 1997.

116. Schwartz PJ, Murphy DL, Garcia-Borreguero D, Oren DA, Moul DE, Ozaki N, Snelbaker AJ, Wehr TA, Rosenthal NE. Effects of m-CPP Infusions in Patients with Seasonal Affective Disorder and Healthy Controls: Diurnal Responses and Nocturnal Regulatory Mechanisms. *Archives of General Psychiatry*, 54(4): 375-85, 1997.

117. Swedo SE, Allen AJ, Glod CA, Rosenthal NE, Teicher M, Richter D, Hoffman C, Brown C, Clark CH.  A controlled trial of light therapy for the treatment of pediatric seasonal affective disorder. *Journal of the American Academy of Child and Adolescent Psychiatry*, 36(6): 816-21, 1997.

118. Ozaki N, Manji H, Lubierman V, Jia Lu S, Lappaleinen J, Rosenthal NE, Goldman D.  A naturally occurring amino acid substitution of the human serotonin 5-HT2A receptor

CONFIDENTIAL
AZSER12778162

BEST COPY AVAILABLE

15

influences amplitude and timing of intracellular calcium mobilization. *Journal of Neurochemistry*, 68 (5): 2186-93, 1997.

119. Schwartz PJ, Loe JA, Bash CN, Bove K, Turner EH, Frank J, Wehr TA, Rosenthal NE: Seasonality and pituitary size: Evidence for a season by gender effect. *Psychiatry Research*, 74(3): 151-7, 1997.

120. Clark C, Schocket LS, Turner EH, Rosenthal NE. Light visor maintenance of light box response. *American Journal of Psychiatry*, 154 (8):1172, 1997.

121. Feldman-Naim S, Rosenthal NE. A case of seasonal trichotillomania. *Journal of Clinical Psychiatry*, 58(5): 218-9, 1997.

122. Leibenluft E, Feldman-Naim S, Turner E, Wehr TA, Rosenthal NE. Effects of exogenous melatonin administration and withdrawal in five patients with rapid-cycling bipolar disorder. *Journal of Clinical Psychiatry*, 58: 383-388, 1997.

123. Schwartz PJ, Murphy DL, Sedway J, Vetticad RG, Turner EH, Garcia-Borreguero D, Wehr TA, Rosenthal NE. Effects of ipsapirone administration in patients with seasonal affective disorder and healthy controls: Diurnal responses and nocturnal regulatory mechanisms. Arch Gen Psychiatry

124. Neumeister A, Turner EH, Matthews JR, Postolache TT, Barnett RL, Rauh M, Vetticad RG, Kasper S, Rosenthal NE. Effects of tryptophan depletion versus catecholamine depletion in patients with seasonal affective disorder remitted on light therapy. *Archives of General Psychiatry*, 55: 524-530, 1998.

125. Rosenthal NE, Mazzanti CM, Barnett RL, Turner EH, Lam GK, Goldman D. Role of Serotonin Transporter Promoter Repeat Length Polymorphism (5-HTTLPR) in seasonality and seasonal affective disorder. *Journal of Molecular Psychiatry*, 3: 175-177, 1998.

126. Schwarz PJ, Rosenthal NE, Wehr TA. Serotonin 1A receptors, melatonin, and the proportional control thermostat in patients with winter depression. *Archives of General Psychiatry*, 55: 897-903, 1998.

127. Postolache TT, Hardin TA, Myers FS, Turner EH, Yi LY, Barnett RL, Matthews JR, Rosenthal NE. Greater improvement in summer than with light treatment in winter in patients with seasonal affective disorder. *American Journal of Psychiatry*, 155 (11): 1614-1616, 1998.

128. Garcia-Borreguero D, Dale JK, Rosenthal NE, Chiara A, O'Fallon A, Bartko JJ, Straus SE. Lack of seasonal variation of symptoms in patients with chronic fatigue syndrome. *Psychiatry Research*, 77: 71-77, 1998

129. Giedd JN, Swedo SE, Clark CH, Rosenthal NE. Pediatric seasonal affective disorder: A

CONFIDENTIAL
AZSER12778163

16

follow-up report. *Journal of American Academy of Child Adolescent Psychiatry*, 37:2, 1998

130. Enoch MA, Goldman D, Barnett R, Sher L, Mazzanti CM, Rosenthal NE. Association between seasonal affective disorder and the 5-HT2A promoter polymorphism. *Molecular Psychiatry*, 4(1): 89-92, 1999.

131. Han L, Nielsen DA, Rosenthal NE, Jefferson K, Kaye W, Murphy D, Altemus M, Humphries J, Cassano G, Rotondo A, Virkkunen M, Linnoila M, Goldman D. No coding variant of the tryptophan hydroxylase gene detected in seasonal affective disorder, obsessive-compulsive disorder, anorexia nervosa, and alcoholism. *Biological Psychiatry*, 45(5): 615-619, 1999.

132. Schwartz PJ, Turner EH, Garcia Borreguero D, Sedway J, Murphy DL, Rosenthal NE. Serontin hypothesis of winter-depression: Behavioral and neuroendocrine effects of the 5HT (1A) receptor partial agonist ipsapirone in patients with seasonal affective disorder and controls. *Psychiatry Research*, 86(1): 9-28, 1999.

133. Sher L, Goldman D, Rosenthal NE. The role of genetic factors in seasonal affective disorder and seasonality. *Journal of Affective Disorders*, 53(3): 203-210, 1999.

134. Neuhaus IM, et al. Gender differences in glycosylated hemoglobin levels in seasonal affective disorder patients and controls. *Comprehensive. Psychiatry*, 40(3): 234-237, 1999.

135. Williams JB, et al. Hypomania interview guide (including hyperthymia): Retrospective assessment version (HIGH-R). *Depression Anxiety*, 9(2): 92-100, 1999.

136. Sher L, Rosenthal NE, Wehr TA. Free thryroxine and thyroid-stimulating hormone levels in patients with seasonal effective disorder and matched controls. *Journal of Affective Disorders*, 56 (2-3): 195-9, 1999.

137. Han L, Wang K, Cheng Y, Du Z, Rosenthal NE, Primeau F. Summer and winter patterns of seasonality in Chinese college students: A replication. *Comprehensive Psychiatry*, 41(1): 57-62, 2000.

138. Postolache TT, Doty RL, Wehr TA, Jimma LA, Han L, Turner EH, Matthews JR, Neumesiter A, No C, Koger H, Bruder GE, Rosenthal, NE. Monorhinal odor identification and depression scores in patients with seasonal affective disorder. *Journal of Affective Disorders*, 56(1): 27-35, 1999.

139. Han L, Wang K, Du Z, Cheng Y, Simons JS, Rosenthal NE. Seasonal variations in mood and behavior among Chinese medical students. *American Journal of Psychiatry*, 157(1): 133-5, 2000.

CONFIDENTIAL
AZSER12778164

BEST COPY AVAILABLE

17

140. Sher L, Hardin TA, Greenberg BD, Murphy DL, Li Q, Rosenthal NE.  Seasonality associated with the serotonin transporter promoter repeat length polymorphism. *American Journal of Psychiatry*, 156(11): 1837, 1999.

141. Nawab SS, Miller CS, Dale JK, Greenberg BD, Friedman TC, Chrousos GP, Straus SE, Rosenthal NE.  Self-reported sensitivity to chemical exposures in five clinical populations and healthy controls. *Psychiatry Research. Psychiatry Research,* 95 (1): 67-74, July 24, 2000.

142. Schwartz PJ, Rosenthal NE, Kajimura N, Han L, Turner EH, Bender C, Wehr TA. Ultradian oscillations in cranial thermoregulation and electroencephalographic slow-wave activity during sleep are abnormal in humans with annual winter depression. *Brain Res*, 866 (1-2): 152-67, June 2, 2000.

143. Gordon T, Keel J, Hardin TA, Rosenthal NE. Seasonal mood change and neuroticism : the same construct ? *Comprehensive Psychiatry*, 40 (6): 415-17, Nov-Dec 1999.

144. Sher L, Goldman D, Ozaki N, Rosenthal NE. The role of genetic factors in the etiology of seasonal affective disorder and seasonality. *Journal of Affective Disorders,* 53 (3): 203-210, June 1999.

145. Schwartz PJ, Turner EH, Garcia-Borreguero D, Sedway J, Vetticad RG, Wehr TA, Murphy DL, Rosenthal NE. Serotonin hypothesis of winter depression: behavioral and neuroendocrine effects of the 5-HT(1A) receptor partial agonist ipsapirone in patients with seasonal affective disorder and healthy control subjects. *Psychiatry Research*, 86 (1): 9-28, April 19, 1999.

146. Avissar S, Schreiber G, Nechamkin Y, Neuhaus I, Lam GK, Schwartz P, Turner E, Matthews J, Naim S, Rosenthal NE. The effects of seasons and light therapy on G protein levels in mononuclear leukocytes of patients with seasonal affective disorder. *Archives of General Psychiatry*, 56 (2): 178-83, February 1999.

147. Sher L, Greenberg BD, Murphy DL, Rosenthal NE, Sirota LA, Hamer DH. Pleiotropy of the serotonin transporter gene for seasonality and neuroticism. *Psychiatric Genetics*, 10(3): 125-30, September 2000.

148. Sher L, Matthews JR, Turner EH, Postolache TT, Katz KS, Rosenthal NE. Early response to light therapy partially predicts long-term antidepressant effects in patients with seasonal affective disorder. *Journal of Psychiatry and Neuroscience*, 26(4): 336-8, September 2001.

149. Schwartz PJ, Rosenthal NE, Wehr TA. Band-specific electroencephalogram and brain cooling abnormalities during NREM sleep in patients with winter depression. *Biological Psychiatry*, 15;50(8): 627-32, October 2001.

150. Wehr TA, Duncan WC, Sher L, Aeschbach D, Schwartz PJ, Turner EH, Postolache TT, Rosenthal NE. A Circadian Signal of Change of Seasons in Patients with Seasonal Affective Disorder. *Archives of General Psychiatry*, 58(12): 1108-1114, December 2001.

151. Turner EH, Schwartz PJ, Lowe CH, Nawab SS, Feldman-Naim S, Drake CL. Double-blind placebo-controlled study of single-dose metergoline in depressed

CONFIDENTIAL
AZSER12778165

BEST COPY AVAILABLE

18

patients with seasonal affective disorder. J Clin Psychopharmacol. 22 (2): 216-220, Apr 22, 2002.

152. Postolache TT, Wehr TA, Doty RL, Sher L, Turner EH, Bartko JJ, Rosenthal NE. Patients with seasonal affective disorder have lower odor detection thresholds than control subjects. Arch Gen Psychiatry. 59 (12): 1119-22, Dec 2002.

## Book Chapters, Invited Articles, and Letters to the Editor

1. Dunner DL, Rosenthal NE: Schizoaffective states. *Psychiatric Clinics of North America*, 2(3): 441-48, 1979.

2. Lewy AJ, Wehr TA, Rosenthal NE, Nurnberger JI, Siever LJ, Uhde TW, Newsome DA, Becker LE, Markey SP, Kopin IJ, Goodwin FK: Melatonin secretion as a neurobiological "marker" and effects on light on humans. *Psychopharmacology Bulletin, 18*(4): 127-129, 1982.

3. Rosenthal NE, Goodwin FK: The role of the lithium ion in medicine. In Creger WP, Coggins CH, Hancock ES (eds.), *Annual Review of Medicine*, Palo Alto, California, *33*: 555-568, 1982.

4. Wehr TA, Sack DA, Rosenthal NE, Duncan W, Gillin JC: Circadian rhythm disturbances in manic-depressive illness. *Federation Proceedings, 42*: 2809-2814, 1983.

5. Rosenthal NE, Sack DA, Wehr TA: Seasonal variation in affective disorders. In Wehr TA, Goodwin FK (eds.), *Circadian Rhythms in Psychiatry*, Boxwood Press, Pacific Grove, California, 1983, pp. 185-201.

6. Rosenthal NE: Seasonal rhythms in mood and behavior. In Symposium: Endocrine Rhythms and Behavior. *Annals of the Royal College of Physicians and Surgeons of Canada, 17*(7): 599-602, 1984.

7. Parry BL, Rosenthal NE, Wehr TA: Research techniques used to study premenstrual syndrome. In Osofsky HJ, Blumenthal SJ (eds.), *Premenstrual Syndrome: Current Findings and Future Directions*, American Psychiatric Press, Washington D.C., 1985, pp. 87-93.

8. Rosenthal NE, Sack DA, James SP, Parry BL, Mendelson WB, Tamarkin L, Wehr TA: Seasonal affective disorder and phototherapy. *Annals of the New York Academy of Sciences, 453*: 260-269, 1985.

9. Rosenthal NE: Seasonal incidence of depression. *Human Sexuality, 19*(4): 125, 1985.

10. Wehr TA, Sack DA, Rosenthal NE: Antidepressant effects of sleep deprivation

CONFIDENTIAL
AZSER12778166

BEST COPY AVAILABLE

19

and phototherapy. *Acta Psychiatrica Belgica. 85:* 593-602, 1985.

11.  James SP, Wehr TA, Sack DA, Rosenthal NE, Mendelson WB: Experimental modalities in the treatment of seasonal and non-seasonal affective disorder. In Shagass C, Josiassen RC, Bridger WH, Weiss KJ, Stoff D, Simpson GM (eds.), *Biological Psychiatry,* Elsevier, New York, 1985, pp. 144-146.

12.  Mendelson WB, James SP, Rosenthal NE, Sack DA, Wehr TA, Garnett D, Weingartner H: The experience of insomnia,. In Shagass C, Josiassen RC, Bridger WH, Weiss KJ, Stoff D, Simpson GM (eds.), *Biological Psychiatry,* Elsevier, New York, 1985, pp. 1005-1006.

13.  Rosenthal NE, Sack DA, Jacobsen FM, Parry BL, James SP, Tamarkin L, Arendt J, Wehr TA: Consensus and controversy in seasonal affective disorder and phototherapy. In Shagass C, Josiassen RC, Bridger WH, Weiss KJ, Stoff D, Simpson GM (eds.), *Biological Psychiatry,* Elsevier, New York, 1985, pp. 987-989.

14.  Sack DA, James SP, Rosenthal NE, Wehr TA: Partial sleep deprivation and phase advance therapy for depression. In Shagass C, Josiassen RC, Bridger WH, Weiss KJ, Stoff D, Simpson GM (eds.), *Biological Psychiatry,* Elsevier, New York, 1985, pp. 972-974.

15.  Jacobsen FM, Rosenthal NE: Seasonal affective disorder and the use of light as an antidepressant. *Directions in Psychiatry. 6,* Lesson 3: 1-7, 1986.

16.  Rosenthal NE: Seasonal affective disorders: Seasonal energy syndrome? In Reply. *Archives of General Psychiatry, 43:* 188-189, 1986.

17.  Rosenthal NE, James SP: Reply to letter on seasonal affective disorder. *British Journal Psychiatry. 148:* 478-479, 1986.

18.  Rosenthal NE, Heffernan MM: Bulimia, carbohydrate craving, and depression: A central connection? In Wurtman RJ, Wurtman JJ (eds.), *Nutrition and the Brain, 7.* Raven Press, New York, 1986, pp. 139-166, .

19.  Brewerton TD, Heffernan MM, Rosenthal NE: Psychiatric aspects of the relationship between eating and mood. *Nutrition Reviews, 44:* 78-88, 1986.

20.  Rosenthal NE, Sack DA, Jacobsen FM, James SP, Parry BL, Arendt J, Tamarkin L, Wehr TA: Melatonin in seasonal affective disorder and phototherapy. *Journal of Neural Transmission, [Suppl.] 21:* 257-267, 1986.

21.  Rosenthal NE, Sack DA, Jacobsen FM, Skwerer RG, Wehr TA. Seasonal affective disorder and light: Past, present and future. In Bunney WE, Jr., Costa E, Potkin S (eds), *Clinical Neuropharmacology, 9*(4): Raven Press, New York, 1986, pp. 193-195.

CONFIDENTIAL
AZSER12778167

BEST COPY AVAILABLE

20

22. Wehr TA, Sack DA, Parry BL, Rosenthal NE:  The role of biological rhythms in the biology and treatment of insomnia and depression.  In Brodie HKH, Berger PA (eds.), *The American Handbook of Psychiatry*, Vol. VIII, New York, Basic Books, 1986, pp. 408-428.

23. Hellekson CJ, Rosenthal NE:  New light on seasonal mood changes.  *Harvard Medical School Mental Health Letter, 3*(10): 4-6, 1987.

24. Wehr TA, Sack DA, Rosenthal NE, Goodwin FK:  Sleep and biological rhythms. In Goodwin FK, Jamison K (eds) Bipolar Ilness:  In Hales RE, Frances AJ (eds) Bipolar Disorders.  In *American Psychiatric Association Annual Review: Volume 6*, 1987, American Psychiatric Association Press, Washington D.C., 1987.

25. Sack DA, Rosenthal NE:  Do changes in melatonin cause SAD?  *Integrative Psychiatry, 5*(1):  11-12, 1987.

26. Rosenthal NE, Genhart M, Jacobsen FM, Skwerer RG, Wehr TA:  Disturbances of appetite and weight regulation in seasonal affective disorder.  *Annals of the New York Academy of Sciences, 499*: 216-230, 1987.

27. Rosenthal NE, Sack DA, Wehr TA:  Seasonal effects on mood:  In Adelman G (ed.) The role of light, *Encyclopedia of Neuroscience, Vol I*, Birkhauser, Boston, 1987, pp. 586-588.

28. Rosenthal NE, Skwerer RG, Sack DA, Duncan CC, Jacobsen FM, Tamarkin L, Wehr TA:  Biological effects of morning-plus-evening bright light treatment of seasonal affective disorder. *Psychopharmacology Bulletin, 23*(3): 364-369, 1987.

29. Rosenthal NE, Wehr TA:  Seasonal affective disorders.  *Psychiatric Annals, 17*(10): 670-674, 1987.

30. Rosenthal NE, Genhart MJ, Sack DA, Skwerer RG, Wehr TA:  Seasonal affective disorder and its relevance for the understanding and treatment of bulimia.  In Hudson JI, Pope HG, Jr. (eds), *The Psychobiology of Bulimia,* American Psychiatric Press, Washington, D.C., 1987, pp. 205-228.

31. Sack DA, Rosenthal NE, Parry BL, Wehr TA:  Biological rhythms in psychiatry. In Meltzer HY (ed), *Psychopharmacology:*  The Third Generation of Progress, Raven Press, New York, 1987, pp. 669-685.

32. Joseph-Vanderpool JR, Rosenthal NE:  Phototherapy for seasonal affective disorder. *Drug Therapy, 18*(1): 57-64, 1988.

33. Kasper S, Rosenthal NE: Saisonal abhängige Depressionen (SAD) und der therapeutische Effekt der Phototherapie. *Selecta., 29*:  506-515, 1988.

CONFIDENTIAL
AZSER12778168

BEST COPY AVAILABLE

21

34. Jacobsen FM, Rosenthal NE:  Seasonal affective disorder.  In Georgotas A, Cancro R (eds), *Depression and Mania:  A Comprehensive Textbook*, Elsevier Science Publishing Co, New York., 1988, pp. 104-116.

35. Souetre E, Rosenthal NE, Ortonne J-P:  Affective disorders, light and melatonin. *Photodermatology.* 5(3):107-109, 1988.

36. Jacobsen FM, Wehr TA, Rosenthal NE:  The pineal and seasonal reproduction. In Pancheri P, Zichella L (eds.) *Biorhythms and Stress in The Physiopathology of Reproduction,* Hemisphere Publishing Corporation, New York, 241-250, 1988.

37. Wehr TA, Rosenthal NE (Letter to the Editor):  Light therapy and the seasonal affective disorder.  In reply. *Archives of General Psychiatry, 46:*  194-195, 1989.

38. Souetre E, Rosenthal NE, Kasper S, Wehr TA (Editorial): Effets de la lumière sur les syndromes dépressifs. *La Presse Médicale, 18*(2):  53-54, 1989.

39. Wehr TA, Giesen H, Schulz PM, Joseph-Vanderpool JR, Kasper S, Kelly KA, Rosenthal NE:  Summer depression:  Description of the syndrome and comparison with winter depression.  In Rosenthal NE, Blehar M (eds), *Seasonal affective disorder  and phototherapy*, GuilfordPress, New York. 55-63, 1989.

40. Wehr, TA, Rosenthal NE:  Sleep deprivation, phototherapy and other non-pharmacological treatments of affective illness.  In Extein I (ed), *Treatment of Tricyclic-Resistant Depression*, Washington, D.C., American Psychiatric Press, 1989, pp. 153-167.

41. Kasper S, Rogers SLB, Yancey A, Skwerer RG, Schulz PM, Rosenthal NE:  Psychological effects of light therapy in normals.  In Rosenthal NE, Blehar M (eds), *Seasonal affective disorder and phototherapy,*  Guilford Press, New York, 1989, pp. 260-270.

42. Jacobsen FM, Murphy DL, Rosenthal NE:  The role of serotonin in seasonal affective disorder and the antidepressant response to phototherapy.  In Rosenthal NE, Blehar M (eds), *Seasonal affective disorder and phototherapy,* Guilford Press, New York, 1989, pp. 333-341.

43. Rosenthal NE:  Light therapy.  In Karasu TB (ed), *Treatments of Psychiatric Disorders.*  A task force report of the American Psychiatric Association, APA Press, Washington, D.C., 1989, pp. 1890-1896

44. Blehar MC, Rosenthal NE:  Seasonal affective disorders and phototherapy: Report of a National Institute of Mental Health-Sponsored workshop. *Archives of General Psychiatry, 46:*  469-474, 1989.

45. Kasper S, Rosenthal NE : Anxiety and depression in seasonal affective disorders. In Kendall PC, Watson D (eds), *Anxiety and depression:  Distinctive and overlapping features,*  Academic Press, San Diego,1989, pp. 341-375.

CONFIDENTIAL
AZSER12778169

BEST COPY AVAILABLE

22

46. Wehr TA, Rosenthal NE: Corrections and additions to the history of light therapy and seasonal affective disorder - In Reply. *Archives of General Psychiatry, 47*:91, 1990.

47. Geracioti TD, Kling MA, Joseph-Vanderpool JR, Kanayama S, Rosenthal NE, Gold PW, Liddle RA: Meal-related cholecystokinin secretion in eating and affective disorders. *Psychopharmacology Bulletin, 25* (3): 444-449, 1989.

48. Rosenthal NE, Kasper S, Schulz P, Wehr TA: New concepts and developments in seasonal affective disorder. In Thompson C, Silverstone T (eds), *Seasonal Affective Disorders*, CNS Neuroscience Press, London, 1989, pp. 97-132.

49. Rosenthal NE, Skwerer RG, Jacobsen FM, Hardin TA, Wehr TA: Phototherapy: The NIMH Experience. In Thompson C, Silverstone T (eds), *Seasonal Affective Disorders*, CNS Neuroscience Press, London, 1989, pp. 145-158.

50. Gaist PA, Rosenthal NE: Seasonal affective disorders. *1989 Yearbook of Science and Technology*, McGraw Hill, New York.

51. Terman M, Botticelli SR, Link BG, Link MJ, Quitkin FM, Hardin TA, Rosenthal NE: Seasonal symptom patterns in New York: Patients and population. In Thompson C, Silverstone T (eds), *Seasonal Affective Disorders*, CNS Neuroscience Press, London, 1989, pp. 77-95.

52. Rosenthal NE, Skwerer RG, Levendosky AA, Joseph-Vanderpool JR, Jacobsen FM, Duncan CC, Gaist PA, Wehr TA. Sleep architecture in seasonal affective disorder: The effects of light therapy and changing seasons. *Sleep Research, 18*: 440, 1989.

53. Oren DA, Rosenthal NE: Environmental Light, Mood, and Seasonal Affective Disorder. In Björntrop P, Brodoff B (ed), *Obesity*, J. B. Lipincott, New York, 1992, pp. 424-435.

54. Kasper S, Wehr TA, Rosenthal NE: Zur Epidemiologie und Biologie saisonal abhängiger Depressionsformen (SAD). In Lungershausen E, Witkowski RJ (eds), *Affektive Psychosen*, Schattauer-Verlag, Stuttgart, 1990, pp 97-102

55. Oren DA, Rosenthal FS, Rosenthal NE, Waxler M, Wehr TA. Exposure to ultraviolet B radiation damage during phototherapy. *American Journal of Psychiatry, 147* (5): 676, 1990.

56. Oren DA, Rosenthal NE. Seasonal Affective Disorders. In E.S. Paykel (ed), *Handbook of Affective Disorders*, 2nd Edition, Churchill Livingstone, London, 1992, pp 551-567.

57. Rosenthal NE, Cameron CL. Exaggerated sensitivity to organophosphate pesticide exposure in a depressive patient. *American Journal of Psychiatry, 148* (2): 270, 1991.

CONFIDENTIAL
AZSER12778170

BEST COPY AVAILABLE

23

58. Kasper S, Wehr TA, Rosenthal NE. Reduzierte amplitude circadianer hormonprofile bei patienten mit saisonal abhänginger depression (SAD). In Gaebel W, Laux G (eds);*Biologische Psychiatrie: Beiträge des 5. Kongresses der Deutschen Gesellschaft für Biologische Psychiatrie*, Springer, New York, 1992, pp 356-359.

59. Duncan CC, Mirsky AF, Deldin PJ, Skwerer RG, Jacobsen FM, Rosenthal NE. P300 as an index of treatment response in seasonal affective disorder. In Stefanis et al. (eds), *Psychiatry: A world perspective* - Volume 2, Clinical Neuroscience, New York, 1990, pp 398-401.

60. Rosenthal NE. Plasma melatonin as a measure of the human clock. Editorial, *Journal of Clinical Endocrinology and Metabolism, 73* (2): 225-226, 1991.

61. Rosenthal NE, Cameron CL, Johnston SH, Joseph-Vanderpool JR, Levendosky AA, Allen R. Delayed sleep phase syndrome: Clinical picture and treatment with light. In Racagni G. et al. (eds), *Biological Psychiatry, 1* , Elsevier, New York, 1991, pp. 787-790.

62. Rosenthal NE, Wehr TA. Towards understanding the mechanism of action of light in seasonal affective disorder. *Pharmacopsychiatry, 25* (1): 56-60, 1992.

63. Madden PA, Heath AC, Rosenthal NE, Martin NG. Seasonal change in mood and behavior: A twin study. *Behavioral Genetics, 22*: 733, 1992.

64. Waxler M, James RH, Brainard GC, Moul DE, Oren DA, Rosenthal NE. Retinopathy and bright light therapy. *American Journal of Psychiatry, 149*(11): 1610-1611, 1992.

65. Rosenthal NE. This Week's Citation Classic: A decade of SAD and light therapy. *Current Contents*, March 8, 1993.

66. Oren DA, Rosenthal NE. Environmental light and mood. In: *Environment and Psychiatry*, Lehmann HE, Ghadirian AM (eds), Springer, In Press.

67. Wetterberg L, Eberhard G, Von-Knorring L, Kohan MA, Ylipaa E, Rutz W, Bratlid T, Lacoste V, Thompson C, Yoneda H, Rosenthal NE, McGuire M, Polleri A, Freedman M, Morton DJ, Redman J, Bertgannaki JD, Shapiro C, Driver H, Yuwiler A. The influence of age, sex, height, weight, urine volume and latitude on melatonin concentrations in urine from normal subjects: A multinational study. In: Wetterberg, ed., *Light and Biological Rhythms in Man, 63*, Wenner-Gren International Series. Pergamon, London, 275-286, 1993.

68. Rosenthal, NE Diagnosis and treatment of seasonal affective disorder. *Journal of the American Medical Association, 270* (22), 1993.

69. Rosenthal, NE. Harvard Mental Health Letter, 9: 1-4, 1993.

CONFIDENTIAL
AZSER12778171

BEST COPY AVAILABLE

24

70. Rosenthal, NE. The first decade of SAD. *Light Therapy and Biological Rhythms*, 6: 16-18, 1994.

71. Rosenthal NE, Oren DA. Light Therapy. In Gabbard, GO (ed), *Treatments of Psychiatric Disorders*, DSM-IV ed., APA Press, Washington, DC, In press.

72. Rosenthal, NE. Light Therapy: Theory and Practice. Primary Psychiatry, Premier Issue: 31-33, 1994.

73. Feldman-Naim S, Hardin, TA, Rosenthal, NE. Seasonal Affective Disorder: A form of atypical depression. Submitted.

74. Rosenthal, NE. Seasonal affective disorder, attention deficit disorder and delayed sleep phase syndrome in children and adolescents. *American Journal of Psychiatry*, 152 (9): 1402, 1995.

75. Oren DA, Rosenthal NE. Olfactory function in winter seasonal affective disorder. *American Journal of Psychiatry*, 152 (10): 1531-2, 1995.

76. Rosenthal NE, Matthews J. Seasonal Affective Disorders and Light Therapy. In: Encyclopedia of Neuroscience, 2nd edition, G Adelman & B. Smith (eds), Elsevier, Amsterdam, In Press.

77. Rosenthal NE. The mechanism of action of light therapy in the treatment of seasonal affective disorder (SAD). Proceedings of the Biological Effects of Light Symposium, presented in Atlanta, Oct 1995, In Press.

78. Neuhaus IM, Rosenthal NE. Light therapy for depression and related disorders. In Depression: Neurobiological, psychopathological and therapeutic advances, A. Honig & H.M. van Praag (eds), Wiley, In Press.

79. Clark C, Schocket LS, Turner EH, Rosenthal NE. Light Visor maintains treatment response. Submitted.

80. Neumeister A, Rosenthal, NE. Light Therapies. The Whole Mind Catalogue: Your Options in Mental Health, L. Bossman (ed).

*[signature: Rosenthal]*

3 Sep 2003

CONFIDENTIAL
AZSER12778172

BEST COPY AVAILABLE

D1447C00127: *0077*

*0078*

## Curriculum Vitae

**NAME:**                    Anantha Shekhar, M.D., Ph.D.

**ADDRESS:**                 Adult Psychiatry Clinic
                             Indiana University, Dept. of Psychiatry
                             1111 W. 10th St. Ste. 313
                             Indianapolis, Indiana 46202
                             Tel: (317) 274-1246
                             Fax: (317) 278-4821

                             Home:
                             REDACTED

**DATE OF BIRTH:**           REDACTED

**EDUCATION:**

   Undergraduate:            St. Joseph's College, Bangalore, India.
                             BSc.I., 1975.

   Graduate:                 St. John's Medical College, Bangalore,
                             India. M.B., B.S., (M.D.), 1981

                             Indiana University
                             Ph.D., 1992 (Medical Neurobiology)

   Postdoctoral:             Indiana University Medical Center,
                             Psychiatry Residency, (1984-1989)

                             Post-doctoral Fellow (MH 17017)
                             Institute of Psychiatric Research
                             Indiana University Medical Center
                             Medical Neurobiology (1985 - 86)

**ACADEMIC APPOINTMENTS:**

   1/83 - 5/83               Teaching Assistant
                             Department of Anatomy
                             Indiana University Medical Center

   11/83 - 5/84              Instructor
                             Department of Anatomy
                             Indiana University Medical Center

   7/89 - 6/95               Assistant Professor
                             Department of Psychiatry
                             Indiana University School of Medicine

1048

CONFIDENTIAL
AZSER12778173