BEST COPY AVAILABLE

| | |
|---|---|
| 7/90 - 6/96 | Assistant Professor<br>Department of Pharmacology and Toxicology<br>Indiana University School of Medicine |
| 7/96 - present | Associate Professor<br>Departments of Psychiatry and Pharmacology &<br>Toxicology<br>Indiana University School of Medicine |

## HOSPITAL AND OTHER EMPLOYMENTS:

| | |
|---|---|
| 4/80 - 3/81 | Rotating Internship<br>St. Martha's Hospital<br>Bangalore, India |
| 6/84 - 6/89 | Resident<br>Department of Psychiatry<br>Indiana University Medical Center |
| 7/89 - Present | Staff Psychiatrist<br>Indiana University Hospital |
| 7/92 - 12/94 | Director, Adult Psychiatry Clinics<br>Indiana University Hospitals |
| 10/95- 6/98 | Research Physician<br>Psychopharmacology and Biomedical Research Services<br>LaRue D. Carter Memorial Hospital |
| 7/89 - 2001 | Director, Anxiety Disorders Center<br>Department of Psychiatry, Adult services |
| 6/98 – 2001 | Director, Adult Psychiatry Outpatient Services<br>Indiana University Hospitals |
| 1/99 - Present | Head, Adult Psychiatry Services<br>Department of Psychiatry, Indiana University |
| 1/99 – Present | Director, Indiana University Adult Psychiatry at Methodist<br>Hospital,<br>1710 N. Capitol Ave, Suite C200 and/or C400<br>Indianapolis, IN 46202 |
| 1/03 – Present | Director, Clinical Research Center<br>LaRue D. Carter Memorial Hospital, 2601 Cold Spring Rd. |

2

CONFIDENTIAL
AZSER12778174

BEST COPY AVAILABLE

SPECIALTY BOARD STATUS:

Diplomate of the American Board of Psychiatry and Neurology, General Psychiatry, 1992

LICENSURE AND CERTIFICATIONS:

Indiana License (number 01035378)

PROFESSIONAL SOCIETIES:

Member  - American Psychiatric Association
        - Society for Neuroscience
        - American Association for the Advancement of Science
        - Indiana Medical Association
        - Anxiety Disorders Association of America

HONORS:

| | |
|---|---|
| 1974 | National Science Talent Scholar, India |
| 1985-86 | NIMH Neurobiology Fellowship (MH17017) |
| 1988 | Honorable mention, American Psychiatric Association - Resident's Research Award |
| 1989 | Resident's Research Award, Indiana Psychiatric Society |
| 1989 | Golden Apple Award, Department of Psychiatry, Indiana University |
| 1989 | FIRST Award, NIMH (MH 45362) |
| 1994 | Outstanding Teaching Award, Department of Psychiatry |
| 1998 | Excellence in Teaching Award, Indiana University School of Medicine |
| 1998 | Excellence in didactic teaching, Psychiatry Residency Program |
| 1998 | Teacher of the Year (Selected by Psychiatry Residents) |
| 1999 | Lead author, NIMH workshop, "future of animal models of anxiety disorders" |

3

CONFIDENTIAL
AZSER12778175

BEST COPY AVAILABLE

| 2001 | American Psychiatric Association, Nancy Roeske Award for Teaching |
| 2001 | Nominee, Indiana University Trustee's Teaching Award |

4

CONFIDENTIAL
AZSER12778176

BEST COPY AVAILABLE

## STUDY SECTION MEMBERSHIPS

1998- present   Ad-Hoc reviewer, VA Merit Review Grants

1999              Member, Conti Neuroscience Center Review Committee, NIMH

1999              Member, Program Projects Review Committee, NIMH

1999-present     Member, Study Section, Bio-Behavioral & Brain Processes – 2, CSR, NIH

## PROFESSIONAL SERVICES:

1. *Guest Editor:* Special Issue 2001, *Pharmacology, Biochemistry, and Behavior*

2. Reviewer:

   *American Journal of Physiology*
   *Anxiety*
   *Biological Psychiatry*
   *Brain Research*
   *Behavioral Brain Research*
   *European Journal of Pharmacology*
   *Pharmacology, Biochemistry, and Behavior*
   *Psychopharmacology*
   *Neuropharmacology*
   *Neuropsychiatry and Clinical Neurosciences*
   *Journal of Neuroscience*
   *Epilepsia*

## PROFESSIONAL CONSULTATIONS:

1) Lilly              Indiana University - Lilly Psychopharmacology Program

2) Roche             Member, Klonopin Advisory Board; 1994

3) Bristol-Myers     Advisory panel, nefazodone pre-marketing consultant panel; 1994

5) Pfizer            Advisory panel, new CNS drug developments and marketing

4) Lilly             Consultant to the development team for a novel anxiolytic
                     and antipsychotic compounds; 1996-present

5) Pharmacia         Consultant, Development of novel anxiolytics

5

CONFIDENTIAL
AZSER12778177

BEST COPY AVAILABLE

## TEACHING ACTIVITIES

### Medical Students:

| | |
|---|---|
| 2) X601<br>(1989 to present) | Sophomore Psychiatry Course.  Present<br>lecture on Anxiety Disorders.<br>Enrollment:  all medical students. |
| 3) N730<br>(1992 to Present) | Junior Clerkships in Psychiatry<br>Outpatient section<br>Enrollment:  2 - 3 students per month |
| 4) X802<br>(1990 to Present) | Seniors – Biological Psychiatry elective<br>Direct about 2-3 senior medical students<br>each year. |
| 5) F604<br>(1991 to Present) | Medical Pharmacology<br>Psychopharmacology Section<br>Enrollment:  all medical students |
| 6) D852<br>(1993 to Present) | Medical Neurobiology<br>Limbic pathways and Neurobiology of Emotions<br>Enrollment:  all medical students |
| 7) B503<br>(1994) | Medical Biochemistry, Laboratory Section<br>One student supervised in the laboratory<br>for the semester |
| 8) N503<br>(1989-1993) | Freshman Behavioral Sciences Course.<br>Lectured on Psychiatric Disorders.<br>Enrollment:  all medical students. |
| 8) X502<br>(1990 to Present) | Freshman – Summer Research in Medical Science<br>Direct one medical student every other year. |
| 9) X600<br>(1993-94) | Introduction to Clinical Medicine<br>Small group (8 students) meetings<br>Doctor - Patient Relationship<br>- 3 hours per session.  Conducted the<br>group meeting with a primary preceptor.<br>Enrollment:  all medical students. |

6

CONFIDENTIAL
AZSER12778178

BEST COPY AVAILABLE

**Postgraduate courses to Psychiatry Residents:**

1) Research Course I - enrollment: all 1st year psychiatry residents.
   Director of the course. (1991 to present)

2) Basic Neurobiology of Psychiatric Syndromes: all PGY-I residents
   Director of the course (2000-present)

3) Research Course II - enrollment: all 2nd and 3rd year
   psychiatry residents.  Director of the course. (1991 to 1998)

4) Psychotherapy seminars - enrollment:  all 3rd and 4th year residents.  Taught the section
   on psychotherapy of anxiety disorders.

5) Neurobiology for Psychiatry Residents - enrollment:  all 3rd and 4th year residents.
   Taught the section on Neurobiology of anxiety disorders.

6) Psychiatric Disorders, Introductory course for 1st year residents
   Lectures on     - anxiety disorders, etiology & pathophysiology
                   - schizophrenia, etiology & neurobiology

**Supervision of clinical work by Housestaff:**

1) Outpatient psychiatry, general clinic.
   Site:  University Hospital.
   Enrollment:  usually 2-3 PGY III residents for 12 months.

2) Anxiety disorder's center elective.
   Site:  University Hospital.
   Enrollment:  2 residents per year for one day per week.

3) Long-term psychotherapy supervision.
   Supervision of 1-2 residents on their long term psychotherapy for 1-2 years.

4) Diagnostic clinic for II Year Residents.
   Planned and started the program.
   Supervision of two residents for one afternoon per week.

5) Supervision of residents research activity
   Usually one to two graduating residents per year have completed a research project

7

CONFIDENTIAL
AZSER12778179

BEST COPY AVAILABLE

required for graduation

6)   Director - Clinical psychopharmacology mini-fellowship
     This is 3-12 month elective in psychopharmacology research unit
     Usually for PGY-4 psychiatry residents

**Teaching graduate students in the Medical Neurobiology Program:**

**Didactics:**

1)   Readings in Neuroanatomy          Registered 4 grad. students (1993-present)
     D835                              3 credit course; 1 semester

2)   N800 - Research in Medical         Two to three graduate
     Neurobiology (1992 to Present)     students per semester

3)   Neurochemistry (Dr. Simon, Dir.)   Provide lecture on Neurochemistry of Anxiety
     (1994-present)                    All neurobiology (and other) graduate students

4)   Cellular Neurobiology              Provide lecture "From neuron to the mind"
     (Dr. Triarhou, Dir.)
     (1994-present)

5)   Basic Neuroanatomy                 Provide lecture on neuroanatomy of psychopathology
     (Dr. Kubek, Dir.)                 All neurobiology (and other) graduate students
     (1996-present)

6)   Methods in Pharmacology            Provide lecture on behavioral pharmacology
     (Dr. Elharrar, Dir.)              All pharmacology (and other) graduate students
     (!997-present)

**Graduate Student Advisory:**

3)   Chair, Graduate Committee          - Three Ph.D. candidates currently
                                        - Three Ph.D.s awarded
                                        - Two Masters candidates
                                        - One Masters awarded

4)   Member, Graduate Committee         - Three current Ph.D. Students
                                        - One masters student
                                        - Two Ph.D. awarded

8

CONFIDENTIAL
AZSER12778180

BEST COPY AVAILABLE

## CURRENT GRANTS FOCUSED ON TEACHING/MENTORING

1) NIMH            -    Role of amygdalar CRF receptors in the regulation of anxiety (KO1
   Duration        -    5 years (2000-2005)
   Role            -    Mentor (KO1 award for Dr. Tammy Sajdyk)
   Amount          -    $340,000
This grant is a Scientist Development Award mentoring the career development of Dr. Sajdyk.

2) Pharmacia-Upjohn-    developing an animal model of panic
   Duration        -    1 year (2000-01)
   Role            -    Principal investigator
   Amount          -    $14,000
This grant is earmarked for post-doctoral career development.

3) Lilly Neuroscience-   IU/Lilly Neuroscience Clinical Research Center (NCRC)
   Duration        -    Open
   Role            -    Primary Mentor
   Amount          -    $80,000
This grant is supports educational activity by supporting the stipends for an academic track psychology intern and a psychopharmacology fellow among psychiatry residents.

4) Scottish-Rites Foundation -   Neuroimaging of dopamine terminals in schizophrenia
                                 (graduate fellowship grant)
   Duration etc.   -    3 year (1998-2000)
   Role            -    Principal Mentor (Karmen Yoder, graduate student awardee)
   Amount          -    $45,000
This grant has supported 3 years of graduate stipend for one Ph.D. candidate.

5) NIMH            -    Amygdala priming mechanism underlying the panic response
                       (RO3 MH63591)
   Duration        -    2001-2002
   Role            -    PI/mentor (Ms. Theilen, graduate fellowship)
   Amount          -    $27,000
This is a special fellowship grant to support minority graduate student thesis work.

9

CONFIDENTIAL
AZSER12778181

BEST COPY AVAILABLE

## RESEARCH GRANTS AND AWARDS:

### Current grants:

**NIH:**

1)  NIMH        -   Neurobiology of panic and anxiety disorders (RO1 MH 52619)
    Duration    -   5 years (2001 - 2006)
    Role        -   Principal investigator
    Amount      -   $1,125,000 (total direct costs)

2)  NIMH        -   Dorsomedial hypothalamus: Role in HPA regulation (RO3 60825)
    Duration    -   2 years (1999-2001)
    Role        -   Co-investigator (Dr. Joe DiMicco, PI)
    Amount      -   $100,000 (total costs)

3)  NIMH        -   Role of amygdalar CRF receptors in the regulation of anxiety (KO1
    Duration    -   5 years (2000-2005)
    Role        -   Mentor (KO1 award for Dr. Tammy Sajdyk)
    Amount      -   $340,000

4)  NIMH        -   Amygdala priming mechanism underlying the panic response
                    (RO3 MH63591)
    Duration    -   2001-2002
    Role        -   PI/mentor (Ms. Theilen, graduate fellowship)
    Amount      -   $27,000

### OTHER INVESTIGATOR INITIATED

5)  Lilly Neuroscience-   IU/Lilly  Neuroscience  Clinical  Research  Center  (NCRC)
    Duration    -   Open
    Role        -   Principal Investigator
    Amount      -   approx $75,000/year

6)  PIRC/IU     -   PET imaging of dopamine terminals in patients with schizophrenia
    Duration    -   3years
    Role        -   Principal investigator
    Amount      -   $30,000

10

CONFIDENTIAL
AZSER12778182

BEST COPY AVAILABLE

7)  NCRC/Lilly        -    Cognitive and psychophysiological indices of caffeine ingestion
    Duration          -    2 year (2000-2002)
    Role              -    Principal Investigator (Drs. Hetrick & O'Donnell, Co-Inv.)
    Amount            -    $10,000

8)  Pharmacia-Upjohn- -    Efficacy of roboxetine in an animal model of panic
    Duration          -    1 year (2000-01)
    Role              -    Principal investigator
    Amount            -    $14,000


## CLINICAL TRIALS


9)   Paraxel-Lilly       -    Efficacy of olanzapine vs placebo in maintenance of bipolar disorder
     Duration etc.       -    3 years (1999-2002)
     Role                -    Principal Investigator
     Amount              -    $243,000

10)  Lilly               -    Effects of olanzapine, respiridone or placebo on insulin secretion
     Duration etc.       -    1 year (1999-2001)
     Role                -    Principal Investigator
     Amount              -    $569,900

11)  Bristol-Myers-Squibb -Efficacy of aripiperazole in schizophrenia
     Duration etc.       -    2 year (2000-2001)
     Role                -    Principal Investigator
     Amount              -    $526,400

12)  Bristol-Myers-Squibb -Efficacy of aripiperazole in acute mania
     Duration etc.       -    2 year (2000-2002)
     Role                -    Principal Investigator
     Amount              -    $396,000

13)  Bristol-Myers-Squibb -Efficacy of aripiperazole in maintenance of bipolar disorder
     Duration etc.       -    2 year (2000-2002)
     Role                -    Principal Investigator
     Amount              -    $110,000

14)  Astra-Zaneca        -    Efficacy of quetiapine in acute mania
     Duration etc.       -    2 year (2000-2002)
     Role                -    Principal Investigator
     Amount              -    $196,000

CONFIDENTIAL
AZSER12778183

BEST COPY AVAILABLE

| 15) | Johnson/Ingenix- | | Efficacy of topiramate in acute mania |
| | Duration etc. | - | 2 year (2000-2002) |
| | Role | - | Principal Investigator |
| | Amount | - | $280,000 |

| 16) | Bristol-Myers Squibb | - | Efficacy of aripiperazole in bipolar disorder |
| | Duration etc. | - | 2 year (2000-2002) |
| | Role | - | Principal Investigator |
| | Amount | - | $272,000 |

| 17) | Janssen | - | Efficacy of respiridone vs IM haloperidol in acute agitation |
| | Duration etc. | - | 1 year (2001-2002) |
| | Role | - | Principal Investigator |
| | Amount | - | $89,000 |

| 18) | Lilly | - | Efficacy of amantadine in preventing weight gain with olanzapine, |
| | Duration etc. | - | 1 year (2001-2002) |
| | Role | - | Principal Investigator |
| | Amount | - | $79,000 |

12

CONFIDENTIAL
AZSER12778184

BEST COPY AVAILABLE

### Completed Grants:

**NIH:**

1) NIMH          -     Neurobiological Substrates of Anxiety and Panic Disorder (FIRST).
   Duration      -     5 years (1989 - 1994)
   Role          -     Principal investigator
   Amount        -     $513,724

2) NIMH          -     Cerebral artery flow response in panic disorder (RO3 MH55307)
   Duration      -     3 years (1997-1999)
   Role          -     Co-investigator (PI: Dr. S. Ball)
   Amount        -     $149,507 (total costs)

3) NIMH          -     Neurobiology of panic and anxiety disorders (RO1 MH 52619)
   Duration      -     3 years (1996 - 1999; extended 6/00)
   Role          -     Principal investigator
   Amount        -     $596,520 (total costs)

### INVESTIGATOR INITIATED:

4) Indiana University,
   Biomedical Grants -   physiological and Biochemical Indices of Panic Disorder.
   Duration      -     2 years (1989 - 1991)
   Role          -     Principal investigator
   Amount        -     $20,000

5) Association for the Advancement of Mental Health - Neurobiological Mechanisms of
                                                Anxiety Disorders.
   Duration      -     1 year (1989: $ 2000;  1993: $ 3500)
   Role          -     Principal investigator

6) Pfizer        -     Unrestricted educational grant
   Duration      -     1 year (1993-1994)
   Role          -     Principal investigator
   Amount        -     $15,000

7) AAMHRE        -     Neurobiology of anxiety and panic disorders
   Duration      -     1 year (1995-96)
   Role          -     Principal investigator
   Amount        -     $4,850

13

1060

CONFIDENTIAL
AZSER12778185

BEST COPY AVAILABLE

| | | | |
|---|---|---|---|
| 8) | AAMHRE | - | Neurobiology of anxiety and panic disorders |
| | Duration | - | 3 years (1996-99) |
| | Role | - | Principal investigator |
| | Amount | - | $6,050 |

| | | | |
|---|---|---|---|
| 9) | Indiana Univ. | | |
| | PDP grant | - | Neurobiology of anxiety |
| | Duration | - | 1 year |
| | Role | - | Principal investigator |
| | Amount | - | $15,040 |

| | | | |
|---|---|---|---|
| 10) | PIRC grant | - | Multimodal imaging (PET & doppler) of cerebral arterial flow in patients with panic disorder |
| | Duration | - | 1 year |
| | Role | - | Co-investigator (PI: Dr. S. Ball) |
| | Pts. Enrolled | - | Actively enrolling |
| | Amount | - | $8,000 |

| | | | |
|---|---|---|---|
| 12) | Lilly | - | Efficacy of LY 237735 in an animal model of panic |
| | Duration | - | 1 year (1998-99) |
| | Role | - | Principal investigator |
| | Amount | - | $10,000 |

| | | | |
|---|---|---|---|
| 13) | Hoosier Oncology Group | - | Double-blind placebo-controlled trial of fluoxetine in advanced cancer patients |
| | Duration | - | 2 years |
| | Role | - | Co-investigator (PIs: Dr. Fisch & Dr. Einhorn) |
| | Pts. enrolled | - | Enrollment of 120 patients |

| | | | |
|---|---|---|---|
| 14) | Lilly CNS | - | Double-blind,placebo-controlled trial- Xanomeline in schzophrenia |
| | Duration | - | 1 year (1999-2000) |
| | Role | - | Principal Investigator |
| | Amount | - | $285,000 |

| | | | |
|---|---|---|---|
| 15) | Lilly | - | PET imaging of response to Olanzapine vs resperidone in elderly patients with schizophrenia |
| | Duration etc. | - | 1 year (1999-2000) |
| | Role | - | Principal Investigator |
| | Amount | - | $60,000 |

| | | | |
|---|---|---|---|
| 16) | Lilly Clinic | - | Pharmacokinetics of olanzapine added to divalproate sodium in bipolar disorder |
| | Duration etc. | - | 2 years (1998-2000) |
| | Role | - | Co-investigator (Dr. Callahan, PI) |
| | Amount | - | $24,900 |

14

CONFIDENTIAL
AZSER12778186

BEST COPY AVAILABLE

## CLINICAL TRIALS:

17)   Upjohn Co.      -      Fixed dose double-blind study of the efficacy and safety of
                             Deracyn-SR in Panic Disorder.
      Duration        -      2 years (1990 - 1992)
      Role            -      Principal investigator
      Amount          -      $131,200
      Pts. Enrolled   -      36 (required enrollment - 30 per site)

18)   G.D. Searle     -Efficacy and Safety of SC-48274 in patients with Generalized
                             Anxiety.
      Duration        -      1 year (1991 - 1992)
      Role            -      Principal investigator
      Amount          -      $50,413
      Pts. Enrolled   -      14 (required 15 per site)

19)   Eli Lilly & Co. -      Efficacy and Safety of LY237723 in Patients with Generalized
                             Anxiety.
      Duration        -      1 year (1992 - 1993)
      Role            -      Principal investigator
      Amount          -      $67,980
      Pts. Enrolled   -      18 (required 20 per site; study terminated after interim analysis)

20)   Takeda-Abbot    -      Efficacy and Safety of DN 2327 in patients with
                             generalized anxiety disorder.
      Duration        -      1 year (1993 - 1994)
      Role            -      Principal investigator
      Amount          -      $72,000
      Pts. Enrolled   -      16 (15-20 required per site)

21)   Takeda-Abbot    -      Open label safety study of DN 2327 in patients with
                             generalized anxiety disorder
      Duration        -      1 year (1993 - 1994)
      Role            -      Principal investigator
      Amount          -      $42,000
      Pts. Enrolled   -      12 (10 -15 required per site)

22)   Upjohn Co.      -      Deracyn tapering in pts. with panic disorder
      Duration        -      4 months (1994)

15

1062

CONFIDENTIAL
AZSER12778187

BEST COPY AVAILABLE

| Role | - | Principal investigator |
|------|---|------------------------|
| Amount | - | $40,000 |
| Pts. Enrolled | - | 10 (exceeded target recruitment) |

23) Zeneca - Seroquel vs chlorpromazine in treatment-resistant schizophrenia
    Duration - 1 year
    Role - Co-investigator (PI: Dr. J. Small)
    Pts. enrolled - 10 (target recruitment)

24) Otsuka - Efficacy and tolerability of OPC-14597 in schizophrenia
    Duration - 1 year
    Role - Co-investigator (PI: Dr. J. Small)
    Pts. enrolled - 11 (exceeded target)

25) Pfizer - Efficacy and safety of Zeprasidone in schizophrenia and
    schizoaffective disorder
    Duration - 1 year
    Role - Co-investigator (PI: Dr. J. Small)
    Pts. Enrolled - 10 (target recruitment)

26) Sandoz Co - Efficacy and safety of MAR 327 in schizophrenia
    Duration - 10 months (1995-1996)
    Role - Co-investigator (PI: Dr. J. Small)
    Pts. Enrolled - Completed enrollment (15)

27) Janssen - Efficacy and safety of Mazapertine in schizophrenia
    Duration - 10 months (11/1995-96)
    Role - Co-investigator (PI: Dr. J. Small)
    Pts. Enrolled - Fulfilled enrollment of 10

28) RPR Pharm. Co. - Efficacy and safety of Fenanserine in schizophrenia
    Duration - 1 year
    Role - Co-investigator (PI: Dr. J. Small)
    Pts. Enrolled - Completed enrollment

29) Otsuka - Efficacy and tolerability of aripiperazole in schizophrenia
    Duration - 1 year with open label extension
    Role - Co-Principal Investigator (Co-PI: Dr. J. Small)
    Pts. enrolled - completed enrolling (target 10)

16

CONFIDENTIAL
AZSER12778188

BEST COPY AVAILABLE

30)   Glaxo-Wellcome -   Efficacy and safety of lamotrigene in patients with bipolar disorder
      Duration      -    1 year with extension
      Role          -    Co-Principal Investigator (Co-PI: Dr. J. Small)

31)   Merck & Co     -   Efficacy and tolerability of MD 834 in schizophrenia
      Duration      -    1 year
      Role          -    Co-Principal Investigator (Co-PI: Dr. J. Small)

32)   Lilly          -   Efficacy of olanzapine plus mood stabilizers in bipolar disorder
      Duration etc. -    2 years (1998-2000)
      Role          -    Principal Investigator
      Amount        -    $240,900

33)   Lilly          -   Olanzapine vs resperidone in elderly patients with schizophrenia
      Duration etc. -    1 year (1999-2000)
      Role          -    Principal Investigator
      Amount        -    $150,900

34)   Parke-Davis    -   Efficacy of pregabalin in generalized anxiety disorder
      Duration etc. -    2 years (1999-2001)
      Role          -    Principal Investigator
      Amount        -    $180,700

35)   Parke-Davis    -   Efficacy of pregabalin in panic disorder
      Duration etc. -    2 years (1999-2001)
      Role          -    Principal Investigator
      Amount        -    $140,500

36)   Parke-Davis    -   Open-label long term efficacy of pregabalin in anxiety disorders
      Duration etc. -    2 years (1999-2001)
      Role          -    Principal Investigator
      Amount        -    $90,000

37)   Smith-Kline-Beecham - Efficacy of paroxetine in generalized anxiety disorder
      Duration etc. -    2 years (1998-2000)
      Role          -    Principal Investigator
      Amount        -    $80,500

17

CONFIDENTIAL
AZSER12778189

BEST COPY AVAILABLE

| 38) | Parke-Davis | - | Efficacy of pregabalin in acute mania in bipolar disorder |
| | Duration etc. | - | 1 year (1999-2000) |
| | Role | - | Principal Investigator |

### Grants pending/under review:

| 1) | NIMH | - | Amygdala priming and severe anxiety states (RO1) |
| | Duration | - | 5 years (2001-2006) |
| | Role | - | Principal investigator |
| | Amount | - | $1,250,000 (total direct costs) |

| 2) | NIMH | - | Hypothalamic angiotensin II and responses to stress (RO1) |
| | Duration | - | 4 years (2001-2004) |
| | Role | - | Co-investigator (J.A. DiMicco, PI) |
| | Amount | - | $650,000 (total direct costs) |

| 3) | Lilly | - | Topiramate augmentation of olanzapine in schizophrenia |
| | Duration etc. | - | 1 year (2001-2002) |
| | Role | - | Principal Investigator |
| | Amount | - | $150,200 |

| 4) | NIMH | - | Visual processing in schizophrenia (RO1) |
| | Duration | - | 3 years (2002-2004) |
| | Role | - | Co-investigator (Dr. Brian O'Donnell, PI) |
| | Amount | - | $350,000 (total direct costs) |

### Grants Submitted:

| 1) | NIMH | - | Serotonin and CRF pathways in anxiety and HPA regulation (RO1) |
| | Duration | - | 5 years (2002-2007) |
| | Role | - | Principal investigator (Collab. grant with Univ. of Bristol, UK) |
| | Amount | - | $750,000 (total direct costs) |

### Grants in Preparation:

1) Multimodal imaging in patients with panic disorder (RO1 with Dr. S. Ball)

2) f-MRI imaging of brain activity during visual and auditory activation in patients with schizophrenia (RO3)

18

CONFIDENTIAL
AZSER12778190

BEST COPY AVAILABLE

## PUBLICATIONS:

(* Denotes publications with students where Dr. Shekhar is the corresponding author and mentor)

### Published Papers in refereed journals:

1. DiMicco, J.A., Abshire, V.M., **Shekhar, A.** and Wible, J.H., Jr.:  Role of GABAergic mechanisms in the central control of blood pressure. Eur. Heart J. (1987) 8 (suppl.B): 133-138.

2. **Shekhar, A.** and DiMicco, J.A.:  Defense reaction elicited by posterior hypothalamic microinjection of GABA antagonists and synthesis inhibitors in rats. Neuropharmacol. (1987) 26: 407-17.

3. **Shekhar, A.**, Hingtgen, J.N. and DiMicco, J.A.: Selective enhancement of shock avoidance responding elicited by GABA blockade in the posterior hypothalamus of rats.  Brain Research (1987) 420: 118-128.

4. Hingtgen, J.N., **Shekhar, A.**, DiMicco, J.A. and Aprison, M.H.: Response suppression in rats after bilateral microinjection of 5-hydroxtryptophan in lateral hypothalamus.  Biol. Psychiatry (1988) 23: 711-718.

5. **Shekhar, A.**, Hingtgen, J.N. and DiMicco, J.A.:  Anxiogenic effects of Noreleagnine, a water soluble Beta-carboline. Neuropharmacology (1989) 28:  539-542.

6. **Shekhar, A.**, Hingtgen, J.N. and DiMicco, J.A.:  GABA receptors in the posterior hypothalamus regulate experimental anxiety in rats. Brain Research (1990) 512: 81-88.

7. *Sanders, S.K., and **Shekhar, A.**:  Blockade of GABA-A receptors in the region of the anterior basolateral amygdala elicits increases in heart rate and blood pressure.  Brain Research (1991) 576: 101-110.

8. Galvin, M., **Shekhar, A.**, Simon, J.R., et.al. Low dopamine beta hydroxylase:  A biological sequelae of abuse and neglect. Psychiatry Research (1991) 39: 1-11.

9. The fluoxetine bulimia study group:  Fluoxetine in the treatment of bulimia nervosa:  a multicenter placebo-controlled double-blind trial.  Arch. Gen. Psychiatry (1992) 42: 139-148.

10. **Shekhar, A.** GABA blockade in the region of the dorsomedial hypothalamus regulates "anxiety" in rats in the elevated plus-maze: I. behavioral measures. Brain Res. (1993) 627: 9-16.

11. **Shekhar, A.**, Sims, L.L. and Bowser, R. GABA blockade in the dorsomedical hypothalamus regulates anxiety in rats in the elevated plus-maze: II.  physiological measures Brain Res. (1993) 627: 17-24.

19

CONFIDENTIAL
AZSER12778191

BEST COPY AVAILABLE

12. Siemers, E., **Shekhar, A.,** Onid, K., and Dickson, H., Anxiety and Motor Performance in Parkinson's Disease. Movement Disorders (1993) 8: 501-506.

13. **Shekhar, A.,** Katner, J.S., Rusche, W.P., Sajdyk, T.S. and Simon, J.R., Fear-potentiated startle elevates catecholamine levels in the dorsomedial hypothalmus. Pharmacol. Biochem. Behav. (1994) 48: 525-529.

14. **Shekhar, A.** Effects of chronic treatment with imipramine and clonazepam in an animal model of panic disorder. Biol. Psychiatry (1994) 36:748-758.

15. **Shekhar, A.,** and Katner, J. $GABA_A$ receptors in the dorsomedial hypothalamus of rats regulate anxiety in the social interaction test. Pharmac. Biochem. Behav. (1995) 50:253-258.

16. *Sanders, S.K. and **Shekhar, A.,** Anxiolytic effects of chlordiazepoxide blocked by injection of $GABA^A$ and benzodiazepine receptor antagonists in the region of the anterior basolateral amygdala of rats. Biol. Psychiatry (1995) 37:473-476.

17. *Sanders, S., and **Shekhar, A.,** $GABA_A$ receptors in the basolateral amygdala of rats regulate "anxiety". Pharmacol. Biochem. Behav. (1995) 52:701-705.

18. Ball, S.G., Buchwald, A.M., Waddell, M.T. and **Shekhar, A.** Depression and generalized anxiety symptoms in panic disorder: implications of comorbidity. J. Nerv. Mental Dis. (1995) 183:304-308.

19. Galvin, M.R., Stilwell, B.M., **Shekhar, A.,** Kopta, M., McKasson, S., and Michael, C., Abuse/Neglect, Dopamine beta-hydroxylase and Conscience functioning in emotionally disturbed boys. Child Abuse Negl. (1995) 19:821-832.

20. *Sanders, S.K., Morzorati, S.L. and **Shekhar, A.,** Priming of physiological and anxiety responses by repeated subthreshold GABA blockade in the rat amygdala, Brain Res. (1995) 699:250-259.

21. Gould, R.A., Ball, S.G., Kaspi, S., Otto, M.W., Pollack, M.H., Fava, M. and **Shekhar, A.,** Prevalence and correlates of anger attacks: a two site study. J. Aff. Dis. (1996) 39:31-38.

22. **Shekhar, A.,** Keim, S.R., Simon, J.R., and McBride, W.J., Dorsomedial hypothalamic GABA dysfunction produces physiological arousal following sodium lactate infusions, Pharmacol. Biochem. Behav. (1996) 55:249-256.

23. *Keim, S.R. and **Shekhar, A.,** Effects of $GABA_A$ receptor blockade in the dorsomedial hypothalamus of rats on ACTH and corticosterone secretion, Brain Res. (1996) 739:46-51.

24. Galvin, M.R., Stilwell, B.M., **Shekhar, A.,** Kopta, S.M., and Goldfarb, S.M., Maltreatment, conscience functioning and dopamine B-hydroxylase in emotionally disturbed boys. Child Abuse Negl. (1997) 21:83-92.

20

CONFIDENTIAL
AZSER12778192

BEST COPY AVAILABLE

25. *Sajdyk, T.S., Katner, J.S., and **Shekhar, A.,** Monoamines in the dorsomedial hypothalamus of rats following exposure to different tests of "anxiety". Prog. Neuropsychopharmacol. Biol. Psychiat. (1997) 21:193-209.

26. *Ball, S.G. and **Shekhar, A.,** Basilar arterial response to hyperventilation in panic disorder. Am. J. Psychiatry (1997) 154:1603-1604.

27. Ball, S.G., Robinson, A., **Shekhar, A.** and Walsh, K.H. Dissociative symptoms in panic disorder. J. Affect. Dis. (1997) 185:755-760.

28. *Sajdyk TJ and **Shekhar A,** Excitatory amino acid receptors in the basolateral amygdala regulate anxiety responses in the social interaction test. Brain Res. (1997) 764:262-264.

29. *Sajdyk, T.J. and **Shekhar, A.,** Excitatory aminoacid receptor antagonists block the cardiovascular and anxiety responses elicited by $GABA_A$ receptor blockade in the basolateral amygdala of rats. J. Pharmacol. Exp. Ther. (1997) 283:969-977.

30. **Shekhar, A.** and Keim, S.R., The circumventricular organs form a potential neural pathway for lactate sensitivity: implications for panic disorder. J. Neurosci. (1997) 17:9726-9735.

31. *Sajdyk, TJ, Schober, DA., Gehlert, DR., **Shekhar, A.,** Role of corticotrophin-releasing factor and urocortin within the basolateral amygdala of rats in anxiety and panic responses. Behav. Brain Res. (1999) 100:207-215.

32. **Shekhar, A.,** Sajdyk, TJ., Keim, SR., Yoder, KK., and Sanders, SK., Role of the basolateral amygdala in panic disorder. Ann. N. Y. Acad. Sci. (1999).

33. *Sajdyk, T.J. and **Shekhar, A.,** Sodium lactate elicits anxiety in rats after repeated GABA receptor blockade in the basolateral amygdala. Euro. J Pharmacol (2000) 394:265-273.

34. McKinzie, DL, Sajdyk, TJ, McBride, WJ, Murphy, JM, Lumeng, L, Li, TK and **Shekhar, A.** Acoustic startle and fear-potentiated startle in alcohol-preferring (P) and –nonpreferring (NP) lines of rats. Pharm. Biochem. Behav (2000) 65:691-696.

35. **Shekhar, A.,** and Keim, SR., LY354740, a potent group II metabotropic glutamate receptor agonist prevents lactate induced panic response in panic-prone rats. Neuropharmacol. (2000) 39:1139-1146.

36. Jones, AE, McBride WJ, Murphy JM, Lumeng L, Li TK, **Shekhar, A** and McKinzie DL. Effects of ethanol on startle responding in alcohol-preferring (P) and –nonpreferring (NP) rats. Pharmacol. Biochem. Behav. (2000) 67:1-6.

37. **Shekhar, A,** McCann, UD, Meaney, MJ, Blanchard, DC, Davis, M, Frey, KA, Liberzon, I, Overall, KL, Shear MK, Tecott, LH, and Winsky, L. Summary of a National Institute of Mental Health workshop: developing animal models of anxiety disorders. Psychopharmacol. (2001) 157(4): 327-339.

21

CONFIDENTIAL
AZSER12778193

BEST COPY AVAILABLE

38. **Shekhar, A,** Katner, JS, Sajdyk, TJ, Kohl, RR. Role of neorpinephrine in dorsomedial hypothalamic panic response: an in vivo microdialysis study. Pharmacology, Biochemistry, and Behavior (2002) 71(31): 493-500.

39. Ball, S, Smolin, J, **Shekhar, A.** A psychobiological approach to personality: examination within anxious outpatients. J. Psychiatr Res. (2002) 36(2): 97-103.

40. Thielen, SK, **Shekhar, A.** Amygdala priming results in conditioned place avoidance. Pharmacol. Biochem. Behav. (2002) 71(3): 401-406.

41. Sweeten, TL, Posey, DJ, **Shekhar, A,** McDougle, CJ. The amydala and related structures in the pathophysiology of autism. Pharmacol. Biochem Behav. (2002) 71(3): 449-455.

42. Zaretskaia, MV, Zaretsky, DV, **Shekhar, A,** DiMicco, JA. Chemical stimulation of the dorsomedial hypothalamus evodes non-shivering thermogenesis in anesthetized rats. Brain Research (2002) 928(1-2): 311-125.

43. Hobbs, JA, **Shekhar, A.** Developmental aspects of panic and related anxiety disorders. Neuroembryology (2003) 2: 72-80.


**In press and accepted papers:**

*Walsh, K.H. and **Shekhar, A.,** Anxiety disorders secondary to interferon therapy: a case series and literature review. J. Clin. Psychiatry (2001) accepted.


**Submitted Papers:**

**Shekhar, A.,** Keim, S.R., Cavanaugh, T., Gehlert, D.R., and DiMicco, J.A. Angiotensin-II is the putative neurotransmitter in the pathway for lactate sensitivity in panic disorder (2003) PNAS submitted.

**Shekhar, A.** and Keim, SR., Panic-prone condition in rats following Chronic GABA dysfunction in the dorsomedial hypothalamus is NMDA and not non-NMDA glutamate receptor mediated. (2003) J. Pharmacol. Exp. Ther. submitted.

Ball SG, **Shekhar A.** Basilar artery response in panic disorder: An extension of findings (2001) Am. J. Psychiatry

22

CONFIDENTIAL
AZSER12778194

BEST COPY AVAILABLE

**Papers in Preparation:**

**Shekhar, A.,** Henley, D., Clair, D.S., Brashear, A., Unverzagt, F.W., Ball, S.G., Farber, M.O. and Hendrie, H.C., Neuropsychiatric sequelae of organic solvent exposure.   Am. J. Psychiatry manuscript in preparation.

**Shekhar, A.,** Anterior basolateral amygdala and anxiety, invited manuscript, in preparation.

Fischer, P., **Shekhar, A.,** Osuntoken, O., Keim, S.R., and Richter, J.A., Vitamin E prevents the development of tardive dyskinesia-like syndrome in rats after chronic neuroleptic treatment. (2001) Biol. Psychiatry, manuscript in preparation.

**Shekhar A.,** Katner, J.S, Chernet, E., Sajdyk, T.J. and McBride, W.J., 2-Deoxyglucose autoradiographic mapping of the activation pattern following GABA$_A$ receptor blockade in the dorsomedial hypothalamus of rats. (2001) in preparation.

Ball SG, Smolin J., **Shekhar A.**  A Psychobiological Approach to Personality:  Examination within Anxious Outpatients (2001) J. Anx. Disorders.


**Book Chapters:**

**Shekhar, A.,** Hingtgen, J.N. and DiMicco, J.A.:   Role of hypothalamic Gaba in aversively motivated behaviors.  In: Neuronal Control of Bodily Function: Neurobiology of Amino Acids, Peptides and Trophic Factors.  J. Ferrendelli, R. Collins and E. Johnson (eds.), Kluwer Academic Publishers (Martinus-Nijhof), Boston (1988) pp 249-251.

**Shekhar, A.,** Sajdyk, T.S., and Keim, S.R., Animal models of panic disorder. In: Current Procols in Neuroscience. Crwley J., Gerfen C., Rogawski M., Sibley D., Skolnik P., and Wray S. (eds.) John Wiley & Sons. Inc., New York, New York (2001) in press.

Posey, K.,   Ball, S.G., and **Shekhar, A.**  Classification of anxiety disorders -- Implications for psychiatric research.  In: Handbook of Medical Psychiatry, Soares J.C. and Grshon S. (eds), Marcel Dekker Inc., New York, New York (2001) submitted.

CONFIDENTIAL
AZSER12778195

BEST COPY AVAILABLE

**Published Abstracts at National/International Meetings (Selected):**

**Shekhar, A.** and DiMicco, J.A.:  Behavioral effects of posterior hypothalamic microinjection of GABA antagonists in rats. Fed. Proc. Abstr. 45 (1986) 431.

**Shekhar, A.**, DiMicco, J.A. and Hingtgen, J.N.:  Role of hypothalamic GABA in anxiety.  Proc. Soc. Biol. Psychiat. 41 (1986) 95.

**Shekhar, A.**, DiMicco, J.A. and Hingtgen, J.N.:  Bilateral microinjection of GABA synthesis inhibitors into the posterior hypothalamus elicits aversive reactions.  Soc. Neurosci. Abstr. 12 (1986) 1524.

**Shekhar, A.**, Hingtgen, J.N. and DiMicco, J.A.:  Role of hypothalamic GABA in aversively motivated behaviors.  Third Annual International Symposium - Neuronal Control of     Bodily Function - Basic and Clinical Aspects: III.  Neurobiology of Amino Acids, Peptides and Trophic Factors, 3 (1986) 56-58.

**Shekhar, A.**, Hingtgen, J.N. and DiMicco, J.A.:  Anxiogenic effects or Norleagnine (NL), a water soluble B-carboline in rats.  Fed. Proc. Abstr. 46 (1987) 1300.

**Shekhar, A.**, DiMicco, J.A. and Hingtgen, J.N.: Hypothalamic GABA and anxiety:  effects of microinjecting GABAergic drugs in rats responding on a conflict schedule. Proc. Soc. Biol. Psychiat. 42 (1987) 175.

Hingtgen, J.N., **Shekhar, A.**, DiMicco, J.A. and Aprison, M.H.:  Behavioral suppression in rats following bilateral microinjection of 5-hydroxytryptophan (5-HTP) in lateral     hypothalamus supports role of serotonergic mechanisms in 5 HTP animal model of depression.  Soc. Neurosci. Abstr. 13 (1987) 220.

**Shekhar, A.**, Lemberger, H.F., Hingtgen, J.M. and DiMicco, J.A.:  Stimulation and blockade of posterior hypothalamic (PH) GABA receptors and conflict in rats. Fed. Proc. Abstr. 47 (1988) 2: A 1569.

Sanders, S.K., and **Shekhar, A.:**  GABA blockade in the region of the anterior baso-lateral amygdala elicits a defense reaction. Soc. Neurosci. Abstr. 16 (1990).

**Shekhar, A.**, and Sims, L.K.: Enhancement of GABA neurotransmission in the cardiostimulatory region of the posterior hypothalamus has anxiolytic effects in the     elevated plus-maze. Soc. Neurosci. Abstr. 16 (1990).

Sanders, S.K. and **Shekhar, A.:**  GABA blockade in the region of the anterior basolateral amygdala (BLA) elicits "anxiety" in the absence of cardiovascular stimulation. Soc. Neurosci. Abstr. 17 (1991).

24

CONFIDENTIAL
AZSER12778196

BEST COPY AVAILABLE

Shekhar, A.: GABA blockade in the region of the dorsomedial hypothalamus (DMH) of rats: A possible model for panic disorder. Soc. Neurosci. Abstr. 17 (1991).

Sanders, S.K. and Shekhar, A.: Repeated injection of the GABA$_A$ Antagonist BMI into the basolateral amygdala (BLA) "kindles" experimental anxiety in rats. Soc. Neurosci. Abstr. 18 (1992).

Siemers, E., Shekhar, A., Quaid, K., and Dickson, H. Quantitative relationship between anxiety and motor fluctuations in Parkinson's disease. Abstr. Movement Disorder Soc. (1992).

Shekhar, A. and Katner, J.: Empirical Validation of the hypothalamic model of panic disorder. Soc. Neurosci. Abstr. 18 (1992).

Sanders, S.K., Keim, S.R., Simon, J.R. and Shekhar, A. Microinjection of GABA synthesis inhibitor into the basolateral amygdala elicits anxiety. Soc. Neurosci. Abstr. 19 (1993).

Shekhar, A., Keim, S.R. & Simon, J.R., Sodium lactate infusions provoke physiological arousal in an animal model of panic disorder. Soc. Neurosci. Abstr. 19 (1993).

Brashear, A., Unverzagt, F.W., Shekhar, A., Farber,M.O., Garcia, J.G.N. and Hendrie, H.C., Neuropsychiatric and Brain flow abnormalities after acute exposure to vapors of organic solvents. Neurology 44,suppl. 2, (1994) p.A400.

Keim, S.R. and Shekhar, A., Effects of GABA$_A$ receptor blockade in the dorsomedial hypothalamus of rats on ACTH and corticosterone secretion. Soc. Neurosci. Abstr. 20 (1994).

Katner, J.S., Shekhar, A., Sajdyk, T.J., Simon, J.R. and Richter, J.A., Monoamines in the dorsomedial hypothalamus of rats subjected to different tests of anxiety. Soc. Neurosci. Abstr. 20 (1994).

Shekhar, A., Keim, S.R., Simon, J.R. and McBride, W.J., Sodium lactate infusions in an animal model of panic disorder: Further studies. Soc. Neurosci. Abstr. 20 (1994).

Sajdyk, T.J., Shekhar, A., Katner, J.S., McBride, W.J. and Chernet, E., Changes in local cerebral glucose utilization (LCGU) following injections of a GABA$_A$ antagonist into the dorsomedial hypothalamus of rats. Soc. Neurosci. Abstr. 21 (1995) 1667.

Katner, J.S., Shekhar, A., Sajdyk, T.J. and Kohl, R.R., Norepinephrine release following GABA$_A$ antagonist into the dorsomedial hypothalamus of rats. Soc. Neurosci. Abstr. 21 (1995) 1667.

Shekhar, A. and Keim, S.R., NMDA antagonist AP5 blocks the anxiogenic effect and lactate induced physiological arousal caused by chronic GABA dysfunction in the dorsomedial hypothalamus of rats. Soc. Neuroci. Abstr. 21 (1995) 1673.

25

CONFIDENTIAL
AZSER12778197

BEST COPY AVAILABLE

Keim, S.R. and **Shekhar, A.,** Chronic GABAergic dysfunction in the dorsomedial hypothalamus disrupts the normal diurnal rhythm of corticosterone secretion in the rat. Soc. Neurosci. Abstr. 21 (1995) 872.

Keim, S.R. and **Shekhar, A.,** Lactate induced panic response in rats with chronic GABA dysfunction in the dorsomedial hypothalamus (DMH) is associated with increased norepinephrine release in the DMH. Soc. Neurosci. Abstr. 22 (1996) 672.

**Shekhar, A.** and Keim, S.R., Organum vasculosum lamina terminalis (OVLT) is a critical relay site for the lactate induced panic response in rats with chronic GABA dysfunction in the dorsomedial hypothalamus. Soc. Neurosci. Abstr. 22 (1996) 672.

McKinzie, D.L., Sajdyk, T.J., Murphy, J.M., McBride, W.J., Lumeng, L., Li, T.K. and **Shekhar, A.** Startle and fear-potentiated startle responding in the alcohol preferring (P) and non-preferring (NP) rat. Soc. Neurosci. Abstr. 22 (1996) 2071.

Sajdyk, T.J. and **Shekhar, A.** Interaction between GABA and excitatory amino acid receptors in the regulation of anxiety by the basolateral amygdala. Soc. Neurosci. Abstr. 22 (1996) 2048.

Ball, S. G. and **Shekhar, A.** Not only anxious: understanding and treating comorbid depression and anxiety. ADAA Ann. Meet., 1997.

**Shekhar, A.,** Small, J.G., DeMyer, W.E., Corsaro, C.J, Klapper, M.H., 20 year follow-up of clozapine versus standard drugs in schizophrenia. Biol. Psychiatry Ann. Mtg. 1997.

SR Keim  and A Shekhar.  Angiotensin II pathways are critical afferents for the lactate-induced panic response in rats with chronic GABA dysfunction in the dorsomedial hypothalamus (DMH) Soc of Neuroscience Abstract 23:2379, 1997

**A Shekhar** and SR Keim.  A potential neural pathway for lactate-induced panic response in rats following long-term synaptic plasticity in the basolateral amygdala Soc of Neuroscience Abstract 23:2379, 1997

T.J. Sajdyk and **A. Shekhar**  "Interaction between GABA and excitatory amino acid receptors in the regulation of anxiety by the basolateral amygdala." Soc. Neurosci. Abstr. 23:2379; 1997.

T.J. Sajdyk, D.A. Schober, D.R. Gehlert and **A. Shekhar**  "Corticotropin-releasing factor and urocortin within the basolateral amygdala of rats elicit long-term priming of anxiety and panic responses." European Neuropeptide Club and Summer Neuropeptide Conference, Gent, Belgium 1998.

SR Keim and **A Shekhar.** Chronic GABA dysfunction in the dorsomedial hypothalamus (DMH) of rats results in a panic-prone state that is NMDA and not non-NMDA receptor mediated. Soc Neuroscience Abstract 24:391, 1998

CONFIDENTIAL
AZSER12778198

BEST COPY AVAILABLE

**A Shekhar** and SR Keim. Panic responses in rats with chronic GABA dysfunction in the dorsomedial hypothalamus (DMH) following I.V. infusion of yohimbine and fenfluramine. Soc of Neuroscience Abstract 24:491, 1998

T.J. Sajdyk, D.A. Schober, D.R. Gehlert and **A. Shekhar** "Corticotropin-releasing factor and urocortin within the basolateral amygdala of rats elicit long-term priming of anxiety and panic responses." Soc. Neurosci. Abstr. 24: 1998

T.J. Sajdyk, D.A. Schober, D.R. Gehlert and **A. Shekhar** "Corticotropin-releasing factor and urocortin within the basolateral amygdala of rats elicit long-term priming of anxiety and panic responses." New York Acad. Sci. Conference: Advancing from the Ventral Striatum to the Extended Amygdala; 1998.

A. **Shekhar**, T.S. Sajdyk, S.R. Keim, K.K. Yoder and S.K. Sanders "Role of the basolateral amygdala in panic disorder." New York Acad. Sci. Conference: Advancing from the Ventral Striatum to the Extended Amygdala; 1998.

T.J. Sajdyk, S.R. Keim, S.R. Blincoe, D.R. Gehlert, **A. Shekhar** "Priming of panic-like responses by activating CRF receptors or blocking GABA$_A$ receptors in the basolateral amygdala of rats." Soc. Neurosci. Abstr. 25:1999.

SR Keim and **A Shekhar.** NE and 5-HT receptors involved in eliciting panic-like responses following I.V. infusions of yohimbine and fenfluramine. Soc Neuroscience Abstract 25:2139, 1999.

**A Shekhar** and SR Keim. LY354740, a potent group II metabotropic glutamate receptor agonist prevents lactate-induced panic responses in rats. Soc of Neuroscience Abstract 25:349, 1999.

TS Sajdyk, SR Keim, SK Blincoe, DR Gehlert and **A Shekhar.** Panic-like responses by activating CRF receptors or blocking GABA-A receptors in the basolateral amygdala of rats. Soc of Neuroscience Abstract 25:65, 1999.

W.A. Koss, S.M. Morin, T.J., Sajdyk, D.R. Gehlert, and **A. Shekhar** "The effect of estrogen on anxiety-like behavior". Neurochemistry Winter Conference, Solden, Austria, 2000.

**Shekhar, A.** "Neuroanatomical basis of panic-like behavior". Neurochemistry Winter Conference, Solden, Austria, 2000.

**Shekhar A.,** Keim S.R., The bed nucleus of the stria terminalis: putative site for anxiety in lactate-induced panic responses in panic-prone rats. Soc. Neurosci. Abstr. 26:2042, 2000.

S.R. Keim, **A. Shekhar.** Involvement of angiotensin-II and GABA-A receptors in the panic-like responses elicited by lactate infusions in rats. Soc. Neurosci. Abstr. 26:2042, 2000.

S. K. Thielen, Keim S.R., **Shekhar, A.** Conditioned place avoidance in amygdala-primed rats. Soc. Neurosci. Abstr. 26:2020, 2000.

27

CONFIDENTIAL
AZSER12778199

BEST COPY AVAILABLE

W.A. Koss, T.J. Sajdyk, S.M. Morin, A. Shekhar, D.R. Gehlert. The effects of 17B-estrdiol on animal tests of anxiety in ovariectomized rats. Soc. Neurosci. Abstr. 26:1773, 2000.

K.K.Yoder, G.D. Hutchins, A. Shekhar. Quantification of dopamine innervation in schizophrenia using [11-C]-B-CFT and PET. Soc. Neurosci. Abstr. 26:2315,2000.

A.Shekhar, T.J. Sajdyk, S.R. Keim, S.G. Ball. (spon. Numberger J.I., Jr.). Neuroanatomy of panic attacks: basic and clinical studies. Abstr. ACNP Ann. Meeting, 39:2000.

K.K.Yoder, G.D. Hutchins, A. Shekhar. (spon. W.Z. Potter) Striatal dopamine innervation in schizophrenic patients with and without tardive dyskinesia. Abstr. ACNP Ann. Meeting, 39:2000.

T.J. Sajdyk, D.A. Schober, K.D. Gilbert, D.R. Gehlert, A. Shekhar "KN-62, a calcium calmodulin kinase II inhibitor, blocks the acquisition of long-term anxiety-like behavior due to repeated administration of urocortin into the basolateral amygdala". (in press) Soc for Neurosci abstr 27: 2001.

S.R. Keim, T.J. Sajdyk, A. Shekhar "Panic-like responses elicited by lactate infusions in amygdala-primed rats is mediated via angiotensin-II". (in press) Soc for Neurosci Abstr 27:2001.

S.K. Thielen, S.R. Keim, T.J. Sajdyk, A. Shekhar "Fenfluramine differentially affects anxiety-like behavior and autonomic resonses in rats primed with urocortin versus bicuculline in the amygdala". (in press) Soc for Neurosci Abstr 27:2001.

A.Shekhar, S.R. Keim. Modeling generalized anxiety versus panic disorder: role of inhibitory dysfunction in the bed nucleus of the stria terminalis (BNST) or the hypothalamus/amygdala. (in press) Soc for Neurosci Abstr 27:2001.

28

CONFIDENTIAL
AZSER12778200

BEST COPY AVAILABLE

**Presentations at Professional Societies (Selected):**

Ball SG, Buchwald AM, Waddell MT, & **Shekhar A.** (1991). Depressive and anxious symptoms in panic disorder. Paper presented at the Psychological Clinic Colloquium Series, Indiana University.

Ball SG, Buchwald AM, Waddell MT, & **Shekhar A.** (1993). Generalized anxiety and depressive symptoms in panic disorder: Implications for comorbidity. Poster presented at the Association for the Advancement of Behavior Therapy Conference, Atlanta, GA.

Waddell MT, Ball SG, & **Shekhar A.** (1994). The longitudinal course of nonclinical panic: A naturalistic follow-up study. Poster presented at the 14th national conference for Anxiety Disorders Association of America, Santa Monica, CA.

Ball SG, **Shekhar A,** Bedwell C, & Clair D. (1995). Basilar arterial response to hyperventilation provocation in panic disorder: Implications for classification and treatment. Poster presented at the World Behavioral and Cognitive Therapies Congress, Copenhagen, Denmark.

Ball SG, Gould R, Kaspi S, Otto M, Pollack M, Fava M, & **Shekhar A.** (1995). Anger attacks in panic disorder: A two site study. Poster presented at the Association for Advancement of Behavior Therapy 29th National Conference, Washington, D.C.

Ball SG, Robinson A, Walsh K, Waddell M, & **Shekhar A.** (1995). Dissociative symptoms in panic disorder. Poster presented at the Association for Advancement of Behavior Therapy 29th National Conference, Washington, D.C.

Ball SG, **Shekhar A.** (1997). Multimodal imaging of cerebral arterial blood flow after hyperventilation in patients with panic disorder. Paper presented at the Anxiety Disorders Association of America National Conference, New Orleans, LA.

Ball SG, Shekhar A. (1997). Not only anxious: Understanding and treating panic disorder and depression. Clinical workshop presented at the Anxiety Disorders Association of America National Conference, New Orleans, LA.

Ball SG, **Shekhar A.** (1998). Understanding and treating anxiety in a medical context. Clinical workshop presented at the Anxiety Disorders Association of America National Conference, Boston, MA.

Ball SG, Foresman B., **Bax A.**, Chisholm R., Smolin, J., **Shekhar A.** (1999). Beliefs and attitudes towards sleep in anxious outpatients: Patterns within primary and secondary insomnias. Poster presented at he Association Advancement Behavior Therapy N   National Conference, Toronto, Canada.

Ball SG, **Shekhar A.** (1999). Answering the question of why?: Etiologies and vulnerabilities

29

CONFIDENTIAL
AZSER12778201

BEST COPY AVAILABLE

For anxiety. Clinical workshop presented at the Anxiety Disorders Association of America National Conference, San Diego, CA.

Ball SG, Smolin J, **Shekhar A.** (1999). A psychobiological approach to personality: Examination in anxious outpatients. Paper presented at the Anxiety Disorders Association of America National Conference, San Diego, CA.

**Shekhar, A.** "Neuroanatomical basis of panic-like behavior". Neurochemistry Winter Conference, Solden, Austria, 2000.

**Invited Talks/Continuing Medical Education Presentations (current academic year)**

Grand Rounds, Ball Memorial Hospital, Muncie, Indiana "Post-traumatic Stress Disorder: Diagnosis and Treatment" August 23, 2000

Grand Rounds, Community Hospital Hospital, Bryan, Ohio "Anxiety Disorders: Diagnosis and Treatment" August 30, 2000

CME presentation, Elkhart, Indiana: "Post-traumatic Stress Disorder: Diagnosis and Treatment" August 30, 2000

National Alliance for Mentally Illness (NAMI) State Conference, workshop, "Neurobiology of mental Illnesses: schizophrenia, panic disorder" September 16, 2000

CME Presentation, Greenfield, Indiana: "Treatment of Anxiety Spectrum Disorders and a critical review of adverse events associated with antidepressants" September 19, 2000

Invited Speaker, Indiana Psychiatric Association Meeting: "Psychopharmacology Update" October, 2000.

CME presentation, Indianapolis "Bipolar Mania: An overview of Diagnosis and Treatment" October 25, 2000

Grand Rounds, St. Mary Medical Center, Evansville, Indiana "Many faces of Anxiety" December 20, 2000

CME presentation, Henry County Medical Society, New Castle, Indiana: "Anxiety Disorders: Recent Advances in Diagnosis and Treatment" January 2, 2001

CME presentation, Pfizer Marketing group, Westin Hotel, Indianapolis, "QTc interval and its significance in the safety of antipsychotic therapies" Jan 5, 2001

Invited Speaker, Department of Anatomy and Behavioral Sciences, University of Kentucky, Lexington, Kentucky. "Neuroanatomical Basis of Panic Response" Jan 22, 2001

30

CONFIDENTIAL
AZSER12778202

BEST COPY AVAILABLE

Grand Rounds, Department of Psychiatry, Indiana University, "Recent Studies in the Neurobiology of Schizophrenia" Feb, 2001

Invited presentation, Glaxo-Smith Kline Marketing group, Westin Hotel, Indianapolis, "Efficacy of Paroxetine in Generalized Anxiety Disorder" April 23, 2001

CME Presentation, Merrillville, Indiana: "Treatment of Anxiety Spectrum Disorders and a critical review of adverse events associated with antidepressants" May 5, 2001

Updated: June 9, 2003.

31

CONFIDENTIAL
AZSER12778203

BEST COPY AVAILABLE

0079

D1447C00127: _____

**Kashinath G. Yadalam, MD**
Medical Director, Institute for Neuropsychiatry
2829 4th Avenue, Suite 150, Lake Charles, Louisiana 70601

Medical Director / CEO, Lake Charles Clinical Trials
2770 3rd Avenue, Suite 340, Lake Charles, Louisiana 70601

REDACTED

Last updated in October 2003

10 OCT 2003

| | |
|---|---|
| **Personal data** | REDACTED |
| **Specialty** | Board certified in Psychiatry in 1984 |
| | Licensed to practice in Louisiana, Pennsylvania, Nebraska, Florida and Texas |
| **Education** | Kasturba Medical College, Manipal, India, M.B., B.S., and April 1978 |
| | Internship at Kasturba Medical College, Mangalore, India and |
| | Christian Medical College Hospital, Vellore, India, 1977-78 |
| | Medical Officer, Rural Health Center, Bangalore, India, 1979 |
| | Medical Officer, University Teaching Hospital, Lusaka, Zambia, 1979-80 |
| | Residency in Psychiatry, 1980-83, University of Nebraska College of Medicine |
| | Clinical Psychopharmacology Fellow, 1983-84, Medical College of Pennsylvania |
| **Faculty Appointments** | Medical College of Pennsylvania, Philadelphia, Pennsylvania |
| | Instructor in Psychiatry, September 1984 |
| | Assistant Professor of Psychiatry, September 1985 |
| | Associate Professor of Psychiatry, July 1989 |
| | Medical Director, Diagnostic and Consultation Center, January 1990 |
| **Practice Experience** | Associate Director, Institute for Neuropsychiatry, Lake Charles, LA, 1991 - 1996 |
| | Medical Director, Adult Services, Lake Charles Memorial Hospital, Lake Charles, 1994 – to present |
| | Medical Director, Institute for Neuropsychiatry, Lake Charles, LA, 1996 to present |
| | Medical Director / CEO, Lake Charles Clinical Trials, Lake Charles, LA, 2002 to present |
| **Prof. Memberships** | Louisiana Psychiatric Medical Association |
| | American Psychiatric Association |
| | American College of Clinical Pharmacology |
| | National Alliance for the Mentally Ill |

1

CONFIDENTIAL
AZSER12778204

BEST COPY AVAILABLE

<u>Research Grants funded by National Institute of Health</u>

**Project psychiatrist,** Treatment Strategies in Schizophrenia Study ("TSS Study"), 1986 – 1991.

**Principal Investigator,** Computed Tomographic Study of Schizophrenia, 1987 - 89

**Co-investigator,** Social Skills Training and Double-Blind Nortriptyline Treatment in Dysthymic Disorder, 1987-1989

**Co-investigator,** Prolactin and Fluphenazine Levels in the Maintenance Treatment of Schizophrenia, 1987-1990

**Medical Research Coordinator,** Lithium Treatment for Nonstabilized Patients, 1987-1990

<u>Clinical Trials funded by Pharmaceutical Industry</u>

**Principal Investigator,** Remeron SolTab Mature-D patient trial program for effectiveness in depression, 2001 **(Organon)**

**Principal Investigator,** A placebo-controlled 12-week study of the safety and efficacy of two doses of topiramate versus placebo for the treatment of acute manic or mixed episodes in subjects with bipolar I disorder with an optional open-label treatment, 2001 **(Johnson and Johnson)**

**Principal Investigator,** An International, multi-center, large simple trial (LST) to compare the cardiovascular safety of ziprasidone and olanzapine, 2002 **(Pfizer)**

**Principal Investigator,** A double-blind placebo controlled 4-week study of the safety and efficacy of topiramate in children and adolescents with acute manic or mixed episodes of bipolar I disorder, 2002 **(Johnson and Johnson)**

**Principal Investigator,** Topiramate versus placebo as add-on treatment of subjects with bipolar disorder in the outpatient setting, 2002 **(Ortho-McNeil)**

**Principal Investigator,** A multi-center, randomized, double-blind, placebo-controlled, parallel, phase III study comparing the efficacy of olanzapine with placebo, in adolescents age 13-17 years with schizophrenia, 2002 **(Lilly)**

**Principal Investigator,** A phase IV parallel, double-blind, randomized study comparing the efficacy of once daily olanzapine with placebo, in adolescents' age 13-17 years with bipolar I disorder, 2002 **(Lilly)**

**Principal Investigator,** An open label study assessing Paxil CR in subjects with major depressive disorder who discontinued treatment with an SSRI/SNRI due to intolerability, 2003 **(GlaxoSmithKline)**

**Principal Investigator,** A 52-week prospective, randomized, double-blind, multi-center study of relapse following transition from oral antipsychotic medication to two different doses (25 or 50 mg given every two weeks) of risperdone long-acting microspheres (Risperdal Consta) in adults with schizophrenia or schizoaffective disorder, 2003 **(Janssen)**

**Principal Investigator,** An augmentation of Risperdal Consta with galantamine in adults with chronic schizophrenia, under review, 2003 **(Janssen)**

**Principal Investigator,** Lilly's Emotional and Physical Symptoms of Depression Study, 2003 **(Lilly)**

**Principal Investigator,** A randomized, double-blind study to evaluate the efficacy and safety of risperidone vs. quetiapine vs. placebo in subjects with an acute exacerbation of schizophrenia, 2003 **(Janssen)**

**Principal Investigator,** A randomized, double blind, parallel-group, placebo-controlled safety and efficacy study of Adderall XR with an open-label extension in the treatment of adolescents aged 13-17 with attention deficit hyperactivity disorder, 2003 **(Shire)**

2

CONFIDENTIAL
AZSER12778205

BEST COPY AVAILABLE

<u>Clinical Trials funded by Pharmaceutical Industry (Cont'd.)</u>

**Principal Investigator,** A Phase III, 18-month, open-label safety, tolerability, and efficacy study of Adderall XR in the treatment of adolescents aged 13-18 with attention deficit hyperactivity disorder, 2003 **(Shire)**

**Principal Investigator,** Efficacy of Provigil in reliving fatigue as a consequence of treatment with an SSRI, under review, 2003 **(Cephalon)**

**Principal Investigator,** The efficacy and safety of risperidone in the treatment of adolescents with schizophrenia, 2003 **(Janssen)**

**Principal Investigator,** The efficacy and safety of risperidone in the treatment of adolescents with schizophrenia: a follow-up trial, 2003 **(Janssen)**

**Principal Investigator,** Phase III, placebo-controlled negative symptom schizophrenia trial using ORG 5222, under review, 2003 **(Organon)**

**Principal Investigator,** Phase III, placebo-controlled relapse prevention in stable outpatients with schizophrenia using ORG 5222, under review, 2003 **(Organon)**

**Principal Investigator,** A 6-week, Phase III, double-blind, randomized, placebo-controlled trial to assess the efficacy and safety of qd and bid dose regimens of up to 30 mg/day of Org 5222 versus placebo in subjects suffering from an acute exacerbation of schizophrenia, under review, 2003 **(Organon)**

**Principal Investigator,** A phase IV, open-label study of tolerability, clinical response, and satisfaction in adult bipolar I subjects optimizing initiation of therapy using administration of dermatological precautions and Lamictal, under review, 2003 **(GlaxoSmithKline)**

**Principal Investigator,** A double blind, placebo-controlled study of the efficacy and safety of a fixed dose range of risperidone compared with placebo for manic and mixed episodes of Bipolar I in children and adolescents aged 10-17, under review, 2003 **(Johnson & Johnson)**

<u>Site visits</u>:    Ingenix for Johnson and Johnson, May 2001
Ingenix for Ortho-McNeil, June 2002
Lilly, August 2002
Quintiles for Janssen Pharmaceutica, September 2002
Paragon for GlaxoSmithKline, February 2003
Quintiles for Shire Pharmaceutical Development, Inc., April 2003
Pharmanet for Janssen Pharmaceutica, June 2003
Ingenix for Organon, July 2003
Quintiles for Shire Pharmaceutical Development, Inc., July 2003
PPD Development, Inc. for Organon, August 2003
Astra Zeneca, October 2003
Johnson & Johnson, October 2003

**Honors**

Nominated by the University of Nebraska College of Medicine to receive American Psychiatric Association's Falk Fellowship, 1983

Recipient of the Young Investigator's Award, International Congress of Schizophrenia Research, 1987, Clearwater, Florida.

3

CONFIDENTIAL
AZSER12778206

BEST COPY AVAILABLE

**Honors (Contd.)**

Nominated to receive the Ole J. Rafaelsen Fellowship in Clinical Psychopharmacology, 1988, Munich, Germany

Recipient of the Young Scientist's Award, Winter Workshop on Schizophrenia, University of London, U.K., 1990, Badgastein, Austria

Fellow, American Psychiatric Association, 1998

Southwest Louisiana spokesperson for National Alliance for the Mentally Ill, 2001

Distinguished Fellow, American Psychiatric Association, 2002

**Louisiana Psychiatric Medical Association**

1994 and 1998: Program Chairman, Fall Meeting

From 1994: Co-Chair, CME committee

From 2001: Membership committee

**Service activity**

Psychiatrist for the Calcasieu Community Clinic (free clinic serving the employed uninsured), 2001 to present

Member of the Board – National Alliance for the Mentally Ill (SWLA chapter), 2002 to present

Consulting Psychiatrist – Family and Youth Counseling Agency, 2003

Vice President – National Alliance for the Mentally Ill (SWLA chapter), 2003

**Publications**

**Book Chapter**

Drug-induced parkinsonism. In: Drug-Induced Dysfunction in Psychiatry, Pages 119-130, 1992, edited Keshavan MS and Kennedy JS New York: Hemisphere Publications.

**Journals**

**Yadalam KG**, Jain AK and Simpson GM: Mania in two sisters with similar cerebellar disturbance.  American Journal of Psychiatry 142:1067-1069, 1985

Simpson GM and **Yadalam KG**: Blood levels of neuroleptics: State of the art.  Journal of Clinical Psychiatry 46 (5, Sec. 2) 22-28, 1985

**Yadalam KG** and Simpson GM: Novel antipsychotics.  Current Opinion in Psychiatry 1:23-31, 1988

**Yadalam KG** and Simpson GM: Changing from oral to depot fluphenazine.  Journal of Clinical Psychiatry 49:346-348, 1988

4

CONFIDENTIAL
AZSER12778207

BEST COPY AVAILABLE

## Journals (Contd.)

Simpson GM, **Yadalam KG** and Stephanos MJ: Double-blind carbidopa/levodopa and placebo study in tardive dyskinesia. Journal of Clinical Psychopharmacology 8:49s-51s, 1988

**Yadalam KG** and Simpson GM: Single dose pharmacokinetics of fluphenazine decanoate. Biological Psychiatry (Suppl.) 25:180A, 1989

**Yadalam KG**, Frances A, Lieberman J, Jacobs M, Mayerhoff D, Ninan P, Schooler NC and Simpson GM: Plasma levels of fluphenazine and prolactin in maintenance treatment of schizophrenia. Schizophrenia Research 2:216, 1989

Mance R, Gonzalez A, Hinson J, Jacobs M, Manevitz A, Mayerhoff D, Robinson D, Shelton S, Weiden P, **Yadalam KG**, Keith S and Mathews S.: Recognition of relapse in schizophrenic outpatients. Schizophrenia Research 2(1-2): 209, 1989

**Yadalam KG**, Korn M, and Simpson GM: Tardive dystonia (four case histories). Journal of Clinical Psychiatry 50:17-20, 1990

**Yadalam KG** and Simpson GM: Dopamine receptor sensitivity and tardive dyskinesia. Schizophrenia Research 3: 80, 1990

Levinson DF, Simpson GM, Singh H, **Yadalam KG**, Jain A, Stephanos MJ and Silver P. Fluphenazine dose, clinical response, and extrapyramidal symptoms during acute treatment. Archives of General Psychiatry, 47:761-768, 1990

Mueser KT, Yarnold PR, Levinson DF, Singh H., Bellack AS, Kee K., Morrison RL and **Yadalam KG**: Substance abuse in schizophrenia. Schizophrenia Bulletin 16(1) 31-57, 1990

Levinson DF, Simpson GM, Lo ES, Cooper TB, **Yadalam KG** and Stephanos MJ: Fluphenazine plasma levels, dosage, efficacy and side effects. American Journal of Psychiatry 152(5): 765-71, 1995

Schulz SC, Thompson P, Jacobs M, Ninan PT, Robinson D, Weiden P, **Yadalam KG**, Glick I. and Odbert CL: Lithium augmentation fails to reduce symptoms in poorly responsive schizophrenic outpatients. Journal of Clinical Psychiatry 60:6, 366-72, 1999

## Abstracts

Simpson GM, Levinson DF, Midha KK, **Yadalam KG**, Jain A, Singh H, Stephanos MJ and Levitt MEM: Plasma levels of fluphenazine and clinical response. Abstracts of the IV World Congress of Biological Psychiatry, 1985, Philadelphia, PA

Simpson GM, **Yadalam KG**, Levinson DF, Stephanos MJ, Cooper TB and Lo ES: Single-dose kinetics of fluphenazine decanoate. American Psychiatric Association, 1986, Washington, DC

**Yadalam KG**, Levinson DF, Goldstein P, Levitt MEM and Simpson GM: Computed tomographic study in major psychoses. Society of Biological Psychiatry, 1987, Chicago, IL

Levinson DF, Singh H., **Yadalam KG** and Simpson GM: Dosage (10 vs. 20 mg) of oral fluphenazine does not predict clinical improvement during acute treatment. American College of Neuropharmacology, 1987, San Juan, Puerto Rico

Levinson DF, Singh H., **Yadalam KG** and Simpson GM: Dosage (10 vs. 20 mg) of oral fluphenazine does not predict clinical improvement during acute treatment. American College of Neuropharmacology, 1987, San Juan, Puerto Rico

5

CONFIDENTIAL
AZSER12778208

BEST COPY AVAILABLE

**Abstracts (Contd.)**

**Yadalam KG**, Levinson DF, Goldstein P, Levitt MEM and Simpson GM: Atrophic changes in the CNS and major psychoses. International Congress of Schizophrenia Research, 1987, Key Biscayne, FL

**Yadalam KG**, Simpson GM and Stephanos MJ: Receptor sensitivity modification and tardive dyskinesia.  Society of Biological Psychiatry, 1988, Montreal, Canada

**Yadalam KG**, Levinson DF, Goldstein P, Levitt MEM and Simpson GM: Atrophic changes in the CNS and major psychoses. International Congress of Schizophrenia Research, 1987, Key Biscayne, FL

**Yadalam KG**, Simpson GM and Stephanos MJ: Receptor sensitivity modification and tardive dyskinesia.  Society of Biological Psychiatry, 1988, Montreal, Canada

Schooler NC, Jacobs M, Mance R, Robinson D, Weiden PJ, **Yadalam KG** and Keith SJ: Do extrapyramidal syndromes predict stabilization in schizophrenia.  American Psychiatric Association, 1988, Montreal, Canada

Levinson DF, Singh H and **Yadalam KG**: Fluphenazine dose and clinical response.  American Psychiatric Association, 1988, Montreal, Canada

Simpson GM, Levinson DF, Singh H, Stephanos MJ and **Yadalam KG**: Akathisia as a predictor of outcome in neuroleptic treatment.  C.I.N.P. Congress, 1988, Munich, Germany
Simpson GM, **Yadalam KG**, Lieberman J, Ninan P, Francis A and Jacobs M: Fluphenazine and prolactin levels and short term outcome in schizophrenia.  American College of Neuropharmacology, 1988, San Juan, Puerto Rico

Ninan PT, **Yadalam KG**, Jacobs M, Lieberman J and Sweeney J: CT findings and short-term outcome in schizophrenia.  American College of Neuropharmacology, 1988, San Juan, Puerto Rico

Mueser KT, Yarnold PR, Levinson DF, Singh H, Bellack AS, Kee K, Morrison RL and **Yadalam KG**: Substance abuse in schizophrenia.  Hospital and Community Psychiatry, 1989, Philadelphia, PA

Josiassen RC, **Yadalam KG**, Johnson MM, Singh H and Wilson W: Are somatosensory ERP abnormalities in schizophrenia related to changes in brain morphology?  American College of Neuropharmacology, 1989, Maui, HI

Ninan PT, Severe J, Sweeney J, Leiberman J, Jacobs M and **Yadalam KG**: Lateral ventricular asymmetry and short-term outcome in schizophrenia.  American College of Neuropharmacology, 1989, Maui, HI

6

CONFIDENTIAL
AZSER12778209

BEST COPY AVAILABLE

D1447C00127: #0080

# CURRICULUM VITAE

## Dwight S. St. Clair, D.O.

| | |
|---|---|
| **RESEARCH ADDRESS:** | Heartland Research Associates, LLC<br>1709 South Rock Road<br>Wichita, Kansas  67207 |
| **BUSINESS ADDRESS:** | Affiliated Psychiatric, LLC<br>1148 South Hillside, #104<br>Wichita, Kansas  67211 |

**PERSONAL DATA:**

| | |
|---|---|
| Date of Birth: | REDACTED |
| Kansas Medical License Number: | 05-24105 |

**EDUCATION:**

| | |
|---|---|
| 1989 – 1991 | University of Medicine & Dentistry of New Jersey<br>School of Osteopathic Medicine<br>Psychiatry, Chief Resident |
| 1988 – 1989 | Metropolitan Hospital Central Division<br>Philadelphia, Pennsylvania<br>Rotating Internship |
| 1988 | The University of Health Sciences<br>College of Osteopathic Medicine<br>Kansas City, Missouri |

**CERTIFICATION:**

Certified Rater:  ADAS COG / AIMS / BARNS / CIBIC / MMSE
DSMIV / HAM-A / HAM-D / MADRS / PANNS / SAS / YMRS
SCID / CGI – Bipolar / CGI – Improvement / CGI – Severity / Peabody
MINI International Neuropsychiatric Interview – 1995
Osteopathic National Boards, Part I & III, successfully completed 1989
American Osteopathic Board of Neurology and Psychiatry, sucessfully
completed, psyciatric certification, June 1995

**APPOINTMENTS:**

Preferred Health Systems
Behavorial Health Department
Medical Director – 2001 - Present

12 / 8 / 05     Revised 12/5/05

CONFIDENTIAL
AZSER12778210

BEST COPY AVAILABLE

# CURRICULUM VITAE
## Dwight S. St. Clair, D.O.

AFFILIATIONS:

American College of Neuropsychiatrists
American Osteopathic Association

TEACHING EXPERIENCES:

Associate Proffesor – University of Medicine and Biosciences – Kansas City, Missouri
Associate Proffesor – Department of Psychiatry, University of Kansas School of Medicine
Teaching Staff – Via Christi Riverside Hospital – 12 Years

RESEARCH

Pilot Study at:  University of Medicine and Dentistry of New Jersey re:  Somatic
Dysfunction in Depression vs. Adjustment Disorders, 1992
Since 1992, Dr. St. Clair has been involved with data gathering for various pharmaceutical
companies and universities.
Dr. St. Clair is involved in the research project on Major Depression with Preferred Health
Systems, Inc., Wichita, Kansas
 Investigator for Heartland Research Associates, LLC, 1999 – present.

PROFESSIONAL EXPERIENCE:

| 1999 – present | Heartland Research Associates, LLC
1709 South Rock Road
Wichita, Kansas  67207 |
| 1995 – present | Affiliated Psychiatric, L.L.C.
1448 South Hillside, Suite 104
Wichita, Kansas 67211 |
| 1992 – 1995 | College Hill Psychiatric
1725 East Douglas
Wichita, Kansas 67211 |
| 1989 – 1992 | University of Medicine and Dentistry of New Jersey
School of Osteopathic Medicine
2250 Chapel Avenue
Cherry Hill, NJ |

Revised 12/5/05

CONFIDENTIAL
AZSER12778211

BEST COPY AVAILABLE

D1447C00127:0082
5077IL/127

## CURRICULUM VITAE
### 01/2003

NAME:              JOHN GREGORY DUFFY, M.D.

DATE OF BIRTH:     REDACTED

CITIZENSHIP:       REDACTED

CALIFORNIA
LICENSE:           A54948

EDUCATION:

| | |
|---|---|
| 1982-87 | University of California, Los Angeles Bachelor of Science in Psycho-biology |
| 1987-89 | University of California, Los Angeles School of Public Health Master of Science in Public Health-Health Policy & Planning |
| 1990-94 | Georgetown University School of Medicine, Doctor of Medicine |
| 1994-98 | University of California, Irvine Department of Psychiatry & Human Behavior, Adult Psychiatry Program |

EDUCATIONAL HONORS:

| | |
|---|---|
| 1991 | National Institute of Mental Health Summer Research Fellow |
| 1991 | Betty Ford Center Medical Student Professional In-Residence Summer School Scholar |
| 1993 | AMA-Rock Sleyster Memorial Scholar |
| 1997 | Emory University School of Medicine Psychiatric Residents Symposium |
| 2000 | Diplomat of the American Board of Psychiatry & Neurology |

1087

CONFIDENTIAL
AZSER12778212

BEST COPY AVAILABLE

CURRENT POSITIONS:

Private Practice
601 N. Park Center Dr. # 109
Santa Ana, CA. 92705

Western Medical Center, Santa Ana
Neuro Psychiatry Unit, 5th Floor
1001 N. Tustin Ave.
Santa Ana, CA. 92705

Apex Research Institute
999 N. Tustin Ave. #120
Santa Ana, CA. 92705

CLINICAL & ADMINISTRATIVE EXPERIENCE:

| | |
|---|---|
| 2003-Present | Associate Medical Director<br>Neuro Psychiatric Mgmt. Group, Inc.<br>Santa Ana, CA |
| 1999-2002 | Director of Marketing/Staff Psychiatrist<br>Neuro Psychiatric Mgmt. Group, Inc.<br>Santa Ana, CA |
| 1999-2002 | Director of Electroconvulsive Therapy<br>Neuro Psychiatric Mgmt. Group, Inc.<br>Santa Ana, CA |
| 1995-Present | Geriatric & Adult Psychiatrist<br>Private Practice<br>Santa Ana, CA. |
| 1998-2000 | Clinical Faculty College of Osteopathic<br>Medicine of the Pacific<br>Western Medical Center, Tustin, CA. |
| 1998-1999 | Director of Utilization Review/Staff<br>Psychiatrist, Neuro Psychiatric Mgmt.<br>Group, Inc. Tustin, CA. |
| 2001-Present | Medical Director, Alzheimer's Unit<br>Palm Grove Nursing Center<br>Garden Grove, CA. |

CONFIDENTIAL
AZSER12778213

BEST COPY AVAILABLE

| | |
|---|---|
| 2000-Present | Psychotropic Utilization Review Committee, Chair Carehouse Convalescent Home Tustin, CA. |
| 2000-Present | Psychotropic Utilization Review Committee, Chair Sunbridge Care & Rehabilitation Tustin, CA. |

RESEARCH EXPERIENCE:

| | |
|---|---|
| 2000-Present | Institute of Pharmacological Research Cerritos, CA. Sub-Investigator of Clinical Trials |
| 1997-98 | Veterans Affairs Medical Center Long Beach, CA. Research Consultant Conducted Double-Blind, Placebo Controlled Study on Beta-Adrenergic Blockade & Memory in PTSD Patients |
| 1991 | National Institute of Mental Health, Bethesda, MD. Summer Research Fellow. Evaluated Children & Adolescents with childhood onset Schizophrenia in a double-blind drug Study |
| 1991 | UCLA AIDS Clinical Research Center Los Angeles, CA. Staff Research Associate Designed Survey to assess AIDS Educational activities directed towards Physicians contracting with health Maintenance organizations |
| 1988 | The RAND Corporation Santa Monica, CA. Research Consultant Volunteer in Research Project designed To assess geographic variations in Health care delivery & utilization of Services |
| 1985-89 | UCLA Department of Medicine Los Angeles, CA. Laboratory Assistant III Performed in vivo experiments regarding the role of lipopolysaccharide- |

CONFIDENTIAL
AZSER12778214

BEST COPY AVAILABLE

LDL complexes in the development of atherosclerosis

CLINICAL TRIALS:

| 2001 | BMS | A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Three Fixed Doses of Aripiprazole in the Treatment of Institutionalized Patients With Psychosis Associated with Dementia of the Alzheimer's Type. CN 138-004 Bristol Meyers Squibb. May 2001 |
| 2001 | Janssen | A Randomized Double Blind Study to Evaluate the Anticholinergic Burden in Subjexts with Psychosis of Dementia Treated with Risperidone or Olanzepine RIS-USA-209. Janssen Pharmaceutica, Inc. July 2001 |

INTERESTS & ACTIVITIES:

Health Care Administration & Health Law, Indoor & Beach Volleyball, Golfing, Art History, & Jazz

1090

CONFIDENTIAL
AZSER12778215

BEST COPY AVAILABLE



The Medical Board of California
1426 Howe Avenue, Suite 54
Sacramento, California  95825-3236

PHYSICIAN AND SURGEON
EXPIRATION  09/30/2005

CERTIFICATE NO.  A54948

JOHN GREGORY DUFFY
505 NORTH TUSTIN AVENUE
SUITE 122
SANTA ANA, CA  92705

ORIGINAL
ISSUANCE DATE
10/11/1995

RECEIPT NO.
000091455

1091

CONFIDENTIAL
AZSER12778216

D1447C00127: 0083

# CURRICULUM VITAE

**1.    Personal Information**

Name: John H. Gilliam, MD
DOB: REDACTED
Birthplace: REDACTED
Citizenship:

Business Address:

> International Clinical Research Associates, LLC
> 1601 Rolling Hills Drive, Suite 201
> Richmond, Virginia 23229
> Phone: (804) 270-4100
> Fax: (804) 270-7636
> E-Mail: J.Gilliam@icra-llc.com

**2.    Licensure**

| | |
|---|---|
| North Carolina - [R12641] | March, 1975 |
| Tennessee - [MD0009037] | January, 1975 |
| Virginia - [0101037601] | December, 1984 |
| Board Certified in Psychiatry and Neurology | April, 1981 |
| Board Certified in Forensic Medicine | August, 1997 |

**3.    Education**

| | |
|---|---|
| University of North Carolina<br>Chapel Hill<br>Residency in Psychiatry | July, 1975 – June, 1978 |
| University of Tennessee School of Medicine<br>Memphis, Tennessee<br>MD, December 1974 | September, 1971 – December, 1974 |
| University of Tennessee<br>Knoxville, Tennessee<br>BS, Pre-medicine | September, 1968 – March, 1971 |

Revised March 1, 2005

1092

CONFIDENTIAL
AZSER12778217

BEST COPY AVAILABLE

Curriculum Vitae
John H. Gilliam, MD
Page 2

**4.     Postdoctoral Training or Special Experience**

Sleep Research and Treatment Center                              November, 1986
Hershey Medical Center
Hershey Pennsylvania

APA Annual Meetings                                              1991, 1992
Organized and taught four hour courses on MRI and SPECT in Psychiatry

SPECT (Mini-Course Series)                                      November, 1992
Columbia University Medical Center
New York, NY

**5.     Academic Appointments or Other Significant Professional Experience**

Lecturer – (Weekly)                                             1999 - Present
Primary Care Physicians
Insomnia
Greater Richmond and Surrounding Area Communities

Consultant                                                      1999 - Present
HealthSouth Medical Center
Evaluation and Referral of Patient's with Sleep Disorders

Instructor – Insomnia                                           1999 - Present
Sleep Hygiene Evaluation and Treatment Strategies for
Patient's and/or Licensed Therapist

Principal Investigator                                          1998 - Present
International Clinical Research Associates, LLC
7650 E. Parham Road Mob II, Suite 240
Richmond, Virginia 23294

Private Practice                                    February, 1996 - Present
Westbrook Behavioral Associates, L.L.C.
Richmond, VA

Medical Director                            October, 1989 – November 1999
Charter Westbrook Behavioral Health Systems
Richmond, VA

Private Practice                                May, 1995 – January, 1996
Insight Physicians
Richmond, VA

Revised March 1, 2005

1093

CONFIDENTIAL
AZSER12778218

BEST COPY AVAILABLE

Curriculum Vitae
John H. Gilliam, MD
Page 3

| | |
|---|---|
| Director of Adult Services<br>Psychiatry Institute of Richmond<br>Richmond, VA | October, 1988 – February, 1990 |
| Private Practice in Psychiatry<br>Virginia Psychiatric Group<br>Richmond, VA | January, 1988 – May, 1995 |
| Principal<br>Sleep Disorders Center of Richmond<br>Richmond, VA | January, 1987 – May, 1995 |
| Director<br>Inpatient Psychiatry Unit<br>Veterans Administration Medical Center<br>Richmond, VA | August, 1985 – May, 1995 |
| Assistant Professor<br>Department of Psychiatry<br>Medical College of Virginia<br>Richmond, VA | September, 1984 - Present |
| PGY – II – Residents – Instructor<br>Sleep Disorders Curriculum | 1987 - 1995 |
| Evaluate and Treat Sleep Disorder Patients Diagnosed<br>with Insomnia and/or Obstructive Sleep Apnea | 1986 - Present |
| PGY – II Coordinator<br>Psychiatry Residency<br>Medical College of Virginia<br>Richmond, VA | 1985 - 1991 |
| Staff Psychiatrist<br>Inpatient Psychiatry Unit<br>Veterans Administration Medical Center<br>Richmond, VA | September, 1984 – April, 1995 |
| Co-Founder, President<br>Tennessee Psychiatry and Psychopharmacology Clinic<br>Knoxville, TN | 1978 - 1984 |

Revised March 1, 2005

1094

CONFIDENTIAL
AZSER12778219

BEST COPY AVAILABLE

Curriculum Vitae
John H. Gilliam, MD
Page 4

| | |
|---|---|
| Co-Founder, President<br>National Psychopharmacology Laboratory<br>Knoxville, TN | 1978 - 1984 |
| Clinical Advisor: Family Practice Residents<br>University of Tennessee<br>Knoxville, TN | 1978 - 1984 |
| Clinical Advisor: Graduate Social Workers'<br>and Psychiatric Nurses in a clinical group<br>process | 1978 - 1984 |
| Assistant Professor of Psychiatry, Clinical<br>University of Tennessee Medical School<br>Memphis, Tennessee | September, 1974 - July, 1978 |
| Staff Physician<br>Dix Hospital<br>Raleigh, NC | January, 1975 - June, 1975 |

**6.    Membership-Scientific Honorary and Professional Societies**

| | |
|---|---|
| American Psychiatry Association | 1978 to Present |

**7.    Special Awards Fellowship, and Other Honors**

| | |
|---|---|
| Outstanding Teacher Award, Medical College of Virginia | 1993 |
| Outstanding Teacher Award, Medical College of Virginia | 1987 |

**8.    Major Committees**

Residency Education and Training Committee
Medical College of Virginia

Admissions Committee
Medical College of Virginia
Richmond, VA

**9.    Other Significant Scholarly, Research and / or Administrative Experience**
Principal Investigator, A 6-WEEK, MULTICENTER, DOUBLE-BLIND, DOUBLE-DUMMY, RANDOMIZED COMPARISON OF THE EFFICACY AND SAFETY OF XXXX AND PLACEBO IN THE TREATMENT OF ACUTELY ILL PATIENTS WITH SCHIZOPHRENIA, 2004

Revised March 1, 2005

1095

CONFIDENTIAL
AZSER12778220

BEST COPY AVAILABLE

Curriculum Vitae
John H. Gilliam, MD
Page 5

Principal Investigator, A 3-WEEK, MULTICENTER, RANDOMIZED, DOUBLE-BLIND, PARALLEL-GROUP, PLACEBO-CONTROLLED, PHASE IIIB STUDY OF THE EFFICACY AND SAFETY OF XXXX IN DAILY DOSES OF XXXX AND XXXX COMPARED WITH PLACEBO IN THE TREATMENT OF CHILDREN AND ADOLESCENTS WITH BIPOLAR I MANIA, 2004

Principal Investigator, A 26-WEEK, INTERNATIONAL, MULTICENTER, OPEN-LABEL PHASE IIIB STUDY OF THE SAFETY AND TOLERABILITY XXXX IN DAILY DOSES OF XXXX TO XXXX IN CHILDREN AND ADOLESCENTS WITH BIPOLAR I DISORDER AND ADOLESCENTS WITH SCHIZOPHRENIA, 2004

Principal Investigator, OPEN-LABEL XXXX COMPASSIONATE USE IN PATIENTS WHO HAVE COMPLETED A PREVIOUS NEUROSCIENCE XXXX CLINICAL TRIAL, 2003-2004

Principal Investigator, A STUDY OF XXXX AS AN ADJUNCTIVE TREATMENT TO ATYPICAL ANTIPSYCHOTIC MEDICATIONS IN OUTPATIENTS AND SCHIZOPHRENIA AND ASSOCIATED COGNITIVE DEFICITS, 2003-2004.

Principal Investigator, A DOUBLE-BLIND, RANDOMIZED, PROSPECTIVE STUDY TO EVALUATE ADJUNCTIVE XXXX VERSUS ADJUNCTIVE PLACEBO IN GENRALIZED ANXIETY DISORDER SUB-OPTIMALLY RESPONSIVE TO STANDARD PSYCHOTROPIC THERAPY, 2004

Principal Investigator, A PHASE III, RANDOMIZED, DOUBLE-BLIND, MULTI-CENTER, PARALLEL-GROUP, PLACEBO-CONTROLLED, DOSE OPTIMIZATION STUDY DESIGNED TO EVALUATE THE SAFETY AND EFFICACY OF XXXX VS. XXXX IN PEDIATRIC PATIENTS AGED 6-12 WITH ATTENTION-DEFICIT/HYPERACTIVITY DISORDER (ADHD), 2004.

Principal Investigator, A RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL-GROUP STUDY WITH AN OPEN-LABEL EXTENSION EVALUATING XXXX IN THE PREVENTION OF RECURRENCE IN SUBJECTS WITH SCHIZOPHRENIA, 2004.

Principal Investigator, AN OPEN-LABEL EXTENSION (A RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED, PARELLEL-GROUP STUDY EVALUATING XXXX IN THE PREVENTION OF RECURRENCE SUBJECTS WITH SCHIZOPHRENIA), 2004.

Principal Investigator, A MULTICENTER, RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED, FIXED-DOSE, SAFETY AND EFFICACY TRIAL OF XXXX IN OUTPATIENT CHILDREN AND ADOLESCENTS WITH MAJOR DEPRESSIVE DISORDER, 2003-2004.

Revised March 1, 2005

CONFIDENTIAL
AZSER12778221

BEST COPY AVAILABLE

Curriculum Vitae
John H. Gilliam, MD
Page 6

Principal Investigator, OPEN-LABEL EXTENSION TRIAL IN CHILDREN AND ADOLESCENTS WITH MAJOR DEPRESSIVE DISORDER WHO PARTICIPATED IN ONE OF THE SHORT-TERM XXXX SAFETY AND EFFICACY TRIALS, 2003-2004.

Principal Investigator, A RANDOMIZED, DOUBLE-BLIND, PLACEBO AND ACTIVE CONTROLLED, PARALLEL-GROUP, DOSE-RESPONSE STUDY TO EVALUATE THE EFFICACY AND SAFETY OF 2 FIXED DOSAGES XXXX (XXXX and XXXX PER DAY) AND XXXX (XXXX/DAY), WITH OPEN-LABEL EXTENSION, IN THE TREATMENT OF SUBJECTS WITH SCHIZOPHRENIA, 2004.

Principal Investigator, AN OPEN-LABEL EXTENSION TO XXXX A RANDOMIZED, DOUBLE-BLIND, PLACEBO AND ACTIVE-CONTROLLED, PARALLEL-GROUP, DOSE-RESPONSE STUDY TO EVALUATE THE EFFICACY AND SAFETY OF 2 FIXED DOSAGES XXX (XXXX AND XXXX/DAY) AND XXXX (XXXX MG/DAY) WITH OPEN-LABEL EXTENSION, IN THE TREATMENT OF SUBJECTS WITH SCHIZOPHRENIA, 2004.

Principal Investigator, A  MULTICENTER, RANDOMIZED, PARALLEL-GROUP, DOUBLE-BLIND, PHASE III COMPARISON OF THE EFFICACY AND SAFETY OF XXXX TO PLACEBO WHEN USED AS ADJUNCT TO MOOD STABILIZERS XXX IN THE MAINTENANCE TREATMENT OF BIPOLAR  I  DISORDER IN ADULT PATIENTS, 2004.

Principal Investigator, A 6-WEEK, INTERNATIONAL, MULTICENTER, RANDOMIZED, DOUBLE-BLIND, PARALLEL-GROUP, PLACEBO-CONTROLLED, HASE IIIB STUDY OF THE EFFICACY AND SAFETY OF XXXX OF XXXX AND XXXX COMPARED WITH PLACEBO IN THE TREATMENT OF ADOLESCENTS WITH SCHIZOPHRENIA, 2004.

Principal Investigator, A Randomized, Double-Blind, Multi-Center, Placebo-Controlled, Parallel Group Study to Evaluate the Efficacy and Safety of xxxx and xxxx combined and alone, xxxx and xxxx in the Treatment of Essential Hypertension, 2003-2004.

Principal Investigator, A Multi-Center, Double-Blind, Randomized, Placebo-Controlled, Six-Week, Flexible, Oral-Dose Clinical Study of xxxx in the Treatment of Attention Deficit Hyperactivity Disorder (ADHD), 2003-2004.

Principal Investigator, A Randomized, Double-Blind Study Evaluating the Efficacy and Safety of xxxx vs xxxx vs Placebo in Patient's with an Acute Exacerbation of Schizophrenia or Schizo-Affective Disorder, 2003.

Principal Investigator, A Phase III, Multi-Center, Open-Label Study Evaluating the Efficacy and Tolerability of xxxx  in Patient's with Major Depressive Disorder who have completed a previous xxxx Clinical Trial, 2003-2004.

Revised March 1, 2005

1097

CONFIDENTIAL
AZSER12778222

Curriculum Vitae
John H. Gilliam, MD
Page 7

Principal Investigator, A Phase III, Multi-Center, Double-Blind Study Evaluating the Efficacy and Tolerability of High Dose xxxx in a Controlled Fixed Dose-Response Trial for the Treatment of Schizophrenia and Schizo-Affective Disorder, 2003-2004.

Principal Investigator, A Phase III, Multi-Center, Randomized, Non-Placebo Controlled Study Evaluating the Efficacy and Tolerability of xxxx vs xxxx in the Treatment of Major Depressive Disorder, 2003-2004.

Principal Investigator, A Phase III, Multi-Center, 18-Month, Open-Label Safety, Tolerability, and Efficacy Study of xxxx in the Treatment of Adolescents Aged 13-18 with Attention Deficit Hyperactivity Disorder (ADHD), 2003-2004.

Principal Investigator, A Phase III, Randomized, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of xxxx in Adolescents Aged 13-17 with Attention Deficit Hyperactivity Disorder (ADHD), 2003-2004.

Sub-Investigator, A Phase III, Double-Blind, Fixed Dose Response Study Comparing the Efficacy and Safety of xxxx vs Placebo In Patients with Early Parkinson's Disease, 2003-2004.

Principal Investigator, A Phase III, Open-Label Study of the Safety and Efficacy of xxxx in Patients with Major Depressive Disorder with Psychotic Features Who Have Previously Demonstrated a Rapid Response to either xxxx or xxxx in Study xxxx or xxxx, 2002-2003.

Principal Investigator, A Phase III, Randomized, Double-Blind, Placebo-Controlled Study of Safety and Efficacy of xxxx in Patients with Major Depressive Disorder with Psychotic Features Who Are Not Receiving Antidepressants or Antipsychotics, 2002-2003.

Principal Investigator, A 52-week, Prospective, Randomized, Double-Blind, Multi-center Study of relapse following transition from oral Antipsychotic medication of two different doses (25 or 50mg given every two weeks) of xxxx long-acting microspheres (xxxx) in Adults with Schizophrenia or Schizoaffective Disorder, 2002-2003.

Principal Investigator, A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Fixed Dose study Comparing the Efficacy and Safety of xxxx or xxxx to Placebo in Patients with Major Depressive Disorder, 2002-2003.

Principal Investigator, A Randomized, Double-Blind, Placebo-Controlled, xxxx Referenced, Dose Finding Study of xxxx in the Treatment of Schizophrenia, 2002-2003.

Principal Investigator, A Randomized, Double-Blind, Double Dummy, Placebo-Controlled, Fixed Dose, Multicenter Study to Evaluate the Efficacy, Safety and Tolerability of Oral xxxx Administered for 12 Weeks to Premenopausal Women who have been Diagnosed with Female Sexual Arousal Disorder, 2002-2003.

Revised March 1, 2005

1098

CONFIDENTIAL
AZSER12778223

Curriculum Vitae
John H. Gilliam, MD
Page 8

Principal Investigator, A Randomized, Double-Blind, Placebo-Controlled, Fixed Dose, Multicenter Study to Evaluate the Efficacy, Safety and Tolerability of Oral xxxx Administered for 12 Weeks to Post-Menopausal Women who have been Diagnosed with Female Sexual Arousal Disorder, 2002-2003.

Principal Investigator, A Phase III, Randomized, Placebo-Controlled, Double-Dummy Study Evaluating the Efficacy of Oral xxxx Versus xxxx and Placebo in In-Patients with an Acute Manic Episode, 2002-2003.

Principal Investigator, A Phase III, Three Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Safety and Efficacy Study of Extended-Release xxxx in the Treatment of Bipolar 1 Disorder, 2002-2003.

Principal Investigator, Randomized, Multicenter, Double-Blind, Placebo-Controlled Study Evaluating the Efficacy, Safety and Tolerability of Fixed-Dose xxxx in the Treatment of a Major Depressive Episode in Patient's with Type 1 Bipolar Disorder, 2001-2002.

Principal Investigator, A Double-Blind, Multicenter, Placebo-Controlled, Acute and Extension Study of (2) Doses of xxxx in the Treatment of Patients with Major Depressive Disorder, 2002-2003.

Sub-Investigator, Randomized, Double-Blind, Placebo-Controlled Study Comparing the Efficacy, Safety, and Tolerability of xxxx Versus Placebo or xxxx in Patients with Early Parkinson's Disease, 2002-2003.

Principal Investigator, A Randomized Multicenter, Double-Blind Comparison Study Evaluating the Safety and Efficacy of xxxx plus xxxx in Combination for the Treatment-Resistant Depression Without Psychotic Features, 2002-2003.

Principal Investigator, An International, Multicenter, Large Simple Trial (LST) to Compare the Cardiovascular Safety of xxxx and xxxx in Patients Diagnosed with Schizophrenia, 2002-2003.

Principal Investigator, A Randomized, Multicenter, Double-Blind, Placebo-Controlled Comparison Study Evaluating the Safety and Efficacy of xxxx Once-Daily Dosing in Patients with Major Depression and Pain, 2002-2003.

Principal Investigator, A Randomized, Multicenter, Double-Blind Comparison Study Evaluating the Safety and Efficacy of xxxx Versus xxxx in the Treatment of Schizophrenia, 2001-2002.

Principal Investigator, Pharmacogenomics DNA Blood Sampling in Subjects with Late Onset Alzheimer's Disease, 2002.

Sub-Investigator, Pharmacogenomics DNA Blood Sampling in Subjects with Early Parkinson's

Revised March 1, 2005

CONFIDENTIAL
AZSER12778224

BEST COPY AVAILABLE

Curriculum Vitae
John H. Gilliam, MD
Page 9

Disease, 2002

Principal Investigator, Randomized, Multicenter, 24-Week, Double-Blind, Placebo-Controlled, Flexible-Dose Study Evaluating the Efficacy and Safety of xxxx to Placebo in Patient's with Dementia with Lewy Bodies, 2001-2002.

Principal Investigator, Randomized, Multicenter, Double-Blind, Parallel-Group, Placebo-Controlled Study Evaluating the Efficacy and Safety of Three Doses (5mg, 10mg and 20mg) of xxxx Versus Placebo in the Treatment of Patient's with Major Depressive Disorder, 2001-2002.

Principal Investigator, Randomized, Multicenter, Parallel-Group, Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy and Safety of xxxx for the Treatment of Acute Mania associated with Bipolar Disorder Type 1, 2001-2002.

Principal Investigator, Randomized, Multicenter, Double-Blind, Placebo-Controlled Study Evaluating the Efficacy, Safety and Tolerability of a flexible dose of xxxx in Out-Patient's with a Major Depressive Disorder, 2001-2002.

Principal Investigator, Randomized, Multicenter, Double-Blind, Placebo-Controlled Comparison Study Evaluating the Efficacy and Safety of xxxx and xxxx in the Treatment of Patient's with Schizophrenia, 2001-2002.

Principal Investigator, Randomized, Multicenter, Double-Blind Study Evaluating the Efficacy and Safety of xxxx Versus xxxx in the Treatment of Schizophrenia, 2001-2002.

Principal Investigator, Randomized, Multicenter, Double-Blind Study Evaluating the Efficacy and Safety of xxxx Versus xxxx in the Treatment of Bipolar 1 Disorder, Manic or Mixed, 2001-2002.

Principal Investigator, A 9-Week, Open-Label, Multicenter Study Evaluating the Efficacy and Safety of flexible dose ranges of xxxx in the Treatment of Manic or Mixed Episodes associated with Bipolar 1 Disorder, 2001-2002.

Principal Investigator, A Randomized, Multicenter, Double-Blind, Placebo-Controlled Study Evaluating the Efficacy and Safety of flexible dose ranges of xxxx Versus placebo or xxxx in the Treatment of Manic or Mixed Episodes associated with Bipolar 1 Disorder, 2001-2002.

Sub-Investigator, A Randomized, Double-Blind Trial Comparing xxxx to xxxx in the Empiric Treatment of Febrile Neutropenic Oncology Patients with Suspected Gram Positive Infections, 2001-2002.

Principal Investigator, A Randomized, Double-Blind, Parallel Group, Placebo-Controlled, Study

Revised March 1, 2005

1100

CONFIDENTIAL
AZSER12778225

BEST COPY AVAILABLE

Curriculum Vitae
John H. Gilliam, MD
Page 10

Evaluating Efficacy and Safety of xxxx Controlled Release (12.5 and 25mg/day) versus Placebo in Patients with Major Depressive Disorder, 2001.

Sub-Investigator, xxxx in the Treatment of Penicillin-Resistant *Streptococcus pneumoniae*: An Open-Label, Non-Comparator Study, 2001-2002.

Principal Investigator, A Dose Ranging study of xxxx in Patients with Primary Hypercholesterolemia, 2001.

Principal Investigator, A Randomized, Multicenter, Double-Blind, Placebo-Controlled Study Evaluating the Efficacy and Safety of Oral xxxx Versus Intramuscular xxxx in the Emergency Treatment of Acute Psychosis, 2001.

Principal Investigator, A Six-Month, Open-Label, Multicenter Study Evaluating the Efficacy and Safety of Extended-Release xxxx in Patient's with Bipolar 1 Disorder,
2001-2002.

Principal Investigator, A Three-Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of Extended-Release xxxx in Lithium-Failure Patient's with Bipolar 1 Disorder, 2001-2002.

Principal Investigator, A Three-Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of Extended-Release xxxx in Patient's with Bipolar 1 Disorder, 1999-2001.

Sub-Investigator, xxxx Autoject® Device Trial, 2000-2001.

Principal Investigator, A Phase II, Twelve-Week, Double-Blind, Randomized Parallel-Group, Flexible Dose Study Comparing the Effects of xxxx vs xxxx on Glucose Regulation in Outpatients with Schizophrenia or Schizoaffective Disorder Discontinued from Maintenance Treatment with xxxx, 2000-2001.

Principal Investigator, A Randomized, Multi-Center, 11-Week, Double-Blind, Placebo-Controlled, Flexible-Dose Study to Evaluate the Efficacy and Safety of xxxx in the Acute Treatment of Major Depressive Disorder, 2000-2001.

Principal Investigator, A Randomized, Multi-Center, 56-Week, Double-Blind, Placebo-Controlled, Parallel, Flexible-Dose Study Comparing the Efficacy and Safety of xxxx and xxxx in the Treatment of Bipolar I Depression, 2000-2001.

Principal Investigator, A Randomized, Multi-Center, 6-Week, Double-Blind, Placebo-Controlled, Parallel, Dose Finding Study Comparing the Efficacy and Safety of xxxx in the

Revised March 1, 2005

CONFIDENTIAL
AZSER12778226

Curriculum Vitae
John H. Gilliam, MD
Page 11

Treatment of Major Depressive Disorder, 2000-2001.

Principal Investigator, A Double-Blind, Randomized, Placebo-and-Olanzapine-Controlled Dose-
Finding Study Comparing the Safety and Efficacy of xxxx in Treatment of Psychotic Disorders,
2000-2001.

Principal Investigator, Randomized, Multicenter, 10-Week, Double-Blind, Placebo-
Controlled, Flexible-Dose Study to Evaluate the Efficacy and Safety of xxxx in
Children and Adolescents with Obsessive-Compulsive Disorder, 2000-2001.

Principal Investigator, Randomized, Multicenter, Double-Blind, Placebo-Controlled
Study Evaluating the Efficacy and Safety of xxxx Once-Daily Dosing Versus Placebo in the
Acute Treatment of Major Depressive Disorder, 2000-2001.

Principal Investigator, Phase II, Twelve-Week, Double-Blind, Randomized Parallel-
Group Study Examining the Effect of xxxx vs xxxx on glucose Regulation
In Outpatients with Schizophrenia or Schizoaffective Disorder Previously Treated with
xxxx, 2001.

Principal Investigator, Randomized, Multicenter, 8-Week, Double-Blind, Placebo-
Controlled, Flexible-Dose Study to Evaluate the Efficacy and Safety of xxxx
in Children and Adolescents with Major Depressive Disorder, 2000-2001.

Principal Investigator, Randomized, Double-Blind, Placebo-Controlled, Parallel Group,
Multicenter, 12-Week Exploratory Study Evaluating the Tolerability, Safety, and
Efficacy of xxxx as Adjunctive Therapy in Patients with Parkinson's Disease Who Have Motor
Response Complications on Levodopa/Carbidopa, 2000-2001.

Principal Investigator, Randomized, Double-Blind, Placebo-Controlled,
Dose Response Study Evaluating the Tolerability, Safety, and Efficacy of xxxx in the
Treatment of Psychotic Disorders, 2000-2001.

Co-Investigator, Open-Label, Long Term, Flexible Dose Study Evaluating the Safety,
Tolerability, and Therapeutic Response in Patients with Parkinson's Disease, 2000-2004.

Co-Investigator, Randomized, Double-Blind, Placebo-Controlled, Dose Response Study
Evaluating the Tolerability, Safety, and Efficacy in Patients with Early Parkinson's
Disease, 2000-2001.

Principal Investigator, Open-Label Dose Response Study Evaluating the Tolerability,
Safety and Efficacy of xxxx in the Treatment of Major Depressive Disorder, 1999-2001.

Sub-Investigator, Randomized, Double-Blind, Placebo-Controlled Trial of xxxx administered to
Patients with Solid Tumors, Lymphomas or Multiple Myeloma Who Are Receiving
Myelosuppressive Treatment Regimens Requiring Platelet Transfusion Support, 1999-2001.

Revised March 1, 2005

CONFIDENTIAL
AZSER12778227

BEST COPY AVAILABLE

Curriculum Vitae
John H. Gilliam, MD
Page 12

Principal Investigator, A Multi-center, Open-Label, Double-Blind, Placebo-Controlled Trial Evaluating the Prevention of Relapse in Bipolar Disorder, 1999-2000.

Principal Investigator, A Multi-Center, Open-Label Study Comparing the Efficacy and Safety of xxxx in Patient's with Major Depressive Disorder, 1999-2000.

Principal Investigator, A Three-Week, Multicenter Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Safety and Efficacy Study of Extended Release xxxx in Patients with Bipolar Disorder, 1999-2001.

Principal Investigator, Effects of xxxx and xxxx on Weight Gain, Physical Health, Compliance and Outcome in a Community Sample of Severely and Persistently Ill Patients, 1999-2001.

Principal Investigator, Randomized, Double-Blind, Placebo-Controlled, Dose Response Study Evaluating theTolerability, Safety, and Efficacy of xxxx in the Prevention of Relapse in Bipolar Disorder, 1999-2001.

Principal Investigator, Randomized, Double-Blind, Placebo-Controlled, Dose Response Study of Tolerability, Safety, and Efficacy of xxxx in the Treatment of Major Depressive Disorder, 1992-1993.

Co-Investigator, Randomized, Double-Blind, Placebo-Controlled, Dose Response Study Evaluating The Tolerability, Safety, and Efficacy of xxxx in the Treatment of Major Depressive Disorder, 1993.

Co-Investigator (Gilliam, J.H., Atri, P.B.) Randomized, Double-Blind, Placebo-Controlled, Dose Response Study Evaluating the Tolerability, Safety, and Efficacy of xxxx in the Treatment of Major Depressive Disorder in the Hospitalized Patient, 1989-1990.

Co-Investigator (Julius, D.A., Gilliam, J.H., Atri, P.B.) Randomized, Double-Blind, Placebo-Controlled, Dose Response Study Evaluating the Tolerability, Safety, and Efficacy of xxxx in theTreatment of Major Depressive Disorder in the Hospitalized Patient, 1988.

Co-Investigator (Julius, D.A., Gilliam, J.H.) Randomized, Double-Blind, Placebo-Controlled, Dose Response Study Evaluating the Tolerability, Safety, and Efficacy of xxxx in the Treatment of Major Depressive Disorder in the Geriatric Population, 1987-1988.

Revised March 1, 2005

CONFIDENTIAL
AZSER12778228

BEST COPY AVAILABLE

Curriculum Vitae
John H. Gilliam, MD
Page 13

Principal Investigator, Evaluating Magnetic Resonance Imaging of the Frontal Lobe in Patient's with Schizophrenia, 1986-1990.

Co-Investigator (Julius, D.A., Gilliam, J.H., Atri, P.B.) Randomized, Double-Blind, Placebo-Controlled, Dose Response Study Evaluating the Tolerability, Safety, and Efficacy of High Dose xxxx in the Treatment of the Hospitalized Patient with Major Depressive Disorder, 1988.

Principal Investigator, Evaluating Magnetic Resonance Imaging in Patient's with Tardive Dyskinesia, 1986-1990.

Co-Principal Investigator, Open-Label, Dose Response Study Evaluating the Tolerability, Safety, and Efficacy of xxxx in the Treatment of Adult Attention Deficit Disorder, 1986-1988.

Co-Principal Investigator, Multi-Center, Double-Blind, Placebo-Controlled Dose Response Study Evaluating the Tolerability, Safety, and Efficacy of xxxx in the Treatment of Major Depressive Disorder, Medical College of Virginia, Hunter Holmes McGuire Veterans Affairs Medical Center, 1985.

Co-Investigator, Double-Blind, Placebo-Controlled, Dose Response Study Evaluating the Tolerability, Safety, and Efficacy of xxxx in the Treatment of Major Depressive Disorder associated with Cerebral Vascular Accident, 1986-1988.

Co-Founder and Principal of National Psychopharmacology Lab 1977-1985.

**10.    Publications**

Gilliam, J.H.; Successful treatment of severe anxiety attacks with tricyclic antidepressants:

A potential mechanism of action. <u>American Journal of Psychiatry 135:7</u>, July 1978.

Linnoila, M., Jobson, K., Gilliam, J., Paine, R.: Effects of doxepin on blood pressure and heart rate in patients with primary major affective disorder <u>Journal of Clinical Psychopharmacology 2</u>: (6) January 1983.

**11.    Presentations**

Lecture on Obsessive Compulsive Disorder - Luvox, Richmond, Virginia, October, 1998.

Lecture on New Drug - Zyprexa, Lynchburg, Virginia, October, 1998.

Virginia Beach Update in Neuroscience, Virginia Beach, Virginia, Major Lecture – SPECT and Psychiatric Diagnosis 1993.

Virginia Emergency Room Nurses Association, Lecture on Panic Disorder, Richmond,

Revised March 1, 2005

CONFIDENTIAL
AZSER12778229

BEST COPY AVAILABLE

Curriculum Vitae
John H. Gilliam, MD
Page 14

Virginia 1993.

Lecture on New Antidepressants - ZOLOFT, Richmond, Virginia - Psychiatrist 1992.

Lecture on New Antidepressants - PROZAC, Richmond, Virginia - Family Practice and Internal Medicine Physicians 1992.

American Psychiatric Association Annual Meeting, Washington, DC, four hour course on MRI and SPECT in Psychiatry.  Course leader 1992.

American Psychiatric Association Annual Meeting, New Orleans Louisiana. Four hour course on MRI and SPECT in Psychiatry. Course Leader 1991.

Virginia Beach Update in Neuroscience, Virginia Beach, Virginia, Major Lecture, VA Major Lecture " MRI and SPECT in Psychiatry" 1990.

Grand Rounds, Portsmouth Naval Hospital, "Sleep Disorders" October, 1988.

Virginia Beach Update in Neuroscience, Virginia Beach, Virginia, Major Lecture "A New Look at Old Diagnosis: Borderline Syndrome and Adult Attention Deficit Disorders" 1988.

Virginia Beach Update in Neuroscience, Virginia Beach, Virginia, Major Lecture "Management Strategy for Panic and Anxiety Disorders" 1986.

Virginia Beach Update in Neuroscience, Virginia Beach, Virginia, Major Lecture "New Antidepressants" 1985.

Graduate Students in Psychology, University of Tennessee School of Nursing – Spring, 1979.

Anorexia Nervosa Meeting, Knoxville, Tennessee - March 30, 1978

Family Practice Physicians Group, Knoxville Academy of Medicine, "Tricyclic-H.B.P. And Antiarrhythmic Agents"  - November 6, 1978.

Lecture to Family  Practice Physicians, University of Tennessee Hospital, "Why Do We Withhold Pain Medication From Terminally Ill Patients?" -  August 10, 1987.

Internal Medicine Society, Knoxville, Tennessee - July 17, 1978.

Family Practice Seminary, University of Tennessee Hospital - July 6, 1978.

Revised March 1, 2005

1105

CONFIDENTIAL
AZSER12778230

BEST COPY AVAILABLE

D1447C00127:0085
5077IL/127

# MICHAEL DAVID BANOV, MD

## BOARD CERTIFICATION

American Board of Psychiatry and Neurology-February 1995
American Board of Adolescent Psychiatry-June 1997
Certification in Addiction Psychiatry by American Board of Psychiatry
and Neurology-July 1998

## RESEARCH CERTIFICATION

Certified Clinical Research Investigator (CCRI). Certification by Association of Clinical Research
Professionals (ACRP), 2002.

## OFFICE ADDRESS

Northwest Behavioral Medicine and Northwest Behavioral Research Center
108 Margaret Avenue
Marietta, GA 30060
(770) 422-2009

Northwest Behavioral Medicine and Northwest Behavioral Research Center
11755 Pointe Place, Suite A-1
Roswell, GA 30076
(770) 667-1264

## CURRENT POSITION

Medical Director, Northwest Behavioral Medicine
Adolescent, Adult, and Geriatric Psychiatry - March 1994 to present
Marietta and Alpharetta, GA

Medical Director, Northwest Behavioral Research Center
Marietta, GA-March 1996 to present

Medical Director and Publisher, PsychSource-A Non-Profit Organization Providing Community
Behavioral Health Resource Information, Alpharetta, GA-June 1999 to present

Editor In Chief, *Psychiatric Medicine Reports,* a CME, Practical, Evidence-Based Journal for
Psychiatrists, July 2003 to present

Physician Advisory Board-Skyland Trail
Atlanta, GA - 2003 to present

## HOSPITAL AFFILIATIONS

Kennestone Hospital - June 1994 to present
Marietta, GA

1106

CONFIDENTIAL
AZSER12778231

BEST COPY AVAILABLE

Ridgeview Institute - March 1994 to present
Smyrna, GA

Brawner North Hospital. - March 1994 to June 1996
Smyrna, GA

Northside Hospital- June 1995 to June 1996
Atlanta, GA

Charter-Peachford Hospital- June 1995-June 2002
Atlanta, GA

## POSITIONS HELD

Chief, Department of Psychiatry-August 1997-June 1999
Kennestone Hospital, Marietta, GA

Director of Medical Education, Ridgeview Institute- March 1994 to October 1998
Atlanta, GA

Clinical Instructor in Psychiatry -  July 1993 to December 1993
Harvard Medical School, Boston, MA

Assistant Attending Psychiatrist - July 1993 to December 1993
McLean Hospital, Belmont, MA

## POSTGRADUATE TRAINING

Chief Resident, Psychotic Disorders Program, McLean Hospital, Consolidated Department of
Psychiatry, Harvard Medical School - 1992 to 1993

Consultation-Liaison Service, Massachusetts General Hospital, Boston, MA - 1992

Clinical Fellow in Adult Psychiatry, McLean Hospital, Consolidated Department of Psychiatry,
Harvard Medical School - 1990 to 1993

Medical Internship in Internal Medicine, The University Hospital, Boston University Medical
Center - 1989 to 1990

## EDUCATION

M.D.   Emory University School of Medicine, Atlanta, GA - 1986 to 1989
       Medical University of South Carolina, Charleston, SC - 1985 to 1986

A.B.   Duke University, Durham, NC - Religion - 1984
       Tel Aviv University, Tel Aviv, Israel - 1980

1107

CONFIDENTIAL
AZSER12778232

BEST COPY AVAILABLE

## HONORS

The Dr. Henry P&M Page Durkee Laughlin Fellowship Award - 1993

Harry C. and Maida Solomon Award for most outstanding research, Harvard Medical School Consolidated Department of Psychiatry - 1993

Letter of academic achievement, Medical University of South Carolina - 1986

Magna Cum Laude, Duke University - 1984

Class Honors, Dean's List, Duke University - 1981 to 1982

## PROFESSIONAL EXPERIENCE

Psychiatric Consultant/Doctor on Call - 1991 to 1993
　　Human Resource Institute, Boston, MA
　　Carney Hospital, Boston, MA
　　Norwood Hospital, Norwood, MA
　　Waltham-Weston Hospital, Waltham, MA

Psychopharmacology Consultant to geriatric services and day program for chronically mentally ill patients, Tri-City Mental Health and Retardation Center, Everett, MA - 1992 to 1993

## LICENSURE

Georgia Composite State Board of Medical Examiners-1994 to present. License No. 037945

Commonwealth of Massachusetts Board of Registration in Medicine-1990 to 1996

Diplomate of National Board of Medical Examiners-1990

## PROFESSIONAL ACTIVITIES

Credentialing Committe, Kennestone Hospital-August 1997-June 2001

Utilization Review Committe, Kennestone Hospital- June 1995-June 2001

Chairman, Continuing Medical Education, Ridgeview Institue-March 1995-October 1998

Outcomes Research Committee, Ridgeview Institute- March 1995-October 1998

Drug Evaluation Committee, Ridgeview Institute- March 1995-August 1997

Economic Affairs Committee, Georgia Psychiatric Physicians Association-Feburary 1994 to June 1996

Medical Records Committee, Brawner Hospital-May 1994-June 1996

CONFIDENTIAL
AZSER12778233

BEST COPY AVAILABLE

Secretary-Treasurer, McLean Residents' Association - 1990 to 1993

McLean Psychopharmacology Journal Club - 1990 to 1993

President, Super Health 2000 - An organization of over 100 health professionals who educate
school and community groups on 15 health topics - 1985 to 1986

# PUBLICATIONS

Banov MD, Kulick, AR, Oepen G, Pope HG. *A New Identity for Misidentification Syndromes.*
Compr Psychiatry, 1993; 34:114-117.

Banov MD, Tohen M, Friedberg J. *High Risk of Eosinophilia in Women Treated with Clozapine.*
J Clin Psychiatry, 1993; 54:466-69.

Banov MD, Zarate CA, Scialabba D, Tohen M, Wines JD, Kolbrener M, Kim JW, Cole JO.
*Clozapine Therapy in Refractory Affective Disorders: Polarity Predicts Response in Long-
Term Follow-Up.* J Clin Psychiatry, 1994; 55:295-300.

Sachs GS, Lafer B, Stoll AL, Banov MD, Thibault AB, Tohen M, Rosenbaum JF. *A Double-
Blind Trial of Bupropion Versus Desipramine for Bipolar Depression.* J Clin Psychiatry,
1994; 55:391-93.

Banov MD. *Stay Tuned:Recognizing and Treating Attention Deficit Hyperactivity Disorder in
Adults.* Insight, 1994; 15:28-31.

Stoll AL, Banov MD, Kolbrener M, Mayer PV, Tohen M, Strakowski A, Castillo J, Suppes P,
Cohen BM. *Neurological Factors Predict a Favorable Valproate Response in Bipolar
Disorder.* J Clin Psychopharmacology, 1994; 14(5):311-3

Banov, MD. *Brain Medicines: Recent Developments in Psychopharmacology.* Insight, 1995;
16:24-7.

Zarate CA, Tohen M, Banov MD, Weiss MK, Cole JO. *Is Clozapine a Mood Stabilizer?.* J Clin
Psychiatry, 1995; 56:108-112.

Pillay SS, Stoll AL, Weiss MK, Tohen M, Zarate CA, Banov MD, Cole JO. *EEG Abnormalities
Before Clozapine Therapy Predict a Good Clinical Response to Clozapine.* Ann Clin
Psychiatry, 1996; 8(1):1-5.

Banov MD. *Again &Again:Treatment Strategies for Obsessive-Compulsive Spectrum Disorders.*
Insight, 1997;18:26-9.

Banov MD. *Improved Outcome in Fluvoxamine Treated Patients With SSRI-Induced Sexual
Dysfunction.* J Clin Psychiatry, 1999; 60(12): 866-868

Green, AI, Tohen, M, Patel, JK, et al. *Clozapine in the Treatment of Refractory Psychotic
Mania.* Am J Psychiatry, 2000; 157(6): 982-986.

CONFIDENTIAL
AZSER12778234

BEST COPY AVAILABLE

_____

**SUBMITTED PUBLICATIONS**
  Banov MD, Zarate CA, Cohen DM, Frankenburg F, Scialabba D, Kolbrener M, Wines JD,
  Choras P, Tohen M. *Successful Long-Term Use of Clozapine in Refractory Psychotic
  Disorders with Co-morbid Substance Abuse.*


**CLINICAL PSYCHOPHARMACOLOGY  RESEARCH**
  Northwest Behavioral Research Center, Marietta, GA 1994-Present

  **Principal Investigator:**

  An 8-Week, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Multicenter,
  Fixed Dose Study Comparing the Efficacy and Safety of XXX or Paroxetine to Placebo in
  Moderately to Severely Depressed Patients with Major Depressive Disorder. September 2002
  to present.

  A Study of XXX plus XXX in Combination for Treatment-Resistant Depression without
  Psychotic Features. May 2002 to present.

  An Eight-week, Double-Blind, Placebo-Controlled, Multicenter Study to Evaluate the Safety
  and Efficacy of 2 Doses of XXX and Paroxetine in Subjects with Major Depressive Disorder.
  October 2001 to November 2002.

  A 12-Month, Open-Label Study of XXX in Adults with Attention Deficit Hyperactivity
  Ddisorder. January 2002 to present.

  A Randomized, Double Blind, Placebo-controlled, Parallel-Group Study of XXX in Adults
  with Attention Deficit Hyperactivity Ddisorder. January 2002 to September 2002.

  A double-blind, randomized, placebo-controlled, 3-month clinical trial of XXX and XXXin the
  treatment of Posttrauamatic Stress Disorder. September 2001 to December 2002.

  A randomized, double-blind, parallel-group, placebo-controlled, study evaluating efficacy and
  safety of XXX versus placebo in patients with Major Depressive Disorder. September 2001 to
  July 2002.

  A randomized, double-blind, placebo-controlled, flexible dosage trial to evaluate the efficacy
  and tolerability of  XXX in patients with Generalized Anxiety Disorder. August 2001 to July
  2002.

1110

CONFIDENTIAL
AZSER12778235

BEST COPY AVAILABLE

A double-blind, placebo controlled, fixed-dosage study comparing the efficacy and tolerability of XXX and XXX to placebo in the treatment of Major Depressive Disorder with anxiety. March 2001 to September 2001.

A Six-Week, Double-Blind, Placebo-Controlled Multicenter Study to Evaluate the Safety and Efficacy of 3 Doses of XXX and XXX in Subjects with Major Depression. June 2000 to January 2001.

Open-Label Combination of XXX and XXX in Major Depressive Disorder. February 2000 to June 2002.

A Phase III, Open-Label, Treatment-Switching Study from Orally Administered Antipsychotic Monotherapy to Orally Administered XXX Monotherapy in the Treatment of Chronic Schizophrenia and Schizoaffective Patients. November 1999-July 2000.

An Open-Label Follow-on Study of the Long-Term Safety of XXX Administered Orally in Patients with Psychotic Disorders or Psychotic Behaviors of Dementia. November 1999-present.

XXX Versus Placebo in the Prevention of Relapse in Bipolar Disorder. July 1999-March 2002.

A 12-Week, Randomized, Double-blind, Placebo Controlled, Flexible Dose Study of XXX in the Treatment of Generalized Social Anxiety Disorder. August 1999-February 1999.

A Multicenter, Open-Label, Long-Term, Safety and Efficacy Study of XXX Tablets Once Daily in Subjects With Schizophrenia or Other Psychotic Disorders. September 1998-September 1999.

A 12 week, Double-blind, Placebo controlled, parallel group study to assess the efficacy and tolerability of XXX in Patients suffering from Posttraumatic Stress Disorder (PSTD). January 1999-February 2000.

Olanzapine Verses Placebo in the Treatment of Bipolar Disorder, Manic or Mixed. Eli Lilly. January 1998-November 1998.

Quetiapine (Seroquel) Experience with Safety and Tolerability (Quest). Zeneca Limited. August 1997-March 1998.

**Sub-investigator**:

Seroquel in Treatment of Schizophrenia, Schizoaffective, and Bipolar Disorder. Zeneca Limited. February 1997-July 1997.

Venlafaxine vs. Fluoxetine vs. Placebo in Inpatient Treatment of Melancholic Depression. Wyest-Ayerst Laboratories. February 1997-July 1997.

1111

CONFIDENTIAL
AZSER12778236

BEST COPY AVAILABLE

Double-Blind Dose Comparison of IM Ziprasidone Mesylate in Psychosis with Acute Agitation.   Pfizer Pharmaceuticals. January 1997- July 1997.

**Additional Research Experience:**

McLean Hospital, Consolidated Department of Psychiatry, Harvard Medical School, Belmont, MA. 1992-1994

Clozapine in Acute Mania - Prospective study to evaluate the safety and efficacy of clozapine in the treatment of refractory acute bipolar mania and psychotic features.

First Psychosis Project - Prospective study to determine characteristics, outcome and response to treatment of all first hospitalized psychotic patients.

Meta-analysis of Clozapine in the Treatment of Acute Psychosis - Literature review analysis of double-blind studies comparing clozapine to typical neuroleptics.

# PRESENTATIONS

*Psychiatry for the Non-Psychiatrist.* Georgia Academy of Family Physicians. 52nd Annual Scientific Assembly and Exhibition. November 3, 2000

*New Developments in Wakefulness Medications.* Continuing Medical Education Series. Summit Ridge Hospital. Lawrenceville, Georgia. October 19, 2000

*New Medications for Mental Illness.* NAMI-GA Convention. October 14, 2000

*Managing Social Axiety Disorder.* Atlanta Steeplechase. SmithKline Beecham. April 15, 2000.

*Zyprexa Approved For Treatment of Acute Mania.* WSB-TV Interview. Atlanta GA, April 5, 2000

*Anticonvulsants in the Management of Bipolar Disorder.* Abbott Laboratories. Phillips Arena. Atlanta GA, November 15 1999.

*Anxiety Disorders.* WSTR-FM. "Steve and Vickie in the Morning". Atlanta, GA, October 6, 1999

*Social Anxiety Disorder.* WXIA-TV (NBC). Atlanta GA, October 5, 1999

*New Options For Managing Social Anxiety Disorder.* WSB-AM (CNN Radio). Atlanta GA, October 5, 1999

*New Directions in the Treatment of Bipolar Disorder.* Continuing Medical Education Series. Ridgeview Institute. March 3, 1999

*Community Discussion About Obsessive-Compulsive Disorder with Marc Summers.* Westin Atlanta North at Perimeter. February 25, 1999.

1112

CONFIDENTIAL
AZSER12778237

BEST COPY AVAILABLE

*Treatment Issues in Violent Mentally Ill Patients.* Clayton County Mental Health Center. Morganton NC, April 20, 1998.

*New Advances in Psychopharmacology.* Student Assistance Professionals Association, Atlanta, GA, February 18,1998.

*Hypochondriasis.* WGNX-TV 46 News. September 1997.

*The Dangers of Huffing.* WGNX-TV 46 News. August 1997.

*Assessment and Treatment Strategies in Working with the Patient with Attention Deficit Hyperactivity Disorder.* Medical Association of Georgia, Scientific Assembly, Atlanta, GA. November 17, 1995.

*Recent Developments in Psychopharmacology.* Ridgeview Institute CME Tape Learning Series. October, 1995.

*Medicines in Psychiatry.* WSB Radio 750. August 1995.

*Diagnosing and Treating ADHD in Adults.* Ridgeview Institute, Seminars for Clinicians, Atlanta, GA. April 28, 1995.

*Seasonal Affective Disorder.* Ridgeview Institute, Family Learning Series, Atlanta, GA. January 26, 1995.

*Is Clozapine Monotherapy an Effective Mood Stabilizer?* Presented at American College of Neuropsychopharmacology, Honolulu, Hawaii, December 17, 1993.

*Clozapine Therapy in Refractory Affective Disorders: Polarity Predicts Response in Long-Term Follow-Up.* Presented at the American Psychiatric Association Annual Meeting, San Francisco, CA, May 24, 1993.

*Clozapine in Affective Disorders.* Psychopharmacology Series, Affective Disorders Program, McLean Hospital, May 6, 1993.

*Successful Use of Clozapine in Refractory Psychosis with Co-morbid Substance Abuse: A Long Term Follow-Up Study.* Harvard Medical School Consolidated Department of Psychiatry Research Day, April 21, 1993.

*Clozapine as Maintenance Therapy in Affective Illnesses.* Presented at The Boston Society of Neurology and Psychiatry, Cobb Assembly, March 25, 1993.

*Obsessive/Compulsive Symptoms in Psychotic Patients: Related or Distinct Entities?* The Banov MD, Moderator, Clinical Case Conference. McLean Hospital Department of Postgraduate and Continuing Medical Education, January 19, 1993.

CONFIDENTIAL
AZSER12778238

BEST COPY AVAILABLE

**CONFERENCES**

Sachs GS, Stoll AL, Lafer B, Banov M, Thibeault A, Tohen M, Falk W, Zornberg G, Rosenbaum J, Cohen BM. *Bupropion versus Desipramine in Bipolar Depression*. Double-blind comparison of acute and maintenance effects. Presented at the Second International Conference on Refractory Depression, Amsterdam, The Netherlands, June 24-26, 1992.

**PROFESSIONAL AFFILIATIONS**

American Psychiatric Association - 1990 to present

Georgia Psychiatric Association   1994 to present

Massachusetts Psychiatric Association - 1990 to 1994

American Medical Association - 1989 to present

**References**

Available on request

1114

CONFIDENTIAL
AZSER12778239

BEST COPY AVAILABLE



1115

CONFIDENTIAL
AZSER12778240

BEST COPY AVAILABLE

D1447C00127:0086
5077II/127

# ALBUQUERQUE NEUROSCIENCE, INC.

715 Dr. Martin Luther King Jr. Ave. NE, Suite 203 Albuquerque, NM 87102
Telephone: (505) 848-3773  Fax: (505)848-3741  e-mail: mdempsey@efortress.com

## G. MICHAEL DEMPSEY, M.D.
## CURRICULUM VITAE
### March   2003

### Personal Data

| | |
|---|---|
| Date of Birth: | REDACTED |
| Place of Birth: | |
| Citizenship: | |
| Marital Status: | |
| Children: | |

### Educational Background

| | |
|---|---|
| 1958 | Highland High School, Albuquerque, New Mexico |
| 1963 | University of New Mexico, Albuquerque, New Mexico, BS |
| 1968 | University of New Mexico, Albuquerque, New Mexico, MS |
| | Thesis: "Effects of Hypothermia and Saline Injection on Cesium-137 and Sodium-22 Metabolism in White Rats" |
| 1968 | University of Colorado, School of Medicine, Denver, Colorado, M.D. |
| 1968-1969 | Internship in Medicine, University of Maryland, Baltimore, Maryland |
| 1971-1974 | Residency in Psychiatry, University of Iowa, Iowa City, Iowa |
| 1974-1976 | Post-Graduate |

1. Research psychiatrist, Columbia College of Physicians and Surgeons, New York State Psychiatric Institute, Division of Internal Medicine, 1974-1976
2. Nuclear Medicine, three week course, Oak Ridge, Tennessee AEC Associated University, 1974
3. Advanced Cardiac Life Support (ACLS) certification since 1980

### Current Clinical Activities

President and Principal Investigator, Albuquerque Neuroscience, Inc.
Albuquerque, New Mexico, a psychiatric clinical trials organization, 1995 to present

Medical Director , Memorial Psychiatric Hospital, Albuquerque, New Mexico, 1992 to 2002

Private practice in Albuquerque, NM at various in-patient psychiatric units, 1978 to present
    Albuquerque Regional Medical Center
    Presbyterian Hospital



10/01/03

1116

CONFIDENTIAL
AZSER12778241

BEST COPY AVAILABLE

CV Dempsey
Page 2

## Past Clinical Activities

### Inpatient

Staff physician and chief of medical staff in 36-bed general hospital in Embudo, New Mexico, 1969-1971. The workload of 300 deliveries per year, pediatrics, emergency room, and medical cases was shared by a 3-person medical staff.

Psychiatry residency inpatient work at the University of Iowa, included the first year of inpatient adult cases (during which six weeks full time were spent on drug abuse rehabilitation unit), three months on inpatient child psychiatry, two months on inpatient neurology ward, and a final six months as chief resident on adult inpatient ward.

At Columbia Psychiatric Institute, the responsibilities included shared management of an 8 bed metabolic research ward.

In Lexington, in addition to administrative duties as Associate Chief of Psychiatry, clinical responsibilities included on-going medical supervision of 40 chronic and acute inpatient psychiatric cases.

### Outpatient

At Embudo Presbyterian Hospital, the three-person staff saw 1100 outpatients per month and traveled to outlying weekly clinics in Penasco, Questa, and Ranchos de Taos, New Mexico and to San Luis, Colorado.

The six months of psychiatry residency at the University of Iowa was full-time outpatient work, and one night a week and one weekend per month coverage in the emergency room at a general hospital.

Two months of internship the University of Maryland was devoted to emergency room coverage.

Columbia Psychiatric Institute outpatient responsibilities included screening patients as candidates for the New York State Psychiatric Institute and shared responsibility for medical coverage of the Lithium Clinic. Experience was also gained in administering test doses of radioisotopes to patients as part of a research protocol.

Emergency room coverage at Espanola Hospital for one 24-hour shift each month from 1979 to 1985.

Outpatient private psychiatric practice, Albuquerque, New Mexico 1978 to 2000, with Clinical trials since 1985

## Administrative Activities

Responsible for administration of psychiatry service at Leestown Division of the Lexington Veterans Administration Hospital. Service consisted of 10 full-time psychiatrists who provided care in a 12,000 visit per year mental health clinic, a 44-bed alcohol treatment unit, a day hospital, and 280 general psychiatry beds, 1976-1978.

Performed approximately 230 SSI psychiatry disability exams for Kentucky Department of Human Resources, 1977-1978.

Director of Memorial Hospital Evaluation and Testing Institute, 1989-1991.

CONFIDENTIAL
AZSER12778242

BEST COPY AVAILABLE

CV Dempsey
Page 3

## Professional Affiliations

Member, American Psychiatric Association
Member, Psychiatric Medical Association of New Mexico, Past President, 1985-1986
Member, American Medical Association
Member, Greater Albuquerque Medical Association
Member, Academy of Clinical Psychiatry
Past Chief of Staff, Psychiatric Section, Kaseman Presbyterian Hospital, Albuquerque,
   New Mexico

## Appointments

| | |
|---|---|
| 1962-1963 | Graduate Assistant, University of New Mexico Department of Biology |
| 1963-1964 | Research Assistant, Lovelace Foundation for Medical Research, Department of Physiology, Albuquerque, New Mexico |
| 1969-1971 | Staff Physician, Embudo Presbyterian Hospital, Embudo, New Mexico |
| 1970-1971 | Chief of Medical Staff, Embudo Presbyterian Hospital, Embudo, New Mexico |
| 1974-1976 | Research Psychiatrist I , New York State Psychiatric Institute |
| 1974-1976 | Instructor, Clinical Psychiatry, Columbia Presbyterian Hospital, New York, New York |
| 1976-1978 | Associate Chief, psychiatry service, Veterans Administration Hospital, Lexington, Kentucky |
| 1976-1978 | Assistant Professor, Department of Psychiatry, University of Kentucky, School of Medicine, Lexington, Kentucky |
| 1979-1995 | Clinical Associate Professor, University of New Mexico, School of Medicine, Albuquerque, New Mexico |

## Certifications and Licenses

| | |
|---|---|
| 1968-1970 | National Board of Medical Examiners |
| 1968-1971 | Colorado State Board of Medical Examiners, active status, license #16105 |
| 1971-present | Colorado State Board of Medical Examiners, inactive status, license #16105 |
| 1976 | Board Certification, American Board of Psychiatry and Neurology |
| 1969-2002 | New Mexico Board of Medical Examiners, license #69126 |

## Awards

Robert H. Felix Metropolitan Mental Health Award for best freshman
   psychiatric paper at University of Colorado: "The Spanish-American
   as a Patient" 1965
Elected to Waring Society, University of Colorado, School of Medicine. Paper presented:
   "Penitentes: Neoplatonists of New Mexico" 1966-1968
Physician's Recognition Award in Continuing Medical Education, American Medical
   Association, 1976 to present

CONFIDENTIAL
AZSER12778243

BEST COPY AVAILABLE

CV Dempsey
Page 4

## Teaching Activities

Freshman biology lab, University of New Mexico, one semester, 90 students, 1962-1963
Intern at University of Maryland, School of Medicine, supervised 3-4 medical students
    at a time during the year, 1968-1969
Organized grand rounds at Embudo Hospital, 1969-1971 and at Iowa School of Medicine,
    1971-1974, (as chief resident from 1/74 to 6/74)
Clinical instructor of psychiatry at Columbia College of Physicians and Surgeons for small
    groups of medical students, 1974-1976
Established monthly series of lectures for Class I Continuing medical Education credit at
    Veterans Hospital, Lexington, Kentucky (Leestown Division). "The Diagnosis and
    Treatment of the Major Psychoses," 1976 and "Alcoholism: All Aspects," 1977-1978
Weekly consult service rounds with second year medical students at University of New
    Mexico, 1977-1978
Director of Continuing Medical Education, Memorial Psychiatric Hospital, 1987-1991

## Formal Presentations

University of Iowa
Anorexia Nervosa
Use of Lithium in a Patient with Affective Disorder Presenting as Drug Psychosis
Some Side-Effects of Neuroleptic Drugs:
    "Use of Lithium in Schizo-Affective Disorder with Tardive Dyskinesia"
Use of Tofranil in Adolescent Depression and Behavior Problems
Medical Grand Rounds – Depression and Suicide
Two presentations to the Iowa Genetics Club:
    "Familial Retardation"
    "A Family With Genetic Translocation and Multiple Psychiatric Disorders"

Columbia College of Physicians and Surgeons and the New York State Psychiatric Institute
Review of Cation Physiology in Psychiatric Illness
Role of Masked Depression in the Setting of a Medical Clinic

University of Kentucky
Use of Clinical Laboratory in Management of Lithium Patients
Lithium Toxicity
Electrolyte and Other Metabolic Disturbances Associated with Alcoholism

University of Kansas School of Medicine
Schizo-Affective Disorder, Diagnosis and Treatment – October 1985

VI World Congress of Psychiatry, Honolulu, Hawaii
A 30 - year Follow-up of Atypical (Schizoaffective) Schizophrenia

CONFIDENTIAL
AZSER12778244

BEST COPY AVAILABLE

CV Dempsey
Page 5

<u>Albuquerque, New Mexico</u>
Diagnosis and Management of Drug Overdoses and Adverse Reactions to Psychiatric Drugs and Illicit Drugs

Diagnosis and Management of Organic Brain Syndromes and Dementia

New Therapeutic Approaches in Psychopharmacology

Diagnosis and Management of Depression, with Emphasis on the Use of Antidepressant Medication

Survey of Medical Psychiatry, presentation to Alliance of Mentally Ill Association, 1991

Biological Aspects of Affective Disorders, presentation to Depressive and Manic Depressive Association

Child and Adolescent Psychopharmacology, presented to Memorial Hospital staff, 1992

Multiple lectures systematically reviewing DSM-III-R & DSM-IV, presented to Memorial Hospital Staff, 1992 to 2002

<u>University of New Mexico, School of Medicine, Department of Psychiatry Grand Rounds, April 1986</u>
Electroconvulsive Therapy
Psychiatric Manifestations of Temporal Lobe Seizure

<u>Wolverhampton England, Second British Lithium Congress, September 1987</u>
The Concurrent Use of Lithium and Clonazepam

**<u>Bibliography available upon request</u>**

1120

CONFIDENTIAL
AZSER12778245

BEST COPY AVAILABLE

CV Dempsey
Page  6

## Clinical Research Trials

I was Principal Investigator on the following studies in Albuquerque, New Mexico:

1.  1985   Moban in Chronic Psychosis under auspices of Dupont and John Feighner, M.D. ResearchCorporation
2.  1987   Wellbutrin, Seizure Surveillance study for Burroughs-Wellcome  &  John Feighner, M.D.
3.  1988   Dothiapin for Depression -- high dose study for Boots Pharmaceuticals and Quintiles Inc.
4.  1991   Sertraline for Depression, Pfizer and Quintiles Inc.
5.  1992   High dose Xanax Withdrawal in Panic Disorder, Upjohn and Parexel, Inc.
6.  1993   Xanax SR for Anxiety, Upjohn Co.
7.  1993   Paroxetine for Depression, SmithKline Beecham and Quintiles, Inc.
8.  1993   Wellbutrin SR for Depression, Burroughs Wellcome Company and ICR, Inc.
9.  1994   U-9807A, Upjohn Company for Mixed Anxiety and Depressive Disorder
10. 1995   Nimodepine, Alzheimer's Disease, Miles/Bayer
11. 1995   Flesinoxan, General Anxiety Disorder, Solvay
12. 1997   Donepezil in Alzheimer's Disease, Pfizer
13. 1997   Selegiline in patch form for Depression, Somerset
14. 1997   Lamotrigine for Bipolar Depression, Galaxo-Wellcome0
15. 1997   HMR 100907 (5HTz blocker) for Schizophrenia, Hoechst Marion Roussell'
16. 1997   Lamotrigine for Acute Mania, Galaxo-Wellcome
17. 1997   Metrifonate in Alzheimer's Disease, Bayer
18. 1997   Wellbutrin SR in Long-Term Depression, Galaxo-Wellcome
19. 1999   Double-blind study of effects on Sexual Functioning, Galaxo-Wellcome
20. 1999   Double-blind study for treatment of Schizophrenia, Otsuka
21. 1999   Double-blind study for the treatment of Depression, Case Comparison study, Somerset
22. 1999   Double-blind study of two drugs in the treatment of Acute Mania, Eli Lilly HGHQ
23. 2000   Double-blind study for the treatment of Long-Term Depression, Eli Lilly LUAB
24. 2000   Prozac weekly, Eli Lilly HCKN & HCLD
25. 2000   Double-blind study of two drugs in the treatment of General Anxiety Disorder, Panic Disorder and Social Phobia, Park Davis
26. 2000   double-blind study in the treatment of Bipolar Mania and maintenance treatment  for Bipolar Disorder, Bristol Myers Squibb
27. 2000   Weekly Prozac in the treatment of Depression, Eli Lilly HCIZ
28. 2000   Double-blind study in the treatment of Bipolar Depression, Eli Lilly HGGY
29. 2000   Two double-blind studies in Treatment Resistant Depression, Eli Lilly HGIE & HGHZ
30. 2000   Double-blind study & extension of a new drug in the treatment of Depression, Pharmacia
31. 2000   Double-blind study in the treatment of Child Depression, SmithKline Beecham
32. 2001   Double-blind study in the treatment of Depression, TAP and  Quintiles, Inc.
33. 2001   Double-blind study in the treatment of Weight-Gain, Eli Lilly HGJN
34. 2001   Double-blind study of two drugs in treatment of Bipolar Mania,Eli Lilly HGJT
35. 2001   Double-blind study in the treatment of Vascular Dementia, Novartis
36. 2001   Double-blind study in the treatment of Alzheimer's Disease, Fujisawa Institute of America

CONFIDENTIAL
AZSER12778246

BEST COPY AVAILABLE

CV Dempsey

Page 7

## Clinical Research Trials continued

37. 2001   New drug in the treatment of Psychotic Depression, Corcept and Scirex
38. 2001   Triglyceride levels in Schizophrenics, Eli Lilly HGJX
39. 2001   Double-blind study in the treatment of Generalized Anxiety Disorder, Pfizer
40. 2001   Double-blind study of two drugs in the treatment of Schizophrenia, Eli Lilly
41. 2001   Double-blind study in the treatment of Depression, Merck and Co.
42. 2002   Double-blind study in adolescents with Panic Disorder, Wyeth-Ayerst
43. 2002   Double-blind study in adults with Panic Disorder, Wyeth-Ayerst
44. 2002   A D H D study, Celltech
45. 2002   Treatment Resistant Depression, Janssen
46. 2002   Geriatric Depression-patch study, Somerset
47. 2003   Insomnia, Neurocrine
48. 2003   Vascular Dementia, Eisai
49. 2003   Adolescent Bipolar Mania, Eli Lilly  HGIU
50. 2003   Geriatric Depression, Eli Lilly  HMBV
51. 2003   Major Depression, Eli Lilly  HMCQ
52. 2003   Adult Mania, Abbott

1122

CONFIDENTIAL
AZSER12778247

BEST COPY AVAILABLE

**CURRICULUM VITAE**

September 2003

**Mark Douglas Fossey, M.D.**

**Home Address:** REDACTED

**Office Address:**
University of Oklahoma at Tulsa
Schusterman Center
4502 East 41st Street
Tulsa, Oklahoma 74135
(918) 660-3511 Fax:(918) 660-3132
e-mail: mark-fossey@ouhsc.edu

**Social Security Number:** REDACTED

**Date of Birth:** REDACTED

**Place of Birth:** REDACTED

**Marital Status:** REDACTED

**Education:**

1968 - 1973    B.A., English, Oklahoma State University, Stillwater, Oklahoma

1973 - 1977    M.D., University of Oklahoma College of Medicine, Oklahoma City, Oklahoma

1998 - Present   Graduate Student, Chemistry, University of Tulsa, Tulsa, Oklahoma

**Postgraduate Training and Fellowship Appointments:**

1977 - 1980   Residency in Internal Medicine, University of Oklahoma-Tulsa College of Medicine, Tulsa, Oklahoma.

1981 - 1984   Residency in Psychiatry, University of Virginia School of Medicine, Charlottesville, Virginia.

1984 - 1985   Clinical Research Fellowship in Psychiatry, Medical University of South Carolina, Charleston, South Carolina.

1123

CONFIDENTIAL
AZSER12778248

BEST COPY AVAILABLE

2

Mark Douglas Fossey, M.D.

## Faculty Appointments:

1984-1986    Instructor, Department of Psychiatry and Behavioral Sciences, Medical University of South Carolina, Charleston, South Carolina.

1986-1987    Assistant Professor, Department of Psychiatry, Medical College of Georgia, Augusta, Georgia.

1987-1996    Assistant Professor, Department of Psychiatry and Behavioral Sciences, Medical University of South Carolina, Charleston, South Carolina.

1996-1997    Associate Clinical Professor, Department of Psychiatry, University of Oklahoma College of Medicine-Tulsa, Tulsa, Oklahoma.

1997-Present Associate Professor, Department of Psychiatry, University of Oklahoma-Tulsa, Tulsa, Oklahoma

1997-Present Clinical Associate Professor, Department of Internal Medicine, University of Oklahoma College of Medicine-Tulsa, Tulsa, Oklahoma.

## Hospital and Administrative Appointments:

1980-1981    Emergency Physician, Eastern Oklahoma Emergency Medical Associates, Tulsa, Oklahoma.

1985-1986    Staff Psychiatrist, Consultation-Liaison Psychiatry Service Medical University Hospital, Charleston, South Carolina

1985-1986    Research Psychiatrist, Clinical Research Division and Anxiety Disorders Section, Department of Psychiatry and Behavioral Sciences, Medical University of South Carolina, Charleston, South Carolina

1986-1987    Staff Psychiatrist, Consultation-Liaison Psychiatry Service and Medical Psychiatry Inpatient Unit, VA Medical Center, Augusta, Georgia.

1987-1990    Staff Psychiatrist, Consultation-Liaison Psychiatry Service, Medical University Hospital, Charleston, South Carolina.

1987-1990    Research Psychiatrist, Clinical Research Division and Anxiety Disorders Section, Department of Psychiatry, Medical University of South Carolina, Charleston, South Carolina.

1124

CONFIDENTIAL
AZSER12778249

BEST COPY AVAILABLE

3
Mark Douglas Fossey, M.D.

| | |
|---|---|
| 1987-1988 | Medical Consultant, Weight Management Center, Department of Psychiatry and Behavioral Sciences, Medical University of South Carolina, Charleston, South Carolina. |
| 1988-1996 | Chief Medical Consultant, Weight Management Center, Department of Psychiatry and Behavioral Sciences, Medical University of South Carolina, Charleston, South Carolina. |
| 1990-1995 | Medical Director, Posttraumatic Stress Disorder Clinic Team, Veterans Administration Medical Center, Charleston, South Carolina. |
| 1990-1995 | Director of Consultation Liaison Psychiatry, Veterans Administration Medical Center, Charleston, South Carolina. |
| 1996-1997 | Staff Psychiatrist, Inpatient Psychiatry Unit, Consultation-Liaison Psychiatry Service, and ECT Service, Hillcrest Medical Center, Tulsa, Oklahoma. |
| 1996-1997 | Staff Psychiatrist, Utica Psychiatric Services, Tulsa, Oklahoma. |
| 1997-2000 | Staff Psychiatrist, Laureate Psychiatric Clinic and Hospital, Tulsa, Oklahoma. |
| 1997-2001 | Medical Director, Psychiatry Clinic, University of Oklahoma College of Medicine-Tulsa, Tulsa, Oklahoma. |
| 1997-Present | Staff Psychiatrist, Consultation-Liaison and ECT Services, St. Francis Hospital, Tulsa, Oklahoma. |
| 1998-2000 | Research Psychiatrist, Parkside Psychiatric Hospital, Tulsa, Oklahoma. |
| 2000-Present | Research Psychiatrist, Laureate Psychiatric Clinic and Hospital, Tulsa, Oklahoma |

## Specialty Certification:

| | |
|---|---|
| 1981 | American Board of Internal Medicine, #81042 |
| 1985 | American Board of Psychiatry and Neurology, #27347 |

CONFIDENTIAL
AZSER12778250

BEST COPY AVAILABLE

4
Mark Douglas Fossey, M.D.

1998  American Board of Psychiatry and Neurology certification in Addiction Psychiatry, #1366.

1998  American Society of Clinical Psychopharmacology certification in Clinical Psychopharmacology.

2000  Association for Convulsive Therapy certification in Electroconvulsive Therapy

**Licensure:**

1978  National Board of Medical Examiners, #187217

1978  Oklahoma State Medical License, #11793

1981  Virginia State Medical License- #39606

1984  South Carolina State Medical License, #11954

1986  Georgia State Medical License, #28979

**Awards, Honors:**

1985  Psychopharmacology Award, Department of Psychiatry and Behavioral Sciences, Medical University of South Carolina, Charleston, South Carolina

1990  Reviewer of Manuscripts submitted for publication to the Journal of Psychiatric Medicine

1992  Special Award of Appreciation for Dedicated Service presented by the Vietnam Veterans at Ralph H. Johnson V.A. Medical Center. Charleston, South Carolina

1997  Leonicia Curva Outstanding Clinical Faculty Award, Department of Psychiatry, University of Oklahoma Health Sciences Center-Tulsa Campus

1999-2000  Speaker for "The Hidden Diagnosis Uncovering Anxiety and Depressive Disorders" series sponsored by SmithKline Beecham

1999-2000  Member of the Special Issue Psychiatric Advisory Board for LOTRONEX (alosetron) in irritable bowel syndrome. GlaxoWellcome

2000  Speaker for "A Contemporary Approach to the Diagnosis and Treatment of Bipolar Disorder" series funded by an unrestricted grant from Janssen

CONFIDENTIAL
AZSER12778251

BEST COPY AVAILABLE

5
Mark Douglas Fossey, M.D.

| | |
|---|---|
| 2000 | Special invitation to attend the 39th Annual Meeting of the American College of Neuropsychopharmacology in San Juan, Puerto Rico, December 2000 |
| 2001-2002 | Speaker for "The Expanding Role of Antiepileptic Agents: A Focus on Bipolar Disorder" series sponsored by Novartis Pharmaceuticals |
| 2001 | Invited lecture entitled "Depression and its Treatment" presented at the First Annual Charles P. Seger Seminar on Depression in Tulsa, Oklahoma, May 17, 2001 |
| 2001 | Invitation to attend speakers training on Vagus Nerve Stimulation in the Long-term Treatment of Depression by Cyberonics in Chicago, Illinois, August 23-24, 2001 |
| 2001 | Special invitation to attend the 40th Annual Meeting of the American College of Neuropsychopharmacology in Hawaii, December 2001 |
| 2001 | Reviewer of abstracts for presentation at The New Clinical Drug Evaluation Unit (NCDEU) Annual Meeting in Phoenix, Arizona, June 2001 |
| 2002 | Invitation to attend the Psychiatric Advisory Board Meeting sponsored by UCB Pharma. Inc. in Paradise Valley, Arizona, November 1-2, 2002 |
| 2003 | Third Place for Faculty Clinical Science Research Oral Presentation at The University of Oklahoma -- Tulsa Research Day, May 10, 2003 |
| 2003 | Speaker for "Optimizing Drug Treatment in Bipolar Depression" series Funded by an unrestricted grant from GlaxoSmithKline through Johns Hopkins University, Dallas, TX, Fall 2003 |
| 2003 | Speaker for "Important Topics in Managing Anxiety and Depression: CBT and Pharmacotherapy". Series funded by unrestricted grant from Forest Pharmaceuticals. Fall 2003 |

**Memberships in Professional and Honorary Societies:**

American Psychiatric Association, 1983-Present

American College of Physicians, 1984-Present

American Association of the Advancement of Science, 1990-Present

New York Academy of Sciences, 1990-Present

CONFIDENTIAL
AZSER12778252

BEST COPY AVAILABLE

6

Mark Douglas Fossey, M.D.

American Society of Clinical Psychopharmacology, 1996-Present

Association for Convulsive Therapy, 1998-Present

Oklahoma Psychiatric Physicians Association, 1996-Present

**Medical College Committees:**

Advisory Board Member, University Medical Associates, University of Oklahoma College of Medicine-Tulsa, 1998-Present.

Member of the Institutional Review Board for Human Research, University of Oklahoma Health Sciences Center, 2000-2001.

Member of Research Day Committee, University of Oklahoma College of Medicine-Tulsa, 2001-Present.

**Other Committees:**

Patient Education Committee, Charleston VA Medical Center, Charleston, South Carolina, 1992 - 1996.

Reviewer of Research Protocols for Research and Development Committee, Charleston VA Medical Center, Charleston, South Carolina, 1994 - 1996.

STEP-BD (Systematic Treatment Enhancement Program for Bipolar Disorder), Publications Committee: 1999 to Present.

Member of STEP-BD Comorbid Anxiety Disorder in Bipolar Disorder committee, 1999 to Present.

Member of STEP-BD Comorbid Substance Abuse in Bipolar Disorder committee, 1999 to Present.

Council member of Oklahoma Psychiatric Physicians Association, 2001 to present

Member of Ethics Committee for Oklahoma Psychiatric Physicians Association, 2002 to present

**Current Medical College Teaching:**

1997-Present   Clinical Supervisor of Psychiatry Residents in the Psychiatry Outpatient

1128

CONFIDENTIAL
AZSER12778253

BEST COPY AVAILABLE

7

Mark Douglas Fossey, M.D.

Clinic, University of Oklahoma-Tulsa.

1998-Present   Course Director for 12-week lecture series:  Psychopharmacology. University of Oklahoma-Tulsa.

1998-Present   Course Director for 12-week lecture series: Neurology and Neuroscience. University of Oklahoma-Tulsa.

1998-Present   Lecture entitled  "Overview of Anxiety Disorders" presented monthly to 3rd year medical students.  University of Oklahoma-Tulsa.

1999-Present   Annual 2-hour lecture to Psychiatry Residents on "Post-Traumatic Stress Disorder".  University of Oklahoma-Tulsa.

2002-Present   Faculty Supervisor for Psychiatry Resident Clinical Research Electives. University of Oklahoma-Tulsa

## Research Grants, Contracts, and Awards:

Fixed Dose (2 or 6mg) Alprazolam (Xanax) and Placebo in the Treatment of Panic Attacks with Agoraphobia, Panic Disorder with Limited Phobic Avoidance and Panic Disorder (Uncomplicated).  Upjohn, Co-Investigator, 1984-1985.

Study of the Comparative Efficacy of Lorazepam and Phenelzine with Behavioral Group Therapy in the Treatment of Agoraphobia.  Co-Investigator, 1985-1987.

Biological Studies of Patients with Panic Disorder with Agoraphobia and Normal Control Subjects.  Co-Investigator, 1984-1987.

Efficacy and Tolerability of Anafranil (Clomipramine) versus Placebo in Obsessive-Compulsive Disorder.  Ciby-Geigy, Co-investigator, 1986-1987.

A Phase II, Parallel-Group, Placebo-Controlled Study to Evaluate the Efficacy and Safety of Three Doses of Ipsapirone HCL in Outpatients with Generalized Anxiety Disorder During a Four-Week Treatment Period.  G.H. Besselaar Associates, Co-Investigator, 1987.

Tapered Withdrawal from Lorazepam, Alprazolam and Phenelzine in Patients with Agoraphobia.  Co-Investigator, 1987-1988.

Magnetic Resonance Imaging in Obsessive-Compulsive Disorder.  Co-Investigator, 1987-1988.

CONFIDENTIAL
AZSER12778254

BEST COPY AVAILABLE

8
Mark Douglas Fossey, M.D.

Treatment for Rape-Induced Anxiety: Xanax versus S.I.T.  Upjohn, Co-Investigator, 1987-1988.

Prevalence of Anxiety and Mood Disorders in Patients with Irritable Bowel Syndrome. Upjohn, Co-Investigator, 1987-1988.

A Phase II, Double-Blind Evaluation of the Safety, Toleration and Efficacy of ZK 112-119 in Multiple Doses for Twenty-One Days in Outpatients with Generalized Anxiety Disorder. Sandoz, Co-Investigator, 1988.

Carbamazepine versus Placebo During Discontinuation of Alprazolam Therapy.  Upjohn, Co-Investigator, 1988-1989.

Double-Blind Comparison of Three Doses of Sertraline and Placebo in Outpatients with Obsessive-Compulsive Disorder.  Pfizer, Co-Investigator, 1988-1989

Fluoxetine versus Placebo I:  Intermittent Dosing in Obese Patients.  Eli Lilly, Co-Investigator, 1988-1990.

Treatment Use of Anafranil (Clomipramine) in Obsessive-Compulsive Disorder.  Ciba-Geigy, Protocol 67, Co-Investigator, 1988-1989.

Clinical Studies of Patients with Obesity.  Eli Lilly, Co-Investigator, 1988-1989.

A Phase II, Double-Blind Evaluation of the Safety and Efficacy of ZK112-119, Diazepam and Placebo in Outpatients with Generalized Anxiety Disorder.  Sandoz, Co-Investigator, 1989.

Arterial and Venous Blood Concentrations of Tribulin in Anxious Patients and Normal Controls.  Sub-Investigator, 1989-1990.

Multicenter, Placebo-Controlled, Double-Blind Safety and Efficacy Evaluation of ICI 204,636 in Hospitalized Patients with Acute Exacerbation of Chronic or Subchronic Schizophrenia.  ICI, Sub-Investigator, 1991.

Lovan (Fluoxetine): Effect on Weight Management after Very Low Calorie Diet.  Eli Lilly, Co-Investigator, 1991-1993.

Multicenter Trial to Evaluate the Efficacy and Safety of Sertraline in the Treatment of Major Depression, Pfizer-Roerig, Principal Investigator, 1991-1992.

CONFIDENTIAL
AZSER12778255

BEST COPY AVAILABLE

9

Mark Douglas Fossey, M.D.

A Placebo-Controlled, Double Blind, Group Efficacy, Safety, and Tolerability Trial of Brofaromine in Patients with Post-Traumatic Stress Disorder, Ciba Geigy, Co-Investigator, 1992.

A Double Blind, Placebo-Controlled Study of the Safety and Efficacy of Sertindole in Schizophrenic Patients, Abbott Laboratories, Sub-Investigator, 1992-1993.

Safety of Wellbutrin-SR in Depressed Patients, Burroughs-Wellcome, Principal Investigator, 1993-1994.

A 52-week Study of the Weight Loss Maintenance Effect of Orlistat in the Treatment of Obesity After a 24-week Period of Weight Loss by Conventional Diet Therapy, Hoffmann-LaRoche, Co-Principal Investigator, 1993-1994.

Cognex: Neuropsychiatric Testing and Assessment of Caregiver time, Parke-Davis, Principal Investigator, 1996-1997.

Weekly Enteric-Coated Fluoxetine Hydrochloride versus Daily Fluoxetine or Placebo in the Continuation Treatment of Major Depressive Disorder Eli Lilly, Principal Investigator, 1998-1999.

Fluoxetine versus Placebo in Post-Traumatic Stress Disorder, Eli Lilly, Sub-Investigator, 1998-1999.

Efficacy of Olanzapine and Adjunctive Lorazepan, as needed, to treat Acute Behavioral Agitation in Schizophrenia, Eli Lilly, Principal Investigator, 1998-2000.

Olanzapine Versus Divalproex in the Treatment of **Acute Mania**, Eli Lilly, Sub-Investigator, 1998-1999.

Efficacy and Safety of Short-Acting Intramuscular Olanzapine vs. Placebo in Acutely Agitated Patients with Mania associated with **Bipolar Disorder**, Eli Lilly, Principal Investigator, 1999-2000.

Placebo-controlled study of Pregablin in patients with Social Phobia, Parke-Davis, Principal Investigator, 1999-2000.

Placebo-controlled Study of Pregablin and Alprazolam in patients with Generalized Anxiety Disorder, Parke-Davis, Principal Investigator, 1999-2000.

Open-Label Safety study of Pregablin in Patients with Anxiety Disorders, Parke-Davis, Principal Investigator, 1999-2000.

CONFIDENTIAL
AZSER12778256

BEST COPY AVAILABLE

10

Mark Douglas Fossey, M.D.

Safety and Efficacy of R-fluoxetine vs. Placebo in patients suffering from major depression, Eli Lilly, Co-Investigator, 2000-2001.

Safety and Efficacy of Duloxetine vs. Placebo in the treatment of subjects with major depression, Eli Lilly, Co-Investigator, 2000-2001.

Topiramate versus Placebo for the Treatment of **Acute Manic or Mixed Episodes** in Subjects with **Bipolar Disorder**, Ortho-McNeil, Co-Investigator, 2000-2002.

**STEP-BD** (Systematic Treatment Enhancement Program for **Bipolar Disorder**): A multi-center, NIMH funded long-term study in patients with **bipolar disorder**, University of Oklahoma-Tulsa site, Principal Investigator, 1999-Present.

**STEP-BD**: Standard Care Pathway, University of Oklahoma-Tulsa site, Principal Investigator, 1999-Present.

**STEP-BD**: Randomized Care Pathway-Acute Depression, University of Oklahoma-Tulsa site, Principal Investigator, 1999-Present.

**STEP-BD**: Randomized Care Pathway-Refractory Depression, University of Oklahoma-Tulsa-site, Principal Investigator, 1999-Present.

**STEP-BD**: The Relationship Between Valproate and Other Mood Stabilizer Therapies to the Polycystic Ovarian Syndrome and Polycystic Ovarian Morphology in Women with **Bipolar Disorder** (PCOS-I), University of Oklahoma-Tulsa site, Principal Investigator, 2001-2002.

**STEP-BD**: The Relationship Between Valproate and Other Mood Stabilizer Therapies to the Polycystic Ovarian Syndrome and Polycystic Ovarian Morphology in Women with **Bipolar Disorder** (PCOS-II), University of Oklahoma-Tulsa site, Principal Investigator, 2002-2003.

**STEP-BD**: Genetics Repository, University of Oklahoma-Tulsa site, Principal Investigator, 2003-2007.

**STEP-BD**: Family Experience Study (FES), University of Oklahoma-Tulsa site, Principal Investigator, 2003-2005.

**STEP-BD**: Family Genetics, University of Oklahoma-Tulsa site, Principal Investigator, 2003-2005

CONFIDENTIAL
AZSER12778257

BEST COPY AVAILABLE

11
Mark Douglas Fossey, M.D.

### Scientific Presentations:

Waid LR, Anton RP, AuBuchon P, and Fossey MD: "A Neuropsychological Case Study of Carbamazepine Treatment of Organic Brain Syndrome with Psychotic Features." Presented at the Mid-South "Conference on Human Neuropsychology, Memphis, Tennessee, May 1985.

Lydiard RB, Ballenger JC, Laraia MT, Howell EG, Polter WZ, Lake CR, Fossey MD: "Noradrenergic Increase in Agoraphobia/Panic Disorder." Presented at the Annual Meeting of the American Psychiatric Association in Washington, D.C., May 12, 1986.

Ballenger JC, Rubin RT, Dupont RL, Lydiard RB, Laraia MT, Howell EF, Fossey MD: "Fixed-dose, Placebo Controlled Trial of Alprazolam vs. Placebo in Panic Disorder." Presented at Panic Disorder Biological Research Workshop, Washington, D.C., May 10-16, 1986.

Ballenger JC, Lydiard RB, Laraia MT, Howell EF, Fossey MD, Peterson G, Hucek A, Pofter DZ: "Neurobiological Correlates of Panic Disorder." Presented at the American College of Neuropsychopharmacology, San Juan, Puerto Rico, December 1987.

Ballenger JC, Lydiard RB, Laraia MT, Howell EF, Fossey MD: "Are There Catecholamine Increases in Agoraphobia?" Presented at the 141st Annual Meeting of the American Psychiatric Association, Montreal, May 9-13, 1988.

Fossey MD, Lydiard RB, Marsh WH, Ballenger JC: "Prevalence of Psychiatric Morbidity in Irritable Bowel Syndrome." Presented at the South Carolina Chapter of the American College of Physicians Scientific Meeting, Charleston, South Carolina, October 8, 1988.

Fossey MD, Lydiard RB, Marsh WH, Ballenger JC: "Prevalence of Psychiatric Morbidity in Irritable Bowel Syndrome." Presentation at the 46th Annual Meeting of the American Psychosomatic Society, San Francisco, California, March 10, 1989.

Fossey MD, Roy-Byrne PP, Cowely DS, Lydiard RB, Laraia MT, Zealberg JJ, Ballenger JC: "Personality Assessment Using the Tri-dimensional Personality Questionnaire (TPQ) in Patients with Panic Disorder and Generalized Anxiety Disorder." Presented at the 1989 Annual Meeting of the Society of Biological Psychiatry, San Francisco. California, May 4, 1989.

Fossey MD, Lydiard RB, Marsh WH, Ballenger JC: "Prevalence of Psychiatric Morbidity in Irritable Bowel Syndrome." Presented at the 142nd Annual Meeting of the American Psychiatric Association, San Francisco, California, May 10, 1989.

CONFIDENTIAL
AZSER12778258

BEST COPY AVAILABLE

12
Mark Douglas Fossey, M.D.

Lydiard RB, Morton A, Laraia MT, Zealberg JJ, Stuart G, Fossey MD, Ballenger JC: "Effect of Desipramine and Placebo on Resting Metabolic Rate in Non-depressed Patients with Panic Disorder." Presented at the 142nd Meeting of the American Psychiatric Association, San Francisco, California, May 10, 1989.
O''Neil PM, Samo JA, Currey H, Malcolm R, Fossey MD, Jones E: "Resting Metabolic Rate Before and After a Very Low Calorie Diet (VLCD)." Presentation at the Annual Meeting of the North American Association for the Study of Obesity, Bethesda, Maine, September 15, 1989.

Lydiard RB, Brady KT, Ballenger JC, Laraia MT, Shook J, Fossey MD: "CSF Opioid Activity in Panic Disorder Patients and Normal Controls." For presentation at the Annual Meeting of the American College of Neuropsychopharmacology (ACNP), Maui, Hawaii, December 10-15,1989.

Lydiard RB, Ballenger JC, Laraia MT, Fossey MD, Howell E: "Noradrenergic Function in Panic Disorder: New CSF Findings." For presentation at the Annual Meeting of the American College of Neuropsychopharmacology (ACNP), Maui, Hawaii, December 10-15,1989.

Fossey MD, Lydiard RB, March WH, Stuart GW, Morton WA, Ballenger JC: "Personality Assessment in Female Patients with Irritable Bowel Syndrome and Anxiety Disorders." Presentation at the Annual Meeting of the Southern Association for Research in Psychiatry, Chapel Hill, North Carolina, March 2, 1990.

Fossey MD, Lydiard RB, Marsh WH, Stuart GW, Morton WA, Ballenger JC: "Personality Assessment in Female Patients with Irritable Bowel Syndrome and Anxiety Disorders." For 47th Annual Meeting of American Psychosomatic Society.  Boston, Massachusetts, March 23, 1990.

Fossey MD, Lydiard RB, Laraia MT, Bissette G, Nemeroff CB, Ballenger JC: "CRF and TRH in the CSF of Panic Patients." Presented at the 143rd Annual Meeting of the American Psychiatric Association, New York, New York, May 15, 1990.

Lydiard RB, Brady KT, Ballenger, JC, Laraia MT, Shook J, Fossey MD: "CSF Opioid Activity in Panic Patients and Controls." Presented at the 143rd Annual Meeting of the American Psychiatric Association, New York, New York, May 15, 1990.

Lydiard RB, Ballenger JC, Ellinwood EH, Laraia MT, Austin LS, Fossey MD: "CSF Monoamine Metabolites in Obsessive Compulsive Disorder." Presented at the 143rd Annual Meeting of the American Psychiatric Association, New York, New York, May 15, 1990.

CONFIDENTIAL
AZSER12778259

BEST COPY AVAILABLE

13
Mark Douglas Fossey, M.D.

Lydiard RB, Ballenger JC, Laraia MT, Fossey MD: "Noradrenergic Function in Panic: New CSF Findings." Presented at the 143rd Annual Meeting of the American Psychiatric Association, New York, New York, May 15, 1990.

Austin LS, Lydiard RB, Fossey MD, Laraia MT, Ballenger JC: "Comorbidity of Anxiety Disorders in Obsessive-Compulsive Disorder Patients." Presented at the 143rd Annual Meeting of the American Psychiatric Association, New York, New York, May 15, 1990.

Melvin JA, Lydiard RB, Laraia MT, Fossey MD, Ballenger JC: "Effect of Alprazolam on Mood in Panic Disorder." Presented at the 143rd Annual Meeting of the American Psychiatric Association, New York, New York, May 15, 1990.

Jolley RR, Lydiard RB, Assey ME, Fossey MD, Ballenger JC: "Cardiac Status of Panic Patients: With and Without Cardiac Symptoms." Presented at the 143rd Annual Meeting of the American Psychiatric Association, New York, New York, May 15, 1990.

Lydiard RB, Fossey MD, Zealberg JJ, Laraia MT, Morton A, Ballenger JC: "Panic Depression: Clinical Features." Symposium at 143rd Annual Meeting of the American Psychiatric Association, New York, NY, May 16, 1990.

Fossey MD, Lydiard RB, Laraia MT, Bissette G, Nemeroff CB, Ballenger JC: "CSF Thyrotropin-Releasing Hormone (TRH) in Patients with Anxiety Disorders." Presented at the 143rd Annual Meeting of the Society of Biological Psychiatry, New York, New York, May, 1990.

Fossey MD, Lydiard RB, Laraia MT , Nemeroff CB, Bissette G, Ballenger JC: "CSF Corticotropin Releasing Factor (CRF) in Patients with Anxiety Disorders." Presented at the 143rd Annual Meeting of the Society of Biological Psychiatry, New York, New York, May, 1990.

Fossey MD, Jarrell MP, Bene CR, O"Neil P: "Physical and Psychological Predictors of Early Weight Loss." Presented at the 6th International Congress on Obesity, Kobe, Japan, October, 1990.

O"Neil P.M, Bene CR, Jarrell MP, Fossey MD: "RMR and Eating-Related Psychological Measures." Presented at the 6th International Congress on Obesity, Kobe, Japan, October, 1990.

Lydiard RB, Ballenger JC, Laraia MT, Fossey MD, Beinfeld MC: "Cerebrospinal Cholecystokinin Octapeptide Concentrations in Panic Disorder Patients and Normal Controls." Presented at the Annual Meeting of the American College of Neuropsychopharmacology, San Juan, PR, December 12, 1990.

CONFIDENTIAL
AZSER12778260

BEST COPY AVAILABLE

14
Mark Douglas Fossey, M.D.

Fossey MD, Jarrell MP, Bene CR: "Predictors of Early Placebo Response in Women Treated for Obesity." Presented at Annual Meeting of American Psychosomatic Society, Santa Fe, New Mexico, March 14, 1991.
Fossey MD, Lydiard RB, Laraia MT, Bissette G, Nemoroff CB, Ballenger JC: "Sex Differences in CSF Levels of the CRF and TRH." Presented at the 144th Annual Meeting of the American Psychiatric Association, New Orleans, Louisiana, May 14, 1991.

Lydiard RB, Ballenger JC, Laraia MT, Fossey MD, Beinfeld MC: "Cholecystokinin and Octapeptide Concentrations in Panic Disorder and Normal Controls." Presented at the 144th Annual Meeting of the American Psychiatric Association, New Orleans, Louisiana, May 14, 1991.

Ballenger JC, Lydiard RB, Laraia MT, Fossey MD, Zealberg JJ: "Use of Carbamazepine in Alprazolam Discontinuation." Presented at the American Psychiatric Association, New Orleans, Louisiana, May 14, 1991.

Lydiard RB, Fossey MD, Marsh WH, Ballenger JC: "Comorbidity of Anxiety and Mood Disorders in Irritable Bowel Syndrome." Presented at the 144th Annual Meeting of the American Psychiatric Association, New Orleans, Louisiana, May 13, 1991.

Fossey MD, Lydiard RB, Ballenger JC: "Placebo Response in Panic Disorder." Presented at the Fifth World Congress of Biological Psychiatry, Florence, Italy, June 10-11, 1991.

Fossey MD, Lydiard DR, Laraia MR, Bissette G, Nemeroff CB, Ballenger JC: "Sex Differences in CSF Levels of CRF and TRH." Presented at the Fifth World Conference of Biological Psychiatry, Florence, Italy, June 12-13, 1991.

O"Neil PM, Pellegrin KL, Jarrell MP, Samo JA, Fossey MD, Ballenger JC, Cochrane CE, Currey HS, Jones CR, Bene CR: "Does Anxiety Affect Resting Metabolic Rate?" Presented at the North American Association for the Study of Obesity Annual Meeting, Sacramento, California, October 20-23, 1991.

Fossey MD, Lydiard RB: "Predictors of Placebo Response in Panic Disorder." Presented at the Annual Meeting of the American Psychiatric Association, Washington, D.C., May 2-7,1992.

Johnson M, Lydiard RB, Ballenger JC, Laraia MT, Fossey, MD, Zealberg JJ: "CSF Beta Endorphin in Panic Disorder and Social Phobia." Presented at the Annual Meeting of the American Psychiatric Association, Washington, D.C., May 2-7, 1992.

O"Neil PM, Fossey MD, Ballenger JC, Currey HS, Cochrane CE, Jones CR, Jarrell MP- "Fluoxetine and Resting Metabolic Rating During Weight Loss Treatment." Presented at

CONFIDENTIAL
AZSER12778261

BEST COPY AVAILABLE

15
Mark Douglas Fossey, M.D.

the Annual Meeting of the North American Association for the Study of Obesity, Atlanta, Georgia, September 2-5, 1992.

Pellegrin KL, O'Neil PM, Stellefson EJ, Fossey MD, Jarrell MP, Ballenger JC, Cochrane CE, Currey HS: "Nutrient Intake and Mood Among Obese Women." Presented at the Annual Meeting of the North American Association for the Study of Obesity, Atlanta, GA, September 2-5, 1992.

Fossey, MD, Lydiard RB, Laraia MT, Beinfeld M, Ballenger JC: "Correlation of Body Mass Index with CSF Concentration of CCK-8 in Women with Panic Disorder, Bulimia, and Controls."" Presented at the Annual Meeting of the North American Association for the Study of Obesity, Atlanta, GA, September 2-5, 1992.

Lydiard RB, Zealberg JJ, Fossey MD, Beinfeld M, Ballenger JC: "CSF Cholecystokinin Octapeptide in OCD and Normals." Presented at the Annual Meeting of the American College of Neuropsychopharmacology, San Juan, Puerto Rico, December 14-18, 1992.

Fossey MD: "A Retrospective Analysis of Psychopharmacologic Intervention in 100 Male Veterans with PTSD." Presented at the Annual Meeting of the Anxiety Disorders, Association of America, Charleston, SC, March 19, 1993.

Fossey MD, Lydiard RB, Laraia MT, Beinfeld M, Ballenger JC: "Correlation of CSF Concentration of CCK-8 with Body Mass Index in Women with Bulimia and Panic Disorder." Presented at the annual meeting of the Society of Biological Psychiatry, San Francisco, May 22, 1993.

Fossey MD: "Benzodiazepine Treatment of Veterans with PTSD." Presented at the Annual Meeting of the American Psychiatric Association, San Francisco, May 25, 1993.

Hamner MB, Fossey MD: "Psychotic Symptoms in PTSD." Presented at the Annual Meeting of the American Psychiatric Association, San Francisco, May 25, 1993.

Johnson MR, Lydiard RB, Ballenger JC, Zealberg JJ, Fossey MD: " Low CSF HVA Levels in Patients with Panic Disorder and Social Phobia." Presented at the Annual Meeting of the American Psychiatric Association, San Francisco, May 24, 1993.

Fossey MD, Lydiard RB, Ballenger JC, Zealberg JJ, Fossey MD: " Correlation of CSF CCK-8 with Body Mass Index in Bulimic and Non-Bulimic Women." Presented at the Eleventh International Conference on the Physiology of Food and Fluid Intake.  Oxford, England, July 28-30, 1993.

CONFIDENTIAL
AZSER12778262

BEST COPY AVAILABLE

16
Mark Douglas Fossey, M.D.

Hamner MB, Fossey MD: "Psychotic Symptoms Associated with Post-traumatic Stress Disorder." Presented at the First International Congress on Hormones, Brain and Neuropsychopharmacology.  Rhodes, Greece, September 13-17, 1993.

Frueh BC, Chobot K, Fossey MD, Mirabella R: "Chronicity of Veterans" Symptom Reports after Specialized Treatment for PTSD." Presented at the Annual Meeting of the International Society for Traumatic Stress Studies.  San Antonio,Texas, October 24-27, 1993.

Hamner MB, Fossey MD: "Medical and Neurological Comorbidity in PTSD." Presented at the 14th National Conference of the Anxiety Disorders Association of America, Santa Monica, California, March 17-20, 1994.

Fossey MD, Hamner MB: "Clonazepam-induced Sexual Dysfunction in Male Veterans with PTSD." Presented at the Forty-ninth Annual Convention of the Society of Biological Psychiatry, Philadelphia, Pennsylvania, May 19-22, 1994.

Fossey MD, Hamner MB: "Male Sexual Dysfunction Induced by Bupropion Sustained Release." Presented at the Annual Meeting of the American Psychiatric Association, Philadelphia, Pennsylvania, May 21-26, 1994.

Fossey MC, O"Neil PM, Cochrane CE, Ballenger JB, Potter WZ: "Effect of Fluoxetine on Urine Catecholamine Excretion in Women with Obesity." For Presentation at Pharmacologic Treatment of Obesity, Saint-Adele, Quebec, Canada, August 18-20, 1994.

Brewerton TD, Lydiard RB, Ballenger JC, Fossey MD, Zealberg JJ, Roberts JE: "CSF Serotonin: Diagnostic and Seasonal Differences." To be presented at the Annual Meeting of the Society of Biological Psychiatry, May 18-21, 1995, Miami, Florida.

Brewerton TD, Lydiard RB, Johnson M. Ballenger JC, Fossey MD: "CSF Serotonin: Diagnostic and Seasonal Differences." To be presented at the Annual Meeting of the American Psychiatric Association, May 20-25, 1995.  Miami, Florida.

Fossey MD, Lydiard RB, Roy-Byrne PP, Cowely DS, Noyes R, Ballenger JC: "Assessment of Temperament in Male Anxiety Patients and Normal Male Comparison Subjects." For Presentation at the Eighth Sardinian Conference on Neuroscience, Tanka Village, Villasimius, Italy, May 24-28, 1995.

Fossey MD, Lydiard RB, Ballenger JC, Beinfeld M: "Correlation of CSF-CCK with Body Mass Index in Bulimic and Non-bulimic Women." Presented at Research Day, The University of Oklahoma Health Sciences Center - Tulsa Campus, Tulsa, OK, May 5,1998.

CONFIDENTIAL
AZSER12778263

BEST COPY AVAILABLE

17
Mark Douglas Fossey, M.D.

Fossey MD, Reantaso AA: "ECT in Depressed Patients with and without Sleep Apnea. Presented at the Annual Meeting of Association of Convulsive Therapy, Washington, D.C., May 16, 1999.
Fossey MD, Reantaso AA: "Electroconvulsive Therapy in Depressed Patients with and without Sleep Apnea. Presented at the 7th World Congress of Biological Psychiatry, Berlin, Germany, June 3, 2001.

Simon NM, Otto MW, Wisniewski S, Fossey MD, Sagdayu K, Sachs GS, Nierenberg AA, Thase ME, Pollack MH: "Anxiety Comorbidity in Bipolar Disorder: Data from the First 500 STEP Data Participants". Presented at the Annual Meeting of the American College of Neuropsychopharmacology, San Juan, PR, December 10, 2002.

Fossey MD, Yates WR, Wisniewski SR, Otto MW, Neel J, Weiss RD. "Primary - Secondary Distinction of Comorbid Substance Use Disorders in Patients with Bipolar Disorder". Presented at the University of Oklahoma – Tulsa, Research Day, May 10, 2003

Fossey MD, Yates WR, Wisniewski SR, Otto MW, Neel J, Weiss RD. "Primary-Secondary Distinction of Comorbid Substance Misuse in Patients with Bipolar Disorder". Presented at the Annual Meeting of American Psychiatric Association, San Francisco, CA, May 20, 2003.

Simon NM, Sagduyu K, Otto MW, Wisniewski SR, Fossey MD, Frank E, Sachs GS, Nierenberg AA, Thase ME, Pollack MH. "Anxiety Comorbidity in Bipolar Disorders: The First 500 STEP-BD Participants". Presented at the Annual Meeting of the American Psychiatric Association, San Francisco, CA, May 20, 2003.

**Other Presentations:**

"Basic Pediatric Psychopharmacology", Child Psychiatry Grand Rounds presentation at DeJarnefte State Hospital, Staunton, Virginia, a teaching affiliate of the University of Virginia. March 23, 1984.

"Psychiatric Aspects of Sleep Apnea", a Psychiatry Grand Rounds presentation at the Medical University of Sougth Carolina, Charleston, South Carolina, June 25, 1985.

"Medical-Psychiatric Units", a Psychiatry Grand Rounds presentation at the Medical University of South Carolina, Charleston, South Carolina, September 9, 1986.

"Psychiatric Aspects of Sleep Apnea", a Psychiatry Grand Rounds presentation at the Medical College of Georgia, September 24, 1986.

CONFIDENTIAL
AZSER12778264

BEST COPY AVAILABLE

18
Mark Douglas Fossey, M.D.

"Somatization Disorder: A Case Presentation," a Psychiatry Grand Rounds Presentation at the Medical College of Georgia. Augusta, Georgia, October 28, 1987.

"Irritable Bowel Syndrome: A Psychiatric Perspective", a Department of Medicine Grand Rounds Presentation at University Hospital, Augusta, Georgia, February 24, 1988.

"Anxiety Disorders Panic Attacks and Mitral Valve Prolapse", Presentation at a Symposium entitled "Update on Medical and Psychiatric Illnesses." Northwest AHEC, Bowman Gray School of Medicine, Winston-Salem, North Carolina, February 26, 1988.

"Irritable Bowel Syndrome: A Psychiatric Perspective." A Continuing Medical Education presentation for Hillcrest Hospital. Mayfield Heights, Ohio, March 23, 1988.

"Brain-gut Interaction in Irritable Bowel Syndrome." A Department of Medicine Grand Rounds at Greenville Memorial Hospital. Mayfield Heights, Ohio, June 10, 1988.

"Brain-gut Interaction in Irritable Bowel Syndrome." A Continuing Medical Education Conference at North Greenville Hospital. Travelers Rest, South Carolina, June 10, 1988. "Irritable Bowel Syndrome." Part of a Comprehensive Update of Internal Medicine for "Medicine Today." Live Broadcast. University Hospitals of Cleveland and Case Western Reserve University School of Medicine, Cleveland, Ohio, January 13, 1989.

"Irritable Bowel Syndrome: A Psychiatric Perspective." Presented at Medical Grand Rounds, Lakewood Hospital, Lakewood, OH, March 15, 1989.

"Panic Disorder." Presentation at Medical Surgical Grand Rounds, Lutheran Medical Center, Cleveland, OH, March 15, 1989.

"Irritable Bowel Syndrome: A Psychiatric Perspective." Presented at Psychiatry Grand Rounds, The Cleveland Clinic. Cleveland, OH, March 16,1989.

"Update on Antidepressant Therapy." A Continuing Medical Education Conference. Orangeburg Regional Medical Center, Orangeburg, SC, July 7, 1989.

"Motility Disorders of the GI Tract." Presented at a symposium entitled Update in Gastroenterology, sponsored by Meridia Hillcrest Hospital, Mayfield Heights, OH September 13, 1989.

"Diagnosis and Treatment of Obsessive-Compulsive Disorder." Presented at University Behavioral Center, Orlando, FL, March 28, 1990.

CONFIDENTIAL
AZSER12778265

BEST COPY AVAILABLE

19

Mark Douglas Fossey, M.D.

"Diagnosis and Treatment of Obsessive Compulsive Disorder." Presented at the Annual Staff Meeting of Westlake Hospital, Longwood, FL, March 28, 1990.

"Diagnosis and Treatment of Obsessive-Compulsive Disorder." Presented at the Quarterly Staff Meeting of Parkwood Hospital, Atlanta, GA, April 16, 1990.

Lydiard RB, Fossey MD, Zealberg JJ, Laraia MT, Morton A, Ballenger JC: "Panic Depression: Clinical Features." Symposium at 143rd Annual Meeting of the American Psychiatric Association, New York, NY, May 16, 1990.

"Diagnosis and Treatment of Obsessive-compulsive Disorder." Presented at the monthly psychiatric staff meeting, Mercy Hospital, Miami, FL, June 26, 1990.

"Diagnosis and Treatment of Obsessive-compulsive Disorder." Presented at the University of West Florida Medical Center, Pensacola, FL, September 4, 1990.

"Brain-gut Interaction in Irritable Bowel Syndrome." A Continuing Medical Education Conference at North Greenville Hospital.  Travelers Rest, South Carolina, June 10, 1988.

"Irritable Bowel Syndrome." Part of a Comprehensive Update of Internal Medicine for "Medicine Today." Live Broadcast.  University Hospitals of Cleveland and Case Western Reserve University School of Medicine, Cleveland, Ohio, January 13, 1989.

"Irritable Bowel Syndrome: A Psychiatric Perspective." Presented at Medical Grand Rounds, Lakewood Hospital, Lakewood, OH, March 15, 1989.

"Panic Disorder." Presentation at Medical Surgical Grand Rounds, Lutheran Medical Center, Cleveland, OH, March 15, 1989.

"Irritable Bowel Syndrome: A Psychiatric Perspective." Presented at Psychiatry Grand Rounds, The Cleveland Clinic.  Cleveland, OH, March 16,1989.

"Update on Antidepressant Therapy." A Continuing Medical Education Conference. Orangeburg Regional Medical Center, Orangeburg, SC, July 7, 1989.

"Motility Disorders of the GI Tract." Presented at a symposium entitled Update in Gastroenterology, sponsored by Meridia Hillcrest Hospital, Mayfield Heights, OH September 13, 1989.

"Diagnosis and Treatment of Obsessive-Compulsive Disorder." Presented at University Behavioral Center, Orlando, FL, March 28, 1990.

1141

CONFIDENTIAL
AZSER12778266

BEST COPY AVAILABLE

20

Mark Douglas Fossey, M.D.

"Diagnosis and Treatment of Obsessive Compulsive Disorder." Presented at the Annual Staff Meeting of Westlake Hospital, Longwood, FL, March 28, 1990.

"Diagnosis and Treatment of Obsessive-Compulsive Disorder." Presented at the Quarterly Staff Meeting of Parkwood Hospital, Atlanta, GA, April 16, 1990.

"Diagnosis and Treatment of Obsessive-compulsive Disorder." Presented at the monthly psychiatric staff meeting, Mercy Hospital, Miami, FL, June 26, 1990.

"Diagnosis and Treatment of Obsessive-compulsive Disorder." Presented at the University of West Florida Medical Center, Pensacola, FL, September 4, 1990.

"Irritable Bowel Syndrome." Presentation given as part of "Mind-Body Symposium" Sponsored by the Department of Family Medicine, M.U.S.C., Charleston, S.C., February 16, 1991.

"Pharmacologic Approaches to the Treatment of Obesity." A videoconference broadcast via the Health Communications Network from the Medical University of South Carolina to pharmacists throughout the state of South Carolina, September 8, 1992.

"Somatic Manifestations of Anxiety and Depression." Presentation to Tulsa Psychiatric Association, Tulsa, OK, May 15, 1996.

"Medical Necessity. Levels of Care and Treatment Planning," Presentation at Clinical Practice Structure and Documentation Workshop. Sponsored by PacifiCare, August 15, 1996.

"Anxiety and Depression in Irritable Bowel Syndrome", presented at the Internal Medicine Grand Rounds, The University of Oklahoma College of Medicine-Tulsa, October 23, 1996.

"Anxiety and Depression in Irritable Bowel Syndrome", presented at Grand Rounds, Hillcrest Medical Center, Tulsa, OK, February 14, 1997.

"Update on Social Phobia", part of "Annual Psychopharmacology Update", Department of Psychiatry, The University of Oklahoma College of Medicine-Tulsa, October 13, 1999.

"Overview of Anxiety Disorders", presented to medical staff at Pryor Hospital, Pryor, Oklahoma, August 18, 1999.

"Social Anxiety Disorder", presented at the Annual Psychopharmacology Update, Department of Psychiatry, University of Oklahoma College of Medicine-Tulsa, Tulsa, Oklahoma, October 18, 1999.

CONFIDENTIAL
AZSER12778267

BEST COPY AVAILABLE

21
Mark Douglas Fossey, M.D.

"Psychological Treatments for Bipolar Disorder", part of a symposium entitled: "An Integrated Approach to the Long-term Management of Bipolar Disorder", Portland, Oregon, April 1, 2000.

"The Hidden Diagnosis: Uncovering Anxiety and Depressive Disorders", Ponca City Medical Society, Ponca City, Oklahoma, May 9, 2000.

"Atypical Antipsychotic Medications in the Treatment of Bipolar Disorder", Sioux City, Iowa, June 13, 2000.

"Diagnostic and Treatment Challenges in Bipolar Disorder", Cherokee Mental Health Institute, Cherokee, Iowa, June 14, 2000.

"Comorbidity in Bipolar Disorder", part of a symposium entitled: "Differentiating Bipolar Disorder from Unipolar Depression and Effective Management", Minneapolis, Minnesota, July 13, 2000.

"Diagnosis and Assessment Challenges with Bipolar Disorder", part of a symposium entitled: "An Integrated Approach to the Long-Term Management of Bipolar Disorder", San Francisco, October 12, 2000.
"Pharmacologic Management Update of Bipolar Disorder", part of symposium entitled: "Annual Psychopharmacology Update", Department of Psychiatry, University of Oklahoma at Tulsa, Tulsa, Oklahoma, October 11, 2000.

"Atypical Anti-Psychotics Medication and Bipolar Disorder" presented at the 2000 Zarrow Mental Health Symposium, Tulsa, Oklahoma, November 16, 2000.

"Depression and its Treatment", invited presentation at First Annual Charles P. Seger Seminar on Depression, Tulsa, Oklahoma, May 17, 2001.

"The Expanding Role of Antiepileptic Agents: A Focus on Bipolar Disorder", Grand Rounds presentation at the Department of Psychiatry, Texas Tech University Branch, El Paso Texas, September 4, 2001.

"The Expanding Role of Antiepileptic Agents: A Focus on Bipolar Disorder", Grand Rounds presentation at the Psychiatry Residency Program at Griffith Memorial Hospital, Norman, OK, October 1, 2001.


**BIBLIOGRAPHY**


1143

CONFIDENTIAL
AZSER12778268

BEST COPY AVAILABLE

22
Mark Douglas Fossey, M.D.

**ORIGINAL PAPERS:**

Anton RF, Waid LR, Fossey MD: Case report of carbamazepine treatment of organic brain
syndrome with psychotic features. Journal of Clinical Psychopharmacology, Vol. 6, No.
4,1986, 232-234.

Kaye WH, Ballenger JC, Lydiard RB, Stuart GW, Laraia MT, O"Neil PM, Fossey MD,
Stevens V, Lesser S, Hsu G: CSF monoamine levels in normal-weight bulimia: evidence
for abnormal noradrenergic activity. American Journal of Psychiatry, Vol.147, No.2, 1990,
225-229.

George MS, Kellner CH, Fossey MD: Obsessive-Compulsive symptoms in a patient with
multiple sclerosis. Journal of Nervous and Mental Disease, Vol. 177, No. 5, 1989, 304 -
305.

Fossey MD, Lydiard RB: Anxiety and depression in women with irritable bowel syndrome.
The Female Patient, Vol. 15, 1990, 71-79.

Lydiard RB, Laraia MT, Howell EF, Fossey MD, Reynolds RD, Ballenger JC: Phenelzine
treatment of panic disorder: lack of effect on pyridoxal phosphate levels. Journal of
Clinical Psychopharmacology, Vol. 9, No. 6,1989, 428-431.

Lydiard RB, Zealberg J, Laraia MT, Fossey MD, Prockow V, Gross J, Ballenger JC: Sleep
electroencephalography of panic disorder patients and normal controls. Journal of
Neuropsychiatry and Clinical Neurosciences, Vol. 1, 1989, 372-376.

Fossey MD, Lydiard RB: Anxiety and the gastrointestinal system. Psychiatric Medicine,
Vol. 8, No. 3,1990.

Austin LS, Lydiard RB, Fossey MD, Zealberg JJ, Laraia MT, Ballenger JC: Panic and
phobic disorders in patients with obsessive compulsive disorder. Journal of Clinical
Psychiatry, Vol. 51, 1990, 456-458.

Brady KT, Lydiard RB, Ballenger JC, Shook J, Laraia MT, Fossey MD: CSF opioids in
panic disorder. Biological Psychiatry, Vol. 30, 1991, 512-514.

Austin LS, Lydiard RB, Ballenger JC, Cohen BM, Laraia MT, Zealberg JJ, Fossey MD,
Ellinwood EH: Dopamine blocking activity of clomipramine in patients with obsessive
compulsive disorder. Biological Psychiatry, Vol. 30, 1991, 225-232.

Melvin JA, Lydiard RB, Crowe CM, Laraia MT, Fossey MD, Ballenger JC. Effect of
alprazolam on depression in panic disorder. Journal of Clinical Psychopharmacology, Vol.
11, No. 2, 1991.

1144

CONFIDENTIAL
AZSER12778269

BEST COPY AVAILABLE

23
Mark Douglas Fossey, M.D.

Lydiard RB, Ballenger JC, Laraia MT, Fossey MD, Beinfeld MC: CSF cholecystokinin concentration in patients with panic disorder and in normal comparison subjects. American Journal of Psychiatry, Vol. 149, No. 5, 1992, 691-693.

Payeur R, Lydiard RB, Ballenger JC, Laraia MT, Fossey MD, Zealberg JJ: CSF diazepam-binding inhibitor concentrations in panic patients. Biological Psychiatry, Vol. 32,1992, 712-716.

Lydiard RB, Brewerton TD, Fossey MD, Laraia MT, Stuart G, Beinfeld MC, Ballenger JC: CSF cholecystokinin octapeptide in bulimia nervosa and normal comparison subjects. American Journal of Psychiatry, Vol. 150, No. 5, 1993, 1099-1101.

Lydiard RB, Fossey MD, Marsh W, Ballenger JC: Prevalence of psychiatric disorders in patients with irritable bowel syndrome. Psychosomatics, Vol. 34, No.3, 1993, 229-234.

Fossey MD, Lydiard RB, Ballenger JC, Laraia MT, Nemeroff CB, Bissefte G: TRH in the cerebrospinal fluid of patients with anxiety disorders and normal controls. Journal of Neuropsychiatry and Clinical Neurosciences, Vol. 5, No. 3, 1993, 335-337.

Frueh BC, Mirabelia RF, Chobot K, Fossey MD: Chronicity of symptoms in combat veterans with PTSD treated by the VA mental health system. Psychological Reports, Vol. 75,1994, 843-848.

Fossey MD, Hamner MB: Clonzaepam-induced sexual dysfunction in male veterans with PTSD. Anxiety, Vol. 1, 1995, 233-236.

Fossey MD, Lydiard RB, Ballenger JC, Laraia MT, Bisseft G, Nemeroff CB: Cerebrospinal fluid corticotrophin releasing factor concentrations in patients with anxiety disorders and normal comparison subjects. Biological Psychiatry Vol. 39, 1996, 703-707.

Simon NM, Otto MW, Wisniewski SR, Fossey MD, Sagduyu K, Frank E, Sachs GS, Nierenberg AA, Thase ME, Pollack MH: Anxiety comorbidity in bipolar disorder: data from the first 500 STEP-BD participants. In review: American Journal of Psychiatry

**CHAPTERS AND REVIEW:**

Lydiard RB, Ballenger, JC, Laraia MT, Fossey MD, Howell, EF, Peterson G, Hucek A, Lake CR: Effects of chronic alprazolam and imipramine treatment on catecholamine function in patients with agoraphobia with panic attacks or panic disorder. Chapter for: Clinical Aspects of Panic Disorder, Ed. J.C. Ballenger, Wiley-Liss, New York, 1990.

CONFIDENTIAL
AZSER12778270

BEST COPY AVAILABLE

24
Mark Douglas Fossey, M.D.

Fossey MD, Lydiard RB: Placebo response in patients with anxiety disorders.  Chapter for
<u>Handbook of Anxiety Volume 4: The Treatment of Anxiety</u>, R, Noyes, M. Roth, G.D.
Burrows (eds).  Elsevier, Amsterdam, 1990.

CONFIDENTIAL
AZSER12778271

BEST COPY AVAILABLE

D1447C00127:0089
50771L/127

## Curriculum Vitae

**Robert H. Levine, M.D.**
REDACTED

**Ph.** REDACTED
**Fax. (212) 831-2862**

| Licenses: | New York: 097833 |
| | California: |

**Birth Date:** REDACTED

**Citizenship:** United States

## Education:

| 1968-1969 | New York Medical College<br>Fellowship, Biological Psychiatry |
| 1966-1969 | New York Medical College<br>Resident in Psychiatry |
| 1965-1966 | Mount Zion Hospital<br>San Francisco, California<br>Rotating Intern |
| 1961-1965 | New York University College of Medicine<br>M.D. |
| 1957-1961 | University of Pennsylvania<br>Philadelphia, Pennsylvania<br>B.A. |

## Teaching Experience:

- Lecturer, Psychopharmacology
  New York Medical College
  Third Year Class

9/2/03

1147

CONFIDENTIAL
AZSER12778272

BEST COPY AVAILABLE

- Lecturer, Medical Psychiatry
  New York Medical College
  First Year Residency Class

- Supervision of Medical Students and Residents
  Lenox Hill Hospital

- Supervision of Residents
  New York University School of Medicine

## Academic Appointments:

| | |
|---|---|
| 7/71 - 2/73 | Assistant Professor of Psychiatry<br>New York Medical College |
| 1974 - 1976 | Assistant Clinical Professor<br>Cornell University School of Medicine |
| | Assistant Clinical Professor of Psychiatry<br>Albert Einstein College of Medicine |
| 1995 - Present | Associate Professor of Clinical Psychiatry<br>New York University School of Medicine |

## Honors:

| | |
|---|---|
| 1969 | A.E. Bennett Award<br>Society for Biological Psychiatry |
| 1969 | First Prize in Clinical Research<br>New York Neurological Society |
| 1992 | Charles C. Colt, Jr. Award<br>AMI-Alliance for the Mentally Ill/ FAMI-Friends and Advocates of the Mentally Ill |
| 1993 | The Exemplary Psychiatrist Award for 1993<br>National Alliance for the Mentally Ill |

2

CONFIDENTIAL
AZSER12778273