BEST COPY AVAILABLE

3

## Committees:

| 1993- Present | Committee on Biological Therapies<br>American Psychiatric Association<br>New York County District Branch |
| --- | --- |
| 1/96- 1/97 | Northeast Antipsychotic Advisory Board<br>Eli Lilly and Company |

## Recent Presentations:

| 2/96 | Office of Mental Hygiene<br>State of New York, Albany<br>*Topic:* Clinical Trials With Sertindole |
| --- | --- |
| 2/96 | Grand Rounds<br>North General Hospital<br>*Topic:* Olanzapine and New Atypical Anti-psychotic<br>Agents |
| 1996 | Grand Rounds<br>Lenox Hill Hospital<br>New York, NY<br>*Topic:* New Developments in Psychopharmacology |

## Certification:

| 1972 | Diplomate<br>American Board Psychiatry and Neurology |
| --- | --- |
| 1965 | Diplomate<br>National board of Medical Examiners |

## Military Service:

| 7/69-7/71 | Captain, USAF, MC |
| --- | --- |

CONFIDENTIAL
AZSER12778274

BEST COPY AVAILABLE

4

## Hospital Appointments:

| | |
|---|---|
| 1/78-Present | Attending Physician<br>Lenox Hill Hospital<br>New York, NY |
| 6/75-1/77 | Attending Physician<br>New York Hospital<br>New York, NY |
| 6/74-1/80 | Attending Physician<br>St. Vincent's Hospital<br>New York, NY |
| 2/73-11/73 | Associate Attending Physician<br>Coney Island Hospital<br>Brooklyn, NY |
| 7/71-2/73 | Attending Physician<br>Flower Fifth Avenue Hospital<br>New York, NY |
| 8/71-Present | Attending Physician<br>Gracie Square Hospital<br>New York, NY |

## Editorial Position:

| | |
|---|---|
| 3/93-Present | Editor-in-Chief<br>*New Beginnings Magazine*<br>Publication distributed by *Sandoz*.<br>For family members and patients receiving Clozaril. |

## Positions Held:

| | |
|---|---|
| 2/72-1/79 | Medical Director<br>Institute For Behavior Therapy<br>New York |

CONFIDENTIAL
AZSER12778275

BEST COPY AVAILABLE

5

| | |
|---|---|
| 2/73-11/73 | Acting Project Director<br>Comprehensive Drug Abuse Treatment Program<br>Coney Island Hospital |
| 3/72-2/73 | Head<br>Drug Addiction Unit<br>Metropolitan Hospital |
| 8/71-3/72 | Ward Attending<br>Drug Addiction Unit<br>Metropolitan Hospital |
| 7/69-7/71 | Chief<br>Psychiatric Services<br>Dyess, Air Force Base, Texas |

**Practice:**

| | |
|---|---|
| 1997-Present | Neuropsych Research Associates, Inc.<br>1236 Park Avenue<br>NYC, NY 10128<br>212-722-6604<br>Principal Investigator |
| July 1971-Present | General Psychiatry and Psychopharmacology<br>1236 Park Avenue<br>NYC, NY 10128 |

CONFIDENTIAL
AZSER12778276

BEST COPY AVAILABLE

6

**Publications:**

1. Taylor, M.A. and Levine, R.
Puerperal Schizophrenia; A Physiological Interaction
Between Mother and Fetus: Bilog. Psychiat., 1: 97-101
1969

2. Taylor M.A. and Levine, R.
The influence of Sex of Hospitalized Patients on
Therapeutic Dosage Levels of Neuroleptic.
Dis. Nerv. Sys. 32;131-134, 1971

3. Taylor, M.A. and Levine, R.
The Interactive Effects of Maternal Schizophrenia
And Offspring Sex. Bilog. Psychiat., 2:279-284, 1970

4. Levine, R.
The Influence of Social Attitudes on Treatment of Patients
Of a Psychiatric Ward. Symp. Air Force, Behavioral
Scientists, 1970

5. Volvavka, J and Levine, R.
Physiological and Behavioral Effects Diacetylmorphine
(Heroin) Psychopharmacologia, 26:118, 1972

6. Zaks, A., Levine R., Fink, M. and Freedman, A.M.
A Comparison of High and Low Dose Methadone as a
Treatment for Opiate Addicts. Proceedings Fifth National
Conference on Methadone Treatment, 1973

7. Levine, R. Zaks, A., Fink, M. and Freedman, A.M.
Levomethadyl: Prolonged Duration of Opiod Effects,
Including Cross Tolerance to Heroin in Man., JAMA 1973

8. Levine, R., Hoffman, J.S., Day-Knepple, E., and
Kenin, M. Treatment of A Large Number of Obsessive –
Compulsive Patients With Fluoxetine., J. Clin.
Psychopharmacol, 9:281-283, 1989

9. Prichep, L.S., John, E.R., Mas, F., and Levine, R.
Neurometric Sub typing of Obsessive-Compulsive
Disorders. VII Congress of Psychiatry Abstracts. 559,
1989

CONFIDENTIAL
AZSER12778277

BEST COPY AVAILABLE

7

10. Levine, R.
New Developments in Psychopharmacology, GSH Family
Bulletin. 8:1-3, 1991

11. Levine, R.
Clozapine is a Remarkably Safe and Effective Treatment
For Schizophrenia, Clozapine Perspectives 1992: Doctors
Share Their Experience, Alliance For The Mentally Ill Of
NYS, Alliance For The Mentally Ill, NYSPA, 4-6, 1992

12. Prichep, L., Mas, F., Hollander, E., Liebowitz, M., John,
E.R., and Levine, R. Quantative EEG; Sub typing of
Obsessive Compulsive Disorder, Psychiatry Res. (April
1993), 50(1): 25-32

13. Levine, R., Kenin, M., Knepple, E., and Hoffman, J.
Grand Mal Seizures Associated With Fluoxetine. J. Clin.
Psychopharmacol, Vol. 14/ No. 2, April 1994

14. Levine, R.H.
A Researcher's Concern Ethics in Human Ethics, J.
Alliance For The Mentally Ill, 5(1): 6-8, 1994

CONFIDENTIAL
AZSER12778278

BEST COPY AVAILABLE

8

## PRINCIPAL INVESTIGATOR, PRE-MARKETING DRUG EVALUATION STUDIES

Clozaril in Treatment Resistant Patients
Study #100-129-71
Approved November 1989: Sandoz

Compassionate Treatment with Fluoxamine to Outpatients with Obsessive Compulsive Disorder (Protocol # H 114-5533) Kali-Duphar Laboratories Inc. (Approved April 1988) Reid Rowell

Fluoxetine in the Treatment of Obsessive Compulsive Disorders
#56 Eli Research (Approved September 1986)

Anafranil in the Treatment of Obsessive Compulsive Disorder
Protocol #67 (Approved December 1988) Ciba Geigy

Humanitarian Extension of Fluovoxamine Beyond One Year
(Approved March 1991) Beecham Laboratories

Multicenter Trail to Evaluate the Efficacy and Safety of Sertraline in the Treatment of Major Depression, Pfizer Pharmaceuticals
Protocol #91-S-5117 (October 1991)

Zatosetron in Patients with Generalized Anxiety Disorder
Protocol # F2VMCHKAA, Eli Lilly (June 1992)

Fluovoxamine vs. Placebo in the Treatment of Panic Disorder: a Flexible Dose, Blind Study Comparing Efficacy and Safety, Upjohn Pharmaceutical Protocol #M/2315/0003 (January 1993)

Olanzapine Versus Placebo in the Treatment of Schizophrenia
Lilly Research Laboratories Protocol FID-MC-HGAP (1993)
An Open Label Assessment of the Long-Term Safety of Sertraline in the Treatment of Patients with Schizophrenia and Other Psychotic Disorders, Abbott Laboratories (1993)

A Double-Blind Comparison of Sertindole and Haldol: An Assessment of the Chronic Safety, Efficacy, Quality of Life and Relapse in Stable Schizophrenic Patients
Abbott Laboratories (1994)

Olanzapine vs. Placebo in the Treatment of Patients with Psychosis Associated with Dementia, Lilly Research Laboratories (1994)

CONFIDENTIAL
AZSER12778279

BEST COPY AVAILABLE

9

Phase III Six Week Double-Blind, Multicenter, Placebo-Controlled Study Evaluating the Efficacy and Safety of Two Fixed Doses of Oral Zisprasidone, Pfizer Pharmaceutical (1995)

A Fifty-Two Week, Open Extension Study Evaluating the Safety and Outcome of 40-200mg Daily of Oral Zisprasidone in Subjects who have participated in previous Zisprasidone Clinical Trials, Pfizer Pharmaceuticals

Olanzapine vs. Risperdone in the Treatment of Schizophrenia and other Psychotic Disorders. Lilly Laboratories (1995)

A Multi-Center, Placebo-Controlled Study of Relapse-Prevention By Long Treatment with High or Low Doses of Org 448 in Outpatients with Recurrent Major Depressive Episodes. Organon Pharmaceuticals (1995)

Study of Olanzapine in Schizophrenic Patients discontinuing Clozapine Therapy (FID-MC-AGDY) May 1996, Eli Lilly

Open Label Experience with Olanzapine (FID-MC-HGCY) November 1996, Eli Lilly

Olanzpine vs. Placebo in the Treatment of Mania Associated with Bipolar Disorder (FID-MC-HGEH) November 1996, Eli Lilly

An Open Study to Evaluate the Safety and Efficacy of 3mg a day through 12mg a day of Exelon in Patients with Mild to Severe Probable Alzheimer's Disease in the Community Setting (ENAB-356) December 1996, Novartis

An Open Label Multi-Center Trail Evaluation the Safety and Efficacy of Doneprezil Hydrochloride in Patients with Alzheimer's Disease (E2020-A001-313) December 1996, Pfizer/Eisar

A 24-Week, Randomized, Double-Blind, Placebo-Controlled Evaluation of the Efficacy and Safety of Donepezil Hydrochloride (E2020) in Patients with Dementia Associated with Cerebrovascular Disease. Eiesai, Inc. April 1997

A Phase III, Double-Blind, Placebo-Controlled Study of Aripriprazole in the Treatment of Psychosis. Otsuka, September 1997

A Multicentre, Double-Blind, Placebo Controlled, Randomized, Fixed-Dose Evaluation of the Safety and Efficacy of Laotrigine in the Long-Term Prevention of Relapse and Recurrence of Depression and/or Mania in Patients with Bipolar I Disorder. Glaxo Wellcome, September 1997

A Mutilcentre, Double-Blind, Double-Dummy, Placebo and Lithium-Controlled, Randomized, Flexible Dose Evaluation of the Safety and Efficacy of Lamotrigine in the Long-term Prevention of Relapse and Recurrence of Mania and/or Depression in Patients with Bipolar I Disorder. Glaxo Wellcome, September 1997

CONFIDENTIAL
AZSER12778280

BEST COPY AVAILABLE

10

A Phase III Randomized study comparing 2 does of IM Ziprasidone in Subjects with Psychosis and Acute Agitation. Pfizer, August 1997

Weekly Enetric-Coated Fluoxetine-hydrochloride vs. Daily Fluoxetine or Placebo in the continuation treatment of Major Depressive Disorder. Eli Lilly, October 1997

A Double-Blind, Randomized, Multi-Center, Parallel Design Study to evaluate the Efficacy and Safety of 3 dose ranges of EMD 68 843 in comparison with Placebo and Fluoxetine in outpatients with Major Depressive Disorder. Merck KGAA, August 1997

Fluoxetine Augmentation in Schizophrenic or Schizoaffective Patients with Depressive or Negative Symptoms who are Partial or Nonresponders to Olanzapine. Eli Lilly, September 1997

A Double-Blind, Placebo and Holoperidol-Controlled, Multi-center Study Evaluation the Safety and Efficacy of SR 48692 in Schizophrenic Patients. Sanofi Pharmaceutical, June 1998

Fluoxetine vs. Placebo in Posttraumatic Stress Disorder. Eli Lilly, August 1998

A Randomized, Double-Blind, Placebo-Controlled, 12 month Safety and Efficacy Trail of Idebenone (CV-2619) 360mg TID in patients with probable Alzheimer's Disease. Takeeda, September 1998

Olanzapine vs. Haldol in the Treatment of Acute Mania. Eli Lilly, September 1998

Olanzapine vs. Placebo in the Prevention of Relapse in Bipolar Disorder. Eli Lilly May 1999

A Double-Blind, Randomized, Multi-center, Parallel Group Design to evaluate the Efficacy and Safety of 2 dose ranges of EM-D 128130 in comparison with Placebo and Haloperidol in the Treatment of Schizophrenia. Merck, January 1999

The Combination of Olanzapine and Fluoxetine in Treatment Resistant Depression without Psychotic Features. Eli Lilly, October 1999

R-Fluoxetine vs. Placebo in the Treatment of Major Depressive Disorder. Eli Lilly, January 2000

R-Fluoxetime vs. Placebo in the Treatment of Generalized Anxiety Disorder. Eli Lilly, January 2000

Protocol #RIS-USA-259 entitled "An Open Label Trial Exploring a Switching Regimen from Oral Neuroleptics, other than Risperidone, to Risperidone Microspherics" Janssen Pharmaceutical, 2001

CONFIDENTIAL
AZSER12778281

BEST COPY AVAILABLE

11

Protocol 061-00: A Double-Blind, Muliticenter, Placebo and Active-Controlled Acute and Extension Study of Two Doses of MK-0869 in the Treatment of Patients with Major Depressive Disorder. Merck Research Laboratories, 2001

A Double-Blind, Randomized, Placebo-Controlled 3-Month Clinical Trial of Venlafaxine ER and Sertraline in the Treatment of Posttraumatic Stress Disorder. Wyeth-Ayerst, 2001

"Dose Escalation, Double-Blind Treatment with Duloxetine Hydrochloride Once Daily Dosing for Evaluation of Safety in A Major Depression", Protocol F1J-US-HMBY. Eli Lilly, 2002

A Double-Blind, Multicenter, Placebo-Controlled Study of L-830982 Gel Extrusion Module (GEM) 1.5 mg b.i.d. to 3 mg b.i.d. in the Treatment of Outpatients With Generalized Anxiety Disorder (Protocol 019-00. Merck Research Laboratories, 2002

Protocol AK130927 "A Multicenter, Double-Blind, Randomized, Placebo-Controlled Comparison of the Effects on Sexual Functioning of Extended-Release Bupropion Hydrochloride (300-450mg) and Escitalopram (10-20mg) in Outpatients with Moderate to Severe Major Depression over an Eight-Week Treatment Period." GlaxoSmithKline, 2002

C-2002-012 titled, "A Placebo-Controlled, Double-Blind, Parallel Study of the Efficacy and Safety of Depoxatine HCI in the Treatment of Rapid Ejaculation." Alza Pharmaceuticals, 2003

CONFIDENTIAL
AZSER12778282

BEST COPY AVAILABLE



621993

The University of the State of New York

THIS IS TO CERTIFY THAT QUALIFICATIONS FOR PROFESSIONAL
PRACTICE IN NEW YORK STATE HAVING BEEN APPROVED

THE STATE EDUCATION DEPARTMENT

HAS REGISTERED   4592179

NY  10128-0000

LEVINE ROBERT
1235 PARK AVE
NEW YORK

FOR PRACTICE IN NEW YORK STATE AS A (N)

097833-1   LICENSE/CERTIFICATE NO.

COMMISSIONER OF
EDUCATION

03/31/05   REGISTRATION PERIOD ENDS

SIGNATURE OF REGISTRANT

REGISTRATION CERTIFICATE . . . NOT A LICENSE

READ
INSTRUCTIONS
ON REVERSE
SIDE

CUT OFF
THIS STRIP

1158

CONFIDENTIAL
AZSER12778283

BEST COPY AVAILABLE

Signature: _____   Date: 11/23/04

D1447C00127: _0090_

**SYNERGY**
CLINICAL RESEARCH CENTER

## CURRICULUM VITAE

**NAME:**               Mohammed Abdul Bari, MD

**STATUS:**             **Primary Investigator**
                        **Subinvestigator**

**ADDRESS:**            **Synergy Clinical Research Center**
                        **1908 Sweetwater Road**
                        **National City, CA 91950**

                        **Private Practice**
                        **480 Fourth Avenue, Suite 511**
                        **Chula Vista, CA 91910**

**STAFF PRIVILEGES:**   University Community Medical Center
                        San Diego, California

                        Paradise Valley Hospital
                        National City, California

                        Paradise Valley Hospital
                        Bayview Behavioral Health Campus
                        330 Moss Street
                        Chula Vista, CA 91911

                        Scripps Hospital
                        Chula Vista, California

                        Alvarado Parkway Institute
                        La Mesa, California

**PROFESSIONAL APPOINTMENTS:**

1997 – Present          V.P./Director, Clinical Research
                        Principal Investigator
                        Subinvestigator
                        Synergy Clinical Research Center
                        National City, CA

❑ **Main Office**
1908 Sweetwater Road
National City, CA 91950

Ph: 619-327-0155
Fax: 619-327-0163          synergysandiego.com

❑ **University Community Medical Center**
5550 University Avenue
San Diego, CA 92105

CONFIDENTIAL
AZSER12778284

BEST COPY AVAILABLE

```
2000 - 2002                   Synergy Clinical Research
                              San Diego, CA

July 1999 - Present           Medical Director
                              Behavioral Health Unit
                              University Community Medical Center
                              San Diego, CA

                              Consultant Psychiatrist
                              Windsor Gardens Convalescent
                              San Diego, CA

                              Consultant Psychiatrist
                              Paradise Valley Convalescent
                              National City, CA

                              Consultant Psychiatrist
                              Friendship Manor
                              National City, CA

                              Consultant Psychiatrist
                              Castle Manor
                              National City, CA

                              Consultant Psychiatrist
                              Fredericka Manor
                              Chula Vista, CA
```

**EDUCATION:**

```
September 1973 -              M.B.B.S. Osmania University
June 1979                     Gandhi Medical College
                              Hyderabad, India

April 1980                    Date of Graduation
```

**TRAINING:**

```
July 1988 - June 1989         Fellowship in Psychopharmacology
                              Case Western Reserve University
                              Metro Health Medical Center
                              Cleveland, Ohio

July 1986 - June 1988         Resident in Psychiatry
                              Metro Health Medical Center
                              Department of Medicine
                              Cleveland, Ohio
```

Mohammed Abdul Bari, M.D. 2

CONFIDENTIAL
AZSER12778285

BEST COPY AVAILABLE

| | |
|---|---|
| August 1983 - June 1986 | Senior House Officer<br>Registry in Psychiatry<br>University of Wales<br>Gwent Health Authority<br>Affiliated Hospitals<br>Gwent, South Wales<br>United Kingdom |
| January 1983 -<br>July 1983 | Senior House Officer in Psychiatry<br>Newcastle University<br>Cherryknowle Hospital<br>Sunderland, United Kingdom |
| May 1982 -<br>December 1982 | House Physician<br>Royal Gwent Hospital<br>Newport, Gwent, South Wales<br>United Kingdom |
| June 1980 -<br>December 1981 | Sr. Resident in Internal Medicine<br>Osmania University<br>Gandhi Hospital & Institute of<br>Genetics<br>Hyderabad, India |
| April 1979 - May 1980 | Rotating Internship<br>Osmania University<br>Gandhi Hospital<br>Hyderabad, India |
| 1973 - 1979 | M.B.B.S. Osmania University<br>Gandhi Medical College<br>Hyderabad, India |
| January 1997 -<br>July 1998 | Medical Director<br>Partial Hospitalization Program<br>Scripps Memorial Hospital<br>Chula Vista, California |
| April 1997 - July 1998 | Clinical Director for Research<br>Vista Hill Behavioral Health Center<br>Chula Vista, California |
| April 1996 - 1999 | Regional Director<br>Scripps Behavioral Health Associate<br>San Diego, California<br>(Managed Care IPA) |

Mohammed A. Bari, MD, page 3

1161

CONFIDENTIAL<br>AZSER12778286

BEST COPY AVAILABLE

| | |
|---|---|
| January 1995 – December 1996 | Chairman, Psychiatric Services Paradise Valley Hospital National City, California |
| October 1991 – May 1994 | Clinical Director Psychiatric Intensive Care Unit Vista Hill Hospital Chula Vista, California |
| August 1991 – May 1996 | Consultant Psychiatrist Isis Center, Crisis Home San Diego, California |
| September 1989 – June 1991 | Staff Psychiatrist Outpatient Division Metro Health Medical Center Cleveland, Ohio |
| September 1989 – June 1991 | Consultant Psychiatrist Hill House Mental Health Agency Cleveland, Ohio |
| July 1989 – June 1991 | Consultant Psychiatrist Peer Review Systems Northeast Ohio |

**HONORS AND AWARDS:**

Teacher of the Year:     Awarded by residents for the year 1989-1990 Department of Psychiatry Metro Health Medical Center Cleveland, Ohio

**LICENSURE AND BOARD CERTIFICATION:**

**California** License No.: **A046396**
Ohio License No.:       57525
Pennsylvania License No.:
                        MD-040335-E

Board Certified by American Board of Psychiatry and Neurology, April 1992

Board Certified in Geriatrics Psychiatry by American Board of Psychiatry and Neurology

Mohammed A. Bari, MD, page 4

CONFIDENTIAL
AZSER12778287

BEST COPY AVAILABLE

**MEMBERSHIPS:**

American Psychiatric Association
1986 - 1996

Ohio Psychiatric Association
1986 - 1991

Inceptor Royal College of
Psychiatrists
United Kingdom
1983 - 1996

San Diego Psychiatric Society
1991 - 1996

**COMMITTEES:**

| | |
|---|---|
| December 1999 - Present | Chairman, Psychiatric Services University Community Medical Center San Diego, California |
| July 1998 - Present | Physician Well Being Committee Scripps Hospital Chula Vista, California |
| September 1991 - April 1994 | Chairman Peer Review Vista Hill Hospital Chula Vista, California |
| September 1989 - December 1990 | Peer Review Committee Department of Psychiatry Metro Health Medical Center Cleveland, Ohio |
| January 1991 - | Residency Training Committee Department of Psychiatry Metro Health Medical Center Cleveland, Ohio |

**PUBLICATIONS:**

"A Comparison of the Antidepressant Action Citalopram and Amitriptyline," British Journal of Psychiatry, (1988).

"Use of Apomophine in Idiopathic Erectile Dysfunction," Journal of Urology, Vol. 145, 1174 7 1175, (June 1991).

Mohammed A. Bari, MD, page 5

1163

CONFIDENTIAL
AZSER12778288

BEST COPY AVAILABLE

"Fluoxetine Treatment of Patients with Major Depressive disorder who Failed Initial Treatment with Sertraline," Journal of Clinical Psychiatry, (January 1997).

**RESEARCH PROTOCOLS:**

**ALZHEIMER'S:**

Hoeschst-Roussel Protocol: Forty-eight week efficacy and safety study of Propentofylline in patients with Alzheimer's Disease, 19-patient study.

Takeda CV-2619/PNFP-005: A randomized, double-blind, placebo-controlled, 12-month safety and efficacy trial of Idebenone (CV-2619) 360MG tid in patients with probable Alzheimer's Disease.

Takeda CV2619/PNFP-008: A randomized, double-blind, 12-month safety and efficacy study of Idebenone (CV-2619) 360mg tid on Placebo added to treatment with Donepezil HCI 10mg in patients with Probable Alzheimer's Disease.

Zeneca 5077IL/0039: A multi-center, double-blind comparison of efficacy and safety of SEROQUEL (quetiapine fumarate), Haloperidol and Placebo in the treatment of elderly subjects residing in nursing homes or assisted care facilities and presenting with Alzheimer's Dementia and Psychoses or other selected Psychosis.

Merz Protocol: Efficacy and long-term tolerability of Memantine in patients with Moderately Severe to Severe Alzheimer's Disease (AD).

Eli Lilly and Company F1D-MC-HGGU: Olanzapine vs. Risperidone and Placebo in the treatment of Psychosis and associated behavioral disturbances in patients with Dementia.

Bristol-Myers Squibb CN138-004: A multi-center, randomized, placebo-controlled study of three fixed doses of Aripiprazole in the treatment of institutionalized patients with Psychosis associated with Dementia of the Alzheimer's type.

Eli Lilly and Company F1D-MC-HGHX: A double-blind, placebo-controlled, comparison of the efficacy and safety of Short-Acting Intramuscular Olanzapine, Short-Acting Intramuscular Lorazepam and Intramuscular Placebo in treating agitation in patients with Dementia and Mixed Dementia.

Mohammed A. Bari, MD, page 6

CONFIDENTIAL
AZSER12778289

BEST COPY AVAILABLE

NIMH Protocol: Agitation in patients with Dementia of the Alzheimer's type, Vascular Dementia, and Mixed Dementia.

Abbott Laboratories M99-082: A double-blind, placebo-controlled study of Depakote in the treatment of behavioral agitation in elderly patients with Dementia.

**ANXIETY:**

Pfizer Protocol: Double-blind, parallel comparison of three doses of SMA397 and Placebo in outpatients with Generalized Anxiety Disorder.

Miles Company Protocol: Comparative efficacy and safety of Ipsapirone HCL in Generalized Anxiety Disorder.

Upjohn Protocol: Efficacy and safety of Xanax SR tablets vs. Placebo in treatment of Panic disorders.

Upjohn Protocol: Fluvoxamine vs. Placebo in the treatment of Panic Disorder; a fixed-dose, double-blind, dose-response study comparing the efficacy and safety.

Glaxo Protocol: A double-blind, Placebo-controlled, fixed-dose evaluation of the safety and efficacy of Oral Ondansetron in the treatment of patients with Panic Disorder; 19 patient study.

SmithKline Beecham 29060/648: A randomized, double-blind, placebo-controlled, fixed dosage trial to evaluate the efficacy and tolerability of 20 and 40mg/day Paroxetine in patients with Generalized Anxiety Disorder.

SmithKline Beecham 29060/648: A twelve-week, double-blind, placebo-controlled, parallel group study to assess the efficacy and tolerability of Paroxetine in patients suffering from Posttraumatic Stress Disorder.

Solvay Pharmaceuticals S1143103: A multi-center, double-blind, randomized, parallel group study of the efficacy and safety of a flexible dose regimen of Fluvoxamine CR versus Placebo in outpatients with Obsessive Compulsive Disorder.

Parke-Davis 1008-082: A sustained efficacy study of Pregabalin in patients with SocialPhobia.

Mohammed A. Bari, MD, page 7

CONFIDENTIAL
AZSER12778290

Parke-Davis 1008-93: A sustained efficacy study of Pregabalin in patients with panic Disorder with or without Agoraphobia.

Parke-Davis/Pfizer Protocol: A Placebo-controlled study of Pregabalin in elderly patients with Generalized Anxiety Disorder.

Pfizer Protocol: A randomized, double-blind, Alprazolam and Placebo-controlled study of the efficacy and safety of CP-615,003 in outpatients with Generalized Anxiety Disorder.

Merck 008-00: A double-blind, multi-center, Placebo-controlled study of L-830982 in the treatment of outpatients with Generalized Anxiety Disorder.

Forest Laboratories, Inc. SCT-MD-17: An open-label extension study of the safety and efficacy of Lu 26-054 in patients with Generalized Anxiety Disorder.

**BIPOLAR:**

Glaxo Wellcome: A multi-center, double-blind, Placebo-controlled, randomized, fixed-does evaluation of the safety and efficacy of Lamotrigine in the long-term prevention of relapse and recurrence of Depression and/or mania in patients with Bipolar I Disorder.

Glaxo Wellcome: A multi-center, double-blind, double-dummy placebo and lithium-controlled, randomized, flexible dose evaluation of the safety and efficacy of Lamotrigine in the long-term prevention of relapse and recurrence of Mania and/or Depression in patients with Bipolar I Disorder.

Abbott Laboratories M97-696: Evaluation of the efficacy and safety of Depakote CR in the treatment of Manic Phase of Bipolar Disorder: a Placebo-controlled study.

Abbott Laboratories M97-738/ABT-711: A double-blind, Placebo-controlled study of Depakote in the treatment of signs and symptoms of Mania in elderly patients with Dementia.

Bristol-Myers Squibb CN138-007: A multi-center, randomized, double-blind, Placebo-controlled study of Aripiprazole in the maintenance treatment of patients with Acute Mania.

Mohammed A. Bari, MD, page 8

1166

CONFIDENTIAL
AZSER12778291

Bristol-Myers Squibb CN138-010: A multi-center, randomized, double-blind Placebo-controlled study or Aripiprazole in the maintenance treatment of patients with Bipolar disorder.

Abbott Laboratories 99-045: A comparison of the safety and efficacy of Depakote and Zyprexa in the treatment of bipolar Disorder.

Shire Laboratories 105/301: A three-week, multi-center, randomized, double-blind, Placebo-controlled, parallel-group safety and efficacy study of Extended Release Carbamazepine in patients with Bipolar Disorder.

A six-month, open-label, multi-center study of Extended Release Carbamazepine in patients with Bipolar Disorder.

A three-week, multi-center, randomized, double-blind placebo-controlled, parallel-group safety and efficacy study of Extended Release Carbamazepine in Lithium-failure patients with Bipolar patients.

Eli Lilly and Company F1D-MC-HGHL: A randomized, double-blind, parallel study of Olanzapine versus Placebo in the prevention of relapse in Bipolar Disorder.

Eli Lilly and Company F1D-MC-HGHW: A double-blind, randomized, comparison of the efficacy and safety of Short-Acting Intramuscular Olanzapine, Short-Acting Intramuscular lorazepam and Intramuscular Placebo in acutely agitated patients diagnosed with Mania associated with Bipolar Disorder.

Janssen Pharmaceuticals RIS-INT-81: A nine-week, open label, multi-center, safety study of single dosage ranges of Risperidone in the treatment of manic episodes associated with Bipolar Disorder.

Janssen Pharmaceuticals RIS-USA-239: The efficacy and safety of single dosage ranges of Risperidone vs. Placebo in the treatment of manic episodes associated Bipolar I Disorder.

Eli Lilly and Company F1D-US-HGIY: Efficacy of rapid dose escalation of Olanzapine to treat acute behavioral agitation in Schizophrenia and Bipolar I Disorder.

Mohammed A. Bari, MD, page 9

CONFIDENTIAL
AZSER12778292

BEST COPY AVAILABLE

Shire Pharmaceutical Development 417.304: A Phase III, three week, multicenter, randomized, double-blind, placebo controlled, parallel-group, safety and efficacy study of Extended-Release Carbazepine in the treatment of Bipolar I disorder

**CHILD AND ADOLESCENT:**

Bristol-Myers Squibb CN101-124: A multi-center, randomized, double-blind, parallel group, placebo-controlled study evaluating the efficacy and safety of Buspirone Hydrochloride in children and adolescents with Generalized Anxiety Disorder.

**DEPRESSION:**

Biological Markers in Depression, with Dr. A. HaLaris, funded by NIMH.

Eli Lilly and Company Protocol: Fluoxetine vs. Placebo trial in geriatric patients with Major Depression.

Pfizer Protocol: Double-blind comparison of three doses of Sertraline and Placebo in outpatients with obsessive Compulsive Disorder.

Glaxo Protocol: Fluparoxan vs. Placebo in patients with Major Depressive Disorder.

Pfizer Protocol: Double-blind, parallel comparison of Sertraline, Imipramine and placebo in patients with major Depression.

Burroughs Wellcome Protocol: Safety surveillance study for Wellbutrin Sustained Release; 32 patient study.

Wyeth-Ayerst Laboratories 0600B1-915: An open-label, randomized assessment of the efficacy and tolerability of Venlafaxine Extended release in Serotonin-Selective Reuptake Inhibitor(SSRI)-failure patients with  Major Depression.

Forest Laboratories SCT-MD-01: Fixed-dose comparison of the safety and efficacy of Lu 26-054. Citralopram and placebo in the treatment of Major Depressive Disorder.

Mohammed A. Bari, MD, page 10

1168

CONFIDENTIAL
AZSER12778293

BEST COPY AVAILABLE

Otsuka America Pharmaceutical 173-98-203: A Phase II,
randomized, double-blind, placebo-Controlled, fixed-dose study
of Oral OPC-14523 and Prozac in the treatment of outpatients
with Moderate Depression.

Organon 003-900: A multi-center, randomized, double-blind,
Sertraline-controlled study of the efficacy and safety of
Remeron (Mirtazapine) in subjects with major Depressive
Disorder who failed on SSRI treatment due to lack of efficacy.

Organon 003-901: A multi-center, randomized, double-blind,
Paroxetine-controlled study of the efficacy and safety of
Remeron (Mirtazapine) in subjects with Major Depressive
Disorder who are at least 65 years of age.

Eli Lilly and Company F1J-MC-HMAT: Duloxetine versus Placebo
and Paroxetine in the acute treatment of Major Depression.

Merck Research Laboratories 027-00: A double-blind, multi-
center, Placebo-controlled study of L-759274 in the treatment
of outpatients with Major Depression, Melancholic Features.

Eli Lilly and Company F1D-MC-HGHZ: The combination of
Olanzapine and Fluoxetine in the treatment-resistant
Depression without Psychotic features.

Eli Lilly and Company H5Z-MC-LUAG: Long-term, open-label
treatment with R-Fluoxetine for the evaluation of safety.

Sanofi Synthelabo Protocol: A double-blind, Placebo and
Paroxetine-controlled, multi-center, dose-ranging study
evaluating the efficacy and safety of SR142801 in outpatients
with major Depressive Disorder.

Organon Protocol: A double-blind, randomized, Placebo and
Paroxetine-controlled, multi-center, dose-finding trial with
Org34517 in outpatients with Moderate to Severe Major
Depression.

Eli Lilly and Company F1D-MC-HGIE: Olanzapine plus Fluoxetine
combination therapy in treatment-resistant Depression: A dose-
ranging study.

Corcept C-1073-02: A Phase III, randomized, double-blind,
placebo-controlled study of the safety and efficacy of C1073
(Mifepristone) in patients with Major Depressive Disorder with
Psychotic Features.

Mohammed A. Bari, MD, page 11

CONFIDENTIAL
AZSER12778294

BEST COPY AVAILABLE

Corcept C-1073-03: A Phase III, randomized, double-blind, placebo-controlled study of the safety and efficacy of C1073 (Mifepristone) in patients with Major Depressive Disorder with Psychotic Features who are not receiving antidepressants or antipsychotics.

Eli Lilly and Company F1J-MC-HMBH: Duloxetine once-daily dosing versus Placebo in the acute treatment of major Depression.

Organon 003048: multi-center, randomized, double-blind Fluoxetine and Placebo-controlled study of efficacy and safety of REMERON® Sol Tab (Mirtazapine) orally disintegrating tablets in subjects with Major Depressive Disorder.

Tap Holdings TAK-637-99-301: Phase II, multi-center, randomized comparison of TAK637 versus Placebo in treatment of subjects with Major Depressive Disorder.

## SCHIZOPHRENIA:

Merck, Sharp and Dohme Protocol: Remoxipride vs. Haldol in Schizophrenia; long-term safety and efficacy.

Janssen Research RIS-USA-79: Comparison of Risperidone and Haldol in Prevention of Relapse in subjects with Schizophrenia and Schizoaffective disorder.

Eli Lilly and Company F1D-MC-HGFW(a): Strategies for switching from conventional antipsychotics to Olanzapine.

Zeneca 507705/0004: Quetiapine (Seroquel) experience with safety and tolerability (QUEST).

Eli Lilly and Company F1D-MC-HGGI(b): Olanzapine relapse prevention vs. Placebo in the treatment of Schizophrenia.

Eli Lilly and Company F1D-US-HGHG: Comparison of Olanzapine vs. Risperidone in the treatment of negative symptoms in the older adult with Schizophrenia.

Sanofi DFI 3138: A double-blind, Placebo and Haloperidol-controlled, multi-center evaluating the safety and efficacy of SR142801 in Schizophrenic patients.

Mohammed A. Bari, MD, page 12

1170

CONFIDENTIAL
AZSER12778295

BEST COPY AVAILABLE

Hoechst Marion Roussel M100907/3001: A multi-center, Placebo and active control, double-blind, randomized study of the efficacy, safety and pharmacokinetics of M100907 (10 and 20mgday) in schizophrenic and schizoaffective patients.

Hoechst Marion Roussel M100907/3005: A multi-center, open-label, long-term, follow-up safety study of M100907 tablets in schizophrenic and schizoaffective subjects who participated in Protocol M100907/3001 or Protocol M100907/3002.

Eli Lilly and Company F1D-MC-HGGN: The comparative efficacy of Olanzapine, Risperidone, and Haloperidol for cognition in schizophrenia.

Eli Lilly and Company F1D-MC-HGHC: Prevalence of Hyperprolactinemia in Schizophrenic Patients treated with antipsychotic drugs.

Organon 041-013: A double-blind, three armed, fixed-dose, Placebo-controlled dose-finding study with sublingual ORG 5222 in subjects with Acute Phase Schizophrenia.

Pfizer R-0548: A double-blind, multi-center, controlled study comparing the safety and efficacy of Ziprasidone and Olanzapine to Placebo in patients with Schizophrenia or Schizoaffective Disorder needing inpatient care.

Pfizer R-0570: A double-blind, six-month continuation protocol for Patients who successfully completed Protocol R-0548.

Novartis Pharmaceuticals ILP3004: A prospective, randomized, double-blind, Placebo and Risperidone-controlled, multi-center study to evaluate the efficacy and safety of two nonoverlapping dose ranges of Iloperidone given to Schizophrenic patients with Acute of Subacute Exacerbation.

Novartis Pharmaceuticals ILP3005: A randomized, double-blind, placebo and Risperidone-controlled, multi-center study to evaluate the efficacy and safety of two nonoverlapping dose ranges of Iloperidone.

Bristol-Myers Squibb CN138-001: A multi-center, randomized, double-blind, Placebo-controlled study of three fixed doses of Aripiprazole in the treatment of patients with Acute Schizophrenia.

Mohammed A. Bari, MD, page 13

1171

CONFIDENTIAL
AZSER12778296

Bristol-Myers Squibb CN138-002: A multi-center, randomized, double-blind, Placebo-controlled study of three fixed doses of Aripiprazole in the treatment of patients with Acute Schizophrenia.

AstraZeneca 5077IL/0098: A pilot safety trial to determine the tolerable starting dose of 400,600, and 800mg of Sustained-Release Quetiapine Fumarate

AstraZeneca 5077IL/0093: An open-label, multiple-dose trial to assess the effect of Quetiapine Fumarate on the QTc interval.

Merck Research Laboratories EMD128-130-008: A double-blind, randomized, multi-center, parallel group design to evaluate the efficacy and safety of two dose ranges of EMD 128-130 in comparison with Placebo and Haloperidol in the treatment of Schizophrenia.

Eli Lilly and Company F1D-US-HGHR: Treatment of Tardive Dyskinesia in Schizophrenia patients with Olanzapine.

Eli Lilly and Company F1D-US-HGGE: Incidence of Tardive Dykinesia in elderly patients treated with Olanzapine.

Eli Lilly and Company F1D-MC-HGIJ: The assessment of Nizatidine for the prevention of Olanzapine associated with weight gain in patients with Schizophrenia and related disorders.

Eli Lilly and Company F1D-US-HGHO: The efficacy of Olanzapine and Adjunctive Lorazepam, as needed to treat Acute Behavioral Agitation in Schizophrenia.

NIMH Protocol: Comparative effectiveness of antipsychotic medications on patients with Schizophrenia.

Janssen Pharmaceuticals RIS-USA-235: A randomized trial of Oral Risperidone versus Intramuscular Haloperidol in the emergency treatment of Acute Psychosis.

Eli Lilly and Company Protocol: A study to assess the safety, tolerability, and pharmacokinetics of single and multiple doses of Intramuscular formulation of Depot Olanzapine (Pamoate Salt) in stable Schizophrenic subjects.

Mohammed A. Bari, MD, page 14

1172

CONFIDENTIAL
AZSER12778297

BEST COPY AVAILABLE

AstraZeneca Protocol: A pilot safety trial to determine the titration scheme for Sustained Release Quetiapine Fumarate (SEROQUEL).

Bristol-Myers Squibb Protocol: A multi-center, randomized, double-blind, Placebo controlled, 26-week study of a fixed dose of Aripiprazole in the treatment of stabilized patients with Chronic Schizophrenia.

GlaxoSmithKline SB 223412/078: A multicenter, double-blind, double-dummy, Placebo-controlled, randomized, parallel group evaluation of the efficacy and safety of a fixed-dose of Talnetant versus Placebo versus Risperidone in subjects with Schizophrenia

Solvay Pharmaceuticals S1542010: A randomized, double-blind, Placebo-controlled, Risperidone referenced, dose finding study of DU 127090 in the treatment of Schizophrenia

## SEXUAL DYSFUNCTION:

Clomipramine vs. Placebo in treatment of premature ejaculation; co-investigator with Dr. R.T. Seagraves.

Alpha-2 and Opioid Receptor Blockade and Erectile responses; co-investigator with Dr. R.T. Seagraves.

Double-blind, Placebo-controlled study to determine the efficacy and safety of Fluparoxan in the treatment of Secondary (Acquired) Male Erectile Disorder.

Syntex Protocol: Randomized, double-blind, Placebo-controlled, parallel study to assess the efficacy and safety of four oral dose levels of RS-15385-197 in men with Erectile Disorder; 30 patient study.

A double-blind, Placebo-controlled, parallel, fixed-dose study of Sertraline in the treatment of premature ejaculation.

Tap Holdings M99-038: A Phase III, six-month, long-term, open-label, flexible dose, safety extension study of Uprima tablets (2,3,and 4mg0 in the treatment of Male Erectile Dysfunction.

Mohammed A. Bari, MD, page 15

CONFIDENTIAL
AZSER12778298

BEST COPY AVAILABLE

Tap Holdings M99-039: A Phase II, efficacy and safety study of Uprima 3mg tablets versus Placebo and Uprima 3mg tablets versus Uprima 4mg tablets in the treatment of Male Erectile Dysfunction.

Pentech Pharmaceuticals PRX-97-09-01: A double-blind, randomized, multi-center, parallel safety and efficacy study of Paroxetine HCI capsules for the treatment of premature ejaculation.

## MEDICAL:

Takeda 01-00-TL-OPI-506: A randomized, comparator, controlled, double-blind study of the liver safety of Pioglitazone HCI versus Glyburide with Metformin and Insulin as part of step therapy in subjects with Type 2 (non-insulin dependent) Diabetes.

Byk Gulden BY343/FK1201: A Placebo-controlled, double-blind, double-dummy, multi-center, 6 week study of orally administered 60mg BYK33043 in the treatment of adult patients with Asthma compared to treatment with 176ug Fluticasone Propionate.

Solvay Pharmaceuticals S3B30020: A 24-week randomized, open label study of health care resource use, quality of life and productivity with Alosetron 1mg twice-daily versus traditional therapy in females with non-constipated Irritable Bowel Syndrome.

Takeda Pharmaceuticals 01-02-TL-275-023: A Phase III, randomized, double-blind, Placebo-controlled, multi-center, single-dose study of healthy adult volunteers in sleep lab model of Transient Insomnia.

Neurocrine Biosciences, Inc. NBI-34060-IR-0105: A randomized, double-blind, multi-center study to assess the safety of long-term administration of two dose levels of NBI-34060 in patients with Primary Insomnia.

Neurocrine Biosciences, Inc. NBI-34060-IR-0114: A Phase III, randomized, double-blind, Placebo-controlled, outpatient study to assess the long-term safety and efficacy of two dose levels of NBI-34060 in adult patient with Primary Insomnia

Mohammed A. Bari, MD, page 16

CONFIDENTIAL
AZSER12778299

BEST COPY AVAILABLE

**OTHER:**

Fluoxetine vs. Placebo in smoking cessation

Organon Protocol: An Open-label, randomized, parallel group, safety and efficacy study of Triphasic combination oral contraceptives; 30 patient study.

Wyeth Pharmaceuticals 0600B-100735: A double-blind, randomized, Placebo-controlled, 3-month clinical trial of Venlafaxine ER and Sertraline ER in the treatment of Post Traumatic Stress Disorder

Mohammed Abdul Bari, MD, page 17

1175

CONFIDENTIAL
AZSER12778300

BEST COPY AVAILABLE



CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the
Controlled Substance Act of 1970, as amended
provide that the Attorney General may revoke or
suspend a registration to manufacture, distribute,
dispense, import or export a controlled substance.

BB0731487    07-31-2007    PAID

2,2N,3,3N,4,5 PRACTITIONER   04-07-2004

BARI, MOHAMMED A
5577 UNIVERSITY AVENUE
SAN DIEGO, CA          92105

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP CONTROL LOCATION, BUSINESS ACTIVITY OR VALID
AFTER THE EXPIRATION DATE

1176

CONFIDENTIAL
AZSER12778301

D1447C00127: _____ *0091*

| Full Name: | Date: |
|---|---|
| Robert A. Riesenberg, MD | February 2005 |

**Study Site Affiliation: Principal Investigator**

| Professional Mailing Address: | Study Site Address: |
|---|---|
| Atlanta Center For Medical Research 811 Juniper St NE Atlanta, GA 30308 | Atlanta Center For Medical Research 811 Juniper St NE Atlanta, GA  30308 |
| Telephone:  (404) 881-5800 | Telephone:  (404) 881-5800 |

**Academic Qualifications (most current date first)**

| Degree/Certification | Date | Institution, Country |
|---|---|---|
| BS | 1972 | Memphis State University, USA |
| MD | 1975 | University of Tennessee, USA |

**Current Position and Previous 4 Relevant Positions Including Academic Appointments (most current date first):**

| Dates In Years | Title | Institution/Company, Country |
|---|---|---|
| 1982-Present | Medical Director/Private Practice-Psychiatry | BioBehavioral Associates, USA |
| 1984-Present | Medical Director/ Principal Investigator | Atlanta Center for Medical Research, USA |
| 2002-1982 | Staff Psychiatrist/ Medical Director/ VP Dept. of Psychiatry | Atlanta Medical Center, USA |

**Brief Summary of Relevant Clinical Research Experience and Competencies:**

Dr. Riesenberg has a wide range of experience in the research field.  His primary focus is on CNS, PK, Healthy Normal and Child/ Adolescent disorders.  Dr. Riesenberg has been the Principal Investigator in over 300 studies.

Adult:

| | | | |
|---|---|---|---|
| HAM-A | HAM-D | Calgary Depression | WRAT3 |
| PANNS | YMRS | CVLT | RAVLT |
| BPRS | MADRS | SADS-C | BACS |
| MMSE | STROOP | WAIS-III Subtest | SIB |
| CELF3 | ADAS | SAS | |
| Wisconsin Card Sorting Task | | Buschke Selective Reminding Test | |
| Finger Tapping Task | | Rivermead Behavioral Memory Test | |
| Benton Visual Retention Task | | Vineland Adaptive Behavior Scales | |
| Newcastle Scale for Depression | | | |

Child/Adolescent:

| | | |
|---|---|---|
| Kiddie-SADS | CDRS-R | MINI |
| GGAS | | |

Diagnostic:

| | |
|---|---|
| MINI | SCID |

| License/ID Number:  019589 | in State/Province/Country: GA, USA |
|---|---|

*PMR* 12-01-05

1177

CONFIDENTIAL
AZSER12778302

BEST COPY AVAILABLE

# CURRICULUM VITAE

D1447C00127: *0092*

**NAME:**                     John Michael Zajecka, M.D.

**ADDRESS:**                  REDACTED
                              Wilmette, Illinois  60091

                              *signature*  11/17/2003

**DATE OF BIRTH:**            REDA 1958

**PLACE OF BIRTH:**           Berwyn, Illinois

**LICENSE:**                  Illinois 036-071498

**BOARD CERTIFICATION:**      February, 1991
                              American Board of Psychiatry and Neurology

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| 2003 - Present | Associate Professor<br>Department of Psychiatry<br>Rush University Medical Center<br>1700 W. Van Buren St., 5th Floor<br>Chicago, IL  60612 |
| 2003 - Present | Clinical Director<br>Treatment Research Center<br>Rush University Medical Center<br>1700 W. Van Buren St., 5th Floor<br>Chicago, Illinois  60612 |
| 2000 - Present | Clinical Director<br>Treatment Research Center<br>Woman's Board Depression Treatment and Research Center<br>Rush North Shore Medical Center<br>9669 Kenton Ave., Suite 209<br>Skokie, Illinois  60076 |
| 1999 - Present | Specialized Consultant for Psychiatry<br>Rush North Shore Medical Center<br>9600 Gross Point Road<br>Skokie, Illinois  60076 |
| 1998-2000 | Clinical Director<br>Treatment Research Center<br>Woman's Board Depression Treatment and Research Center<br>Rush North Shore Medical Center<br>9700 Kenton Ave., Suite K-405<br>Skokie, Illinois  60076 |
| 1997-2003 | Associate Professor<br>Department of Psychiatry<br>Rush-Presbyterian-St. Luke's Medical Center<br>1725 W. Harrison St., Suite 955<br>Chicago, Illinois  60612 |

CONFIDENTIAL
AZSER12778303

BEST COPY AVAILABLE

| | |
|---|---|
| 1988-2003 | Clinical Director<br>Treatment Research Center<br>Woman's Board Depression Treatment and Research Center<br>Rush-Presbyterian-St. Luke's Medical Center<br>1725 W. Harrison St., Suite 955<br>Chicago, Illinois  60612 |
| 1990-1994 | Medical Director<br>Ambulatory Psychiatric Service<br>Department of Psychiatry<br>Rush-Presbyterian-St. Luke's Medical Center<br>1720 W. Polk St.<br>Chicago, Illinois  60612 |
| 1987-1988 | Clinical Associate<br>Treatment Research Unit<br>Department of Psychiatry<br>Rush-Presbyterian-St. Luke's Medical Center<br>1720 W. Polk St.<br>Chicago, Illinois  60612 |

**CLINICAL PRACTICE:**

| | |
|---|---|
| 2001-2003 | Partner<br>Psychiatric Medicine Associates, LLC<br>1700 W. Van Buren<br>Chicago, Illinois |
| 2001-Present | Partner<br>Psychiatric Medicine Associates, LLC<br>9669 Kenton Ave., Suite 209<br>Skokie, Illinois |
| 2001-2003 | Partner<br>Psychiatric Medicine Associates, LLC<br>1725 W. Harrison St., Suite 955<br>Chicago, Illinois |
| 1999-2001 | Private Practice<br>John Zajecka, M.D.<br>Chicago, Illinois |
| 1994-1998 | Partner<br>Midwest Neuropsychiatric Associates<br>Chicago, Illinois |
| 1988-1994 | Associate<br>Midwest Neuropsychiatric Associates<br>Chicago, Illinois |
| 1986-1988 | Physician<br>Near North Psychiatric Associates<br>Chicago, Illinois |
| 1985-1988 | Medical Consultant<br>Associated Mental Health Services<br>Chicago, Illinois |

CONFIDENTIAL<br>AZSER12778304

BEST COPY AVAILABLE

| 1985-1988 | Psychiatrist on Duty |
| | Madden Mental Health Center |
| | Hines, Illinois |

**ELECTED, APPOINTED OR CONSULTING PROFESSIONAL ACTIVITIES:**

| March, 2002 | Honorary International Advisor of the Chinese Psychopharmacology Algorithm Project, Peking University, Beijing, The People's Republic of China |
| 2001 - current | International Cymbalta Psychiatric Advisory Board, Eli Lilly Pharmaceuticals |
| 2001 - current | Member of the Illinois Psychiatric Society Peer Review Committee |
| 2001 - current | Member of the Illinois Psychiatric Society CME Committee (Fall Weekend Meeting) |
| 2000 - current | National Zyprexa Psychiatric Advisory Board, Eli Lilly Pharmaceuticals |
| 2000 - current | National Psychiatric Advisory Board, GlaxoSmithKline |
| 1999 - current | Chairperson, Midwest Psychiatric Advisory Board, Bristol-Myers Squibb |
| 1999 - current | National Psychiatric Advisory Board, Abbott Pharmaceuticals |
| 1998 - current | National Psychiatric Advisory Board, Bristol-Myers Squibb |
| 1998 - 2000 | Elected Councilman, Illinois Psychiatric Society |
| 1997 - 2001 | National Prozac Psychiatric Advisory Board, Eli Lilly Pharmaceuticals |
| 1996 - Present | Co-Chairman, Scientific Advisory Board, Obsessive-Compulsive Foundation of Metropolitan Chicago |
| 1995 - 1999 | President, American Suicide Foundation-Midwestern Division |
| 1995 - Present | National Scientific Advisory Committee Member, American Foundation for Suicide Prevention |
| 1997 - present | National Scientific Advisory Board Member, National Depressive and Manic Depressive Association |
| 1996-1997 | Psychiatric Consultant, Depression Task Force - Joint Commission of Hospital Accreditation |
| 1998 - present | Medical Advisor, Depressive and Manic Depressive Association of Metropolitan Chicago |
| 1995 - present | Examiner, American Board of Psychiatry and Neurology |
| 1996 - present | Medical Reviewer, United States Pharmacopeial Convention, Drug Information Division |

**REVIEWER FOR INTERNATIONAL AND NATIONAL PEER-REVIEWED JOURNALS:**

Journal of Clinical Psychiatry
American Journal of Psychiatry
International Journal of Neuropsychopharmacology
Journal of Clinical Psychopharmacology

**EDUCATION:**

| 1984-1988 | Rush-Presbyterian-St. Luke's Medical Center |
| | Chicago, Illinois |
| | Psychiatric Residency Training |
| | (Internship included in first year) |
| 1980-1984 | Loyola Stritch School of Medicine |
| | Maywood, Illinois |
| | M.D. |
| 1983, 1984 | Certification for the Treatment of Sexual Dysfunction |
| | Loyola University Outpatient Sexual Dysfunction Clinic |
| 1976-1980 | Marquette University |
| | Milwaukee, Wisconsin |
| | B.A. Magna cum laude Psychology |

Page 3
(Zajecka 9/18/03)

1180

CONFIDENTIAL
AZSER12778305

BEST COPY AVAILABLE

## PEER-REVIEWED PUBLICATIONS:

Zajecka JM, Nierenberg A, Cantillon M, Entsuah R. Remission analysis of venlafaxine vs. paroxetine for major depression (submitted for publication).

Zajecka JM: Treating depression to remission; J Clin Psychiatry (in press).

Clayton A, Zajecka J, Ferguson J, et al. Lack of sexual dysfunction with the selective noradrenaline reuptake inhibitor reboxetine during treatment for major depressive disorder. Int Clin Psychopharmacol 18; 2003 (in press).

Revicki DA, Paramore LC, Sommerville KW, Swann AC, Zajecka JM. Divalproex sodium versus olanzapine in the treatment of acute mania in bipolar disorder: health-related quality of life and medical cost outcomes. J Clin Psychiatry 64:288-294; 2003.

Ninan PT, Rush AJ, Crits-Cristoph P, Kornstein SG, Manber R, Thase ME, Trivedi MH, Rothbaum BO, Zajecka J, Borian FE, Keller MB. Symptomatic and syndromal anxiety in chronic forms of major depression: effect of nefazodone, cognitive behavioral analysis system of psychotherapy, and their combination. J Clin Psychiatry 63(5):434-441; 2002.

Dunner DL, Laird LK, Zajecka J, Bailey L, Sussman N, Seabolt JL. Six-year perspectives on the safety and tolerability of nefazodone. J Clin Psychiatry 63(1):32-41; 2002.

Zajecka JM, Dunner DL, Hirschfeld R, Kornstein SG, et al. Sexual function and satisfaction in the treatment of chronic major depression with nefazodone, psychotherapy, and their combination. J Clin Psychiatry 63(8):709-716, 2002.

Gelenberg AJ, Trivedi MH, Rush AJ, Thase ME, Howland R, Klein DN, Kornstein SG, Dunner DL, Markowitz JC, Hirschfeld R, Keitner GI, Zajecka J, et al. Randomized, placebo-controlled trial of nefazodone maintenance treatment in preventing recurrence in chronic depression. Biological Psychiatry; accepted Nov. 2002 (in press).

Tummala R, Zajecka JM. Tricyclics: still solid performers for the savvy psychiatrist. Current Psychiatry 1(6), June 2002.

Zajecka JM, Weisler R, Sachs G, Swann AC, Wozniak P, Sommerville K. A comparison of the efficacy, safety and tolerability of divalproex sodium and olanzapine in the treatment of bipolar disorder. J Clin Psychiatry 63:1148-1155; 2002.

Zajecka JM, Miles W, Cobb T, Chen S, et al: Safety of abrupt discontinuation of nefazodone. J Clin Psychiatry 639(1):42-47; 2002.

Zajecka J, McEnany GW, Lusk KM: Antidepressant dosing and switching guidelines: focus on nefazodone. J Clin Psychiatry 63(1):42-47; 2002.

Zajecka J, Bailey L: Nefazodone: discontinuation issues and safety in chronic major depression. J Clin Psychiatry 63(1)36-38; 2002.

Zajecka J: Sexual side effects of antidepressants-management. J Clin Psychiatry 62(suppl 3):34-41; 2001.

Rao D, Zajecka J, Skubiak T. Psychometric analysis of the Modified Rush Sexual Inventory (RSI) (draft submitted for publication), 2001.

Lesem MD, Zajecka JM, Swift RH, Reeves KR, Harrigan, EP: Intramuscular ziprasidone 2 mg vs 10 mg in the short-term management of agitated psychotic patients. J Clin Psychiatry; 62(1):12-18; 2001.

Fava M, Dunner DL, Greist JH, Preskorn SH, Trivedi MH, Zajecka J, Cohen M. Efficacy and safety of mirtazapine in major depressive disorder patients after SSRI treatment failure: an open-label trial. J Clin Psychiatry 62(6):413-420; 2001.

CONFIDENTIAL
AZSER12778306

BEST COPY AVAILABLE

Hoehn-Saric R, Ninan P, Black DW, Stahl S, Greist JH, Lydiard B, McElroy S, Zajecka J, Chapman D, Clary C, Harrison W: Multicenter double-blind comparison of sertraline and desipramine for concurrent obsessive-compulsive disorder and major depressive disorder. Arch Gen Psychiatry 57(1):76; 2000.

Keller MB, McCullough JP, Klein DN, Arnow B, Dunner DL, Gelenberg AJ, Markowitz JC, Nemeroff CB, Russell JM, Thase ME, Trivedi MH, Zajecka J. A comparison of nefazodone, the cognitive behavioral-analysis system of psychotherapy, and their combination for the treatment of chronic depression. N Engl J Med 342:1462-1470; 2000.

Zajecka JM: Clinical issues in long-term treatment with antidepressants. J Clin Psychiatry 61(2):20-25; 2000.

Keller MB, McCullough JP, Klein DN, Arnow B, Dunner DL, Gelenberg AJ, Markowitz JC, Nemeroff CB, Russell JM, Thase ME, Trivedi MH, Zajecka J: A comparison of nefazodone, the cognitive behavioral-analysis system of psychotherapy, and their combination for the treatment of chronic depression. N Engl J Med 342(20)1462-1470, 2000. Errata Statement: N Engl J Med 345(3):1462-1470; 2001.

Greco N, Zajecka JM: Evaluating and treating comorbid depression and anxiety in women. Women's Health in Primary Care 3(5):349-360; May 2000.

Meaden PM, Daniels RE, Zajecka J. Construct validity of life chart functioning scales for use in naturalistic studies of bipolar disorder. J Psychiatr Res 34(3):187-192; 2000.

Zajecka J: Clinical issues in long-term treatment with antidepressants. J Clin Psychiatry 61(suppl 2):20-25; 2000.

Hirschfeld RMA, Williams JBW, Spitzer RL, Calabrese JR, Flynn L, Keck PE, Lewis L, McElroy SL, Post RM, Rapport DJ, Russell JM, Sachs GS, Zajecka J: Development and validation of a screening instrument for bipolar spectrum disorder: The mood disorder questionnaire. Am J Psychiatry 157(11):1873-1875; November 2000.

Montgomery SA, Schatzberg AF, Guelfi JD, Kasper S, Nemeroff C, Swann A, Zajecka J. Pharmacotherapy of depression and mixed states in bipolar disorder. J Affect Disord 59(suppl 1):S39-S56; 2000.

Michelson D, Asterdam JD, Quitkin FM, Reimherr FW, Rosenbaum JF, Zajecka J, Sundell KL, Yongman K, Beasley CM: Changes in weight during a 1-year trial of fluoxetine. Am J Psychiatry 156:1170-1176; 1999.

Zajecka J, Amsterdam JD, Quitkin FM, Reimherr FW, Rosenbaum JF, Tamura RN, Sundell KL, Michelseon D, Beasley CM: Changes in adverse events reported by patients during 6 months of fluoxetine therapy. J Clin Psychiatry 60(6):389-394; June 1999.

Zajecka J, Fawcett J, Amsterdam J, Quitkin F, Reimherr F, Rosenbaum J, Michelson D, Beasley C: Safety of abrupt discontinuation of fluoxetine: A randomized, placebo-controlled study. J Clin Psychopharmacol 18(3):193-197; June 1998.

Reimherr FW, Amsterdam JD, Quitkin FM, Rosenbaum JF, Fava M, Zajecka J, Beasley CM, Michelson D, Roback P, Sundell K: Optimal length of continuation therapy in depression: A prospective assessment during fluoxetine long-term treatment. Am J Psychiatry 155(9):1247-1253; 1998.

Zajecka J, Tracy, KA, Mitchell S: Discontinuation symptoms after treatment with serotonin reuptake inhibitors: A literature review. J Clin Psychiatry 58(7):291-297; July 1997.

Zajecka J: Importance of establishing the diagnosis of persistent anxiety. J Clin Psychiatry 58(suppl 3):9-15; 1997.

Zajecka J, Mitchell S, Fawcett J: Treatment-emergent changes in sexual function with selective serotonin reuptake inhibitors as measured with the Rush Sexual Inventory. Psychopharm Bull 33(4):755-760, 1997.

Schatzberg, AF, Haddad P, Kaplan E, Lejoyeux M, Rosenbaum J, Young AH, Zajecka J: Serotonin reuptake inhibitor discontinuation syndrome: A hypothetical definition. J Clin Psychiatry 58(0):1-7; 1997.

Page 5
(Zajecka 9/18/03)

CONFIDENTIAL
AZSER12778307

BEST COPY AVAILABLE

Schatzberg, AF, Haddad P, Kaplan E, Lejoyeux M, Rosenbaum J, Young AH, Zajecka J: Possible biological mechanisms of the serotonin reuptake inhibitor discontinuation syndrome. J Clin Psychiatry 58(0):1-6; 1997.

Rosenbaum JF, Zajecka J. Clinical management of antidepressant discontinuation. J Clin Psychiatry 58(suppl 7):37-40; 1997.

Zajecka J: Panic disorder and posttraumatic stress disorder. Psychiatric Annals 26(6):1-8; May 15, 1996.

Zajecka J: The effect of nefazodone on comorbid anxiety symptoms associated with depression: Experience in family practice and psychiatric outpatients. J Clin Psychiatry 57(2):10-14; 1996.

Zajecka JM, Jeffriess H, Fawcett J: The efficacy of fluoxetine combined with a heterocyclic antidepressant in treatment-resistant depression: A retrospective analysis. J Clin Psychiatry 56(8):338-343, 1995.

Zajecka J, Ross J: The management of comorbid anxiety and depression. J Clin Psychiatry 56(2):10-13, 1995.

Nyenhuis DL, Rao SM, Zajecka JM,Luchetta T, Bernardin L, Garron DC. Mood disturbance versus other symptoms of depression in multiple sclerosis. J Int Neuropsychol Soc 1(3):291-296; 1995.

Zajecka J, Fanelli J, Ross J, Kravitz H, Fawcett J: The efficacy of divalproex sodium vs. placebo in the treatment of panic disorder. Psychopharm Bull 30(4):735, 1994.

Heiligenstein JH, Faries DE, Zajecka JM, et al: Latency to rapid eye movement sleep as a predictor of response to fluoxetine and placebo in nonpsychotic depressed outpatients. Psychiatric Research 52:327-339, 1994.

Schaff M, Fawcett J, Zajecka J: Divalproex sodium in the treatment of refractory affective disorders. J Clin Psychiatry 54(10):380-384, 1993.

Zajecka J: Pharmacology, pharmacokinetics and safety issues of mood-stabilizing agents. Psychiatric Annals 23(2):79-85; February 1993.

Zajecka JM, Fawcett J: Reply to letter: Is tranylcypromine really metabolized to amphetamine? J Clin Psychiatry 53:12, Dec. 1992.

Zajecka JM, Fawcett: Susceptibility of spontaneous MAOI hypertensive episodes. J Clin Psychiatry (letter) 52:513-514, Dec. 1991.

Zajecka JM: Obsessive-compulsive disorder. Geriatric Medicine, 10(4):42-45, April 1991.

Fawcett J, Kravitz H, Zajecka J, Schaff M: CNS stimulant potentiation of monoamine oxidase inhibitors in treatment-refractory depression. J Clin Psychopharmacol, 11(2):127-132, April 1991.

Zajecka JM, Fawcett J, Schaff M, Jeffriess H, Guy C: The role of serotonin in sexual dysfunction: Fluoxetine-associated orgasm dysfunction. J Clin Psychiatry, 52(2):66-68; 1991.

Zajecka JM, Guy C, Solomon B: Theoretical implications of antidepressant drug fever. J Clin Psychopharmacology, 11(1):73-74, Feb. 1991.

Zajecka JM, Fawcett J: Innovative somatic treatments for depression. Psychiatric Medicine, 9(1):77-103; 1991.

Zajecka JM, Fawcett J: Antidepressant combination and potentiation. Psychiatric Medicine, 9(1):55-75; 1991.

Zajecka JM, Fawcett J, Guy C: Co-existing major depression and obsessive-compulsive disorder treated with venlafaxine. J Clin Psychopharmacol, 10(2):April 1990 (letter).

Fawcett J, Zajecka JM, Kravitz H, Edwards J, Jeffriess H, Scorza E: Fluoxetine versus amitriptyline in adult outpatients with major depression. Current Therapeutic Research, 45(5), May 1989.

CONFIDENTIAL
AZSER12778308

BEST COPY AVAILABLE

**BOOKS/BOOK CHAPTERS:**

Zajecka J, Goldstein C.  The Side Effect Profiles of Antipsychotic Medications.  New York, NY: MBL
Communications, Inc. (in press)

Zajecka J, Beeler M:  Improving long-term adherence to treatment in major depression.  Handbook of Chronic
Depression.  Edited by Fava M, Alpert JE.  New York, NY: Marcel Dekker, Inc. (in press).

Zajecka JM:  Obsessive-Compulsive Disorder Casebook.  Contribution of 5 cases of OCD comorbid with other
psychiatric disorders.  American Psychiatric Press, 1994.

Zajecka JM, Wood W:  Effective Strategies for the Management of Depression in Primary Care Practice.  NCM
Publishers, Inc. 1992.

**SCIENTIFIC ABSTRACTS/POSTERS:**

Gyulai L, Zajecka JM, Forrester BR, et al.  Symptomatic response to lamotrigine maintenance in bipolar I disorder.
APA, San Francisco, CA  2003.

Fava M, Alpert J, Nierenberg AA, Mischoulon D, Otto M, Zajecka J, et al.  A double-blind, randomized trial of St.
John's Wort, Fluoxetine and Placebo in major depressive disorder.  APA, Philadelphia, PA, 2002.

Fava M, Alpert J, Nierenberg AA, Mischoulon D, Otto M, Zajecka J, et al.  A double-blind, randomized trial of St.
John's Wort, Fluoxetine and Placebo in major depressive disorder.  NIMH NCDEU Abstract, 2002.

Clayton A, Zajecka J, Ferguson J.  Reboxetine and sexual side effects.  NIMH NCDEU, 2002.

Zajecka JM, Metz JT, Brown TF, Kinnunen LH:  Functional imaging (FDG-PET) of two formulations of lithium
carbonate.  NIMH NCDEU Poster, Phoenix AZ, 2001.

Fava M, Zajecka J, Trivedi M, Dunner D, Greist J, Cohen M:  An open trial of mirtazapine in the treatment of
depressed outpatients refractory to or intolerant of treatment with SSRIs:  Preliminary report.  NCDEU,
Phoenix, Arizona, 2001.

Gyulai L, Suppes T, Apter J, West S, Zajecka J, Ascher J, Greene P.  Lamotrigine in rapid cycling bipolar disorders:
Predictors of response.  (Abstract).  Proceedings from the 41st annual NCDEU meeting, 2001.  NCDEU
Poster Session III #12.

Zajecka JM, Nierenberg A, Entsuah R, Cantillon M.  Comparative remission analysis between venlafaxine and
paroxetine.  Proceedings of the 41st annual NCDEU meeting, 2001.  NCDEU Poster Session II #18.

Metz J, Cooper M, Kinnunen L, Brown T, Zajecka J.  Effects of acute bupropion and venlafaxine on cerebral glucose
metabolism.  (Abstract).  ACNP Poster, Puerto Rico, 2000.

Rao D, Zajecka J, Skubiak T, Rosenblate R.  Psychometric analyses of the Modified Rush Sexual Inventory (RSI),
NIMH NCDEU, Boca Raton, FL, 2000.

Metz J, Cooper M, Brown T, Kinnunen L, Zajecka J, Cooper D:  Quantitative functional imaging (FDG-PET) and
intra-class drug effects.  ACNP Poster, Puerto Rico, 2000.

Zajecka JM, Weisler R, Swann AC, Sachs G, Tracy K, Sommerville KW, Wozniak P, Martin J:  Divalproex sodium vs
olanzapine for the treatment of mania in bipolar disorder.  ACNP Poster, Puerto Rico, 2000.

Earl N, Greene P, Ascher J, Fouche N, Chang C, Evoniuk G, Swann A, Pope S, Ketter T, McElroy S, Post R, Zajecka
J, Altshuler L, Apter J, West S, Risch C, Khan A, Glaxo Wellcome Research and Development, Greenford,
UK:  Mood stabilisation with lamotrigine in rapid cycling bipolar disorder.  ACNP Poster, Puerto Rico, 2000.

CONFIDENTIAL
AZSER12778309

BEST COPY AVAILABLE

Ninan PT, Rush AJ, Kornstein SG, Rothbaum BO, Manber R, Thase ME, Trivedi M, Zajecka J, Nemeroff CB, Borian FE:  Symptomatic anxiety in the treatment of chronic major depression with nefazodone, CBASP-psychotherapyt (CBASP), and their combination.  ACNP Poster, Puerto Rico, 2000.

Zajecka J, Dunner DL, Hirschfeld R, Kornstein SG, Ninan PT, Rush AJ, Trivedi MH, Gelenberg AJ, Thase ME, Borian FE:  Sexual function and satisfaction in the treatment of chronic major depression with nefazodone, CBAS-psychotherapy (CBASP) and their combination.  ACNP Poster, Puerto Rico, 2000.

Zajecka JM, Metz JT, Brown TF, Kinnunen LH:  Functional imaging (FDG-PET) of two formulations of lithium carbonate.  ACNP Poster, Puerto Rico, 2000.

Zajecka JM, Meredith C, Swann AC, Sachs G, et al.  Divalproex sodium vs. olanzapine for the treatment of mania in bipolar disorder:  effects on body weight change and related outcomes.  ACNP, Puerto Rico, 2000.

Zajecka J, Dunner DL, Hirschfeld R, Kornstein SG, Ninan PT, Rush AJ, Thase ME, Borian FE:  Sexual function and satisfaction in the treatment of chronic depression with nefazodone, psychotherapy and their combination.  (Abstract).  Proceedings from the 40th annual NCDEU meeting, 2000.  NCDEU Poster #170.

Zajecka J, Dunner DL, Hirschfeld R, Kornstein SG, Ninan PT, Rush AJ, Trivedi MH, Gelenberg AJ, Thase ME, Borian FE:  Sexual function and satisfaction in the treatment of chronic major depression with nefazodone, CBAS-psychotherapy (CBASP) and their combination.  APA Poster, Chicago, 1999.

Thase ME, Zajecka J, Kornstein SG, Borian FE, Jody DN:  Nefazodone tretment of patients with poor responses to SSRIs.  ACNP Poster, Puerto Rico, 1998.

Zajecka J, Fanelli J, Ross J, Kravitz H, Fawcett J:  The efficacy of divalproex sodium vs. placebo in the treatment of panic disorder.  NCDEU Poster Session, 1994.

Thase M, Trapp G, Holzer C, Zajecka J, Rush J, Hawland R:  Undertreatment of chronic depression.  APA Poster Session, 1994.

Nyenhuis DL, Rao SM, Zajecka JM, Garron DC:  Depression in multiple sclerosis: Where is the mood disturbance?  (Abstract).  International Neuropsychological Society, 1993.

Nyenhuis DL, Rao SM, Zajecka JM, Garron DC:  The development and initial validation of the multiscale depression inventory for use with multiple sclerosis patients.  (Abstract).  International Neuropsychological Society.  February, 1993.

**COPYRIGHTS:**
Rush Sexual Inventory and Modified Rush Sexual Inventory, 1995

Well-Being Life Chart; Fawcett, Zajecka, Zadox; 1993.

**MONOGRAPHS:**
Fawcett J, Rosenbaum J, Schatzberg AF, Zajecka JM:  Consultations in clinical psychopharmacology:  A rational approach to antidepressant drug selection.  Monograph.  New York, New York:NCM Publishers, Apr. 1993.

**PUBLISHED VIDEOS/WEBCASTS:**
Zajecka JM.  The Assessment of Patients with Treatment Resistant Depression.  A webcast for PGY-1 and PGY-2 residents, CME approved through OPTIMA Education Solutions, Inc., and University of California, Irvine, CA, 2002.
Zajecka JM.  Clinical Management of Treatment Resistant Depression.  A webcast for PGY-3 and PGY-4 residents), CME approved through OPTIMA Education Solutions, Inc., and University of California, Irvine, CA, 2002.
Serzone:  First Use Video, Osprey Communications, 1994
ProPartners Working Together to Treat Depression, Eli Lilly and Company, 1994
Consultation in Clinical Psychopharmacology:  A Rational Approach to Antidepressant Drug Selection, NCM, 1993
Depression in the Medically Ill, Eli Lilly and Company, 1993
Antidepressant Side Effects, Eli Lilly and Company, 1992

CONFIDENTIAL
AZSER12778310

BEST COPY AVAILABLE

**MISCELLANEOUS PUBLICATIONS:**

Zajecka J (Editor-in-Chief), Zajecka J (Senior Medical Writer). Critical Breakthroughs (four CME issues in 2002 and four in 2003, on topics related to the diagnosis and treatment of depression). OPTIMA Education Solutions, Inc., and University of California, Irvine, CA. Publications for Psychiatric Physicians and Another set for Primary Care Physicians.

Zajecka J: Venlafaxine: A new antidepressant medication. Innovations and Research 3(4):7-11, 1994.

Zajecka JM: Venlafaxine (Effexor) in clinical practice. Currents (interview) June 1994.

Zajecka J: An algorithmic approach to treatment-resistant depression. Currents (interview) 12(8), August 1993.

Zajecka J: Pharmacology, pharmacokinetics and safety issues of mood-stabilizing agents. Bugamor Pharma Inc., 1992.

Zajecka J: Recent advances in the treatment of major depression. Depression Briefing, 3(3):156-160, Aug. 1992.

Zajecka J: New treatments to fight depression. Chicago Medicine, 19-21, Sept. 21, 1992.

Zajecka JM: Diagnosis and treatment of major depression. Physician Assistant, 14(12):11-19.

Zajecka JM, Fawcett J: Recent advances in the treatment of depression. Current Opinion in Psychiatry 4:70-72; 1991.

Zajecka JM: Major depression in women. The Female Patient 15(6):14-26, 1990.

Zajecka JM: Dumping the blues. Chicago Medicine, 93:16-22, Dec. 1990.

Zajecka JM, Fawcett J, Easton MS: Treatment of psychotic affective disorders. Current Opinion in Psychiatry, 3:43-47, 1990.

**PUBLISHED BOOK REVIEWS:**

Zajecka J: Book Review: International review of psychiatry. American Psychiatric Press, Inc., 1993, 1st Edition. Doody's Health Sciences Book Review Journal, Dec. 1993.

Zajecka J: Book Review: Pharmacotherapy of depression: Applications for the outpatient practitioner, by J. Amsterdam, 1990. Marcel Dekker Inc., Chicago Medicine, 95(11), June 7, 1992.

**RESEARCH:**

July 2002-present
Co-Principal Investigator, "Prevention of Recurrence in Depression with Drugs and Cognitive Therapy" NIMH

May 2002-July 2003
Principal Investigator, "A Multicenter, Randomized, Double-Blind, Parallel-Group Study of Sertraline Versus Venlafaxine XR in the Acute Treatment of Outpatients with Major Depressive Disorder" Pfizer

October 2001-July 2003
Subinvestigator, "Paroxetine for the Prevention of Pegalated Interferon-Associated Depression in Patients with Chronic Hepatitis C" Glaxo SmithKline

October 2001-present
Principal Investigator, "A Double-Blind, Multicenter, Placebo- and Active-Controlled Acute and Extension Study of MK-0869 in the Treatment of Patients With Major Depressive Disorder With Melancholic Features" Merck

CONFIDENTIAL
AZSER12778311

BEST COPY AVAILABLE

October 2001-July 2003
    Principal Investigator, "Treatment of Major Depressive Disorder with Psychotic Features with Risperidone
    Monotherapy; Risperidone and Sertraline; or Haloperidol and Sertraline"
    Janssen

August 2001-March 2003
    Subinvestigator, "Duloxetine Versus Placebo in the Treatment of Fibromyalgia Patients With or Without
    Major Depressive Disorder"
    Eli Lilly

January 2001-August 2001
    Principal Investigator, "A Comparative OMEI Positron Emission Tomography Image Analysis of LY354740"
    Eli Lilly

December 2000-present
    Principal Investigator, "An Acute and Continuation Phase Study of the Comparative Efficacy of Venlafaxine
    ER (Effexor XR) and Fluoxetine (Prozac) in Achieving and Sustaining Remission (Wellness) in Patients with
    Recurrent Unipolar Major Depression; Followed by a Long-Term Randomized, Placebo-Controlled
    Maintenance Treatment Study in Patients Treated Initially with Venlafaxine ER"
    Wyeth

November 2000-present
    Subinvestigator, "A Single Photon Emission Computed Tomography Study of the Effects of Vagal Nerve
    Stimulation on Regional Cerebral Blood Flow in Patients with Treatment-Resistant Depression (An
    Appendix to Cyberonics Protocol D-02)"
    Cyberonics, Inc.

October 2000-present
    Principal Investigator, "CNS Effects of Sertraline in Depressed Patients"
    MIICRO, Inc.

September 2000-June 2001
    Principal Investigator, "A Phase 4, Multicenter, 6-Week, Double-Blind, Randomized, Placebo-Controlled,
    Parallel-Group Study to Evaluate Safety and Efficacy of PROVIGIL (Modafinil) at Individually Titrated
    Doses of 100, 200, 300 or 400 mg/day as Adjunctive Therapy in Patients with Major Depressive Disorder
    Who Have Demonstrated a Partial Response to Antidepressant Therapy for a Current Major Depressive
    Episode"
    Cephalon, Inc.

August 2000-April 2003
    Principal Investigator, "Systematic Treatment Enhancement Program for Bipolar Disorder"
    NIMH/sponsor Massachusetts General Hospital

July 2000-present
    Principal Investigator, "A Multicenter, Pivotal, Safety and Efficacy Study of the NeuroCybernetic Prosthesis
    System (NCP®) in Patients with Depression"
    Cyberonics, Inc.

June 2000-present
    Principal Investigator, "Comparison of the CNS Effects of Acute and Steady Doses of Sertraline in Healthy
    Volunteers"
    MIICRO, Inc.

April 2000-November 2001
    Principal Investigator, "A Double-Blind, Parallel Comparison of Hypericum Extract LI 160 (St. John's
    Wort), Fluoxetine and Placebo in Major Depression"
    Lichtwer Pharma AG

Page 10
(Zajecka 9/18/03)

1187

CONFIDENTIAL
AZSER12778312

BEST COPY AVAILABLE

March 2000-July 2002
   Principal Investigator, "Open-Label Combination of Olanzapine and Fluoxetine in Major Depressive Disorder"
   Eli Lilly

February 2000-March 2001
   Principal Investigator, "Sustained Efficacy Study of Pregabalin in Patients with Panic Disorder With or Without Agoraphobia"
   Pfizer

January 2000-May 2003
   Principal Investigator, "The Efficacy and Safety of Rapid-Loading Depakote in the Treatment of the Manic Phase of Bipolar Disorder in Adolescents"
   Abbott

December 1999-May 2003
   Principal Investigator, "Treatment of Depression in Youths at High Risk for Bipolar Disorder with Bupropion SR and Valproate:  An Randomized, Open Comparative Study"
   Departmental

November 1999-present
   Principal Investigator, "A Randomized, Open-Label Comparison of the Efficacy and Safety of Nefazodone vs. Venlafaxine in Outpatients with Generalized Anxiety Disorder"
   Bristol-Myers Squibb

August 1999-March 2001
   Principal Investigator, "A Comparison of the CNS Effects of Acute Doses of Venlafaxine and Bupropion in Healthy Volunteers"
   MIICRO, Inc.

June 1999-October 2000
   Principal Investigator, "Multicenter, Randomized, Double-Blind, Sertraline-Controlled Study of the Efficacy and Safety of Remeron in Subjects with Major Depressive Disorder Who Failed on SSRI Treatment Due to Lack of Efficacy"
   Organon, Inc.

June 1999-November 2000
   Principal Investigator, "A Multicenter, Double-Blind, Placebo and Paroxetine Controlled, Randomized, Flexible Dose Trial of Nefazodone ER in the Treatment of Depressed Patients"
   Bristol-Myers Squibb

April 1999-March 2000
   A Multicenter, Double-Blind, Double-Dummy Placebo and Lithium-Controlled, Randomized, Flexible-Dose Evaluation of the Safety and Efficacy of Lamotrigine in the Long-Term Prevention of Relapse and Recurrence of Mania and/or Depression in Patients with Bipolar I Disorder
   Glaxo Wellcome

March 1999-September 2000
   Principal Investigator, "A Comparison of the CNS Metabolic Effects of Lithobid and Lithonate in Healthy Volunteers"
   Solvay

October 1998-November 2000
   Principal Investigator, "A Double-Blind, Multicenter, Dose-Finding Acute and Extension Study of L-759,274 versus Paroxetine Hydrochloride and Placebo in the Treatment of Outpatients with Major Depressive Disorder"
   Merck

CONFIDENTIAL
AZSER12778313

BEST COPY AVAILABLE

September 1998-January 2000
    Principal Investigator, "A Test-Retest Assessment of Metabolic Rate Change Measurements"
    MIICRO, Inc.

September 1998-February 2000
    Primary Investigator, "Olanzapine Versus Divalproex in the Treatment of Acute Mania"
    Eli Lilly

July 1998-November 2000
    Principal Investigator, "Fluoxetine Versus Placebo in Posttraumatic Stress Disorder"
    Eli Lilly

July 1998-December 2000
    A Multicenter, Double-Blind, Placebo-Controlled, Randomized, Fixed-Dose Evaluation of the Safety and
    Efficacy of Lamotrigine in the Long-Term Prevention of Relapse and Recurrence of Depression and/or
    Mania in Patients with Bipolar I Disorder
    Glaxo Wellcome

June 1998-June 2000
    Principal Investigator, "A Double-Blind, Placebo and Haloperidol-Controlled, Multicenter Study Evaluating
    the Efficacy and Safety of SR 142801 in Schizophrenic Patients"
    Sanofi

June 1998-September 2000
    Principal Investigator, "A Double-Blind, Placebo and Haloperidol-Controlled, Multicenter Study Evaluating
    the Safety and Efficacy of SR 141716 in Schizophrenic Patients"
    Sanofi

May 1998-January 2001
    Principal Investigator, "Reboxetine Versus Placebo and Fluoxetine in a Controlled, Randomized, Double-
    Blind, Multicenter Study of Treatment in Major Depressive Disorders"
    Pharmacia & Upjohn

February 1998-November 1999
    Principal Investigator, "A Phase III, Randomized, Placebo-Controlled Study Evaluating the Safety and
    Outcome of Treatment with Oral Ziprasidone in Subjects with Mania *and* An Open Extension Study
    Evaluating the Safety and Outcome of 40-160 mg Daily of Oral Ziprasidone in the Treatment of Subjects
    Who Have Participated in Protocol 601"
    Pfizer

February 1998-March 1999
    Principal Investigator, "An Open-Label Evaluation of the Efficacy, Safety and Dosing of Citalopram in
    Outpatients with Depression"
    Forest Laboratories

September 1997-May 1998
    Principal Investigator, "Metabolic Imaging for Dose Evaluation in Clinical Trials"
    NINDS and MIICRO, Inc.

August 1997-December 1998
    Principal Investigator, "An Eight-Week, Double-Blind, Placebo-Controlled Study of 2, 20, 50 and 100 mg
    Flibanserin b.i.d. and Paroxetine q.d. in Patients with Major Depressive Disorder"
    Boehringer-Ingelheim

CONFIDENTIAL
AZSER12778314

BEST COPY AVAILABLE

August 1997-December 1999
Principal Investigator, "A Multicenter, Double-Blind, Placebo-Controlled, Flexible-Dose, Parallel-Group Evaluation of the Safety and Efficacy of Lamotrigine in the Long-Term Prevention of Mood Episodes in Patients with Bipolar Disorder with Rapid Cycling:  Incorporating Participation in Genotype Research - Optional for Both Patients and Sites"
Glaxo Wellcome

June 1997-November 1997
Co-Investigator, "The Effects of LY354740 on Regional Cerebral Glucose Metabolism Measured with Positron Emission Tomography in Healthy Subjects"
Eli Lilly

March 1997
Co-Investigator, "Enhancing Recovery in Coronary Heart Disease Patients"
NIH

January 1997-November 1998
Principal Investigator, "Remeron's Efficacy in Subjects with Major Depressive Disorder Who Are SSRI Selective Serotonin Reuptake Inhibitor) Treatment Failures"
Organon Inc.

January 1997-March 1998
Co-Investigator, "The Efficacy and Safety of Rapid-Loading Depakote in the Treatment of Acutely Manic Patients with Bipolar Disorder"
Abbott

January 1997-June 1997
Co-Investigator, "Olanzapine Versus Placebo in the Treatment of Mania Associated with Bipolar I Disorder"
Eli Lilly

August 1996-October 1997
Principal Investigator, "Fluoxetine vs. Sertraline and Paroxetine in Major Depression:  Comparison of Discontinuation-Emergent Signs and Symptoms"
Eli Lilly

June 1996-February 2000
Co-Investigator, "A Prospective, Multi-Center Study Comparing the Safety and Efficacy of Serzone (Nefazodone HCl) to Cognitive Behavioral Therapy )(CBT-CD) and Combined Serzone and CBT-CD for the Acute, Continuation and Maintenance Treatment of Chronic Major Depression and Double Depression"
Bristol-Myers

June 1996-June 1997
Principal Investigator, "Double-Blind, Placebo-Controlled Study of Venlafaxine and Fluoxetine in Outpatients with Major Depression
Wyeth-Ayerst

April 1996-March 1998
Principal Investigator, "Gabapentin Adjunctive Treatment in Patients with Bipolar Disorder"
Parke-Davis

November 1995-December 1998
Co-Investigator, "A Multicenter, Open, Randomized Comparison of ICI 204,636 (Seroquel) and Usual Care on Health Outcomes in Subjects with Schizophrenia and Schizoaffective Disorder"
Zeneca

Page 13
(Zajecka 9/18/03)

CONFIDENTIAL
AZSER12778315

BEST COPY AVAILABLE

September 1995-May 1997
>  Principal Investigator, "Double-blind, placebo-controlled, parallel-group, comparative study of venlafaxine and fluoxetine in depressed outpatients to measure onset of clinical activity"
>  Wyeth-Ayerst

July 1995-December 1997
>  Principal Investigator, "Fluoxetine vs. placebo in OCD relapse prevention"
>  Eli Lilly

June 1995-January 1996
>  Principal Investigator, "A multicenter, placebo-controlled study of relapse-prevention by long-term treatment with high or low doses of ORG 4428 in outpatients with recurrent major depressive episode"
>  Organon Inc.

May 1995-December 1995
>  Principal Investigator, "The efficacy of buspirone potentiation in poor or partial responders to the antidepressant effect of nefazodone"
>  Bristol-Myers Squibb

February 1995-December 1995
>  Principal Investigator, "A prospective, multicenter, open-label study of Serzone (nefazodone) in the management of patients with symptoms of depression in general psychiatric practices"
>  Bristol-Myers Squibb

November 1994-December 1995
>  Co-Principal Investigator, "A double-blind, placebo-controlled dose escalation study of the safety and efficacy of oral ondansetron in the treatment of patients with panic disorder"
>  Glaxo

November 1994-November 1996
>  Principal Investigator, "Risperidone QD vs. BID dosing in schizophrenia:  a double blind, parallel group, phase III multicenter study"
>  Janssen Research

August 1994-December 1995
>  Principal Investigator, "Establishment of oral flesinoxan dose effect relationships for efficacy and safety:  A randomized, double-blind, parallel group, placebo-controlled, multi-center study in outpatients with major depressive disorder"
>  Solvay

July 1994-January 1995
>  Principal Investigator, "Olanzapine versus haloperidol in the treatment of schizophrenia and other psychotic disorders"
>  Eli Lilly and Company

June 1994-January 1996
>  Principal Investigator, "Sertraline treatment followed by a double-blind comparison of sertraline and placebo in the prevention of relapse in outpatients with obsessive-compulsive disorder"
>  Pfizer

April 1994-April 1995
>  Principal Investigator, "A double-blind, placebo-controlled comparison of imipramine and paroxetine in the treatment of bipolar depression"
>  SmithKline Beecham Pharmaceuticals

CONFIDENTIAL
AZSER12778316

BEST COPY AVAILABLE

September 1993-June 1995
> Principal Investigator, "A double-blind, comparative, placebo-controlled trial of paroxetine in the prevention of recurrent depression"
> SmithKline Beecham Pharmaceuticals

August 1993-January 1995
> Co-Investigator, "A phase II, multicenter, randomized, parallel-group, double-blind, dose-finding study of 3 different doses of roxindole versus placebo in outpatients suffering from depression"
> EM Industries, Inc., Pharmaceutical Division

July 1993-August 1994
> Principal Investigator, "Safety surveillance study for wellbutrin sustained release"
> Burroughs Wellcome Co.

March 1993-March 1996
> Co-Investigator, "Double-blind comparison of sertraline and imipramine in outpatients with concurrent major depression and dysthymia"
> Pfizer

March 1993-March 1996
> Co-Investigator, "Double-blind parallel comparison of sertraline and imipramine in outpatients with chronic major depression"
> Pfizer

March 1993-May 1995
> Principal Investigator, "A double-blind trial comparing nefazodone to fluoxetine in patients with activation side effects previously demonstrated during treatment with fluoxetine for major depression"
> Bristol-Myers Squibb

March 1993-May 1995
> Principal Investigator, "A multi-center, double-blind, randomized trial comparing the effects of nefazodone to sertraline on sexual function in patients with previously demonstrated sexual dysfunction with sertraline during treatment for major depression"
> Bristol-Myers Squibb

January 1993-April 1995
> Principal Investigator, "Six month open-label evaluation of safety and efficacy of venlafaxine followed by randomized, double-blind, placebo-controlled one year evaluation of venlafaxine in the prophylactic treatment of recurrent major depression"
> Wyeth-Ayerst

January 1993-May 1994
> Co-Investigator, "A randomized, double-blind, placebo-controlled study of the safety and efficacy of two doses of ondansetron versus placebo in the treatment of social phobia"
> Glaxo

August 1992-May 1994
> Principal Investigator, "An open multicenter trial of nefazodone in the treatment of patients with treatment refractory depression"
> Bristol-Myers

August 1992-August 1994
> Principal Investigator, "Amesergide/fluoxetine/placebo in major depression"
> Eli Lilly

CONFIDENTIAL
AZSER12778317

BEST COPY AVAILABLE

August 1992-May 1994
    Co-Investigator, "A double-blind response study to determine the safety and efficacy of fixed doses (75-900 mg/day) of moclobemide in patients with panic disorder with and without agoraphobia"
    Hoffmann-LaRoche

August 1992-November 1995
    Co-Investigator, "Sertraline treatment of adolescent outpatients with major depression"
    Pfizer

April 1992-June 1994
    Principal Investigator, "Double-blind comparison of sertraline and desipramine in outpatients with concurrent major depression and obsessive-compulsive disorder
    Pfizer

January 1992-June 1993
    Principal Investigator, "Double-Blind, Placebo-Controlled, Parallel-Group Dosage Comparison Study of BID and TID Dosing of Venlafaxine in Outpatients with Major Depression"
    Wyeth-Ayerst

December 1991-January 1993
    Principal Investigator, "Multicenter Trial to Evaluate the Efficacy and Safety of Sertraline in the Treatment of Major Depression"
    Roerig

November 1991-December 1992
    Principal Investigator, "Zatosetron in patients with generalized anxiety disorder"
    Eli Lilly

August 1991-August 1992
    Principal Investigator, "A prospective, randomized, double-blind placebo-controlled multi-center, parallel groups comparison of the efficacy and safety of abecarnil (7.5-17.5 mg) and diazepam (15-35 mg) in outpatients with generalized anxiety disorder"
    Sandoz Pharmaceuticals

August 1991-October 1992
    Principal Investigator, "Fluoxetine versus placebo in major depressive disorder: Influence of REM sleep latency"
    Eli Lilly

May 1991-July 1994
    Principal Investigator, "Paroxetine versus clomipramine and placebo in the treatment of obsessive-compulsive disorder"
    SmithKline Beecham Pharmaceuticals

March 1991-February 1993
    Principal Investigator, "Double-blind comparison of sertraline, clomipramine and placebo in outpatients with obsessive-compulsive disorder"
    Pfizer Inc.

March 1991-August 1992
    Principal Investigator, "A double-blind randomized controlled evaluation of the effects of venlafaxine on the blood pressure of patients being treated for major depression"
    Wyeth-Ayerst

February 1991-May 1994
    Principal Investigator, "Efficacy and side effect profile of valproic acid versus placebo in panic disorder"

CONFIDENTIAL
AZSER12778318

BEST COPY AVAILABLE

February 1991-February 1992
Co-Investigator, "Double-blind comparison of 3 fixed doses of tandospirone and placebo in outpatients with major depression"
Pfizer Pharmaceuticals

February 1991-February 1992
Primary Investigator, "Paroxetine versus fluoxetine in outpatients with major depression"
SmithKline Beecham Pharmaceuticals

October 1990-October 1993
Principal Investigator, "A double-blind long-term safety study comparing remoxipride and haloperidol in schizophrenic outpatients"
Merck Sharp & Dohme

May 1990-January 1991
Principal Investigator, "Fixed-dose, double-blind study comparing efficacy and safety of Xanax-SR tablets vs. placebo in the treatment of panic disorder using once daily dosing"
Upjohn

March 1990-October 1993
Principal Investigator, "A triple-blind parallel study comparing two dose ranges of haloperidol in hospitalized patients with schizophrenia"
Merck Sharp & Dohme

January 1990-August 1992
Principal Investigator, "Fluoxetine vs. placebo:  Long-term treatment of major depression"
Eli Lilly

January 1990-March 1992
Co-Principal Investigator, "A double-blind multi-center trial of nefazodone, fluoxetine and placebo in the treatment of depressed outpatients"
Bristol-Myers

November 1989-July 1996
Principal Investigator, "Obsessive-compulsive disorder:  Evaluation and pharmacological treatment"

September 1989-January 1990
Principal Investigator, "Treatment use of Anafranil in obsessive-compulsive disorder"
Ciba-Geigy

August 1989-March 1991
Co-Investigator, "The efficacy and safety of a combination of fluoxetine and deracyn/domestic"
Upjohn

January 1989-September 1990
Co-Investigator, "Collaborative fixed-dose study of the efficacy and safety of deracyn-SR tablets in panic disorder with agoraphobia"
Upjohn

September 1988-July 1994
Co-Investigator, "An open-label evaluation of the long-term safety and clinical acceptability of oral venlafaxine in depressed outpatients"
Wyeth-Ayerst

July 1988-September 1988
Co-Investigator, "Prospective open evaluation of the seizure incidence with bupropion hydrochloride (Wellbutrin)"
Burroughs-Wellcome

CONFIDENTIAL
AZSER12778319

BEST COPY AVAILABLE

**February 1988-July 1988**
Co-Investigator, "A multicenter randomized double-blind parallel group dose response of milacemide in patients with mood disorders currently in a major depressive episode"
G. D. Searle

**February 1988-July 1990**
Co-Investigator, "Double-blind comparison of SM-3997 (tandospirone) and placebo in outpatients with depression"
Pfizer

**February 1988-February 1990**
Co-Investigator, "Fluvoxamine in the treatment of panic disorder: A multicenter double-blind placebo-controlled study in outpatients"
Reid-Rowell

**February 1988-March 1995**
Co-Investigator, "Compassionate treatment with fluvoxamine in outpatients with obsessive-compulsive disorder"
Solvay

**February 1987-March 1988**
Principal Investigator, "Humanitarian use of fluoxetine in depressed patients"
Eli Lilly

**February 1987-July 1990**
Co-Investigator, "Fluvoxamine in the treatment of depression: A multicenter double-blind placebo-controlled comparison with desipramine in outpatients"
Reid-Rowell

**January 1987-April 1987**
Co-Investigator, "Tomoxetine versus placebo - fixed-dose study in depressed outpatients"
Eli Lilly

**January 1987-March 1990**
Co-Investigator, "Nefazodone versus placebo in depressed outpatients: A multi-center double-blind comparison of four fixed doses of nefazodone"
Bristol-Myers

**October 1986-January 1988**
Research Investigator, National Vietnam Veteran Study Through Research Triangle Institute, South Carolina

**November 1985-January 1988**
Co-Investigator, "Fluoxetine versus amitriptyline in depressed adult patients"
Eli Lilly

**1984-1985**
Medical Consultant and Intake Screening, "A multicenter (5), double-blind placebo-controlled, fixed-dose study evaluating the efficacy of cyclospasmol (Cyclandelate) in primary degenerative dementia or multi-infarct dementia"
Ives Laboratories

**1979**    "The effects of dexamethasone on post-electroconvulsive therapy memory impairment in laboratory mice"

CONFIDENTIAL
AZSER12778320

BEST COPY AVAILABLE

**HONORS/AWARDS:**

The Lawrence Summers Memorial Award, June 2000. Given to the authors of the article appearing in the May 18, 2000, issue of The New England Journal of Medicine, "A Comparison of Nefazodone, the Cognitive Behavioral-Analysis System of Psychotherapy, and Their Combination for the Treatment of Chronic Depression."

Alliance for the Mentally Ill of Greater Chicago - John H. Davis Young Researcher Award - 1996

Special Recognition Award for the Training of Psychiatric Residents - 1995

Sandoz Award - In Recognition of Superior Academic Achievement and Contribution to Health Care - 1994

Special Recognition Award for the Training of Psychiatric Residents - 1991

Chicago Consortium Young Investigators Award - 1990

**PROFESSIONAL SOCIETIES:**

American Society of Clinical Psychopharmacology

American Academy of Clinical Psychiatrists

American Medical Association

American Psychiatric Association

Chicago Medical Society

Illinois Psychiatric Society

Illinois State Medical Society

CONFIDENTIAL
AZSER12778321

BEST COPY AVAILABLE

D1447C00127:  *0093*

*James Thomas Hartford, M.D.
Curriculum Vitae
Page 1 of 40

# CURRICULUM VITAE

**Name:**   James Thomas Hartford, M.D.

_____     _____
Signature                          Date

Hartford Research Group                    Hartford Research Group
10550 Montgomery Road, Suite 20            51 Cavalier Blvd. Suite 220
Cincinnati, Ohio 45242                     Florence, KY 41042

Hartford Research Group
6840 Loop Rd.
Dayton, Ohio 45459

## Education:

1970        Bachelor of Science, Cum Laude
            Kansas State University, College of Arts & Sciences
            Manhattan, Kansas

1973        Doctor of Medicine
            University of Nebraska, College of Medicine
            Omaha, Nebraska

## Postgraduate Training:

1974 - 1977      Resident in Psychiatry
                 University of Nebraska, Department of Psychiatry
                 Nebraska Psychiatric Institute
                 Omaha, Nebraska

1974             Locum Senior House Office in Psychiatry
                 St. James (University) Hospital
                 Leeds 9, Yorkshire, England

1973 - 1974      Resident (Intern) in Family Practice
                 University of Nebraska, Department of Family Practice
                 Omaha, Nebraska

January 28, 2002

1197

CONFIDENTIAL
AZSER12778322

BEST COPY AVAILABLE

James Thomas Hartford, M.D.
Curriculum Vitae
Page 2 of 40

## Honors:

| | |
|---|---|
| 1967 - 1970 | Honors Program (President)<br>Kansas State University |
| 1973 - 1974 | Honors, Family Practice Residency<br>University of Nebraska |
| 1975 - 1977 | Falk Fellow<br>American Psychiatric Association |
| 1976 | Cecil B. Wittson Award for Outstanding Research by the<br>Cincinnati Coalition of Persons with Disabilities |

## Board Certification:

| | |
|---|---|
| 1974 | Diplomate, National Board of Medical Examiners Certificate No. 136737 |
| 1980 | Diplomate, American Board of Psychiatry and Neurology, Certificate No. 20353 |

## Licensure:

License to Practice Medicine and Surgery:

| | |
|---|---|
| 1974 | State of Nebraska, License No. 13176 |
| 1977 | State of Texas, License No. E9222 |
| 1980 | State of Ohio, License No. 045290 |
| 1998 | State of Kentucky, License No. 34215 |

## Hospital Affiliations:

Bethesda Oak - Cincinnati, OH
Bethesda North - Cincinnati, OH
The Christ Hospital - Cincinnati, OH
Jewish Hospital - Cincinnati, OH
Franciscan Hospital - Mt. Airy, OH

January 28, 2002

1198

CONFIDENTIAL
AZSER12778323

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 3 of 40

## Professional Affiliations:

| | |
|---|---|
| 1974 | American Psychiatric Association |
| 1976 | American Gerontological Society |
| 1977 | American Association for the Advancement of Science |
| 1978 | American Association for Geropsychiatry (Charter Member) |
| 1980 | Academy of Medicine of Cincinnati |
| 1980 | Ohio Psychiatric Society |
| 1981 | Cincinnati Psychiatric Society |
| 1982 | Ohio Medical Association |
| 1983 | American Society of Clinical Psychopharmacology |
| 1984 | International Psychogeriatric Association |
| 1984 | Ohio Gerontological Society (Charter Member) |
| 1993 | American Society for Clinical Pharmacology and Therapeutics (ASCPT) |
| 1994 | Associates of Clinical Researchers in Pharmacology (SCRIP) |
| 1994 | Drug Information Association |
| 1995 | The American College of Physician Executives |
| 1995 | Clinical Trails Committee Member - ASCP |
| 1996 | American Academy of Pharmaceutical Physicians (AAPP) |

## Scale Certification:

| | |
|---|---|
| 1997 | SANS & PANSS from IBAH |
| 1998 | HAM-D by Solvay, Lilly, Merck, and Pfizer |
| 1998 | SCID by Solvay |
| 1998 | PANSS by Lilly-PPD Pharmaco |
| 1998 | PANSS & ESRS by Novartis |
| 1998 | Rater Validation Program by Abbott Laboratories |
| 1998 | Calgary Depression Scale by Novartis |

## Teaching & Miscellaneous Experiences:

| | |
|---|---|
| 1968 | Accepted to College of Veterinary Medicine<br>Kansas State University, Manhattan, Kansas |
| 1969 - 1973 | Volunteer Medical Staff<br>Indian-Chicano Health Center, Omaha, Nebraska |

January 28, 2002

0

1199

CONFIDENTIAL
AZSER12778324

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 4 of 40

## Teaching & Miscellaneous Experience:    (Cont'd)

| | |
|---|---|
| 1972 | Extern in Psychiatry<br>High Royds Hospital<br>Minston, Ilkley, Yorkshire, England<br>Sponsored by National Institute of Mental Health |
| 1973 - 1977 | Psychiatric Consultant<br>Equilibria, Free Clinic for Drug Problems |
| 1974 - 1976 | Editor:  P.R.O. Puzzler. Paper of the<br>Psychiatric Resident Organization<br>Department of Psychiatry<br>University of Nebraska, Department of Psychiatry |
| 1977 | Research Associate<br>Gerontology Research Section<br>Texas Research Institute of Mental Sciences,<br>Houston, Texas |
| 1978 | Assistant Professor<br>Department of Psychiatry<br>Baylor College of Medicine<br>Houston, Texas |
| 1978 - 1980 | Post Doctorate Geriatric Fellowship Faculty and<br>Supervisor, Texas Research Institute of Mental<br>Sciences<br>Houston, Texas |
| 1980 - 1984 | Associate Professor of Psychiatry<br>Director of the Division of Geriatric Psychiatry<br>University of Cincinnati, College of Medicine<br>Cincinnati, Ohio |
| 1981 - 1998 | Private Practice<br>Hartford Psychiatric Group, Inc.<br>10550 Montgomery Road, Suite 20<br>Cincinnati, Ohio |

January 28, 2002

0

CONFIDENTIAL
AZSER12778325

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 5 of 40

### Teaching & Miscellaneous Experiences  (Cont'd.)

| | |
|---|---|
| 1984 - 1988 | Director of the Division of Geriatric Psychiatry<br>Jewish Hospital of Cincinnati<br>Cincinnati, Ohio |
| 1984 | Associate Professor of Clinical Psychiatry<br>University of Cincinnati<br>College of Medicine<br>Cincinnati, Ohio |
| 1984 - Present | President/Medical Director<br>Hartford Research LTD |
| 2000 – Present | President/Medical Director<br>Summit Research Network (Ohio) |

### Committee Appointments:

| | |
|---|---|
| 1980 | Residency Training Committee |
| 1980 | Research Committee |
| 1980 | Pro Seniors Board of Directors (A legal advocacy organization) |
| 1980 | Dept. of Psychiatry Appointment and Promotions Committee |
| 1981 | Utilization Review Committee, Christ Hospital |
| 1981 | Department Advisory Committee |
| 1981 | College of Medicine Post Graduate Education Council |
| 1981 | Clermont County Mental Health Board of Directors |
| 1981 | Board of Trustees of Cincinnati Psychiatric Society |
| 1981 | Cincinnati Psychiatric Society, Representative to Mental Health Coalition |
| 1984 | Continuing Medical Education at Christ Hospital |
| 1984 | Choice Care Psychiatry Committee |
| 1984 | Quality Assurance Committee, Christ Hospital |
| 1984 | Utilization Review Committee, Christ Hospital |
| 1985 | Geriatric Committee, Academy of Medicine |
| 1985 | Physicians Effectiveness Committee, Academy of Medicine |
| 1985 | Membership Committee, Academy of Medicine |
| 1986 | Christ Hospital - Dept. of Psychiatry<br>Quality Assurance Committee |
| 1986 | Christ Hospital - Medical Education Committee |
| 1986 | Christ Hospital - Public Relations Committee of the Medical Staff |
| 1986 | Christ Hospital - Utilization Review Committee |
| 1986 | Christ Hospital - Advisory Committee for Eating Disorder Unit |
| 1987 | Steering Committee, Greater Cincinnati Joint Council on Geriatric Care |

January 28, 2002                                                0

CONFIDENTIAL
AZSER12778326

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 6 of 40

**Committee Appointments:** (Cont'd.)

| | |
|---|---|
| 1988 | Christ Hospital - Utilization Review Committee |
| 1988 | Christ Hospital - Advisory Committee for Eating Disorder Unit |
| 1989 | Membership Committee, Academy of Medicine |
| 1989 | Geriatric Committee, Academy of Medicine |
| 1990 | Bethesda Hospital - Institutional Review Committee |
| 1991 | Bethesda Hospital - Institutional Review Committee |
| 1992 | CONCERN PLUS - Quality Assurance Committee |
| 1996 | Physician Leadership & Management Education Program - Steering Group, Xavier University |
| 1998 | Alzheimer Association Professional Advisory Committee |

**Publications:**

1. Hartford, J., Encephalopathy Associated With Fatty Degeneration of the Liver. Reye's Syndrome. Nebraska State Medical Journal 58 (8), pgs. 312-313, 1973.

2. Wengert, J., Hartford, J., Psychiatric Aspects of Temporal Lobe Epilepsy. Nebraska State Medical Journal 61 (8), pgs., 301-304, 1976

3. Hartford, J., Psychiatric Training in Great Britain. Residents Forum, Psychiatric News 12 (8), pg. 34, 1977.

4. Hartford, J., Studying in Europe: A Guide to Medical Training Abroad. Infusion 2, 1977.

5. Hartford, J., Aging in the United States: Alternatives; Residents Forum, Psychiatric News 12 (14), pgs. 34-35, 1977.

6. Hartford, J., Readings in Psychotherapy With Older People. S. Steury and M. Blank (eds.) A book review. American Journal of Psychiatry 135 (10), pgs. 1252-1253, 1978.

7. Hsu, L., Hartford, J., Samorajski, T., Cholinergic Studies of Human Blood Cells and Plasma in Relation to Age and Alzheimer's Type of Senile Dementia. Age. 1 (4), pgs. 166, 1978.

8. Gaitz, C.M., Hartford, J., The Use of Ergot Alkaloids in Senile Dementia. In Geriatric Psychopharmacology, J., Nandy (ed.) Elseview/North Holland, pgs. 213-224, 1979.

9. Hartford, J., How to Minimize Side Effects of Psychotropic Drugs. Geriatrics 34 (6) pgs. 83-93, 1979.

January 28, 2002                                                                 0

CONFIDENTIAL
AZSER12778327

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 7 of 40

**Publications:** (Cont'd)

10. Safmorajski, T., Hartford, J., Britain Physiology and Aging. Ch. 3 in E. Busse and D. Blazer (eds) Handbook of Geriatric Psychiatry Raven Press, New York, Pgs. 46-83, 1979.

11. Hartford, J., Psychiatric Symptoms and Cognitive Loss in the Elderly: Evaluation and Assessment Techniques. A. Raskin and L.F. Jarvik (eds.) A book review. American Journal of Psychiatry 137 (2), pgs. 266-267, 1980.

12. Gaitz, C.M., Hartford, J., Ergots in the Treatment of Mental Disorders of Old Age. In Ergot Compound and Brain Function, Neuro-Endocrine and Neuropsychiatric Aspects, D. Caine, M. Goldstern, A. Liberman and M. Thorner (eds.) Raven Press, New York, pgs. 349-356, 1980.

13. Hartford, J., Bennett, J., Drug Therapy for Depression. The Apothecary 93 (40), pgs. 10-16, 1981.

14. Gaitz, C.M. Hartford, J., Hydergine and Treatment of Dementia. Chapter 8 in Behavioral Assessment and Psycho-Pharmacology, Edited by Francis J. Pirozzolo and Gabe J. Maletta. Volume 2 of the series Advances in Neurogerontology. Prarger: New York pgs. 197-208, 1981.

15. Hartford, J., Samorajski, T., Alcoholism in the Elderly. Journal American Geriatrics Society 30 (1) pgs. 18-24, 1982.

16. Bienenfeld, D., Hartford, J., Electroconvulsion Therapy. U.S. Pharmacist 5, pgs. 114-115, 1982.

17. Bennett, J., Hartford, J., Electroconvulsion Therapy. U.S. Pharmacist 5 pgs. 1-10, 1982.

18. Hartford, J., Hsu, L., Samorajski, T., Ordy, M., Serum Prolactin Changes with Age, Senile Dementia an Dihydroergotoxine Mesylate Treatment. In Aging, Nutrition and the Elderly, Aging Series: Volume 20, D. Harman (ed.), Raven Press, New York, pgs. 259-269, 1982.

19. Bennett, J., Hartford, J., Murray, G., Drug Therapy for Depression Continuing Practice 9 (3), pgs. 7-15, 1982.

20. Samorajski, T. Ho., B., Kralik, P., Hartford, J., Serum Prolactin Changes with Age, Senile Dementia and Dihydroergotoxine Mesylate Treatment. In Aging Brain: Cellular and Molecular Mechanisms of Aging in the Nervous System, edit by E. Geiacobine, et al., Raven Press, New York, pgs. 259-269, 1982.

January 28, 2002                                                                                    0

CONFIDENTIAL
AZSER12778328

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 8 of 40

**Publications**: (Cont'd.)

21. Gaitz, C.M., Hartford, J., Special Considerations in Prescribing Psychotropic Medications for Elderly Persons, <u>Houston International Hospital Journal</u>, 1984.

22. Hartford, J., Samorajski, T., (eds.) <u>Alcoholism and Aging</u>. Raven Press, New York, 350 pgs., 1984.

23. Hartford, J., Thienhaus, O., Psychiatric Aspects of Alcoholism in the Elderly, <u>Alcoholism and Aging</u>, J. Hartford, T. Samorajski (eds.) Raven Press, New York, pgs. 253-262, 1984.

24. Thienhaus, O., Hartford, J., Alcoholism in the Elderly, <u>Psychiatric Medicine</u>: Geriatric Issues, S. Gambert (ed.) Spectrum, New York, Vol. 2, pgs. 27-41, 1984.

25. Thienhaus, O., Skelly, M.S., Hartford, J., Bosman, O., Biological Markers in Alzheimer's Disease, <u>Journal of American Geriatric Society</u>, Vol. 33, pgs. 715-726, 1985.

26. Hartford, J., Thienhaus, O., Depression in Hyperprolactinemia Psychosomatics, <u>Journal of The Academy of Psychosomatic Medicine</u>, Vol. 27, No. 9, 1986.

27. Hartford, J., Thiehaus, O., A Controlled Double-Blind Study of High Dose Digydroergotoxin Mesylate Hydergine in Mild Dementia, <u>Journal of The American Geriatric Society</u>, Vol. 35, pgs. 219-223, 1987.

28. Thienhaus, O., Hartford, J., Alcoholism, <u>Geriatric Medicine Annual 1987</u>, pgs. 160-174, 1987.

29. Thienhaus, O., Zemlan, F., Bienenfeld, D., Bosmann, H.B., Hartford, J., Growth Hormone Response to Edrophonium in Alzheimer's Disease. <u>The American Journal of Psychiatry</u>, Vol. 144, pgs. 1049-1052, 1987.

30. Gambert, S., Hartford, J., Alcoholism in Old Age, in <u>Principles and Practice of Geriatric Medicine-2nd Edition</u>, Pandy (ed.) John Wiley and Sons Limited, Chichester, England, 1989.

31. Dunner, David L., Cohn, Jay B., Walshe III, Thomas, Cohn, Cal K., Feighner, John P., Feive, Ronald R., Halikas, James P., Hartford, James T., Hearst, Earl D., Settle Jr., Edmund C., Menolascino, Frank J., Muller, David J., Two Combined, Multicenter Double-Blind Studies of Paroxetine and Doxepin in Geriatric Patients with Major Depression, <u>Journal Clinical Psychiatry</u> 53:2 (suppl) January 1992, pgs. 57-60.

32. Linden, R.D., Newhouse, P., Krishnan, K.R., Farmer, M., Goldstein, B., Lazarus, L.W., Nakra, R., Hartford, J., Reisenberg, R., Margolin, R.A., Ferguson, J., Rothman,

January 28, 2002                                                                0

CONFIDENTIAL
AZSER12778329

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 9 of 40

**Publications:** (Cont'd.)

M., Richter, E.M., SSRIs in the Depressed Elderly: A Double-Blind Comparison of Sertraline and Fluoxetine in Depressed Geriatric Outpatients, Abstract, American Psychiatric Association, May 1995.

33. Ferguson JM. Shrivastava R, Stahl SM, Hartford J, Nape B, Borian F, and Leni JR. Effects of double-blind treatment with mefazodone or sertraline on re-emergence of sexual dysfunction in patients with major depressive disorder. American College of Neuropsychopharmacology (ACNP) abstract, December 1995.

34. Ferguson JM. Shrivastava R, Stahl SM, Hartford J, Nape B, Borian F, Leni JR. and McQuade, Jody. Re-emergence of Sexual Dysfunction in Patients with Major Depressive Disorder: Double-Blind Comparison of Nefazodone and Sertraline. Journal Clinical Psychiatry Submitted December 1999.

**Research Activities & Grants:**

1977     Principal Investigator: Biogentic Amines in Organic Brain Disease: Prospective for Chemical Evaluations. CORRC 77 0105

1977     Co-Investigator: Loxapine Double-Blind, Study Vs. Thioridazine in the Management of Psychogeriatric Patients. CORRC 77 035.

1977     Co-Investigator:  Pharmacokinetics and Aging. CORRC 77 014 Intra-Mural Research to Determine Whether Serum Levels of Psychotropic Drugs in Elderly Patients are Similar to Younger Patients on Similar Drugs.

1977     Co-Investigator: Physician's Attitudes About Aging and Retirement. Intra-Mural Research Project.

1978     Principal Investigator: Melperone: An Open-Label Study in Geriatric Patients With Dementia. CORRC 78 0061. A Phase III study supported by Research and Development Division, Merrill Laboratories, Cincinnati, OH.

1978     Principal Investigator: A Double-Blind, Parallel-Group Study of Flunarizine Capsules Vs. Placebo in Treatment of Senile Organic Brain Syndrome. CORRC 78 0066. A Phase II study supported by a research grant from Ortho Pharmaceutical Corporation, Raritan NJ.

January 28, 2002                                                          0

CONFIDENTIAL
AZSER12778330

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 10 of 40

## Research Activities & Grants: (Cont'd.)

| | |
|---|---|
| 1978 | Investigator:  Regional Cerebral Blood Flow Patterns in Schizophrenia and Depression with Pseudodementia: Their Relation to Age and Cerebrovascular Disorders. And Regional Cerebral Blood Flow in Organic Brain Disease. Part of a multicenter grant by Baylor Cerebral Blood Flow Laboratories, S.H. Appel and J. Sterling-Meyer, Co-Principal Investigators. |
| 1979 | Principal Investigator:  A Double-Blind, Placebo-Controlled Evaluation of Dihydrogenated Ergot Alkaloids (Hydergine) Vs. Nortriptyline (Pamelor) Vs. Hydergine Plus Pamelor. CORRC 79-0046. A Phase III study supported in part by a research grant from Clinical Research Division, Sandoz, Inc., East Hanover, NJ. |
| 1979 | Principal Investigator:  Long-Term Care Gerontology Center Program. A project developed in collaboration with Baylor College of Medicine and North Texas State University through its Center for Studies on Aging. Supported by Title IV-E Development Grant from AOA. |
| 1980 | Principal Investigator: A Double-Blind, Parallel-Group Study of Praxiline (Nafronyl) Vs. Placebo in the Alleviation of Symptoms Associated with Dementia. CORRC 80 0005. A Phase II study supported by a research grant from Lipha Chemicals, Inc., 600 Madison Ave., New York, NY 10022. |
| 1983 | Principal Investigator:  A Double-Blind, Placebo-Controlled Study of the Efficacy of Hydergine in Outpatients with Symptoms of Primary Degenerative Dementia. A Phase IV study supported by a research grant from Sandoz Pharmaceutical, Inc., East Hanover, NJ 07936. |
| 1984 | Geriatric Training Program - Funded $465,000.00 for three years. A two year fellowship training in Geriatric Psychiatry supported by the National Institute of Mental Health. |
| 1984 | Principal Investigator: A Double-Blind Study Comparing Moban (Molinone HCL) Concentrate Vs. Haldol (Haloperiolz) Concentrate in Controlling Symptoms Attributable to Psychoses Associated with Organic Brain Syndrome in Hospitalized Geriatric Patients.  A Phase IV study supported by a research grant from Dupont Pharmaceuticals, Inc., Wilmington, DE 19898. |

January 28, 2002                                                     0

CONFIDENTIAL
AZSER12778331

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 11 of 40

## Research Activities & Grants: (Cont'd.)

1984    Principal Investigator: Oxiracetam in the Treatment of Progressive
Degenerative Dementia of Mild to Moderate Low Dose Schedule (400-
1220 mg/day). A Phase II study supported by a research grant from Ciba-
Geigy Corporation, Summit, NJ 07901.

1984    Principal Investigation: A Multicenter, Placebo-Controlled Study of
Vasodilin in Primary Degenerative Dementia. A Phase III study supported
by a research grant from Mead Johnson Pharmaceutical Group,
Evansville, IN 47721.

1985    Principal Investigator: A Double-Blind, Parallel-Group, Placebo-
Controlled Multicenter Study to Determine the Safety and Efficacy of
Two Dose  Regimes of  Suloctidil in Patients with a Diagnosis of Primary
Degenerative Dementia. A Phase II study supported by Monsant
Company, 800 N. Lindbergh Boulevard, St. Louis, MO 63167.

1986    Principal Investigator: Efficacy and Safety of Vinpocetine in the
Treatment of Multi-Infarct Dementia. A Phase III study supported by a
research grant from Ayerst Laboratories, 685 Third Avenue, New York,
NY.

1986    Principal Investigator: A Double-Blind Study Comparing Moban
(Molidone Hydrochloride) Concentrate Vs. Haldol (Haloperidol)
Concentrate in Controlling Symptoms Attributable to Psychosis
Associated with Organic Brain Syndrome In Geriatric Patients. A Phase
IV study supported by a research grant from E.I. Du Pont De Nemours and
Company, Inc., Barley Mill Plaza, P26/2318, Wilmington, DE 19898.

1986    Principal Investigator: An Open-Label, Pilot-Phase Study to Determine
the Safety of a Combination of 6 mg Eryoloid Mesylates (Hydergine) Plus
60  mg. Nortriptylene (Pamelor) in Patients with Primary Degenerative
Dementia Accompanied by Depression. A Phase IV study supported by a
grant from Sandoz Inc., East Hanover, NJ 07936.

1986    Principal Investigator: Triamterene Dose-Range Study in Hypertensive
Patients for Reversal of Hypokalema Induce by 25 mg
Hydrochlorothiazide. A Phase IV study supported by a research grant
from SmithKline and French Laboratories, Philadelphia, PA 19101.

1986    Principal Investigator:  Etoperidone:  Efficacy and Safety in Depressed
Outpatients. A Phase II Study supported by a grant from Mcneil
Pharmaceuticals, Spring House, PA 19477.

January 28, 2002                                                    0

CONFIDENTIAL
AZSER12778332

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 12 of 40

**Research Activities & Grants:**  (Cont'd.)

1986    Principal Investigator: Fluvoxamine in the Treatment of Depression:  A Multicenter, Double-Blind, Placebo-Controlled Comparison with Desipramine in Outpatients. A Phase III Study supported by a research grant from Kali-Duphar Laboratories, Inc.

1987    Principal Investigator: A Phase II, Parallel-Group, Placebo-Controlled Study to Evaluate the Efficacy and Safety of Three Doses of Ipsapirone HCL in Four Week Treatment Period. A Phase II study supported by a research grant from Miles Pharmaceuticals, West Haven, CT.

1987    Principal Investigator: Etoperidone: Efficacy and Safety in Depressed Geriatric Outpatients. A Phase II study supported by a research grant from McNeil Pharmaceutical, Spring House, PA 19477.

1987    Principal Investigator: Triamterene Dose-Range Study in Hypertensive Patients for Reversal of Hydrochlorothiazide-Induced Hypokalemia. A SmithKline and French Laboratories, Philadelphia, PA 19101.

1987    Principal Investigator: Comparison of Buspirone to Placebo in Major Depressive Disorder.  A Phase IV study sponsored by a grant from Bristol-Myers, Wallingford, CT 06492.

1987    Principal Investigator: A Double-Blind, Placebo-Controlled Study to Compare the Efficacy of 100 mg and 200 mg Cimetidine Swallow Caplets and Antacid Swallow Caplets in Relieving Episodic Heartburn/Acid Indigestion. A Phase IV study supported by a grant from SmithKline and Laboratories, Philadelphia, PA 19101.

1987    Principal Investigator: Safety and Efficacy of Captopril in Age-Associated Memory Impairment. A study sponsored by a research grant from Wyeth-Ayerst Laboratories, 685 Third Ave., New York, NY 10017.

1987    Principal Investigator: The Multicenter, Doxepin-Controlled, Double-Blind Study of Paroxetine in Geriatric Outpatients with Major Depressive Disorder.  A Phase III study sponsored by a research grant from Beecham Laboratories, 501 Fifth Street, Bristol, TN 37620.

1987    Principal Investigator: Bopindolol Vs. Atenolol Safety and Efficacy Trail. A Phase II-III study sponsored by a research grant from A.H. Robins, 1211 Serwood Ave., Richmond, VA 23261.

January 28, 2002                                                                    0

CONFIDENTIAL
AZSER12778333

James T. Hartford, M.D.
Curriculum Vitae
Page 13 of 40

**Research Activities & Grants**:   (Cont'd.)

1988    Principal Investigator: A Multicenter, Long-Term, Open-Label Safety
        Study of ORG 3770 (Mepirzepine) in Outpatients with Major Depressive
        Disorder. A Phase III study sponsored by a research grant from Organon,
        Inc., 375 Mt. Pleasant Ave., West Orange, NJ 07052.

1988    Principal Investigator: A Double-Blind, Placebo-Controlled Study to
        Compare the Efficacy of 100 mg, 200 mg, and 300 mg Cimetidine
        Swallow Caplets in Releiving Episodic Heartburn/Acid Indigestion. A
        Phase IV study sponsored by a research grant from SmithKline and French
        Laboratories, Philadelphia, PA 19101.

1988    Principal Investigator: An Open-Label, Multicenter Trail to Evaluate
        the Safety and Tolerability of Dothiepin BPI 1003 (Prothiaden) in Dose
        of 200-300 mg/day for Patients with Depression. A study sponsored by a
        research grant from Boots Pharmaceuticals, La Mesa, CA 92041.

1988    Principal Investigator: An Open-Label, Long-Term Extension Study of
        Dothiepin BPI 1004 in Patients who have Previously Received Dothiepin
        for Depression in Study BPI 1003. A study sponsored by a research grant
        from Boots Pharmaceuticals, La Mesa, CA 92041.

1988    Principal Investigator: A Multicenter, Double-Blind Trail of Gepirone,
        Diazepam and Placebo in the Treatment of Anxious Outpatients. A study
        sponsored by a research grant from Bristol-Meyers Company,
        Wallingford, CT 06492.

1989    Principal Investigator: A Double-Blind, Parallel-Group Comparison of
        Three Doses of SM-3997 and Placebo in Outpatients with Generalized
        Anxiety Disorder. A study sponsored by a research grant from Pfizer
        Pharmaceuticals, New York, NY 10017.

1989    Principal Investigator: A 28-Day, Phase II, Double-Blind, Parallel-Group,
        Multicenter Study to Compare the Safety and Efficacy of Two Dose
        Levels of Orally Administered Pinaverium Bromide (Dicetel) to that of
        Placebo in Patients with Established Irritable Bowel Syndrome. A study
        sponsored by a research grant from G.H. Bessalaar Associates, Inc.,
        Princeton, NJ 08543.

1989    Principal Investigator: Milacemide in the Treatment of Alzheimer's
        Disease. A study sponsored by a research grant from G.D. Searle
        Pharmaceuticals, Skokie, IL 60077.

January 28, 2002                                                  0

CONFIDENTIAL
AZSER12778334

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 14 of 40

## Research Activities & Grants:  (Cont'd.)

1989    Principal Investigator: Etoperidone Efficacy and Safety in Outpatients with Major Depressive Disorder. A study sponsored by a research grant from McNeil Pharmaceuticals, Spring House, PA 18477.

1989    Principal Investigator: An Open-Label Extension. A Study of Milacemide in the Treatment of Cognitive Disorders, Memory Impairment of Dementia. A study sponsored by a research grant from G.D. Searle Pharmaceuticals, Skokie, IL 60077.

1989    Principal Investigator: A Double-Blind, Efficacy, Safety, and Tolerability Comparison Levoprotiline Hydrochloride, Amitriptyline Hydrochloride and Placebo in Patients with Moderate to Severe Depression. A study sponsored by a research grant from Ciba-Geigy Pharmaceuticals, Summit, NJ 07901.

1989    Principal Investigator: A Double-Blind, Parallel-Group Comparison of Sertraline, Imipramine, and Placebo in Inpatients with Major Depressive Disorder or Bipolar Disorder, Depressed. A study sponsored by a research grant from Pfizer Pharmaceuticals, New York, NY 10017.

1989    Principal Investigator: A Double-Blind, Parallel-Group, Multicenter Study to Evaluate Antidepressant Efficacy, Safety and Tolerability of Dothiepin, Doxepin, and Placebo in Outpatients with Major Depressive Disorder. A study sponsored by a research grant from Boots Company, USA, Shreveport, LA 71106.

1989    Principal Investigator: A Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study of the Efficacy and Safety of Ipsapirone HCL (Bay Q 7821) Vs. Buspirone HCL in Outpatients with Generalized Anxiety Disorder. A study sponsored by a research grant from Miles, Inc., Pharmaceuticals Division, West Haven, CT 06516.

1990    Principal Investigator: Evaluation of Sabeluzole in the Treatment of Patients with Dementia of the Alzheimer's Type (DAT). A study sponsored by Janssen Research Foundation, Piscataway, NJ 08855.

1990    Principal Investigator: A Phase III Study of the Efficacy and Safety of Nimodipine in Patients with Primary Degenerative Dementia (PDD). A study sponsored by a research grant from Miles Inc., Pharmaceuticals Division, West Haven, CT 06516.

January 28, 2002                                                    0

CONFIDENTIAL
AZSER12778335

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 15 of 40

## Research Activities & Grants:  (Cont'd.)

1990 Principal Investigator: Fluoxetine Vs. Placebo Trail in Geriatric Patients with Major Depressive Disorder. A study sponsored by a research grant from Eli Lilly and Company, Indianapolis, IN 46285.

1990 Principal Investigator: An Open-Label, Multicenter Trail of Nefazodone in the Treatment of Patients with Mood Disorders. A study sponsored by a research grant from Bristol-Myers, Wallingford, CT 06492.

1990 Principal Investigator: An Open-Label, Multicenter Trail of Gepirone in the Treatment of Patients with Mood Disorders. A study sponsored by a research grant from Bristol-Myers, Wallingford, CT 06492.

1991 Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled, Multicenter, Parallel-Groups Comparison of the Efficacy and Safety of Abecarnil Low Dose (3.0-9.0 mg), High Dose (7.5-22.5 mg) and Buspirone (15-45 mg) in Outpatients with Generalized Anxiety Disorder. A study sponsored by a research grant from Sandoz Pharmaceuticals Corporation, East Hanover, NJ 07936.

1991 Principal Investigator: A Multicenter, Double-Blind, Evaluation of the Efficacy and Safety of Orally Administered Fluparoxan (GR50360A) in the Treatment of Patients with Major Depressive Disorder. A study sponsored by a research grant from Glaxo, Inc., Research Triangle Park, NC 27709.

1991 Principal Investigator:  A Multicenter, Placebo-Controlled Comparison of Nefazodone and Fluoxetine in the Treatment of Elderly Patients With Major Depressive Illness. A study sponsored by a research grant from Bristol-Myers Squibb, Wallingford, CT 06492.

1991 Principal Investigator:  Compassionate Use Protocol:  A Phase III Study of the Efficacy and Safety of Nimodipine in Patients with Primary Degenerative Dementia (PDD). A study sponsored by a research grant from Miles Inc. Pharmaceuticals Division, West Haven, CT 06516.

1991 Principal Investigator: A Double-Blind, Placebo-Controlled, Dose-Ranging Evaluation of Ondansetron (GR38032F) Vs. Diazepam in the Treatment of Generalized Anxiety Disorder. A study sponsored by a research grant from Glaxo Wellcome, Inc., Research Triangle Park, NC 27709.

January 28, 2002               0

CONFIDENTIAL
AZSER12778336

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 16 of 40

### Research Activities & Grants: (Cont'd.)

1991    Principal Investigator:  A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Comparison of Paroxetine and Fluoxetine in the Treatment of Major Depressive Disorder. A study sponsored by a research grant from SmithKline Beecham Pharmaceuticals, Philadelphia, PA 19101.

1991    Principal Investigator:  The Efficacy of Controlled-Release Oral Physostigmine in Alzheimer's Disease and Senile Dementia of the Alzheimer's Type. A study sponsored by a research grant from Forest Laboratories, Inc., New York, NY 10155.

1991    Principal Investigator: Placebo-Controlled Efficacy and Safety Study of SC-48274 0.25 mg and 5 mg Twice Daily in the Treatment of Patients with Generalized Anxiety Disorder. A study sponsored by a research grant from G.D. Searle and Company, Skokie, IL 60077.

1991    Principal Investigator: A Double-Blind Comparison of Three Fixed Doses of Tandospirone Administered BID in Outpatients with Major Depressive Disorder. A study sponsored by a research grant Pfizer, Inc., New York, NY 10017.

1991    Principal Investigator: Double-Blind, Placebo-Controlled, TID Dose Determination Study of WY-47, 846 Hydrochloride Tablets in Outpatients with Major Depression (Zalospirone). A study sponsored by a research grant from Wyeth-Ayerst, Philadelphia, PA.

1992    Principal Investigator: A Prospective, Randomized, Double-Blind, Multi center, Parallel-Groups Comparison of the Efficacy and Safety of Abecarnil (7.5-15.5 MG) and Placebo in Outpatients with Generalized Anxiety Disorder. A study sponsored by a research grant from Sandoz Pharmaceuticals Corporation, East Hanover, NJ 07936.

1992    Principal Investigator: A Prospective, Randomized, Double-Blind, Placebo-Controlled, Multicenter, Parallel-Group Comparison of the Safety of Abecarnil (3.0-9.0 MG) and Lorazepam (1.5-4.5 MG) in Elderly Patients with Anxiety Symptoms. A study sponsored by a research grant from Sandoz Pharmaceuticals Corporation, East Hanover, NJ 07936.

1992    Principal Investigator: A Two-Year, Multicenter, Randomized, Double-Blind, Controlled, Parallel-Group Study of Cycloserine in the Treatment of Alzheimer's Disease with Six Months Placebo Control. A study sponsored by a research grant from G.D. Searle and Company, Skokie, IL 60077.

January 28, 2002                                                           0

CONFIDENTIAL
AZSER12778337

BEST COPY AVAILABLE

### Research Activities & Grants: (Cont'd.)

| | |
|---|---|
| 1992 | Principal Investigator: A Preliminary, Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of E2020 in Patients with Alzheimer's Disease. A study sponsored by a research grant from Eisai America; International Clinical Research Corporation, San Diego, CA 92121. |
| 1992 | Principal Investigator: LY237733-Phase Ib-LY237733 in Patients with Generalized Anxiety Disorder. A study sponsored by a research grant from Eli Lilly and Company, Indianapolis, IN 46285. |
| 1992 | Principal Investigator: A Multicenter, Placebo-Controlled Comparison of Nefazodone and Fluoxetine in the Treatment of Elderly Patients with Major Depressive Disorder. A study sponsored by a research grant from Bristol-Myers Squibb, Wallingford, CT. |
| 1992 | Principal Investigator: Double-Blind, Parallel-Group Comparison of Sertraline and Fluoxetine in Depressed Geriatric Outpatients. A study sponsored by a research grant from Pfizer, Inc. New York, NY 10017. |
| 1992 | Principal Investigator: Double-Blind, Flexible-Dose, Multicenter Study Comparing A-77000 (2-16 Mg/Day) with Placebo in Generalized Anxiety Disorder. A study sponsored by a research grant from TAP Pharmaceuticals Inc., International Clinical Research Corporation, San Diego, CA 92121. |
| 1993 | Principal Investigator: A Flexible-Dose, Placebo-Controlled Study of Deracyn SR Tablets and Xanax Tablets in the Treatment of Generalized Anxiety Disorder. Protocol: M/2300/0096. A study sponsored by a research grant from UpJohn Pharmaceuticals; Pharmaco Dynamics Research, Inc., Austin, TX 78704. |
| 1993 | Principal Investigator: Fluvoxamine Vs. Placebo in the Treatment of Panic Disorder: A Fixed-Dose, Double-Blind, Dose-Response Study Comparing Efficacy and Safety. A study sponsored by a research grant from UpJohn Pharmaceuticals; Institute for Biology Research and Development, Irvine, CA 92715. |
| 1993 | Principal Investigator: Fluvoxamine Vs. Placebo in the Treatment of Panic Disorder: A Flexible-Dose, Double-Blind, Dose-Response Study Comparing Efficacy and Safety. A study sponsored by a research grant from UpJohn Pharmaceuticals; Pharmaco Dynamics Research, Inc., Austin, TX 78704. |

January 28, 2002                                                                                      0

CONFIDENTIAL
AZSER12778338

BEST COPY AVAILABLE

**Research Activities & Grants:** (Cont'd.)

1993   Principal Investigator: Double-Blind, Parallel-Group Comparison of Librax and It's Components in Patients with Irritable Bowel Syndrome. A study sponsored by a research grant from Hoffmann-LaRoche; Besselaar Associates, Roche Biomedical Laboratories, Raritan, NJ.

1993   Principal Investigator: The Safety and Efficacy of Nefazodone in Preventing Relapse of Patients with Major Depressive Disorder. A study sponsored by a research grant Bristol-Myers Squibb, Wallingford, CT.

1993   Principal Investigator: A Double-Blind Trail Comparing Nefazodone to Fluoxetine in Patients with Activation Side Effects Previously Demonstrated During Treatment with Fluoxetine for Major Depressive Disorder. A study sponsored by a research grant from Bristol-Myers Squibb, Wallingford, CT 06492 and Kendle Research Associates, Cincinnati, OH 45202.

1993   Principal Investigator: A Multicenter, Double-Blind, Randomized Trail Comparing the Effects of Nefazodone to Sertraline on Sexual Function in Patients with Previously Demonstrated Sexual Dysfunction with Sertraline During Treatment for Major Depressive Disorder. A study sponsored by a research grant from Bristol-Myers Squibb, Wallingford, CT 06492 and Kendle Research Associates, Cincinnati, OH 45202.

1993   Principal Investigator:  A Placebo-Controlled, Randomized, Double-Blind, Multicenter Study of the Efficacy and Safety of Nimodipine in Patients with Probable Alzheimer's Disease of Moderate Severity. A study sponsored by a research grant from Miles, Inc., West Haven, CT 06516.

1993   Principal Investigator: A Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of Healing and Relapse Rates Following Oral GR122311X Compared with GR88502X, Ranitidine and Placebo in Patients with Duodenal Ulcer. A study sponsored by a research grant from Glaxo Wellcome, Inc. Research Institute; Pharmaco LSR, Baltimore, MD 21202.

1993   Principal Investigator: The Efficacy of Extended-Release Oral Physostigmine in Alzheimer's Disease and Senile Dementia of the Alzheimer's Type. A study sponsored by a research grant from Forest Laboratories, New York, NY 10155.

January 28, 2002                                                    0

CONFIDENTIAL
AZSER12778339

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 19 of 40

### Research Activities & Grants: (Cont'd.)

| | |
|---|---|
| 1993 | Principal Investigator: Olanzapine Vs. Haloperidol in the Treatment of Schizophrenia and Other Psychotic Disorders. A study sponsored by a research grant from Eli Lilly and Company; Pharmaco LSR, Austin, TX 78704. |
| 1993 | Principal Investigator: Multicenter, 36-Week, Double-Blind, Parallel-Group Safety, Tolerance, and Efficacy Comparison of Placebo and Mentane (225 MG/D, 300 MG/D, and 375 MG/D) in Outpatients with Alzheimer's Disease (NINCDS/ADRDA Criteria). A study sponsored by a research grant from Hoechst-Roussel Pharmaceuticals; Kendle Research, Cincinnati, OH. |
| 1993 | Principal Investigator: An Open-Label, Uncontrolled, Multicenter (110 sites) Evaluation of Wellbutrin Sustained Release (SR) in 3000 Depressed Patients. A study sponsored by a research grant from Burroughs Wellcome; International Clinical Research Corporation, San Diego, CA. |
| 1993 | Principal Investigator: Safety and Efficacy of Three Fixed Doses of Abbott-75200 for the Treatment of Major Depressive Disorder: A Double-Blind, Placebo-Controlled Outpatient Study. A study sponsored by a research grant from Abbott Laboratories, Abbott Park, Il. |
| 1993 | Principal Investigator: A Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study of the Safety, Tolerability and Efficacy of Three Fixed Doses of Ipsapirone CR (BAY q 7821) Vs. Placebo in Outpatients with Major Depressive Disorder (MDD). A study sponsored by a research grant from Miles Pharmaceuticals, West Haven, CT. |
| 1993 | Principal Investigator: An Open-Label Evaluation of the Tolerability and Safety of BMS-181101 in Patients with Major Depressive Disorder (MDD). A study sponsored by a research grant from Bristol-Myers Squibb, Wallingford, CT. |
| 1993 | Principal Investigator: A Phase II, Six-Week, Double-Blind, Placebo-Controlled, Multicenter Study to Evaluate the Efficacy and Safety of Three Fixed Doses of Oral CP-93,393-1 in Outpatients with Generalized Anxiety Disorder. A study sponsored by a research grant from Pfizer, Inc., Groton, CT. |

January 28, 2002

0

CONFIDENTIAL
AZSER12778340

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 20 of 40

**Research Activities & Grants:** (Cont'd.)

1994        Principal Investigator: A Multicenter, Open-Label Study of the Safety
            Tolerability of Ipsapirone CR (BAY q 7821) in Outpatients with
            Moderate to Severe Depressive Disorder (MDD). Extension of Protocol
            D92-047. A study sponsored by a research grant from Bristol-Myers
            Squibb.

1994        Principal Investigator: A Double-Blind Trail Comparing Nefazodone to
            Sertraline in Patients with Previously Demonstrated Sexual Dysfunction
            During Treatment with Sertraline for Major Depressive Disorder. A study
            sponsored by research grant from Bristol-Myers Squibb.

1994        Principal Investigator: A Double-Blind, Placebo-Controlled, Dose
            Escalation Study of the Safety and Efficacy of Oral Ondansetron in the
            Treatment of Patients with Panic Disorder. A study sponsored by a
            research grant from Glaxo Wellcome.

1994        Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled
            Study of the Safety and Efficacy of Two Doses of Ondansetron Vs.
            Placebo in the Treatment of Social Phobia. A study sponsored by a
            research grant from Glaxo Wellcome.

1994        Principal Investigator: An Open-Label Assessment of the Long-Term
            Safety of Sertindole in the Treatment of Patients with Schizophrenia and
            Other Psychotic Disorders. A study sponsored by a research grant from
            Abbott Laboratories and Health and Sciences Research Inc.

1994        Principal Investigator: Safety Surveillance Study for Wellbutrin Sustained
            Release. A study sponsored by a research grant from Burroughs
            Wellcome.

1994        Principal Investigator:  A Double-Blind, Placebo-Controlled, Dose-
            Finding Study to Evaluate the Safety and Efficacy of Three Different
            Doses of Metrifonate (BAY A 9826) in Patients with Probable
            Alzheimer's Disease. A study sponsored by a research grant from Miles,
            Inc.

1994        Principal Investigator:  A Clinical Evaluation of Risperdal in the
            Treatment of Schizophrenia. Protocol RIS-USA-54. A study sponsored
            by a research grant from Janssen Research Foundation.

January 28, 2002                                                0

CONFIDENTIAL
AZSER12778341

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 21 of 40

**Research Activities & Grants:** (Cont'd.)

1994    Principal Investigator: A Double-Blind, Placebo-Controlled, Parallel-
Group, B.I.D. Dose-Finding Study of Adatanserin Hydrochloride Capsules
in Outpatients with Generalized Anxiety Disorder. A study sponsored by a
research grant Wyeth-Ayerst Research.

1994    Principal Investigator: Flesinoxan in the Treatment of Generalized
Anxiety Disorder: A Multicenter, Double-Blind, Parallel-Group, Placebo-
Controlled Comparison with Diazepam in Outpatients. A study sponsored
by a research grant from Solvay Pharmaceuticals.

1994    Principal Investigator: X93-029-22: A Multicenter, Open-Label Study of
the Efficacy and Tolerability of Metrifonate (Bay A 9826) in Patients with
Probable Alzheimer's Disease. A study sponsored by a research grant
from Miles, Inc.

1994    Principal Investigator:  Establishment of the Oral Flesinoxan Dose Effect
Relationships for Efficacy and Safety:  A Randomized, Double-Blind,
Parallel-Group, Placebo-Controlled, Multicenter Study in Outpatients
with Major Depressive Disorder. A study sponsored by a research grant
from Solvay Pharmaceuticals.

1994    Principal Investigator: A Double-Blind, Placebo-Controlled Dose
Escalation Study of the Safety and Efficacy of Oral Ondansetron in the
Treatment of Patients with Panic Disorder. Protocol S3A-323. A study
sponsored by a research grant from Glaxo Wellcome.

1994    Principal Investigator:  Sertindole (Abbott-81968) Protocol M94-222. An
Open-Label Assessment of the Long-Term Safety of Sertindole. A study
sponsored by a research grant from Abbott Laboratories.

1994    Principal Investigator: A Double-Blind, Placebo-Controlled, Dose-
Response Comparison of the Safety and Efficacy of Three Doses of
Sertindole and Three Doses of Haldol in Schizophrenic Patients. Protocol
M93-113. A study sponsored by a research grant from Abbott
Laboratories.

1994    Principal Investigator:  Second U.S. Maximum Tolerated Dose Study; A
Prospective, Randomized, Multicenter, Double-Blind, Unbalanced,
Parallel-Group, Holoperidol- (5-20 MG) and Placebo-Controlled Study to
Determine the Maximum Tolerated Dose of SDZ MAR 327 in
Institutionalized Patients With Schizophrenia or Schizoaffective Disorder.
A study sponsored by a research grant from Sandoz Research.

January 28, 2002                                    0

CONFIDENTIAL
AZSER12778342

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 22 of 40

### Research Activities & Grants:  (Cont'd.)

1995          Principal Investigator: A Multicenter, Single-Blind, Multiple-Dose Study
              of the Effects of Sibutramine on Cardiovascular Parameters in Obese
              Patients when Administered in Titrating Doses From 5 mg to 30 mg. A
              study sponsored by a research grant from Boots Pharmaceuticals.

1995          Principal Investigator:  A Phase II, Eight-Week, Double-Blind, Placebo-
              Controlled, Multicenter Study to Evaluate the Efficacy and Safety of
              Three Fixed Doses of Oral CP-93-393-1 in Outpatients with Major
              Depressive Disorder. A study sponsored by a research grant from Pfizer,
              Inc.

1995          Principal Investigator: A Phase III, 14-Day, Multicenter, Randomized,
              Double-Blind, Placebo-Controlled, Parallel-Group, Safety, Tolerance, and
              Efficacy Study of 5 and 10 mg Zaleplon (CL284,846), and 5 mg of
              Zolpidem (CL284,846), and 5 mg of Zolpidem (Ambien) in Elderly
              Outpatients with Insomnia, with a 12-Month, Open-Label Extension
              Phase. Protocol 897A1-306-US. A study sponsored by a research grant
              from Wyeth-Ayerst Research.

1995          Principal Investigator: An Eight-Week, Multicenter, Active- and Placebo-
              Controlled, Fixed-Dose, Efficacy and Safety Study of Organon 4428 in
              Outpatients with Major Depressive Disorder. Protocol 057-004. A study
              sponsored by a research grant from Organon, Inc.

1995          Principal Investigator:  A Long-Term, Multicenter, Active- and Placebo-
              Controlled Safety and Efficacy Study of ORG 4428 in Outpatients with
              Major Depressive Disorder. Protocol 057-011/A. A study sponsored by a
              research grant from Organon, Inc.

1995          Principal Investigator: Double-Blind, Placebo-Controlled, Parallel-Group,
              Dose-Finding Study of Venlafaxine-Extended Release Capsules in
              Outpatients with Generalized Anxiety Disorder. Protocol 600-B-210-US.
              A study sponsored by a research grant from Wyeth-Ayerst Research.

1995          Principal Investigator:  Double-Blind, Placebo-Controlled Study of
              Venlafaxine-ER and Fluoxetine in Outpatients with Major Depressive
              Disorder. Protocol 600-B-211-US. A study sponsored by a research grant
              from Wyeth-Ayerst Research.

January 28, 2002                                                    0

CONFIDENTIAL
AZSER12778343

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 23 of 40

**Research Activities & Grants**:   (Cont'd.)

1995      Principal Investigator: A Phase III, Multicenter, Long-Term, Open-Label,
          Safety and Tolerance Study of 10 and 20 mg of Zaleplon Administered
          Once Daily for a Maximum of 360 Days in Adult Outpatients with
          Insomnia. Protocol 0897A-312-US. A study sponsored by a research grant
          from Wyeth-Ayerst Research.

1995      Principal Investigator: A 52-Week, Open-Label, Randomized Study
          Evaluating the Safety and Efficacy of Oral Ziprasidone (CO-88,059-1)
          (40-80 mg  BID) and Risperidone (3-5 mg BID) in the Maintenance
          Treatment of Outpatients with Schizophrenia or Schizoaffective Disorder.
          Protocol 128-117-705. A study sponsored by a research grant from Pfizer,
          Inc.

1995      Principal Investigator:  Safety and Efficacy of Risperidone 8 mg QD and
          4 mg QD Compared to Placebo in the Treatment of Schizophrenia.
          Protocol RIS-USA-72. A study sponsored by a research grant from
          Janssen Pharmaceuticals.

1995      Principal Investigator:  Lubeluzole:  Effects of Intravenous Therapy in
          Subjects with Acute Ischemic Stroke. A Placebo-Controlled, Double-
          Blind, Randomized, Multicenter Trail. Protocol LUB-INT-9. A study
          sponsored by a research grant from Janssen Pharmaceuticals.

1995      Principal Investigator: Y93-029: A Multicenter, Open-Label Study of the
          Safety and Tolerability of Metrifonate (Bay A 9826) in Patients with
          Probable Alzheimer's Disease. The Extension to Protocol X93-029. A
          study sponsored by a research grant from Bayer Corporation.

1995      Principal Investigator: A Phase III, Multicenter, Randomized, Double-
          Blind, Placebo-Controlled, Parallel-Group, Safety, Tolerance, and
          Efficacy Study of 10 and 20 mg of Zaleplon in Adult Outpatients with
          Insomnia. Protocol #0897A1-307-US. A study sponsored by a research
          grant from Wyeth-Ayerst Research.

1996      Principal Investigator:  A Multicenter, Double-Blind, Placebo-Controlled,
          Parallel-Group Study of the Safety, Tolerability and Efficacy of Three
          Fixed Doses of Ipsapirone (Bay Q 7821) and Fluoxetine in Outpatients
          with Moderate to Severe Major Depressive Disorder (MDD). Protocol
          D95-007. A study sponsored by a research grant from Bayer Corporation.

January 28, 2002                                               0

CONFIDENTIAL
AZSER12778344

James T. Hartford, M.D.
Curriculum Vitae
Page 24 of 40

**Research Activities & Grants:**  (Cont'd.)

| | |
|---|---|
| 1996 | Principal Investigator: A 24-Week, Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Effects of Sibutramine Hydrochloride 20 mg Vs. Placebo on Weight Loss and Serum Lipid Concentrations in Obese Dyslipidemic Patients. Protocol BPI-854. A study sponsored by a research grant from Knoll Pharmaceuticals. |
| 1996 | Principal Investigator: A Six-Month, Double-Blind, Placebo-Controlled, Parallel-Group Comparison of Venlafaxine Extended Release Capsules and Placebo in Outpatients with Generalized Anxiety Disorder. Protocol 0600B2-218-US. A study sponsored by a research grant from Wyeth-Ayerst Research. |
| 1996 | Principal Investigator: A Dose-Response Study of Pramipexole in Combination with Maintenance Haloperidol for the Treatment of the Negative Symptoms of Schizophrenia. Protocol M/2730/046. A study sponsored by a research grant from UpJohn and Pharmaco. |
| 1996 | Principal Investigator: Double-Blind, Placebo-Controlled Study of Venlafaxine-ER and Venlafaxine-OROS in Outpatients with Major Depressive Disorder. Protocol 0600C1-217-US. A study sponsored by a research grant Wyeth-Ayerst Research. |
| 1996 | Principal Investigator:  Fluoxetine Plus Pindolol Vs. Fluoxetine Plus Placebo in the Treatment of Major Depressive Disorder. Protocol B1Y-MC-HZAA-010. A study sponsored by a research grant from Eli Lilly and Company. |
| 1996 | Principal Investigator: A Double-Blind, Fixed and Flexible-Dose, Multicenter Study of Citalopram Vs. Sertraline Vs. Placebo in Outpatients with Major Depressive Disorder. Protocol CIT-MD-01-000. A study sponsored by a research grant from Forest Laboratories. |
| 1996 | Principal Investigator: Establishment of the Oral Fluvoxamine Dose Effect Relationship for Efficacy and Safety in Outpatients with Major Depressive Disorder: A Randomized, Double-Blind, Placebo- and Sertraline-Controlled, Parallel-Group Multicenter Study. Protocol S1143101. A study sponsored by a research grant from Solvay Pharmaceuticals. |

January 28, 2002                                                                    0

CONFIDENTIAL
AZSER12778345

James T. Hartford, M.D.
Curriculum Vitae
Page 25 of 40

**Research Activities & Grants:** (Cont'd.)

1996    Principal Investigator: A Phase III, Multicenter, Open-Label Study
Evaluating the Toleration and Safety of Three Days of Treatment with
Intramuscular Ziprasidone (CP-88,059-27) (20 to 80 mg Daily) or
Haloperidon (up to 40 mg Daily) Followed by Four Days of Treatment
with Oral Ziprasidone (CP-88,059-1) (40 to 200 mg Daily) or Haloperidol
in Subjects with a Diagnosis of Psychotic Disorder. Protocol #128-121. A
study sponsored by a research grant from Pfizer, Inc.

1996    Principal Investigator: A Multicenter, Open-Label, Randomized
Comparison of ICI 204,636 (Seroquel) and Usual Care on Health
Outcomes in Subjects with Schizophrenia and Schizoaffective Disorder. A
study sponsored by a research grant from Zeneca Pharmaceuticals.

1996    Principal Investigator: A Clinical Study to Evaluate the Bioequivalence of
Two Formulations of Ketoconazole 2% Cream in the Treatment of Tinea
Pedis (Athletes Foot). A study sponsored by a research grant from Atlanta,
Inc.

1997    Principal Investigator: A Double-Blind, Placebo-Controlled, Flexible-
Dose Trail to Evaluate the Efficacy of Modified Release Paroxetine in
the Treatment of Panic Disorder. Protocol 29060/495. A study sponsored
by a research grant from SmithKline Beecham.

1997    Principal Investigator: An Active, Comparator-Controlled, Parallel-
Group, 1-Year, Double-Blind Study Conducted Under In-House Blinding
Conditions, to Assess the Safety and Efficacy of MK-0966 Vs. Diclofenac
Sodium in Patients with Osteoarthritis of the Knee or Hip. A
study sponsored by a research grant from Merck and Company.

1997    Principal Investigator: A Double-Blind, Placebo-Controlled, Flexible-
Dose Trail to Evaluate the Efficacy of Modified Release Paroxetine in the
Treatment of Panic Disorder. Protocol 29060/494. A study sponsored by a
research grant from SmithKline Beecham.

1997    Principal Investigator: A Long-Term Treatment with Metrifonate (Bay A
9826) for Patients with Probable Alzheimer's Disease. Protocol
U96001. A study sponsored by a research grant from Bayer Corporation.

1997    Principal Investigator: The Efficacy, Safety, and Tolerability of
Lazabemide (Ro 19-6327) Vs. Placebo, Administered for One Year in
Patients with Probable Alzheimer's Disease (NINCDS/ADRDA Criteria).
Protocol PDL 1000P. A study sponsored by a research grant from
Protodigm, Ltd.

January 28, 2002                                                    0

CONFIDENTIAL
AZSER12778346

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 26 of 40

### Research Activities & Grants: (Cont'd.)

1997      Principal Investigator: A Double-Blind, Placebo-Controlled Study of Efficacy and Safety of Sustained Release Dexfenfluramine in Obese Outpatients. Protocol 0927B1-300-US. A study sponsored by a research grant from Wyeth-Ayerst Research.

1997      Principal Investigator: A Phase III, Randomized Study Comparing Two Doses of Intramuscular Ziprasidone (2 mg and 10 mg) in Subjects with Psychosis and Acute Agitation. Protocol 128-125. A study sponsored by a research grant from Pfizer, Inc.

1997      Principal Investigator: An Open-Label Extension Study Evaluating the Safety and Outcome of 40-200 mg Daily of Oral Ziprasidone in the Treatment of Subjects who have Participated in Previous Ziprasidone Clinical Trails. Protocol 128-127E. A study sponsored by a research grant from Pfizer, Inc.

1997      Principal Investigator: An Eight-Week, Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose, Response Study to Define the Antidepressant Effectiveness and Sedative Properties of Remeron, ORG 3770, in Outpatients with Major Depressive Disorder. Protocol 003-042. A study sponsored by a research grant from Organon, Inc.

1997      Principal Investigator:  Double-Blind, Placebo-Controlled Study of Venlafaxine and Fluoxetine in Inpatients with Major Depressive Disorder and Melancholia. Protocol  95-016-MA. A study sponsored by a research grant from Wyeth-Ayerst Pharmaceuticals.

1997      Principal Investigator: An Eight-Week, Double-Blind, Placebo-Controlled Study of Sertraline in Elderly Outpatients with DSM-IV Major Depressive Disorder.  Protocol R-552. A study sponsored by a research grant from Pfizer, Inc.

1997      Principal Investigator: An Eight-Week, Double-Blind, Placebo-Controlled Study of 2, 20, 50 and 10 mg Flibanserin B.I.D. and Paroxetine q.d. in Patients with Major Depressive Disorder. Protocol 511.11. A study sponsored by a research grant from Boehringer Ingelheim.

1997      Principal Investigator: A Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study of the Safety, Tolerability, and Efficacy of Three Fixed Doses of Fluvoxamine Vs. Placebo in Outpatients with Major Depressive Disorder. Protocol S1143102. A study sponsored by a research grant from Solvay Pharmaceuticals.

January 28, 2002                      0

CONFIDENTIAL
AZSER12778347

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 27 of 40

**Research Activities & Grants**:  (Cont'd.)

1997    Principal Investigator: A Double-Blind, Placebo-Controlled, Multicenter Study Evaluating the Efficacy and Safety of SR 46349B in Outpatients with Major Depressive Disorder. Protocol DRI 2623. A study sponsored by a research grant from Sanofi Pharmaceuticals.

1997    Principal Investigator:  A Multicenter, Double-Blind, Randomized, Fixed-Dose, Evaluation of the Efficacy and Safety of Lamotrigine, Desipramine, and Placebo in Outpatients with Unipolar Depression and Protocol Amendment 1;  Incorporating Participation in Genotype Research (Optional for Both Study Centers and Patients). Protocol SCAA2011 (105-613). A study sponsored by a research grant from Glaxo Wellcome.

1997    Principal Investigator: A Phase III, Double-Blind, Placebo-Controlled Study of Aripiprazole in the Treatment of Psychosis. Protocol 31-97-201. A study sponsored by a research grant from Otsuka America Pharmaceuticals, Inc.

1997    Principal Investigator: An Open-Label, Follow-on Study of the Long-Term Safety of Aripiprazole in Patients with Psychosis. Protocol 31-97-203. A study sponsored by a research grant from Otsuka America Pharmaceutical, Inc.

1997    Principal Investigator: Clinical Protocol to Evaluate the Long-Term Safety of SC-58635 in Treating the Signs and Symptoms of Osteoarthritis and Rhematoid Arthritis, IND #48,395. Protocol N49-96-02-024. A study sponsored by research grant from G.D. Searle and Company.

1998    Principal Investigator: Weekly, Enteric-Coated Fluoxetine Hydrochloride Vs. Daily Fluoxetine or Placebo in the Continuation Treatment of Major Depressive Disorder. Protocol B1Y-MC-HCIZ-022. A study sponsored by a research grant from Eli Lilly and Company.

1998    Principal Investigator: A Multicenter, Randomized, Double-Blind, Fixed-Dose, Placebo Lead-in, Parallel-Group, Placebo-Controlled Study of YM992, 25 mg BID in Adult Outpatients with Major Depressive Disorder. Protocol 992-CL-004. A study sponsored by a research grant from Yamanouchi USA, Inc.

1998    Co-Investigator:  Long-Term, Efficacy, Safety, and Health Care Outcomes in Patients Receiving Open-Label Lazabemide Therapy. Protocol PDL 1015P. A study sponsored by a research grant from Protodigm, Ltd.

January 28, 2002                                                        0

CONFIDENTIAL
AZSER12778348

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 28 of 40

**Research Activities & Grants:**  (Cont'd.)

1998      Principal Investigator: Fluoxetine Vs. Placebo in Panic Disorder. Protocol B1Y-MC-HCJB. A study sponsored by a research grant from Eli Lilly and Company.

1998      Principal Investigator:  A Randomized, Double-Blind, Multicenter, Comparative, Phase III Study of Gatifloxacin Vs. Ceftriaxone in the Treatment of Community-Acquired Pneumonia Requiring Hospitalization. Protocol A1420-037. A study sponsored by a research grant from Bristol-Myers Squibb.

1998      Co-Investigator: A Randomized, Double-Blind, Placebo-Controlled, Multicenter Study to Assess the Efficacy and Cardiovascular Safety of VML 251 in Patients with Known and at a High Risk of Coronary Artery Disease Treating an Acute Attack of Migraine. Protocol VML 251/97/03. A study sponsored by a research grant from TAP Holding, Inc.

1998      Co-Investigator: Comparative Safety and Efficacy of Cefditoren Pivoxil and Augmentin (Amoxicillin/Clavulanate Potassium) in the Treatment of Patients with Acute Maxillary Sinusitis. Protocol CEF-97-004. A study sponsored by a research grant from TAP Holdings, Inc.

1998      Principal Investigator: A Multicenter, Double-Blind, Randomized, Parallel-Group Study of the Efficacy, Safety, and Tolerability of a Flexible Dose Regimen of Flesinoxan Vs. Placebo in Outpatients with Major Depressive Disorder with Fluoxetine as an Active Control. Protocol S1283101. A study sponsored by a research grant from Solvay Pharmaceuticals.

1998      Principal Investigator: The First, Double-Blind, Active, Comparator-Controlled Extension of an Active Comparator-Controlled, 1-Year Study to Assess the Safety and Efficacy of MK-0966 Vs. Diclofenac Sodium in Patients with Osteoarthritis of the Knee of Hip. Protocol 035-10. A study sponsored by a research grant from Merck and Company.

1998      Principal Investigator: Open-Label Trail for Quetiapine (Seroquel). Protocol 5077IL/0057:0075.  A study sponsored by a research grant from Zeneca Pharmaceuticals.

1998      Principal Investigator:  An Echocardiographic Follow-up Study of Subjects who Participated in the Wyeth-Ayerst Research Protocol 0927B-300-US. Protocol 0927B2-922-US. A study sponsored by a research grant from Wyeth-Ayerst Research.

January 28, 2002          0

CONFIDENTIAL
AZSER12778349

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 28 of 40

**Research Activities & Grants**: (Cont'd.)

1998    Principal Investigator: Fluoxetine Vs. Placebo in Panic Disorder. Protocol B1Y-MC-HCJB. A study sponsored by a research grant from Eli Lilly and Company.

1998    Principal Investigator: A Randomized, Double-Blind, Multicenter, Comparative, Phase III Study of Gatifloxacin Vs. Ceftriaxone in the Treatment of Community-Acquired Pneumonia Requiring Hospitalization. Protocol A1420-037. A study sponsored by a research grant from Bristol-Myers Squibb.

1998    Co-Investigator: A Randomized, Double-Blind, Placebo-Controlled, Multicenter Study to Assess the Efficacy and Cardiovascular Safety of VML 251 in Patients with Known and at a High Risk of Coronary Artery Disease Treating an Acute Attack of Migraine. Protocol VML 251/97/03. A study sponsored by a research grant from TAP Holding, Inc.

1998    Co-Investigator: Comparative Safety and Efficacy of Cefditoren Pivoxil and Augmentin (Amoxicillin/Clavulanate Potassium) in the Treatment of Patients with Acute Maxillary Sinusitis. Protocol CEF-97-004. A study sponsored by a research grant from TAP Holdings, Inc.

1998    Principal Investigator: A Multicenter, Double-Blind, Randomized, Parallel-Group Study of the Efficacy, Safety, and Tolerability of a Flexible Dose Regimen of Flesinoxan Vs. Placebo in Outpatients with Major Depressive Disorder with Fluoxetine as an Active Control. Protocol S1283101. A study sponsored by a research grant from Solvay Pharmaceuticals.

1998    Principal Investigator: The First, Double-Blind, Active, Comparator-Controlled Extension of an Active Comparator-Controlled, 1-Year Study to Assess the Safety and Efficacy of MK-0966 Vs. Diclofenac Sodium in Patients with Osteoarthritis of the Knee of Hip. Protocol 035-10. A study sponsored by a research grant from Merck and Company.

1998    Principal Investigator: Open-Label Trail for Quetiapine (Seroquel). Protocol 5077IL/0057:0075. A study sponsored by a research grant from Zeneca Pharmaceuticals.

1998    Principal Investigator: An Echocardiographic Follow-up Study of Subjects who Participated in the Wyeth-Ayerst Research Protocol 0927B-300-US. Protocol 0927B2-922-US. A study sponsored by a research grant from Wyeth-Ayerst Research.

January 28, 2002                                                                    0

CONFIDENTIAL
AZSER12778350

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 29 of 40

**Research Activities & Grants**:  (Cont'd.)

1998      Principal Investigator: Olanzapine Alone and in Combination with Fluoxetine Vs. Placebo in Major Depressive Disorder with Psychotic Features. Protocol F1D-MC-HGGA/010. A study sponsored by a research grant from Eli Lilly and Company.

1998      Principal Investigator: Evaluation of the Efficacy and Safety of Depakote ER in the Treatment of the Manic Phase of Bipolar Disorder: A Placebo-Controlled Study. Protocol M97-696. A study sponsored by a research grant from Abbott Laboratories.

1998      Principal Investigator: A Double-Blind, Five-Armed, Fixed-Dose, Active- and Placebo-Controlled, Dose-Finding Study with Sublingual ORG 5222 in Subjects with Acute Phase Schizophrenia. Protocol 041002. A study sponsored by a research grant from Organon, Inc.

1998      Principal Investigator: ORG 5222 For Humanitarian Use. Protocol 041500. A study sponsored by a research grant from Organon, Inc.

1998      Principal Investigator: A Multicenter, Double-Blind, Placebo-Controlled, Evaluation of the Safety and Efficacy of Lamictal (Lamotrigine) Compared to Placebo and Lithium in the Treatment of an Acute Manic or Mixed Episode in Patients who have Bipolar Disorder: Incorporating Participation in Genotype Research Which is Optional for Both Study Center and Patients. Protocol SCAA2008 (105-609). A study sponsored by a research grant from Glaxo Wellcome.

1998      Principal Investigator: The Safety and Efficacy of MK-0966 for the Prevention of Alzheimer's Disease in Patients at Risk. Protocol 078. A study sponsored by a research grant from Merck and Company.

1998      Principal Investigator: A Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study of the Safety, Tolerability, and Efficacy of Three Fixed Doses of Fluvoxamine Vs. Placebo in Outpatients with Major Depressive Disorder. Protocol S1143102. A study sponsored by a research grant from Solvay Pharmaceuticals.

1998      Principal Investigator: A Double-Blind, Randomized, Multicenter, Parallel-Group Design Study to Evaluate the Efficacy and Safety of Three DoseRanges of EMD 68,843 in Comparison with Placebo and Fluoxetine in Outpatients with Major Depressive Disorder. Protocol EMD 68 843-010. A study sponsored by a research grant from Merck-Lipha CRDO US.

January 28, 2002          0

CONFIDENTIAL
AZSER12778351

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 30 of 40

**Research Activities & Grants:**   (Cont'd.)

1998          Principal Investigator: A Double-Blind, Multicenter, Dose-Finding Acute
              and Extension Study of MK-0869 (L-754,030) Vs. Fluoxetine
              Hydrochloride and Placebo in the Treatment of Outpatients with Major
              Depressive Disorder. Protocol 020-00. A Study sponsored by a research
              grant from Merck and Company.

1998          Principal Investigator: Fluoxetine Vs. Placebo in Posttraumatic Stress
              Disorder. Protocol B1Y-MC-HCJL. A study sponsored by a research grant
              from Eli Lilly and Company.

1998          Principal Investigator: A Double-Blind, Placebo- and Haloperidol-
              Controlled, Multicenter Study Evaluating the Safety and Efficacy of SR
              46349B in Schizophrenic Patients. Protocol DFI 3024. A study sponsored
              by a research grant from Sanofi Pharmaceuticals.

1998          Principal Investigator: A Prospective, Randomized, Double-Blind,
              Multicenter Study of Iloperidone to Evaluate the Safety of Two Titration
              Schedules and to Compare the Safety and Efficacy of BID and QD
              Regimens to Haloperidol in Patients with Schizophrenia. Protocol
              ILP2001. A study sponsored by a research grant from Novartis.

1998          Principal Investigator: A Prospective, Randomized, Double-Blind,
              Placebo- and Active-Controlled, Multicenter Study to Evaluate the
              Efficacy and Safety of Three Fixed Doses of Iloperidone (4, 8, and 12
              mg/day) Given BID for 42 Days to Schizophrenic Patients with Acute or
              Subacute Exacerbation, Followed by a Double-Blind, Active-Controlled,
              Flexible-Dose, Long-Term, Six-Month Phase with Iloperidone (4, 8, 12, or
              16 mg/day) Given QD. Protocol ILP3000. A study sponsored by a
              research grant from Novartis.

1998          Principal Investigator: An Open-Label, Follow-on Study of the Long-
              Term Safety of Aripiprazole Administered Orally in Patients with
              Psychotic Disorders or Psychotic Behaviors of Dementia, Protocol 31-98-
              222. A study sponsored by a research grant from Otsuka America
              Pharmaceuticals.

1998          Principal Investigator:  An Open-Label, Follow-on Study of the Long-
              Term Safety of Aripiprazole Administered Orally in Patients with
              Psychosis. Protocol 31-98-220. A study sponsored by a research grant
              from Otsuka America Pharmaceuticals.

January 28, 2002                                                              0

CONFIDENTIAL
AZSER12778352

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 31 of 40

## Research Activities & Grants:   (Cont'd.)

1998          Principal Investigator: A Phase III, Open-Label, Treatment-Switching
              Study From Orally Administered Antipsychotic Monotherapy to Orally
              Administered Aripiprazole Monotherapy in the Treatment of Chronic
              Schizophrenic and Schizoaffective Patients. Protocol 31-98-215. A study
              sponsored by a research grant from Otsuka America Pharmaceuticals.

1998          Principal Investigator:  An Open-Label Comparison of the Neurocognitive
              Effects of Aripiprazole to Olanzapine Administered Orally in Patients
              with Stable Psychosis. Protocol 31-98-220. A study sponsored by a
              research grant from Otsuka America Pharmaceuticals.

1998          Principal Investigator:  A Double-Blind, Placebo-Controlled, Parallel-
              Group Assessment of the Safety and Efficacy of the Selegiline
              Transdermal System in Subjects with Major Depressive Disorder. Protocol
              S9303-E113-98B. A study sponsored by a research grant from Somerset
              Pharmaceuticals.

1998          Principal Investigator:  A Placebo-Controlled Study of Pregabalin and
              Lorazepam in Patients with Generalized Anxiety Disorder. Protocol
              1008-025. A study sponsored by a research grant from Parke-Davis
              Pharmaceuticals.

1998          Principal Investigator: The Comparative Efficacy of Olanzapine,
              Risperidone, and Haloperidol for Cognition in Schizophrenia. Protocol
              F1D-MC-HGGN. A study sponsored by a research grant from Eli Lilly
              and Company.

1998          Principal Investigator: A Long-Term, Open-Label Safety
              Study of Almotriptan 12.5 mg Orally in Migraine Patients. Protocol
              M/3275/0011. A study sponsored by a research grant from Pharmacia
              and UpJohn.

1998          Principal Investigator:  A Double-Blind, Multicenter, Dose-Finding Acute
              and Extension Study of L-759,274 Vs. Paroxetine Hydrochloride and
              Placebo in the Treatment of Outpatients with Major Depressive Disorder.
              Protocol 011. A study sponsored by a research grant from Merck and
              Company.

1998          Principal Investigator: A Six-Week, Double-Blind, Placebo- and
              Fluoxetine-Controlled, Multicenter Study to Evaluate the Safety and
              Efficacy of Oral CP-122,721 in Outpatients with Major Depressive
              Disorder. Protocol 165-112-5037. A study sponsored by a research grant
              from Pfizer, Inc.

January 28, 2002                                               0

CONFIDENTIAL
AZSER12778353

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 32 of 40

**Research Activities & Grants:**   (Cont'd.)

1998    Principal Investigator:  Clinical Protocol for a Multicenter, Double-Blind,
Parallel-Group Study Comparing the Incidence of Clinically Significant
Upper Gastrointestinal Adverse Events Associated with SC-58635  400
mg BID to that of Ibuprofen 800 mg TID in Patients with Osteoarthritis
or Rheumatoid Arthritis, IND #48,395. Protocol N49-98-02-035. A study
sponsored by a research grant from G.D. Searle and Company.

1998    Principal Investigator:  An Open-Label Study to Assess the Safety and
Effectiveness of the Selegiline Transdermal System in Patients with Major
Depressive Disorder. Protocol S9303-9805. A study sponsored by a
research grant from Somerset Pharmaceuticals, Inc.

1998    Principal Investigator:  A Randomized, Double-Blind, Placebo-Controlled,
Fixed-Dosage Trail to Evaluate the Efficacy and Tolerability of 20 and 40
mg/day Paroxetine in Patients with Generalized Anxiety Disorder.
Protocol 29060/641. A study sponsored by a research grant from
SmithKline Beecham.

1998    Principal Investigator: An Open-Label Comparison of the Neurocognitive
Effects of Aripiprazole to Olanzapine Administered Orally in Patients
with Stable Psychosis. Protocol 31-98-213. A study sponsored by a
research grant from Otsuka America Pharmaceuticals.

1999    Principal Investigator: A Double-Blind, Placebo- and Fluoxetine-
Controlled, Multicenter Study Evaluating the Efficacy and Safety of
SR48968C in Patients with Major Depressive Disorder. Protocol ACT
3820. A study sponsored by a research grant from Sanofi Pharmaceuticals.

1999    Principal Investigator: A Double-Blind, Placebo-Controlled, Multicenter
Study Evaluating the Efficacy and Safety of Four Doses of SR141716 in
Patients. Protocol DRI 3388. A study sponsored by a research grant from
Sanofi Pharmaceuticals.

1999    Principal Investigator: A Double-Blind, Placebo- and Haloperidol-
Controlled, Multicenter Study Evaluating the Safety and Efficacy of SR
141716 in Schizophrenia Patients. Protocol DFI 3077. A study sponsored
by a research grant from Sanofi Pharmaceuticals.

1999    Principal Investigator: A Double-Blind Comparison of Citalopram and
Paroxetine in the Treatment of Patients with Anxiety and Depression.
Protocol CIT-MD-23. A study sponsored by a research grant from Forest
Laboratories.

January 28, 2002                                                          0

CONFIDENTIAL
AZSER12778354

James T. Hartford, M.D.
Curriculum Vitae
Page 33 of 40

**Research Activities & Grants**: (Cont'd.)

1999    Principal Investigator: A Double-Blind, Randomized, Multicenter, Parallel-Group Design Study to Evaluate the Efficacy and Safety of Two Dose Ranges of EMD 128 130 in Comparison with Placebo and Haloperidol in the treatment of Schizophrenia. Protocol EMD 128 130. A study sponsored by a research grant from Merck and Company.

1999    Principal Investigator: Fluoxetine Vs. Placebo in the Treatment of Major Depressive Disorder. Protocol H5Z-MC-LUAB. A study sponsored by a research grant from Eli Lilly and Company.

1999    Principal Investigator: A Double-Blind, Multicenter Study of Two Doses of L-759274 Vs. Paroxetine Hydrochloride and Placebo in the Treatment of Outpatients with Major Depressive Disorder. Protocol 026-00. A study sponsored by a research grant Merck and Company.

1999    Principal Investigator: A Double-Blind, Placebo-Controlled, Multicenter Study of Patient Reported Sleep Effects of L-759,274 in Older Patients with Chronic Primary Insomnia. Protocol 028. A study sponsored by a research grant from Merck and Company.

1999    Principal Investigator: A Twelve-Week, Randomized, Double-Blind, Placebo-Controlled, Flexible-Dose Study of Fluvoxamine CR in the Treatment of Generalized Social Anxiety Disorder. Protocol S1143107. A study sponsored by a research grant from Solvay Pharmaceuticals.

1999    Principal Investigator: A Double-Blind, Placebo-Controlled, Dose-Finding Study Evaluating the Safety and Efficacy of MKC-242 1.5, 6 and 24 mg/day (0.5, 2, 8 mg tid) in the Treatment of Major Depressive Disorder. Protocol MKC-242/A01. A study sponsored by a research grant from Mitsubishi.

1999    Principal Investigator: The Second, Double-Blind, Extension of a 1-Year Study to Assess the Safety and Efficacy of MK-0966 Vs. Diclofenac in Patients with Osteoarthritis of the Knee or Hip. Protocol 035-02. A study sponsored by a research grant from Merck and Company.

1999    Principal Investigator: A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Pilot Trial of Intravenously Administered NPS 1506 in Inpatients with Severe Major Depressive Disorder. Protocol CL 1506-201. A study sponsored by a research grant from NPS Pharmaceuticals.

January 28, 2002                                                         0

CONFIDENTIAL
AZSER12778355

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 34 of 40

**Research Activities & Grants:** (Cont'd.)

1999    Principal Investigator: A Double-Blind, Multicenter, Randomized, Placebo-Controlled, Efficacy and Safety Study of ORG 33062 ER Subjects with Major Depressive Disorder. Protocol 134002. A study sponsored by a research grant from Organon, Inc.

1999    Principal Investigator: A Placebo-Controlled Study of Pregabalin in Patients with Social Phobia. Protocol 1008-080. A study sponsored by a research grant from Parke-Davis Pharmaceuticals.

1999    Principal Investigator: A Double-Blind, Placebo-Controlled, Parallel-Group Assessment of the Safety and Efficacy of Two Doses of Selegiline Transdermal System (10mg and 20mg) in Patients with Major Depressive Disorder. Protocol S9303-E114. A study sponsored by a research grant from Somerset Pharmaceuticals.

1999    Principal Investigator: A Double-Blind, Placebo-Controlled, Parallel-Group Assessment of the Safety and Efficacy of the Selegiline Transdermal System in Subjects with Major Depressive Disorder. Protocol S9303-P9804. A study sponsored by a research grant from Somerset Pharmaceuticals.

1999    Principal Investigator: A Double-Blind, Placebo-Controlled, Parallel-Group Assessment of the Selegiline Transdermal System in the Prevention of Relapse of System Associated with Major Depressive Disorder. Protocol S9303-P9806. A study sponsored by a research grant from Somerset Pharmaceuticals.

1999    Principal Investigator:  An Open-Label Study to Assess the Safety of the Selegiline Trandermal System in Patients with Major Depressive Disorder. Protocol S9303-P9918. A study sponsored by a research grant from Somerset Pharmaceuticals.

1999    Principal Investigator:  A Double-Blind, Placebo-Controlled Study of a Flexible Dose of Venlafaxine ER in Adult Outpatients with General Anxiety Disorder. Protocol 0600B4-387-US. A study sponsored by a research grant from Wyeth-Ayerst Research.

1999    Principal Investigator: A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Dose-Response Study of Three Fixed Doses of YM992 Vs. in Zoloft in Adult Outpatients with Major Depressive Disorder. Protocol 992-CL-007. A study sponsored by a research grant from Yamanouchi.

January 28, 2002                                                                            0

CONFIDENTIAL
AZSER12778356

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 35 of 40

## Research Activities & Grants:  (Cont'd.)

2000        Principal Investigator: The Combination and Fluoxetine in Treatment
            Resistant Depression without Psychotic Features. Protocol F1D-MC-
            HGHZ. A study sponsored by a research grant from Eli Lilly and
            Company.

2000        Principal Investigator: Open-Label Safety Study of Pregabalin (CL-1008)
            in Patients with Anxiety Disorders. Protocol 1008-084. A study sponsored
            by a research grant from Parke-Davis Pharmaceuticals.

2000        Principal Investigator: Safety of Open-Label Standard Antidepressant
            Therapy in the Treatment of Major Depressive Disorder. A 1-Month
            Follow-up After Termination of Study MKC-242/A01. Protocol MKC-
            242/A03. A study sponsored by a research grant from Mitsubishi.

2000        Principal Investigator: Protocol for the Open-Label Extension Trial
            Subjects with Major Depressive Disorder who Participated in one of the
            ORG 33062 ER Efficacy Trials. Protocol 134501. A study sponsored by a
            research grant from Organon, Inc.

2000        Principal Investigator: Olanzapine Vs. Placebo in the Prevention of
            Relapse in Bipolar Disorder. Protocol F1D-MC-HGHL. A study
            sponsored by a research grant from Eli Lilly and Company.

2000        Principal Investigator: Safety and Efficacy of Long-Term Administration
            of MKC-242 in the Treatment of Major Depressive Disorder. A 4-Month
            Double-Blind Extension to Study MKC-242/A01. Protocol MKC-
            242/A02. A study sponsored by a research grant from Mitsubishi.

2000        Principal Investigator: Fluoxetine Vs. Placebo in the Treatment of
            Generalized Anxiety Disorder. Protocol H5Z-MC-LUAH. A study
            sponsored by a research grant from Eli Lilly and Company.

2000        Principal Investigator: A Placebo-Controlled Study of Pregabalin and
            Paroxetine in Patients with Panic Disorder. Protocol 1008-092. A study
            sponsored by a research grant from Parke-Davis Pharmaceuticals.

2000        Principle Investigator: A Double-Blind, Placebo-Controlled, Parallel-
            Group Comparison of Venlafaxine Extended-Release Capsules and
            Paroxetine in Outpatients with Generalized Social Anxiety Disorder.
            Protocol 0600B4-392-US.  A study sponsored by a research grant from
            Wyeth-Ayerst Research.

January 28, 2002                                                    0

CONFIDENTIAL
AZSER12778357

James T. Hartford, M.D.
Curriculum Vitae
Page 36 of 40

**Research Activities & Grants:**  (Cont'd.)

| | |
|---|---|
| 2000 | Principle Investigator: A Six-Week, Double-Blind, Placebo-Controlled, Multicenter Study of Evaluate the Safety and Efficacy of Three Doses of CP-448,187 (0.5, 3, and 10mg) and Fluoxetine in Subjects with Major Depressive Disorder.  Protocol A2721002.  A study sponsored by a research grant from Pfizer, Inc. |
| 2000 | Principle Investigator: A Double-Blind, Follow-up Interview Study of Subjects who Participated in Protocol 165-112 ("A Six-Week, Double-Blind, Placebo- and Fluoxetine-Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122,721 in Outpatients with Major Depressive Disorder").  Protocol 165-401.  A study sponsored by a research grant from Pfizer, Inc. |
| 2000 | Principle Investigator: A Placebo-Controlled Study of Pregabalin Dosed BID and TID in Patients with Generalized Anxiety Disorder. Protocol 1008-085.  A study sponsored by a research grant from Parke-Davis Pharmaceuticals. |
| 2000 | Principle Investigator: Celexa Open-Label Treatment of Depression. Protocol CIT-MD-22.  A study sponsored by a research grant from Forest Laboratories. |
| 2000 | Principle Investigator: Phase II, Multicenter, Randomized Comparison of TAK-637 Vs. Placebo in the Treatment of Subjects with Major Depressive Disorder.  Protocol TAK-637-99-301.  A study sponsored by a research grant from TAP Holdings, Inc. |
| 2000 | A Double-Blind, Placebo-Controlled, Comparative Efficacy Study of Venlafaxine ER and Sertraline in Producing Remission in Outpatients with Major Depressive Disorder.  Protocol 0600B1-414-US.  A study sponsored by a research grant from Wyeth-Ayerst Research. |
| 2000 | Reboxetine, Placebo, and Paroxetine Comparison in Patients with Major Depressive Disorder.  Protocol M/2020/0047.  A study sponsored by a research grant from Pharmacia and UpJohn. |
| 2000 | A Multicenter, Double-Blind, Placebo- and Paroxetine-Controlled, Randomized, Flexible-Dose Trial of Nefazodone ER in the Treatment of Depressed Patients.  Protocol CN 104-166.  A study sponsored by a research grant from Bristol-Myers Squibb. |

January 28, 2002                                    0

CONFIDENTIAL
AZSER12778358

BEST COPY AVAILABLE

**Research Experience:** (Cont'd.)

| | |
|---|---|
| 2000 | Placebo-Controlled Olanzapine Monotherapy in the treatment of Bipolar I Depression. Protocol F1D-MC-HGGY. A study sponsored by a research grant from Eli Lilly and Company. |
| 2000 | The Effects of Reboxetine, Paroxetine, and Placebo on Cognitive Functioning in Depressed Outpatients. Protocol M/2020/0047cog. A study sponsored by a research grant from Pharmacia and UpJohn. |
| 2000 | Open-Label Reboxetine Continuation Therapy. Protocol 950E-CNS-0005-087. A study sponsored by a research grant from Pharmacia and UpJohn. |
| 2000 | A Multicenter, Double-Blind, Placebo- and Sertraline-Controlled, Randomized, Parallel-Group, Flexible-Dose Trial of Nefazodone ER in the Treatment of Depressed Patients. Protocol CN 104-175. A study sponsored by a research grant from Bristol-Myers Squibb. |
| 2000 | An Exploratory, Double-Blind, Placebo-Controlled Study to Assess the Cognitive Benefits of Huperzine A and Huperzine A-upgrade in Subjects with Age Related Cognitive Decline. Protocol NU-2000-03. A study sponsored by a research grant from General Nutrition Center, Inc. |
| 2000 | Duloxetine Vs. Placebo and Paroxetine in the Acute Treatment of Major Depressive Disorder. Protocol F1J-MC-HMAT. A study sponsored by a research grant from Eli Lilly and Company. |
| 2000 | A Dose-Ranging, Double-Blind, Placebo-Controlled, Safety, Tolerability, and Efficacy Study of ® - Dudesmethyl Sibutramine in Patients with Major Depressive Disorder by DSM-IV Criteria. Protocol 181-027. A study sponsored by a research grant from Sepracor Phamaceuticals. |
| 2000 | Omaptrilat Cardiovascular Treatment Assessment Vs. Enalapril. Protocol CV 197-120. A study sponsored by a research grant from Bristol-Myers Squibb. |
| 2000 | A Multicenter, Placebo-Controlled, Fixed-Dose Evaluation of the Safety, Efficacy and Tolerability of Lamictal (Lamotrigine) in the Treatment of a Major Depressive Episode in Patients with Type I Bipolar Disorder. Protocol SCA40910. A study sponsored by a research grant from Glaxo Wellcome. |

January 28, 2002                                                    0

CONFIDENTIAL
AZSER12778359

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 38 of 40

**Research Experience:** (Cont'd.)

| | |
|---|---|
| 2000 | A Phase IIB, Six-Week, Double-Blind, Placebo- and Paroxetine-Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122,721 in Outpatients with Major Depressive Disorder. Protocol A1651002. A study sponsored by a research grant from Pfizer, Inc. |
| 2000 | A Phase IIB, Six-Week, Double-Blind, Placebo- and Paroxetine-Controlled, Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122,721 in Outpatients with Major Depressive Disorder. Protocol A1651007. A study sponsored by a research grant from Pfizer, Inc. |
| 2000 | A Randomized, Double-Blind, Alprazolam- and Placebo-Controlled Study of the Efficacy and Safety of CP-615,003 in Outpatients with Generalized Anxiety Disorder. Protocol CP-615,003. A study sponsored by a research grant from Pfizer, Inc. |
| 2001 | Duloxetine Once-Daily Dosing Vs. Placebo in the Acute Treatment for Major Depressive Disorder. Protocol F1J-MC-HMBH. A study sponsored by a research grant from Eli Lilly and Company. |
| 2001 | A Double-Blind, Placebo-Controlled Study of Venlafaxine ER in Children and Adolescents with Generalized Anxiety Disorder. Protocol 0600B2-397-US. A study sponsored by a research grant from Wyeth-Ayerst Research. |
| 2001 | A Double-Blind, Placebo-Controlled Comparative Efficacy Study of Venlafaxine ER and Sertraline in Producing Remission in Outpatients with Major Depressive Disorder. Protocol 0600B1-402-US. A study sponsored by a research grant from Wyeth-Ayerst Research. |
| 2001 | A Phase 4, Multicenter, 6-Week, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Study to Evaluate the Safety and Efficacy of PROVIGIL™ (Modafinil) at Individually Titrated Doses of 100, 200, 300, or 400 mg/day as Adjunctive Therapy in Patients with Major Depressive Disorder who have Demonstarted a Partial Response to Antidepressant Therapy for a Current Major Depressive Episode. Protocol C1538a/412/DP/US. A study sponsored by a research grant from Cephalon Pharmaceuticals. |
| 2001 | Flexible-Dose Comparison of the Safety and Efficacy of Escitalopram and Fluoxetine in the Treatment of Major Depressive Disorder. Protocol SCT-MD-16. A study sponsored by a research grant from Forest Laboratories, Inc. |

January 28, 2002                                                   0

CONFIDENTIAL
AZSER12778360

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 39 of 40

**Research Experience:** (Cont'd.)

2001     A Placebo-Controlled, Dose-Titration Efficacy and Tolerability Study of Neotrofin™ in Patients with Probable Alzheimer's Disease. Protocol 082-2001-001. A study sponsored by a research grant from NeoTherapuetics, Inc.

2001     A Well-Controlled, Safety and Efficacy Study of FK-960 in Subjects with Mild to Moderate Alzheimer's Disease. Protocol FA-960-0005. A study sponsored by a research grant from Fujisawa Research Institute of America, Inc.

2001     A Six-Week, Double-Blind, Placebo-Controlled, Randomized, Parallel-Group, Multicenter Study of the Safety and Efficacy of 40 and 120 mg/day KW-6002 Doses for the Treatment of Major Depressive Disorder. Protocol 6002-US-104. A study sponsored by a research grant from Kyowa Pharmaceuticals.

2001     Olanzapine Vs. Ziprasidone in the Treatment on Schizophrenia, Schizophreniform Disorder, and Schizoaffective Disorder. Protocol F1D-MC-HGHJ. A study sponsored by a research grant from Eli lilly and Company.

2001     Double-Blind, Placebo-Controlled Study of Venlafaxine ER in Children and Adolescents with Generalized Anxiety Disorder. Protocol 0600B2-396-US. A study sponsored by a research grant from Wyeth-Ayerst Research.

2001     A Phase IIB, Seven-Week, Double-Blind, Placebo- and Paroxetine-Controlled, Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122,721 in Outpatients with Major Depressive Disorder and Associated Somatic Symptoms. Protocol A1651008. A study sponsored by a research grant from Pfizer, Inc.

2001     A Seven-Week, Double-Blind Extension of Protocol A1651008 (A Phase IIB, Seven-Week, Double-Blind, Placebo- and Paroxetine-Controlled, Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122,721 in Outpatients with Major Depressive Disorder and Associated Somatic Symptoms). Protocol 1651009. A study sponsored by a research from Pfizer, Inc.

January 28, 2002                                              0

CONFIDENTIAL
AZSER12778361

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 40 of 40

**Research Experience:** (Cont'd.)

| | |
|---|---|
| 2001 | A Phase II Randomized, Double-Blind, Placebo-Controlled, Dose-Ranging, Study of Fixed-Doses of Oral OPC-14523 and Prozac® in the Treatment of Outpatients with Moderate Depression. Protocol 173-00-221. A study sponsored by a research grant from Otsuka America Pharmaceuticals. |
| 2001 | A Multicenter, Randomized, Double-Blind, Parallel-Group, Multiple-Dose Comparison Study of Valdcoxib 20 mg, Valdcoxib 40 mg, Sumatriptan 50 mg, and Placebo in Patients with Moderate or Severe Acute Migraine Headaches. Protocol I57-01-02-001. A study sponsored by a research grant from Pharmacia. |
| 2001 | A Double-Blind, Placebo- and Paroxetine-Controlled, Multicenter, Dose-Ranging Study Evaluating the Efficacy and Safety of SR 142801 in Outpatients with Major Depressive Disorder. Protocol DRI 3650. A study sponsored by a research grant from Sanofi-Synthelabo. |
| 2001 | A Four-Week, Double-Blind, Placebo- and Active-Controlled, Dose-Ranging Study of SL 65.1496-00, Three Doses (5, 15, 50mg/day) Lorazepam (3 mg/day) in Outpatients with Generalized Anxiety Disorder. Protocol DRI 4390. A study sponsored by a research grant from Sanofi-Synthelabo. |
| 2001 | A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Venlafaxine Extended-Release Capsules in Adult Outpatients with Panic Disorder. Protocol 0600B5-353-US. A study sponsored by a research grant from Wyeth-Ayerst Research. |
| 2001 | A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Venlafaxine ER in Adolescent Outpatients with Panic Disorder. Protocol 0600B5-355-US. A study sponsored by a research grant from Wyeth-Ayerst Research. |
| 2001 | Topiramate Vs. Placebo as Add-On Treatment in Subjects with Bipolar Disorder in the Outpatient Setting. Protocol CAPSS-168. A study sponsored by a research grant from Ortho-McNeil Pharmaceuticals, Inc. |
| 2001 | An Eight-Week, Double-Blind, Placebo-Controlled, Multicenter Study to Evaluate the Safety and Efficacy of Two Doses of CP-448, 187 (1.5 and 3 mg) and Paroxetine in Subjects with Major Depressive Disorder. Protocol A2721008. A study sponsored by a research grant from Pfizer, Inc. |

January 28, 2002                                                                     0

CONFIDENTIAL
AZSER12778362

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 41 of 40

| | |
|---|---|
| 2001 | Topiramate Versus Placebo as Add-On Treatment in Subjects with Bipolar Disorder in the Outpatient setting.  Protocol CAPPS-168; Phase IIIb |
| 2002 | Protocol 134-019.  A multi-center, randomized, double-blind, placebo-controlled, fixed-dose, safety and efficacy trial of Org 33062 ER in outpatient children and adolescents with major depressive disorder |
| 2002 | Protocol AK 130936:  A 7Month, Multicenter, Randomized, Double-Blind, Placebo-Controlled Comparison of 150-300 mg/day of Extended-release Bupropion Hydrochloride and Placebo for the Prevention of Seasonal Affective Disorder in Subjects with a History of Seasonal Affective Disorder followed by an 8 week Observational Follow-up Phase |
| 2002 | H7-MC-LMBC   LY544344 Versus Placebo in Patients with generalized Anxiety Disorder Who Have Responded to Treatment with LY544344 |
| 2002 | Duloxetine Versus Placebo in the Prevention of Relapse of Major Depressive Disorder    FIJ-MC-HMBC-609 |
| 2002 | Randomized, Double-Blind, Double-Dummy Placebo-controlled, fixed dose, multi-center study to evaluate the efficacy, safety and toleration of oral sildenafil administered for 12 weeks to Pre-menopausal women who have been diagnosed with female sexual arousal disorder, #A1481123 |
| 2002 | Randomized, Double-Blind, Placebo-controlled, fixed dose, multi-center study to evaluate the efficacy, safety and toleration of oral sildenafil administered for 12 weeks to Post-Menopausal women who have been diagnosed with female sexual arousal disorder, #A1481082 |
| 2002 | An Open-Label, Multi-Center Extension Study to Evaluate the Safety, Toleration and Sustained Efficacy of Oral Sildenafil Administered to Women Who Have Been Diagnosed with Female Sexual Arousal Disorder, Study #A1481133 |
| 2002 | Neurocrine Biosciences, Inc. Protocol NBI-34060-MR-0217:  A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060 in Elderly Primary Insomnia Patients with Sleep Maintenance Difficulties |
| 2002 | Neurocrine Biosciences, Inc. Protocol NBI-34060-MR-220:  A Phase III, Open-Label, Outpatient, Extension Study to Assess the Long-Term Safety of a Modified Release Formulation of NBI-34060 in Adult Primary Insomnia Patients with Sleep Maintenance Difficulties |

January 28, 2002                                                                                      0

CONFIDENTIAL
AZSER12778363

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 42 of 40

| | |
|---|---|
| 2002 | Neurocrine Biosciences, Inc. Protocol NBI-34060-MR-0218:  A Phase III, Open-Label, Outpatient, Extension Study to Assess the Long-Term Safety of a Modified Release Formulation of NBI-34060 in Elderly Primary Insomnia Patients with Sleep Maintenance Difficulties |
| 2002 | NER-MD-22:  An Open-label Extension Study of the Long-Term Safety of Neramexane in Patients with Major Depression Disorder |
| 2002 | Neurocrine Biosciences, Inc. Protocol NBI-34060-MR-0221:  A Phase III, randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060 in Adult Primary Insomnia Patients with Sleep Maintenance Difficulties |
| 2002 | Double-Blind Flexible Dose Comparison of the Safety and Efficacy of Neramexane and Placebo in the Treatment of Major Depressive Disorder, Protocol NER-MD-21 |
| 2002 | A Phase III, Open-Label Study of the Safety, Tolerability, and Efficacy of the Selegiline Transdermal system (20mg/20cm2,30mg/30cm2, or 40mg/40cm2) in Elderly Subjects with Major Depression.  Protocol S9303-P0204 |
| 2002 | Wyeth-Ayerst Research Protocol 0600B5-355-US:  A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose study of Venlafaxine ER in Adolescent Outpatients with Panic Disorder |
| 2002 | A Multicenter, Randomized, Placebo-Controlled, Double-Blind, Parallel-Group Trial to Evaluate Early Efficacy and Tolerability of Zolmitriptan (ZOMIG) Nasal Spray in the Acute Treatment of Adult Subjects with Migraine.  Protocol: 311CUS/0022 |
| 2002 | The Effect of Ortho Tri-Cyclen on Bone Mineral Density in Pediatric Subjects with Anorexia Nervosa:  A Double-Blind, Placebo-Controlled Study.  Protocol CAPPS-169; Phase II |
| 2002 | A Phase II Double Blind, Randomized, Dose Ranging, Placebo Controlled, Multicenter, Safety and Efficacy Evaluation of Three Doses of NS 2330 in Patients with Mild to Moderate Dementia of the Alzheimer's Type.  Protocol #1198.52 |
| 2002 | A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of 8 Weeks of ORAL PROVIGIL (Mondafinil) Tablet [C-1V] (200 mg Once Daily) as Adjunctive Treatment for Excessive Sleepiness in  Adults with Major |

January 28, 2002                                                                              0

CONFIDENTIAL
AZSER12778364

James T. Hartford, M.D.
Curriculum Vitae
Page 43 of 40

Depressive Disorder, Sleepiness, and Fatique, followed by a 12-Week Open Label period.

| | |
|---|---|
| 2002 | A Four-Week Double-Blind, Placebo and Active Controlled, Dose-Ranging Study of SL 65.1498-00,3 Doses (5, 15, 50 mg per day) and Lorazepam (3 mg/day) in Out-Patients with Generalized Anxiety Disorder (GAD).  Protocol DRI4390 |
| 2002 | Protocol VALA-0513-140<br>Open-Label, Long-Term, Multicenter Study of Safety and Tolerability of Valdecoxib 40-6- mg in the Acute Treatment of Migraine in Adults. |
| 2003 | Protocol C-2002-012 "A Placebo-Controlled, Double-Blind, Randomized, Parallel Study of the Efficacy and Safety of Dapoxetine HCl in the Treatment of Rapid Ejaculation" |
| 2003 | Protocol C-2002-014-00 "An Open Label Study of the Long-term Safety of Dapoxetine HCl in the Treatment of Rapid Ejaculation" |
| 2003 | Protocol Title:  A 12-week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of GABITRIL , at Dosages up to 16 mg/day, in the Treatment of Chronic Post-Traumatic Stress Disorder in Adults. |
| 2003 | Protocol Title: A 12-Month, Open-Label, Flexible-Dosage Study to Evaluate the Safety of GABITRIL  at Dosages up to 16 mg/day in Adults with Chronic Post-Traumatic Stress Disorder |
| 2003 | Protocol Title: An 8-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of GABITRIL , at Dosages up to 16 mg/day, in the Treatment of Generalized Anxiety Disorder in Adults. |
| 2003 | Protocol Title: An 12-Month, Open-Label, Flexible-Dosage Study to Evaluate the Safety of GABITRIL , at Dosages up to 16 mg/day in Adults with Generalized Anxiety Disorder |
| 2003 | Title of Protocol: A 12-Week, Randomized, Double-Blind, Placebo-Controlled Study with PRN BID and Fixed Dosing Regimens of Alosetron in Female Subjects with Severe Diarrhea-Predominant Irritable Bowel Syndrome Who Have Failed Conventional Therapy.  Protocol S3B30048 |
| 2003 | A Phase III Safety Study to Evaluate the Long-Term Effects of TAK-375 on Endocrine Function in Adult Subject with Chronic Insomnia.  Protocol No.: 01-02-TL-375-032 |

January 28, 2002                                                                                          0

CONFIDENTIAL
AZSER12778365

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 44 of 40

| | |
|---|---|
| 2003 | A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient, Safety and Efficacy Study of TAK-375 in Elderly Subjects with Chronic Insomnia.  Protocol: 01-02-TL-375-025 |
| 2003 | A Phase III, Open-Label, Fixed-Dose Study to Determine the Safety of Long Term Administration of TAK-375 in Subjects with Chronic Insomnia.  Protocol: 01-02-TL-375-022 |
| 2003 | A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient, Safety and Efficacy Study of TAK-375 in Adults with Chronic Insomnia. Protocol: 01-02-TL-375-020 |
| 2003 | "A Double-Blind, Flexible Dose Comparison of the Safety and Efficacy of Escitalopram and Placebo in the Treatment of Geriatric Depression". Protocol SCT-MD-13    IND #58,380 |
| 2003 | Protocol No. EFC5379 Entitled: A double-blind, multi-center study evaluating the efficacy and safety of one fixed dose of SR58611A (700 mg/day) versus placebo and paroxetine (20 mg/day) in patients with a recurrent major depressive episode. |
| 2003 | FKGBE008 A Double-Blind, Multi-Center, Randomized, Placebo-Controlled Efficacy and Safety Study of Org 33062 ER in Subjects with Major Depressive Disorder. |
| 2003 | A Double-Blind, Placebo-Controlled, Multi-Center Study of the Long-Term Efficacy of MK-0869 in the Maintenance of Antidepressant Effect in Patients with Major Depressive Disorder (065-02 – Hartford) |
| 2003 | A Randomized, Double-Blind, Active-Comparator-Controlled, Parallel-Group Study to Evaluate the Safety of Etoricoxib in Patients With Osteo-arthritis or Rheumatoid Arthritis.  Protocol 066-00 |
| 2003 | "A Double-Blind, Randomized, Placebo-Controlled, Multicenter, Efficacy and Safety Study of ORG 33062 ER in Subjects with Major Depressive Disorder."  Protocol code #: 134023 |
| 2003 | R228060-MDD-201  A 6-Week, Randomized, Double-Blind, Parallel-Group, Active- and Placebo-Controlled Trial to Assess the Efficacy of R228060 in Adult Subjects with Major Depressive Disorder (MDD). |
| 2003 | SCA30924  A Multicenter, Double-Blind, Placeboe-Controlled, Fixed-Dose, 8-Week Evaluation of the Efficacy and Safety of Lamotrigine in the Treatment of Bipolar Disorder Patients Currently Experiencing a Major Depressive Episode. |

January 28, 2002                                                                    0

CONFIDENTIAL
AZSER12778366

BEST COPY AVAILABLE

James T. Hartford, M.D.
Curriculum Vitae
Page 45 of 40

2003          OHB20002: A Multicenter, Randomized, Double-Blind, Parallel-Group,
              Placebo-Controlled, Flexible-Dose Study Evaluating Efficacy, Safety, and
              Tolerability of Once-Daily Oral GW353162 (20-40-60 mg) Versus
              Placebo in Subjects with Major Depressive Disorder Over an Eight-Week
              treatment Period.

January 28, 2002                                              0

CONFIDENTIAL
AZSER12778367

BEST COPY AVAILABLE

D1447C00127: _____ #93

## CURRICULUM VITAE

**Name:**    Richard William Brown, M.D.

_____    17 oct 05
Signature    Date

Hartford Research Group    Hartford Research Group
10550 Montgomery Rd., Suite 20    51 Cavalier Blvd., Suite 220
Cincinnati, Ohio 45242    Florence, KY 41042


**Education:**

| | |
|---|---|
| Aug. 1992 - Jun. 1996 | Doctor of Medicine<br>Medical College of Ohio (MCO)<br>Toledo, OH |
| Jan. 1991 – Jun. 1991 | The Ohio State University<br>Columbus, OH and Miami University<br>Oxford, OH |
| Sep. 1990 – Dec. 1990 | Aeronautical Engineering<br>University of Cincinnati<br>Cincinnati, OH |
| Sep. 1986 - May 1990 | B.S.<br>Miami University<br>Oxford, OH |

**Board Certification:**
Sept 2003    American Board of Psychiatry and Neurology

**Licensure:**

Ohio Medical License # 35-07-5812-B
Kentucky Medical License # 36320

**Professional Experience:**

Mar. 1999 - Present    Clinical Research Physician
Hartford Research Group
10550 Montgomery Rd., Suite 20    51 Cavalier Blvd. Suite 220
Cincinnati, OH 45242    Florence, KY 41042


10/12/05

1243

CONFIDENTIAL
AZSER12778368

BEST COPY AVAILABLE

Richard William Brown, M.D.
Curriculum Vitae
Page 2 of 15

## Professional Experience: (Cont'd.)

| | |
|---|---|
| Jul. 1997 – Oct. 2000 | Resident Psychiatrist<br>University of Cincinnati Department of Psychiatry<br>Cincinnati, OH |
| Jul. 1996 - Jul. 1997 | Resident of Family Practice<br>Bethesda Hospitals<br>Cincinnati, OH |
| 1995 - 1996 | MCO Family Practice Forum<br>Toledo, OH |
| 1995 - 1996 | American Academy of Family Physicians |
| 1994 – 1996 | American Medical Association, Student Section, MCO<br>Toledo, OH |
| 1989 - 1991 | Society of Manufacturing Engineers |
| 1989 - 1991 | American Institute for Aeronautics and Astronautics |

## Research Experience:

| | |
|---|---|
| 1992 | "Side effects of tricyclic antidepressant usage in children," with Nancy Campbell, M.D., Assistant Professor, Director, Child Inpatient Unit, Department of Psychiatry, Medical College of Ohio. |
| 1998 | A Multicenter, Double-Blind, Randomized, Parallel-Group Study of the Efficacy, Safety, and Tolerability of a Flexible Dose Regimen of Flesinoxan Vs. Placebo in Outpatients with Major Depressive Disorder with Fluoxetine as an Active Control. Protocol #: S1283101. |
| 1999 | A Six-Week, Double-Blind, Placebo- and Fluoxetine-Controlled, Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122,721 in Outpatients with Major Depressive Disorder. Protocol #: 165-112-5037 |
| 1999 | A Double-Blind, Placebo- and Haloperidol-Controlled, Multicenter Study Evaluating the Safety and Efficacy of SR 46349B in Schizophrenia Patients. Protocol #: DFI 3024. |

10/12/05

CONFIDENTIAL
AZSER12778369

BEST COPY AVAILABLE

Richard William Brown, M.D.
Curriculum Vitae
Page 3 of 15

**Research Experience:** (Cont'd.)

1999        A Double-Blind, Placebo- and Haloperidol-Controlled, Multicenter Study
            Evaluating the Safety and Efficacy of SR 141716 in Schizophrenia
            Patients. Protocol #: DFI 3077

1999        A Double-Blind, Randomized, Multicenter, Parallel-Group, Design Study
            to Evaluate the Efficacy and Safety of Two Dose Ranges of EMD 128,130
            in Comparison with Placebo and Haloperidol in the Treatment of
            Schizophrenia. Protocol : EMD 128,130

1999        Fluoxetine Vs. Placebo in Panic Disorder. Protocol #: B1Y-MC-HCJB

1999        Fluoxetine Vs. Placebo in Posttraumatic Stress Disorder. Protocol #: B1Y-
            MC-HCJL

1999        A Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study of
            the Safety, Tolerability, and Efficacy of Three Doses of Fluvoxamine Vs.
            Placebo in Outpatients with Major Depressive Disorder. Protocol #:
            S114310

1999        A Twelve-Week, Randomized, Double-Blind, Placebo-Controlled,
            Flexible-Dose Study of Fluvoxamine CR in the Treatment of Generalized
            Social Anxiety Disorder. Protocol #:  S11413107

1999        A Double-Blind, Multicenter, Dose-Finding Acute and Extension Study of
            L-759,274 Vs. Paroxetine Hydrochloride and Placebo in the Treatment of
            Outpatients with Major Depressive Disorder. Protocol #: 011

1999        A Double-Blind, Multicenter Study of Two Doses of L-759,274 Vs.
            Paroxetine Hydrochloride and Placebo in the Treatment of Outpatients
            with Major Depressive Disorder. Protocol #: 026-00

1999        A Double-Blind, Placebo-Controlled, Multicenter Study of Patient
            Reported Sleep Effects of L-759,274 in Older Patients with Chronic
            Primary Insomnia. Protocol #:028

1999        A Multicenter, Double-Blind, Placebo-Controlled, Evaluation of the
            Safety and Efficacy of Lamictal (Lamotrigine) Compared to Placebo and
            Lithium in the Treatment of an Acute Manic or Fixed Episode in Patients
            who have Bipolar Disorder: Incorporating Participation in Genotype
            Research which is Optional for Both Study Centers and Patients.
            Protocol #: SCAA2008

10/12/05

CONFIDENTIAL
AZSER12778370

BEST COPY AVAILABLE

Richard William Brown, M.D.
Curriculum Vitae
Page 4 of 15

**Research Experience:** (Cont'd.)

1999        A Double-Blind, Placebo-Controlled, Dose-Finding Study Evaluating the
            Safety and Efficacy of MKC-242 1.5, 6 and 24 mg/day (0.5, 2, 8 mg tid) in
            the Treatment of Major Depressive Disorder. Protocol #: MKC-242/A01.

1999        The First, Double-Blind, Active, Comparator-Controlled Extension of an
            Active Comparator-Controlled, One-Year Study to Assess the Safety and
            Efficacy of MK-0966 Vs. Diclofenac Sodium in Patients with
            Osteoarthritis of the Knee or Hip. Protocol #: 035-10

1999        The Second, Double-Blind Extension of a One-Year Study to Assess the
            Safety and Efficacy of MK-0966 Vs. Diclofenac in Patients with
            Osteoarthritis of the Knee or Hip. Protocol #: 035-20

1999        MK-0966 For the Treatment of Mild Cognitive Impairment and
            Prevention to Alzheimer's Disease. Protocol #: 078

1999        A Double-Blind Comparison of Citalopram and Paroxetine in the
            Treatment of Patients with Anxiety and Major Depressive Disorder.
            Protocol #: CIT-MD-23

1999        A Prospective, Randomized, Double-Blind, Placebo- and Active-
            Controlled, Multicenter Study to Evaluate the Efficacy and Safety of Three
            Fixed Doses of Iloperidone (4, 8, and 12 mg) Given B.I.D. for 42 Days to
            Schizophrenia Patients with Acute or Subacute Exacerbation, Followed by
            a Double-Blind, Active-Controlled, Flexible-Dose, Long-Term, 20-Week
            Phase with Iloperidone (4, 8, 12, 16 mg/d) Given q.d.
            Protocol #:ILP3000

1999        Olanzapine Alone and in Combination with Fluoxetine Vs. Placebo in
            Major Depressive Disorder with Psychotic Features.
            Protocol #: F1D-MC-HGGA

1999        The Comparative Efficacy of Olanzapine, Risperidone, and Haloperidol
            for Cognition in Schizophrenia. Protocol #: F1D-MC-HGGN

            A Double-Blind, Multicenter, Randomized, Placebo-Controlled, Efficacy
            and Safety Study of ORG 33062 ER in Subjects with Major Depressive
            Disorder. Protocol #: 134-002

10/12/05

CONFIDENTIAL
AZSER12778371

BEST COPY AVAILABLE

Richard William Brown, M.D.
Curriculum Vitae
Page 5 of 15

**Research Experience:**  (Cont'd.)

| | |
|---|---|
| 1999 | A Double-Blind, Five-Armed, Fixed-Dose, Active- and Placebo-Controlled Dose-Finding Study with Sublingual ORG 5222 in Subjects with Acute Phase Schizophrenia. Protocol #: 041-002 |
| 1999 | ORG 5222 Long-Term Extension to Protocol 041-002. Protocol #: 041-500 |
| 1999 | The Safety and Efficacy of Long-Term Administration of Extended Release Oral Physostigmine in Alzheimer's Disease and Senile Dementia of the Alzheimer Type. Protocol #: 1025B |
| 1999 | A Placebo-Controlled Study of Pregabalin and Lorazepam in Patients with Generalized Anxiety Disorder. Protocol #: 1008-025 |
| 1999 | A Double-Blind, Placebo-Controlled Parallel-Group. Assessment of the Safety and Efficacy of the Selegiline Transdermal System in Subjects with Major Depressive Disorder. Protocol #: S9309-E113-98B |
| 1999 | A Double-Blind, Placebo-Controlled, Parallel-Group. Assessment of the Safety and Efficacy of the Selegiline Transdermal System in Subjects with Major Depressive Disorder. Protocol #: S9303-P9804 |
| 1999 | A Double-Blind, Placebo-Controlled, Parallel-Group Assessment of the Selegiline Transdermal System in the Prevention of Relapse of Symptoms Associated with Major Depressive Disorder. Protocol 3: S9303-P9806 |
| 1999 | An Open-Label Study to Assess the Safety of the Selegiline Transdermal System in Patients with Major Depressive Disorder. Protocol #: S9303-P9918 |
| | A Double-Blind, Placebo-Controlled Study of a Flexible-Dose of Venlafaxine ER in Adult Outpatients with Generalized Anxiety Disorder. Protocol #: 0600B4-387-US |
| 1999 | A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Dose-Response Study of Three Fixed Doses of YM992 Vs. Zoloft in Adult Outpatients with Major Depressive Disorder. Protocol #: 992-CL-007. |

10/12/05

CONFIDENTIAL
AZSER12778372

Richard William Brown, M.D.
Curriculum Vitae
Page 6 of 15

**Research Experience:** (Cont'd.)

| | |
|---|---|
| 1999 | An Open-Label Extension Study Evaluating the Safety and Outcome of 40-200 mg Daily of Oral Ziprasidone in the Treatment of Subjects who have Previous Ziprasidone Clinical Trials. Protocol #:128-127E |
| 1999 | A Double-Blind, Placebo-Controlled, Multicenter Study Evaluating the Efficacy and Safety of Four Doses of SR141716 in Obese Patients. Protocol #: DRI 3388 |
| 1999 | A Double-Blind, Placebo- and Fluoxetine-Controlled, Multicenter Study Evaluating the Efficacy and Safety of SR48968C in Patients with Major Depressive Disorder. Protocol #: ACT 3820 |
| 2000 | Protocol for the Open-Label Extension Trial in Subjects with Major Depressive Disorder who Participated in One of the ORG 33062 ER Efficacy Trials. Protocol #: 134-501 |
| 2000 | Celexa Open-Label Treatment of Depression. Protocol #: CIT-MD-22 |
| 2000 | A Double-Blind, Follow-up Interview Study of Subjects who Participated in Protocol 165-112 ("A Six-Week, Double-Blind, Placebo- and Fluoxetine-Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122,721 in Outpatients with Major Depressive Disorder"). Protocol #: 165-401-5037 |
| 2000 | Fluoxetine Vs. Placebo in the Treatment of Major Depressive Disorder. Protocol #: H5Z-MC-LUAB |
| 2000 | Fluoxetine Vs. Placebo in the Treatment of Generalized Anxiety Disorder. Protocol #: H5Z-MC-LUAH |
| 2000 | Safety and Efficacy of Long-Term Administration of MKC-242 in the Treatment of Major Depressive Disorder: A Four-Month Double-Blind Extension to Study MKC-242/A01. Protocol #: MKC-242/A02 |
| 2000 | Safety of Open-Label, Standard, Antidepressant Therapy in the Treatment of Major Depressive Disorder. A One-Month Follow-up After Termination of Study MKC-242/A01. Protocol #: MKC-242/A03 |
| 2000 | A Placebo-Controlled Study of Pregabalin in Patients with Social Phobia. Protocol #: 1008-080 |

10/12/05

CONFIDENTIAL
AZSER12778373