BEST COPY AVAILABLE

Richard William Brown, M.D.
Curriculum Vitae
Page 7 of 15
**Research Experience**: (Cont'd.)

| | |
|---|---|
| 2000 | Open-Label, Safety Study of Pregabalin (CI-1008) in Patients with Anxiety Disorders. Protocol 1#: 008-084 |
| 2000 | A Placebo-Controlled Study of Pregabalin and Paroxetine Patients with Panic Disorder. Protocol #: 1008-092 |
| 2000 | Olanzapine Vs. Placebo in the Prevention of Relapse in Bipolar Disorder. Protocol #: F1D-MC-HGHL |
| 2000 | The Combination of Olanzapine and Fluoxetine in Treatment Resistant Depression without Psychotic Features. Protocol #: F1D-MC-HGHZ |
| 2000 | A Phase II, Multicenter, Randomized, Comparison of TAK-637 Vs. Placebo- in the Treatment of Subjects with Major Depressive Disorder. Protocol #: TAK-637-99-301 |
| 2000 | A Multicenter, Double-Blind, Placebo- and Paroxetine-Controlled, Randomized, Flexible-Dose Trial of Nefazodone ER in the Treatment of Depressed Patients.  Protocol #: CN 104-166 |
| 2000 | A Placebo-Controlled Study of Pregabalin Dosed BID and TID in Patients with Generalized Anxiety Disorder.  Protocol #: 1008-085 |
| 2000 | Reboxetine, Placebo, and Paroxetine Comparison in Patients with Major Depressive Disorder.  Protocol #: M/2020/0047 |
| 2000 | A Double-Blind, Placebo-Controlled, Parallel-Group Comparison of Venlafaxine Extended-Release Capsules and Paroxetine in Outpatients with Generalized Social Anxiety Disorder.  Protocol #: 0600B4-392-US. |
| 2000 | A Double-Blind, Placebo-Controlled, Comparative, Efficacy Study of Venlafaxine ER and Sertraline in Producing Remission in Outpatients with Major Depressive Disorder.  Protocol #: 0600B1-414-US |
| 2000 | Placebo-Controlled, Olanzapine Monotherapy in the Treatment of Bipolar Depression. Protocol #:  F1D-MC-HGGY |
| 2000 | A Multicenter, Double-Blind, Placebo- and Sertraline-Controlled, Randomized, Parallel-Group, Flexible-Dose Trial of Nefazodone ER in the Treatment of Depressed Patients. Protocol #: CN-104-166 |

10/12/05

CONFIDENTIAL
AZSER12778374

BEST COPY AVAILABLE

Richard William Brown, M.D.
Curriculum Vitae
Page 8 of 15

**Research Experience:** (Cont'd.)

2000        An Exploratory Double-Blind, Placebo-Controlled, Study to Assess the
            Cognitive Benefits of Huperzine A and Huperzine A-upgrade in Subjects
            with Age Related Cognitive Decline. Protocol #: NU-2000-03

2000        Duloxetine Vs. Placebo and Paroxetine in the Acute Treatment of Major
            Depressive Disorder. Protocol #: F1J-MC-HMAT

2000        A Dose-Ranging, Double-Blind, Placebo-Controlled, Safety, Tolerability,
            and Efficacy Study of ® - Didesmethyl Sibutramine in Patients with Major
            Depressive Disorder by DSM-IV Criteria..

2000        Omaptrilat Cardiovascular Treatment Assessment Vs. Enalapril.
            Protocol #: 137-120

2000        A Multicenter, Placebo-Controlled, Fixed-Dose Evaluation of the Safety,
            Efficacy and Tolerability of Lamictal (Lamotrigine) in the Treatment of a
            Major Depressive Episode in Patients with Type I Bipolar Disorder.
            Protocol #: SCA40910

2000        A Phase IIB, Six-Week, Double-Blind, Placebo- and Paroxetine-
            Controlled Multicenter Study to Evaluate the Safety of Oral CP-122,721 in
            Outpatients with Major Depressive Disorder. Protocol #: A1651002

2000        A Phase IIB, Six-Week, Double-Blind, Placebo- and Paroxetine-
            Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral
            CP-122,721 in Outpatients with Major Depressive Disorder.
            Protocol #: A1651007

2000        A Randomized, Double-Blind, Alprazolam- and Placebo-Controlled Study
            of the Efficacy and Safety of CP-615,003 in Outpatients with Generalized
            Anxiety Disorder. Protocol #: A3381003

2000        Duloxetine Once-Daily Dosing Vs. Placebo in the Acute Treatment for
            Major Depressive Disorder. Protocol #: F1J-MC-HMBH

2000        A Double-Blind, Placebo-Controlled Study of Venlafaxine ER in Children
            and Adolescents with Generalized Anxiety Disorder.
            Protocol #: 060B2-397-US

10/12/05

CONFIDENTIAL
AZSER12778375

BEST COPY AVAILABLE

Richard William Brown, M.D.
Curriculum Vitae
Page 9 of 15

## Research Experience:  (Cont'd.)

2001      A Double-Blind, Placebo-Controlled, Comparative, Efficacy Study Of Venlafaxine ER And Sertraline in Producing Remission In Outpatients with Major Depressive Disorder. Protocol #: 0600B1-402-US

2001      A Phase IV, Multicenter, Six-Week, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Study to Evaluate the Safety and Efficacy of PROVIGIL™ (Modafinil) at Individually Titrated Doses of 100, 200, 300, or 400 mg/day as Adjunctive Therapy in Patients with Major Depressive Disorder who have Demonstrated a Partial Response to Antidepressant Therapy for a Current Major Depressive Episode.
Protocol #: C1538a/412/DP/US

2001      Flexible-Dose Comparison of the Safety and Efficacy of Escitalopram and Fluoxetine in the Treatment of Major Depressive Disorder.
Protocol #: SCT-MD-16

2001      A Placebo-Controlled, Dose-Titration, Efficacy and Tolerability Study of Neotrofin™ in Patients with Probable Alzheimer's Disease.
Protocol #: 082-2001-001

2001      A Well-Controlled, Safety and Efficacy Study of FK-960 in Subjects with Mild to Moderate Alzheimer's Disease. Protocol #: FA-960-0005

2001      A Parallel- Group, Multicenter Study of the Safety and Efficacy of 40 and 120 mg/day KW-6002 Doses for the Treatment of Major Depressive Disorder.  Protocol #: 6002-US-104

2001      Olanzapine Vs. Ziprasidone in the Treatment of Schizophrenia, Schizophreniaform Disorder, and Schizoaffective Disorder.
Protocol #: F1D-MC-HGHJ

2001      Double-Blind, Placebo-Controlled Study of Venlafaxine ER in Children and Adolescents with Generalized Anxiety Disorder.
Protocol #: 0600B2-396-US

2001      A Seven-Week, Double-Blind, Extension of Protocol A1651008 (A Phase IIB, Seven-Week, Double-Blind, Placebo- and Paroxetine-Controlled, Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122,721 in Outpatients with Major Depressive Disorder and Associated Somatic Symptoms. Protocol #: A1651009

10/12/05

1251

CONFIDENTIAL
AZSER12778376

BEST COPY AVAILABLE

Richard William Brown, M.D.
Curriculum Vitae
Page 10 of 15

**Research Experience:** (Cont'd.)

2001        A Phase II, Randomized, Double-Blind, Placebo-Controlled, Dose-
            Ranging, Study of Fixed-Doses of Oral OPC-14523 and Prozac® in the
            Treatment of Outpatients with Moderate Depression.
            Protocol #: 173-00-221

2001        A Multicenter, Randomized, Double-Blind, Parallel-Group, Multiple-Dose
            Comparison Study of Valdecoxib 20 mg, Valdecoxib 40 mg, Sumatriptan
            50 mg, and Placebo in Patients with Moderate or Severe Acute Migraine
            Headaches. Protocol #: I57-01-02-001

2001        A Double-Blind, Placebo- and Paroxetine-Controlled, Multicenter, Dose-
            Ranging Study Evaluating the Efficacy and Safety of SR 142801 in
            Outpatients with Major Depressive Disorder. Protocol #: DRI 3650

2001        A Four-Week, Double-Blind, Placebo- and Active-Controlled, Dose-
            Ranging Study of SL 65.1498-00, Three Doses (5, 15, 50mg/day)
            Lorazepam (3 mg/day) in Outpatients with Generalized Anxiety Disorder.
            Protocol #: DRI 4390

2001        A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study
            of Venlafaxine Extended-Release Capsules in Adult Outpatients with
            Panic Disorder. Protocol #: 0600B5-353-US

2001        A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study
            of Venlafaxine ER in Adolescent Outpatients with Panic Disorder.
            Protocol #: 0600B5-355-US

2001        Topiramate Vs. Placebo as Add-On Treatment in Subjects with Bipolar in
            the Outpatients Setting. Protocol #: CAPSS-168

2001        An Eight-Week, Double-Blind, Placebo-Controlled, Multicenter Study to
            Evaluate the Safety and Efficacy of Two Doses of CP-448, 187 (1.5 and 3
            mg) and Paroxetine in Subjects with Major Depressive Disorder.
            Protocol #: A2721008.

2002        A Phase III, Open-Label, Outpatient, Extension Study to Access the Long-
            Term Safety of a Modified Release Formulation of NBI-34060 in Adult
            Primary insomnia patients with Sleep maintenance Difficulties.
            Protocol #: NBI-34060-MR-220

10/12/05

CONFIDENTIAL
AZSER12778377

BEST COPY AVAILABLE

Richard William Brown, M.D.
Curriculum Vitae
Page 11 of 15

**Research Experience:** (Cont'd.)

2002        A Phase III, Open-Label, Outpatient, Extension Study to Access the Long-
            Term Safety of a Modified Release Formulation of NBI-34060 in Elderly
            Primary Insomnia Patients with Sleep Maintenance Difficulties.
            Protocol #: NBI-34060-MR-0218

2002        An Open-Label Extension Study of the Long-Term Safety of Neramexane
            in Patients with Major Depressive Disorder. Protocol #: NER-MD-22

2002        A phase III, randomized, Double-Blind, Placebo-Controlled, Outpatient
            Study to Access the Efficacy and Safety of a Modified Release
            Formulation of NBI-34060 in Adult Primary Insomnia Patients with Sleep
            Maintenance Difficulties. Protocol #: NBI-34060-MR-0221

2002        A Phase III, Open-Label Study of the Safety, Tolerability, and Efficacy of
            the Selegiline Transdermal system (20mg/20cm2,30mg/30cm2, or
            40mg/40cm2) in Elderly Subjects with major Depression.
            Protocol #: S9303-P0204

2002        A Multicenter, Randomized, Placebo-Controlled, Double-Blind, Parallel-
            Group Trial to Evaluate Early Efficacy and Tolerability of Zolmitriptan
            (ZOMIG) Nasal Spray in the Acute treatment of Adult Subjects with
            Migraine.  Protocol #: 311CUS/0022

2002        A 7 Month, Multicenter, Randomized, Double-Blind, Placebo-Controlled
            Comparison of 150-300mg/day of Extended-release Bupropion
            Hydrochloride and Placebo for the Prevention of Seasonal Affective
            Disorder in Subjects with a History of Seasonal Affective Disorder
            followed by an 8 week Observational Follow-Up Phase.
            Protocol #: AK130936

2002        A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient
            Study to Access the Efficacy and Safety of a Modified Release
            Formulation of NBI-34060 in Elderly Primary Insomnia patients with
            Sleep Maintenance Difficulties. Protocol #: NBI-34060-MR-0217

2002        A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-
            Group Study to Evaluate the Efficacy and Safety of 8 weeks of Oral
            PROVIGIL (Mondafinil) Tablet [C-1V] (200mg Once Daily) as
            Adjunctive Treatment for Excessive Sleepiness in Adults with major
            Depressive Disorder, Sleepiness, and Fatigue, Followed by a 12-Week
            Open Label Period.

10/12/05

CONFIDENTIAL
AZSER12778378

BEST COPY AVAILABLE

Richard William Brown, M.D.
Curriculum Vitae
Page 12 of 15

### Research Experience:  (Cont'd.)

| | |
|---|---|
| 2002 | A Four-Week Double-Blind, Placebo and Active Controlled, Dose-Ranging Study of SL 65.1498-00,3 Doses (5,15,50mg per day) and Lorazepam (3mg/day) in Out-Patients with Generalized Anxiety Disorder (GAD) Protocol #: DRI 4390 |
| 2002 | Open-Label, Long-Term, Multicenter Study if Safety and Tolerability of Valdecoxib 40-6-mg in the Acute Treatment of Migraine in Adults Protocol VALA-0513-140 |
| 2002 | A Placebo-Controlled, Double-Blind, Randomized, Parallel Study of the Efficacy and Safety of Dapoxetine HCI in the Treatment of Rapid Ejaculation. Protocol #: C-2002-012 |
| 2003 | An Open Label of the Long-term Safety of Dapoxetine HCI in the Treatment of Rapid Ejaculation. Protocol #: C-2002-014 |
| 2003 | A 12-week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of GABITRIL®, at Dosages up to 16mg/day, in the Treatment of Chronic Post-traumatic Stress Disorder in Adults |
| 2003 | Protocol Title:  An 8-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of GABITRIL®, at Dosages up to 16mg/day, in the treatment of Generalized Anxiety Disorder in Adults |
| 2003 | A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient, Safety and Efficacy Study of TAK-375 in Elderly Subjects with Chronic Insomnia Protocol #: 01-02-TL-375-025 |
| 2003 | A Phase III, Open-Label, Fixed-Dose Study to Determine the Safety of Long Term Administration of TAK-375 in Subjects with Chronic Insomnia  Protocol #: 01-02-TL-375-022 |
| 2003 | A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient, Safety and Efficacy Study of TAK-375 in Adults with Chronic Insomnia Protocol #: 01-02-TL-375-020 |
| 2003 | A Double-Blind, Flexible Dose Comparison of the Safety and Efficacy of Escitalopram and Placebo in the Treatment of Geriatric Depression. Protocol #: SCT-MD-13 |

10/12/05

1254

CONFIDENTIAL
AZSER12778379

Richard William Brown, M.D.
Curriculum Vitae
Page 13 of 15

## Research Experience: (Cont'd.)

| | |
|---|---|
| 2003 | A Double-Blind, Multicenter Study Evaluating the Efficacy and Safety of One Fixed Dose of SR58611A (700mg/day) Versus Placebo and Paroxetine (20mg/day) in Patients With a Recurrent Major Depressive Episode. Protocol #: EFC5379 |
| 2003 | A Double-Blind, Placebo-Controlled, Multicenter Study of the Long-Term Efficacy of MK-0869 in the Maintenance of Antidepressant Effect in Patients with Major Depressive Disorder Protocol #: 065-02 |
| 2003 | A Randomized, Double-Blind, Active-Comparator-Controlled, Parallel-Group Study to Evaluate the Safety of Etoricoxib in Patients with Osteoarthritis or Rheumatoid Arthritis.  Protocol #: 066-00 |
| 2003 | A Double-Blind, Randomized, Placebo-Controlled, Multicenter, Efficacy and Safety Study of ORG 33062 ER in Subjects with major Depressive Disorder.  Protocol #: 134023 |
| 2003 | A Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose, 8-Week Evaluation of the Efficacy and Safety of Lamotrigine in the Treatment of Bipolar Disorder patients Currently Experiencing a major Depressive Episode. Protocol #: SCA30924 |
| 2003 | A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Flexible-Dose Study Evaluating Efficacy, Safety, and Tolerability of Once-Daily Oral GW353162 (20-40-60mg) Versus Placebo in Subjects with Major Depressive Disorder Over an Eight-Week Treatment Period. Protocol #: OHB20002 |
| 2003 | Validation of Daily Telephone Self-Assessment in the Study of Antidepressant Treatment Outcome. Protocol #: H81-MC-HQAC |
| 2004 | A Multicenter, Randomized, Parallel-Group, Double-Blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800mg daily in divided doses) to Placebo When Used As Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Protocol #: D1447C00127) |
| 2004 | A Safety and Tolerability Study of TC-1734-112 in Elderly Subjects with Mild Cognitive Impairment (MCI)  Protocol #: TC-1734-112-CRD-002 |

10/12/05

CONFIDENTIAL
AZSER12778380

BEST COPY AVAILABLE

Richard William Brown, M.D.
Curriculum Vitae
Page 14 of 15

**Research Experience:**  (Cont'd.)

2004        Olanzapine/Fluxoetine Combination Versus Lamotrigine in the Treatment
            of Bipolar I Depression.  Protocol #: H6P-US-HDAQ

2004        A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-
            Group, Flexible-Dose Study of DVS-233 SR and Venlafaxine ER in Adult
            Outpatients with Major Depressive Disorder. Protocol #: 3151A1-317-US

2004        A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of
            the Safety and Efficacy of Aripiprazole as Adjunctive Therapy in the
            Treatment of Patients with Major Depressive Disorder. Protocol #:
            CN138-163-015

2004        A Multicenter, Long-Term, Open-Label Study to Assess the Safety and
            Tolerability of Aripiprazole as Adjunctive Therapy in the Treatment of
            Outpatients with Major Depressive Disorder. Protocol #: CN138-164-054

2004        A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of
            The Safety and Efficacy of Aripiprazole as Adjunctive Therapy in the
            Treatment of Patients with Major Depressive Disorder. Protocol #:
            CN138-163-025

2004        A Multicenter, Long-Term, Open-Label Study to Assess the Safety and
            Tolerability of Aripiprazole as Adjunctive Therapy in the Treatment of
            Outpatients with Major Depressive Disorder. Protocol #: CN138-164-065

2004        Protocol for Focus Groups and Cognitive Debriefing with Outpatients with
            Major Depressive Disorder to Support Development of a New Depression
            Measure (MEDTAP Project Number A2-3520, October 27, 2004)

2004        A Placebo-Controlled, Double-Blind, Randomized, Parallel Study of the
            Withdrawal Effects of Chronic Daily and As Needed Dosing With
            Dapoxetine in the Treatment of Premature Ejaculation. Protocol 3:
            R096769-PRE-3002: Phase 3

2004        A 12-Week, Randomized, Double Blind, Placebo-Controlled Study with
            PRN BID and Fixed Dosing Regimens of Alosetron in Female Subjects
            with Severe Diarrhea-Predominant Irritable Bowel Syndrome Who Have
            Failed Conventional Therapy. Protocol #: S3B30048

2004        A Comparison of Duloxetine Hydrochloride Venlafaxine Extended
            Release, and Placebo in the Treatment of Generalized Anxiety Disorder.
            Protocol #: F1J-MC-HMDU

10/12/05

CONFIDENTIAL
AZSER12778381

BEST COPY AVAILABLE

Richard William Brown, M.D.
Curriculum Vitae
Page 15 of 15

## Research Experience:  (Cont'd.)

| | |
|---|---|
| 2004 | A Multi-Center, Double Blind, Randomized, Placebo-Controlled, Parallel Group, Flexible Dose Titration, Add-On Study of Mecamylamine 5.0 to 10mg, in the Treatment of Major Depressive Disorder with Subjects Who Are Partial Responders or Non-Responders to Citalopram Therapy. Protocol 3: TC-5231-023-CRD-003 |
| 2005 | A 12-Month, Open-Label, Flexible-Dosage Study to Evaluate the Safety and Efficacy of GABITRIL® Treatment (up to 16 mg/day) in Adults With Generalized Anxiety Disorder. Protocol #: C6671/3033/AX/US |
| 2005 | A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of Bifeprunox in the Treatment of Depression in Outpatients With Bipolar Disorder. Protocol #: 3168A2-304-US |
| 2005 | An Extension Study to Evaluate the Long-Term Safety and Tolerability of Bifeprunox in the Treatment of Outpatients With Bipolar Disorder. Protocol #: 3168A2-307-WW |
| 2005 | A Fifty-Two Week, Multi-Center, Open-Label Study Evaluating the Long-Term Safety and Tolerability of Saredutant in Adult and Elderly Patients with Major Depressive Disorder. Protocol #: LTS5577 |
| 2005 | The Efficacy of Eszopiclone 3 mg as Adjunctive Therapy in Subjects With Insomnia Related to Generalized Anxiety Disorder. Protocol #: 190-902 |
| 2005 | An Eight-Week, Double-Blind, Placebo-Controlled, Multi-Center Study With Escitalopram (10 mg qd) as Positive Control, Evaluating the Efficacy, Safety, and Tolerability of a Fixed Dose of SR58611A (350mg q12) in Outpatients With Major Depressive Disorder. Protocol #: EFC5041 |
| 2005 | Effectiveness and Safety of Frovatriptan for the Management (Acute Treatment) of Menstrual Migraine. Protocol #: EN3266-401 |

10/12/05

CONFIDENTIAL
AZSER12778382

BEST COPY AVAILABLE

D1447C00127:

# David Feifel, M.D., Ph.D.

200 W. Arbor Drive
San Diego, CA 92103-8218
dfeifel@ucsd.edu

http://psychiatry.ucsd.edu/faculty/dfeifel.html

### Education:

Bachelor of Science (B.Sc.), University of Toronto, 1985 (Neuroscience)
Medical Degree (M.D.) University of Toronto, 1991
Masters of Arts (M.A.) University of Toronto, 1989 (Neurobiology)
Doctor of Philosophy (Ph.D.), University of Toronto, 1992 (Psychology/Neurobiology)

### Clinical Training:

Internal Medicine Internship, Toronto General Hospital July 1991 - June 1992
Psychiatry Residency, University of California, San Diego, July 1992 - June 1995
Chief Resident, UCSD Outpatient Psychiatric Services, July 1994 - July 1995

### Professional Positions

Associate Professor, Department of Psychiatry, UCSD, August 2002 –present
Assistant Professor, Department of Psychiatry, UCSD, July 1995 –August 2002
Director, Neuropsychiatry and Behavioral Medicine Unit, UCSD Medical Center, July 1995 -- present
Director of Psychiatric Services, UCSD Medical Center (Includes, Consultation/Liaison, Emergency
Psychiatry Service and Neuropsychiatry and Behavioral Medicine Inpatient Unit), July 1999 - Present
Founder and Director, , UCSD Adult ADHD Program, July 1995 - present
Lecturer, "Psychopharmacology" third year medical students and PGYIII residents, UCSD School of
Medicine, January 1996- present

### Awards, Scholarships and Grants

♦ Hospital for Sick Children, Undergraduate Research Fellowship, 1983, 1985
♦ University of Toronto, School of Medicine, Summer Research Scholarship, 1986, 1987
♦ George Brown Memorial Award for Research Accomplishments, University of Toronto, School of Medicine 1987
♦ Gertrude Evans Estate Award for Research in Psychiatry, University of Toronto, School of Medicine, 1990
♦ Medical Research Council of Canada, Research Scholarship, 1987, 1988, 1989, 1990
♦ Eli Lilly, U.S. Congress of Psychiatry Travel Fellowship, 1993
♦ Dista, Society for Biological Psychiatry Travel Fellowship, 1994

1258

CONFIDENTIAL
AZSER12778383

BEST COPY AVAILABLE

- ◆ Scottish Rite Schizophrenia Research Program Grant, "Preclinical evaluation of neuropeptide-based treatments for psychosis" (July 1994 -July 1996)
- ◆ American Psychiatric Association Resident Research Award, 1994/1995
- ◆ National Alliance for Research on Schizophrenia and Depression (NARSAD) Young Investigator Award, "The role of midbrain neuropeptides in sensorimotor gating" (effective July 1995 - July 1997)
- ◆ Chairman's Award for Research Excellence, June 1995
- ◆ Central Neuropsychiatry Association, Resident Paper Award, 1995
- ◆ American Psychiatric Association, Young Faculty Investigator Award, 1996
- ◆ Society For Biological Psychiatry, A.E. Bennet Award Commendation for Research, 1997
- ◆ American College of Neuropsychopharmacology Travel Fellow, 1997
- ◆ National Alliance for Research on Schizophrenia and Depression (NARSAD) Young Investigator Award, "The regulation of mesolimbic dopamine function by endogenous neurotensin" (July 1999 - July 2001)
- ◆ RO1 MHG2451 "Antipsychotic-Like Effects of Neurotensin" Principal Investigator: D. Feifel (June 2002 – June 2005)
- ◆ RO1 MH61931-01A2 "Cognitive and Neuroal Processing in ADHD Adults" Principal Investigator: Lourdes Anllo-Vento (July 2002 – July 2007)
- ◆ National Alliance for Research on Schizophrenia and Depression (NARSAD) Independent Investigator Award, "A Novel Genetic Animal Model for Schizophrenia"(September 2004 – August 2006)

## Organizational Memberships and Affiliations

Society for Neuroscience, 1986 - present
International Brain Research Organization, 1986 - present
American Neuropsychiatric Association. 1996- present
National Alliance for the Advancement of ADHD Care (NAAC), Member, Expert Panel 2002-present
Associate Member, American College Of Neuropharmacology, 2003- Present

## Selected Publications (Papers, Book Chapters, Abstracts)

Vaccarino F.R., **Feifel D.,** Vale W., Rivier J. and Koob G. Centrally administered hypothalamic growth hormone-releasing factor stimulates food intake in free-feeding rats, Peptides, 9(Suppl 1): 35-38, 1988.

**Feifel D.,** Vaccarino F.J., Vale W. and Rivier J. Feeding effects of growth hormone-releasing factor in rats are photoperiod sensitive, Behavioral Neuroscience, 103:824-830, 1989.

**Feifel D.** and Vaccarino F.J. Central Injections of growth hormone-releasing factor increase operant responding for food reward. Progress in Neuropsychopharmacology and Biological Psychiatry, 525:189-194, 1990.

CONFIDENTIAL
AZSER12778384

BEST COPY AVAILABLE

**Feifel D.** and Vaccarino F.J.   Central Somatostatin: a re-examination of its effects on feeding, <u>Brain</u>
<u>Research</u>, 535:189-194, 1990.

Vaccarino F.J., **Feifel D.,** Vale W. and Rivier J.  Antagonism of central growth hormone-releasing factor
activity selectively attenuates dark-onset feeding in rats, <u>The Journal of Neuroscience</u>, 11(12)3924-3927,
1991.

**Feifel D.**, Vaccarino, F.J., Vale W. and Rivier J.  Evidence for a common neural mechanism mediating
growth hormone-releasing factor-induced and somatostatin-induced feeding, <u>Neuroendocrinology</u>,
57:299-305, 1993.

**Feifel D**. and Vaccarino F.J.  Growth hormone regulatory peptides  (GHRH  and Somatostatin) and
Feeding: a model for the integration of central and peripheral function.
<u>Neuroscience and Biobehavioral Reviews</u>, 18:421-33, 1994.

Coscina D.V., **Feifel D.,** Nobrega J.N. and Currie P.J.  Intraventricular but not intra-PVN metergoline
elicits feeding in satiated rats. <u>American Journal of Physiology</u>, 266:R1562-7, 1994.

Dickinson P.R., **Feifel D.** and Vaccarino F.J.  Blockade of endogenous GRF at dark-onset selectively
suppresses protein intake. <u>Peptides</u>, 16(1):7-9, 1995.

**Feifel D.** Parallels of  psychoanalytic theory and quantum mechanics (letter). <u>Harvard Review of</u>
<u>Psychiatry</u>, 4:58, 1996.

**Feifel D.** Diagnosis of attention deficit disorder in adults. <u>Postgraduate  Medicine</u>, 100(3):207-218, 1996.

**Feifel D.** and Young C. Iron overload in an outpatient psychiatric clinic, <u>Journal of Clinical Psychiatry</u>,
58(2):74-78, 1997.

**Feifel, D.,** Minor L.K., Delawa S. and Swerdlow N.R. The effects of intra-accumbens
neurotensin on sensorimotor gating, <u>Brain Research</u>, 760:80 -84, 1997.

**Feifel D.** and Minor L.K. Cysteamine blocks amphetamine-induced deficits in sensorimotor gating.
<u>Pharmacology Biochemistry, and Behavior</u>, Pharmacology, Biochemistry and Behavior, 58:689-693,
1997.

**Feifel D.** and Swerdlow N.R.  Injections of CCK into the nucleus accumbens potentiate apomorhine-
induced disruption of prepulse inhibition. <u>Neuroscience Letters</u>, 229:5-8, 1997.

**Feifel D.**, Reza, T. L. and Robeck S.L. Prodopamine effect of intra-accumbens neurotensin on
sensorimotor gating deficits. <u>Peptides</u>, 18:1457-1460, 1997.

Farber R.H., **Feifel D**. and  Clementz B.A.  Measures of saccade inhibition among adult attention deficit
hyperactivity disorder patients. <u>Soc. for Neuroscience Abstracts</u>, 23:748.2, 1997.

CONFIDENTIAL
AZSER12778385

**Feifel D.**, Granholm E., Reza T., Perry W., Sarkin A. and Sprock J. Contextual effects in the ability of ADHD adults to process visual stimuli. <u>Biological Psychiatry.</u> 43:49S (167), 1998.

**Feifel D.,** Reza T.L. and Robeck S.L. Antipsychotic potential of CCK-based treatments: an assessment using the prepulse inhibition model of psychosis, <u>Neuropsychopharmacology,</u> 20(2):141-149, 1999.

**Feifel D.** Neurotransmitters and neuromodulators in frontal-subcortical circuits. <u>The Human Frontal Lobes: Function and Disorders</u> Eds. Miller B.L., Cummings J.L. Guilford Press, 174-186, 1999.

**Feifel D.,** Reza T.L., Wustrow D. and Davis D.M. Novel antipsychotic-like effects on prepulse inhibition of startle produced by a neurotensin agonist. <u>Journal of Psychopharmacology Experimental Therapeutics,</u> 288:710-713, 1999.

**Feifel D.** and Reza T. Oxytocin modulates psychotomimetic-induced sensorimotor gating deficits. <u>Psychopharmacology,</u> 141(1):93-98, 1999.

**Feifel D.,** Moutier C. and Swerdlow N.R. Attitudes toward psychiatry as a prospective career among students entering medical school. <u>American Journal of Psychiatry,</u> 156(9):1397-402, 1999.

**Feifel D.** Individual differences in prepulse inhibition of startle as a measure of intrinsic dopamine function. <u>Behavioral Neuroscience,</u> 113(5):1020-9, 1999.

**Feifel D**. and Priebe K. The effects of subchronic haloperidol on intact and dizocilpine-disrupted sensorimotor gating. <u>Psychopharmacology,</u> 146(2):175-9, 1999.

**Feifel D**. and Reza T. Effects of neurotensin administered into the ventral tegmental area on prepulse inhibition of startle response. <u>Behavioral Brain Research,</u> 106(1-2):189-93, 1999.

Shilling P.D., **Feifel D**. and Kelsoe J.R. Amphetamine-induced zif268 mRNA expression in the medial posterior nucleus accumbens of CCK-A receptor mutant rats. <u>Neuroscience Letters,</u> 281:17-20, 2000.

**Feifel D.** Rationale and Guidelines for the Treatment of acute Psychosis. <u>Journal of Clinical Psychiatry,</u> (Invited), 61(Suppl 14):27-31, 2000.

**Feifel D.,** Priebe K. and Shilling P.D. Startle and sensorimotor gating in rats lacking CCK-A receptors. <u>Neuropsychopharmacology,</u> 24:06, 2001.

Perry W., Minassian A., **Feifel D**. and Braff D.L. Sensorimotor gating deficits in bipolar disorder patients with acute psychotic mania. <u>Biological Psychiatry,</u> 50:418-424, 2001.

**Feifel D**. and Priebe K. Vasopressin deficient rats exhibit sensorimotor gating deficits that are revised by subchronic haloperidol. <u>Biological Psychiatry,</u> 50:425-433, 2001.

Shilling P.D. and **Feifel D**. Decreased haloperidol-induced potentiation of zif268 mRNA expression in the nucleus accumbens shell and the dorsal lateral striatum of rats lacking cholecystokinin-A receptors. <u>Synapse.</u> Feb;43(2):134-8. 2002.

CONFIDENTIAL
AZSER12778386

BEST COPY AVAILABLE

**Feifel D**, Priebe K, Johnstone-Miller E, Morgan CJ.  Sensorimotor gating effects produced by repeated dopamine agonists in a paradigm favoring environmental conditioning. Psychopharmacology (Berl). Jul;162(2):138-46, 2002.

Perry W., **Feifel D.**, Minassian A., Bhattacharjie I. and Braff D.L.  Information processing deficits in acutely psychotic schizophrenia patients medicated and unmedicated at the time of admission. American Journal of Psychiatry, Aug;159(8):1375-81, 2002.

Shilling P.D. and **Feifel D**.  SR146131, a cholecystokinin: a receptor agonist, antagonizes prepulse inhibition deficits produced by dizocilpine and DOI. Psychopharmacology, 164:285-293, 2002.

Conners C.K., Casat C., Coury D., Elia J., **Feifel D.**, Telew N., McConville B., Palumbo D., Pliszka K., Richter R.W., Zeldis J.B., Sangal R.B. and Swanson J.M.  Randomized trial of *dex*-Methylphenidate (*d*-MPH) and *d,l*-MPH in children with ADHD.  (Abstract) American Psychiatric Association Annual Meeting May 18-23, 2002, Philadelphia, PA.

Anllo-Vento L., Teder-Sälejärvi W.A., **Feifel D**. and Hillyard S.A.  Gradients of spatial auditory attention in ADHD and normal adults. Eighth International Conference on Cognitive Neuroscience (ICON8), Porquerolles Island, France, September 9-15, 2002.

**Feifel D.**, Mendelez G. and Shilling P.D. A neurotensin agonist blocks disruption of sensorimotor gating by a serotonin-2A agonist. Neuropsychopharmacology, 28:651-653, 2003.

Shilling P.D., Richelson E. and **Feifel D**.  The effects of systemic NT69L, a neurotensin agonist, on baseline and drug-disrupted prepulse inhibition.  Behavioral Brain Research, 143:7-14, 2003.

**Feifel D.**, Shilling P.D., Kuczenski R. and Segal D.S.  Altered extracellular dopamine concentration in the brains of  cholecystokinin-A receptor deficient rats. Neuroscience Letters, Sep 18;348(3):147-150, 2003.

Perry W., Minassian A. and **Feifel D**. Prepulse inhibition in patients with non-psychotic major depressive disorder. Journal of Affective Disorders  81(2):179-84, 2004

Shilling PD, Melendez G, Priebe K, Richelson E, **Feifel D**. Neurotensin agonists block the prepulse inhibition deficits produced by a 5-HT(2A) and an alpha(1) agonist. Psychopharmacology (Berl). Apr 24, 2004 [Epup ahead of print]

Currier GW, Chou JC, **Feifel D,** Bossie CA, Turkoz I, Mahmoud RA, Gharabawi GM. Acute treatment of psychotic agitation: a randomized comparison of oral treatment with risperidone and lorazepam versus intramuscular treatment with haloperidol and lorazepam. J Clin Psychiatry. 65(3):386-94, 2004

**Feifel D**, Melendez G, Shilling PD Reversal of sensorimotor gating deficits in Brattleboro rats by acute administration of clozapine and a neurotensin agonist, but not haloperidol: a potential predictive model for novel antipsychotic effects. Neuropsychopharmacology 29(4):731-8, 2004

CONFIDENTIAL
AZSER12778387

Wigal S., Swanson J.M., **Feifel D.,** Sangal, R.B., Elia, J., Casat, C.D., Zeldis J.B. and Conners C.K.    A Double-Blind, Placebo-Controlled Trial of Dexmethylphenidate Hydrochloride and *d,l-threo*-Methylphenidate Hydrochloride in Children With Attention Deficit Hyperactivity Disorder. <u>Journal of the American Association of Adolescent and Child Psychiatry</u>.  In Press.

**Feifel D**., Farber R.H., Clementz B.A., Perry W and Anllo-Vento L.  Inhibitory Deficits in Ocular Motor Behavior in Adults with Attention-Deficit Hyperactivity Disorder <u>Biological Psychiatry</u>. 2004; 56: 333-339.

Clinical Research Studies

<u>Principal Investigator</u>: A Multicenter, Double-Blind Trial of Risperidone Versus Olanzapine in Patients with Schizophrenia and Schizoaffective Disorder. Janssen Research Foundation ( Nov 1997 – January 1999).

<u>Principal Investigator</u>: A Multicenter, Double-Blind, Placebo-Controlled study of 1555U88 for the treatment of Attention Deficit/Hyperactivity Disorder in Adults. Glaxo Wellcome. (May 1998 – September 1998).

<u>Principal Investigator</u>: A Multicenter, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Lamictal (Lamotrigine) Compared to Placebo in the treatment of An Acute Manic or Mixed Episode in Patients who have Bipolar Disorder. Glaxo Wellcome. (Nov 1998 – December, 1999).

<u>Principal Investigator</u>: A Double-Blind, Placebo and Haloperidol Controlled, Multicenter Study Evaluating the Safety and Efficacy of SR 46349B in Schizophrenic Patients. Sanofi. (December, 1998 – October 2000).

<u>Principal Investigator</u>:  A Double-Blind, Placebo and Haloperidol-Controlled, Multicenter Study Evaluating the Safety and Efficacy of SR 48692 in Schizophrenic Patients. Sanofi. (December, 1998 – October 2000).

<u>Principal Investigator</u>: A  Double-Blind Study of Olanzapine Alone Versus Olanzapine Plus Fluoxetine Versus Placebo in Patients with Psychotic Depression. Eli Lilly & Co. (July, 1998 – September, 2000).

<u>Principal Investigator</u>: A Double-Blind, Randomized, Parallel-Design, Placebo-Controlled Trial of *d-threo*-Methylphenidate Hydrochloride (*d*-MPH) and *dl-threo*-Methylphenidate Hydrochloride (*dl*-MPH)

1263

CONFIDENTIAL
AZSER12778388

BEST COPY AVAILABLE

in Children with Attention Deficit Hyperactivity Disorder (ADHD). Celgene. (January 1999- February 2000).

Principal Investigator: A Open-Label Trial of *d-threo*-Methylphenidate Hydrochloride (*d*-MPH) in Children with Attention Deficit Hyperactivity Disorder (ADHD). Celgene. (January 1999- February 2000).

Principal Investigator: A Multicenter, Double-Blind Placebo-Controlled Evaluation of the Safety and Efficacy of Olanzapine Co-Administered with Divalproex Sodium Versus Placebo Co-Administered with Divalproex Sodium in Two Groups of Patients with Bipolar of Schizoaffective Disorder. Eli Lilly & Co. (December 1998 –January 2000).

Principal Investigator: Double-Blind, Placebo Controlled Study of Depakote versus Olanzapine in Patients with Bipolar Affective Disorder, Manic or Mixed Episodes. Eli Lilly & Co. (May 1999 –October 1999).

Principal Investigator: Double-Blind Study of Intramuscular Olanzapine versus Intramuscular Lorazepam or Placebo for Acute Agitation in Patients with Bipolar Affective Disorder. Eli Lilly & Co. (August 1999- February 2000).

Principal Investigator: Risperidone Depot (microspheres) Vs. Placebo in the Treatment of Subjects with Schizophrenia. Janssen Research Foundation. (March 2000  - September,2000).

Principal Investigator: Open-Label Risperidone Depot (microspheres) in the Treatment of Subjects with Schizophrenia. Janssen Research Foundation. (March 2000  - Ongoing).

Principal Investigator: A Multicenter Phase 2 Study of [$^{123}$I]-Altropane in Adult Subjects With and Without a Diagnosis of Attention Deficit Hyperactivity Disorder (March 2000 – October 2000).

Principal Investigator: A Phase III Open-Label Safety and Efficacy Study of Tomoxetine Hydrochloride (LY139603) in Outpatients with ADHD, Ages 6 to 18 Years (March 2000 - Ongoing).

Principal Investigator: A Phase III Randomized, Double-Blind Comparison of Placebo and Tomoxetine Hydrochloride in Adult Outpatients with DSM-IV Attention-Deficit/Hyperactivity Disorder (August 2000 – August 2001).

Principal Investigator: A Long-Term, Open-Label Safety Study of Tomoxetine Hydrochloride in Adult Outpatients with DSM-IV Attention-Deficit/Hyperactivity Disorder (January 2001 - Ongoing).

Principal Investigator: A Multicenter, Double-Blind, Randomized, Placebo-Controlled Trial of the Safety and Efficacy of Seroquel (Quetiapine Fumarate) as Add-on Therapy with Lithium or Divalproex in the Treatment of Acute Mania (December 2000 – March 2002).

Principal Investigator: A Randomized Trial of Oral Risperidone Versus Intramuscular Haloperidol in the Emergency Treatment of Acute Psychosis (March 2001 – December 2001).

CONFIDENTIAL
AZSER12778389

Principal Investigator: A Multicenter, Double-Blind, Placebo-Controlled, Safety and Efficacy Study of Methylphenidate Transdermal System in Pediatric Patients with Attention Deficit Hyperactivity Disorder. Noven Pharmaceuticals, Inc. (December 2001 – April 2002).

Principal Investigator: A Randomized, Double-Blind, Multi-Center Study to Assess the Safety of Long-Term Administration of Two Dose Levels of NBI-34060 in Patients with Primary Insomnia. Neurocrine Biosciences, Inc. (December 2001 – ongoing).

Principal Investigator: Open Label Study of MethyPatch in Children with ADHD. Noven Pharmaceuticals, Inc. (March 2002 – ongoing).

Principal Investigator: A Long-Term, Open-Label Safety Study of Atomoxetine Hydrochloride in Patients, 6 Years and Older with DSM-IV Attention-Deficit/Hyperactivity Disorder. Eli Lilly & Co. (June 2002 – ongoing).

Principal Investigator: A Randomized, Double-Blind Comparison of Atomoxetine Hydrochloride, Extended-Release Methylphenidate Hydrochloride (Concerta™), and Placebo in Pediatric Outpatients with DSM-IV Attention-Deficit/Hyperactivity Disorder. Eli Lilly & Co. Eli Lilly. (August 2002 – ongoing).

Principal Investigator: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Efficacy and Safety of Two Dose Levels of NBI-34060 in Elderly Patients with Primary Insomnia. Neurocrine Biosciences, Inc. (October 2002 – May 2003).

Principal Investigator: A Phase III, Randomized, Double-Blind, Outpatient, Extension Study to Assess the Long-Term Safety of Two Dose Levels of NBI-34060 in Elderly Patients with Primary Insomnia. Neurocrine Biosciences, Inc. (October 2002 – November, 2003).

Principal Investigator: A Randomized, Double-Blind Study of the Safety and Efficacy of Depakote® ER plus an Atypical Antipsychotic vs. an Atypical Antipsychotic Alone in the Treatment of Schizophrenia (Abbott Laboratories) (January 2004 – July 2004)

Principal Investigator: A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. (AstraZeneca) (July 2004 – Ongoing)

CONFIDENTIAL
AZSER12778390



NEW ORLEANS CENTER

**NOCCR**

FOR CLINICAL RESEARCH

D1447C00127: C095

# CURRICULUM VITAE

## Richard L. Gibson, M.D.

**OFFICES**    New Orleans Center for Clinical Research
2820 Canal Street
New Orleans, Louisiana   70119
Telephone (504) 821-8158; Fax (504) 821-8343

New Orleans Center for Clinical Research
1040 Calhoun Street
Helis Bldg., 3rd Floor
New Orleans, LA  70118
Telephone (504) 891-7048; Fax (504) 896-8282

**EDUCATION**

| | |
|---|---|
| 1966 | BA<br>University of Kentucky<br>Lexington, Kentucky |
| 1970 | MD<br>University of Kentucky<br>Lexington, Kentucky |
| 1986 | JD<br>Nashville Night Law School<br>Nashville Tennessee |

**PROFESSIONAL TRAINING**

| | |
|---|---|
| 1970 – 1971 | Internship In Medicine<br>Tulane University and Charity Hospital<br>New Orleans, Louisiana |
| 1971 – 1972<br>1974 – 1975 | Residency in Medicine<br>Tulane University and Charity Hospital<br>New Orleans, Louisiana |
| 1976 – 1978 | Fellowship in Nephrology<br>Vanderbilt University Medical Center<br>Nashville, Tennessee |

*(signature)* R. Gibson MD
20 Jan 04

504.821.8158
FAX 504.821.8343
2820 CANAL STREET
NEW ORLEANS, LOUISIANA 70119
www.noccr.com

Page 1 of 7

CONFIDENTIAL
AZSER12778391

BEST COPY AVAILABLE

Richard L. Gibson, M.D.

**PROFESSIONAL TRAINING, continued:**

| | |
|---|---|
| 1989 – 1991 | Resident in Psychiatry<br>Tulane University Medical Center<br>New Orleans, Louisiana |
| Feb. 1999 | Attended Program for Chiefs of Clinical Services<br>Harvard School of Public Health |
| April 1997 | Attended Advanced Program in Health Care Negotiation and<br>Conflict Resolution<br>Harvard School of Public Health |

**MILITARY STATUS**

| | |
|---|---|
| 1972 – 1974 | Lieutenant Commander<br>United States Navy |

**BOARD CERTIFICATIONS**

| | |
|---|---|
| 1975 | Diplomat, American Board of Internal Medicine (ABIM) |
| 1978 | Diplomat in Nephrology (ABIM) |
| 1995 | Diplomat in Psychiatry |
| 1996 | Added Qualifications in Forensic Psychiatry |
| 2003 | Diploma in Tropical Medicine |

**CURRENT APPOINTMENTS**

| | |
|---|---|
| 2002 - Present | Investigator<br>New Orleans Center for Clinical Research<br>New Orleans, Louisiana |
| 1997 - Present | Associate Clinical Professor of Psychiatry<br>Department of Psychiatry and Neurology<br>Tulane University School of Medicine<br>New Orleans, Louisiana |

**PREVIOUS APPOINTMENTS:**

| | |
|---|---|
| 2000 - 2002 | Clinical Director<br>Mississippi State Hospital<br>Whitefield, Mississippi |



1267

CONFIDENTIAL
AZSER12778392

BEST COPY AVAILABLE

Richard L. Gibson, M.D.

**PREVIOUS APPOINTMENTS, continued:**

| | |
|---|---|
| 1997 - 2000 | Clinical Associate Professor of Medicine (Nephrology) Tulane University School of Medicine New Orleans, Louisiana |
| 1997 – 2000 | Director of Mental Health Services Veteran's Administration Hospital New Orleans, Louisiana |
| 1996 – 1997 | Chief of Psychiatry Veteran's Administration Hospital New Orleans, Louisiana |
| 1994 – 1997 | Clinical Assistant Professor of Medicine Tulane University School of Medicine New Orleans, Louisiana |
| 1992 – 1997 | Assistant Professor of Psychiatry Department of Psychiatry and Neurology Tulane University School of Medicine New Orleans, Louisiana |
| 1992 – 1996 | Associate Director of Residency Education Department of Psychiatry and Neurology Tulane University School of Medicine New Orleans, Louisiana |
| | Consultation Psychiatrist Veteran's Administration Hospital New Orleans, Louisiana |
| 1993 | Consulting Physician Hunt Correctional Facility St. Gabriel, Louisiana |
| 1992 | Visiting Physician Louisiana Health Care Authority New Orleans, Louisiana |
| 1991 | Consulting Physician Feliciana Forensic Facility Jackson, Louisiana |

Page 3 of 7

CONFIDENTIAL
AZSER12778393

BEST COPY AVAILABLE

Richard L. Gibson, M.D.

**PREVIOUS APPOINTMENTS, continued:**

| | |
|---|---|
| 1985 – 1998 | Chief of Nephrology and Director of Dialysis<br>St. Thomas Hospital<br>Nashville, Tennessee |
| 1985 – 1989 | President and Co-Founder<br>Nashville Nephrology Association<br>Nashville, Tennessee |
| 1980 – 1985 | Assistant Clinical Professor of Medicine<br>Vanderbilt University Hospital<br>Nashville, Tennessee |
| 1980 – 1985 | Director of Dialysis<br>Vanderbilt, University Hospital<br>Nashville, Tennessee |
| 1980 – 1985 | Acting Chief, Nephrology Division<br>Vanderbilt University Hospital<br>Nashville, Tennessee |
| 1978 – 1985 | Assistant Professor of Medicine<br>Vanderbilt University Hospital<br>Nashville, Tennessee |
| 1975 – 1976 | Director, Hypertension Clinic<br>Staff Physician, Veterans Administration Hospital<br>New Orleans, Louisiana |
| 1975 – 1976 | Instructor of Medicine<br>Tulane University School of Medicine<br>New Orleans, Louisiana |

**PROFESSIONAL MEMBERSHIPS (past and present):**

American Society of Nephrology
American Psychiatric Association
American Academy of Psychiatry and Law
Davidson County Medical Society
Tennessee Medical Association



1269

CONFIDENTIAL
AZSER12778394

BEST COPY AVAILABLE

Richard L. Gibson, M.D.

**OFFICES HELD:**

| | |
|---|---|
| 1983 | Medico legal Committee, Nashville Academy of Medicine |
| 1980 – 1983 | Board of Directors, Kidney Foundation of Middle Tennessee |
| 1983 | Finance Chairman, End Stage Renal Disease Network 19 |
| 1987 | Chairman, Board of Directors, End Stage Renal Disease Network, |
| 1992-1994 | Committee on Psychiatry & Law and the Ethics Committee, Louisiana Psychiatric Medical Association |

**MEDICAL LICENSURE:**

| | |
|---|---|
| 1971 - Present | Louisiana State Board of Medical Examiners Medicine and Surgery License # 03072R |
| 2000 – Present | Mississippi State Board of Medical Licensure |
| 1970 – Inactive | Kentucky Board of Medical Licensure License # 15870 |

**PRESENTATIONS**

| | |
|---|---|
| Sept, 30,1995 | Ethical Aspects of Physician Assisted Death, Louisiana Psychiatry Medical Association Meeting; Sandestin, Fl |
| 1993, 1994, 1995 & 1996 | Ethical Aspects of Administration in New Dimensions in Mental Health Administration |
| 1999 – 2000 | Practical Clinical Ethics, Internet based CME program |

**PUBLICATIONS**

| | |
|---|---|
| 2001 | Gibson RL, Burch RA; Emotional Disorders and Medical Illness, Chapter 28, Comprehensive Handbook of Psychopathology, Sulker PB; Adams HE 3rd Edition |
| 2000 | Ethics: Practical Aspects. Web based CME Program |

1270

CONFIDENTIAL
AZSER12778395

BEST COPY AVAILABLE

Richard L. Gibson, M.D.

**PUBLICATIONS, continued:**

1999        Tynes LL, Gibson RL; Irritable Bowel Syndrome, Overview of diagnosis and treatment: J La State Medical Society

Tynes LL, Gibson RL, Krane K: Antidepressant Therapy for Depressed Dialysis Patients. (manuscript submitted)

Restraints and Seclusion: Medical and Legal Aspect. (manuscript used for CME audio cassette) With Daniel Winstead, M.D.

1987        Tillman BF, Gibson RL, Stone WJ: "Psoas Abscess in Chronic Dialysis Patients" Journal of Urology, 137.

1986        Gibson RL: "Glomerular Disease in Neoplasia", Chapter 4 Renal Complications of Neoplasia Praeger

1983        Gibson RL: Dialysis, Chapter 8 in W Stone, P Rabin (Eds), End Stage Renal Disease; An Integrated Approach, New York: Academic Press Inc.

Gibson RL, Stone, WJ; Isoniazid encephalopathy in a patient with chronic renal failure

1978        McAllister CJ, Gibson RL: Medical emergencies in dialysis patients. JACRP 7:3.

1968        Braunstein H, Stephens CL, Gibson RL; Secretory granules in medullary carcinoma of the thyroid. Arch Path 85:306-313.

**AWARDS:**

1992, 1993,
1994, 1995    Tulane University School of Medicine, Owl Club Award for Teaching (awarded by medical students)

1994        Outstanding Teacher in Psychiatry (awarded by psychiatry residents)

1271

CONFIDENTIAL
AZSER12778396

BEST COPY AVAILABLE

**Clinical Research Studies:**

|  | **Investigator** |
|---|---|
| Abbott Lab.: | M033-633 |
| Acorda Therapeutics: | RD10F-SR012004 |
| Alcon Research: | C-02-46 |
| Alza Corp.: | C-2003-017; C-2003-018-00; C-2003-019-00 |
| AstraZeneca: | D4003C00029; D1447C00127 |
| Bayer Corp.: | 100484 |
| Biogen: | C-1600 |
| Cubist: | DAP-RN-02-03 |
| Idenix Pharmaceuticals: | NV-02B-005; NV-02B-006 |
| Kissei Pharmaceuticals: | KAD-1229 US02-01 |
| Lilly ICOS, LLC: | H6D-MC-LVFE |
| Merck Co.: | MK-0767/032-00; L-000753721/010-00; 011-00 (L-454560); MK-0869 081-00; L-000224715/008/00 |
| Nabi Pharmaceuticals: | Nabi-1371 |
| ONO Pharmaceuticals: | 2506/US0205 |
| Pfizer, Inc.: | A3921006; A1601087 |
| Proctor & Gamble: | 2002095 |
| RegeneRX : | TB4-02-01 |
| Sanofi-Synthelabo, Inc: | L-8572(ALF-ABEJAC) |
| Schering Plough: | P03312 |
| Sepracor: | 091-014; 091-016; 091-026; 091-013; 091-051 |
| Tap Pharmaceuticals: | M01-394 |
| Wyeth Ayerst: | 3115A-303-US; 3130A1-101-US |
| Zealand: | 01-139 |

1272

CONFIDENTIAL
AZSER12778397

BEST COPY AVAILABLE

D1447C00127: _____ 0116

## CURRICULUM VITAE
### June 2005

**NAME:**

Mark T. Schreiber, M.D., F.A.P.A.
International Clinical Research Associates
Windwood Centre
780 Lynnhaven Parkway, Suite 285
Virginia Beach, Virginia 23452

**TELEPHONE:**

757-368-0672  (Office)
757-368-0674  (Fax)

**EDUCATION:**

Alliance High School
Nebraska
Graduated June 1965

University of Nebraska Medical School
Lincoln Nebraska
Graduated June 1970

Washington University
Medical Degree
St. Louis, Missouri
Graduated June 1975

Barnes Hospital and Washington University of Medicine
Resident in Psychiatry
July 1975-1978

**LICENSURE:**

Virginia State License: 0101029743

**HONORS:**

Listed in "Who's Who In The South and Southwest," 1982 Edition

**CURRENT PROFESSIONAL POSITIONS:**

Psychiatrist
International Clinical Research Associates
Virginia Beach, Virginia
2002 – present

Psychiatrist
Atlantic Psychiatric Services
Virginia Beach, Virginia
1991 - present

**FORMER PROFESSIONAL POSITIONS:**

Instructor, Washington University Medical School
Barnes Hospital,
St. Louis, Missouri
1974 - 1977

1273

CONFIDENTIAL
AZSER12778398

BEST COPY AVAILABLE

**Curriculum Vitae:  Mark T. Schreiber, M.D.**
**August 2004:  Page 2 of 10**

Instructor, Eastern Virginia Medical School
Norfolk, Virginia
1979 - 1981
Associate Clinical Professor
Eastern Virginia Medical School
Norfolk, Virginia
1981 - 1983

Assistant Clinical Professor
Eastern Virginia Medical School
Norfolk, Virginia
1993 - Present

Chairman, Department of Psychiatry
DePaul Hospital
1981 - 1983

Vice-President and Secretary
Hearst, Fischer & Schreiber, Ltd
June 1979 - 1987

Chief
Department of Psychiatry
Medical Center Hospitals
1983

Treasurer
Norfolk Academy of Medicine
1983

Secretary
Norfolk Academy of Medicine
1984

Delegate
State Medical Society
1983-1992

Medical Director
Medial Center Hospitals
Eating Disorder Unit
1984-1986

Medical Director
Hearst, Fischer & Schreiber, Ltd
1984

Consulting Psychiatrist
Lake Taylor City Hospital
1983-1987

1274

CONFIDENTIAL
AZSER12778399

BEST COPY AVAILABLE

Curriculum Vitae: Mark T. Schreiber, M.D.
August 2004: Page 3 of 10

Medical Director
Norfolk Psychiatric Center
Chemical Dependency Unit
1986-1987

Medical Director
Tidewater Psychiatric Institute
Virginia Beach
Chemical Dependency Unit
1987-1988

President
Norfolk Academy of Medicine
1987-1988

Consultant
Tidewater Psychiatric Institute
Virginia Beach
Chemical Dependency Partial Hospitalization Program
1988-1990

Secretary-Treasurer
Virginia Beach Psychiatric Center
1991

Medical Director
Chemical Dependency Unit
Virginia Beach Psychiatric Center
1990-1992

Associate Medical Director
Tidewater Psychiatric Institute-Norfolk
Chemical Dependency Unit
1992-1994

Associate Medical Director
Tidewater Psychiatric Institute-Norfolk
Genesis Treatment Program
1992-1994

Medical Director
Serenity Lodge
Multi-Level Chemical Dependency Center
Chesapeake, Virginia
1993

President of Medical Staff
Tidewater Psychiatric Institute-Norfolk
1993

1275

CONFIDENTIAL
AZSER12778400

BEST COPY AVAILABLE

Curriculum Vitae:  Mark T. Schreiber, M.D.
August 2004:  Page 4 of 10

Medical Director
Virginia Beach Psychiatric Center
Chemical Dependency Program
1994-Present

Psychiatric Consultant
Serenity Lodge
Chesapeake, Virginia
1984-1994

Member
Fellowship Selection Committee
Virginia Psychiatric Society
1993-1998

Vice President of Medical Staff
Norfolk and Virginia Beach Psychiatric Centers
1998-Present

Secretary-Treasurer
Tidewater Academy of Psychiatry
1999-Present

President
Tidewater Academy of Psychiatry
2000-2001

President
Medical Staff
Virginia Beach Psychiatric Center
1999-Present

**SOCIETY MEMBERSHIPS:**

Norfolk Academy of Medicine
American Medical Association
Virginia State Neuropsychiatric Society
American Psychiatric Association (Fellow)
National Association of Clinical Psychiatrists
Tidewater Academy of Psychiatry
American Society of Addictive Medicine
Christian Medical Society

**PROFESSIONAL COMMITTEES:**

DePaul Hospital Executive Committee
1981

Search Committee for Chairman
Department of Psychiatry and Behavioral Sciences

CONFIDENTIAL
AZSER12778401

Curriculum Vitae: Mark T. Schreiber, M.D.
August 2004:  Page 5 of 10

Eastern Virginia Medical School
1980-Present

Legislative Committee
Norfolk Academy of Medicine
1980-Present

Emergency Room Committee
Department of Psychiatry
Norfolk General Hospital
1981

Executive Committee
Norfolk Medical Society
1981-1982

Executive Committee
Norfolk Medical Society
1983-Present

Executive Committee
Medical Center Hospitals
Eating Disorder Unit
1984

Alcohol Rehabilitation Unit Development Committee
DePaul Hospital
1984

Department of Psychiatry
Special IPA Task Force Committee
1983-1985

Medical Society of Virginia
Impaired Physicians Committee
1983-1989

Medical Society of Virginia
Impaired Physicians board
1987-1969

*BIBLIOGRAPHY (Papers):*

Kreitman, N, and Schreiber, M.: "Parasuicide in Young Edinburgh Women", 1968-1973
    "Psychology Med 1979: p 469-479

Young, R. And Schreiber, M.: "Continuous and Categorical Measures of Severity" 10th
    Annual Meeting, American Psychiatric Association, 1980

CONFIDENTIAL
AZSER12778402

BEST COPY AVAILABLE

**Curriculum Vitae: Mark T. Schreiber, M.D.**
**August 2004: Page 6 of 10**

Preskorn, S. and Schreiber, M: "Attitudes Toward Psychiatric Consultations: Effect on Training," J. Psychiatric Treatment and Evaluation, 1982;4:313-316

Preskorn, S. And Schreiber, M: "Attitudes Toward Psychiatric Consultations: Effect on Training," The Annual Meeting, American Psychiatric Association, 1979.

Young, R. And Schreiber, M.: "Mania Ratings at Discharge from Hospital: A Follow-Up" J. Nervous Mental Disorders, 170:638-639, 1982

*BIBLIOGRAPHY (Presentations):*

"Anorexia Nervosa, " Second year dietician's course, Washington University School of Medicine, St. Louis, Missouri, 1975

"Anorexia Nervosa," School of Dieticians, Washington University School of Medicine, St. Louis, Missouri, 1976

"Anorexia Nervosa," School of Psychiatric Nurse Practitioners, Washington University School of Medicine, St. Louis, Missouri, 1977

"The Neuroses, " School of Recreational Therapy, Washington University School of Medicine, St Louis, Missouri, 1977

"Anorexia Nervosa," School of Psychiatric Technician, Washington University School of Medicine, St. Louis, Missouri, 1978

"Anorexia Nervosa," Interdisciplinary Staff Conference, Norfolk, General Hospital, Psychiatric Nursing Division, 1978

"New Frontiers in Psychopharmacology," Tidewater Area Society of Social Workers, Norfolk, Virginia, 1979

"Anti-Psychotic Medications," Second Saturday conference, Eastern Virginia Medical School, Norfolk, Virginia, 1980

"Commitment Procedures in Norfolk and Virginia Beach, " Hearst, Fischer and Schreiber, Ltd., Staff Conferences, Virginia Beach, Virginia, 1980.

"Hypnosis, " Hearst, Fischer and Schreiber, Ltd., Staff Conferences, Virginia Beach, Virginia, 1980. "Hypnosis," Interdisciplinary Staff Conference, Norfolk General Hospital, 1979.

"Electric Shock Therapy," Interdisciplinary Staff Conference, Norfolk General Hospital, 1980.

"Electric Shock Therapy," Interdisciplinary Staff Conference, Norfolk General Hospital, 1981.

"Hypnosis," Interdisciplinary Staff Conference, DePaul Hospital, Norfolk, Virginia, 1981.

"Hypnosis," Tidewater Association of Nurses, Virginia Beach, Virginia, 1981

CONFIDENTIAL
AZSER12778403

BEST COPY AVAILABLE

**Curriculum Vitae: Mark T. Schreiber, M.D.**
**August 2004: Page 7 of 10**

"Use of Paradox and Family Therapy," Hearst, Fischer, Schreiber, Harmatuk and Associates, Staff Conference, Virginia Beach, Virginia, 1983

"Use of Paradox," DePaul Hospital Psychiatric In-service Conference, Norfolk, Virginia, 1883.

"Hypnosis, "DePaul Hospital Medical Conference, Norfolk, Virginia, 1983.

"Multiple Addictions, "Portsmouth Psychiatric Center, Portsmouth, Virginia, 1987.

"Drug Addictions, " Conference on Addictions, Cavalier Hotel, Virginia Beach, 1987.

"Multiple Addictions, "Norfolk Psychiatric Center, Norfolk, Virginia, 1988.

"Spending Addiction," Christian Broadcasting Network, National Television Broadcast, 1989.

"Multiple Addiction, "Conference on Addictions, Holiday Inn, Virginia Beach, 1989.

"Alcohol Dependence: Use of Alcoholics Anonymous in Recovery, "Grand Rounds, Virginia Beach General Hospital, Virginia Beach, Virginia, 1990.

"Drug Addiction in the Elderly, "Grand Rounds, Virginia Beach General Hospital, Virginia Beach, Virginia, 1993.

Lecturer, Virginia Beach Psychiatric Center, "The Recovery Place", 1994-Present.  Series of seven lectures given six times a month at Virginia Beach Psychiatric Center with such topics as substance abuse, detoxification procedures, treatment of psychiatric disorders with psychotropic medications, relationship problems and family complications surrounding substance abuse, grief and loss of issues, and other related topics.

Annual Lecture at Virginia Beach Psychiatric Center on various topics including Antidepressants and Antidepressant Therapy, Dual Diagnosis, Conditions of Alcohol and Drug Addiction plus Psychiatric Disorder. 1998-Present.

Professional Symposium to Family Practitioners - Use of Antidepressants in Chemical Depression. 1998.

Lecture to Portsmouth Community Services.  "Dual Diagnosis."  1999

Dual Diagnosis, Virginia Beach Psychiatric Center, April, 2000

*BIBLIOGRAPHY (Letters to the Editor):*

Schreiber, M.: "Janusian Thinking and Etiological Debates, "American Journal of Psychiatry, 136: 1484, 1979

Schreiber, M.: "Depressive Cognitions, "American Journal of Psychiatry, 135:1570, December 1978

1279

CONFIDENTIAL
AZSER12778404

BEST COPY AVAILABLE

Curriculum Vitae: Mark T. Schreiber, M.D.
August 2004: Page 8 of 10

*CLINICAL RESEARCH TRIALS*

An International, Multicenter, Large Simple Trial (LST) To Compare The Cardiovascular
Safety of XXXX And XXXXXX.                                                      2002

A Randomized, Multi-Center, Parallel-Group, Double-Blind, Placebo-Controlled Study
To Evaluate the Efficacy and Safety of XXXX for the Treatment of Acute Mania
Associated with Bipolar Disorder Type I.                                        2002

A Phase III, Three Week, Multicenter, Randomized, Double-blind, Placebo Controlled,
Parallel-Group Safety and Efficacy Study of Extended-Release XXXXXX in the
Treatment of Bipolar Disorder.                                                  2002

A Prospective, Multi-Center, Open-Label Study of XXXXX in The Management of
Patients With Schizophrenia or Schizoaffective Disorder in General Psychiatric Practices.   2003

A Randomized, Double-Blind, Placebo-Controlled, Risperidone Referenced, Dose Finding,
Study of XXXXX in the Treatment of Schizophrenia.                               2003

A Phase III, Randomized, Double-Blind, Placebo-Controlled Study of Safety and Efficacy
of C-1073 XXXXXX in Patients with Major Depressive Disorder with Psychotic Features
Who are not Receiving Antidepressants or Antipsychotics.                        2003

A Multicenter, Randomized, Double-blind, Placebo-Controlled, fixed-dose, safety and efficacy
Trial Of XXXXX in Outpatient Children and Adolescents with Major Depressive
Disorder.                                                                       2003

A Study of Two Doses of XXXX XX as an Adjunctive Treatment to Risperdal in Male
Outpatients with Schizophrenia and Associated Cognitive Deficits.              2003

A Multi-center, Randomized, Double-Blind, Six Month Study of XXXX Versus XXXX in
the Treatment of Bipolar I Depression.                                          2003

A Multi-Center Double-Blind Randomized, Placebo-Controlled, Six Week, Flexible,
Oral-Dose Clinical Study of XXXXX in The Treatment of Attention Deficit
Hyperactivity Disorder (ADHD).                                                  2003

An 8 Week, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Multicenter,
Fixed Dose Study Comparing the Efficacy and Safety of XXXXXX or XXXXXX to
Placebo In Moderately to Severely Depressed Patients with Major Depressive Disorder.   2003

XXXX/XXXX Combination Versus XXXX in the Treatment of Bipolar I Depression.     2003

Efficacy and Safety of XXXX in Patients with Borderline Personality Disorder:  A
Randomized Flexible Dose Double-Blind Comparison with Placebo.                 2004

CONFIDENTIAL
AZSER12778405

BEST COPY AVAILABLE

**Curriculum Vitae: Mark T. Schreiber, M.D.**
**August 2004: Page 9 of 10**

| | |
|---|---|
| A Randomized, Double-Blind, Placebo-Controlled study of XXXX XR in the Treatment of Adolescents with a Primary Diagnosis of Panic Disorder. | 2004 |
| A Randomized, Double-Blind, Placebo-Controlled Study of Continuation Treatment with XXXX in the Treatment of Adolescents with a Primary Diagnosis of Panic Disorder. | 2004 |
| A Multicenter, Randomized, Parallel-Group, Double-Blind, Phase III Comparison of the Efficacy and Safety of XXXX XXXX to Placebo When Used as Adjunct to Mood Stabilizers in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. | 2004 |
| An Open Label Study to Assess the Long-Term Safety and Tolerability of XXXX XR in the Treatment of Adolescents with Panic Disorder or Anxiety with Panic Attacks. | 2004 |
| A 3-Week, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Study of the Efficacy and Safety of XXXX XXXX in the Treatment of Children and Adolescents With Schizophrenia. | 2004 |
| A 26-Week, International, Multi-Center, Open-Label, Phase IIIb Study of the Safety and Tolerability of XXXX XXXX Immediate-Release Tablets in Daily Doses of 400 mg to 800 mg in Children and Adolescents with Bipolar I Disorder and Adolescents with Schizophrenia. | 2004 |
| A 6-Week, International, Multi-Center, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Phase IIIb Study of the Efficacy and Safety of XXXX XXXX Immediate-Release Tablets in Daily Doses of 400 mg to 800 mg Compared with Placebo in the Treatment of Adolescents with Schizophrenia. | 2004 |
| A Phase III, Randomized, Double-Blind, Multi-Center, Placebo-Controlled, Parallel-Group, Safety and Efficacy Study of XXXX in Adults with Attention-Deficit Hyperactivity Disorder (ADHD). | 2005 |
| A Phase III, Multi-Center, 12-Month, Open-Label, Safety Study of XXXX in Adults With Attention-Deficit Hyperactivity Disorder (ADHD). | 2005 |
| A Phase III, Randomized, Double-Blind, Multi-Center, Placebo-Controlled, Parallel-Group, Forced Dose Titration, Safety and Efficacy Study of XXXX in Adults With Attention-Deficit Hyperactivity Disorder. | 2005 |
| A Double-Blind, Flexible Dose Study of XXXX in Pediatric Patients with Major Depressive Disorder. | 2005 |
| An Open-Label Extension Study of the Safety and Efficacy of XXXX in Pediatric Patients with Major Depressive Disorder. | 2005 |

CONFIDENTIAL
AZSER12778406

BEST COPY AVAILABLE

**Curriculum Vitae: Mark T. Schreiber, M.D.**
**August 2004: Page 10 of 10**

A Double-Blind, Placebo-Controlled Trial of the Safety and Efficacy of XXXX as
Adjunctive Therapy in Alzheimer's Disease.                                        2005

1282

CONFIDENTIAL
AZSER12778407

BEST COPY AVAILABLE

D1447C00127: _____

## CURRICULUM VITAE
### October 2005

**NAME:**

Neil L. Pugach
Medical Director
Brighton Research Group, LLC
Windwood Centre
780 Lynnhaven Parkway, Suite 285
Virginia Beach, Virginia 23452

**TELEPHONE:**

757-368-0672 (Office)
757-368-0674 (Fax)

**EDUCATION:**

**UNDERGRADUATE:**
Connecticut College
New London, Connecticut
Degree: B.A., History of Art
1975

**MEDICAL:**
Boston University School of Medicine
Boston, Massachusetts
Degree: M.D.
1980

**BOARD CERTIFICATION:**

Diplomat, American Board of
Medical Examiners
July, 1981

Diplomat, American Board of
Psychiatry and Neurology
(Neurology) January 1991

**INTERNSHIP:**

Internal Medicine
Virginia Medial Center
Long Beach, California
July 1980 – June 1981

**RESIDENCY:**

Psychiatry
Cedars-Sinai Medical Center
Los Angeles, California
July 1983 – June 1985

1283

CONFIDENTIAL
AZSER12778408

BEST COPY AVAILABLE

Curriculum Vitae: Neil L. Pugach, M.D.
October 2005:  Page 2 of 4

Neurology
Harbor- UCLA Medical Center
Torrance, California
July 1985 – June 1988

*LICENSURE:*

Commonwealth of Virginia License
Medicine and Surgery
0101052787
August, 1995

California Physician's and Surgeon's
License Number G45387
1981 – 1996

DEA License Number AP1223712

*CURRENT*
*PROFESSIONAL POSITIONS:*

Neurologist
International Clinical Research Associates
Virginia Beach, Virginia
2004 – present

Neurologist
Neurological Associates of Hampton Roads
Chesapeake, Virginia
1995 - Present

*FORMER*
*PROFESSIONAL POSITIONS:*

Medical Director
Alzheimer's Disease Clinic
Cedars-Sinai Medical Center
Los Angels, California
1995

General Neurology Practice
Los Angeles, California
1988 – 1995

General Medical Practice
Orange County, California
1981 - 1983

1284

CONFIDENTIAL
AZSER12778409

02/24/2006  08:35    7573684041                BRIGHTON RESEARCH                    PAGE  04

Curriculum Vitae: Neil L. Pugach, M.D.
October 2005: Page 3 of 4

**HOSPITAL**              Chesapeake General Hospital
**AFFILIATIONS:**         Chesapeake, VA

                          Sentara Leigh Hospital
                          Virginia Beach, VA

**BIBLIOGRAPHY (papers):**

Coodley E, Pugach N, Toppo F.
        "Evaluation of Quinidine short and long-acting in control of arrhythmias."
        Angiology 1984 Sep; 35 (9): 581-90

**CLINICAL RESEARCH TRIALS:**

| | |
|---|---|
| A Multicenter, Open-Label, Crossover Study Comparing XXXX with Usual Care Oral Migraine Medications. | 2003 |
| A Phase III, Randomized, Double-Blind, Multicenter, Placebo-Controlled, Parallel-Group, Safety and Efficacy Study of XXXX with an Open-Label Extension in Adults with Attention-Deficit Hyperactivity Disorder (ADHD). | 2004 |
| AIMS (XXXX 12.5mg Time vs. Intensity-Migraine Study) Ortho-McNeil, Phase IV Study, Protocol CAPSS-342. | 2004 |
| A 3-Week, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Study of the Efficacy and Safety of XXXX XXXX in the Treatment of Children and Adolescents With Schizophrenia. | 2005 |
| A 26-Week, International, Multi-Center, Open-Label, Phase IIIb Study of the Safety and Tolerability of XXXX XXXX Immediate-Release Tablets in Daily Doses of 400 mg to 800 mg in Children and Adolescents with Bipolar I Disorder and Adolescents with Schizophrenia. | 2005 |
| A 6-Week, International, Multi-Center, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Phase IIIb Study of the Efficacy and Safety of XXXX XXXX Immediate-Release Tablets in Daily Doses of 400 mg to 800 mg Compared with Placebo in the Treatment of Adolescents with Schizophrenia. | 2005 |
| A Multicenter, Randomized, Parallel-Group, Double-Blind, Phase III Comparison of the Efficacy and Safety of XXXX XXXX  to Placebo When Used as Adjunct to Mood Stabilizers in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. | 2005 |
| A Phase III, Randomized, Double-Blind, Multi-Center, Placebo-Controlled, Parallel-Group, Safety and Efficacy Study of XXXX in Adults with Attention-Deficit Hyperactivity Disorder (ADHD). | 2005 |

CONFIDENTIAL
AZSER12778410

BEST COPY AVAILABLE

02/24/2006  00:35   7573684041              BRIGHTON RESEARCH              PAGE  05

Curriculum Vitae:  Neil L. Pugach, M.D.
October 2005:  Page 4 of 4

A Phase III, Multi-Center, 12-Month, Open-Label, Safety Study of XXXX in Adults
With Attention-Deficit Hyperactivity Disorder (ADHD).                                    2005

A Phase III, Randomized, Double-Blind, Multi-Center, Placebo-Controlled,
Parallel-Group, Forced Dose Titration, Safety and Efficacy Study of XXXX in Adults
With Attention-Deficit Hyperactivity Disorder.                                           2005

A Double-Blind, Placebo-Controlled Trial of the Safety and Efficacy of XXXX as
Adjunctive Therapy in Alzheimer's Disease.                                               2005

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group,             2005
Multicenter Study to Assess The Long Term Efficacy and Safety Of XXXX
in Primary Elderly Insomnia Patients with Sleep Maintenance Difficulties

A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of Two Fixed        2005
Oral Doses of XXXX (10mg and 30mg) in the treatment of Child and Adolescent
Patients in the Treatment of Child and Adolescent Patients, 10-17 Years, with Bipolar
Disorder, Manic or Mixed Episode with or without Psychotic Features

A Multicenter, Open-Label, Safety and Tolerability Study of Flexible Dose Oral XXXX   2005
(2mg-30mg) in the Treatment of Adolescent Patients with Schizophrenia, and Child and
Adolescent Patients with Bipolar I Disorder, Manic or Mixed Episode

XXXX Versus XXXX and Placebo in the Treatment of Mild to Moderate Mania              2005
Associated with Bipolar I Disorder

A Randomized, Double-Blind, Placebo-Controlled, Multicenter Phase III Study to        2005
Evaluate the Efficacy and Safety of XXXX 0.5mg Once Daily and 0.5mg Twice Daily
for 12 Weeks for the Treatment of Opioid-Induced Bowel Dysfunction in Adults" Taking
Opioid Therapy for Persistent Non-Cancer Pain.

A Randomized, Double-Blind Placebo Controlled, Multicenter Phase III Study to         2005
Evaluate the Long Term Safety of XXXX 0.5mg Twice Daily for 12 months
for the Treatment of Opioid Induced Bowel Dysfunction in Adults taking Opioid
Therapy for Persistent Non-Cancer Pain

A Phase III Multicenter, Randomized, Double Blind, Placebo Controlled Study of the    2005
Effect of Daily Treatment with XXXX on Measures of Cognitions, Activities of daily
Living and Global and Global Function in Subjects with Mild Dementia of the
Alzheimer's Type

NL 10/25/05

1286

CONFIDENTIAL
AZSER12778411

BEST COPY AVAILABLE

D1447C00127: _____ 0118

## Curriculum Vitae

| | |
|---|---|
| Full Name: | Valentin Isacescu, M.D. |
| Position Title: | Principal Investigator |
| Address 1: | Optimum Health Services |
| | 3998 Vista Way, Suite F |
| | Oceanside, CA 92056 |
| Address 2: | Tri-City Medical Center |
| | 4002 Vista Way |
| | Oceanside, CA 92056 |
| Telephone Number: | 760-631-3056 |
| Facsimile Number: | 760-726-5540 |

*Education:*

| Institution & Location | Degree | Year Conferred | Field of Study |
|---|---|---|---|
| Bucharest Institute of Medicine and Pharmacy, School of General Medicine, Bucharest, Romania | M.D. | 1980 | General Medicine |

*Research and Professional Experience:*

| Position | Institution/Employer & Location | Dates of Employment |
|---|---|---|
| Principal Investigator/ Assistant Medical Director | Optimum Health Services, Oceanside, CA | 10/03-Present |
| Sub-Investigator/Principal Investigator, Clinical Trials | Behavioral and Medical Research (BMR) | 03/02-10/03 |
| Medical Director of Alcohol and Drug Treatment Program (ADTP) at the VA Medical Center/ Assistant Clinical Professor | Department of Psychiatry at the University of California, San Diego | 07/01-06/02 |
| Private practice, Adult psychiatry | | 06/01-Present |
| McDonald Center for Alcoholism and Drug Addiction--Inpatient detoxification treatment | Scripps Memorial Hospital La Jolla, | 09/00-Present |
| Private patient inpatient coverage as needed | TriCity Medical Center | 09/00-Present |
| Day treatment and outpatient psychiatry | Mental Health Systems (MHS), Pegasus West | 05/01-03/02 |
| Outpatient psychiatry | Scripps Outpatient Medical Health Unit | 08/00-06/01 |
| Sub-investigator, Clinical Trials | Behavioral and Medical Research (BMR) | 01/00-08/00 |
| Fourth Year Resident- Senior Resident in Alcohol and Drug Treatment Program (ADTP) at the VA Medical Center | UCSD Psychiatry Residency Training Program, UCSD School of Medicine, Department of Psychiatry | 07/00-06/01 |
| Third Year Resident | UCSD Psychiatry Residency Training Program, UCSD School of Medicine, Department of Psychiatry | 07/99-06/00 |
| 4 weeks of inpatient psychiatry, 5 weeks of child and adolescent psychiatry. | | 04/99-06/99 |

1

Valentin Isacescu, M.D.                Curriculum Vitae: July 1, 2005

1287

CONFIDENTIAL
AZSER12778412

BEST COPY AVAILABLE

| Second Year Resident | UCSD Psychiatry Residency Training Program, UCSD School of Medicine, Department of Psychiatry | 07/97-06/98 |
|---|---|---|
| First Year Resident | UCSD Psychiatry Residency Training Program, UCSD School of Medicine, Department of Psychiatry | 06/96-06/97 |
| Staff Research Associate | UCLA School of Medicine, Department of Medicine, Division of Clinical Immunology and Allergy, Laboratory of Cellular Immunology and Cytometry. | 05/88-06/94 |
| M.D., Post-Doctoral Fellowship (NIH Training Grant) | UCLA School of Medicine, Department of Microbiology and Immunology. | 05/86-04/88 |
| M.D. Chief General Practice | Calarasi County Outpatient Clinic, Roseti, Romania | 10/83-09/84 |
| M.D. | Resident in Training Calarasi County Hospital, Calarasi, Romania: | 09/80-09/83 |

**Other Professional Experience:**
**06/81-05/82:** Research at the Allergy and Immunology Institute, under the supervision of Professor Ervant Seropian M.D., in a study concerning the efficacy of the new Romanian drug, Bronhodin, a microbial suspension containing the most frequent microorganisms in the etiology of the allergic respiratory diseases, in general, and of infectious bronchial asthma, in particular.

**01/80-06/80:** Research in the Department of Infectious Diseases and Epidemiology, under the supervision of Professor Marin Voiculescu M.D., in a project concerning the characteristics of obstructive jaundice in the neoplasm of hepatopancreatic ampulla (papilla of Vater) and the association between the clinical symptoms and the liver Computed Tomography (CT) scans in individual clinical cases.

**07/79-12/79:** Research in the Department of Obstetrics and Gynecology, Bucharest School of General Medicine, under the supervision of Professor Henriette Ciortoloman M.D., in a project concerning uterine dynamics.

**01/77-06/77:** Research in the Department of Microbiology, Virology & Parasitology, Bucharest School of General Medicine, under the supervision of Professor Marasel Georgescu M.D., in the area of human neoplastic DNA viruses.

**Certifications:**
Social Anxiety Scale for Children; Blood Pressure Measurement Certificate; Childhood Depression Rating Scale; PANNS; Libowitz Social Anxiety Scale for Children; HAM-A; COVI-RASKIN Scale; Panic Disorder Severity Scale; HAM-D; Panic and Agoraphobia Scale; Modified Sheehan; Panic and Anticipatory Anxiety Scale (PASS); ADAS; Clinical Depression Rating Scale; MINI Mental; ADCS-MCI Activities of Daily Living Inventory; Simpson Angus rating scale; Abnormal involuntary movement scale (AIMS);Y-BOCS; NPI; MMSE

**Memberships:**
American Medical Association (AMA) Member since 1989.
California Medical Association (CMA) Member since 1997.
American Psychiatric Association (APA) Member since 1997.
San Diego Psychiatric Society (SDPS) Member since 1997.

**Languages Spoken:**
English, Romanian, and French.

2

Valentin Isacescu, M.D.                                    Curriculum Vitae: July 1, 2005

CONFIDENTIAL
AZSER12778413

BEST COPY AVAILABLE

**Publications:**

1. Plaeger-Marshall, S., Hausner, M.A., Isacescu, V., & Giorgi, J.V.  CD-8 T-cell-mediated inhibition of HIV replication in HIV infected adults and children.  AIDS Research and Human Retroviruses 1992; Aug,8(8):1375-1376.

2. Chou, C.C., Gudeman, V., O'Rourke, S., Isacescu, V., Detels, R., Williams, G.J., Mitsuyasu, R.T., Giorgi, J.V., & the Los Angeles Multicenter AIDS Cohort Study.  Phenotypically defined memory CD-4+ cells are not selectively decreased in chronic HIV disease.  Journal of Acquired Immune Deficiency Syndrome, 1994 Jul,7(7):665-75.

3. Shau, H., Isacescu, V., Ibayashi, Y., Tokuda, Y., Golub, S.H., Fahey, J.L., & Sarna, G.P.  A Pilot study of intralymphatic Interlukin-2.  I. Cytotoxic and surface marker changes of peripheral blood lymphocytes.  Journal of Biological Response Modifiers 1990 Feb,9(1):71-80.  Raven Press, Ltd., New York.

4. Plaeger-Marshall, S., Isacescu, V., O'Rourke, S., Bertolli, J., Bryson, Y.J., & Stiehm, E.R.  T-cell activation in pediatric AIDS pathogenesis: three-color immunophenotyping.  Clinical Immunology and Immunopathology, 1994 Apr,71(1):19-26.

5. Schmid, I., Gayle, C.B., Jacobs, E.L., Isacescu, V., Neagos, N., Giorgi, J.V., & Glaspy, J.A.  Alterations in phenotype and cell surface antigen expression levels of human monocytes:  Differential response to in vivo administration of rhM-CSF or rhGM-CSF.  Accepted for publication Jan. 24,1995.  Cytometry, 1995, 20:00-00.

6. Storek, J., Ferrara, S., & Isacescu, V.  Blood B cell subpopulations.  The effect of narrow versus wide forward scatter x side scatter gating [letter].  Journal of Immunological Methods, 1992, Nov 25, 156(1):129-133.

7. Clement, L.T., Isacescu, V., Champlin, R., Giorgi, J.V., & Bradley, G.  Differentiation of CD4+ T cells subpopulations after allogeneic bone marrow transplantation.  To be published.

8. Clement, L.T., Isacescu, V., Feig, S., & Bradley, G.  Phenotypic and functional characteristics of the CD4+ T cells appearing after bone marrow transplantation for the immunologic reconstitution of severe combined immunodeficiency.  To be published.

**Abstracts:**

1. Plaeger-Marshall, S., **Isacescu, V.,** Bertolli, J., O'Rourke, S., Aziz, N., Dillon, M., Wafer, D., Giorgi, J.V., Boyer, P.J., & Bryson, Y.J.  Serial studies of immune activation in HIV+ and control pregnant women.  Abstract published in Journal of Cellular Biochemistry.  Supplement 17E, pp.99, 1993.

2. Clement, L.T., **Isacescu, V.,** Champlin, R., Giorgi, J.V., & Bradley, G.  Differentiation of CD4+ T cells subpopulations after allogeneic bone marrow transplantation.  Abstract published in Clinical Research.  Vol. 38:432A, 1990.

3. Clement, L.T., **Isacescu, V.,** Feig, S., & Bradley, G.  Phenotypic and functional characteristics of the CD4+ T cells appearing after bone marrow transplantation for the immunologic reconstitution of severe immmunodeficiency.  Abstract published in Pediatric Research.  Vol. 27:155A, 1990.

**Clinical Trials Experience:**

*Protocol Number: R092670-PSY-1002 Open-Label, Parallel, Randomized Study to Explore the In Vitro/In Vivo Correlation of Paliperidone Palmitate Long-Acting Formulations and the Comparability of the F011 and F013 Formulations in Subjects with Schizophrenia.*

3

1289

CONFIDENTIAL
AZSER12778414

BEST COPY AVAILABLE

*Protocol Number: R076477-SCH-1009 A Placebo- and Positive-Controlled, Randomized Study Evaluating QT and QTc Intervals Following Administration of Immediate-Release Paliperidone in Subjects with Schizophrenia or Schizoaffective Disorder*

*Protocol Number: SPD465-301 A Phase III, Randomized, Double-blind, Multi-center, Placebo-controlled, Parallel-Group, Safety and Efficacy Study of SPD465 with an Open-label Extension in Adults with Attention-Deficit Hyperactivity Disorder (ADHD)*

*Protocol Number: SPD465-304: A Phase III, Multi-center, 12-month, Open-label Safety Study of SPD465 in Adults with Attention-Deficit Hyperactivity Disorder (ADHD)*

*Protocol Number: DOV-075-022-US A Multi-Center, Standard of Care-Controlled Study to Evaluate the Long-Term Safety of Bicifadine for the Treatment of Chronic Low Back Pain*

*Protocol Number: A7501005 A Phase III, Randomized, Placebo Controlled, Double Blind Trial Evaluating the Safety and Efficacy of Sublingual Asenapine vs. Olanzapine and placebo in In-Patients with an Acute Manic Episode.*

*Protocol Number: A7501006 A Double-Blind, 9 Week Extension Study Evaluating the Safety and Maintenance of Effect of Asenapine vs. Olanzapine in the Treatment of Subjects With Acute Mania*

*Protocol Number: R092670-PSY-3004 "A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Dose-Response Study to Evaluate the Efficacy and Safety of 3 Fixed Doses (25 mg eq, 50 mg eq, and 100 mg eq) of Paliperidone Palmitate in Subjects With Schizophrenia"*

*Protocol Number: R076477-SCH 304 A randomized, double-blind, placebo- and active-controlled, parallel group, dose-response study to evaluate the efficacy and safety of 2 fixed dosages of extended release OROS Paliperidone (6 and 12 mg/day) and Olanzapine (10 mg.day), with open-label extension, in the treatment of subjects with Schizophrenia*

*Protocol Number: RO76477-SCH 704 " An Open-Label Extension to R076477-SCH 304 Study (A Randomized, Double-Blind, Placebo- and Active-Controlled ,Parallel Group, Dose Response Study to Evaluate the Efficacy and Safety of 2 Fixed Dosages of Extended Release OROS Paliperidone (6 and 12 mg/day) and Olanzapine (10 mg.day), with Open-Label Extension, In The Treatment of Subjects with Schizophrenia)." 52 Week Extension Study*

*A Double-Blind, Multicenter, Randomized, Placebo-Controlled, Parallel Group Study of Efficacy and Safety of ORG 33062 ER and Paroxetine in Subjects who suffer from Major Depressive Disorder with Atypical Features: Organon*

*Protocol Number: F1D-MC-S014 Insulin Sensitivity in Patients with Schizophrenia or Schizoaffective disorder Treated with Olanzapine and Risperidone*

*Protocol Number: H6P-MC-HDAO The Study of Olanzapine plus Fluoxetine in Combination for Treatment-Resistant Depression Without Psychotic Features*

*Protocol Number: 01-04-TL-375-041 A Randomized, Double-Blind, Placebo-Controlled Study to Assess the Subjective Response to Treatment with Ramelteon (TAK-375) in Adult Subjects With Chronic Insomnia by Utilizing an Interactive Voice Response System (IVRS) For Collecting Diary Data*

*Protocol Number: RIS BIM-3003 A Randomized, Double-Blind, Placebo-Controlled Study to Explore the Efficacy and Safety of Risperidone Long-Acting Intramuscular Injectable in the Prevention of Mood Episodes in Bipolar I Disorder, with Open-Label Extension*

*Protocol Number: NRP 104.301 A Phase 3, Randomized, Multi-Canter, Double-Blind, Parallel-Group, Placebo-Controlled Study of New River 104 in Children Aged 6-12 with Attention Deficit Hyperactivity Disorder (ADHD)*

---

4

Valentin Isacescu, M.D.                                          Curriculum Vitae: July 1, 2005

CONFIDENTIAL
AZSER12778415

BEST COPY AVAILABLE

*Protocol Number: NRP 104.302 A Two-Year, Open-Label, and Single-Arm Study of NRP104 30 mg, 50 mg, or 70 mg Per Day in Children Aged 6-12 years with Attention Deficit Hyperactivity Disorder (ADHD)*

*Protocol Number: GSK SCA-30926 Phase 3: A Multi-Center, Double-blind, Placebo-controlled, Randomized, Parallel Group Evaluation of the Efficacy of a Flexible Dose of Lamotrigine versus Placebo As Add-On Therapy In Schizophrenia IND # 49,916*

*Protocol Number: RIS-DEP-401 A double-blind, randomized, prospective trial to evaluate the efficacy and safety of adjunctive Risperidone versus placebo in subjects with Major Depressive Disorder with suboptimal response to standard antidepressant therapy.*

*Protocol Number: MK-0928 003-00 A Double-Blind, Multicenter, Placebo-Controlled, Parallel-Groups Efficacy and Safety Extension Study of MK-0928 in the Treatment of Adult Outpatients with Primary Insomnia.*

*Protocol Number: MK0928 005-00 A 12 month, Randomized, Double Blind, Placebo Controlled, Parallel Groups, Multi Center Long Term Safety Study of MK-0928 in the Treatment of Elderly Outpatient With Primary Insomnia*

*Protocol Number: EFC2724 A randomized, multi center, double blind, placebo controlled, 18 month study of the efficacy of Xaliproden in patients with mild to moderate dementia of the Alzheimer's type*

*Protocol Number: RIS-ANX-301 A double-blind, randomized, prospective, study to evaluate adjunctive risperidone versus adjunctive placebo in Generalized Anxiety Disorder sub-optimally responsive to standard psychotropic therapy*

*Protocol Number: AK130940 A Multi-Centre, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Flexible Dose Study to Evaluate the Efficacy, Safety and Tolerability of Extended-Release Bupropion Hydrochloride (150mg-300mg once daily) in elderly Subjects with Major Depressive Disorder*

*Protocol Number: D1447C00135 A Confirmatory Multicenter, Double-Blind, Randomized, Placebo-Controlled Study of the Use of Quetiapine Fumarate (SEROQUEL) in the Treatment of Patients with Bipolar Depression*

*Protocol Number: 1198.052 A Phase II Double-Blind, Randomized, Dose-ranging, Placebo-Controlled, Multicenter, Safety and Efficacy Evaluation of Three Doses of NS 2330 In Patients with Mild to Moderate Dementia of the Alzheimer's Type*

*A Double-Blind, Multi-Center Extension Trial in Subjects who suffer from Major Depressive Disorder with Atypical Features who participated in the Paroxetine Placebo-Controlled Study of ORG 33062 ER: Organon*

*Protocol D1447C00127A Multi-center, Randomized, Parallel-group ,Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers in the maintenance Treatment of Bipolar I Disorder in Adult Patients.:AstraZeneca*

*Protocol NBI-34060-MR-0306 A Phase III, Randomized, Double Blind, Placebo-Controlled, Outpatient Study to Assess the Efficacy and Safety of Two Dose Levels of Modified Release Formulation of NBI-34060 in Elderly Primary Insomnia patients with Sleep maintenance Difficulties.:Neurocrine*

*Protocol 1198.052 A Phase II Double Blind, Randomized, Dose-Ranging, Placebo-Controlled, Multi-center, Safety and Efficacy Evaluation of Three Doses of NS 2330 in Patients with Mild to Moderate Dementia of th Alzheimer's Type. Boehringer Ingelheim*

5

Valentin Isacescu, M.D.                                                 Curriculum Vitae: July 1, 2005

CONFIDENTIAL
AZSER12778416

BEST COPY AVAILABLE

*Protocol AK130926 A Multicenter, Double-blind, Randomized, Placebo-Controlled Comparison of the Effects on Sexual Functioning of Extended-Release Bupropion Hychloride and Escitalopram in Outpatients with Moderate to Severe major Depression over an Eight-Week Treatment Period. GlaxoSmithKline*

*Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Venlafaxine Extended-Release Capsules in Adult Outpatients with Panic Disorder*
*Fixed Dose Continuation Study of Escitalopram in the Treatment of Depressed Non-responders*

*Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Venlafaxine ER in Adolescent Outpatients with Social Anxiety Disorder*

*A Multi-Center, Double-Blind, Randomized Comparison of the Efficacy and Safety of Sustained-Release Formulation Quetiapine Fumarate (Seroquel™) and Placebo in the Treatment of Patients with Schizophrenia*

*A Randomized, Double-Blind, Placebo-Controlled Trial to Evaluate the Efficacy and Safety of Galantamine in Subjects with Mild Cognitive Impairment (MCI) Clinically at Risk for Development of Clinically Probable Alzheimer's Disease*

*Placebo-Controlled Olanzapine Monotherapy in the Treatment of Bipolar I Depression*

*The Assessment of Sibutramine for the Treatment of Olanzapine-Associated Weight Gain in Patients with Schizophrenia, Schizophreniform Disorder, Schizoaffective Disorder, and Bipolar I Disorder*

*Randomized, Double-Blind, Placebo-Controlled Parallel Study of the Efficacy and Safety of Zopiclone in the Treatment of Adult Subjects with Primary Insomnia Followed by Optional Open-Label Chronic Dosing for One Year*
*Olanzapine Versus Ziprasidone in the Treatment of Schizophrenia*

*A Double-Blind, Placebo-Controlled, Dose-Ranging Study of Fixed-Doses of Oral OPC-14523 and Prozac in the Treatment of Outpatients with Moderate Depression*

*A Double-Placebo and active controlled, dose-ranging study of SL65.1498-00, 3 doses (5, 15, 50mg per day) and Lorazepam (3mg/day) in out-patients with Generalized Anxiety Disorder*

*A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Memantine in Patients with Mild to Moderate Dementia of the Alzheimer's Type*

*A Double-Blind, Placebo-Controlled, Multicenter Study of the Long Term Efficacy of MK-0869 in the Maintenance of Antidepressant Effect in Geriatric Outpatients with Major Depressive Disorder*

*The Addition of Ziprasidone to Sertraline in Treatment Resistant Depression without Psychotic Features*

*A Double-Blind, Placebo-Controlled, Parallel-Group Study of Adderall XR in Adults with Attention Deficit Hyperactivity Disorder*

*Topiramate Versus Placebo as Add-on Treatment in Subjects with Bipolar Disorder in the Outpatient setting*

*A Randomized, Open-Label, Rater-Blinded, Assessment of Optimal Treatment Change Strategy to Risperidone For Patients Intolerant of Olanzapine (Risperidone Rescue Study)*

*A Long-Term Extension Study Evaluating the Safety and Tolerability of BID and QD Administration of Memantine in Patients with Mild to Moderate Dementia of the Alzheimer's Type*

---

6

Valentin Isacescu, M.D.                                    Curriculum Vitae: July 1, 2005

CONFIDENTIAL
AZSER12778417

BEST COPY AVAILABLE

*A Randomized, Double-Blind, Placebo-Controlled, Dose-Response Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060 in Elderly Patients with Chronic Sleep Maintenance Insomnia*

*Single-dose, Double-Blind, Place-controlled, Randomized, Parallel-design, Oral Dose Response Study of PG-118415 in the Treatment of Acute Migraine Headache with or without Aura*

*The Addition of Ziprasidone to Sertraline in Treatment Resistant Depression without Psychotic Features*

*Single-dose, Double-blind, Placebo-controlled, Randomized, Parallel- design, Oral Dose (1.2 mg, 0.8 mg, 0.4mg, and 0.2 mg) Response Study of PG-118415 in the Treatment of Acute Migraine Headache With or Without Aura*

*Double-Blind Fixed Dose Comparison of the Safety and Efficacy of 20 mg/day Escitalopram and 225 mg/day Venlafaxine XR in the Treatment of Major Depressive Disorder.*

*A Randomized, Double-Blind, Placebo-Controlled, Dose-Response Study to Assess the Efficacy and Safety of Modified Release Formulation of NBI-34060 in Elderly Patients with Chronic Sleep Maintenance Insomnia*

*A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of 12 Weeks of PROVIGIL® (Modafinil) Therapy at a Dose of 200 mg as Treatment for Adults With Excessive Sleepiness Associated With Chronic Shift Work Sleep Disorder, Followed by a 12-Month Open-Label Extension Period*

*A Randomized, Double-Blind, Placebo-Controlled, Risperidone Referenced, Dose Finding Study of DU127090 in the Treatment of Schizophrenia*

*A Open-Label, Blinded-Rater, Randomized, 10-Week Study to Evaluate the Safety and Efficacy of Flexible Doses of GABITRIL™ (tiagabine hydrochloride) with PAXIL™ (Paraxetine HCL) as a Positive Control in Patients with Generalized Anxiety Disorder*

*Use of Modafinil As a Therapy for Side Effects In Patients with Schizophrenia or Schizoaffective Disorder Treated With Antipsychotics Protocol for Study C1538a/630/SZ/US*

*Study to Evaluate the Efficacy, Safety and Maintenance Effect of Risperidone Augmentation of SSRI Monotherapy in Young and Older Adult Patients with Unipolar Treatment Resistant Depression*

*Phase III Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study to Assess the Efficacy and Safety of NBI-34060 in Adults with Primary Insomnia*

*Comparison of Efficacy and Safety of Zolpidem-MR 6.25 mg and placebo in elderly patients with primary insomnia. A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Study*

*Multi-Centre, Double-Blind, Three Arm, Parallel Group Study Comparing the Efficacy of Immediate Release Methylphenidate (Ritalin®) and Modified Release Methylphenidate with Placebo in Children with Attention-Deficit/Hyperactive Disorder*

*Phase III, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060 in Elderly Primary Insomnia Patients with Sleep Maintenance Difficulties*

*A Randomized, Double-Blind, Placebo and Active Controlled, Parallel-Group, Dose Response Study to Evaluate the Efficacy and Safety of Two Fixed Dosages of Extended Release OROS Paliperidone (6 and 12mg/day) and Olanzapine (10mg/day), with Open-Label Extension, in the Treatment of Subjects with Schizophrenia; FDA IND # 65,850*

---

7

| Valentin Isacescu, M.D. | Curriculum Vitae: July 1, 2005 |
|---|---|

CONFIDENTIAL
AZSER12778418

BEST COPY AVAILABLE

*Time Periods Not Listed Above:*

*July 1998-April 1999:* I studied full time for Step 3 of the United States Medical Licensing Examination (U.S.M.L.E.), which I passed in December 1998. This allowed me to apply for licensure in the State of California, which I obtained in April 1999.

*August 1994-June 1996:* I resigned from my position at U.C.L.A. in order to dedicate my full attention to study for Step 2 of the U.S.M.L.E., which I passed in March 1995. I also enrolled in the National Resident Matching Program (N.R.M.P.) and started the application process for the first year of residency program (PGY-1).

*January 1985-February 1986:* In January 1985 I entered the U.S.A. as a political refugee. That year I settled in and began gathering materials and studying for the (U.S.M.L.E.) formerly offered as E.C.F.M.G and F.L.E.X. examinations. I also began to search for a job, which I found in March 1986, at U.C.L.A.

Valentin Isacescu, M.D.                                     Curriculum Vitae: July 1, 2005

CONFIDENTIAL
AZSER12778419

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae



# CURRICULUM VITAE

## JOACHIM D. RAESE, M.D.

### *PROFESSIONAL EXPERIENCE*

| | |
|---|---|
| 4/2002 to Present | **Behavioral Health 2000, LLC**<br>5945 Brockton Avenue<br>Riverside, CA 92506<br>Phone: (909) 684-9905<br>Fax:    (909) 684-9907<br>Website:  www.behavioralhealth2000.com<br>E- Mail:  jr@behavioralhealth2000.com<br>Medical Director and Founder |
| 4/2002 to Present | **Dr. Raese and Associates**<br>5945 Brockton Avenue<br>Riverside, CA 92506<br>Phone: (909) 684-9905<br>Fax:    (909) 684-9907<br>Medical Director and Founder |
| 4/2002 to Present | **Dr. Raese and Medical Associates, Inc.**<br>5945 Brockton Avenue<br>Riverside, CA 92506<br>Phone: (909) 684-9905<br>Fax:    (909) 684-9907<br>Medical Director and Founder |
| 1999 to 3/2002 | **Behavioral Health 2000, LLC**<br>5887 Brockton Avenue, Suite 200<br>Riverside, CA 92506<br>Phone: (909) 684-9905<br>Fax:    (909) 684-9907<br>Medical Director and Founder |

Joachim D. Raese, M.D.                              8/1/03
                                                    Date

Revised:   7/31/2003                Page 1 of 22

1295

CONFIDENTIAL
AZSER12778420

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

| | |
|---|---|
| 9/27/2002 to Present | **Dr. Channah and Associates**<br>40690 California Oaks Road, Suite B<br>Murrieta, CA 92562<br>Sub- Investigator |
| 9/1/2002 to 9/26/2002 | **Dr. Channah and Associates**<br>36243 Inland Valley Drive, Suite 260<br>Wildomar, CA 92595<br>Sub- Investigator |
| 2001 to Present | **Imdad N. Yusufaly, M.D.**<br>36243 Inland Valley Drive, Suite 60<br>Wildomar, CA 92595<br>Sub- Investigator |
| 2001 to 3/2002 | **Dr. Raese and Medical Associates, Inc.**<br>5887 Brockton Avenue, Suite 200<br>Riverside, CA 92506<br>Phone: (909) 684-9905<br>Fax:    (909) 684-9907<br>Medical Director and Founder |
| 2001 to 3/2002 | **Dr. Raese and Associates**<br>5887 Brockton Avenue, Suite 200<br>Riverside, CA 92506 |
| 2001 to Present | **Behavioral Health 2000, LLC**<br>41707 Winchester Road, Suite 205<br>Temecula, CA 92590 |
| 2001 to Present | **Dr. Raese and Medical Associates, Inc.**<br>41707 Winchester Road, Suite 205<br>Temecula, CA 92590 |
| 1998 to Present | **Dr. Raese and Medical Associates, Inc.**<br>736 North State Street<br>Hemet, CA 92543 |
| 2001 to Present | **Canyon Ridge Hospital**<br>5353 G Street<br>Chino, CA 91710<br>Active Staff, Psychiatrist |

Revised:   7/31/2003                    Page 2 of 22

CONFIDENTIAL
AZSER12778421

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

| | |
|---|---|
| 1998 to 2001 | **Dr. Raese and Associates**<br>25095 Jefferson Avenue, Suite 202<br>Murrieta, CA 92562 |
| 1998 to Present | **Knollwood Psychiatric and Chemical Dependency Center**<br>5990 Brockton Avenue<br>Riverside, CA 92506<br>Active Staff, Psychiatrist |
| 1996 to 1999 | **Corona Regional Medical Center**<br>800 South Main Street<br>Corona, CA 91720<br>Medical Director, Partial Hospitalization Program |
| 1996 to 1999 | **Affiliated Research Institute, Inc.**<br>Corona, CA 91720<br>Sub- Investigator, Psychiatry |
| 1997 to 1998 | **Hemet Psychiatric and Addictions Group**<br>1117 East Devonshire<br>Hemet, CA 92543<br>Medical Director |
| 1996 to 1997 | **Canyon Ridge Hospital**<br>5353 G Street<br>Chino, CA 91710<br>Staff Psychiatrist |
| 1995 To Present | **Domestic Violence Program, Inland Valley**<br>Medical Director |
| 1995 to 1998 | **Chemical Dependency Program, Inland Valley**<br>Medical Director |
| 1994 to 1995 | **Sharp Healthcare**<br>Murrieta, CA 92562<br>Medical Director, Behavioral Health Program |
| 1993 to 1998 | **Murrieta Psychiatric and Addictions Group**<br>Murrieta, CA 92562<br>Medical Director |
| 1992 to 1995 | **Menifee Valley Medical Center**<br>28400 McCall Boulevard<br>Sun City, CA 92585<br>Consulting Psychiatrist |

Revised:   7/31/2003                     Page 3 of 22

CONFIDENTIAL
AZSER12778422

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

| | |
|---|---|
| 1991 to 1995 | **Palomar Medical Center**<br>555 East Valley Parkway<br>Escondido, CA 92025<br>Consulting Psychiatrist |
| 1991 to 1995 | **Circle City Medical Center**<br>730 Magnolia Avenue<br>Corona, CA 92879<br>Consulting Psychiatrist |
| 1990 to 1996 | **Charter Behavioral Health Systems of Southern California**<br>2055 Kellogg Avenue<br>Corona, CA 92879<br>Medical Director |
| 1985 to 1990 | **Dallas Veteran's Administration Medical Center**<br>4500 South Lancaster Road<br>Dallas, TX 75216<br>Medical Director, Schizophrenia Research Center |
| 1984 to 1990 | **Dallas Veteran's Administration Medical Center**<br>4500 South Lancaster Road<br>Dallas, TX 75216<br>Medical Director, STDU |
| 1982 to 1990 | **The University of Texas Southwestern Medical Center, Southwestern Medical School**<br>5323 Harry Hines Boulevard<br>Dallas, TX 75390<br>Clinical Psychiatry and Neurology Department<br>Assistant Professor |
| 1982 to 1988 | **Dallas Veteran's Administration Medical Center**<br>4500 South Lancaster Road<br>Dallas, TX 75216<br>Staff Psychiatrist |

## *LICENSURE*

| | |
|---|---|
| Medical License: | California, USA- # A33990 |
| DEA (BNDD): | # BR2385929 |

Revised:    7/31/2003              Page 4 of 22

1298

CONFIDENTIAL
AZSER12778423

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

## *PROFESSIONAL TRAINING*

| | |
|---|---|
| 1981 to 1982 | **Stanford University, School of Medicine**<br>300 Pasteur Drive<br>Stanford, CA 94305<br>Residency in Psychiatry |
| 1980 to 1980 | **Stanford University, Stanford University Clinic**<br>300 Pasteur Drive<br>Stanford, CA 94305<br>Residency in Psychiatry |
| 1979 to 1981 | **Veteran's Administration Medical Center**<br>3801 Miranda Avenue<br>Palo Alto, CA 94304<br>Residency in Psychiatry |
| 1979 to 1979 | **Stanford Hospital, Stanford University Medical Center**<br>401 Quarry Road<br>Stanford, CA 94305<br>Internship, Psychiatry |
| 1978 to 1979 | **Santa Clara Medical Center**<br>Santa Clara, CA 95051<br>Internship, Psychiatry |
| 1971 to 1972 | **Humbolt Hospital**<br>West Berlin, Germany<br>Internship, Psychiatry |
| 1967 to 1971 | **Hamburg University, School of Medicine**<br>Hamburg, Germany<br>Medical Degree |
| 1964 to 1967 | **University of Hamburg**<br>Hamburg, Germany<br>Bachelor of Science |

Revised:   7/31/2003              Page 5 of 22

CONFIDENTIAL
AZSER12778424

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

## *FELLOWSHIPS*

| | |
|---|---|
| 1982 to 1982 | **Stanford University, School of Medicine**<br>300 Pasteur Drive<br>Stanford, CA 94305<br>Fellowship in Neurology, Neuroscience Program |
| 1972 to 1974 | **University of Munich, School of Medicine**<br>Munich, Germany<br>Fellowship in Psychiatry, Clinical Neurochemistry |

## *CERTIFICATIONS*

| | |
|---|---|
| 1992 to Present | American Board of Psychiatry and Neurology, Diplomate |
| 1994 to Present | Qualified Medical Examiner |

## *MEDICAL SPECIALTIES*

| | |
|---|---|
| Primary: | Psychiatry |
| Sub-specialties: | Addiction Psychiatry<br>Child and Adolescent Psychiatry |

## *DIRECTORSHIPS & APPOINTMENTS*

| | |
|---|---|
| 2001 to Present | Dr. Raese and Medical Associates, Inc.<br>Medical Director and Founder |
| 1998 to Present | Behavioral Health 2000, LLC<br>Medical Director and Founder |
| 1998 to Present | Dr. Raese and Associates<br>Board of Directors |
| 1995 to Present | Domestic Violence Program, Inland Valley<br>Medical Director |
| 1996 to 1999 | Corona Regional Medical Center, Corona, CA 91720<br>Medical Director, Partial Hospitalization Program |
| 1997 to 1998 | Hemet Psychiatric and Addictions Group, Hemet, CA 92543<br>Medical Director |

Revised:   7/31/2003                     Page 6 of 22

CONFIDENTIAL
AZSER12778425

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

| | |
|---|---|
| 1995 to 1998 | Chemical Dependency Program, Inland Valley<br>Medical Director |
| 1993 to 1998 | Murrieta Psychiatric & Addictions Group, Murrieta, CA 92562<br>Medical Director |
| 1990 to 1996 | Charter Behavioral Health Systems of So. CA, Corona, CA 92879<br>Medical Director |
| 1994 to 1995 | Sharp Healthcare, Behavioral Health Program, Murrieta, CA 92562<br>Medical Director |
| 1985 to 1990 | Dallas Veteran's Administration Medical Center, Dallas, TX 75216<br>Medical Director, Schizophrenia Research Center |
| 1984 to 1990 | Dallas Veteran's Administration Medical Center, Dallas, TX 75216<br>Medical Director, STDU |
| 1982 to 1990 | The University of Texas Southwestern Medical School,<br>Southwestern Medical Center, Dallas, TX 75390<br>Assistant Professor, Clinical Psychiatry and Neurology |

## *AWARDS*

| | |
|---|---|
| 1982 to 1990 | Department of Veteran Affairs Career Development Award,<br>Clinical Investigator |
| 1982 | Special Fellowship Award, National Institutes of Health (NIH),<br>Neurobiology & Molecular Biology |
| 1974 | Fellowship Award, German Society for Advancement of Science,<br>Postdoctoral Training in USA |

## *CURRENT HOSPITAL AFFILIATIONS*

| | |
|---|---|
| 2003 to present | Loma Linda University Children's Hospital<br>Loma Linda, CA 92354 |
| 2001 to Present | Canyon Ridge Hospital<br>Chino, CA 91710 |
| 1998 to Present | Knollwood Psychiatric & Chemical Dependency Center<br>Riverside, CA 92506 |

Revised:   7/31/2003                    Page 7 of 22

1301

CONFIDENTIAL
AZSER12778426

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

## *FORMER HOSPITAL AFFILIATIONS*

| | |
|---|---|
| 1996 to 1999 | Corona Regional Medical Center<br>Corona, CA 91720<br>Medical Director, Partial Hospitalization Program |
| 1996 to 1997 | Canyon Ridge Hospital<br>Chino, CA 91710<br>Staff Psychiatrist |
| 1997 to 1998 | Hemet Valley Hospital<br>Hemet, CA 92543<br>Medical Director |
| 1994 to 1995 | Sharp Healthcare<br>Murrieta, CA 92562<br>Medical Director, Behavioral Health Program |
| 1990 to 1996 | Charter Behavioral Health Systems of Southern California<br>Corona, CA 92879<br>Medical Director |
| 1991 to 1995 | Palomar Medical Center<br>Escondido, CA<br>Consulting Psychiatrist |
| 1992 to 1995 | Menifee Valley Medical Center<br>Sun City, CA 92585<br>Consulting Psychiatrist |
| 1991 to 1995 | Circle City Medical Center<br>Corona, CA 91720<br>Consulting Psychiatrist |
| 1985 to 1990 | Dallas Veteran's Administration Medical Center<br>Dallas, TX 75216<br>Medical Director, Schizophrenia Research Center |
| 1984 to 1900 | Dallas Veteran's Administration Medical Center<br>Dallas, TX 75216<br>Medical Director, STDU |
| 1982 to 1988 | Dallas Veteran's Administration Medical Center<br>Dallas, TX 75216<br>Staff Psychiatrist |

Revised:    7/31/2003                    Page 8 of 22

CONFIDENTIAL
AZSER12778427

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

## PUBLICATIONS

1. "Human Dystonia Gene Found on Chromosome 9q32-q34", (L. Ozelius; P.L. Kramer; C.B. Moskowitz; D.J. Kwiatkowski; M.F. Brin; S.B. Bressman; D.E. Schuback; D. DeLeon; Y.P.P. Hsu; C. Craft; G. Hu; J. Haines; R.E. Burke; J. D. Raese; J.F. Guzulla; S. Fahn; X.O. Bleakefield), <u>American Society of Human Genetics</u>, 1998

2. "Cerebellar Blood Flow in Schizophrenic Patients and Normal Control Subjects", (J.L. Steinberg; Devous, MD; F.G. Moeller; R.G. Paulman; J.D. Raese; R.R. Gregory), <u>Psychiatry Research: Neuroimaging</u>, Volume 61, Issue 1, pp 15-31,1995

3. "Serum Homovanillic Acid in Schizophrenic Patients and Normal Control Subjects", (J.L. Steinberg; D.L. Garver; F.G. Moeller; J.D. Raese; P.J. Orsulak), <u>Psychiatric Research,</u> Volume 48, pg 48, 93-106, 1993

4. "Effects of Tricyclic Antidepressant Treatment on Tyramine-Sulfate Excretion in Depressed Patients", (J.L. Steinberg; P.J. Orsulak; J.D. Raese; R.R. Gregory; M.H. Zielinski; P.D. Wittman), <u>Journal of Affective Disorders</u>, Volume 27, pp 29-34, 1993

5. "Heat Shock Protein Induction by Herpes Simplex Virus Type I in Human Embryonic Lung Cells", (P.A. Mackoik; M.L. Goggins; J. D. Raese; M.R. Morrison- Bogorad), <u>Journal of Therm Biology</u>, Volume 17, Chapter 1, pp 11-18, 1992

6. " Neurobiological Bases for Psychiatric Disorders", (J.A. Rush; J.W. Cain; J.D. Raese; R.S. Stewart; D.A. Waller; J.R. Debus), (ed.): Rosenberg, RN; <u>The Clinical Neurosciences, Raven Press, New York, NY</u>, 2nd Edition. Volume 1, pp 555-603, 1991

7. "Expression of Heat Shock Protein 70 and Heat Shock Cognate 70 Messenger RNAs in Rat Cortex and Cerebellum After Heat Shock of Amphetamine Treatment", (E.K. Miller; J. D. Raese; M.R. Morrison- Bogorad), <u>Journal of Neurochemistry</u>, Volume 56, Issue 6, pp 2060-2071, 1991

8. "Differential Expression of Members of the Heat Shock Gene Family in Brain of Adult and Aged Rats", Alzheimer's Disease: Basic Mechanisms, Diagnosis and Therapeutic Strategies" (K. Groshan; S. Pardue; B. Border; E.K. Miller; M.R. Morrison- Bogorad; J.D. Raese), Volume 29, pp 243-253, 1991

9. "Regional Cerebral Function and Blood Flow; Complimentary Single Photon Emission Computed Tomography of the Brain Using Xenon-13 and Iodine-123 Iodoamphetamine", (T.R. Simon; M.D. Devous Sr.; R.G. Paulman; R.R. Gregory; R.W. Homan; C.R. Judd; J.G. Triebel; s. Mattiesen; J.D. Raese; F.J. Bonte), <u>Nuclear Medicine and Biology</u>, Volume 16, pp 295-300,1989

CONFIDENTIAL
AZSER12778428

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

10.    "Hypofrontality and Cognitive Impairment in Schizophrenia", (R.G. Paulman; M.D.
       Devous Sr.; R.R. Gregory; J.H. Herman; L. Jennings; F. J. Fonte; H.A. Nashrallah; J.D.
       Raese),Biological Psychiatry, Volume 27, (4), pp 377-399, 1989

11.    "RFLP for Human DBH Gene", (D.E. Schuback; L. Ozelius; G. Hu; C.M. Craft; J.D.
       Raese; X. O. Bleakefield; Y.P.P. Hsu), Nuclear Acid Research, Volume 18, (4), pp 2,
       1989

12.    "Neuropsychological Function in Positive and Negative Schizophrenia", (M.J. Deschner;
       R.G. Paulman; C.R. Judd; A. Rubenstein; J. Hon; J.L. Steinberg; R.R. Gregory; J.D.
       Raese), The Clinical Neuropsychologist, Volume 3, Number 3, 1988

13.    "Brain Electrical Activity Mapping in Paranoid Schizophrenia and Related Disorders",
       (K.D. Pool; T. Finitzo; R.G. Paulman; C.R. Judd; R.R. Gregory; J.D. Raese), Journal of
       Clinical and Experimental Neuropsychology, Volume 10 (3), pgs 322, 1988

14.    "Tyrosine Hydroxylase Immunochemistry and Quantitative Light Microscopic Studies of
       the Meso- Limbic Dopamine System in Rat Brain: Effects of Chronic Methamphetamine
       Administration", (M.E. Trulson; M.S. Cannon; T.S. Faegg; J.D. Raese), Brain Research
       Bulletin, Volume 18, pgs 269-277, 1987

15.    "Chronic Cocaine Administration Depletes Tyrosine Hydroxylase Immunoreactivity in
       the Meso- Limbic Dopamine System in Rat Brain: Quantitative Light Microscopic
       Studies", (M.E. Trulson; J.C. Joe; S. Babb; J.D. Raese), Brain Research Bulletin, Volume
       19, pgs 39-45, 1987

16.    "A Human Gene Family with Sequence Homology to Drosophilia Melanogaster Hhsp 70
       Heat Shock Genes", (G.I. Mues; T.Z. Munn; J.D. Raese), Journal of Biological
       Chemistry, Volume 261 (2), pgs 874-877, 1986

17.    "Chronic Cocaine Administration Depletes Tyrosine Hydroxylase Immunoreactivity
       in the Rat Brain Nigro Striatal System: Quantitative Light Microscopic Studies",
       (M.E. Trulson; S. Babb; J.C. Joe; J.D. Raese), Experimental Neurology, Volume 94,
       pgs 744-756, 1986

18.    "Identification of Dopamine- Containing Cell Bodies in the Dorsal and Median Raphe
       Nuclei of the Rat Brain Using Tyrosine Hydroxylase Immuno- Chemistry", (M.E.
       Trulson; M.S. Cannon; J.D. Raese), Brain Research Bulletin, Volume 15, pgs 229-234,
       1985

19.    "Effects of Chronic Methamphetamine on the Nigral- Striatal Dopamine System in Rat
       Brain: Tyrosine Hydrolase Immunochemistry and Quantitative Light Microscopic
       Studies", (M.E. Trulson; M.S. Cannon; T.S. Faegg; J.D. Raese), Brain Research Bulletin,
       Volume 15, pgs 569-577, 1985

CONFIDENTIAL
AZSER12778429

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

20. "Regional Cerebral Blood Flow in Schizophrenic Patients at Rest and During Wisconsin Card Sort Tasks", (M.D. Devous Sr.; J.D. Raese;  H.H. Herman; R.G. Paulman; R.R. Gregory; A. J. Rush, H.H. Chehabi, F.J. Bonte), Journal of Cerebral Flow Metabolism, Volume 5 (Supplemental 1), pgs S201-S202, 1985

21. Neuropsychological Correlates of Regional Cerebral Blood Flow in Schizophrenia", (R.G. Paulman; M.D. Devous Sr.; F.J. Bonte, H.H. Chehabi; R.R. Gregory; A.J. Rush; J.D. Raese), International Journal of Clinical Neuropsychology, Volume 7 (1), pg 58, 1985

22. "Regional Cerebral Blood Flow in Schizophrenic Patients at Rest and During Wisconsin Card Sort Tasks", (J.H. Herman; J.D. Raese; R.G. Paulman; M.D. Devous Sr.; R.R. Gregory; A.J. Rush; H.H. Chehabi; F.J. Bonte), Brain Research Bulletin, Volume 85, 1984

23. "Dephosphorylation of Purified Brain Tyrosine Hydroxylase by Rat Striatal Extract", (M.A. Lazar; J.D. Raese; J.D. Barchas), Neurochemistry International, Volume 5, pgs 107-111, 1983

24. "Genes for Catecholamine Biosynthesis: 1. Clone by Expression and Identification of the cDNA for Rat Dopamine- B- Hydroxylase", (K.L. O'Malley; A. Mauron; J.D. Raese; J.D. Barchas; L. Kedes), Proc. National Academic of Science (USA), Volume 80, pgs 2161-2165, 1983

25. "Retinal Oscillatory Potentials in Schizophrenia: Implications for the Assessment of Dopamine Transmission in Man", (J.D. Raese; R.J. King; P. Berger; J.D. Barchas), Psychopharmacology Bulletin, Volume 18, pgs 72-78, 1982

26. "Dopamine Neuronal Instability: A Model for the Schizophreniform Psychosis", (R. King; J.D. Raese; B.A. Huberman; J.D. Barchas), Psychopharmacology Bulletin, Volume 18, pgs 69-72, 1982

27. "Thermal Denaturation of Native Striatal Tyrosine Hydroxylase: Increased Thermolability of the Phosphorylated Form of the Enzyme", (M.A. Lazar; R.J.W. Truscott; J.D. Raese;  J.D. Barchas), Journal of Neurochemistry, Volume 36, pgs 677-682, 1981

28. "Tyrosine Hydroxylase from B rain: Phosphorylation by Cyclic AMP- Dependent Protein Kinase", (A.M. Edelman; J.D. Raese; J.D. Barchas), Journal of Pharmacology Experimental Therapy, Volume 216, pgs 647-653, 1981

29. "Regulatory Properties of Tyrosine Hydroxylase: Multiple Forms, Subunit Structure and Cyclic Nucleotide Independent- Phosphorylation", "In Function and Regulatory of Monoamine Enzyme, Basic and Clinical Aspects", (J.D. Raese; G. Makk; J.D. Barchas), Macmillian Publishers, Ltd., London, (eds.): E. Usdin, N. Weiner and M. Youdin, pgs 105-114, 1981

1305

CONFIDENTIAL
AZSER12778430

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

30. "A Mathematical Model of Central Dopaminergic Transmission and the Dopamine Hypothesis of Schizophrenia", (R. King; J.D. Raese; J.D. Barchas), Macmillian Publications, Ltd., London, (eds.): E. Usdin, N. Weiner and M. Youdin, pgs 399-406, 1981

31. "Further Studies on Neural Differentiation of the OTT-6050 Mouse Teratoma III: Enzymatic and Immunofluoresence Characterization of a Tumor Fraction Showing Melanogenesis in Neuroepithelial Cells", (E. Erdelyi; S.R. Vandenberg; J.D. Raese; J.D. Barchas; L.J. Rubenstein; M. Herman), Virchows Archieves (Pathological Anatomy), Volume 393, pgs 27-37, 1981

32. "Catastrophe Theory of Doparninergic Transmission: A New Dopamine Hypothesis of Schizophrenia", (R.J. King; J.D. Raese; J.D. Barchas), Journal of Theoretical Biology, Volume 92, pgs 373-400, 1981

33. "Phosphorylation of B- Lipotropin, B- Endorphin, Corticotrophin and Parathyroid Hormone: A Potential Control for Peptide Processing, in Neural Peptides and Neuronal Communication", (J.D. Raese; M.R. Boarder, G. Makk; J.D. Barchas), Raven Press, (eds.): E. Costa and M. Trabuchi, pgs 377-383, 1980

34. "Phosphorylation of Endogenous B- Lipotropin and Other Peptides by Slices Pituary, Adult Brain and Neonate Brain of Rat", In: "Endogenous and Exogenous Opiate Agonists and Antagonists", (M.R. Boarder; J.D. Raese; J. D. Barchas), Pergamon Press, New York, NY, (eds.): Way E.L., pgs 317-320, 1980

35. "B- Lipotropin, Corticotrophin and B- Endorphin: Phosphorylation by Cyclic AMP-Dependent and Independent Protein Kinesis", In: "Endogenous Opiate Agonists and Antagonists", (J. D. Raese; M.R. Boarder; G. Makk; J. D. Barchas), Pergamon Press, New York, NY, (eds.):Way E.L., pgs 317-320, 1980

36. "Tyrosine Hydroxylase from Brain: Phosphorylation of the Enzyme by Cyclic AMP-Dependent Protein Kinesis", In "Chatecholamines: Basic and Clinical Frontiers", (J.D. Raese; A.M. Edelman; M.A. Lazar; J.D. Barchas), Pergamon Press, New York, NY/, London, (eds.): Kopin 1, E. Usdin and J.D. Barchas, Volume 1, pgs 46-48, 1979

38. "Brain Striatal Tyrosine Hydroxylase: Activation of the Enzyme of Cyclic AMP-Independent Phosphorylation", (J. D. Raese; A.M. Edelman; G. Makk; E.A. Bruckwick; W. Lovenberg; J.D. Barchas), Communiqué Psychopharmacology, Volume 3, pgs 295-301, 1979

39. " In Vitro Phosphorylation of a Purified Preparation of Bovine Corpus Striatal Tyrosine Hydroxylase", (A.M. Edelman; J.D. Raese; M.A. Lazar, J.D. Barchas), Communiqué Psychopharmacology, Volume 2, pgs 461-465, 1978

1306

CONFIDENTIAL
AZSER12778431

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

40.    "Neuropharmacological Aspects of Affective Disorders", In: "Depression: Clinical
        Biological and Psychological Perspectives", (J.D. Barchas; R.L. Patrick; J.D. Raese; P.
        Berger), Brunner- Mazel, New York, NY, (eds.): E. Usdin, pgs 139-165, 1977

41.    "Bovine Striatal Tyrosine Hydroxylase: Multiple Forms and Evidence for
        Phosphorylation by Cyclic AMP Dependent Protein Kinase", In: "Structure and Function
        of Monoamine Enzymes", (J.D. Raese; A.M. Edelman; M.A. Lazar; J.D. Barchas),
        Marcel Dekkar, New York, NY, (eds.): E. Usdin, N. Weiner, M.B.H. Youdin, pgs 383-
        400, 1977

42.    "Sedative Hypnotics: Biological Mechanisms", In: "Psychopharmacology for Theory to
        Practice", (J.D. Raese), Oxford University Press, New York, NY, (eds.): J.D. Barchas;
        P.A. Berger, R.D. Ciaranello, G.R. Elliot, pgs 306-317, 1977

43.    "Stimulation of Rat Striatal Tyrosine Hydroxylase by Phospholiopid and Adenosine T,
        5'- Monophosphate", (J.D. Raese; R.L. Patrick; J.D. Barchas), Arzneim- Forsch (Drug
        Research), Volume 26, pgs 22-24, 1976

44.    Phospholipid- Induced Activation of Tyrosine Hydroxylase from Rat Brain Striatal
        Synaptosome", (J.D. Raese; R.L. Patrick; J.D. Barchas), Biochemical Pharmacology,
        Volume 25, pgs2245-2250, 1976

45.    "On the Origin of Homovanillic Acid in Urine", (Lieber Den Ursprung Der
        Homovanillinsaeure im Urin), (J.D. Raese; P. Schmiedek; E.J. Ehrlich), Arzneim- Forsch
        (Drug Research), Volume 24, pgs 1088-1093, 1974

46.    "Biochemical Mechanisms of Extrapyramidal Motoric Side Effects of Haloperidol in
        Humans", (Biochemische Mechhanismen Der Extrapyamidalmotoischen Wirkungvon
        Haloperidol am Menschen), (E. Eben; M. Ackenheil; J.D. Raese; E. Ruether), Arzneim-
        Forsch, Volume 24, pgs 1133-1135, 1974

47.    "Effect of Clozapine on MHPG, HVA and 5-HIAAS: Excretion in Urine and
        Cerebrospinal Fluid", (Einfluss von Clozapine auf die MHPG-HVS- and 5-HIES-
        Ausscheidung in Urin and Liquor Cerebrospinalis), (M. Ackenheil; H. Beckman; G.
        Hoffman; E. Markianos, I Nystroem; J.D. Raese), Arzneim- Forsch (Drug Research),
        Volume 24, pgs 984-987, 1974

48.    "Autoradiographic Studies on the Influence of Gestagens on Estrogen- Induced
        Incorporation of 3H- Uridine and 3H- Thymidine into Nucleic Acids of the Rat Uterus",
        (G. Trams; J.D. Raese; H. Maass), Gynecological Investigations, Volume 4, pgs 155-164,
        1973

Revised:   7/31/2003                    Page 13 of 22

CONFIDENTIAL
AZSER12778432

Joachim D. Raese, M.D.
Curriculum Vitae

## *PRESENTATIONS*

1.  "Changes in Urinary Tyramine Sulfate Excretion Predict Treatment Response in Depression", (J.L. Steinberg; M.H. Zielinski, P.J. Orsulak; L.B. Cates; J.D. Raese), Society of Biological Psychiatry Annual Meeting, New York, NY, 1990

2.  "Wisconsin Card Sort Activated EEG Spectra in Schizophrenia", (K.D. Pool; T. Finizto; K. Girisgen; J.L. Steinberg; J.D. Raese), Society of Biological Psychiatry Annual Meeting, New York, NY, 1990

3.  "Differential Expression of Members of the Heat Shock Gene Family in Brain of Adult and Aged Rats", (J.D. Raese; K. Groshan; S. Pardue; B. Border; E.K. Miller; M.R. Morrison- Bogorad), Second International Conference on Alzheimer's Disease and Related Disorders, Toronto, Canada, 1990

4.  "Human Dopamine Beta -Hydroxylase (DBH): In Vitro Transcription and Translation of Enzymatically Amplified cDNA", (C.M. Craft; T.H. Thai; R. Gonzales; J.D. Raese), Society of Neuroscience, Phoenix, AZ, 1989

5.  "In- Situ Quanitation of Heat Shock 70 mRNAs in Rat Cerebellum After Amphetamine-Induced Hyperthermia", (M.R. Morrison- Bogorad; K. Groshan; E.K. Miller; J.D. Raese), Society of Neuroscience, Phoenix, AZ, 1989

6.  "The Family of Heat Shock Protein 70 mRNAs are Differentially Induced in Rat Cerebellum, Cortex and Non- Neuronal Tissues", (E.K. Miller; J.D. Raese; M.R. Morrison- Bogorad), Society of Neuroscience, Phoenix, AZ, 1989

7.  "1-123 Iodoamphetamine SPECT Imaging in Paranoid Schizophrenia", (T.R. Simon; B.S. Walker; R.G. Paulman; S. Mattiesen; C.R. Judd; J.D. Raese), Society of Nuclear Medicine Meeting, San Francisco, CA, 1988

8.  "Single- Proton Tomography Studies with Schizophrenia Patients", (M.D. Devous Sr.; R.G. Paulman; S. Mattiesen; C. Judd; J.D. Raese), International Neuropsychological Society Meeting, Lahti, Finland, 1988

9.  "Brain Electrical Activity Mapping in Paranoid Schizophrenia and Related Disorders". (K.D. Pool; T. Finitzo; R.G. Paulman; C.R. Judd; R.R. Gregory; J.D. Raese), International Neuropsychological Society Meeting, Lahti, Finland, 1988

10. "SPECT Regional Cerebral Blood Flow Measurements Correlate with Neuropsychological Dysfunction in Schizophrenia Patients", ( M.D. Devous Sr.; R.G. Paulman; J.D. Raese; J.H. Herman; R.R. Gregory; F. J. Bonte), Society of Nuclear Medicine Meeting, Toronto, Canada, 1987

Revised:   7/31/2003                           Page 14 of 22

CONFIDENTIAL
AZSER12778433

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

11.    "Comparing Xenon 133 (Xe133) and I-123 Iodoamphetamine (IMP) Single- Photon
Computing Tomography (SPECT) of the Brain in Schizophrenia", (M.D. Devous Dr.;
R.G. Paulman; J.D. Raese; J.H. Herman, R.R. Gregory; F. J. Bonte), <u>Society of
Biological Psychiatry Meeting, Chicago, IL</u>, 1987

12.    "The Differential Induction of Two hsp 70 mRNAs in Several Regions of Rat Brain by
D- Amphetamine",(E.K. Miller; M.D. Trulson; G.I. Mues; T.Z. Munn; M.L. Goggans;
M.R. Morrison; J.D. Raese), <u>Society of Neuroscience Meeting, New Orleans, LA</u>, 1987

13.    "Brain Electrical Activity Mapping in Paranoid Schizophrenia and Related Disorders",
(J.D. Raese, K.D. Pool; R.G. Paulman; T. Finitzo; C.R. Judd; R.R. Gregory; J.
Steinberg),<u>Society for Neuroscience Meeting, New Orleans, LA</u>, 1987

14.    "SPECT Determination of Regional Cerebral Blood Flow in Schizophrenia During a
Mental Task", (M.D. Devous Sr.; J.D. Raese; J.H. Herman; R.G. Paulman; R.R. Gregory;
A.J. Rush; H.H. Chehabi; F. J. Bonte), <u>Society of Nuclear Medicine Meeting, West Palm
Beach, FL</u>, 1986

15.    "EEG and Cerebral Blood Flow in Schizophrenic Patients", (J.H. Herman, M.D. Devous
Sr.; R.G. Paulman; P.L. Ramphy; F.J. Bonte; L.W. Chehabi; R.R. Gregory; H.P.
Roffwarg;  D. Raese), <u>Society of Biological Psychiatry Meeting, Washington, DC</u>, 1986

16.    "SPECT rCBF Measurements Correlate with Neuropsychological Dysfunction in
Schizophrenic Patients", (M.D. Devous Sr.; R.G. Paulman; J.D. Raese; J.H. Herman;
R.R. Gregory; F.J. Bonte), <u>Society of Biological Psychiatry Meeting, Washington, DC</u>,
1986

17.    "SPECT Regional Cerebral Blood Flow Measurements Correlate with
Neuropsychological Dysfunction in Schizophrenic Patients", ((M.D. Devous Sr.; R.G.
Paulman; J.D. Raese; J.H. Herman; R.R. Gregory; F.J. Bonte), <u>Society of Nuclear
Medicine Meeting, Washington, DC</u>, 1986

18.    "Complementary Single Photon Emission Computed Tomography of the Brain: Xeon and
Iodoamphetamine", (T.R. Simon; M.D. Devous Sr.; J.D. Raese; R. Homan; F.J. Bonte),
<u>Society of Nuclear Medicine Meeting, Washington, DC</u>, 1986

19.    "Personality Function in Temporal Lobe Epilepsy and Schizophrenia", (R.G. Paulman;
R.W. Homan; C. Segal; R.G. Gregory; J.D. Raese), <u>American Psychological Association
Meeting, Washington, DC</u>, 1986

20.    "Regional Cerebral Blood Flow in Schizophrenia", ( J.D. Raese; R.G. Paulman; M.D.
Devous; R.R. Gregory; A.J. Rush; F.J. Bonte), <u>American Psychiatric Association
Meeting, Dallas, TX</u>, 1985

CONFIDENTIAL
AZSER12778434

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

21.    "SPECT Determination of Regional Cerebral Blood Flow in Schizophrenic Patients at Rest and During a Mental Task", (M.D. Devous Sr.; J.D. Raese; J.H. Herman; R.G. Paulman; R.R. Gregory; A.J. Rush; H.H. Chehabi; F.J. Bonte), Society of Nuclear Medicine Meeting, Houston, TX, 1985

22.    "Neuropsychological Correlates of Structural and Metabolic Brain Dysfunction in Schizophrenia", ( R.G. Paulman; J.D. Raese; M.D. Devous Sr.; J.H. Herman; R.R. Gregory; H.H. Chehabi, F.J. Bonte), American Psychological Association Meeting, Los Angeles, CA, 1985

23.    "Single- Photon Tomographic Determination of Regional Cerebral Blood Flow in Psychiatric Disorders", (M.D. Devous Sr.; A.J. Rush; M.A. Schlesser, J. Debus; J.D. Raese; H.H. Chehabi, F.J. Bonte), Society of Nuclear Medicine, 31st Annual Meeting, Los Angeles, CA, 1984

24.    "Neuropsychological Correlates of regional Cerebral Blood Flow in Schizophrenia", (R.G. Paulman; M.D. Devous Sr.; F.J. Bonte; H.H. Chehabi; R.R. Gregory; A.J. Rush; J.D. Raese), National Association of Neuropsychologist Meeting, San Diego, CA, 1984

25.    "Regional Blood Flow in Schizophrenia", (J.D. Raese; R.R. Gregory; R.G. Paulman, A.J. Rush; M.D. Devous Sr.; H.H. Chehabi; F.J. Bonte), American Psychiatric Association, Annual Meeting, Los Angeles, CA, 1984


## *INVESTIGATIONAL DRUG STUDIES*


**ABBOTT LABORATORIES**

| | |
|---|---|
| Ongoing | Principal Investigator, "A 21-Day, Double- Blind, Placebo- Controlled, Parallel- Group Evaluation of the Efficacy and Safety of XXXXXX ER in the Treatment of the Manic Phase of Bipolar Disorder" |
| Closed, 1999 | Principal Investigator, "An Evaluation of the Efficacy and Safety of XXXXXXX CR in the Treatment of the Manic Phase of Bipolar Disorder: a Placebo- Controlled Study" |
| Closed, 1997 | Principal Investigator, A Double- Blind, Randomized Comparison of the Safety and Efficacy of XXXXXXXXXX and XXXXXXXXX (XXXXXXXXXXX) in Treatment Resistant Schizophrenic Patients" |
| Closed, 1997 | Principal Investigator, "A Double- Blind, Randomized Comparison of the Safety and Efficacy of XXXXXXXXXX and XXXXXXXXX (XXXXXXXXX) in Treatment Resistant Schizophrenia Patients" |

1310

CONFIDENTIAL
AZSER12778435

Joachim D. Raese, M.D.
Curriculum Vitae

## ASTRAZENECA PHARMACEUTICALS, LP

Ongoing

Principal Investigator, "A Twelve- Week, Randomized, Double- Blind, Double- Dummy, Placebo- and Active- Controlled Study of XXXXXXXXXX® XXXX Administered Once Daily in Adults and Adolescents with Asthma"

Closed, 2001

Principal Investigator, "A Multicenter, Double- Blind, Randomized, Placebo- Controlled Trial of the Safety and Efficacy of XXXXXXXX (XXXXXXXXXX XXXXXXXX) as Add-on Therapy with XXXXXXXX or XXXXXXXXXX in the Treatment of Acute Mania"

## BOEHRINGER INGELHEIM PHARMACEUTICALS

Closed, 1998

Principal Investigator, "A Double- Blind, Placebo- Controlled Study of the Safety and Efficacy of XXXXXXXXXXX Compared to XXXXX (XXXXXXXXX) in Patients with Major Depressive Disorder"

## BRISTOL- MYERS SQUIBB COMPANY

Closed, 2003

Principal Investigator, "A Multicenter, Randomized, Double- Blind, Placebo- Controlled Study of XXXXXXXXXXXX in the Maintenance Treatment of Patients with Bipolar Disorder"

Closed, 2003

Principal Investigator, "A Multicenter, Randomized, Double- Blind, Placebo- Controlled Study of XXXXXXXXXXXX in the Treatment of Acutely Manic Patients with Bipolar Disorder"

Closed, 2003

Principal Investigator, "A Multicenter, Randomized, Double- Blind, Study of XXXXXXXXXXXX Versus Placebo in the Treatment of Acutely Manic Patients with Bipolar Disorder"

Closed, 2001

Principal Investigator, "A Multicenter, Randomized, Double- Blind, Placebo- Controlled Study of Two Fixed Doses of XXXXXXXXXXXX in the Treatment of Hospitalized Patients with Acute Mania"

Closed, 2001

Principal Investigator, "A Multicenter, Randomized, Double- Blind, Placebo- Controlled Study of Flexible Doses of XXXXXXXXXXXX in the Treatment of Hospitalized Patients with Acute Mania"

Closed, 2001

Principal Investigator, "A Multicenter, Randomized, Double-Blind, Placebo- Controlled Study of Two Fixed Doses of XXXXXXXXXXXX in the Treatment of Hospitalized Patients with Acute Mania"

Closed, 1988

Principal Investigator, "Double- Blind Comparison of XXXXXXXXXXXX, XXXXXXXXXXX and Placebo in Schizophrenia Patients"

Revised:   7/31/2003                          Page 17 of 22

1311

CONFIDENTIAL
AZSER12778436

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

Closed, 1986           Principal Investigator, "A Multicenter, Double- Blind Comparison of
                       XXX XXXX XXXXXXXXXXX, XXXXXXXXXXX and Placebo in
                       Schizophrenic Patients"

## CIBA- GEIGY PHARMACEUTICALS
Closed, 1989           Principal Investigator, "A Double- Blind, Dose- Ranging Trial Comparing
                       XXX XXXX to Placebo to XXXXXXXXXXX in Hospitalized Patients
                       with Acute Exacerbation of Chronic Schizophrenia"

## ELI LILLY AND COMPANY
Ongoing                Principal Investigator, "Bipolar Disorder Effectiveness Study"(BIDES)

Closed, 2002           Principal Investigator, "Placebo- Controlled XXXXXXXXXXX
                       Monotherapy in the Treatment of Bipolar I Depression"

Closed, 2001           Principal Investigator, "XXXXXXXXXXX Versus Placebo in the
                       Prevention of Relapse in Bipolar Disorder"

Closed, 2000           Principal Investigator, "XXXXXXXXXXX for the Treatment of Tardive
                       Dyskinesia in Schizophrenic Patients"

## GLAXOSMITHKLINE
Closed, 2003           Principal Investigator, " An Open- Label Study Assessing XXXXX CR in
                       Subjects with Major Depressive Disorder who Discontinued Treatment
                       with Selective Serotonin Reuptake Inhibitors or a Selective Serotonin/
                       Norepinephrine Reuptake Inhibitor"

## HOFFMANN LA-ROCHE LABORATORIES
Closed, 1985           Principal Investigator, "A Double- Blind Comparison of
                       XXXXXXXXXXX Versus XXXX-XXXX in Schizophrenic Patient"

## MERCK RESEARCH LABORATORIES
Closed, 2003           Principal Investigator, "A Double- Blind, Multicenter, Placebo- Controlled
                       Study of X-XXXXXX Gel Extrusion Module (GEM) 1.5 mg B.I.D. to 4.5
                       mg B.I.D. in the Treatment of Outpatients with Generalized Anxiety
                       Disorder"

CONFIDENTIAL
AZSER12778437

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

## PHARMACIA AND UPJOHN COMPANY
Closed, 2000        Principal Investigator, "XXXXXXXXXXX (XXX-XXXXXXXX) Versus Placebo in the Treatment of Major Depressive Disorder Resistant to XXXXXXXXXX"

## PFIZER, INC.
Closed, 2003        Principal Investigator, "A Phase III, Randomized, Placebo- Controlled, Double- Dummy Study Evaluating the Safety and Efficacy of Oral XXXXXXXXXXX vs. XXXXXXXXXXX and Placebo in Patients with an Acute Manic Episode"

Ongoing        Principal Investigator, "An International, Multicenter Large Simple Trial (LST) to Compare the Cardiovascular Safety of XXXXXXXXXXX and XXXXXXXXXXX"

## PFIZER PHARMACEUTICALS
Closed, 1999        Principal Investigator, "A 52- Week (1 Year) Open Extension Study Evaluation of the Safety and Efficacy of Continued Administration of 40- 160mg Daily of Oral XXXXXXXXXXX in the Treatment of Subjects Who Have Participated in Previous XXXXXXXXXXX Clinical Trials"

Closed, 1999        Principal Investigator, "A Double- Blind, Multicenter, Controlled Study Comparing the Safety and Efficacy of XXXXXXXXXXX and XXXXXXXXXX to Placebo with Schizophrenia or Schizoaffective Disorder Needing Inpatient Care"

Closed, 1999        Principal Investigator, "A Double- Blind Six- Month Continuation Protocol for Patients Who Successfully Completed Protocol # X-XXXX

## PRECISIONMED, INC.
Ongoing        Principal Investigator, ""DNA/ RNA/ SERUM Banking in Subjects with Early Onset Alzheimer's Disease"

Ongoing        Principal Investigator, "DNA/ RNA/ SERUM Banking in Subjects with Late Onset Alzheimer's Disease"

## R.W. JOHNSON PHARMACEUTICAL RESEARCH INSTITUTE
Closed, 2002        Principal Investigator, "A Double- Blind, Placebo- Controlled, 4- Week Study of the Safety and Efficacy of XXXXXXXXXXX in Children and Adolescents with Acute Manic or Mixed Episodes of Bipolar Disorder . with an Optional 6- Month Open-Label Extension"

1313

CONFIDENTIAL
AZSER12778438

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

## SANDOZ RESEARCH INSTITUTE
Closed, 1991          Principal Investigator, "A Randomized, Prospective, Double- Blind, Placebo- Controlled, Multi- Stage, Dose- Finding Study of XXX XXX XXXX in DSM-111-R Defined Institutionalized Schizophrenic Patients"

## SANOFI-SYNTHELABO RESEARCH
Ongoing          Principal Investigator, "Ongoing A Randomized, Double-Blind, Placebo- Controlled, Parallel-Group, Fixed-Dose, Multicenter Study of Weight Reducing Effect and Safety of XX XXXXXX in Obese Patients with or without Comorbitities"

## TAKEDA PHARMACEUTICALS NORTH AMERICA
Ongoing          Principal Investigator, "A Phase III Safety Study to Evaluate the Long-Term Effects of  XX- XXX on Endocrine Function in Adult Subjects with Chronic Insomnia"

## UPJOHN COMPANY TAP PHARMACEUTICAL PRODUCTS, INC.
Closed, 2001          Principal Investigator, "A Phase II Randomized, Multicenter, Placebo- Active- Controlled Study of Oral XXX- XXX in Subjects with Major Depressive Disorder "

Closed, 1984          Principal Investigator, "A Double- Blind Inpatient Study of XXXXXXXXXXX Versus XXXXXXXXXXX and Placebo for Schizophrenia"

## *ADDITIONAL INVESTIGATIONAL EXPERIENCE*

1314

CONFIDENTIAL
AZSER12778439

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

## HAMBURG UNIVERSITY, SCHOOL OF MEDICINE
1967 to 1969          "Hormonal Regulation of Uterine DNA- Synthesis (Research Doctoral Thesis)", Hamburg University, School of Medicine, Hamburg, Germany

## NIA
1988 to 1991          Project Leader, "Heat Shock Genes in Alzheimer's Disease"

## NIMH
1984 to 1987          Project Leader, "Structure and Expression of Human Dopamine- B- Hydroxylase Genes"

## STANFORD UNIVERSITY, SCHOOL OF MEDICINE
1979 to 1982          Sub- Investigator, "Studies on the Electroretinogram in Schizophrenia", Clinical Research Center, Stanford School of Medicine, Stanford, CA

1979 to 1982          Sub- Investigator, "Studies on the Biochemistry of Tyrosine Hydroxylase", Nancy Pritzker Laboratory of Behavioral Neurochemistry, Stanford School of Medicine, Stanford, CA

1974 to 1978          Sub- Investigator, "Biochemical Regulation of Dopamine Biosynthesis, Purification of and Antibody Raising Against Tyrosine Hydroxylase (TH) From Bovine Caudate Nucleus and Rat Pheochromocytoma: Discovery of TH Phosphorylation by Protein Kinase", Department of Psychiatry, Nancy Pritzker Laboratory of Behavioral Neurochemistry, Stanford School of Medicine, Stanford, CA

## UNIVERSITY OF MUNICH, MEDICAL SCHOOL
1972 to 1974          "Monoamine Metabolism in Urine and Spinal Fluid in Psychiatric Disorders", Department of Psychiatry, University of Munich, Medical School, Munich, Germany

## VETERAN'S ADMINISTRATION MEDICAL CENTER

Revised:   7/31/2003                    Page 21 of 22

CONFIDENTIAL
AZSER12778440

BEST COPY AVAILABLE

Joachim D. Raese, M.D.
Curriculum Vitae

| | |
|---|---|
| 1988 to 1993 | Project Leader, "Post- Translational Processing of Dopamine- B- Hydroxylase", <u>VA, Dallas, TX, VA Career Scientist Award</u> |
| 1987 to 1991 | Project Leader, "Post-Translational Processing of Dopamine- B- Hydroxylase", <u>VA Research Center, Dallas, TX</u> |
| 1986 to 1989 | Sub- Investigator, "Regional Cerebral Flow and Neuropsychological Function in Schizophrenia", <u>VA Research Center, Dallas, TX</u> |
| 1985 to 1986 | Sub- Investigator, "Electroretinographic Assessment of Dopamine in Neuropsychiatric Disorders", <u>VA Research Center, Dallas, TX</u> |
| 1985 to 1986 | Sub- Investigator, "Neuropsychology of Schizophrenia: Brain CT- Scan and Blood- Flow Correlates", <u>VA Research Center, Dallas, TX</u> |
| 1984 to 1987 | Project Leader, "Human Dopamine- B- Hydroxylase Genes: Analysis of a Multigene Family", <u>VA Research Center, Dallas, TX, Merit Review Proposal</u> |
| 1984 to 1985 | Project Leader, "Genomic Organization of Human Dopamine- B Hydroxylase Genes", <u>VA Research Center, Dallas, TX, Merit Review Proposal</u> |
| 1984 to 1985 | Sub- Investigator, " HVA in Schizophrenia and Affective Disorders", <u>VA Research Center, Dallas, TX, Merit Review Proposal</u> |

CONFIDENTIAL
AZSER12778441

BEST COPY AVAILABLE

 

**The Medical Board of California**
1426 Howe Avenue, Suite 54
Sacramento, California  95825-3236

*PHYSICIAN AND SURGEON*

CERTIFICATE NO   A33990          EXPIRATION  09/30/2004

JOACHIM DETLEF RAESE
41707 WINCHESTER ROAD # 205
TEMECULA, CA 92590

ORIGINAL
ISSUANCE DATE                    RECEIPT NO
06/21/1979                       24100133

1317

CONFIDENTIAL
AZSER12778442

BEST COPY AVAILABLE

D1447C00127.0120
5077IL/12
12/11/03

*Curriculum Vitae*

## COSME O. LOZANO JR., M.D.

**OFFICE:**  Center for Neuropsychiatric Development
210 North Hammes Ave., Suite 103
Joliet, Illinois, 60435
Phone: 815.729.7780
Fax: 815.725.8144
E-Mail: REDACTED

**DATE OF BIRTH:**  REDACTED 1962

**PLACE OF BIRTH:**  Chicago, Illinois

**LICENSE:**  Illinois #036-082815

**BOARD CERTIFICATION:**  June, 1999
American Board of Psychiatry and Neurology

**EDUCATION:**  Southern Illinois School of Medicine
Springfield, Illinois
M.D. completed 1989

Southern Illinois University
Carbondale, Illinois (1980-1985)
Major: Physiology
Bachelor of Arts and Science, 1985

**TRAINING:**  Loyola Medical Center
Maywood, Illinois (July 1989-June 1993)
Psychiatry Residency

Rush Presbyterian St. Luke's Medical Center
Chicago, Illinois (July 1993-July 1994)
Geriatric Fellowship Program, Psychiatry

**EMPLOYMENT:**  Center for Neuropsychiatric Development
Joliet, Illinois- Clinical/Research Psychiatrist
(July 1994-present)

Midwest Center for Neurobehavioral Medicine
Oakbrook Terrace, Illinois
Research Psychiatrist
(July 2001-present)

-1-

CONFIDENTIAL
AZSER12778443

BEST COPY AVAILABLE

**EMPLOYMENT:**
(continued)

Westbury Care Center
Lisle, Illinois
Psychiatric Consultant
(2001 - Present)

Department of Psychiatry
Loyola Medical Center
Chicago, Illinois
Clinical Assistant Professor
(2000 – Present)

Walnut Grove Nursing Home
Morris, Illinois
Psychiatric Consultant
(1999 - 2001)

Will County Mental Health Clinic
Joliet, Illinois
Psychiatric Consultant
(1995 – 2001)

Our Lady of Victory Nursing Home
Lemont, Illinois
Psychiatric Consultant
(1995 - 1998)

Mother Theresa Nursing Home
Lemont, Illinois
Psychiatric Consultant
(1995 - 1998)

Villa Franciscan Nursing Home
Joliet, Illinois
Psychiatric Consultant
(1994 - Present)

Salem Village Nursing Home
Joliet, Illinois
Psychiatric Consultant
(1994 – Present)

Central Professional Group, Ltd.
Joliet, Illinois
Staff Psychiatrist
(1994 - Present)

-2-

1319

CONFIDENTIAL
AZSER12778444

BEST COPY AVAILABLE

**EMPLOYMENT:**
(continued)

Meadowbrook Manor
Bolingbrook, Illinois
Psychiatric Consultant
(1994 – Present)

Center for Family Services
Joliet, Illinois
Psychiatric Consultant
(1994 - Present)

Cornerstone
Joliet, Illinois
Psychiatric Consultant
(1994 - Present)

Rosewood Nursing Home
Plainfield, Illllinois
Psychiatric Consultant
(1994 - 2001)

Lakewood Nursing Home
Plainfield, Illinois
Psychiatric Consultant
(1994 - Present)

Our Lady of Angels Nursing Home
Joliet, Illinois
Psychiatric Consultant
(1994 - Present)

Deerbrook Nursing Home
Joliet, Illinois
Psychiatric Consultant
(1994 - 2001)

Easter Seals
Joliet, Illinois
Psychiatric Consultant
(1994 - Present)

St. Patrick's Residence
Naperville, Illinois
Psychiatric Consultant
(1993 – Present)

Cicero Family Services
Cicero, Illinois

-3-

CONFIDENTIAL
AZSER12778445

BEST COPY AVAILABLE

Psychiatric Outpatient Care
(1992 – 1994)

**EMPLOYMENT:**
(continued)

Chicago Read M.H.C.
Chicago, Illinois
Psychiatric Screening
(1991 – 1994)

Madden Mental Health Center
Maywood, Illinois
Psychiatric Screening
(1992 – 1994)

St. Joseph Medical Center
Joliet, Illinois
Psychiatric Examiner
(1990 – 1993)

**PROFESSIONAL
MEMBERSHIPS:**

American Geriatric Psychiatry Association

Illinois Medical Society

Illinois Psychiatric Society

American Psychiatric Association

Association of Clinical Research Professionals

*RESEARCH STUDIES:*

August 2003
"A Phase 4 open-label study of duloxetine 60mg daily for 7 weeks in a diverse patient population
on the emotional and physical symptoms of depression"
Eli Lilly and Company

June 2003
"A randomized double-blind, placebo-controlled, dose-response study of R209130 in subjects
with schizophrenia who have predominantly negative symptoms"
Johnson & Johnson Pharmaceutical Research & Development, L.L.C.

April 2003
"A multicenter, randomized, double-blind, parallel-group, placebo-controlled, flexible-dose
study evaluating efficacy, safety, and tolerability of once-daily oral GW353162 (40-60-80mg"
versus placebo in subjects with major depressive disorder over an eight-week treatment period"
GlaxoSmithKline

-4-

CONFIDENTIAL
AZSER12778446

BEST COPY AVAILABLE

December 2002
"A Phase III, open-label, outpatient, extension study to assess the long-term safety of a modified release formulation of NBI-34060 in elderly primary insomnia patients with sleep maintenance difficulties"
Neurocrine Biosciences, Inc.

November 2002
"A muticenter, randomized, double-blind placebo-controlled, parallel-group study to evaluate the efficacy and safety of 8 weeks of oral PROVIGIL® (Modafinil) Tablets [C-IV] (200 mg Once Daily) as adjunctive treatment for excessive sleepiness in adults with major depressive disorder, sleepiness and fatigue, followed by a 12 week open label"
Cephalon, Inc.

August 2002
" Open-label, 8 week study to assess the efficacy and tolerability of escitalopram treatment on depressed patients and their quality of life"
Forest Pharmaceuticals

August 2002
"A phase III, randomized, double-blind, placebo-controlled, outpatient study to assess the efficacy and safety of a modified release formulation of NBI-34060 in elderly primary insomnia patients with sleep maintenance difficulties"
Neurocrine Biosciences, Inc.

August 2002
"A phase III, randomized, double-blind, placebo-controlled, outpatient study to assess the efficacy and safety of a modified release formulation of NBI-34060 in adult primary insomnia patients with sleep maintenance difficulties"
Neurocrine Biosciences, Inc.

June 2002
"An international, multicenter, large simple trial (LST) to compare the cardiovascular safety of ziprasidone and olanzapine"
Pfizer, Inc.

August 2002
"A phase III, randomized, double-blind, placebo-controlled, outpatient study to assess the efficacy and safety of a modified release formulation of NBI-34060 in elderly primary insomnia patients with sleep maintenance difficulties"
Neurocrine Biosciences, Inc.

August 2002
"A phase III, randomized, double-blind, placebo-controlled, outpatient study to assess the efficacy and safety of a modified release formulation of NBI-34060 in adult primary insomnia patients with sleep maintenance difficulties"
Neurocrine Biosciences, Inc.

-5-

CONFIDENTIAL
AZSER12778447

BEST COPY AVAILABLE

June 2002
"An international, multicenter, large simple trial (LST) to compare the cardiovascular safety of ziprasidone and olanzapine"
Pfizer, Inc.

June 2002
"A 6½ month, multicenter randomized, double-blind, placebo-controlled comparison of 300 mg/day of extended-release bupropion hydrochloride and placebo for the prevention of seasonal affective disorder in subjects with a history of seasonal affective disorder"
GlaxoSmithKline

June 2002
"The effect of Ortho Tri-Cyclen® on bone mineral density in pediatric subjects with anorexia nervosa: a double blind, placebo-controlled study"
Ortho-McNeil Pharmaceutical, Inc.

May 2002
"An observation study, primarily prospective with some retrospective observations, of medication usage and preference study in adult psychiatric patients with a primary diagnosis of bipolar disorder treated in outpatient setting"
AstraZeneca

April 2002
"The study of olanzapine plus fluoxetine in combination for treatment-resistant depression without psychotic features"
Eli Lilly and Company

April 2002
"Deramciclane 30mg and 60mg once daily versus placebo in generalized anxiety disorder. A randomized, double-blind placebo and buspirone-controlled fixed-dose parallel-group multicenter study of 10 weeks (including a 2-week single-blind placebo period).
Pharmacia

March 2002
"Duloxetine once-daily dosing versus placebo in patients with major depression and pain"
Eli Lilly and Company

February 2002
"A multicenter, double-blind, randomized, placebo-controlled, parallel group study to evaluate the efficacy of a monophasic oral contraceptive preparation containing drospirenone 3 mg ethinyl estradiol 20 mg (as beta-cyclodextrin) in the treatment of premenstrual dysphoric disorder (PMDD)"
Berlex Laboratories

February 2002
"Bipolar disorder effectiveness study"
Eli Lilly and Company

October 2001
"Randomized, double-blind, parallel-group, placebo-controlled study evaluating efficacy and

-6-

CONFIDENTIAL
AZSER12778448

BEST COPY AVAILABLE

safety of three doses of vilazodone (8mg, 10mg, 20mg) versus placebo in patients with major depressive disorder"
GlaxoSmithKline

September 2001
"Topiramate versus placebo as add-on treatment in subjects with bipolar disorder in the outpatient setting"
Ortho-McNeil

August 2001
"Randomized, double-blind placebo-controlled, flexible dosage trials to evaluate the efficacy and tolerability of paroxetine cr in patients with generalized anxiety disorder (GAD)"
GlaxoSmithKline

March 2000
"A double-blind, placebo-controlled, parallel-group assessment of the selegiline transdermal system in the prevention of relapse of symptoms associated with major depression"
Sommerset Pharmaceuticals

February 2000
"Open label combination of olanzapine and fluoxetine in major depressive disorder"
Eli Lilly and Company

August 1998
"An open-label follow-on study of the long-term safety of aripiprazole on patients with psychosis"
Otsuka America Pharmaceutical, Inc.

-7-

CONFIDENTIAL
AZSER12778449

BEST COPY AVAILABLE



1325

CONFIDENTIAL
AZSER12778450

BEST COPY AVAILABLE

Apr 15 03 01:13p    Midwest Center  J Fanelli  (630)705-1503        p.7



1326

CONFIDENTIAL
AZSER12778451

BEST COPY AVAILABLE

D1447C00127: _____ 0121

## CURRICULUM VITAE

**NAME:**          STEPHEN M. MOHAUPT, M.D.

**WORK ADDRESS:**

California Clinical Trials Medical Group
1509 Wilson Terrace
55 Wing, Main Floor
Glendale, California 91206

California Clinical Trials Medical Group
15625 Lakewood Boulevard
Paramount, California 90723

**EDUCATION:**

1991          Doctor of Medicine
              Texas Tech School of Medicine
              Lubbock, Texas

1986          Bachelor of Science - Biochemistry
              California Polytechnic State University
              San Luis Obispo, California

**POST-GRADUATE MEDICAL TRAINING:**

1995 - 1996   Post-Doctoral Fellow
              Forensic Psychiatry
              Department of Psychiatry, Law and the Behavioral Sciences
              USC Institute of Psychiatry, Law and the Behavioral Sciences
              Los Angeles, California

              The Fellowship included work in the psychiatric legal evaluation of
              juveniles and adults; the treatment of sex offenders and parolees;
              and court testimony in forensic psychiatric cases.

1993 - 1995   Resident
              Department of Psychiatry
              Los Angeles County/University of Southern California Medical Center
              Los Angeles, California

1992 - 1993   Resident
              Department of Psychiatry
              Cedars-Sinai Medical Center
              Los Angeles, California

1327

CONFIDENTIAL
AZSER12778452

BEST COPY AVAILABLE

012(

Stephen M. Mchaupt, M.D.
Curriculum Vitae
Page 2

1991 - 1992        Internship
                   Department of Psychiatry
                   Rotations in Medicine and Neurology
                   Cedars-Sinai Medical Center
                   Los Angeles, California

**POSITIONS HELD:**

2000 - Present     Staff Psychiatrist
                   Metropolitan State Hospital
                   Norwalk, California

                   Psychiatric treatment of females judged incompetent to stand trial,
                   insanity acquittees and mentally disordered offenders.

2000 - Present     Research Physician - Psychiatrist
                   California Clinical Trials Medical Group
                   Glendale/Paramount, California
                   (Previous locations at Beverly Hills and Culver City, California)

2000 - 2003        Staff Psychiatrist
                   Riverside County Department of Mental Health
                   Riverside, California

1998 - Present     Private Practice
                   Forensic Psychiatry
                   Los Angeles, California

1998 - 2002        Staff Psychiatrist
                   Twin Towers/Los Angeles County Jail
                   Los Angeles, California

1998 - 2000        Associate Director of Consultation and Liaison Psychiatry
                   University of Southern California, School of Medicine
                   Los Angeles, California

                   Coordinated and managed this service for the Los Angeles County
                   General Hospital to include Women's Hospital.  Participated in
                   committees on Electroconvulsive Treatment, Restraint, Drug
                   Utilization Review, Pharmacy and Therapeutics, Organ Tissue
                   Oversight, and Residency Selection.

                   Attending Psychiatrist/Psychiatric Emergency Room; Consultation
                   and Liaison
                   University of Southern California Medical Center
                   Los Angeles, California

8/3/05

1328

CONFIDENTIAL
AZSER12778453

BEST COPY AVAILABLE

O121

Stephen M. Mohaupt, M.D.
Curriculum Vitae
Page 3

| | |
|---|---|
| 1997 - 1998 | Director of Acute Assessment Services, Consultation and Liaison<br>Psychiatric Services and Electroconvulsive Therapy<br>Gold Coast Hospital<br>Southport, Australia |
| 1997 | Attending Inpatient Psychiatrist<br>Adult and Adolescent<br>Christchurch, New Zealand |
| 1996 - 1997<br>(2 months) | Staff Psychiatrist<br>Contra Costa County Jail<br>Martinez, California |
| 1996<br>(2 months) | General Psychiatry<br>CCWF (Women's Prison)<br>Chowchilla, California |

**INSTITUTION AFFILIATIONS:**

City of Angels Medical Center
Los Angeles, California
    Attending Psychiatric Physician (Courtesy)

Glendale Adventist Medical Center
Glendale, California
    Attending Psychiatric Physician (Provisional)

La Paz Geropsychiatric Center
Paramount, California

**LICENSURE/CERTIFICATIONS:**

Licensed Physician and Surgeon
State of California, License No. #A51161

Diplomate - Forensic Psychiatry - American Board of Psychiatry and Neurology - 1999
Diplomate - Addiction Psychiatry - American Board of Psychiatry and Neurology - 1998
Diplomate - Psychiatry - American Board of Psychiatry and Neurology - 1996

**PUBLICATIONS:**

Jhee SS, Zarotsky V, **Mohaupt SM**, Yones CI, Sims SJ.  Delayed Onset of Oculogyric Crisis and Torticullis with Intramuscular Haloperidol.  The Annals of Pharmacotherapy 2003;October, (37):1434-1437

8/3/05

1329

CONFIDENTIAL
AZSER12778454

BEST COPY AVAILABLE

0121

Stephen M. Mohaupt, M.D.
Curriculum Vitae
Page 4

**Mohaupt SM**, Sharma KK. Forensic implications and medical –legal dilemmas of maternal versus fetal rights. J Forensic Sci 1998; 43(5):985-992

**Mohaupt SM**: Fetal Rights, Drug Abuse Handbook. Editor Karch SB. CRC Press LLC, 1997, pp 1046-1055

## CONSULTANTSHIPS:

| | |
|---|---|
| 1998 - Present and 1995 - 1996 | Los Angeles County Public Defender's Office |
| | Los Angeles County District Attorney's Office |
| | Los Angeles County Superior and Municipal Courts |
| 1998 - 2000 and 1995 - 1996 | LAC/USC Medical Center, Psychiatric Hospital |
| 1995 - 1996 | Los Angeles County Probation Department |
| | Los Angeles County Corner's Department |
| | California State Department of Corrections |

## PRESENTATIONS:

1998   Aggressive Behavior, Restraints and Forced Medication: A Comparative Study of United States and New Zealand; Primary Author (Presented by Jaffe M) American Academy of Forensic Sciences Conference, San Francisco, California

1998   Aggressive Behavior, Restraints and Forced Medication: A Comparative Study of United States and New Zealand; University of Southern California, Department of Psychiatry Grand Rounds; Los Angeles, California

1997   Forensic Implications and Medical-Legal Dilemmas of Maternal versus Fetal Rights; Primary Author (Poster); American Academy of Forensic Sciences Conference, New York, New York

1997   Treatment Issues in a Pregnant Patient with Schizophrenia and Refusing Necessary Labor Induction; University of Southern California, Department of Psychiatry Grand Rounds; Los Angeles, California

1992   Trichotillomania: A Case Review and Treatment Issues; Cedars-Sinai Medical Center, Department of Psychiatry Grand Rounds, Los Angeles, California

8/3/05

CONFIDENTIAL
AZSER12778455

BEST COPY AVAILABLE

D1447G0012?.      0122      *G. Rosenbaum*
*12/4/03*

Alan H. Rosenbaum, M.D.
Curriculum Vitae
Page 1 of 15

## ALAN H. ROSENBAUM, M.D.
## CURRICULUM VITAE

**PROFESSIONAL ADDRESS**      Psychopharmacology Associates, P.C.
28800 Orchard Lake Road, Suite 150
Farmington Hills, MI  48334
Phone: (248) 539-0200
Fax: (248) 539-0987

**EDUCATION**

COLLEGE          The University of Michigan
Ann Arbor, Michigan
1957-1958; College of Literature, Science, and Arts

Wayne State University
Detroit, Michigan
1958 -1961; B.A., Literature, Science, and Arts

GRADUATE          University of Michigan
SCHOOL            Ann Arbor, Michigan
1962 – 1965; M.S. Pharmacology

PROFESSIONAL      University of Michigan School of Medicine
Ann Arbor, Michigan
1961 - 1965; M.D.

**POST GRADUATE TRAINING**

St. Joseph Mercy Hospital                          July, 1965 - June, 1966
Ann Arbor, Michigan

Resident, Mayo Graduate School, Internal Medicine      July, 1966 - April, 1967
Rochester, Minnesota

Resident, Mayo Graduate School, Department of Psychiatry      April, 1967 - August, 1968
Rochester, Minnesota                                August, 1970 - August, 1972

1331

CONFIDENTIAL
AZSER12778456

BEST COPY AVAILABLE

**Alan H. Rosenbaum, M.D.**
**Curriculum Vitae**
**Page 2 of 15**

## MILITARY SERVICE

Psychiatrist, Third Army Medical Corps                1968 - 1970
Fort Bragg, North Carolina

## ACADEMIC APPOINTMENTS

Adjunct Clinical Professor                            2003 - Present
University of Michigan School of Medicine
Ann Arbor, Michigan

Clinical Professor (Clinician/Educator)              1994 - Present
Wayne State University School of Medicine
Detroit, Michigan

Clinical Professor, Full Time Active                 1990 - 1994
Wayne State University School of Medicine
Department of Psychiatry
Detroit, Michigan

Clinical Associate Professor                         1981 - 1990
University of Michigan Medical School
Department of Psychiatry
Ann Arbor, Michigan

Clinical Associate Professor                         1983 - 1990
Wayne State University School of Medicine
Department of Psychiatry
Detroit, Michigan

Associate Professor                                  1979 - 1981
University of Minnesota at the Mayo Clinic
Mayo Graduate School of Medicine Department of Psychiatry
Rochester, Minnesota

Assistant Professor                                  1976 - 1979
Mayo Graduate School of Medicine Department of Psychiatry
University of Minnesota at the Mayo Clinic
Rochester, Minnesota

Instructor                                           1972 - 1976
Mayo Graduate School of Medicine Department of Psychiatry
University of Minnesota at the Mayo Clinic
Rochester, Minnesota

CONFIDENTIAL
AZSER12778457

BEST COPY AVAILABLE

Alan H. Rosenbaum, M.D.
Curriculum Vitae
Page 3 of 15

## PROFESSIONAL POSITIONS

President, Psychopharmacology Associates, P.C.               1997 - Present
28800 Orchard Lake Rd, Suite 150
Farmington Hills, Michigan 48334

President, Psychopharmacology Research Corporation           1997 - Present
28800 Orchard Lake Rd, Suite 150
Farmington Hills, Michigan 48334

President, Eldertrust Wellness Coalition, P.C.               1997 - Present
Farmington Hills, Michigan

## CLINICAL /HOSPITAL APPOINTMENTS

Director of Clinical Services, Department of Psychiatry       1994 - 1995
Harper Hospital
Detroit, Michigan

Director, Mood Disorders Clinical Research Program            1994 - 1995
Wayne State University
Detroit, Michigan

Interim Chief of Psychiatry                                   1991 - 1994
Harper Hospital
Detroit, Michigan

Medical Director, Mental Health Programs                      1987 - 1990
Department of Psychiatry
Catherine McAuley Health Center
Ann Arbor, Michigan

Vice Chief, Department of Psychiatry                          1985 - 1987
Harper-Grace Hospitals
Detroit, Michigan

Director, Substance Abuse Inpatient Unit                      1983 - 1985
Harper-Grace Hospitals
Detroit, Michigan

Private Psychiatrist, Comprehensive Psychiatric Services, P.C.  1981 - 1997
Farmington Hills, Michigan

Director of Psychopharmacology, Department of Psychiatry      1981 -1983
Henry Ford Hospital
Detroit, Michigan

Division Head, Inpatient Psychiatry                           1981 - 1982
Henry Ford Hospital
Detroit, Michigan

CONFIDENTIAL
AZSER12778458

Alan H. Rosenbaum, M.D.
Curriculum Vitae
Page 4 of 15

## CONSULTING POSITIONS

| | |
|---|---|
| Department of Psychiatry, Henry Ford Hospital | 1981 - 1983 |
| Department of Psychiatry, Mayo Clinic | 1972 - 1981 |

## SCIENTIFIC ACTIVITIES

EDITORIAL POSITIONS

| | |
|---|---|
| Consulting Editor, American Medial Association Drug Evaluations | 1980 - 1990 |

REVIEWER

| | |
|---|---|
| Psychosomatics | 1977 - 1983 |
| Archives of Internal Medicine | 1980 - 1982 |
| American Journal of Psychiatry | 1980 - 1986 |

## GRANT SUPPORT

| | |
|---|---|
| GlaxoSmithKline (Ingenix): A 61/2 Month, Multicenter, Randomized, Double-blind, Placebo Controlled Comparison of 150-300 mg/day of Extended-release Brupropion Hydrochloride and Placebo for the Prevention of Seasonal Affective Disorder in Subjects with a History of Seasonal Affective Disorder | 2003-present |
| GlaxoSmithKline (Ingenix): A 61/2 Month, Multicenter, Randomized, Double-blind, Placebo Controlled Comparison of 150-300 mg/day of Extended-release Brupropion Hydrochloride and Placebo for the Prevention of Seasonal Affective Disorder in Subjects with a History of Seasonal Affective Disorder | 2002-2003 |
| BristolMeyersSquibb (PPD): A Prospective, Multicenter, Open-Label Study of Aripiprazole in the Management of Patients with Schizophrenia or Schizoaffective Disorder in General Psychiatric Practices. | 2002-2003 |
| GlaxoSmithKline: A Randomized, Double Blind, Parallel Group, Placebo Controlled, Flexible Dose Study Evaluating the Efficacy and Safety of SB-659746-A in Patients with Major Depression | 2001-2002 |
| MIRA: Use of Divalproex Sodium and Atypical Antipsychotics in Elderly Agitated Depressed Patients $25,000 | 1999 - Present |

1334

CONFIDENTIAL
AZSER12778459

BEST COPY AVAILABLE

Alan H. Rosenbaum, M.D.
Curriculum Vitae
Page 5 of 15

| | |
|---|---|
| Merck: Substance Patagonist for Major Depressive Disorder $15,000 | 1999 - 2000 |
| Eli Lilly and Company Sponsored: Fluoxetine for PMDD $13,000 | 1999 - 2000 |
| Glaxo Wellcome: Lamotrigine for Rapid Cycling Bipolar Disorders  $30,000 | 1997 - 1999 |
| Glaxo Wellcome: Lamotrigine for Depressed Bipolar Disorder $84,000 | 1997 - 2000 |
| Glaxo Wellcome: Lamotrigine for Manic Bipolar Disorders $34,000 | 1997 - 1998 |
| Abbott Laboratories Chart Review $5,000 | 1995 - 1996 |
| MIRA: Luprolide for PMS in Major Depressive Disorders $12,000 | 1994 - 1996 |
| Wyeth-Ayerst Laboratories Sponsored: Randomized, Double-Blind Comparison of Venlafaxine, Amitriptyline, and Placebo in Inpatient with Major Depression $9,000 | 1988 - 1989 |
| Eli Lilly and Company Sponsored: Fluoxetine vs. Desiramine in Depressed Adult Patients $72,780 | 1987 - 1988 |
| Eli Lilly and Company Sponsored: Fluoxetine: Efficacy and Tolerability – Biological Markers: Sleep Studies, Cortisol and MHPG $35,000 | 1981 - 1982 |
| Ford Foundation-Henry Ford Hospital Sponsored: Lithium and Imipramine in the Treatment of Tardive  Dyskinesia $23,000 | 1981 - 1982 |
| Mayo Foundation – Mayo Clinic Sponsored: Normal Value Studies-MHPG and Cortisol $7,000 | 1980 - 1981 |
| CIBA-Geigy Pharmaceuticals Sponsored: Oxyprotyline:Efficacy and Tolerability-Biological Markers in Moderate Depression $61,000 | 1979 - 1981 |
| Mayo Foundation-Mayo Clinic Sponsored: Biological Markers in Alcoholism $50,000 | 1978 - 1980 |

CONFIDENTIAL
AZSER12778460

BEST COPY AVAILABLE

Alan H. Rosenbaum, M.D.
Curriculum Vitae
Page 6 of 15

Shering Corporation Sponsored: <u>Halazapam:</u>                    1978 - 1979
<u>Efficacy and Tolerability-Biological Markers in Anxiety Disorders</u>
$37,000

CIBA-Geigy Pharmaceuticals Sponsored: <u>Ludiomil:</u>              1976 - 1978
<u>Efficacy and Tolerability-Biological Markers: MHPG and Cortisol</u>
$40,000

CIBA-Geigy Pharmaceuticals Sponsored: <u>Anafranil:</u>             1973 - 1975
<u>Efficacy and Tolerability Study-Thyroid Function Before</u>
<u>and After Treatment</u>
$14,000

**CERTIFICATION**                          Diplomate in Psychiatry, 1973
                                           American Board of Psychiatry and Neurology

**LICENSURES**                             State of Michigan

**HONORS and AWARDS**

**Distinguished Fellow**
American Psychiatric Association
January 2003

**Certificate of Recognition**
Mental Illness Research Association
Depression Research
Detroit, Michigan - 2002

**Certificate of Achievement**
Department of Psychiatry and Behavioral Neurosciences
Wayne State University
Detroit, Michigan - 1995

**Letter of Commendation**
American Academy of Cranio-Mandibular Disorders Award of Merit
Pharmacology of Tardive Dyskinesia
Chicago – 1982

**Certificate of Commendation**
State of Minnesota Department of Public Welfare
Drug Utilization Review Program
1980

**Teacher of the Year Award for Residency Training**
Mayo Graduate School of Medicine
1976

CONFIDENTIAL
AZSER12778461

Alan H. Rosenbaum, M.D.
Curriculum Vitae
Page 7 of 15

## MEMBERSHIP AND OFFICES IN PROFESSIONAL SOCIETIES

| | |
|---|---|
| Medical Advisor, Oakland County Manic Depressive Association | 1999 - Present |
| Examiner, American Board of Psychiatry and Neurology | 1980 - 1992 |
| Appointment, State of Minnesota Drug Utilization Review Committee | 1979 - 1980 |
| Member, State of Minnesota Board for Drug Utilization Review | 1979 - 1981 |
| Member, State of Minnesota Board of Substance Abuse | 1971 - 1973 |

## TEACHING

Mayo Graduate School

| | |
|---|---|
| Course Coordinator and Lecturer, CNS Pharmacology, PGYIII | 1971 - 1981 |
| Course Coordinator and Lecturer, M-1 CNS Pharmacology, | 1972 - 1976 |
| Course Discussant, PGYII Affective Residents | 1972 - 1981 |
| Supervisor, PGYI Psychiatry Residents -- Inpatient Service | 1973 - 1981 |
| Supervisor, PGYIII & IV - Research  - Masters Level | 1979 - 1981 |

Henry Ford Hospital

| | |
|---|---|
| Supervisor, M-3, PGYI -- Inpatient Unit | 1981-1983 |

University of Michigan students


Wayne State University

| | |
|---|---|
| Supervisor, M-3, Inpatient Service PGYI & II | 1983 - 1987 |
| Lecturer, M-3, Psychopharmacology students - Inpatient Unit | 1983 -1987 |
| Coordinator and Lecturer, Yearly CME  - 7 hour program on Affective | 1988 -1997 |
| Disorders with nationally known experts | |
| Lecturer, Advanced Psychopharmacology Course, PGYIII & IV, | 1991 - 1996 |
| Wayne State University | |
| Supervisor, PGY I & II Inpatient Services, Wayne State University | 1990 -1995 |
| Supervisor, Special elective, PGYIII & IV Inpatient and Day Program | 1990 - 1995 |
| Coordinator, M-3, Weekly Grand Rounds and Lecturer (monthly) resistant cases, staff and residents | 1990 -1995 |

1337

CONFIDENTIAL
AZSER12778462

Alan H. Rosenbaum, M.D.
Curriculum Vitae
Page 8 of 15

Case Consultant, Grand Rounds, Sinai Grace, Wayne State University          1990 - 2002
Staff PGYII –IV

Supervisor, 6 months, 1 day per week, PSYII,                                2000 -
Medical - Psychiatry, Outpatient


## BIBLIOGRAPHY

### Scientific Journals

1.    Rosenbaum, A.H., Bennett, D.R., Reinke, D.A. (1967). In vivo force, frequency and velocity of dog gastrointestinal contractile activity.  American Journal of Dig. Dis., 12: 142-153.

2.    Reinke, D.A., Bennett, D.R, and Rosenbaum, A.H. (1967). Patterns of dog gastrointestinal contractile activity in vivo with extraluminal force transducers. American Journal of Dig. Dis., 12: 113 – 141.

3.    Rosenbaum, A.H., and Steinhilber, R.M. (1973). Psychosomatic disorders: Combined therapeutic approach. Minnesota Med., 56: 677-67.

4.    Swanson, D.W., Rosenbaum, A.H., Hanson, N.P. and Swanson, W.M. (1974). Correlation of psychiatric factors and pituitary responsibility: A negative report. Journal of Nervous and Mental Disorders, 158: 100-103.

5.    Rosenbaum, A.H. and Steinhilber, R.M. (1975). Psychosis: Schizophrenia. Conn. Current Therapy, 811-814.

6.    Mikkelsen, E.J. and Rosenbaum, A.H. (1975). Amitriptyline-perphenazine overdosage producing delayed hypomania in manic depressive illness. American Journal of Psychiatry, 132: 870-871.

7.    Rosenbaum, A.H., Niven, R.G., Hanson, N.P. and Swanson, D.W. (1977). Tardive dyskinesia relationship with a primary affective disorder. Dis. Nerv. System, 38: 423-427.

8.    Hayes, J.R., Born, G. and Rosenbaum, A.H. (1977). Incidence of orthosatic hypotension in patients with primary affective disorders treated with tricyclic antidepressants. Mayo Clin. Proc., 52: 509-512.

9.    de la Fuente, J.R., and Rosenbaum, A.H. (1978). Clinical and neuroendocrine correlates with elevated platelet MAO activity. (Letter to the editor) American Journal of Psychiatry, 994.

10.   Rosenbaum, A.H. (1978). Tardive dyskinesia and pharmacology. (Letter to the editor) American Journal of Psychiatry, 135: 506.

11.   Rosenbaum, A.H. (1978). Pharmacotherapy for tardive dyskinesia. Psychiatric Annual, 9: 51-62.

CONFIDENTIAL
AZSER12778463

Alan H. Rosenbaum, M.D.
Curriculum Vitae
Page 9 of 15

12. Rosenbaum, A.H., Maruta, T., Auger, R.G., Duane, D.D., and de la Fuente, J.R. (1979). Endocrine testing in tardive dyskinesia: Preliminary report. American Journal of Psychiatry, 136: 102-104.

13. de la Fuente, J.R., and Rosenbaum, A.H. (1979). Benzodiazepines and tardive dyskinesia. (Letter to the editor) Lancet, 2: 900.

14. Rosenbaum, A.H. (1980). Management of manic-depressive patients during pregnancy. (Letter to the editor) JAMA, 243: 1089.

15. Rosenbaum, A.H., Schatzberg, A.F., Maruta, T., Schildkraut, J.J., Orsulak, P.J. and Cole, J.O. (1980). MHPG as a predictor of anti-depressant response to imipramine and maprotiline. American Journal of Psychiatry, 137: 1090 -1091.

16. Rosenbaum, A.H., Maruta, T., Duane, D.D., Auger, R.G., Martin, D.K. and Brenengan, E.E. (1980). Tardive dyskinesia in depressed patients: Successful therapy with antidepressants and lithium. Psychosomatics, 21: 715-719.

17. Schatzberg, A.F., Orsulak, P.J., Rosenbaum, A.H., Maruta, T., Kruger, E.R., Cole, J.O. and Schildkraut, J.J. (1980). Toward a biochemical classification of depressive disorders IV: Pretreatment urinary MHPG levels as predictors of antidepressant response to imipramine. Commun. Psychopharmacology, 4: 441-445.

18. Schatzberg, A.F., Rosenbaum, A.H., Orsulak, P.J., Rohde, W.A., Maruta, T., Kruger, E.R., Cole, J.O. and Schildkraut, J.J. (1981). Toward a biochemical classification of depressive disorders III: Pretreatment urinary MHPG levels as predictors of response to treatment with maprotiline. Psychopharmacology, 75(1): 34 - 38.

19. Schildkraut, J.J., Orsulak, P.J., Schatzberg, A.F., Cole, J.O. and Rosenbaum, A.H. (1981). Possible pathophysiological mechanisms in subtypes of unipolar depressive disorders based on differences in urinary MHPG levels. Psychopharmalogical Bulletin, 17: 90-91.

20. Schatzberg, A.F., Orsulak, P.J., Rosenbaum, A.H., Kruger, E.R., Schildkraut, J.J. and Cole, J.O. (1981). Catecolamine measure for diagnosis and treatment of patients with depressive disorders. Journal of Psychiatry, 41: 35-39.

21. Schatzberg, A.F., Orsulak, P.J., Rosenbaum, A.H., Maruta, T., Kruger, E.R., Cole, J.O. and Schildkraut, J.J. (1982). Toward a biochemical classification of depressive disorders V: Heterogeneity of unipolar depressions. American Journal of Psychiatry, 139(4): 471-475.

22. de la Fuente, J.R., Rosenbaum, A.H., Morse, R.M., Niven, R.G., Abboud, C.F. and Jiang, N.S. (1982). Prolactin secretion in alcoholics. Rev. Invest.Clin. (Mexico), 34:313-316.

23. Rothschild, A.J., Schatzberg, A.F., Rosenbaum, A.H., Stahl, J.B., and Cole, J.O. (1982). The dexamethasone suppression test as a discriminator among sub-types of psychotic patients. BR. Journal of Psychiatry, 141: 471-474.

CONFIDENTIAL
AZSER12778464

BEST COPY AVAILABLE

24.  Zachariah, P.K. and Rosenbaum, A.H. (1982). Stabilization of high blood pressure with tricyclic antidepressants and lithium combinations in hypertensive patients. Mayo Clinic. Proc., 57: 625-628.

25.  Schatzberg, A.F., Rothschild, A.J., Stahl, J.B., Bond, T.C., Rosenbaum, A.H., Lofgren, S.B., MacLaughlin, R.A., Sullivan, M. A. and Cole, J.O. (1983). The dexamethsone suppression test: Identification of subtypes of depression. American Journal of Psychiatry, 140(1): 88-91.

26.  Rosenbaum, A.H., Maruta, T., Schatzberg, A.F., Orusulak P.J., Jiang, N.S., Cole, J. O., and Schildkraut, J.J. (1983). Toward a biochemical classification of depressive disorders VII: Urinary free cortisol and urinary MHPG in depressions. American Journal of Psychiatry, 140(3): 314-318.

27.  Schildkraut, J. Orsulak, P., Schatzberg, A., Mooney, J., Rosenbaum, A., Gudeman, J., and Cole, J. (1983). Laboratory tests for discriminating subtypes of depressive disorders based on measurements of catecholamine metabolism. Affective and Schizophrenic Disorders, 103-123.

28.  de la Fuente, J.R., Rosenbaum, A.H., Morse, R.M., Niven, R.G., Abboud, C.F. and Jiang, N.S. (1983). The hypothalamic-pituitary-adrenal axis in alcoholics. Alcoholism: Clinical and Experimental Research, 7: 35-37.

29.  Blumer, D., Helibronn, M. and Rosenbaum, A.H. (1984). Antidepressant treatment of the pain-prone disorder. Proceedings of the American College of Neuropsychopharmacology. Psychopharmacology Bulletin, 20(3): 531-535.

30.  Rosenbaum, A.H., Schatzberg, A.F. (1984). Toward a biochemical classification of depressive disorders VII: Urinary free cortisol and urinary MHPG in depressions. (Letter to the editor) American Journal of Psychiatry, 141(3): 470.

31.  Rosenbaum, A.H., Schatzberg, A.F., MacLaughlin, R.A., Snyder, K., Jiang, N.S., Ilstrup, D., Rothschild, A.J. and Klineman, B. (1984). The dexamethasone suppression test in normal control subjects: Comparison of two assays and effect of age. American Journal of Psychiatry, 141(12): 1550-1555.

32.  Matthews, J., Akil, H., Greden, J., Charney, D., Wienberg, V., Rosenbaum, A.H. and Watson, S.J. (1986). Beta-Lipotropin immunoreactivity in endogenous depression: Effect of dexamethasone. Arch. Gen. Psychiatry, 43(4): 374-381.

33.  Zammit, G.K., Rosenbaum, A.H., Stokes, P., Davis, J., Zorick, F.J. and Roth, T. (1986). The DST and sleep EEG in two types of depressed patients: Placebo responders and persistent depressives. Sleep Research, 15: 68.

34.  Zammit, G.K., Rosenbaum, A.H., Stokes, P., Davis, J., Zorick, F.J., and Roth, T. (1986). Biological differences in endogenous depressive placebo responders vs. non-responders: dexamethasone suppression test and sleep EEG data. Biological Psychiatry, 24: 97-101.

CONFIDENTIAL
AZSER12778465

Alan H. Rosenbaum, M.D.
Curriculum Vitae
Page 11 of 15

35.    Zammit, G.K., Rosenbaum, A.H., Stokes, P. and Yee, W. (1989). Family histories of alcoholism in depressed patients: DST and REM latency findings [letter]. American Journal of Psychiatry, 146: 1077.

36.    Zammit, G.K., Pollack, C.P., Rosenbaum, A.H. and Roth, T. (1990). Early onset and accumulation of REM sleep in depression: A study of the phase advance hypothesis. Chronobiology International, 7(2): 165-169.

37.    Bowden, C.L., Schatzberg, A.F., Rosenbaum, A.H., Contreras, S.A., Samson, J.A., Dessain, E. and Sayler, M. (1993). Fluoxetine and desipramine in major depressive disorder. Journal of Clinical Psychopharmacology, 13(5): 305-311.

**Review Articles**

1.    de la Fuente, J.R, and Rosenbaum, A.H.(1979). Psychoendocrinology: an overview. Mayo Clin. Proc., 54: 109-118.

2.    Rosenbaum, A.H., Maruta, T. and Richelson, E. (1979). Drugs that alter mood. Part I. Tricyclic antidepressants and monamine-oxidase inhibitors. Mayo Clinic Proc., 54: 335-345.

3.    Rosenbaum, A.H., Maruta, T. and Richelson, E. (1979). Drugs that alter mood. Part II: Lithium carbonate. Mayo Clin. Proc., 54: 401-407.

4.    de la Fuente, J.R. and Rosenbaum, A.H. (1981). Prolactin in psychiatry. American Journal of Psychiatry, 138(9): 1154-1160.

5.    Rosenbaum, A.H. (1982). Haloperidol, lithium toxicity. Hospital Psychiatry, 186.

6.    Maruta, T. and Rosenbaum, A.H. (1982). Depression and MHPG. Clinical Psychiatry (Japan), 24(3): 327-334.

7.    Rosenbaum, A.H. (1985). Lithium use in geriatric patients. Geriatric Medicine Today, 4(2): 95-99.

8.    Rosenbaum, A.H. (1986). Current status of laboratory test and their usefulness to the practicing physician. Resident and Staff Physician, March.

9.    Rosenbaum, A.H. (1986). Current status of laboratory tests in the diagnosis of depression. Medical Times, 114(3): 41-46.

10.   Rosenbaum, A.H. (1996). Pharmacotherapy for mood disorders. Infertility and Reproductive Clinics of North America, 7(2): 365-379.

11.   Rosenbaum, A.H. and Rosenberg, R. (1996). Postpartum Depression. Infertility and Reproductive Clinics of North America, 7(2): 365-379.

12.   Rosenbaum, A.H. (1999). Rapid control of agitated, severely depressed patients. Psychiatric Annals, 29(5): 239-240.

CONFIDENTIAL
AZSER12778466

Alan H. Rosenbaum, M.D.
Curriculum Vitae
Page 12 of 15

## Chapters in Books

1.  de la Fuente, J.R. and Rosenbaum , A.H. (1980). Haloperidol in general hospital: Uses in medical and surgical patients. In F.A. Ayd (Ed.), Haloperidol Update. 1958-1980 (pp.102-109). Baltimore, Maryland: Waverly Press.

2.  Rosenbaum, A.H. (1981). Cases 2-6. In A.D. Gulledge (Ed.), Adult Psychiatry Case Studies (pp. 8-29). New York: Garden City.

3.  Schildkraut, J.J., Orsulak, P.J., Schatzberg, A.F., Cole, J.O., and Rosenbaum, A.H. (1982). Biochemical discrimination of subgroups of depressive disorders based on differences in catecholamine metabolism. In E. Usdine & I. Hanin (Eds.), Biological Markers in Psychiatry and Neurology (pp. 23-33). New York: Pergamon Press.

4.  Schildkraut, J.J., Schatzberg, A.F., Orsulak, P.J., Mooney, J.J., Rosenbaum, A.H., and Gudeman, J.E.. (1983). In M.R. Zales (Ed.), Affective and Schizophrenic Disorders: New Approaches to Diagnosis and Treatment (pp.103-123). New York: Pergamon Press.

5.  Schildkraut, J.J., Schatzberg, A.F., Orsulak, P.J., Rosenbaum, A.H., and Cole, J.O. (1983). Toward a biochemical classification of depressive disorders and the emerging field of psychiatric chemistry. In R.L. Habig (Ed.), The Brain, Biochemistry, and Behavior (pp. 47-64). Winston-Salem, North Carolina: American Association for Clinical Chemistry.

6.  Rosenbaum, A.H., (1983). The laboratory and the practicing clinical psychiatrist. In R.L. Habig (Ed.), The Brain, Biochemistry, and Behavior (pp. 299-309). Winston-Salem, North Carolina: American Association for Clinical Chemistry.

7.  Schildkraut, A.F., Orsulak, P.J., Rosenbaum, A.H., Cole, J.O. and Schildkraut, J.J. (1983). Relationship between psychiatric diagnostic groups of depressive disorders and MHPG. In J.W. Maas (Ed.), MHPG: Basic Mechanisms and Psychopathology (pp. 129-144). New York: Academic Press.

8.  Schatzberg, A.F., Orsulak, P.J., Rosenbaum, A.H., Cole, J.O. and Schildkraut, J.J.(1983). Biochemical subtypes of unipolar depressions. In P.J. Clayton & J.E. Barrett (Eds.), Treatment of Depression: Old Controversies and New Approaches (pp. 53-60). New York: Raven Press.

9.  Schildkraut, J.J., Schatzberg, A.F., Orsulak, P.J., Mooney, J.J., Rosenbaum, A.H. and Gudeman, J.E. (1983). Biological discrimination of subtypes of depressions. In J.M. Davis and J.W. Maas (Eds.), The Affective Disorders (pp. 31-51). Washington, D.C.: American Psychiatric Press.

10. Schildkraut, J.J., Orsulak, P.J., Schatzberg, A.F., and Rosenbaum, A.H. (1984). Urinary MHPG in affective disorders. In R.M. Post & J.C. Bellenger (Eds.), Neurobiology of Mood Disorders (pp. 519-528). Baltimore, Maryland: Williams and Wilkins.

CONFIDENTIAL
AZSER12778467

Alan H. Rosenbaum, M.D.
Curriculum Vitae
Page 13 of 15

11.    Rosenbaum, A.H. (1984). Biological markers and treatment of affective disorder patients with tardive dyskinesia. In G.Gardos & D.E. Casey (Eds.), Tardive Dyskinesia and Affective Disorders (pp. 37-48). Washington, D.C.: American Psychiatric Press.

12.    Rosenbaum, A.H. (1989). Advance in lithium therapy. In J.G. Howells (Ed.), Modern Perspectives in Psychiatry of Affective Disorders (pp. 411-416). Colchester, United Kingdom: International Journal of Family Psychiatry.

13.    Rosenbaum, A.H., Schatzberg, A.F., Bowden, C.L., Samson, J.A., Schildkraut, J.J. (1992). MHPG as a predictor of clinical response to fluoxetine. In Robert, P. Darcourt, G., Pringuey, D., and Mendlewicz, J. (Eds.), Clinical Neuropharmacology, 15(1)B. New York: Raven Press, p. 209B.

14.    Bowden, C.L., Schatzberg, A.F., Rosenbaum, A.H., Contreras, S., Schildkraut, J.J., Dessain, E. (1992). Effects of fluoxetine and desipramine on platelet imipramine binding in major depression. In Robert, P. Darcourt, G., Pringuey, D., and Mendlewicz, J. (Eds.), Clinical Neuropharmacology, 15(1)B. New York: Raven Press, p.329B.

### Case Reports

1.    Rosenbaum, A.H., and Barry, M.J. (1975). Positive therapeutic response to lithium in hypomania secondary to organic brain syndrome. American Journal of Psychiatry, 132: 1072-1073.

2.    de la Fuente, J.R., Rosenbaum, A.H., Martin, H.R. and Niven, R.G. (1980). Lorazepam related withdrawal seizures. Mayo Clin. Proc., 55: 190-192.

3.    de la Fuente, J.R., and Rosenbaum, A.H. (1980). Neuroendocrine dysfunction and blood levels of tricyclic antidepressants. American Journal of Psychiatry, 137: 1260-1261.

4.    Rosenbaum, A.H., O'Connor, M.K., Duane, D.D., and Auger, R.G. (1980). Treatment of tardive dyskinesia in an agitated, depressed patient with electroconvulsive therapy, tricyclic antidepressant, and lithium. Psychosomatics, 21: 765-766.

5.    Chamberlin, B.C., Newman, D.C. and Rosenbaum, A.H. (1982). Spinal-cord vascular malformation with perimenstrual symptoms. Psychosomatics, 23(11): 1189-1191.

### Published Abstract

1.    Szurszewski, J.H. and Rosenbaum, A.H. (1968). Effects of urecholine and epinephrine on the electrical activity of the canine small intestine. International Congress of Physiological Sciences, 24th Abstracts of Volunteer Papers and Films (p.537). Washington, D.C.

2.    Maruta, T. Swanson, D. and Rosenbaum, A.H. (1981). Characteristics of depressions in patients with chronic pain. Sixth World Congress of Continental Congress of Psychosomatic Medicine (#279, p. 70). Montreal, Canada.

CONFIDENTIAL
AZSER12778468

Alan H. Rosenbaum, M.D.
Curriculum Vitae
Page 14 of 15

3.  Luby, E.D., Marrazzi, M.A., Kinzie, J., and Rosenbaum, A.H. (1986). Opiate blockade in the treatment of anorexia nervosa. Society of Biological Psychiatry. Washington, D.C.

4.  Rosenbaum, A.H., Auger, R.G., Niven, R.G., Duane, D.D., Hanson, N.P. and Maruta, T. (1978, November). Treatment of tardive dyskinesia with a tricyclic antidepressant-lithium combination in depressed patients. Presented at the Psychosomatics Meeting, Atlanta Georgia.

5.  de la Fuente, J.R., Rosenbaum, A.H., Morse, R.M., Abboud, C.F., Niven, R.G. and Jiang, N.S. (1979, May). Hypothalamic-pituitary-adrenal axis in alcoholics. Presented at the American Psychiatric Association Annual Meeting, Chicago, Illinois.

6.  Schatzberg, A.F., Rosenabaum, A.H., Cole, J.O., Rohde, W.H., Orsulak, P.J. and Schildkraut, J.J. (1979, May). Preliminary Studies of maprotiline. Presented at the American Psychiatric Association Annual Meeting, Chicago, Illinois.

7.  Rosenbaum, A.H., de la Fuente, J.R., Maruta, T., Duane, D.D., Auger, R.G., Jiang, N.S., and Davis, J. (1980, May). Tardive dyskinesia: Treatment and endocrine function. Presented at the American Psychiatric Association Annual Meeting, San Francisco, California.

8.  Rosenbaum, A.H., Maruta, T., Schatzberg, A.F., Orsulak, P.J., Jiang, N.S., and Schildkraut, J.J. (1980, May). Urine free cortisol and MHPG in depressive disorder. Presented at the American Psychiatric Association Annual Meeting, San Francisco, California.

9.  Rosenbaum, A.H., Maruta, T., Schatzberg, A.F., Orsulak, P.J., Jiang, N.S., Cole, J.O., and Schildkraut, J.J. (1981, May). Urine free cortisol and MHPG levels in anxiety neurosis. Presented at a meeting of the Biological Society.

10. Rosenbaum, A.H. (1981, October). Use of lab test in psychiatry. Presented at Conference on Therapeutic Drug Monitoring, South Bend, Indiana.

11. Rosenbaum, A.H. (1981, November). Cortisols in anxiety, depression, and normals. Presented at the World Congress of Psychiatry, New York, New York.

12. Rosenbaum, A.H. (1982, May). MHPG and cortisol in anxiety, depression, and normals. Presented at the American Psychiatric Association Annual Meeting, Toronto, Canada.

13. Rosenbaum, A.H. (1982, February). Treatment of tardive dyskinesia. Presented at a meeting of the American Academy of Cranio-Mandibular Disorders, Chicago, Illinois.

14. Rosenbaum, A.H. (1983, January). The laboratory and the practicing clinical psychiatrist. Presented at the A.O. Beckman Conference for the American Association of Clinical Chemistry.

15. Rosenbaum, A.H., Gorell, J.M., DeHom, A., Zammit, G., Garwood, R., and Adams, K. (1983, May). Treatment of depressed patients with tardive dyskinesia. Presented at the 136th meeting of the American Psychiatric Association, New York, New York.

CONFIDENTIAL
AZSER12778469

BEST COPY AVAILABLE

**Alan H. Rosenbaum, M.D.**
**Curriculum Vitae**
**Page 15 of 15**

16.   Blumer, D., Heilbronn, M. and Rosenbaum, A.H. (1983, May). Antidepressant treatment of chronic pain. Presented at the American Psychiatric Association Annual Meeting, New York, New York.

17.   Blumer, D., Heilbronn, M. and Rosenbaum, A.H. (1984, May). Chronic pain, depression, and alcoholism. Presented at the American Psychiatric Association Annual Meeting, Los Angeles, California.

18.   Rosenbaum, A.H. (1985, May). Lithium enhancement of tricyclic antidepressants. Presented at the American Psychiatric Association Annual Meeting, Dallas, Texas.

19.   Rosenbaum, A.H., Ginsburg, K., Rosenberg, R., Davis, J. and Schatzberg, A.F. (1996, August). Treatment of major depressive disorder (MDI) with gonadotropin-releasing hormone agonist therapy (Gn Rha). Presented at the International Society of Psychoneuroendocrinology XXVIIth Congress, Cascais, Portugal.

20.   Rosenbaum, A.H., Iho, B., Beel-Bates, C. and Davis, J. (1998). Estrogen sensitizes 5HT receptors to help decrease aggressive behavior.  Presented at the Society of Biological Psychiatry Annual Meeting, Toronto, Canada.

21.   Hoes-Gurvich, L. and Rosenbaum, A.H. (1999). Perimenstrual affective symptom patterns in women treated for depression. Presented at the 39th NCDEU Annual Meeting, Boca Raton, Florida.

1345

CONFIDENTIAL
AZSER12778470

BEST COPY AVAILABLE

0123

D1447C00127: _____

# CURRICULUM VITAE
### (2005)

### *Franco Sicuro, M.D.*

**Personal Data:**

| | |
|---|---|
| Birthdate: | REDAC 1955 |
| Birthplace: | Palermo, Italy |
| Citizenship: | USA |
| Marital Status: | Married with 2 children |

Office Addresses:

- Long Term Psychiatric Management:
  3954 South Broadway St. Louis, Mo. 63118
  Tel. (314) 776-7999; Fax. (314) 772-2257

- Millennium Psychiatric Associates:
  12303 De Paul Dr,St Louis, MO 63044
  Tel. (314)298-0001; Fax (314) 298-0020
  mobile REDACTED

**Education:**

| | |
|---|---|
| High School: | Liceo Classico Viltorio Emanuele II<br>Palermo, Italy<br>July 1969-74 |
| Medical School: | Palermo University Medical School<br>Palermo, Italy<br>July 1974-80<br>MD degree cum laude |

**Residencies:**

| | |
|---|---|
| 1980-1984 | Milan University Medical School<br>Milan, Italy<br>70/70 cum laude |

1346

CONFIDENTIAL
AZSER12778471

BEST COPY AVAILABLE

| 1985-1986 | SUNY Downstate |
| | Brooklyn, New York |
| | PGY-1 Psychiatry |
| 1986-89 | SUNY Stony Brook |
| | Stony Brook, NY |
| | PGY-2-3-4 Psychiatry |

**Licenses:**

| 1980 | Italian Medical License |
| 1983 | ECFMG Certificate: 43717915 (Average 83) |
| 1986 | Flex New York |
| 1986 | New York Medical License Certificate: # 176135 |
| 1986 | New Jersey License Certificate: 949070 |
| 1997 | Missouri License MD 112806 |

**Boards:**

| 1984 | Italian Boards of Psychiatry |
| 1991 | American Boards of Psychiatry/Neurology |

**Fellowship/Special Training:**

| 1989 | - Sleep Disorders Medicine |
| | SUNY Stony Brook |
| | Stony Brook, New York |
| | Director: W. Mendelson, M.D. |
| | |
| | - ECT |
| | SUNY Stony Brook |
| | Stony Brook, NY |

1347

CONFIDENTIAL
AZSER12778472

BEST COPY AVAILABLE

Director: M.Fink, MD

**Faculty appointments:**

| | |
|---|---|
| 1998-Present | Adjunct Assistant Professor<br>St.Louis University Medical School<br>Dept. of Psychiatry |
| 1998-2001 | Clinical Instructor<br>University of Health Sciences<br>Kansas City, MO |
| 2001-2004 | Clinical Assistant Professor<br>Dept. Internal Medicine<br>University of Health Sciences<br>Kansas City, MO |
| 2004-Present | Clinical Assistant Professor<br>Des Moines University,<br>Des Moines, Ohio |

**Research Experience:**

| | |
|---|---|
| 1982-84 | Milan University, Italy<br>Sleep Disorder Center |
| 1988-89 | SUNY Stony Brook, NY<br>Sleep Disorders Center |
| 1998-2001 | Clinical Research Incorporated<br>2639 Miami Street Suite- M-25<br>St. Louis, Mo. 63118<br><br>Sub-Investigator for the following Trials:<br>Pfizer-Ziprasidone 0548-0570-0585<br>Novartis ILP 3005<br>Novartis ILP 3004<br>Eli Lilly- UGHB<br>Eli Lilly-HGHX |

1348

CONFIDENTIAL
AZSER12778473