BEST COPY AVAILABLE

Eli Lilly-HGIE
Abbott-Depakote

1998-2000

St. Louis University School Of Medicine
Clozaril/Leponex ABA 451 Drug
Study Sponsor: Novartis Pharmaceuticals

2001-present

Millennium Psychiatric Associates LLC
Medical Director
12303 DePaul Dr
St Louis, MO 63044-2588

Principal Investigator for:
-Ziprasidone Zodiac Trial
-NIMH Catie-AD Research Trial
-Quetiapine in agitated dementia STAR trial
-Antipsychotic polipharmacy in elderly: chart review.
-Quetiapine v/s risperidal: cataractogeny. Clears Trial
-Risperidal in children and adolescent mania. Reach Trial
-Memantine in Nursing home residents.
-Phase II Antidementia compound. BIPI
-Quetiapine in Bipolar, mania.
-Olanzapine v/s Aripiprazole in inpatient Schizophrenia.
-Depakote in child and adolescent mania.
-Methylnaltrexone in opioid constipation.
-Asenapine in schizophrenia.

**Work Esperience**:

1998-Present        Medical Director Psychiatric Partial Hospitalization
                    South Pointe Hosp. St Louis ,MO

1999-2001           Medical Director Psychiatric Partial Hospitalization
                    St Joseph Medical Center
                    St Charles, MO

2001-Present        Medical Director Psychiatric Partial Hospitalization
                    DePaul Health Center
                    12303 De Paul Dr,St Louis,MO 63044

1997-2002           Medical Director Geropsychiatry Unit
                    Des Peres Hosp, St. Louis, Mo.

2000-Present        Medical Director Geropsychiatry Unit
                    DePaul Health Center
                    St. Louis ,Mo.

CONFIDENTIAL
AZSER12778474

BEST COPY AVAILABLE

| | |
|---|---|
| 2001-Present | Director of Clinical Research<br>St. Vincent- DePaul Hosp<br>St Louis, Mo |
| 2002-2003 | Medical Director Geropsychiatry<br>Forest Park Hospital<br>St Louis, Mo |
| 1997-Present | Private Practice<br>Long Term Psychiatric Management, P.C.<br>St. Louis, Mo. 63118 |
| 1993-1997 | Private Practice Palermo, Italy<br>Director Pediatric Sleep Center<br>Fatebenefratelli Hospital, Palermo Italy |
| 1989-1993 | Private Practice<br>Long Branch, New Jersey |
| 1992-1993 | Discovery House<br>Alcohol/Drug Rehabilitation Psychiatric Consultant Marlboro, New Jersey |
| 1992-1993 | Bayshore Medical Center<br>Medical Director Bayshore Counseling Center,<br>Holmdel, New Jersey |
| 1992-1993 | Monmouth Medical Center Attending Psychiatrist<br>Long Branch, New Jersey |
| 1989-1993 | Monmouth Chemical Dependency Treatment Center Medical Director<br>Long Branch, New Jersey |
| 1987-1989 | Northport Veterans Administration ER Psychiatrist<br>Northport, New York |
| 1999-Present | Member of the Speaker Bureau for Eli-Lilly, Pfeizer,<br>Astra-Zeneca, Bristol Mayers Squibb. Forest Labs.<br>Has received Educational Grants from Lilly and Astra-Zeneca. |

## Memberships:

| | |
|---|---|
| 1986-present: | American Psychiatric Associations |
| 1988-2000 | Sleep Research Association |
| 2003-present | American Association of Geriatric Psychiatry |

CONFIDENTIAL
AZSER12778475

BEST COPY AVAILABLE

**Publications:**

Pugnetti, L., Colombo, A., Cazzullo C.L., Leccardi, G., Sicuro, F., Scarone, S. Daytime sleep patterns of primary depressives: a morning nap study. (Psychiatry Research, 7, 287-298. 1982)

Brambilla F., PuunettiL., Sicuro, F., Scarone, S. Pituitary responses to TRH and sleep EEG findings in depression (Sleep Research, vol.12, 202, 1983).

Sicuro, F., Pugnetti L., Manzoni M., Scarone S., Prevalence of sleep disturbance in 18 to 23 year old male Italians. (Sleep Research, vol.12, 284, 1983)

Pugnetti, L. Sicuro, F. Scarone S.; REM sleep onset modalities in different psychopathological states (Sleep Research, vol. 1 12, 210, 1983)

Ferdinando Accornero, M.D.
An eye witness Account of the Discovery of Electroshock. (Convulsive Therapy, vol 4, 1, 40-49,1988).
Translated from Italian by Franco Sicuro, M.D. and G. Morena, M.D.

Mendelson, W.B., Sicuro, F., Starz, K.E., Gujavarty K., Dorotheo, M., Weingartner H., Effects of Two Preparations of Triazolam on Cognition and performance in Normal volunteers. (Sleep Research, vol. 18, 63, 1989).

Sicuro F.
Use of Higher dose Quetiapine in Elderly Inpatients: a chart review study.( presented at the AAGP meeting in 2003).

Sicuro F.
Treatment of Psychosis among older adults in residential care facilities: a review of clinical case using Quetiapine.
Annals of Long-Term Care 2003

Sicuro F.
Treatment of Bipolar Disorder among older adults: a review of clinical cases using Quetiapine.
Clinical Geriatrics 2003.

CONFIDENTIAL
AZSER12778476

BEST COPY AVAILABLE

D1447C00127: ~~SWH~~ 0125

# CURRICULUM VITAE - PETER HAUSER, M.D.

## ADDRESS

Mental Health & Neurosciences Division (P3MHADM)

Portland VA Medical Center

P.O. Box 1034, Portland OR 97239

3710 SW US Veterans Hospital Rd, Portland OR 97201

Phone: (503) 220-8262, ext. 56490

Fax: (503) 721-1053

## PERSONAL

Place of Birth: REDACTED

Citizenship: REDACTED

Marital Status: Married REDACTED

## EDUCATION

| | |
|---|---|
| 1981 | M.D. University of Virginia Medical School |
| 1976 | B.A. University of Virginia (with distinction, German Literature) |
| 1973 | H.S. Woodberry Forest School |
| 1972 | School Year Abroad (Germany)-Phillips (Andover) Academy |

## PROFESSIONAL CERTIFICATION

National Board of Medical Examiners #252731

American Board of Psychiatry and Neurology #31855

## PROFESSIONAL LICENSURE

District of Columbia: License to practice medicine and/or surgery #15383-inactive

Utah: License to practice medicine and/or surgery #7209-inactive

Maryland: License to practice medicine and/or surgery #D0051861-inactive

Virginia: License to practice medicine and/or surgery #37393-active

Oregon:  License to practice medicine and/or surgery #MD24212-active

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2003-present | Professor, Department of Behavioral Neuroscience, Oregon Health and Sciences University, Portland, Oregon |
| 2002 - present | Associate Director, Northwest Hepatitis C Resource Center |

1 of 30                                         Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778477

BEST COPY AVAILABLE

## PROFESSIONAL EXPERIENCE (cont.)

| | |
|---|---|
| 2000 - present | Chief of Psychiatry and Clinical Director of Mental Health, Portland VA Medical Center<br>Professor of Psychiatry, Oregon Health and Sciences University<br>Director, Portland VA Mood Disorders Research and Treatment Center   . |
| 1998-2000 | Director, Research Section, Mental Health Clinical Center-Veteran Affairs   Maryland Health Care System (VAMHCS) |
| 1994- 1998 | Chief of Psychiatry, Baltimore VA Medical Center |
| 1994- present | Director, Joint University/VA Mood Disorders Program Professor of Psychiatry and Professor of Medicine (Endocrinology), University of Maryland School of Medicine |
| 1988 - 1994 | National Research Scholarship Award-Guest Researcher, Molecular and Neuroendocrinology Section, National Institute of Diabetes and Digestive and Kidney Diseases (NIDDKD), NIH, Bethesda, MD |
| 1986 - 1988 | Medical Staff Fellow, Biological Psychiatry Branch, National Institute of Mental Health (NIMH), Bethesda, MD |
| 1985 - 1986 | PGY IV-Teaching Resident/Outpatient Clinic Sibley Hospital/Georgetown University Hospital, Washington, D.C. |
| 1984 - 1985 | PGY III - Social and Community Psychiatry/ Dept. Child and Family Studies - Clarke Institute of Psychiatry, Toronto,Canada |
| 1984 | PGY II - Gender Identity Clinic, Clarke Institute of Psychiatry |
| 1983 | PGY II - Primary Care Services, Clarke Institute of Psychiatry |
| 1983 | Research Assistant, Research Project "Gender and Schizophrenia",Clarke Institute of Psychiatry |
| 1982 | Attending Ward Physician, Utah State Hospital |
| 1981 | Internship, University of Utah Medical Center |

## HONORS AND AWARDS

| | |
|---|---|
| 2002 | South Cascade Alliance Behavioral Health Leadership Group Chair Award. |
| 1993 | Junior Investigator Award Recipient: "Behavioral and Cognitive Correlates of Generalized Resistance to Thyroid Hormone". 1993 World Congress on Psychiatric Genetics. |
| 1991 | Member of the Cosmos Club, Washington, D.C. |
| 1986 | Wyethe Award for Excellence: Presentation, "Sinistrality and schizophrenia." Ontario Psychiatric Association Annual Meeting, Toronto. |

2 of 30                                    Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778478

BEST COPY AVAILABLE

**EDITORIAL TASKS**

<u>Associate Editor for the Journal:</u>
Current Hepatitis Reports

<u>Reviewer for the following journals:</u>
Acta Pediatrica
American Journal of Psychiatry
Biological Psychiatry
New England Journal of Medicine
Journal of Nervous and Mental Diseases
Psychiatric Services
Psychoneuroendocrinology
Psychosomatics
The Journal of Clinical Psychiatry
The Journal of Neuropsychiatry and Clinical Neurosciences

<u>Book Reviewer:</u>
Journal of Nervous and Mental Diseases

3 of 30                                          Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778479

**COMMITEES AND OTHER ADMINIDTRATIVE FUNCTIONS (Past/Present)**

**Oregon Health & Science University**

| | |
|---|---|
| 2002-present | Member, Department of Psychiatry Residency Training Committee |
| 2000-present | Member, Department of Psychiatry Executive Committee |

**Veterans Affairs**

| | |
|---|---|
| 2002-present | Member, VISN 20 Behavioral Health Leadership Committee |
| 2002 | Chairperson, Southern Cascade Alliance of Behavioral Health Leadership Committee |
| 1996-2002 | Member, VA Mental Health New Knowledge Group |
| 1995-2000 | Member, National Committee for VA Major Depressive Disorders Clinical Guidelines |
| 1995-2000 | Member, DOD/VA Practice Guideline Working Group, Major Depressive Disorders |
| 1997-2001 | Member, National Committee for VA Psychosis Clinical Guidelines |
| 1996-2002 | Psychopharmacology Liaison to VA Headquarters for Mental Health Clinical Guidelines |
| 1997 | Member, Site Visit Team for the VA MIRECC (Mental Illness Research Education and Clinical Center) |

4 of 30                                    Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778480

**FUNDED RESEARCH GRANTS AS PRINCIPAL INVESTIGATOR-since 1995**

**A multicenter, open-label, flexible-dose, parallel-group evaluation of the cataractogenic
potential of quetiapine fumarate (SEROQUEL) and risperidone (RISPERDAL) in the long-
term treatment of subjects with schizophrenia or schizoaffective disorder**
Principal Investigator: Peter Hauser
Amount of Grant:
Time Period: 2004-

**Systematic Treatment Enhancement Program-Bipolar Disorder (STEP-BD) with HCV Risk
Factors**
Principal Investigator:  Peter Hauser
Amount of Grant:
Time Period: 2004-

**Family Study in Systematic Treatment Enhancement Program-Bipolar Disorder (STEP-BD)**
Principal Investigator: Vishwajit Nimgaonkar
Site Principal Investigator: Peter Hauser
Amount of Grant:
Time Period: 2004-

**The Relationship Between Valproate and Other Mood-Stabilizer Therapies to the Polycystic
Ovarian Syndrome and Polycystic Ovarian Morphology in Women With Bipolar Disorder –
(Extension)**
Principal Investigator: Hadine Joffe
Site Principal Investigator: Peter Hauser
Amount of Grant:
Time Period: 2004-

**Noradrenergic Augmentation of SSRI Therapy in Patients with Depression Unresponsive or
Incompletely Responsive to SSRI Monotherapy**
Principal Investigator: Peter Hauser
Co-Investigators: Erick Turner and Robert Socherman
Amount of Grant: $168,000 (industry)
Time Period: 12/15/03-1/31/05

**Antidepressant Prophylaxis for Interferon-Induced Depression: Efficacy
of Paroxetine, THE HEPDEP II Study**
Principal Investigator: Dr. Hauser
Amount of Grant: $2,000/pt (industry)
Time period: 10/2003-10/2004

**Genetics Repository for STEP-BD Participants**
Principal Investigator: Vishwajit Nimgaonkar
Site Principal Investigator: Peter Hauser
Co-Investigators: Robert Socherman
Amount of Grant: $45,500 (NIMH)
Time Period: 8/2003-12/2005

**Polycystic Ovarian Syndrome (PCOS)**
Principal Investigator: Hadine Joffe
Site Principal Investigator: Peter Hauser
Amount of Grant: $74,800 (NIMH)
Time Period: 11/2002-9/2004

Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778481

**FUNDED RESEARCH GRANTS AS PRINCIPAL INVESTIGATOR-since 1995 (cont.)**

**VISN 20 Prophylactic Treatment of IFN-Induced Depression in Hepatitis C**
Principal Investigator: Peter Hauser
Co-Investigators: Anna Sasaki and Jennifer Loftis
Amount of Grant: $414,900
Time Period: 10/2002-10/2005

**Systematic Treatment Enhancement Program for Bipolar Disorder (STEP-BD)**
Principal Investigator: Gary Sachs
Site Principal Investigator: Peter Hauser
Amount of Grant: $21 million (NIMH)
Anticipated funding for our site: $120,000/year
Time Period: 9/1/2001-9/30/2004

**Olanzapine Versus Ziprasidone in the Treatment of Schizophrenia**
Site Principal Investigator: Peter Hauser
Amount of Grant: $200,000, including indirect costs (industry)
Multi-center study: 53 sites in USA
Time Period: 3/30/2000-6/30/2002

**Use of Computerized Screening Instruments for Identifying and Treating Depression in Primary Care Settings: A Preliminary Evaluation.**
Principal Investigator: Peter Hauser
Co-principal Investigator: Mitch Kling
Amount of Grant: $56,000 including indirect costs (industry)
Time Period: 9/1/2000- 9/1/2001

**Olanzapine for the Treatment of Tardive Dyskinesia in Schizophrenic Patients.**
Site Principal Investigator: Peter Hauser
Co-Investigators: Mitch Kling and Susan Reed.
Amount of Grant: $110,000 including indirect costs (industry)
Time Period: 2/15/1999-11/30/2001

**Feasibility and Efficacy of Using the Medi-Monitor in Schizophrenia.**
Principal Investigators: Paul Ruskin and Peter Hauser
Co-Investigators: Mitch Kling and Bruce Kehr
Amount of Grant: $120,000 (NIH Small Business Technology Transfer Program)
Time Period: 7/1/1999-6/30/2000

**A Quantitative Assessment of Depression and Cognitive Impairment Secondary to Alpha Interferon Treatment.**
Principal Investigator: Peter Hauser
Co-Investigators: Mitchell Kling, Robert Kane, Susan Reed, and Elliot Siegel
Amount of Grant: $397,000 + $99,319 indirect costs (industry)
Multi-center study with M.D. Anderson Cancer Center
Time Period: 9/1/1997-6/30/2001

**Olanzapine Added to Mood Stabilizers in the Treatment of Bipolar Disorder.**
Site Principal Investigator: Peter Hauser
Study Coordinator: Susan Reed
Amount of Grant: $189,650 including indirect costs (industry)
Time Period: 9/1/1997-1/31/2001

6 of 30                                    Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778482

Case 6:06-md-01769-ACC-DAB    Document 1368-10    Filed 03/13/09    Page 10 of 100 PageID 92540

BEST COPY AVAILABLE

**FUNDED RESEARCH GRANTS AS PRINCIPAL INVESTIGATOR-since 1995 (cont.)**

**Quantitative MRI Measurement of Patients with Resistance to Thyroid Hormone**
Principal Investigator: Peter Hauser
Co-Investigators: Pedro Martinez and Mary Beth Schultheiss
Amount of Grant: $25,000 (American Thyroid Association)
Time Period: 6/1/1996-6/1/97

**Patient Education Center for Mood Disorders**
Principal Investigator: Peter Hauser
Co-Investigators: Susan Reed
Amount of Grant: $20,000 (industry)
Time Period: 1995 (startup funds)

Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778483

**FUNDED RESEARCH GRANTS AS CO- INVESTIGATOR-since 1995**

**The Efficacy of Adjunctive Seroquel in Treatment-Resistant Depression**
Principal Investigator: Erick Turner
Co-Investigators: Peter Hauser, Mitch Kling, and Robert Socherman
Amount of Grant: $250,000 (industry)
Time Period: 10/03-9/04

**A 21-Day, Double-Blind, Placebo-Controlled, Parallel-Group Evaluation of the Efficacy and
Safety of Depakote ER in the Treatment of the Manic Phase of Bipolar Disorder**
Principal Investigator: Erick Turner
Co-Investigators: Peter Hauser, Robert Socherman, and Tom Hansen
Amount of Grant: $100,000 (industry)
Time Period: 8/03-7/04

**Influence of Mood State on Capacity to Consent to Research in Bipolar Patients**
Principal Investigator: Sahana Misra
Co-Investigators: Peter Hauser and Linda Ganzini
Amount of Grant: $30,000
Time Period: 12/1/02 - 11/30/03

**Evaluation of Best Practice Models for Hepatitis C Care**
Principal Investigator: Marian Fireman
Co-Investigators: Peter Hauser, Anna Sasaki, Betsy Zucker, and Jennifer Loftis
Time Period: 6/1/2002 - 9/20/2006

**A Double-Blind, Multicenter, Placebo-Controlled Study of L-759274 in the Treatment of
Outpatients with Major Depression, Melancholic Features.**
Principal Investigator: Mitch Kling
Co-investigators: Peter Hauser, William Regenold, and Christine Skotsko
Amount of Grant: $110,000 (industry)
Time Period: 8/1/1999- 9/1/2000

**A Clinical Trial of the Effects of Mirtazapine on Mood and Anxiety Symptoms and Sleep
Architecture in Patients with Persistent Pain.**
Principal Investigator: Mitch Kling
Co-investigators: Steve Bono, Charles Harrison, Peter Hauser, and Lawrence Seiden
Amount of Grant: $50,000 (industry)
Time Period: 5/1/1999- 9/1/2000

**Efficacy of Telepsychiatry in the Treatment of Depression.**
Principal Investigator: Paul Ruskin and Susan Reed
Co-Investigators: Peter Hauser, Mitchell Kling, Mitch Rosen, and Sony Montiero
Amount of Grant: $300,000 (VA HSR&D)
Multi-center study with Perry Point VA and Cambridge Clinic
Time Period: 10/1/1997-10/1/2000

**Effects of TCDD on Development and Maturation of the Reproductive System, Structure and
Function**
Principal Investigator: Ellen K. Silbergeld
Co-Investigators: Peter Hauser, Ann Hirshfield, Jodie Flaws, and Margaret McCarthy
Amount of Grant: $310,800 (VA Merit Review)
Time Period: 10/1/1997-9/30/2000

8 of 30                                              Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778484

**PATENTS PENDING**

1998         A Transgenic Mouse Model for Attention Deficit Hyperactivity Disorder
Application Number 60/080,478- Filing Date 4/2/98

**OTHER SUPPORT AND NON-RESEARCH GRANTS (since 1994)**

2002-2006    Northwest Hepatitis C Resource Center Grant (HCRC), VA Public Health Strategic
Health Care Group, Office of Public Health and Environmental Hazards.
Director: Jason Dominitz (VA Puget Sound HCS)
Associate Director: Peter Hauser (Portland VAMC)
Amount of Grant: $3,000,000.00 ($100,000 1st year, $500,000 2nd through 5th year)
(Portland VAMC to receive 40% of Funding)

1997         Industrial grant for educational symposium: "Current Issues in the Treatment of
Psychosis in Mood Disorders".
Program Director: Peter Hauser
Amount of Grant: $15,000

1997         Industrial grant for educational symposium: "Novel Antipsychotic medications in the
Treatment of Schizophrenia".
Program Director: Peter Hauser
Amount of Grant: $14,000

1996         Industrial grant for educational symposium: "Current Issues in the Diagnosis and
Treatment of Depression".
Program Director: Peter Hauser
Amount of Grant: $20,000

1995         Industrial grant for educational symposium: "Recent Advances in the Treatment of
Mood Disorders: Controversy and Consensus".
Program Director: Peter Hauser
Amount of Grant: $30,000

1994         Three and one half years salary support for one post-doc position has been provided by
the University of Maryland School of Medicine. This position was filled in September,
1995 by Dr. Josef Lazar. Money was also provided by the University of Maryland
School of Medicine for equipment and supplies to establish a molecular genetics
laboratory.

CONFIDENTIAL
AZSER12778485

# BIBLIOGRAPHY

### Books:

1. **Thyroid Diseases of Infancy and Childhood: Effects on Behavior and Intellectual Development.**
   Editors: Peter Hauser M.D. and Joanne Rovet Ph.D., American Psychiatric Press, Washington, DC, 1999.

2. **Brain Imaging in the Affective Disorders.**
   Editor: Peter Hauser M.D., American Psychiatric Press, Washington, DC, 1991.

### Chapters:

1. Hauser, P. and Rovet, J. Introduction in: **Thyroid Diseases of Infancy and Childhood: Effects on Behavior and Intellectual Development.** P. Hauser and J. Rovet (Eds), American Psychiatric Press, Washington, DC, 1999.

2. Hauser, P. "Resistance to Thyroid Hormone: Implications for Child Psychiatric Research". In: **Thyroid Diseases of Infancy and Childhood: Effects on Behavior and Intellectual Development.** P. Hauser and J. Rovet (Eds), American Psychiatric Press, Washington, DC, 1999.

3. Bhatara, V., McMillin, M.J., and Hauser P. "Neurodevelopmental Changes Associated with Thyroid-Disrupting Contaminants". In: **Thyroid Diseases of Infancy and Childhood: Effects on Behavior and Intellectual Development.** P. Hauser and J. Rovet (Eds), American Psychiatric Press, Washington, DC, 1999.

4. Hauser, P. and Rovet J. Conclusions in: **Thyroid Diseases of Infancy and Childhood: Effects on Behavior and Intellectual Development.** P. Hauser and J. Rovet (Eds), American Psychiatric Press, Washington, DC, 1999.

5. Pass K.A., Hedden M.B., Morris J.E., Hauser P., Weintraub B.D., Mizewski G.J.: "Newborn screening for thyroid resistance: Implications for attention deficit hyperactivity disorder". In: **New Horizons in Neonatal Screening,** Farriaux and Dhondt; (Eds), Excerpta Medica, Amsterdam-London-New York-Tokyo, 141-144, 1994.

6. Hauser, P.: "Magnetic Resonance Imaging in Primary Affective Disorder". In: **Brain Imaging in the Affective Disorders,** P. Hauser (Ed), American Psychiatric Press, Washington, DC, 1991.

7. Seeman, M.V. and Hauser, P.: "Dopamine receptors, gender and genetics in schizophrenia". In: **Schizophrenia: An Integrative View,** C.L. Cazzulo and G.Inernizzi (Eds), John Libbey, London, 184-187, 1985.

10 of 30                                                    Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778486

BEST COPY AVAILABLE

**Scientific Publications (cont.):**

1. Loftis J.M. and **Hauser P**. Interferon-Induced Depression: An invited review.

2. Loftis J. M., Howell C., Whitehead A., Hill J., Dominitz J., and **Hauser P**. Association of Interferon-alpha-Induced Depression and Improved Treatment Response in Patients with Hepatitis C (In press).

3. Regenold WT, Pornima P, Kling MA, and Hauser P. Postmortem evidence from human brain tissue of disturbed glucose metabolism in mood and psychotic disorders (In press).

4. Ali S.O., Denicoff K.D., Altshuler L.L., **Hauser P**., Li X., Mirsky A.F., Smith-Jackson E. E., Leverich G.S. Post R.M.: Relationship of Neuropsychological Performance and Course of Illness Measures to Neuroanatomical Structures by Magnetic Resonance Imaging (MRI) in Bipolar Disorder. Psychological Medicine (In press).

5. Loftis, J and **Hauser P**. Safety of the Treatment of Interferon-Alpha-Induced Depression. Psychosomatics. (Letter) 44(6):524-525, 2003.

6. Loftis J.M. and Hauser P. Hepatitis C in Patients with Psychiatric Disease and Substance Abuse: Screening strategies and co-management models of care. Current Hepatitis Reports. 2(3):93-100, 2003.

7. Goldsmith, J. and **Hauser, P**. Psychiatric Issues in Patients with Hepatitis C. Psychiatric Annals (Guest Editorial.). 33(6):357-360, 2003.

8. Loftis, J.M. and **Hauser, P**. Comanagement of Depression and HCV Treatment. Psychiatric Annals. 33 (6):385-391, 2003.

9. Stewart, P., Fitzgerald, S., Reihman, J., Gump, B., Lonky, E., Darvill, T., Pagano, J., Hauser, P. Prenatal PCB Exposure, the Corpus Callosum, and Response Inhibition. Environmental Health Perspectives. 111:1670-1677, 2003.

10. Dobscha, S., Anderson, T., Hoffman, W., Winterbottom, L., Turner, E., Snodgrass, L., **Hauser, P**. A multifaceted intervention to decrease costs of prescribing selective serotonin reuptake inhibitors at a VA hospital. Psychiatric Services 54:195-200, 2003.

11. **Hauser, P**., Khosla, J., Aurora, H., Laurin, J., Kling, M.A., Hill, J., Gulati, M., Thornton, A.J., Schultz, R.L., Valentine, A.D., Meyers, C.A., Howell, C.D. A prospective study of the incidence and open label treatment of interferon-induced major depressive disorder in patients with hepatitis c. Molecular Psychiatry 7(9): 942-947, 2002.

12. Capuron L, **Hauser P**, Hinze-Selch D., Miller A.H., Neveu P.: Treatment of Cytokine Induced Depression. Brain Behavior & Immunity. 16:575-580, 2002.

13. Ali S.O., Denicoff K.D., Altshuler L.L., **Hauser P**., Li X., Conrad A.J., Smith-Jackson E.E., Leverich G.S., Post R.M.: Relationship between Prior Course of Illness and Neuroanatomic Structures in Bipolar Disorder: A Preliminary Study. Neuropsychiatry Neuropsychol Behav Neurol 14(4):227-32, 2001.

14. Phillips S.A., Rotman-Pikielny P., Lazar J., Ando S., **Hauser P**., Skarulis M.C., Brucker-Davis F., Yen P.M. Extreme thyroid hormone resistance in a patient with a novel truncated TR mutant. J Clin Endocrinol Metab 86(11):5142-7, 2001.

15. Ali S.O., Denicoff K.D., Altshuler L.L. **Hauser P**., Li X., Conrad A.J., Mirsky A.F., Smith-Jackson E.E., Post R.M.: A preliminary study of the relation of neuropsychological performance to neuroanatomic structures in bipolar disorder. Neuropsychiatry Neuropsychol Behav Neurol 13(1):20-8, 2000.

Peter Hauser, M.D.

1362

CONFIDENTIAL
AZSER12778487

**Scientific Publications (cont.):**

16. Regenold W.T., Kling M.A., **Hauser P**. Elevated sorbitol concentrations in the cerebrospinal fluid of patients with mood disorders. Psychoneuroendocrinology. 25(6):593-606, 2000.

17. **Hauser P.,** Soler R., Reed S., Kane R., Gulati M., Khosla J., Kling M.A., Valentine A.D., Meyers C.A. Prophylactic treatment of depression induced by interferon-alpha. Psychosomatics. 41(5):439-441, 2000.

18. **Hauser P.,** Matochik J.A., Altshuler L.L., Denikoff K., Conrad A., Li X., Post R.M.: MRI-based measurements of temporal lobe and ventricular structures in patients with bipolar I and bipolar II disorders. Journal of Affective Disorders. 60:25-32, 2000.

19. Kittur S.D., **Hauser P**. Improvement of Sleep and Behavior by Methylphenidate in Alzheimer's Disease. Am J Psychiatry. 156(7):1116-1117, 1999.

20. DeVito M., Biegel L., Brouwer A., Browm S., Brucker-Davis F., Cheek A.O., Christensen R., Colborn T., Cooke P., Crissman J., Crofton K., Doerge D., Gray E., **Hauser P**., et al. Screening methods for thyroid hormone disruptors. Environmental Health Perspectives. 107:407-415, 1999.

21. Ruskin P., Reed S., Kumar R., Kling, M.A., Siegel E., Rosen M., **Hauser P**. Telecommunications and audio-video technology in the diagnosis of psychiatric illness: reliability and acceptability. Psychiatric Services 49:1086-88, 1998.

22. **Hauser P**., McMillin J.M., Bhatara V.S. Resistance to thyroid hormone: implications for neurodevelopmental research on the effects of thyroid hormone disruptors. Toxicology and Industrial Health. 14:85-101, 1998.

23. Licinio, J., Kling M.A., **Hauser P**. Cytokines and brain function: relevance to interferon alpha-induced mood and cognitive changes. Seminars in Oncology 25(suppl.1):30-38, 1998.

24. Valentine A.D., Meyers C.A., Kling M.A., Richelson E., **Hauser P**. Cognitive and affective side effects of alpha interferon therapy. Seminars in Oncology 25(suppl.1):39-47, 1998.

25. **Hauser P**., Solar R., Brucker-Davis F., Weintraub B.D. Thyroid hormones correlate with symptoms of hyperactivity but not inattention in attention deficit hyperactivity disorder. Psychoneuroendocrinology. 22:107-114, 1997.

26. Matochik J.A., Zametkin A.J., Cohen R.M., **Hauser P**., Weintraub B.D. Abnormalities in sustained attention and anterior cingulate metabolism in subjects with resistance to thyroid hormone. Brain Research. 723:23-28, 1996.

27. Brucker-Davis F., Skarulis M.C., Grace M.B., **Hauser P**., Wiggs E., Weintraub B.D. Genetic and clinical features of 42 kindreds with resistance to thyroid hormone: the NIH prospective study. Annals of Internal Medicine. 123:572-583, 1995.

28. Mizewski G.J., Morris J.E., **Hauser P.,** Weintraub B.D., Pass K.A. A strategy for newborn screening for resistance to thyroid hormone: relevance to attention deficit hyperactivity disorder. Screening. 4:61-70, 1995.

29. Altshuler L.L., Curran J.G., **Hauser P.,** Mintz J., Conrad A., Denikoff K., Post R.M. T2 hyper-intensities in bipolar disorder: MRI comparison and literature meta-analysis. American Journal of Psychiatry. 152: 1139-1144, 1995.

30. Leonard C.M., Martinez P., Weintraub B.D., **Hauser P**. Magnetic resonance imaging of cerebral anomalies in subjects with resistance to thyroid hormone. American Journal of Medical Genetics (Neuropsychiatric Genetics) 60: 238-243, 1995.

CONFIDENTIAL
AZSER12778488

BEST COPY AVAILABLE

**Scientific Publications (cont.):**

31. **Hauser P**., Zametkin A.J., Martinez P., Vitiello B., Matochik J.A., Mixson A.J.,Weintraub B.D. ADHD and the thyroid controversy. Journal of the American Academy of Child and Adolescent Psychiatry. 33: 756-7, 1994.

32. **Hauser P**. Resistance to thyroid hormone and the ß thyroid receptor gene: implications for behavioral and brain research. Psychoneuroendocrinology. 19(4):iii-vii,1994.

33. **Hauser P**., Zametkin A.J., Weintraub B.D. Attention-deficit hyperactivity disorder. New England Journal of Medicine. 329: 967,1993.

34. Mixson A.J., **Hauser P**., Tennyson G., Renault J.C., Bodenner D.L., Weintraub B.D. Differential expression of mutant and normal beta T3 receptor alleles in kindreds with generalized resistance to thyroid hormone. Journal of Clinical Investigation. 91:2296-2300, 1993.

35. **Hauser P**., Zametkin A.J., Martinez P., Vitiello B., Matochik J.A., Mixson A.J., Weintraub B.D. Attention-deficit hyperactivity disorder in people with generalized resistance to thyroid hormone. New England Journal of Medicine. 328:997-1001, 1993. (This article was translated into the french language in its entirety and published as Hyperactivite avec deficit de l' attention et resistance generalisee aux hormones thyroidiennes. Le Journal de Medecine. 273: 23-28, 1993)

36. Mixson A.J., Parrilla R., Ransom S., Wiggs E., McClasky J., **Hauser P**., Weintraub B.D. Correlations of language abnormalities in the ß- thyroid receptor in 13 kindreds with generalized resistance to thyroid hormone: Identification of four novel mutations. Journal of Clinical Endocrinology and Metabolism. 75:1039-45, 1992.

37. Perini G.I., Devinsky O., **Hauser P**., Chrousos G.P., Gold P.W., Kling M.A. Effects of carbamazepine on pituitary-adrenal function in healthy volunteers. Journal of Clinical Endocrinology and Metabolism. 74: 406-12, 1992.

38. Mellman, T. A., Leverich, G., **Hauser, P.**, Kramlinger K., Post, P. M., Uhde, T. W. Axis II Pathology in panic and affective disorders: relationship to diagnosis, course of illness, and treatment response. Journal of Personality Disorders. 6(1): 53-63, 1992.

39. Steinfelder H.J., Radovick S., Mroczynski M.A., **Hauser P**., McClaskey J.M., Weintraub, B.D, Wondisford, F.E. Role of a pituitary-specific transcription factor (Pit-1/ GHF-1) or a closely related protein in cAMP regulation of human thyrotropin-ß subunit gene expression. Journal of Clinical Investigation 89: 409-19, 1992.

40. Steinfelder H.J., **Hauser P**., Nakayama Y., McClaskey J.M., Taylor T., Weintraub, B.D., Wondisford, F.E. Multiple cis-acting elements mediate induction of human TSH ß gene expression by thyrotropin-releasing hormone: potential interaction with a thyroid hormone inhibitory element. Proceedings of the National Academy of Science USA. 88: 3130-3134, 1991.

41. Altshuler L.L., Conrad A., **Hauser P**., Li X., Guze B.H., Denikoff K., Post R.M. Temporal lobe volume reduction in bipolar disorder: a preliminary MRI report. Archives of General Psychiatry. 48: 482-3, 1991.

42. Usala S. H., Tennyson G. E., Bale A. E., Lash R. W., Gesundheit N., Wondisford F. E., Accili D., **Hauser P**., Weintraub B. D. A single base mutation of the c-erbA thyroid hormone receptor in a kindred with generalized thyroid hormone resistance: molecular heterogeneity in two other kindreds. Journal of Clinical Investigation. 85:93-100, 1990.

43. **Hauser, P.**, Altshuler, L., Berrettini, W., Dauphinais D., Gelernter, J., and Post, R. M. Temporal lobe measurement in primary affective disorder by magnetic resonance imaging. Journal of Neuro-psychiatry and the Clinical Neurosciences. 1:128-34, 1989.

13 of 30                    Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778489

BEST COPY AVAILABLE

**Scientific Publications (cont.):**

44. **Hauser, P**., Dauphinais D.I., Berrettini, W., De Lisi, L.E. and Post, R.M. Corpus callosum dimensions measured by magnetic resonance imaging in bipolar affective disorder and schizophrenia. Biologic Psychiatry. 26: 659-68, 1989.

45. **Hauser, P**., Devinsky, O., De Bellis, M., Theodore, W.H. and Post,R.M. Benzodiazepine withdrawal delirium with catatonic features: occurrence in patients with partial seizure disorders. Archives of Neurology 46: 696-99, 1989.

46. De Lisi, L.E., Dauphinais, D. and **Hauser, P**. Gender differences in brain development and schizophrenia. Comprehensive Psychiatry 30(3): 197-208, 1989.

47. **Hauser, P**., Seeman, M.V., Hood, J. and Hudson, C. Anomalous motoric lateralization and schizophrenia: clinical implications. Hillside Journal of Psychiatry. 10: 16-23, 1988.

48. Konstantareas, M., **Hauser, P**., Lennox, C. and Homatidis, S. Season of birth in infantile autism. Child Psychiatry and Human Development. 17(1): 53-65, 1986.

49. **Hauser, P**., Pollock, B., Finkelberg, F., McGrail, S., Voineskos, G. and Seeman, M.V. On sinistrality and sex differences in schizophrenia. American Journal of Psychiatry. 142:1228, 1985.

50. **Hauser, P**., Finkelberg, F., Pollock, B., McGrail, S., Seeman, M.V. and Voineskos, G.: Risk and protective factors in schizophrenia: clinical and social implications. Modern Medicine of Canada. 40(6): 579-584, 1985.

51. **Hauser, P**. and Seeman, M.V. Schizophrenia in males versus females: a brief guide to office counseling. Human Sexuality. 19(4): 109-119, 1985.

52. Seeman, M.V. and **Hauser. P**. Schizophrenia. The influence of gender on family environment. International Journal of Family Psychiatry. 5(3): 227-32, 1984.

53. **Hauser, P**., McGrail, S., Seeman, M.V. and Voineskos, G. Risk factors in schizophrenia. Perspectives in Psychiatry. 3(6):5-7, 1984.

14 of 30                                     Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778490

BEST COPY AVAILABLE

**Papers Submitted:**

1. Williams E.E., Whitehead A., Indest D., Hauser P. Efficacy of Group Education in Veterans with Hepatitis C.

2. Loftis J.M., Wall J.M., Linardatos E., Benvenga, S., **Hauser P**. A quantitative assessment of depression and thyroid dysfunction secondary to interferon-alpha therapy in patients with hepatitis C.

3. Sylvestre S., Hauser P., Loftis J.M., Genser S., Cesari H., Borek N., Kresina T., Seeff L., Francis H. Co-occurring Hepatitis C, Substance Use and Psychiatric Illness: Treatment Issues and Developing Integrated Models of Care.

4. Loftis J. M. Socherman R., Whitehead A., and **Hauser P**. Interferon-alpha-Induced Depression: Time Course and Antidepressant Response of Symptom Dimensions for Patients with Hepatitis C.

5. Regenold W.T., Hisley CK, Obuchowski A, Lefkowitz D.M., Marano C, Hauser P. Relationship of cerebrospinal fluid glucose metabolites to white matter hyperintensities—a pilot study in affective disorder patients.

6. Ruskin P., Silver-Aylaian M., Kling M., Reed S., Bradham D., Hebel J., Barrett D., Knowles F., **Hauser P**. Comparison of Remote Treatment Via Telepsychiatry to in-Person Treatment of Depression.

7. **Hauser P**, Loftis J.M., Dieperink E., Garcia-Tsao G., Rigsby M., Willenbring M., and the Veteran Health Administration Hepatitis C Resource Center Program. Depression and Substance Use Disorders in Chronic Hepatitis C: Implications of New Guidelines and Experience in the VA Health Care System.

15 of 30                                          Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778491

BEST COPY AVAILABLE

**Book Reviews:**

1. Hauser P. Book Review: The Thyroid Axis and Psychiatric Illness. Joffe R.T. and Levitt A.J., (Eds.)
Journal of Nervous and Mental Disease.182: 420, 1994.

16 of 30                                    Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778492

BEST COPY AVAILABLE

**Published Abstracts:**

1. Loftis, J.M., Thornton, A.J., Schultz, R.L., Hill J., Howell, C.D., **Hauser, P.** Interferon-Induced Depression and End-of-Treatment Response Rates in Patients with Hepatitis C. Abstract #103000. 53rd Annual Meeting of the American Association for the Study of Liver Diseases (AASLD). Boston MA, November 1-5, 2002.

2. Turner, E.H., Thornton, A.J., Schultz, R.L., **Hauser, P.**, Duncan, W.C., Lowe, C.H., Leibenluft, E., Rosenthal, N.E., Wehr, T.A. Motor activity as a measure of severity of mood disorders. Abstract #II-43. 42nd Annual New Clinical Drug Evaluation Unit Meeting (NCDEU). Boca Raton, Florida, June 10-13, 2002.

3. Thornton, A.J., Hill, J., Schultz, R.L., **Hauser, P**. Risk factors for the development of IFN-induced depression in patients with hepatitis c. Abstract# I-40. 42nd Annual New Clinical Drug Evaluation Unit Meeting (NCDEU). Boca Raton, Florida, June 10-13, 2002.

4. **Hauser P.**, Thornton A., Schultz, R., Lewy, A. A Prospective Study of the Characteristics and Time Course of Interferon-Induced Major Depressive Episodes in Patients with Hepatitis C. In ACNP Scientific Abstracts, Page 351, 40th Annual Meeting of American College of Neuropsycho-pharmacology, December 2001.

5. **Hauser P**. Resistance to Thyroid Hormone: Implications for Neurodevelopmental Research on the Effects of Thyroid Hormone Disruptors. In 'International Symposium on Environmental Endocrine Disruptors '99- Program and Abstracts', Pages 156-7. International Symposium on Environmental Endocrine Disruptors '99. December, 1999.

6. **Hauser P.**, Lazar J., Yu S-F, Edwards E., Itre E., Detolla L.J. Behavioral Studies in Transgenic Mice Expressing the Thyroid Receptor ß Gene Mutation Q340H: An Animal Model of ADHD. Molecular Psychiatry. 4(S1):S8, September, 1999.

7. Pandey H.K., Greene K., Edwards E., Gulati M.S., Yu S-F, Detolla L.J., **Hauser P**. Resistance to Thyroid Hormone Transgenic Mice: An Animal Model for ADHD. Abstract #NR371. Abstracts of the Annual Meeting of the American Psychiatric Association, May 1999.

8. Gulati M.S., Reed S.A., Kling M.A., Kane R.L., Siegel E., **Hauser P**. SSRI Treatment of Alpha Interferon-induced Depression. Abstract #NR11. Abstracts of the Annual Meeting of the American Psychiatric Association, May 1999.

9. **Hauser P**. Neurologic and Behavioral Phenotypes in Humans and Transgenic Mice with Resistance to Thyroid Hormone. Abstract #011. Keystone Symposium on Endocrine Disruptors, January 1999.

10. Greene K., Lazar J., Yu S-F, Detolla L.J., **Hauser P**., Edwards E. Behavioral and Pharmacological Profile of a Mouse Expressing Mutated Thyroid Receptor ß. Society for Neuroscience Abstracts. 24:1199, November 1998.

11. **Hauser P.**, Greene K., Lazar J., Yu S-F, Detolla L.J., Edwards E. Memory Impairment Reversed by Amphetamine in a Transgenic Mouse Expressing the Thyroid Receptor ß Gene Mutation Q340H. Abstract # 145. Abstracts of the American Thyroid Association Annual Meeting, September 1998.

12. Ali S.O., Denicoff K.D., Altshuler L.L., **Hauser P.**, Mirsky A.F., Smith-Jackson E.E., Post R.M. Relationship of Neuropsychological Performance and Neuroanatomical Structures by Magnetic Resonance Imaging (MRI) in Bipolar Disorder. Abstract #NR240. Abstracts of the Annual Meeting of the American Psychiatric Association, June 1998.

Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778493

BEST COPY AVAILABLE

**Published Abstracts (cont.):**

13. Denicoff K.D., Ali S.O., Altshuler L.L., **Hauser P.**, Mirsky A.F., Leverich G.S., Smith Jackson E.E., Post R.M. Relationship of Prior Course of Illness and Neuroanatomical Structures by Magnetic Resonance Imaging (MRI) in Bipolar Disorder. Abstract #NR226. Abstracts of the Annual Meeting of the American Psychiatric Association, June 1998.

14. **Hauser P.**, Schultheiss M.B., Jordan P., DuBusc E., Laney C., Lazar J. A Quantitative MRI Study of Brain Structures in Subjects with Resistance to Thyroid Hormone (RTH). Abstract # 167. 24th Annual Meeting of the European Thyroid Association. August, 1997.

15. Lazar J., Yu S.-F., Detolla L., **Hauser P**. A Transgenic Mouse Model for Resistance to Thyroid Hormone: Implications for Brain and Behavioral Research. Abstract #165 . 24th Annual Meeting of the European Thyroid Association. August, 1997.

16. Mong J.A., Lazar J., Dellovade T.L., Kapadia M., Detolla L., Yu S.-F., Pfaff D.D., **Hauser P.**, McCarthy M.M. A transgenic mouse expressing a mutated thyroid receptor-ß has altered glial morphology in the ca3 region of the hippocampus and reduced behavioral sensitivity to estrogen. Abstract #81. Society for Behavioral Neuroendocrinology and Reproductive Behavior Annual Meeting. May 1997.

17. **Hauser P.**, Soler R., Brucker-Davis F. 'Thyroid Hormones and ADHD.' Abstract #NR324. Abstracts of the Annual Meeting of the American Psychiatric Association, May 1997.

18. **Hauser P.**, Soler R., Brucker-Davis F. 'Thyroid Hormones Correlate with Symptoms of Hyperactivity but not Inattention in ADHD.' Abstracts of the Society of Biological Psychiatry Annual Meeting, May 1997.

19. Matochik J, **Hauser P**, Zametkin AJ, Weintraub BD, Cohen RM. 'Cerebral Metabolic Effects of Triiodothyronine in Adults with Resistance to Thyroid Hormone.' Society for Neuroscience Abstracts. 20:1223, November 1996.

20. Wiggs E, Martinez P, **Hauser P**, Weintraub BD. 'IQ, Achievement and Attention Deficit Hyperactivity Disorder in Subjects with Thyroid Hormone Resistance.' Abstract #TS GNR (1) 1. Abstracts of the 23rd International Congress of Applied Psychology, July 1994.

21. Brucker-Davis F, Skarulis M, **Hauser P**, Grace MB, Wiggs E, Mixson AJ, Malley J, Weintraub BD. 'Clinical Features of 100 Patients Affected with Thyroid Hormone Resistance (GRTH+) From 39 Independent Families Followed at the NIH.' Abstract #1. 76th Program and Abstracts of the Annual Meeting of the Endocrine Society, June 1994.

22. Matochik J, **Hauser P**, Zametkin A, Ernst M, Cohen RM, Weintraub BD. 'Cerebral Metabolism in Adults with Generalized Resistance to Thyroid Hormone.' Society for Neuroscience Abstracts. 19:1223, November 1993.

23. Leonard CM, An S, Sorensen N, DeBusc L, Wiggs E, Martinez P, Vitiello B, Weintraub BD, **Hauser P**. 'MRI Reveals Cerebral Anomalies in Patients with Generalized Resistance to Thyroid Hormone.' Society for Neuroscience Abstracts. 19:1629, November 1993.

24. **Hauser P**. 'Behavioral and Cognitive Correlates of Generalized Resistance to Thyroid Hormone.' Psychiatric Genetics.3(3):118, Fall 1993.

25. Leonard C, Wiggs E, An S, Weintraub BD, **Hauser P**. 'MRI Reveals Cerebral Anomalies in Patients with Generalized Resistance to Thyroid Hormone.' Abstract #NR295. Abstracts of the Annual Meeting of the American Psychiatric Association, May 1993.

Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778494

**Published Abstracts (cont.):**

26. **Hauser P**, Wiggs E, Leonard C, Mixson AJ, An S, Weintraub BD. 'Neurobiologic Correlates of Generalized Resistance to Thyroid Hormone.' Clinical Research. 41(2):274A, April 1993.

27. **Hauser P**, Zametkin AJ, Martinez P,Vitiello B, Matochik JA, Wiggs E, Mixson AJ, Weintraub BD. 'Attention Deficit Hyperactivity Disorder and Altered Cerebral Metabolism in 18 Kindreds with Generalized Resistance to Thyroid Hormone.' Abstract #P-05.01.144. Abstracts of the Nineth International Conference of Endocrinology(NICE), August 1992.

28. Mixson AJ, **Hauser P**, Tennyson G, Weintraub BD. 'Differential Expression of Mutant and Normal Beta T3 Receptor Alleles in Kindreds with Generalized Resistance to Thyroid Hormone.' Abstract #799. 74th Program and Abstracts of the Annual Meeting of the Endocrine Society, June 1992.

29. Zametkin AJ, **Hauser P**, Matochik JA, Wiggs E, Cohen RM, Weintraub BD. 'Altered Brain Glucose Metabolism Measured by Positron Emission Tomography in Patients with Generalized Resistance to Thyroid Hormone.' Abstract #NR393. Abstracts of the Annual Meeting of the American Psychiatric Association, May 1992.

30. **Hauser P**, Zametkin AJ, Martinez P,Vitiello B, Mixson AJ, Weintraub BD. 'Association of Attention Deficit Hyperactivity Disorder with Generalized Resistance to Thyroid Hormone in 18 Kindreds.' Abstract #NR393. Abstracts of the Annual Meeting of the American Psychiatric Association, May 1992.

31. **Hauser P**, Zametkin AJ, Vitiello B, Martinez P, Mixson AJ, Weintraub BD. 'Attention Deficit Hyperactivity Disorder in 18 Kindreds with Generalized Resistance to Thyroid Hormone.' Clinical Research. 40(2):338A, April 1992.

32. Su T, **Hauser P**, Rubinow D, Elpern S, Maloni H, Krebs H, Devinsky O, Post RM, McFarland H. 'CSF SRIF, Mood, and Cognition in Multiple Sclerosis.' Biological Psychiatry. 29(9):152A, May 1991.

33. **Hauser P**, Steinfelder HJ, McClaskey JH, Farr EA, Wondisford FE. 'Inhibition of Human TSH Gene Expression by Dopamine in Transfected Cell Cultures.' Abstract # 139. Abstracts of the American Thyroid Association Annual Meeting, September 1989.

34. Steinfelder HJ, **Hauser P**, Wondisford FE, Weintraub BD.'Regulation of hTSH Gene Transcription by TRH and cAMP.' Abstract #101. Abstracts of the American Thyroid Association Annual Meeting, September 1989.

35. **Hauser P**, Altshuler L, Post RM, Berrettini W, Dauphinais ID,Gelernter J. 'Temporal Lobe Measurements by MRI in Primary Affective Disorder.' Abstract # NR112. Abstracts of the Annual Meeting of the American Psychiatric Association, May 1988.

36. Dauphinais ID, Delisi L, **Hauser P**, Gershon ES. 'Limbic System Structural Brain Abnormalities in Schizophrenia by Magnetic Reasonance Imaging.' Abstract #195. Abstracts of the Annual Meeting of the American Psychiatric Association, May 1987.

37. Dauphinais ID, Delisi L, **Hauser P**, Gershon ES. 'Limbic System Structural Brain Abnormalities in Schizophrenia by Magnetic Reasonance Imaging.' Abstract #195. Abstracts of the 42nd Annual Meeting of the Society of Biological Psychiatry, May 1987.

38. **Hauser P**, Dauphinais ID, Delisi L, Post RM. 'Corpus Callosum Thickness Measured by MRI in Bipolar Affective Disorder and Schizophrenia.' Abstract #181. Abstracts of the 42nd Annual Meeting of the Society of Biological Psychiatry, May 1987.

CONFIDENTIAL
AZSER12778495

**Published Abstracts (cont.):**

39. **Hauser P**, Hood J, Hudson C, Seeman MV. 'Anomalous Motoric Lateralization and Schizophrenia: Clinical Implications.' Abstract #NR206. Abstracts of the Annual Meeting of the American Psychiatric Association, May 1986.

40. **Hauser P**, Seeman MV, Hood J. 'Handedness and Schizophrenia.' Abstract #326.5. Abstracts of the IVth World Congress of Biological Psychiatry, September l985.

41. **Hauser P**, Konstantareas M, Lennox C, Homatidis S. 'Season of Birth: A Risk Factor in Autism.' Abstract #132.4. Abstracts of the IVth World Congress of Biological Psychiatry, September l985.

CONFIDENTIAL
AZSER12778496

## WORKSHOPS

| | |
|---|---|
| 2003 | Challenges in the Treatment of Hepatitis C: Substance Use Disorders and Psychiatric Illness Symposium. Symposium Moderator. Setting Priorities for the New Subspecialty Conference, Academy of Psychosomatics Medicine, Coronado, California. |
| 2003 | Optimizing Treatment Outcomes. Workshop Chairperson. NIDA/NIH Conference on Hepatitis C Infection and Substance Abuse: Medical Management and Development Models of Integrated Care. Washington, DC. |
| 2003 | "Update on Schizophrenia & Bipolar Disorder". Panel Speaker. A course for psychiatrists and Mental Health Providers sponsored by Continuing Medical Education and the University of Washington. Seattle, WA. |
| 2003 | "Veterans Administration Experience: Treating Comorbid Hepatitis C and Substance Use Disorders/Psychiatric Illness". Symposium Chairperson. APA Annual Meeting, San Francisco, CA. |
| 2002 | "Co-occurring Hepatitis C, Substance Abuse and Psychiatric Illness: Addressing the Issues and Developing Integrated Models of Care". National Institute on Drug abuse Workshop Chairperson. Bethesda, MD. |
| 2000 | "Diagnosis and Treatment of Hepatitis C in Mental Health Settings." – Workshop Chairperson. APA Annual Meeting, Chicago, ILL. |
| 1999 | "Neurologic and Behavioral Phenotypes in Humans and Transgenic Mice with Resistance to Thyroid Hormone.' Invited Speaker, Symposium- "PCBs and Disruption of the Thyroid Hormone System", Keystone Symposium on Endocrine Disruptors, Tahoe City, CA. |
| 1999 | "Resistance to Thyroid Hormone: Implications for Neurodevelopmental Research on the Effects of Thyroid Hormone Disruptors." Invited Speaker, Pre-conference Workshop-"Chemical Hormone Imposters and Child Development." 36th International Learning Disabilities Association Annual Meeting, Atlanta, GA. |
| 1999 | "Resistance to Thyroid Hormone and Implications for Environmental Contaminants." Invited Speaker, "Conference on the Effect of Hormonal Disruptors on the Health and Development of Children." Toronto, Ontario, Canada. |
| 1998 | "Resistance to Thyroid Hormone: Implications for Brain and Behavioral Research." Invited Speaker, Symposium- "Nonverbal Learning Disabilities and Social Disabilities: If not Verbal, What are they?" 35th International Learning Disabilities Association Annual Meeting, Washington, DC. |
| 1998 | "The Continuum of Congenital Hypothyroidism." Invited Speaker, Workshop- "The Role of Environmental Neurotoxicants in Developmental Disabilities."10th Rochester Conference on Environmental Toxicity. Rochester, NY. |
| 1997 | "Structural Brain Imaging in the Mood Disorders: Past, Present and Future." –Invited Speaker, VA Research Workshop "Research Advances in Major Depressive Disorders." APA Annual Meeting, San Diego, CA. |
| 1997 | "Role of Thyroid Hormones in Neurological Development" in "Workshop on Chemicals that Alter Thyroid Hormone Homeostasis, Action and Function." Workshop organizer and speaker. Sponsored by the US Environmental Protection Agency. Duke University. |

CONFIDENTIAL
AZSER12778497

**WORKSHOPS (cont.)**

| | |
|---|---|
| 1997 | "Brain Imaging in Affective Disorders." -Symposium Chairperson, Biannual Joint Meeting Between the American Psychiatric Association and the German Society of Psychiatry and Nervous Diseases, Bad Kissingen, West Germany. |
| 1995 | "Behavioral and Neurobiologic Correlates of Resistance to Thyroid Hormone: Implications for ADHD and Brain Research." -Invited Speaker, Symposium "Thyroid Function and Learning Disabilities", Learning Disabilities Association 32nd International Conference, Orlando, FL. |
| 1995 | "Resistance to Thyroid Hormone as a Model for the Study of the Neuro-developmental Effects of Exposure to Thyroid Hormone Disruptors." -Invited Speaker, International School Ethology 11th Workshop "Environmental Endocrine Disrupting Chemicals: Neural, Endocrine and Behavioral Effects." Ettore Majorana Centre for Scientific Culture. Erice, Sicily, Italy. |
| 1994 | "Resistance to Thyroid Hormone: Its Implications for Psychiatry." -Invited Speaker, Symposium. "Psychothyroidology Current Issues." International Society of Psychoneuroendocrinology 25th Congress, Seattle, WA. |
| 1994 | "Effects of Thyroid Diseases on Childhood Behavioral and Intellectual Development." Symposium Chairperson, American Academy of Child and Adolescent Psychiatry Annual Meeting, New York. |
| 1990 | "The Impact of Brain Imaging Technology on Clinical Psychiatry." -Invited Speaker, Conference "Significant Advances in Medicine and Health Care: An International Perspective" Charles University, Prague, Czechoslovakia. |
| 1989 | "Brain Structure in Primary and Secondary Affective Disorders."–Symposium Chairperson, American Psychiatric Association Annual Meeting, San Francisco, CA. |
| 1985 | "Gender and Schizophrenia."- Instructor, Hospital and Community Psychiatry Annual Meeting, Montreal, Canada. |

Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778498

BEST COPY AVAILABLE

# PRESENTATIONS

**2003**

Optimizing Hepatitis C Treatment: A Multidisciplinary Team Approach at the Portland VA Medical Center. VA Patient Centered Care Symposium, St. Albans, NY, December 4, 2003 (poster presentation).

Evaluation and Management of Mood Disorders in Patients with Hepatitis C. Setting Priorities for the New Subspecialty Conference, Academy of Psychosomatics Medicine, , Coronado, CA, November 20-23, 2003.

Addressing Treatment of Multi-morbid Patients. NIDA/NIH Conference on Hepatitis C Infection and Substance Abuse: Medical Management and Development Models of Integrated Care. Washington, DC, November 11-13, 2003.

Prevalence of psychiatric and substance use co-morbidity in patients with hepatitis C. 2003 American Psychiatric Association 55th Institute on Psychiatric Services, Boston, MA, Oct. 29-November 2, 2003 (poster presentation).

IFN-a-Induced Depression: Symptom Specific Response to Antidepressant Treatment. 2003 American Psychiatric Association 55th Institute on Psychiatric Services, Boston, MA, October 29-2, 2003 (poster presentation).

Management and Care of Hepatitis C Patients Who Are Not on Therapy. Geriatric Research Education and Clinical Center Satellite TV Broadcast, VA Medical Center, Minneapolis, MN, August 7, 2003.

A quantitative assessment of depression and thyroid dysfunction secondary to antiviral therapy in patients with hepatitis C. 1st Annual VA Preventive Medicine Conference: building the VA prevention workforce, Albuquerque, NM, August 11-14, 2003 (poster presentation).

Efficacy of group education in patients with hepatitis C. 1st Annual VA Preventive Medicine Conference: building the VA prevention workforce, Albuquerque, NM, August 11-14, 2003 (poster presentation).

Diagnosis and Treatment in Bipolar Disorder. Presented for Mental Illness Research, Education and Clinical Center (MIRECC), Portland, OR, June 4, 2003.

IFN-a-induced depression: symptom-specific response to antidepressant treatment. American Psychiatric Association Annual Meeting, San Francisco, CA, May 17-22, 2003 (poster presentation).

Inteferon-Induced Depression and Improved Treatment Response Rates in Patients with Hepatitis C. HSR&D National Meeting, Washington, D.C, February 12-14, 2003 (poster presentation).

**2002**

Hepatitis C and Psychiatry. Presented for Mental Illness Research, Education and Clinical Center (MIRECC), Portland, OR, June 16, 2002.

Interferon-Induced Depression and Improved Treatment Response in Patients with Hepatitis C. 41st ACNP Annual Meeting in San Juan, Puerto Rico, December 8-12, 2002 (poster presentation).

Recognition, Evaluation and Management of Depression in the Elderly. Geriatric Research Education and Clinical Center Satellite TV Broadcast, VA Medical Center, Minneapolis, MN, November 22, 2002.

Obstacles to Effective Treatment: Neuropsychiatric Disorders. Forging New Pathways in HCV Side Effect Management, Boston, MA, November 4, 2002.

23 of 30                               Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778499

BEST COPY AVAILABLE

## PRESENTATIONS (cont.)

**2002**

Morphometric Abnormalities in Adolescent Offspring of Depressed Mothers. Society for Neuroscience. San Francisco, CA., November, 2002. (poster presentation)

Assessing Neuropsychiatric Roadblocks. Navigating the Roadblocks to Successful HCV Therapy, Seattle, WA, October 19, 2002.

Hepatitis C and Interferon-Induced Depression. Grand Rounds, University of Hawaii at Mānoa, Mānoa, HI, May 28, 2002.

Hepatitis C and Interferon-Induced Depression. OASIS Annual Meeting 2002, Oakland, CA, March 2002.

Elevated Sorbitol Concentration in the Cerebrospinal Fluid of Patients with Mood Disorders at Diabetes and Aging: Are They a Necessity? UCLA School of Medicine, Santa Monica, CA, January 2002.

Management of the Psychiatric Side-Effects of Interferon and Other Hepatitis C Treatments. Public Health Strategic Healthcare Group and EES Centers of Excellence in Hepatitis C Research Education Conference, The Palace Hotel, San Francisco, CA, January 2002.

Management of the Psychiatric Side-Effects of Interferon and other Hepatitis C Treatments. Presented at: New Strategies for the Treatment and Supportive Care of Veterans with Hepatitis C, San Francisco, CA January 16-18, 2002.

**2001**

A Prospective Study of the Incidence and Treatment of Interferon-Induced Major Depressive Episodes in Patients with Hepatitis C. Annual Meeting of the American Psychiatric Association, New Orleans, Louisiana, May. (poster presentation)

A Prospective Study of the Incidence and Treatment of Interferon-Induced Major Depressive Episodes in Patients with Hepatitis C. Association Pur La Neuro Psycho Pharmacologie, Dinard, Brittany – France, May.

A Prospective Study of the Characteristics and Time Course of Interferon-Induced Major Depressive Episodes in Patients with Hepatitis C. 40th Annual Meeting of the American College of Neuropsychopharmacology, Waikoloa, Hawaii, December.

**2000**

Updated Issues on Diagnosis and Management of Depression. Psychiatry Grand Rounds, Salisbury VA Medical Center, Salisbury, North Carolina, NC.

Point Prevalence of Hepatitis-C and Comorbid Psychiatric Diagnosis in the Baltimore VA Medical Center. New Research Session. APA Annual Meeting, Chicago, ILL.

Mental Health Issues in the Treatment of Hepatitis C. Psychiatry Grand Rounds, Eastern State Hospital, Williamsburg, Virginia, VA.

The Use of Antidepressants and the Treatment of Hepatitis C. Medicine Grand Rounds, Clarksburg VA Medical Center, Clarksburg, West Virginia.

Mental Health Issues in the Treatment of Hepatitis C. Medicine Grand Rounds, Audi Murphy VA Hospital, San Antonio, Texas.

Interferon-induced Depression in Patients with Hepatitis C. Medicine Grand Rounds, Temple VA Medical Center, Temple, Texas.

Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778500

**PRESENTATIONS (cont.)**

*2000*
Treatment of Interferon- induced Depression in Patients with Hepatitis C. Psychiatry Grand Rounds, Salem VA Medical Center, Salem Virginia.

Updated Issues on Diagnosis and Management of Depression: Focus on Patients with Hepatitis C. Psychiatry Grand Rounds, Holston Valley Hospital, Kingsport, Tenn.

Updated Issues on Diagnosis and Management of Depression: Focus on Patients with Hepatitis C. Psychiatry Grand Rounds, Hampton VA Medical Center, Hampton, Virginia, VA.

*1999*
Pharmacotherapy in the Management of Depression. Invited Speaker. CME Program sponsored by The National Center for Advanced Medical Education, Washington, DC.

Pharmacotherapy in the Management of Depression. Invited Speaker. CME Program sponsored by The National Center for Advanced Medical Education, Baltimore, MD.

Anti-Depressive Therapies: A Clinical Overview. Invited Speaker. Industry- sponsored lecture, Louisberry, PA.

Neurologic and Behavioral Phenotypes in Humans and Transgenic Mice with Resistance to Thyroid Hormone. Plenary Speaker. Keystone Symposium on Endocrine Disruptors, Tahoe City, CA.

Resistance to Thyroid Hormone: Implications for Neurodevelopmental Research on the Effects of Thyroid Hormone Disruptors. Plenary Speaker. 36th International Learning Disabilities Association Annual Meeting, Atlanta, GA.

Pharmacotherapy in the Management of Depression. Invited Speaker. Industry- sponsored lecture, Milwaukee, Minn.

Interferon Alpha-induced Depression in Patients with Hepatitis C. Psychiatry Grand Rounds, Washington VA Medical Center, Washington, DC.

Resistance to Thyroid Hormone and Implications for Environmental Contaminants. Invited Speaker. Toronto, Ontario, Canada.

Clinical Practice Guidelines in the Management of Depression. Industry- sponsored lecture, Rockville, MD.

Treatment of Interferon- related Depression in Patients with Hepatitis C. Medical Grand Rounds, Bay Pines VA Medical Center, Tampa, FL.

Behavioral Studies in Transgenic Mice Expressing the Thyroid Receptor ß Gene Mutation Q340H: An Animal Model of ADHD. The VIIth World Congress of Psychiatric Genetics, Monterey, CA.

The Role of the Thyroid in Brain Maturation, Developmental Disabilities and Psychiatric  Illness. Psychiatry Grand Rounds, Central State Hospital, Petersburg, VA.

Resistance to Thyroid Hormone: Implications for Neurodevelopmental Research on the Effects of Thyroid Hormone Disruptors. Plenary Speaker, Environmental Agency, Government of Japan. International Symposium on Environmental Endocrine Disruptors '99. Kobe, Japan, December, 1999.

*1998*
Resistance to Thyroid Hormone: Implications for Brain and Behavioral Research. Invited Speaker. 35th International Learning Disabilities Association Annual Meeting,Washington, DC, March, 1998.

25 of 30                    Peter Hauser, M.D.

1376

CONFIDENTIAL
AZSER12778501

BEST COPY AVAILABLE

## PRESENTATIONS (cont.)

**1998**
The Continuum of Congenital Hypothyroidism. Invited Speaker. 10th Rochester Conference on
Environmental Toxicity. Rochester, NY, September, 1998.

Update on VA Major Depressive Disorders Clinical Guidelines. Grand Rounds, Perry Point VA Medical
Center. Perry Point, MD, September, 1998.

Depression: Strategies to Improve Treatment Outcome. Invited Speaker. Industry- sponsored lecture as
part of a consultant advisory panel, Baltimore, MD, October 1998.

**1997**
A Transgenic Mouse Model for Resistance to Thyroid Hormone. Speaker- Winter Animal Behavior
Conference XVIX, Jackson Hole, January, 1997.

Dioxins and Attention Deficit Hyperactivity Disorder. Invited Speaker- 2nd Annual Dioxin and Health
Conference, Salem, March, 1997.

Structural Brain Imaging in the Mood Disorders: Past Present and Future. Invited Speaker, VA Research
Workshop "Research Advances in Major Depressive Disorders." American Psychiatric Association Annual
Meeting, San Diego, CA, May, 1997.

Diagnosis and Treatment of Panic Disorder in Primary Care Clinics. Grand Rounds, DeWhitt Army
Medical Center, Fort Belvoir, June, 1997.

**1996**
Biologic Causes of ADHD. Invited Speaker, CHADD, Towson University, Towson,  Maryland, MD,
January 1996.

Diagnosis and Treatment of Depression. Invited Speaker, Ft. Meade Medical Center, Ft. Meade, Maryland,
MD, February 1996.

Central Nervous System Dysfunction Secondary to Alpha Interferon: Potential Mechanisms and
Interventions. Invited Symposium Chairperson, Conference Side Effects of Alpha Interferon: Possible
Causes and Intervention Strategies. Baltimore, March 1996.

Phenotypic Manifestations of Resistance to Thyroid Hormone. Grand Rounds, University of Maryland
School of Medicine, Baltimore, April 1996.

Update on Attention Deficit Hyperactivity Disorder. Grand Rounds, Eastern Shore Hospital Center,
Cambridge, Maryland, May 1996.

Rationale for Depression Treatment Guidelines. Invited Speaker, VA Educational Conference on Major
Depressive Disorders Treatment Guidelines, Phoenix, September 1996.

VA Major Depressive Disorders Treatment Guidelines. Grand Rounds, Baltimore VA Medical Center,
Baltimore, October 1996.

Phenotypic Implications of Thyroid Hormone Resistance Syndrome. Invited Speaker- Meet the Professor
Lecture. 69th Annual Meeting of the American Thyroid Association, San Diego, CA, November, 1996.

**1995**
Behavioral and Neurobiologic Correlates of Resistance to Thyroid Hormone: Implications for  ADHD and
Brain Research Psychiatry. Thyroid Function and Learning Disabilities Symposium, Learning Disabilities
Association 32nd International Conference, Orlando, FL, March 1995.

26 of 30                                      Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778502

**PRESENTATIONS (cont.)**

**1995**
Resistance to Thyroid Hormone: The NIH Experience. Invited Speaker, Mt. Sinai Hospital, University of Toronto, Toronto, Canada, April 1995.

A Genetic Model for Attention Deficit Hyperactivity Disorder:Resistance to Thyroid Hormone. Visiting Professor Lecture, The Hospital for Sick Children, University of Toronto, Toronto, Canada, April 1995.

Thyroid Hormone Diseases: Relevance to Psychiatry and Brain Development. Visiting Professor Lecture, Eastern Shore Hospital Center, Cambridge, Maryland, MD, May 1995.

Diagnosis and Treatment of Mood Disorders in the Primary Care Setting. Guest Speaker, The Memorial Hospital, Easton, Maryland, June 1995.

Familial Thyroid Disease and Neuropsychiatric Sequelae. Grand Rounds, The Memorial Hospital, Easton, Maryland, MD, June 1995.

Brain Imaging and Behavioral Studies in Resistance to Thyroid Hormone.Grand Rounds,  Martinsburg VA Medical Center, Martinsburg, West Virginia, WV, June 1995.

Association of Attention Deficit Hyperactivity Disorder but not Dyslexia in Subjects with Resistance to Thyroid Hormone. 1995 World Congress on Psychiatric Genetics, Cardiff, Wales, August 1995.

Assessment of Dyslexia in Subjects with Resistance to Thyroid Hormone. 11th Congress of the International Thyroid Association, Toronto, Canada, September 1995.

Attention Deficit Hyperactivity Disorder. Grand Rounds, Kent and Queen Anne's Hospital, Chestertown, Maryland, MD, October 1995.

Resistance to Thyroid Hormone as a Model for the Study of the Neurodevelopmental Effects of Exposure to Thyroid Hormone Disruptors. Invited Speaker, Ettore Majorana Centre for Scientific Culture. Erice, Sicily, Italy, November 1995.

**1994**
Resistance to Thyroid Hormone: Its Implications for Psychiatry. International Society of Psycho-neuroendocrinology 25th Congress, Seattle, WA, August 1994.

Effects of Thyroid Diseases on Childhood Behavioral and Intellectual Development. American Academy of Child and Adolescent Psychiatry Annual Meeting, NY, October 1994.

**1993**
Resistance to Thyroid Hormone: Implications for Psychiatry. Grand Rounds, Perry Point  VA  Medical Center, Perry Point, Maryland, MD, October 1994.

Brain Imaging Technology in Psychiatry. Invited Speaker, Bilateral Symposium- Washington Psychiatric Society and the Czech Psychiatric Association, Charles University, Prague, Czech Republic, April 1993.

Pharmacotherapy of Mood Disorders: Focus on Anticonvulsants. Invited Speaker, Bilateral  Symposium- Washington Psychiatric Society and the Czech Psychiatric Association, Charles University, Prague, Czech Republic, April 1993.

Neurobiologic Correlates of Generalized Resistance toThyroid Hormone. American Federation of Clinical Research Annual Meeting, Washington, DC, May 1993.

Behavioral and Brain Morphologic Abnormalities Associated with Generalized Resistance to Thyroid Hormone. Invited Speaker, Wadsworth Center for Laboratories and Research, Albany, NY, June 1993.

Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778503

## PRESENTATIONS (cont.)

**1993**
Behavioral, Cognitive and Structural/ Functional Brain Imaging Abnormalities in Subjects with Generalized Resistance to Thyroid Hormone. Invited Speaker, International Conference on Thyroid Hormone Resistance, Cambridge University, Cambridge, England, July 1993.

Behavioral and Neurobiologic Correlates of Generalized Resistance to Thyroid Hormone. Symposium on Biobehavior, NIH Annual Research Day, Bethesda, Maryland, September 1993.

Behavioral and Cognitive Correlates of Generalized Resistance to Thyroid Hormone. 1993 World Congress on Psychiatric Genetics, New Orleans, October 1993.

Behavioral Abnormalities Associated with Resistance to Thyroid Hormone: ADHD. Grand Rounds, George Washington University Medical Center, Washington, D.C., October 1993.

**1992**
The Effect of Political Change in Czech and Slovak Psychiatry: A Personal View. Invited Speaker, Center for the Study of Mind and Human Interaction, University of Virginia, Charlottesville, Virginia, February 1992.

Attention Deficit Hyperactivity Disorder in 18 Kindreds with Generalized Resistance to Thyroid Hormone. American Federation of Clinical Research Annual Meeting, Baltimore, May 1992.

Association of Attention Deficit Hyperactivity Disorder with Generalized Resistance to Thyroid Hormone in 18 Kindreds. American Psychiatric Association Annual Meeting, Washington,D.C., May 1992.

Attention Deficit Hyperactivity Disorder and Altered Cerebral Metabolism in 18 Kindreds with GeneralizedResistance to ThyroidHormone. Nineth International Conference of Endocrinology (NICE), Nice, France, September 1992.

**1990**
The Impact of Brain Imaging Technology on Clinical Psychiatry. Invited Speaker, Conference "Significant Advances in Medicine and Health Care: An International Perspective" Charles University, Prague, Czechoslovakia, October 1990.

Brain Imaging in Affective Disorders - Biannual Joint Meeting Between the APA and the German Society of Psychiatry and Nervous Diseases, Bad Kissingen, West Germany, October 1990.

**1989**
Temporal Lobe Size by MRI in Primary Affective Disorders. (Symposium) American Psychiatric Association Annual Meeting, San Francisco, May 1989.

Inhibition of Human TSH Gene Expression by Dopamine in Transfected CellCultures. American Thyroid Association Annual Meeting, San Francisco, November 1989.

Structural Brain Imaging in the Affective Disorders Invited Speaker, Johannes Guteenberg Universitaet, Mainz,West Germany, November 1989

Magnetic Resonace Imaging in the Affective Disorders: Preliminary Studies. Invited Speaker, Albert Ludwigs-Universitaet, Freiburg, West Germany, November 1989.

**1988**
Sex Differences in Schizophrenia and theAffectiveDisorders. Invited Speaker, Virginia Psychiatric Society Annual Meeting, Richmond, April, 1988.

Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778504

BEST COPY AVAILABLE

**PRESENTATIONS (cont.)**

**1988**
Temporal Lobe Measurements in Primary Affective Disorder by MRI. American Psychiatric Association Annual Meeting, Montreal, May 1988.

Brain Morphology in Primary and Secondary Affective Disorders. Grand Rounds- Western State Hospital-University of Virginia, November 1988

**1987**
Corpus Callosum Thickness Measured by Magnetic Resonance Imaging in Bipolar Affective Disorder and Schizophrenia. Poster Presentation, Society of Biological Psychiatry Annual Meeting, Chicago, May 1987

**1986**
Sinistrality and Schizophrenia. Ontario Psychiatric Association Annual Meeting, Toronto, January,1986.

Anomalous Motoric Lateralization and Schizophrenia: Clinical Implications. Poster Presentation, American Psychiatric Association Annual Meeting, Washington, D.C., May 1986.

**1985**
Risk and Protective Factors in Schizophrenia: A Male-Female Comparison. Ontario Psychiatric Association Annual Meeting, Toronto, January 1985.

Cerebral Laterality in Schizophrenia. Professorial Rounds, University of Toronto, Toronto, January 1985.

Risk and Protective Factors in Schizophrenia. Clinical Research Society of Toronto, Annual     Meeting, Toronto, March 1985.

Mental Health Services in Family Practice: The Role of Psychiatry. Grand Rounds, Wellesley Hospital, Toronto, April 1985.

Parasuicide and Schizophrenia. American Association of Suicidology Annual Meeting, Toronto, April 1985.

Season of Birth: A Risk Factor for Autism? Research Day, St. Michael's Hospital, Toronto, June 1985. Handedness and Schizophrenia. Research Day, St. Michael's Hospital, Toronto, June 1985.

Psychiatric Residents and Research. Research Day, St. Michael's Hospital, Toronto, June 1985.

Handednessand Schizophrenia: Clinical Implications. IvthWorld Congress of Biological Psychiatry, Philadelphia, September 1985.

Season of Birth: A Risk Factor in Autism. IVth World Congress of Biological Psychiatry, Philadelphia, September 1985.

TheRelevance of Season of Birth for the Genesis of Early Infantile Autism. Canadian Psychiatric Association Annual Meeting, Quebec City, October 1985.

Handedness: A Possible Prognostic Indicator in Schizophrenia. Canadian Psychiatric Association Annual Meeting, Quebec City, October 1985.

Gender and Schizophrenia. Hospital and Community Psychiatry Annual Meeting, Montreal, October 1985.

Sinistrality and Schizophrenia. 27th Group Without a Name (GWAN Conference) International Psychiatric Research Association, Toronto, November 1985.

CONFIDENTIAL
AZSER12778505

**PRESENTATIONS (cont.)**

**1984**
Dopamine Receptors, Gender and Genetics in Schizophrenia. Associazone  Richerche  Schizophrenia,
International Psychopharmacology Congress, Satellite Conference  in Schizophrenia, Milan, Italy, June
1984.

Risk Factors in Schizophrenia.  Research Day, Sick Children's Hospital, Toronto, September 1984.

**1983**
Sex and Schizophrenia.  Grand Rounds, Clarke Institute of Psychiatry, Toronto, June 1983.

Gender and Schizophrenia.  Research Day, Wellesley Hospital, Toronto, September 1983.

Cost-Benefit Analysis of Schizophrenic Out-Patient Program. Poster presentation. Research Day,
Wellesley Hospital, Toronto, September 1983.

Parasuicide in an Emergency Schizophrenic Population. 25th Group Without a Name (GWAN)
Conference), International Psychiatric Research Association, Ottawa,   November 1983.

30 of 30                              Peter Hauser, M.D.

CONFIDENTIAL
AZSER12778506

BEST COPY AVAILABLE

*Andrew Winokur, MD*
*8/5/03*

# CURRICULUM VITAE
## Andrew Winokur, M.D., Ph.D.

**July, 2003**

Home Address:        REDACTED

Office Address:      Department of Psychiatry
                     University of Connecticut Health Center
                     10 Talcott Notch Road, East Lobby
                     Farmington, Connecticut  06030-6415

Social Security Number: REDACTED

Education:      1962-66 BA.    Yale University
                1966-70 M.D.   Tufts University School of Medicine
                1972-76 Ph.D.  University of Pennsylvania Department of
                               Pharmacology

**Postgraduate Training and Fellowship Appointments:**

|  |  |
|---|---|
| 1970-71 | Intern in Medicine, Boston Veterans Administration Hospital |
| 1971-75 | Resident in Psychiatry, University of Pennsylvania |
| 1973-75 | Assistant Instructor in Psychiatry, Department of Psychiatry, |
| 1996 | Kennedy School of Government, Harvard University, Executive Program in Health Policy, "Coping with the Health Care Revolution" |

**Faculty Appointments:**

|  |  |
|---|---|
| 1975-84 | Assistant Professor, Department of Psychiatry University of Pennsylvania School of Medicine |
| 1976-84 | Assistant Professor, Department of Pharmacology, University of Pennsylvania School of Medicine |
| 1984-88 | Associate Professor (with tenure), Department of Psychiatry, University of Pennsylvania School of Medicine |
| 1984-88 | Associate Professor, Department of Pharmacology, University of Pennsylvania School of Medicine |
| 1988-97 | Professor, Department of Psychiatry, University of Pennsylvania School of Medicine |
| 1988-97 | Professor, Department of Pharmacology, University of Pennsylvania School of Medicine |
| 1997-98 | Professor, Department of Psychiatry Dartmouth Medical School |

1382

CONFIDENTIAL
AZSER12778507

BEST COPY AVAILABLE

| 1997-98 | Professor, Department of Pharmacology Dartmouth Medical School |
|---|---|
| 1998- | Professor, Departments of Psychiatry and Pharmacology University of Connecticut School of Medicine |

Hospital and Administration Appointments:

| 1974-75 | Chief Resident in Psychiatry, Department of Psychiatry, University of Pennsylvania School of Medicine |
|---|---|
| 1977-97 | Clinical Staff, Hospital of the University of Pennsylvania |
| 1987-90 | Director, Program for Affective Disorders, Department of Psychiatry, University of Pennsylvania |
| 1990-94 | Director, Psychiatry Sleep Disorders Program, Department of Psychiatry, University of Pennsylvania |
| 1990-97 | Associate Director, Center for Sleep and Respiratory Neurobiology, University of Pennsylvania |
| 1997-98 | Director of Psychopharmacology, Department of Psychiatry, Dartmouth Medical School |
| 1997-98 | Director, Neuropsychopharmacology Treatment, Research and Training Center, Department of Psychiatry, Dartmouth Medical School |
| 1998- | Director of Psychopharmacology, University of Connecticut Health Center |
| 1998- | IRB, University of Connecticut Health Center |
| 1998- | Pharmacy and Therapeutics Committee, University of Connecticut Health Center |

| Specialty Certification: | 1983 American Board of Psychiatry and Neurology (in Psychiatry) |
|---|---|
| Licensure: | Connecticut  037113 |

Awards, Honors and Memberships in Honorary Societies:

| 1975 | Pharmaceutical Manufacturers Association Faculty Development Award (declined) |
|---|---|
| 1975-80 | National Institute of Mental Health Research Scientist Development Award, Type 1 |
| 1980-85 | National Institute of Mental Health Research Scientist Development Award, Type 11 |
| 1985-90 | National Institute of Mental Health Research Scientist Award |
| 1987 | The Earl D. Bond Award for Excellence in Teaching Department of Psychiatry |
| 1993-94 | NARSAD Senior Investigator Award |
| 1996-97 | National Institute of Health Sleep Academic Award |

2

CONFIDENTIAL
AZSER12778508

## Membership in Professional and Scientific Societies:

*International Societies:*    International Society of Psychoneuroendocrinology
*National Societies:*    American Association for the Advancement of Science, Society
for Neuroscience, Biological Psychiatry, American College of
Neuropsychopharmacology, American Sleep Disorders
Association

## Editorial Position:

1980-1989    Editorial Advisory Board, Biological Psychiatry
1993-1995    Book Review Editor, Neuropsychopharmacology

## Academic Committees at the University of Pennsylvania

University of Pennsylvania:

| | |
|---|---|
| 1977-1994 | Admissions Committee, School of Medicine |
| 1978-1986 | Ware Health House Faculty Fellow |
| 1979 | Department of Physiology Review Committee |
| 1979- | Biological Basis of Behavior Advisory Committee |
| 1980- | Benjamin Franklin Scholars Advisory Committee |
| 1980-1982 | Biomedical Research Support Grant Review Committee |
| 1980-1981 | Department of Neurology Search Committee |
| 1981 | Department of Psychiatry Residency Program Evaluation Committee |
| 1982-1986 | Department of Pharmacology Graduate Program Advisory Committee |
| 1982-1983 | Department of Medicine Review Committee |
| 1984-1986 | Medical School Committee on Ethics in Research |
| 1985-1986 | Department of Physiology Review Committee |
| 1986- | Neuroscience Graduate Group Executive Committee |
| 1987- | Clinical Research Center Advisory Committee |
| 1987-1995 | Department of Psychiatry Research Committee, (Chairman, 1993-95) |
| 1989-1992 | Committee on Appointments and Promotions, School of Medicine |
| 1988-1989 | Department of Pediatrics Review Committee |
| 1990- | Center for Sleep and Respiratory Neurobiology, Executive Committee |
| 1992- | Committee on Academic Freedom and Responsibility |
| 1993 | Biological Basis of Behavior Review Committee |
| 1995 | Committee on Appointments and Promotions, Department of Psychiatry |
| 1996 | Institute of Neurological Sciences Search Committee |

3

CONFIDENTIAL
AZSER12778509

Dartmouth Medical School:

| | |
|---|---|
| 1997-98 | Committee for Protection of Human Subjects |
| 1997-98 | Pharmacy Formulary Committee |

University of Connecticut School of Medicine:

| | |
|---|---|
| 2000- | M.D./Ph.D. Program Advisory Committee |
| 2000- | Senior Appointments and Promotions Committee |
| 2000- | Course Director, CNS Mechanisms of Disease |

National Committees:

| | |
|---|---|
| 1977 | Ad Hoc site visitor for National Academy of Science evaluation of biomedical research in the Veterans Administration program |
| 1979-1982 | Veterans Administration Behavioral Sciences Merit Review Board |
| 1982 | American Psychiatric Association PKSAP-V, Subcommittee on Diagnostic Testing |
| 1984,1985 | NIMH CIA/PSA Special Review Committee |
| 1985-1987 | Ad Hoc Study Section member for NIMH Research Scientist Development  Program |
| 1987-1990 | NIMH Study Section Member, Treatment, Development and Assessment    Subcommittee (Chairman, 1989-90) |
| 1992-1994 | NIMH Study Section Member, Neuropharmacology and Neurochemistry Review Committee |
| 1998- | Department of Veterans Affairs, Reducing the Efficacy-Effectiveness Gap in Bipolar Disorder Advisory Committee |
| 1998-2002 | Psychopharmacologic Drugs Advisory Committee, FDA |
| 2002- | Special Government Employee to serve as Consultant, Psychopharmacologic Drugs Advisory Committee, FDA |

Bibliography:  Original Papers

1.    Schildkraut, J.J., Winokur, A., and Applegate, C.W.: Norepinephrine turnover and metabolism in rat brain after long-term administration of imipramine, Science, 168:867-869, 1970.

2.    Schildkraut, J.J., Winokur, A., Draskozy, P.R., and Hensle, J.H.: Changes in norepinephrine turnover in rat brain during chronic administration of imipramine and protriptyline: a possible explanation for the delay in onset of clinical antidepressant effects, American Journal of Psychiatry, 127:1032-1039, 1971.

3.    Winokur, A., and Utiger, R.D.: Thyrotropin-releasing hormone: regional distribution in rat brain, Science, 185:265-267, 1974.

4

CONFIDENTIAL
AZSER12778510

BEST COPY AVAILABLE

4.   Winokur, A., Davis, R.A., and Utiger, R.D.: Subcellular distribution of thyrotropin-
      releasing hormone (TRH) in rat brain and hypothalamus, Brain Research, 120:423-432,
      1977.

5.   Kardon, F.C., Winokur, A., and Utiger, R.D.: Thyrotropin-releasing hormone (TRH) in
      rat spinal cord, Brain Research, 122:578-581, 1977.

6.   Kardon, F.C., Marcus, R.J., Winokur, A., and Utiger, R.D.: Thyrotropin-releasing
      hormone content of rat brain and hypothalamus: results of endocrine and pharmacologic
      treatments, Endocrinology, 100:1604-1609, 1977.

7.   Winokur, A., and Beckman, A.L.: Effects of thyrotropin-releasing hormone,
      norepinephrine and acetylcholine on the activity of neurons in the hypothalamus, septum
      and cerebral cortex of the rat.  Brain Research, 150:205-209, 1978.

8.   Winokur, A., Kreider, M.S., Dugan, J., and Utiger, R.D.:  The effects of 6-
      hydroxydopamine on thyrotropin-releasing hormone in rat brain, Brain Research,
      152:203-208, 1978.

9.   Winokur, A., Dugan, J, Mendels, J., and Hurtig, H.I.: Psychiatric illness in relatives of
      patients with Parkinson's disease: an expanded survey, American Journal of Psychiatry,
      135:854-855, 1978.

10.  Winokur, A., Rickels, K., Garcia, C.R., Huggins, G., and Guthrie, M.B.: Emotional
      distress in family planning service patients, Advances in Family Planning, 14:33-40,
      1979.

11.  Kreider, M.S., Winokur, A., and Utiger, R.D.: TRH immunoreactivity in rat
      hypothalamus and brain: Assessment by gel filtration and thin-layer chromatography,
      Brain Research, 171:161-165, 1979.

12.  Winokur, A., Rickels, K., Greenblatt, D.J., Snyder, P.J., and Schatz, N.J.: Withdrawal
      reaction from long-term, low-dose administration of diazepam: a double-blind, placebo-
      controlled case study, Archives of General Psychiatry, 37:101-105, 1980.

13.  Winokur, A., March, V., and Mendels, J.: Primary affective disorder in relatives of
      patients with anorexia nervosa, American Journal of Psychiatry, 137:695-698, 1980.

14.  Stanton, T.L., Winokur, A., and Beckman, A.L.: Reversal of natural CNS depression by
      TRH action in the hippocampus, Brain Research, 137:470-475, 1980.

15.  Amsterdam, J., Winokur, A., Caroff, S., and Mendels, J.: Thyrotropin releasing
      hormone: mood-elevating effects in depressed patients, anorectic patients and normal
      volunteers.  American Journal of Psychiatry, 138:115-116, 1981.

5

CONFIDENTIAL
AZSER12778511

BEST COPY AVAILABLE

16.     Amsterdam, J., Winokur, A., and Levin, R.: Sperm function in affective illness. Psychosomatic Medicine, 43:183-185, 1981.

17.     Kreider, M.S., Winokur, A., and Krieger, N.R.: The olfactory bulb is rich in TRH immunoreactivity. Brain Research, 217:69-77, 1981.

18.     Amsterdam, J.D., Winokur, A., and Caroff, S.: Dexamethasone suppression test as a prognostic tool: Two case reports. American Journal of Psychiatry, 138:979-980, 1981.

19.     Winokur, A., and Rickels, K.: Withdrawal and pseudowithdrawal reactions from diazepam therapy. The Journal of Clinical Psychiatry, 42:442-444, 1981.

20.     Amsterdam, J., Winokur, A., Caroff, S.N., and Conn., J.: Effects of tricyclic antidepressants on the dexamethasone suppression test. American Journal of Psychiatry, 138:1245-1246, 1981.

21.     Caroff, S., Koenig, R., Winokur, A., Amsterdam, J.D., and Puglia, C.: Acute metabolic response to cold stress in unipolar and bipolar II patients. Biological Psychiatry, 16:919-929, 1981.

22.     Kreider, M.S., Winokur, A., and Krieger, N.C.: Pathways of TRH degradation in rat brain. Neuropeptides, 1:455-463, 1981.

23.     Stanton, T.L., Winokur, A., and Beckman, A.L.: TRH effects in the CNS; dependence on arousal state. Science, 214:678-681, 1981.

24.     Levin, R., Amsterdam, J.D., Winokur, A., and Wein, A.J.: Effects of psychotropic drugs on human sperm motility. Fertility and Sterility, 26:5O3-506, 1981.

25.     Amsterdam, J.D., Winokur, A., Snyder, P.J., and Caroff, S.J.: Gonadotropic responses to GNRH administration in depressed patients and healthy volunteers. Journal of Affective Disorders, 3:367-380, 1981.

26.     Amsterdam, J.D., Winokur, A., Caroff, S.N., and Levin, R.: The effects of desmethyl-imipramine and lithium on human sperm function. Psychoneuroendocrinology, 6:359-363, 1981.

27.     Winokur, A., Amsterdam, J.D., Caroff, S.N., Snyder, P.J., and Brunswick, D.J.: Variability in hormonal response to a series of neuroendocrine challenges (TRH, GNRH, ITT, DST) in depressed patients. American Journal of Psychiatry, 139:39-44, 1982.

28.     Amsterdam, J., Winokur, A., Caroff, S.N., and Conn., J.: The dexamethasone suppression test in outpatients with primary affective disorder and healthy control subjects. American Journal of Psychiatry, 139:287-291, 1982.

6

CONFIDENTIAL
AZSER12778512

29.    Rickels, K., Csanalosi, I., Werblowsky, J., Weise, C.C., Weinstock, R., Brown, A.S., Winokur, A., and von Poelnitz, M.: Amitriptyline-perphenazine and doxepin in depressed outpatients: A controlled double blind study.  The Journal of Clinical Psychiatry, 43:419-422, 1982.

30.    Winokur, A., Guthrie, M.B., Rickels, K., and Nael, S.: Extent of agreement between patient and physician ratings of emotional distress.  Psychosomatics, 23:1135-1146, 1982.

31.    Stanton, T.L., Winokur, A., and Beckman, A.L.: Seasonal variation in TRH content of different brain regions and the pineal in the mammalian hibernator, Citellus lateralis. Regulatory Peptides, 3:135-144, 1982.

32.    Kreider, M.S., Knight, P.B., Winokur, A., and Krieger, N.R.: TRH concentration in rat olfactory bulb is undiminished by deafferentation.  Brain Research, 241:351-354, 1982.

33.    Amsterdam, J.D., Winokur, A., Lucki, I., Snyder, P., Harris, R.I., Caroff, S., and Rickels, K.: Growth hormone, prolactin and thyrotropin responses to gonadotropin-releasing hormone in depressed patients and healthy volunteers.  Psychoneuroendocrinology, 7:177-178, 1982.

34.    Winokur, A., Amsterdam, J.D., Mihailovic, V., and Caroff, S.N.: Improvement in ratings of tension after TRH administration in healthy women.  Psychoneuroendocrinology, 7:239-244, 1982.

35.    Caroff, S., Winokur, A., Rieger, W., Schweizer, E., and Amsterdam, J.: Response to dexamethasone in psychotic depression. Psychiatry Research, 8:59-64, 1983.

36.    Amsterdam, J.D., Winokur, A., Lucki, I., and Snyder, P.J.: Neuroendocrine regulation in depressed postmenopausal women and healthy subjects.  Acta Psychiatric Scandinavia, 67:43-49, 1983.

37.    Winokur, A., Amsterdam J., Snyder, P.J., Caroff, S.N. and Brunswick, D.J.: Multiple hormonal responses to TRH administration in depressed patients and healthy volunteers. Archives of General Psychiatry, 40:525-531, 1983.

38.    Amsterdam, J.D., Winokur, A., Lucki, I., Caroff, S., Snyder, P., and Rickels, K.: A neuroendocrine test battery in bipolar patients and healthy subjects.  Archives of General Psychiatry, 40:515-521, 1983.

39.    Amsterdam, J.D., Winokur, A., Bryant, S., Larken, J., and Rickels, K.: The dexamethasone suppression test as a predictor of antidepressant response. Psychopharmacology, 80:43-45, 1983.

CONFIDENTIAL
AZSER12778513

40.     Amsterdam, J.D., Winokur, A., Abelman, E., Lucki, I., and Rickels, K.: Cosyntropin
        (ACTH 1-24) stimulation test in depressed patients and healthy subjects.   American
        Journal of Psychiatry, 140:907-909, 1983.

41.     Rickles, K., Case, G., Downing, R., and Winokur, A.: Long-term diazepam therapy and
        clinical outcome. Journal of the American Medical Association, 250:767-771, 1983.

42.     Caroff, S., Winokur, A., Snyder, P.J., and Amsterdam, J.: Diurnal variation of growth
        hormone secretion following thyrotropin-releasing hormone infusion in normal men.
        Psychosomatic Medicine, 46:59-66, 1984.

43.     Winokur, A., Winokur, D.F., Rickels, K., and Cox, D.S.: Symptoms of emotional distress
        in a family planning service.   Stability over a four-week period.   British Journal of
        Psychiatry, 144:395-399, 1984.

44.     Winokur, A., Caroff, S.N., Amsterdam, J.D., and Maislin, G.: Administration of
        thyrotropin releasing hormone at weekly intervals results in a diminished thyrotropin
        response. Biological Psychiatry, 19:695-702, 1984.

45.     Winokur, A., and Rickels, K.: Withdrawal response to abrupt discontinuation of
        desmethyldiazepam. American Journal of Psychiatry, 141:1427-1429, 1984.

46.     Caroff, S.N., and Winokur, A.: Hormonal response to TRH following rest-activity
        reversal in normal men. Biological Psychiatry, 19:1015-1025, 1984.

47.     Manaker, S., Winokur, A., Rostene, W.H., and Rainbow, T.C.: Autoradiographic
        localization of thyrotropin releasing hormone (TRH) receptors in the rat CNS. Journal of
        Neuroscience, 5:167-174, 1985.

48.     Manaker, S., Winokur, A., Rhodes, H., and Rainbow, T.C.: Autoradiographic localization
        of thyrotropin releasing hormone (TRH) receptors in human spinal cord.   Neurology,
        35:328-332, 1985.

49.     Amsterdam, J.D., Brunswick, D.J, Potter, L., Winokur, A., and Rickels, Y.: Desipramine
        and 2-hydroxydesipramine plasma levels in endogenous depressed patients.   Lack of
        correlation with therapeutic response.   Archives of General Psychiatry, 42:361-364,
        1985.

50.     Rott, R., Herzog, S., Fleischer, B., Winokur, A., Amsterdam, J., Dyson, W., and
        Koprowski, H.: Detection of serum antibodies to Borna virus in patients with psychiatric
        disorders. Science, 228:755-756, 1985.

51.     Brown, R., Kocsis, J.H., Caroff, S., Amsterdam, J., Winokur, A. Stokes, P.E., and Frazer,
        A.: Differences in nocturnal melatonin secretion between melancholic depressed patients
        and controls. American Journal of Psychiatry, 142:811-816, 1985.

8

CONFIDENTIAL
AZSER12778514

BEST COPY AVAILABLE

52.     Amsterdam, J.D., Lucki, I., and Winokur, A.: The ACTH stimulation test in depression. Psychiatric Medicine, 3:91-100, 1985.

53.     Youngs, L.J., Winokur, A., and Selzer, M.E.: Thyrotropin releasing hormone in lamprey central nervous system. Brain Research, 338:177-180, 1985.

54.     Manaker, S., Shulman, L.H., Winokur, A., and Rainbow, T.C.: Autoradiographic localization of thyrotropin releasing hormone (TRH) receptors in amyotrophic lateral sclerosis (ALS) spinal cord. Neurology, 35:1650-1653, 1985.

55.     Rickels, K., Downing, R.W., Case, G.W., Csanalosi, I., Chung, H., Winokur, A., and Ginrich, R.L.: Six week trial with diazepam: Some clinical observations. Journal of Clinical Psychiatry, 42:1093-1096, 1985.

56.     Amsterdam, J.D., Winokur, A., Dyson, W., Herzog, S., Gonzalez, F., Rott, R., and Koprowski, H.: Borna virus disease: A possible etiology for human affective disorder? Archives of General Psychiatry, 42:1093-1096, 1985.

57.     Manaker, S., Engber, T.M., Knight, P.B., and Winokur, A.: Intraventricular (IVT) 5, 7-dihydroxytryptamine (5,7-DHT) increases thyrotropin-releasing hormone (TRH) content in regions of rat brain. Journal of Neurochemistry, 45:1315-1318, 1985.

58.     Kreider, M.S., Engber, T.M., Nilaver, G., Zimmerman, E.A., and Winokur, A.: Immunohistochemical localization of TRH in rat CNS: Comparison with RIA studies. Peptides, 6:997-1000, 1985.

59.     Manaker, S., Caine, S.B., and Winokur, A.: Ibotenic acid decreases thyrotropin-releasing hormone (TRH) receptor binding in the rat amygdala. Brain Research, 347:144-148, 1985.

60.     Engber, T.M., Manaker, S., Kreider, M.S., and Winokur, A.: Intraventricular 6-hydroxydopamine increases thyrotropin releasing hormone (TRH) content in regions of rat brain. Regulatory Peptides, 12:51-57, 1985.

61.     Winokur, A., Lindberg, N.D., Lucki, I., Phillips, J., and Amsterdam, J.D.: Hormonal and behavioral effects associated with intravenous L-tryptophan administration. Psychopharmacology, 88:213-219, 1986.

62.     Schweizer, E., Winokur, A., and Rickels, K.: Insulin induced hypoglycemia and panic attacks. American Journal of Psychiatry, 143:654-655, 1986.

63.     Manaker, S., Eichen, A., Winokur, A., Rhodes, C.H., and Rainbow, T.C.: Autoradiographic localization of thyrotropin releasing hormone receptors in human brain. Neurology, 36:641-646, 1986.

9

CONFIDENTIAL
AZSER12778515

64.    Schweizer, E.E., Swenson, C.M., Winokur, A., Rickels, K., and Maislin, G.: The
dexamethasone suppression test in generalized anxiety disorder.  British Journal of
Psychiatry, 149:320-322, 1986.

65.    Glembotski, C.C., Manaker, S., Winokur, A., and Gibson, T.R.: Ascorbic acid increases
the thyrotropin releasing hormone content of hypothalamic cell cultures.  Journal of
Neuroscience, 6:1796-1802, 1986.

66.    Reznikoff, G., Manaker, S., Rhodes, C.H., Winokur, A., and Rainbow, T.C.: Localization
and quantification of beta-adrenergic receptors in human brain.  Neurology, 36:1067-
1073, 1986.

67.    Amsterdam, J.D., Maislin, G., Abelman, E., Bervish, N., and Winokur, A.:
Adrenocortical responsiveness to the ACTH stimulation test in depressed patients and
healthy volunteers. Journal of Affective Disorders, 11:265-274, 1986.

68.    Amsterdam, J.D., Henle, W., Winokur, A., Wolwowitz, O., Pickar, D., Paul S.M.: Serum
antibodies to Epstein-Barr virus in patients with major depressive disorder.  American
Journal of Psychiatry, 143:1593-1596, 1986.

69.    Amsterdam, J.D., Schweizer, E., and Winokur, A.: Multiple hormonal responses to
insulin-induced hypoglycemia in depressed patients and normal volunteers.  American
Journal of Psychiatry, 144:170-175, 1987.

70.    Amsterdam, J.D., Maislin, G., Droba, M., and Winokur, A.: The ACTH stimulation test
before and after clinical recovery from depression.  Psychiatry Research, 20:325-336,
1987.

71.    Salzman, S.K., Knight, P.D., Hirofuji, E., Llados-Ekman, C., Beckman, A.L., and
Winokur, A.: Spinal cord immunoreactive TRH is altered after local traumatic injury.
Peptides, 8:247-250, 1987.

72.    Amsterdam, J.D., Maislin, G., Winokur, A., Kling, M., and Gold, P.: Pituitary and
adrenocortical responsiveness in the ovine corticotropin releasing hormone (OCHR)
stimulation test in depressed patients and healthy volunteers.  Archives of General
Psychiatry, 44:775-781, 1987.

73.    Amsterdam, J.D., Marinelli, D.L., Arger, P., and Winokur, A.: Assessment of adrenal
gland volume by computer-assisted tomography in depressed patients and healthy
volunteers. Psychiatry Research, 21:189-198, 1987.

74.    Bauer, M., Caroff, S., Winokur, A., and Koenig, R.: Neuroendocrine responses to cold
stress in normal subjects and depressives.  Psychoneuroendocrinology, 12:483-490, 1987.

75.    Amsterdam, J.D., Settle, R.G., Doty, R.L., Abelman, E., and Winokur, A.: Taste and
smell perception in depression.  Biological Psychiatry, 22:1481-1985, 1987.

10

CONFIDENTIAL
AZSER12778516

BEST COPY AVAILABLE

76.   Brown, R.P., Kocsis, J.H., Caroff, S., Amsterdam, J., Winokur, A., Stokes, P., and Frazer, A.: Depressed mood and reality disturbance correlate with decreased nocturnal melatonin in depressed patients.  Acta Psychiatric Scandinavia, 76:225-234, 1987.

77.   Salzman, S.K., Hirofuji, E., Knight, P.B., Llades-Eckman, C., Beckman, A.L., and Winokur, A.: Treatment of experimental spinal trauma with thyrotropin releasing hormone: Central serotonergic and vascular mechanisms of action.  Central Nervous System Trauma, 4:181-196, 1987.

78.   Winokur, A., Maislin, G., Phillips, J.L., and Amsterdam, J.D.: Insulin resistance after oral glucose tolerance testing in patients with major depression.  American Journal of Psychiatry, 145:325-330, 1988.

79.   Amsterdam, J.D., Maislin, G., Winokur, A., Berwish, N., Kling, M., and Gold, P.: The OCRH stimulation test before and after clinical recovery from depression.  Journal of Affective Disorders, 14:213-222, 1988.

80.   Manaker, S., Caine, S.B., and Winokur, A.: Alterations in receptors for thyrotropin releasing hormone, serotonin and acetylcholine in amyotrophic lateral sclerosis.  Neurology, 38:1464-1474, 1988.

81.   Joyce, J.N., Lexow, N., Bird, E., and Winokur, A.: Organization of dopamine DI and D2 receptors in human striatum:  Receptor autoradiographic studies in Huntington's disease and       schizophrenia.  Synapse, 2:546-557, 1988.

82.   Argov, Z., Renshaw, P.F., Boden, B., Winokur, A., and Bank, A.: The effects of thyroid hormones on skeletal muscle bioenergetics: An in vivo phosphorous magnetic resonance spectroscopy study of humans and rats.  Journal of Clinical Investigation, 81:1695-1701, 1988.

83.   Kreider, M.S., Winokur, A., Manaker, S., Pack, A.I., and Fishman, A.P.: Characterization of thyrotropin releasing hormone in the central nervous system of African lungfish.  General and Comparative Endocrinology, 72:115-122, 1988.

84.   Rybokowski, J., Amsterdam, J.D., Dyson, W.L., Frazer, A., Winokur, A., and Kurtz, J.: Factors contributing to erythrocyte lithium-sodium countertransport activity in lithium-treated bipolar patients.  Pharmacopsychiatry, 22:16-20, 1989.

85.   Amsterdam, J.D., Maislin, G., Bervish, N., Phillips, J., and Winokur, A.: Enhanced adrenocortical sensitivity to submaximal doses of cosyntropin (ACTH) in depressed patients.  Archives of General Psychiatry, 46:550-554, 1989.

86.   Amsterdam, J.D., Maislin, G., Winokur, A., Phillips, J., Berwish, N., and Gold, P.: The assessment of abnormalities in hormonal responsiveness at multiple levels of the

11

CONFIDENTIAL
AZSER12778517

hypothalamic-pituitary-adrenocortical axis in depressive illness.
Psychoneuroendocrinology, 14:430-462, 1989.

87.     Amsterdam, J.D., Skolnick, B., Maislin, G., Berwish, N., and Winokur, A.: Multiple
        hormonal responses to clonidine administration in depressed patients and normal
        volunteers. Biological Psychiatry, 26:265-278, 1989.

88.     Manaker, S., Lipson, D., Lexow, N., Wieczorek, C.M., and Winokur, A.: Post-mortem
        stability of thyrotropin releasing hormone and muscarinic cholinergic receptors in rat
        forebrain. Synapse, 4:387-389, 1989.

89.     Pack, A.M., Caine, S.B., Winokur, A., Manaker, S. and Fishman, A.P.: Autoradiographic
        distribution of thyrotropin-releasing hormone receptors in the African Lungfish
        Protopterus annectans. Journal of Comparative Neurology, 287:19-27, 1989.

90.     Kreider, M.S., Wolfinger, B.L., and Winokur, A.: Systemic administration of kainic acid
        produces elevations in TRH in rat central nervous system. Regulatory Peptides, 28:83-
        93, 1990.

91.     Kreider, M.S., Winokur, A., Pack, A.I. and Fishman, A.P.: Reduction of thyrotropin
        releasing hormone (TRH) concentrations in the central nervous system of the African
        lungfish during estivation. General and Comparative Endocrinology, 77:435-441, 1990.

92.     Bauer, M.S., Whybrow, P.C., and Winokur, A.: Rapid cycling bipolar affective disorder:
        I. Association with Grade I hypothyroidism. Archives of General Psychiatry, 47:427-
        432, 1990.

93.     Joyce, J.N., Lexow, N., Kim, S.J., Artymysh, R., Lawrence, D., Cassanova, M.,
        Kleinman, J., Bird, E., and Winokur, A.: Distribution of Beta-adrenergic receptor
        subtypes in human postmortem brain with reference to alterations in schizophrenia.
        Synapse, 10:228-246, 1992.

94.     Stanton, T.L. Caine, S.B. and Winokur, A.: Seasonal and state-dependent changes in
        brain TRH receptors in hibernating ground squirrels. Brain Research Bulletin, 28:877-
        886, 1992.

95.     Joyce, J.N., Shane, A., Lexow, N., Winokur, A., Casanova, M.F. and Kleinman, J.E.:
        Serotonin uptake sites and serotonin receptors are altered in the limbic system of
        schizophrenics. Neuropsychopharmacology, 8:315-336, 1993.

96.     Bauer, M.S., Kurtz, J., Winokur, A., Phillips, J.L., Rubin, L., Marcus, J.: Thyroid
        function before and after four-week light treatment in winter depressives and controls.
        Psychoneuroendocrinology, 18:437-443, 1993.

1393

CONFIDENTIAL
AZSER12778518

BEST COPY AVAILABLE

97.   Lexow, N., Joyce, J., Kim, S., Phillips, J. Casanova, M., Kleinman, J., and Winokur, A.:
      Alterations in TRH receptors in temporal lobe of schizophrenics: A quantitative
      autoradiographic study. Synapse, 18:315-327, 1994.

98.   Olson, G.L., Cheung, H-C., Chiang, E., Madison, V.S., Sepinwall, J., Vincent, G.P.,
      Winokur, A., and Gary, K.A.: Peptide mimetics of thyrotropin-releasing hormone based
      on a cyclohexane framework: Design, synthesis and cognition-enhancing properties.
      Journal of Medicinal Chemistry, 38:2866-2879, 1995.

99.   Gary, K.A., Winokur, A., Douglas, S.D., Kapoor, S., Zaugg, L., and Dinges, D.F.: Total
      sleep deprivation and the thyroid axis: Effects of sleep and waking activity. Aviation,
      Space and Environmental Medicine, 67:513-519, 1996.

100.  Gary, K.A., Sollars, P.J. Lexow, N., Winokur, A., and Pickard, G.E.: Thyrotropin-
      releasing hormone phase shifts circadian rhythms in hamsters. Neuroreport, 7:1631-
      1634, 1996.

101.  Gillen,J.C., Rapaport, M., Erman, M.K., Winokur, A., Albala.B.J. A comparison of
      nefazodone and fluoxetine on mood and on objective, subjective, and clinician-related
      measures of sleep in depressed patients: a double-blind, 8 week clinical trial. J. Clin.
      Psychiatry 58:185-192,1997.

102.  Rush,A.J., Armitage, R., Gillin, J.C., Yonkers, K.A., Winokur,A., Modolfsky, H., Vogel,
      G.W., Kaplita, S.B., Fleming, J.B., Montplaisir, J., Erman, M.K., and Albala, B.J.,
      Comparative effects of nefazodone and fluoxetine on sleep in outpatients with major
      depressive disorder. Biol Psychiatry, 44:3-14, 1998.

103.  U.S. Modafinil in Narcolepsy Multicenter Study Group (A. Winokur, Participating
      Investigator), Randomized trial of Modafinil for the treatment of pathological
      somnolence in narcolepsy. Annals of Neurology 43:88-98, 1998.

104.  Frye, M.A., Dunn, R.T., Gary, K.A., Kimball T. A., Callahan, A.M., Luckenbugh, D.A.,
      Cora-Locatelli, G., Vanderhorn, E., Winokur, A., and Post, R.M. Lack of correlation
      between CSF thyrotropin releasing hormone (TRH) and TRH-stimulated TSH in patients
      with depression Biol. Psychiatry 45:1049-1052, 1999.

105.  Frye, M.A., Gary, K.A., Marangelli, B., George, M.S., Callahan, A.M., Little, J.T.,
      Huggins, T., Cora-Locatelli, G., Osuch, E.A., Winokur, A., and Post, R.M. CSF TRH
      gender differences. Implications for neurobiology and treatment of depression. J.
      Neuropsychiat. and Clin. Neurosci. 11:349-353, 1999.

106.  Savard, J., Miller, S.M., Mills, M., O'Leary, A., Douglas, S.D., Mangan, C.E., Belch.R.,
      and Winokur, A. The influence of sleep quality and depression on immunocompetence
      in low-income women at risk for cervical cancer. Psychosomat. Med. 61:496-507, 1999.

13

CONFIDENTIAL
AZSER12778519

BEST COPY AVAILABLE

107.   Winokur, A., Sateia, M.J., Hayes, J.B., Bayles-Dazet, W., McDonald, M.M., Gary, K.A.
       Acute effects of mirtazapine on sleep continuity and sleep architecture in depressed
       patients: A pilot study. Biol. Psychiatry 48:75-78, 2000

108.   Gary, K.A., Sevarino, K.A., Yarbrough, G.G., Prange, Jr., A.J., and Winokur,A., The
       thyrotropin-releasing      hormone      (TRH)   hypothesis    of    homeostasic    regulation:
       Implications for TRH-based therapeutics. J Pharmacol Exptl Therap 305:410-416, 2003.

109.   Winokur, A., DeMartinis, N.A., McNally, D.P., Gary, E.M., Cormier, J.L., and Gary,
       K.A., Comparative effects of mirtazapine and fluoxetine on sleep continuity measures in
       patients with Major Depression and insomnia. J Clin Psychiatry, in press.

110.   Kramer, M.S., Winokur, A., Kéfsey, J., Preskorn, S.H., Rothschild, A.J., Snavely, D.,
       Ghosh, K., Ball, W.A., Reines, S.A., and the SPA Depression Study Group,
       Demonstration of the efficacy and safety of a novel Substance P (NK1) receptor
       antagonist (SPA) in Major Depression, Neuropsychopharmacology, in press.

Bibliography: Editorials, Reviews, Chapters, Letters

1.   Winokur, A., and Utiger, R.D.: Distribution of thyrotropin-releasing hormone (TRH) in
     rat brain, in Anatomic Neuroendocrinology, Stumpf, W.E., and Grant, L.D. (eds.),
     Karger, A.G., Basel, 328-332, 1975.

2.   Winokur, A., and Utiger, R.D.: The subcellular distribution of thyrotropin releasing
     hormone in rat hypothalamus and brain, in Thyroid Research, Robbins, J., and
     Braverman, L. (eds.), Excerpta Medica, American Elsevier, New York, 1976, pp. 5-7.

3.   Winokur, A.: Hypothalamic releasing hormones and behavior, in Psychiatry: Areas of
     Promise and Advancement, Brady, J.P., Mendel, J., Orne, M.T., and Rieger, W. (eds.),
     Spectrum Publications, Inc., New York, 1976, pp. 65-72.

4.   Winokur, A., and Beckman, A.L.: Principles of Neurophysiology, in The Biological
     Bases of Psychiatric Disorders, Frazer, A., and Winokur, A., (eds.), Spectrum
     Publications, Inc., New York, 1977, pp. 23-39.

5.   Winokur, A.: Neuroendocrinology: Application to psychiatric disorders, Ibid, pp. 65-77.

6.   Winokur, A., and Rickels, K.: Clinical evaluation of psychotropic drugs, Ibid, pp. 141-
     149.

7.   Frazer, A., and Winokur, A.: Therapeutic and pharmacological aspects of psychotropic
     drugs, Ibid, pp. 151-177.

8.   Rickels, K., Downing, R.W., and Winokur, A.: Anti-anxiety drugs: clinical use in
     psychiatry, in Handbook of Psychopharmacology, Vol. 13, Iversen, L.L., Iversen, S.D.
     and Snyder, S.H. (eds.), Plenum Publishing Company, New York, 1978, pp. 395-430.

CONFIDENTIAL
AZSER12778520

9. Winokur, A., and Utiger, R.D.: Thyrotropin-releasing hormone (TRH) in the central nervous system: distribution and degradation, in Central Nervous System Effects of Hypothalamic Hormones and Other Peptides, Collu, R. (ed.), Raven Press, New York, 1979, pp. 55-64.

10. Amsterdam, J.D., Winokur, A., Mendels, J., and Caroff, S.: Distinguishing depression subtypes by thyrotropin response to TRH testing. Lancet, ii:904-905, 1979 (Letter).

11. Amsterdam, J.D., Winokur, A., Mendels, J., and Caroff, S.: Effect of gonadotropin-releasing hormone on depressed mood, Lancet, ii:1138, 1979.

12. Beckman, A.L., Rozkowska-Ruttimann, E., and Winokur, A.: Responses of hypothalamic thermosensitive neurons to iontophoretically applied biogenic amines in rats and ground squirrels, in Thermoregulatory Mechanisms and Their Therapeutic Implications, Cox, R., Lomax, P., Milton, A.S., and Schonbaum, S. (eds.), Karger, Basel, 1980, pp. 6-8.

13. Stanton, T.L., Winokur, A., and Beckman, A.L.: Effect of intrahippocampal TRH on body temperature in hibernating and awake ground squirrels, in Thermoregulatory Mechanisms and Their Implications, Cox, B., Lomax, P., Milton, A.S., and Schonbaum, S. (eds.), Kargel, Basel, 1980, pp. 195-197.

14. Winokur, A., and Rickels, K.: The combination of drugs and psychotherapy in the treatment of psychiatric disorders, in Handbook of Biological Psychiatry, Part VI, Van Praag, H.M. (ed.), Marcel Dekker Inc., New York and Basel, 1981, pp. 181-213.

15. Winokur, A.: (Review) Psychopharmacology of depression: A guide for drug treatment, by T.A. Ban, Psychosomatics, 23:1082-1083, 1982.

16. Winokur, A.: Behavioral changes in an overweight woman receiving thyroid hormone therapy: Comment. Journal of the American Medical Association, 249:2701-2702, 1983, (Questions and Answers).

17. Amsterdam, J.D., Winokur, A., Lucki, I., Snyder, P., and Rickels, K.: Pituitary hormone responses after infusion of gonadotropin-releasing hormone and saline in healthy men and women. Psychoneuroendocrinology, 8:351-353, 1983. (Letter)

18. Rickels, K., Case, W., Downing, R.W., and Winokur, A.: Indications and contraindications for chronic anxiolytic treatment: Is there tolerance for the anxiolytic effect? In: Costa, E., Racagni, G., and Kemali, D. (eds.). Advances in Biochemical Psychopharmacology: Chronic Treatments in Neuropsychiatry, Raven Press, New York, 1985, pp. 193-205.

19. Rickels, K., Case, G.W., Winokur, A., and Swenson, C.: Long-term benzodiazepine therapy: benefits and risks. Psychopharmacology Bulletin, 20:608-615, 1984.

15

CONFIDENTIAL
AZSER12778521

BEST COPY AVAILABLE

20.    Manaker, S., Rainbow, T.C., and Winokur, A.: Thyrotropin releasing hormone (TRH) receptors: Localization in rat and human central nervous system. In: Boast, C., Snowhill, E.W. and Alter, CA. (eds.), Quantitative Receptor Autoradiography, Alan R. Liss, New York, 1986, pp. 105-125.

21.    Frazer, A., Brown, B., Kocsis, J., Caroff, S., Amsterdam, J.D., Winokur, A., Sweeney, J., and Stokes, P.: Patterns of melatonin rhythms in depression.   Journal of Neural Transmission, Suppl. 21:269-290, 1986.

22.    Amsterdam, J.D., Winokur, A., Dyson, W., Gonzalez, F., Rott, R., and Koprowski, H.: Demonstration of antibodies to Borna virus in patients with affective disorders. In: Kurstak, E. (ed.), Viruses, Immunity and Mental Diseases, Plenum, New York, 1987, pp. 179-188.

23.    Winokur, A., Manaker, S., and Kreider, M.S.: TRH and TRH receptors in the spinal cord. In: Metcalf, G., Jackson, I.M.D. (eds.), Thyrotropin Releasing Hormone: Biomedical Significance, Annals of the New York Academy of Sciences, New York, 1989, pp. 314-324.

24.    Joyce, J.N., Lexow, N., Neal, B., Hurtig, H., Trojanowski, J.Q., and Winokur, A.: Receptor autoradiographic studies in neurodegenerative disorders of the basal ganglia. In Crossman, A.R., Sambrook, M.A. (eds.). Neural Mechanisms in Disorders of Movement, John Libbey, and Co., London, 1990, pp. 303-312.

25.    Winokur, A.: The relevance of thyrotropin releasing hormone (TRH) to psychiatric disorders. In: Nemeroff, C.B. (ed.), Neuropeptides in Psychiatry, American Psychiatric Association Press, Washington, 1991, pp. 15-28.

26.    Winokur, A.: The thyroid axis and depressive disorders. In: Mann, J.J. and Kupfer, D.J. (ed.), The Biology of Depressive Disorders, Plenum Press, New York, 1993, pp. 155-170.

27.    Fishman, A.P., Galante, R.J., Winokur, A., and Pack, A.I.: Estivation in the African Lungfish, Proceedings of the American Philosophical Society, 136:61-72, 1993.

28.    Winokur, A, and Reynolds III, C.F.: The Effects of Antidepressants on Sleep Physiology. Primary Psychiatry 1:22-27, 1994.

29.    Winokur, A.: Insomnia. In: Rakel, R.E., (ed.), Conn's Current Therapy, W.B. Saunders Co., 1998, pp 31-35.

30.    Winokur, A.: Neuroendocrinology of Anxiety and Mood Disorders. In: Rush, A.J. (ed.), Current Review of Mood Disorders, Current Medicine, Philadelphia, l:127-138, 1997.

16

CONFIDENTIAL
AZSER12778521

BEST COPY AVAILABLE

31.    Winokur, A.: Sleep Disorders. In:  Enna, S.J., and Coyle, J.T. (eds.), <u>Pharmacological Management of Neurological and Psychiatric Disorders</u>, McGraw-Hill, Inc., 1998, pp 213-235.

32.    Gary, K.A., Huey, L.Y, Zepf, R.A., and Winokur, A.  Biological factors on different bipolar disorder subtypes. In: Soares, J.C. and Gershons, S. (eds.) <u>Basic Mechanisms and Therapeutic Implications of Bipolar Disorder Subtypes.</u>  Marcel Dekker Inc, New York, 2000, pp 433-457.

33.    Winokur, A., Gary, K., Rodner, S., Rae-Red, C., Fernando, A. and Szuba, M. Depression, sleep physiology, and antidepressant drugs.  <u>Depression and Anxiety.</u> Wiley-Liss, Inc., 14:19-28, 2001.

34.    Winokur, A.:  Insomnia. In:  Rakel, R.E. (ed.), <u>Conn's Current Therapy</u>, W.B. Saunders Co., 2003, pp 38-42.


<u>Bibliography Books</u>

1.    Frazer, A., and Winokur, A. (eds.): <u>Biological Bases of Psychiatric Disorders</u>, Spectrum Publications, Inc., New York, 1977.

2.    Frazer, A., Molinoff, P.B. and Winokur, A. (eds.): <u>Biological Bases of Brain Function and Disease</u>, Raven Press, New York, 1994.

17

CONFIDENTIAL
AZSER12778523

BEST COPY AVAILABLE

D1447C00127: *0128*

# Cary J. Kohlenberg, M.D.

March, 2004

2717 N. Grandview Blvd., Suite 202
Waukesha, Wisconsin 53188
Telephone: 262-513-0700 Fax: 262-513-0707

Independent Psychiatric
Consultants, S.C.
Clinical Research

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| **Psychiatry, Private Practice** | July, 1993 – present |
| **Chairman, Dept. of Psychiatry**<br>Waukesha Memorial Hospital, Waukesha, WI | Jan., 2000 – Dec., 2003 |
| **Medical Director, Inpatient and Geropsychiatric Services**<br>Waukesha Memorial Hospital, Waukesha, WI | Jan., 2002 - present |
| **Medical Director for Geropsychiatric Services**<br>Rogers Memorial Hospital – West Allis, WI | July, 1999 – Jan, 2002 |
| **Vice Chief, Physician's Services**<br>Rogers Memorial Hospital – West Allis, WI | Sept. 2001 – Jan, 2002 |
| **Vice Chairman, Dept. of Psychiatry**<br>Waukesha Memorial Hospital, Waukesha, WI | Jan., 1996 – Dec., 1999 |
| **Medical Director, Geropsychiatric Services**<br>Waukesha Memorial Hospital, Waukesha, WI | July, 1994 – July, 1999 |
| **Chief Psychiatrist**<br>Waukesha County Mental Health Center | July, 1993 – July, 1994 |

## EDUCATION

| | |
|---|---|
| **Psychiatry Residency**<br>University of Wisconsin Medical School<br>Milwaukee Clinical Campus<br>Sinai Samaritan Medical Center | July, 1990 – June, 1992<br>Jan., 1993 – June, 1993 |
| **Child Psychiatry Residency**<br>Medical College of Wisconsin | July, 1992 – Dec., 1992 |
| **Internship**<br>University of Wisconsin Medical School<br>Milwaukee Clinical Campus<br>Sinai Samaritan Medical Center | June, 1989 – June, 1990 |

1399

CONFIDENTIAL
AZSER12778524

# Cary J. Kohlenberg, M.D.

Page 2

**M.D.**                                                  Aug., 1985 – May, 1989
University of Wisconsin Medical School

**B.S. Chemistry**                                   Sept., 1981 – Aug., 1985
University of Wisconsin – Milwaukee

**HOSPITAL
AFFILIATIONS**

**Waukesha Memorial Hospital**
Member: Medical Quality Improvement          Jan., 2000 – Dec., 2003
    Committee
Member:  Executive Committee                   Jan., 2000 – Dec., 2003
Member:  Family Practice Residency            Jan., 2000 – Dec., 2003
    Review Committee
Physician Advisor to Senior Health Center    Jan., 1995 – Aug., 2000
                             Jan., 2002 - present
Member:  Peer Review Committee               Jan., 1996 – Dec., 1999
Member:  Credentials Committee               Jan., 1996 – Dec., 1999

**Rogers Memorial Hospital**
Member:  Research & Human Subjects
Committee                                             July, 2001-Jan., 2002

Member:  Physician's Health Committee       Aug., 2001-Jan., 2002

**Oconomowoc Memorial Hospital** (Courtesy)

**Elmbrook Memorial Hospital** (Courtesy)

**Waukesha County Mental Health Center** (Courtesy)

1400

CONFIDENTIAL
AZSER12778525

BEST COPY AVAILABLE

# Cary J. Kohlenberg, M.D.

**RESEARCH
EXPERIENCE**

| | |
|---|---|
| **Principal Investigator, Investigational Drug Studies at Independent Psychiatric Consultants, SC, Waukesha, WI** | **Nov, 2002-present** |

**Principal Investigator, Investigational**      Aug, 2001–Dec.,
**2003**
**Drug Studies at Rogers Memorial Hospital – Milwaukee**
11101 West Lincoln Ave.
Milwaukee, WI 53227

**Sub-Investigator, Investigational Drug Studies**    May, 2000 – Dec., 2003
With J. Greist, M.D., J. Jefferson, M.D., H. Harsch, M.D.
Kambiz Pahlavan, M.D (primaries) at
Rogers Memorial Hospital – Milwaukee, WI

**Sub-Investigator, Investigational Drug Studies**    Jan. 1999 -Apr,
**2000**
With J. Greist, M.D. & J. Jefferson, M.D. (primaries) at
Rogers Memorial Hospital - Oconomowoc
Oconomowoc, Wisconsin

**Co-Investigator, Investigational Drug Studies**    1990 - 1993
With Gregory Winter, M.D. (primary) at
Sinai Samaritan Medical Center, Milwaukee, Wisconsin

## CLINICAL INVESTIGATIONAL STUDIES

Protocol # A6131007: Pfizer, Inc., A Randomized, Double-Blind, Placebo-Controlled Study of
Continuation Treatment with Xanax XR in the Treatment of Adolescents with a Primary Diagnosis of
Panic Disorder.  Principal Investigator: Cary J. Kohlenberg, M. D. (April 2004)

Protocol# A6131002: Pfizer, Inc., 6-Week, Multicenter, Randomized, Double-Blind, Placebo-
Controlled, Flexible Dose Study of Xanax XR (1-6mg/day) for the Acute Treatment of DSM-IV Panic
Disorder with or without Agoraphobia, in Adolescents Aged 13-17 Years Old.  Principal Investigator:
Cary J. Kohlenberg, M.D. (February 2004-Present)

Protocol# A6131004: Pfizer, Inc., Open –Label Study to Assess the Safety and Tolerability of Xanax
XR in the Treatment of Adolescents with Panic Disorder with Panic Attacks.
Principal Investigator: Cary J. Kohlenberg, M.D. (February 2004-Present)

CONFIDENTIAL
AZSER12778526

# Cary J. Kohlenberg, M.D.

Protocol # 1198.052: Boehringer Ingelheim Pharmaceuticals, Inc., "Phase II Double-Blind, Randomized, Dose-Ranging Placebo-Controlled, Multicenter, Safety and Efficacy Evaluation of Three Doses of NS 2330 in Patients with Mild to Moderate Dementia of the Alzheimer's Type." Principal Investigator: Cary J. Kohlenberg, M. D. (December 2003-Present)

Protocol SCA40917, An open-label study of tolerability, clinical response, and satisfaction in adult Bipolar I subjects optimizing initiation of therapy using administration of dermatological precautions and LAMICTAL Titration packs, Principal Investigator, Cary J. Kohlenberg, MD (October, 2003 – present)

Protocol S077US/0046, A Multicenter, double blind, randomized comparison of the efficacy and safety of Quetiapine Fumarate (Seroquel TM) and placebo in the treatment of agitation associated with dementia, Cary J. Kohlenberg, Principal Investigator (July, 2003 – present)

Protocol # N01086: A Multicenter, Randomized, Dose-Ranging Placebo-Controlled, Parallel Group Study to Assess the Efficacy and Safety of Levetiracetam Versus Placebo for the Treatment of Social Anxiety Disorder (Generalized Type) Principal Investigator: James W. Jefferson, M.D. (July 2003-December 2003)

Protocol #F1J-MC-HMBV. Duloxetine Versus Placebo in the Treatment of Elderly Patients with Major Depressive Disorder.  Principal Investigator: John H. Greist, MD (March, 2003 –December 2003)

Protocol CN138-050-082: Randomized, Double Blind, Dose Ranging Study of Intramuscular Aripiprazole in the Treatment of Acute Agitation in patients with a Diagnosis of Schizophrenia, Schizoaffective, or Schizophreniform Disorder. Principal Investigator, Kambiz Pahlavan, M.D. (October 2002 – February 2003)

Protocol A1281052-1009: A Phase III, Randomized, Placebo-Controlled, Double-Dummy Study Evaluating the safety and efficacy of Oral Ziprasidone vs. Haloperidol and Placebo in In-patients with an Acute Manic Episode. Principal Investigator, Kambiz Pahlavan, M.D. (October 2002 – May 2003)

Obsessive Compulsive Disorder sponsored by NIMH grant: St. John's Wort versus placebo in OCD. Principal Investigator, Cary J. Kohlenberg (September 2002 – December,2003)

Protocol AK13096: A 6 ½ Month, Multicenter, Randomized Double-blind, Placebo-Controlled Comparison of 300mg/day of Extended-release Bupropion Hydrochloride and Placebo for the Prevention of Seasonal Affective Disorder in Subjects with a History of Seasonal Affective Disorder. Principal Investigator, John H. Greist, M.D. (September 2002 – March 2003)

Protocol F1J-US-HMBZ Open-Label Treatment with Duloxetine Hydrochloride Once-Daily Dosing for Evaluation of Stabilization Dose in Patients with Major Depression.  Principal Investigator, John H. Greist, M.D.(July, 2002 – December,2003)

CONFIDENTIAL
AZSER12778527

BEST COPY AVAILABLE

# Cary J. Kohlenberg, M.D.

Page 5

Protocol BN 16430, a Phase II Placebo and Paroxetine Controlled Study of Efficacy and Safety of Ro 67-5930 in Major Depressive Disorder (MDD). Principal Investigator, John H. Greist,M.D. (May 2002 – December,2003)

Protocol DERA-5334-025: Deramciclane 30 mg and 60 mg once daily versus placebo in generalized anxiety disorder. A randomized double-blind placebo- and buspirone-controlled fixed-dose parallel-group multicenter study of 10 weeks (including a 2-week single-blind placebo period) Principal Investigator, Kambiz Pahlavan, M.D.(April 2002 – January 2003 )

Protocol DERA-5334-038: Deramciclane 60 mg (or 30 mg) once daily in the treatment of generalized anxiety disorder. An open multicenter safety study of 5 months, including a 1-month drug-free follow-up period. Follow-up to studies 3013023 and 3013025. Principal Investigator, Kambiz Pahlavan ,M.D. (April 2002 – January 2003 )

Protocol Number: A2721012, Pfizer Inc., " A Phase II, Twelve Week, Double Blind and Placebo Controlled Study to Evaluate the Safety and Efficacy of Two Doses of CP 448, 187 (1.5mg and 3.0mg) in Subjects with Obsessive Compulsive Disorder". Principal Investigator: Dr. John Greist M.D. (January 2002 – May 2003)

Protocol 5077US/0043, AstraZeneca., "A Multicenter, Double-Blind, Randomized Comparison of the Efficacy and Safety of Quetiapine Fumarate (Seroquel ™) and Risperidone (Risperdal ™) in the Treatment of Patients with Schizophrenia". Principal Investigator, Kambiz Pahlavan, M.D. (January 2002 – October 2002)

Protocol 066-00 Merck & Co. Inc.,"A Worldwide, Multicenter, Double-Blind, Parallel, Active-Controlled Acute, Long Term Safety Study of MK-0869 in the Treatment of Patients With Major Depressive Disorder." Principal Investigator: John H. Greist, M.D. (November 2001-December,2003)

Protocol 059-00, Merck & Co., Inc., "A Double-Blind, Multicenter, Placebo- and Active-Controlled Acute and Extension Study of MK-0869 in the Treatment of Patients with Major Depressive Disorder with Melancholic Features." Principal Investigator, James Jefferson, M.D. (October 2001 - December,2003)

Protocol CD 00500, Celltech Pharmaceuticals, Inc., "METADATE® CD (Methylphenidate HCI, USP) Extended-Release Capsules (CII) in the Management of ADHD a Multi-Center Open Label, Post-Marketing Clinical Experience Study". Principal Investigator: Kambiz Pahlavan, M.D. (September 2001 - February 2002)

Protocol 0600B-100735, Wyeth-Ayerst Inc., "A Double-Blind, Randomized, Placebo-Controlled 3-Month Clinical Trial of Venlafaxine ER and Sertraline in the Treatment of Posttraumatic Stress Disorder. Principal Investigator, John H. Greist, M.D. (August 2001  - October 2002)

CONFIDENTIAL
AZSER12778528

# Cary J. Kohlenberg, M.D.

Page 6

Protocol SCT-MD-06, Forest Laboratories, "Flexible Dose Comparison of the Safety and Efficacy of Escitalopram and Placebo in the Treatment of Generalized Anxiety Disorder". Principal Investigator, James Jefferson, M.D. (June 2001 - February 2002)

Protocol SCT-MD-17, Forest Laboratories, "An Open-Label Extension Study of the Safety and Efficacy of Lu 26-054 in Patients with Generalized Anxiety Disorder". Principal Investigator, James Jefferson, M.D. (June 2001 - June 2002)

Protocol 134-006(06), Organon, Inc., "A Double-Blind, Multicenter, Randomized, Placebo-Controlled, Parallel Group Study of Efficacy and Safety of ORG 33062 ER and Paroxetine in Subjects who Suffer from Major Depressive Disorder with Atypical Features." Principal Investigator, John H. Greist, M.D. (November 2000 –December,2003)

Protocol 134-503(06), Organon, Inc., "A Double-Blind Multi-Center Extension Trial in Subjects who Suffer from Major Depressive Disorder with Atypical Features who Participated in the Placebo- and Paroxetine- Controlled Study of ORG 33062 ER (Protocol 134-006)." Principal Investigator, John H. Greist, M.D. (November 2000 - December,2003)

Protocol 003048. Organon, Inc. "A Multi-Center, Randomized, Double-Blind, Fluoxetine and Placebo-Controlled Study of the Efficacy and Safety of Remeron SolTab (mitrazapine) Orally Disintegrating Tablets in Subjects with Major Depressive Disorder." Principal Investigator, John H. Greist, M.D. (October 2000 - December 2001)

Protocol RIS-USA-239, Janssen Research Foundation "The Efficacy and Safety of Single Dose Ranges of Risperidone versus Placebo in the Treatment of Manic Episodes Associated with Bipolar I Disorder." Principal Investigator, Kambiz Pahlavan, M.D. (October 2000 - July 2002)

Protocol RIS-INT-81, Janssen Research Foundation. "A 9-Week, Open-Label, Multi-Center, Safety Trial of Flexible Dose Ranges of Risperdone in the Treatment of Manic Episodes Associated with Bipolar 1 Disorder." Principal Investigator, Kambiz Pahlavan, M.D. (October 2000 - July 2002)

Protocol CNKP608-0109, Novartis Pharmaceutical Corporation, "A Double-Blind, Randomized, Parallel-Group, Active and Placebo - Controlled Study to Evaluate Safety and Efficacy of NKP608 in Patients with Social Phobia Principal Investigator, John H. Greist, M.D. (September 2000 - September 2001)

Protocol FIJ-MC-HMAT/17, Eli Lilly and Company, "Duloxetine versus Placebo and ParProtocol B99.CT3.005.BUS P02, Biovail Laboratories, Inc., "A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Fixed-Dose Study of the Efficacy, Safety, and Tolerability of 60 mg

CONFIDENTIAL
AZSER12778529

BEST COPY AVAILABLE

# Cary J. Kohlenberg, M.D.

Buspirone Hydrochloride Extended Release Compared to Placebo in Patients with Generalized Anxiety Disorder". Principal Investigator, John H. Greist, M.D. (May 2000 - January 2001)

Protocol B99.CTOL.008.BUS P02-514, Biovail Laboratories, Inc., "An Open-Label Study of the Safety, Tolerability, and Efficacy of Up to 90 mg Buspirone Hydrochloride Extended Release in Patients with Generalized Anxiety Disorder. Principal Investigator, John H. Greist, M.D. (May 2000 - February 2002)

Protocol A2721002, Pfizer, Inc., "A Six-Week, Double Blind, Placebo-Controlled Multicenter Study to Evaluate the Safety and Efficacy of 3 Doses of CP-448, 187 (0.5, 3, and 10 mg) and Fluoxetine in Subjects with Major Depressive Disorder", Principal Investigator, John H. Greist, M.D. (April 2000 - December 2000)

Protocol CIT-MD-23, Forest Laboratories, "A Double-Blind Comparison of Citalopram and Paroxetine in the Treatment of Patients with Anxiety and Depression'. Principal Investigator, James Jefferson, M.D. (October 1999 - June 2000).

Protocol 1008-082, Pfizer, Inc., "A Sustained Efficacy Study of Pregabalin in Patients with Social Phobia". Principal Investigator, John H. Greist, M.D. (September 1999 - March 2001)

Protocol 1008-084, Pfizer, Inc., "Open-Label Safety Study of Pregabalin (CI-1008) in Patients With Anxiety Disorders', Principal Investigator, John H. Greist, M.D. (September 1999 - June 2001)

Protocol S1143104, Solvay Pharmaceuticals, Inc., "A Multicenter, Open-Label Extension Study of the Safety of a Flexible Dose Regimen of Fluvoxamine CR in Outpatients with Obsessive Compulsive Disorder'. Principal Investigator, John H. Greist, M.D. (May 1999 - January 2001)

Protocol S1143107, Solvay Pharmaceuticals, Inc., "A Twelve-Week, Randomized, Double-Blind, Placebo-Controlled, Flexible Dose Study of Fluvoxamine CR in the Treatment of Generalized Social Anxiety Disorder'. Principal Investigator, John H. Greist, M.D. (May 1999 - February 2000)

Protocol CIT-MD-22, Forest Laboratories, "Celexa Open-Label Treatment of Depression". Principal Investigator, James Jefferson, M.D. (April 1999 - December 1999)

Protocol S1143103. Solvay Pharmaceuticals, Inc., "A Multicenter, Double-Blind, Randomized, Parallel Group Study of the Efficacy and Safety of a Flexible Dose Regimen of Fluvoxamine CR Versus Placebo in Outpatients with Obsessive Compulsive Disorder". Principal Investigator, John H. Greist, M.D. (January 1999 - July 2000)

Protocol R0601, Pfizer, Inc., "A Multi-Center, Randomized, Double-Blind, Placebo-Controlled Trial of Sertraline for Acute Treatment of DSM-IV Generalized Social Phobia in Outpatients'. Principal Investigator, John H. Greist, M.D. (January 1999 -August 2001)

CONFIDENTIAL
AZSER12778530

BEST COPY AVAILABLE

## Cary J. Kohlenberg, M.D.

Page 8

**PROFESSIONAL
ACTIVITIES**

Wisconsin Psychiatric Association
American Psychiatric Association
State Medical Society
Waukesha County Medical Society

**LICENSURES/BOARD
CERTIFICATION**

Licensed, State of Wisconsin                          July, 1990
Medical Examining Board
    (No. 31341)
Diplomate, National Board of Medical Examiners        July, 1990
    (No. 374286)
Diplomate, American Board of Psychiatry and           Oct., 1995
Neurology
    (No. 41753)
Added Qualifications in Geriatric Psychiatry          Nov., 1996
American Board of Psychiatry and Neurology
    (No. 2003)

**SPEAKER'S BUREAU**

Current:        Eli Lilly and Company

        Pfizer, Inc.

        Janssen Pharmaceuticals

        Forest Laboratories

        Novartis Pharmaceutical Corporation

CONFIDENTIAL
AZSER12778531

| Study Code | D1447C00127 |
|---|---|
| Country | Canada |
| Centre No. | 96 |

# Curriculum Vitae

This form should be completed in English and must be typed.  It must be dated and signed by the person it concerns.

| | |
|---|---|
| **First and family name** | Martin Alda, MD, FRCPC |
| **Present position** | Professor |
| **Address**<br>(Full office address incl. postal/zip code) | Department of Psychiatry, Dalhousie University,<br>A.J.Lane Bldg. Room 4031, 5909 Veteran's Memorial Lane,<br>Halifax, N.S. B3H 2E2 |

**Medical education**

| | |
|---|---|
| Name of school | Charles University |
| City, Country | Prague, Czechoslovakia |
| Duration of education | 6 years |
| Degree attained | M.D. |
| Education completed in year | 1982 |

| | |
|---|---|
| **Physician's reference/license number (if applicable)** | General License, College of Physicians & Surgeons of Nova Scotia, #12049 |

**Postgraduate training**

| | |
|---|---|
| Type of training | Psychiatric residency |
| Name of institution | Charles University |
| City, Country | Prague, Czechoslovakia |
| Duration of training | 4 years |
| Degree attained | |
| Training completed in year | 1986 |

| | |
|---|---|
| Type of training | Psychiatric residency |
| Name of institution | University of Ottawa |
| City, Country | Ottawa, Canada |
| Duration of training | 3 years |
| Degree attained | |
| Training completed in year | 1992 |

RECEIVED
OCT 1 4 2003

CONFIDENTIAL
AZSER12778532

Curriculum Vitae
Study Code D1447C00127

| | |
|---|---|
| Type of training | Research Fellowship, Department of Psychiatry |
| Name of institution | University of Ottawa |
| City, Country | Ottawa, Canada |
| Duration of training | 6 months |
| Degree attained | |
| Training completed in year | 1993 |

| | |
|---|---|
| **Publications**<br>(number of written publications in<br>relevant area(s) of research) | 184 |
| | Refereed Papers: 69 |
| | Book Chapters: 9 |
| | Abstracts: 73 |
| | Invited Presentations: 33 |
| **Experience of clinical research**<br>(number of clinical studies sponsored<br>by the pharmaceutical industry to<br>which the individual has contributed) | 6 |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in Canada.

Signature _____    Date of signature  9 October 2003

2(2)
1408

CONFIDENTIAL
AZSER12778533

*Feb/04*

*PI*

*CS*
*18 feb 04*

| Study Code | D1447C00127 |
|---|---|
| Country | Canada |
| Centre No. | 99  97 |

# Curriculum Vitae

This form should be completed in English and must be typed.  It must be dated and signed by
the person it concerns.

| | |
|---|---|
| **First and family name** | Dr Philippe Baruch |
| **Present position** | Psychiatrist |
| **Address**<br>(Full office address incl. postal/zip code) | Centre Hospitalier Robert-Giffard, Pavillon Roy-Rousseau<br>2601 de la Canardière, Beauport, Québec, G1J 2G3 |

**Medical education**

| | |
|---|---|
| Name of school | Université ParisV |
| City, Country | Paris, France |
| Duration of education | 5 year(s),  month(s) |
| Degree attained | MD |
| Education completed in year | 1986 |

**Physician's reference/license
number (if applicable)**       90011-7

**Postgraduate training**

| | |
|---|---|
| Type of training | Residency in psychiatry |
| Name of institution | Université ParisVI |
| City, Country | Paris, France |
| Duration of training | 3 year(s),  month(s) |
| Degree attained | Psychiatrist |
| Training completed in year | 1989 |

| | |
|---|---|
| Type of training | <<>> |
| Name of institution | <<>> |
| City, Country | <<>> |
| Duration of training | <<>> year(s), <<>> month(s) |
| Degree attained | <<>> |
| Training completed in year | <<>> |

MON-4A-18, eff.: 25 JULY 2002

1409

CONFIDENTIAL
AZSER12778534

Curriculum Vitae
Study Code D1447C00127

| Type of training | <<>> |
|---|---|
| Name of institution | <<>> |
| City, Country | <<>> |
| Duration of training | <<>> year(s), <<>> month(s) |
| Degree attained | <<>> |
| Training completed in year | <<>> |

**Publications**                                              32
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**          12
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in Canada.

**Signature**                                                                **Date of signature**    9/12/03

CONFIDENTIAL
AZSER12778535

*(handwritten)* 18 Nov 04

| Study Code | D1447C00127 |
|---|---|
| Country | Canada |
| Centre No. | 98 |

# Curriculum Vitae

This form should be completed in English and must be typed.  It must be dated and signed by the person it concerns.

**First and family name**  SERGE BEAULIEU M.D. PhD.,F.R.C.P.,B.C.

**Present position**  Associate Professor, Department of Psychiatry

Director, Affective Disorders Clinic,

Director, Academic Affairs

Douglas Hospital  and Research Centre

McGill University, Montreal, Quebec, Canada

**Address**
(Full office address incl. postal/zip code)
Douglas Hospital and Research Center

Dobell Pavilion, 6875 Lasalle Blvd.

Verdun, Quebec, Canada, H4H1R3

**Medical education**
| | |
|---|---|
| Name of school | Laval University |
| City, Country | Quebec |
| Duration of education | 1982-1988 |
| Degree attained | M.D. |
| Education completed in year | 1988 |

**Physician's reference/license number (if applicable)**  1931948

**Postgraduate training**

Type of training  Specialty: Psychiatry

| | |
|---|---|
| Name of school | McGill University |
| City, Country | Montreal Canada |
| Duration of training | 1988-1993 |
| Degree attained | Postgraduate Medical training |
| Training completed in year | 1993 |

*(signature)* Serge Beaulieu
2004 /3/9

RECEIVED
MAR 1 2 2004

MON-4A-18, eff.: 25 JULY 2002

1411

CONFIDENTIAL
AZSER12778536

Curriculum Vitae
Study Code D1447C00127

| | |
|---|---|
| Type of training | Ph.D. in Physiology |
| Name of institution | Laval University |
| City, Country | Quebec, Canada |
| Duration of training | 4 years |
| Degree attained | Ph.D |
| Training completed in year | 1992 |

| | |
|---|---|
| Type of training | Biochemistry and Neurobiology |
| Name of institution | Laval University |
| City, Country | Quebec |
| Duration of training | 5 years |
| Degree attained | B.Sc.  Biochemistry and M. Sc. Neurobiology |
| Training completed in year | 1982 |

**Publications**
(number of written publications in
relevant area(s) of research)                36 publications

**Experience of clinical research**          1993/10 – 97/09    Guest Resercher, National Institute of Mental Health,
(number of clinical studies sponsored   Biological Psychiatry Branch, Bethesda, Maryland, USA.
by the pharmaceutical industry to
which the individual has contributed)   Number  of pharmaceutical studies:      4

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in Canada.

Signature _____        Date of signature _____

CONFIDENTIAL
AZSER12778537

*P4*
*Oct 25/03*

| Study Code | D1447C00127 |
|---|---|
| Country | Canada |
| Centre No. | 99 |

## Curriculum Vitae

This form should be completed in English and must be typed.  It must be dated and signed by the person it concerns.

| | |
|---|---|
| **First and family name** | Pablo Cervantes |
| **Present position** | Director, Mood Disorders Unit, Dept. of Psychiatry, Montreal General Hospital |
| | Senior Psychiatrist, Dept. of Psychiatry, Montreal General Hospital |
| | Assistant Professor of Psychiatry, McGill University |
| | Lecturer, Faculty of Medecine, McGill University |
| **Address**<br>(Full office address incl. postal/zip code) | Montreal General Hospital |
| | Department of Psychiatry, B6-117 |
| | 1650 Cedar Ave. |
| | Montreal, Quebec |
| | H3G 1A4 |

**Medical education**
| | |
|---|---|
| Name of school | Univesity of Mexico |
| City, Country | Mexico |
| Duration of education | 8 years |
| Degree attained | M.D. |
| Education completed in year | 1972 |

| | |
|---|---|
| **Physician's reference/license number (if applicable)** | 81-487-0 |

**Postgraduate training**
| | |
|---|---|
| Type of training | Psychiatry Residency |
| Name of institution | McGill University |
| City, Country | Montreal, Quebec |
| Duration of training | 4 years |
| Degree attained | Diploma in Psychiatry |
| Training completed in year | 1978 |

| | |
|---|---|
| Type of training | <<>> |
| Name of institution | <<>> |
| City, Country | <<>> |

MON-4A-18, eff.: 25 JULY 2002

CONFIDENTIAL
AZSER12778538

Curriculum Vitae
Study Code D1447C00127

| | |
|---|---|
| Duration of training | <<>> year(s), <<>> month(s) |
| Degree attained | <<>> |
| Training completed in year | <<>> |
| | |
| Type of training | <<>> |
| Name of institution | <<>> |
| City, Country | <<>> |
| Duration of training | <<>> year(s), <<>> month(s) |
| Degree attained | <<>> |
| Training completed in year | <<>> |

**Publications**
(number of written publications in
relevant area(s) of research)                    13

**Experience of clinical research**
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

Double blind, parallel, multi-centre study of the efficacy and safety of Sertraline versus Imipramine in the treatment of outpatients with Major Depression.

An open trial to document the safety and efficacy of Risperidone as add-on therapy to mood stabilizers in the treatment of the manic phase of bipolar disorder.

An eight-week, multi-centre, double blind, double-dummy, randomised, parallel group study comparing the effects of 20 mg of Paroxetine to 150 mg of Wellbutrin SR in patients with Major Depressive Disorder

An open trial to document the safety and optimal dosing of Topiramate as add on therapy to mood stabilizers in the treatment of subjects with Bipolar I or II disorder with unstable mood.

A parallel group, multi-centre flexible dose study with a double-blind, randomised, placebo-controlled phase and an open-label phase to evaluate the efficacy and safety of Viagra (sildenafil citrate) in males with serotonergic anti-depressant associated erectile dysfunction.

A randomised double blind multi-center parallel group three month study to compare the tolerability and efficacy of flexible dose vardenafil versus placebo in men with depression and erectile dysfunction.

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in Canada.

Signature _____   Date of signature _Oct. 15 2003_

CONFIDENTIAL
AZSER12778539

CS
13/04/04

| Study Code | D14417C00127 |
| Country | Canada |
| Centre No. | ~~87~~  100 |

# Curriculum Vitae

This form should be completed in English and must be typed.  It must be dated and signed by the person it concerns.

| | |
|---|---|
| **First and family name** | Dr. Pratap Chokka |
| **Present position** | Principal Investigator |
| **Address**<br>(Full office address incl. postal/zip code) | Grey Nuns Community Hospital<br>1100 Youville Dr. W.  Rm. 1801<br>Edmonton, AB T6L 5X8 |
| **Medical education** | |
|     Name of school | University of Alberta |
|     City, Country | Edmonton Canada |
|     Duration of education | 1984 (BSc. Hon) – 1990 (M.D.) – 1995 (F.R.C.P. (C)) |
|     Degree attained | M.D. |
|     Education completed in year | 1995 |
| **Physician's reference/license number (if applicable)** | REG NO: 010754 |
| **Postgraduate training** | |
|     Type of training | Fellowship of the Royal College of Physicians and Surgeons |
|     Name of institution | University of Alberta |
|     City, Country | Edmonton Canada |
|     Duration of training | 1990-1995 |
|     Degree attained | F.R.C.P. (C) |
|     Training completed in year | 1995 |
| **Publications**<br>(number of written publications in relevant area(s) of research) | 10 |
| **Experience of clinical research**<br>(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | 19 |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in Canada.

| Signature | _P Chokka_ | Date of signature | _March. 18/04_ |
|---|---|---|---|

RECEIVED
APR 0 7 2004

MON-4A-18, eff.: 25 JULY 2002

1415

CONFIDENTIAL
AZSER12778540

NL

| Study Code | D1447C00127 |
|---|---|
| Country | Canada |
| Centre No. | 017 |

# Curriculum Vitae

This form should be completed in English and must be typed. It must be dated and signed by the person it concerns.

| | |
|---|---|
| **First and family name** | CONNOLLY, MARY |
| **Present position** | DIRECTOR, AFFECTIVE DISORDERS |
| **Address** (Full office address incl. postal/zip code) | ERIC MARTIN PAVILION<br>2334 TRENT STREET, VICTORIA, B.C., V84 4Z3 |

**Medical education**

| | |
|---|---|
| Name of school | National University of Ireland, University College |
| City, Country | Galway, Ireland |
| Duration of education | 6 year(s), 0 month(s) |
| Degree attained | M.B.B.Ch.      B.A.O. |
| Education completed in year | 1973 |

| | |
|---|---|
| **Physician's reference/license number (if applicable)** | 17965 |

**Postgraduate training**

| | |
|---|---|
| Type of training | Psychiatry |
| Name of institution | University of Manchester |
| City, Country | Manchester, England |
| Duration of training | 1 year(s), 0 month(s) |
| Degree attained | Diploma in Psychological Medicine   D.P.M. |
| Training completed in year | 1976 |

| | |
|---|---|
| Type of training | Psychiatry |
| Name of institution | Calgary General Hospital |
| City, Country | Calgary, Canada |
| Duration of training | 4 year(s),0 month(s) |
| Degree attained | L.M.C.C. |
| Training completed in year | 1984 |

MON-4A-18, eff.: 25 JULY 2002

CONFIDENTIAL
AZSER12778541

Curriculum Vitae
Study Code D1447C00127

| Type of training | Psychiatry |
| Name of institution | Calgary General Hospital |
| City, Country | Calgary, Canada |
| Duration of training | 4 year(s), 0 month(s) |
| Degree attained | Fellowship F.R.C.P.C. |
| Training completed in year | 1984 |

**Publications**                                          2
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**              11
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in Canada.

**Signature** _[signature]_        **Date of signature** _2. Feb 05_

2(2)

1417

CONFIDENTIAL
AZSER12778542

*LS 6/5/04*

| Study Code | D1447C00127 |
|---|---|
| Country | Canada |
| Centre No. | 102 |

# Curriculum Vitae

This form should be completed in English and must be typed. It must be dated and signed by the person it concerns.

| | |
|---|---|
| **First and family name** | Andree Daigneault |
| **Present position** | Investigator |
| **Address** (Full office address incl. postal/zip code) | 1575, West Henri-Bourassa, suite 505 |
| | Montreal, Prov. Que, Canada   H3M 3A9 |

**Medical education**

| | |
|---|---|
| Name of school | University of Sherbrooke |
| City, Country | Sherbrooke (Quebec) Canada |
| Duration of education | 4 years |
| Degree attained | M.D. |
| Education completed in year | 1982 |

| | |
|---|---|
| **Physician's reference/license number (if applicable)** | 184002-4 |

**Postgraduate training**

| | |
|---|---|
| Type of training | Residency in Psychiatry |
| Name of institution | University of Montreal |
| City, Country | Montreal (Quebec) Canada |
| Duration of training | 4 years, 4 months |
| Degree attained | FRCP |
| Training completed in year | 1988 |

| | |
|---|---|
| Type of training | Brief Dynamic Psychotherapy |
| Name of institution | Centre Hospitalier Universitaire de Lausanne |
| City, Country | Lausanne, Switzerland |
| Duration of training | 1 year, 4 months |
| Degree attained | Certificat |
| Training completed in year | 1986 |

| | |
|---|---|
| Type of training | <<>> |
| Name of institution | <<>> |
| City, Country | <<>> |
| Duration of training | <<>> year(s), <<>> month(s) |
| Degree attained | <<>> |
| Training completed in year | <<>> |

1418

CONFIDENTIAL
AZSER12778543

**Publications**                                    7
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**                10
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in Canada.

**Signature** _André Daigle_          **Date of signature** _29/april/2004_ .

CONFIDENTIAL
AZSER12778544

*RR Jan/04*

| Study Code | D1447C00127 |
|---|---|
| Country | Canada |
| Centre No. | 103 |

# Curriculum Vitae

This form should be completed in English and must be typed.  It must be dated and signed by
the person it concerns.

**First and family name**   Kevin D. Kjernisted, M.D.

**Present position**   Psychiatrist, St. Boniface General Hospital

Medical Director, Anxiety Disorders Clinic, St. Boniface General Hospital

Director of Research, Department of Psychiatry, St. Boniface General Hospital

Associate Professor, Faculty of Medicine, University of Manitoba

**Address**
(Full office address incl. postal/zip code)

St. Boniface General Hospital

Department of Psychiatry

M5 – 409 Tache Avenue

Winnipeg, MB  R2H 2A6

**Medical education**
    Name of school                 University of Manitoba
    City, Country                      Winnipeg, Manitoba, Canada
    Duration of education          6 year(s), <<>> month(s)
    Degree attained                 Doctor of Medicine
    Education completed in year   1983

**Physician's reference/license**   12-590
**number (if applicable)**

**Postgraduate training**
    Type of training                Medical Specialty in Psychiatry
    Name of institution             University of Manitoba
    City, Country                      Winnipeg, Manitoba, Canada
    Duration of training           5  year(s), <<>> month(s)
    Degree attained                 Psychiatrist
    Training completed in year    1993

    Type of training                <<>>
    Name of institution             <<>>
    City, Country                      <<>>
    Duration of training           <<>> year(s), <<>> month(s)
    Degree attained                 <<>>
    Training completed in year    <<>>

MON-4A-18, eff.: 25 JULY 2002

1420

CONFIDENTIAL
AZSER12778545

Curriculum Vitae
Study Code D1447C00127

| | |
|---|---|
| Type of training | <<>> |
| Name of institution | <<>> |
| City, Country | <<>> |
| Duration of training | <<>> year(s), <<>> month(s) |
| Degree attained | <<>> |
| Training completed in year | <<>> |

**Publications**                 21
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**    26
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in Canada.

Signature _____        Date of signature   *Jan 26/04*

2(2)
1421

CONFIDENTIAL
AZSER12778546

*P 1*

*11*
*22 Apr 2004*

| | |
|---|---|
| Study Code | D1447C00127 |
| Country | Canada |
| Centre No. | 104 |

## Curriculum Vitae

This form should be completed in English and must be typed.  It must be dated and signed by the person it concerns.

**First and family name**        Mark Lander

**Present position**        Associate Professor

**Address**        PZ202-771 Bannatyne Ave. PsycHealth Centre. Health Sciences Centre
(Full office address incl. postal/zip code)

Winnipeg, Manitoba R3E 3N4

**Medical education**
    Name of school        University of Manitoba
    City, Country        Manitoba, Canada
    Duration of education        11 year(s)
    Degree attained        B.Sc  M.D.
    Education completed in year        1979

**Physician's reference/license number (if applicable)**        11-673

**Postgraduate training**
    Type of training        Resident in Psychiatry
    Name of institution        Health Sciences Centre, University of Manitoba
    City, Country        Winnipeg, Manitoba
    Duration of training        4 year(s)
    Degree attained        residency
    Training completed in year        1984

    Type of training        <<>>
    Name of institution        <<>>
    City, Country        <<>>
    Duration of training        <<>> year(s), <<>> month(s)
    Degree attained        <<>>
    Training completed in year        <<>>

CONFIDENTIAL
AZSER12778547

Curriculum Vitae
Study Code D1447C00127

| | |
|---|---|
| Type of training | <<>> |
| Name of institution | <<>> |
| City, Country | <<>> |
| Duration of training | <<>> year(s), <<>> month(s) |
| Degree attained | <<>> |
| Training completed in year | <<>> |

**Publications**                                    5
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**          11
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in Canada.

**Signature** _Dr. M. Lander_          **Date of signature** _April 1/04_

2(2)
1423

CONFIDENTIAL
AZSER12778548

PI
IS
16/04/04

| Study Code | D1447C00127 |
|---|---|
| Country | Canada |
| Centre No. | 105 |

## Curriculum Vitae

This form should be completed in English and must be typed. It must be dated and signed by the person it concerns.

**First and family name**      Sunny Johnson

**Present position**      Consultant Psychiatrist, Credit Valley Hospital, Mississauga

Director of Research, Schizophrenia Program,

Credit Valley Hospital

2200 Eglinton Ave W. Miss., Ont. L5M 2N1

**Address**      2000 Credit Valley Road, Suite 513 Miss., Ont. L5M 4N4
(Full office address incl. postal/zip code)

**Medical education**
    Name of school      University of Padova,
    City, Country      Padova, Italy
    Duration of education      7 years

    Degree attained      MD
    Education completed in year      1984

**Physician's reference/license**      73057
**number (if applicable)**

**Postgraduate training**
    Type of training      Residency in Psychiatry
    Name of institution      Memorial University
    City, Country      St. John's NFLD, Canada
    Duration of training      4 years
    Degree attained      FRCPC
    Training completed in year      1992

    Type of training
    Name of institution
    City, Country
    Duration of training
    Degree attained
    Training completed in year

MON-4A-18, eff.: 25 JULY 2002

1424

CONFIDENTIAL
AZSER12778549

Curriculum Vitae
`Study Code D1447C00127

| | |
|---|---|
| Type of training | |
| Name of institution | |
| City, Country | |
| Duration of training | year(s), month(s) |
| Degree attained | |
| Training completed in year | |

**Publications**          5
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**          12
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in Canada.

**Signature** _____          **Date of signature** _____14/04/04_____

2(2)

1425

CONFIDENTIAL
AZSER12778550

*Feb/04 RR.*

| | |
|---|---|
| Study Code | D1447C00127 |
| Country | **Canada** |
| Centre No. | 106 |

## Curriculum Vitae

This form should be completed in English and must be typed.  It must be dated and signed by
the person it concerns.

| | |
|---|---|
| **First and family name** | Glenda MacQueen |
| **Present position** | Associate Professor, McMaster University |
| | Co-Director, Mood Disorder Program, St. Joseph Healthcare |
| **Address**<br>(Full office address incl. postal/zip code) | 100 West 5th Street<br>Hamilton, ON  L8N 3K7 |

**Medical education**

| | |
|---|---|
| Name of school | McMaster University |
| City, Country | Hamilton, Ontario, Canada |
| Duration of education | 3 year(s), |
| Degree attained | MD |
| Education completed in year | 1992 |

| | |
|---|---|
| **Physician's reference/license<br>number (if applicable)** | 65175 |

**Postgraduate training**

| | |
|---|---|
| Type of training | Ph.D. |
| Name of institution | McMaster University |
| City, Country | Hamilton, Ontario, Canada |
| Duration of training | year(s), <<>> month(s) |
| Degree attained | Doctorate |
| Training completed in year | 1989 |

| | |
|---|---|
| Type of training | <<>> |
| Name of institution | <<>> |
| City, Country | <<>> |
| Duration of training | <<>> year(s), <<>> month(s) |
| Degree attained | <<>> |
| Training completed in year | <<>> |

MON-4A-18  eff.  25 JULY 2002

CONFIDENTIAL
AZSER12778551

Curriculum Vitae
Study Code D1447C00127

| | |
|---|---|
| Type of training | <<>> |
| Name of institution | <<>> |
| City, Country | <<>> |
| Duration of training | <<>> year(s), <<>> month(s) |
| Degree attained | <<>> |
| Training completed in year | <<>> |

**Publications**                                               47
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**          9
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in Canada.

Signature    _Glenda Mac Queen_         Date of signature    _Nov 6·05_

2(2)
1427

CONFIDENTIAL
AZSER12778552

*feb/04 RR*

| Study Code | D1447C00127 |
|---|---|
| Country | Canada |
| Centre No. | 107 |

# Curriculum Vitae

This form should be completed in English and must be typed.  It must be dated and signed by
the person it concerns.

| | |
|---|---|
| **First and family name** | ARSHAD MAJEED |
| **Present position** | DIRECTOR CME LAKERIDGE MENTAL HEALTH |
| **Address**<br>(Full office address incl. postal/zip code) | LAKERIDGE HEALTH CORP<br>1 HOSPITAL COURT, OSHAWA, ON CANADA   L1G 2B9 |

**Medical education**

| | |
|---|---|
| Name of school | KING EDWARD MEDICAL COLLEGE |
| City, Country | LAHORE, PAKISTAN |
| Duration of education | 5  year(s) |
| Degree attained | M.B., B.S. |
| Education completed in year | 1959 |

| | |
|---|---|
| **Physician's reference/license<br>number (if applicable)** | 110965 |

**Postgraduate training**

| | |
|---|---|
| Type of training | PSYCHIATRY RESIDENCY TRAINING |
| Name of institution | MONTREAL GENERAL HOSPITAL   -<br>                    - MASSACHUSETTS GENERAL HOSPITAL |
| City, Country | MONTREAL, CANADA  - BOSTON, U.S.A. |
| Duration of training | 5  year(s) |
| Degree attained | D. PSYCH (MCGILL UNIV) |
| Training completed in year | 1965 |

| | |
|---|---|
| Type of training | CLINICAL ASSOCIATE |
| Name of institution | MCMASTER UNIVERSITY |
| City, Country | HAMILTON, ON   CANADA |
| Duration of training | 2  year(s) |
| Degree attained | F.R.C.P.(C) |
| Training completed in year | 1969 |

MON-4A-18, eff.: 25 JULY 2002

CONFIDENTIAL
AZSER12778553

Curriculum Vitae
Study Code D1447C00127

| Type of training | <<>> |
| Name of institution | <<>> |
| City, Country | U.S.A. |
| Duration of training | 5 year(s) |
| Degree attained | DIPLOMATE BOARDS IN PSYCHIATRY & NEUROLOGY |
| Training completed in year | <<>> |

**Publications**          NONE
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**          5
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in Canada.

Signature _____          Date of signature _Nov 18/3_____

2(2)

1429

CONFIDENTIAL
AZSER12778554

| Study Code | D1447C00127 |
|---|---|
| Country | Canada |
| Centre No. | 108 |

# Curriculum Vitae

| **First and family name** | Dr. Roger S. McIntyre |
|---|---|
| **Present position** | Head, Mood Disorders Psychopharmacology Unit |
| | University Health Network – Toronto Western Hospital |
| | Assistant Professor of Psychiatry – University of Toronto |
| **Address** | University Health Network – Toronto Western Hospital |
| | 399 Bathurst Street, ECW-3D-003, |
| | Toronto, Ontario M5T 2S8 |

**Medical education**
| Name of school | Dalhousie University |
|---|---|
| City, Country | Canada |
| Duration of education | 1987 – 1993 |
| Degree attained | Medical Doctorate Degree (B.Sc.) |
| Education completed in year | 1993 |

**Physician's reference/license number (if applicable)**     MD, FRCPC

66837

**Postgraduate training**
| Type of training | Resident in Psychiatry |
|---|---|
| Name of institution | University of Toronto |
| City, Country | Toronto, Canada |
| Duration of training | 1993-1998 |
| Degree attained | FRCPC |
| Training completed in year | 1998 |

| Type of training | Fellowship in Mood Disorder Pharmacology |
|---|---|
| Name of institution | University of Toronto – CAMH – Clarke Division |
| City, Country | Toronto, Canada |
| Duration of training | 1998-2000 |
| Degree attained | Fellow |
| Training completed in year | 2000 |

RECEIVED
NOV 1 3 2003

CONFIDENTIAL
AZSER12778555

Curriculum Vitae
Study Code D1447C00127

| | |
|---|---|
| Type of training | Assistant Professor of Psychiatry |
| Name of institution | University of Toronto |
| City, Country | Toronto, Canada |
| Duration of training | 2 years |
| Degree attained | 2000 |
| Training completed in year | 2000 (July) |

**Publications**
(number of written publications in
relevant area(s) of research)

43

**Experience of clinical research**
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

Received peer reviewed and industry support in excess of $5,000,000 in the
past 10 years.

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in Canada.

**Signature** _____    **Date of signature** _____

2(2)

1431

CONFIDENTIAL
AZSER12778556

*kk jan/09*        *PI*

| | |
|---|---|
| Study Code | D1447C00127 |
| Country | Canada |
| Centre No. | 109 |

## Curriculum Vitae

This form should be completed in English and must be typed.  It must be dated and signed by the person it concerns.

| | |
|---|---|
| **First and family name** | Dr. Roumen Milev |
| **Present position** | Clinical Program Director, Adult Treatment and Rehabilitation Program |
| | Deputy Head, Department of Psychiatry, PCCC, Mental Health Services |
| | Clinical Director, Mood Disorder Services |
| **Address**<br>(Full office address incl. postal/zip code) | Providence Continuing Care Centre, Mental Health Services |
| | 752 King Street West |
| | Kingston, Ontario |
| | K7L 4X3 |

**Medical education**

| | |
|---|---|
| Name of school | School of Medicine, Medical Academy |
| City, Country | Sofia, Bulgaria |
| Duration of education | <<>> year(s), <<>> month(s) |
| Degree attained | MD, PhD |
| Education completed in year | 1983 |

| | |
|---|---|
| **Physician's reference/license number (if applicable)** | 76840 |

**Postgraduate training**

| | |
|---|---|
| Type of training | Specialty in Psychiatry |
| Name of institution | Department of Health |
| City, Country | Sofia, Bulgaria |
| Duration of training | <<>> year(s), <<>> month(s) |
| Degree attained | <<>> |
| Training completed in year | 1989 |

| | |
|---|---|
| Type of training | Specialty in Psychiatry |
| Name of institution | University of Leeds |
| City, Country | Leeds, UK |
| Duration of training | <<>> year(s), <<>> month(s) |
| Degree attained | MRCPsych (Royal College of Psychiatrists), London, UK |
| Training completed in year | 1995 |

MON-4A-18, eff.: 25 JULY 2002

1432

CONFIDENTIAL
AZSER12778557

Curriculum Vitae
Study Code D1447C00127

| | |
|---|---|
| Type of training | Specialty in Psychiatry |
| Name of institution | University of Saskatchewan |
| City, Country | Saskatoon, Saskatchewan, Canada |
| Duration of training | <<>> year(s), <<>> month(s) |
| Degree attained | FRPC(C) |
| Training completed in year | 2000 |

**Publications**                               3
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**            8
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in Canada.

**Signature** _____    **Date of signature** 12.12. 2003

2(2)

1433

CONFIDENTIAL
AZSER12778558

*RR Feb/04*

| Study Code | D1447C00127 |
|---|---|
| Country | Canada |
| Centre No. | <<>> |

## Curriculum Vitae

This form should be completed in English and must be typed. It must be dated and signed by the person it concerns.

| **First and family name** | Rustom Sethna |
|---|---|
| **Present position** | Consultant Psychiatrist |

**Address**
(Full office address incl. postal/zip code)

Markham Stouffville Hospital

377 Church Street , Suite 408

Markham, ON   L6B 1A1

**Medical education**

| Name of school | University of Bombay |
|---|---|
| City, Country | Bombay, India |
| Duration of education | 9 year(s) |
| Degree attained | M.B., B.S., M.C.C.E.E., L.M.C.C., F.R.C.P.(C) |
| Education completed in year | 1991 |

**Physician's reference/license number (if applicable)**

Canadian Medical Register No. 65082

General Medical Licence CPSO Register No. 55275

**Postgraduate training**

| Type of training | Undergraduate medicine |
|---|---|
| Name of institution | University of Bombay |
| City, Country | Bombay, India |
| Duration of training | 5 years |
| Degree attained | MD |
| Training completed in year | 1982 |

| Type of training | Postgraduate Medicine |
|---|---|
| Name of institution | Universitiy of Toronto |
| City, Country | Toronto, Canada |
| Duration of training | 6 years |
| Degree attained | FRCPC |
| Training completed in year | 1990 |

RECEIVED
JAN 0 9 2004

MON-4A-18, eff.: 25 JULY 2002

1434

CONFIDENTIAL
AZSER12778559

Curriculum Vitae
Study Code D1447C00127

Type of training
Name of institution
City, Country
Duration of training
Degree attained
Training completed in year

**Publications**                                   On request
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**          13
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in Canada.

**Signature** _____          **Date of signature** 2003 Dec 4 _____

2(2)

1435

CONFIDENTIAL
AZSER12778560

| | |
|---|---|
| Study Code | D1447C00127 |
| Country | Canada |
| Centre No. | 111 |

*[signature] May 14/2009*

# Curriculum Vitae

This form should be completed in English and must be typed.  It must be dated and signed by the person it concerns.

**First and family name**  Dr. Lakshmi N. Yatham

**Present position**  Professor of Psychiatry

**Address**  Department of Psychiatry, University of British Columbia
(Full office address incl. postal/zip code)  Rm. 2C7, 2255 Wesbrook Mall, Vancouver, BC       V6T 2A1

**Medical education**
    Name of school  S.V. University
    City, Country  Tirupati, India
    Duration of education  7 year(s), 0 month(s)
    Degree attained  MBBS
    Education completed in year  1982

**Physician's reference/license number (if applicable)**  17765

**Postgraduate training**
    Type of training  Psychiatry Residency
    Name of institution  Bangalore University
    City, Country  Bangalore, India
    Duration of training  2 year(s), 0 month(s)
    Degree attained  DPM
    Training completed in year  1984

    Type of training  Research Fellow and Resident
    Name of institution  University of Dublin, St. James' Hospital
    City, Country  Dublin, Ireland
    Duration of training  4 year(s), 0 month(s)
    Degree attained  MRCPsych
    Training completed in year  1989

RECEIVED

MON-4A-18, eff.: 25 JULY 2002

1436

CONFIDENTIAL
AZSER12778561

Curriculum Vitae
Study Code D1447C00127

| | |
|---|---|
| Type of training | Psychiatry Residency |
| Name of institution | McMaster University |
| City, Country | Hamilton, Ontario |
| Duration of training | 0 year(s), 6 month(s) |
| Degree attained | FRCP(C) |
| Training completed in year | 1989 |

**Publications**
(number of written publications in relevant area(s) of research)

111

**Experience of clinical research**
(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed)

10 Principal Investigator; 6 co-investigator

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in Canada.

**Signature** _(signature)_          **Date of signature** _Oct 9, 2003_

CONFIDENTIAL
AZSER12778562



AstraZeneca

| Study Code | D1447C00127 |
|---|---|
| Centre Number | 112 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Dr. Ranjith CHANDRASENA |
| **Present appointment** (Job title/Department) | Chief Investigator of this study. |
| | MD, M.PHIL, DPM, MRCPsych, FRANZCP, DABPN, FRCP(C) |
| | Chief of Psychiatry, CKHA |
| | Adjunct Professor of Psychiatry, Academic Director of Psychiatry, Extended Campus Program, University of Western Ontario |
| **Address** (Full work address including post/zip code) | CKHA Mental Health Services |
| | 80 Grand Ave W. , Chatham, Ont, N7L 1B7 |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:  1972

Specialist, Field    Psychiatry          Year:  1978

PhD ☐      MSc ☐        BSc ☐

Other (specify) MD, M.PHIL, DPM, MRC Psych, FRANZCP, DABPN, FRCP

| | |
|---|---|
| **Previous appointments/ experience** (include all relevant therapeutic/ practical experience after gaining qualifications) | 14 Clinical Trials |
| | 0 |

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 [x]   >20 ☐

| | |
|---|---|
| **Previous experience in clinical trials** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field) | Chief Investigator for 14 clinical trials all in the field of psychiatry. |
| **GCP training** (number of days, year) | Received in previous clinical trials. |
| **Date of signature** | June 28, 2004 |
| **Signature** | |

CONFIDENTIAL
AZSER12778563

| Study Code | D1447C00127 |
|---|---|
| Country | Canada |
| Centre No. | 113 |

# Curriculum Vitae

This form should be completed in English and must be typed.  It must be dated and signed by the person it concerns.

| | |
|---|---|
| **First and family name** | Dr Gilbert Dru |
| **Present position** | Psychiatrist, (private office) |
| **Address**<br>(Full office address incl. postal/zip code) | 1057 St Peter Av. Suite 103<br><br>Bathurst, N.B.  E2A 2Z6 |
| **Medical education** | |
| Name of school | Université Claude Bernard |
| City, Country | Lyon, France |
| Duration of education | 7 years |
| Degree attained | MD |
| Education completed in year | 1983 |
| **Physician's reference/license number (if applicable)** | # 0630 - College of physicians and surgeons of New Brunswick |
| **Postgraduate training** | |
| Type of training | Psychiatry |
| Name of institution | Université Claude Bernard |
| City, Country | Lyon, France |
| Duration of training | 4 years |
| Degree attained | Specialist certificate |
| Training completed in year | 1985 |
| Type of training | Psychiatry |
| Name of institution | Université de Montréal |
| City, Country | Montréal, Canada |
| Duration of training | 1 year |
| Degree attained | FRCPC Specialist Certificate, Royal College of Canada |
| Training completed in year | 1989 |
| **Publications**<br>(number of written publications in relevant area(s) of research) | 4 |

MON-4A-18, eff.: 25 JULY 2002

CONFIDENTIAL
AZSER12778564

Curriculum Vitae
Study Code D1447C00127

**Experience of clinical research**          5
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in Canada.

**Signature** _____          **Date of signature** _24 May 2004_

2(2)
1440

CONFIDENTIAL
AZSER12778565

| Study Code | D1447C00127 |
|---|---|
| Country | Canada |
| Centre No. | 115 |

# Curriculum Vitae

This form should be completed in English and must be typed.  It must be dated and signed by the person it concerns.

| | |
|---|---|
| **First and family name** | David Kantor MD FRCP |
| **Present position** | Staff Psychiatrist - Humber River Regional Hospital |
| | Director - Taidan Clinical Research Centre |
| **Address**<br>(Full office address incl. postal/zip code) | 307 – 2221 Keele St.  Toronto, Ontario M6M3Z5 |

**Medical education**

| | |
|---|---|
| Name of school | University of Manitoba |
| City, Country | Winnipeg, Canada |
| Duration of education | 4 years |
| Degree attained | MD |
| Education completed in year | 1979 |

| | |
|---|---|
| **Physician's reference/license number (if applicable)** | College of Physicians and Surgeons of Ontario-50883 |

**Postgraduate training**

| | |
|---|---|
| Type of training | Psychiatric |
| Name of institution | University of Manitoba/University of Ottawa |
| City, Country | Winnipeg, Canada/Ottawa, Canada |
| Duration of training | 4 years |
| Degree attained | Specialist in Psychiatry |
| Training completed in year | 1983 |

Type of training
Name of institution
City, Country
Duration of training
Degree attained
Training completed in year

MON-4A-18, eff.: 25 JULY 2002

CONFIDENTIAL
AZSER12778566

Curriculum Vitae
Study Code D1447C00127

Type of training
Name of institution
City, Country
Duration of training         year(s), month(s)
Degree attained
Training completed in year

**Publications**      6
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**      12
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in Canada.

**Signature** _____    **Date of signature** June 22, 2004

2(2)
1442

CONFIDENTIAL
AZSER12778567



| Clinical Study Report: Appendix 12.1.5 | |
| --- | --- |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00127 |

# Appendix 12.1.5
# Signatures

CONFIDENTIAL
AZSER12778568

Clinical Study Report: Appendix 12.1.5
Study Code: D1447C00127

| Title | Version ID |
|---|---|
| Main body of document | CNS.000-134-612.3.0 |
| Appendix 12.1 Study information | CNS.000-134-613.2.0 |
| Appendix 12.1.1 Protocol and protocol amendments | CNS.000-134-614.2.0 |
| Appendix 12.1.2 Sample Case Report Form | CNS.000-134-615.2.0 |
| Appendix 12.1.3 Independent Ethics Committees/Institutional Review Boards consulted and sample of written Subject Information and Consent Form | CNS.000-134-616.2.0 |
| Appendix 12.1.4 Participants in the study | CNS.000-134-617.2.0 |
| Appendix 12.1.5 Signatures | CNS.000-134-618.3.0 |
| Appendix 12.1.6 Listing of subjects receiving the various batches of investigational product(s) | CNS.000-134-619.2.0 |
| Appendix 12.1.7 Randomisation scheme and codes | CNS.000-134-620.2.0 |
| Appendix 12.1.8 Audit certificates | CNS.000-134-621.2.0 |
| Appendix 12.1.9 Documentation of statistical methods and supporting statistical analysis | CNS.000-134-622.5.0 |
| Appendix 12.1.10 Documentation of assay-methods, inter-laboratory standardisation methods and related quality assurance procedures | CNS.000-134-623.2.0 |
| Appendix 12.1.11 Publications based on the study | CNS.000-134-624.2.0 |
| Appendix 12.1.12 Important publications referenced in the report | CNS.000-134-625.2.0 |
| Appendix 12.2 Subject data listings | CNS.000-134-626.2.0 |
| Appendix 12.2.1 Disposition of each subject (completion/ discontinuation) | CNS.000-134-627.4.0 |
| Appendix 12.2.2 Protocol deviations | CNS.000-134-628.4.0 |
| Appendix 12.2.3 Subjects and data excluded from efficacy analysis | CNS.000-134-629.2.0 |
| Appendix 12.2.4 Demographic and baseline characteristics | CNS.000-134-630.4.0 |
| Appendix 12.2.5 Treatment compliance (and/or drug concentration data) | CNS.000-134-631.4.0 |
| Appendix 12.2.6 Individual efficacy and pharmacokinetics response data | CNS.000-134-632.3.0 |
| Appendix 12.2.7 Adverse event listing by subject | CNS.000-134-633.3.0 |
| Appendix 12.2.8 Listing of individual laboratory measurements by subject | CNS.000-134-634.4.0 |
| Appendix 12.2.9 Listing of vital signs | CNS.000-134-635.3.0 |
| Appendix 12.2.10 Listing of other safety data | CNS.000-134-636.3.0 |
| Appendix 12.3 Case Report Forms | CNS.000-134-637.2.0 |
| Appendix 12.4 Individual subject data listings | CNS.000-134-638.2.0 |

CONFIDENTIAL
AZSER12778569

Clinical Study Report: Appendix 12.1.5
Study Code: D1447C00127

# SIGNATURE OF SPONSOR'S RESPONSIBLE MEDICAL OFFICER

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

I have read this report and confirm that to the best of my knowledge it accurately describes the conduct and results of the study

Signature:

Dr. Martin Brecher
Project Medical Director

June 21, 2007

Date
(Day Month Year)

AstraZeneca Pharmaceuticals
Room OW3-328
1800 Concord Pike
P. O. Box 15437
Wilmington, DE
19850-5437

3
CNS.000-134-618.3.0 (Version Created 21 Jun 2007 14:40:12)

CONFIDENTIAL
AZSER12778570

Clinical Study Report: Appendix 12.1.5
Study Code: D1447C00127

# SIGNATURE OF SPONSOR'S GLOBAL PRODUCT STATISTICIAN

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III
Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral
Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when Used as
Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance
Treatment of Bipolar I Disorder in Adult Patients**

I have read this report and confirm that to the best of my knowledge it accurately describes
the conduct and results of the study

Signature:

Henrik Andersson
Project Statistician

21/06/2007

Date
(Day Month Year)

AstraZeneca R&D Södertälje
S-151 85 Södertälje
Sweden

4
*CNS.000-134-618.3.0 (Version Created 21 Jun 2007 14:40:12)*

CONFIDENTIAL
AZSER12778571



| Clinical Study Report: Appendix 12.1.6 | |
| --- | --- |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00127 |

**Appendix 12.1.6**
**Listing of subjects receiving the various batches of investigational product(s)**

CONFIDENTIAL
AZSER12778572

Clinical Study Report: Appendix 12.1.6
Study Code: D1447C00127

| Subject No. | OPEN LABEL Drug | Batch Numbers |
|---|---|---|
| E0001001 | quetiapine fumarate | BN2000054095 |
| E0001003 | quetiapine fumarate | BN2000054095 |
| E0001004 | quetiapine fumarate | BN2000054095 |
| E0001004 | quetiapine fumarate | BN2000062056 |
| E0001004 | quetiapine fumarate | BN2000063335 |
| E0001005 | quetiapine fumarate | BN2000062056 |
| E0001005 | quetiapine fumarate | BN2000063335 |
| E0001005 | quetiapine fumarate | BN2000054095 |
| E0001005 | quetiapine fumarate | BN2000065204 |
| E0001005 | quetiapine fumarate | BN2000069552 |
| E0001006 | quetiapine fumarate | BN2000054095 |
| E0001006 | quetiapine fumarate | BN2000062056 |
| E0001007 | quetiapine fumarate | BN2000054095 |
| E0001007 | quetiapine fumarate | BN2000062056 |
| E0001007 | quetiapine fumarate | BN2000069552 |
| E0001008 | quetiapine fumarate | BN2000062056 |
| E0001008 | quetiapine fumarate | BN2000065204 |
| E0001008 | quetiapine fumarate | BN2000069552 |

CONFIDENTIAL
AZSER12778573