| TABLE III | | | |
|---|---|---|---|
| **CORRELATIONS OF PGWB INDEX WITH FOURTEEN MENTAL HEALTH SCALES** | | | |
| Scales | Number of items | n | r |
| 1. CES (depression)* | 20 | 2,914 | − .72 |
| 2. BECK (depression) | 21 | 352 | − .68 |
| 3. ZUNG (depression) | 20 | 324 | − .75 |
| 4. LANGNER (psychiatric symptoms) | 22 | 471 | − .77 |
| 5. Health Opinion Survey | 20 | 1,084 | − .59 |
| 6. Weisman (social adjustment) | 10 | 89 | .61 |
| 7. Hopkins (SCL-90) | 90 | 76 | − .77 |
| 8. MMPI (depression) | 60 | 195 | − .55 |
| **Psychiatric Symptoms Scale** | | | |
| 9. depression | 7 | 195 | − .76 |
| 10. anxiety | 10 | 195 | − .70 |
| **College Health Questionnaire** | | | |
| 11. current depression | 19 | 127 | − .80 |
| 12. anxiety | 6 | 127 | − .52 |
| **Personal Feelings Inventory** | | | |
| 13. depression | 45 | 68 | − .78 |
| 14. anxiety | 21 | 68 | − .63 |
| **MMPI Validity Scales** | | | |
| L. Lie† | 15 | 195 | .24 |
| K. Validity‡ | 64 | 195 | − .56 |

*Center for Epidemiologic Studies, NIMH, Depression scale.
†A high Lie score indicates more socially acceptable responses.
‡A low Validity score indicates rational and relatively pertinent responses.
Data for scales 1 through 7 from Dupuy; for scales 8 through K from Fazio,' pp. 3,4,26.
PGWB = psychological general well-being; r = correlation coefficient.

index and the MMPI Validity scale indicates a much stronger tendency for those with higher PGWB index scores to give more rational and pertinent responses on the Validity scale.

The third example is the data obtained from the Rand Health Insurance Study conducted at Dayton, Ohio, on the correlations of the PGWB index with three mental health items, a social-

CONFIDENTIAL
AZSER12779158

emotional support item, and a three–time period assessment of one's life as a whole. These data indicate that the PGWB index has a strong correlation with direct queries on mental health, with social-emotional support, and with current assessment of one's life as a whole (Table IV).

The fourth example involves the work of Kammann and associates,[4] who developed a 96-item scale of general happiness or sense of well-being (the Affectometer). The scale has 48 sentences and 48 adjectives, with each set comprising 24 positive and 24 negative items. The subject is asked how often each feeling was present over the past few weeks; the response options are "not at all," "occasionally," "some of the time," "often," and "all of the time." Negative affect is subtracted from positive affect. In a study of 57 randomly selected adults carried out in Dunedin, New Zealand, the Affectometer had a .74 correlation with the PGWB index, indicating that the PGWB index is sensitive to an affect balance between subjective states of positive and negative affect.

In yet another example, Fazio[5] gave the PGWB index and other questionnaires to 195 college students. After all testing was completed, each student was interviewed for about 30 minutes by means of a structured interview form. The interviewers, who did not know the test results, rated each student after the interview on a structured depression scale. The correlation between the PGWB index and the depression rating was $-.468$, the second highest correlation. (The highest correlation, .50, was obtained on a subset of 68 students.) The PGWB index means for the 64 students rated not depressed and the 30 students rated most depressed were 78.4 and 56.2, respectively, and the standard deviations 13.22 and 17.55. The depressed students' PGWB index mean was 1.68 standard deviations (22.2) below the nondepressed students' mean.

Finally, data from two community samples and two samples of community mental health clients from the same catchment areas who were given the PGWB index provide some discriminant validity coefficients (Table V). The differences in the PGWB index means are statistically significant ($P = .01$), and the magnitude of the point-biserial coefficients indicates that the PGWB index clearly discriminates between mental health clients and community residents.

CONFIDENTIAL
AZSER12779159

## TABLE IV

## CORRELATIONS OF PGWB INDEX WITH SELECTED ITEMS FROM RAND STUDY*

| Selected Items | Number of Response Options | N | r | Eta²† |
|---|---|---|---|---|
| 1. Have you had severe enough personal, emotional, behavior, or mental problems that you felt you needed help during the past year? | 5 | 827 | .589 | .382 |
| 2. Have you ever felt that you were going to have, or were close to having, a nervous breakdown? | 3 | 830 | .439 | .193 |
| 3. Do you discuss your problems with any member of your family or friends? | 7 | 829 | (Eta = .431) | .186 |
| 4. Has anyone said or suggested that you should seek professional help for some personal, emotional, behavior, or mental problem during the past year? | 8 | 439 | (Eta = .317) | .101 |
| Considering your life as a whole, how are things going with you: *absolute tops— could not be better,* down to *absolute bottom—could not be worse.* | | | | |
| 5. This time a year ago | 11 | 439 | .387 | .167 |
| 6. Now | 11 | 439 | .599 | .385 |
| 7. A year from now | 11 | 439 | .352 | .171 |

* Data from Ware JE et al.[1]
† Eta² = proportion of variance accounted for in the PGWB index as the dependent variable in an analysis of variance.
PGWB = psychological general well-being; r = correlation coefficient.

The Psychological General Well-being (PGWB) Index **177**

CONFIDENTIAL
AZSER12779160

**TABLE V**

**COMPARISON OF COMMUNITY SAMPLES WITH MENTAL HEALTH CLIENTS ON THE PGWB INDEX**

| Study | N | Mean | Standard Deviation | r pbi* |
|---|---|---|---|---|
| *Nashville, TN* | | | | |
| Community sample | 103 | 76.45 | 18.00 | .565 |
| Mental health patients in treatment | 95 | 50.18 | 20.55 | |
| | | | | |
| *Sacramento, CA* | | | | |
| Community sample | 341† | 83.53 | 17.63 | .667 |
| Mental health clients at intake | 529 | 45.78 | 24.02 | |
| | | | | |
| National HANES sample | 6,913 | 80.31 | 17.67 | .634 |
| | | | | |
| Mental health clients at intake | 529† | 45.78 | 24.02 | |

* Point-biserial correlation coefficients.
† Samples weighted to equal numbers in comparison samples.
Data prepared by Dupuy.
PGWB = psychological general well-being.

## Reliability

The reliability of the PGWB index will be described first in terms of internal consistency reliability (alpha coefficients) and then in terms of test-retest stability. The high alpha coefficients shown in Table VI indicate that the items in the PGWB index are interdependent and are homogeneous in terms of what they measure. They also show that individual responses to the items are highly consistent. The square root of alpha has been labeled in textbooks as the "index of reliability"[6]; however, Tryon[7] calls it the behavior domain validity of the total score, because it is the correlation between a sample and its perfect criterion measure of the operationally specified property to be measured. The behavior domain validity of the PGWB index is given as the square root of the average alpha of .918, which is .958. The average individual standard deviation for the total test is given as the standard deviation multiplied by the square root of $1 - r_{tt}$, which is about 5.43 raw scores. Thus a raw difference of three to four times 5.43 (16 to 22) would be indicative of a significant difference between two individuals or the same individual at two points in time.

CONFIDENTIAL
AZSER12779161

| | | | | | TABLE VI | | | | |

**TABLE VI**

**INTERNAL CONSISTENCY OF PGWB INDEX**

| Sample | N | Mean | Standard Deviation | Alpha Coefficient | Individual Standard Deviation* |
|---|---|---|---|---|---|
| National HANES sample | 6,913 | 80.31 | 17.67 | .908 | 5.36 |
| Split halves | | | | .936 | 4.47 |
| Rand study, Dayton, Ohio | 830 | 81.86 | 16.21 | .940 | 3.97 |
| Mental health clients | | | | | |
| at intake | 529 | 45.78 | 24.02 | .919 | 6.84 |
| University students | 195 | 72.35 | 16.74 | .920 | 4.73 |
| Combined sample from 4 different studies (test-retest at 2–4 months) | | | | | |
| First test | 323 | 73.74 | 20.14 | .901 | 6.34 |
| Retest | 323 | 75.56 | 20.40 | .905 | 6.29 |
| | | | Mean = | .918 | 5.43 |

* Actually an average or mean deviation across individuals.
*Data prepared by Dupuy.*
*PGWB = psychological general well-being.*

Test-retest stability coefficients of reliability are difficult to interpret unless they are very high, ie, .85 and above. Lower retest reliabilities can reflect instrument instability, changes in individuals, varying efficacy of administration, human errors or misunderstandings, length of time between testings, and the distribution of scores in the sample. For the studies listed in Table VII, test-retest reliability coefficients ranged from .502 to .861, with a median of .66. Another way of figuring stability is to take the time 1 and time 2 individual difference scores, square them, sum across all individuals, then divide by the numbers in the sample (N) and take the square root: $SD_d = \sqrt{\Sigma d^2/N}$, which Guilford[6] refers to as a standard error of measurement. This was done for the first sample shown in Table VII (N = 323), and the resulting value was 16.78 raw score standard deviation. The difference score had a − .48 correlation with the first test score, indicating that initially low scores tended to rise and very high scores to drop on retest. For three score ranges on the PGWB index, ie, 0 to 60, 61 to 90, and 91 to 110, the time 2 minus time 1 average difference scores were + 14.0, + 0.7 and − 7.0, respectively.

The Psychological General Well-being (PGWB) Index **179**

CONFIDENTIAL
AZSER12779162

**TABLE VII**

**TEST-RETEST STABILITY COEFFICIENTS OF RELIABILITY FOR PGWB INDEX**

| Sample | Time Interval | N | Mean | | Standard Deviation | | |
|---|---|---|---|---|---|---|---|
| | | | $T_1$ | $T_2$ | $T_1$ | $T_2$ | $T_{1,2}$ |
| Combined sample from 4 different studies | 2–4 months | 323 | 73.7 | 75.6 | 20.1 | 20.4 | .660 |
| College students | 1 week | 92 | NA | NA | NA | NA | .795 |
| Community college students | 2 weeks | 47 | 75.8 | 82.1 | NA | NA | .570 |
| Two samples of mental health clients | 2–3 months | 58 | 61.9 | 72.9 | 22.1 | 20.5 | .654 |
| Mental health clients* Outpatients | | | | | | | |
| Intake to 2nd visit | 1 week | 68 | 46.0 | 56.4 | NA | NA | .714 |
| Intake to last visit | up to 6 months | 77 | 46.5 | 63.5 | 23.0 | 23.0 | .517 |
| Day treatment | | | | | | | |
| Intake to 2nd visit | 1 week | 63 | 58.3 | 66.5 | NA | NA | .861 |
| Intake to last visit | up to 6 months | 67 | 57.0 | 69.7 | 23.8 | 26.4 | .502 |

* Data from Edwards DW et al.[8]

*PGWB = psychological general well-being; $T_1$ = time 1; $T_2$ = time 2; r = correlation coefficient; NA = not available.*

## Generalizability

The generalizability of the PGWB index can be extended to population estimates of noninstitutionalized American adults aged 25 to 74 years, through information made available by the National Health and Nutrition Examination Survey (N HANES–I) (Division of Health Examination Statistics, National Center for Health Statistics, US Department of Health and Human Services). Data stores on magnetic tape make it possible to identify subpopulations of interest by sociodemographic variables (sex, age, ethnic group, marital status, etc) and subgroups by responses to over 150 health-history items. For example, one question asks if a doctor has ever

CONFIDENTIAL
AZSER12779163

told you that you have (or had) high blood pressure; four responses are possible. Data are also available from Rand[1] for a community sample of persons aged 14 to 60 years and older.

## APPLICATIONS

The PGWB index has been used to compare differences in subjective well-being for different sociodemographic groups, such as those between rural and urban dwellers, between persons of different marital status, between patients treated in an emergency room and those treated by appointment, between women with varying incidence or severity of premenstrual cramps, and between mental health clients and community residents. It has been used in pretest and posttest designs to test effects of mental health treatment, to assess the value of vitamin supplementation versus placebo, and to track the affective impact of the sudden infant death syndrome on mothers. In general, it has been used to compare groups or to determine the effects of an intervention procedure on one's sense of subjective well-being.

## MAJOR STRENGTHS

The PGWB index is a general measure of intrapsychic well-being and hence is not condition-specific. It is easy to administer and score. The total range of possible scores (0 to 110) has been divided into 13 smaller ranges, to each of which has been assigned a phrase describing a specific PGWB state, from suicidal risk to euphoric mood. Test-retest data suggest that the PGWB index is sensitive to even small changes in intrapsychic well-being that intervention might induce.

## MAJOR LIMITATIONS

Although a new edition of the PGWB index comprising 58 items has been developed, not enough research has been done to identify the items that best indicate postulated substates of subjective well-being. The validity studies of the PGWB index have been mainly limited to its relationships with negative conditions. Behaviors and conditions that indicate more positive life events would be useful in evaluating the meaning of higher levels of PGWB.

The Psychological General Well-being (PGWB) Index **181**

CONFIDENTIAL
AZSER12779164

# DATA SOURCES

Much of the data presented in this report has been compiled by this author from a number of sources, some of which provided only summary data, and others only the individual PGWB records. The Rand report[1] provides more extensive data than wree reported on here. The Rand report and a recent review of subjective well-being[9] provide extensive reference lists on the subject of psychological general well-being. A detailed analysis of the PGWB index using the HANES–I sample has been reported.[10] The analyses, using the Automatic Interaction Detector (AID) procedure, cover the relationships of sociodemographic, health-history, and mental-health variables with the PGWB index.

# REFERENCES

**1.** *Ware JE, Johnston SA, Davies-Avery A, et al:* Conceptualization and Measurement of Health for Adults in the Health Insurance Study. *Santa Monica, CA, Rand Corporation, 1979, vol 3:* Mental Health, *R-1987/3–HEW.*

**2.** *Dupuy HJ: The psychological section of the current health and nutrition examination survey, in* The Proceedings of the Public Health Conference on Records and Statistics, Meeting Jointly with the National Conference on Mental Health Statistics, 14th National Meeting, June 12–15, 1972, *US Department of Health, Education, and Welfare publication No. (HRA) 74–1214. Government Printing Office, 1973.*

**3.** *Dupuy HJ: Utility of the National Center for Health Statistics' General Well-Being Schedule in the assessment of self-representations of subjective well-being and distress, in* The National Conference on Evaluation in Alcohol, Drug Abuse and Mental Health Programs. ADAMHA, *Washington, DC, 1974.*

**4.** *Kammann R, Flett R: Affectometer 2: A scale to measure current level of general happiness.* Aust J Psychol *1983;35:259–265.*

**5.** *Fazio AF:* A Concurrent Validational Study of the NCHS General Well-Being Schedule. *Vital and Health Statistics Series 2, Hyattsville, MD, National Center for Health Statistics, 1977, No. 73.*

**6.** *Guilford JP:* Fundamental Statistics in Psychology and Education. *New York, McGraw-Hill, 1965.*

**7.** *Tryon RC: Reliability and behavior domain validity.* Psychol Bull *1957;54:229–249.*

CONFIDENTIAL
AZSER12779165

**8.** *Edwards DW, Yarvis RM, Swaback D, et al: Developing comparison groups for community mental health: The utility of community surveys.* Am J Community Psychol *1979;7:123–127.*

**9.** *Diener E: Subjective well-being.* Psychol Bull *1984;95:542–575.*

**10.** *Wan TTH, Livieratos B: Interpreting a general index of subjective well-being.* Milbank Mem Fund Q *1978;56:531–556.*

The Psychological General Well-being (PGWB) Index **183**

CONFIDENTIAL
AZSER12779166



The European Agency for the Evaluation of Medicinal Products
*Evaluation of Medicines for Human Use*

London, 19 September 2002
CPMP/EWP/908/99

---

### COMMITTEE FOR PROPRIETARY MEDICINAL PRODUCTS (CPMP)

---

### POINTS TO CONSIDER ON MULTIPLICITY ISSUES IN CLINICAL TRIALS

---

| | |
|---|---|
| **DISCUSSION IN THE EFFICACY WORKING PARTY** | January 2000 |
| **TRANSMISSION TO CPMP** | July 2001 |
| **RELEASE FOR CONSULTATION** | July 2001 |
| **DEADLINE FOR COMMENTS** | October 2001 |
| **DISCUSSION IN THE EFFICACY WORKING PARTY** | June 2002 |
| **TRANSMISSION TO CPMP** | September 2002 |
| **ADOPTION BY CPMP** | September 2002 |

7 Westferry Circus, Canary Wharf, London, E14 4HB, UK
Tel. (44-20) 74 18 84 00   Fax (44-20) 74 18 8613
E-mail: mail@emea.eu.int   http://www.emea.eu.int
©EMEA 2002 Reproduction and/or distribution of this document is authorised for non commercial purposes only provided the EMEA is acknowledged

CONFIDENTIAL
AZSER12779167

BEST COPY AVAILABLE

# POINTS TO CONSIDER ON MULTIPLICITY ISSUES IN CLINICAL TRIALS

## 1. INTRODUCTION

Multiplicity of inferences is present in virtually all clinical trials. The usual concern with multiplicity is that, if it is not properly handled, unsubstantiated claims for the effectiveness of a drug may be made as a consequence of an inflated rate of false positive conclusions. For example, if statistical tests are performed on five subgroups, independently of each other and each at a significance level of 2.5% (one-sided directional hypotheses), the chance of finding at least one false positive statistically significant test increases to 12%.

This example shows that multiplicity can have a substantial influence on the rate of false positive conclusions which may affect approval and labelling of an investigational drug whenever there is an opportunity to choose the most favourable result from two or more analyses. If, however, there is no such choice, then there can be no influence.  Examples of both situations will be discussed later. Control of the study-wise rate of false positive conclusions at an acceptable level $\alpha$ is an important principle and is often of great value in the assessment of the results of confirmatory clinical trials.

A number of methods are available for controlling the rate of false positive conclusions, the method of choice depending on the circumstances. Throughout this document the term 'control of type I error' rate will be used as an abbreviation for the control of the family-wise type I error in the strong sense, i.e., there is control on the probability to reject at least one true null hypothesis, regardless which subset of null hypotheses happens to be true. The issue of setting an appropriate type I error level on a submission level when this includes the need for more than one confirmatory trial is discussed in a separate Points-to-Consider document (CPMP/2330/99 Points to Consider on Application with 1.) Meta-analyses and 2.) One Pivotal study).

This document does not attempt to address all aspects of multiplicity but mainly considers issues that have been found to be of importance in recent European applications.  These are:

- Adjustment of multiplicity – when is it necessary and when is it not?

- How to interpret significance with respect to multiple secondary variables and when can a claim be based on one of these?

- When can reliable conclusions be drawn from a subgroup analysis?

- When is it appropriate for CPMP to restrict licence to a subgroup?

- How should one interpret the analysis of "responders" in conjunction with the raw variables?

- How should composite endpoints be handled statistically with respect to regulatory claims?

There are further areas concerning multiplicity in clinical trials which, according the above list of issues, are not the focus of this document. For example, there is a rapid advance in methodological richness and complexity regarding interim analyses (with the possibility to stop early either for futility or with the claim of effectiveness) or stepwise designed studies (with the possibility for adaptive changes for the future steps). However, due to the importance of the problem and the amount of information specific to this issue it appears appropriate that a separate document may cover these aspects.

CPMP/EWP/908/99
1/10

©EMEA 2002

CONFIDENTIAL
AZSER12779168

BEST COPY AVAILABLE

Interpretations of repeated evaluations of the primary efficacy variable at repeated visits usually do not cause multiplicity problems, because in the majority of situations either an appropriate summary measure has been pre-specified or according to the requirements on the duration of treatment endpoint, primary evaluations are made at pre-specified visits. Therefore potential multiplicity issues concerning the analysis of repeated measurements are not considered in this document.

## 2.    ADJUSTMENT FOR MULTIPLICITY – WHEN IS IT NECESSARY AND WHEN IS IT NOT?

A clinical study that requires no adjustment of the type I error is one that consists of two treatment groups, that uses a single primary variable, and has a confirmatory statistical strategy that pre-specifies just one single null hypothesis relating to the primary variable and no interim analysis. Although all other situations require attention to the potential effects of multiplicity, there are many situations where no multiplicity concern arises, for example, having predefined the primary variables and all secondary variables are declared supportive.

In the literature, methods to control the overall type I error $\alpha$ are sometimes called multiple-level-$\alpha$-tests". Controlling type I error family-wise often (but not always) means that the accepted and pre-specified amount $\alpha$ of type I error has to be split, and that the various null hypotheses have to be tested at the resulting fraction of $\alpha$. This is usually referred to as 'adjusting the type I error level'. The algorithms that define how to "spend" $\alpha$ in this way are of different complexity. Often, for the more complex procedures, clinical interpretation of the findings can become difficult. For example, for the purpose of estimation and for the appraisal of the precision of estimates, confidence intervals are of paramount importance but methods for their construction that are consistent with the tests are not available for many of the more complex multiple-level-$\alpha$-tests (or more generally closed tests) aiming at controlling the type I error. When choosing an approach, it is recommended to consider whether the existing valid statistical procedures allow a satisfactory clinical interpretation.

Because alternative methods to deal correctly with multiplicity are often available which may lead to different conclusions, pre-definition of the preferred multiple-level-$\alpha$-test is necessary. To avoid problems in interpretation, details of the procedure should be contained in the study protocol or the statistical analysis plan.

If a multiple test situation occurs which was not foreseen, a conservative approach will be necessary e.g. Bonferroni's or a related procedure. Inherently there will be a loss of power. Therefore if a multiple test situation is foreseen pre-specification of the method use to deal with this is recommended

This document discusses situations with relevance for multiple testing in clinical trials and commonly practised and acknowledged methods for controlling (or adjusting) type I error.

### 2.1   Multiple primary variables – when no formal adjustment is needed.

The ICH E9 guideline on biostatistical principles in clinical trials recommends that generally clinical trials have one primary variable. A single primary variable is sufficient, if there is a general agreement that a treatment induced change in this variable demonstrates a clinical relevant treatment effect on its own.  If, however, a single variable is not sufficient to capture the range of clinically relevant treatment benefits, the use of more than one primary variable may become necessary. Sometimes a series of related objectives is pursued in the same trial each with its own primary variable, and in other cases, a number of primary variables are investigated with the aim of providing convincing evidence of beneficial effects on some, or

©EMEA 2002

CONFIDENTIAL
AZSER12779169

BEST COPY AVAILABLE

all of them. In these situations planning of the sample size becomes more complex because alternative hypotheses and limits for the power of the single primary variables have to be defined and balanced against each other to give the study a solid basis to meet its objectives.

For trials with more than one primary variable the situations described in the following subsections can be distinguished. The methods described allow clinical interpretation, deal satisfactorily with the issue of multiplicity but avoid the need for any formal adjustment of type I error rates. Indeed the methods are members from the set of closed testing procedures that control the family-wise error rate.

### 2.1.1. Two or more primary variables are needed to describe clinically relevant treatment benefits

*Statistical significance is needed for all primary variables. Therefore, no formal adjustment is necessary.*

Here, interpretation of the results is most clear-cut because, in order to provide sufficient evidence of the clinically relevant treatment benefit, each null hypotheses on every primary variable has to be rejected at the same significance level (e.g. 0.05). For examples of this clinical situation, see CPMP Note for Guidance for the treatment of Alzheimer's disease, or CPMP Points to Consider on clinical investigation of medicinal products in the chronic treatment of patients with chronic obstructive pulmonary disease. In these situations, there is no intention or opportunity to select the most favourable result and, consequently, the individual type I error levels are set equal to the overall type I error level $\alpha$, i.e. no reduction is necessary. This procedure inflates the relevant type II error (here: falsely accepting that at least one null hypothesis is true), which in the worst case scenario is the sum of the type II errors connected with the individual hypotheses. This inflation must be taken into account for a proper estimation of the sample size for the trial.

### 2.1.2. Two or more primary variables ranked according to clinical relevance

*No formal adjustment is necessary. However, no confirmatory claims can be based on variables that have a rank lower than or equal to that variable whose null hypothesis was the first that could not be rejected.*

Sometimes a series of related objectives is pursued in the same trial, where one objective is of greatest importance but convincing results in others would clearly add to the value of the treatment. Typical examples are (i) acute effects in depressive disorders followed by prevention of progression (ii) reduction of mortality in acute myocardial infarction followed by prevention of other serious events. In such cases the hypotheses may be tested (and confidence intervals may be provided) according to a hierarchical strategy. The hierarchical order may be a natural one (e.g. hypotheses are ordered in time or with respect to the seriousness of the considered variables) or may result from the particular interests of the investigator. Again, no reduction or splitting of $\alpha$ is necessary. The hierarchical order for testing null hypotheses, however, has to be pre-specified in the study protocol. The effect of such a procedure is that no confirmatory claims can be based on variables that have a rank lower than or equal to that variable whose null hypothesis was the first that could not be rejected. Confidence intervals that are consistent with this hierarchical test procedure can be derived. Evidently, type II errors are inflated for hypotheses that correspond to variables with lower ranks. Note that a similar procedure can be used for dealing with secondary variables (see 3.2).

In the literature it is possible to find many methods of dealing with multiple variables that are of value for situations which may, however, be rarely met in confirmatory clinical trials, and

CONFIDENTIAL
AZSER12779170

BEST COPY AVAILABLE

which, therefore, are not discussed in this document. Before applying such methods regulatory dialogue is recommended.

## 2.2    Analysis sets

Multiple analyses may be performed on the same variable but with varying subsets of patient data. As is pointed out in the ICH E9 guideline on biostatistical principles for clinical trials, the set of subjects whose data are to be included in the main analyses should be defined in the statistical section of the study protocol. From these sets of subjects one (usually the full set) is selected for the primary analysis.

In general, multiple analyses on varying subsets of subjects or with varying measurements for the purpose of investigating the sensitivity of the conclusions drawn from the primary analysis should not be subjected to adjustment for type I error. The main purpose of such analyses is to increase confidence in the results obtained from the primary analysis

## 2.3 Alternative statistical methods – multiplicity concerns

Different statistical models or statistical techniques (e.g. parametric vs. non-parametric or Wilcoxon test versus log rank test) are sometimes tried on the same set of data. Sometimes a two step procedure is applied with the purpose of selecting a particular statistical technique for the main treatment comparison based on the outcome of the first statistical (pre-) test. Multiplicity concerns would immediately arise, if such procedures offered obvious opportunities for selecting a favourable analysis strategy based on knowledge of the patients' assignment to treatments. There are situations, where selecting the final statistical model based on a formal Blind Review (see ICH E9) is exempted from such concerns. Opportunities for choice in such procedures are often subtle, when these procedures use comparative treatment information, and the influence on the overall type I error is difficult to assess. Finally, the need to change important key features of a study on a *post hoc* basis may question the credibility of the study and the robustness of the results with the possible consequence that a further study will be necessary. Therefore, such procedures cannot be recommended even when it appears that there is no element of choice.

## 2.4    Multiplicity in safety variables

When a safety variable is part of the confirmatory strategy of a study and thus has a role in the approval or labelling claims, it should not be treated differently from the primary efficacy variables, except for the situation that the observed effects show in the opposite direction and may raise a safety concern (see also 3.3). In the case of adverse effects p-values are of very limited value as substantial differences (expressed as relative risk or risk differences) will raise concern, depending on seriousness, severity or outcome, irrespective of the p-value observed.

In those cases where a large number of statistical test procedures is used to serve as a flagging device to signal a potential risk caused by the investigational drug it can generally be stated that an adjustment for multiplicity is counterproductive for considerations of safety. It is clear that in this situation there is no control over the type I error for a single hypothesis and the importance and plausibility of such results will depend on prior knowledge of the pharmacology of the drug.

©EMEA 2002

CONFIDENTIAL
AZSER12779171

BEST COPY AVAILABLE

## 2.5    Multiplicity concerns in studies with more than two treatment arms

As for studies with more than one primary variable, the proper evaluation and interpretation of a study with more than two treatment arms can become quite complex. This document is not intended to provide an exhaustive discussion of every issue relating to studies with multiple treatment arms, only rarely have these more complex designs been applied in confirmatory clinical trials. Therefore, the following discussion is limited to the more common and simple designs. As a general rule it can be stated that control of the family-wise type I error in the strong sense (i.e. application of closed test procedures) is a minimal prerequisite for confirmatory claims. It should be remembered that the usual confidence intervals for the pairwise differences between treatment groups are – except for a few instances - not consistent with the closed testing procedures, and are usually too narrow.

### 2.5.1 The three arm 'gold standard' design

For a disease, where a commonly acknowledged reference drug therapy exists, it is often recommended (when this can be justified on ethical grounds) to demonstrate the efficacy and safety of a new substance in a three arm study with three treatments: the reference drug, placebo and the investigational drug. Usually the aims of such a study are manifold: (1) to demonstrate superiority of the investigational drug over placebo (proof of efficacy); (2) to demonstrate superiority of the reference drug over placebo (proof of assay sensitivity, see ICH E10, section 2.5.1.1.1); and (3) to demonstrate that the investigational drug retains most of the efficacy of the reference drug as compared to placebo (proof of non-inferiority). If all of these are objectives , all three comparisons must show statistical significance at the required level, and no formal adjustment is necessary.  A failure to show the investigational drug as superior to placebo could then be explained either as the investigational drug being not effective (when the reference drug showed superiority over placebo), or as lack of assay sensitivity (when test and reference drug failed to show superiority over placebo).

### 2.5.2 Proof of efficacy for a fixed combination

 For fixed combination medicinal products the corresponding CPMP guideline (CPMP/EWP/240/95) requires that 'each substance of a fixed combination must have documented contribution within the combination'. For a combination with two (mono) components, this requirement has often been interpreted as the need to conduct a study with the two components as mono therapies and the combination therapy in a 3-arm study. Such a study is considered successful, if the combination is shown superior to both components. No formal adjustment of the overall significance level is necessary, because both pairwise comparisons must show statistically significant superiority.

Multiple-dose factorial designs are employed for the assessment of combination drugs for the purpose (1) to provide confirmatory evidence that the combination is more effective than either component drug alone (see ICH E4 Note for Guidance on Dose Response Information to support Drug Registration (CPMP/ICH/378/95)), and (2) to identify an effective and safe dose combination (or a range of useful dose combinations) for recommended use in the intended patient population. While (1) usually is achieved using global test strategies, appropriate closed test procedures have to be applied for the purpose of achieving (2).

### 2.5.3 Dose-response studies

For therapeutic dose response studies that aim at identifying one or several doses of an investigational drug for its recommended use in a specific patient population, the control of the family-wise type I error in the strong sense is mandatory. Due to the large variety of design features, assumptions and aims in such studies (e.g. assuming or not assuming monotonicity of the dose response with increasing dose; finding the minimally effective dose under the constrains of the used design; finding a dose that is equivalent (non-inferior) to the

©EMEA 2002

CONFIDENTIAL
AZSER12779172

BEST COPY AVAILABLE

recommended dose of a reference drug), specific recommendations are beyond the scope of this document. There are various methods published in the relevant literature on closed test procedures with relevance to multiple dose studies that can be adapted to the specific aims and that provide the necessary control on the type I error.

Sometimes a study is not powered sufficiently for the aim to identify and recommend a single effective and safe dose (or a dose range) but is successful only at demonstrating an overall positive correlation of the clinical effect with increasing dose. This is already a valuable achievement (see ICH E4, section 3.1). Estimates and confidence intervals from pairwise comparisons of single doses are then used in an exploratory manner for the planning of future studies. In this case, an adjustment of the type I error is not necessary.

## 3.   HOW TO INTERPRET SIGNIFICANCE WITH RESPECT TO MULTIPLE SECONDARY VARIABLES AND WHEN CAN A CLAIM BE BASED ON ONE OF THESE?

Traditionally, in clinical trial protocols there will be a number of secondary variables for efficacy. Up to now there has been no common consent about the role and the weight of secondary endpoints in clinical trials.

### 3.1 Variables expressing supportive evidence

*No claims are intended; confidence intervals and statistical tests are of exploratory nature.*

Secondary endpoints may provide additional clinical characterisation of treatment effects but are, by themselves, not sufficiently convincing to establish the main evidence in an application for a license or for an additional labelling claim. Here, the inclusion of secondary variables is intended to yield supportive evidence related to the primary objective, and no confirmatory conclusions are needed. Confidence intervals and statistical tests are of exploratory nature and no claims are intended.

### 3.2 Secondary variables which may become the basis for additional claims

*Significant effects in these variables can be considered for an additional claim only after the primary objective of the clinical trial has been achieved, and if they were part of the confirmatory strategy*

More importantly, secondary variables may be related to secondary objectives that become the basis for an additional claim, once the primary objective has been established (see 2.1.2). A valid procedure, to deal with this kind of secondary variable is to proceed hierarchically. Once the null hypothesis concerning the primary objective is rejected (and the primary objective thus established), further confirmatory statistical tests on secondary variables can be performed using a further hierarchical order for the secondary variables themselves if there is more than one. In this case, primary and secondary variables differ just in their place in the hierarchy of hypotheses which, of course, reflects their relative importance in the study. It is of note to mention that changes in secondary variables that are considered a direct consequence of the respective changes in the primary variables cannot be part of the labelling claims. For example, symptoms of depression in schizophrenic patients disappear as patients get into remission from schizophrenia. In this situation, a separate labelling claim on an anti-depressive action of the treatment cannot be made.

©EMEA 2002

CONFIDENTIAL
AZSER12779173

BEST COPY AVAILABLE

### 3.3 Variables indicative of clinical benefit

*If not defined as primary variables, clinically very important variables (e.g. mortality) need further study when significant benefits are observed, but the primary objective has not been achieved.*

Variables that have the potential of being indicative of a major clinical benefit or may in a different situation present an important safety issue (e.g. mortality) may be relegated to secondary variables because there is an *a priori* belief that the size of the planned trial is too small (and thus the power too low) to show a benefit. If, however, the observed beneficial effect is much higher than expected but the study fell short of achieving its primary objective, this would be a typical situation where information from further studies would be needed which can be used in support of the observed beneficial effect.

If however, the same variable that may indicate a major clinical benefit exhibits treatment effects in the opposite direction this would give rise to concerns about the safety. A license may then well be refused, regardless of whether or not the variable was embedded in a confirmatory scheme.

## 4.    RELIABLE CONCLUSIONS FROM A SUBGROUP ANALYSIS, AND RESTRICTION OF THE LICENSE TO A SUBGROUP

*Reliable conclusions from subgroup analyses generally require pre-specification and appropriate statistical analysis strategies. A license may be restricted if unexplained strong heterogeneity is found in important sub-populations, or if heterogeneity of the treatment effect can reasonably be assumed but cannot be sufficiently evaluated for important sub-populations.*

In clinical trials there are many reasons for examining treatment effects in subgroups. In many studies, subgroup analyses have a supportive or exploratory role after the primary objective has been accomplished, i.e. the demonstration of a significant overall clinical benefit. A specific claim of a beneficial effect in a particular subgroup requires pre-specification of the corresponding null hypothesis and an appropriate confirmatory analysis strategy. It is highly unlikely that claims based on subgroup analyses would be accepted in the absence of a significant effect for the overall study population. Considerations of power would be expected to be covered in the protocol, and randomisation would generally be stratified.

The evaluation of uniformity of treatment effects across subgroups is a general regulatory concern. Some factors are known to cause heterogeneity of treatment effects such as gender, age, region, severity of disease, ethnic origin, renal impairment, or differences in absorption or metabolism. Analyses of these important subgroups should be a regular part of the evaluation of a clinical study (when relevant), but should usually be considered exploratory, unless there is *a priori* suspicion that one or more of these factors may influence the size of effect. However, when a strong interaction is found that indicates an adverse effect of the treatment in one of the subgroups and no convincing explanation for this phenomenon is available or other information confirms the likelihood of an interaction then patients from the respective sub-population may be excluded from the license until additional clinical data are available. This may also apply when there are historical reasons for regulators to believe that a certain sub-population of patients will not benefit from the drug and the results do not strongly contradict this believe.

Restriction of a license to certain subgroups is also possible, if a large variety of sub-populations are investigated without proper plans to deal with this situation in the protocol. From the regulatory perspective an overall positive result (statistically and clinically) in the whole study population may not lead to valid claims for all sub-populations if there is a

©EMEA 2002

CONFIDENTIAL
AZSER12779174

reason to expect heterogeneity of the treatment effect in the respective sub-populations. If a meaningful definition of the overall study population is lacking, licensing may be limited to sub-populations which are adequately represented and in which statistically significant and clinically relevant results were observed.

## 5.   HOW SHOULD ONE INTERPRET THE ANALYSIS OF "RESPONDERS" IN CONJUNCTION WITH THE RAW VARIABLES?

*If the "responder" analysis is not the primary analysis it may be used after statistical significance has been established on the mean level of the required primary variable(s), to establish the clinical relevance of the observed differences in the proportion of "responders". When used in this manner, the test of the null hypothesis of no treatment effect is better carried out on the original primary variable than on the proportion of responders.*

In a number of applications, for example those concerned with Alzheimer's disease or epileptic disorders, it is difficult to interpret small but statistically significant improvements in the mean level of the primary variables. For this reason the term "responder" (and "non-responder") is used to express the clinical benefit of the treatment to individual patients. There may be a number of ways to define a "responder"/"nonresponder". The definitions should be pre-specified in the protocol and should be clinically convincing. In clinical guidelines, it is stated that the "responder" analysis should be used in establishing the clinical relevance of the observed effect as an aid to assess efficacy and clinical safety. It should be noted that there is some loss of information (and hence loss of statistical power) connected with breaking down the information contained in the original variables into "responder" and "non-responder".

In some situations, the "responder" criterion may be the primary endpoint (e.g. CPMP guideline on clinical investigation of medicinal products in the treatment of Parkinson's disease). In this case it should be used to provide the main test of the null hypothesis. However, the situation that is primarily addressed here is when the "responder" analysis is used to allow a judgement on clinical relevance, once a statistically significant treatment effect on the mean level of the primary variable(s) has been established (e.g. CPMP Note for Guidance on clinical investigation of drugs used in weight control, or on the treatment of Alzheimer's disease). In this case, the results of the "responder" analysis need not be statistically significant but the difference in the proportions of responders should support a statement that the investigated treatment induces clinically relevant effects.

It should be noted that a "responder" analysis cannot rescue otherwise disappointing results on the primary variables.

## 6.   HOW SHOULD COMPOSITE VARIABLES BE HANDLED STATISTICALLY WITH RESPECT TO REGULATORY CLAIMS?

*Usually, the composite variable is primary. All components should be analysed separately. If claims are based on subgroups of components, this needs to be pre-specified and embedded in a valid confirmatory analysis strategy. Treatment should beneficially affect all components, or at least should the clinically more important components not be affected negatively. Any effect of the treatment in one of the components that is to be reflected in the indication should be clearly supported by the data.*

There are two types of composite variables. The first type, namely the rating scale, arises as a combination of multiple clinical measurements. With this type there is a longstanding

CONFIDENTIAL
AZSER12779175

BEST COPY AVAILABLE

experience of its use in certain indications (e.g. psychiatric or neurological disorders). This type of composite variable is not discussed further in this guideline.

The other type of a composite variable arises in the context of survival analysis. Several events are combined to define a composite outcome. A patient is said to have the clinical outcome if s/he suffers from one or more events in a pre-specified list of components (e.g. death, myocardial infarction or disabling stroke). The time to outcome is measured as the time from randomisation of the patient to the first occurrence of any of the events in the list. Usually, the components represent relatively rare events, and to study each component separately would require unmanageably large sample sizes. Composite variables therefore present a means to increase the percentage of patients that reach the clinical outcome, and hence the power of the study.

## 6.1   The composite variable as the primary endpoint.

When a composite variable is used to show efficacy it will usually be the primary endpoint. Therefore, it must meet the requirements for a single primary endpoint, namely that it is capable of providing the key evidence of efficacy that is needed for a license. It is recommended to analyse in addition the single components and clinically relevant groups of components separately, to provide supportive information.  There is, however, no need for an adjustment for multiplicity provided significance of the primary endpoint is achieved.  If claims are to be based on subgroups of components, this needs to be pre-specified and embedded in a valid confirmatory analysis strategy.

## 6.2   Treatment should be expected to affect all components in a similar way.

When defining a composite variable it is recommended to include only components for which it can be assumed that treatment will influence them similarly. The assumption of similarly directed treatment effects on all components should be based on past experience with studies of similar type. Adding a component that foreseeably is insensitive to treatment effects will lead to an increase in variability, even if it does not affect unbiasedness of the estimation of the treatment difference. A direct consequence would be a decrease in sensitivity for demonstrating superiority between different treatment arms. An increased variance is also a undesirable property in non-inferiority or equivalence studies. Non-inferiority studies will be hard to interpret if negative effects on some components are observed. For studies aiming to show superiority the more general component is preferred as primary endpoint as this is the most conservative analysis. For non-inferiority/equivalence studies the more specific component (e.g. disease related mortality) are preferred as primary endpoint for the same reason.

## 6.3   The clinically more important components should at least not be affected negatively

If time to hospitalisation is an endpoint in a clinical study it is not generally appropriate to handle patients as censored who die before they reach the hospital. It is better practice to study a composite endpoint that includes all more important clinical events as components, including death in this example. One concern with composite outcome measures from a regulatory point of view is, however, the possibility that some of the treatments under study may have an adverse effect on one or more of the components, and that this adverse effect is masked by the composite outcome, e.g. by a large beneficial effect on some of the remaining components. This concern is particularly relevant, if the components relate to different degrees of disease severity or clinical importance. For example, if all cause mortality is a component, a separate analysis of all cause mortality should be provided to ensure that there is no adverse effect on this endpoint. Since there is no general agreement how much less then statistical significance in the wrong direction will generate suspicion of an adverse effect, a

©EMEA 2002

CONFIDENTIAL
AZSER12779176

BEST COPY AVAILABLE

way to create confidence in support of 'no adverse effect', once the data is observed, is to address this issue at the planning stage. For example, the study plan could address the size of the risk of an adverse effect on the more serious components that can be excluded (assuming no treatment difference under the null hypothesis) with a sufficiently high probability, given the planned sample size, and the study report should contain the respective comparative estimates and confidence intervals.

### 6.4 Any effect of the treatment on one of the components that is to be reflected in the indication should be clearly supported by the data.

An important issue for consideration is the claim that can legitimately be made based on a successful primary analysis of a composite endpoint. Difficulties arise if the claims do not properly reflect the fact that a composite endpoint was used, e.g. if a claim is made that explicitly involves a component with the low occurrence. For example, if the composite outcome is 'death or liver transplantation' and there are only a few deaths, a claim 'to reduce mortality and the necessity for liver transplantation' would not be satisfactory, because in this context the effect on mortality will have a weak basis. This does not mean that one should drop the component 'death' from the composite outcome, because the outcome 'liver transplantation' would be incomplete without simultaneously considering all disease related outcomes that are at least as serious as 'liver transplantation'. However, it does mean that different wording should be adopted for the indication, avoiding the implication of an effect on mortality.


## 7. CONCLUSION

In clinical studies it is often necessary to answer more than one question about the efficacy (or safety) of one or more treatments in a specific disease, because the success of a drug development program may depend on a positive answer to more than a single question. It is well known that the chance of a spurious positive chance finding increases with the number of questions posed, if no actions are taken to protect against the inflation of false positive findings from multiple statistical tests. In this context, concern is focused on the opportunity to choose favourable results from multiple analyses. It is therefore necessary that the statistical procedures planned to deal with, or to avoid, multiplicity are fully detailed in the study protocol or in the statistical analysis plan to allow an assessment of their suitability and appropriateness.

Various different methods have been developed to control the rate of false positive findings. Not all of these methods, however, are equally successful at providing clinically interpretable results and this aspect of the procedure should always be considered. Since estimation of treatment effects is usually an important issue, the availability of confidence intervals connected with a particular procedure may be a criterion for its selection.

Additional claims on statistically significant and clinically relevant findings based on secondary variables or on subgroups are possible only after the primary objective of the clinical trial has been achieved, and if the respective questions were pre-specified, and were part of an appropriately planned statistical analysis strategy.

©EMEA 2002

CONFIDENTIAL
AZSER12779177

# Typical and Atypical Antipsychotics in Bipolar Depression

Keming Gao, M.D., Ph.D.; Prashant Gajwani, M.D.;
Omar Elhaj, M.D.; and Joseph R. Calabrese, M.D.

Received Sept. 27, 2004; accepted April 13, 2005. From the Department of Psychiatry, University Hospitals of Cleveland, Case Western Reserve University, School of Medicine, Cleveland, Ohio.

Support for this article included grant P20 MH-66054 from the National Institute of Mental Health (Dr. Calabrese).

Dr. Gajwani has served on the speakers bureau for Bristol-Myers Squibb, Pfizer, Wyeth, and Forest. Dr. Elhaj has been a consultant for, has received honoraria from, and has served on the speakers or advisory board for AstraZeneca. Dr. Calabrese has received grant support and honoraria from Abbott, AstraZeneca, Bristol-Myers Squibb, GlaxoSmithKline, Eli Lilly, Pfizer, and Janssen; has received funding from Merck; and has had consulting agreements and/or has served on advisory boards for Abbott, AstraZeneca, Bristol-Myers Squibb/Otsuka, Eli Lilly, GlaxoSmithKline, Janssen, and Teva. Dr. Gao reports no other financial affiliation or relationship relevant to the subject of this article.

Corresponding author and reprints: Keming Gao, M.D., Ph.D., Mood Disorders Program, 11400 Euclid Avenue, Suite #200, Cleveland, OH 44106 (e-mail: keming.gao@uhhs.com).

**Background:** Symptomatic bipolar patients experience more depressive than manic symptoms, but fewer studies have been designed for bipolar depression than for bipolar mania. Since the antipsychotic agents have been shown to diminish depressive symptoms during the treatment of mania, atypical agents are now being studied for use in bipolar depression.

**Data Sources:** English-language articles published from 1980 through July 2004 and cited in MEDLINE were searched using the keywords *antipsychotics, typical antipsychotics, atypical antipsychotics, bipolar depression, bipolar disorder, manic-depressive illness, placebo,* and *clinical trial.* The generic and brand names of individual antipsychotics were also entered as keywords. Peer-reviewed abstracts of placebo-controlled studies assessing acute or long-term efficacy in bipolar depression presented at major scientific meetings were also reviewed.

**Study Selection:** Use of a depression rating scale was required for inclusion of studies of the atypical antipsychotic agents in our analysis.

**Data Synthesis:** Twenty-one randomized trials and 13 nonrandomized prospective trials were identified. In the only 2 acute, double-blind, placebo-controlled studies of antipsychotics in bipolar depression, the effect size of olanzapine was small (0.32) compared with the effect sizes of quetiapine (0.91–1.09, depending on dose). The effect size in acute mania of olanzapine at week 4 and quetiapine at week 3 was 0.50 and 0.39, respectively. Both olanzapine and quetiapine have been shown to be superior to placebo in the acute treatment of bipolar I depression. In addition, olanzapine has been shown to be more effective than placebo in delaying relapse into bipolar depression. With the exception of a 6-month perphenazine study, there are no other randomized studies of typical antipsychotics that support the conclusion that this class of medication worsens bipolar depression.

**Conclusion:** Emerging data suggest that the atypical antipsychotic agents have a role in the acute and long-term treatment of bipolar depression. No convincing data support the impression that the typical antipsychotic agents worsen bipolar depression.

*(J Clin Psychiatry 2005;66:1376–1385)*

Among psychiatric illnesses, bipolar disorder is second only to unipolar depression as a cause of global disability.[1] Symptomatic patients with bipolar I disorder experience depressive symptoms 3 to 4 times more frequently than manic symptoms,[2,3] and symptomatic patients with bipolar II disorder experience approximately 39 times more depressive symptoms than hypomanic symptoms.[4] Recently, the impact of depressive versus manic symptoms in 593 subjects screening positive for bipolar disorder was assessed. Work, social life, and family life ranged from being moderately impaired to extremely impaired, significantly more from depressive than manic symptoms.[5] Significant psychosocial impairment during illness-free intervals has been reported,[6] and this impairment is more strongly predicted by the number of past depressive episodes than past manic episodes.[7] A review of 29 studies involving 9389 patients concluded that the weighted-mean lifetime rate of suicide in bipolar disorder was 18.9%.[8] Harris and Barraclough[9] reported on 14 published articles from 7 countries involving a population of 3700 patients with bipolar disorder between 1900 and 1985 and noted 15-fold increased risk of suicide compared to the expected rate of suicide in the general population. In a consecutive series of 129 hospitalized bipolar patients, Dilsaver et al.[10] reported that the relative risk of suicidality among patients with bipolar depression and among patients with pure mania was 79.3% and 2.3%, respectively.

It is evident that bipolar depression causes more morbidity and mortality than mania. However, the options for the treatment of bipolar depression are much more limited compared with those for mania. Although lithium and la-

CONFIDENTIAL
AZSER12779178

Gao et al.

motrigine have been recommended as initial treatments for bipolar I depression,[11,12] a substantial proportion of bipolar patients either do not respond to lithium completely or cannot tolerate its side effects.[13,14] The efficacy of lamotrigine in the acute or maintenance treatment of bipolar depression has been demonstrated by randomized, double-blind, placebo-controlled studies,[15–19] but some patients eventually relapsed into mania or depression. Therefore, the treatment of bipolar depression presents a major unmet medical need.

The efficacy of typical and atypical antipsychotics in the acute treatment of mania has been well established.[20–34] It was also found that secondary symptoms of depression during mania were reduced by both classes of antipsychotics.[27,35–44] Because of these findings, investigators have begun to systematically evaluate the role of the atypical antipsychotics in the acute and long-term treatment of depressive episodes in bipolar I disorder.[45–48] In addition, the typical antipsychotics continue to be used in the acute and long-term management of mania, and as a result, their impact on depressive symptoms remains a relevant consideration.[49,50] With the increased interest in antipsychotics in the treatment of different phases of bipolar disorder, there exists a need for a review article that summarizes and critically evaluates the role of the antipsychotic agents in bipolar depression.

## METHOD

English-language articles published from 1980 through July 2004 and cited in MEDLINE were searched using the keyword combination of *antipsychotics, typical antipsychotics, atypical antipsychotics, bipolar depression, bipolar disorder, manic-depressive illness, placebo,* and *clinical trial.* The following generic and brand names of antipsychotics were also entered as keywords: fluphenazine (Prolixin), haloperidol (Haldol), perphenazine (Trilafon), pimozide, thiothixene (Navane), trifluoperazine (Stelazine), loxapine (Loxitane), molindone (Moban), chlorpromazine (Thorazine), mesoridazine, thioridazine (Mellaril), fluspirilene, penfluridol, pipothiazine, flupenthixol, clozapine (Clozaril), olanzapine (Zyprexa), risperidone (Risperdal), quetiapine (Seroquel), ziprasidone (Geodon), and aripiprazole (Abilify). Clinical trials of atypical antipsychotics that used a depression rating scale (the Hamilton Rating Scale for Depression [HAM-D] or the Montgomery-Asberg Depression Rating Scale [MADRS]) were selected for our analysis. Peer-reviewed abstracts of placebo-controlled studies assessing acute or long-term efficacy in bipolar depression presented at major scientific meetings were also reviewed. Owing to limitations of space, case reports and retrospective studies were excluded, as well as studies enrolling children and adolescents.

## RESULTS

This search uncovered 21 randomized studies* and 13 nonrandomized studies of antipsychotics in bipolar disorder [35,37–42,59–64] (Tables 1–3). Only 2 acute, double-blind, placebo-controlled studies have been conducted in bipolar depression.[45,46]

### Atypical Antipsychotic Agents

*Randomized acute studies.* In order to meet an unmet need, 2 large-scale studies with atypical antipsychotic agents were conducted in bipolar depression.[45,46] The first study was published by Tohen and colleagues in 2003[45] and compared the efficacy of olanzapine and the olanzapine-fluoxetine combination (OFC) with placebo in the treatment of bipolar I depression. A total of 833 patients with moderately severe bipolar I depression were randomly assigned to receive placebo (N = 377), olanzapine (N = 370), or OFC (N = 86) for 8 weeks. In a mixed-effects model repeated-measures (MMRM) analysis, olanzapine monotherapy and OFC exhibited significant improvement in MADRS scores compared with placebo as early as at the end of week 1. The OFC arm was significantly more efficacious than placebo as well as olanzapine monotherapy. MADRS individual item analyses indicated that both olanzapine monotherapy and OFC exhibited significant improvement in vegetative symptoms such as reduced sleep and appetite, but only OFC improved the core mood items, such as apparent sadness, reported sadness, lassitude, inability to feel, and pessimistic thoughts. Neither arm separated from placebo on the suicide item. The response rates (≥ 50% improvement from baseline) and the remission rates (≤ 12 on the MADRS) were also supportive of the superiority of OFC over olanzapine and placebo. The effect size of olanzapine monotherapy for depression was small (0.32). However, the effect size in acute mania (0.5)[27] and that of OFC for depression (0.68) were moderate.[65] In the post hoc analysis of a subgroup of patients with rapid cycling (N = 315),[66] olanzapine was superior to placebo only at the end of week 1. OFC, however, was superior to placebo during the entire 8-week study period.

Several aspects of this study's design were innovative: (1) this study was the first to limit enrollment to a prospectively defined cohort of patients with bipolar I depression; (2) the efficacy analysis employed in the study was MMRM analyses, which has been described as being more suitable for acute studies encumbered by premature study discontinuations[67]; (3) this acute study of bipolar I depression was the first to include patients with a recent history of rapid cycling. The study also had 2 limitations: (1) the rates of premature discontinuation were high (rates for olanzapine, OFC, and placebo were 51.6%, 36%, and

---

*References 26–29, 33, 34, 36, 43–48, 51–58.

CONFIDENTIAL
AZSER12779179

**Table 1. Randomized, Double-Blind, Placebo-Controlled Trials of Antipsychotics Related to Bipolar Depression**

| Study | Mood State | Study Design | Treatment Arms | Duration, wk | Outcome[a] |
|---|---|---|---|---|---|
| **Olanzapine** | | | | | |
| Tohen et al[45] | Bipolar I depression | Acute monotherapy or OFC | Olan 9.7 mg/d (N = 370), Olan 7.4 + Flu 39.3 mg/d (N = 86), PBO (N = 377) | 8 | Olan or OFC vs PBO, p < .001; Olan vs OFC, p < .01 |
| Tohen et al[47] | Bipolar I mania, remission on Olan | Acute open, then maintenance monotherapy | Olan 12.5 mg/d (N = 225), PBO (N = 136) | 6–12, plus 48 | Olan vs PBO, p < .001, longer time to relapse into any mood, mania, or depression; fewer patients relapsed into any mood or mania; p = .046, fewer patients relapsed into syndromic depression |
| Tohen et al[48] | Bipolar I mania | Acute open, then maintenance add-on to MS | Olan 8.6 mg/d (N = 51), PBO (N = 48) | 6, plus 78 | Olan vs PBO, p = .023, longer time to symptomatic relapse into any mood; p = NS for time to syndromic relapse into mania or depression and for rates of relapse into mania or depression |
| Tohen et al[26] | Bipolar I mania | Acute monotherapy | Olan 14.9 mg/d (N = 70), PBO (N = 69) | 3 | Olan vs PBO, p = NS |
| Tohen et al[27] | Bipolar I mania | Acute monotherapy | Olan 16.4 mg/d (N = 55), PBO (N = 60) | 4 | Olan vs PBO, p = NS; Sub: Olan vs PBO, p < .05 |
| Tohen et al[43] | Bipolar I mania, inadequate response to MS for >2 weeks | Acute, add-on | Olan 10.4 mg/d (N = 229), PBO (N = 115), Li (N = 115), Val (N = 218) | 6 | Olan vs PBO, p < .001; patients in mixed state had greater reduction |
| Baker et al[36] | Bipolar I mania | Post hoc analysis, monotherapy | Olan 5–20 mg/d (N = 124), PBO (N = 122) | 3 | Dysphoric group: Olan vs PBO, p = .038 |
| Sanger et al[34] | Bipolar I mania, rapid cycling | Second analysis, monotherapy | Olan 5–20 mg/d (N = 19), PBO (N = 26) | 3 | Olan vs PBO, p = NS |
| **Quetiapine** | | | | | |
| Calabrese et al[46] | Bipolar I depression, bipolar II depression | Acute monotherapy | Quet 600 mg/d (N = 180), Quet 300 mg/d (N = 181), PBO (N = 181) | 8 | Quet vs PBO, p < .001 |
| Sachs et al[34] | Bipolar I mania, Val or Li at least 7 d | Acute, add-on to MS | Quet 504 mg/d (N = 81), PBO (N = 89), Li (N = 77), Val (N = 113) | 3 | Quet vs PBO, p = NS |
| **Flupenthixol** | | | | | |
| Esparon et al[52] | Manic-depressive, frequent relapses on Li | Maintenance, crossover, add-on to Li | Flup 20 mg IM q4 wk (N = 11), PBO (N = 11) | 52 and 52 | Flup vs PBO, p = NS for time spent in hospital; p < .05; PBO better on AMI |
| **Perphenazine** | | | | | |
| Zarate and Tohen[53] | Bipolar I mania | Acute open, then maintenance add-on to MS | Per 4–64 mg/d (N = 19), PBO (N = 18) | 10, plus 26 | Per vs PBO, p < .03, shorter time to relapse into depression, shorter time to discontinuation |
| **Risperidone** | | | | | |
| Yatham et al[29] | Bipolar I mania | Acute, add-on to MS | Risp 4.0 mg/d (N = 75), PBO (N = 15), Li (N = 86), Val (N = 38), Car (N = 26) | 3 | Risp vs PBO, p = NS, Risp or PBO vs BA, p = NS |
| Hirschfeld et al[33] | Bipolar I mania | Acute monotherapy | Risp 4.1 mg/d (N = 127), PBO (N = 119) | 3 | Wk 1 only: Risp vs PBO, p < .01 |

[a]Outcome measured with Hamilton Rating Scale for Depression (HAM-D) or Montgomery-Asberg Depression Rating Scale (MADRS).
Abbreviations: AMI = Affective Morbidity Index, BA = baseline, Car = carbamazepine, Flu = fluoxetine, Flup = flupenthixol, IM = intramuscularly, Li = lithium, MS = mood stabilizer; NS = not significant, Olan = olanzapine, OFC = olanzapine-fluoxetine combination, PBO = placebo, Per = perphenazine, Quet = quetiapine, Risp = risperidone, Sub = subgroup, Val = valproate or divalproex.

CONFIDENTIAL
AZSER12779180

Gao et al.

Table 2. Randomized, Non–Placebo-Controlled Trials of Antipsychotics Related to Bipolar Depression

| Study | Mood State | Study Design | Treatment Arms | Duration, wk | Outcome[a] |
|---|---|---|---|---|---|
| Flupenthixol | | | | | |
| Ahlfors et al[51] | Group I: bipolar or unipolar recurrent manic-depressive, any index state | Open-label, Flup vs Li | Flup 10–40 mg IM q 2–4 wk (N = 19), Li 0.8–1.0 mmol/L (N = 14) | 78 | No effect on depression |
| | Group II: bipolar or unipolar recurrent manic-depressive, intolerant or unresponsive to Li; any index state | Open-label, nonrandomized monotherapy maintenance | Flup 10–40 mg IM q 2–4 wk (N = 93) | 78 | Prior (2 years) vs post Flup (2 years): During Flup treatment: p < .01, less frequent in mania; p < .05, less time spent in mania; p < .05, more frequent in depression; p < .05, more time spent in depression |
| | | | | | Subgroup analysis: no previous Li exposure group: p = NS, frequency in depression, time spent in depression. Previous Li exposure group: p < .05, more frequent in depression; p < .01, more time spent in depression |
| Clozapine | | | | | |
| Suppes et al[53] | Schizoaffective (N = 12), bipolar I (N = 26); history of mania TR to MS, any index state | Open-label, add-on to TAU | Cloz 355 (range, 50–900) mg/d (N = 19), TAU (N = 19) | 52 1/7 | Cloz vs TAU, p = .06 |
| Olanzapine | | | | | |
| Tohen et al[38] | Bipolar I mania | Double-blind, Olan vs Val | Olan 17.4 mg/d (N = 125), Val 1401.2 mg/d (N = 123) | 3 | Olan vs Val, p = NS |
| Zajecka et al[56] | Bipolar I mania | Double-blind, Olan vs Val | Olan 14.7 mg/d (N = 57), Val 2115 mg/d (N = 63) | 12 | Olan vs Val, p = NS |
| Tohen et al[57] | Bipolar I mania | Double-blind, Olan vs Val | Olan 16.2 mg/d (N = 125), Val 1584.7 mg/d (N = 126) | 47 | Olan vs Val, p = NS |
| Tohen et al[44] | Bipolar I mania | Double-blind, Olan vs Hal | Olan 5–20 mg/d (N = 234), Hal 3–15 mg/d (N = 234) | 12 | Olan vs Hal. p = NS |
| Quetiapine | | | | | |
| Altamura et al[58] | Bipolar I, II disorder, partial or full remission | Open-label, Quet vs MS | Quet 157 mg/d (N = 14), Val 496 mg/d (N = 8), Li 675 mg/d (N = 4), Gaba 300 mg/d (N = 1) | 52 | Quet vs MS, p = NS |

[a]Outcome measured with Hamilton Rating Scale for Depression (HAM-D) or Montgomery-Asberg Depression Rating Scale (MADRS).
Abbreviations: Cloz = clozapine, Flup = flupenthixol, Gaba = gabapentin, Hal = haloperidol, IM = intramuscularly, Li = lithium, MS = mood stabilizer, NS = not significant, Olan = olanzapine, Quet = quetiapine, TAU = treatment as usual, TR = treatment-resistant, Val = valproate or divalproex.

61.5%, respectively); and (2) there was no fluoxetine monotherapy comparison arm because of concerns regarding possible induction of mania.

Recently, Calabrese et al.[46] carried out a study of quetiapine monotherapy for the treatment of bipolar depression. In this study, 542 outpatients with bipolar I (N = 360) or II (N = 182) disorder experiencing a major depressive episode were randomly assigned to receive 8 weeks' quetiapine monotherapy (300 or 600 mg/day) or placebo. The completion rates for the quetiapine 600 mg/day, quetiapine 300 mg/day, and placebo groups were 54%, 68%, and 59%, respectively, with no significant difference among them. In the intent-to-treat and last-observation-carried-forward or MMRM analysis, quetiapine 600 mg/day or 300 mg/day demonstrated significantly greater improvement in MADRS scores compared with placebo as early as at the end of week 1; these improvements were similar to those seen with olanzapine and OFC. There was no signifi-

cant difference between the 2 active arms in the total MADRS score changes during the entire study period. Apparent sadness and reported sadness were among the significantly improved MADRS items in addition to suicidal thoughts. Comparable response (58%) and remission (53%) rates for both active arms were observed, which were significantly higher than the rates with placebo. The effect size was large for the quetiapine 600 mg/day arm (0.81) and moderate in size for the 300 mg/day arm (0.67). In the subgroup analysis, the effect sizes reported in the bipolar I subgroup continued to be large for quetiapine 600 mg/day (1.09) and became large for quetiapine 300 mg/day (0.91). However, the effect sizes were much smaller in the bipolar II subgroup, 0.39 for quetiapine 600 mg/day and 0.28 for quetiapine 300 mg/day. In contrast to the limited efficacy of olanzapine in the subgroup of patients with rapid cycling described above, quetiapine was efficacious in both patients with and patients without rapid cycling.

1379

72

CONFIDENTIAL
AZSER12779181

Table 3. Nonrandomized, Prospective Trials of Antipsychotics Related to Bipolar Depression

| Study | Mood State | Study Design | Treatment Arms | Duration, wk | Outcome[a] |
|---|---|---|---|---|---|
| **Olanzapine** | | | | | |
| Sanger et al[39] | Bipolar I mania | Open-label following 3 wk double-blind, PBO-controlled phase | Olan 13.9 mg/d (N = 113) + Li 786 mg/d (N = 36) or + Flu 13.5 mg/d (N = 37) | 49 | BA vs EN, p < .001 |
| Gonzalez-Pinto et al[38] | Bipolar I disorder, rapid cycling, MS for at least 1 year | Open-label, add-on to MS | Olan 16.15 mg/d (N = 13) | 4 | BA vs EN, p < .001 |
| Janenawasin et al[35] | Bipolar I (N = 14), bipolar II (N = 10), bipolar NOS (N = 1); any index episode | Open-label, add-on to MS or monotherapy | Olan 7.8 mg/d (N = 25): monotherapy (N = 10), cotherapy (N = 15) | 9 | BA vs EN, p < .01 |
| **Quetiapine** | | | | | |
| Brown et al[42] | Bipolar I, II; cocaine dependence; any index episode | Open-label, add-on to ongoing treatment | Quet 229.4 mg/d (N = 17) | 12 | BA vs EN, p = .001 |
| Vieta et al[59] | Bipolar with rapid cycling, any index episode | Open-label, add-on to ongoing treatment | Quet 720 mg/d (N = 14); wk 12 360 mg/d | 17 4/7 | BA vs average, p = NS |
| **Risperidone** | | | | | |
| Vieta et al[37] | Schizoaffective, bipolar I, bipolar II, bipolar NOS | Open-label, monotherapy or add-on to MS | Risp 4.0 mg/d (N = 541); Risp at 6 mo 3.9 mg/d (N = 430) | 26 | BA vs EN, p < .0001 |
| Vieta et al[41] | Bipolar II hypomania | Open-label, monotherapy or add-on to MS | Risp 2.8 mg/d (N = 44) | 26 | BA vs EN, p < .0001 |
| Vieta et al[40] | Bipolar I and II mania or hypomania | Open-label, add-on to MS or monotherapy | Risp 4.5–5.1 mg/d (N = 151) | 6 | BA vs EN, p < .0001 |
| Vieta et al[60] | Bipolar I mania | Open-label, Risp and Top | Risp 2.7–5.6 mg/d (N = 58), Top 236.3 mg/d (N = 58) | 52 | BA vs wk 2 onward, p < .05 |
| Yatham et al[61] | Bipolar I mania | Open-label, add-on to MS | Risp 0.5–4 mg/d (N = 108) | 12 | BA vs wk 3 or wk 12, p < .0001 |
| Vieta et al[62] | Bipolar I mania | Open-label, monotherapy | Risp 4.2 mg/d (N = 96) | 26 | BA vs all study period, p < .0001 |
| Yatham et al[63] | Bipolar I mania | Open-label, add-on to Li or Val | Risp 0.5–6 mg/d (N = 79), Li (N = 33), Val (N = 46) | 12 | BA vs wk 12, p < .05; Li vs Val, p = NS |
| Bowden et al[64] | Bipolar I mania | Open-label, add-on to MS following 3-wk double-blind, PBO-controlled phase | Risp 3.1 mg/d (N = 85) | 10 | BA vs wk 1 or 10, p < .05 |

[a]Outcome measured with Hamilton Rating Scale for Depression (HAM-D) or Montgomery-Asberg Depression Rating Scale (MADRS).
Abbreviations: BA = baseline, EN = endpoint, Flu = fluoxetine, Li = lithium, MS = mood stabilizer, NOS = not otherwise specified, NS = not significant, Olan = olanzapine, PBO = placebo, Risp = risperidone, Quet = quetiapine, Top = topiramate, Val = valproate or divalproex.

Several aspects of this study's design were innovative: (1) inclusion of bipolar II depressed patients into a large-scale study was novel, enhances the generalizability of the findings, and represents the first time any antipsychotic agent has been concurrently studied in patients with bipolar I or II depression; (2) this study also included health-related quality of life and sleep quality measures; and (3) using effect size determinations gives clinicians useful information that goes beyond the simple reporting of significant differences. The study also had limitations: (1) the number of enrolled patients with bipolar II disorder (N = 182) may not have been sufficient to draw firm conclusions regarding efficacy in this subgroup; (2) the moderate rates of sedation or somnolence in both quetiapine groups might have had the potential of compromising the integrity of the double-blind design; and (3) the doses of quetiapine might have been too high because

there were few significant differences in efficacy between the quetiapine 600 mg/day and 300 mg/day groups.

*Maintenance studies.* The incomplete prophylactic effect of the currently available agents for bipolar disorder has turned investigators' focus onto atypical antipsychotics. Tohen et al.[47] carried out a double-blind, randomized, placebo-controlled, 12-month study of olanzapine maintenance in bipolar disorder. Of the 731 patients entering the open-label olanzapine treatment, 361 (49.4%) met criteria for symptomatic remission of mania (Young Mania Rating Scale [YMRS] score ≤ 12) and entered the double-blind maintenance period, at which time they were randomly assigned to receive either olanzapine (N = 225) or placebo (N = 136). A total of 66 patients completed the entire 48 weeks of double-blind treatment without relapsing, with significantly more olanzapine (23.6%) than placebo (9.6%) patients having their bipolar disorder remain

1380

73

CONFIDENTIAL
AZSER12779182

Gao et al.

in remission. The rate of discontinuation due to lack of efficacy was significantly lower in the olanzapine group (28.4%) than in the placebo group (57.4%). Meanwhile, the time to symptomatic relapse (YMRS score ≥ 15, 21-item HAM-D score ≥ 15, or hospitalization for manic, mixed, or depressed episode) and syndromic relapse (defined according to DSM-IV criteria) into any mood was significantly longer in patients treated with olanzapine compared with those treated with placebo. Concomitantly, the rates of symptomatic relapse into any mood, mania, or depression were significantly lower in olanzapine-treated patients. However, olanzapine prevented patients from relapse into mania more than into depression.

Several aspects of this study's design were innovative: (1) the study was the first to examine not only relapse into mania or depression, but also relapse into mixed episodes; (2) symptomatic relapse was also used as a primary measure of efficacy. The study also had limitations: (1) the completion rate was low; (2) the period that patients were required to remain in remission prior to randomization was relatively short (1 week minimum); and (3) there was no taper period for placebo patients as they entered the double-blind period, which might have placed this group at a disadvantage due to the possibility of withdrawal effects associated with abrupt discontinuation of olanzapine.

In contrast to monotherapy, olanzapine augmentation to mood stabilizer therapy did not yield robust results in the prevention of relapse of bipolar I disorder in an 18-month, double-blind study.[48] In that study, patients who were treated with lithium or valproate at a therapeutic blood level for at least 2 weeks and continued having persistent manic symptoms (YMRS score ≥ 16) received the addition of olanzapine. Those who had achieved syndromic remission with augmentation were randomly assigned to receive an additional 18 months of either combination therapy or mood stabilizer plus placebo. The completion rate with combination therapy (31%) was significantly higher than that with mood stabilizer plus placebo (10%), and patients with combination therapy also stayed in the study significantly longer than those with mood stabilizer plus placebo (111 vs. 82 days). Except for the significant prolongation to symptomatic relapse into any mood in the combination group (163 vs. 42 days), the prolongation of time to syndromic relapse into any mood and to symptomatic relapse into mania or depression was not significant. The decreased rates of neither syndromic nor symptomatic relapse into any mood episode, mania, or depression alone were significant. Interestingly, women and Caucasian patients receiving combination therapy had significantly longer time to symptomatic relapse than did patients receiving mood stabilizer plus placebo.

Not only has olanzapine monotherapy been compared with placebo, but, recently, a maintenance study was conducted that compared this compound with divalproex.[37]

This maintenance study was unable to show differences between these 2 compounds in time to relapse and the proportion of patients who relapsed.

In another long-term study of an atypical antipsychotic agent,[55] patients with treatment-refractory bipolar disorder were randomly assigned to either clozapine augmentation or treatment as usual. Compared with patients in the treatment as usual arm, clozapine-treated patients showed significant improvement in symptoms of mania, but not depression. This study was confounded with a small sample size (N = 19 for each group), different patient populations (schizoaffective and bipolar), different index episodes (manic, mixed, depressed), and the absence of a placebo arm (Table 2).

*Nonrandomized trials.* Most nonrandomized trials were open, prospective, and add-on studies (Table 3). Similar to findings with olanzapine and quetiapine, the efficacy of risperidone in the reduction of secondary depressive symptoms in patients with bipolar disorder was demonstrated.[40,41,60–64]

## Typical Antipsychotics

Although there is evidence to support the use of the typical antipsychotic agents in the treatment of mania,[20–23] the efficacy of these agents in the treatment of bipolar depression has not been established. On the contrary, Kukopulos and colleagues[68] proposed that typical antipsychotic agents were "depressogenic" on the basis of their longitudinal observation of bipolar disorder. They found that patients who continued taking neuroleptics after resolution of mania had deeper and longer depression, and when neuroleptics were suspended, the depression was much attenuated or ended. However, the extent to which these agents cause or worsen the symptoms of depression is still unclear.[51–53]

In 1981, Scandinavian investigators[51] evaluated the spectrum of prophylactic efficacy of flupenthixol decanoate administered to a cohort of 93 manic-depressive patients believed to be intolerant or nonresponsive to lithium. These investigators reported significant increases in the frequency of depressive episodes and the percentage of time spent depressed concurrent with decreases in the frequency of manic episodes and the percentage of time spent manic during this 18-month open-label trial. Rather than concluding that flupenthixol was "depressogenic," Ahlfors and colleagues[51] reasoned this untoward consequence was from the withdrawal of treatment of lithium because only patients who took lithium prior to the study presented with more depressive episodes. To further evaluate the putative "depressogenic" properties of flupenthixol, British investigators[52] conducted a small double-blind, randomized, add-on, crossover trial lasting 1 year in 11 patients with bipolar disorder. Partial responders to lithium were randomly assigned to either flupenthixol decanoate augmentation or placebo for 1 year, and then crossed over to the

CONFIDENTIAL
AZSER12779183

other arm for another year. With 1 exception, there were no significant differences on measures of clinical outcome. According to an affective morbidity index, patients did significantly better (p < .05) during the augmentation with placebo than during the augmentation with flupenthixol. Until recently, these 2 preliminary trials of flupenthixol decanoate and 2 other reports[68,69] represented the extent of the early data that support the impression that the typical antipsychotic agents cause or worsen the symptoms of depression when used in the treatment of bipolar disorder.

More recently, Zarate and Tohen[53] have evaluated the extent to which the typical antipsychotic agents cause or worsen the symptoms of depression in bipolar disorder in a study of perphenazine. This double-blind study compared the continued use of perphenazine versus its discontinuation in recently manic patients. Thirty-seven patients were randomly assigned to 6 months of double-blind treatment of mood stabilizer plus perphenazine continuation treatment versus mood stabilizer plus placebo (perphenazine discontinuation group) following remission of mania. Patients given placebo were significantly more likely than those given perphenazine to complete the study and to have longer times to discontinuation (163 vs. 130 days). Patients given perphenazine were significantly more likely to discontinue the study due to relapse into depression, to have shorter times to relapse into depression, and to discontinue the study for any reason. This study was well designed, but was confounded with a small sample size (N = 19 for perphenazine, N = 18 for placebo) (Table 1).

Besides these long-term studies of the impact of typical antipsychotics in bipolar disorder, a 12-week head-to-head comparison of olanzapine versus haloperidol has been carried out.[44] In that study, both agents were equally effective in the acute treatment of mania and depressive symptoms. However, a subset of patients (N = 34) who were not clinically depressed at study entry became depressed at some points during the study. In this subgroup, haloperidol-treated patients (22/131) switched to depression significantly earlier than olanzapine-treated patients (12/128), but the incidence of switch was not significantly different between the 2 groups. Without a placebo arm, it is difficult to determine whether the switch to depression was due to "depressogenic" properties of antipsychotics or insufficient prevention of depressive relapse.

## DISCUSSION

To our knowledge, the present article represents the first systematic review of the efficacy data regarding the role of the typical and atypical antipsychotic agents in the treatment of bipolar depression. In an attempt to inform the medical management of the depressed phase of bipolar disorder, we have integrated the available data from MEDLINE and major scientific meetings.

The 2 double-blind, randomized, placebo-controlled studies designed for the acute treatment of bipolar depression provide reasonable evidence that olanzapine and quetiapine are effective in the acute treatment of bipolar I depression.[45,46] Data from the olanzapine maintenance studies[47,48] and other open-label, prospective long-term studies[57,58,60,62] suggest that atypical antipsychotic agents may also have a role in the maintenance treatment of bipolar depression. Good-quality data for typical antipsychotics in bipolar depression are limited.

Investigators are now commonly using effect size determinations (improvement over placebo divided by pooled standard deviation) to gauge the magnitude of a drug's acute clinical effect. This statistical construct gives clinicians an appreciation for the degree to which significant separation from placebo is clinically relevant. Effect sizes of 0.2 to 0.49 are viewed as being small, 0.5 to 0.79 as moderate, and ≥ 0.8 as large.[65]

Olanzapine monotherapy had different effect sizes in depression and mania, small (0.32) for depression versus moderate (0.5) for mania.[27,45] The cause for this difference is unclear. One possibility is the dose differences: a relatively low dose (mean modal dose 9.7 mg/day) in the depression study compared with that in a study of acute mania (mean modal dose 14.9 mg/day).[26] It would be interesting to know whether a higher dose of olanzapine can increase the effect size, or whether olanzapine must be used with fluoxetine to yield a larger effect size in depression. Unlike with olanzapine, the effect size of quetiapine in the treatment of acute depression was larger than its effect size in the acute treatment of mania. At a comparable drug dose (= 600 mg/day), the effect size of quetiapine was large (1.09) for depression at the end of week 8 and small (0.49) for mania at the end of week 12.[46,70]

Compared with the effect size of olanzapine in bipolar I depression, that of quetiapine was much larger, 1.09 for quetiapine 600 mg/day and 0.91 for quetiapine 300 mg/day. However, quetiapine had much smaller effect sizes in bipolar II patients, suggesting that quetiapine is less effective for treating bipolar II depression. It is unclear whether the difference between olanzapine and quetiapine in bipolar I depression is due to their pharmacologic differences or due to study designs. The baseline MADRS scores in both studies were similar, but the olanzapine study included inpatients and also had more patients with rapid cycling than the quetiapine study. In contrast to a large difference in effect size in depression between olanzapine and quetiapine, the difference in the effect sizes for both agents in mania was relatively small (0.5 for olanzapine at the end of week 4 versus 0.39 for quetiapine at the end of week 3).[27,70] The importance of this differentiation is unclear.

Like atypical antipsychotics, typical agents may also have an acute antidepressant effect on secondary depressive symptoms in mania.[44] This acute effect of both

CONFIDENTIAL
AZSER12779184

Gao et al.

classes is more likely dependent on the severity of the baseline depressive symptoms. For example, in a whole sample analysis, olanzapine had no significant effect on depressive symptoms of patients with mania, but olanzapine significantly reduced depressive symptoms in a subgroup of patients with mixed features.[27] It is suggested that antipsychotics are effective in reducing both manic and depressive symptoms of patients in a mixed manic (dysphoric) state. Similar to olanzapine and quetiapine, risperidone could reduce secondary depressive symptoms in dysphoric mania, suggesting it may also be effective in the acute treatment of bipolar depression.

So far, the good-quality maintenance data for atypical antipsychotics are limited to olanzapine.[47,48] Similar to the acute treatment of mania and depression, olanzapine was more than twice as effective in the prevention of relapse into mania as it was in the prevention of relapse into depression, suggesting that olanzapine works more like lithium than lamotrigine in the treatment of bipolar disorder.[18,19] The results from the open-label, prospective, long-term studies of risperidone and quetiapine in the prevention of relapse appear promising, but randomized, double-blind, placebo-controlled trials are warranted. Olanzapine did not show significant advantage in treating acute mania or preventing relapse over divalproex.[28,56,57] Serious consideration of the short- and long-term safety and tolerability of atypical antipsychotics and mood stabilizers should be taken into account. Comparing the results of olanzapine and clozapine augmentation to mood stabilizer treatment[48,55] with olanzapine monotherapy[47] suggests that patients whose illness is resistant to treatment with a mood stabilizer alone are also less responsive to antipsychotic augmentation treatment.

In contrast to the evidence of the efficacy of atypical antipsychotics in the acute treatment of bipolar depression and prevention of relapse, the role of typical antipsychotics in these 2 phases of bipolar disorder is still unclear. The available evidence regarding the use of the typical antipsychotics in the treatment of bipolar disorder does not support the conclusion that this class of medication is "depressogenic." A randomized, placebo-controlled trial in bipolar depression that compares the safety and efficacy of atypical versus typical antipsychotic agents is needed for this controversial matter.

A detailed discussion of the mechanism of antidepressant effect of antipsychotics is beyond the scope of this review. However, a brief discussion may help explain the efficacy differences among the antipsychotic agents. There is evidence that dopamine and dopamine $D_2$ blockade have opposite roles in the treatment of bipolar disorder. Pramipexole, a dopamine agonist, and bupropion, a weak dopamine reuptake inhibitor, could improve depressive symptoms in patients with bipolar disorder.[71–73] However, the antimanic effect of antipsychotic agents was believed to be through the blockade of dopamine receptors,

especially $D_2$ receptors.[20,74] Although the exact mechanism of dopamine in mania and depression is unclear, it is logical to think that dopamine plays an important role in the improvement in depressive symptoms of bipolar patients and that its release caused by antipsychotic agents[75–78] may, at least in part, be responsible. The efficacy of each antipsychotic agent in the treatment of bipolar mania or depression may depend on the balance of neurotransmitters released, including dopamine, and receptor blockade, including $D_2$ receptors, in the different parts of the brain.

## Limitations

This review is limited by the parameters of the computer search, which included English-language articles published from 1980 to July 2004 reporting clinical trials that utilized the HAM-D and the MADRS and primarily featured randomized controlled trials. Another factor that complicates our interpretation of the acute bipolar depression trial data revolves around the use of therapeutic effect size determinations across differently designed studies. Although one can use the construct of effect size in an attempt to quantify the magnitude of the acute clinical effect between different studies, this type of analysis does not take into account different designs (e.g., inclusion and exclusion criteria, sample sizes) and different methods of efficacy analyses (last observation carried forward, MMRM).

## CONCLUSION

Emerging data suggest that the class of atypical antipsychotic agents has a role in the acute and long-term treatment of bipolar depression. However, the relative efficacy of individual agents may be different. There are no acute data in the published literature to support the impression that the typical antipsychotics worsen symptom severity in bipolar depression; however, their long-term use should be carefully monitored for side effects associated with $D_2$ receptor blockade.

*Drug names:* aripiprazole (Abilify), bupropion (Wellbutrin and others), chlorpromazine (Thorazine, Sonazine, and others), clozapine (Clozaril, FazaClo, and others), divalproex sodium (Depakote), fluoxetine (Prozac and others), fluphenazine (Prolixin and others), haloperidol (Haldol and others), lamotrigine (Lamictal), lithium (Lithobid, Eskalith, and others), loxapine (Loxitane and others), molindone (Moban), olanzapine (Zyprexa), olanzapine-fluoxetine combination (Symbyax), perphenazine (Trilafon and others), pimozide (Orap), pramipexole (Mirapex), quetiapine (Seroquel), risperidone (Risperdal), thiothixene (Navane and others), trifluoperazine (Stelazine and others), ziprasidone (Geodon).

## REFERENCES

1. Murray CJ, Lopez AD. Global mortality, disability and the contribution of risk factors: Global Burden of Disease Study. Lancet 1997;349: 1436–1442
2. Judd LL, Akiskal HS, Schettler PJ, et al. The long-term natural history of

CONFIDENTIAL
AZSER12779185

Antipsychotics in Bipolar Depression

the weekly symptomatic status of bipolar I disorder. Arch Gen Psychiatry 2002;59:530–537

3. Post RM, Denicoff KD, Leverich GS, et al. Morbidity in 258 bipolar outpatients followed for 1 year with daily prospective ratings on the NIMH life chart method. J Clin Psychiatry 2003;64:680–690

4. Judd LL, Akiskal HS, Schettler PJ, et al. A prospective investigation of the natural history of the long-term weekly symptomatic status of bipolar II disorder. Arch Gen Psychiatry 2003;60:261–269

5. Calabrese JR, Hirschfeld RMA, Frye M, et al. Impact of depressive symptoms compared with manic symptoms in bipolar disorder: results of a US community-based sample. J Clin Psychiatry 2004;65:1499–1504

6. MacQueen GM, Young LT, Joffe RT. A review of psychosocial outcome in patients with bipolar disorder. Acta Psychiatr Scand 2001;103:163–170

7. MacQueen GM, Young LT, Robb JC, et al. Effect of number of episodes on wellbeing and functioning of patients with bipolar disorder. Acta Psychiatr Scand 2000;101:374–381

8. Goodwin F, Jamison K. Manic-Depressive Illness. New York, NY: Oxford University Press; 1990

9. Harris EC, Barraclough B. Suicide as an outcome for mental disorders. A meta-analysis. Br J Psychiatry 1997;170:205–228

10. Dilsaver SC, Chen YW, Swann AC, et al. Suicidality, panic disorder and psychosis in bipolar depression, depressive-mania and pure-mania. Psychiatry Res 1997;73:47–56

11. American Psychiatric Association. Practice Guideline for the Treatment of Patients With Bipolar Disorder [Revision]. Am J Psychiatry 2002;159 (suppl 4):1–50

12. Goodwin GM, Consensus Group of the British Association for Psychopharmacology. Evidence-based guidelines for treating bipolar disorder: recommendations from the British Association for Psychopharmacology. J Psychopharmacol 2003;17:149–173

13. Zornberg GL, Pope HG Jr. Treatment of depression in bipolar disorder: new directions for research. J Clin Psychopharmacol 1993;13:397–408

14. Maj M. The impact of lithium prophylaxis on the course of bipolar disorder: a review of the research evidence. Bipolar Disord 2000;2:93–101

15. Calabrese JR, Bowden CL, Sachs GS, et al. A double-blind placebo-controlled study of lamotrigine monotherapy in outpatients with bipolar I depression. J Clin Psychiatry 1999;60:79–88

16. Calabrese JR, Suppes T, Bowden CL, et al. A double-blind, placebo-controlled, prophylaxis study of lamotrigine in rapid-cycling bipolar disorder. J Clin Psychiatry 2000;61:841–850

17. Frye MA, Ketter TA, Kimbrell TA, et al. A placebo-controlled study of lamotrigine and gabapentin monotherapy in refractory mood disorders. J Clin Psychopharmacol 2000;20:607–614

18. Calabrese JR, Bowden CL, Sachs GS, et al. A placebo-controlled 18-month trial of lamotrigine and lithium maintenance treatment in recently depressed patients with bipolar I disorder. J Clin Psychiatry 2003;64:1013–1024

19. Bowden CL, Calabrese JR, Sachs GS, et al. A placebo-controlled 18-month trial of lamotrigine and lithium maintenance treatment in recently manic and hypomanic patients with bipolar I disorder. Arch Gen Psychiatry 2003;60:392–400

20. Shopsin B, Gershon S, Thompson H, et al. Psychoactive drugs in mania: a controlled comparison of lithium carbonate, chlorpromazine, and haloperidol. Arch Gen Psychiatry 1975;32:34–42

21. Cookson J, Silverstone T, Wells B. Double-blind comparative clinical trial of pimozide and chlorpromazine in mania: a test of the dopamine hypothesis. Acta Psychiatr Scand 1981;64:381–397

22. Janicak PG, Bresnahan DB, Sharma R, et al. A comparison of thiothixene with chlorpromazine in the treatment of mania. J Clin Psychopharmacol 1988;8:33–37

23. Brown D, Silverstone T, Cookson D. Carbamazepine compared to haloperidol in acute mania. Int Clin Psychopharmacol 1989;4:229–238

24. Barbini B, Scherillo P, Benedetti F, et al. Response to clozapine in acute mania is more rapid than that of chlorpromazine. Int Clin Psychopharmacol 1997;12:109–112

25. Segal J, Berk M, Brook S. Risperidone compared with both lithium and haloperidol in mania: a double-blind randomized controlled trial. Clin Neuropharmacol 1998;21:176–180

26. Tohen M, Sanger TM, McElroy SL, et al. Olanzapine versus placebo in the treatment of acute mania. Am J Psychiatry 1999;156:702–709

27. Tohen M, Jacobs TG, Grundy SL, et al. Efficacy of olanzapine in acute bipolar mania: a double blind, placebo-controlled study. The Olanzapine

HGGW Study Group. Arch Gen Psychiatry 2000;57:841–849

28. Tohen M, Baker RW, Altshuler LL, et al. Olanzapine versus divalproex in the treatment of acute mania. Am J Psychiatry 2002;159:1011–1017

29. Yatham LN, Grossman F, Augustyns I, et al. Mood stabilizers plus risperidone or placebo in the treatment of acute mania: international, double-blind, randomized controlled trial. Br J Psychiatry 2003;182:141–147

30. Sanger TM, Tohen M, Vieta E, et al. Olanzapine in the acute treatment of bipolar I disorder with a history of rapid cycling. J Affect Disord 2003;73:155–161

31. Keck PE Jr, Versiani M, Potkin S, et al. Ziprasidone in the treatment of acute bipolar mania: a three-week, placebo-controlled, double-blind, randomized trial. Am J Psychiatry 2003;160:741–748

32. Keck PE Jr, Marcus R, Tourkodimitris S, et al. A placebo-controlled, double-blind study of the efficacy and safety of aripiprazole in patients with acute bipolar mania. Am J Psychiatry 2003;160:1651–1658

33. Hirschfeld RMA, Keck PE Jr, Kramer M, et al. Rapid antimanic effect of risperidone monotherapy: a 3-week multicenter, double-blind, placebo-controlled trial. Am J Psychiatry 2004;161:1057–1065

34. Sachs G, Chengappa KNR, Suppes T, et al. Quetiapine with lithium or divalproex for the treatment of bipolar mania: a randomized, double-blind, placebo-controlled study. Bipolar Disord 2004;6:213–223

35. Janenawasin S, Wang PW, Lembke A, et al. Olanzapine in diverse syndromal and subsyndromal exacerbations of bipolar disorders. Bipolar Disord 2002;4:328–334

36. Baker RW, Tohen M, Fawcett J, et al. Acute dysphoric mania: treatment response to olanzapine versus placebo. J Clin Psychopharmacol 2003;23:132–137

37. Vieta E, Goikolea JM, Corbella B, et al. Risperidone safety and efficacy in the treatment of bipolar and schizoaffective disorders: results from a 6-month, multicenter, open study. J Clin Psychiatry 2001;62:818–825

38. Gonzalez-Pinto A, Tohen M, Lalaguna B, et al. Treatment of bipolar I rapid cycling patients during dysphoric mania with olanzapine. J Clin Psychopharmacol 2002;22:450–454

39. Sanger TM, Grundy SL, Gibson PJ, et al. Long-term olanzapine therapy in the treatment of bipolar I disorder: an open-label continuation phase study. J Clin Psychiatry 2001;62:273–281

40. Vieta E, Herraiz M, Parramon G, et al. Risperidone in the treatment of mania: efficacy and safety results from a large, multicentre, open study in Spain. J Affect Disord 2002;72:15–19

41. Vieta E, Gasto C, Colom F, et al. Role of risperidone in bipolar II: an open 6-month study. J Affect Disord 2001;67:213–219

42. Brown ES, Nejtek VA, Perantie DC, et al. Quetiapine in bipolar disorder and cocaine dependence. Bipolar Disord 2002;4:406–411

43. Tohen M, Chengappa KNR, Suppes T, et al. Efficacy of olanzapine in combination with valproate or lithium in the treatment of mania in patients partially nonresponsive to valproate or lithium monotherapy. Arch Gen Psychiatry 2002;59:62–69

44. Tohen M, Goldberg JF, Gonzalez-Pinto Arrillaga AM, et al. A 12-week, double-blind comparison of olanzapine vs haloperidol in the treatment of acute mania. Arch Gen Psychiatry 2003;60:1218–1226

45. Tohen M, Vieta E, Calabrese JR, et al. Efficacy of olanzapine and olanzapine-fluoxetine combination in the treatment of bipolar depression. Arch Gen Psychiatry 2003;60:1079–1088

46. Calabrese JR, Macfadden W, McCoy R, et al. Double blind, placebo-controlled study of quetiapine in bipolar depression. Am J Psychiatry 2005;162:1351–1360

47. Tohen M, Bowden C, Calabrese J, et al. Olanzapine's efficacy for relapse prevention in bipolar disorder: a randomized double-blind placebo-controlled 12-month clinical trial. Eur Neuropsychopharmacol 2003;13(suppl 4):S212–S213

48. Tohen M, Chengappa KNR, Suppes T, et al. Relapse prevention in bipolar I disorder: 18-month comparison of olanzapine plus mood stabilizer v mood stabilizer alone. Br J Psychiatry 2004;184:337–345

49. Brotman MA, Fergus EL, Post RM, et al. High exposure to neuroleptics in bipolar patients: a retrospective review. J Clin Psychiatry 2000;61:68–72

50. Tohen M, Zhang F, Taylor CC, et al. A meta-analysis of the use of typical antipsychotic agents in bipolar disorder. J Affect Disord 2001;65:85–93

51. Ahlfors UG, Baastrup PC, Dencker SJ, et al. Flupenthixol decanoate in recurrent manic-depressive illness: a comparison with lithium. Acta Psychiatr Scand 1981;64:226–237

CONFIDENTIAL
AZSER12779186

Gao et al.

52. Esparon J, Kolloori J, Naylor GJ, et al. Comparison of the prophylactic action of flupenthixol with placebo in lithium treated manic-depressive patients. Br J Psychiatry 1986;148:723–725

53. Zarate CA, Tohen M. Double-blind comparison of the continued use of antipsychotic treatment versus its discontinuation in remitted mania patients. Am J Psychiatry 2004;161:169–171

54. Sanger TM, Tohen M, Vieta E, et al. Olanzapine in the treatment of bipolar I disorder with a history of rapid cycling. J Affect Disord 2003;73:155–161

55. Suppes T, Webb A, Paul B, et al. Clinical outcome in a randomized 1-year trial of clozapine versus treatment as usual for patients with treatment-resistant illness and a history of mania. Am J Psychiatry 1999;156:1164–1169

56. Zajecka JM, Weisler R, Sachs G, et al. A comparison of the efficacy, safety, and tolerability of divalproex sodium and olanzapine in the treatment of bipolar disorder. J Clin Psychiatry 2002;63:1148 -1155

57. Tohen M, Ketter TA, Zarate CA, et al. Olanzapine versus divalproex sodium for the treatment of acute mania and maintenance of remission: a 47-week study. Am J Psychiatry 2003;160:1263–1271

58. Altamura AC, Salvadori D, Madaro D, et al. Efficacy and tolerability of quetiapine in the treatment of bipolar disorder: preliminary evidence from a 12-month open-label study. J Affect Disord 2003;76:267–271

59. Vieta E, Parramon G, Padrell E, et al. Quetiapine in the treatment of rapid cycling bipolar disorder. Bipolar Disord 2002;4:335–340

60. Vieta E, Goikolea JM, Olivares JM, et al. 1-year follow-up of patients treated with risperidone and topiramate for a manic episode. J Clin Psychiatry 2003;64:834–839

61. Yatham LN, Binder C, Riccardelli R, et al. Risperidone in acute and continuation treatment of mania. Int Clin Psychopharmacol 2003;18:227–235

62. Vieta E, Brugue E, Goikolea JM, et al. Acute and continuation risperidone monotherapy in mania. Hum Psychopharmacol 2004;19:41–45

63. Yatham LN, Binder C, Kusumakar V, et al. Risperidone plus lithium versus risperidone plus valproate in acute and continuation treatment of mania. Int Clin Psychopharmacol 2004;19:103–109

64. Bowden CL, Myers JE, Grossman F, et al. Risperidone in combination with mood stabilizers: a 10-week continuation phase study in bipolar I disorder. J Clin Psychiatry 2004;65:707–714

65. Cohen LS. Statistical Power Analysis for the Behavioral Sciences. Hillsdale, NJ: Erlbaum; 1988

66. Mallinckrodt CH, Clark SW, Carroll RJ, et al. Assessing response profiles from incomplete longitudinal clinical trial data under regulatory considerations. J Biopharm Stat 2003;13:179–190

67. Keck PE Jr, Corya SA, Andersen SW, et al. Olanzapine/fluoxetine combination use in rapid-cycling bipolar depression. In: New Research Program and Abstracts of the 156th Annual Meeting of the American Psychiatric Association; May 17–22, 2003; San Francisco, Calif. Abstract NR476

68. Kukopulos A, Reginaldi D, Laddomada P, et al. Course of the manic-depressive cycle and changes caused by treatments. Pharmakopsychiatr Neuropsychopharmakol 1980;13:156–167

69. White E, Cheung P, Silverstone T. Depot antipsychotics in bipolar affective disorder. Int Clin Psychopharmacol 1993;8:119–122

70. Vieta E, Mullen J, Brecher M, et al. Quetiapine monotherapy for mania associated with bipolar disorder: combined analysis of two international, double-blind, randomized, placebo-controlled studies. Curr Med Res Opin 2005;21:923–934

71. Zarate CA Jr, Payne JL, Singh J, et al. Pramipexole for bipolar II depression: a placebo-controlled proof of concept study. Biol Psychiatry 2004;56:54–60

72. Goldberg JF, Burdick KE, Endick CJ. Preliminary randomized, double-blind, placebo-controlled trial of pramipexole added to mood stabilizer for treatment-resistant bipolar depression. Am J Psychiatry 2004;161:564–566

73. Sachs GS, Lafer B, Stoll AL, et al. A double-blind trial of bupropion versus desipramine for bipolar depression. J Clin Psychiatry 1994;55:391–393

74. Post RM, Jimerson DC, Bunney WE Jr, et al. Dopamine and mania: behavioral and biochemical effects of the dopamine receptor blocker pimozide. Psychopharmacology (Berl) 1980;67:297–305

75. Hertel P, Nomikos GG, Iurlo M, et al. Risperidone: regional effects in vivo on release and metabolism of dopamine and serotonin in the rat brain. Psychopharmacology (Berl) 1996;124:74–86

76. Westerink BH, de Boer P, de Vries JB, et al. Antipsychotic drugs induce similar effects on the release of dopamine and noradrenaline in the medial prefrontal cortex of the rat brain. Eur J Pharmacol 1998;361:27–33

77. Westerink BH, Kawahara Y, De Boer P, et al. Antipsychotic drugs classified by their effects on the release of dopamine and noradrenaline in the prefrontal cortex and striatum. Eur J Pharmacol 2001;412:127–138

78. Denys D, Klompmakers AA, Westenberg HG. Synergistic dopamine increase in the rat prefrontal cortex with the combination of quetiapine and fluvoxamine. Psychopharmacology (Berl) 2004;176:195–203

THE JOURNAL OF

CLINICAL PSYCHIATRY

SUPPLEMENTS

CURRENTLY AVAILABLE IN 2005

1 New Perspectives in Treating Bipolar Disorder

2 Utilizing Benzodiazepines in Clinical Practice: An Evidence-Based Discussion

3 The Role of Atypical Antipsychotics in the Treatment of Bipolar Disorder

4 New Insights Into the Nature and Treatment of Panic Disorder

5 The Burden of Bipolar Illness

6 Medical Comorbidity in Patients With Schizophrenia

7 Developmental Neurobiology and Psychiatry: Challenges and Best Practices for Studies in Children and Adolescents

CONFIDENTIAL
AZSER12779187

BEST COPY AVAILABLE

| STUDY | PATIENT | FORM | PERIOD | RATER | HOSPITAL |
|-------|---------|------|--------|-------|----------|
| | | 117 | | | |
| (1-6) | (7-9) | (10-12) | (13-15) | (16-17) | (79-80) |

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
PUBLIC HEALTH SERVICE
ALCOHOL, DRUG ABUSE, AND MENTAL HEALTH ADMINISTRATION
NATIONAL INSTITUTE OF MENTAL HEALTH

**ABNORMAL INVOLUNTARY
MOVEMENT SCALE
(AIMS)**

PATIENT'S NAME

RATER

DATE

**INSTRUCTIONS:** Complete Examination Procedure (reverse side) before making ratings.
MOVEMENT RATINGS: Rate highest severity observed.
Rate movements that occur upon activation one *less* than those observed spontaneously.

Code: 0 = None
1 = Minimal, may be extreme normal
2 = Mild
3 = Moderate
4 = Severe

| | | | (Circle One) | CARD 01 (18-19) |
|---|---|---|---|---|
| **FACIAL AND ORAL MOVEMENTS:** | 1. Muscles of Facial Expression e.g., movements of forehead, eyebrows, periorbital area, cheeks; include frowning, blinking, smiling, grimacing | 0 1 2 3 4 | (20) |
| | 2. Lips and Perioral Area e.g., puckering, pouting, smacking | 0 1 2 3 4 | (21) |
| | 3. Jaw e.g., biting, clenching, chewing, mouth opening, lateral movement | 0 1 2 3 4 | (22) |
| | 4. Tongue Rate only increase in movement both in and out of mouth, NOT inability to sustain movement | 0 1 2 3 4 | (23) |
| **EXTREMITY MOVEMENTS:** | 5. Upper *(arms, wrists, hands, fingers)* Include choreic movements, (i.e., rapid, objectively purposeless, irregular, spontaneous), athetoid movements (i.e., slow, irregular, complex, serpentine). Do NOT include tremor (i.e., repetitive, regular, rhythmic) | 0 1 2 3 4 | (24) |
| | 6. Lower *(legs, knees, ankles, toes)* e.g., lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot | 0 1 2 3 4 | (25) |
| **TRUNK MOVEMENTS:** | 7. Neck, shoulders, hips e.g., rocking, twisting, squirming, pelvic gyrations | 0 1 2 3 4 | (26) |
| **GLOBAL JUDGMENTS:** | 8. Severity of abnormal movements | None, normal 0 Minimal 1 Mild 2 Moderate 3 Severe 4 | (27) |
| | 9. Incapacitation due to abnormal movements | None, normal 0 Minimal 1 Mild 2 Moderate 3 Severe 4 | (28) |
| | 10. Patient's awareness of abnormal movements Rate only patient's report | No awareness 0 Aware, no distress 1 Aware, mild distress 2 Aware, moderate distress 3 Aware, severe distress 4 | (29) |
| **DENTAL STATUS:** | 11. Current problems with teeth and/or dentures | No 0 Yes 1 | (30) |
| | 12. Does patient usually wear dentures? | No 0 Yes 1 | (31) |

MH-9-117
11-74

534

Supplied by The British Library - "The world's knowledge"

79

CONFIDENTIAL
AZSER12779188

BEST COPY AVAILABLE

## EXAMINATION PROCEDURE

Either before or after completing the Examination Procedure observe the patient unobtrusively, at rest (e.g., in waiting room).

The chair to be used in this examination should be a hard, firm one without arms.

1. Ask patient whether there is anything in his/her mouth (i.e., gum, candy, etc.) and if there is, to remove it.

2. Ask patient about the current condition of his/her teeth. Ask patient if he/she wears dentures. Do teeth or dentures bother patient now?

3. Ask patient whether he/she notices any movements in mouth, face, hands, or feet. If yes, ask to describe and to what extent they currently bother patient or interfere with his/her activities

4. Have patient sit in chair with hands on knees, legs slightly apart, and feet flat on floor. (Look at entire body for movements while in this position).

5. Ask patient to sit with hands hanging unsupported. If male, between legs, if female and wearing a dress, hanging over knees. (Observe hands and other body areas.)

6. Ask patient to open mouth. (Observe tongue at rest within mouth.) Do this twice.

7. Ask patient to protrude tongue. (Observe abnormalities of tongue movement.) Do this twice.

8. Ask patient to tap thumb, with each finger, as rapidly as possible for 10–15 seconds; separately with right hand, then with left hand. (Observe facial and leg movements.)

9. Flex and extend patient's left and right arms (one at a time.) (Note any rigidity and rate on DOTES.)

10. Ask patient to stand up. (Observe in profile. Observe all body areas again, hips included.)

11. Ask patient to extend both arms outstretched in front with palms down. (Observe trunk, legs, and mouth.)

12. Have patient walk a few paces, turn, and walk back to chair. (Observe hands and gait.) Do this twice.

■ Activated movements

MH-9—117 (Back)
11-74

Supplied by The British Library - "The world's knowledge"

CONFIDENTIAL
AZSER12779189

BEST COPY AVAILABLE

The AIMS is a 12-item scale designed to record in detail the occurrence of dyskinetic movements. In the development of this scale, the Psychopharmacology Research Branch has had the benefit of consulting with many of the scientists who have previously devised rating scales for dyskinetic movements and the continuing advice of a formal consultant neurologist (Dr. Roger Duvoisin). One of the units in a PRB collaborative study (St. Paul Ramsey Hospital) had separately undertaken the development of a rating scale and had actively carried out studies with patients showing dyskinetic movements utilizing video-recording techniques. Preliminary versions of the AIMS were used to rate video recordings of patients with dyskinetic movements and although no formal interrater reliability studies have been conducted there was relatively good consensus among the group doing the ratings. Because of the great need for an assessment instrument in this field, the scale is being made available to the larger scientific community through the ECDEU Battery despite the fact that it has not been validated using psychometric procedures.

| APPLICABILITY | Patients receiving neuroleptic drugs. |
| UTILIZATION | Once at pretreatment; at least one post-treatment rating. Additional ratings are at the discretion of the investigator. |
| TIME SPAN RATED | Period of the examination only. |
| ENCODING FORMAT | Available in non-opscan format, the AIMS can also be transcribed to the General Scoring Sheet should the investigator desire BLIPS processing. A 12 x 5 matrix is required; i.e., 12 rows and 5 columns, as follows: |

Item
```
1::0::  ::1::  ::2::  ::3::  ::4::
2::0::  ::1::  ::2::  ::3::  ::4::
3::0::  ::1::  ::2::  ::3::  ::4::
4::0::  ::1::  ::2::  ::3::  ::4::
5::0::  ::1::  ::2::  ::3::  ::4::
6::0::  ::1::  ::2::  ::3::  ::4::
7::0::  ::1::  ::2::  ::3::  ::4::
8::0::  ::1::  ::2::  ::3::  ::4::
9::0::  ::1::  ::2::  ::3::  ::4::
10::0:: ::1::  ::2::  ::3::  ::4::
11::0:: :::::
12::0:: :::::
```

536

Supplied by The British Library - "The world's knowledge"

81

CONFIDENTIAL
AZSER12779190

BEST COPY AVAILABLE

CARD FORMAT -    (19x, 121, 12)

| Item | Column |
|------|--------|
| 1 | 20 |
| 2 | 21 |
| 3 | 22 |
| 4 | 23 |
| 5 | 24 |
| 6 | 25 |

| Item | Column |
|------|--------|
| 7 | 26 |
| 8 | 27 |
| 9 | 28 |
| 10 | 29 |
| 11 | 30 |
| 12 | 31 |
| Total | 32-33 |

Total Score = Sum of the items.

Total Score Range = 0 - 42.

DOCUMENTATION:

a.  Raw score printout
b.  Means and standard deviations
c.  Variance analyses

537

Supplied by The British Library - "The world's knowledge"

82

CONFIDENTIAL
AZSER12779191

# Screening for Bipolar Disorder in the Community

Robert M. A. Hirschfeld, M.D.; Joseph R. Calabrese, M.D.;
Myrna M. Weissman, Ph.D.; Michael Reed, Ph.D.; Marilyn A. Davies, Ph.D.;
Mark A. Frye, M.D.; Paul E. Keck, Jr., M.D.; Lydia Lewis, B.A.; Susan L. McElroy, M.D.;
James P. McNulty, Sc.B./A.B.; and Karen D. Wagner, M.D., Ph.D.

Received June 6, 2002; accepted Nov. 7, 2002. From the Department of Psychiatry & Behavioral Sciences, University of Texas Medical Branch, Galveston (Drs. Hirschfeld and Wagner); the Department of Psychiatry, Case Western Reserve University, Cleveland, Ohio (Drs. Calabrese and Davies); the College of Physicians & Surgeons, Columbia University and the New York Psychiatric Institute, New York, N.Y. (Dr. Weissman); Vedanta Associates Inc., Chapel Hill, N.C. (Dr. Reed); the Department of Psychiatry & Biobehavioral Sciences, University of California at Los Angeles, Los Angeles (Dr. Frye); the Department of Psychiatry, University of Cincinnati College of Medicine, Cincinnati, Ohio (Drs. Keck and McElroy); the Depression and Bipolar Support Alliance, Chicago, Ill. (Ms. Lewis); and the National Alliance for the Mentally Ill, Alexandria, Va. (Dr. McNulty).

This study was supported by GlaxoSmithKline, Inc.

Financial disclosure appears at the end of the article.

The authors thank Paul Crits-Christoph, Ph.D., and Lana A. Vornik, M.Sc., for their assistance in the preparation and writing of this article.

Corresponding author and reprints: Robert M. A. Hirschfeld, M.D., Department of Psychiatry & Behavioral Sciences, 1.302 Rebecca Sealy, 301 University Blvd., Galveston, TX 77555-0188 (e-mail: rohirsch@utmb.edu).

**Background:** Our goal was to estimate the rate of positive screens for bipolar I and bipolar II disorders in the general population of the United States.

**Method:** The Mood Disorder Questionnaire (MDQ), a validated screening instrument for bipolar I and II disorders, was sent to a sample of 127,800 people selected to represent the U.S. adult population by demographic variables. 85,358 subjects (66.8% response rate) that were 18 years of age or above returned the survey and had usable data. Of the nonrespondents, 3404 subjects matched demographically to the 2000 U.S. Census data completed a telephone interview to estimate nonresponse bias.

**Results:** The overall positive screen rate for bipolar I and II disorders, weighted to match the 2000 U.S. Census demographics, was 3.4%. When adjusted for the nonresponse bias, the rate rose to 3.7%. Only 19.8% of the individuals with positive screens for bipolar I or II disorders reported that they had previously received a diagnosis of bipolar disorder from a physician, whereas 31.2% reported receiving a diagnosis of unipolar depression. An additional 49.0% reported receiving no diagnosis of either bipolar disorder or unipolar depression. Positive screens were more frequent in young adults and low income households. The rates of migraine, allergies, asthma, and alcohol and drug abuse were substantially higher among those with lower income and those with positive screens.

**Conclusion:** The positive MDQ screen rate of 3.7% suggests that nearly 4% of American adults may suffer from bipolar I and II disorders. Young adults and individuals with lower income are at greater risk for this largely underdiagnosed disorder.

*(J Clin Psychiatry 2003;64:53–59)*

**B**ipolar disorder is a serious, recurrent, and sometimes chronic psychiatric illness. It is characterized by a dysregulation of mood, and associated impulsivity, risky behavior (e.g., alcohol abuse, sexual indiscretion, excessive spending), and interpersonal problems. Because of these problems, individuals with bipolar disorder experience increased mortality from suicide, natural causes (e.g., cardiovascular disease), homicide, and accidents.[1–4] Recent data suggest that bipolar disorder is third only to depression and schizophrenia in the loss of healthy life due to premature death or disability.[5]

Bipolar I disorder has been the focus of most research on bipolar disorder. A diagnosis of bipolar I requires at least 1 episode of mania, defined as a week or longer period of abnormally elevated or irritable mood with associated symptoms such as decreased need for sleep, being more talkative than usual, racing thoughts, and excessive involvement in high-risk activities.[6] A manic episode causes a marked impairment in social or occupational functioning and often requires hospitalization.

The lifetime prevalence rate of DSM-III bipolar I disorder is approximately 1%.[7] In the United States, the lifetime prevalence rates for bipolar I disorder were reported to be 0.8% in the Epidemiological Catchment Area (ECA) study[8] and 1.6% in the National Comorbidity Study (NCS).[9]

CONFIDENTIAL
AZSER12779192

Bipolar disorder, however, encompasses a much broader range of illness than bipolar I disorder. This range of illness is often referred to as bipolar spectrum disorder (BSD)[10-12] and includes bipolar I disorder, bipolar II disorder, and other forms of bipolar disorder.

Many authorities[10,11,13] have suggested that these milder forms of bipolar disorder are more frequent than bipolar I disorder. Lifetime prevalence rates for BSD have been reported to range from 3.0% to 6.5% across 7 studies. However, most of these studies were small and used varying definitions of bipolar spectrum disorder.[13] No prospective large-scale epidemiologic study has yet examined the prevalence of BSD in adults using DSM-IV criteria.

The problem of misdiagnosis and underdiagnosis of bipolar spectrum disorder has recently been highlighted.[11,12] Correct diagnosis is essential, since the treatment of bipolar disorder differs from the treatment for major depressive disorder. Controlled data indicate that there is a risk for inducing mania in patients with bipolar spectrum disorder who are treated solely with antidepressant agents.[14-16]

The goal of the current study was to estimate the lifetime prevalence of DSM-IV bipolar I and bipolar II disorders among adults in the United States using data from a nationwide sample of over 80,000 respondents that represent a broad age range and all geographic regions of the country. We sought to estimate the overall lifetime prevalence of bipolar I and II disorders by using a validated screening instrument and then to estimate their prevalence by gender, age, household size, and geographic region. The magnitude of the public health issues created by bipolar I and II disorders is further examined by estimating the proportion of the population that is reported to be undiagnosed or incorrectly diagnosed.

## METHOD

### Sample

Subjects for this study were sampled from the list of nationwide households maintained by National Family Opinion Inc. (NFO), a market research firm that maintains a panel of over 600,000 continental U.S. households for marketing and survey purposes. The NFO panel of households has previously been used to determine the general population prevalence of several general health problems, including migraine.[17-20] Potential households are initially selected for the NFO panel as part of a stratified probability sample constructed to be representative of the U.S. population in terms of urban versus rural residence, age of the head of the household, and household income and size. Very high and very low income groups are underrepresented in the overall panel. Selected households are then recruited by volunteer response to an initial mailing, with demographic information obtained from a second mailing to households agreeing to participate in the panel. Updated demographics are obtained every 2 years. New members are solicited from the general population with an average response rate of 6%.

Samples were selected from the full panel of households using a balancing system that provides a sample with the same proportions from various demographic groups that match demographic characteristics of the population based on the 2000 U.S. Census data.[21]

### Survey Procedures

The Mood Disorder Questionnaire (MDQ) was then mailed to households from 100,000 demographically representative U.S. households, with a supplemental mailing of 27,800 individuals selected to improve the representativeness of the combined samples for matching adults (18 years of age or older) from the U.S. population. The household sample was balanced to match census data for U.S. households for the 9 geographic census regions, household size and income, and age of head of household within each census region for market size. The household survey was addressed to the NFO member in each household or his or her spouse (if applicable) to create a proper male-female balance. The individual-based sample was sent to specific household members selected to balance the sample and represent non–heads of household. Sixty percent of the surveys were targeted toward males and 40% toward females to offset a female bias in the NFO panel membership.

The supplemental individual sample was balanced such that the combined household and individual samples would approximately match the 2000 U.S. Census data for the same variables.

The MDQ was mailed in January 2001 to both the household- and individual-based samples. Nearly 72% (71,836) of the household questionnaires were returned within 6 weeks and 17,973 (64.7%) questionnaires from the individual-based sample were returned within 5 weeks. Some questionnaires were excluded as unusable because they were incomplete, age and gender data were missing, or the respondent was under 18 years of age. The final data set included 85,358 (66.8%) usable returns for analysis.

### Telephone Survey of Non-Returners

A telephone survey of non-returners was conducted to determine whether a bias existed in responses between those panelists who did and did not return the survey. Since the total sample (N = 127,800) was not entirely representative of the U.S. population aged 18 and older, a subsample of these original individuals was created to provide benchmark demographics for the non-returner survey. The resultant subsample included 55,000 individuals balanced for geographic region, market size, household size, household income, age and gender according to

CONFIDENTIAL
AZSER12779193

Hirschfeld et al.

the 2000 Current U.S. Population Survey. A maximum of 1 percentage point variation was allowed between the target census quota for each category and the demographic variable balanced.

The returned surveys from this constructed sample (N = 34,913) were used to establish demographic quotas for selecting individuals for the non-responder interviews. To eliminate the effect of demographic characteristics on prevalence estimates, these quotas were used to select a sample and complete interviews with individuals from among the nonresponders to the original survey. A total of 4766 individuals were contacted, and 3404 (71%) agreed to participate in the interview.

**Measures**

A positive screen for bipolar I and bipolar II disorders was assessed using the MDQ, a validated self-report instrument that screens for the presence of a lifetime history of bipolar disorder.[22] The questionnaire consists of 13 yes/no items derived from both DSM-IV criteria and clinical experience. Items ask about mood, self-confidence, energy, sociability, interest in sex, loquaciousness, distractibility, and other behaviors. In addition to the symptom items, there are 2 additional questions, 1 asking if the symptoms ever co-occurred during the same period of time (yes/no) and 1 asking about the degree of functioning impairment caused by the symptoms (4-point scale from "no problem" to "serious problem"). An individual case is "positive" for bipolar disorder if 7 or more of the 13 symptom items, plus the co-occurrence item, are endorsed and a moderate or serious degree of functional impairment is reported on the final item. In addition, subjects were queried about whether a health professional had ever told them that they had alcohol or drug abuse problems, allergies, asthma, bipolar disorder, depression, diabetes, emphysema or chronic obstructive pulmonary disease (COPD), epilepsy, hypertension, manic depression, migraine, or seizure disorder.

Using a sample of 198 psychiatric outpatients, the initial validation study of the MDQ obtained good sensitivity (0.73) and very good specificity (0.90) against clinician diagnosis of bipolar I and II disorders.[23] In addition, an internal consistency reliability (Cronbach alpha) of 0.90 was reported for the total of the items. A second validation study was conducted as part of the current project to determine the operative qualities of the MDQ within this general population sample. Briefly, a stratified random sample of 695 subjects was drawn from the sample who returned the MDQ. These people received a research diagnostic interview conducted over the telephone, the Structured Clinical Interview for DSM-IV (SCID),[23] from a research interviewer who was blind to MDQ scores. A sensitivity of 0.281 and a specificity of 0.972, weighted to the sample of 85,358 general population respondents, were found for the MDQ against interview-based diagno-

sis of bipolar I and II disorders. The details of this validation study are described in a separate report.[24]

**Statistical Analysis**

Lifetime prevalence rates for returners compared with non-returners of the MDQ were compared using chi-square statistics.

In addition to the obtained (unweighted) lifetime prevalence rates, we calculated weighted lifetime prevalence rates to correct biases in the returns toward older, female respondents and to reflect proportions for U.S. adult individuals from the 2000 Current Population Survey. Data were weighted for individual age, gender, household income, household size, geographic region, and market size.

The relationship of demographic factors to bipolar I and II disorders was examined by entering 6 variables (age, household income, gender, race, geographic region, and market size) as predictors of presence/absence of BSD in a logistic regression analysis.

**RESULTS**

**Survey Return Rates and Demographic Characteristics**

Overall there was a 66.8% (85,358 of 127,800) usable return rate in the combined sample of household and individual-targeted surveys. The demographic characteristics and geographic distribution of the total target sample (all those households and individuals mailed a survey) and the respondent sample are given in Table 1.

**Rates of Positive Screens**

The rate of positive screens in the responder sample of 85,358 adults (unweighted) was 2.5% (Table 2). The unweighted sample (N = 85,358) was disproportionately more female, older, and from smaller household size than the 2000 U.S. Census sample. When corrected for the demographic deviations of the sample from the U.S. Census, the weighted overall positive screen rate was 3.4%. The unweighted positive screen rate among the non-returners was 4.3%, higher than among the returners. When the weighted overall positive screen rate was corrected for this nonresponse bias, the weighted and adjusted overall positive screen rate became 3.7%.

**Health Care Professional Diagnosis of Bipolar Disorder**

Of the individuals with positive screens for the MDQ, only 19.8% reported that they had previously received a diagnosis of bipolar disorder from a doctor. A larger percent (31.2%) of those screened positive reported a physician diagnosis of unipolar depression. An additional 49.0% reported no diagnosis of either bipolar disorder or unipolar depression. Of those who screened negative,

55

CONFIDENTIAL
AZSER12779194

Screening for Bipolar Disorder in the Community

Table 1. Demographic Characteristics of Samples (N = 85,358)

| Variable | Unweighted % | Weighted %[a] |
|---|---|---|
| Sex | | |
| M | 35.7 | 48.0 |
| F | 64.3 | 52.0 |
| Race | | |
| African American | 6.3 | 5.9 |
| White | 87.9 | 87.7 |
| Asian/Pacific Islander | 0.8 | 1.1 |
| Native American | 0.6 | 0.7 |
| Other | 1.2 | 1.4 |
| Unknown | 3.3 | 3.2 |
| Age, y | | |
| 18–24 | 3.2 | 13.1 |
| 25–34 | 14.0 | 18.7 |
| 35–44 | 21.2 | 22.2 |
| 45–54 | 22.3 | 18.2 |
| 55–64 | 15.8 | 11.6 |
| ≥ 65 | 23.4 | 16.2 |
| Region | | |
| New England | 5.2 | 5.0 |
| Middle Atlantic | 14.4 | 14.4 |
| East N Central | 16.9 | 16.2 |
| West N Central | 7.3 | 6.8 |
| South Atlantic | 18.6 | 18.5 |
| East S Central | 6.2 | 6.2 |
| West S Central | 10.8 | 11.0 |
| Mountain | 6.3 | 6.2 |
| Pacific | 14.3 | 15.6 |
| Population, urban vs rural | | |
| ≤ 100,000 (rural) | 21.1 | 20.3 |
| 100,000 to 499,999 | 15.1 | 14.8 |
| 500,000 to 2,000,000 | 20.3 | 20.6 |
| > 2,000,000 | 43.5 | 44.3 |
| Household size | | |
| 1 | 25.4 | 13.3 |
| 2 | 36.8 | 33.4 |
| 3 | 15.8 | 19.6 |
| 4 | 13.3 | 18.5 |
| 5 or more | 8.8 | 15.1 |
| Household income/y | | |
| < $20,000 | 22.2 | 17.6 |
| $20,000 to $34,999 | 21.0 | 17.9 |
| $35,000 to $54,999 | 2.2 | 21.0 |
| $55,000 to $84,999 | 20.0 | 21.6 |
| ≥ $85,000 | 14.7 | 21.9 |

[a]Weighted estimates are derived from 2000 U.S. Census data.

Table 2. Unweighted and Weighted Positive Screen Rates (N = 85,358)[a]

| Variable | Unweighted % (95% CI) | Weighted % (95% CI) |
|---|---|---|
| Total | 2.5 (2.4 to 2.6) | 3.4 (3.3 to 3.5) |
| Sex | | |
| M | 2.7 (2.6 to 2.8) | 3.8 (3.7 to 3.9) |
| F | 2.4 (2.3 to 2.5) | 3.0 (2.9 to 3.1) |
| Race | | |
| African American | 3.3 (3.2 to 3.4) | 4.3 (4.2 to 4.4) |
| White | 2.4 (2.3 to 2.5) | 3.1 (3.0 to 3.2) |
| Asian/Pacific Islander | 2.0 (1.9 to 2.1) | 4.1 (4.0 to 4.2) |
| Native American | 6.2 (6.0 to 6.4) | 7.6 (7.4 to 7.8) |
| Other | 5.1 (5.0 to 5.2) | 6.3 (6.1 to 6.5) |
| Unknown | 3.2 (3.1 to 3.3) | 5.2 (5.1 to 5.3) |
| Age, y | | |
| 18–24 | 8.9 (8.7 to 9.1) | 9.3 (9.1 to 9.5) |
| 25–34 | 3.9 (3.8 to 4.0) | 3.9 (3.8 to 4.0) |
| 35–44 | 3.3 (3.2 to 3.4) | 3.2 (3.1 to 3.3) |
| 45–54 | 2.7 (2.6 to 2.8) | 2.5 (2.4 to 2.6) |
| 55–64 | 1.6 (1.5 to 1.7) | 1.5 (1.4 to 1.6) |
| ≥ 65 | 0.5 (0.5 to 0.5) | 0.5 (0.5 to 0.5) |
| Region | | |
| New England | 1.9 (1.8 to 2.0) | 2.2 (2.1 to 2.3) |
| Middle Atlantic | 2.2 (2.1 to 2.3) | 2.7 (2.6 to 2.8) |
| East N Central | 2.4 (2.3 to 2.5) | 3.4 (3.3 to 3.5) |
| West N Central | 2.1 (2.0 to 2.2) | 3.1 (3.0 to 3.2) |
| South Atlantic | 2.5 (2.4 to 2.6) | 3.5 (3.4 to 3.6) |
| East S Central | 3.1 (3.0 to 3.2) | 5.2 (5.1 to 5.3) |
| West S Central | 3.0 (2.9 to 3.1) | 3.7 (3.6 to 3.8) |
| Mountain | 2.9 (2.8 to 3.0) | 3.8 (3.7 to 3.9) |
| Pacific | 2.5 (2.4 to 2.6) | 3.2 (3.1 to 3.3) |
| Population, urban vs rural | | |
| ≤ 100,000 (rural) | 3.0 (2.9 to 3.1) | 4.1 (4.0 to 4.2) |
| 100,000 to 499,999 | 2.9 (2.8 to 3.0) | 4.4 (4.3 to 4.5) |
| 500,000 to 2,000,000 | 2.5 (2.4 to 2.6) | 3.2 (3.1 to 3.3) |
| > 2,000,000 | 2.1 (2.0 to 2.2) | 2.7 (2.6 to 2.8) |
| Household size | | |
| 1 | 2.2 (2.1 to 2.3) | 2.5 (2.4 to 2.6) |
| 2 | 2.0 (1.9 to 2.1) | 2.5 (2.4 to 2.6) |
| 3 | 3.1 (3.0 to 3.2) | 3.9 (3.8 to 4.0) |
| 4 | 2.9 (2.8 to 3.0) | 3.7 (3.6 to 3.8) |
| 5 or more | 3.9 (3.8 to 4.0) | 4.8 (4.7 to 4.9) |
| Household income/y | | |
| < $20,000 | 3.8 (3.7 to 4.0) | 5.7 (5.5 to 5.9) |
| $20,000 to $34,999 | 2.9 (2.8 to 3.0) | 4.1 (4.0 to 4.2) |
| $35,000 to $54,999 | 2.4 (2.3 to 2.5) | 3.3 (3.2 to 3.4) |
| $55,000 to $84,999 | 1.7 (1.6 to 1.7) | 2.4 (2.3 to 2.5) |
| ≥ $85,000 | 1.3 (1.2 to 1.4) | 1.9 (1.8 to 2.0) |

[a]Weighting accounts for deviations of the responder sample from the demographics of the 2000 U.S. Census.

1.4% reported a physician diagnosis of bipolar disorder, and 9.5%, a diagnosis of unipolar depression.

**Demographic Predictors of Bipolar Spectrum Disorder**

Table 3 presents the results of the logistic regression analyses predicting the positive screens from 6 demographic variables. All variables, with the exception of market size, exhibited significant relationships with the MDQ screen results. The strongest predictor was age, with the highest rates among the 18- through 24-year-olds; the rates progressively decreased with advancing age. Household income was the next strongest predictor, with the highest adjusted lifetime prevalence among those earning less than $20,000 per year; the prevalence progressively decreased as income increased.

**Comorbidity of Medical Illnesses With Bipolar Spectrum Disorder**

Individuals who screened positive were more likely to report a variety of comorbid general medical illnesses. In particular, sizeable (i.e., >10%) adjusted (for demographics) differences between MDQ positive and MDQ negative individuals were found in regard to hypertension, allergies, and alcohol/drug abuse (Table 4). In addition, those with positive screens were likely to report a history of asthma (16.7% vs. 9.7%) and migraine (15.2% vs. 7.0%), over 3 times as likely to report a history of seizure disorder (1.4% vs. 0.4%), and 2½ times as likely to report a history of emphysema/COPD (2.7% vs. 1.1%).

56

86

CONFIDENTIAL
AZSER12779195

Hirschfeld et al.

Table 3. Relation of Demographic Variables to Presence or Absence of Bipolar I and II Disorders[a]

| Variable | Odds Ratio | Wald $\chi^2$ | df | p Value |
|---|---|---|---|---|
| Age | 0.96 | 910.4 | 1 | < .0001 |
| Household income | 0.95 | 391.1 | 1 | < .0001 |
| Gender | 1.30 | 45.5 | 1 | < .0001 |
| Region | | 50.4 | 8 | < .0001 |
| New England | 0.72 | | | |
| Middle Atlantic | 0.82 | | | |
| East N Central | 1.02 | | | |
| West N Central | 0.81 | | | |
| South Atlantic | 1.08 | | | |
| East S Central | 1.30 | | | |
| West S Central | 0.97 | | | |
| Mountain | 1.06 | | | |
| Race | | 38.5 | 5 | < .0001 |
| Unknown | 1.06 | | | |
| White | 0.69 | | | |
| African American | 0.72 | | | |
| Asian/Pacific Islander | 0.86 | | | |
| Native American | 1.15 | | | |
| Household size | 1.07 | 19.9 | 1 | < .0001 |
| Urban vs rural | 1.00 | 0.1 | 1 | .81 |

[a]Results from logistic regression entering all variables simultaneously. Pacific region was the reference group for odds ratios for region. "Other" was the reference group for odds ratios for race. Gender is coded as 1 = male, 2 = female. Household income coded as 35 separate dollar ranges and entered as a continuation variable. The "urban vs. rural" variable was coded into the 4 categories displayed in Tables 1 and 2.

## Family History

In the total sample of 85,358, 36.4% of those who screened positive on the MDQ reported blood relatives with manic-depressive illness or bipolar disorder. In contrast, 10.7% of those who tested negative on the MDQ reported a blood relative with manic-depressive illness or bipolar disorder.

## DISCUSSION

The current study is the first large-scale community screen for DSM-IV bipolar I and II disorders. The adjusted and weighted overall positive screen rate for bipolar I and II disorders (3.7%) suggests that the actual prevalence of these disorders may be higher than had previously been thought. The public health significance of bipolar disorder may also be greater than had been estimated from epidemiologic studies that focused on bipolar I disorder.[7-9] The broader concept of BSD may more meaningfully capture the diversity of presentation of bipolar symptoms found in clinical settings and their morbidity and mortality.[2,3,25,26] Thus, the higher positive screen rates reported here have potentially greater relevance to an understanding of the public health significance of bipolar disorder in the United States and are consistent with higher rates for BSD reported in a series of small-scale studies.[13]

An extremely important finding was that, of those adults identified by the MDQ as screening positive for bipolar I and II disorders, only 20% had received a diagnosis of bipolar disorder by a physician whereas 31% had received a diagnosis of major depression. Therefore, many patients with bipolar I and II disorders may be misdiagnosed as having unipolar depression. These findings are consistent with 2 surveys of the members of the National Depressive and Manic-Depressive Association (DMDA), conducted nearly a decade apart.[27,28] Over one third of these patients waited a decade or more to receive a correct diagnosis of bipolar disorder, and 60% received a misdiagnosis of depression.

These current findings have significant clinical implications since the treatment, clinical course, and prognosis for these disorders are different. Of particular concern is that the prescription of antidepressants to a patient with bipolar disorder may worsen the disorder by precipitating mania/hypomania[16] or induce rapid cycling.[29] Therefore, whenever clinicians evaluate patients who are depressed, it is critical to assess these patients for a history of any symptoms of mania or hypomania, such as elevated mood, excessive energy, racing thoughts, and reduced need for sleep.

There was significant variation in positive screen rates across a number of other demographic variables. In particular, a higher positive screen rate for bipolar I and II disorders was evident in younger adults, as has been previously reported for bipolar I disorder.[7] Those aged 18 to 24 had an approximately 8-fold greater likelihood of receiving an MDQ score indicative of bipolar disorder relative to those aged 55 or older. The factors responsible for this marked age effect are not clear, but increased mortality associated with bipolar disorder may be a contributing factor.[4]

Household income was also associated with presence/absence of bipolar I and II disorders, with those earning less than $20,000 per year having approximately 3 times the likelihood of bipolar disorder compared with those earning $85,000 per year or more. This income effect underscores the persistent impairment in functioning, including school and work functioning, that is associated with BSD.[25]

Adults with positive screens were more likely to report a number of general medical illnesses compared with those with negative screens. Migraine headaches were reported by more than twice the proportion of those with positive screens compared with those with negative screens. Associations between bipolar disorder and migraine have been described previously.[30,31] Hypertension and asthma were also about twice as common in those with positive screens. Seizure disorders were over 3 times more common in those with positive screens. In understanding these associations between bipolar disorder and general medical illnesses, it is important to take into account that mania can be secondary to neurologic or systemic illnesses.[32,33] These associations, however, suggest

57

CONFIDENTIAL
AZSER12779196

Screening for Bipolar Disorder in the Community

Table 4. Comorbid Medical Illnesses in Individuals That Tested Positive Versus Negative for Bipolar I and II Disorders (N = 85,358)

| Illness | Unadjusted Lifetime Prevalence, % | | Adjusted Lifetime Prevalence, % (95% CI)[a] | |
|---|---|---|---|---|
| | Bipolar Disorders Positive | Bipolar Disorders Negative | Bipolar Disorders Positive | Bipolar Disorders Negative |
| Alcohol/drug abuse | 19.9 | 2.4 | 13.3 (11.5 to 15.3) | 1.8 (1.5 to 2.0) |
| Allergies | 40.5 | 26.6 | 37.8 (35.7 to 39.9) | 25.3 (24.4 to 26.3) |
| Hypertension | 15.3 | 12.3 | 28.7 (26.3 to 31.2) | 14.8 (13.9 to 15.7) |
| Migraine | 23.4 | 10.1 | 15.2 (13.7 to 16.8) | 7.0 (6.6 to 7.6) |
| Asthma | 18.3 | 9.3 | 16.7 (15.1 to 18.4) | 9.7 (9.1 to 10.3) |
| Diabetes | 7.3 | 7.0 | 12.7 (11.0 to 14.6) | 9.1 (8.4 to 9.8) |
| Emphysema/COPD | 2.2 | 1.5 | 2.7 (1.9 to 3.7) | 1.1 (0.8 to 1.3) |
| Seizure disorder | 4.9 | 1.2 | 1.4 (0.8 to 2.3) | 0.4 (0.2 to 0.6) |

[a]Adjusted percents are adjusted for age, gender, region of the country, race, household income, and household size.
Abbreviation: COPD = chronic obstructive pulmonary disease.

that physicians should consider assessing for these co-occurring general medical conditions in patients with bipolar I and II disorders.

An association between bipolar disorder and alcohol/substance abuse has been previously described,[7] although the rate found in the current study (adjusted lifetime prevalence of 13.3% for those with bipolar I and II disorders) is lower than reported in these other epidemiologic studies.

A limitation of the current study is that the MDQ is a screening instrument, not a diagnostic instrument. Clinical interview methods are viewed as the gold standard for valid diagnoses within psychiatry. The MDQ, however, has been found to have generally good sensitivity and specificity with regard to research diagnostic interviews obtained from trained interviewers within both clinical[22] and, in the current report, nonclinical samples. A McNemar test was nonsignificant; therefore, we would expect that the actual lifetime prevalence of bipolar I and II disorders in the community would be near the figure of 3.7%, the positive screen rate. With bipolar disorders, it has been suggested that repeated interviews over time are preferable and that single assessments lead to underdiagnosis due to "state-dependent" effects in which individuals currently in a depressed state remember only previous depressions, and those currently in a hypomanic/manic episode remember only previous hypomanic/manic episodes.[11] The data reported here may therefore underestimate the true lifetime prevalence of bipolar I and II disorders.

The nonresponse rate of about one third is another limitation of this study. Individuals currently in the midst of a hypomanic/manic or depressive episode are less likely to respond to a survey. To compensate for this limitation, we have presented an adjusted lifetime prevalence rate that, based upon a telephone survey of non-returners, attempts to correct for this bias.

These methodological limitations most likely serve to underestimate the true lifetime prevalence of bipolar I and II disorders. Therefore, the estimate of 3.7% is probably conservative. This estimate also does not take into account many individuals who do not meet fully the criteria for bipolar I and II disorders, so-called subsyndromal cases, who very likely score just below the threshold for caseness. We know from the unipolar depression literature[34–36] that the level of suffering and functional impairment in these people is high. These findings and limitations suggest that the clinical and public health significance of bipolar I and II disorders is very high. A separate study will report on the impact of bipolar I and II disorders on general health, functional impairment, and work productivity.

Financial disclosure: Dr. Hirschfeld has received grant/research support from Abbott, Bristol-Myers, GlaxoSmithKline, Organon, and Wyeth-Ayerst; has served as a consultant or on the advisory board for Abbott, Bristol-Myers, GlaxoSmithKline, Forest, Lilly, Pfizer, Organon, Janssen, Wyeth-Ayerst, Sepracor, and Novartis; and has served on the speaker's bureau for Abbott, Bristol-Myers, Forest, Lilly, Organon, and Pfizer. Dr. Calabrese has received funding from NIMH, Abbott, Ciba-Geigy, Merck, GlaxoSmithKline, Janssen, Lilly, MacArthur Foundation, NARSAD, Parke-Davis, Robert Wood Johnson, Sandoz, SmithKline Beecham, Stanley Foundation, TAP Holdings, UCB Pharma, and Wyeth-Ayerst, and has consulting agreements from or has served on the advisory boards for Abbott, AstraZeneca, Bristol-Myers Squibb/Otsuka, Lilly, GlaxoSmithKline, Janssen-Cilag, Novartis, Parke-Davis/Warner Lambert, Robert Wood Johnson, Shire, SmithKline, TAP Holdings, Teva, and UCB Pharma. Dr. Weissman has served as a consultant for Glaxo and has received grant support from Lilly. Dr. Reed has served as a consultant for and has received grant/research support from GlaxoSmithKline. Dr. Frye has served as a consultant and on the speakers/advisory board for and has received grant/research support from GlaxoSmithKline. Dr. Keck is a consultant to, or member of the scientific advisory boards of, Abbott, AstraZeneca, Bristol-Myers, GlaxoSmithKline, Janssen, Lilly, Novartis, Ortho-McNeil, Pharmacia, Pfizer, Shire, and Wyeth-Ayerst and is a principal or co-investigator on research studies sponsored by Abbott, AstraZeneca, GlaxoSmithKline, Elan, Lilly, Merck, Organon, Pfizer, and UCB Pharma. Ms. Lewis has received honoraria from GlaxoSmithKline and Abbott and has served on the speakers or advisory boards for GlaxoSmithKline and Lilly. Dr. McElroy has served as a consultant and on the speakers/advisory board for and has received grant/research support and honoraria from GlaxoSmithKline. Dr. McNulty has served as a consultant for and has received honoraria from GlaxoSmithKline. Dr. Wagner has received grant/research support from Abbott, Bristol-Myers, Lilly, Forest, GlaxoSmithKline, Organon, Pfizer, and Wyeth-Ayerst; has served as a consultant for Abbott, Bristol-Myers, Cyberonics, Lilly, Forest, GlaxoSmithKline, Novartis, Janssen, and Pfizer; has served on the speakers bureau for Abbott, Lilly, GlaxoSmithKline, Forest, Janssen, and Pfizer; and has served on the advisory boards for Abbott, Forest, GlaxoSmithKline, Lilly, Novartis, and Pfizer.

## REFERENCES

1. Keck PE, McElroy SL, Strakowski SM, et al. Twelve-month outcome of bipolar patients following hospitalization for a manic or mixed episode. Am J Psychiatry 1998;155:646–652
2. Dilsaver S, Chen Y-H, Swann AC, et al. Suicidality in patients with pure and depressive mania. Am J Psychiatry 1994;151:1312–1315
3. Strakowski SM, McElroy PE, Keck PE, et al. Suicidality in mixed and

CONFIDENTIAL
AZSER12779197

Hirschfeld et al.

manic bipolar disorder. Am J Psychiatry 1996;153:674–676
4. Osby U, Brandt L, Correia N, et al. Excess mortality in bipolar and unipolar disorder in Sweden. Arch Gen Psychiatry 2001;58:844–850
5. Murray CJ, Lopez AD. Global mortality, disability, and the contribution of risk factors: Global Burden of Disease Study. Lancet 1997;349:1436–1442
6. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition. Washington, DC: American Psychiatric Press; 1994
7. Weissman MM, Bland RC, Canino GJ, et al. Cross-national epidemiology of major depression and bipolar disorder. JAMA 1996;276:293–299
8. Weissman MM, Bruce LM, Leaf PJ, et al. Affective disorders. In: Robins LN, Regier DA, eds. Psychiatric Disorders in America: The Epidemiological Catchment Area Study. New York, NY: Free Press; 1991:53–80
9. Kessler RC, McGonagle KA, Zhao S, et al. Lifetime and 12-month prevalence of DSM-III-R psychiatric disorder in the United States: results from the National Comorbidity Survey. Arch Gen Psychiatry 1994;51:8–19
10. Akiskal HS. The bipolar spectrum: new concepts in classification and diagnosis. In: Grinspoon L, ed. Psychiatry Update: The American Psychiatric Association Annual Review, vol 2. Washington, DC: American Psychiatric Press; 1983:271–292
11. Akiskal HS, Bourgeois ML, Angst J, et al. Re-evaluating the prevalence of and diagnostic composition within the broad clinical spectrum of bipolar disorders. J Affect Disord 2000;59:S5–S30
12. Hirschfeld RMA. Bipolar spectrum disorder: improving its recognition and diagnosis. J Clin Psychiatry 2001;62(suppl 14):5–9
13. Angst J. The emerging epidemiology of hypomania and bipolar II disorder. J Affect Disord 1998;50:143–151
14. Boerlin HL, Gitlin MJ, Zoellner LA, et al. Bipolar depression and antidepressant-induced mania: a naturalistic study. J Clin Psychiatry 1998;59:374–379
15. Howland RH. Induction of mania with serotonin reuptake inhibitors. J Clin Psychopharmacol 1996;16:425–427
16. Calabrese JR, Rapport DK, Kimmel SE, et al. Controlled trials in bipolar I depression: focus on switch rates and efficacy. Eur Neuropsychopharmacol 1999;9(suppl 4):S109–S112
17. Stewart WF, Lipton RB, Celentano DD, et al. Prevalence of migraine headache in the United States: relation to age, income, race and other sociodemographic factors. JAMA 1992;267:64–69
18. Lipton RB, Stewart WF, Celentano DD, et al. Undiagnosed migraine headache: a comparison of symptom-based and reported physician diagnosis. Arch Intern Med 1992;152:1273–1278
19. Lipton RB, Stewart WF, Diamond S, et al. Prevalence and burden of migraine in the United States: data from the American Migraine Study II. Headache 2001;41:646–657
20. Lipton RB, Diamond S, Diamond M, et al. Migraine diagnosis and treatment: results from the American Migraine Study II. Headache 2001;41:638–645

21. Population Estimates Program, Population Division, US Bureau of the Census. Monthly Estimates of the United States Population: April 1, 1980 to July 1, 1999, with Short-Term Projections to November 1, 2000. Washington, DC: US Bureau of the Census; Jan 2, 2001
22. Hirschfeld RMA, Williams JBW, Spitzer RL, et al. Development and validation of a screening instrument for bipolar spectrum disorder: The Mood Disorder Questionnaire. Am J Psychiatry 2000;157:1873–1875
23. First MB, Spitzer RL, Gibbon M, et al. Structured Clinical Interview for DSM-IV-TR Axis I Disorders, Research Version, Patient Edition (SCID-I/P). New York, NY: Biometric Research, New York State Psychiatric Institute; 2001
24. Hirschfeld RMA, Holzer C, Calabrese J, et al. Validity of the Mood Disorder Questionnaire: a general population study. Am J Psychiatry. 2003;160:178–180
25. Lewinsohn PM, Klein, DN, Seeley JR. Bipolar disorders in a community sample of older adolescents: prevalence, phenomenology, comorbidity, and course. J Am Acad Child Adolesc Psychiatry 1995;34:454–463
26. Kessler RC, Rubinow DR, Holmes C, et al. The epidemiology of DSM-III-R bipolar I disorder in a general population survey. Psychol Med 1997;27:1079–1089
27. Lish JD, Dime-Meenan S, Whybrow PC, et al. The National Depressive and Manic-Depressive Association (DMDA) survey of bipolar members. J Affect Disord 1994;31:281–294
28. Hirschfeld RMA, Lewis L. Perceptions and impact of bipolar disorder: how far have we really come? results of the National Depressive and Manic-Depressive Association 2000 Survey of Individuals With Bipolar Disorder. J Clin Psychiatry. In press
29. Wehr TA, Sack DA, Rosenthall NE, et al. Rapid cycling affective disorder: contributing factors and treatment response. Am J Psychiatry 1988;145:179–184
30. Breslau N, Davis GC, Andreski P. Migraine, psychiatric disorders, and suicide attempts: an epidemiological study of young adults. Psychiatry Res 1991;37:11–23
31. Merikangas KR, Angst J, Isler H. Migraine and psychopathology. Arch Gen Psychiatry 1990;47:849–853
32. Cummings JL. Organic psychoses: delusional disorders and secondary mania. Psychiatr Clin North Am 1986;9:293–311
33. Strakowski SM, Keck PE, McElroy SL, et al. The co-occurrence of mania with medical and other psychiatric disorders. Int J Psychiatr Med 1994;24:305–328
34. Judd LL, Paulus MJ, Schettler PJ, et al. Does incomplete recovery from first lifetime major depressive episode herald a chronic course of illness? Am J Psychiatry 2000;157:1501–1504
35. Judd LL, Akiskal HS. Delineating the longitudinal structure of depressive illness: beyond clinical subtypes and duration thresholds. Pharmacopsychiatry 2000;33:3–7
36. Judd LL, Akiskal HS, Zeller PJ, et al. Psychosocial disability during the long-term course of unipolar major depressive disorder. Arch Gen Psychiatry 2000;57:375–380

visit *The Journal of Clinical Psychiatry* @
# www.psychiatrist.com

CONFIDENTIAL
AZSER12779198

# GUIDELINE WATCH:
# PRACTICE GUIDELINE FOR THE TREATMENT OF PATIENTS WITH BIPOLAR DISORDER, 2ND EDITION

*Robert M. A. Hirschfeld, M.D.*

APA's *Practice Guideline for the Treatment of Patients With Bipolar Disorder,* 2nd Edition, was published in April 2002 (1). Since that time, a number of controlled treatment studies on aspects of bipolar disorder have been completed and published or are in press, including studies of second-generation (atypical) antipsychotics as monotherapy and as adjunctive treatment (with more traditional mood stabilizers) for the acute treatment of mania, studies of antiepileptic agents for the acute treatment of mania, trials for three medications for the acute treatment of bipolar depression, four monotherapy and one combination therapy relapse prevention studies, and studies of psychosocial interventions for maintenance. The evidence from these studies supports a substantially expanded set of options for clinicians who treat patients with bipolar disorder. This guideline watch briefly reviews the most important of the studies. The majority of the studies were industry supported.

## PSYCHIATRIC MANAGEMENT

Recently completed epidemiological studies have estimated the lifetime prevalence of bipolar I and II disorders in the general population to be 3.7%–3.9% (2, 3). The prevalence in samples of patients presenting with depression is much higher, ranging from 21% (4) to 26% (5) in primary care settings and from 28% (6) to 49% (7) in psychiatric clinics. Use of a screening instrument, such as the Mood Disorder Questionnaire, can substantially improve recognition of patients with bipolar disorder, particularly among depressed patients (8).

---

The American Psychiatric Association (APA) practice guidelines are developed by expert work groups using an explicit methodology that includes rigorous review of available evidence, broad peer review of iterative drafts, and formal approval by the APA Assembly and Board of Trustees. APA practice guidelines are intended to assist psychiatrists in clinical decision making. They are not intended to be a standard of care. The ultimate judgment regarding a particular clinical procedure or treatment plan must be made by the psychiatrist in light of the clinical data presented by the patient and the diagnostic and treatment options available. Guideline watches summarize significant developments in practice since publication of an APA practice guideline. Watches may be authored and reviewed by experts associated with the original guideline development effort and are approved for publication by APA's Executive Committee on Practice Guidelines. Thus, watches represent opinion of the authors and approval of the Executive Committee but not policy of the APA. This guideline watch was published in November 2005. Copyright © 2005. American Psychiatric Association. All rights reserved. Suggested citation: Hirschfeld RMA: *Guideline Watch: Practice Guideline for the Treatment of Patients With Bipolar Disorder.* Arlington, VA: American Psychiatric Association. Available online at http://www.psych.org/psych_pract/treatg/pg/prac_guide.cfm.

CONFIDENTIAL
AZSER12779199

### Acute treatment

#### Manic or mixed episodes

Two randomized, double-blind, controlled studies have shown olanzapine monotherapy to be significantly better than placebo for the acute treatment of patients with mania or mixed episodes, with initial dosing of either 10 mg/day or 15 mg/day (9, 10). Somnolence, dry mouth, dizziness, and weight gain occurred significantly more frequently in the olanzapine group than in the placebo group. In another randomized, double-blind study, olanzapine was equivalent to haloperidol for patients with acute mania and was superior to haloperidol for patients whose index episode did not include psychotic features (11). Olanzapine monotherapy has also been compared with divalproex monotherapy in two randomized, double-blind, controlled studies. In one there was equivalent efficacy (12), and in the other olanzapine had superior efficacy (13). However, the side-effect profile for divalproex was more benign.

Olanzapine has also been studied as an adjunctive agent to traditional mood stabilizers. In a double-blind, randomized, controlled trial, olanzapine added to divalproex or lithium was superior to divalproex or lithium alone in patients who had had an inadequate response to at least 2 weeks of lithium or valproate monotherapy (14). Side effects included somnolence, hyperkinesia, and nausea.

The efficacy of risperidone monotherapy for the acute treatment of mania has been demonstrated in three randomized, double-blind, placebo-controlled trials. Risperidone monotherapy was superior to placebo in all three studies. In the three studies patients were started on 3 mg/day of risperidone, with titration to a maximum of 6 mg/day. Onset of action in one study was seen at day 3 (15), and in another at 1 week (16). In the third study, risperidone was equivalent to haloperidol and superior to placebo (17). Side effects included somnolence, hyperkinesia, and nausea.

Two randomized, double-blind, placebo-controlled studies examined the adjunctive use of risperidone with traditional mood stabilizers (i.e., lithium or divalproex) (18, 19). In both studies the combination of risperidone with mood stabilizer outperformed mood stabilizer alone. The addition of risperidone substantially increased the prevalence of extrapyramidal symptoms.

The efficacy of ziprasidone as monotherapy in the acute treatment of patients with manic or mixed episodes was tested in two randomized, double-blind, placebo-controlled studies, with initial dosing of 40 mg twice a day (20, 21). Ziprasidone had an onset of action at day 2 in both trials and was superior to placebo at endpoint. The mean dosage in the two studies was 130 mg/day and 112 mg/day, respectively. Side effects included somnolence, dizziness, extrapyramidal syndrome, nausea, akathisia, and tremor.

Two studies of aripiprazole monotherapy in the acute treatment of mania have been published (22, 23). In a randomized, double-blind, controlled study, aripiprazole at a starting dosage of 30 mg/day was compared with placebo in patients with manic or mixed episodes (22). Aripiprazole was superior to placebo in efficacy, beginning at day 4. Side effects included nausea, dyspepsia, somnolence, vomiting, insomnia, and akathisia. A second study compared aripiprazole and haloperidol over 12 weeks (23). The drugs performed similarly regarding improvement in manic symptoms, but substantially more aripiprazole patients completed the study. Extrapyramidal symptoms were much higher for haloperidol.

The efficacy of quetiapine in patients with manic episodes has been studied in two different 12-week randomized, double-blind, placebo-controlled trials—one against lithium and the other against haloperidol (24, 25). Quetiapine was initiated at 100 mg on day 1, with an upward titration to 800 mg/day or higher. Quetiapine was equivalent in efficacy to the two active comparators, and both were superior to placebo at day 21. Side effects included dry mouth, somnolence, weight gain, and dizziness.

In another study, adjunctive quetiapine or placebo was given to acutely manic patients who were still manic after at least 7 days of treatment with lithium or divalproex. Quetiapine was initiated at 100 mg and titrated to 400 mg/day by day 4, with a target dose of 200–800 mg/day (26).

**2** *APA Practice Guidelines*

CONFIDENTIAL
AZSER12779200

The quetiapine treatment group had a significantly higher response rate and reduction in manic symptoms. The mean last-week dosage in all patients receiving quetiapine was 504 mg/day.

There have been two recently published randomized, double-blind, placebo-controlled studies of the extended-release formulation of the anticonvulsant carbamazepine for the acute treatment of manic or mixed episodes (27, 28). In both studies, carbamazepine extended-release was initiated at 400 mg in divided doses on day 1 and increased as tolerated up to 1,600 mg/day. The mean final dosages were 756 mg/day (27) and 643 mg/day (28), respectively. An onset of action was seen at day 14 in the first trial and at day 7 in the second trial, and both trials found carbamazepine extended-release to be superior to placebo at endpoint. Side effects included dizziness, somnolence, nausea, vomiting, ataxia, blurred vision, dyspepsia, dry mouth, pruritus, and speech disorder.

The many monotherapy and adjunctive therapy studies of mania since 2002 provide a number of new options for clinicians in the acute treatment of patients with mania.

A significant clinical concern is metabolic effects associated with second-generation antipsychotics (29). Clozapine and olanzapine are associated with increased risks of developing diabetes mellitus and dyslipidemia. A recent comparative antipsychotic trial in schizophrenia suggested significantly greater weight gain for olanzapine than for the other antipsychotics studied (i.e., perphenazine, quetiapine, risperidone, and ziprasidone) (30). Clozapine and olanzapine are associated with the most weight gain, risperidone and quetiapine with moderate weight gain, and ziprasidone and aripiprazole with minimal weight change. Because of these risks, clinicians have been advised to monitor weight, waist circumference, blood pressure, glucose, and lipids at baseline and at monthly intervals in patients on these medications (31).

### Depressive episodes

The impact (in terms of duration of episodes and quality of life) of depressive episodes in bipolar patients is substantially worse than the impact of manic episodes (32, 33). Unfortunately, far less research attention has been paid to the treatment of bipolar depression (34, 35). This section reviews three studies published since the 2002 publication of the second edition practice guideline.

In an 8-week placebo-controlled, double-blind study, olanzapine monotherapy and the combination of olanzapine and fluoxetine were examined in the acute treatment of bipolar I depression (36). Although both olanzapine and the combination of olanzapine and fluoxetine were superior to placebo in efficacy, the response in the combination group was much greater, and only the combination of olanzapine and fluoxetine received an indication from the Food and Drug Administration for the acute treatment of bipolar depression. The first separation from placebo occurred at week 1 and continued throughout the trial. The mean dosage in the combination group was 7.4 mg/day of olanzapine and 39.3 mg/day of fluoxetine. By the end of the study, 8 of 10 core symptoms of depression had improved relative to placebo. Side effects included somnolence, weight gain, increased appetite, dry mouth, asthenia, and diarrhea. Neither olanzapine monotherapy nor the combination of olanzapine and fluoxetine caused switching into mania or hypomania.

A large randomized, double-blind, placebo-controlled trial supported the efficacy of quetiapine monotherapy for the treatment of bipolar I or II depression (37). Quetiapine initiated at 50 mg/day and titrated to either 300 mg/day or 600 mg/day within 1 week was found to be effective compared with placebo at both doses, with no significant difference in efficacy between the two dosage groups. Onset of action occurred by 1 week and continued throughout the trial. Statistical significance was achieved at endpoint in 9 of 10 core features of depression. Side effects included dry mouth, sedation, somnolence, dizziness, and constipation and were substantially greater in the 600 mg/day group compared with the 300 mg/day group. Incidence of treatment-emergent mania did not differ from that of placebo.

*Guideline Watch for the Practice Guideline for the Treatment of Patients With Bipolar Disorder*  **3**

CONFIDENTIAL
AZSER12779201

A single-blind, randomized, nonplacebo-controlled comparison of venlafaxine and paroxetine was conducted with patients with bipolar disorder who were currently presenting with a major depressive episode and who were currently taking a mood stabilizer (38). Both medications yielded significant improvements in depressive symptomatology with no significant differences in safety measures. Among the patients treated with paroxetine, 3% switched to hypomania or mania, compared with 13% in the venlafaxine group.

Two small, controlled studies of the adjunctive use of the dopamine agonist pramipexole in the treatment of bipolar depression suggest efficacy (39, 40). Both studies were 6-week placebo-controlled studies of pramipexole (mean peak dosage = 1.7 mg/day) added to the therapeutic levels of traditional mood stabilizers. Results were strongly positive in both studies, with few adverse events.

In conclusion, medications having the strongest evidence for efficacy for acute treatment of depression in patients with bipolar I disorder are the olanzapine-fluoxetine combination, quetiapine, and lamotrigine. There is suggestive evidence that the adjunctive use of pramipexole may be helpful. Evidence for the efficacy of an antidepressant with adjunctive mood stabilizer is modest. Prescription of antidepressants in the absence of a mood stabilizer is not recommended for bipolar I patients.

## Maintenance treatment

Since publication of the second edition practice guideline, new studies have been published on the long-term treatment of patients with bipolar disorder.

### Pharmacological interventions

Two large randomized, double-blind studies examined the utility of lamotrigine in the maintenance treatment of patients with bipolar I disorder (41, 42). Both studies were placebo controlled and included lithium monotherapy as an active comparator. In one study, patients had most recently suffered a depressive episode (41) and, in the other, a manic or hypomanic episode (42). Both studies involved an open-label stabilization period of 8–16 weeks followed by an 18-month trial of lamotrigine monotherapy, lithium monotherapy, or placebo in patients who had recovered and were stable.

In the study of recently depressed patients (41), both lamotrigine (200 mg/day or 400 mg/day) and lithium (0.8–1.1 meq/liter) were superior to placebo in preventing any mood episode. Lamotrigine, but not lithium, was superior to placebo in preventing a depressive episode. Lithium, but not lamotrigine, was superior to placebo in preventing a manic, hypomanic, or mixed episode. With the exception of rash, there were no side effects of lamotrigine that exceeded placebo. There were no serious rashes. For the lithium group, the incidence of somnolence and tremor exceeded that of placebo.

In the study of recently manic or hypomanic patients (42), both lamotrigine (target dosage of 200 mg/day) and lithium (0.8–1.1 meq/liter) were superior to placebo in delaying onset of any mood episode. Lithium, but not lamotrigine, was superior to placebo in prevention of a manic episode, but neither agent was superior to placebo in preventing depressive episodes. There were no adverse events for which lamotrigine statistically exceeded placebo. Lithium exceeded placebo for diarrhea only.

When the data from both studies were pooled, lamotrigine was superior to placebo in time to intervention for any mood episode, as well as for prevention of depressive episodes and manic, hypomanic, or mixed episodes (43). Similarly, lithium was superior to placebo in time to intervention for a mood episode and for prevention of a manic, hypomanic, or mixed episode. Lithium was not superior to placebo in prevention of a depressed episode.

Given the results from these studies, both lamotrigine and lithium appear to have substantial utility in the maintenance treatment of patients with bipolar disorder. The utility of lamotrigine was somewhat greater for the prevention of depressive compared with manic episodes, and the opposite is true for lithium.

**4**                                                                  *APA Practice Guidelines*

CONFIDENTIAL
AZSER12779202

A 47-week, randomized, double-blind study of olanzapine versus divalproex for manic or mixed episodes was completed (44). The median time to remission was shorter for olanzapine than for divalproex, although the remission rates at the end of the study did not differ between agents. Adverse events for olanzapine included somnolence, dry mouth, increased appetite, weight gain, akathisia, and high alanine aminotransferase levels, while adverse events for divalproex were nausea and nervousness.

A randomized, double-blind, controlled trial compared the efficacy of olanzapine and lithium for the prevention of relapse or recurrence of a manic or mixed episode (45). In this study patients currently experiencing a manic or mixed episode were treated acutely with olanzapine and lithium for 6–12 weeks. Patients who achieved remission were randomly assigned to 52 weeks of olanzapine or lithium monotherapy. A relapse into mania or depression occurred in 30% of the olanzapine-treated patients and in 39% of the lithium-treated patients—an insignificant difference. Olanzapine was superior to lithium in rates of symptomatic recurrence of mania or mixed episodes (14% vs. 28%), but rates of depression recurrence did not differ. Treatment-emergent insomnia was higher in the lithium group than in the olanzapine group. Among the lithium group, 26% discontinued treatment because of side effects, compared with 19% of the olanzapine group.

A randomized, double-blind, controlled study examined the utility of continued combination treatment with a mood stabilizer (lithium, carbamazepine, or valproate) and a first-generation (typical) antipsychotic (perphenazine) (46). Immediately following remission from a manic episode, patients were randomly assigned to remain on the combination therapy or to receive the mood stabilizer plus placebo. Among those on continued combination therapy, there was shorter time to depressive relapse, a higher rate of discontinuation, and higher rates of dysphoria, depressive symptoms, and extrapyramidal symptoms. The study concluded that there were no short-term benefits with the continuation of the first-generation antipsychotic with a mood stabilizer; in fact, its continued use was associated with the aforementioned detrimental effects.

However, a similar study of the second-generation antipsychotic olanzapine plus mood stabilizer versus mood stabilizer plus placebo had somewhat different results (47). In this randomized, double-blind, controlled study, patients who achieved remission after 6 weeks of treatment with olanzapine plus either lithium or valproate received continued lithium or valproate plus olanzapine or plus placebo for 18 months. There were no differences in time to relapse into mania or depression between the monotherapy and combination therapy groups, but combination therapy was significantly better for prevention of symptomatic relapse. Combination therapy was associated with increased somnolence, weight gain, and tremor.

### Psychosocial interventions

Knowledge of the utility of psychosocial interventions has expanded recently. Family-focused therapy is a manualized psychosocial program involving all available family members in which weekly psychoeducation, communication enhancement training, and problem-solving skills training occur adjunctively with pharmacotherapy. A 2-year randomized, controlled study of family-focused therapy plus pharmacotherapy versus a crisis management intervention and pharmacotherapy (supported by grants from the National Institute of Mental Health, the National Alliance for Research on Schizophrenia, and the MacArthur Foundation) found that postepisode symptomatic adjustment and drug adherence were enhanced with the family-focused therapy and pharmacotherapy combination compared with the other (48). Patients in the group receiving family-focused therapy had fewer relapses and longer survival intervals.

Another randomized, controlled study examined the utility of cognitive therapy in conjunction with pharmacotherapy over a 12-month period (49). Those treated with cognitive therapy and pharmacotherapy had significantly fewer bipolar episodes, days in an episode, and number of admissions.

CONFIDENTIAL
AZSER12779203

Two controlled studies (supported by grants from the Stanley Medical Research Institute, the Instituto de Salud Carlos III, the Fundació Marató de TV3, and the Fundació María Francisca Roviralta) of a longitudinal (21-session) psychoeducational program were conducted in Spain (50, 51). In both studies psychoeducation reduced recurrences over 2 years. Psychoeducation enhanced lifestyle regularity and early syndrome detection.

A recent study (supported by grants from the National Institute of Mental Health) found that a psychosocial intervention focused on addressing interpersonal problems and regulating social rhythms during acute treatment in bipolar I patients extended the time to new episode and reduced the likelihood of recurrence (52).

## CONCLUSION

Since the publication in 2002 of the *Practice Guideline for the Treatment of Patients With Bipolar Disorder,* 2nd Edition, new options for the acute treatment of manic, mixed, or depressive episodes have emerged. Knowledge of pharmacological and psychosocial interventions for maintenance has also increased.

## ACKNOWLEDGMENT

The author thanks Colleen M. Sonora, M.A., for help in preparing this guideline watch.

## REFERENCES

1. American Psychiatric Association: Practice guideline for the treatment of patients with bipolar disorder (revision). Am J Psychiatry 2002; 159:1–50
2. Kessler RC, Berglund P, Demler O, Jin R, Merikangas KR, Walters EE: Lifetime prevalence and age-of-onset distributions of DSM-IV disorders in the National Comorbidity Survey Replication. Arch Gen Psychiatry 2005; 62:593–602
3. Hirschfeld RM, Calabrese JR, Weissman MM, Reed M, Davies MA, Frye MA, Keck PE Jr, Lewis L, McElroy SL, McNulty JP, Wagner KD: Screening for bipolar disorder in the community. J Clin Psychiatry 2003; 64:53–59
4. Hirschfeld RM, Cass AR, Holt DC, Carlson CA: Screening for bipolar disorder in patients treated for depression in a family medicine clinic. J Am Board Fam Pract 2005; 18:233–239
5. Manning JS, Haykal RF, Connor PD, Akiskal HS: On the nature of depressive and anxious states in a family practice setting: the high prevalence of bipolar II and related disorders in a cohort followed longitudinally. Compr Psychiatry 1997; 38:102–108
6. Hantouche EG, Akiskal HS, Lancrenon S, Allilaire JF, Sechter D, Azorin JM, Bourgeois M, Fraud JP, Chatenet-Duchene L: Systematic clinical methodology for validating bipolar II disorder: data in mid-stream from a French national multi-site study (EPIDEP). J Affect Disord 1998; 50:163–173
7. Benazzi F: Prevalence of bipolar II disorder in outpatient depression: a 203-case study in private practice. J Affect Disord 1997; 43:163–166
8. Hirschfeld RM, Williams JB, Spitzer RL, Calabrese JR, Flynn L, Keck PE Jr, Lewis L, McElroy SL, Post RM, Rapport DJ, Russell JM, Sachs GS, Zajecka J: Development and validation of a screening instrument for bipolar spectrum disorder: the Mood Disorder Questionnaire. Am J Psychiatry 2000; 157:1873–1875
9. Tohen M, Sanger TM, McElroy SL, Tollefson GD, Chengappa KN, Daniel DG, Petty F, Centorrino F, Wang R, Grundy SL, Greaney MG, Jacobs TG, David SR, Toma V:

CONFIDENTIAL
AZSER12779204

Olanzapine versus placebo in the treatment of acute mania. Olanzapine HGEH Study Group. Am J Psychiatry 1999; 156:702–709

10. Tohen M, Jacobs TG, Grundy SL, McElroy SL, Banov MC, Janicak PG, Sanger T, Risser R, Zhang F, Toma V, Francis J, Tollefson GD, Breier A : Efficacy of olanzapine in acute bipolar mania: a double-blind, placebo-controlled study. The Olanzapine HGGW Study Group. Arch Gen Psychiatry 2000; 57:841–849

11. Tohen M, Goldberg JF, Gonzalez-Pinto Arrillaga AM, Azorin JM, Vieta E, Hardy-Bayle MC, Lawson WB, Emsley RA, Zhang F, Baker RW, Risser RC, Namjoshi MA, Evans AR, Breier A: A 12-week, double-blind comparison of olanzapine vs haloperidol in the treatment of acute mania. Arch Gen Psychiatry 2003; 60:1218–1226

12. Zajecka JM, Weisler R, Sachs G, Swann AC, Wozniak P, Sommerville KW: A comparison of the efficacy, safety, and tolerability of divalproex sodium and olanzapine in the treatment of bipolar disorder. J Clin Psychiatry 2002; 63:1148–1155

13. Tohen M, Baker RW, Altshuler LL, Zarate CA, Suppes T, Ketter TA, Milton DR, Risser R, Gilmore JA, Breier A, Tollefson GA: Olanzapine versus divalproex in the treatment of acute mania. Am J Psychiatry 2002; 159:1011–1017

14. Tohen M, Chengappa KN, Suppes T, Zarate CA Jr, Calabrese JR, Bowden CL, Sachs GS, Kupfer DJ, Baker RW, Risser RC, Keeter EL, Feldman PD, Tollefson GD, Breier A: Efficacy of olanzapine in combination with valproate or lithium in the treatment of mania in patients partially nonresponsive to valproate or lithium monotherapy. Arch Gen Psychiatry 2002; 59:62–69

15. Hirschfeld RM, Keck PE Jr, Kramer M, Karcher K, Canuso C, Eerdekens M, Grossman F: Rapid antimanic effect of risperidone monotherapy: a 3-week multicenter, double-blind, placebo-controlled trial. Am J Psychiatry 2004; 161:1057–1065

16. Khanna S, Vieta E, Lyons B, Grossman F, Eerdekens M, Kramer M: Risperidone in the treatment of acute bipolar mania: double-blind, placebo-controlled study. Br J Psychiatry 2005; 187:229–234

17. Smulevich AB, Khanna S, Eerdekens M, Karcher K, Kramer M, Grossman F: Acute and continuation risperidone monotherapy in bipolar mania: a 3-week placebo-controlled trial followed by a 9-week double-blind trial of risperidone and haloperidol. Eur Neuropsychopharmacol 2005; 15:75–84

18. Sachs GS, Grossman F, Ghaemi SN, Okamoto A, Bowden CL: Combination of a mood stabilizer with risperidone or haloperidol for treatment of acute mania: a double-blind, placebo-controlled comparison of efficacy and safety. Am J Psychiatry 2002; 159:1146–1154

19. Yatham LN, Grossman F, Augustyns I, Vieta E, Ravindran A: Mood stabilisers plus risperidone or placebo in the treatment of acute mania: international, double-blind, randomised controlled trial. Br J Psychiatry 2003; 182:141–147

20. Keck PE Jr, Versiani M, Potkin S, West SA, Giller E, Ice K: Ziprasidone in the treatment of acute bipolar mania: a three-week, placebo-controlled, double-blind, randomized trial. Am J Psychiatry 2003; 160:741–748

21. Potkin SG, Keck PE Jr, Segal S, Ice K, English P: Ziprasidone in acute bipolar mania: a 21-day randomized, double-blind, placebo-controlled replication trial. J Clin Psychopharmacol 2005; 25:301–310

22. Keck PE Jr, Marcus R, Tourkodimitris S, Ali M, Liebeskind A, Saha A, Ingenito G: A placebo-controlled, double-blind study of the efficacy and safety of aripiprazole in patients with acute bipolar mania. Am J Psychiatry 2003; 160:1651–1658

23. Vieta E, Bourin M, Sanchez R, Marcus R, Stock E, McQuade R, Carson W, Abou-Gharbia N, Swanink R, Iwamoto T: Effectiveness of aripiprazole vs haloperidol in acute bipolar mania: double-blind, randomised, comparative 12-week trial. Br J Psychiatry 2005; 187:235–242

*Guideline Watch for the Practice Guideline for the Treatment of Patients With Bipolar Disorder*          **7**

CONFIDENTIAL
AZSER12779205

24. McIntyre RS, Brecher M, Paulsson B, Huziar K, Mullen J: Quetiapine or haloperidol as monotherapy for bipolar mania: a 12-week, double-blind, randomised, parallel-group, placebo-controlled trial. Eur Neuropsychopharmacol 2005; 15:573–585

25. Bowden CL, Grunze H, Mullen J, Brecher M, Paulsson B, Jones M, Vagero M, Svensson K: A randomized, double-blind, placebo-controlled efficacy and safety study of quetiapine or lithium as monotherapy for mania in bipolar disorder. J Clin Psychiatry 2005; 66:111–121

26. Sachs G, Chengappa KN, Suppes T, Mullen JA, Brecher M, Devine NA, Sweitzer DE: Quetiapine with lithium or divalproex for the treatment of bipolar mania: a randomized, double-blind, placebo-controlled study. Bipolar Disord 2004; 6:213–223

27. Weisler RH, Kalali AH, Ketter TA: A multicenter, randomized, double-blind, placebo-controlled trial of extended-release carbamazepine capsules as monotherapy for bipolar disorder patients with manic or mixed episodes. J Clin Psychiatry 2004; 65:478–484

28. Weisler RH, Keck PE Jr, Swann AC, Cutler AJ, Ketter TA, Kalali AH: Extended-release carbamazepine capsules as monotherapy for acute mania in bipolar disorder: a multicenter, randomized, double-blind, placebo-controlled trial. J Clin Psychiatry 2005; 66:323–330

29. Newcomer JW: Second-generation (atypical) antipsychotics and metabolic effects: a comprehensive literature review. CNS Drugs 2005; 19(suppl 1):1–93

30. Lieberman JA, Stroup TS, McEvoy JP, Swartz MS, Rosenheck RA, Perkins DO, Keefe RS, Davis SM, Davis CE, Lebowitz BD, Severe J, Hsiao JK: Effectiveness of antipsychotic drugs in patients with chronic schizophrenia. N Engl J Med 2005; 353:1209–1223

31. American Diabetes Association, American Psychiatry Association, American Association of Clinical Endocrinologists: Consensus development conference on antipsychotic drugs and obesity and diabetes. J Clin Psychiatry 2004; 65:267–272

32. Judd LL, Akiskal HS, Schettler PJ, Endicott J, Maser J, Solomon DA, Leon AC, Rice JA, Keller MB: The long-term natural history of the weekly symptomatic status of bipolar I disorder. Arch Gen Psychiatry 2002; 59:530–537

33. Calabrese JR, Hirschfeld RM, Frye MA, Reed ML: Impact of depressive symptoms compared with manic symptoms in bipolar disorder: results of a U.S. community-based sample. J Clin Psychiatry 2004; 65:1499–1504

34. Gijsman HJ, Geddes JR, Rendell JM, Nolen WA, Goodwin GM: Antidepressants for bipolar depression: a systematic review of randomized, controlled trials. Am J Psychiatry 2004; 161:1537–1547

35. Hirschfeld RM, Fochtmann LJ, McIntyre JS: Antidepressants for bipolar depression. Am J Psychiatry 2005; 162:1546–1547

36. Tohen M, Vieta E, Calabrese J, Ketter TA, Sachs G, Bowden C, Mitchell PB, Centorrino F, Risser R, Baker RW, Evans AR, Beymer K, Dube S, Tollefson GD, Breier A: Efficacy of olanzapine and olanzapine-fluoxetine combination in the treatment of bipolar I depression. Arch Gen Psychiatry 2003; 60:1079–1088

37. Calabrese JR, Keck PE Jr, Macfadden W, Minkwitz M, Ketter TA, Weisler RH, Cutler AJ, McCoy R, Wilson E, Mullen J: A randomized, double-blind, placebo-controlled trial of quetiapine in the treatment of bipolar I or II depression. Am J Psychiatry 2005; 162:1351–1360

38. Vieta E, Martinez-Aran A, Goikolea JM, Torrent C, Colom F, Benabarre A, Reinares M: A randomized trial comparing paroxetine and venlafaxine in the treatment of bipolar depressed patients taking mood stabilizers. J Clin Psychiatry 2002; 63:508–512

39. Goldberg JF, Burdick KE, Endick CJ: Preliminary randomized, double-blind, placebo-controlled trial of pramipexole added to mood stabilizers for treatment-resistant bipolar depression. Am J Psychiatry 2004; 161:564–566

40. Zarate CA Jr, Payne JL, Singh J, Quiroz JA, Luckenbaugh DA, Denicoff KD, Charney DS, Manji HK: Pramipexole for bipolar II depression: a placebo-controlled proof of concept study. Biol Psychiatry 2004; 56:54–60

CONFIDENTIAL
AZSER12779206

41. Calabrese JR, Bowden CL, Sachs G, Yatham LN, Behnke K, Mehtonen OP, Montgomery P, Ascher J, Paska W, Earl N, DeVeaugh-Geiss J: A placebo-controlled 18-month trial of lamotrigine and lithium maintenance treatment in recently depressed patients with bipolar I disorder. J Clin Psychiatry 2003; 64:1013–1024

42. Bowden CL, Calabrese JR, Sachs G, Yatham LN, Asghar SA, Hompland M, Montgomery P, Earl N, Smoot TM, DeVeaugh-Geiss J: A placebo-controlled 18-month trial of lamotrigine and lithium maintenance treatment in recently manic or hypomanic patients with bipolar I disorder. Arch Gen Psychiatry 2003; 60:392–400

43. Goodwin GM, Bowden CL, Calabrese JR, Grunze H, Kasper S, White R, Greene P, Leadbetter R: A pooled analysis of 2 placebo-controlled 18-month trials of lamotrigine and lithium maintenance in bipolar I disorder. J Clin Psychiatry 2004; 65:432–441

44. Tohen M, Ketter TA, Zarate CA, Suppes T, Frye M, Altshuler L, Zajecka J, Schuh LM, Risser RC, Brown E, Baker RW: Olanzapine versus divalproex sodium for the treatment of acute mania and maintenance of remission: a 47-week study. Am J Psychiatry 2003; 160:1263–1271

45. Tohen M, Greil W, Calabrese JR, Sachs GS, Yatham LN, Oerlinghausen BM, Koukopoulos A, Cassano GB, Grunze H, Licht RW, Dell'Osso L, Evans AR, Risser R, Baker RW, Crane H, Dossenbach MR, Bowden CL: Olanzapine versus lithium in the maintenance treatment of bipolar disorder: a 12-month, randomized, double-blind, controlled clinical trial. Am J Psychiatry 2005; 162:1281–1290

46. Zarate CA Jr, Tohen M: Double-blind comparison of the continued use of antipsychotic treatment versus its discontinuation in remitted manic patients. Am J Psychiatry 2004; 161:169–171

47. Tohen M, Chengappa KN, Suppes T, Baker RW, Zarate CA, Bowden CL, Sachs GS, Kupfer DJ, Ghaemi SN, Feldman PD, Risser RC, Evans AR, Calabrese JR: Relapse prevention in bipolar I disorder: 18-month comparison of olanzapine plus mood stabiliser vs mood stabiliser alone. Br J Psychiatry 2004; 184:337–345

48. Miklowitz DJ, George EL, Richards JA, Simoneau TL, Suddath RL: A randomized study of family-focused psychoeducation and pharmacotherapy in the outpatient management of bipolar disorder. Arch Gen Psychiatry 2003; 60:904–912

49. Lam DH, Watkins ER, Hayward P, Bright J, Wright K, Kerr N, Parr-Davis G, Sham P: A randomized controlled study of cognitive therapy for relapse prevention for bipolar affective disorder: outcome of the first year. Arch Gen Psychiatry 2003; 60:145–152

50. Colom F, Vieta E, Reinares M, Martinez-Aran A, Torrent C, Goikolea JM, Gasto C: Psychoeducation efficacy in bipolar disorders: beyond compliance enhancement. J Clin Psychiatry 2003; 64:1101–1105

51. Colom F, Vieta E, Martinez-Aran A, Reinares M, Goikolea JM, Benabarre A, Torrent C, Comes M, Corbella B, Parramon G, Corominas J: A randomized trial on the efficacy of group psychoeducation in the prophylaxis of recurrences in bipolar patients whose disease is in remission. Arch Gen Psychiatry 2003; 60:402–407

52. Frank E, Kupfer DJ, Thase ME, Mallinger AG, Swartz HA, Fagiolini AM, Grochocinski V, Houck P, Scott J, Thompson W, Monk T: Two-year outcomes for interpersonal and social rhythm therapy in individuals with bipolar I disorder. Arch Gen Psychiatry 2005; 62:996–1004

CONFIDENTIAL
AZSER12779207