*Expert Consensus Guideline Series*

## 4C.  Antidepressants for Bipolar Depression [Questions 18 & 19]

We asked the experts which ADs they would recommend, if it is decided to include an AD in the treatment regimen. Lamotrigine was included in the list of options for this question because there is some disagreement as to how this agent should be categorized and we wanted to be as inclusive as possible. We included lamotrigine in multiple categories to avoid biasing the survey results by classifying it solely as a mood stabilizer or an AD.

If an AD is included in the treatment regimen for a patient with bipolar depression *who does not have a history of rapid cycling or AD-induced mania*, the experts preferred lamotrigine, bupropion, citalopram, escitalopram, and sertraline. These recommendations reflect findings in the literature concerning lamotrigine, bupropion, sertraline, and citalopram. However, it is not clear if the experts were giving priority to drugs that have been studied in bipolar disorder or were giving highest ratings to the ADs they prefer in general. If the former, we would have expected paroxetine to be preferred, given that it was studied in one of the largest trials to date and also in another smaller study; venlafaxine has also been studied as much as the others. It is again notable that the olanzapine/fluoxetine combination received only high-second line ratings, given its indication for bipolar depression.

For a patient with a history of *rapid cycling*, first-line choices were limited to lamotrigine as treatment of choice, with bupropion another first-line option. The experts' preference for lamotrigine for patients with a history of rapid cycling is not surprising since lamotrigine has been studied in this group in particular. It is also not surprising that bupropion received first-line ratings in this patient group, even though there is really no comparative evidence that it is less likely to induce mania than other new-generation ADs (although it was found to be less likely to induce mania than desipramine in one very small study).

***Bold italics*** = treatment of choice

| Clinical presentation | Preferred AD | Alternate AD |
|---|---|---|
| No history of rapid cycling or AD-induced mania | Lamotrigine | Paroxetine |
| | Bupropion | Fluoxetine |
| | Citalopram | Venlafaxine |
| | Escitalopram | Duloxetine* |
| | Sertraline | Olanzapine/fluoxetine combination |
| With history of rapid cycling or AD-induced mania | *Lamotrigine* | Olanzapine/fluoxetine combination |
| | Bupropion | Citalopram |
| | | Escitalopram |

*Not yet approved in the United States at the time of the survey

• A POSTGRADUATE MEDICINE SPECIAL REPORT • DECEMBER 2004

CONFIDENTIAL
AZSER12779258

## 4D. Antipsychotics for Nonpsychotic Bipolar Depression [Question 20]

As shown in guideline 4B, the experts generally did not give strong support to using an AAP in lieu of an MS either alone or in combination with an AD. For use in combination with an AD, olanzapine received very high second-line ratings (rated first line by 70% of the experts), probably reflecting that it is the only AAP for which a large controlled trial had been reported at the time of the survey. Quetiapine received high second-line ratings. The editors note that positive results from a trial of quetiapine monotherapy in bipolar depression were only recently presented after the survey was completed.

| For use | Preferred AP | Alternate AP |
|---------|--------------|--------------|
| Without an AD | | Olanzapine |
| | | Ziprasidone |
| | | Quetiapine |
| In combination with an AD | Olanzapine* | Quetiapine |
| | | Risperidone |
| | | Ziprasidone |

*Very high second line (rated first line by more than two thirds of the experts)

## 4E:  Antipsychotics for Bipolar Depression With Psychosis [Question 21]

For the acute treatment of bipolar depression with psychosis, the experts gave first-line ratings to olanzapine, quetiapine, and risperidone. Ziprasidone and aripiprazole received high second-line ratings, perhaps reflecting the more recent introduction of these 2 agents.

| Preferred AP | Alternate AP |
|--------------|--------------|
| Olanzapine | Ziprasidone |
| Quetiapine | Aripiprazole |
| Risperidone | |

## 4F:  Psychosocial Strategies for Acute Bipolar Depression [Question 22]

Cognitive-behavioral therapy, family-focused therapy, and interpersonal psychotherapy received preferred ratings for the treatment of acute bipolar depression. Supportive and group psychotherapy received high second-line ratings. In contrast, psychodynamic psychotherapy was rated third line. The experts' ratings probably reflect the fact that these 3 structured therapies have received the most study in controlled trials.

| Preferred strategies | Alternate strategies |
|----------------------|----------------------|
| Cognitive-behavior therapy (CBT) focusing on psychoeducation, medication adherence, cognitions, activity levels, problem solving, goals | Group psychotherapy focusing on psychoeducation |
| Family-focused therapy (FFT) dealing with issues such as psychoeducation, family communication styles, problem solving | Supportive individual psychotherapy focusing on providing support around issues the patient chooses to discuss each session |
| Interpersonal psychotherapy (IPT) focusing on psychoeducation, interpersonal issues, and activity and sleep levels | |

CONFIDENTIAL
AZSER12779259

*Expert Consensus Guideline Series*

# *Guideline 5:* Inadequate Response to Initial Strategy for Bipolar Depression

Before making a change in treatment regimen, it is important to be sure that you have optimized the dose of the medication and allowed for a trial of adequate duration, although the benefit of optimization per se has never been studied. The experts in the 1996 Expert Consensus Guideline survey indicated that an acute trial of an AD should be continued for as long in bipolar as in non-bipolar depression (e.g., 6–12 weeks). Although the duration of an adequate trial in bipolar depression has not been established in randomized, controlled trials, AD studies in unipolar depression suggest that 8 or even 12 weeks at a therapeutic dose may be required for an adequate trial.

## 5A:  Bipolar Depression Without Psychosis: Strategies After a Partial Response [Question 23]

We asked the experts to recommend their next strategy for a patient with moderate to severe nonpsychotic bipolar depression who has had a partial response to the maximum tolerable dose of an initial medication, depending on which medication treatment was tried first. In nearly every case, the experts recommended adding another agent, rather than switching medications, presumably to maintain the partial response that had been achieved. Adding an antidepressant in this situation is a common clinical practice, although there is controversy in the literature as to the benefit of this strategy. It is interesting that, in spite of this controversy, the experts recommended adding an AD as long as there is already an antimanic agent (MS or AAP) in the regimen (i.e., they are less likely to add an AD to lamotrigine). Although a change in medications was the first-line strategy if a patient with bipolar depression had a partial response to initial medication, the experts considered the addition of psychotherapy a high second-line option in this situation.

| If current treatment is | Preferred strategies | Alternate strategies |
|---|---|---|
| MS alone | Add lamotrigine<br>Add AD | Switch to lamotrigine<br>Add psychotherapy<br>Add MS |
| AAP alone | Add lamotrigine<br>Add AD | Switch to lamotrigine<br>Add MS<br>Add psychotherapy* |
| AD + MS | Add lamotrigine<br>Switch to a different AD | Switch to lamotrigine<br>Add psychotherapy<br>Switch to a different MS<br>Add MS |
| AD + AAP | Add lamotrigine<br>Add MS ** | Switch to a different AD<br>Switch to lamotrigine<br>Add psychotherapy |
| Lamotrigine alone | Add MS | Add AD<br>Add AAP |

*No consensus (40% 1st line, 21% 3rd line)

**Very high second line (rated first line by more than two thirds of the experts)

• A POSTGRADUATE MEDICINE SPECIAL REPORT • DECEMBER 2004

CONFIDENTIAL
AZSER12779260

## 5B: Bipolar Depression Without Psychosis: Strategies After Little or No Response [Question 24]

If a patient with moderate to severe nonpsychotic bipolar depression has had little or no response to the maximum tolerable dose of an initial medication, the experts still generally recommended *adding* another agent, presumably because, if the first intervention doesn't succeed, the experts want to be sure that patients are protected against a mood switch before starting a medication specifically for depression. Lamotrigine was again quite prominent among the recommended options. The addition of psychotherapy was a second-line option. It is interesting that the experts gave very high second-line ratings to switching to lamotrigine monotherapy if the patient is having little or no response to an MS alone.

***Bold italics*** = treatment of choice

| Initial treatment | Preferred strategies | Alternate strategies |
|---|---|---|
| MS alone | ***Add AD*** | Switch to a different MS |
|  | ***Add lamotrigine*** | Add MS |
|  | Switch to lamotrigine* |  |
| AAP alone | Add lamotrigine | Switch to lamotrigine |
|  | Add AD | Add MS |
| AD + MS | Add lamotrigine | Switch to lamotrigine |
|  | Switch to a different AD | Switch to a different MS |
|  |  | Add AAP |
| AD + AAP | Add lamotrigine | Switch to lamotrigine |
|  | Add MS |  |
|  | Switch to a different AD |  |
| Lamotrigine alone | Add MS | Add AD |
|  |  | Add AAP |

*Very high second line (rated first line by more than two thirds of the experts)

CONFIDENTIAL
AZSER12779261

*Expert Consensus Guideline Series*

## 5C: Bipolar Depression With Psychosis: Strategies After an Inadequate Initial Response [Question 25]

If a patient with psychotic bipolar depression has had an inadequate response to an MS plus an AP, the experts recommended adding an AD, switching to an AAP if the patient is on a conventional agent, or adding or switching to ECT. If the patient was already receiving a combination of the 3 types of agents (AD + MS + AP), the experts recommended adding or switching to ECT, trying a different AD, or switching to an AAP if the patient was first tried on a conventional agent. It is interesting how early in the treatment paradigm the experts would consider the use of ECT. This recommendation may not accurately reflect current clinical practice.

**Bold italics** = treatment of choice

| Initial treatment | Preferred strategies | Also consider |
|---|---|---|
| MS + AP | Add AD | If on AAP, switch to a different AAP |
| | If on conventional AP, switch to AAP | Switch to a different MS |
| | Add or switch to ECT | Add another MS |
| AD + MS + AP | Add or switch to ECT | If on AAP, switch to a different AAP |
| | Switch to a different AD | Switch to a different MS |
| | If on conventional AP, switch to AAP* | |

*Very high second line (rated first line by more than two thirds of the experts)

## 5D: Bipolar Depression: Choice of Next Antidepressant [Question 26]

If a patient with moderate to severe bipolar depression is having an inadequate response to a combination of medications that includes an AD and it is decided to switch ADs, the experts recommended trying another agent that received first- or high second-line ratings as initial treatment (Guideline 4C). For the most part, the experts' ratings are supported by positive studies in the literature. However, the support for duloxetine is interesting, since no studies have been published with this agent in bipolar depression, and may reflect the drug's similar mechanism of action to venlafaxine. It was also interesting that the olanzapine/fluoxetine combination, despite being the only formulation with an indication for bipolar depression, again received only high second-line ratings. This suggests the experts may have been concerned about long-term safety and tolerability rather than efficacy in rating this question.

| If little or no response to | Preferred AD to switch to | Alternate AD to switch to |
|---|---|---|
| Bupropion | SSRI | Duloxetine* |
| | Venlafaxine | Olanzapine/fluoxetine combination |
| Olanzapine/fluoxetine | Bupropion | |
| | Venlafaxine | |
| | Duloxetine** | |
| SSRI | Bupropion | Olanzapine/fluoxetine combination |
| | Venlafaxine | |
| | Duloxetine** | |
| Venlafaxine | Bupropion | Olanzapine/fluoxetine combination |
| | | SSRI |

*Not yet available in the United States at the time of the survey

**Very high second line (rated first line by more than two thirds of the experts)

**• A POSTGRADUATE MEDICINE SPECIAL REPORT •** DECEMBER 2004

CONFIDENTIAL
AZSER12779262

## 5E:  Bipolar Depression: Choice of Adjunctive Nonantidepressant Agents
Questions 27, 28

We asked the experts which nonantidepressant agents they would add or switch to for the purpose of achieving a better response if a patient with moderate to severe bipolar depression is having an inadequate response to a mood stabilizing agent (MS, AAP, lamotrigine), either alone or in combination with an AD. Adding or switching to lithium or lamotrigine was highly recommended; there was less support for divalproex, although one study suggested that it may be useful as an adjunctive agent. The high second-line ratings given to AAPs in this situation probably reflect the absence of other nonantidepressant options and studies suggesting antidepressant properties for at least some of these agents.

*Bold italics* = treatment of choice

| If current treatment is* | Preferred medications to add or switch to | Also consider |
|---|---|---|
| AAP | *Lamotrigine* | Divalproex |
| | Lithium | |
| Carbamazepine | Lamotrigine[†] | |
| | Lithium | |
| Divalproex | Lithium | AAP |
| | Lamotrigine | |
| Lamotrigine | Lithium | AAP |
| | | Divalproex |
| Lithium | *Lamotrigine* | AAP |
| | | Divalproex |

*Assume these agents are used alone or in combination with an antidepressant

[†]Treatment of choice to switch to


## 5F:  Novel Strategies for Treatment-Resistant Bipolar Depression [Question 29]

The experts had no first-line recommendations for novel strategies but gave high second-line ratings to light therapy in a seasonal presentation of depression (70% rated it first line) and to stimulants (43% first line). They gave second-line ratings to many of the other options, including dopamine agonists (e.g., pramipexole), atomoxetine, and modafinil.

CONFIDENTIAL
AZSER12779263

BEST COPY AVAILABLE

# The Role of Second-Generation Antipsychotic Monotherapy in the Rapid Control of Acute Bipolar Mania

## Paul E. Keck, Jr., M.D.

A key goal of the pharmacologic treatment of acute bipolar mania is rapid symptom improvement. Medications commonly used to attain this goal include lithium, several anticonvulsants, and both first- and second-generation antipsychotics. Second-generation antipsychotics, which are associated with substantially lower rates of extrapyramidal side effects than first-generation agents, are becoming a mainstay in the treatment of acute mania. Although their efficacy appears to be comparable, second-generation antipsychotics may differ in time to onset and in their side effect profiles. Therefore, selecting a second-generation antipsychotic requires consideration of how an agent's efficacy, onset of action, and adverse events profile influence its appropriateness for each patient.

*(J Clin Psychiatry 2005;66[suppl 3]:5–11)*

**M**ania is characterized by heightened mood, euphoria or irritability, decreased or lack of need for sleep, elevated activity, enhanced sexual drive, and disinhibition. Patients experiencing an acute manic episode are susceptible to extreme optimism, racing thoughts, and impaired judgment. Their customary behavior changes noticeably, and social and occupational functioning is adversely affected. In severe episodes, patients often require hospitalization to ensure their safety and that of others. One episode of mania is adequate for a diagnosis of bipolar I disorder.[1,2]

Acute mania frequently constitutes a medical emergency, requiring prompt intervention to avoid destructive and possibly life-endangering behavior.[1,2] A heterogeneous group of medications—including the mood stabilizer lithium, certain anticonvulsants, and first- and second-generation antipsychotics (also referred to as conventional and atypical antipsychotics, respectively)—is available for the treatment of acute mania. Initial pharmacologic therapy for severe episodes often consists of the mood stabilizer lithium or the anticonvulsant valproate plus a second-generation antipsychotic. Less severe episodes can sometimes be treated with monotherapy consisting of lithium, valproate, or an antipsychotic, preferably a second-generation antipsychotic.[1]

The selection of antipsychotic treatment requires consideration of individual patient factors as well as evidence supporting a drug's safety and efficacy. This article reviews the expanding body of evidence from randomized controlled trials, which indicates that second-generation antipsychotics are efficacious, may control mania more rapidly than mood stabilizers, and offer a better tolerability profile than first-generation antipsychotics for initial monotherapy of acute mania.[1] (The article in this supplement by McIntyre and Konarski[3] reviews in detail the tolerability of the second-generation antipsychotics.)

## TRADITIONAL FIRST-LINE TREATMENTS

The traditional first-line treatments for acute mania are the mood stabilizer lithium and anticonvulsants such as valproate and carbamazepine. Approximately 50 years of experience and evidence from randomized, controlled trials support the antimanic efficacy of lithium, and more than 20 years of evidence support the antimanic efficacy of valproate and carbamazepine.[2] Carbamazepine has been shown to be comparable to lithium and first-generation antipsychotics,[4–6] although it had a slower onset of action than valproate in one study.[5] Table 1 summarizes clinical trial efficacy results and adverse events with lithium, valproate, and carbamazepine.[4–8]

These 3 agents have a number of limitations. Lithium and valproate require blood monitoring to ensure that serum levels are maintained in the therapeutic range.[2] Lithium and valproate are associated with weight gain in some patients.[9] Lithium's other side effects include polyuria, polydipsia, cognitive dysfunction, tremor, lethargy, incoordination, and gastrointestinal distress. Dose-related side effects of valproate are predominantly gastrointestinal and include anorexia, nausea, dyspepsia, vomiting,

*From the Department of Psychiatry, University of Cincinnati College of Medicine, Cincinnati, Ohio.*

*This article was derived from the teleconference "The Role of Atypical Antipsychotics in the Treatment of Bipolar Disorder," which was held July 29, 2004, and supported by an unrestricted educational grant from Pfizer Inc.*

*Corresponding author and reprints: Paul E. Keck, Jr., M.D., Department of Psychiatry, University of Cincinnati College of Medicine, P.O. Box 670559, Cincinnati, Ohio 45267-0559 (e-mail: keckpe@uc.edu).*

155

CONFIDENTIAL
AZSER12779264

Paul E. Keck, Jr.

BEST COPY AVAILABLE

**Table 1. Clinical Trial Findings: Lithium, Valproate, and Carbamazepine in Mania**

| Reference | Design | Efficacy | Adverse Effects |
|---|---|---|---|
| **Lithium** | | | |
| McElroy and Keck, 2000[7] | Double-blind, placebo-controlled evaluations of lithium monotherapy | Superior to placebo; antimanic effects seen in 1 to 3 weeks of treatment initiation. At least comparable in efficacy to first-generation antipsychotics in acute period | Polyuria, polydipsia, weight gain, cognitive dysfunction, tremor, lethargy, gastrointestinal distress, and intoxication featuring tremor, nausea, blurred vision, delirium |
| **Valproate** | | | |
| McElroy and Keck, 2000[7] | Double-blind, placebo-controlled evaluations of valproate monotherapy | Half of valproate-treated patients showed ≥ 50% decrease in baseline mania symptoms by 3 weeks in pooled studies | Anorexia, nausea, dyspepsia, vomiting, diarrhea, hair loss, weight gain, tremor, sedation |
| **Carbamazepine** | | | |
| Immediate-release | | | |
| McElroy and Keck, 2000[7] | Randomized controlled | Overall response of 52% in pooled studies. Improved antimanic effects with combination therapy. Slower onset of action with carbamazepine | Diplopia, blurred vision, fatigue, headache, dizziness, nausea, ataxia, skin rashes, nystagmus, ophthalmoplegia, leukopenia, thrombocytopenia[a] |
| Freeman and Stoll, 1998[8] | Plus adjunctive therapy with first-generation antipsychotic | | |
| Vasudev et al, 2000[5] | Comparison with valproate | | |
| Extended-release | | | |
| Weisler et al, 2004[6] | Randomized, double-blind, placebo-controlled | Superior to placebo in improving YMRS, CGI-S, and CGI-I scores | |
| Ketter et al, 2004[4] | 6-month continuation | 14% relapse rate | |

[a]Adverse effects apply to both immediate- and extended-release formulations.
Abbreviations: CGI-I = Clinical Global Impressions-Improvement scale, CGI-S = Clinical Global Impressions-Severity of Illness scale, YMRS = Young Mania Rating Scale.

and diarrhea. These side effects can be substantially diminished by using divalproex sodium or divalproex sodium extended-release formulations. The most common dose-related side effects of carbamazepine include diplopia, blurred vision, fatigue, nausea, and ataxia. Skin rashes, including a very rare but potentially fatal exfoliative dermatitis, as well as very low incidences of agranulocytosis and aplastic anemia have also been reported.[7-10]

Thus, despite the efficacy of these agents in treating mania, their limitations have provided impetus for the development of other classes of psychotropic medications, such as the second-generation antipsychotics, for the treatment of acute mania.

## SECOND-GENERATION ANTIPSYCHOTICS

An antipsychotic plus lithium or valproate is recommended as first-line treatment for severe episodes of bipolar mania.[1] For less severe episodes, monotherapy with an antipsychotic, lithium, or valproate may be adequate. Treatment guidelines recommend the use of second-generation antipsychotics, in preference to first-generation agents, due to their generally more favorable side effect profiles.[1] The U.S. Food and Drug Administration has approved the second-generation antipsychotics risperidone,[11] olanzapine,[12] quetiapine,[13] ziprasidone,[14] and aripiprazole[15] for the treatment of bipolar mania. Olanzapine has been approved for the treatment of acute bipolar manic or mixed episodes and for maintenance therapy; risperidone and quetiapine, for monotherapy and augmentation therapy; and risperidone, ziprasidone,

and aripiprazole, for the treatment of manic and mixed episodes.

The second-generation antipsychotics provide acute antimanic efficacy with improved safety compared with first-generation antipsychotics. Evidence from randomized controlled trials supports the role of second-generation antipsychotics (with the exception of clozapine, which is employed primarily in treatment-resistant patients) as first-line agents for the treatment of acute bipolar mania.[7] Compared with first-generation agents, second-generation antipsychotics have a lower potential for acute treatment-emergent side effects, especially extrapyramidal symptoms (EPS), cognitive impairment, and dysphoria.[16,17] Table 2 summarizes the results of several randomized controlled clinical trials with 5 of the second-generation antipsychotics.[18-22]

The results of these and other clinical trials have shown that the second-generation antipsychotics have different times to demonstrating a statistically significant separation from placebo. Ziprasidone differentiated from placebo in 2 days; risperidone, in 3 days in 1 trial and 7 days in 2 studies; aripiprazole, in 4 days; olanzapine, in 7 days; and quetiapine, in 21 days (Figure 1).[18] The clinical significance of time to separation from placebo is not known, and the differences in first time to separation have not been directly compared in controlled clinical trials.

## Clozapine

Clozapine has been shown to be effective as acute therapy for mania (with or without psychotic features), as well as for intractable and refractory cases.[7,23] Despite

6

CONFIDENTIAL
AZSER12779265

BEST COPY AVAILABLE

**Table 2. Randomized, Double-Blind, Controlled Clinical Studies With Atypical Antipsychotics in Acute Mania**

| Antipsychotic | Control | Dosage | Patients | Results | Adverse Events |
|---|---|---|---|---|---|
| Risperidone[18] | Placebo | Mean modal dose of 4.1 mg/d | Acute mania (N = 259) | Significant (p < .001) improvement in mean YMRS total score | Somnolence, headache, hyperkinesia, dizziness, dyspepsia, nausea |
| Olanzapine[19] | Divalproex | Mean modal dose of 17.4 mg/d | Manic and mixed episodes (N = 248) | Significantly (p < .03) greater improvement in mean YMRS with olanzapine; responders had more rapid time to response with olanzapine | Somnolence, dry mouth, headache, asthenia, dizziness, nausea, nervousness; significantly (p < .001) more weight gain in olanzapine group |
| Quetiapine[20] | Placebo | Average dose in responders of 600 mg/d | Bipolar mania; data combined from 2 clinical trials (N = 405) | Significantly (p ≤ .007) more effective than placebo at 21-day endpoint in 11 YMRS items; statistical significance (p < .05) at day 4 | Somnolence, dry mouth, dizziness, constipation, asthenia, abdominal pain, postural hypotension, weight gain |
| Ziprasidone[21] | Placebo | Flexibly dosed: mean = 81.3 mg/d day 1; mean = 147.1 mg/d day 2; average = 139.1 mg/d days 8–14; average = 130.1 mg/d days 15–21 | Manic and mixed episodes (N = 210) | Significantly (p < .003) greater improvement on MRS beginning on day 2; significantly (p < .05) greater response in ziprasidone group | Somnolence, dizziness, headache, hypertonia, nausea, akathisia |
| Aripiprazole[22] | Placebo | Mean dose of 27.9 mg/d at endpoint | Manic episodes (N = 262) | Significantly (p = .002) greater mean improvements on YMRS beginning at day 4; significantly (p ≤ .005) higher response rate | Headache, nausea, dyspepsia, somnolence, agitation, anxiety, vomiting, insomnia, light-headedness, constipation |

Abbreviations: MRS = Mania Rating Scale, YMRS = Young Mania Rating Scale.

its efficacy, clozapine's use has been limited by its risks for serious adverse events, including agranulocytosis and seizures. Consequently, interest has shifted to other second-generation agents.[16,24]

**Risperidone**

The efficacy of risperidone in the treatment of bipolar mania has been shown in a double-blind, placebo-controlled monotherapy study[18] and in controlled comparisons with first-generation antipsychotics and mood stabilizers.[7,25–27]

In a 3-week, multicenter, double-blind, placebo-controlled trial in acute bipolar mania, risperidone monotherapy was superior to placebo.[18] Patients experiencing an acute manic episode (baseline Young Mania Rating Scale [YMRS] score ≥ 20) were randomly assigned to risperidone (N = 134; 1–6 mg/day) or placebo (N = 125). Improvement in mean YMRS total score was significantly (p < .001) greater for risperidone compared with placebo (mean change = –10.6 [SD = 9.5] vs. –4.8 [SD = 9.5], respectively). Significant between-drug differences (p < .001) were seen beginning at day 3 of treatment. These differences were sustained through subsequent time points. Significantly greater improvements in secondary outcome measures were also documented among patients receiving risperidone. Subgroup analyses did not show differences in response based on age, sex, race, or YMRS scores.



Figure 1. First Onset of Efficacy in Placebo-Controlled Trials of Atypical Antipsychotic Monotherapy for Acute Bipolar Mania[a]

[a]Data from Hirschfeld et al.[18]

Adverse events occurring in > 10% of risperidone-treated patients and to a greater degree than with placebo included somnolence, headache, hyperkinesia, dizziness, dyspepsia, and nausea.[18] Extrapyramidal symptom scores were slightly but significantly higher with risperidone. This study was the first large, controlled trial to show that monotherapy with risperidone significantly improved the manic symptoms of bipolar I disorder.

157

CONFIDENTIAL
AZSER12779266

Paul E. Keck, Jr.

BEST COPY AVAILABLE

Risperidone may elevate prolactin through modulation of dopamine-related tracts in the anterior pituitary, which in turn may result in side effects such as menstrual disorders, sexual dysfunction, galactorrhea and other breast complaints, and osteoporosis. In one clinical study, men given risperidone experienced an increase in prolactin levels from 13.7 ng/mL to 43.5 ng/mL; in women, prolactin increased from 19.4 ng/mL to 96.1 ng/mL.[18] The other second-generation antipsychotics display variable effects on serum prolactin. Olanzapine, quetiapine, and ziprasidone have little effect on prolactin; clozapine and aripiprazole appear to promote reductions.[28]

## Olanzapine

Olanzapine has shown efficacy for acute mania in trials versus placebo, lithium, divalproex, haloperidol, and risperidone.[24,29–33] In controlled and open-label studies, olanzapine achieved clinically relevant improvements in bipolar mania when administered alone or in combination with lithium and valproate.[7,34] Olanzapine has been an effective treatment for severe or intractable forms of bipolar disorder, including mixed, psychotic, and rapid-cycling states, and was significantly ($p = .04$) more effective than haloperidol in treating patients without psychotic features.[7,30,35,36]

Two trials comparing olanzapine and divalproex had contrasting results.[19,37] A 3-week, double-blind, randomized trial included 248 patients with manic or mixed episodes of bipolar disorder who were hospitalized at baseline and for the first week of double-blind treatment.[19] The mean improvement in YMRS scores of 13.4 in the olanzapine group (N = 125; mean modal dose = 17.4 mg/day) was significantly ($p < .03$) greater than the mean improvement of 10.4 in the divalproex group (N = 123; mean modal dose = 1401.2 mg/day). Clinical response, defined as ≥ 50% improvement in YMRS score at endpoint, was attained by 54.4% of patients receiving olanzapine and 42.3% of patients receiving divalproex. The response rate between treatment groups was not statistically different, but, among responders, the olanzapine group had a significantly ($p < .05$) more rapid time to response than patients in the divalproex group. Improvement from baseline to endpoint in the YMRS total score (last observation carried forward) was significantly greater in the olanzapine group at day 1, but not day 2 or at days 3 through 7.[19]

A 44-week continuation of this trial found that olanzapine yielded significantly superior improvement in mean YMRS scores between weeks 2 and 15 but that olanzapine and divalproex achieved comparable rates of remission from symptomatic manic episodes (56.8% for olanzapine; 45.5% for divalproex) at 47 weeks.[32]

Adverse events in the 3-week trial occurring in > 10% of olanzapine-treated patients and to a greater extent than with placebo included somnolence, dry mouth, headache, asthenia, dizziness, constipation, dyspepsia, pain, increased appetite, weight gain, nausea, and nervousness.[19] Patients who received olanzapine gained significantly more weight (mean = 2.5 kg) than those treated with divalproex ($p < .001$ vs. divalproex).

In contrast, a 12-week, randomized, double-blind comparison showed no statistically significant differences in efficacy between olanzapine and divalproex.[37] The study included 120 patients (divalproex [N = 63] mean maximal dose = 2115 mg/day; olanzapine [N = 57] mean maximal dose = 14.7 mg/day) hospitalized for acute mania for up to 21 days and then followed as outpatients. No significant differences were found between the 2 groups on the Mania Rating Scale (MRS), Brief Psychiatric Rating Scale (BPRS) total scores, BPRS positive scores in patients with psychotic symptoms, Clinical Global Impressions-Severity of Illness scale (CGI-S), or the Hamilton Rating Scale for Depression (HAM-D) from baseline to day 84.

The mean increase in body weight from baseline to endpoint was significantly ($p = .05$) greater in the olanzapine group at 8.8 lb compared with the 5.5-lb mean increase in the divalproex group.[37] Somnolence, edema, and slurred speech also occurred in a significantly larger percentage of patients receiving olanzapine than divalproex ($p \leq .05$). No adverse event occurred significantly more often in divalproex patients.

Different doses of divalproex were given in these 2 studies; the mean modal dose was 1401 mg/day in the 3-week trial and 2115 mg/day in the 12-week study. Differences in the agent's efficacy between the 2 studies may be due to either the different doses or the limitations in statistical power in the second trial.[37]

The weight gain associated with olanzapine and other agents for bipolar disorder has emerged as an important side effect of psychotropic drug treatment, with significant implications for morbidity and treatment adherence. Substantial weight gain is associated with coronary artery disease, hypertension, dyslipidemia, and diabetes mellitus and is a predictor of nonadherence to treatment.[38,39] In addition to olanzapine, the mood-stabilizing and antipsychotic drugs associated with weight gain include lithium, valproate, chlorpromazine, clozapine, risperidone, and quetiapine.[9,40–43]

## Quetiapine

Quetiapine was found to be efficacious as monotherapy and as adjunctive therapy in open-label studies and randomized controlled clinical trials for acute mania. This atypical antipsychotic has been investigated in acute mania, treatment-refractory bipolar I disorder, mixed episode bipolar disorder, bipolar disorder comorbid with cocaine dependency, and rapid-cycling bipolar disorder.[44] In 2 double-blind, placebo-controlled studies, quetiapine combined with a mood stabilizer was shown to be effective in the treatment of bipolar disorder in children and adolescents[45] as well as in adults.[46]

8

CONFIDENTIAL
AZSER12779267

BEST COPY AVAILABLE

Second-Generation Antipsychotics for Acute Mania

In a 12-week study, quetiapine monotherapy for acute mania was compared with placebo and haloperidol in randomized, double-blind fashion.[47] Brecher and Huizar evaluated 302 patients and found that significantly more patients (61.4%) receiving quetiapine (up to 800 mg/day) achieved the clinical endpoint of ≥ 50% decrease in YMRS by day 21 than patients given placebo (39%); this result was sustained at study end (day 84). Quetiapine and haloperidol demonstrated similar efficacy for mania. Patients treated with haloperidol experienced a significantly higher rate of EPS compared with patients receiving quetiapine or placebo. Quetiapine monotherapy was well tolerated.

Pooled data from 604 patients enrolled in randomized, double-blind, placebo-controlled quetiapine monotherapy trials were evaluated, using data from lithium and haloperidol treatment groups as controls.[48] Quetiapine was similar to lithium and haloperidol in efficacy versus placebo. Finally, quetiapine (up to 800 mg/day) as an adjunctive therapy for acute mania was evaluated in 191 patients randomly assigned to receive it or placebo with either lithium or divalproex for 21 days.[49] Quetiapine plus a mood stabilizer demonstrated significantly greater reduction in mania scores than placebo plus a mood stabilizer. Somnolence, dry mouth, and postural hypotension were the most common side effects experienced with quetiapine.

### Ziprasidone

Ziprasidone's efficacy as monotherapy has been demonstrated in 2 double-blind trials for acute bipolar mania[21,50] and in an open-label trial for the long-term treatment of bipolar disorder.[51]

Ziprasidone demonstrated an antimanic effect significantly superior to placebo by day 2 in a randomized, placebo-controlled, double-blind, parallel-group study in patients with bipolar manic or mixed episodes.[21] Patients were assigned to 3 weeks of double-blind treatment with twice-daily ziprasidone (N = 140) or placebo (N = 70). The ziprasidone dosage began at 80 mg/day on day 1, increased to 160 mg/day on day 2, and was flexibly dosed from 80 to 160 mg/day over the remainder of the trial. Primary efficacy outcome variables were measured by changes from baseline to endpoint in the mean MRS and CGI-S scores, while secondary measures were obtained using the Positive and Negative Syndrome Scale (PANSS), CGI-Improvement (CGI-I), and the Global Assessment of Functioning (GAF). Ziprasidone improved mood and other symptoms of acute bipolar mania for all primary and secondary outcome variables. Ziprasidone was statistically superior to placebo on the MRS at all time points beginning on day 2 (p < .003), and 50% of 131 patients randomly assigned to ziprasidone displayed a response, versus 35% of 66 patients given placebo (p < .05). At day 7, ziprasidone-treated patients showed significant improvement versus the placebo group on all evaluation scales, and intergroup dif-

ferences increased throughout the study.[21] Ziprasidone was well tolerated overall and was associated with a low rate of EPS and no significant weight gain. Adverse events occurring more frequently with ziprasidone than placebo were somnolence, headache, dizziness, hypertonia, nausea, and akathisia.

In a similarly designed 21-day study, treatment with ziprasidone (N = 137) led to significant (p = .001) improvement compared with placebo (N = 65) on the MRS, the primary efficacy variable, beginning on day 2 and continuing through the end of the study.[52] The mean reductions in MRS scores from baseline to endpoint were –11.12 with ziprasidone and –5.62 with placebo, and the percentage of MRS responders was significantly greater with ziprasidone than with placebo (46% vs. 29%; p < .05). Statistically significant improvements were observed at endpoint for the secondary variables: CGI-S, CGI-I, and behavior and ideation subscale of the MRS (p < .001 for all); manic syndrome subscale of the MRS (p < .01); PANSS positive subscale (p < .001); PANSS total score (p = .005); and GAF (p = .001). Ziprasidone was well tolerated, with few discontinuations due to adverse events and no clinically relevant differences from placebo in clinical laboratory abnormalities.

In a pooled evaluation of these 2 trials, ziprasidone was significantly more efficacious than placebo.[50] Ziprasidone (mean dose = 122 mg/day) significantly improved MRS scores at day 2 (p < .0001 vs. placebo), and this difference was maintained at all time points after separation from placebo on day 2. Patients treated with ziprasidone (N = 268) also had significantly greater improvements on the CGI-S (p < .001) at endpoint than patients receiving placebo (N = 131).

Subgroup analyses were performed in patients with manic or mixed episodes and with or without psychotic symptoms.[50] Patients treated with ziprasidone who had mixed (N = 101) or manic (N = 167) episodes showed significantly greater improvement on the MRS (p < .01 and p < .05 vs. placebo, N = 50 and N = 61, respectively) at day 2 and in CGI-S scores at day 4 (p ≤ .01). These differences were maintained through endpoint. For patients with and without psychotic symptoms, ziprasidone treatment significantly improved MRS scores. According to last-observation-carried-forward analysis, treatment with ziprasidone produced significant improvements in MRS scores from day 2 for patients (N = 152) without psychotic symptoms and from day 4 through endpoint in patients (N = 116) with psychotic symptoms (p < .01 for both, compared with placebo). Among patients with symptoms of depression, treatment with ziprasidone was associated with statistically significant improvements compared with placebo on the HAM-D at day 4 (p < .05) and day 7 (p < .01). Another study found that among mixed manic patients (N = 18) with a HAM-D ≥ 14 at baseline, patients receiving ziprasidone experienced a significant (p < .05)

CONFIDENTIAL
AZSER12779268

Paul E. Keck, Jr.

BEST COPY AVAILABLE

improvement compared with placebo in HAM-D-17 scores from day 2 through day 21.[53] Numeric improvements on the HAM-D were observed at all time points. Overall, ziprasidone was well tolerated; somnolence, which had a mean duration of 7 days among ziprasidone-treated patients and 5 days among those receiving placebo, was the most commonly reported adverse event.

Ziprasidone and aripiprazole have not been associated with significant weight gain[42,54] or a significant adverse impact on serum lipid profiles.[55,56] The effects of weight gain on metabolic and lipid profiles were illustrated in an open-label switch study in which patients with schizophrenia who had received conventional antipsychotics (N = 71), risperidone (N = 43), or olanzapine (N = 71) were switched to ziprasidone and followed for 58 weeks.[57] Patients receiving ziprasidone after therapy with risperidone lost a mean of 15.2 lb (p < .005) and had a significant reduction (p < .0005) in total cholesterol. Patients switched from olanzapine experienced a weight loss of 21.6 lb (p < .0001) and significant decreases in mean total cholesterol (p < .0001) and triglycerides (p = .0005). No significant change in weight was observed for patients who had been receiving a conventional antipsychotic.

### Aripiprazole

Aripiprazole has demonstrated consistent efficacy in bipolar mania in double-blind, placebo-controlled, randomized studies.[22,58] As with ziprasidone, therapeutic efficacy was achieved with a low likelihood of EPS and without significant weight gain.[22] A pooled analysis of data from 3 double-blind, multicenter, 3-week trials in patients with acute mania found significantly greater improvements in YMRS total score (p < .001), response rate (p = .001), and remission rate (p = .001) at endpoint among patients receiving aripiprazole (N = 515) than in those receiving placebo (N = 384).[59] The decrease in YMRS total score reached statistical significance (p < .001) at day 4.

In a 3-week, multicenter, double-blind study of aripiprazole with 262 manic patients, aripiprazole (N = 130) at a starting dose of 30 mg/day produced statistically significant (p = .002) mean improvements on the YMRS total score compared with placebo (−8.2 vs. −3.4, respectively) and a significantly (p ≤ .005) higher response rate (40% vs. 19%).[22] Aripiprazole separated from placebo by day 4 on several key efficacy variables, and aripiprazole patients had a significantly (p < .001) higher completion rate versus placebo (42% vs. 21% at endpoint). Treatment with aripiprazole also led to significantly greater improvements than placebo in severity of illness as evaluated by efficacy assessments of mania (p = .001), depression (p = .03), and overall bipolar disorder (p = .001). Discontinuations due to adverse events were comparable between groups. The most common adverse events in patients treated with aripiprazole were headache, nausea, dyspepsia, somnolence, agitation, anxiety, vomiting, insomnia, light-headedness,

and constipation. No significant changes in body weight were observed versus placebo.[22]

Monotherapy with aripiprazole was compared with haloperidol in a randomized, double-blind, 12-week study with 347 patients presenting with acute manic or mixed episodes.[58] Significantly more aripiprazole patients responded to treatment. Approximately 29% of patients in the haloperidol group completed the study, with discontinuations due mainly to adverse effects, compared with almost 51% of the aripiprazole group. Extrapyramidal side effects were reported in 36% of the haloperidol group, in contrast to only 9% of patients receiving aripiprazole.

### CONCLUSION

In the recent past, monotherapy with lithium, valproate, or carbamazepine represented common first-line treatment for bipolar mania. The advent of newer medications, especially the second-generation antipsychotics, is leading to an expansion of first-line treatments for acute mania.[60] These agents have an improved tolerability and safety profile compared with first-generation antipsychotics, and mounting evidence from well-designed clinical trials supports their use as monotherapy or in augmentation therapy in acute mania and mania mixed episodes. These trials demonstrated that treatment with second-generation antipsychotics can lead to a rapid and significant response in bipolar mania. Clinical studies also have shown the varying propensities of these agents to induce weight gain, lipid elevations, hyperprolactinemia, and other adverse events. Second-generation antipsychotics are likely to have an increasingly prominent role in the pharmacologic management of mania in bipolar disorder patients.

*Drug names:* aripiprazole (Abilify), carbamazepine (Carbatrol, Tegretol, and others), chlorpromazine (Thorazine, Sonazine, and others), clozapine (Clozaril, Fazaclo, and others), divalproex (Depakote), haloperidol (Haldol and others), lithium (Lithobid, Eskalith, and others), olanzapine (Zyprexa), quetiapine (Seroquel), risperidone (Risperdal), ziprasidone (Geodon).

*Disclosure of off-label usage:* The author has determined that, to the best of his knowledge, carbamazepine, clozapine, and haloperidol are not approved by the U.S. Food and Drug Administration for the treatment of bipolar disorder.

### REFERENCES

1. American Psychiatric Association. Practice Guideline for the Treatment of Patients With Bipolar Disorder [Revision]. Am J Psychiatry 2002;159 (suppl 4):1–50
2. Belmaker RH. Bipolar disorder. N Engl J Med 2004;351:476–486
3. McIntyre RS, Konarski JZ. Tolerability profiles of atypical antipsychotics for the treatment of bipolar disorder. J Clin Psychiatry 2005;66(suppl 3): 28–36
4. Ketter TA, Kalali AH, Weisler RH, for the SPD417 Study Group. A 6-month, multicenter, open-label evaluation of beaded, extended-release carbamazepine capsule monotherapy in bipolar disorder patients with manic or mixed episodes. J Clin Psychiatry 2004;65:668–673
5. Vasudev K, Goswami U, Kohli K. Carbamazepine and valproate monotherapy: feasibility, relative safety and efficacy, and therapeutic drug monitoring in manic disorder. Psychopharmacology (Berl) 2000;150: 15–23

10

CONFIDENTIAL
AZSER12779269

BEST COPY AVAILABLE

6. Weisler RH, Kalali AH, Ketter TA, and the SPD417 Study Group. A multicenter, randomized, double-blind, placebo-controlled trial of extended-release carbamazepine capsules as monotherapy for bipolar disorder patients with manic or mixed episodes. J Clin Psychiatry 2004;65:478–484

7. McElroy SL, Keck PE Jr. Pharmacologic agents for the treatment of acute bipolar mania. Biol Psychiatry 2000;48:539–557

8. Freeman MP, Stoll AL. Mood stabilizer combinations: a review of safety and efficacy. Am J Psychiatry 1998;155:12–21

9. Keck PE Jr, McElroy SL. Bipolar disorder, obesity, and pharmacotherapy-associated weight gain. J Clin Psychiatry 2003;64:1426–1435

10. Tegretol [package insert]. East Hanover, NJ: Novartis Pharmaceuticals Corporation; 2002

11. Risperdal [package insert]. Titusville, NJ: Janssen Pharmaceutica Products, LP; 2003

12. Zyprexa [package insert]. Indianapolis, Ind: Eli Lilly and Company; 2004

13. Seroquel [package insert]. Wilmington, Del: AstraZeneca Pharmaceuticals LP; 2004

14. Geodon [package insert]. New York, NY: Pfizer Inc; August 2004

15. Abilify [package insert]. Princeton, NJ: Bristol-Myers Squibb Company; 2004

16. Hirschfeld RMA. The efficacy of atypical antipsychotics in bipolar disorders. J Clin Psychiatry 2003;64(suppl 8):15–21

17. Keck PE Jr, McElroy SL, Strakowski SM, et al. Antipsychotics in the treatment of mood disorders and risk of tardive dyskinesia. J Clin Psychiatry 2000;61(suppl 4):33–38

18. Hirschfeld RM, Keck PE Jr, Kramer M, et al. Rapid antimanic effect of risperidone monotherapy: a 3-week multicenter, double-blind, placebo-controlled trial. Am J Psychiatry 2004;161:1057–1065

19. Tohen M, Baker RW, Altshuler LL, et al. Olanzapine versus divalproex in the treatment of acute mania. Am J Psychiatry 2002;159:1011–1017

20. AstraZeneca Pharmaceuticals. Available at: http://www.seroquel.com/prof_asp/bipolar. Accessed September 13, 2004

21. Keck PE Jr, Versiani M, Potkin S, et al. Ziprasidone in the treatment of acute bipolar mania: a three-week, placebo-controlled, double-blind, randomized trial. Am J Psychiatry 2003;160:741–748

22. Keck PE Jr, Marcus R, Tourkodimitris S, et al. A placebo-controlled, double-blind study of the efficacy and safety of aripiprazole in patients with acute bipolar mania. Am J Psychiatry 2003;160:1651–1658

23. Calabrese JR, Kimmel SE, Woyshville MJ, et al. Clozapine for treatment-refractory mania. Am J Psychiatry 1996;153:759–764

24. Guille C, Sachs GS, Ghaemi SN. A naturalistic comparison of clozapine, risperidone, and olanzapine in the treatment of bipolar disorder. J Clin Psychiatry 2000;61:638–642

25. Licht RW, Bysted M, Christensen H. Fixed-dosed risperidone in mania: an open experimental trial. Int Clin Psychopharmacol 2001;16:103–110

26. Tohen M, Zarate CA Jr, Centorrino F, et al. Risperidone in the treatment of mania. J Clin Psychiatry 1996;57:249–253

27. Vieta E, Herraiz M, Parramon G, et al. Risperidone in the treatment of mania: efficacy and safety results from a large, multicentre, open study in Spain. J Affect Disord 2002;72:15–19

28. Goodnick PJ, Rodriguez L, Santana O. Antipsychotics: impact on prolactin levels. Expert Opin Pharmacother 2002;3:1381–1391

29. Berk M, Ichim L, Brook S. Olanzapine compared to lithium in mania: a double-blind randomized controlled trial. Int Clin Psychopharmacol 1999;14:339–343

30. Tohen M, Goldberg JF, Gonzalez-Pinto Arrillaga AM, et al. A 12-week, double-blind comparison of olanzapine vs haloperidol in the treatment of acute mania. Arch Gen Psychiatry 2003;60:1218–1226

31. Tohen M, Jacobs TG, Grundy SL, et al, for the Olanzapine HGGW Study Group. Efficacy of olanzapine in acute bipolar mania: a double-blind, placebo-controlled study. Arch Gen Psychiatry 2000;57:841–849

32. Tohen M, Ketter TA, Zarate CA, et al. Olanzapine versus divalproex sodium for the treatment of acute mania and maintenance of remission: a 47-week study. Am J Psychiatry 2003;160:1263–1271

33. Tohen M, Sanger TM, McElroy SL, et al, for the Olanzapine HGEH Study Group. Olanzapine versus placebo in the treatment of acute mania. Am J Psychiatry 1999;156:702–709

34. Tohen M, Chengappa KNR, Suppes T, et al. Relapse prevention in bipolar I disorder: 18-month comparison of olanzapine plus mood stabiliser v mood stabiliser alone. Br J Psychiatry 2004;184:337–345

35. McElroy SL, Frye M, Denicoff K, et al. Olanzapine in treatment-resistant bipolar disorder. J Affect Disord 1998;49:119–122

36. Zarate CA Jr, Narendran R, Tohen M, et al. Clinical predictors of acute response with olanzapine in psychotic mood disorders. J Clin Psychiatry 1998;59:24–28

37. Zajecka JM, Weisler R, Sachs G, et al. A comparison of the efficacy, safety, and tolerability of divalproex sodium and olanzapine in the treatment of bipolar disorder. J Clin Psychiatry 2002;63:1148–1155

38. Masand PS. Weight gain associated with psychotropic drugs. Expert Opin Pharmacother 2000;1:377–389

39. Weiden PJ, Mackell JA, McDonnell DD. Obesity as a risk factor for antipsychotic noncompliance. Schizophr Res 2004;66:51–57

40. McIntyre RS. Psychotropic drugs and adverse events in the treatment of bipolar disorders revisited. J Clin Psychiatry 2002;63(suppl 3):15–20

41. Sachs GS, Guille C. Weight gain associated with use of psychotropic medications. J Clin Psychiatry 1999;60(suppl 21):16–19

42. Sussman N. Review of atypical antipsychotics and weight gain. J Clin Psychiatry 2001;62(suppl 23):5–12

43. Vanina Y, Podolskaya A, Sedky K, et al. Body weight changes associated with psychopharmacology. Psychiatr Serv 2002;53:842–847

44. Adityanjee, Schulz SC. Clinical use of quetiapine in disease states other than schizophrenia. J Clin Psychiatry 2002;63(suppl 13):32–38

45. DelBello MP, Schwiers ML, Rosenberg HL, et al. A double-blind, randomized, placebo-controlled study of quetiapine as adjunctive treatment for adolescent mania. J Am Acad Child Adolesc Psychiatry 2002; 41:1216–1223

46. Sachs G, Mullen JA, Devine NA. Quetiapine vs placebo as adjunct to mood stabilizer for the treatment of acute mania. Presented at the 3rd European Stanley Foundation Conference on Bipolar Disorder; Sept 12, 2002; Freiburg, Germany

47. Brecher M, Huizar K. Quetiapine vs placebo for acute mania associated with bipolar disorder (STAMP 1). Presented at the 5th International Conference on Bipolar Disorder; June 12–14, 2003; Pittsburgh, Pa

48. Jones M, Huizar K. Quetiapine monotherapy for acute mania associated with bipolar disorder (STAMP 1 and STAMP 2). Presented at the 5th International Conference on Bipolar Disorder; June 12–14, 2003; Pittsburgh, Pa

49. Mullen J, Devine J, Sweitzer D. Quetiapine adjunctive therapy for acute mania associated with bipolar disorder (SIAM). Presented at the 5th International Conference on Bipolar Disorder; June 12–14, 2003; Pittsburgh, Pa

50. Potkin SG, Keck P, Giller E, et al. Ziprasidone in bipolar mania: efficacy across patient subgroups. Presented at the 157th annual meeting of the American Psychiatric Association; May 1–6, 2004; New York, NY

51. Keck PE, Potkin S, Warrington LE, et al. Efficacy and safety of ziprasidone in bipolar disorder: short- and long-term data. Presented at the 157th annual meeting of the American Psychiatric Association; May 1–6, 2004; New York, NY

52. Segal S, Riesenberg RA, Ice K, et al. Ziprasidone in mania: double-blind, placebo-controlled trial. Presented at the American Psychiatric Association 55th Institute on Psychiatric Services; October 29–November 2, 2003; Boston, Mass

53. Keck PE Jr, Potkin SG, Dunn J, et al. Ziprasidone in bipolar mania: efficacy across patient subgroups. Presented at the 56th Institute on Psychiatric Services; October 6–10, 2004; Atlanta, Ga

54. Nemeroff CB. Safety of available agents used to treat bipolar disorder: focus on weight gain. J Clin Psychiatry 2003;64:532–539

55. Goodnick PJ. Ziprasidone: profile on safety. Expert Opin Pharmacother 2001;2:1655–1662

56. Goodnick PJ, Jerry JM. Aripiprazole: profile on efficacy and safety. Expert Opin Pharmacother 2002;3:1773–1781

57. Weiden PJ, Loebel A, Yang R, et al. Course of weight & metabolic benefits 1 year after switching to ziprasidone [poster]. Presented at the 157th annual meeting of the American Psychiatric Association; May 1–6, 2004; New York, NY

58. Sanchez R, Bourin M, Auby P. Aripiprazole vs haloperidol for maintained treatment effect in acute mania. Presented at the 5th International Conference on Bipolar Disorder; June 12–14, 2003; Pittsburgh, Pa

59. McQuade R, Sanchez R, Carson W, et al. Efficacy of aripiprazole versus placebo in acute mania: pooled analysis. Presented at the 157th annual meeting of the American Psychiatric Association; May 1–6, 2004; New York, NY

60. Brambilla P, Barale F, Soares JC. Atypical antipsychotics and mood stabilization in bipolar disorder. Psychopharmacology (Berl) 2003;166: 315–332

CONFIDENTIAL
AZSER12779270



**ELSEVIER**

European Neuropsychopharmacology 15 (2005) 573 – 585

**EUROPEAN NEURO-PSYCHOPHARMACOLOGY**

www.elsevier.com/locate/euroneuro

# Quetiapine or haloperidol as monotherapy for bipolar mania—a 12-week, double-blind, randomised, parallel-group, placebo-controlled trial ☆

Roger S. McIntyre[a,*], Martin Brecher[b], Björn Paulsson[c], Karin Huizar[c], Jamie Mullen[b]

[a]*Mood Disorders Psychopharmacology Unit, University Health Network, University of Toronto, Canada*
[b]*AstraZeneca Pharmaceuticals, Wilmington, DE, USA*
[c]*Clinical R&D, AstraZeneca Pharmaceuticals, Södertälje, Sweden*

Received 20 July 2004; received in revised form 17 February 2005; accepted 17 February 2005

## Abstract

*Methods:* Patients ($n = 302$) with bipolar I disorder (manic episode) were randomised to 12 weeks' double-blind treatment with quetiapine (flexibly dosed up to 800 mg/day), placebo, or haloperidol (up to 8 mg/day). The primary efficacy outcome variable was change from baseline to Day 21 in Young Mania Rating Scale (YMRS) score. *Results:* YMRS score improved with quetiapine at Day 21 ($-12.29$ versus $-8.32$ for placebo; $P < 0.01$). The difference in favor of quetiapine increased by Day 84 ($-17.52$ versus $-9.48$; $P < 0.001$). Haloperidol also showed an advantage over placebo at Days 21 and 84 ($P < 0.001$). There was no significant difference in efficacy measures between quetiapine and haloperidol groups at any assessment except Day 21. The only common adverse event with quetiapine was somnolence (12.7%). Extrapyramidal symptoms (EPS), including akathisia, occurred at 59.6% with haloperidol, 12.7% with quetiapine, 15.8% with placebo. Most quetiapine responders (84%) received a dose of 400–800 mg/day. *Conclusion:* Quetiapine was effective and well tolerated. The efficacy and tolerability profile of haloperidol (including its propensity for EPS) supported study validity.
© 2005 Elsevier B.V. and ECNP. All rights reserved.

*Keywords:* Quetiapine; Mania; Bipolar disorder; Mood stabilization; Double-blind; Randomised; Controlled study; Haloperidol

## 1. Introduction

Bipolar disorder is a devastating illness that is usually chronic, recurring, and associated with considerable morbidity, mortality, and caregiver burden. While pharmacotherapy can substantially reduce morbidity, many patients do not fully respond to standard treatments and have poor long-term outcomes following hospitalisation for a manic episode (Dittmann et al., 2002; Keck et al., 1998).

First-line options for the treatment of mania include monotherapy with lithium, divalproex, or an antipsychotic.

When choosing an antipsychotic, treatment guidelines generally recommend the use of atypical antipsychotics over conventional (typical) antipsychotics based on their equivalent efficacy and more favorable tolerability profile (American Psychiatric Association, 2002; Goodwin, 2003; Grunze et al., 2003).

The general effectiveness of atypical antipsychotics offers an improvement over their therapeutic predecessors, the conventional antipsychotics. The atypical agents, however, are not without adverse events. For example, some atypical agents are associated with clinically significant weight gain, QTc prolongation, and extrapyramidal symptoms (EPS) within their therapeutic dose range. Moreover, patients with bipolar disorder often receive polypharmacotherapy with a potentially additive effect on the overall adverse event burden. Studies that can identify specific atypical antipsychotics that combine broad efficacy with favorable tolerability are warranted, particularly

☆ **Funding sources:** This study was supported by AstraZeneca.
 * Corresponding author. Mood Disorders Psychopharmacology Unit, University Health Network, Toronto Western Hospital, 399 Bathurst Street, ECW-3D-003, Toronto, ON, Canada M5T2S8. Tel.: +1 416 603 5279; fax: +1 416 603 5368.
 *E-mail address:* rmcintyr@uhnres.utoronto.ca (R.S. McIntyre).

0924-977X/$ - see front matter © 2005 Elsevier B.V. and ECNP. All rights reserved.
doi:10.1016/j.euroneuro.2005.02.006

CONFIDENTIAL
AZSER12779271

574                          R.S. McIntyre et al. / European Neuropsychopharmacology 15 (2005) 573–585

as adherence to pharmacotherapy is influenced by these factors.

Several atypical antipsychotics have been shown to be effective as monotherapy and combination therapy in the treatment of mania, in large, randomized, placebo-controlled clinical studies (Tohen et al., 1999, 2000, 2002; Keck et al., 2003; Segal et al., 1998; Hirschfeld et al., 2004; Yatham et al., 2003; Sachs et al., 2002).

Quetiapine fumarate (Seroquel®) has demonstrated efficacy as monotherapy in the treatment of schizophrenia. The safety profile of quetiapine in populations with schizophrenia is favorable relative to placebo and active comparators (Kasper et al., 2001; Arvanitis and Miller, 1997; Copolov et al., 2000; Emsley et al., 2000; Small et al., 1997). Specifically, placebo-level EPS and serum prolactin concentration, as well as moderate weight gain, have been noted with quetiapine.

Results from several preliminary clinical studies suggested that quetiapine is effective and well tolerated in the treatment of mania associated with bipolar disorder (Del-Bello et al., 2002; Vieta et al., 2002; Ghaemi et al., 2003; Chisholm et al., 2001; Dunayevich et al., 2001; Sajatovic et al., 2001; Zarate et al., 2000; Kasper et al., 2001). The present study was undertaken to further characterize the effectiveness of quetiapine when used as monotherapy for the treatment of bipolar mania for up to 12 weeks of double-blind, parallel-group treatment.

## 2. Patients and methods

This international, multicenter, double-blind, randomised, parallel-group, controlled trial compared the efficacy and safety of quetiapine with placebo for 12 weeks in patients hospitalised for the treatment of mania associated with bipolar I disorder.

The study was conducted at sites in South America, Asia, and Europe in accordance with the standards and guidelines established in the current amendment of the Declaration of Helsinki, and consistent with Good Clinical Practice (GCP) guidelines and applicable regulatory requirements. All subjects were inpatients at the start of the study. Patients screened as outpatients who subsequently required hospitalization for treatment of an acute manic episode were also eligible. Written informed consent was obtained from all patients prior to any study-related activities and the study protocol was reviewed and approved by the appropriate institutional review boards.

### 2.1. Inclusion and exclusion criteria

Eligible patients were aged 18 years and older and hospitalised with a *Diagnostic and Statistical Manual of Mental Disorders*, 4th edition (DSM-IV) diagnosis of bipolar I disorder, current episode manic, with or without

psychotic features. All patients had at least one prior, reliably documented, manic or mixed episode.

Subjects were required to have a minimum score of 20 on the Young Mania Rating Scale (YMRS), plus a score of at least 4 on two of the core YMRS items of Irritability, Speech, Content, and Disruptive/Aggressive Behaviour at screening and at randomisation. A score of at least 4 was also required on the Severity of Illness item of the Clinical Global Impressions–Bipolar (CGI–BP) assessment tool, ensuring that patients were at least moderately ill (or worse) at entry.

Patients were excluded if they had received treatment with clozapine within 28 days of the start of the trial; had an index manic episode judged to be the direct physiological consequence of a medical condition, treatment, or substance abuse; or had been hospitalised for 3 weeks or longer for the index manic episode. Patients were excluded who met DSM-IV criteria for rapid cycling or a current mixed episode, as were those with known intolerance or lack of response to quetiapine or clozapine.

Use of the following medications was a criterion for excluding patients: antihypertensive agents if a stable dose had not been administered for at least 1 month before randomisation; antidepressants in the week (or a period of 5 half-lives of the drug) before randomisation; continuous daily use of benzodiazepines in excess of 4 mg/day of lorazepam, or the equivalent, during the month preceding screening (the week prior to randomisation); potent cytochrome P450 inducers, potent cytochrome P450 3A4 inhibitors, or thioridazine in the 14 days prior to randomisation; and depot antipsychotic medication within one dosing interval prior to randomisation.

Other exclusion criteria were clinically significant electrocardiographic (ECG) or laboratory abnormalities, e.g., thyroid-stimulating hormone (TSH) concentration more than 10% above the upper limit of the normal range. Patients with an unstable medical disorder, history of seizure disorder (except febrile convulsions), substance or alcohol dependence within a month of randomisation, electroconvulsive therapy in the 30 days prior to randomisation, and participation in another clinical study or compassionate use program within 4 weeks of randomisation also were excluded, as were pregnant or lactating women.

### 2.2. Patient population and study medication

Subjects were recruited at 49 centers in South America, Asia, and Europe between 7 January 2001 and 25 April 2002. Patients were screened within 7 days of randomisation and those who met enrollment criteria were randomly assigned to one of three groups (quetiapine, placebo, or haloperidol) to achieve a target ratio of 1:1:1 in each group.

All study medications were flexibly dosed and administered in double-blind fashion twice daily in identical number, form, and color, throughout the 3-month study

CONFIDENTIAL
AZSER12779272

period. Quetiapine was initiated at target doses of 100 mg/day on Day 1, increasing by steps of 100 mg/day to 400 mg/day on Day 4 (i.e., 100 mg on Day 1, 200 mg on Day 2, 300 mg on Day 3, and 400 mg on Day 4). To optimize efficacy and tolerability, the quetiapine dose could then be adjusted up to 600 mg/day on Day 5 and up to 800 mg/day thereafter at the investigator's discretion (Days 6 to 84).

Haloperidol was initiated at a target dose of 2 mg/day on Days 1 and 2, increasing to 3 mg/day on Days 3 and 4 mg/day on Day 4. The dose could be adjusted to between 2 and 6 mg/day on Day 5, and to between 2 and 8 mg/day on Days 6 to 84, based on efficacy and tolerability at the discretion of the investigator.

The use of the conventional antipsychotic haloperidol as an active treatment standard to validate assay sensitivity is well established in clinical studies of mania (McElroy et al., 1996; Segal et al., 1998; Shi et al., 2002; Small et al., 1995). This study was prospectively powered to detect differences between quetiapine and placebo, and haloperidol and placebo, not differences between quetiapine and haloperidol.

### 2.3. Prior and concomitant therapy

Medicines not permitted prior to the study are listed among the exclusion criteria. Medications permitted during the study included those previously prescribed for stable medical, nonpsychiatric illnesses; oral contraceptives and contraceptive devices; antihypertensive treatments providing the dosage had remained stable for at least 1 month prior to randomisation; zolpidem tartrate (maximum dose 10 mg/day), chloral hydrate (maximum dose 2 g/day from Days 1 to 7 and 1 g/day from Days 8 to 84), zopiclone (maximum dose 7.5 mg/day), and zaleplon (maximum dose 20 mg/day) for alleviation of insomnia, providing the maximum doses were not exceeded and only one sleep medication was used on any one study day.

Lorazepam treatment for agitation (but not insomnia) was permitted as follows: up to 6 mg/day from screening to Day 4, up to 4 mg/day from Days 5 to 7, up to 2 mg/day from Days 8 to 10, and up to 1 mg/day from Days 11 to 14. Lorazepam was not used after Day 14 and was withheld for 6 h before psychiatric assessments were conducted. Doses of benzodiazepine were converted to the equivalent doses of lorazepam and administered according to the criteria outlined above. The use of anticholinergic agents was also permitted.

### 2.4. Efficacy evaluations

The primary measure of efficacy was made using the standard YMRS rating scale (Young et al., 1978). The Clinical Global Impression (CGI) and Clinical Global Impressions–Bipolar (CGI–BP) scales were used to confirm the clinical relevance of changes in the YMRS (Guy and Bonato, 1970; Spearing et al., 1997). Additional

assessments of illness severity and psychopathology were carried using the Positive and Negative Syndrome Scale (PANSS) (Kay et al., 1987; White et al., 1997) and Montgomery–Asberg Depression Rating Scale (MADRS) (Montgomery and Asberg, 1979) Functioning was assessed with the Global Assessment Scale (GAS) (Endicott et al., 1976).

Efficacy assessments, with the exception of GAS, were conducted on Days 1 (baseline), 4, 7, 14, 21, 28, 42, 56, 70, and 84. GAS assessments were made on Days 1, 21, and 84.

The primary efficacy outcome variable was change from baseline in YMRS score at Day 21. Secondary efficacy variables defined in the protocol were the change from baseline in YMRS score at Day 84, YMRS response (defined as a decrease from baseline score of ≥50%), and YMRS remission (euthymia) (defined as a YMRS score of ≤12) (Tohen et al., 2000) at Days 21 and 84. In addition, the percentage of subjects who maintained their Day 21 YMRS response or remission at Day 84 was evaluated.

Other protocol-defined endpoints at Days 21 and 84 included change from baseline score in the Severity of Illness and Global Improvement items of the CGI–BP and CGI, change from baseline in PANSS total and subscale scores, change from baseline in MADRS score, percentage of patients using lorazepam, and change from baseline in GAS scores.

### 2.5. Safety evaluations

Vital sign measurements were performed at baseline (Day 1) and at Days 4, 7, 10, 14, 21, 28, 42, 56, 70, and 84. Patients were examined and questioned on all study days regarding any adverse events. Adverse events were recorded at each visit through open-ended questioning, spontaneous reports, and clinical observations. Safety evaluations were based on reports of adverse events, trough serum concentrations, concomitant medication records, vital signs, weight, and clinical laboratory parameters (including hematologic analysis, prolactin levels, glucose levels based on random sampling, electrolyte, and thyroid levels). Adverse events included any treatment-emergent symptoms or worsening of existing symptoms, new illnesses, or clinically significant changes in laboratory tests, vital signs, weight, or electrocardiogram (ECG). In addition to adverse-event reporting, safety issues relating to EPS were assessed with the Simpson–Angus Scale (SAS) (Simpson and Angus, 1970) and Barnes Akathisia Rating Scale (BARS) (Barnes, 1989). Treatment-emergent depression was also monitored, defined a priori as a MADRS score ≥18 and an increase of ≥4 from baseline on any two consecutive post-baseline visits, or at the final study visit.

### 2.6. Statistical analysis

The study design called for 267 patients (89 in each of the 3 groups), as this is sufficient to detect a 6-point difference in

CONFIDENTIAL
AZSER12779273

Case 6:06-md-01769-ACC-DAB   Document 1368-20   Filed 03/13/09   Page 17 of 50 PageID 93331

the change from baseline YMRS scores between the quetiapine and the placebo group with a power of 95% for a significance level of 0.05 (assuming a standard deviation of 11 and a two-tailed test); a 4- to 6-point difference is consistent with similar studies (Tohen et al., 1999).

Analysis of covariance models (ANCOVA) were used for analyzing continuous data. Binary and categorical data were analysed using a Cochran–Mantel–Haenszel technique or logistic regression (to incorporate continuous baseline covariates). All statistical tests were two-tailed and at the 5% significance level.

The primary and secondary efficacy analyses were performed on the intent-to-treat (ITT) population, which included all randomised patients who took at least one dose of study medication and who had a baseline and at least one set of post-baseline YMRS assessments. A last-observation-carried-forward (LOCF) approach was used in the primary assessment of each of the efficacy variables. The analyses included baseline score as a covariate, treatment as a fixed effect and center as a random effect.

## 3. Results

### 3.1. Patient demographics and disposition

Of the 353 patients screened, 302 patients were randomly allocated to receive quetiapine ($n = 102$), placebo ($n = 101$), or haloperidol ($n = 99$) (Fig. 1). The ITT population comprised 101, 100, and 98 patients, respectively. The mean, median, and range of patients enrolled per site were 2.125, 2, and 0–8 for the quetiapine-treated group; 2.104, 2, and 0–8 for the placebo group; and 2.063, 2, and 0–8 for the haloperidol group.

Treatment groups did not differ substantially in baseline demographic characteristics at randomisation (Table 1) and were considered to be representative of the general population of patients diagnosed with bipolar mania in the regions where the study was conducted.

Baseline disease characteristics were similar in terms of YMRS scores for all patient groups (Table 2). At screening, 28.8% of the ITT population was diagnosed as having moderate mania, 29.4% as having severe mania without psychotic features, and 41.8% as having severe mania with psychotic features.

Overall, 50% of the patients withdrew during the 12-week trial. The rate of withdrawals and completions and the specific reasons for withdrawal differed between groups. By Day 84, more patients treated with quetiapine (53.9%) or haloperidol (54.5%) completed the study than did those randomised to placebo (41.6%). Withdrawals due to lack of efficacy/deterioration of disease accounted for most of the difference in completion rates between active treatment and placebo (Table 3). Withdrawals due to adverse events were approximately twice as common in the haloperidol group as in the placebo group or quetiapine group.

### 3.2. Prior and concomitant medication use

Approximately 79% of patients had taken at least one antipsychotic medication in the 28 days prior to randomisation. Conventional antipsychotics were the predominant type of antipsychotics used in this period, and were taken by 71.0% to 76.5% of patients in each group; no patients received quetiapine in the 28 days prior to randomisation. The mean duration of conventional antipsychotic use during this pre-randomisation period in each group ranged from 10.6 (±7.6) to 11.3 (±8.2) days, indicating that the use of



Fig. 1. Patient disposition.

CONFIDENTIAL
AZSER12779274

Case 6:06-md-01769-ACC-DAB   Document 1368-20   Filed 03/13/09   Page 18 of 50 PageID 93332

Table 1
Summary of baseline demographic data (ITT population)

|  | Quetiapine | Placebo | Haloperidol | Total |
|---|---|---|---|---|
|  | $N = 101$ | $N = 100$ | $N = 98$ | $N = 299$ |
| Gender $N$ (%) |  |  |  |  |
| Male | 37 (36.6) | 37 (37.0) | 36 (36.7) | 110 (36.8) |
| Female | 64 (63.4) | 63 (63.0) | 62 (63.3) | 189 (63.2) |
| Age (years) |  |  |  |  |
| Mean | 42.8 | 40.6 | 45.1 | 42.9 |
| Range | 18–79 | 18–72 | 18–76 | 18–79 |
| Weight (kg) |  |  |  |  |
| Mean | 72.6 | 69.5 | 70.1 | 70.7 |
| Range | 40–127 | 37–120 | 46–122 | 37–127 |
| Mean BMI (kg/m$^2$) | 26.1 | 25.2 | 25.4 | 25.6 |

Table 3
Patient disposition and withdrawals

|  | Quetiapine | Placebo | Haloperidol |
|---|---|---|---|
|  | $N = 102$ | $N = 101$ | $N = 99$ |
| Withdrawals, $N$ (%) | 47 (46.1) | 59 (58.4) | 45 (45.5) |
| Lack of efficacy/disease deterioration | 27 (26.5) | 43 (42.6) | 25 (25.3) |
| Lost to follow-up | 2 (2.0) | 2 (2.0) | 1 (1.0) |
| Adverse events | 5 (4.9) | 6 (5.9) | 10 (10.1) |
| Protocol non-compliance | 4 (3.9) | 3 (3.0) | 1 (1.0) |
| Withdrew consent | 9 (8.8) | 5 (5.0) | 8 (8.1) |
| Completers at Day 21, $N$ (%) | 66 (64.7) | 61 (60.4) | 77 (77.8) |
| Completers at Day 84, $N$ (%) | 55 (53.9) | 42 (41.6) | 54 (54.5) |

conventional antipsychotics was similar among the treatment groups.

The proportion of patients receiving haloperidol in the 28 days preceding randomisation was similar in each treatment group (57.0% of quetiapine-, 57.0% of placebo-, and 58.2% of haloperidol-treated patients), as was the distribution of use by week across groups. The duration of contiguous haloperidol use was also similar across groups: 9.6 ($\pm$6.5) days in the quetiapine group, 7.5 ($\pm$4.8) days in the placebo group, and 9.7 ($\pm$5.6) days in the haloperidol group.

The majority of patients did not receive conventional mood stabilizers, such as lithium and divalproex, in the 28 days prior to randomisation and there were no apparent differences between groups in conventional mood-stabilizer use. Of patients who received a mood stabilizer, the majority had taken lithium. Overall, 15.1% of patients had used lithium during the 28-day pre-randomisation period: 16.8% in the quetiapine group for mean of 13.5 ($\pm$7.2) days, 17.0% of placebo-treated patients for a mean of 9.5 ($\pm$6.5) days, and 11.2% of haloperidol-treated patients for a mean of 17.2 ($\pm$8.7) days.

During the first 14 days of the study, lorazepam use was generally similar in all three groups and decreased as the study progressed. The proportion of patients using lorazepam throughout the study was 47.5% in the quetiapine group, 46.0% in the placebo group, and 54.1% in the haloperidol group. The number of patients in the ITT population using lorazepam after Day 14 (prohibited by the protocol) was low: 3 (3.0%) in the quetiapine group, 10

Table 2
Summary of baseline disease characteristics (ITT population)

|  | Quetiapine | Placebo | Haloperidol | Total |
|---|---|---|---|---|
|  | $N = 101$ | $N = 100$ | $N = 98$ | $N = 299$ |
| Mean YMRS | 34.0 | 33.1 | 32.3 | NC |
| *Bipolar I disorder, most recent episode, N (%)* |  |  |  |  |
| Manic moderate | 20 (19.8) | 34 (34.0) | 32 (32.7) | 86 (28.8) |
| Manic severe without psychotic features | 39 (38.6) | 22 (22.0) | 27 (27.6) | 88 (29.4) |
| Manic severe with psychotic features | 42 (41.6) | 44 (44.0) | 39 (39.8) | 125 (41.8) |

NC, not calculated.

(10.2%) in the placebo group, and 14 (14.3%) in the haloperidol group. The mean daily dose of lorazepam was 3.9 mg at Day 1 and 1.8 mg at Day 14 in the quetiapine group. In the placebo group the average lorazepam dose was 4.0 mg at Day 1 and 1.0 mg at Day 14. Patients randomised to haloperidol took an average lorazepam dose of 3.5 mg on Day 1 and 1.0 mg on Day 14.

The use of hypnotics over the 3-month course of the study expressed as the proportion of patients taking sleep medication was similar in the quetiapine-treated (43.6%) and haloperidol-treated groups (43.9%), and higher in the placebo-treated group (54.0%). Usage decreased over time in all groups, most markedly in the quetiapine group, and during the last month of the study the use of sleep mediations had declined to 5.0% in the quetiapine group, 12.0% in the placebo group, and 16.3% in the haloperidol group.

Overall, few patients used anticholinergic medications in the quetiapine (9.8%) and placebo groups (11.9%). By comparison, the frequency of anticholinergic use was high in the haloperidol group throughout the study period (52.5%), consistent with the known incidence of EPS associated with conventional/typical antipsychotics.

### 3.3. Efficacy

#### 3.3.1. Young Mania Rating Scale change from baseline

At Day 21, YMRS scores for the quetiapine-treated patients had improved significantly from baseline ($-12.29$) compared with placebo-treated patients ($-8.32$; $P < 0.01$) (Fig. 2). In addition to meeting the primary efficacy endpoint, a significant improvement over placebo was observed as early as Day 4 in the quetiapine group ($P < 0.05$). Continued improvement with quetiapine was observed over the 12-week study period, with the difference from placebo in the change from baseline in YMRS score being significant ($-17.52$ versus $-9.48$; $P < 0.001$) at Day 84. Therapeutic advantage with quetiapine was noted in Increased Motor Activity, Sexual Interest, Sleep, and Content at Day 21 ($P < 0.05$) and across all 11 individual YMRS items at Day 84 ($P < 0.05$) (Fig. 3). The sum of the four core items (Irritability, Speech, Content, and Disrup-

CONFIDENTIAL
AZSER12779275

578    *R.S. McIntyre et al. / European Neuropsychopharmacology 15 (2005) 573–585*



Fig. 2. Change from baseline in Young Mania Rating Scale score at each assessment (LOCF, ITT population). QTP, quetiapine; PBO, placebo; HAL, haloperidol.

tive/Aggressive Behaviour) improved statistically significantly at both Day 21 and Day 84 ($P < 0.05$ versus placebo).

Similarly, the YMRS scores in haloperidol-treated patients were significantly improved compared to placebo first at Day 4 ($P < 0.05$), and at Day 21 ($-15.71$; $P < 0.001$) as well as at Day 84 ($-18.92$; $P < 0.001$) (Fig. 2). A post-hoc analysis indicated that haloperidol was not significantly different than quetiapine at any assessment except at Day 21 ($P < 0.05$).

In patients without psychotic features at baseline, both quetiapine ($P < 0.05$) and haloperidol ($P < 0.001$) significantly improved YMRS scores compared with placebo at Day 21 ($-13.73$, $-8.53$, $-16.62$ for quetiapine, placebo, and haloperidol, respectively) and Day 84 ($-19.86$, $-10.04$, $-21.25$, respectively; $P < 0.001$ for both active groups versus placebo).

In patients with psychotic features at baseline, both quetiapine and haloperidol improved YMRS scores at Day 21, although only haloperidol was significantly different ($P < 0.001$) from placebo ($-9.09$, $-7.30$, $-14.47$ for quetiapine, placebo, and haloperidol groups, respectively). Similar results were noted at Day 84.

### 3.4. Clinical response rates

In all treatment groups, the proportion of patients showing a protocol-defined symptomatic response increased over time, with higher rates of response in the quetiapine-treated and haloperidol-treated groups than in the placebo-treated group. At Day 21, the response rates in quetiapine-treated and placebo-treated patients were 42.6% versus 35.0%, respectively; $P = 0.272$. By Day 84, the quetiapine-treated group response was statistically superior to the placebo-treated group (61.4% versus 39.0%; $P < 0.01$) (Fig. 4).

The haloperidol group response rate was statistically superior to placebo-treated patients at Day 21 (56.1% versus 35.0%; $P < 0.01$) and Day 84 (70.4% versus 39.0%; $P < 0.001$) (Fig. 4). Haloperidol was not statistically superior to quetiapine at either Day 21 (56.1% versus 42.6%; $P = 0.057$) or Day 84 (70.4% versus 61.4%; $P = 0.181$).

The proportion of patients maintaining a clinical response from Day 21 to Day 84 was 90.7% (39/43) of quetiapine-treated patients, 77.1% (27/35) of placebo-treated patients, and 83.6% (46/55) of haloperidol-treated



Fig. 3. Percent change in individual Young Mania Rating Scale scores at 84 days. The sum of the four core items (Irritability, Speech, Content, and Disruptive/Aggressive Behaviour) improved statistically significantly at both Day 21 and Day 84 ($P < 0.05$ versus placebo).

CONFIDENTIAL
AZSER12779276

R.S. McIntyre et al. / European Neuropsychopharmacology 15 (2005) 573–585

579



**P<0.01; ***P<0.001 vs placebo
NS, not significant vs placebo

Fig. 4. Young Mania Rating Scale response rates at Days 21 and 84 (LOCF, ITT population).

patients. Of the non-responders at Day 21, 76.9% (20/26) of quetiapine-treated patients met response criteria by the end of treatment compared with 40.0% (10/25) of placebo-treated patients and 64.3% (18/28) of haloperidol-treated patients.

### 3.4.1. Remission rates

At Day 84, quetiapine showed a clinically and statistically significant advantage in the proportion of patients in the protocol defined as being in symptomatic remission (euthymia) compared with placebo (61.4% versus 38.0%; $P<0.001$) (Fig. 5). The proportion of patients in clinical remission after 21 days of quetiapine monotherapy was not statistically superior to placebo (27.7% versus 24.0%; $P=0.548$).

At Day 84 the proportion of patients in remission was 63.3% in the haloperidol group versus 38.0% in the placebo group ($P<0.001$) (Fig. 5). At Day 21, the remission rate for the haloperidol group was not significantly different from placebo (36.7% versus 24.0%; $P=0.052$). Remission rates with haloperidol were not statistically superior to quetiapine at either Day 21 (36.7% versus 27.7%; $P=0.175$) or Day 84 (63.3% versus 61.4%; $P=0.785$).

### 3.5. Further measures of efficacy

#### 3.5.1. Clinical global impression-bipolar

The mean change from baseline in CGI–BP Severity of Illness score in the quetiapine group was −1.02 at Day 21 ($P=0.442$) (Fig. 6). By Day 84, the improvement with quetiapine reached statistical significance (−1.64; $P<0.01$).

In the haloperidol group there was a significant change from baseline in CGI–BP Severity of Illness score at Days 21 (−1.33; $P<0.01$) and 84 (−1.81; $P<0.001$) (Fig. 6).

The percentage of patients who were rated as "much" or "very much" improved from baseline at Day 21 on the CGI–BP Global Improvement score was greater in the quetiapine group compared with the placebo group (43.6% versus 35.0%; $P=0.215$). At Day 84, quetiapine showed a statistically significant advantage over placebo (50.5% versus 30.0%; $P<0.01$). The haloperidol-treated group showed a statistically significant advantage over placebo at Day 21 (53.1% versus 35.0%; $P<0.05$) and Day 84 (60.2% versus 30.0%; $P<0.001$).

#### 3.5.2. Clinical Global Impression

Statistically significant differences were found between quetiapine and placebo for change from baseline in CGI Severity of Illness score at Day 21 (−1.12 versus −0.79; $P<0.05$) and Day 84 (−1.78 versus −0.98; $P<0.001$). For the CGI Global Improvement score, quetiapine showed a



***P<0.001 vs placebo
NS, not significant vs placebo

Fig. 5. Young Mania Rating Scale remission rates at Days 21 and 84 (LOCF, ITT population).



**P<0.01; ***P<0.001 vs placebo
NS, not significant vs placebo

Fig. 6. Change in Clinical Global Impressions–Bipolar Severity of Illness scores from baseline (LOCF, ITT population).

CONFIDENTIAL
AZSER12779277

numerical advantage over placebo in the proportion of patients rated as "much improved" or "very much improved" at Day 21 (49.5% versus 37.0%; $P = 0.074$) that reached statistical significance at Day 84 (57.4% versus 32.0%; $P < 0.001$). Haloperidol showed a statistically significant advantage compared with placebo at Days 21 and 84 for both change from baseline in CGI Severity of Illness (Day 21 −1.47; $P < 0.001$ and Day 84 −1.88; $P < 0.001$) and CGI Global Improvement scores (Day 21 62.2%; $P < 0.001$ and Day 84 63.3%; $P < 0.001$).

### 3.5.3. Positive and Negative Syndrome Scale

At Day 21 a statistically significant improvement in PANSS total scores was observed in quetiapine-treated patients (with or without psychotic features at baseline) compared with placebo (−9.48 versus −4.16; $P < 0.01$). A similar statistically significant advantage was observed on the PANSS positive subscale with quetiapine compared with placebo (−4.31 versus −2.22; $P < 0.01$).

The improvement in psychotic symptoms increased by Day 84 with quetiapine compared with placebo for both total (−13.76 versus −3.99; $P < 0.001$) and positive subscale scores on the PANSS (−6.31 versus −2.42; $P < 0.001$). Similar statistically significant effects were seen with haloperidol treatment compared with placebo at Days 21 and 84 ($P < 0.05$).

Quetiapine had a significant effect at Day 21 in nonpsychotic patients in terms of PANSS total (−11.17 versus −5.74; $P < 0.05$) and positive (−4.63 versus −2.81; $P < 0.05$) scores compared with placebo. Similarly, at Day 84 quetiapine had a significant effect in nonpsychotic patients, reducing both total (−15.66 versus −5.30; $P < 0.001$) and positive (−6.75 versus −3.06; $P < 0.001$) scores. In psychotic patients, a significant reduction at Day 84 in PANSS positive score was observed in the quetiapine group compared with placebo (−4.92 versus −1.31; $P < 0.05$). Haloperidol significantly reduced PANSS total and positive scores in psychotic and non-psychotic patients at both time points compared with placebo ($P < 0.01$).

The reduction in agitation and aggression measured by the PANSS activation subscale at Day 21 was significantly greater in quetiapine-treated patients compared with placebo-treated patients (−3.04 versus −1.60; $P < 0.05$) (Fig. 7). A similar significant reduction with quetiapine was observed at Day 84 (−4.36 versus −1.60; $P < 0.01$). Over time, the efficacy of quetiapine over placebo in the reduction of PANSS total, positive, and activation subscale scores increased. Haloperidol showed similar efficacy in reducing PANSS activation subscale scores compared with placebo at Days 21 (−4.22; $P < 0.001$) and 84 (−4.75; $P < 0.001$).

### 3.5.4. Montgomery–Asberg Depression Rating Scale

Baseline MADRS scores were low and similar in each group (9.1 quetiapine, 9.2 placebo, 8.3 haloperidol). At Day 21, patients in the quetiapine group had significant improve-



*Fig. 7. Change in positive and negative syndrome scale activation subscale scores at Days 21 and 84 from baseline (LOCF, ITT population).*

ments in MADRS scores compared with placebo (−2.82 versus −0.93; $P < 0.01$). By Day 84, continued improvement was observed on the MADRS in the quetiapine group compared with placebo (−3.31 versus −0.68; $P < 0.01$). In the haloperidol group a statistically significant reduction in the MADRS score compared with placebo at Day 21 (−2.28; $P < 0.05$) was not maintained at Day 84 (−1.85; $P = 0.247$).

### 3.5.5. Global Assessment Scale

At Day 21 quetiapine patients had a significant change from baseline in GAS score compared with placebo (12.02 versus 6.80; $P < 0.05$). At Day 84, continued improvement on the GAS was observed with quetiapine, with a difference from placebo of 11.54 (20.33 versus 8.79; $P < 0.001$), reflecting an ongoing clinically significant improvement in functioning. Similar significant improvements ($P < 0.001$) were seen with haloperidol treatment compared with placebo at Days 21 (16.54) and 84 (21.63).

### 3.6. Safety

A total of 27 (7.0%) patients withdrew from the study due to adverse events, most of which were mild or moderate. Withdrawal rates associated with adverse events in each group were 4.9% for the quetiapine group, 5.9% for the placebo group, and 10.1% for the haloperidol group (Table 3).

None of the adverse events in the quetiapine group occurred at statistically significant rates compared with placebo (Table 4). Extrapyramidal syndrome was the most common adverse event in the haloperidol group (35.4%), followed by the EPS-related adverse event akathisia (33.3%) and tremor (30.3%), all of which occurred at significant rates compared with placebo or quetiapine ($P < 0.001$).

EPS-related adverse events (including akathisia) in the haloperidol group (59.6%) occurred at more than three times the rate of the placebo or quetiapine groups.

CONFIDENTIAL
AZSER12779278

*R.S. McIntyre et al. / European Neuropsychopharmacology 15 (2005) 573–585*

Table 4
Adverse events occurring at an incidence of $\geq 5\%$ in quetiapine or haloperidol groups

| Adverse event[a] | Quetiapine ($N=102$) | | | Haloperidol ($N=99$) | | | | Placebo ($N=101$) | |
|---|---|---|---|---|---|---|---|---|---|
| | $N$ | % | $P^{b}$ | $n$ | % | $P^{b}$ | $P^{c}$ | $N$ | % |
| Insomnia | 20 | 19.6 | 1.000 | 14 | 14.1 | 0.303 | 0.303 | 20 | 19.8 |
| Somnolence | 13 | 12.7 | 0.059 | 9 | 9.1 | 0.285 | 0.394 | 5 | 5.0 |
| EPS-related | 13 | 12.7 | – | 59 | 59.6 | – | – | 16 | 15.8 |
| Agitation | 8 | 7.8 | 0.808 | 8 | 8.1 | 0.808 | 1.000 | 9 | 8.9 |
| Tremor | 8 | 7.8 | 0.539 | 30 | 30.3 | <0.001* | <0.001* | 6 | 5.9 |
| Dry mouth | 7 | 6.9 | 0.366 | 4 | 4.0 | – | 0.366 | 4 | 4.0 |
| Akathisia | 6 | 5.9 | 1.000 | 33 | 33.3 | <0.001* | <0.001* | 6 | 5.9 |
| Extrapyramidal syndrome | 6 | 5.9 | 1.000 | 35 | 35.4 | <0.001* | <0.001* | 6 | 5.9 |
| Postural hypotension | 6 | 5.9 | 0.059 | 2 | 2.0 | – | 0.157 | 1 | 1.0 |
| Headache | 5 | 4.9 | – | 8 | 8.1 | 0.248 | 0.405 | 4 | 4.0 |

[a] Patients with multiple events of the same type are counted once. COSTART: Coding Symbols for a Thesaurus of Adverse Reaction Terms.
[b] Chi-squared test versus placebo.
[c] Chi-squared test haloperidol versus quetiapine.
* Statistically significant.

The mean change from baseline in total SAS and BARS scores was similar in the quetiapine and placebo groups, and increased significantly in the haloperidol group compared with placebo at both Days 21 and 84 ($P \leq 0.001$).

Quetiapine-treated patients had a mean change from baseline weight (observed cases) at Day 84 of +2.1 kg (+0.9 kg LOCF) compared with −0.1 kg (−0.30 kg LOCF) for placebo ($P<0.001$). Patients treated with haloperidol had a mean increase in weight from baseline of +0.20 kg ($P=0.519$). At Day 84, 12.8% of quetiapine-, 4.0% of placebo-, and 5.1% of haloperidol-treated patients had a $\geq 7\%$ increase in baseline weight, but the difference between groups was not significant ($P=0.010$). The body mass index (BMI) (kg/m$^2$) for quetiapine-treated patients increased by an average of 0.8 from baseline by Day 84, compared with no change in the placebo-treated group (see Table 1 for baseline weight and BMI values in each group).

Protocol-defined treatment-emergent depression (MADRS $\geq 18$ and an increase of $\geq 4$ from baseline on any two consecutive post-baseline visits, or at the subject's final study assessment) was documented in three patients (2.9%) in the quetiapine group, nine (8.9%) in the placebo group, and eight (8.1%) in the haloperidol group. Depression was reported as an adverse event by two (2.0%) quetiapine-treated, four (4.0%) placebo-treated, and one (1.0%) haloperidol-treated patient, leading to one withdrawal from the quetiapine group and three withdrawals from the placebo group.

Mean prolactin concentrations, elevated at baseline, decreased in all groups, but the mean decrease was larger in the quetiapine group by Day 84 (−11.9 μg/L) than in the placebo (−9.5 μg/L) or haloperidol group (−7.4 μg/L).

There were no clinically significant effects on thyroid function in quetiapine-treated patients; mean decreases in free and total thyroxine were not accompanied by clinically significant increases in any group. Moreover there were no significant differences among the treatment groups with respect to vital signs, including orthostatic changes associated with postural hypotension, ECG, hematology, or other parameters.

## 4. Discussion

Results from this study indicate that quetiapine monotherapy is effective in the treatment of severe acute bipolar mania. Early, significant, and sustained efficacy over 12 weeks was noted. Moreover, a significant proportion of patients who were protocol-defined non-responders at Week 3 became responders at study endpoint (Week 12). The composition of Week 12 responders ostensibly includes three subgroups familiar to practitioners; early responders, late responders, and early improvers with accrual of benefit across 12 weeks.

The response rate at the 3-week primary endpoint in this study of quetiapine was similar to reported response rates following 3 weeks of monotherapy with olanzapine and divalproex (Tohen et al., 1999, 2000, 2002; Keck et al., 2003). At the end of the study, 61.4% of quetiapine-treated patients achieved remission, reinforcing the translational value of the results from this investigation. Symptomatic remission is a more clinically relevant endpoint than response as it denotes the abatement of active manic symptoms. Interestingly, haloperidol was associated with comparable response rates to quetiapine at 3 weeks. However, the three-fold higher incidence of EPS-related adverse events with haloperidol than quetiapine or placebo may preclude its incorporation into effective treatment regimens.

An item analysis of the YMRS revealed significant differences between quetiapine and placebo on each of the 11 items, which demonstrates that the benefits seen with quetiapine are not the result of efficacy in a limited range of core items. Rather, efficacy is noted across a broad range of manic symptoms. These measures of symptomatic outcome are further enriched by global improvements of functioning

CONFIDENTIAL
AZSER12779279

as measured by CGI–BP, which were significantly greater in the quetiapine patients when compared to placebo.

As a group of illnesses, bipolar disorders are heterogeneous in symptomatic expression. Reliable treatments with efficacy in a broad range of clinically relevant domains are needed to improve functional outcomes. In this study, quetiapine was shown to be effective in the treatment of depressive symptoms, agitation, aggression, and psychotic features. Agitation and aggression contribute substantially to the morbidity and mortality that can occur in mania, and are important target symptoms to control, particularly in emergency settings. Quetiapine significantly improved agitation and aggression compared with placebo, as measured by the PANSS activation and PANSS supplemental aggression risk subscales in this study.

Mania in bipolar I disorder, particularly in severe cases, such as those treated in the present study, can be accompanied by psychotic symptoms. Since the efficacy of quetiapine in the treatment of psychotic symptoms has been proven in patients with schizophrenia (Arvanitis and Miller, 1997; Copolov et al., 2000; Emsley et al., 2000; Small et al., 1997), it was hypothesized that it would also improve psychotic symptoms in patients with bipolar disorder. Beneficial effects on psychotic symptoms, as evidenced by a reduction in the PANSS total and positive subscale scores at Day 21 with continued improvement to Day 84, confirmed this hypothesis.

Patient functioning in mood disorders is imperfectly correlated with symptoms, underscoring the need to separately evaluate functional outcomes. A clinically significant and positive trajectory in overall functional status was noted in quetiapine-treated patients.

Conventional antipsychotics may have a detrimental effect on mood symptoms, particularly depressive features. These shortcomings are not associated with the ongoing improvement in the symptoms of mania with quetiapine treatment as protocol-defined treatment-emergent depression was documented in fewer quetiapine-treated patients (2.9%) than placebo- or haloperidol-treated patients (8.9% and 8.1%, respectively). It is also noteworthy that haloperidol was not different from placebo in the proportion of patients who met criteria for treatment-emergent depression. Furthermore, while the study was not designed to detect efficacy in the treatment of the depressive phase of the disease, and baseline depression ratings were mild to moderate in all groups, quetiapine treatment was associated with significant improvement in MADRS scores throughout the study, including endpoint, (Day 84) while haloperidol failed to separate from placebo at Day 84. These observations suggest that further studies are indicated to test the hypothesis that quetiapine may also be effective in the treatment of bipolar depression.

Adverse events of depression resulted in one withdrawal from the quetiapine group and three withdrawals from the placebo group, but none were serious.

The safety and tolerability results in this investigation are consistent with results noted in several pivotal studies in which quetiapine was used for up to 6 weeks as either monotherapy in patients with schizophrenia (Arvanitis and Miller, 1997; Copolov et al., 2000; Emsley et al., 2000; Small et al., 1997) or as an adjunct to lithium or divalproex in patients with bipolar mania (Mullen and Paulsson, 2003, Sachs et al., 2004). These results are also in line with smaller and/or open-label studies in patients with schizophrenia or bipolar disorder (Kasper et al., 2004; Altamura et al., 2003; Pae et al., 2004; Buckley et al., 2004).

The overall rate of adverse events leading to withdrawal was low with quetiapine in the present study. In fact, a greater proportion of patients in the placebo group withdrew from therapy, mainly due to lack of efficacy.

Commensurate with previous studies, a small percentage of patients reported episodes of somnolence and postural hypotension with quetiapine treatment during the study. Transient somnolence may have a salutary effect, particularly in inpatient settings, such as when patients are hospitalised for severe mania. Postural hypotension was not associated with clinically relevant changes in objective orthostatic measurements. Neither somnolence nor postural hypotension were identified as reasons for withdrawal from the study.

The proportion of patients gaining >7% weight in the quetiapine group was low and in accordance with previous studies of quetiapine in the treatment of schizophrenia. Weight change was not a cause of study withdrawal in any patient.

Serum prolactin levels were elevated at baseline and decreased in all groups over the course of the study. At 3 months, a greater reduction in serum prolactin concentration occurred in the quetiapine group than in the placebo group, with the least improvement being observed in the haloperidol group.

Overall rates of EPS-related adverse events occurred more than three times more frequently in the haloperidol group than in the quetiapine or placebo groups. Approximately two thirds of patients treated with haloperidol had at least one adverse event related to EPS. The high rates of tremor, akathisia and extrapyramidal syndrome in the haloperidol group reflect the well-known effects of treatment with conventional (typical) antipsychotic agents.

Therefore, while quetiapine and haloperidol appeared to have equivalent antimanic efficacy after 3 months of treatment, the tolerability of quetiapine (including rates of EPS and akathisia no different from placebo) represents a considerable advantage.

This study is the first double-blind, placebo-controlled, extended acute-phase mania trial that included haloperidol as an internal standard to confirm the sensitivity of the study. Overall, the efficacy findings in the haloperidol treatment group indicated that the trial design and methods

171

CONFIDENTIAL
AZSER12779280

R.S. McIntyre et al. / European Neuropsychopharmacology 15 (2005) 573–585                                                                              583

were valid for determining the clinical efficacy of quetiapine in bipolar mania. Haloperidol showed a statistical advantage compared with placebo at Days 21 and 84 for the primary and all secondary efficacy variables, with the exception of changes from baseline in depression scores by Day 84. While both quetiapine and haloperidol demonstrated significant antimanic efficacy at Day 21, haloperidol appeared to show a statistical advantage over quetiapine in change from baseline in YMRS scores and response rates. While this indicates that haloperidol may have a faster onset of action compared with quetiapine, comparisons between haloperidol and quetiapine based only on efficacy should be made with caution as haloperidol was associated with poor tolerability, as indicated by the higher rates of extrapyramidal adverse events and withdrawals due to adverse events. Moreover, at all other assessments and at Day 84, quetiapine and haloperidol were not significantly different in all efficacy measures.

Quetiapine, flexibly dosed up to 800 mg/day, was generally well tolerated with an effective dose in responders (559 mg/day) that corresponds with the recommended target dose of 600 mg/day in patients with mania.

Given that the treatment of mania often requires dosing beyond 21 days, these findings indicate that quetiapine should be considered as an option before conventional antipsychotics (such as haloperidol) as quetiapine provides effective management of mania symptoms without the side effects of haloperidol. This recommendation is consistent with several published practice guidelines for the treatment of patients with bipolar disorder (American Psychiatric Association, 2002; Goodwin, 2003; Grunze et al., 2003).

The protocol inclusion and exclusion criteria used in this study were selected to enhance the validity of the findings. The rationale for the exclusion of patients with rapid cycling and mixed states was to limit the confounding effect of the presence of depressive symptoms at baseline in mixed patients and the spontaneous improvement in the symptoms of mania expected in patients with rapid cycling. On the other hand, excluding these patients may limit the generalizability of study results to those particular patient subpopulations.

The dosing guidance for quetiapine used in this study was based on preliminary evidence, and it is possible that some patients may have required higher dosing than they received for the effective control of mania. Another potential limitation of the study is the high drop out rate, although these rates are similar to other published studies in acute mania (Tohen et al., 1999, 2000, 2002).

In summary, quetiapine is an effective pharmacological strategy for the treatment of bipolar mania and is a better-tolerated alternative to conventional antipsychotics. The role of quetiapine in the treatment of bipolar depression and in the long-term maintenance phase of bipolar disorder is currently under investigation.

## 5. Study investigators

Prof. R. Andrezina, Riga, Latvia
Dr. Georgi Belotserkovski, Kohtla-Jarve, Estonia
Dr. Alberto Bertoldi, La Plata, Argentina
Dr. Gerardo Garcia Bonetto, Córdoba, Argentina
Dr. João Romildo Bueno, Rio de Janeiro, Brazil
Prof. Benjaminas Burba, Kaunas, Lithuania
Dr. Vincente Cabuquit, Quezon City, Philippines
Dr. João Campos, Goiás, Brazil
Dr. Maria Constanza Castrillo, Jujuy, Argentina
Dr. Nan-Ying Chiu, Changhua, Taiwan
Dr. Wlodzimierz Chrzanowski, Bialegostoku, Poland
Dr. Paulo Silvia Belmonte de Abreu, Porto Alegre, Brazil
Dr. Henrietta Espanola, Iloilo City, Philippines
Prof. V. Folnegovic-Smalc, Zagreb, Croatia
Dr. Pedro R. Gargoloff, Melchor Romero, Argentina
Dr. Moyses Aaron Gotfryd, São Paulo, Brazil
Prof. Kocjian Hercigonja, Zagreb, Croatia
Dr. Irmansyah, Jakarta, Indonesia
Dr. Stefan Krzyminski,Ciborz, Poland
Dr. Jaroslaw Laczkowski, Torun, Poland
Dr. Hugo Lande, Rosario, Argentina
Dr. Verónica Larach, Santiago, Chile
Prof. Shu Liang, Beijing, China
Dr. Jorge Marquet, Rosario, Argentina
Prof. M. Masiak, Lublin, Poland
Dr. Eduardo R. Merlo, La Plata, Argentina
Dr. Andrzej Michorzewski, Lipno, Poland
Dr. Mate Mihanovic, Zagreb, Croatia
Dr. Alberto Montchalban, Buenos Aires, Argentina
Dr. Ricardo Moreno, Sao Paulo, Brazil
Dr. Carlos Morra, Córdoba, Argentina
Dr. Jorge Nazar, Mendoza, Argentina
Dr. Ants Puusild, Pärnu, Estonia
Dr. Radavicius, Vilnius, Lithuania
Dr. P. Revelis, Jelgava, Latvia
Dr. Robert Reverger, Bali, Indonesia
Dr. Efren Reyes, Mandaluyong City, Philippines
Prof. Regina Satkeviciute, Kaunas, Lithuania
Dr, G. Pandu Setiawan, Malang, Indonesia
Dr. Mangasa Pandapotan Siregar, Bandung, Indonesia
Prof. Emilis Subata, Klapeda, Lithuania
Prof. Dr. Sergio Tamai, Sao Paulo, Brazil
Dr. Anselmo Tronco, Manila, Philippines
Prof. Pranas Ulba, Siaulai, Lithuania
Dr. Ljudmilla Väre, Viljandi, Estonia
Dr. Marcio Versiani, Rio de Janeiro, Brazil
Dr. Federico F. Bertran Vives, Valdivia, Chile
Dr. Zbigniew Wawrzyniak, Lodz, Poland
Prof. Sasanto Wibisono, Jakarta, Indonesia
Dr. Soemarno Ws, Yogyakarta, Indonesia
Dr. Ching-Kuan Wu, Niao-Sung Hsiang, Taiwan
Prof. Weng Yongzhen, Beijing, China
Dr. Hsieh-Chao Yu, Jen-Te Hsien, Taiwan
Dr. Imants Zeme, Liepaja, Latvia

CONFIDENTIAL
AZSER12779281

## Acknowledgements

The authors would like to acknowledge the editorial assistance of Max Brady, DPhil, and Aruna Seth, PhD (PAREXEL MMS). Financial support for this assistance was provided by AstraZeneca.

## References

Altamura, A.C., Salvadori, D., Madaro, D., Santini, A., Mundo, E., 2003. Efficacy and tolerability of quetiapine in the treatment of bipolar disorder: preliminary evidence from a 12-month open-label study. J. Affect Disord. 76, 267–271.

American Psychiatric Association, 2002. Practice guideline for the treatment of patients with bipolar disorder. Am. J. Psychiatry 159, 1–50 (revision).

Arvanitis, L.A., Miller, B.G., 1997. Multiple fixed doses of "Seroquel" (quetiapine) in patients with acute exacerbation of schizophrenia: a comparison with haloperidol and placebo. The Seroquel Trial 13 Study Group. Biol. Psychiatry 42, 233–246.

Barnes, T.R., 1989. A rating scale for drug-induced akathisia. Br. J. Psychiatry 154, 672–676.

Buckley, P.F., Goldstein, J.M., Emsley, R.A., 2004. Efficacy and tolerability of quetiapine in poorly responsive, chronic schizophrenia. Schizophr. Res. 66, 143–150.

CGI: Clinical Global Impressions, 1970. In: Guy W. and Bonato R. (Eds.) Manual for the ECDEU Assessment Battery. National Institute of Mental Health, Chevy Chase, MD, pp. 12-1 to 12-6.

Chisholm, K., Dennehy, E., Suppes, T., 2001. Clinical response to quetiapine add-on for treatment of refractory bipolar disorder. Presented at the 2nd International Forum on Mood and Anxiety Disorders, Monte Carlo, Monaco.

Copolov, D.L., Link, C.G., Kowalcyk, B., 2000. A multicentre, double-blind, randomized comparison of quetiapine (ICI 204,636, 'Seroquel') and haloperidol in schizophrenia. Psychol. Med. 30, 95–105.

DelBello, M.P., Schwiers, M.L., Rosenberg, H.L., Strakowski, S.M., 2002. A double-blind, randomized, placebo-controlled study of quetiapine as adjunctive treatment for adolescent mania. J. Am. Acad. Child Adolesc. Psych. 41, 1216–1223.

Dittmann, S., Biedermann, N.C., Grunze, H., Hummel, B., Scharer, L.O., Kleindienst, N., Forsthoff, A., Matzner, N., Walser, S., Walden, J., 2002. The Stanley Foundation Bipolar Network: Results of the naturalistic follow-up study after 2.5 years of follow-up in the German centres. Neuropsychobiology 46 (Suppl. 1), 2–9.

Dunayevich, E., Tugrul, R.N., Strakowski, S.M., 2001. Poster presented at the 7th World Congress of Biological Psychiatry, Berlin, Germany.

Emsley, R.A., Raniwalla, J., Bailey, P.J., Jones, A.M., 2000. A comparison of the effects of quetiapine ('Seroquel') and haloperidol in schizophrenic patients with a history of and a demonstrated, partial response to conventional antipsychotic treatment. PRIZE Study Group. Int. Clin. Psychopharmacol. 15, 121–131.

Endicott, J., Spitzer, R.L., Fleiss, J.L., Cohen, J., 1976. The Global Assessment Scale. A procedure for measuring overall severity of psychiatric disturbance. Arch. Gen. Psychiatry 33, 766–771.

Ghaemi, S.N., Rosenquist, K.J., Ko, J.Y., Baldessarini, R.J., Goodwin, F.K., 2003. Effects of newer vs. older antidepressants in bipolar depression. Poster presented at the Fifth International Conference on Bipolar Disorder; June 12–14, Pittsburgh, Pa.

Goodwin, G.M., 2003. Evidence-based guidelines for treating bipolar disorder: recommendations from the British Association for Psychopharmacology. J. Psychopharmacol. 17, 149–173 (discussion 147).

Grunze, H., Kasper, S., Goodwin, G., Bowden, C., Baldwin, D., Licht, R.W., Vieta, E., Möller, H.J., 2003. The World Federation of Societies of Biological Psychiatry (WFSBP). Guidelines for the biological treatment of bipolar disorders: Part II. Treatment of mania. World J. Biol. Psychiatry 4, 5–13.

Hirschfeld, R.M., Keck Jr., P.E., Kramer, M., et al., 2004. Rapid antimanic effect of risperidone monotherapy: a 3-week multicenter, double-blind, placebo-controlled trial. Am. J. Psychiatry 161, 1057–1065.

Kasper, S., Tauscher, J., Heiden, A., 2001. Quetiapine: efficacy and tolerability in schizophrenia. Eur. Neuropsychopharmacol. 11 (Suppl. 4), S405–S413.

Kasper, S., Brecher, M., Fitton, L., Jones, A.M., 2004. Maintenance of long-term efficacy and safety of quetiapine in the open-label treatment of schizophrenia. Int. Clin. Psychopharmacol. 19, 281–289.

Kay, S.R., Fiszbein, A., Opler, L.A., 1987. The Positive and Negative Syndrome Scale (PANSS) for schizophrenia. Schizophr. Bull. 13, 261–276.

Keck Jr., P.E., McElroy, S.L., Strakowski, S.M., West, S.A., Sax, K.W., Hawkins, J.M., Bourne, M.L., Haggard, P., 1998. 12-Month outcome of patients with bipolar disorder following hospitalization for a manic or mixed episode. Am. J. Psychiatry 155, 646–652.

Keck Jr., P.E., Versiani, M., Potkin, S., West, S.A., Giller, E., Ice, K., 2003. Ziprasidone in the treatment of acute bipolar mania: a three-week, placebo-controlled, double-blind, randomized trial. Am. J. Psychiatry 160, 741–748.

McElroy, S.L., Keck, P.E., Stanton, S.P., Tugrul, K.C., Bennett, J.A., Strakowski, S.M., 1996. A randomized comparison of divalproex oral loading versus haloperidol in the initial treatment of acute psychotic mania. J. Clin. Psychiatry 57, 142–146.

Montgomery, S.A., Asberg, M., 1979. A new depression scale designed to be sensitive to change. Br. J. Psychiatry 134, 382–389.

Mullen, J., Paulsson, B., 2003. Quetiapine in combination with mood stabilizer for the treatment of acute mania associated with bipolar disorder (abstract P140). Bipolar Disord. 5, 70.

Pae, C.U., Lee, K.U., Kim, J.J., Lee, C.U., Bahk, W.M., Lee, S.J., Lee, C., Paik, I.H., 2004. Switching to quetiapine in patients with acute mania who were intolerant to risperidone. Hum. Psychopharmacol. 19, 47–51.

Sachs, G.S., Grossman, F., Ghaemi, S.N., Okamoto, A., Bowden, C.L., 2002. Combination of a mood stabilizer with risperidone or haloperidol for treatment of acute mania: a double-blind, placebo-controlled comparison of efficacy and safety. Am. J. Psychiatry 159, 1146–1154.

Sachs, G., Chengappa, K.N.R., Suppes, T., Mullen, J., Brecher, M., Devine, N.A., Sweitzer, D.E., 2004. Quetiapine with lithium or divalproex for the treatment of bipolar mania: a randomized, double-blind, placebo-controlled study. Bipolar Disord. 6, 213–223.

Sajatovic, M., Brescan, D.W., Perez, D.E., DiGiovanni, S.K., Hattab, H., Ray, J.B., Bingham, C.R., 2001. Quetiapine alone and added to a mood stabilizer for serious mood disorders. J. Clin. Psychiatry 62, 728–732.

Segal, J., Berk, M., Brook, S., 1998. Risperidone compared with both lithium and haloperidol in mania: a double-blind randomized controlled trial. Clin. Neuropharmacol. 21, 176–180.

Shi, L., Namjoshi, M.A., Zhang, F., Gandhi, G., Edgell, E.T., Tohen, M., Breier, A., Haro, J.M., 2002. Olanzapine versus haloperidol in the treatment of acute mania: clinical outcomes, health-related quality of life and work status. Int. Clin. Psychopharmacol. 17, 227–237.

Simpson, G.M., Angus, J.W., 1970. A rating scale for extrapyramidal side effects. Acta Psychiatr. Scand., Suppl. 212, 11–19.

Small, J.G., Klapper, M.H., Marhenke, J.D., Milstein, V., Woodham, G.C., Kellams, J.J., 1995. Lithium combined with carbamazepine or haloperidol in the treatment of mania. Psychopharmacol. Bull. 31, 265–272.

Small, J.G., Hirsch, S.R., Arvanitis, L.A., Miller, B.G., Link, C.G., 1997. Quetiapine in patients with schizophrenia. A high- and low-dose double-blind comparison with placebo. Seroquel Study Group. Arch. Gen. Psychiatry 54, 549–557.

Spearing, M.K., Post, R.M., Leverich, G.S., Brandt, D., Nolen, W., 1997. Modification of the Clinical Global Impressions (CGI) scale for use in bipolar illness (BP): the CGI–BP. Psychiatry Res. 73, 159–171.

Tohen, M., Sanger, T.M., McElroy, S.L., Tollefson, G.D., Chengappa, K.N., Daniel, D.G., Petty, F., Centorrino, F., Wang, R., Grundy, S.L., Greaney, M.G., Jacobs, T.G., David, S.R., Toma, V., 1999. Olanzapine versus

CONFIDENTIAL
AZSER12779282

*R.S. McIntyre et al. / European Neuropsychopharmacology 15 (2005) 573–585*                                                                585

placebo in the treatment of acute mania. Olanzapine HGEH Study Group. Am. J. Psychiatry 156, 702–709.

Tohen, M., Jacobs, T.G., Grundy, S.L., McElroy, S.L., Banov, M.C., Janicak, P.G., Sanger, T., Risser, R., Zhang, F., Toma, V., Francis, J., Tollefson, G.D., Breier, A., 2000. Efficacy of olanzapine in acute bipolar mania: a double-blind, placebo-controlled study. The Olanzapine HGGW Study Group. Arch. Gen. Psychiatry 57, 841–849.

Tohen, M., Baker, R.W., Altshuler, L.L., Zarate, C.A., Suppes, T., Ketter, T.A., Milton, D.R., Risser, R., Gilmore, J.A., Breier, A., Tollefson, G.A., 2002. Olanzapine versus divalproex in the treatment of acute mania. Am. J. Psychiatry 159, 1011–1017.

Vieta, E., Parramon, G., Padrell, E., Nieto, E., Martinez-Arán, A., Corbella, B., Colom, F., Reinares, M., Goikolea, J.M., Torrent, C., 2002. Quetiapine in the treatment of rapid cycling bipolar disorder. Bipolar Disord. 4, 335–340.

White, L., Harvey, P.D., Opler, L., Lindenmayer, J.P., 1997. Empirical assessment of the factorial structure of clinical symptoms in schizophrenia. A multisite, multimodel evaluation of the factorial structure of the Positive and Negative Syndrome Scale. The PANSS Study Group. Psychopathology 30, 263–274.

Yatham, L.N., Grossman, F., Augustyns, I., Vieta, E., Ravindran, A., 2003. Mood stabilisers plus risperidone or placebo in the treatment of acute mania. International, double-blind, randomised controlled trial. Br. J. Psychiatry 182, 141–147.

Young, R.C., Biggs, J.T., Ziegler, V.E., Meyer, D.A., 1978. A rating scale for mania: reliability, validity and sensitivity. Br. J. Psychiatry 133, 429–435.

Zarate Jr., C.A., Rothschild, A., Fletcher, K.E., Madrid, A., Zapatel, J., 2000. Clinical predictors of acute response with quetiapine in psychotic mood disorders. J. Clin. Psychiatry 61, 185–189.

CONFIDENTIAL
AZSER12779283

BEST COPY AVAILABLE

*Brit. J. Psychiat.* (1979), **134**, 382–9

# A New Depression Scale Designed to be Sensitive to Change

By STUART A. MONTGOMERY and MARIE ÅSBERG

**SUMMARY**  The construction of a depression rating scale designed to be particularly sensitive to treatment effects is described. Ratings of 54 English and 52 Swedish patients on a 65 item comprehensive psychopathology scale were used to identify the 17 most commonly occurring symptoms in primary depressive illness in the combined sample.

Ratings on these 17 items for 64 patients participating in studies of four different antidepressant drugs were used to create a depression scale consisting of the 10 items which showed the largest changes with treatment and the highest correlation to overall change.

The inter-rater reliability of the new depression scale was high. Scores on the scale correlated significantly with scores on a standard rating scale for depression, the Hamilton Rating Scale (HRS), indicating its validity as a general severity estimate. Its capacity to differentiate between responders and non-responders to antidepressant treatment was better than the HRS, indicating greater sensitivity to change. The practical and ethical implications in terms of smaller sample sizes in clinical trials are discussed.

## Introduction

The most common use of psychiatric rating scales is probably for comparison of effects of new drugs to standard treatment. In most trials of antidepressant drugs a difference can be demonstrated between pharmacologically active compounds and placebo (Morris and Beck, 1974) but only rarely are consistent differences found between active drugs even when they are known to have different mechanisms of action.

One possible explanation is that the standard rating scales are not sensitive enough to pick up such differences (Angst, 1972) which is not surprising if the scales were not designed specifically for that purpose. The result has often been that the scales reflect diagnostic features rather than being sensitive to change. We therefore decided to construct a rating scale for depressive illness where sensitivity and accuracy of change estimates were to be major criteria for the inclusion of items. This work was made possible by the recent introduction of a new, comprehensive psychopathological rating scale or CPRS (Åsberg *et al*, 1978). The CPRS is composed of 65 scaled items covering a wide range of psychiatric symptoms.

## Patients and Ratings

The selection of items for the depression scale was based on ratings on the CPRS of 106 depressed patients, 33 men and 73 women, participating in clinical trials of antidepressant drugs. Thirty-three were out-patients and 73 in-patients. In the majority of cases, two raters participated in the interview. Only patients with a primary depressive illness (Feighner *et al*,

382

CONFIDENTIAL
AZSER12779284

Case 6:06-md-01769-ACC-DAB   Document 1368-20   Filed 03/13/09   Page 28 of 50 PageID 93342

BEST COPY AVAILABLE

1972) were included. Inventories (Gurney et al, 1972) were applied to ensure diagnostic and descriptive uniformity. Within this group, a wide variation in patient characteristics was sought and the sample includes endogenous and reactive, psychotic and non-psychotic, bipolar and unipolar out-patients and in-patients from a wide age range (18–69 years). Patients from two countries (England n = 54, and Sweden n = 52) were included in order to reduce cultural bias in the selection of items. CPRS scores after four weeks therapy with four antidepressant drugs with different pharma-cological profiles were used to study change with treatment. The drugs were mianserin, ami-triptyline, maprotiline and clomipramine. Amitriptyline (Tuck and Punell, 1973), mapro-tiline (Maître et al, 1971) and clomipramine (Hamberger and Tuck, 1973) block neuronal reuptake of noradrenaline, directly or by means of endogenously formed metabolites. Clomi-pramine is also a potent serotonin uptake blocker (Åsberg et al, 1977). Amitriptyline may also affect serotoninergic neurones (Tuck and Punell, 1973) and has pronounced anti-

cholinergic effects (Mass, 1975); it is also thought to have a stronger sedative effect than the other drugs (Silverstone and Turner, 1974). Mianserin appears to lack uptake inhibiting effects (Ferl et al, 1973) as well as anticholinergic effects (Coppen et al, 1976) and its mechanism of action is not clear.

Of the 64 patients for whom scores were available from before and after four weeks of treatment 35 were simultaneously rated on the Hamilton Rating Scale (HRS) (Hamilton, 1967) and on a 7-point scale for global severity of illness.

## Construction of the Scale

Parametric statistical methods were used except when dealing with ranked data as recommended by Anderson (1961) and Boneau (1961). The difference between pre-treatment scores has been used as an estimate of change, both for individual and sums of items.

*Preliminary item selection*

The frequency of scores above zero on all of the 65 items as well as the ranking by inci-

TABLE I

*Frequency of scores above zero and correlation between English and Swedish raters on the 17 most commonly scored items of the CPRS*

| Item | Frequency of scores above zero in per cent (both samples combined, n = 106) | Interrater reliability between English and Swedish rater (n = 11) |
|---|---|---|
| Reported sadness | 100 | 0.96 |
| Apparent sadness | 99 | 0.90 |
| Lassitude | 96 | 0.78 |
| Inner tension | 95 | 0.90 |
| Pessimistic thoughts | 94 | 0.53 |
| Inability to feel | 93 | 0.41 |
| Worrying over trifles | 91 | 0.78 |
| Concentration difficulties | 88 | 0.80 |
| Observed muscular tension | 88 | 0.74 |
| Suicidal thoughts | 87 | 0.71 |
| Fatiguability | 86 | 0.89 |
| Reduced sleep | 83 | 0.76 |
| Indecision | 81 | 0.27 |
| Reported autonomic disturbances | 79 | 0.72 |
| Reported muscular tension | 74 | 0.59 |
| Reduced appetite | 73 | 0.95 |
| Agitation | 73 | 0.62 |

CONFIDENTIAL
AZSER12779285

BEST COPY AVAILABLE

dence were remarkably similar in the Swedish and the English samples ($r = +.88$, rho $= +.88$, P for both $<0.001$ (Montgomery *et al*, 1978a). Since the agreement between ratings of English patients by English and Swedish raters was generally high (Table I) it was decided to merge the two samples in the further calculations.

An arbitrary cut-off point of 70 per cent occurrence was used to identify the 17 most common items (Table I) in the total sample of patients. The sum of scores on these 17 items was used as a preliminary estimate of severity of the illness. This estimate was significantly correlated with the HRS scores ($r = +.94$, P $<0.001$) and also with the global scores ($r = +.89$, P $<0.001$) during the fourth treatment week. Before treatment these correlations were slightly lower as would be expected from the more restricted range of scores (HRS, $r = +.73$, Global, $r = +.61$, P for both $<0.001$).

## Selecting items for sensitivity

Two different estimates of sensitivity were used (Table II). Firstly the mean changes of scores (absolute values) on each of the 17 items after four weeks of treatment were calculated and ranked. The second estimate was the correlation between change on each item and the overall change on the preliminary 17 item scale over the four weeks. These estimates reflect different aspects of sensitivity to change. Ideally, an item should both yield large changes (that can be reliably rated) and be strongly correlated to general amelioration of depression. This is not always the case.

For example, reduced sexual interest yielded large changes but was less well correlated to general outcome. Inclusion of an item like this in a scale might spuriously inflate the change scores.

The summed ranks on both estimates were used to select the 10 most sensitive items for the final depression rating scale, which is shown in the Appendix.

## Reliability and Validity of the New Depression Scale

### Interrater reliability

Data from the conjoint interviews were used to compute interrater correlations. Comparisons between two English raters, two Swedish raters and one English and one Swedish rater, rating English patients, are given in Table III. The interrater reliability in the simultaneously performed HRS ratings is shown for comparison. The interrater correlations are satisfactory for both scales, for raw scores as well as for difference scores.

To test the robustness of the instrument in the hands of untrained raters, ratings were also performed by a trained psychiatrist and a general practitioner or a psychiatric nurse (a detailed account of the procedure is given elsewhere; Montgomery *et al*, 1978). Also in this setting the interrater correlations were high (Table III).

### Validity studies

To test the validity of a scale which estimates the severity of depression a comparison must

TABLE II

*Mean change (regardless of direction), and correlation between change on each item and sum of change on the preliminary 17 item scale (n = 64). The items are ranked in order of descending sensitivity on both estimates combined*

| Item | Mean change | Correlation to total change |
|---|---|---|
| Apparent sadness | 2.12 | 0.84 |
| Reported sadness | 2.19 | 0.73 |
| Inability to feel | 1.98 | 0.75 |
| Inner tension | 1.79 | 0.73 |
| Suicidal thoughts | 2.03 | 0.64 |
| Lassitude | 1.61 | 0.79 |
| Concentration difficulties | 1.79 | 0.69 |
| Reduced sleep | 2.45 | 0.49 |
| Reduced appetite | 1.78 | 0.63 |
| Pessimistic thoughts | 1.69 | 0.64 |
| Worrying over trifles | 1.88 | 0.46 |
| Fatiguability | 1.73 | 0.58 |
| Muscular tension (reported) | 1.41 | 0.56 |
| Muscular tension (observed) | 1.22 | 0.49 |
| Indecision | 1.57 | 0.44 |
| Autonomic disturbances | 1.60 | 0.40 |
| Agitation | 0.99 | 0.34 |

CONFIDENTIAL
AZSER12779286

BEST COPY AVAILABLE

STUART A. MONTGOMERY AND MARIE ASBERG                                      385

TABLE III

*Interrater reliability of the new depression scale with different rater pairs. Interrater correlation between simultaneously performed Hamilton scale ratings are shown within brackets for comparison. All correlations are highly significant ($P < 0.001$)*

| Rater pair | r | n |
|---|---|---|
| **Two English raters** | | |
| before treatment | 0.89 (HRS: 0.89) | 30 (HRS: 25) |
| during treatment | 0.95 (HRS: 0.98) | 20 (HRS: 14) |
| difference | 0.90 (HRS: 0.91) | 13 (HRS: 12) |
| **Two Swedish raters** | | |
| before treatment | 0.95 | 22 |
| **One English, one Swedish rater** | | |
| various stages of treatment | 0.97 | 11 |
| **Psychiatrist and general practitioner** | | |
| various stages of treatment | 0.97 | 17 |
| **Psychiatrist and nurse** | | |
| various stages of treatment | 0.93 | 12 |

be made with an independent measure. An experienced clinician's global judgement as to whether the patient has responded or not is the criterion against which depression scales should be judged. As a preliminary validation of this scale's capacity to identify responders and non-responders to treatment we compared the scale scores with a clinician's global judgement in a sample where there was a clear cut differentiation between responders (18 patients) and non-responders (17 patients).

Point biserial correlations between response category and change scores were calculated for the preliminary 17-item scale, the final 10-item depression scale and the Hamilton Rating Scale. All correlations were highly significant. The correlations were used to determine which of the three scales differentiated better between responders and non-responders to treatment. The best correlation was achieved with the 10-item depression scale ($r = +.70$), the next best was with the 17-item preliminary scale ($r = +.67$). Of the three the HRS was the least able to discriminate ($r = +.59$). Converted into approximate patient numbers needed to achieve equivalent significance at different levels, for a point biserial correlation of this order 28 patients would have been needed to reach a significance at the 0.001 probability

level with the HRS, compared with 19 patients on the 10 item scale.

## Discussion

The major requirements of a rating scale for antidepressant treatment effects is that it should be short and easy to apply in a clinical setting, relevant for depressive illness, and provide a sensitive and accurate estimate of change (Hamilton, 1976; Carroll *et al*, 1973; Åsberg *et al*, 1973).

It would of course be possible to use a very extensive rating scale covering all aspects of depressive illness. A scale of this type might be more likely to pick up unexpected differences in the spectrum of action of drugs. However, the presence of a large number of items that were scored in only a few patients would tend to introduce and increase the random error. More important, the ratings would be cumbersome and time-consuming to undertake. Unskilled raters might have difficulties in covering a large number of items in a single interview. Repeated asking of questions which appear irrelevant to the patient might also be detrimental to clinical rapport and reduce the validity of the information provided.

When reducing the number of items, it is important that those included are relevant to

178

CONFIDENTIAL
AZSER12779287

BEST COPY AVAILABLE

the illness and indeed occur in the majority of cases. An item may be both of diagnostic importance and likely to change with treatment but because it occurs so infrequently it might diminish the overall sensitivity of the scale. Examples of this type which failed to meet our frequency criterion for consideration are Ideas of Persecution and Compulsive Thoughts. Similar items were included in the initial version of the Hamilton Rating Scale (Hamilton, 1960) but excluded later (Hamilton, 1967).

Sensitivity of the scale in this context refers to its capacity to measure change. Change will be most sensitively recorded on items which are not restricted in range, but when the full width of the scales are used for the ratings. Restriction of the range might occur if a positive score on an item reflects a personality trait which is unlikely to change with short term treatment, rather than a symptom of an illness. It might also occur as a result of central tendency error, in which raters tend to avoid using the extreme ends of the scales (Guilford, 1954).

Change estimates should also be accurate and reflect a change in general severity of depressive illness. Some items may show a high degree of change without this being related to the illness as such. Hospitalization would be expected to have effects, for instance, on sexual interest and general levels of activity. Increased severity of some symptoms (for instance autonomic disturbances) may be side-effects of an antidepressant drug treatment.

The 10 items included in the new depression scale are all core symptoms of depressive illness. A few characteristic symptoms are, however, not included. Motor retardation (called Slowness of Movement in the full CPRS) is perhaps the most conspicuous omission. It was excluded from the primary selection, since it occurred in relatively few patients (63 per cent of the English patients and 69 per cent of the Swedish patients). Clinical experience shows that motor retardation only occurs in a proportion of patients and this is indeed the background of one of the classifications of depressive illness into retarded and non-retarded forms. In any case the mean change in Slowness of Movement was smaller than for any item included in the scale

and the correlation of change to overall amelioration was comparatively low ($r = +.57$).

The large number of rating scales available to clinical investigators is a problem in psychiatric research (Pichot, 1972) and the comparability between scales is rarely known. It is therefore important that a new rating scale should be shown to have clear advantages over existing instruments before it is accepted for research purposes. Our scale appears to have certain advantages, even when compared to the most widely used depression rating scale, the Hamilton Rating Scale.

Our depression scale has fewer items to score than the HRS (10 vs 17) and a reduction in reliability might be expected. However, we have demonstrated equally high reliabilities with the HRS and the 10 item scale. The scale can be used by trained nurses and psychologists as well as by psychiatrists (Montgomery et al, 1978b). It appears to be a more precise measure of change than the HRS. This means that significant differences between treatments may be revealed with smaller numbers of patients. In clinical trials this is important for ethical reasons, since fewer patients need to be exposed to possibly inferior treatments.

There is a definite need for simple, clinically oriented rating scales to measure treatment effects in other psychiatric syndromes such as mania, schizophrenia and anxiety states. To our knowledge, the strategy we employed for arriving at an empirically founded scale has not previously been used and should prove valuable in constructing further scales.

### Acknowledgement

This study was supported by the Swedish Medical Research Council, 21P–4676; 27X–05015, the Bank of Sweden Tercentenary Fund, 74/110, the Gurli Wehtje Fund for Depression Research, S.E. Thames Regional Health Authority, Grant No. LOR/76/24, and Guy's Hospital Medical School.

### References

ANDERSON, N. H. (1961) Scales and statistics: parametric and non-parametric. *Psychological Bulletin*, **58**, 305–16.

ANGST, J. (1972) Concluding discussion. In *Depressive Illness* (ed. P. Kielholz). Bern: Huber.

ÅSBERG, M., KRAGH-SORENSEN, P., MINDHAM, R. H. S. & TUCK, J. R. (1973) International reliability and communicability of a rating scale for depression. *Psychological Medicine*, **3**, 458–65.

CONFIDENTIAL
AZSER12779288

Case 6:06-md-01769-ACC-DAB   Document 1368-20   Filed 03/13/09   Page 32 of 50 PageID 93346
BEST COPY AVAILABLE

—— RINGBERGER, V. A., SJÖQVIST, F., THORN, P., TRÄSKMAN, L. & TUCK, J. R. (1977) Monoamine metabolites in the cerebrospinal fluid and serotonin uptake inhibition during treatment with clomipramine. *Clinical Pharmacology and Therapeutics*, 21, 201–7.

—— MONTGOMERY, S., PERRIS, C., SCHALLING, D. & SEDVALL, G. (1978) A comprehensive Psychopathological Rating Scale. *Acta Psychiatrica Scandinavica*, Supplement 272.

BONEAU, C. A. (1961) A note on measurement scales and statistical tests. *American Psychologist*, 16, 160–261.

CARROLL, B. J., FIELDING, J. M. & BLASHKI, T. G. (1973) Depression rating scales. A critical review. *Archives of General Psychiatry*, 28, 361–6.

COPPEN, A., GUPTA, R., MONTGOMERY, S., GHOSE, K., BAILEY, J., BURNS, B. & DE RIDDER, J. J. (1976) Mianserin hydrochloride: a novel antidepressant. *British Journal of Psychiatry*, 129, 342–5.

FEIGHNER, J. P., ROBINS, E., GUZE, S. B., WOODRUFF, R. A., WINOKUR, G. & MUNOZ, R. (1972) Diagnostic criteria for use in psychiatric research. *Archives of General Psychiatry*, 26, 57–63.

FERL, P. J., QUANTOCK, D. C. & VAN DER BURG, W. J. (1973) The human pharmacology of GB94—a new psychotropic agent. *European Journal of Clinical Pharmacology*, 5, 164–73.

GUILFORD, J. P. (1954) Psychometric methods. 2nd Ed., p 278. New York: McGraw-Hill.

GURNEY, C., ROTH, M., GARSIDE, R. F., KERR, T. A. & SCHAPIRA, K. (1972) Studies in the classification of affective disorders. The relationship between anxiety states and depressive illnesses—II. *British Journal of Psychiatry*, 121, 162–6.

HAMBERGER, B. & TUCK, J. R. (1973) Effect of tricyclic antidepressants on the uptake of noradrenaline and 5-hydroxytryptamine by rat brain slices incubated in buffer or human plasma. *European Journal of Clinical Pharmacology*, 5, 229–35.

HAMILTON, M. (1960) A rating scale for depression. *Journal of Neurology, Neurosurgery and Psychiatry*, 23, 56–62.

—— (1967) Development of a rating scale for primary depressive illness. *British Journal of Social and Clinical Psychology*, 6, 278–96.

—— (1976) Comparative value of rating scales. *British Journal of Clinical Pharmacology*, 3, 58–60.

MASS, J. W. (1975) Biogenic amines and depression. Biochemical and pharmacological separation of two types of depression. *Archives of General Psychiatry*, 32, 1357–61.

MAITRE, L., STAEHELIN, M. & BEIN, H. J. (1971) Blockade of noradrenaline uptake by 34276 B a, A new antidepressant drug. *Biochemical Pharmacology*, 20, 2169–86.

MONTGOMERY, S., ÅSBERG, M., TRÄSKMAN, L. & MONTGOMERY, D. (1978a) Cross-cultural studies on the use of the CPRS in English and Swedish depressed patients. *Acta Psychiatrica Scandinavica*, Supplement 272, 33–9.

—— JÖRNESTEDT, L., THOREN, P., TRÄSKMAN, L., McAULEY, R., MONTGOMERY, D. & SHAW, P. (1978b) Reliability of the CPRS between the disciplines of psychiatry, general practice, nursing and psychology. *Acta Psychiatrica Scandinavica*, Supplement 272, 29–32.

MORRIS, J. B. & BECK, A. T. (1974) The efficacy of antidepressant drugs—a review of research (1958 to 1972) *Archives of General Psychiatry*, 30, 667–74.

PICHOT, P. (1972) The problem of quantifying the symptomatology of depression. In *Depressive Illness* (ed. P. Kielholz). Bern: Huber.

SILVERSTONE, T. & TURNER, P. (1974) *Drug Treatment in Psychiatry*, p 117. London: Routledge & Kegan Paul.

TUCK, J. R. & PUNELL, G. (1973) Uptake of ${}^3$H-5-hydroxytryptamine and ${}^3$H-noradrenaline by slices of rat brain incubated in plasma from patients treated with clomipramine, imipramine or amitriptyline. *Journal of Pharmacy and Pharmacology*, 25, 573–4.

# APPENDIX

Montgomery and Åsberg (MADRS) Depression Rating Scale.

The rating should be based on a clinical interview moving from broadly phrased questions about symptoms to more detailed ones which allow a precise rating of severity. The rater must decide whether the rating lies on the defined scale steps (0, 2, 4, 6) or between them (1, 3, 5).

It is important to remember that it is only on rare occasions that a depressed patient is encountered who cannot be rated on the items in the scale. If definite answers cannot be elicited from the patient all relevant clues as well as information from other sources should be used as a basis for the rating in line with customary clinical practice.

The scale may be used for any time interval between ratings, be it weekly or otherwise but this must be recorded.

*Item List*

1.   Apparent sadness
2.   Reported sadness
3.   Inner tension
4.   Reduced sleep
5.   Reduced appetite
6.   Concentration difficulties
7.   Lassitude
8.   Inability to feel
9.   Pessimistic thoughts
10.  Suicidal thoughts

1.   *Apparent Sadness*

Representing despondency, gloom and despair, (more than just ordinary transient low spirits)

CONFIDENTIAL
AZSER12779289

BEST COPY AVAILABLE

388   A NEW DEPRESSION SCALE DESIGNED TO BE SENSITIVE TO CHANGE

reflected in speech, facial expression, and posture. Rate by depth and inability to brighten up.

0   No sadness.

1

2   Looks dispirited but does brighten up without difficulty.

3

4   Appears sad and unhappy most of the time.

5

6   Looks miserable all the time. Extremely despondent.

2.   *Reported sadness*

Representing reports of depressed mood, regardless of whether it is reflected in appearance or not. Includes low spirits, despondency or the feeling of being beyond help and without hope.

Rate according to intensity, duration and the extent to which the mood is reported to be influenced by events.

0   Occasional sadness in keeping with the circumstances.

1

2   Sad or low but brightens up without difficulty.

3

4   Pervasive feelings of sadness or gloominess. The mood is still influenced by external circumstances.

5

6   Continuous or unvarying sadness, misery or despondency.

3.   *Inner tension*

Representing feelings of ill-defined discomfort, edginess, inner turmoil, mental tension mounting to either panic, dread or anguish.

Rate according to intensity, frequency, duration and the extent of reassurance called for.

0   Placid. Only fleeting inner tension.

1

2   Occasional feelings of edginess and ill-defined discomfort.

3

4   Continuous feelings of inner tension or intermittent panic which the patient can only master with some difficulty.

5

6   Unrelenting dread or anguish. Overwhelming panic.

4.   *Reduced sleep*

Representing the experience of reduced duration or depth of sleep compared to the subject's own normal pattern when well.

0   Sleeps as usual.

1

2   Slight difficulty dropping off to sleep or slightly reduced, light or fitful sleep.

3

4   Sleep reduced or broken by at least two hours.

5

6   Less than two or three hours sleep.

5.   *Reduced appetite*

Representing the feeling of a loss of appetite compared with when well. Rate by loss of desire for food or the need to force oneself to eat.

0   Normal or increased appetite.

1

2   Slightly reduced appetite.

3

4   No appetite. Food is tasteless.

5

6   Needs persuasion to eat at all.

6.   *Concentration difficulties*

Representing difficulties in collecting one's thoughts mounting to incapacitating lack of concentration. Rate according to intensity, frequency, and degree of incapacity produced.

0   No difficulties in concentrating.

1

2   Occasional difficulties in collecting one's thoughts.

3

4   Difficulties in concentrating and sustaining thought which reduces ability to read or hold a conversation.

5

6   Unable to read or converse without great difficulty.

7.   *Lassitude*

Representing a difficulty getting started or slowness initiating and performing everyday activities.

0   Hardly any difficulty in getting started. No sluggishness.

1

2   Difficulties in starting activities.

CONFIDENTIAL
AZSER12779290

BEST COPY AVAILABLE

STUART A. MONTGOMERY AND MARIE ASBERG                    389

3

4  Difficulties in starting simple routine activities which are carried out with effort.

5

6  Complete lassitude. Unable to do anything without help.

### 8. Inability to feel

Representing the subjective experience of reduced interest in the surroundings, or activities that normally give pleasure. The ability to react with adequate emotion to circumstances or people is reduced.

0  Normal interest in the surroundings and in other people.

1

2  Reduced ability to enjoy usual interests.

3

4  Loss of interest in the surroundings. Loss of feelings for friends and acquaintances.

5

6  The experience of being emotionally paralysed, inability to feel anger, grief or pleasure and a complete or even painful failure to feel for close relatives and friends.

### 9. Pessimistic thoughts

Representing thoughts of guilt, inferiority, self-reproach, sinfulness, remorse and ruin.

0  No pessimistic thoughts.

1

2  Fluctuating ideas of failure, self-reproach or self depreciation.

3

4  Persistent self-accusations, or definite but still rational ideas of guilt or sin. Increasingly pessimistic about the future.

5

6  Delusions of ruin, remorse or unredeemable sin. Self-accusations which are absurd and unshakable.

### 10. Suicidal thoughts

Representing the feeling that life is not worth living, that a natural death would be welcome, suicidal thoughts, and preparations for suicide. Suicidal attempts should not in themselves influence the rating.

0  Enjoys life or takes it as it comes.

1

2  Weary of life. Only fleeting suicidal thoughts.

3

4  Probably better off dead. Suicidal thoughts are common, and suicide is considered as a possible solution, but without specific plans or intention.

5

6  Explicit plans for suicide when there is an opportunity. Active preparations for suicide.

* Stuart A. Montgomery, B.Sc., M.D., M.R.C.Psych., Senior Lecturer, Academic Department of Psychiatry, Guy's Hospital Medical School, London, S.E.1,

Marie Åsberg, M.D., Karolinska Institute, Stockholm, Sweden

* Correspondence.

(Received 24 April; revised 30 August 1978)

CONFIDENTIAL
AZSER12779291

DRAFT FOR SECOND CONSULTATION

1
2
3

# Bipolar disorder

5

6

## The management of bipolar disorder in adults, children and adolescents, in primary and secondary care

11

12

13

**National Clinical Practice Guideline Number ___**

15

16

17

**National Collaborating Centre for Mental Health**
**Commissioned by the**
**National Institute for Clinical Excellence**

21

**Draft for second consultation, February 2006**

23

CONFIDENTIAL
AZSER12779292

DRAFT FOR SECOND CONSULTATION

1
2 **Guideline Development Group Membership**
3
4 Professor Nicol Ferrier (Chair, Guideline Development Group)
5 Professor of Psychiatry and Head of School of Neurology, Neurobiology and
6 Psychiatry,
7 University of Newcastle upon Tyne
8
9 Mr Stephen Pilling (Facilitator, Guideline Development Group)
10 Co-Director, National Collaborating Centre for Mental Health
11 Director, Centre for Outcomes Research and Effectiveness
12 Consultant Clinical Psychologist, Camden and Islington Mental Health and Social
13 Care Trust
14
15 Mr Stephen Bazire
16 Director Pharmacy Services
17 Norfolk and Wavenely Mental Health Partnership NHS Trust
18
19 Dr Roger Beer
20 Consultant Psychiatrist
21 Gwent Healthcare NHS Trust
22
23 Dr Tamsin Black
24 Consultant Clinical Psychologist
25 The Coborn Adolescent Service, East London & the City Mental Health NHS Trust
26
27 Ms Ellen Boddington
28 Research Assistant, National Collaborating Centre for Mental Health
29
30 Ms Rachel Burbeck
31 Systematic Reviewer, National Collaborating Centre for Mental Health
32
33 Ms Julie Charles
34 Service user representative
35
36 Ms Josephine Foggo
37 Project Manager, National Collaborating Centre for Mental Health, (October 2004 –
38 August 2005)
39
40 Dr Peter Haddad
41 Consultant in Community Psychiatry
42 Bolton, Salford and Trafford Mental Health NHS Trust
43 Honorary Senior Lecturer, University of Manchester
44
45 Ms Alison Hunter
46 Project Manager, National Collaborating Centre for Mental Health (November 2003 –
47 July 2004)
48
49 Professor Dominic Lam
50 Professor of Clinical Psychology, University of Hull

CONFIDENTIAL
AZSER12779293

DRAFT FOR SECOND CONSULTATION

1
2  Dr Clare Lamb
3  Consultant Child and Adolescent Psychiatrist,
4  North Wales Adolescent Service
5  Conwy and Denbighshire NHS Trust
6
7  Mr Tim McDougall
8  Nurse Consultant,
9  Pine Lodge Young Peoples Centre, Chester
10
11  Dr Ifigeneia Mavranezouli
12  Health Economist, The National Collaborating Centre for Mental Health
13
14  Professor Richard Morriss
15  Professor of Psychiatry,
16  University Department of Psychiatry, University of Liverpool
17  Honorary Consultant Psychiatrist
18  Mersey Care NHS Trust
19
20  Dr Catherine Pettinari
21  Senior Centre Project Manager, The National Collaborating Centre for Mental Health
22  (July-August 2004, August 2005 – June 2006)
23
24  Ms Sarah Stockton
25  Information Scientist, The National Collaborating Centre for Mental Health
26
27  Dr Clare Taylor
28  Editor, The National Collaborating Centre for Mental Health
29
30  Professor Nigel Wellman
31  Professor of Mental Health Nursing, Thames Valley University
32  Honorary Consultant Nurse, Berkshire Healthcare NHS Trust
33
34  Mr Robert Westhead
35  Service User Representative
36
37  Ms Marilyn Wilson
38  Occupational Therapist, Community Mental Health Team, Essex
39
40  Mr Stephen Yorke
41  Carer Representative
42
43
44
45

46  1   Introduction ........................................................................................ 15

47      1.1  National guidelines .................................................................... 15
48           1.1.1  What are clinical practice guidelines?.................................... 15
49           1.1.2  Uses and limitations of clinical guidelines............................. 15

CONFIDENTIAL
AZSER12779294

DRAFT FOR SECOND CONSULTATION

1      1.1.3   Why develop national guidelines?................................................................16
2      1.1.4   The National Collaborating Centre for Mental Health.............................17
3      1.1.5   From national guidelines to local protocols.............................................17
4      1.1.6   Auditing the implementation of guidelines..............................................17
5      *1.2   The national Bipolar Disorder guideline*...................................................17
6      1.2.1   Who has developed this guideline?............................................................17
7      1.2.2   For whom is this guideline intended?........................................................18
8      1.2.3   Specific aims of this guideline...................................................................18
9      1.2.4   Other versions of this guideline.................................................................19

10  **2   Methods used to develop this guideline**.......................................................**20**

11     *2.1   Overview*...........................................................................................................20

12     *2.2   The Scope*..........................................................................................................20

13     *2.3   The Guideline Development Group*.................................................................21
14     2.3.1   Guideline Development Group meetings...................................................21
15     2.3.2   Topic groups................................................................................................22
16     2.3.3   Consensus conferences...............................................................................22
17     2.3.4   Service users and carers.............................................................................22
18     2.3.5   Special advisors..........................................................................................22
19     2.3.6   National and international experts.............................................................22

20     *2.4   Clinical questions*............................................................................................23

21     *2.5   Systematic clinical literature review*............................................................24
22     2.5.1   Methodology...............................................................................................24
23     2.5.2   The review process.....................................................................................24
24     2.5.3   Synthesising the evidence..........................................................................28
25     2.5.4   Presenting the data to the GDG.................................................................29
26     2.5.5   Forming the clinical summaries and recommendations..........................32
27     2.5.6   Method used to answer a clinical question in the absence of
28     appropriately designed, high-quality research.........................................34

29     *2.6   Health economics review strategies*.............................................................35
30     2.6.1   Key economic issues...................................................................................36
31     2.6.2   Systematic literature review......................................................................36
32     2.6.3   Search strategy...........................................................................................37
33     2.6.4   Review process...........................................................................................37
34     2.6.5   Selection criteria........................................................................................37
35     2.6.6   Data extraction...........................................................................................38
36     2.6.7   Presentation of the results.........................................................................38

37     *2.7   Stakeholder contributions*.............................................................................38

38     *2.8   Validation of this guideline*...........................................................................39

39  **3   Introduction: bipolar disorder and its diagnosis**......................................**40**

40     *3.1   The Disorder*....................................................................................................40
41     3.1.1   Overview.....................................................................................................40
42     3.1.2   Symptoms and presentation......................................................................40

43     *3.2   Incidence and prevalence*...............................................................................44

CONFIDENTIAL
AZSER12779295

DRAFT FOR SECOND CONSULTATION

| | | | |
|---|---|---|---|
| 1 | 3.3 | *Aetiology* .................................................... | 47 |
| 2 | | 3.3.1 Genetics ............................................ | 47 |
| 3 | | 3.3.2 Neurohormonal Abnormalities ....................... | 49 |
| 4 | | 3.3.3 Structural brain differences ...................... | 49 |
| 5 | | 3.3.4 Psychosocial influences ........................... | 50 |
| 6 | 3.4 | *Diagnosis of adults* ................................... | 51 |
| 7 | | 3.4.1 Criteria for diagnosis ............................ | 51 |
| 8 | | 3.4.2 Diagnostic issues ................................. | 53 |
| 9 | | 3.4.3 Distinguishing bipolar disorder from other diagnoses | 55 |
| 10 | | 3.4.4 Assessment methods ................................ | 57 |
| 11 | | 3.4.5 Comorbidity ....................................... | 57 |
| 12 | | 3.4.6 Risk assessment ................................... | 58 |
| 13 | 3.5 | *Diagnosis of children and adolescents* ................. | 59 |
| 14 | | 3.5.1 Clinical practice recommendations ................. | 61 |
| 15 | 3.6 | *Course and prognosis* .................................. | 63 |
| 16 | | 3.6.1 Early warning signs ............................... | 64 |
| 17 | | 3.6.2 Neuropsychological function ....................... | 64 |
| 18 | | 3.6.3 Drug/alcohol outcomes ............................. | 64 |
| 19 | | 3.6.4 Switching ......................................... | 65 |
| 20 | | 3.6.5 Late-onset bipolar disorder ....................... | 65 |
| 21 | 3.7 | *The treatment and management of bipolar disorder in the NHS* | 65 |
| 22 | | 3.7.1 History of service provision for adults ........... | 65 |
| 23 | | Service needs of adults with bipolar disorder .......... | 66 |
| 24 | | 3.7.2 Service needs of children and adolescents ......... | 67 |
| 25 | | 3.7.3 Issues of consent for children and adolescents .... | 68 |
| 26 | 3.8 | *The economic cost of bipolar disorder* ................. | 69 |
| 27 | **4** | **Service user and carer experience of bipolar disorder** | **72** |
| 28 | 4.1 | *Introduction* .......................................... | 72 |
| 29 | 4.2 | *Testimonies from services users* ...................... | 72 |
| 30 | | 4.2.1 Testimony 1: REDA ................................. | 72 |
| 31 | | 4.2.2 Testimony 2: RED .................................. | 74 |
| 32 | | 4.2.3 Testimony 3: RED .................................. | 77 |
| 33 | | 4.2.4 Testimony 4: RED .................................. | 79 |
| 34 | | 4.2.5 Testimony 5: REDA ................................. | 80 |
| 35 | | 4.2.6 Summary of themes and concerns .................... | 83 |
| 36 | 4.3 | *Testimonies from family members/carers* ............... | 87 |
| 37 | | 4.3.1 Testimony 1: REDA ................................. | 87 |
| 38 | | 4.3.2 Testimony 2: RED .................................. | 88 |
| 39 | | 4.3.3 Summary of themes and concerns .................... | 91 |
| 40 | 4.4 | *Recommendations* ...................................... | 93 |
| 41 | | 4.4.1 People with bipolar disorder ...................... | 93 |
| 42 | | 4.4.2 Families and carers ............................... | 94 |
| 43 | **5** | **The process of care and provision of services in the management of bipolar** | |
| 44 | | **disorder - general care** ............................. | **95** |

CONFIDENTIAL
AZSER12779296

DRAFT FOR SECOND CONSULTATION

| | 5.1 | Introduction | 95 |
|---|---|---|---|
| | 5.1.1 | Interface between primary and secondary care | 95 |
| | 5.1.2 | Emergency care services for people with bipolar disorder. | 98 |
| | 5.1.3 | Self management | 99 |
| | 5.1.4 | Collaborative care and joint crisis planning | 100 |
| | 5.1.5 | Continuity of care | 101 |
| | 5.1.6 | Interfaces between the NHS and the voluntary sector | 101 |
| | 5.1.7 | Interfaces between primary, secondary and tertiary care | 102 |
| | 5.1.8 | Inpatient environment | 103 |
| | 5.2 | Overview of clinical evidence review | 105 |
| | 5.2.1 | Evidence search | 105 |
| | 5.2.2 | Presenting the evidence | 105 |
| | 5.3 | Overview of health economics review | 106 |
| | 5.4 | Community mental health teams | 106 |
| | 5.4.1 | Introduction | 106 |
| | 5.4.2 | Definition | 107 |
| | 5.4.3 | Studies considered | 107 |
| | 5.4.4 | Health economic evidence | 109 |
| | 5.4.5 | Clinical practice recommendation | 109 |
| | 5.5 | Case management and effective care co-ordination | 109 |
| | 5.5.1 | Introduction | 109 |
| | 5.5.2 | Definition | 110 |
| | 5.5.3 | Review overview | 111 |
| | 5.5.4 | Health economic evidence | 114 |
| | 5.5.5 | Clinical practice recommendation | 115 |
| | 5.6 | Crisis resolution and home treatment teams | 115 |
| | 5.6.1 | Introduction | 115 |
| | 5.6.2 | Definition | 116 |
| | 5.6.3 | Studies considered for review | 116 |
| | 5.6.4 | Outcomes | 117 |
| | 5.6.5 | Health economic evidence | 118 |
| | 5.6.6 | Clinical practice recommendations | 118 |
| | 5.7 | Day hospitals | 119 |
| | 5.7.1 | Introduction | 119 |
| | 5.7.2 | Acute day hospitals | 119 |
| | 5.7.3 | Non-acute day hospitals | 122 |
| | 5.7.4 | Clinical practice recommendations | 124 |
| | 5.8 | Services for children and adolescents | 124 |
| | 5.8.1 | The process and provision of care | 124 |
| | 5.8.2 | Emergency care services for children and adolescents with bipolar disorder | 125 |
| | 5.8.3 | Interface between CAMHS and adult Services | 126 |
| | 5.8.4 | Inpatient treatment | 127 |
| | 5.9 | Clinical practice recommendations | 128 |
| 6 | | The process of care and provision of services in the management of bipolar disorder – specialist services | 129 |

CONFIDENTIAL
AZSER12779297

DRAFT FOR SECOND CONSULTATION

| 1 | 6.1 *Introduction* ................................................................................................ 129 |
| 2 | 6.1.1 Presenting the evidence ........................................................... 129 |
| 3 | 6.2 *Assertive community treatment/assertive outreach teams* ..................................... 130 |
| 4 | 6.2.1 Introduction .................................................................... 130 |
| 5 | 6.2.2 Definition ....................................................................... 130 |
| 6 | 6.2.3 Studies considered for review ............................................. 131 |
| 7 | 6.2.4 Health economic evidence .................................................. 133 |
| 8 | 6.2.5 Clinical practice recommendation ......................................... 134 |
| 9 | 6.3 *Vocational rehabilitation* ......................................................................... 134 |
| 10 | 6.3.1 Introduction .................................................................... 134 |
| 11 | 6.3.2 Definitions ...................................................................... 134 |
| 12 | 6.3.3 Review overview .............................................................. 135 |
| 13 | 6.3.4 Pre-vocational training......................................................... 135 |
| 14 | 6.3.5 Supported employment ...................................................... 137 |
| 15 | 6.3.6 Clinical summary .............................................................. 138 |
| 16 | 6.3.7 Health economic evidence .................................................. 138 |
| 17 | 6.3.8 Clinical practice recommendations ....................................... 138 |
| 18 | 6.4 *Early intervention services*....................................................................... 139 |
| 19 | 6.4.1 Introduction .................................................................... 139 |
| 20 | 6.4.2 Definitions ...................................................................... 139 |
| 21 | 6.4.3 Review overview .............................................................. 139 |
| 22 | 6.4.4 Studies considered ........................................................... 140 |
| 23 | 6.4.5 Clinical summary .............................................................. 141 |
| 24 | 6.4.6 Health economic evidence .................................................. 141 |
| 25 | 6.4.7 Clinical practice recommendations ....................................... 142 |
| 26 | 6.5 *Organisational developments* ..................................................................... 142 |
| 27 | 6.5.1 Introduction .................................................................... 142 |
| 28 | 6.5.2 Definitions ...................................................................... 142 |
| 29 | 6.5.3 Interventions included ...................................................... 143 |
| 30 | 6.5.4 Organisational developments: studies considered ................... 143 |
| 31 | 6.5.5 Clinical practice recommendation ......................................... 146 |
| 32 | 6.6 *Lithium clinics* ..................................................................................... 146 |
| 33 | 6.6.1 Clinical practice recommendation ......................................... 147 |
| 34 | **7   The medical and pharmacological management of bipolar disorder - part I 149** |
| 35 | 7.1 *Introduction* ........................................................................................ 149 |
| 36 | 7.1.1 Mood stabiliser – a term best avoided .................................... 149 |
| 37 | 7.1.2 Issues in the pharmacological management of patients with bipolar |
| 38 | disorder ........................................................................................ 152 |
| 39 | 7.1.3 Clinical Practice Recommendation........................................ 154 |
| 40 | 7.1.4 Outcomes research in pharmacological therapies for people with bipolar |
| 41 | disorder ........................................................................................ 154 |
| 42 | 7.1.5 Topics covered.................................................................. 155 |
| 43 | 7.2 *Overview of clinical evidence review* ........................................................... 155 |
| 44 | 7.2.1 Evidence search............................................................... 155 |
| 45 | 7.2.2 Additional inclusion criteria ................................................ 156 |
| 46 | 7.2.3 Presenting the evidence .................................................... 156 |

CONFIDENTIAL
AZSER12779298

DRAFT FOR SECOND CONSULTATION

| | | |
|---|---|---|
| 1 | 7.3 *The pharmacological treatment of acute manic, hypomanic and mixed episodes*..... 157 | |
| 2 | 7.3.1 Introduction................................................................................... 157 | |
| 3 | 7.3.2 Review strategy............................................................................ 159 | |
| 4 | 7.3.3 Lithium in the treatment of mania............................................ 159 | |
| 5 | 7.3.4 Anticonvulsants in the treatment of mania............................. 162 | |
| 6 | 7.3.5 Antipsychotics in the treatment of mania................................ 165 | |
| 7 | 7.3.6 Miscellaneous pharmacological and non-pharmacological physical | |
| 8 | interventions................................................................................... 169 | |
| 9 | 7.3.7 The treatment of mania in children and adolescents............... 170 | |
| 10 | 7.3.8 Clinical summary, and practical considerations, for the treatment of | |
| 11 | mania 174 | |
| 12 | 7.4 *Economic evidence for the treatment of acute manic episodes* ................................. 177 | |
| 13 | 7.4.1 Review overview............................................................................ 177 | |
| 14 | 7.4.2 Olanzapine versus placebo.......................................................... 177 | |
| 15 | 7.4.3 Valproate semisodium versus lithium........................................ 178 | |
| 16 | 7.4.4 Valproate semisodium versus olanzapine .................................. 179 | |
| 17 | 7.4.5 Assessment of newer drugs for the treatment of mania (quetiapine, | |
| 18 | olanzapine, valproate semisodium) ........................................... 180 | |
| 19 | 7.4.6 Summary of economic evidence .................................................. 182 | |
| 20 | 7.5 *Clinical practice recommendations for the treatment of acute mania* ...................... 183 | |
| 21 | 7.6 *The pharmacological treatment of acute episodes in the context of rapid cycling*.... 186 | |
| 22 | 7.6.1 Introduction................................................................................... 186 | |
| 23 | 7.6.2 Clinical practice recommendations ........................................... 187 | |
| 24 | 7.7 *The pharmacological treatment of acute depressed episodes* .................................... 188 | |
| 25 | 7.7.1 Introduction................................................................................... 188 | |
| 26 | 7.7.2 Treatments considered ................................................................. 190 | |
| 27 | 7.7.3 Review strategy............................................................................ 191 | |
| 28 | 7.7.4 Antidepressants in the treatment of acute depression ............ 191 | |
| 29 | 7.7.5 Antipsychotics in the treatment of acute depression................ 197 | |
| 30 | 7.7.6 Anticonvulsants in the treatment of acute depression ............ 200 | |
| 31 | 7.7.7 Transcranial magnetic stimulation in the treatment of acute depression | |
| 32 | 201 | |
| 33 | 7.7.8 Fatty acids in the treatment of acute depression ..................... 202 | |
| 34 | 7.7.9 Economic evidence for the pharmacological treatment of acute | |
| 35 | depressive episodes........................................................................ 203 | |
| 36 | 7.7.10 Clinical practice recommendations ........................................... 203 | |
| 37 | 7.7.11 The treatment of acute depression in children and adolescents ........... 206 | |
| 38 | 7.8 *Electroconvulsive therapy (ECT) (all illness phases)*.............................................. 207 | |
| 39 | 7.8.1 Clinical evidence........................................................................... 207 | |
| 40 | 7.8.2 Health economics evidence ......................................................... 207 | |
| 41 | 7.8.3 Clinical practice recommendations ........................................... 208 | |
| 42 | 7.9 *The management of acute behavioural disturbance*.................................................. 209 | |
| 43 | 7.9.1 Introduction................................................................................... 209 | |
| 44 | 7.9.2 Current practice ........................................................................... 210 | |
| 45 | 7.9.3 Safety considerations in rapid tranquillisation......................... 210 | |
| 46 | 7.9.4 Definition and aim of rapid tranquillisation ............................ 211 | |
| 47 | 7.9.5 Studies considered for review ..................................................... 211 | |
| 48 | 7.9.6 Outcomes ...................................................................................... 213 | |

CONFIDENTIAL
AZSER12779299

DRAFT FOR SECOND CONSULTATION

| | | | |
|---|---|---|---|
| 1 | | 7.9.7   Clinical summary ................................................................. 213 |
| 2 | | 7.9.8   Clinical recommendations ...................................................... 214 |

| | | | |
|---|---|---|---|
| 3 | **8** | **The medical and pharmacological management of bipolar disorder - part II** |
| 4 | | **216** |

| | | |
|---|---|---|
| 5 | *8.1   Introduction* ................................................................................... 216 |
| 6 | *8.2   The long-term pharmacological management of bipolar disorder* ........................... 216 |
| 7 | 8.2.1   Introduction ..................................................................... 216 |
| 8 | 8.2.2   Treatments considered .......................................................... 217 |
| 9 | 8.2.3   Review strategy ................................................................. 219 |
| 10 | 8.2.4   Study design .................................................................... 219 |
| 11 | 8.2.5   Lithium monotherapy in long-term management .................................... 219 |
| 12 | 8.2.6   Augmenting lithium with an antidepressant in the long-term |
| 13 | management of bipolar disorder .......................................................... 222 |
| 14 | 8.2.7   Treatment with lithium at different plasma levels or administration |
| 15 | patterns in the long-term treatment of bipolar disorder ................................. 223 |
| 16 | 8.2.8   Treatment with anticonvulsants and antipsychotics monotherapy in |
| 17 | long-term treatment ..................................................................... 224 |
| 18 | 8.2.9   Clinical summary for anticonvulsants and antipsychotics monotherapy |
| 19 | in long-term treatment .................................................................. 225 |
| 20 | 8.2.10   Antipsychotic augmentation of prophylactic agents ............................. 226 |
| 21 | 8.2.11   The long-term management of children and adolescents with bipolar |
| 22 | disorder ................................................................................. 228 |
| 23 | 8.2.12   Clinical practice recommendations ............................................ 229 |
| 24 | *8.3   Health economics evidence in the long-term pharmacological treatment of bipolar* |
| 25 | *disorder* ................................................................................. 229 |
| 26 | 8.3.1   Economic evidence from the systematic literature review ....................... 229 |
| 27 | 8.3.2   Economic modelling ............................................................. 229 |
| 28 | *8.4   Clinical practice recommendations for the long-term treatment of bipolar disorder* 251 |
| 29 | 8.4.1   Initiating long-term treatment ................................................. 251 |
| 30 | 8.4.2   The use of antipsychotics in long-term pharmacological treatment ..... 253 |
| 31 | 8.4.3   The use of lithium in long-term pharmacological treatment .................... 254 |
| 32 | 8.4.4   The use of valproate in long-term pharmacological treatment ............. 256 |
| 33 | 8.4.5   Lamotrigine .................................................................... 256 |
| 34 | 8.4.6   Carbamazepine ................................................................. 257 |
| 35 | 8.4.7   Additional considerations for long-term treatment following an acute |
| 36 | depressive episode ...................................................................... 258 |
| 37 | 8.4.8   Treatment for chronic depressive symptoms ..................................... 258 |
| 38 | 8.4.9   Recurrent depression in bipolar disorder ...................................... 258 |
| 39 | 8.4.10   Long-term management of rapid cycling ........................................ 259 |
| 40 | *8.5   The discontinuation/withdrawal of medication* ...................................... 259 |
| 41 | 8.5.1   Introduction ................................................................... 259 |
| 42 | 8.5.2   Lithium ........................................................................ 259 |
| 43 | 8.5.3   Antidepressants ................................................................ 260 |
| 44 | 8.5.4   Others ......................................................................... 260 |
| 45 | 8.5.5   Clinical practice recommendations ............................................. 260 |
| 46 | *8.6   The pharmacological management bipolar II disorder* ................................ 261 |
| 47 | 8.6.1   Introduction ................................................................... 261 |

CONFIDENTIAL
AZSER12779300

DRAFT FOR SECOND CONSULTATION

8.6.2    Treatment of acute hypomania in bipolar II disorder ............................ 262
8.6.3    Treatment of acute depression in bipolar II disorder ............................ 262
8.6.4    Long-term maintenance in bipolar II disorder ........................................ 263
8.6.5    Clinical practice recommendations ............................................................ 264

8.7    *The pharmacological management of women having a baby: before, during, and after*
*pregnancy*..................................................................................................................... 264
8.7.1    Introduction ...................................................................................................... 264
8.7.2    Clinical practice recommendations ............................................................ 267

**9    Psychological therapies in the treatment of bipolar disorder ........................ 273**

9.1    *Introduction: history of treatment for bipolar disorder* ............................................ 273

9.2    *Principles of psychological treatment*........................................................................... 273
9.2.1    Diathesis-stress model and combined treatment ..................................... 273
9.2.2    Aims of Psychological Intervention ........................................................... 273
9.2.3    Time of Recruitment ....................................................................................... 273
9.2.4    Therapists' variables....................................................................................... 274
9.2.5    Variation in Delivery of Psychological Therapy ..................................... 274
9.2.6    Shared Common Features .............................................................................. 274

9.3    *The early warning approach* ........................................................................................... 275

9.4    *Overview of clinical review* ............................................................................................ 275
9.4.1    Definitions of psychological therapies reviewed .................................... 275
9.4.2    Evidence search ............................................................................................... 276
9.4.3    Presenting the evidence ................................................................................. 276
9.4.4    Search results ................................................................................................... 277
9.4.5    Review strategy ............................................................................................... 277

9.5    *Overview of health economics review* ........................................................................... 277

9.6    *Family interventions* ....................................................................................................... 278
9.6.1    Clinical studies considered for family interventions............................... 278
9.6.2    Overview of clinical findings ....................................................................... 278

9.7    *Psychoeducation* ............................................................................................................... 279
9.7.1    Clinical studies considered for psychoeducation..................................... 279
9.7.2    Overview of clinical findings ....................................................................... 280

9.8    *Cognitive behavioural therapy (CBT)* .......................................................................... 281
9.8.1    Clinical studies considered for CBT ........................................................... 281
9.8.2    Overview of clinical findings ....................................................................... 282
9.8.3    Health economics evidence .......................................................................... 283

9.9    *Psychological therapy for people with co-morbid substance use* ................................ 284
9.9.1    Clinical studies considered ........................................................................... 284
9.9.2    Overview of clinical findings ....................................................................... 284

9.10    *Interpersonal and social rhythm therapy (IPSRT)* ................................................... 285
9.10.1    Clinical studies considered ........................................................................... 285
9.10.2    Overview of clinical findings ....................................................................... 285

9.11    *Psychological therapy for medication adherence*.......................................................... 286
9.11.1    Clinical studies considered ........................................................................... 286
9.11.2    Overview of clinical findings ........................................................................ 286

CONFIDENTIAL
AZSER12779301

DRAFT FOR SECOND CONSULTATION

| | | | |
|---|---|---|---|
| 1 | 9.12 | *Clinical summary*........................................................................ 287 |
| 2 | | 9.12.1 Psychological treatments aimed preventing relapses of bipolar disorder |
| 3 | | 287 |
| 4 | | 9.12.2 Psychological approaches aimed at substance misuse........................ 287 |
| 5 | | 9.12.3 Psychological approaches aimed at improving adherence.................... 287 |
| 6 | 9.13 | *Summary of economic evidence* ................................................ 287 |
| 7 | 9.14 | *Psychological treatments for children and adolescents*.................. 287 |
| 8 | 9.15 | *Clinical recommendations*........................................................ 288 |
| 9 | **10** | **Living with bipolar disorder: interventions and lifestyle advice**.................. 291 |
| 10 | 10.1 | *Introduction* .............................................................................. 291 |
| 11 | | 10.1.1 Environmental effects on the onset and course of bipolar disorder...... 291 |
| 12 | | 10.1.2 Lifestyle in relation to overall health and quality of life in bipolar |
| 13 | | disorder ............................................................................... 292 |
| 14 | | 10.1.3 Topics covered................................................................... 294 |
| 15 | 10.2 | *The prevention and management of weight gain* .......................... 294 |
| 16 | | 10.2.1 Introduction ..................................................................... 294 |
| 17 | | 10.2.2 Evidence search................................................................ 294 |
| 18 | | 10.2.3 Weight-gain prevention...................................................... 295 |
| 19 | | 10.2.4 Weight-gain management.................................................... 297 |
| 20 | | 10.2.5 Clinical practice recommendations ....................................... 299 |
| 21 | 10.3 | *Exercise in the treatment of depression in people with bipolar disorder*............. 299 |
| 22 | | 10.3.1 Introduction ..................................................................... 299 |
| 23 | | 10.3.2 Definition ........................................................................ 300 |
| 24 | | 10.3.3 Databases searched and inclusion/exclusion criteria ............... 300 |
| 25 | | 10.3.4 Studies considered in treatment with exercise ......................... 301 |
| 26 | | 10.3.5 Exercise versus no exercise................................................ 301 |
| 27 | | 10.3.6 Exercise versus psychotherapy or antidepressants ................... 303 |
| 28 | | 10.3.7 Exercise versus versus low intensity exercise and other treatments..... 304 |
| 29 | | 10.3.8 Clinical summary .............................................................. 305 |
| 30 | | 10.3.9 Clinical practice recommendations ....................................... 305 |
| 31 | 10.4 | *Psychoeducation and information giving* .................................... 305 |
| 32 | | 10.4.1 Introduction ..................................................................... 305 |
| 33 | 10.5 | *Managing daily life* .................................................................. 307 |
| 34 | | 10.5.1 Sleep patterns .................................................................. 307 |
| 35 | | 10.5.2 Social rhythms ................................................................. 308 |
| 36 | | 10.5.3 Life events ....................................................................... 308 |
| 37 | | 10.5.4 Family atmosphere ........................................................... 308 |
| 38 | | 10.5.5 Implications for the lifestyle and work of people with bipolar disorder |
| 39 | | 309 |
| 40 | | 10.5.6 Clinical practice recommendation.......................................... 310 |
| 41 | 10.6 | *Social support*........................................................................... 310 |
| 42 | | 10.6.1 Provision of social support ................................................. 310 |
| 43 | | 10.6.2 Befriending...................................................................... 311 |
| 44 | | 10.6.3 Clinical practice recommendation.......................................... 311 |
| 45 | 10.7 | *Clinical practice recommendation*.............................................. 311 |

CONFIDENTIAL
AZSER12779302

DRAFT FOR SECOND CONSULTATION

1   **11   References** .......................................................................................................... **313**

2   **12   Appendices** .......................................................................................................... **341**

3   *[please note: appendices are in separate files]*

CONFIDENTIAL
AZSER12779303

DRAFT FOR SECOND CONSULTATION

1

# Acknowledgements

2
3   The Bipolar disorder Guideline Development Group and NCCMH review team
4   would like to thank the following people:
5

6

7   **Those who acted as advisers on specialist topics or have contributed to the process**
8   **by reviewing drafts of the guideline**

9   To be completed for final draft
10
11

CONFIDENTIAL
AZSER12779304

DRAFT FOR SECOND CONSULTATION

1 # Executive summary

2

3 [An executive summary will be included in the final draft]

4

5

CONFIDENTIAL
AZSER12779305

DRAFT FOR SECOND CONSULTATION

# 1  Introduction

This guideline has been developed to advise on the treatment and management of
bipolar disorder. The guideline recommendations have been developed by a
multidisciplinary team of healthcare professionals, patients, and guideline
methodologists after careful consideration of the best available evidence. It is
intended that the guidelines will be useful to clinicians and service commissioners in
providing and planning high quality care for those with bipolar disorder while also
emphasising the importance of the experience of care for patients and carers.

## 1.1    National guidelines

### 1.1.1          What are clinical practice guidelines?

Clinical practice guidelines are 'systematically developed statements that assist
clinicians and patients in making decisions about appropriate treatment for specific
conditions' (Department of Health, 1996). They are derived from the best available
research evidence, using predetermined and systematic methods to identify and
evaluate all the evidence relating to the specific condition in question. Where
evidence is lacking, the guidelines will incorporate statements and recommendations
based upon the consensus statements developed by the guideline development
group (GDG).

Clinical guidelines are intended to improve the process and outcomes of healthcare
in a number of different ways. Clinical guidelines can:

- provide up-to-date evidence-based recommendations for the
  management of conditions and disorders by healthcare professionals

- be used as the basis to set standards to assess the practice of healthcare
  professionals

- form the basis for education and training of healthcare professionals

- assist patients and carers in making informed decisions about their
  treatment and care

- improve communication between healthcare professionals, patients
  and carers

- help identify priority areas for further research.

### 1.1.2          Uses and limitations of clinical guidelines

Guidelines are not a substitute for professional knowledge and clinical judgment.
Guidelines can be limited in their usefulness and applicability by a number of
different factors: the availability of high quality research evidence, the quality of the

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 15 of 341

CONFIDENTIAL
AZSER12779306

DRAFT FOR SECOND CONSULTATION

1   methodology used in the development of the guideline, the generalisability of
2   research findings and the uniqueness of individual patients.

3   Although the quality of research in bipolar disorder is variable, the methodology
4   used here reflects current international understanding on the appropriate practice for
5   guideline development (AGREE: Appraisal of Guidelines for Research and
6   Evaluation Instrument; www.agreecollaboration.org), ensuring the collection and
7   selection of the best research evidence available, and the systematic generation of
8   treatment recommendations applicable to the majority of patients and situations.
9   However, there will always be some patients for whom clinical guideline
10  recommendations are not appropriate and situations in which the recommendations
11  are not readily applicable. This guideline does not, therefore, override the individual
12  responsibility of healthcare professionals to make appropriate decisions in the
13  circumstances of the individual patient, in consultation with the patient and/or
14  carer.

15  In addition to the clinical evidence, cost-effectiveness information, where available, is
16  taken into account in the generation of statements and recommendations of the
17  clinical guidelines. While national guidelines are concerned with clinical and cost
18  effectiveness, issues of affordability and implementation costs are to be determined
19  by the NHS.

20  In using guidelines, it is important to remember that the absence of empirical
21  evidence for the effectiveness of a particular intervention is not the same as evidence
22  for ineffectiveness. In addition, of particular relevance in mental health, evidence-
23  based treatments are often delivered within the context of an overall treatment
24  programme including a range of activities, the purpose of which may be to help
25  engage the patient, and provide an appropriate context for the delivery of specific
26  interventions. It is important to maintain and enhance the service context in which
27  these interventions are delivered, otherwise the specific benefits of effective
28  interventions will be lost. Indeed, the importance of organising care, so as to support
29  and encourage a good therapeutic relationship, is at times as important as the
30  specific treatments offered.

31  **1.1.3        Why develop national guidelines?**
32  The National Institute for Health and Clinical Excellence (NICE) was established as a
33  Special Health Authority for England and Wales in 1999, with a remit to provide a
34  single source of authoritative and reliable guidance for patients, professionals and
35  the public. NICE guidance aims to improve standards of care, to diminish
36  unacceptable variations in the provision and quality of care across the NHS and to
37  ensure that the health service is patient-centred. All guidance is developed in a
38  transparent and collaborative manner using the best available evidence and
39  involving all relevant stakeholders.

40  NICE generates guidance in a number of different ways, two of which are relevant
41  here. First, national guidance is produced by the Technology Appraisal Committee to
42  give robust advice about a particular treatment, intervention, procedure or other
43  health technology. Second, NICE commissions the production of national clinical
44  practice guidelines focused upon the overall treatment and management of a specific
45  condition. To enable this latter development, NICE established seven National

CONFIDENTIAL
AZSER12779307