DRAFT FOR SECOND CONSULTATION

1  Collaborating Centres in conjunction with a range of professional organisations
2  involved in healthcare.

3  **1.1.4        The National Collaborating Centre for Mental Health**
4  This guideline has been commissioned by NICE and developed with the National
5  Collaborating Centre for Mental Health (NCCMH). The NCCMH is led by a
6  partnership between the Royal College of Psychiatrists' training and research unit
7  (College Research and Training Unit – CRTU) and the British Psychological Society's
8  equivalent unit (Centre for Outcomes Research and Effectiveness – CORE).

9  **1.1.5        From national guidelines to local protocols**
10 Once a national guideline has been published and disseminated, local healthcare
11 groups will be expected to produce a plan and identify resources for implementation,
12 along with appropriate timetables. Subsequently, a multidisciplinary group
13 involving commissioners of health care, primary care and specialist mental health
14 professionals, patients and carers should undertake the translation of the
15 implementation plan into local protocols. The nature and pace of the local plan will
16 reflect local health care needs and the nature of existing services; full implementation
17 may take a considerable time, especially where substantial training needs are
18 identified.

19 **1.1.6        Auditing the implementation of guidelines**
20 This guideline identifies key areas of clinical practice and service delivery for local
21 and national audit. Although the generation of audit standards is an important and
22 necessary step in the implementation of this guidance, a more broadly based
23 implementation strategy should be developed. Nevertheless, it should be noted that
24 the Healthcare Commission will monitor the extent to which Primary Care Trusts
25 (PCTs), trusts responsible for mental health and social care and Health Authorities
26 have implemented these guidelines.

27 # 1.2    The national Bipolar Disorder guideline

28 **1.2.1        Who has developed this guideline?**
29 The Guideline Development Group (GDG) was convened by the NCCMH, and
30 supported by funding from NICE. The GDG consisted of people with bipolar
31 disorder and a carer and professionals from psychiatry, clinical psychology, nursing
32 and occupational therapy.

33 Staff from the NCCMH provided leadership and support throughout the process of
34 guideline development, undertaking systematic searches, information retrieval,
35 appraisal and systematic review of the evidence. Members of the GDG received
36 training in the process of guideline development. The National Guidelines Support
37 and Research Unit, also established by NICE, provided advice and assistance
38 regarding aspects of the guideline development process.

39 All members of the Group made formal declarations of interest at the outset, updated
40 at every GDG meeting. GDG members met a total of 17 times throughout the process

CONFIDENTIAL
AZSER12779308

DRAFT FOR SECOND CONSULTATION

1  of guideline development. For ease of evidence identification and analysis, some
2  members of the GDG became topic leads, covering identifiable treatment approaches.
3  The NCCMH technical team supported group members, with additional expert
4  advice from special advisers where necessary. All statements and recommendations
5  in this guideline have been generated and agreed by the whole GDG.

6  **1.2.2      For whom is this guideline intended?**
7  This guideline will be of relevance to adults and children of all ages who suffer from
8  bipolar disorder.

9  The guideline covers the care provided by primary, secondary and other healthcare
10  professionals who have direct contact with, and make decisions concerning the care
11  of, bipolar disorder sufferers.

12  Although this guideline will briefly address the issue of diagnosis, it will not make
13  evidence-based recommendations or refer to evidence regarding diagnosis, primary
14  prevention or assessment. In sum, this guideline is intended for use by:

15          •     Professional groups who share in the treatment and care for people
16                with a diagnosis of bipolar disorder, including psychiatrists, clinical
17                psychologists, mental health nurses, community psychiatric nurses,
18                other community nurses, social workers, counsellors, practice nurses,
19                occupational therapists, pharmacists, general practitioners and others

20          •     Professionals in other health and non-health sectors who may have
21                direct contact with or are involved in the provision of health and other
22                public services for those diagnosed with bipolar disorder. These may
23                include A&E staff, paramedical staff, prison doctors, the police and
24                professionals who work in the criminal justice and education sectors

25          •     Those with responsibility for planning services for people with a
26                diagnosis of bipolar disorder, and their carers, including directors of
27                public health, NHS trust managers and managers in PCTs.

28  **1.2.3      Specific aims of this guideline**
29  The guideline makes recommendations for pharmacological treatments and the use
30  of psychological and service-level interventions. Specifically it aims to:

31          •     Evaluate the role of specific pharmacological agents in the treatment
32                and management of bipolar disorder

33          •     Evaluate the role of specific psychological interventions in the
34                treatment and management of bipolar disorder

35          •     Evaluate the role of specific service delivery systems and service-level
36                interventions in the management of bipolar disorder

CONFIDENTIAL
AZSER12779309

DRAFT FOR SECOND CONSULTATION

1
2
3
4
- Integrate the above to provide best practice advice on the care of individuals with a diagnosis of bipolar disorder through the different phases of illness, including the initiation of treatment, the treatment of acute episodes and the promotion of recovery

5
- Consider economic aspects of various treatments for bipolar disorder.

6
The guideline does not cover treatments that are not normally available on the NHS.

7 **1.2.4     Other versions of this guideline**
8 There are other versions of *Bipolar Disorder: The management of Bipolar disorder in*
9 *adults, children and young people, in primary and secondary care*, including:
10
11
12
- the NICE guideline, which is a shorter version of this guideline, containing the key recommendations and all other recommendations

13
14
- the Quick Reference Guide, which is a summary of the main recommendations in the NICE guideline

15
16
17
18
- the Information for the Public, which describes the guidance using non-technical language. It is written chiefly for patients, but may also be useful for family members, advocates, or those who care for people with bipolar disorder.

CONFIDENTIAL
AZSER12779310

DRAFT FOR SECOND CONSULTATION

# 2 Methods used to develop this guideline

## 2.1 Overview

The development of this guideline drew upon methods outlined by NICE (*Guideline Development Methods: Information for National Collaborating Centres and Guideline Developers*[1]). A team of academic experts, healthcare practitioners, people with bipolar disorder, a carer, and technical experts known as the Guideline Development Group (GDG), with support from the NCCMH staff, undertook the development of a patient-centred, evidence-based guideline. There are six basic steps in the process of developing a guideline:

- Define the scope, which sets the parameters of the guideline and provides a focus and steer for the development work

- Define clinical questions considered important for practitioners and service users

- Develop criteria for evidence searching and search for evidence

- Design validated protocols for systematic review and apply to evidence recovered by search

- Synthesise and (meta-) analyse data retrieved, guided by the clinical questions, and produce evidence profiles

- Answer clinical questions with evidence-based recommendations for clinical practice.

The clinical practice recommendations made by the GDG are therefore derived from the most up-to-date and robust evidence base for the clinical and cost effectiveness of the treatments and services used in the treatment and management of bipolar disorder. In addition, to ensure a service user and carer focus, the concerns of service users and carers regarding clinical practice have been highlighted and addressed by good practice points and recommendations agreed by the whole GDG. The evidence-based recommendations and good practice points are the core of this guideline.

## 2.2 The Scope

Guideline topics are selected by the Department of Health and the Welsh Assembly Government, which identify the main areas to be covered by the guideline in a specific remit (see *The Guideline Development Process – An Overview for Stakeholders, the*

---

[1] Available from www.nice.org.uk

CONFIDENTIAL
AZSER12779311

DRAFT FOR SECOND CONSULTATION

1   *Public and the NHS*[2]). The remit for this guideline was translated into a scope
2   document by staff at the NCCMH.
3
4   The purpose of the scope is to:
5

6   •   provide an overview of what the guideline will include and exclude

7   •   identify the key aspects of care that must be included

8   •   set the boundaries of the development work and provide a clear
9       framework to enable work to stay within the priorities agreed by
10      NICE and the NCCMH and the remit from the Department of
11      Health/Welsh Assembly Government

12  •   inform the development of the clinical questions and search strategy

13  •   inform professionals and the public about the expected content of the
14      guideline

15  •   keep the guideline to a reasonable size to ensure that its development
16      can be carried out within an 18-month period.

17  The draft scope was subject to consultation with stakeholders over a 4-week period.
18  During the consultation period, the scope was posted on the NICE website
19  (www.nice.org.uk). Comments were invited from stakeholder organisations and
20  Guideline Review Panel (GRP). Further information about the GRP can also be found
21  on the NICE website. The NCCMH and NICE reviewed the scope in light of
22  comments received, and the revised scope was signed off by the GRP.

23  ## 2.3   The Guideline Development Group

24  The GDG consisted of professionals and academic experts in adult, child and
25  adolescent psychiatry and clinical psychology, nursing, occupational therapy,
26  general practice; service users, and a carer. The guideline development process was
27  supported by staff from the NCCMH, who undertook the clinical and health
28  economics literature searches, reviewed and presented the evidence to the GDG,
29  managed the process, and contributed to drafting the guideline.

30  ### 2.3.1       Guideline Development Group meetings

31  Seventeen GDG meetings were held between March 2004 and March 2006. During
32  each day-long GDG meeting, in a plenary session, clinical and key questions and
33  clinical and economic evidence were reviewed and assessed, and recommendations
34  formulated. At each meeting, all GDG members declared any potential conflict of
35  interests, and service user and carer concerns were routinely discussed as part of a
36  standing agenda.

---

[2] Available from: www.nice.org.

CONFIDENTIAL
AZSER12779312

DRAFT FOR SECOND CONSULTATION

1   **2.3.2        Topic groups**

2   The GDG divided its workload along clinically relevant lines to simplify the
3   guideline development process, and GDG members formed smaller topic groups to
4   undertake work in specific areas. Topic group 1 covered questions relating to service
5   delivery. Topic group 2 covered pharmacological and other physical treatments, and
6   Topic group 3 covered psychological therapies and early warning signs. These
7   groups were designed to manage the large volume of evidence appraisal efficiently
8   before presenting it to the GDG as a whole. Each topic group was chaired by a GDG
9   member with expert knowledge of the topic area. Topic groups refined the key
10  questions, drew up clinical definitions of treatment interventions, reviewed and
11  prepared the evidence with NCCMH staff before presenting it to the GDG as a
12  whole, and helped the GDG to identify further expertise in the topic. Topic group
13  leaders reported the status of the group's work as part of the standing agenda. They
14  also introduced and led the GDG discussion of the evidence review for that topic and
15  assisted the GDG Chair in drafting that section of the guideline relevant to the work
16  of each topic group.

17  **2.3.3        Consensus conferences**

18  Two consensus conferences were held during guideline development.  The first
19  addressed the diagnosis of bipolar disorder in children and adolescents, and the
20  second, held in collaboration with the guideline development group developing the
21  NICE guideline for ante- and postnatal mental health discussed the use of
22  psychotropic medication before, during and after pregnancy.  In each, experts from
23  outside of the guideline development group were invited to give presentations and
24  to comment on draft position statements (see chapters 3, 9, Appendix 18, 17). Invited
25  experts, additional attendees and external peer reviewers are listed in Appendix 2.
26

27  **2.3.4        Service users and carers**

28  The GDG included two service users and a carer. They contributed as full GDG
29  members to writing the clinical questions, helping to ensure that the evidence
30  addressed their views and preferences, highlighting sensitive issues and terminology
31  relevant to the guideline, and bringing service-user research to the attention of the
32  GDG. In drafting the guideline, they contributed significantly to the writing of
33  Chapter 5 on service user and carer experiences, and developed recommendations
34  from the service user and carer perspective.

35  **2.3.5        Special advisors**

36  Special advisors, who had specific expertise in one or more aspects of treatment and
37  management relevant to the guideline, assisted the GDG, commenting on specific
38  aspects of the developing guideline, and making presentations to the GDG.
39  Appendix 2 lists those who agreed to act as special advisors.

40  **2.3.6        National and international experts**

41  National and international experts in the area under review were identified through
42  the literature search and through the experience of the GDG members. These experts
43  were contacted to recommend unpublished or soon-to-be published studies in order
44  to ensure up-to-date evidence was included in the development of the guideline.
45  They informed the group about completed trials at the pre-publication stage,

CONFIDENTIAL
AZSER12779313

DRAFT FOR SECOND CONSULTATION

1   systematic reviews in the process of being published, studies relating to the cost-
2   effectiveness of treatment, and trial data if the GDG could be provided with full
3   access to the complete trial report. Appendix 2 lists researchers who were contacted.

4   ## 2.4    Clinical questions

5   Clinical questions were used to guide the identification and interrogation of the
6   evidence-base. The questions were developed using a modified nominal group
7   technique. Before the first GDG meeting draft questions were prepared by NCCMH
8   staff based on the scope and an overview of existing guidelines, and modified during
9   a meeting with the guideline chair. They were then discussed by the GDG at their
10  first two meetings and amended to draw up a final list. The PICO (patient,
11  intervention, comparison and outcome) framework was used to help formulate
12  questions about interventions. This structured approach divides each question into
13  four components: the patients (the population under study); the interventions (what
14  is being done; or test/ risk factor); the comparisons (other main treatment options);
15  and the outcomes (the measures of how effective the interventions have been; or
16  what is being predicted/ prevented). Appendix 5 lists the clinical questions.
17
18  To help facilitate the literature review, a note was made of the best study design type
19  to answer each question. There are four main types of clinical questions of relevance
20  to NICE guidelines. These are listed in **Text Box 1**. For each type of question the best
21  primary study design varies, where "best" is interpreted as "least likely to give
22  misleading answers to the question". However, in all cases, a well conducted
23  systematic review of the appropriate type of study is always likely to yield a better
24  answer than a single study.
25
26  Deciding on the best design type to answer a specific clinical or public health
27  question does not mean that studies of different design types addressing the same
28  question were discarded.
29

| Text Box 1: Best study design to answer each type of question | |
| --- | --- |
| **Type of question** | **Best primary study design** |
| Effectiveness or other impact of an intervention | Randomised controlled trial; other studies that may be considered in the absence of an RCT are the following: internally / externally controlled before and after trial, interrupted time-series |
| Accuracy of information (for example, risk factor, test, prediction rule) | Comparing the information against a valid gold standard in a randomised trial or inception cohort study |
| Rates (of disease, patient experience, rare side effects) | Cohort, registry, cross-sectional study |
| Costs | Naturalistic prospective cost study |

30

CONFIDENTIAL
AZSER12779314

DRAFT FOR SECOND CONSULTATION

1  ## 2.5   Systematic clinical literature review

2  The aim of the clinical literature review was systematically to identify and synthesise
3  relevant evidence from the literature in order to answer the specific clinical questions
4  developed by the GDG. Thus, clinical practice recommendations are evidence-based,
5  where possible, and if evidence was not available, informal consensus methods were
6  used (see section on informal consensus) and the need for future research was
7  specified.

8  **2.5.1      Methodology**

9   A stepwise, hierarchical approach was taken to locating and presenting evidence to
10  the GDG. The NCCMH developed this process based on methods set out in the
11  *Guideline Development Methods: Information for National Collaborating Centres and*
12  *Guideline Developers*[3] and after considering recommendations from a range of other
13  sources. These included:
14

15  •    Centre for Clinical Policy and Practice of the New South Wales Health
16       Department (Australia)

17  •    Clinical Evidence Online

18  •    Cochrane Collaboration

19  •    New Zealand Guideline Group

20  •    NHS Centre for Reviews and Dissemination

21  •    Oxford Centre for Evidence-Based Medicine

22  •    Scottish Intercollegiate Guidelines Network (SIGN)

23  •    United States Agency for Health Research and Quality

24  •    Oxford Systematic Review Development Programme

25  •    GRADE Working Group.

26  **2.5.2      The review process**

27  After the scope was finalised, a more extensive search for systematic reviews and
28  published guidelines was undertaken. Existing reviews and relevant guidelines were
29  used for reference to aid the development process.
30
31  The GDG decided which questions were likely to have a good evidence base and
32  which questions were likely to have little or no directly relevant evidence. For
33  questions that were unlikely to have a good evidence base, a brief descriptive review
34  was initially undertaken by a member of the GDG (see section 2.5.6). For questions

---

[3] Available from www.nice.org.uk

CONFIDENTIAL
AZSER12779315

DRAFT FOR SECOND CONSULTATION

1   with a good evidence base, the review process depended on the type of clinical
2   question.
3
4   Outcomes were also discussed by the GDG and a list drawn up for reference,
5   together with lists of clinical assessment tools and rating scales (Appendix 11).
6
7   Searches for evidence were updated every 6 months with the final search 8 weeks
8   before the first consultation. After this last point, studies were included only if they
9   were judged by the GDG to be exceptional (for example, the evidence was likely to
10  change a recommendation).
11
12  For clinical questions related to interventions, the initial evidence-base was formed
13  from well-conducted randomised controlled trials (RCTs) that addressed at least one
14  of the clinical questions (the review process is illustrated in **Flowchart 1**). Although
15  there are a number of difficulties with the use of RCTs in the evaluation of
16  interventions in mental health, the RCT remains the most important method for
17  establishing treatment efficacy (this is discussed in more detail in appropriate clinical
18  evidence chapter). For other clinical questions, searches were for the appropriate
19  study design (see above).
20
21  All searches were based on the standard mental health related bibliographic
22  databases (EMBASE, MEDLINE, PsycINFO, Cinahl). At the beginning of the
23  development process a search for all RCTs relevant to the treatment and
24  management of bipolar disorder was undertaken (updated as above). Question-
25  specific searches for other clinical questions were undertaken during the
26  development process. In addition, where appropriate, systematic reviews
27  undertaken for other mental health guidelines were used updated with newly
28  published trials.
29
30  After the initial search results were scanned liberally to exclude obviously irrelevant
31  papers, the review team used a purpose-built 'study information' database to
32  manage all reviewed studies, regardless of whether they met inclusion criteria. For
33  questions relating to interventions without good quality evidence (after the initial
34  search), a decision was made by the GDG about whether to undertake question-
35  specific searches for non-RCT evidence in bipolar disorder or for RCTs in mixed
36  mental health populations, or whether to adopt a consensus process (see Section
37  2.5.6). Future updates of this guideline will be able to update and extend the usable
38  evidence base starting from the evidence collected, synthesised and analysed for this
39  guideline.

CONFIDENTIAL
AZSER12779316

DRAFT FOR SECOND CONSULTATION

1    **Flowchart 1**: Guideline Review Process



2
3
4    In addition, searches were made of the reference lists of relevant systematic reviews
5    and all included studies, as well as the evidence submitted by stakeholders. Known
6    experts in the field (see Appendix 2), based both on the references identified in early

CONFIDENTIAL
AZSER12779317

DRAFT FOR SECOND CONSULTATION

1  steps and on advice from GDG members, were contacted for trials in the process of
2  being published (the conditions for accepting unpublished evidence are described
3  later in this section). In addition, the tables of contents of appropriate journals were
4  checked monthly for relevant studies.

5  *Search filters*

6  Search filters developed by the review team consisted of a combination of subject
7  heading and free-text phrases. Specific filters were developed for the guideline topic,
8  and where necessary, for each clinical question. In addition, the review team used
9  filters developed for systematic reviews, RCTs and other appropriate research
10  designs (Appendix 6).

11  *Study selection*

12  All primary-level studies included after the first scan of citations were acquired in
13  full and re-evaluated for eligibility at the time they were being entered into the study
14  information database. Appendix 7 lists the standard inclusion and exclusion criteria.
15  More specific eligibility criteria were developed for each clinical question and are
16  described in the relevant clinical evidence chapters.   Eligible primary level studies
17  papers were critically appraised for methodological quality (see Appendix 7 and
18  Appendix 8). The eligibility of each study was confirmed by at least one member of
19  the appropriate topic group.
20
21  For some clinical questions, it was necessary to prioritise the evidence with respect to
22  the UK context (i.e. external validity). To make this process explicit, the GDG took
23  into account the following factors when assessing the evidence:
24

25  •  Participant factors (for example, age, stage and severity of illness)

26  •  Provider factors (for example, model fidelity, the conditions under
27  which the intervention was performed, the availability of experienced
28  staff to undertake the procedure)

29  •  Cultural factors (for example, differences in standard care, differences
30  in the welfare system).

31  It was the responsibility of each topic group to decide which prioritisation factors
32  were relevant to each clinical question in light of the UK context, and then decide
33  how they should modify their recommendations.

34  *Unpublished evidence*

35  The GDG used a number of criteria when deciding whether or not to accept
36  unpublished data. First, the evidence must be accompanied by a trial report
37  containing sufficient detail to assess the quality of the data properly. Second, the
38  evidence must be submitted with the understanding that data from the study and a
39  summary of the study's characteristics will be published in the full guideline.
40  Therefore, the GDG did not accept evidence submitted as commercial in confidence.
41  However, the GDG recognised that unpublished evidence submitted by investigators
42  might later be retracted by those investigators if the inclusion of such data would
43  jeopardise publication of their research.

CONFIDENTIAL
AZSER12779318

DRAFT FOR SECOND CONSULTATION

1  **2.5.3        Synthesising the evidence**

2  Outcome data were extracted from all eligible studies, which met the quality criteria,
3  using a standardised form (see Appendix 9). Where possible, meta-analysis was used
4  to synthesise the evidence using Review Manager 4.2.7 (Cochrane Collaboration,
5  2004). If necessary, reanalyses of the data or sub-analyses were used to answer
6  clinical questions not addressed in the original studies or reviews.
7
8  For a given outcome (continuous and dichotomous), where more than 50% of the
9  number randomised to any group was not accounted for[4] by trial authors, the data
10 were excluded from the review because of the risk of bias. However, where possible,
11 dichotomous efficacy outcomes were calculated on an intention-to-treat basis (i.e. a
12 'once-randomised-always-analyse' basis). This assumes that those participants who
13 ceased to engage in the study – from whatever group – had an unfavourable
14 outcome. This meant that the 50% rule was not applied to dichotomous outcomes
15 where there was good evidence that those participants who ceased to engage in the
16 study were likely to have an unfavourable outcome (in this case, early withdrawals
17 were included in both the numerator and denominator). Adverse effects were
18 entered into Review Manager as reported by the study authors because it was
19 usually not possible to determine if early withdrawals had an unfavourable outcome.
20 For the outcome "leaving the study early for any reason," the denominator was the
21 number randomised.
22
23 The Number Needed to Treat - Benefit (NNTB) or the Number Needed to Treat -
24 Harm (NNTH) was reported for each outcome where the baseline risk (i.e. control
25 group event rate) was similar across studies. In addition, NNTs calculated at follow-
26 up were only reported where the length of follow-up was similar across studies.
27 When the length of follow-up or baseline risk varies (especially with low risk), the
28 NNT is a poor summary of the treatment effect (Deeks, 2002). Risk differences (RD)
29 were calculated for outcomes with low event rates, such as death.
30
31 The meta-analysis of survival data, such as time to any mood episode, was based on
32 log hazard ratios and standard errors. Since individual patient data were not
33 available in included studies, hazard ratios and standard errors calculated from a
34 Cox proportional hazard model were extracted. Where necessary, standard errors
35 were calculated from confidence intervals or p-value according to standard formulae
36 (for example, Cochrane Reviewers' Handbook 4.2.2.). Data were summarised using
37 the generic inverse variance method using Review Manager 4.2.7 (Cochrane
38 Collaboration, 2004).
39
40 Included/excluded studies tables, generated automatically from the study
41 information database, were used to summarise general information about each study
42 (see Appendix 21). Where meta-analysis was not appropriate and/or possible, the
43 reported results from each primary-level study were also presented in the study
44 characteristics table (and included, where appropriate, in a narrative review).
45
46 Consultation was used to overcome difficulties with coding. Data from studies
47 included in existing systematic reviews were extracted independently by one

---

[4] "Accounted for" in this context means using an appropriate method for dealing with missing
data (e.g. LOCF or a regression technique).

CONFIDENTIAL
AZSER12779319

DRAFT FOR SECOND CONSULTATION

1   reviewer and cross-checked with the existing data set. Where possible, two
2   independent reviewers extracted data from new studies. Where double data
3   extraction was not possible, data extracted by one reviewer was checked by the
4   second reviewer. Disagreements were resolved with discussion. Where consensus
5   could not be reached, a third reviewer resolved the disagreement. Masked
6   assessment (i.e. blind to the journal from which the article comes, the authors, the
7   institution, and the magnitude of the effect) was not used since it is unclear that
8   doing so reduces bias (Jadad, Moore & Carroll, 1996; Berlin, 2001).

9   **2.5.4          Presenting the data to the GDG**

10  Summary characteristics tables and, where appropriate, forest plots generated with
11  Review Manager, were presented to the GDG, in order to prepare an evidence profile
12  for each review and to develop recommendations.

13  *Evidence profile tables*

14  An evidence profile table was used to summarise both the quality of the evidence
15  and the results of the evidence synthesis (see Table 1 for an example of an evidence
16  profile table). Each table included details about the quality assessment of each
17  outcome: number of studies, limitations to the quality of included studies,
18  information about the consistency of the evidence (see below for how consistency
19  was measured), directness of the evidence (i.e. how closely the outcome measures,
20  interventions and participants match those of interest), and other modifying factors
21  (for example, effect sizes with wide CIs would be described as imprecise data). Each
22  evidence profile also included a summary of the findings: number of patients
23  included in each group, an estimate of the magnitude of the effect, the clinical
24  significance of the effect (see section 2.5.5 for how this was determined), quality of
25  the evidence, and the importance of the evidence. The quality of the evidence was
26  based on the quality assessment components (study design, limitations to study
27  quality, consistency, directness, and any other modifying factors) and graded using
28  the following definitions:

29  •   **High** = Further research is very unlikely to change our confidence in
30      the estimate of the effect

31  •   **Moderate** = Further research is likely to have an important impact on
32      our confidence in the estimate of the effect and may change the
33      estimate

34  •   **Low** = Further research is very likely to have an important impact on
35      our confidence in the estimate of the effect and is likely to change the
36      estimate

37  •   **Very low** = Any estimate of effect is very uncertain.

38  For further information about the process and the rationale of producing an evidence
39  profile table, see GRADE (2004).

CONFIDENTIAL
AZSER12779320

DRAFT FOR SECOND CONSULTATION

**Table 1. Example evidence profile table**

| No. of studies | Quality assessment | | | | No. of patients | | Summary of findings | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Quality of included studies | Consistency | Directness | Other modifying factors | CBT | Waitlist | Effect | | Overall quality | Importance |
| | | | | | | | Effect size | Likelihood of clinically important effect | | |
| **Carbamazepine vs placebo** | | | | | | | | | | |
| **Efficacy** | | | | | | | | | | |
| Mania: change score at endpoint (manic only) | | | | | | | | | | |
| Weisler 2004 Weisler 2005 | Randomisation not clear (-1) | None | Acute mania | Strong effect (+1) | 134 | 146 | WMD = -6.87 (-9.24, -4.49) | Very likely (favouring carbamazepine) | Moderate | Critical |
| **Acceptability/tolerability** | | | | | | | | | | |
| Leaving treatment early for any reason | | | | | | | | | | |
| Weisler 2004 Weisler 2005 | Randomisation not clear (-1) | Significant heterogeneity (-1): random effects model used | Acute mania | None | 134 | 146 | RR (random effects) = 0.79 (0.59, 1.06) | Likely (favouring carbamazepine) | Low | Critical |

RR = relative risk; WMD = weighted mean difference.

1
2

CONFIDENTIAL
AZSER12779321

DRAFT FOR SECOND CONSULTATION

1   *Forest plots*

2   Each forest plot displayed the effect size and confidence interval (CI) for each study
3   as well as the overall summary statistic. The graphs were organised so that the
4   display of data in the area to the left of the 'line of no effect' indicated a 'favourable'
5   outcome for the treatment in question. Dichotomous outcomes were presented as
6   relative risks (RR) with the associated 95% CI (for an example, see **Figure 1**). A
7   relative risk (or risk ratio) is the ratio of the treatment event rate to the control event
8   rate. A RR of 1 indicates no difference between treatment and control. In Figure 1, the
9   overall RR of 0.73 indicates that the event rate (i.e. non-remission rate) associated
10  with intervention A is about ¾ of that with the control intervention, or in other
11  words, the relative risk reduction is 27%.

12

13  The CI shows with 95% certainty the range within which the true treatment effect
14  should lie, and can be used to determine statistical significance. If the CI does not
15  cross the 'line of no effect', the effect is statistically significant.

16

17



18

19  **Figure 1. Example of a forest plot displaying dichotomous data**

20

21  Continuous outcomes were analysed as weighted mean differences (WMD), or as
22  standardised mean differences (SMD) when different measures were used in
23  different studies to estimate the same underlying effect (For an example, see **Figure
24  2**). If provided, intention-to-treat data, using a method such as 'last observation
25  carried forward', were preferred over data from completers.

26

27



28

29  **Figure 2. Example of a forest plot displaying continuous data**

30

31  To check for consistency between studies, both the $I^2$ test of heterogeneity and a
32  visual inspection of the forest plots were used. The $I^2$ statistic describes the
33  proportion of total variation in study estimates that is due to heterogeneity (Higgins

CONFIDENTIAL
AZSER12779322

DRAFT FOR SECOND CONSULTATION

1  & Thompson, 2002). An $I^2$ of less than 30% was taken to indicate mild heterogeneity
2  and a fixed effects model was used to synthesise the results. An $I^2$ of more than 50%
3  was taken as notable heterogeneity. In this case, an attempt was made to explain the
4  variation (for example, outliers were removed from the analysis or sub-analyses
5  were conducted to examine the possibility of moderators). If studies with
6  heterogeneous results were found to be comparable, a random effects model was
7  used to summarise the results (DerSimonian & Laird, 1986). In the random effects
8  analysis, heterogeneity is accounted for both in the width of CIs and in the estimate
9  of the treatment effect. With decreasing heterogeneity the random effects approach
10 moves asymptotically towards a fixed effects model. An $I^2$ of 30 to 50% was taken to
11 indicate moderate heterogeneity. In this case, both the chi-squared test of
12 heterogeneity and a visual inspection of the forest plot were used to decide between
13 a fixed and random effects model.
14
15 To explore the possibility that the results entered into each meta-analysis suffered
16 from publication bias, data from included studies were entered, where there was
17 sufficient data, into a funnel plot. Asymmetry of the plot was taken to indicate
18 possible publication bias and investigated further.
19
20 Forest plots included lines for studies that were believed to contain eligible data even
21 if the data were missing from the analysis in the published study. An estimate of the
22 proportion of eligible data that were missing (because some studies did not include
23 all relevant outcomes) was calculated for each analysis. All forest plots are in
24 Appendix 23.


25 **2.5.5      Forming the clinical summaries and recommendations**

26 Once the evidence profile table relating to a particular clinical question was
27 completed (together with a summary evidence table based on critical outcomes for
28 ease of reference) (in Appendix 22). Finally, the systematic reviewer in conjunction
29 with the topic group lead produced a clinical summary.
30
31 In order to facilitate consistency in generating and drafting the clinical summaries, a
32 decision tree was used to help determine, for each comparison, the likelihood of the
33 effect being clinically significant (see **Figure 3**). The decision tree was designed to be
34 used as one step in the interpretation of the evidence (primarily to separate clinically
35 important from clinical negligible effects), and was not designed to replace clinical
36 judgement. For each comparison, the GDG defined *a priori* a clinically significant
37 threshold, taking into account both the comparison group and the outcome.
38
39 As shown in **Figure 3**, the review team first classified the point estimate of the effect
40 as clinically significant or not. For example, if a RR of 0.75 was considered to be the
41 threshold, then a point estimate of 0.73 (as can be seen in **Figure 1**), would meet the
42 criteria for clinical significance.
43
44

CONFIDENTIAL
AZSER12779323

DRAFT FOR SECOND CONSULTATION



*Efficacy outcomes with large effect sizes and very wide confidence intervals should be
interpreted with caution and should be described as inconclusive (CS4), especially if
there is only one small study.

1
2
3    **Figure 3: Decision tree for helping to judge the likelihood of clinical significance.**

CONFIDENTIAL
AZSER12779324

DRAFT FOR SECOND CONSULTATION

1  Where the point estimate of the effect exceeded the threshold, a further consideration
2  was made about the precision of the evidence by examining the range of estimates
3  defined by the CI. Where the effect size was judged clinically significant for the full
4  range of plausible estimates, the result was described as *very likely to be clinically*
5  *significant* (i.e. CS1). In situations where the CI included clinically unimportant
6  values, but the point estimate was both clinically and statistically significant, the
7  result was described as *likely to be clinically significant* (i.e. CS2). However, if the CI
8  crossed the line of no effect (i.e. the result was not statistically significant), the result
9  was described as *inconclusive* (i.e. CS4).
10
11  Where the point estimate did not meet the criteria for clinical significance and the CI
12  completely excluded clinically significant values, the result was described as *unlikely*
13  *to be clinically significant* (i.e. CS3). Alternatively, if the CI included both clinically
14  significant and clinically unimportant values, the result was described as *inconclusive*
15  (i.e. CS4). In all cases described as inconclusive, the GDG used clinical judgement to
16  interpret the results.
17
18  Once the evidence profile tables and clinical summaries were finalised and agreed by
19  the GDG, the associated recommendations were produced, taking into account the
20  trade-off between the benefits and risks as well as other important factors. These
21  included economic considerations, values of the development group and society, and
22  the group's awareness of practical issues (Eccles, Freemantle & Mason, 1998).

23  **2.5.6       Method used to answer a clinical question in the absence of**
24  **appropriately designed, high-quality research**

25  In the absence of level I evidence (or a level that is appropriate to the question), or
26  where the GDG were of the opinion (on the basis of previous searches or their
27  knowledge of the literature) that there were unlikely to be such evidence, either an
28  informal or formal consensus process was adopted. This process focused on those
29  questions that the GDG considered a priority.

CONFIDENTIAL
AZSER12779325

DRAFT FOR SECOND CONSULTATION

1

2  *Informal consensus*

3  The starting point for the process of informal consensus was that a member of the
4  topic group identified, with help from the systematic reviewer, a narrative review
5  that most directly addressed the clinical question. Where this was not possible, a
6  brief review of the recent literature was initiated.

7

8  This existing narrative review or new review was used as a basis for beginning an
9  iterative process to identify lower levels of evidence relevant to the clinical question
10  and to lead to written statements for the guideline. The process involved a number of
11  steps:

12

13      •    A description of what is known about the issues concerning the
14           clinical question was written by one of the topic group members

15      •    Evidence from the existing review or new review was then presented
16           in narrative form to the GDG and further comments were sought
17           about the evidence and its perceived relevance to the clinical question

18      •    Based on the feedback from the GDG, additional information was
19           sought and added to the information collected. This may include
20           studies that did not directly address the clinical question but were
21           thought to contain relevant data

22      •    If, during the course of preparing the report, a significant body of
23           primary-level studies (of appropriate design to answer the question)
24           were identified, a full systematic review was done

25      •    At this time, subject possibly to further reviews of the evidence, a
26           series of statements that directly addressed the clinical question were
27           developed

28      •    Following this, on occasions and as deemed appropriate by the
29           development group, the report was then sent to appointed experts
30           outside of the GDG for peer review and comment. The information
31           from this process was then fed back to the GDG for further discussion
32           of the statements

33      •    Recommendations were then developed

34      •    After this final stage of comment, the statements and
35           recommendations were again reviewed and agreed upon by the GDG.

36  ## 2.6   Health economics review strategies

37  The aim of the health economics review was to contribute to the guideline's
38  development by providing evidence on the economic burden of bipolar disorder as
39  well as on the relative cost-effectiveness of different treatment options covered in the

CONFIDENTIAL
AZSER12779326

DRAFT FOR SECOND CONSULTATION

1  guideline. Where available, relevant evidence was collected and assessed in order to
2  help the decision-making process.

3  This process was based on a preliminary analysis of the clinical evidence and had
4  two stages:
5
6  • Identification of the areas with likely major cost impacts within the scope of the
7    guideline

8  • Systematic review of existing data on the economic burden of bipolar disorder
9    and cost-effectiveness evidence of different treatment options for bipolar disorder

10 In addition, in areas with likely major resource implications where relevant data did
11 not already exist, a primary economic analysis based on decision-analytic economic
12 modelling was undertaken alongside the guideline development process, in order to
13 provide cost-effectiveness evidence and assist decision-making.

14 **2.6.1      Key economic issues**

15 The following economic issues relating to the epidemiology and the management of
16 bipolar disorder were identified by the GDG in collaboration with the health
17 economist as primary key issues that should be considered in the guideline:
18
19 • The global economic burden of bipolar disorder with specific reference to the
20   UK

21 • Comparative cost-effectiveness between pharmacological, psychological and
22   physical interventions for the treatment of patients with bipolar disorder
23   either stabilised or experiencing an acute episode.

24 • Comparative cost-effectiveness between different types of service provision
25   appropriate for the management of patients with bipolar disorder.

26 **2.6.2      Systematic literature review**

27 A systematic review of the health economic evidence was conducted. The aim of the
28 review was three-fold:
29
30 • To identify publications providing information on the economic burden of
31   bipolar disorder relevant to the UK context

32 • To identify existing economic evaluations of pharmacological, psychological
33   and physical treatment interventions, as well as of appropriate forms of
34   service configuration, for the management of patients with bipolar disorder,
35   that could be transferable to the UK patient population and healthcare
36   setting.

37 • To identify studies reporting health state utility data transferable to the UK
38   population to facilitate a possible cost-utility modelling process.

CONFIDENTIAL
AZSER12779327

DRAFT FOR SECOND CONSULTATION

1   Although no attempt was made to review systematically studies with only resource
2   use or cost data, relevant UK-based information was extracted for future modelling
3   exercises if it was considered appropriate.
4

5   **2.6.3      Search strategy**

6   For the systematic review of economic evidence on bipolar disorder, the standard
7   mental health related bibliographic databases (EMBASE, MEDLINE, CINAHL,
8   PsychINFO, HTA) were searched. For these databases, a health economics search
9   filter adapted from the Centre for Reviews and Dissemination (CRD) at the
10  University of York was used in combination with a general filter for bipolar disorder.
11  The subject filter employed a combination of free text terms and medical subject
12  headings, with subject headings having been exploded. Additional searches were
13  performed in specific health economic databases (NHS EED, OHE HEED). HTA and
14  NHS EED databases were accessed via the Cochrane Library, using the general filter
15  for bipolar disorder. OHE HEED was searched using a shorter, database-specific
16  strategy. Initial searches were performed between November 2004 and February
17  2005. The searches were updated regularly, with the final search between 6 and 8
18  weeks before the first consultation.
19
20  In order to identify economic evidence on different types of service configurations
21  appropriate for patients with bipolar disorder, further searches were carried out
22  between July and September 2005, in the same electronic databases. In this case a
23  similar methodology was applied, but a service configuration–focused filter was
24  used. Search strategies used for the health economics systematic review are included
25  in Appendix 6.
26
27  In parallel to searches of electronic databases, reference lists of eligible studies and
28  relevant reviews were searched by hand, and experts in the field of bipolar disorder
29  and mental health economics were contacted in order to identify additional relevant
30  published and unpublished studies. Studies included in the clinical evidence review
31  were also screened for economic evidence.

32  **2.6.4      Review process**

33  The database searches for general health economic evidence for bipolar disorder
34  resulted in 211 potentially eligible references. The service configuration-focused
35  searches resulted in 140 studies considered to be potentially relevant. A further 12
36  possibly eligible references were found by handsearching. Full texts of all potentially
37  eligible studies (including those for which relevance/eligibility was not clear from
38  the abstract) were obtained. These publications were then assessed against a set of
39  standard inclusion criteria by the health economist, and papers eligible for inclusion
40  as economic evaluations were subsequently assessed for internal validity. The
41  quality assessment was based on the 35-point checklist used by the *British Medical*
42  *Journal* to assist referees in appraising full economic analyses (Drummond &
43  Jefferson, 1996) (Appendix 12).
44

45  **2.6.5      Selection criteria**

46  The following inclusion criteria were applied to select studies identified by the
47  economic searches for further analysis:

CONFIDENTIAL
AZSER12779328

DRAFT FOR SECOND CONSULTATION

1
2 • No restriction was placed on language or publication status of the papers.

3 • Studies published between 1985 and 2005 were included. This date restriction
4   was imposed in order to obtain data relevant to current healthcare settings and
5   costs.

6 • Only studies from OECD countries were included, as the aim of the review was
7   to identify economic information transferable to the UK context. For the
8   systematic review on the cost-effectiveness of different types of service
9   configuration, only studies conducted in the UK were considered, as it was
10   believed that resource use associated with various types of service provision was
11   likely to differ significantly between the UK and other OECD countries.

12 • Selection criteria based on types of clinical conditions and patients were identical
13   to the clinical literature review (see Appendix 7).

14 • Studies were included provided that sufficient details regarding methods and
15   results were available to enable the methodological quality of the study to be
16   assessed, and provided that the study's data and results were extractable.

17 Additional selection criteria were applied in the case of economic evaluations:

18 • Only full economic evaluations that compared two or more options and
19   considered both costs and consequences (i.e. cost-minimisation analysis, cost-
20   consequences analysis, cost-effectiveness analysis, cost-utility analysis, or cost-
21   benefit analysis) were included in the review.

22 • Economic studies were considered only if they utilised clinical evidence derived
23   from a meta-analysis, a well-conducted literature review, a randomised
24   controlled trial, a quasi-experimental trial or a cohort study.

25 **2.6.6      Data extraction**

26 Data were extracted by the health economist using an economic data extraction form
27 (Appendix 13). Masked assessment, whereby data extractors are blind to the details
28 of journal, authors, etc., was not undertaken.

29 **2.6.7      Presentation of the results**

30 The economic evidence identified by the health economics systematic review is
31 summarised in the respective chapters of the guideline, following presentation of the
32 clinical evidence. The characteristics and results of all economic studies included in
33 the review are provided in the form of evidence tables in Appendix 14. Results of
34 additional economic modelling undertaken alongside the guideline development
35 process are also presented in the relevant chapters.

36 # 2.7   Stakeholder contributions

37 Professionals, service users, and companies have contributed to and commented on
38 the guideline at key stages in its development. Stakeholders for this guideline
39 include:

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)          Page 38 of 341

CONFIDENTIAL
AZSER12779329

DRAFT FOR SECOND CONSULTATION

1
2  • Service user/carer stakeholders: the national service user and carer
3     organisations that represent people whose care is described in this
4     guideline

5  • Professional stakeholders: the national organisations that represent
6     health care professionals who are providing services to service users

7  • Commercial stakeholders: the companies that manufacture medicines
8     used in the treatment of bipolar disorder

9  • Primary Care Trusts and Mental Health Trusts

10  • Department of Health and Welsh Assembly Government.

11
12 Stakeholders have been involved in the guideline's development at the following
13 points:
14
15  • Commenting on the initial scope of the guideline and attended a
16     briefing meeting held by NICE

17  • Contributing lists of evidence to the GDG

18  • Commenting on the first and second drafts of the guideline.


19 ## 2.8   Validation of this guideline

20 Registered stakeholders had two opportunities to comment on the draft guideline,
21 which was posted on the NICE website during the consultation periods. The GRP
22 also reviewed the guideline and checked that stakeholders' comments had been
23 addressed.
24
25 Following the final consultation period, the GDG finalised the recommendations and
26 the NCCMH produced the final documents. These were then submitted to NICE.
27 NICE then formally approved the guideline and issued its guidance to the NHS in
28 England and Wales.
29

CONFIDENTIAL
AZSER12779330

DRAFT FOR SECOND CONSULTATION

1
2
# 3 Introduction: bipolar disorder and its diagnosis

3
## 3.1   The Disorder

4
**3.1.1        Overview**

5 The concept of bipolar disorder grew out of Emil Kraepelin's classification of manic
6 depressive insanity, which was postulated around the end of the 19th century.
7 However, descriptions of frenetic activity associated with the manic state can be
8 found in the writings of Hippocrates and as far back as the Ancient Egyptians. In
9 1980 the name bipolar disorder was adopted to replace the older term manic
10 depression, which was tightly associated with psychosis. It became recognised that
11 not all patients who experience mania and depression become psychotic and
12 therefore psychosis should not be required for a diagnosis. In this modern
13 conceptualisation bipolar disorder is a cyclical mood disorder involving periods of
14 profound disruption to mood and behaviour interspersed with periods of more or
15 less full recovery. The key feature of bipolar disorder is the experience of hypomania
16 or mania – grandiose and expansive affect associated with increased drive and
17 decreased sleep, which ultimately can culminate in psychosis and exhaustion if left
18 untreated. There is some heterogeneity between the major diagnostic classification
19 systems in the criteria for bipolar disorder (see section 3.4 below). ICD-10 requires
20 two discrete mood episodes, at least one of which must be manic. In DSM-IV a single
21 episode of mania is sufficient for a diagnosis of bipolar disorder.
22

23 *The Bipolar spectrum*

24 Far from being a discrete diagnostic entity, there is increasing recognition of a
25 spectrum of bipolar disorders which ranges from marked and severe mood
26 disturbance into milder mood variations that become difficult to distinguish from
27 normal mood fluctuation. In terms of classification, a distinction is drawn between
28 bipolar I disorder, in which the patient suffers full-blown manic episodes (most
29 commonly interspersed with episodes of major depression), and bipolar II disorder,
30 in which the patient experiences depressive episodes and less severe manic
31 symptoms, classed as hypomanic episodes. Cyclothymia is a condition in which the
32 patient has recurrent subclinical episodes of depression and hypomania. The
33 episodes in themselves do not reach sufficient severity or duration to merit a
34 diagnosis of a major depressive episode, but mood disturbance is a continuing
35 problem for the patient and interferes with everyday functioning. 'Softer' forms of
36 bipolar disorder have been proposed including recurrent depressive episodes with a
37 hyperthymic temperament and a family history of bipolar disorder (Akiskal *et al*,
38 2000), or recurrent depression with antidepressant-induced mania. However these
39 are not currently part of official diagnostic classifications.

40 **3.1.2        Symptoms and presentation**

41 *Depression*

CONFIDENTIAL
AZSER12779311

DRAFT FOR SECOND CONSULTATION

1   Although mania or hypomania are the defining characteristics of bipolar disorder,
2   throughout the course of the illness depressive symptoms are more common than
3   manic symptoms. Patients with bipolar disorder spend a substantial proportion of
4   time suffering from syndromal or subsyndromal depressive symptoms. The outcome
5   of a 12-year prospective longitudinal study, in which 146 patients with bipolar I
6   disorder completed weekly mood ratings, reported that depressive symptoms were
7   three times more common than manic or hypomanic symptoms (Judd *et al*, 2002).
8   Patients spent 32% of weeks with symptoms of depression. In a separate study
9   including 86 patients with bipolar II disorder this proportion was much higher at
10  50% (Judd *et al*, 2003). A study of 258 bipolar patients (three quarters of whom had
11  BP1 disorder) monitored for a year by the Stanley Bipolar Network with a Life Chart
12  , also found that the patients spent 32% of the time depressed and had on average 4
13  depressive episodes compared with about 10% of their time spent in manic (Post *et*
14  *al*, 2003). However the proportions of time spent depressed or manic were not
15  different between Bipolar I and II patients. It is also not clear whether these
16  observations extend to children or adolescents with bipolar disorder.
17
18  Major depressive episodes in bipolar disorder are similar to those experienced in
19  unipolar major depression. Patients suffer depressed mood and experience profound
20  loss of interest in activities coupled with other symptoms such as fatigue, weight loss
21  or gain, difficultly sleeping or staying awake, psychomotor slowing, feelings of
22  worthlessness, excessive guilt, and suicidal thoughts or actions. For patients
23  presenting with a first episode of depression it may not be possible to distinguish
24  between those who will go on to suffer recurrent unipolar depression and those who
25  will develop bipolar disorder. However, evidence suggests there are subtle
26  differences between bipolar and unipolar depression. In particular depression in the
27  course of bipolar disorder is more likely to show signs of psychomotor retardation,
28  to have melancholic features (such as feelings of worthlessness and marked
29  anhedonia), and to show features of atypical depression (such as hypersomnia and
30  weight gain) (Mitchell & Mahli, 2004). Patients experiencing a first episode of
31  depression who display these features and have a family history of bipolar disorder
32  may be at increased risk of developing bipolar disorder.
33
34  Subsyndromal depressive symptoms are common in patients with bipolar disorder
35  (especially those with bipolar II disorder) and are often associated with significant
36  interpersonal or occupational disability. The management of these chronic, low-
37  grade depressive symptoms is therefore of major importance, but is also a substantial
38  treatment challenge.
39
40  The risk of suicide is greatly elevated during depressive episodes. Approximately
41  17% of patients with bipolar I disorder and 24% of patients with bipolar II disorder
42  attempt suicide during the course of their illness (Rihmer & Kiss, 2002). Most suicide
43  attempts and most completed suicides occur in the depressed phase of the illness and
44  patients with bipolar II disorder are at especially high risk (Baldessarini *et al*, 2003).
45  Annually around 0.4% of patients with bipolar disorder will die by suicide which is
46  vastly greater than the international population average of 0.017% (Baldessarini &
47  Tondo, 2003). The standardised mortality ratio for suicide in bipolar disorder is
48  estimated to be 15 for men and 22.4 for women (Osby *et al*, 2001).
49
50  *Mania and Hypomania*

CONFIDENTIAL
AZSER12779332

DRAFT FOR SECOND CONSULTATION

1    The longitudinal study of bipolar symptomatology mentioned above reported that
2    patients with bipolar I disorder suffered syndromal or subsyndromal manic or
3    hypomanic symptoms approximately 9% of the time in 12 years (Judd et al, 2002). For
4    patients with bipolar II disorder approximately 1% of weeks were spent hypomanic
5    (Judd et al, 2003). Although mania is much less common than depression in those
6    with bipolar disorder, the extreme behaviours associated with it can be devastating
7    and patients with mania often require hospitalisation to minimise harm to self or
8    others. Patients in the acute manic phase exhibit expansive, grandiose affect, which
9    may be predominately euphoric or irritable. Accompanying symptoms may include
10   inflated self-esteem, decreased need for sleep without feeling tired, an urge to talk
11   incessantly, racing thoughts or ideas that are difficult to piece together into a
12   coherent whole, distractibility or poor concentration, increased drive to accomplish
13   (or initiate) projects, psychomotor restlessness, and impulsive risk-taking behaviour
14   with a high potential for negative consequences. As a result of these symptoms
15   patients suffer significant impairment to functioning.
16
17   The clinical presentation of mania is marked by several features (see vignette below).
18   To the observer a patient with mania may appear inappropriately dressed.
19   Equivalently they may appear unkempt or dishevelled. The person may find it hard
20   to stay still or remain seated and other forms of psychomotor restlessness may be
21   apparent such as excessive use of gestures or fidgeting. The person may talk
22   excessively and seek out others to talk to, which can, for example, result in long
23   phone calls and costly telephone bills. Although speech is largely coherent, it may be
24   pressured, faster, or louder than usual and difficult to interrupt. In severe forms of
25   mania flight of ideas can render speech incoherent and impossible to understand.
26   The person's manner may be inappropriately disinhibited, for example, over-familiar
27   or fractious and outspoken. Patients often describe increased productivity and
28   creativity during the early stages of mania which may feel satisfying and rewarding.
29   However, as the episode worsens severe distractibility, restlessness, and difficulty
30   concentrating can render task completion impossible. Patients often experience a
31   decreased need for sleep and begin sleeping less without feeling tired. After
32   prolonged periods with little or no sleep the individual can become physically
33   exhausted with no desire to rest. Appetite may also increase, although food intake
34   does not always increase to compensate. Libido may rise with increased interest in
35   sexual activity. This may culminate in risky sexual practices that can have disastrous
36   consequences for pre-existing relationships through infidelity, unwanted pregnancy,
37   or contraction of a sexually transmitted disease. In severe cases individuals may
38   develop psychotic symptoms such as grandiose delusions and mood-congruent
39   hallucinations – for example, the voice of God sending messages of special purpose.
40   Alternatively persecutory delusions may develop, but are usually consistent with a
41   general grandiose theme such as the belief that others are actively trying to thwart
42   the person's plans or remove their power. Insight is lost in mania – the individual is
43   unaware that their behaviour is abnormal and does not consider him or herself to be
44   in need of treatment. Clinical interventions may be seen as attempts to undermine
45   the person's esteem and power.
46
47   All the features reported in mania – except psychotic symptoms – can also occur in
48   hypomania to a less severe extent. Generally insight is preserved, although the
49   person may not feel in need of help. Increased productivity and decreased need for
50   sleep can be experienced as a positive enhancement of everyday functioning.
51   Hypomania is accompanied by a change in functioning that is not characteristic of

CONFIDENTIAL
AZSER12779333

DRAFT FOR SECOND CONSULTATION

1  the person when non-depressed and the change is noticed by others, but it is not
2  associated with marked impairment in social or occupational function. According to
3  the DSM-IV diagnostic criteria, symptoms must last at least 4 days to merit the
4  diagnosis of a hypomanic episode. However, there is considerable debate about how
5  long hypomanic symptoms should be present to merit a diagnosis of bipolar II
6  disorder (see section 3.4.2 below).

---

## Vignette of a 32-year-old male with mania

I first fell ill with rapid cycling bipolar disorder at the age of 19. At first, when manic, I felt 'on top of the world', much more sociable than normal and very active and self-confident. I'd have an 'up' of about nine days, followed by a 'down' for the same period. The same pattern would repeat itself with my mood swings becoming more and more extreme each time. Within a few months I was experiencing full-blown psychosis. When manic, I was euphoric. Everything was in overdrive. I would only sleep for an hour or two a night. I craved stimulation whether it was smoking, even though I'm a non-smoker, driving fast or listening to more and much louder music than was normal for me.

As I entered a manic cycle my thoughts would start to race. I'd develop delusions of grandeur. Suddenly everything seemed to revolve around me. I was the most important thing in the world. The most extreme manifestation of this was the religious delusions I experienced when psychotic. Despite not having a Christian upbringing, I came to secretly believe I was some sort of manifestation of Jesus Christ on a God-given mission. Wherever I looked I saw 'the face of God' staring out at me. For a while I was haunted by light switches with a screw either side of the switch representing the eyes and nose of a face.

And then, as sure as night follows day, everything would come crashing down after about nine days and I would plunge into a deep depression, in bed 18 hours a day. My thoughts became painfully sluggish and grossly distorted in a negative way. I felt suicidal and haunted by irrational self-doubts like the belief I was certain to end up homeless or that people thought I was a paedophile because I was standing outside a school.

---

11  In a mixed state symptoms of mania and depression occur simultaneously. In a full-
12  blown mixed episode criteria are met for a depressive episode and a manic episode
13  simultaneously. However, a mixture of manic and depressed symptoms may occur
14  without reaching full diagnostic criteria. For example, a patient may have racing
15  thoughts, agitation, overactivity and flight of ideas, but feel worthless, guilty and
16  suicidal. The patients with bipolar I disorder who took part in the 12-year
17  longitudinal study mentioned previously spent an average 6% of weeks in a mixed
18  or cycling state (where polarity of episode was changing and symptoms of both were
19  present) (Judd et al, 2002). For patients with bipolar II disorder the proportion was
20  just over 2% (Judd et al, 2003). It is estimated that approximately two thirds of
21  patients will suffer a mixed episode at some point in their illness (Mackin & Young,
22  2004). A study of 441 patients with bipolar disorder reported that subclinical mixed
23  episodes are common – with 70% of those in a depressed episode showing clinically
24  significant signs of hypomania, and 94% of those with mania or hypomania showing
25  significant depressive symptoms (Bauer et al, 2005). Sub-threshold mixed episodes
26  were more than twice as prevalent as threshold mixed episodes. The combination of
27  morbid, depressed affect with overactivity and racing thoughts makes mixed states a
28  particularly dangerous time for people with bipolar disorder.

CONFIDENTIAL
AZSER12779334

DRAFT FOR SECOND CONSULTATION

1
2      *Cycle Frequency*

3      There is a large amount of variation in how often patients suffer mood episodes and
4      no criteria exist to define 'normal' cycle frequency. Some patients have discrete
5      episodes that occur rarely (for example, no more than one episode per year) with full
6      recovery in between, others experience episodes more often, and some may fail to
7      fully recover between episodes. A subset of patients suffers from rapid cycling
8      bipolar disorder, which is defined as the experience of at least four syndromal
9      depressive, manic, hypomanic, or mixed episodes within a twelve month period.
10     Ultra-rapid and ultra-ultra-rapid (or ultradian) cycling variants have also been
11     identified, in which mood fluctuates markedly from week to week or even within the
12     course of a single day (Kramlinger & Post, 1996). Whether the differentiation of
13     subtypes of rapid cycling is of clinical significance is currently not known. A review
14     of the last 30 years of research on rapid versus non-rapid cycling indicated
15     differences in illness course and prognosis (Mackin & Young, 2004) and reports
16     suggest the distinction is of value as a course modifier (Maj *et al*, 1994; Maj *et al*,
17     1999). Patients with a rapid cycling illness course tend to be more treatment resistant,
18     suffer a greater burden of depressive episodes, and have a higher incidence of
19     substance abuse. A recent study in a sample of 456 bipolar probands identified 91
20     (20%) patients with a rapid cycling illness, who, in comparison to those without
21     rapid cycling, suffered more severe mood symptoms and a greater degree of
22     functional impairment (Schneck *et al*, 2004). Further data from this cohort suggests
23     rapid cycling is not more common in females than males (Baldassano *et al* 2005) as
24     had been indicated by previous studies in smaller samples.
25

26     ## 3.2   Incidence and prevalence

27     Community-based epidemiological studies consistently report the lifetime
28     prevalence of bipolar I disorder to be approximately 1% (based on DSM-III-R, or
29     DSM-IV criteria). A review of epidemiological surveys in six non-European countries
30     reported that the lifetime rate of bipolar I disorder ranged from 0.3% to 1.5%
31     (Weissman *et al*, 1996). Rates reported in European studies have varied more widely
32     from 0.1% to 2.4% (Faravelli *et al*, 1990; Pini *et al*, 2005; Szadoczky *et al*, 1998; ten
33     Have *et al*, 2002; Regeer *et al*, 2004). A recent study in Australia reported a lifetime
34     prevalence 2.5% (Goldney *et al*, 2005). Estimates of the lifetime prevalence of bipolar
35     II disorder vary more widely due to differences in diagnostic practices both over
36     time and geography. One early American study estimated the lifetime risk of bipolar
37     II disorder to be approximately 0.6% (Weissman & Myers, 1978), whereas more
38     recent studies have suggested a lifetime prevalence of between 5.5%-10.9% for more
39     broadly-defined bipolar II disorder (Angst, 1998; Angst *et al*, 2003). European studies
40     have produced more conservative prevalence estimates of between 0.2%-2.0%
41     (Faravelli, *et al*, 1990; Szadoczky, *et al*, 1998).
42

43     *Age at onset*

44     Bipolar disorder has a fairly early age of onset, with the first episode usually
45     occurring before the age of 30. In the review of epidemiological surveys mentioned
46     previously, the mean age at onset reported by each of the six studies ranged from
47     17.1-29 years, with a peak in onset rate occurring between the ages of 15 and 19 years

CONFIDENTIAL
AZSER12779335

DRAFT FOR SECOND CONSULTATION

| | |
|---|---|
| 1 | (Weissman *et al*, 1996). A large retrospective study of patients with bipolar disorder |
| 2 | reported that there was an average 8 years' delay from a patient's first recollected |
| 3 | mood episode to receiving a diagnosis of bipolar disorder (Mantere *et al*, 2004). |
| 4 | Affective or functional changes occurring prior to the development of bipolar |
| 5 | disorder have not been studied systematically. One study provided some evidence of |
| 6 | prodromal mood disturbance in patients who went on to develop bipolar disorder, |
| 7 | however could not distinguish between patients who went on to develop a different |
| 8 | psychiatric disorder (Thompson *et al*, 2003).  While most episodes of bipolar disorder |
| 9 | first present by 30 years of age bipolar disorder can present later in life. Late onset |
| 10 | bipolar disorder is characterised by a reduced family history of psychiatric disorder, |
| 11 | greater medical comorbidities and a greater incidence of subsequent neurological |
| 12 | problems. Late onset bipolar disorder may also show a greater latency between the |
| 13 | initial depressive episode and subsequent manic episode. |
| 14 | |
| 15 | *Gender* |
| 16 | Bipolar I disorder occurs approximately equally in both sexes (Lloyd *et al*, 2005). The |
| 17 | symptom profile may differ between men and women, particularly there is some |
| 18 | evidence that women tend to experience more episodes of mixed or dysphoric mania |
| 19 | than men (Arnold *et al*, 2000). There is disputed evidence that bipolar II disorder is |
| 20 | more common in females than males. Recent data from a large sample of patients |
| 21 | with bipolar disorder found a significantly higher incidence of bipolar II disorder in |
| 22 | women (29.0%) than men (15.3%) (Baldassano *et al*, 2005). In a general population |
| 23 | survey using DSM-III-R criteria (which require a minimum of 4-days hypomanic |
| 24 | symptoms for a hypomanic episode) there was no reported gender difference in the |
| 25 | prevalence of bipolar II disorder (Szadoczky *et al*, 1998). However, a population |
| 26 | study using broader criteria for bipolar II disorder not requiring this minimum |
| 27 | duration found a one-year prevalence rate for hypomania of 7.4% in females and |
| 28 | only 2.7% in males (Angst *et al*, 2003). |
| 29 | |
| 30 | *Ethnic Minorities* |
| 31 | There is evidence of an increased incidence of bipolar disorder in people from black |
| 32 | and minority ethnic groups.  The recent Aesop Study (Lloyd *et al*, 2005) which |
| 33 | reported on the incidence of bipolar affective disorder in 3 cities in the United |
| 34 | Kingdom reported a higher incidence amongst black and minority ethic groups than |
| 35 | in a comparable white population and this finding is consistent with other UK based |
| 36 | studies (Leffe *et al*l 1976 Van Oss *et al*l 1996). The evidence for the increased incidence |
| 37 | of bipolar disorder in minority ethnic groups is similar to that for Schizophrenia.  In |
| 38 | addition to the increased prevalence of bipolar disorder in black and minority ethnic |
| 39 | group there is also evidence of differences in the manner of presentation.  Kennedy *et* |
| 40 | *al*, (2004) in an epidemiological study of first presentations of bipolar disorder in the |
| 41 | UK which compared, African and Afro-Caribbean groups with white Europeans |
| 42 | suggested that African and Afro-Caribbeans were more likely to present with a first |
| 43 | episode of mania (13.5% versus 6%,).   African and Afro-Caribbeans group were also |
| 44 | more likely to present with severe psychotic symptoms when first presenting with |
| 45 | mania.  A study in the United States looking at the experience of African Americans |
| 46 | with bipolar disorder (Kupfer *et al* 2005) reported that Afro-Caribbeans were more |
| 47 | likely to be hospitalised than Caucasians (9.8% versus 4.4%) and have a higher rate of |
| 48 | attempted suicide (64% versus 49%).  Another American study, from the Veterans' |
| 49 | Administration Health Care System (Kilbourne *et al* 2005), looked at the clinical |

CONFIDENTIAL
AZSER12779336

DRAFT FOR SECOND CONSULTATION

1  presentations of people from minority ethnic groups with bipolar disorder.  Again
2  this confirmed a picture of increased number of psychotic episodes (37% versus 30%)
3  along with increased use of cocaine or alcohol abuse.  They also reported that people
4  form black and minority ethnic groups were more likely to be formally admitted to
5  hospital.
6
7   The mechanisms underlying this increased prevalence and increased rates of mania
8  and potential drug abuse amongst patients presenting with bipolar disorder services
9  are not well understood, although it has been suggested that social exclusion and
10  lack of social support may be important factors (Bentall, 2004; Leff, 2001).  However,
11  it is possible that many of the features described above may be associated with later
12  presentation of the disorder resulting, in part, from the difficulties that people from
13  black and minority ethnic groups have in accessing services.  Kennedy *et al*, 2004,
14  also raised the possibility that the nature of the problems on initial presentation may
15  contribute to greater diagnostic difficulties and the possibility that people from black
16  and minority ethnic groups may be seen as suffering from schizoaffective or other
17  schizophrenia spectrum disorders rather than bipolar disorder.
18
19  Although there is now reasonable evidence to show an increased incidence and
20  difference in the style of presentation of people from black and minority ethnic
21  groups to services there is little evidence on the outcomes of treatment interventions
22  for people from black and minority ethnic groups.  An important conclusion to be
23  drawn from the evidence so far is collected concerning the experience people from
24  black and minority ethnic groups with bipolar disorder is that services ought to be
25  more available and accessible. This may present a particular challenge for first
26  episode psychosis services currently being developed in the English healthcare
27  system (Department of Health 2002) More immediately the evidence suggested that
28  clinicians responsible for the assessment and provision of services with people with
29  serious mental illness should be aware of the increased incidence of bipolar disorder
30  in black and minority ethnic groups and also that the presentation is more likely to
31  be accompanied by mania, possible psychotic symptoms and associated suicidal
32  behaviour.
33
34  *Treatment of people with learning difficulties with bipolar*

35  Findings indicate that people with intellectual disability are at high risk of
36  developing comorbid serious mental illness, including bipolar disorder. Dual
37  diagnosis is however, often overlooked due to difficulties associated with
38  establishing a diagnosis of a mental disorder in people with an intellectual disability,
39  a problem which is heightened when the individual's capacity to participate in a
40  clinical assessment is limited. (White *et al*, 2005). For example, until recently, it
41  recently, it was considered that Down's syndrome precluded a diagnosis of mania, or
42  gave rise to an atypical presentation (Cooper & Collacot, 1993). This has however,
43  been shown not to be the case and the clinical features of mania are noted to be
44  similar to those previously described in individuals with learning difficulties due to
45  other causes. However it has been suggested that rapid cycling bipolar affective in
46  people with learning difficulties may differ from non-learning difficulty populations
47  in terms of a relative preponderance of males, and a potentially different response to
48  medication (Vanstraelen & Tyrer, 1999). Given the uncertainty around treatment
49  options the most important point though is the disorder is appropriately recognised
50  in the learning difficulty population and treated effectively

CONFIDENTIAL
AZSER12779337

DRAFT FOR SECOND CONSULTATION

1
2   **Clinical Practice Recommendation**

3   3.2.1.1   For people with bipolar disorder who have learning difficulties, including
4   those under 18 years of age, healthcare professionals should ensure that
5   they receive the same care as others, in particular taking into account
6   interactions with concomitant medication.

7   *Rapid Cycling*

8   Estimates of the prevalence of rapid cycling within bipolar I and II disorders have
9   ranged from 13-56% depending on the definition of rapid cycling used, but most
10  studies suggest approximately 20% (Mackin & Young, 2004). Although previous
11  studies suggested a strong association between rapid cycling and female gender
12  reporting that more than two-thirds of those with a rapid cycling illness were women
13  (Bauer *et al*, 1994; Schneck *et al*, 2004), a more recent large study reported an equal
14  prevalence in both sexes (Baldassano *et al*, 2005). The index episode tends to be
15  depression in those with a rapid cycling course and the clinical picture is dominated
16  by depressive symptoms and episodes (Calabrese *et al*, 2001). As such, several
17  studies have documented that rapid cycling is more common in bipolar II disorder,
18  however recent investigations in large samples followed longitudinally for several
19  years have suggested it is equally prevalent in bipolar I and II disorders (Kupka *et al*,
20  2005; Schneck *et al*, 2004). In general, rapid cycling is associated with an earlier age of
21  onset, greater severity of symptoms, and treatment resistance (Coryell *et al*, 2003).

22  ## 3.3   Aetiology

23  Despite its long history, little is known about what causes bipolar disorder. Recent
24  research efforts have concentrated on identifying possible biological underpinnings
25  of the disorder including genetic components, neurohormonal abnormalities and
26  structural brain differences. Explanations in terms of psychosocial factors were
27  mainstream in the 19th century, but more recently have largely given way to
28  biological theories. However, as of yet there is no overarching explanation and the
29  heterogeneous clinical presentation of bipolar disorder suggests that a number of
30  different mechanisms are involved.

31  **3.3.1          Genetics**

32  Affective disorders often cluster in families indicating that they may have a heritable
33  basis. Evidence from a number of different sources has identified a high heritable
34  component to bipolar disorder suggesting a potentially large genetic contribution to
35  the illness. However, the inheritance pattern is not simple and is not consistent with
36  a single gene model of bipolar disorder. Instead it is likely that many genes are
37  involved which convey susceptibility to a spectrum of psychiatric illnesses. There
38  may also be genes that reduce the risk of developing bipolar disorder. No specific
39  genes have been identified, but several areas of the genome are being investigated.
40
41  *Familial inheritance studies*

42  Family studies report that first degree relatives of an individual with bipolar
43  disorder face a lifetime risk of developing the illness 5-10 times greater than the
44  general population (Craddock & Jones 2001). However, they also face approximately

CONFIDENTIAL
AZSER12779338

DRAFT FOR SECOND CONSULTATION

1  double the risk of developing unipolar major depression suggesting the two
2  disorders may share some degree of genetic susceptibility.
3
4  Studies in monozygotic and dizygotic twins where at least one twin is affected by
5  bipolar disorder provide further support for genetic transmission. Monozygotic co-
6  twins of bipolar probands face a 40-70% risk of developing bipolar disorder and the
7  concordance rate of approximately 60% is markedly higher than that for dizygotic
8  twins (Craddock & Jones, 1999). The difference in concordance rates between
9  monozygotic and dizygotic twins can be used to estimate the size of the genetic
10  contribution to the illness. The largest twin study investigating heritability to date
11  reported a heritability estimate of 85%, suggesting almost all of the variance in
12  diagnosis of bipolar disorder was accounted for by genetic factors (McGuffin *et al*,
13  2003). However, the concordance rate for monozygotic twins is not 100%, which
14  leaves room for environmental influences. McGuffin *et al* (2003) found that non-
15  shared environmental influences accounted for the remaining 15% of variance and
16  the influence of shared family environment was negligible.
17
18  *Linkage studies*
19  Attempts to identify candidate genes using families with multiple cases of bipolar
20  disorder have suggested several potential areas of interest including 4p16, 12q23-q24,
21  16p13, 21q22 and Xq24-q26 (Craddock & Jones, 2001). More recently McQueen *et al*
22  (2005) reported on the combined analysis of eleven linkage studies (comprising 5179
23  individuals from 1067 families) and established significant linkage on chromosomes
24  6q and 8q. Using a sibling pair genome-wide scan approach Lambert *et al* (2005) have
25  confirmed evidence of linkage between bipolar disorder and the chromosomal
26  region 6q16-q21 but also showed linkage at 4q12-q21 an area of interest on the
27  genome reported by Craddock & Jones (2001). As can be seen, studies to date have
28  identified broad areas of the genome rather than specific genes so much work
29  remains before this research can have clinical utility.
30
31  *Association studies*
32  Using groups of unrelated individuals with bipolar disorder and appropriately
33  matched control groups, association studies have attempted to identify genes that
34  occur more commonly in affected individuals than unaffected individuals. This
35  method has identified the gene for catechol-O-methyl transferase (COMT), an
36  enzyme involved in the breakdown of catecholamines, as a potential course-modifier
37  in bipolar disorder (Craddock & Jones, 2001). In patients with bipolar disorder, those
38  with the low-activity version of the gene are significantly more likely to have rapid
39  cycling bipolar disorder. However, the gene itself occurs equally often in people with
40  and without bipolar disorder, therefore it is not a candidate susceptibility gene.
41
42  Increasing evidence suggests an overlap in genetic susceptibility across the
43  classification systems that separated psychotic disorders into schizophrenia and
44  bipolar disorder with association findings at several loci (Craddock *et al*, 2005).
45  Identification of susceptibility genes may have a major impact on our understanding
46  of pathophysiology and lead to changes in classification and perhaps management.

CONFIDENTIAL
AZSER12779339

DRAFT FOR SECOND CONSULTATION

1  **3.3.2          Neurohormonal Abnormalities**

2  Much attention recently has focussed on the role of the endocrine system in mood
3  disorders. Interest has centred on two biological systems: the hypothalamic-
4  pituitary-adrenal (HPA) axis, one of the major hormonal systems activated during
5  stress, and the hypothalamic-pituitary-thyroid (HPT) axis.

6

7  *Hypothalamic-Pituitary-Adrenal (HPA) axis dysfunction*

8  In response to stress, neurons in the hypothalamus secrete the chemical messenger
9  corticotrophin releasing hormone (CRH) to the anterior pituitary gland to stimulate
10  the production of adrenocorticotropic hormone (ACTH) which in turn stimulates the
11  adrenal glands to produce coritsol. Cortisol influences immune system function, has
12  a potent anti-inflammatory action and is a major regulator of the physiological stress
13  response. Importantly, it provides negative feedback to the hypothalamus which
14  shuts down the stress response and eventually returns cortisol to normal, pre-stress
15  levels. One of the most consistent findings in depression (especially psychotic
16  depression) is a marked elevation in cortisol levels, which is suggestive of a
17  dysfunctional HPA axis. More sensitive tests of HPA axis function have been
18  developed in which the response of the system to a pharmacological challenge is
19  measured. If the negative feedback system is functioning normally, cortisol
20  production should be suppressed in response to a drug which blocks the
21  corticosteroid receptors in the hypothalamus. A number of studies have reported
22  abnormalities in this system in patients with bipolar disorder which are consistent
23  with reduced HPA axis feedback (Rybakowski& Twanrdowska, 1999; Schmider *et al*,
24  1995; Watson *et al*, 2004). Chronically elevated levels of cortisol can have deleterious
25  consequences, including effects on mood and memory. Interestingly, signs of HPA
26  axis dysfunction have been observed in all stages of bipolar illness, including during
27  remission. Such dysfunction could underlie susceptibility to future episodes and
28  account for the often chronic course of bipolar disorder.

29  *Hypothalamic-Pituitary-Thyroid (HPT) axis and rapid cycling*

30  The HPT axis is also of interest in bipolar disorder, particularly in the genesis of
31  rapid cycling. Abnormalities of thyroid function are noted in patients with
32  depression and mania. Subclinical hypothyroidism is seen in a significant proportion
33  of patients with treatment resistant depression. Along with evidence of mild
34  hypothyroidism, patients in the manic state may show reduced responsiveness of the
35  pituitary gland to the chemical messenger thyrotropin-releasing hormone which
36  stimulates activity of the thyroid gland. Approximately 25% of patients with rapid
37  cycling bipolar disorder have evidence of hypothyroidism, which contrasts with only
38  2-5% of depressed patients in general (Muller, 2002). Since thyroid hormones have
39  profound effects on mood and behaviour, dysfunction in the HPT axis could explain
40  some of the presenting symptoms of patients with bipolar disorder.

41  **3.3.3          Structural brain differences**

42  In comparison to work in schizophrenia, there have been relatively few studies
43  investigating structural brain differences in patients with bipolar disorder and
44  findings have been contradictory. A major review of neuroanatomical studies in
45  bipolar disorder reported some evidence of enlarged ventricles and abnormalities in
46  the frontal and temporal lobes in at least a subpopulation of patients (Bearden *et al*,
47  2005). An excess of white matter lesions has also been reported (Altshuler, 1995) and

CONFIDENTIAL
AZSER12779340

DRAFT FOR SECOND CONSULTATION

1   one study reported that the number of white matter lesions correlated negatively
2   with functional outcome (Moore *et al*, 2001). Although the hope in identifying a
3   neuroanatomical profile of bipolar disorder is to develop an understanding of
4   neurodevelopmental or genetic contributions to the illness, it is currently unknown
5   whether differences are the cause or consequence of affective disorder. Interestingly,
6   neuroimaging in the unaffected first degree relatives of bipolar probands has
7   identified grey matter deficits that correlated with the degree of genetic risk of
8   developing the disorder (McDonald *et al*, 2004). This suggests that structural brain
9   differences are present before illness onset. However, it is yet to be understood how
10  or whether these differences contribute to observed symptoms.

11  **3.3.4        Psychosocial influences**

12  Although the current mainstream view is that biological factors are of primary
13  importance in bipolar disorder, a number of psychosocial influences have been
14  identified that may be relevant to understanding illness course or a particular
15  individual's presentation. Antecedent factors, such as childhood maltreatment, may
16  act as predisposing factors for developing the disorder, whereas concurrent factors
17  such as social class, social support, and self-esteem may act as course modifiers or
18  precipitants for episodes.
19
20  A potential role for psychosocial stressors in both the aetiology and exacerbation of
21  acute episodes has been identified in bipolar disorder. Prolonged psychosocial
22  stressors during childhood, such as neglect or abuse, are associated with HPA axis
23  dysfunction in later life which may result in hypersensitivity to stress. In future years
24  such dysregulation may predispose an individual to affective disturbance, and those
25  who develop bipolar disorder may experience an earlier age at onset, increased rates
26  of self-harm and psychotic symptoms. Likewise acutely stressful life situations and
27  hostility or criticism in a family may trigger episodes in those with an established
28  illness. The degree of negative emotionality expressed by close family members
29  (termed expressed emotion, or EE) has been shown to predict future depressive
30  episodes in patients with bipolar disorder (Yan *et al*, 2004) and levels of depressive
31  and manic symptoms (Kim & Miklowitz, 2004; Miklowitz *et al*, 2005). The high
32  prevalence of bipolar disorder in ethnic minority groups, as demonstrated in recent
33  studies in the UK (Lloyd *et al*, 2005), may relate to the psychosocial stressors of social
34  isolation and lack of social support often experienced by these groups (Bentall, 2004;
35  Leff, 2001).
36
37  Traumatic experiences in childhood have been associated with the development of
38  comorbid post traumatic stress disorder (PTSD) in patients with bipolar disorder in
39  adult life (Goldberg & Garno, 2005). It is estimated that 16% of patients with bipolar
40  disorder also have PTSD, the development of which is associated with greater
41  exposure to trauma, higher levels of neuroticism, lower social support and lower
42  social class (Otto *et al*, 2004). A study of the impact of childhood abuse on the illness
43  course of adult male patients with bipolar disorder found that those who reported
44  both sexual and physical abuse had higher rates of current PTSD and lifetime alcohol
45  misuse disorders, a poorer level of social functioning, a greater number of lifetime
46  depressive episodes and an increased likelihood of at least one suicide attempt
47  (Brown *et al*, in press).
48

CONFIDENTIAL
AZSER12779341

DRAFT FOR SECOND CONSULTATION

1   Theories of the psychology of bipolar disorder have identified factors such as self-
2   esteem and explanatory style that may contribute to mood symptoms. The manic
3   defence hypothesis, explained the appearance of manic symptoms as a defence
4   against destroying thought patterns associated with depression and anxiety. The
5   ascent into feelings of omnipotence and triumph were thought to overcompensate
6   for feelings of worthlessness which were seen as the backdrop to the manic
7   syndrome. This formulation suggests there is a degree of fragility to the manic state
8   and evidence of negative self-concept or thinking styles should be evident in both
9   patients with mania and remitted patients. There is evidence that patients with
10  bipolar disorder have a negative self-concept, highly variable self-esteem and
11  increased drive even during the remitted state (Winters & Neale, 1985; Lyon *et al*,
12  1999; Bentall *et al*, in press). Studies using implicit or disguised measures of
13  explanatory style have found that remitted patients tend to attribute negative
14  outcomes to themselves, but positive outcomes to others – a thinking style typical of
15  patients with depression (Winters & Neale, 1985; Lyon *et al*, 1999). However, this
16  may be better understood as chronic low-grade depression due either to the
17  debilitating aspects of the illness or due to the physiological processes outlined above
18  rather than as the underlying fuel for mania. Nonetheless, psychological theories of
19  bipolar disorder may help observers understand some of the ideas and beliefs held
20  by those suffering from mania.

21  ## 3.4   Diagnosis of adults

22  ### 3.4.1        Criteria for diagnosis
23  Both the DSM-IV and ICD-10 outline diagnostic criteria for bipolar disorder,
24  however the two criteria sets are not identical. Crucial differences centre on the
25  number of episodes required for a diagnosis and the distinction between bipolar I
26  and II disorders.
27
28  *DSM-IV*
29  Full criteria for manic, hypomanic, depressed and mixed episodes are outlined in
30  Box 1.
31
32          Box 1 DSM-IV criteria for a manic episode
33
34
35          AWAITING PERMISSION TO REPRODUCE DSM-IV
36
37
38
39
40
41
42
43
44
45
46
47

CONFIDENTIAL
AZSER12779342

DRAFT FOR SECOND CONSULTATION

1
2
3
4
5    DSM-IV recognises a spectrum of bipolar disorders consisting of bipolar I disorder,
6    bipolar II disorder and cyclothymia. A diagnosis of bipolar I disorder requires the
7    experience of at least one manic or mixed episode. Frequently sufferers will have
8    experienced one or more depressed episodes, but this is not required for a diagnosis.
9    The type of current or most recent mood episode can be specified as hypomanic,
10   manic, depressed, or mixed. The severity of the episode should be classified as mild,
11   moderate, severe without psychotic features, severe with psychotic features, in
12   partial remission, in full remission, with catatonic features, or with postpartum onset.
13
14   A diagnosis of bipolar II disorder requires the experience of at least one major
15   depressive episode and at least one hypomanic episode. Any history of manic or
16   mixed episodes rules out a diagnosis of bipolar II disorder. Mood specifiers are the
17   same as for bipolar I disorder.
18
19   Cyclothymia describes a chronic disturbance of mood consisting of a number of
20   periods of depression and hypomania, none of which meets full criteria for a major
21   depressive or hypomanic episode. The fluctuating mood should have lasted at least
22   two years (one year in children and adolescents) and must be the source of
23   significant functional impairment.
24
25   *ICD-10*
26   Full criteria for manic, hypomanic, depressed and mixed episodes are outlined in
27   Box 2.
28
29
30
31   **Box 2 ICD-10 criteria for a manic episode**
32   AWAITING PERMISSION TO REPRODUCE ICD-10
33
34
35
36
37
38
39
40
41
42
43
44   A diagnosis of bipolar affective disorder requires the experience of at least two mood
45   episodes, one of which must be manic or hypomanic. Unlike DSM-IV, a single
46   episode of mania does not merit a diagnosis of bipolar disorder until another mood
47   episode (of any type) is experienced. Episodes can be specified as hypomanic, manic
48   without psychotic symptoms, manic with psychotic symptoms, mild or moderate
49   depression, severe depression without psychotic symptoms, severe depression with
50   psychotic symptoms, mixed, or in remission.

CONFIDENTIAL
AZSER12779343

DRAFT FOR SECOND CONSULTATION

1    **3.4.2         Diagnostic issues**

2    *Hypomania*

3    A matter of considerable and ongoing debate in bipolar disorder is the definition of
4    hypomania. In both DSM-IV and ICD-10 the diagnosis of a hypomanic episode
5    requires symptoms of hypomania to last for at least four days, which was reduced
6    from the seven days required by earlier versions. Those who have hypomanic
7    symptoms lasting between one to three days can be diagnosed with 'bipolar disorder
8    not otherwise specified'. However, short-lived periods of hypomania may go
9    unnoticed (especially if their absence from official diagnostic nomenclature means
10   they are not enquired about), yet still be an indicator of bipolar illness. A
11   longitudinal prospective study of a community cohort of individuals at high risk of
12   developing psychopathology identified no differences between those who
13   experienced hypomanic symptoms for less than four days versus those who had
14   episodes of four days or longer with respect to the number of hypomanic symptoms
15   experienced, previous diagnosis or treatment of depression and family history of
16   depression (Angst *et al*, 2003). In a similar vein, the same study concluded that the
17   core feature of hypomania should be overactivity rather than mood change, as
18   hypomanic episodes often occur without associated elation or grandiosity. Reducing
19   the length criterion for hypomanic episodes would increase lifetime prevalence
20   estimates of bipolar II disorder to approximately 11%, but arguably would identify
21   more unipolar depressed patients with subtle signs of bipolarity. There are problems
22   with establishing satisfactory inter-rater reliability in these assessments and the
23   clinical utility of such a diagnostic change in terms of treatment outcome has yet to
24   be established.

25

26   *Clinical Practice Recommendations*

27   *Assessment in primary care*

28   3.4.2.1  Primary care clinicians should normally refer patients with suspected bipolar
29            disorder for a specialist mental health assessment and development of a
30            care plan, if either of the following are present:

31            •   three or more recurrent depressive episodes in the context of a history of
32                overactive, disinhibited behaviour, or

33            •   periods of overactive, disinhibited behaviour lasting at least 4 days with
34                or without periods of depression.

35   3.4.2.2  Primary care clinicians should urgently refer patients with mania or severe
36            depression who are a danger to themselves or other people.

37   3.4.2.3  For all patients with existing bipolar disorder in primary care who are newly
38            registered with a practice consideration should be given to a referral for
39            assessment by specialist mental health services, including the development,
40            where appropriate, of a care plan.

41   3.4.2.4  When a patient with bipolar disorder is managed solely in primary care, an

CONFIDENTIAL
AZSER12779344

DRAFT FOR SECOND CONSULTATION

1    urgent referral to secondary care services should be made:

2    • where there is an acute exacerbation of symptoms in particular, the
3       development of mania or severe depression

4    • where there is an increase or change in the degree of risk to self or
5       others.

6    3.4.2.5  When a patient with bipolar disorder is managed solely in primary care
7           consideration for a review by secondary care services or increased contact in
8           primary care may be indicated:

9    •   where there is a significant decline in fucntioning or a poor
10       response to treatment

11   •   where treatment adherence is a problem

12   •   where co-morbid substance misuse is suspected

13   •   if the patient is considering stopping prophylactic medication
14       following a period of relatively stable mood.

15   *Assessment in secondary care*

16   3.4.2.6  In the assessment of suspected bipolar disorder healthcare professionals
17           should:

18   •   take a full history from the patient including family history, a review
19       of all previous episodes and any symptoms between episodes

20   •   assess the patient's symptom profile, triggers to previous episodes,
21       social and personal functioning, comorbidities including substance
22       use and abuse, anxiety, risk, physical health, and current psychosocial
23       stressors

24   •   obtain a corroborative history within the bounds of confidentiality

25   •   consider the use of formal criteria such as completion of self-rating
26       scales such as the Mood Disorder Questionnaire.

27   3.4.2.7  Before diagnosing rapid cycling bipolar disorder, healthcare professionals
28           should check alternative explanations for the symptoms including physical
29           health problems such as thyroid disease, antidepressant-induced switching,
30           sub-optimal medication regimes, the effects of lithium withdrawal, and
31           erratic compliance. They should also consider initiating a period of
32           longitudinal self and/or carers' assessment of mood for at least a year.

33   **Special considerations for older people in secondary care**

34   3.4.2.8  When determining the most appropriate care for an older adult with bipolar

CONFIDENTIAL
AZSER12779345

DRAFT FOR SECOND CONSULTATION

1  disorder (usually aged over 65 years) consideration should be given to the
2  involvement of specialist old-age psychiatry services when:

3  •   An existing patient of adult mental health services develops
4      significant comorbid physical health and/or cognitive problems.

5  •   A new referral who has not previously been in contact with
6      general adult psychiatry services or has had no contact with services
7      for a significant period of time (usually 2 or more years) presents to
8      services.

9  **3.4.3    Distinguishing bipolar disorder from other diagnoses**

10  The manic stage of bipolar disorder may resemble other conditions and care should
11  be taken during assessment to rule out other possible diagnoses.

12  *Cyclothymia*

13  Careful attention to illness history and duration of episodes is necessary to
14  differentiate bipolar II disorder from cyclothymia. Both disorders are associated with
15  mild manic symptoms, but in cyclothymia these do not meet full criteria for a
16  hypomanic episode. In practice, it may be very difficult to differentiate the two
17  disorders without monitoring the condition for a long period of time and gathering
18  information from other sources such as family members.

19  *Schizophrenia and schizoaffective disorder*

20  In the acute stages mania resembles schizophrenia. Between one tenth and one fifth
21  of manic patients exhibit classic signs of schizophrenia and both disorders can
22  involve severe psychotic symptoms such as thought disorder, delusions and
23  hallucinations. Typically however, the delusions and hallucinations in mania are less
24  stable than those in schizophrenia, the content of them is usually congruent or in
25  keeping with the mood of the patient, and auditory hallucinations may be in the
26  second rather than the third person. Sometimes the content of delusions and
27  hallucinations are mood incongruent and auditory hallucinations are in the third
28  person like schizophrenia. Bipolar disorder is more likely if the individual has
29  previously experienced episodes of depression, hypomania or mania, or has a family
30  history of bipolar disorder. Individuals with predominately psychotic symptoms
31  who also suffer affective disturbance may be more appropriately diagnosed with
32  schizoaffective disorder, although this may be difficult to distinguish from a severe
33  form of bipolar disorder. The diagnosis of bipolar disorder should be employed
34  when there are clear cut episodes of mania and depression, and there are no
35  psychotic symptoms lasting for more than two weeks before or after the symptoms
36  of a mood episode have resolved. Schizoaffective disorder should be used when
37  there is at least one episode when psychotic symptoms dominated the clinical picture
38  and mood symptoms were fleeting, or the psychotic symptoms persisted for more
39  than two weeks without the presence of any mod symptoms.

40  *Substance misuse*

41  Manic-like symptoms can be the result of using stimulant drugs such as cocaine,
42  khat, ecstasy or amphetamine. Typically symptoms dissipate within seven days after
43  the substance is withdrawn, whereas manic symptoms last much longer. Since
44  substance misuse is a common comorbidity in bipolar disorder (see section 3.4.5),

CONFIDENTIAL
AZSER12779346

DRAFT FOR SECOND CONSULTATION

1 differentiating mania from the effects of substance misuse can be problematic. There
2 must be a clear history of stimulant drug use preceding any manic symptoms with
3 no previous history of manic, hypomanic or mixed episodes not preceded by
4 stimulant drug use. Urine screening may be necessary to rule out the use of illicit
5 substances.

6 *Organic brain syndromes*

7 Certain types of organic pathology can present with disinhibited, manic-like
8 behaviour. Progressive frontal lobe dementia, cerebrovascular insult, encephalitis,
9 epilepsy, demyelinating white matter lesions such as those seen in multiple sclerosis
10 and HIV infection, and space-occupying lesions can all produce affective disturbance
11 that may be difficult to differentiate from a non-organic mood disorder. In patients
12 with a late-onset disorder who have shown no previous signs of affective illness, the
13 possibility of organic pathology should be fully investigated. Thorough cognitive
14 assessment may indicate cognitive disturbances consistent with an organic disorder.
15 Family history of affective disorder, dementia, cerebral tumour, or medical illnesses
16 that increase the risk of cerebrovascular events may jointly inform a diagnosis.
17 Organic pathology should be investigated in patients who have developed the illness
18 only after suffering a significant head injury.

19 *Metabolic disorders*

20 Occasionally hyperthyroidism, Cushing's disease, Addison's disease, vitamin B12
21 deficiency and dialysis can cause manic symptoms. In all these instances, the medical
22 problem must precede the onset of the manic symptoms which resolve within a week
23 or so of the effective treatment of the underlying medical disorder.

24 *Iatrogenic causes*

25 Medications such as corticosteroids (especially in high doses), L-Dopa, prescribed
26 stimulants such as methylphenidate, can cause manic-like symptoms. Close attention
27 to the time course of the development of affective symptoms could indicate whether
28 prescribed medications were a precipitant.
29
30 **Clinical Practice Recommendation**

31 3.4.3.1  When considering a diagnosis of bipolar disorder healthcare professionals
32           should take into account that:

33    •    more pronounced psychotic symptoms, increased suicidal ideation,
34         drug misuse, or more disturbed behaviour may be symptoms of a later
35         presentation of bipolar disorder and not of a schizophrenia spectrum
36         disorder. This may be particularly important when assessing patients
37         from black and minority ethnic groups who may have difficulty
38         accessing services

39    •    drug and/or alcohol abuse may induce manic-like symptoms (in
40         inpatient settings, if there is evidence of drug/alcohol abuse, wait 7
41         days before confirming a diagnosis of bipolar disorder)

42    •    symptoms may be due to underlying organic conditions, particularly
43         for those presenting with late-onset bipolar disorder (i.e., those aged

CONFIDENTIAL
AZSER12779347

DRAFT FOR SECOND CONSULTATION

| | |
|---|---|
| 1 | over 40 years), such as hypothyroidism and cerebrovascular insults, |
| 2 | and other neurological disorders (such as dementia in older adults). |

3   **3.4.4        Assessment methods**

4   *Screening*

5   The Mood Disorder Questionnaire (MOD) is a brief easy to use self-report form
6   which has been validated against the structured clinical interview for DSM-IV (SCID
7   – see below) (Hirschfeld *et al*, 2000). It has shown good sensitivity and specificity in a
8   clinical population but in a general population sample, while the specificity
9   remained high, the sensitivity was low (Hirschfeld *et al*, 2003).

10   *Diagnosis*

11   The most widely used and validated instrument for generating a DSM-IV Axis I
12   diagnosis is the SCID which also generates diagnoses on the other DSM-IV axes. The
13   structured interview includes six modules which cover a wide range of possible
14   different disorders and the SCID is thus comprehensive and its validity in clinical
15   samples is high. The reliability is lowest in patients whose symptoms are less well
16   defined (Baldassano, 2005). ICD diagnoses must be generated by a semi-structured
17   interview none of which has been validated, so clinical experience and judgement are
18   essential.

19   *Monitoring*

20   The Life Chart Method (LCM) is the most widely used and researched and has
21   recently been developed further by the creation of an electronic version. While it has
22   been developed for professionals it can be used by patients and can be useful as a
23   therapeutic tool (Denicoff *et al*, 2000). Another instrument suitable for bipolar
24   disorder is the Altman Self-Report Mania Scale (Altman *et al*, 1997). However, most
25   self-report scales are not very specific and are less sensitive to detecting problems
26   with cognition and functional impairment.

27   **3.4.5        Comorbidity**

28   *Anxiety and substance misuse disorders*

29   Comorbidity is the norm rather than the exception in bipolar disorder. A study of
30   288 patients with bipolar disorder found 65% had suffered from at least one other
31   (axis I) disorder at some point in their lifetime and one third had at least one current
32   comorbid (axis I) diagnosis (McElroy *et al*, 2001). The most common comorbid axis I
33   disorders are anxiety and substance misuse disorders, both of which occur in
34   approximately 30-50% of patients with bipolar disorder. Those who have
35   comorbidities tend to have had an earlier age at onset and are more likely to
36   experience cycle acceleration and suffer a more severe illness and self-harm than
37   those without. In those with concurrent substance abuse it may be difficult to
38   distinguish symptoms and effects of the illness from the effects of the abused
39   substance. Likewise, causality may be difficult to establish – substance abuse may
40   play a role in the aetiology of affective disturbance, be an attempt at self-medication,
41   or substances may simply be used for social and recreational reasons. In general,
42   substance abuse is approximately twice as common in men with bipolar disorder as
43   women. However, rates of substance misuse disorders are four to seven times higher

CONFIDENTIAL
AZSER12779348

DRAFT FOR SECOND CONSULTATION

1    in women with bipolar disorder than rates derived from community samples
2    (Krishnan, 2005).

3    *Personality Disorders*

4    Personality disorders are sometimes diagnosed alongside bipolar disorder, although
5    the comorbidity rate varies drastically depending on which measurement instrument
6    is used. Based on strict DSM-IV criteria for axis II disorders, one study reported a
7    comorbidity rate of 38% in euthymic patients with bipolar disorder (Kay *et al*, 1999).
8    However, previous studies have reported rates as high as 89% using other
9    assessment instruments and assessing patients while they are acutely affectively ill
10   (Turley *et al*, 1992). Diagnosis of personality disorder must never be made just on
11   current behaviour alone and requires a longitudinal history from an informant who
12   has known the patient when they have not had affective symptoms, preferably since
13   the patient was an adolescent or younger. Cluster B (dramatic and emotional) and C
14   (anxious and fearful) disorders are the most common personality disorder
15   comorbidities in patients with bipolar disorder. Borderline personality disorder, the
16   hallmark of which is affective instability due to markedly reactive mood, shares
17   some features in common with bipolar disorder, particularly with the ultra rapid
18   cycling variant. Some argue borderline personality disorder belongs on the bipolar
19   spectrum (Delito *et al*, 2001) and it is a relatively common comorbidity in those with
20   bipolar disorder.

21

22   Patients with bipolar disorder and comorbid substance misuse disorders tend to
23   have a higher rate of personality disorder comorbidity than those without substance
24   misuse difficulties. Comorbid personality disorder may also affect outcome in
25   patients with bipolar disorder, for example increasing the severity of residual mood
26   symptoms during remission periods.

27   *Clinical Practice Recommendation*

28   3.4.5.1   When considering the diagnosis of personality disorder in a person with
29           mood swings, healthcare professionals should be cautious about confirming
30           such a diagnosis without first considering a diagnosis of bipolar disorder.
31           Caution should also be exercised when considering a diagnosis of
32           personality disorder in unstable bipolar patients without adequate
33           treatment of bipolar disorder first.

34   **3.4.6**        **Risk assessment**

35   Self harm is more common in bipolar disorder than in most other psychiatric
36   disorders and is comparable to that found in other mood and psychotic disorders.
37   Psychological autopsy studies suggest that suicides occur when depression is
38   underdiagnosed and undertreated, especially in bipolar II disorder, and when there
39   is no long term maintenance treatment. Suicide may occur with little warning,
40   especially in patients with bipolar disorder comorbid with other impulse control
41   disorders such as substance abuse, borderline personality disorder and eating
42   disorder. The rapid switch from mania or hypomania to depression may also be a
43   particular risk for suicide. Risk assessments are carried out in the same way as in
44   other patient groups but health professionals should be aware that mental state and
45   suicide risk can change quickly. Immediate action is required if a patient with bipolar
46   disorder is assessed to be at high or immediate risk of suicide such as those with a

CONFIDENTIAL
AZSER12779349

DRAFT FOR SECOND CONSULTATION

1    definite plan or persistent suicidal ideation. Similarly, the disinhibited, changeable
2    and impulsive nature of patients with bipolar disorder, particularly in a manic or a
3    mixed state, means that staff should err on the side of caution when there is a risk of
4    harm to others through violent or reckless behaviour.
5

6    *Clinical practice recommendations*

7    *Assessment of risk in primary and secondary care*

8    3.4.6.1  Healthcare professionals should undertake a risk assessment in all people
9              when:

10             •      bipolar disorder is first diagnosed

11             •      in established diagnosis of bipolar disorder where there is significant
12                    change in mental state or personal circumstances

13             •      a patient with bipolar disorder is discharged from or is on leave from
14                    inpatient care.

15   *Crisis and risk management plans*

16   3.4.6.2  For patients who are at risk of suicide, exploitation or severe self-neglect, who
17              are a significant risk to others (including neglect of dependents), or who
18              have a history of compulsory admission, healthcare professionals must
19              develop a crisis plan, in collaboration with the patient, which should
20              include the following:
21             •      Identified or potential personal, social or environmental triggers,
22                    including early warning symptoms of relapse, which increase the risk
23                    of deterioration in the patient's mental state or circumstances.
24             •      For patients at risk of rapid onset of mania and for whom clear early
25                    warning signs can be identified, a protocol for increasing the dose of
26                    existing medication or for taking additional medication (which may be
27                    given to the patient in advance). Such protocols should be reviewed
28                    regularly, and are not a substitute for an urgent review.
29             •      The agreed response of primary and secondary healthcare services to
30                    any identified increase in risk including increased contact.
31             •      How the individual (and where appropriate their carer(s)) can access
32                    help and identify the healthcare professionals in primary and secondary
33                    care who are designated as having responsibilities in the crisis plan

34   **3.4.6.3**  Healthcare professionals should prescribe a limited quantity of psychotropic
35              medication for patients during periods of high risk of suicide.

36   # 3.5    Diagnosis of children and adolescents

37   The diagnosis for bipolar disorder in children and adolescents is an area of
38   considerable difficulty and some controversy (Biederman *et al*, 2000).  In light of this
39   the guideline development group convened a consensus conference to draw on the
40   experience of national and international experts in the area.  A fuller account of the

CONFIDENTIAL
AZSER12779350

DRAFT FOR SECOND CONSULTATION

1   outcome of the consensus conference is provided in Appendix 18.  What follows is a
2   brief summary of the issues and the outcomes and recommendations of the
3   consensus conference.
4
5   The peak age for onset of bipolar disorder is in later adolescence and early adult life.
6   However, a significant number of adults, perhaps up to 20% with bipolar disorder
7   have experienced initial symptoms before the age of 19 (Harrington, 1994).
8   Lewinsohn *et al*, (1995) estimated a point prevalence figure for adolescence of around
9   1%.  However, the number of pre-pubertal children presenting with bipolar disorder
10  is very small.  In a large study in Oregon in the United States (Lewinson *et al*, 1993,
11  2003) were able identify only 3 case of pre-pubertal bipolar disorder.  The typical
12  presentation of bipolar disorder in children and adolescents, particularly those with
13  earlier onset, is that depressive disorder present first.  The overall impression of
14  children and adolescents with bipolar disorder is of a disorder with longer duration
15  of episode, increased mixed presentation, and a higher incidence of rapid cycling
16  than in late onset bipolar disorder.
17
18  One considerable problem that the consensus conference faced is with the different
19  presentations of symptoms in children adolescents and adults.  Features such as
20  grandiosity and involvement in pleasure and activities vary considerably as a
21  function of age and developmental level, therefore what is pathological in an adult
22  might not be appropriately described so in a child.  A further complication is that for
23  many children with serious mental disorder there is also considerable evidence of co-
24  morbidity and the co-presentation with symptoms such as ADHD and indeed their
25  subsequent management and medication can make the diagnostic challenge even
26  more difficult.
27
28  After a careful consideration of the current evidence for the diagnosis of bipolar I
29  and bipolar II disorder in children and adolescence the consensus conference
30  concluded that it was possible and appropriate to diagnose bipolar I disorder in both
31  childhood and adolescence although as accepted it was a very rare disorder in the
32  former group.  However, the consensus conference did not feel, given the present
33  level of evidence, that it was appropriate at this stage to reach a diagnosis of bipolar
34  II disorder in a child or adolescent.  A possible exception to this in older and
35  developmentally well advanced adolescents were the use of the standard adult
36  diagnostic criteria may be appropriate.
37
38  However, in accepting that the diagnosis of bipolar I disorder can be present in
39  children and adolescents the consensus conference made a number of suggestions for
40  the refinement of the diagnosis. Specifically, the conference took the view that for a
41  diagnosis of bipolar I disorder to be established in a pre-pubescent child that mania
42  must be present, that euphoria itself must be present for most days most of the time
43  for seven days and that, although irritability may be a symptom, it should not be a
44  core diagnostic criterion.  For adolescents the conference took the view that in order
45  to establish a diagnosis of bipolar I disorder mania must be present as must euphoria
46  over a seven-day period. Irritability should not be a core diagnostic criterion, but its
47  presentation if episodic in nature and if it results could be important in helping
48  establishing a diagnosis of bipolar I disorder.
49
50  The consensus conference also felt that the diagnosis of bipolar disorder in a young
51  person presenting solely with a depressive episode but in the context of a family

CONFIDENTIAL
AZSER12779351

DRAFT FOR SECOND CONSULTATION

1  history of bipolar should not itself warrant a diagnosis of bipolar I disorder.  The
2  consensus conference also commented on common co-morbidities and important
3  differential diagnosis appropriate assessment methods and the management of
4  special groups and the assessment of particular groups, again details of this are
5  contained in Appendix 18.

6  **3.5.1**          **Clinical practice recommendations**

7  *Diagnosing Bipolar disorder 1 in prepubescent children*

8  3.5.1.1  When diagnosing Bipolar I disorder in pre-pubescent children healthcare
9            professionals should use the same criteria as for the adult disorder but
10           modified so that :
11     •   Mania must be present
12     •   Euphoria must be present most days, most of the time (for at least 7
13          days)
14     •   Irritability is not a core diagnostic criterion.

15  3.5.1.2  Bipolar I disorder should not be diagnosed in pre-pubescent children based
16           solely on the diagnosis of a major depressive episode occurring in the
17           context of a family history of Bipolar disorder.  However, children with a
18           personal history of depression and family history of Bipolar disorder should
19           be carefully followed up.

20  *Diagnosing Bipolar I disorder in adolescents*

21  3.5.1.3  When diagnosing Bipolar I disorder in adolescents healthcare professionals
22           should use the same criteria as for the adult disorder but modified so that :
23     •   Mania must be present
24     •   Euphoria must be present most days, most of the time (for at least 7
25          days)
26     •   Irritability can be helpful in making a diagnosis if it is episodic,
27          severe, results in impaired function and is not in character or out of
28          keeping with the context. However, it should not be a core diagnostic
29          criterion.
30

31  3.5.1.4  Bipolar I disorder should not be diagnosed in adolescents based solely on the
32           diagnosis of a major depressive episode occurring in the context of a family
33           history of bipolar disorder.  However, young people with a personal history
34           of depression and family history of bipolar disorder should be carefully
35           followed up.

36  *Diagnosing Bipolar I disorder in older or developmentally advanced adolescents*

37  3.5.1.5  When considering a diagnosis of bipolar I disorder in older or
38           developmentally advanced adolescents, the same criteria as for establishing
39           a diagnosis of bipolar I disorder in adults should be used.

40  *Bipolar II disorder in both children and adolescents*

CONFIDENTIAL
AZSER12779352

DRAFT FOR SECOND CONSULTATION

1    3.5.1.6  Bipolar II disorder should not normally be diagnosed in children or
2         adolescents because the criteria for establishing such a diagnosis are not
3         well-enough established to support their use in routine clinical practice.

4    3.5.1.7  When considering a diagnosis of bipolar II disorder in older or
5         developmentally advanced adolescents, the same criteria as for establishing
6         a diagnosis of bipolar II disorder in adults should be used.

7    *Differential diagnoses for both children and adolescents*

8    3.5.1.8  When distinguishing bipolar I disorder from ADHD or conduct disorder the
9         presence of clear-cut episodes of unduly elated mood, inappropriate and
10       impairing grandiosity, and cycles of mood are normally indicative of
11       bipolar disorder and so clinicians should focus of the presence of such
12       symptoms before confirming a diagnosis of bipolar I disorder.

13    3.5.1.9  When distinguishing bipolar I disorder from schizophrenia the presence of
14       mood cycles is normally indicative of bipolar disorder and so clinicians
15       should establish the presence of such cycles before confirming a diagnosis of
16       bipolar I disorder.

17    3.5.1.10 When considering a diagnosis of bipolar I disorder in a child or adolescent
18       clinicians should consider other possible explanations for presenting
19       behaviour and symptoms including:

20       •    sexual, emotional and physical abuse in a child or adolescent
21           presenting with behaviours such as disinhibition, hypervigilance or
22           hypersexuality before diagnosing mania

23       •    the possibility of drug and/or alcohol misuse in children and
24           adolescents presenting with mania-like symptoms, in which case
25           consider a diagnosis of bipolar disorder only after a 7-day period of
26           abstinence

27       •    previously undiagnosed learning difficulties

28       •    organic causes such as excited confusional states in children with
29           epilepsy and akathisia resulting from neuroleptic medication.

30    *Children and adolescents with learning difficulties*

31    3.5.1.11 When diagnosing bipolar I disorder in a child or adolescent with learning
32       difficulties, the same criteria as are applied to children and adolescents
33       without learning difficulties should be used.

34    *Assessment methods for children and adolescents*

35    3.5.1.12 The diagnosis of bipolar disorder in children and adolescents should be made
36       by a clinician with specialist training in child and adolescent mental health.

CONFIDENTIAL
AZSER12779353

DRAFT FOR SECOND CONSULTATION

1    3.5.1.13 Assessment should include:

2    •    a detailed mental state examination based on an individual interview
3         with the child

4    •    a medical evaluation to exclude organic causes

5    •    further neuropsychological and neurological evaluation as
6         appropriate

7    •    a detailed account of the presenting problem from the perspective of
8         the child, parents/carers, and significant others such as teachers

9    •    a personal and developmental history including a detailed
10        developmental and neurodevelopmental history, covering the child's
11        full lifespan and including birth history, speech and language
12        development, behaviour problems, attachment behaviour and history
13        of abuse.

14   3.5.1.14 When assessing a child or adolescent for possible bipolar disorder a specialist
15        diagnostic instrument such as the Wash-U-KSADS may be used; scales
16        completed by parents/carers such as the Child Behaviour Checklist,
17        Conners' Abbreviated Rating Scale, Parent Young Mania Rating Scale and
18        Parent General Behaviour Inventory may also be used. These should not
19        replace a full clinical interview.

20   3.5.1.15 In severely mentally ill children and adolescents with psychotic symptoms a
21        diagnosis should be attempted as early as practical, and should be subject to
22        regular specialist review.

23

## 3.6    Course and prognosis

25   For most patients bipolar disorder is chronic and recurrent. There is a large amount
26   of variation between individuals in the number of episodes experienced, but the
27   average is 10 (Mackin & Young, 2004). Episodes of mania and depression tend to
28   cluster together so typically patients may experience a number of illness episodes
29   together followed by a more quiescent period and then another cluster of episodes.
30   This pattern with hypomanic and depressive episodes is especially common in
31   bipolar II disorder. The risk of recurrence in the 12 months after a mood episode is
32   especially high (50 per cent in one year, 75 per cent at four years, and afterwards ten
33   per cent per year) compared to other psychiatric disorders. Furthermore, compared
34   to unipolar depression, bipolar disorder is much more changeable in severity of the
35   mood episode. In those with a recurrent illness pattern, the length of euthymia
36   between episodes may shorten over time suggesting increased frequency of episodes
37   (Kessing *et al*, 2004). The length of episodes remains fairly constant for an individual
38   over time, although later episodes may begin more abruptly.
39

CONFIDENTIAL
AZSER12779354

DRAFT FOR SECOND CONSULTATION

1   The all-cause standardised mortality ratio (SMR) is elevated in patients with bipolar
2   disorder relative to the general population. Bipolar disorder is associated with a
3   higher burden of physical illnesses such as diabetes and heart disease and the SMR
4   for premature deaths from natural causes is estimated at 1.9 for males and 2.1 for
5   females (Osby et al, 2001). The SMR for suicide is much higher at approximately 15
6   for males and 22.4 for females (Osby et al, 2001), with the greatest risk of suicide
7   attempts occurring during depressed or mixed episodes.

8   **3.6.1       Early warning signs**

9    Early detection in bipolar disorder is important for instigating an appropriate
10   management regime with the aim of improving ultimate outcome and minimising
11   harm caused by repeated episodes. Individuals are often able to identify
12   precipitating changes in mood and/or behaviour that indicate the early stages of an
13   episode because each episode starts with a similar pattern of symptoms that is
14   idiosyncratic and typical for that individual. There is greater consistency from
15   episode to episode of mania over time than episode to episode of depression. These
16   relapse signatures can be helpful indicators to individuals themselves, family
17   members, close friends, or clinicians that increased support may be necessary to
18   prevent escalation into a full episode. Identifying particular stressors that are
19   associated with relapse such as specific psychosocial stressors or events associated
20   with circadian rhythm disturbance can help individuals learn ways of reducing the
21   risk of triggering episodes. Although triggering events may be identified before
22   some episodes, others will have no obvious trigger. Great care must be taken over
23   history taking to establish whether triggering events such as sleep disruption or life
24   stress preceded the mood episode, or were the symptoms or consequences of it.

25   **3.6.2       Neuropsychological function**

26   A number of recent studies have demonstrated that many patients with bipolar
27   disorder have significant psychological impairments characterised by a combination
28   of declarative memory deficits as well as changes in executive functions such as
29   attention , planning and working memory. (Ferrier and Thompson 2003)  These
30   impairments can occur when the patient is depressed or manic but can also persist
31   into euthymia.( Thompson et al,2005)  This latter observation together with evidence
32   of similar defects in first degree relatives suggest that these deficits may be trait
33   markers of bipolar disorder.  These neuropsychological impairments may relate to
34   structural changes in the brain (see section 3.3.3)  or to some other unknown
35   psychological or biological process.  The impairments worsen as the illness
36   progresses and are particularly associated with the number of manic episodes.  The
37   impact of these impairments on rehabilitation, engagement in therapy, compliance
38   and quality of life is uncertain but likely to be significant.

39   **3.6.3       Drug/alcohol outcomes**

40   As mentioned above, substance misuse is common in patients with bipolar disorder
41   and impacts negatively on illness outcome. Mixed episodes and rapid cycling mania
42   are more common in patients with comorbid substance abuse, as are medical
43   disorders, suicide and suicide attempts (Krishnan, 2005; Potash et al, 2000). Generally
44   substance misuse destabilizes the illness, increases the time taken to recover and/or
45   triggers relapse.

CONFIDENTIAL
AZSER12779355

DRAFT FOR SECOND CONSULTATION

1 **3.6.4        Switching**

2 Longitudinal studies suggest somewhere between 0-46% of people presenting with
3 major depressive disorder will experience a manic or hypomanic episode and merit
4 rediagnosis with bipolar disorder. One study followed 74 patients prospectively for
5 15 years from their first episode of depression and documented subsequent episodes
6 of mania or hypomania. It was found that 19% of patients went on to experience a
7 full-blown manic episode and a further 27% had at least one hypomanic episode
8 (Goldberg *et al*, 2001). Those who presented with psychotic depression were
9 significantly more likely to go on to develop bipolar disorder.

10 **3.6.5        Late-onset bipolar disorder**

11 Mania or hypomania that first appears in later life (after 40 years of age) usually
12 follows many years of repeated episodes of unipolar depression or is secondary to
13 other factors such as steroid medication, infection, neuroendocrine disturbance or
14 neurological problems.  However, only 15 per cent of cases of bipolar disorder
15 presenting for the first time to mental health services are precipitated by a medical
16 problem. It is less likely to be associated with a family history of the disorder than
17 earlier-onset bipolar disorder. The prognosis for late-life depression is generally poor
18 due to a high mortality rate. The majority of the increased mortality rate is accounted
19 for by a greater burden of physical illness, especially cardiovascular and
20 cerebrovascular disease, rather than suicide. The standardised mortality ratio for
21 cardiovascular death may be twice that of the general population but appears to be
22 reduced if patients adhere to long-term medication.

23 # 3.7    The treatment and management of bipolar disorder
24 in the NHS

25 **3.7.1        History of service provision for adults**

26 Bipolar disorder has struggled to establish itself as a separate diagnostic entity from
27 both unipolar depressive disorder (Angst, 1966; Perris, 1966) and schizophrenia.
28 Traditionally provision of services for people with bipolar disorder has been through
29 general outpatient and inpatient services of secondary mental health services. The
30 only special service provision for service users with bipolar disorder has been the
31 lithium clinic (Fieve, 1975), typically run by a psychiatrist and a nurse in hospital
32 outpatient departments. Although lithium can be effective, it can also be toxic
33 (Cookson *et al*, 2002) so lithium clinics were seen as a way of ensuring safe regular
34 monitoring and review of people with bipolar disorder who take lithium as a
35 maintenance treatment. In the 1980s and 1990s lithium clinics were almost universal
36 in British mental health services but they became less popular as mental health
37 services developed a more community rather than hospital focus and alternatives to
38 lithium became available.
39
40 By the late 1990s the care of people with bipolar disorder in contact with secondary
41 care services was largely provided by psychiatry outpatient and inpatient services.
42 Only 50 per cent of people with bipolar disorder who had an acute episode of mania
43 or depression were in contact with a community mental health team (Perry *et al*,
44 1999). The dominant model of care in England was the Care Programme Approach
45 (CPA) from mental health services or Care Management from social services, models

CONFIDENTIAL
AZSER12779356

DRAFT FOR SECOND CONSULTATION

1 that addressed the needs of service users with more severe mental illness who were
2 unable to address their own needs without help. Sometimes people with bipolar
3 disorder who had been admitted involuntarily under the 1983 Mental Health Act
4 were soon discharged from the caseloads of community mental health teams and the
5 CPA because they seem to be less needy of continuing support than other patients.
6 The high risk of recurrence of bipolar episodes within 12 months of a manic event
7 (Tohen *et al,* 1990) was not recognised. Once discharged from the CPA, people with
8 bipolar disorder would receive only outpatient appointments with a psychiatrist no
9 longer working in a lithium clinic. Apart from via the psychiatrist, general
10 practitioner or emergency department, there was limited access to crisis support and,
11 once a patient was discharged from a community mental health team, arrangements
12 to be seen again by the community mental health team might take weeks to arrange.
13 Few patients with bipolar disorder were treated in day hospitals or lived in
14 supported accommodation. There was little provision of psychoeducation. As a
15 result of the paucity of care from secondary mental health services, service users
16 accessed self-help, support and education about bipolar disorder from service user
17 groups, particularly MDF The BiPolar Organisation(Shepherd & Hill, 1996). Since the
18 publication of the National Service Framework for Mental Health, a raft of new
19 service developments have been introduced to mental health services in England
20 (Department of Health, 1999). None of these are specifically targeted at bipolar
21 disorder but may have had an impact on provision of services to service users with
22 bipolar disorder in England. The same service changes have not been implemented
23 in Wales where services are only now implementing the Care Programme Approach.

24 **Service needs of adults with bipolar disorder**

25 Recent community surveys reveal that around 25 per cent of people with bipolar
26 disorder have never sought help from health services (ten Have *et al,* 2002). Those
27 that have sought help may not receive a correct diagnosis of bipolar disorder for at
28 least 6 years from the first appearance of symptoms (Morselli *et al,* 2003). Service
29 users with bipolar disorder have identified a range of difficulties in accessing
30 services that meet their needs (Highet *et al,* 2004):
31 • Lack of awareness and understanding about bipolar disorder in the
32   community leading to delays in seeking medical assessment
33 • The burden of illness is exacerbated by difficulties obtaining an accurate
34   diagnosis and optimal treatment
35 • Inappropriate crisis management
36 • Difficulties accessing hospital care
37 • Inappropriate exclusion of carers and families from management decisions
38 • Frequent discontinuities of medical and psychological care.
39
40 In Britain, the needs of people with bipolar disorder have largely been regarded as
41 similar to the needs of other service users with serious mental illness (Department of
42 Health, 1999).  Four features of bipolar disorder have been identified that distinguish
43 the service needs of service users with bipolar disorder from other service users
44 (Morriss *et al,* 2002):
45 • Most service users with bipolar disorder have the potential with optimal
46   treatment to return to normal function but with sub-optimal treatment have a
47   poor long-term outcome and become a burden to families and society (Simon
48   & Unutzer, 1999; Ogilvie *et al,* 2005);

CONFIDENTIAL
AZSER12779357