DRAFT FOR SECOND CONSULTATION

1      • Optimal treatment of bipolar disorder is challenging and requires long-term
2        commitment from health services;
3      • Bipolar disorder is characterised by high rates of episodic recurrence
4        (typically after a manic episode, 50 per cent recurrence within 12 months,
5        Tohen *et al*, 1990) with high rates of disabling mood symptoms between
6        recurrences (Judd *et al*, 2002) and suicide attempts (Jamison, 2000);
7      • Relatives of service users with bipolar disorder are not only subject to the
8        usual stresses of caring but are also at a particularly high risk of developing
9        bipolar disorder or unipolar depressive disorder themselves (McGuffin &
10       Katz, 1989).

11

12 There have been few models of distinct service provision for bipolar disorder in the
13 United Kingdom or anywhere else in the world.  If such service provision were to be
14 developed, then it should reinforce the strategies that service users with bipolar
15 disorder already adopt to stay well.   These include acceptance of the diagnosis or the
16 problems presented by the disorder (if the patient does not accept the diagnosis of
17 bipolar disorder), education about bipolar disorder, identifying both triggers and
18 early warning signs of mania and depression, adequate amounts of sleep, managing
19 stress, medication, support networks and crisis resolution (Russell & Browne, 2005).

20 **3.7.2**        **Service needs of children and adolescents**

21 The process of care and provision of treatment for children and adolescents should
22 take account of the four-tier model of Child and Adolescent Mental Health Service
23 (CAMHS) organisation and delivery (NHS Health Advisory Service, 1995). This is
24 consistent both with the current organisation of CAMHS in England and Wales and
25 with the National Service Framework (NSF) for Children and adolescents across both
26 jurisdictions.

27

28 Interventions for children and adolescents with bipolar disorder will usually be
29 provided by specialist child and adolescent mental health services (CAMHS tiers 2/3
30 and 4). But children and adolescents also require help from non-specialist health,
31 social work and education services, referred to as tier 1. Services may have tiers that
32 are structural, functional or both, i.e. some specialist CAMHS have a combined tier 2
33 and 3 service with single referral point, others may provide tier 2 as a stand-alone
34 service.

35

36 Tier 1 services include those that have direct contact with children and adolescents
37 for primary reasons other than mental health. These include general practitioners,
38 health visitors, paediatricians, social workers, teachers, youth workers and juvenile
39 justice workers. They are the first point of contact with the child/adolescent
40 presenting with mental health problems. At this level, an important role is to detect
41 those at high risk for bipolar disorder and those who are presenting with depression
42 or mania.

43

44 Tier 2 CAMHS is provided by specialist trained mental health professionals, working
45 primarily in a community based setting alongside Tier 1 workers. This facilitates
46 consultation to tier 1 workers, prompt assessment of children within the tier 1 setting
47 and the identification of young people requiring referral to more specialist services.
48 Tier 2 professionals are usually closely linked or embedded in Tier 3 services,
49 thereby facilitating timely access to the specialist CAMHS.

CONFIDENTIAL
AZSER12779358

DRAFT FOR SECOND CONSULTATION

1
2   Tier 3 services comprise multidisciplinary teams of specialist CAMHS professionals
3   working in (secondary care) specialist CAMHS facilities. They should provide
4   specialist co-ordinated assessments and treatments including a full range of
5   appropriate psychological and pharmacological interventions. Children and
6   adolescents presenting with mania, mixed affective states or moderate to severe
7   depression should be assessed by Tier 3 specialist CAMHS. Outreach services should
8   be available to those young people who as result of their presentation are unable to
9   access the clinic base of the Tier 3 service and to young people who require outreach
10  work as part of an outpatient treatment plan.
11
12  Tier 4 services are highly specialised tertiary CAMHS in inpatient, day patient or
13  outpatient settings for children and adolescents with severe and/or complex
14  problems requiring a combination or intensity of interventions that cannot be
15  provided by Tier 3 CAMHS. In general, referral to Tier 4 comes only from Tier 3
16  CAMHS professionals.
17
18  A child or adolescent presenting with possible bipolar disorder will usually require
19  assessment and treatment by Tier 4 services. Following Tier 4 intervention, young
20  people are discharged back to Tier 3 CAMHS or outreach services.

21  **3.7.3        Issues of consent for children and adolescents**

22  When admitting a child or adolescent to inpatient care, it is desirable to do so with
23  the informed consent of both the patient and his or her parents, not least because the
24  success of any treatment approach significantly depends on the development of a
25  positive therapeutic alliance between the child or adolescent, the family and the
26  inpatient team. However, there will be times when the professionals consider
27  admission to be necessary, but either the child or adolescent, or the family do not
28  consent.
29
30  If a person under 18 years of age refuses treatment, but the parent (or guardian),
31  believes strongly that treatment is desirable, then the child or adolescent's wishes
32  may be overruled. However, an adolescent has the right to consent to treatment
33  without involving the consent of parents after his or her 16th birthday, or younger, if
34  deemed 'Gillick competent'. Whilst the use of parental consent is legal, it is now
35  considered good practice to only use parental consent for admission for up to 2
36  weeks. In other contexts, the use of the Mental Health Act 1983 should be considered
37  as it includes safeguards such as involvement of other professionals, a time limit and
38  a straightforward procedure for appeals and regular reviews.
39
40  Alternative legislation includes using a Care Order (Section 31) under the Children
41  Act 1989 or a Specific Issue Order (Section 8). Both of these options normally involve
42  Social Services and take time to organise. Another more rapid alternative to these is
43  to apply for a Wardship Order, which in an emergency can be organised over the
44  phone.
45
46  Those professionals (tier 4 CAMHS staff) involved in assessing children or young
47  people for possible inpatient admission should be specifically trained in issues of
48  consent and capacity, the use of current mental health legislation and the use of child
49  care legislation as it applies to this group of patients.

CONFIDENTIAL
AZSER12779359

DRAFT FOR SECOND CONSULTATION

## 3.8   The economic cost of bipolar disorder

Bipolar disorder is a relatively rare affective disorder when compared with unipolar depression, with a lifetime prevalence estimated at 1% approximately. Despite of its low lifetime risk, bipolar disorder was ranked by the World Health Organisation (WHO) as the 22nd leading cause of worldwide burden among all diseases in 1990, expressed in Disability Adjusted Life Years (DALYs), and the 6th leading cause of DALYs at ages 15-44 years. When separate estimates were made for years of life lost and years lived with disability among all diseases, bipolar disorder was ranked as the 6th leading cause of disability worldwide (Murray & Lopez, 1996).

A recent study estimated the annual cost of bipolar disorder in the UK (Das Gupta & Guest, 2002). The study adopted a societal perspective and evaluated direct health service (NHS) costs of managing bipolar disorder, non-healthcare costs borne by other statutory agencies such as social care authorities and the criminal justice system, and indirect costs to society, related to productivity losses due to unemployment, absenteeism from work, and premature mortality resulting from suicide. Cost estimates were based on national statistics data published by the Department of Health and a 0.5% annual prevalence of bipolar disorder in the UK, translating into 297,000 people with the condition.

The total annual societal cost was estimated at £2.055 billion in 1999/2000 prices, consisting of £ 199 million (10% of total costs) incurred by NHS resource use, £ 86 million (4%) associated with non-healthcare resource use, and £1.77 billion (86%) related to productivity losses. Regarding costs borne by healthcare resource use, £ 14.9 million (7% of health service costs) were associated with management of bipolar disorder in primary care including drug prescriptions, £69.4 million (35% of health service costs) resulted from inpatient episodes, £57.9 million (29% of health service costs) were borne by day hospital, outpatient and ward attendances, £53.2 million (27% of health service costs) were attributed to community heath service resource use, and the rest £3.4 million (2% of health service costs) were related to other services, such as high-security hospital authorities and ambulance transport.

Indirect costs represented by far the most important driver of total costs associated with bipolar disorder. The largest amount of these was attributed to unemployment: an excess of 76,500 people annually were considered to be unemployed as a result of having bipolar disorder, bearing a financial burden of productivity losses equal to approximately £1.51 billion per year (i.e. 85.3% of total indirect costs). Other indirect costs due to absenteeism from work and suicide were estimated at £152 million and £109 million per year respectively.

Similar studies, estimating total costs attributable to bipolar disorder from a societal perspective, have also been conducted in Germany (Runge & Grunze, 2004), the Netherlands (Hakkaart-van Roijen *et al*, 2004), and the US (Begley *et al*, 2001; Wyatt & Henter, 1995). Runge & Grunze estimated the total annual cost of bipolar disorder in Germany at €5.8 billion in 2002 prices, of which 98% was associated with productivity losses. In the Netherlands, the respective total annual cost was reported to reach approximately US$ 1.8 billion also in 2002 prices, based on an estimated prevalence of bipolar disorder equal to 5.2%. Indirect costs were found to be high in this study, too, reaching 75% of total costs.

CONFIDENTIAL
AZSER12779360

DRAFT FOR SECOND CONSULTATION

1   In the US, Wyatt & Henter calculated the total annual cost of bipolar disorder in year
2   1991, using a lifetime prevalence of bipolar disorder equal to 1.3%, i.e. 2,500,000
3   people diagnosed with the disease at some point during their lives.  The total annual
4   cost reached US$45.2 billion, consisting of US$7.6 billion direct costs (mainly health
5   service costs but also costs related with the criminal system, research on bipolar
6   disorder etc), and US$37.6 billion indirect costs, which amounted for 83% of total
7   costs.
8
9   Begley et al (2001) adopted a different methodology in order to calculate costs
10  attributable to bipolar disorder: based on the incidence rate of the condition, they
11  estimated the lifetime cost of bipolar disorder for all new cases affected by the
12  disease in 1998. The study took into account the fact that only a small number of
13  cases (assumed at 20% per year) would be diagnosed and treated for the disease,
14  whereas the remaining undiagnosed cases would still incur health service costs, but
15  their treatment would not be specific to bipolar disorder. Besides the above costs,
16  estimates included comorbidity costs from alcohol and substance abuse, as well as
17  indirect costs associated with excess unemployment, reduced earnings due to
18  disability, and suicide. The lifetime cost of new cases affected by the disease in the
19  US in 1998 was as high as US$24 billion, of which US$13.3 billion (55%) referred to
20  medical costs; indirect costs reached US$10.7 billion, equalling 45% of total costs, a
21  proportion significantly lower than that reported in other studies, a difference being
22  attributed by the authors to differences in the methodologies used, and in categories
23  of indirect costs included.
24
25  In addition to studies adopting a societal perspective, other studies aimed at
26  estimating direct healthcare costs only. An Australian study (Sanderson et al, 2003)
27  estimated the total annual cost of routine treatment for bipolar disorder in Australia
28  at AUS$60.9 million, in 1997/98 prices, based on the results of a national mental
29  health survey. By applying optimal treatment (as achieved by operationalising
30  detailed clinical practice guidelines and expert reviews), the total annual direct
31  medical cost was expected to rise up to AUS$108.4 million.
32
33  In France, de Zelicourt et al (2003) estimated the total annual inpatient cost of treating
34  manic episodes at 8.8 billion French francs converted to € 1.3 billion (1999 values),
35  reflecting an annual number of 265,000 manic episodes, 63% of which led to
36  hospitalisation. Estimation of cost was based on a prevalence-based top-down
37  approach, using a number of assumptions combined with data from various sources.
38  Using a different methodology, Olié & Lévy (2002) reported a three-month cost
39  following hospitalization for a manic episode at €22,297 per case admitted (1999
40  prices), of which 98.6% accounted for inpatient care. In this case, the analysis was
41  based on case record data derived from 137 patient files.
42
43  A significant number of studies undertaken in the US analysed the financial burden
44  of bipolar disorder from the perspective of a third-party payer, such as Medicaid (a
45  public insurance plan for the poor and disabled), or a private insurer, practically paid
46  by the employer. Bipolar disorder was found to be among the most costly mental
47  diseases from an employer's point of view (Goetzel et al, 2000 & 2003; Peele et al, 1998
48  & 2003). Employees with bipolar disorder were found to incur significantly higher
49  absence costs (related to sick leave, short- and long-term disabilities as well as
50  workers' compensation) compared to employees with other mental disorders, and
51  demonstrated an annual productivity level approximately 20% lower than that of the

CONFIDENTIAL
AZSER12779361

DRAFT FOR SECOND CONSULTATION

1   latter (Kleinman *et al*, 2005). Regarding direct treatment costs, these were mainly
2   driven by high hospitalisation rates, resulting in substantial inpatient resource use
3   (Bryant-Comstock *et al*, 2002; Hu & Rush, 1995; Peele *et al*, 2003; Simon & Unützer,
4   1999; Stender *et al*, 2002). Comorbidity of bipolar disorder with other mental
5   disorders and medical conditions was an additional factor contributing to high
6   treatment costs associated with the disease (Peele *et al*, 2003). Moreover, treating
7   unrecognised cases of bipolar disorder (treatment without use of prophylactic
8   medication), together with applying suboptimal use patterns for prophylactic
9   medication, were situations frequently observed in the US, which added to the total
10  cost of treatment (Birnbaum *et al*, 2003; Li *et al*, 2002; Shi *et al*, 2004).
11
12  Goetzel *et al* (2000 & 2003) found that bipolar disorder was associated with a lower
13  cost per case compared to schizophrenia; however, because a significantly higher
14  number of employees (dependents also included) were affected by bipolar disorder
15  rather than schizophrenia, the total costs to the insurance plans associated with
16  bipolar disorder were approximately 25 times higher compared to costs incurred by
17  employees with schizophrenia. In addition, the total cost to the employers associated
18  with management of patients with bipolar disorder was almost 4 times higher than
19  the total cost incurred by patients with unipolar depression, despite of the similar
20  numbers of employees affected by the two disorders, as the cost of a case with
21  bipolar disorder was higher than that of a case with depression. Conclusively, it can
22  be inferred that bipolar disorder, despite its rather low lifetime prevalence, can be a
23  relatively common condition within the population under employment, and a
24  significant financial burden to the payers of health services and
25  absenteeism/disability compensations (such as private insurance plans in the US and
26  the public sector in the UK).
27
28  The above review demonstrates the major economic burden that bipolar disorder
29  places to the healthcare system, and, more substantially, due to productivity losses,
30  to society as a whole. Apart from financial implications, bipolar disorder is
31  associated with a significant psychological burden not only to patients themselves,
32  but also to family and carers (Dore & Romans, 2001; Perlick *et al*, 1999). Efficient use
33  of available healthcare resources is required, so as to maximise the health benefit for
34  patients suffering from bipolar disorder, and, at the same time, reduce the financial
35  and psychological burden to society.
36

CONFIDENTIAL
AZSER12779362

DRAFT FOR SECOND CONSULTATION

# 4 Service user and carer experience of bipolar disorder

## 4.1 Introduction

This chapter is based around the first-hand experience of people with bipolar disorder, family members and carers. It aims to relate Chapter 3 and the chapters on treatment and process and provision of care to a service user and carer context. The experiences are presented in three ways: by testimonies (both full and excerpted), excerpts from interviews and from a survey conducted by the MDF The BiPolar Organisation, formerly the Manic Depression Fellowship (MDF) (2004). The views represented here are illustrative only and are not intended to be representative of the experience of all people with bipolar disorder and their carers.

The writers of the testimonies were contacted primarily through MDF The BiPolar Organisation and through other service user and carer organisations and asked to write about their experiences of diagnosis, experience of treatment, relationship with psychiatrists or other healthcare professionals, continuity of care, experience of crisis, and self-help and support groups. Some of the questions they were asked to consider within these categories emanate from themes outlined in the qualitative study of 49 people with bipolar disorder by Highet and colleagues (2004).

The service user representative on the GDG also conducted short interviews with people with bipolar disorder on the specific themes above. Short extracts from MDF The BiPolar Organisation survey (2004) have also been used with permission.

## 4.2 Testimonies from services users

### 4.2.1 Testimony 1: REDA

As a schoolboy (I am now 32), I was very academically successful, popular and sporty, but I'd always been a bit of a worrier. Looking back I think I first experienced symptoms of bipolar disorder in the sixth-form at my grammar school, withdrawing socially and experiencing bouts of feeling low, sometimes bursting into tears for no apparent reason.

I first fell seriously ill while travelling in south-east Asia on a year off between school and university, aged 19. I'd been feeling lonely and low for some time. Although I feel sure I would have fallen ill sooner or later anyway, my first high appeared to have been triggered by me rather stupidly swallowing a lump of cannabis before boarding a flight from Goa to Delhi in India. I arrived a paranoid wreck. Over the next few days my mood improved. All of a sudden I was the life and soul of the party and was having a great time with the friends I was travelling with.

A pattern quickly established itself. I'd be up for 8 to 10 days and then down for 8 to 10 days, as regular as clockwork. With each cycle my mood swings became more and more extreme. When down, I was catatonic and barely able to string two words

CONFIDENTIAL
AZSER12779363

DRAFT FOR SECOND CONSULTATION

1  together; speaking to my travelling companions became an ordeal. When high I
2  would be charming, full of energy and enthusiasm, touring India in high spirits.
3
4  While in a depressed phase, miserable and bewildered as to what was happening, I
5  managed to gather the wherewithal to book a flight home after 6 months abroad. By
6  the time I arrived back at Heathrow to be met by my parents, I was as high as a kite.
7  My parents were dumbstruck. I was talking ten to the dozen and told them I only
8  needed two hours sleep a night.
9
10  As weeks went by without treatment, my mood swings became even more extreme.
11  When manic, I started spouting poetry spontaneously, talking gibberish, sleeping
12  around and charging about the country in a state of euphoria.
13
14  The thing about mania which I've always found hardest to deal with afterwards,
15  notwithstanding the shame and embarrassment, was the religious delusions. Despite
16  not having had a Christian upbringing, when seriously manic I read religious
17  significance into anything and everything. Where other people with mania might
18  think they're Tony Blair or a multi-millionaire, I was on a divine mission, seeing God
19  personified in a black dog and the eyes of a cat. At one point even just glancing at the
20  pavement God seemed to 'stare' back at me.
21
22  Eventually I was sectioned and forcibly sedated – the week I was due to start at
23  university. It was a very damaging experience. I felt betrayed by my family, who
24  were at their wits end and wanted me to have hospital treatment. As I saw it the only
25  advantage of being in hospital was that I was prescribed a mood stabilizer, Lithium. I
26  don't think I would have hurt myself or anyone else. I spent my time on the ward
27  dancing around thinking I was the Dalai Lama and painting wildly. I felt very angry
28  about detention. I think it really should be a course of last resort when all else has
29  failed.
30
31  After a week or so my mood had flattened out and I was released as if I'd make a full
32  recovery. Of course, I went straight into a severe depression and the cycling
33  continued for some months.
34
35  My start at university was deferred by a year. It wasn't until the end of my second
36  year that my mix of medication was eventually got right. The lithium and
37  carbamazepine stopped the cycling fairly early on. But it took my psychiatrist two
38  years to raise the dosage of the lithium to 800mg which alleviated my persistently
39  low mood. In retrospect that was 2 years too long.
40
41  I graduated from university and then trained and qualified as a journalist a year
42  later. At some point, in agreement with my psychiatrist, I cut back on my medication.
43  I now know that this resulted in a slow and imperceptible slide into depression. At
44  the time I just thought I was going through a difficult patch because I was stuck at
45  home convalescing with severe back pain.
46
47  It seems unbelievable now, but looking back it appears I remained in this mild to
48  moderate depressed state for about six years. My mood was stable. I wasn't cycling
49  because of the lithium and carbamazepine, so I didn't realise I was ill. I assumed I
50  was well because I was on what I thought was the optimum combination of
51  medication for me. I just came to think I was miserable by nature.

CONFIDENTIAL
AZSER12779364

DRAFT FOR SECOND CONSULTATION

Over this time, I developed lots of physical problems. My back pain got worse and I developed neck pain and mysterious tingles in the arms and legs. It later became apparent that these physical problems were cause by muscular trigger points all over my body caused by the depression. Somehow I managed to hold down two jobs working in journalism for five years despite being desperately unhappy. But then I took a pressured job as a Government press officer in London. I hated it and my mood worsened. I felt hopeless about the future. I decided that life was not worth living – a reasonable conclusion to draw after feeling so awful for years. After a year in the job I resolved to end my life before making the commitment of marrying my partner and having children.

I survived a massive lithium overdose. My suicide attempt finally prompted my psychiatrist into taking some action, and he prescribed mirtazapine. This was a revelation. It immediately sent me into psychotic rapid cycling again, but at the same time it dawned on me that I had in fact been unknowingly depressed for ages. I now could tell that my mood, even though it was still up and down like a yo-yo, was 'on average' much better than what it had been. As my mood improved, my physical symptoms of depression – the aches and pains – began to drop away as if by miracle.

Again it took more than a year to stabilize my mood at a 'normal' level for me. I first tried lamotrigine with lithium and then quetiapine with lithium instead. The quetiapine was very effective.

I was very angry with my psychiatrist who had failed to recognise that I was suffering from depressive symptoms over such a long period of time. He just told me, rather unhelpfully, that I needed to 'love myself more'. To be fair several previous psychiatrists I'd seen over the years had also missed the signs of depression – perhaps because I was coping, holding down a job and in a relationship. I hadn't even recognised I was depressed myself. But I do wish my psychiatrists had been more aggressive and pro-active in my treatment. It might have saved me from wasting six years of my life.

I am now married, with a 10-month-old baby boy and starting a new job, I feel a lot better. I'm still prone to the occasional drop in mood and I still get anxious easily. Another characteristic I attribute to the illness is my appalling memory. Lots of people complain of a bad memory, but mine is significantly worse than anyone else I know. It limits my ability to do my job properly. Much of what I read or hear is pretty much in one ear and out the other. I suspect this is part of illness for me, but I'm considering coming off lithium to see if that helps.

For me, the most important thing about my treatment is having a good relationship with a psychiatrist whom you have confidence in. Someone who will take a full history, listen to what you have to say, and then lay out all the options with all the pros and cons. Being available on the phone in a crisis is also much appreciated.

**4.2.2        Testimony 2: RED**

I first became depressed and suicidal in 1980, at the age of 17 (I am now 42). I had a bout of glandular fever and just done my A levels. I didn't feel that I could talk to my parents because my grandmother had a long-term mental illness. I had heard how

CONFIDENTIAL
AZSER12779365

DRAFT FOR SECOND CONSULTATION

1   miserable all this was and I very much felt that I was letting the side down by getting
2   ill too. However, my parents persuaded me to go to my GP who called my parents
3   anyway and suggested that I might have bipolar disorder (this idea fell by the
4   wayside). I was referred to a psychiatrist at the hospital who diagnosed depression.
5   He wanted to admit me but I refused, so I ended up in a day hospital that consisted
6   almost entirely of confused older patients.
7
8   Against everyone's advice I went to university that autumn. I was taking a tricyclic
9   antidepressant, lorazepam and some kind of sleeping pill and spent most of my first
10  year getting almost no sleep, drinking heavily, partying wildly, sleeping around and
11  for several weeks not eating because I'd convince myself that I didn't need any food.
12  I was seeing a consultant psychiatrist and a GP but just told them I was fine. At some
13  point I stopped taking the pills. As the year went on I became depressed again,
14  which as before I tried to conceal. I painted my face with green eye shadow and was
15  convinced I was invisible. I couldn't study anymore because the words swam around
16  on the page.  Finally, I took a handful of sleeping pills mixed with alcohol, and then
17  screamed because I'd forgotten to write a note. Then I threw up. The next time I saw
18  the psychiatrist I told him that I was depressed and he admitted me to hospital for
19  about a month and put me back on the medication. Conditions on the psychiatric
20  ward were terrible, but I was allowed to go to the university to take my exams.
21
22  Over the next 16 years I got depressed again a few times. On one occasion I went to a
23  place that offered free counselling for about 6 months, which I don't think helped me
24  get over the depression any quicker, but helped me survive it. On another occasion I
25  went to the doctor but she said that I wasn't depressed, just having a hard time
26  coping with two young children.
27
28  In the summer of 1997 I got depressed again quite quickly. One weekend after a row
29  with my husband I got really hyper in a very unpleasant sort of way, couldn't sit
30  still, was very angry, drove at 100mph, and was hallucinating. In October I was
31  suicidal to the point of making plans and went to see my GP. She was extremely
32  sympathetic and prescribed paroxetine, which made me feel a bit better, but things
33  never got back to normal. I did an online manic depression test, scored high, and
34  laughingly dismissed the result. In April 1998 things got steadily weirder. I couldn't
35  stop mentally singing songs, couldn't think straight, and was obsessively sending
36  emails. I read messages into everything: clouds, road signs and so on. At a social
37  event I was mesmerised by a flashing light, couldn't sit still, saw a mushroom cloud
38  which I thought foretold a death in the family, and thought the pavement was blue. I
39  didn't tell anyone. By now I was almost certain I had bipolar disorder, but I hoped it
40  would go away.
41
42  Things got scary. Crows were following me. There was a TV camera in my head.
43  Both of these were organised by a malevolent Celtic goddess who was trying to
44  compel me to kill myself. I couldn't think straight at all, couldn't concentrate. I was
45  turning into a bird, I was turning into the phoenix, the phoenix could save the world,
46  the phoenix could save the world by burning to death, the phoenix could save the
47  world through the internet, the phoenix was poisoning the world through the
48  internet and needed to cut her hands off so she couldn't type any more. At this point
49  I admitted that I really did have to seek help. The doctor I saw was very calm,
50  soothing, and practical, and told me I was hypomanic and should go to hospital. I
51  was told I would only be assessed, but I was admitted for a couple of weeks. I was

CONFIDENTIAL
AZSER12779366

DRAFT FOR SECOND CONSULTATION

1   given medication (without any discussion) and told that I had bipolar disorder. I was
2   confused a lot of the time, particularly about which doctor was in charge of me. They
3   put me on carbamazepine, haloperidol and for the first few days, zopiclone. I did lots
4   of painting, wrote pages of complete gobbledy-gook, and cooperated pretty well.
5
6   For the next couple of years I kept getting a few days of hypomania here or there,
7   and then bouts of sudden and severe depression for which I was hospitalised
8   (another six admissions varying from 2-6 weeks). I always resisted going into
9   hospital but never quite got sectioned. I didn't always get on well with the staff at the
10  hospital; some of them made me feel like a nuisance and some of them didn't do
11  their jobs properly (for example, nurses supposedly on observation asleep in front of
12  the TV at night). The student nurses were often the most helpful and sympathetic.
13  The ward was usually disorganised and I found it very stressful waiting for hours to
14  see a doctor, missing activities or even meals because I was worried I would miss
15  them. I was also angry that there were no occupational therapists on any of my
16  admissions from 1998 onwards.
17
18  By now I had a different psychiatrist, with whom I got on very well, and a CPN who
19  was fantastic and reliable. I stayed on the haloperidol, but after a while they tried
20  tapering off the carbamazepine and started me on several other drugs (lithium
21  andparoxetine) which made me worse. In the end I was given a high dose of
22  lamotrigine and since then I have been out of hospital for about 4 years. Eventually I
23  stopped taking the haloperidol because even at a very low dose it made me feel
24  dopey.
25
26  During this period I also attended a self-management course run by my GP, had CBT
27  for 6 months as part of a trial and, on the advice of my psychiatrist, started going to
28  the local self-help group (MDF The BiPolar Organisation). The course and CBT were
29  quite good at helping me to identify when I was getting ill, the CBT helped me
30  improve relationships with my family, and through MDF The BiPolar Organisation I
31  was able to meet other people who'd been through the same experience. Neither the
32  course nor the CBT helped me stay out of hospital at the time, but these days I am
33  much better at dealing with the odd up or down day, and I wonder if without them I
34  would still be spiralling out of control.
35
36  At the present time I am not seeing a psychiatrist or a CPN, which I am not very
37  happy about. They didn't even tell my GP they were discharging me. I feel that no
38  one is keeping an eye on me except for the physical check from the practise nurse
39  once a year. I was discharged on 1000mg carbamazepine and 500mg lamotrigine per
40  day, but I've had a lot of trouble with side effects, particularly double vision and
41  dizziness. My GP recently tried slow release carbamazepine which also helped and
42  I've cut down the dose by 200mg per day. Very occasionally if I get very anxious or
43  panicky I take a clonazepam or haloperidol tablet.
44
45  I had to give up work during the period of repeated admissions, partly because my
46  concentration was affected and partly because the pressure of having to be well
47  enough for work and not coping made me stressed and depressed. I think giving up
48  work and taking on an allotment with the exercise and fresh air has helped me a
49  great deal (although I still have real problems with concentration and memory that
50  considerably impair my daily life). I am also involved with MDF The BiPolar
51  Organisation as a treasurer and feel that that is a good safety net.

CONFIDENTIAL
AZSER12779367

DRAFT FOR SECOND CONSULTATION

Over the years, with so many admissions and illnesses, it has been a huge strain on my husband who would become very anxious, but he no longer panics if I seem a bit low. I have been quite open about my illness in recent years with my children and it doesn't seem to worry them. These days I am mostly stable and free from physical side effects.

**4.2.3        Testimony 3: RED**

I first became aware that I possibly had a mental disorder in my last year at university, aged 20/21 (I am now 32), when I had serious problems sleeping which was the start of some strange behaviour, such as thinking that I could talk with birds and that I was infested with fleas. I would have times of great enthusiasm, but would also have awful times when I wouldn't know what to do with myself. After a few nights of not sleeping at all, I saw a doctor and was given temazepam.

At university I visited a different doctor and was given another sleeping tablet and encouraged to see a counsellor, which I did on one occasion. I felt quite embarrassed to be going but it was good to talk. Coming to the end of university was a difficult time. I was in a state of indecision about my future and my parents were moving away. I felt rudderless and depressed, and was punching walls. Over the next few years a stable, but rather boring, job got me back on a more regular path but my depression and intermittent insomnia continued. When I was aged about 26/27, I was sent to see a consultant psychiatrist, but she concluded that the depression was not severe enough to need treatment. I wasn't receiving any treatment for my insomnia at this time either. I have generally been able to present myself well to doctors and put a brave face on my problems.

I got married and trained to become a teacher when I was aged 27, but I still coped with regular insomnia and depression for another 3 years. My week would have a regular pattern: on Monday I would have to leave work as soon as the school day ended as I was tired and depressed. On Tuesday I would really get into things, work late, and then not be able to sleep till about 3 or 4 in the morning sometimes. During the rest of the week I was in a bit of a fog of tiredness, but I would generally leave on Friday enthused by things. Saturday afternoon was the lowest point of the week.

After seeing a poster at the doctor's describing the signs of depression, and feeling that I experienced nearly all of the signs.  I mentioned this to the doctor and he prescribed an antidepressant ( escitalopram). Apart from completely losing my sex drive, I was able to function well on this medication, and was successful at work. It helped me sleep, and I felt that I was on a more even keel. I stayed on Cipralex for 3 to 4 months.

While going through a difficult period in my marriage I began to have mood swings. It was at this time that I read a book about bipolar disorder and thought that sounded like what I was experiencing, although I seemed to be rapid cycling. I saw a locum who put me back on escitalopram. I asked for an appointment with a psychiatrist, and had to wait 4 or 5 weeks for this. The appointment with the psychiatrist was very thorough and we discussed the possibility of bipolar disorder;

CONFIDENTIAL
AZSER12779368

DRAFT FOR SECOND CONSULTATION

1   the consultant said that I possibly had bipolar 3 [understood to refer to
2   antidepressant-induced hypomania].
3
4   After this my sleep became a problem again so the doctor stopped the escitalopram
5   and put me on Lamotrigine and Zopiclone. (I stated my concern at stopping the
6   escitalopram suddenly as I had had to do it gradually last time, and it was only after
7   he had received a letter from the psychiatrist that I was advised to stop the
8   escitalopram gradually.) The first night on the change of medication was rather
9   disconcerting. After taking the Zopiclone I got ataxia and my wife had to help me
10  upstairs. I also thought that I was getting visual disturbances. I was told that I could
11  take Zopiclone every other night, but on the night that I didn't take it, I couldn't
12  sleep. I was concerned that I was getting a rash, and also I was having spotting on
13  my eyes. I called NHS Direct, who in the end suggested that I go into hospital. The
14  doctor checked my eyes, and couldn't see anything wrong so I went to see my GP the
15  next day. I was feeling in a bit of a state, exhausted from the night before and a bit at
16  sea with the drugs that I was taking. My GP suggested that I go back to the hospital.
17
18  At the hospital I was interviewed by the charge nurse but no discussion was had
19  with me about the effects of the medication I had taken. I was feeling very anxious
20  and angry with the GP who I felt had started all these problems off earlier in the
21  week with the bad advice about stopping the escitalopram. I was then given a
22  medical by a senior house officer, who asked me if I thought that I had any special
23  powers. I replied that I was a Christian, which seemed to be significant to the SHO. (I
24  feel much closer to God when I am feeling a bit elated.) I also told the SHO that the
25  previous night I had felt a conviction that this day might be my last. This was tied up
26  with my religious feelings.
27
28  In the end I was put on a section 5.4 under the mental health act because I had tried
29  to leave the hospital to stop my wife driving home. (I was worried that she might
30  have an accident.)I then had an interview with the nurse and another doctor, but I
31  was concerned because my rights were not discussed with me and I was not
32  informed what being under section meant until the next morning. I was trying to
33  write things down so that I had a record of the meetings, and of what was being said.
34  I asked to see my uncle, who is a doctor, but this was refused. At one point I said to
35  the charge nurse that I felt that he was trying to wind me up, and he said that he was.
36
37  I was eventually given 1 mg of Lorazepam which made me feel much calmer. I was
38  held over the weekend and met the consultant on the Monday. There was a large
39  group of people who I hadn't met before, consisting of at least one nurse, a student,
40  two consultants and a phlebotomist. The consultant told me about the various
41  possible treatments with medication, and I read about them. She was keen to get me
42  on an antipsychotic, which was hard for me to accept. I was feeling defensive and
43  hard done by, and was not convinced at the time that I was psychotic. She felt that I
44  was not cooperating with my medication so put me on a section 2 under the mental
45  health act. This was very distressing, so I contacted a mental health solicitor. At this
46  point I had my first panic attack. (I had several more of these over the next few
47  months.) The solicitor began to arrange for a mental health tribunal, but after a few
48  days I was taken off the section. I stayed in hospital for 2 weeks in all. The consultant
49  said that I was possibly suffering from bipolar II and I was put on lamotrigine for
50  several months and olanzapine. Looking back I realise that I was a bit psychotic, and

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 78 of 341

260

CONFIDENTIAL
AZSER12779369

DRAFT FOR SECOND CONSULTATION

1   that this was my second psychotic experience, with my first occurring at the end of
2   university.
3
4   After 3 weeks at home, I went back to work but was concerned about losing my job. I
5   stopped the mood stabiliser, which made me feel I was in a permanent fug, and
6   startedescitalopram again, which allowed me to perform a lot better. I also have
7   olanzapine when I am feeling high and Zoplicone. I still have bad days, but on the
8   whole I am functioning well, and feeling happy for the majority of the time. My
9   relationship with my consultant was not good to start with but is better now. I seem
10  to be able to influence decisions about my medication, but I would have more
11  confidence in her if she was more confident with her treatment. I get on very well
12  with the nurse that comes and visits me every few weeks. She has given me some
13  good advice, and has helped me have more confidence in myself. But while it is
14  helpful to have regular contact with someone, it is not a talking therapy, which I
15  think would have been beneficial. (I am on a waiting list to see a psychologist.)

16  **4.2.4        Testimony 4: Helen**

17  While living in France I had two 'breakdowns' while in my early thirties (I am now
18  43). I was told by a French psychiatrist that 'I would always be vulnerable, like a vase
19  which had cracked' but was offered no diagnosis or explanation of how this might
20  have happened or how I might try to make some sense of this experience, and
21  offered no hope outside medication. I was sectioned on three occasions and after an
22  unnecessarily protracted period in a French asylum, my father had to come to get me
23  out.
24
25  I returned to England and was diagnosed with bipolar disorder. With help from the
26  plain commonsense approach of a locum psychiatrist I felt that my hope of recovery
27  could begin and I attempted to come to terms with what I now understood to be two
28  manic episodes with psychotic features.  I was enabled in this by England's more
29  forward-looking, supportive, client-centred, recovery-based approach in the
30  community that offered hope, empowerment and support.
31
32  I would describe psychosis as like a waking dream and reality that merge, slowing
33  leaving reality behind as you enter an increasingly frightening new 'reality' of seeing
34  things and people that aren't there, hearing voices which don't exist telling you to do
35  increasingly irrational, dangerous and injurious things. All this is tinged with ever-
36  growing paranoia. As the psychosis takes hold, combined with a manic mood swing,
37  it is possible not to feel hunger, not to need sleep, not even to feel pain, as the body is
38  whipped up to maximum motor output. The mind is racing at top speed making
39  impossible connections between events and the heightened euphoric emotions all
40  combine together to direct some deluded 'mission' that you are convinced that you
41  are on. The ultimate height of mania is the adoption of a personae; mine tended
42  towards the good ones: Mother Earth and God's Daughter as the second coming of
43  Christ.
44
45  Having a diagnosis was supremely important. Despite the horrors of psychosis, it is
46  more frightening not being told what the illness was and to live with the fear of
47  something you know nothing about happening again, and for it to actually happen
48  again. My psychiatrist could offer little practical help other than to mention MDF The
49  BiPolar Organisation. I joined one of their local self-help groups and followed their

CONFIDENTIAL
AZSER12779370

DRAFT FOR SECOND CONSULTATION

1   self-management training course some years later. During this 6 week course, I
2   learned how to recognise and cope with 'episodes'. I learned there were others like
3   me with the same illness. I learned that people with bipolar disorder were actually
4   quite talented, intelligent, empathic individuals who had much to offer society.
5
6   My psychiatrist discussed drug maintenance with mood stabilisers with me at
7   length, although it was not until some 3 years after my second episode that I was
8   given a 6 week psychological therapy which helped me to become more assertive in
9   relationships.
10
11  I am sorry to say that the treatment I needed was not on offer. I felt that I needed a
12  therapy that would teach me the skills and encourage me to rebuild my life, my 'self'
13  which had been shattered by my experiences. Rather than go through years of
14  expensive private counselling, I took a degree in psychology, determined to improve
15  my understanding and I worked for MDF The BiPolar Organisation coordinating
16  their research into their self-management training programme. I realised that, like
17  me, people with bipolar disorder were much more than their illness and hence
18  needed a more holistic, comprehensive approach to training than simple mood
19  recognition and management. I started to develop my own lifestyle development
20  training programme for people with bipolar disorder based on my research. The
21  training offers insight into the condition and a hopeful recovery approach that is
22  attainable. But sadly such holistic therapies are still not available.
23
24  However, my relationship with my psychiatrist has been excellent. I could not have
25  wished for a more supportive, person-centred, empathic individual who has
26  encouraged me in my understanding and later research of this disorder. He did not
27  specify the exact type of bipolar disorder that I had but was happy to discuss it with
28  me when I asked if it was bipolar I (he confirmed that it was).
29
30  I did not, though, find the initial rare visits from the community psychiatric nurse
31  and social worker supportive; I thought that they limited me to more cautious
32  objectives which they were able to monitor. After a few visits of this nature, I told
33  them I would telephone them if they were ever needed. Now discharged from
34  secondary services, I am reluctant to rely on primary care which is not I feel
35  equipped to deal with mental health issues. My relationship with my GP is limited to
36  e-mailing requests for repeat prescriptions for carbamazepine (200mg/day).
37
38  Since being diagnosed, I consider I have come a long way. I believe that although
39  mood swings will come and go – I have experienced only minor short-lasting bouts
40  which have been successfully self-managed since my last episode over 8 years ago -
41  there is the real possibility of growth.  My recent work as chair of a charity enabling
42  mental health service users to put forward their views in order to shape services has
43  allowed me to encourage others to hope for a greater recovery and to take a greater
44  part in how they would wish to be treated.

45  **4.2.5        Testimony 5:** <span style="background:black;color:white">REDA</span>
46  I was told that that I had bipolar disorder about 6 weeks after my life had fallen
47  apart. My marriage had ended abruptly and I believed that I had lost my wife, my
48  two sons and my home for good. My confidence and self-esteem had collapsed, I
49  couldn't stop crying and I could scarcely perform at work.

CONFIDENTIAL
AZSER12779371

DRAFT FOR SECOND CONSULTATION

1
2   Yet the diagnosis was in part a relief. It confirmed the conclusion I had myself
3   reached about 3 months earlier after looking at a Mind leaflet and thinking that the
4   symptoms of bipolar disorder matched my experience exactly. I was 43 years old and
5   realised that I had suffered what I came to recognise as recurrent, severe depression
6   from the age of 7. There was a social and family history to all this: my mother
7   suffered from recurrent depression all her life; my father was discharged from the
8   army having suffered battle shock (from which it took him years to partially get
9   over) and my brother has also been diagnosed with bipolar disorder. My early life
10  was an emotional cauldron, involving several hospital admissions (including a
11  period in isolation) before I was 5 years old.
12
13  I was compulsorily admitted to hospital with mania on two occasions during my late
14  twenties. Those were the peaks of episodes that occurred over 4 years, with
15  depression following each winter/early spring. Those great fluctuations of mood
16  started whilst I was still in the army. I was doing very well in my chosen career, but
17  the sudden onset of mood swings (which I could not have named then) left me
18  bewildered. I would feel alternately omnipotent or worthless, focused and achieving
19  or directionless and riddled with self-doubt. I bought myself out of the army when I
20  felt everyone had given up on me (which I know was not the case). No one
21  suggested I should consult a doctor and it never occurred to me—I had no idea that
22  what I was experiencing was an illness or had a name.
23
24  I joined the ambulance service and feel sure that the experiences I had in this
25  emotionally challenging field of work, coupled with the disturbed sleep pattern of
26  the shift worker and the other frustrations of my life (Including difficulty forming
27  relationships with women) ate away at my stability. I first saw a psychiatrist during
28  this time. He did not put a name to my condition, though he did prescribe
29  chlorpromazine hydrochloride and offered me inpatient treatment to examine me
30  more closely. Working for the ambulance service, I did not feel I could 'come out' in
31  this way and declined the offer. Nor did I connect myself with the occasional manic
32  patient on a section that I helped to transport to one of the psychiatric hospitals
33  around the capital.
34
35  I experienced full mania for the first time during my first summer as a student after
36  recovery from a deep depression, a lack of sleep and a real sense of social dislocation
37  and lack of direction. I came to believe I was at one with the universe, colours took
38  on a new vividness, I could see the meaning of life in a pond and I argued fiercely
39  and incoherently with anyone who contradicted me. Again no one suggested I
40  should see a doctor and I sought no help. Gradually the condition eased.
41
42  At the end of my student days, I was taken to a psychiatric hospital by police. I had
43  taken refuge in a police station because I was convinced the IRA wanted to kill me.
44  Once in a cell I stripped naked and dissolved into incoherence. This was the
45  culmination of several weeks of self-neglect, little sleep, hunger, and over-use of
46  alcohol following final exams. On the night I was taken into hospital I was terrified,
47  making connections between everything I saw (in particular wires which I found
48  everywhere), completely disinhibited and exhausted. Looking back I am grateful that
49  I was admitted as it put a stop to a steep decline in my life that could have ended in a
50  far worse place.
51

CONFIDENTIAL
AZSER12779372

DRAFT FOR SECOND CONSULTATION

1    Although my enforced hospitalisation served its purpose, providing safety and
2    stabilising my mood, it was an awful experience. I was completely disoriented at
3    first, received some physical and verbal abuse from one nurse, and had no sense of
4    having a defined problem to be treated nor of there being an end in sight. I was just
5    required to fit into an institutionalised regime and submit to someone else's idea of
6    what was good for me. I was discharged after a month suffering from the side effects
7    of haloperidol without any idea that the shuffling and drooling *were* side effects. The
8    delusions had gone; the psychiatrist told me that I was not mentally ill, but I was left
9    with physical symptoms that were embarrassing, frightening and incomprehensible.
10   Fortunately my brother was able to intervene on my behalf and the problems eased.
11
12   A year later I was back in hospital briefly. This time I thought I was in the 19th
13   century (I was studying history by then at another university). Medication-induced
14   sleep rapidly reoriented me and I was able to continue my studies. No one, least of
15   all me, connected the episodes. I was moving around from place to place and each
16   occurrence seemed to me to be because of 'stress' or self-neglect.
17   At the end of my studies I started a job as a social worker. At my medical I avoided
18   the truth about my condition because no one had given it a name; even after I had
19   the diagnosis I still did not disclose it. But I lived with the fear that , that people
20   could 'tell'.
21
22   Marrying and having children brought some stability to my life, although I
23   continued to experience periodic lows and quite often pressure of speech and flight
24   of ideas. I frequently flew into rages and resorted to alcohol to dampen down the
25   feeling of going high. However, I am sure regular sleep and hours after years of
26   chaotic student life, shift work and deprivation of sleep in the army, made a
27   difference in keeping mania at bay. But after a period of intense effort and
28   responsibility at work, I was overwhelmed with pressures and life at home was
29   unbearable for everybody. My marriage ended and I consulted my doctor, as I was
30   no longer able to cope at work.
31
32   My GP was excellent. She listened, amidst my tears, to my whole story. I
33   immediately felt the sense of someone professionally standing with me and she
34   arranged for an emergency psychiatric consultation. I was given the diagnosis but
35   only after directly asking the registrar who had just told me, without explaining
36   why, that I might have to take lithium for the rest of my life. Within weeks I started
37   the lithium treatment and began to learn about bipolar disorder.  MDF The BiPolar
38   Organisation has been for me the most important source of learning about the
39   condition and its management, helping me to develop a sense of control over my
40   symptoms. At local meetings I have met people with similar experiences who have
41   become real friends. We benefit from mutual support and contact. Sometimes when
42   people feel ashamed after a manic episode the group provides a non-judgemental
43   place to begin to pick up the pieces. I have benefited personally from a self-
44   management programme run by MDF The BiPolar Organisation, which teaches a
45   variety of proven self-help methods for coping with the condition.
46
47   Initially after diagnosis I was discharged from hospital care and felt that I had been
48   cast off with no NHS support. (Without MDF The BiPolar Organisation I would have
49   felt alone, as I had no one else to talk to about living with a major mental health
50   problem.) My GP, however, was very good in getting me re-connected with hospital
51   services. At first, I saw a different doctor every time I went, all of whom saw

CONFIDENTIAL
AZSER12779373

DRAFT FOR SECOND CONSULTATION

1  medication as the only treatment option (one of the drugs reduced me to a zombie-
2  like state), but my psychiatrists have been excellent in recent years.
3
4  My GP also helped by obscuring the real reasons for occasional absences from work
5  on certificates, whilst encouraging me to think about ill health retirement.
6  Eventually, I came under the care of a consultant. I was usually angry when I saw
7  him but gradually I came to appreciate him and to see retirement as a way of
8  escaping an intolerable work situation. My doctors proved to be right and life has
9  improved considerably since leaving full-time work. My consultant continues to be
10  the anchor in the management of my condition and being on my GP's practice
11  register also gives me a feeling of security.
12
13  During a particularly low time I was helped by a CPN using cognitive-behavioural
14  techniques. This helped at the time and also during other periods when I had
15  negative thoughts or setbacks. It is now a very long time since I have suffered from
16  full-blown mania. Occasionally, when facing severe stress I have 'heard' the odd
17  voice, noticed how certain lights appear unusually bright, or thought that a crow
18  landing near me has significance. So far I have been able to catch myself and dismiss
19  such thoughts.
20
21  It is my experience that services have changed for the better over the years and I feel
22  well supported by the NHS and MDF The BiPolar Organisation. I know this is not
23  always the case for others, particularly the undiagnosed sufferers of bipolar disorder
24  who are in the majority. I am concerned that my sons may inherit the disorder, but I
25  hope they will not have to wait 22 years for a diagnosis.

26  **4.2.6          Summary of themes and concerns**

27  **Diagnosis**
28  People with bipolar disorder have reported that it has taken them years, sometimes
29  decades to get a formal diagnosis of bipolar disorder and consequently to receive
30  appropriate care (Highet *et al*, 2004). This problem is one that occurs in both primary
31  care and specialist mental health services (Highet *et al*, 2004). For some people
32  getting a diagnosis and treatment can be made more difficult by the stigma
33  associated with mental illness. It took ▇REDA▇ now aged 50 more than 20 years to get
34  a diagnosis of bipolar disorder:

35
36  '*I was 42 before I was diagnosed. I first became aware I was suffering severe mood swings as a*
37  *young child. I can only ever remember being either very happy or very sad. When low I*
38  *wished I'd never been born. My dad had also always suffered severe mood swings throughout*
39  *my childhood and spent long spells in hospital, but I was told it was for treatment for "heart*
40  *attack". My parents felt such shame about his mental illness they never told me about it, and*
41  *they never told me their suspicions about my illness. It was only when I broke the news about*
42  *my diagnosis more than 20 years later that they said they "had always known". I felt quite*
43  *angry really that they'd never said something earlier. If I had been diagnosed earlier I would*
44  *have got the right treatment earlier.*' (Interview)

45
46  Without an accurate diagnosis, people may receive treatment that can be insufficient
47  or harmful. It may be the case that symptoms of depression – which patients are
48  much more likely to seek treatment for - will be recognised, but symptoms of

CONFIDENTIAL
AZSER12779374

DRAFT FOR SECOND CONSULTATION

1   hypomania may be missed or not initially detected by healthcare professionals when
2   taking a patient's history. After making a suicide attempt at 15, Eileen saw a
3   succession of GPs:
4
5   *'Over the next 27 years, they all treated me for depression, prescribing me more than a dozen*
6   *different antidepressants. As far as I can tell they did nothing to stabilise my mood swings.*
7   *None of the GPs ever recognised that my high moods in between the lows were symptomatic*
8   *of bipolar disorder. It was only when my GP referred me to a CPN after a particularly bad*
9   *bout of feeling suicidal that the CPN immediately picked up on the highs and said she thought*
10  *I had bipolar disorder. She referred me onto a consultant psychiatrist who made the diagnosis.*
11  *He prescribed me mood stabilisers and my moods have been a lot more stable ever since. I only*
12  *wish I'd got the diagnosis 20 years earlier.'* (Interview)
13
14  The cyclical nature of the illness, whereby symptoms—and consequently the
15  patient's judgement—changes from day to day, week to week and month to month,
16  makes diagnosis much more difficult. For example, a patient who makes an
17  appointment to see a psychiatrist when depressed and desperate for treatment, may
18  feel very different when attending the appointment several weeks later. By then, he
19  might have switched into a hypomanic state. Suddenly, the patient is wildly
20  optimistic - life is seen through extremely rose-tinted glasses. The bouts of
21  depression are forgotten and the patient convinces himself he has made a full
22  recovery. In fact, he tells the psychiatrist, he wasn't really all that depressed at all, he
23  was just perhaps 'a bit down in the dumps'. Full of confidence, he sounds very
24  convincing to the doctor. Persuaded by the patient's account of his recovery, his
25  psychiatrist fails to probe sufficiently into the patient's current state of mind to
26  establish whether his mood is normal or high. He makes an appointment for 3
27  months' time. If the psychiatrist has not seen the patient on a previous occasion it
28  makes it much more difficult to judge what is their normal mood.
29
30  But even when a person sees a GP or a psychiatrist while in a depressed phase, the
31  testimonies reveal that professionals might not be able to recognise bipolar disorder.
32  First episodes of bipolar disorder can be very difficult for patients to recognise.
33  Moderate to mild symptoms can be easily misinterpreted as simply being in either a
34  'really good' or a 'really bad' mood. Sufferers can labour under this illusion that
35  they're 'just moody' for years. They may struggle to understand what is happening
36  to them, but are likely to try to interpret their moods in the same way that everyone
37  does—simply in terms of life events making them happy or sad—and struggle on.
38
39  Often it is only when the highs are sufficiently extreme (for example with symptoms
40  like delusions or extreme pressure of speech) that friends and family can be panicked
41  into seeking medical help and the symptoms become unmistakable to healthcare
42  professionals. The symptoms of depression, which are usually not as obviously
43  noticeable as mania, can more easily pass ignored by those around the sufferer. Too
44  often, it is only when a desperate act like a suicide attempt has been made that those
45  close to someone with bipolar disorder recognise the need for help.
46
47  In order to address some of these issues, there needs to be greater public and
48  professional awareness of and understanding about bipolar disorder. Because
49  healthcare practitioners, in particular GPs, sometimes fail to diagnose the condition
50  they should be aware that people who have symptoms of depression may have
51  experienced mania. The patient may need encouragement to talk about their

CONFIDENTIAL
AZSER12779375

DRAFT FOR SECOND CONSULTATION

1   symptoms, which can be achieved through sensitive questioning (family members
2   and carers may also need to be asked about symptoms and behaviour within the
3   bounds of confidentiality).

4   **Experience of treatment and care**
5   When contact is made with services, healthcare professionals should encourage
6   patients to keep their appointments and ensure that first contact is positive. To
7   promote more effective communication between doctor and patient, doctors should
8   have cultural competence so that they can work effectively within diverse
9   communities.
10
11   The testimonies and surveys (Morselli & Elgie, 2003) demonstrate that people with
12   bipolar disorder require healthcare professionals to provide full and clear
13   information about the condition and about the treatment options, ideally in written
14   form (for example, booklets or newsletters) or video (Kupfer at al, 2002). In
15   providing this information, the social, cultural and educational background of the
16   patient (and carer) need to be taken into consideration. The testimonies and surveys
17   (Morselli & Elgie, 2003) also emphasise the importance of a trusting, open and
18   respectful working relationship between themselves and the professional.  Although
19   one individual felt that '*my psychiatrist and other professionals tend to decide what is best
20   for me, rather than listening to my thoughts and feelings*' (MDF The BiPolar Organisation
21   survey), patients nowadays expect to be treated as an equal partner, no longer the
22   passive recipients of treatment, but as experts in their own condition (Morselli &
23   Elgie, 2003). This will necessitate that patients are fully involved in decisions about
24   their treatment and care, and that their preferences for a particular treatment, or their
25   decision not to have an intervention, is taken into consideration by the professional
26   when the treatment plan is prepared.
27
28   Highet and colleagues (2004) report that patients experience a restricted range of
29   treatment, both in primary and secondary care, mostly limited to medication. MDF
30   The BiPolar Organisation also report that '*a very high number of people still do not
31   have access to a psychologist*' (MDF The BiPolar Organisation survey, 2004). After a
32   psychotic episode, <span style="background:black;color:white">RED</span> (aged 34) '*pushed for some counselling but was made to feel like
33   I was asking for a pot of gold by the hospital psychiatrist*'. But counselling '*helped me come
34   to terms with what I'd been through and also my counsellor suggested I go on some courses
35   (anxiety management, relaxation and problem solving), which were held at the local
36   outpatients centre and were all really helpful*' (extract from testimony). <span style="background:black;color:white">REDAC</span> says that
37   she benefited from cognitive behavioural therapy and a self-management course
38   because she gained knowledge about her condition and learned about strategies to
39   help her to cope with both mania and depression:
40
41   '*During my last manic episode I did not, as before, develop psychosis and was able to
42   maintain more control over my treatment and avoid admission to hospital. I was able to put
43   some of what I had learnt from the self-management course into practice. I was also more
44   responsive to professionals and to agreeing to an increase in medication. Once I started to feel
45   better I began to understand what had triggered the high and how it had built up over several
46   months. I had not had this degree of insight before*' (extract from testimony).
47
48   Regarding medication, patients highlight the need for full discussion about dose and
49   side effects. <span style="background:black;color:white">RED</span> (aged 51), a university lecturer, says that her psychiatrist '*listens to
50   me and takes my view into account. I told him how my last psychiatrist put me on 20mg*

CONFIDENTIAL
AZSER12779376

DRAFT FOR SECOND CONSULTATION

1  *olanzapine and turned me into a zombie. One time I feel asleep while a lecture I was so tired,*
2  *and two of my students reported me to my head of department. My new psychiatrist listened*
3  *to what I told him about my experiences and he put me on just 5mg which has been fine'*
4  (extract from testimony).

5  **Continuity of care and crisis management**
6  It has been suggested that people with bipolar disorder and depression are more
7  likely than those with disorders such as schizophrenia to receive disorganised and
8  poorly coordinated care (Hickie, 2000). Due to the episodic nature of the condition,
9  however, people with bipolar disorder should be able to access care and treatment
10 when they need it, particularly during a crisis. ███REDA██ benefited by a supportive
11 CPN with whom she drew up a relapse prevention plan and who offered almost
12 daily support at home to avoid hospital admission.
13 Similarly ██RED██ agreed an action plan with her psychiatrist should she relapse:
14
15 '*This includes having a supply of medication at home (to start taking when I get ill), having*
16 *telephone numbers for people I can contact in an emergency, and making an appointment*
17 *with my psychiatrist. He also suggested getting into a regular sleep routine and advised me*
18 *about the best time of day to exercise'* (extract from testimony).
19
20 However, Highet and colleagues (2004) reported that 'current crisis management
21 practices were considered to contribute to negative perceptions and stigma' and they
22 identified a need for 'prompt and improved access to crisis care during the early
23 phases of acute relapse'. ██RED██ has a crisis team but on one occasion could not access
24 anybody to come out and assess her: '*the result was that I left home in my car in a manic*
25 *state and had a fortunately minor accident some hours later, 100 miles away'* (extract from
26 testimony). On another occasion she made four telephone calls to team but was
27 nevertheless sectioned the next day. She feels that '*everything should be done to avoid*
28 *hospital: the staff there are generally not interested and offer virtually no psychological*
29 *support. The experience is traumatic and one's stay tends to be prolonged. The crisis team*
30 *should play a role here in preventing this'* (extract from testimony).
31

32 **Self-help and support groups**
33 MDF The BiPolar Organisation reports that it has 142 self-help groups in England
34 and Wales and estimates that on average about 50 or 60 people a year attend each
35 group meeting Members report that they tend to find out about groups through
36 word-of-mouth or through their own research, rather than through their GP or
37 psychiatrist.
38
39 Some patients report that it is only in self-help groups that they can find people who
40 can really empathise. The simple fact of knowing that they are not alone, and that
41 others have the condition, is in itself comforting and helpful. They report that it is
42 very therapeutic to talk to other people who have had similar experiences, for
43 example, psychotic delusions.
44
45 The groups are also a very good way of pooling knowledge about drug treatment
46 and local services and form a good support network which many people rely on.
47 Some groups organise speakers and experts to come and talk to members about the
48 condition.

CONFIDENTIAL
AZSER12779377

DRAFT FOR SECOND CONSULTATION

1  ## 4.3   Testimonies from family members/carers

2  **4.3.1**            **Testimony 1: REDA**

3   My wife's crisis occurred in 1996 when she began talking about suicide. In retrospect,
4   I believe the trigger for the illness was a sequence of events. Within a relatively short
5   period of time four of our friends were diagnosed with cancer, and within 6 to 8
6   months most of them had died. My wife's father and a number of her closer aunts
7   and uncles all passed away, and then she took on a fairly stressful short-term job that
8   demanded a lot of her time and increasing responsibility. It was during this time that
9   we moved house and her sleep patterns and behaviour began to change. She seemed
10  to become more dependent and needed constant attention. Sleep became non-
11  existent and she was constantly on the go but achieving nothing; as a family we were
12  worn out. At the time we were not really able to understand what was happening
13  and it took us long time to realise what we were dealing with. The psychiatrist who
14  came to the house to see her made what seemed to me to be a snap diagnosis of
15  hypomania; the only treatment my wife was given at this time was a minimal dose of
16  chloral hydrate (¼ of a ml. three times a day). At this time my wife had been running
17  around all day and all night for almost a fortnight. We were all sleep deprived, and
18  unable to deal with the situation, but there was no further help.

19  It was not until we moved to North Wales and my wife actually made an attempt on
20  her life that we got help. May 2000 was a very difficult time; her GP thought initially
21  that she was menopausal, and treated her for that. We had told him about her recent
22  behaviour and problems, but she presented fairly well to him and he did not take
23  mental illness into account. My wife then went to one of his satellite surgeries and by
24  that time she was hypomanic so he gave her some mild tranquilisers.

25  Shortly after this my wife took a number of paracetamol tablets. She was then
26  admitted to the local A&E department where she was transferred to the psychiatric
27  unit. She was in the unit for about a month, during which time I went away for a
28  holiday to get some rest. The week I returned the hospital discharged my wife and
29  sent her home, although there was no one in the house; she was sitting in the dark as
30  I walked through the door.

31  The major problem following the initial admission was that the psychiatrists insisted
32  my wife was well when she was not. The initial diagnoses were anxiety state and
33  depression, then a form of bipolar disorder, and eventually a schizoaffective disorder
34  primarily because of her very odd thoughts such as body displacement. She thought
35  that her head was in the next street, that her limbs were attached to places they
36  shouldn't be, that she had to move her nerves out of the way before she could sit
37  down, and that her mouth did not belong to her. The latter caused all sorts of
38  problems and stops her eating sometimes.

39  In all it took over 4 years and a number of admissions before a diagnosis of
40  schizoaffective disorder was made. By this time the family was totally exhausted.
41  The effect of all this on the family was to make us all less tolerant of each other and
42  of my wife. It is my experience that healthcare professionals do not think of
43  involving the family in treatment plans or even in communicating basic information:

CONFIDENTIAL
AZSER12779378

DRAFT FOR SECOND CONSULTATION

1   we are usually told to sit outside, to wait, and then to go home. I have had to find
2   most of the information about my wife's illness on the internet. (It is also an excellent
3   research tool to help find out about side effects of medication.) I was not given any
4   information about self-help or support groups.

5   The lack of any help from the professionals and the inability of social services to do
6   anything, especially when it came to assessing carers, was annoying. It took 3 years
7   after we arrived in North Wales to find Hafal (who are contracted by local authorities
8   throughout Wales to look after carers for the severely mentally ill); it was only then
9   that I had a carer's assessment. This enabled me to be touch with others who had
10  similar problems, and made me realise that I had to take care of my needs if I was
11  going to stay the course with my wife.

12  There were continual admissions over the next few years, which meant that the
13  family did not have time to recover properly. The consequence of this is that we have
14  all become unable to cope when my wife is at home. My wife doesn't talk but shouts
15  and she settles only for short times. If we are out in a café or a restaurant she is liable
16  to do anything on the spur of the moment. If she wants something she will get up
17  and get it not waiting for staff to help her; when she's finished she gets up and walks
18  out.  She has not settled either in the residential home where she is recovering, and
19  the social worker is now looking for a new placement for her. By the time I take her
20  back to the residential home I am exhausted and the rest of the family are wound up.

21  Relationships between my son and daughter and their mother are strained most of
22  the time. It takes a long time for a family to recover, some never do, and I can
23  understand why divorce is seen as a way out. I sometimes wonder what I feel for her
24  as she is not the woman I married; this illness can devastate a person depending on
25  the form it takes and the treatment received, especially the speed and consistency of
26  care given.

27  Although at this point in time my wife has not been in hospital for a year, she has
28  had an increase in medication as she was showing signs of becoming ill again; she is
29  very difficult to manage when she's like this because she listens to no one, and just
30  does her own thing regardless of others. Her current package of medication is
31  olanzapine, valproate, and lorazepam, but she doesn't think they are doing any
32  good. No psychological treatment has been offered at all. I feel that it has been a very
33  long process to get to any real level of wellness.

34  **4.3.2        Testimony 2: RED**
35  I am a carer of my husband whom I married in June 1968 in an arranged marriage in
36  the South Asian tradition. My husband was in his late thirties when we first met. It
37  would not be wrong to say that I hardly knew him. As I got to know him better I
38  realised that while he was gentle, kind, generous and helpful, but that he had
39  difficulties in coping with work and was sometimes short-tempered.
40
41  My husband visited the UK in 1972 to do his law exams and it was here that we
42  realised that there was something seriously wrong with him. He was insecure,
43  irritable and lonely, his sleep was erratic and he would wander around London
44  aimlessly. When he came home he seemed back to normal. I followed my husband to

CONFIDENTIAL
AZSER12779379

DRAFT FOR SECOND CONSULTATION

1   the UK the following year, but our son died soon after. My husband could not cope
2   with this traumatic turn of events and drifted from one low level job to another. I
3   began to notice his restless and sleepless nights, his increased drinking and non-stop
4   smoking. He began to live in a world of fantasy, imagining being offered jobs in top-
5   ranking firms and also planning various business ventures beyond his ability. There
6   were long periods of normalcy and we coped, but when there was a crisis he would
7   'collapse'. Eventually, one collapse resulted in him resigning from his job.
8
9   Our GP prescribed my husband diazepam and some sleeping tablets, but he soon
10  became dependent on these and would throw tantrums when the doctor tried to
11  prescribe fewer tablets. By 1980, his condition was worsening: he was becoming
12  increasingly argumentative and I would hesitate to go anywhere with him. We
13  arranged to see a consultant psychiatrist privately who diagnosed bipolar disorder. I
14  also got a shock to learn from the consultant that my husband had told him that he
15  had had mental health problems since his early teens, a fact that had been concealed
16  from me by him and his family. Looking back, it is amazing that the GP did not
17  consider my husband ill enough to be referred to a specialist.
18
19  My husband was referred to our local hospital in 1980 and was treated there till 1994.
20  The consultant at the hospital, who was an authority in bipolar disorder, confirmed
21  the diagnosis and prescribed lithium and chlorpromazine. The chlorpromazine
22  caused problems, including Parkinsonian symptoms such as a tremor. My husband
23  was seen as an outpatient by the consultant only twice, which meant that there was
24  no chance of developing a good relationship with any one of the doctors, who were
25  of varying ability and seniority, or for any doctor to understand his problem fully
26  and monitor his progress (although his lithium levels were checked). Even though
27  my husband was hospitalised on two occasions (the first when he was under
28  observation and the second when his behaviour was becoming unpredictable), the
29  nature of my husband's condition was not explained to me, and the effects of
30  chlorpromazine not made clear to me. My husband often presented a façade of
31  normalcy but the turmoil was there beneath. I recall his doctor once saying he had to
32  'peel off layer by layer' to understand the problem.
33
34  At the age of 65 my husband was transferred to the older adult services at another
35  hospital. He was reluctant to attend until the consultant personally phoned him and
36  he agreed to see him. The consultant seemed very young to us, but the meeting was a
37  positive experience and my husband became co-operative and trusting. This was so
38  different from the experience at the previous hospital. We both felt at ease and
39  confident of being in his care, and almost every time we attended an outpatient
40  appointment, the same consultant saw us.
41
42  The entire culture in this hospital was different from that of the first hospital.
43  It felt more home-like and focused on the needs of a particular age group with every
44  attempt made to meet their needs. Most of the staff were accessible when there was a
45  crisis. For about 5 years my husband was relatively stable with episodes occurring
46  only a couple of times a year. A CPN was assigned to him who reported back to his
47  consultant weekly. Chlorpromazine was discontinued and other drugs tried and
48  discarded as side effects emerged. Any change was explained to us. My husband is
49  now on lithium, lamotrigine and quetiapine.
50

CONFIDENTIAL
AZSER12779380

DRAFT FOR SECOND CONSULTATION

1  My husband was stable until 1998/99, when his behaviour started becoming
2  increasingly unpredictable. In the end he was sectioned after a series of events
3  following his decision to return to his home country even though he was not fit to
4  travel; this included trying to jump out of a moving car.  He was first admitted to a
5  private hospital as there no NHS beds available. Here I was unable to speak to the
6  doctor for some days and when I did he said my husband was well and ready for
7  discharge. Fortunately my husband's consultant transferred him back to his own
8  hospital. Here the ward doctor was experienced, accessible and reassuring and
9  worked closely with the consultant. I felt a sense of relief that my husband was in
10 safe hands. On discharge, arrangements were made for attendance at the day
11 hospital, where the standard of patient care was also high.
12
13 The months that followed saw him in and out of this ward and followed up in the
14 day hospital. Until recently I could contact the duty doctor in the night or during
15 long weekends in times of crisis and obtain adequate advice. Sadly this is now
16 changed. We are now put through to a nurse manager who usually advises us to take
17 the patient to A&E (which is not appropriate for an agitated patient) or to wait till the
18 end of the holiday break.
19
20 During these many years, my husband had long spells of stability when we lived as a
21 normal family. But since 1999 he has been more ill than well. The severity appeared
22 to be less, but the frequency of the episodes increased. With advancing age, I myself
23 began to find it difficult to take care of him. I could not protect him from himself
24 especially in the nights when he used to walk around the house restlessly, sometimes
25 wandering out of the house leaving the door open. His incessant smoking and the
26 tremors were a fire hazard and he was also constantly falling down sometimes
27 unconscious. Taking care of him at home seemed no longer possible and we were
28 compelled to look at the option of a nursing home. It was a traumatic and emotional
29 decision to make but there seemed little alternative. The hospital supported me in
30 finding a suitable nursing home, where my husband has been for the last 6 months.
31 He has had several episodes, but to my relief he is still in the care of his own
32 consultant who visits this nursing home.
33
34 Bipolar disorder has stalked our lives for 33 years. During this time, my husband
35 found it impossible to find work at the level he was accustomed to or operate in his
36 own field effectively. This made him really frustrated, which in turn led to episodes
37 of varying levels of intensity. Sometimes I found life impossible and threw myself
38 into my own job which I loved. But I was saddened to see my husband's confidence
39 crumbling and that he was angry and sad that he was not the breadwinner and
40 resented my success in my own profession. The entire fabric of our marriage was
41 eroding till there was hardly any 'marriage' left at all. I was compelled to play down
42 any formal recognition of my work and concealed from friends and relatives the
43 nature of his illness because of the social stigma (I told them that he was a heavier
44 drinker than he really was). I was always, however, frank with his doctors.
45
46 I did not recognise that I, as a main carer, needed help, though I often felt helpless
47 and lonely in a new country with few friends or relatives to go for comfort and
48 advice. It was only when my husband was seriously ill at the second hospital that I
49 noticed medical staff showing concern for my own health, although at the time I
50 wondered why. I was referred to a consultant to whom I was able to relate, and a
51 CPN was assigned to me. I was sent to a psychologist for eight sessions of cognitive

CONFIDENTIAL
AZSER12779381

DRAFT FOR SECOND CONSULTATION

1 behavioural therapy, but the psychologist was still a student who seemed to be going
2 through textbook procedures. I found that short sessions with my doctor, in which I
3 was able to open up to a sympathetic professional, were much more useful, together
4 with the citalopram she prescribed. At the first hospital I felt I was an onlooker and I
5 sometimes even felt a touch of condescension in their manner: Would I understand
6 what all this was about? Did I even understand the English language? But at the
7 second hospital, I found myself being drawn into the process of my husband's
8 treatment. The consultant would explain to me why he was prescribing the
9 particular medication and the possible side effects. I felt more of an active participant
10 in my husband's treatment.
11
12 This encouraged me to read about bipolar disorder and I joined MDF The BiPolar
13 Organisation. My husband's consultant also invited me to be a consumer
14 representative on one of his research projects which led to an interest in Consumers
15 in NHS Research (now called INVOLVE). I was also directed to organisations where
16 I could volunteer in my retirement and encouraged to take on positions of
17 responsibility so that I would regain my diminishing confidence.
18
19 **4.3.3        Summary of themes and concerns**
20 **Impact on families and carers**
21 Bipolar disorder can take a terrible toll on those who care for people with the
22 condition and other family members. Most carers are partners, not parents (Hill *et al.*,
23 1998).The high rate of divorce among couples in which one spouse has bipolar
24 disorder is a reflection of the emotional damage the illness can have on long-term
25 relationships (MDF The BiPolar Organisation survey, 2004).
26
27 Both the highs and lows of the illness can be devastating for families and friends, as
28 can the transition from a depressive phase to a manic phase. Mania, and the
29 uncharacteristic behaviour it results in, can be particularly difficult for loved ones to
30 cope with. Excessive spending, infidelity, offensive, abusive or domineering
31 behaviour, and talking incoherently are just a few of the symptoms of mania that can
32 cause distress to carers. It can be particularly upsetting when a person becomes
33 manic for the first time because their behaviour can appear inexplicable to family
34 and friends. What can seem like the relentless patterns of the illness put relationships
35 under strain, especially if the normal course of life (including sleep patterns) is
36 disrupted.
37
38 Depression takes a toll in a different way. The patient can seem 'cut-off' from their
39 family and friends, isolated in their own misery. Their loss of interest and any
40 enthusiasm in life makes it hard to get on with life as normal. Interestingly, partners
41 who responded to a survey in 2004 conducted by MDF The BiPolar Organisation
42 reported that they found the depressive phase of the illness more difficult to cope
43 with than mania. Depressive episodes were felt to be more time-consuming,
44 upsetting and disruptive to family life and caused partners more feelings of guilt and
45 worry (MDF The BiPolar Organisation survey, 2004). Family members and carers
46 may also live with the fear that their relative or friend will attempt suicide. During
47 depressive episodes partners said they felt less able to talk to their partner about how
48 they were being affected by the illness. This difficulty in sharing their worries and

CONFIDENTIAL
AZSER12779382

DRAFT FOR SECOND CONSULTATION

1   concerns with their partners when they were depressed affected their ability to cope
2   with the situation.
3

4   **Involvement of families and carers in the patients' care and treatment**
5   Partners, parents and other carers can often feel excluded from the care and
6   treatment of the patient. Highet and colleagues (2004) report that families and carers
7   were 'ignored or not actively included in management decisions'. The effect of
8   leaving the family out at the early stage of the illness can create a barrier that takes a
9   lot of hard work to break down. A mother of a 28-year-old daughter who killed
10  herself in 2000 said that she was never included in her daughter's care by her NHS
11  psychiatrist: '*I only ever managed to speak to my daughter's psychiatrist in passing and was*
12  *never invited to attend one of her appointments*' (interview). Her daughter's suicide
13  followed an episode of severe depression that had lasted 4 months after treatment for
14  mania. Her diagnosis was never properly explained to the family and she was never
15  told that she was at risk of suicide:
16

17  '*Two months before she killed herself, my daughter told me that suicide was not an option for*
18  *her. I learned later that she spoke to her psychiatrist of suicide every week but she never*
19  *confided in me. I am totally convinced that if we had been kept informed about our daughter's*
20  *mental condition that we could have prevented her from killing herself. It was a terrible lapse*
21  *in communication between us, our daughter and the medical services. Carers need to be*
22  *informed what the patient's condition is, and they need to have the condition and the dangers*
23  *explained to them by psychiatrists*' (interview).
24

25  In situations such as this, questions of patient consent and confidentiality need to be
26  considered, but it may be necessary for healthcare professionals to encourage
27  patients, where appropriate, to involve their families and carers in assessments and
28  treatment plans. Young patients may have particular concerns about their parents
29  attending appointments, and healthcare professionals should be trained in issues of
30  consent and capacity in this age group.
31

32  In a survey (1998) conducted by MDF The BiPolar Organisation carers said that they
33  would like to have 'their role in helping to manage the illness recognised by
34  professionals' (Hill *et al*, 1998). Indeed families and carers of people with bipolar
35  disorder have a very significant role to play in the management of the patient's
36  condition because they can help the patient to recognise the onset of symptoms and
37  cope with crises. It is important that this is taken into account by healthcare
38  professionals because information that the carer can provide about symptoms and
39  behaviour might help to reduce hospital admission in the long term.  Taking note of
40  carer experience also helps carers to come to terms with their relative's or friend's
41  illness, reduces the risk of the carer feeling alienated and also keeps the lines of
42  communication open between professionals and the family.
43

44  A survey (1998) conducted by MDF The BiPolar Organisation reported that
45  respondents ranked receiving information and education about the condition
46  amongst the greatest needs of carers and family members. In order for families and
47  carers to fully support the patient, it is essential that as well as the patient they are
48  also given comprehensive and clear information about the course of bipolar disorder
49  and the treatments available.
50

CONFIDENTIAL
AZSER12779383

DRAFT FOR SECOND CONSULTATION

1   **Support for families and carers**
2   If patients are to be cared for in the community effectively, then the role of the carers
3   is paramount. This means good access to services and support, especially out of
4   hours. Carers need to be alert to changes in the patient and be able to take practical
5   steps immediately. For this the carer must be well informed of the nature of the
6   illness, the medication and side effects (see above) and know what to do and whom
7   to contact in case of emergency. It is also important that healthcare professionals are
8   accessible in times of crisis because both patients and carers can be anxious when
9   they seek help and advice. There should be a transparent management plan, which is
10  shared with the patient and carer, and a healthcare professional should be accessible
11  during long weekends and holidays to give advice on the phone.
12
13  Due to the episodic nature of the condition, family members and carers require
14  ongoing support, but carers who responded to a survey conducted by MDF The
15  BiPolar Organisation reported they felt their needs were largely overlooked (MDF
16  The BiPolar Organisation survey, 2004). Because of the burden of care, family
17  members and carers can suffer from stress, anxiety and depression (Hill *et al.*, 1998):
18
19  'Since my wife was diagnosed with MD 8 years ago the pressure of caring for her has
20  led to me losing my job and becoming ill myself with reactive depression…if
21  appropriate care services had been in place I would probably still be in work.' (MDF
22  The BiPolar Organisation survey, 2004).
23
24  It is important therefore that the individual needs of family members and carers are
25  recognised and met accordingly. Healthcare professionals should ensure that if the
26  patient's condition is chronic or moderate to severe that they offer family
27  members/carers an assessment of their social, occupational and mental health needs.
28  They should also be informed of local self-help and support groups and encouraged
29  to attend because partners attending local support groups report a number of
30  benefits. They said they felt less negative about the illness, had fewer feelings of
31  worry and guilt, and felt positive about their relationship with the patient. Partners
32  who attend groups also report a greater understanding of bipolar disorder and are
33  more proactive about seeking out this information. They report less disruption of
34  family relationships as a result of their partner's illness and experience less worry
35  about the future (MDF The BiPolar Organisation survey, 2004). As with patients,
36  carers put a high value on meeting other people who had shared the same experience
37  (Hill *et al*, 1998).

38  4.4   **Recommendations**

39  **4.4.1       People with bipolar disorder**

40  4.4.1.1 People with bipolar disorder, whether managed in primary or secondary
41           care, should have continuity of care, including regular reviews of mental
42           state, and personal and social functioning, and the content of their care
43           programme, in particular, medication

44  4.4.1.2 When talking to people with bipolar disorder and their carers, healthcare
45           professionals should use everyday, jargon-free language, and take into

CONFIDENTIAL
AZSER12779384

DRAFT FOR SECOND CONSULTATION

1      account the cultural needs, and the developmental, intellectual and sensory
2      capabilities of the individual person and their carer(s). Where access to
3      services for people may be limited by language comprehension, services
4      should ensure that:

5         •   written material is provided in the preferred first language of the
6            patient

7         •   independent interpreters are used where appropriate

8         •   consideration is given to providing psychosocial interventions and
9            information about medications in the patient's preferred first
10            language.

11   4.4.1.3  When determining a treatment plan, healthcare professionals should, in
12          collaboration with the patient, carefully consider the experience and
13          outcome of previous treatment(s) together with patient preference

14   4.4.1.4  Advance statements (directives) (for both mental health and physical health
15          care) should be developed collaboratively by people with bipolar disorder
16          and healthcare professionals, especially for people who are subject to severe
17          manic or depressed episodes, and for those who have been treated under
18          the Mental Health Act. These should be documented in care plans, and
19          copies given to the person with bipolar disorder, and his or her
20          care coordinator and general practitioner.

21   **4.4.2**       **Families and carers**

22   4.4.2.1  When considering the needs of the family members/carers (including the
23          impact of the disorder on relationships) of a person with bipolar disorder,
24          the following should be considered:

25         •   the welfare of dependent children and vulnerable adults

26         •   the requirement for a regular assessment of the physical and mental
27            health needs of carers.

CONFIDENTIAL
AZSER12779385

# 5 The process of care and provision of services in the management of bipolar disorder - general care

## 5.1   Introduction

Currently there is no specialist comprehensive service for people with bipolar disorder in England and Wales. The needs of people with bipolar disorder are met by a variety of services because people with bipolar disorder require different types of service from primary and secondary care services depending on their phase of illness, age, function and recent history of illness.  On the one hand acutely ill people with bipolar disorder may require emergency care, inpatient, crisis resolution, assertive outreach, day hospital or community mental health team care from secondary care mental health services. On the other hand people who have largely recovered may be accessing vocational rehabilitation and case management services from secondary care or self-help and voluntary services complemented by primary care with no involvement of secondary care mental health services.  Overall people with bipolar disorder value services that provide an accurate diagnosis of the disorder and phase of illness, optimal treatment and crisis management, continuity of medical and psychological care, and involvement of patients, carers and families in decisions about the management of the patient's care / symptoms(Highet *et al*, 2004). These requirements are the most important principles of care and should be followed in each service setting.  This and the following chapter will therefore review the evidence base for service provision that is currently available to service users with all types of serious mental illness in England and Wales as well as those targeted specifically at people with bipolar disorder. Where it is possible to review data on outcome in service users with bipolar disorder or predominantly bipolar disorder, then the evidence will be presented. In each section, the particular service needs of patients with bipolar disorder and gaps in provision will be highlighted.

### 5.1.1        Interface between primary and secondary care

Primary care provides a necessary and valuable service for people with bipolar disorder because many of them never consult secondary care mental health services or have been discharged from secondary care services (ten Have, 2002). Also there is an important role for shared care in those who do access secondary mental health care.  It has been estimated that up to three-quarters of people with bipolar disorder do not receive optimal care for bipolar disorder and a quarter of people with bipolar disorder never consult primary or secondary care specifically for their mood–related problems (ten Have *et al*, 2002).

Improved knowledge concerning bipolar disorder is required in primary care if patients are going to be assessed and managed more quickly and effectively. Changes to the contract of general practitioners from April 2006 will provide an incentive to assess the presence of both unipolar and bipolar depression. The extent to which knowledge about bipolar disorder needs to be improved in primary care is arguable. Around a third of all attenders in primary care with depressive symptoms

CONFIDENTIAL
AZSER12779386

DRAFT FOR SECOND CONSULTATION

1   could be diagnosed with bipolar I disorder, bipolar II disorder or bipolar spectrum
2   disorder (Manning *et al*, 1997). Bipolar disorder is associated with a high attendance
3   rate in primary care providing ample opportunity for detection; overall 10 per cent of
4   patients had a lifetime diagnosis of bipolar disorder but only received a
5   diagnosis of current depression and none received a diagnosis of bipolar disorder
6   from their general practitioner (Das *et al*, 2005).
7
8   There is no convincing evidence that the recognition and management of bipolar
9   spectrum disorder would confer any advantage to patients in terms of clinical
10  outcome over the recognition and management of unipolar depressive disorder.
11  However the recognition in primary care and secondary mental health care of
12  bipolar II disorder among patients who are traditionally diagnosed as having
13  recurrent unipolar depressive disorder may be important. For example, the suicide
14  rate among people with lifetime bipolar II disorder may be at least four times the rate
15  for unipolar depressive disorder (Rihmer *et al*, 1990).
16
17  In both primary care and secondary mental health care a high index of suspicion is
18  required to recognise the possibility that a person with depression may have bipolar
19  disorder. Many patients experience long delays in both the diagnosis of bipolar
20  disorder and the start of appropriate treatment for bipolar disorder, with an average
21  of eight years from initial presentation to secondary care mental health services
22  (Baldessarini *et al*, 2003; Mantere *et al*, 2004). In one national survey, 70 per cent of
23  people with bipolar disorder were initially misdiagnosed, usually with unipolar
24  depression, although inevitably half of all cases of bipolar disorder initially present
25  with depressive episodes and the diagnosis of bipolar disorder is not possible until a
26  further episode of hypomania, mania or a mixed affective episode. On average they
27  consulted four doctors before receiving a correct diagnosis of bipolar disorder, while
28  one third waited over 10 years for the correct diagnosis (Hirschfeld *et al*, 2003).
29  Predictors of a bipolar disorder diagnosis among patients presenting initially with
30  depression are antidepressant-induced hypomania, family history of bipolar disorder
31  (especially if there are multiple family members involved from multiple
32  generations), greater acuteness and severity of depression in bipolar I disorder, more
33  protracted course with shorter well periods in bipolar II disorder, depression with
34  hypersomnia and psychomotor retardation or psychotic features or mood lability,
35  postpartum onset or onset before the age of 25 years (Akiskal *et al*, 1983; Akiskal *et al*,
36  1995).  Hypomania can be difficult to differentiate from a period of normal improved
37  mood in patients with recurrent depression and from disturbed behaviour due to
38  other causes. Often manic episodes were misdiagnosed as psychotic disorders,
39  reactions to stress or adjustment disorders, or mental or behavioural disorders due to
40  psychoactive substance use, especially in young and female patients (Kessing, 2005).
41  If general practitioners have a high index of suspicion of bipolar disorder in patients
42  with recurrent depression, secondary care mental health services can play a useful
43  role in the diagnosis of bipolar disorder when such patients are referred.  Failure to
44  diagnose bipolar I or bipolar II disorder may lead to switches from depression to
45  mania, hypomania or rapid cycling mood states.
46
47  There are three particular roles for primary care in the assessment and management
48  of patients with bipolar disorders in secondary care. These are looking after carers,
49  managing physical health care and also the lifestyles of people with bipolar disorder.
50  Caregivers of people with bipolar disorder who suffer with depression and anxiety
51  are high users of primary care (Perlick *et al*, 2005). People with bipolar disorder have

CONFIDENTIAL
AZSER12779387

DRAFT FOR SECOND CONSULTATION

1   high rates of physical morbidity and a doubling of the mortality rate from
2   cardiovascular causes compared to the general population (Osby *et al*, 2001; Angst *et*
3   *al*, 2002). The mortality rate for both suicide and medical causes is especially high
4   among those not receiving medication beyond the acute episode for their bipolar
5   disorder (Angst *et al*, 2005).  Obesity, diabetes mellitus and other cardiovascular risk
6   factors require monitoring because of their high prevalence in bipolar disorder
7   (Kilbourne *et al*, 2004; Beyer *et al*, 2005) as do thyroid, renal and cardiac function in
8   patients with bipolar disorder taking lithium, or other health checks when they are
9   taking other psychotropic medication. Primary care could play a key role in
10  assessing and managing the physical health care needs of patients with bipolar
11  disorder, whether they are taking psychotropic medication such as lithium or not.
12  The recently negotiated contract for practices have set targets for lithium monitoring
13  and the creation of registers of people with serious mental illness (including bipolar
14  disorder) as well as targets for reducing risk factors for cardiovascular disease in the
15  population registered with the practice. Primary care could offer to people with
16  bipolar disorder a number of health promotion services that may particularly help
17  them and may be routinely available locally in primary care such as smoking
18  cessation, healthy eating, weight loss, sexual health, medication use, substance use
19  and sleep improvement programmes.
20
21
22  *Clinical practice recommendation*

23  *Physical care of people with bipolar disorder*

24  A schedule of physical monitoring tests covering the annual check is in Appendix 20.

25  5.1.1.1  An annual review of the physical health of a person with bipolar disorder
26         should ensure that over the course of a year the following are assessed:

27  •   lipid levels including cholesterol in patients over 40 even where there
28      is no other indication of risk

29  •   plasma glucose levels

30  •   weight

31  •   smoking status and alcohol use

32  •   blood pressure.

33  5.1.1.2  Results of the annual review of a person with bipolar disorder should be
34         made known to the person, and communicated to relevant healthcare
35         professionals in both primary and secondary care (including whether the
36         person refused any tests). Where a problem is detected clear agreement on
37         responsibility for appropriate treatment should be made.
38
39  In principle, there is no reason why the stepped care and the chronic care models for
40  recurrent depressive disorder developed for primary care (Katon *et al*, 1995;  Katon *et*

CONFIDENTIAL
AZSER12779388

DRAFT FOR SECOND CONSULTATION

1    *al*, 1996; Simon *et al*, 2000; Wells *et al*, 2000) could not be applied to the management
2    of bipolar disorder in primary care as well. Stepped care seeks to identify the least
3    restrictive and least costly intervention that will be effective for the problems with
4    which an individual presents (Davison *et al*, 2000). Another approach, the chronic
5    care model requires the systematic follow-up of all patients and is widely used for
6    the care of chronic medical conditions such as diabetes and asthma across the
7    primary care-secondary care interface. The high recurrence rate and use of long-term
8    medication, with the potential for adverse effects on both mental and physical health,
9    for bipolar disorder necessitates such a systematic approach to follow-up for bipolar
10   disorder in primary care. Approaches that have enhanced care for people with mood
11   disorders (primarily depression) in primary care have included additional staff who
12   facilitate medication uptake (Katon *et al*, 1995; Simon *et al*, 2000), provide or facilitate
13   referral to psychological therapies (Schulberg *et al*, 1996; Ward *et al*, 2000) or both
14   (Katon *et al*, 1996; Wells *et al*, 2000). More recently, a wider role as care co-ordinator,
15   liasing with the GP, providing educational materials to the patient, providing
16   informal support to the patient and promoting the take up and adherence to
17   medication has been advocated (Katon *et al*, 1995;  Katon *et al*, 1996; Simon *et al*, 2000;
18   Wells *et al*, 2000).
19
20   Some specific versions of the chronic care model have been developed for patients
21   with bipolar disorder (Bauer *et al*, 2001; Simon *et al*, 2002; Suppes *et al*, 2003). These
22   models of care can be employed in secondary care or across the primary care-
23   secondary care interface.  The models tend to share the following features:
24   • Development of a collaborative treatment plan
25   • Easy access to a single primary mental health care manager (usually a nurse)
26      to provide continuity of care
27   • Access to a structured patient or family psychoeducation programme
28   • Algorithm-based medication recommendations for the prescribing doctor
29
30   In addition there may be monthly telephone monitoring of patients with feedback to
31   doctors and outreach care in the patient's home (Simon *et al*, 2002).
32
33   There are issues concerning which additional health professional might provide
34   enhanced care to patients with mood disorders, and also the training requirements
35   for primary care. Traditionally practice education does not give much emphasis to
36   the assessment and management of people with bipolar disorder.  Primary care
37   nurses have multiple and increasing demands on their time while many are also
38   disinterested in working with patients on their mental disorders (Nolan *et al*, 1999).
39   The appointment of new graduate primary care mental health workers may facilitate
40   enhanced care to patients with mood disorders but their role within the primary care
41   team will need to be clarified and competencies developed (Department of Health
42   2000; Department of Health, 2003).  Some general practitioners are also setting up
43   specialist mood disorder clinics within primary care (Kendrick, 2000). There are also
44   gateway workers from the community mental health team linking with practices that
45   might provide a role in assessing and monitoring the care of people with bipolar
46   disorder as well as co-ordinate care across the primary-secondary care interface.

47   **5.1.2          Emergency care services for people with bipolar disorder.**
48   Sometimes people with bipolar disorder report inadequate or inappropriate crisis
49   management (Highet *et al*, 2004). To some extent the use of emergency care by people

CONFIDENTIAL
AZSER12779389

DRAFT FOR SECOND CONSULTATION

1   with bipolar disorder may reflect the lack of access to continuity of care that
2   addresses their needs (Bauer *et al*, 1997). The need for urgent emergency psychiatric
3   care in people with bipolar disorder who are at risk of harming themselves or others
4   is reflected in a high proportion of the use of emergency detentions from the
5   community under Section 4 of the Mental Health Act, employed when the clinical
6   situation cannot wait for the process by which Sections 2 or 3 of the Mental Health
7   Act are completed (Webber and Huxley, 2004). The use of these sections was
8   especially high in non-white patients with bipolar disorder and those lacking
9   community support. Black patients with bipolar disorder have higher rates of
10  emergency psychiatric inpatient admission and suicide rates than Caucasians
11  (Kupfer *et al*, 2005).  The use of emergency services by people with bipolar disorder is
12  much more common in young adults than older age groups (Depp *et al*, 2005).
13  Patients with mania, mixed affective episodes or severe depression will require
14  emergency care, sometimes accessed through ambulance, police, accident and
15  emergency, primary care or crisis team services.  In these clinical situations risks to
16  the patient include (Morriss, 2003):
17  • Suicide (depression, irritability and agitation seen in mania as well as
18    depression)
19  • Risks due to misjudgement and recklessness for example, driving recklessly
20    over the speed limit and not obeying traffic signals
21  • Impulsive acts (Michaelis *et al*, 2004; Swann *et al*, 2004)
22  • Other people reacting aggressively to the disinhibited behaviour of a patient
23    with mania
24  • Self-neglect, dehydration and poor nutritional state
25  • The medical effects of self-harm
26  • Overspending or irresponsible spending of personal finances.
27
28  Risks to others include (Morriss, 2003):
29  • Irritability leading to aggression and violence
30  • Abandonment, neglect or mistreatment of dependent vulnerable people
31    usually cared for by the patient (for example, babies, children, disabled,
32    elderly)
33  • Neglect or mistreatment of others at work
34  • Reckless and disinhibited behaviour in high risk situations for example,
35    reckless driving, operating machinery
36  • Reckless behaviour in those who pose medical risks to other people for
37    example, sexual indiscretion in person carrying hepatitis B, hepatitis C or
38    human immunodeficiency virus
39  • Overspending or irresponsible spending of family or organisational finances.
40

41  **5.1.3        Self management**
42  Self-management is a term that gives the person with a long-term health problem the
43  information and skills to help them actively manage some or all of the key aspects of
44  their disorder (Palmer and Scott, 2003). Individuals gain confidence from their
45  capacity to make informed choices about the treatments and lifestyle they wish to
46  adopt to manage their health and well-being.  When people with severe mental
47  illness, including bipolar disorder, organise themselves to run services for
48  themselves, there can be improvements in social function partly mediated by the use
49  of more problem–centred coping strategies by people with serious mental illness to

CONFIDENTIAL
AZSER12779390

DRAFT FOR SECOND CONSULTATION

1    improve their social functioning (Yanos *et al*, 2001). However there are also potential
2    dangers in giving a person with bipolar disorder too much responsibility for their
3    state of health, at a time when they are not well enough , not mature enough or do
4    not know enough about their illness. A person with bipolar disorder may also
5    develop unrealistic expectations of what they can achieve through their own efforts
6    or underestimate the seriousness of their condition, leading to non-adherence to
7    medication for bipolar disorder or other risky behaviour (Weinstein, 1982). The
8    principles of self-management in bipolar disorder are embodied in the current NHS
9    expert patient programme for chronic disease, which calls for the NHS to recruit and
10   involve "expert patients" who have successfully managed their chronic disease
11   (Donaldson, 2001).
12
13   There is a tradition of self-management in bipolar disorder in United Kingdom and
14   in other countries such as United States, Netherlands and Australia. Typically self-
15   management would employ the use of mood monitoring such as the use of mood
16   diaries (chapter 3) , and identifying relapse signatures for the onset of manic or
17   depressive episodes couple with relapse prevention strategies (chapter 10).
18    MDF The BiPolar Organisation was formed in 1983 with the aim of promoting
19   self-help and to provide a network of support for people with bipolar disorder and
20   their carers in the United Kingdom. Their self-management training programme
21   was devised by consulting both people with experience of managing their bipolar
22   disorder and professional experts in bipolar disorder. The programme has been
23   widely used and is similar in content to psychoeducation programmes for bipolar
24   disorder with demonstrated efficacy (Perry *et al*, 1999; Colom *et al*, 2003a,b).
25   However, the "Inside Out" programme or similar self-management programmes for
26   bipolar disorder have not yet been evaluated in any published research. Extensions
27   of the MDF self-management programme for bipolar disorder have included a
28   greater use of information technology to promote self-management by the *Beyond*
29   *Blue* movement in Australia, and the concept of the person with bipolar disorder as a
30   co-manager or partner with the health professional in the collaborative practice
31   model in United States (Bauer, 2001).

32   **5.1.4        Collaborative care and joint crisis planning**
33   Collaborative care between the person with bipolar disorder and their care
34   coordinator or health professional organising the person's care should be the aim of
35   treatment (Bauer , 2001). However, a person with bipolar disorder has a high
36   likelihood of entering a mental state such as mania or severe depression when they
37   no longer have the capacity to make decisions about their care. The person with
38   bipolar disorder may issue an advance statement about the care that they would like
39   to receive. Advance statements by people with serious mental illness including
40   bipolar disorder were ineffective in reducing compulsory admissions to inpatient
41   care, probably because they were not agreed with the treatment team in advance
42   who may not have felt obliged to follow them (Papageorgiou *et al*, 2002). In contrast a
43   joint crisis plan agreed collaboratively by the person with serious mental illness,
44   including bipolar disorder, with their care co-ordinator and psychiatrist reduced the
45   number of compulsory admissions and time spent under compulsory admission
46   (Henderson *et al*, 2004).   The joint crisis plan should contain contact information in
47   an emergency, details of mental and physical illnesses, treatments, indicators for
48   relapse, and advance statements for preferences for care in the event of future
49   relapse. In many ways the results of this study confirms the findings of a trial

CONFIDENTIAL
AZSER12779391

DRAFT FOR SECOND CONSULTATION

1 teaching people with bipolar disorder to recognise early signs of mania and seek help
2 early from a provider of the person's choice (Perry *et al*, 1999). In the latter study the
3 number of episodes of mania were reduced rather than compulsory admission.
4 However, admissions for mania are often compulsory.
5

6 **5.1.5        Continuity of care**
7 Continuity of medical and psychological care for people with bipolar disorder is a
8 clearly expressed need by people with bipolar disorder and their carers (Morselli *et*
9 *al*, 2003; Highet *et al*, 2004). In the chronic care model for the optimal management of
10 any medical or psychiatric illness, five elements of care need to be integrated: 1. the
11 use of evidence-based planned care as outlined in the rest of this guideline; 2.
12 definition of provider roles within an overall monitored system of health care
13 (monitored and managed at either primary or secondary care level); 3. health
14 providers support and enhance patient and carer self-management; 4. clinical
15 information on the patient is systematically obtained; 5. decision support is provided
16 by more specialist care providers to less specialist care providers, including if
17 necessary assessment and management by more specialist care providers for a period
18 of time (Wagner *et al*, 1996; Wagner , 2000).  There are differences between the care of
19 a person with bipolar disorder and a person with some other chronic recurrent
20 physical and mental health conditions using the chronic care model: 1. Bipolar
21 disorder can be highly changeable in terms of mental state and the speed with which
22 care plans may need to be changed and specialist or emergency services are
23 provided;  2. The person's mental state, insight and maturity may mean that for a
24 period of time a person may not be able to practice self-management, and decisions
25 about care may have to be made on behalf of the person with bipolar disorder by a
26 health care provider in consultation with a carer (but still informing the person with
27 bipolar disorder of the decision and the reasons for the decision).
28

29 At times the provision of most of the care for a person with bipolar disorder who is
30 relatively well might be provided largely at a primary care level, as are most people
31 with recurrent unipolar depressive disorders. Under the chronic care model, the
32 person with bipolar disorder would need regular review in primary care and access
33 to maintenance treatment for bipolar disorder and if necessary decision support
34 should be available to primary care from secondary care mental health services
35 without the patient's care being taken over at a secondary care level. Such an
36 approach has been shown to be cost effective for unipolar depression (von Korff *et al*,
37 1998) and could be applied to well people with bipolar disorder, which is a more
38 recurrent disorder (Paykel *et al*, 2005). A person with a more unstable history of
39 bipolar disorder will probably have their care organised and monitored at a
40 secondary care level but it may still involve primary care in a specific defined role as
41 well a number of different agencies within mental health services or external
42 agencies such as those providing employment, housing and social care provision.

43 **5.1.6        Interfaces between the NHS and the voluntary sector**
44 In the England and Wales the voluntary sector has come to play a very significant
45 role in the life of many individuals with bipolar disorder and/or their carers.
46 Varying from locality to locality, voluntary sector organisations provide a wide-
47 range of services including bed-based services, through day care and drop-in centres
48 to employment services, peer-support and telephone help and crisis lines. It is clear

CONFIDENTIAL
AZSER12779392

DRAFT FOR SECOND CONSULTATION

1    from user and carer feedback that these services are valued by many people with
2    bipolar disorders and/or their carers although the effectiveness of these services is
3    seriously under-researched.
4
5    Voluntary sector provision is rather varied and patchy and its development has often
6    been hampered by problems in securing stable recurrent funding. The most
7    prominent voluntary sector organisations providing services to the bipolar
8    population are MDF The BiPolar Organisation and MIND (the National
9    Association for Mental Health ) in England or Hafal (formerly the Schizophrenia
10   Fellowship) in Wales. The MDF have been running a self-management programme
11   for people with bipolar disorder for some years and also run a self-management
12   programme specifically aimed at young people who have bipolar disorder or who
13   are experiencing extreme mood swings. MDF The BiPolar Organisation provides
14   an extensive network of self-help groups across England and Wales and the
15   MDF provides legal advice and can offer insurance services.
16
17   Nationally one of the directions of current mental health policy is to increase the
18   choice of service provision available to people experiencing mental health problems.
19   The voluntary sector clearly has a role to play in providing alternatives to statutory
20   sector provision, although organisations such as MIND have become increasingly
21   active as service providers, and in a number of areas receive health and/ or social
22   care funding to provide day care, residential and other services.
23
24   Close co-operation and liaison between health commissioners and both statutory and
25   voluntary service providers is essential to ensure that services develop in ways
26   which are sustainable while providing people with bipolar disorder and their carers
27   with genuine choice. Services provided by statutory and voluntary sector
28   organisations need to become genuinely complementary, comprehensive and non-
29   overlapping if the diverse needs of this population are to be met and duplication and
30   waste avoided.
31

32   **5.1.7        Interfaces between primary, secondary and tertiary care**
33   The care of people with bipolar disorder can produce many diagnostic, assessment
34   and management challenges (Morriss *et al*, 2002). Moreover, bipolar disorder has a
35   frequently changing course of illness (Judd *et al*, 2002) so problems such as
36   antidepressant or antipsychotic drug-induced mood switching can sometimes have
37   dramatic effects. The literature on bipolar disorder has expanded particularly quickly
38   over recent years (Clement *et al*, 2003), with many new developments in relation to
39   the diagnosis, assessment and management of bipolar disorder. As a result there is a
40   demand for seeking second opinions from psychiatrists or other mental health
41   professionals who have both specialist knowledge and practical experience in the
42   diagnosis, assessment and management of bipolar disorder. This form of decision
43   support is an important principle in the stepped care or the chronic disease
44   management model. The availability of such expertise can improve the confidence of
45   front-line secondary care mental health and primary care services in addressing the
46   needs of people with bipolar disorder.
47
48   The development of specialist expertise in the diagnosis, assessment and
49   management of bipolar disorder has been haphazard in England and Wales, largely

CONFIDENTIAL
AZSER12779393

DRAFT FOR SECOND CONSULTATION

1   reflecting the interests of academic departments of psychiatry, clinical psychology,
2   pharmacy and nursing. Some areas of England and Wales are provided for but other
3   areas have very little access to specialist expertise in bipolar disorder. Where such
4   expertise exists, it is usually in the form of outpatient consultation in NHS centres
5   rather than comprehensive multi-disciplinary services but there are exceptions.
6   There are a number of potential problems with tertiary care services when they are
7   the only providers of care to people with bipolar disorder living many miles from the
8   service. Bipolar disorder is a chronic mental disorder requiring continuity of both
9   mental and physical health care, often from a variety of health and other service
10  providers, and crisis services that can intervene quickly and provide outreach into
11  the continuity. Therefore people with bipolar disorder who access specialist tertiary
12  care services should retain their service provision from secondary care mental health
13  and primary care services at a level commensurate with their current needs.
14
15  *Clinical practice recommendation*

16  5.1.7.1  Trusts providing specialist mental health services should ensure that all
17         clinicians (in primary and secondary care) have access to specialist advice
18         on the management of bipolar disorder for adults, and separately for
19         children and adolescents.

20  **5.1.8        Inpatient environment**
21  Acute admission wards serve people experiencing a wide variety of mental health
22  problems as well as bipolar disorder and often have to manage high levels of
23  distress, need and disturbance. Admission should provide safety for actively
24  suicidal, behaviourally disturbed or vulnerable individuals.  Admission to hospital
25  can also offer a valuable opportunity for systematic and collaborative
26  multidisciplinary assessment and care-planning, as well as an opportunity for the
27  expert review of pharmacological and other treatments. All inpatient units should
28  seek to provide a safe, culturally competent and supportive environment. This
29  environment should offer patients a structured day incorporating groups and
30  activities which seek to reduce distress and enhance coping skills as well as also
31  providing appropriate opportunities for recreation and relaxation. Ward
32  programmes, or programmes accessible to inpatients should incorporate psycho-
33  education; techniques for enhancing coping strategies, managing anxiety, anger and
34  self-harm; techniques for coping with specific symptoms such as hearing voices and
35  managing medication as well as other opportunities to engage in other structured
36  activities. Additional to such programmes it is also essential that all inpatients
37  receive regular individual attention from staff. These one-to-one sessions should
38  incorporate a focus on techniques for managing distress, assisting the patient to
39  envisage and work towards achieving solutions to their current problems and to
40  enhancing their coping strategies as well as providing ongoing psychological
41  support. Effective inpatient care should also embrace the patient's family, carers and
42  friends and ensure that both the patient and the inpatient care team remain in close
43  contact with other professionals and agencies involved in his/her ongoing care.
44
45  Patients with bipolar depression may experience a wide-range of problems including
46  profound anergia, psychomotor retardation, marked social withdrawal and self-
47  neglect. These patients need regular skilled nursing input at a number of different
48  levels. At the most basic level, the fluid balance of patients with profound depression

CONFIDENTIAL
AZSER12779394

DRAFT FOR SECOND CONSULTATION

1   may need to be monitored and considerable nursing time and input may be
2   necessary to ensure that they maintain an adequate intake of food and fluids. While
3   depressed, these patients may need time, assistance and gentle support and
4   encouragement to maintain their basic hygiene and self-care.  These patients should
5   receive regular one-to-one attention from staff who should employ techniques such
6   as activity scheduling to help them structure their day and gradually increase their
7   activity levels. Staff should assist patients to set realistic and attainable goals which
8   will gradually increase in scope as the patient recovers. Staff should give praise and
9   encouragement for the attainment of goals and avoid dwelling on any temporary
10  failures or setbacks.
11
12  Many patients experiencing bipolar depression will have been admitted to hospital
13  because they have become actively suicidal. These patients require high levels of
14  support and monitoring to ensure their safety. It is common for suicide risk to rise in
15  the early stages of recovery from severe depression. Patients recovering from bipolar
16  depression may additionally experience symptoms of pressure of thought and
17  sudden bursts of energy while still feeling profoundly pessimistic. Patients
18  commencing treatment of any kind need to be warned of this risk and advised that
19  this temporary phase will pass and that they will experience relief from their distress
20  within a few days or weeks. Staff need to monitor patients closely for signs of
21  increasing activation so that they can provide patients in the early stages of recovery
22  with increased support and should also maintain increased surveillance of these
23  patients in order to detect and forestall any suicidal acts that they may plan.
24
25  Patients with mania are particularly sensitive to high levels of noise, activity and
26  disturbance on inpatients units. This sensitivity, coupled with their increased energy,
27  drive and disinhibition means that they are particularly likely to come into conflict
28  with staff and other patients. Skilled nursing is essential in managing these patients.
29  Their energies can often be diverted into harmless or productive activities. The
30  timely use of distraction, humour and de-escalation techniques will avoid many
31  incidents and reduce the risk of these patients becoming involved in conflict on the
32  ward and thus experiencing restraint, seclusion or rapid tranquillisation.
33
34  The administration of high doses of medication to control disturbed behaviour can
35  expose these patients to increased risks of side-effects and harm. Aversive
36  experiences with medication in acute phases of illness may reduce long-term
37  adherence to prescribed maintenance medication regimes. With bipolar disorder as
38  with all long-term disorders, it is particularly important to reduce these aversive
39  experiences to an absolute minimum by ensuring that all reasonable options have
40  been exhausted before administering medication against a patient's wishes.  Skilled
41  nursing care should ensure that patients with mania are managed in a calming,
42  emotionally warm and supportive environment.
43
44  The presence of several behaviourally disturbed patients on a ward at the same time
45  increases the risk of violent incidents occurring and may lead to an exacerbation of
46  symptoms in patients experiencing manic episodes.  If a patient with mania appears
47  to be failing to respond to treatment on an acute admission ward, consideration
48  should be given to transferring that patient to a supportive lower stimulus
49  environment such as that often provided by a psychiatric intensive care unit (PICU).
50

CONFIDENTIAL
AZSER12779395

DRAFT FOR SECOND CONSULTATION

1   It is common practice for patients recovering from major mental disorders to return
2   home in a staged manner, beginning with very brief periods of home leave, which
3   extend to overnight leave from the ward and then to weekend and longer periods of
4   leave as the patient's recovery progresses. A particular challenge with patients with
5   bipolar disorder is that a percentage of these patients will switch from appearing
6   euthymic or mildly depressed into mania or from appearing euthymic or mildly
7   elevated in mood into depression and this mood switching may take place over a
8   short period of time, perhaps over one or two days. This potential for switching with
9   its concomitant risks means that it is essential that patients with bipolar disorder are
10   closely monitored when they begin to extend their periods of leave from the ward.
11   Monitoring of leave can be accomplished in a number of ways, including by
12   telephone contact from the ward, by home visits by ward staff, or by home visits
13   from CMHT members or Home Treatment Team members. Alternatively, patients on
14   leave can be asked to make brief visits to the ward to meet their keyworker for
15   assessment and support. Whatever system of monitoring is put in place, a degree of
16   co-ordination of services will be required and systems need to be established to
17   identify and react to mood switching and provide patients with appropriate care and
18   support.

19   *Clinical practice recommendations*

20   5.1.8.1  Admission to an inpatient unit should be available to patients with bipolar
21         disorder who present with significant risk of harm. The hospital
22         environment should provide facilities for containment within a supportive,
23         low stimulation environment including where necessary access to a
24         psychiatric intensive care unit

## 25   5.2   Overview of clinical evidence review

26   **5.2.1       Evidence search**

27   Many of the reviews in this and the following chapter are based on systematic
28   literature reviews of RCTs and update those undertaken for other guidelines. Since
29   few RCTs in this topic area have been undertaken in patients with bipolar disorder,
30   the reviews assess service-level interventions for people with serious mental illness,
31   usually included a small percentage of patients with bipolar disorder. Table 2 lists
32   databases searched.
33

**Table 2. Databases searched and inclusion/ exclusion criteria for clinical effectiveness of service-level interventions**

| Electronic databases | MEDLINE, EMBASE, PsycINFO, Cinahl searched from inception to between February 2005 to May 2005 |
| --- | --- |
| Update searches | September 2005 |
| Study design | RCT |
| Patient population | Serious mental illness |
| Interventions | Service-level interventions |
| Outcomes | See various reviews |
| Exclusion criteria | See appendices |

34   **5.2.2       Presenting the evidence**

35   Systematic reviews of the evidence are based on the searches described above,
36   supplemented with additional narrative as necessary. Relevant characteristics of all

CONFIDENTIAL
AZSER12779396

DRAFT FOR SECOND CONSULTATION

1   included studies are in Appendix 21, together with a list of excluded studies with
2   reasons for exclusion. These are presented for each topic covered in this chapter. To
3   aid readability, summaries of the study characteristics are included below, followed
4   by a summary of the evidence profile, which can be seen in full in Appendix 22. In all
5   of these, studies are referred to by a study ID (primary author in capital letters and
6   year of study publication, except where a study is *in press* or only submitted for
7   publication, then a date is not used).
8
9   Based on the GRADE methodology outlined in chapter 2, the quality of the evidence
10  is summarised in the evidence profiles and summary of the evidence profiles as
11  follows:
12
13  High = Further research is very unlikely to change our confidence in the estimate of
14  the effect;
15
16  Moderate = Further research is likely to have an important impact on our confidence
17  in the estimate of the effect and may change the estimate;
18
19  Low = Further research is very likely to have an important impact on our confidence
20  in the estimate of the effect and is likely to change the estimate;
21
22  Very low = Any estimate of effect is very uncertain.

## 5.3   Overview of health economics review

24  The systematic economic literature search focused on studies conducted in the UK,
25  so as to evaluate the cost-effectiveness of different forms of service provision
26  specifically in the UK healthcare system. Characteristics and results of all studies
27  included in the review are provided in the health economics evidence tables in
28  Appendix 14.

## 5.4   Community mental health teams

30  **5.4.1        Introduction**
31  One of the earliest service developments in community-based care was that of the
32  community mental health team (CMHT) (Merson *et al*, 1992). Community
33  mental health teams are multidisciplinary teams, comprising all the main
34  professions involved in mental health including nursing, occupational therapy,
35  psychiatry, psychology and social work. Having developed in a relatively pragmatic
36  way, CMHTs have become the mainstay of community-based mental health work
37  in developed countries (Bouras *et al*, 1986; Bennett *& Freeman*, 1991), as well as in
38  many developing nations (Pierides, 1994; Slade *et al*, 1995; Issac, 1996).
39
40  Surveys of people with bipolar disorder have sometimes found that they often do not
41  have access to community mental health teams, with ongoing care outside acute
42  bipolar episodes provided by psychiatrists and general practitioners (Perry *et al*,
43  1999; MDF The BiPolar Organisation, 2001). People with bipolar disorder can appear
44  to be quite capable compared to other people with serious mental illness so they may
45  be in contact with community mental health teams for relatively short periods after
46  inpatient admission. Unfortunately, patients with bipolar disorder with a history of

CONFIDENTIAL
AZSER12779397

DRAFT FOR SECOND CONSULTATION

1    admission in the last year have a 50 per cent chance of acute bipolar episodes in the
2    next 12 months (Tohen *et al*, 1990). After discharge from the community mental
3    health team and the need for re-referral to the community mental health team, they
4    may not be able to access the help of the community mental health team in time to
5    prevent a further deterioration in their mental state (Morriss, 2004).

6    **5.4.2      Definition**

7    The GDG used the definitions used in the Cochrane review of the effects of
8    CMHT management compared with non-team community management for
9    people with serious mental health problems (Tyrer *et al*., 2002).

10    • CMHTs involved 'management of care from a multidisciplinary, community-
11    based team (that is, more than a single person designated to work within a team).'

12    • 'Standard' or 'usual care': must be stated to be the normal care in the
13    area concerned, non-team community care, outpatient care, admission to
14    hospital (where acutely ill people were diverted from admission and allocated
15    CMHT or inpatient care), or day hospital.

16    The review specifically focused upon CMHT management, and therefore excluded
17    studies which involved any additional method of management in the CMHT.

18    **5.4.3      Studies considered**

19    This review updates that undertaken for the NICE schizophrenia guideline (National
20    Collaborating Centre for Mental Health, 2002) which was based on the Cochrane
21    review by Tyrer *et al*. (2002). This review included five studies of CMHTs,
22    three undertaken in London (1992; 1993; 1998), one from Australia (1981) and one
23    from Canada (1979). One of these five studies was excluded on the grounds of
24    inadequate allocation concealment (BURNS1993), and two further studies were
25    excluded as they were primarily studies of crisis intervention teams rather
26    than CMHTs (FENTON1979; HOULT1981). The update search undertaken for the
27    schizophrenia guideline found one additional study (GATER1997) for which there
28    was no extractable data and that for the present guideline found another
29    (SELLWOOD1999).

30    Excluded studies with reasons for exclusion can be seen in Appendix 21.
31

32    Important characteristics of the included studies are in Table 3, with fuller details of
33    studies in Appendix 21.

34
35

CONFIDENTIAL
AZSER12779398

DRAFT FOR SECOND CONSULTATION

**Table 3 Summary of study characteristics for CMHTs in the management of bipolar disorder**

| | Vs standard inpatient care | Vs Standard care | Vs CMHT and intensive case management | Vs hospital outpatient rehabilitation |
|---|---|---|---|---|
| No. participants | 100 | 155 | 84 | 65 |
| **Study ID** | MERSON1992 | TYRER1998 | MALM2001 | SELLWOOD1999 |
| **Diagnosis** | 38% schizophrenia; 32% mood disorders; 35% severe neurosis; 5% other | 56% schizophrenia; 13% bipolar; 16% depression; 16% other | 100% schizophrenia and related disorders | 100% schizophrenia and related disorders |
| **Intervention** | Usually outpatient departments, occasional home visits. | Care plans and reviews organised from hospital base. | Assertive case management, outreach and crisis services, social network resource group. | Outpatient follow up by consultant psychiatrist every 2-3 months, plus support from CPN, day hospital, OT and outpatient psychology. |
| **Mean age (years)** | 32 | Not given | 38 | 40 |
| **Setting** | UK | UK | Sweden | UK |
| **Follow-up** | 3 months | 12 months | 24 months | 9 months |

1
2    Notes: CPN = Community Psychiatric Nurse; OT = Occupational Therapist

3    *Clinical summary*
4    There is little evidence that community mental health teams have advantages or
5    disadvantages over other means of organising care for people with bipolar disorder.
6    However, they have become an acceptable and almost universally available way of
7    organising community care, and have the potential to co-ordinate and integrate care
8    effectively, including the provision of other community-based services for people
9    with bipolar disorder. They may be useful when there is a need for community based
10   monitoring of the mental state in people who relapse frequently, represent a
11   significant degree of risk, have complex needs or show residual impairment. An
12   overview of the results is provided in Table 4 with the full evidence profile in
13   Appendix 22.
14

**Table 4 Summary evidence profile for CMHTs in the management of bipolar disorder**

| | Vs standard inpatient care | Vs Standard care | Vs CMHT and intensive case management (ICM) | Vs hospital outpatient rehabilitation |
|---|---|---|---|---|
| **% Bipolar** | Unclear | 13% bipolar | 0% | 0% |
| **Evidence for psychiatric outcomes (quality)** | Inconclusive (low) | Inconclusive (low) | Inconclusive (low) | CMHTs reduce hospital admission compared with ICM (low) |
| **Evidence for other outcomes (quality)** | Inconclusive (low) | Inconclusive (low | Inconclusive (low | No data available |

15

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)       Page 108 of 341

CONFIDENTIAL
AZSER12779399

DRAFT FOR SECOND CONSULTATION

1   **5.4.4          Health economic evidence**

2   The Cochrane review by Tyrer *et al* (1998) concluded that CMHT management of
3   patients with severe mental illness was likely to be less costly than standard care. The
4   findings of the economic review in the NICE Schizophrenia Guideline (National
5   Collaborating Centre for Mental Health, 2002) suggested that CMHTs were likely to
6   be equally cost-effective to standard care. The economic review undertaken for this
7   guideline identified four eligible studies conducted in the UK, all based on RCTs
8   (BURNS 1991, GATER 1997, MERSON 1992, TYRER 1998). BURNS (1991)
9   compared CMHT with standard community treatment, while the rest studies
10  made comparisons between CMHT and standard hospital care. GATER (1997)
11  adopted a societal perspective, whereas the rest of the studies estimated costs
12  related to health and social services.

13

14  BURNS (1991) and TYRER (1998) failed to demonstrate any significant difference
15  in costs or outcomes between CMHTs and standard care. GATER (1997) found
16  CMHTs to be significantly more effective than standard hospital-based care in
17  terms of patients' met needs and satisfaction. However, the two services did not
18  significantly differ in costs incurred. MERSON (1992) demonstrated that CMHT
19  and standard secondary care resulted in similar clinical outcomes, with CMHT
20  being associated with greater patient satisfaction. Mean costs per patient treated
21  by CMHT were lower compared to respective costs associated with hospital-
22  based care; nevertheless, because the distribution of costs was highly skewed,
23  median cost of treatment was 50% higher in the CMHT group.

24

25  The available evidence suggests that there is probably no difference in cost-
26  effectiveness between CMHTs and standard care in the UK.

27  **5.4.5          Clinical practice recommendation**

28  5.4.5.1  Consideration should given to referral to co-ordinated care provided by a
29             CMHT for people with bipolar disorder who:

30  •    have problems in engaging with, and maintaining regular contact with,
31        services such as outpatient care

32  •    experience frequent relapses, poor symptom control, continuing functional
33        impairment, or comorbid anxiety disorders

34  •    are at risk of suicide, or harm to self or others, including self-neglect or
35        exploitation

36  •    have problems with medication adherence or chronic substance misuse.

37  # 5.5   Case management and effective care co-ordination

38  **5.5.1          Introduction**

39  Many people with serious mental illness such as bipolar disorder have a wide range
40  of needs for health and social care. For most people this will involve family/carers,

CONFIDENTIAL
AZSER12779400

DRAFT FOR SECOND CONSULTATION

1  primary care health workers, secondary mental health services, social services, legal
2  and forensic services, and work and education organisations. Moreover, each service
3  user's health and social care needs will vary, often considerably, over time. For
4  the delivery of variable and often complex treatment and care arrangements in
5  a flexible and well-integrated way, especially when service users live in
6  the community outside psychiatric institutions, services need systematic methods
7  of co-ordinating care reliably. Case management was introduced as a means of
8  ensuring that people with serious mental health problems remained in contact with
9  services, and to more effectively co-ordinate the provision of treatment across
10  services and between agencies. The Care Programme Approach (CPA) was
11  introduced as a system for the co-ordination and transmission of information
12  between patients and health care professionals (DOH, 1990). Case management is
13  about the provision of a particular model of care.
14
15  Effective Care Co-ordination (ECC) and care co-ordinators were forms of case
16  management brought in to promote greater teamwork but delivered in a co-
17  ordinated way with a care co-ordinator as a first point of contact for the patient, a
18  person responsible for monitoring and co-ordinating care along the principles of the
19  Chronic Care Model and often practised in assertive outreach teams. Thus the care
20  co-ordinator may deliver less care personally than in some forms of case
21  management , would not necessarily have a small caseload, would identify health
22  care professionals or other organisations that are best positioned to provide a
23  particular aspect of care and promote greater decision-making and self-management
24  by the patient.
25
26  Although a key ingredient of case management involves the allocation of a named
27  and known professional to act as a case manager for each service user, whose role is
28  to maintain contact with the service user and to individually arrange and
29  coordinate care across all agencies, numerous models exist including
30  'Brokerage', intensive case management and the Care Programme Approach
31  (CPA). Also, studies of case management often use the same term for rather
32  different approaches, sometimes describing ACT or 'home-based' care as case
33  management. Nevertheless, case management, in the form of the CPA, has been
34  formally endorsed as the preferred method of co-ordinating care by the Department
35  of Health (DOH, 2002) and all service users with more than one service involved in
36  the delivery of their treatment and care, as is often the case for people with bipolar
37  disorder who have frequently relapsed or remain impaired, are subject to a more
38  intensive version known as 'enhanced CPA'. Intensive case management is used
39  infrequently in people with bipolar disorder under the age of 65 years but much
40  more frequently in people with bipolar disorder after the age of 65 years because of
41  multiple medical, cognitive and social infirmity (Depp *et al*, 2005).

42  **5.5.2        Definition**
43  Given the variation in models of case management evaluated in the literature, the
44  GDG followed the definition used in a Cochrane review in this area Marshall *et al.*,
45  2002): an intervention was considered to be 'case management' if it was described as
46  such in the trial report. In the original review no distinction, for eligibility
47  purposes, was made between 'Brokerage', 'Intensive', 'Clinical' or 'Strengths'
48  models. For the purposes of the current review, intensive case management was
49  defined as a caseload of less than or equal to 15. The UK terms 'care management'

CONFIDENTIAL
AZSER12779401

DRAFT FOR SECOND CONSULTATION

1　and 'care programme approach' were also treated as synonyms for case
2　management. However, the review excluded studies of two types of intervention
3　often loosely classed as 'case management', including Assertive Community
4　Treatment and 'Home-Based Care'. One study was of enhanced case management
5　(ODONNELL1999), which involved case managers endeavouring to work in equal
6　partnership with clients, including drawing up of customised recovery plans,and
7　focusing on individual strengths and capabilities. Another (RUTTER2004) compared
8　a brokerage model with standard case management.

9　**5.5.3　　Review overview**
10　This review updates that undertaken for the NICE schizophrenia guideline
11　(NCCMH, 2002), which had been based on the review by Marshall *et al*., 2002. This
12　review incorporated ten trials of case management published between 1966 and 1997
13　(CURTIS 1992, FORD 1995, FRANKLIN 1987, JERRELL 1995, MACIAS 1994,
14　MARSHALL1995, MUIJEN 1994, QUINLIVAN 1995, SOLOMON 1994, TYRER 1995).
15　A further search for trials published since the original review was undertaken for the
16　schizophrenia guideline finding 3 new trials (BURNS 1999, HOLLOWAY 1998,
17　ISSAKIDIS 1999). An additional update search for the present guideline using
18　updated search strings found three new trials (BJORKMAN2002, BRUCE2004,
19　RUTTER2005). An overview of the characteristics of included trials is in Table 5.
20

CONFIDENTIAL
AZSER12779402

DRAFT FOR SECOND CONSULTATION

**Table 5. Summary of study characteristics for case management**

| | Case management vs standard care | Intensive case management vs standard case management | Enhanced case management vs standard case management | Case management vs brokerage case management |
|---|---|---|---|---|
| *No. studies (no. participants)* | *13 RCTs ( )* | *2 RCTs ()* | *1 RCT (74\*\*)* | *1 RCT (26)* |
| Study ID | (1) BJORKMAN2002 (2) BRUCE2004 * (3) CURTIS 1992 (4) FORD1995 (5) FRANKLIN1987 (6) HOLLOWAY1998 (7) JERRELL1995 (8) MACIAS (9) MARSHALL1995 (10) MUIJEN1994 (11) QUINLIVAN1995 (12) SOLOMON1994 (13) TYRER1995 | (1) BURNS1999(UK700) (2) ISSAKISIS1999A | ODONNELL1999 | RUTTER2004 |
| Diagnosis | (1) 52% schizophrenia; 20% psychotic illness; 28% other (2) 66% major depressive disorder; 44% minor depression (3) 45% schizophrenia; 55% other (4) 82% schizophrenia, 18% other (5) 55% schizophrenia; affective disorder; 10% substance use disorder, 13% other (6) 68% schizophrenia/schizoaffective disorder, 26% bipolar; 9% other (7) SMI; unknown (8) 46% schizophrenia, ?? (9) 74% schizophrenia; 11% mood disorder; 6% personality disorder;  9% other (10) 83% schizophrenia, 17% affective psychosis. (11) 68% schizophrenia; 23% bipolar (12) Schizophrenia, major affective disorder and other (% not given) (13) 54% schizophrenia; 22% mood disorder; 25% other. | (1) 86% schizophrenia or schizoaffective disorder; 5% bipolar; 8% other (2) 88% schizophrenia;10% bipolar; 2% other | 66% schizophrenia; 12% bipolar; 16% schizoaffective disorder; 6% schizophreniform disorder | Severe mental illness |
| Mean age | 36–49, except (2) 60-94 | 38-42 | 36 | Not given |
| Number of clients per case manager | (1) 9 (2) 8 (3) 35-40 (4) 10 (5) 30 (6) 8 (7) 15-18 | (1) 12-15 vs 35 (2) up to 10 vs up to 40 | Not given | ? |

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)       Page 112 of 341

CONFIDENTIAL
AZSER12779403

DRAFT FOR SECOND CONSULTATION

|  | (8) 20<br>(9) 10<br>(10) 8-11<br>(11) up to 15<br>(12) 10<br>(13) not clear |  |  |  |
|---|---|---|---|---|
| Setting | (1) Sweden<br>(2) (3) (5) (7) (8) (11) (12) US<br>(4) (6) (9) (10) UK | (1) UK<br>(2) Australia | Australia | UK |
| Follow up | 12-52 months | 1-2 years | 1 year | 6 months |

1
2    * Cluster randomised - trial analysed separately
3    ** Total n = 119, but only 2 groups used in analyses
4    *Clinical summary*
5    The majority of patients in this review had schizophrenia and related disorders.
6    Therefore outcomes tend to be skewed towards those important in schizophrenia,
7    and do not include psychiatric symptoms other than overall mental state and
8    depression. Outcomes particularly relevant to case management, such as number
9    losing contact with case manager, are also infrequently reported.
10    The review found some evidence favouring case management over standard care,
11    but there was insufficient evidence to adequately compare the impact of intensive
12    case management to standard case management, with outcomes showing little
13    difference between the two intensive and standard case management, or being
14    inconclusive. In addition, there was only limited evidence favouring enhanced case
15    management over standard case management, and no evidence favouring case
16    management versus brokerage case management. There are no RCTs examining the
17    effectiveness of case management delivered using Effective Care Co-ordination
18    compared to other forms of case management. An overview of the results is
19    provided in Table 6 with the full evidence profile in Appendix 22.
20
21

CONFIDENTIAL
AZSER12779404

DRAFT FOR SECOND CONSULTATION

**Table 6 Summary evidence profile for case management in the management of bipolar disorder**

| | Case management vs standard care | Intensive case management vs standard case management | Enhanced case management vs standard case management (c | Case management vs brokerage case management |
|---|---|---|---|---|
| **% Bipolar** | C.8% bipolar | c. 10% bipolar | 12% bipolar | Not specified |
| **Mental state outcomes (quality)** | Inconclusive (low) | Inconclusive (low) | No relevant outcomes | No relevant outcomes |
| **Other outcomes (quality)** | Admitted to hospital favours standard care (moderate) | Lost contact with case manager Inconclusive (low) | 'General disability' favours standard case management (moderate) | Number of days in hospital inconclusive (low) |
| | Number of days in hospital favours case management (moderate) | Death (suicide or other causes) unlikely (moderate) | | |
| | Death inconclusive (low) | Admitted to hospital inconclusive (low) | | |
| | Quality of life (unlikely) | Number of days in hospital unlikely (moderate) | | |
| | Non-compliance - favours case management (moderate) | Non-compliance inconclusive (low) | | |
| | | Quality of life unlikely (moderate) | | |

1

2    5.5.4        **Health economic evidence**

3    According to the Cochrane Review by Marshall *et al* (1998) and the updated
4    economic review in the NICE schizophrenia Guideline (National Collaborating
5    Centre for Mental Health, 2002), no firm conclusions can be drawn on the cost-
6    effectiveness of case management relative to standard care. Compared to assertive
7    community treatment or community mental health teams, case management
8    appeared to be associated with similar costs. Intensive case management was likely
9    to have comparable cost-effectiveness to standard case management.

10

11   Six UK-based studies that met the inclusion criteria were identified by the systematic
12   search performed for this guideline (BURNS 1999(UK700), FORD 1995, FORD 2001,
13   MARSHALL 1995, MUIJEN 1994, RUTTER 2004). All studies adopted a public
14   service perspective. Apart from one study with prospective cohort design (FORD
15   2001), all other studies were RCTs.

16

17   Two studies compared case management to standard care (MARSHALL 1995,
18   MUIJEN1994). Both found no significant differences between interventions in terms
19   of either costs or clinical and social outcomes. However, the studies were
20   characterised by a small patient sample (n = 80 and 82 patients respectively), which
21   did not allow for potential differences in costs to be detected. Another small RCT (n
22   = 77) showed that intensive case management resulted in similar clinical and social
23   outcomes to those of standard care; however, costs associated with intensive case
24   management were significantly higher than standard care (FORD 1995). All three

CONFIDENTIAL
AZSER12779405

DRAFT FOR SECOND CONSULTATION

1    studies adopted a time horizon of 14-18 months. FORD (2001) compared 3 alternative
2    approaches for a period of 5 years: an intensive case management program; an
3    intensive case management program switched to standard case management
4    (reduced caseloads) at 18 months; and an intensive case management program
5    replaced by usual care after 18 months. The study demonstrated that although
6    clinical and social outcomes were similar among the 3 options over 5 years, costs
7    were significantly higher for the programmes that retained case management
8    services after the 18-month period.
9
10   The biggest UK study (n = 667) evaluating cost-effectiveness of case management
11   was BURNS (1999)(UK700), which compared intensive to standard case
12   management. The time horizon of the analysis was 2 years. The study did not find
13   any significant difference in terms of either costs or the primary outcome (number of
14   days in hospital for psychiatric problems) between the two interventions.
15
16   Finally, one study (RUTTER 2004) assessed the cost-effectiveness of an integrated
17   (internal) model of case management, in which the case manager was a member of
18   the multidisciplinary healthcare team, against a brokerage model, in which the case
19   manager operated externally to the healthcare team. The study, which was
20   conducted on a very small patient sample (n = 26) found no difference in costs and
21   outcomes between the two models of case management.
22
23   In conclusion, there is some evidence that, in the short term, case management is
24   equally cost-effective compared to standard care in the UK; however its cost-
25   effectiveness is likely to decrease in the long-term. There is stronger evidence
26   suggesting that no difference in cost-effectiveness exists between intensive and
27   standard case management.

28   **5.5.5        Clinical practice recommendation**
29   There are no specific recommendations for case management in the management of
30   patients with bipolar disorder.

31   # 5.6    Crisis resolution and home treatment teams

32   **5.6.1        Introduction**
33
34   There is a growing interest in attempting to manage acute episodes of serious mental
35   illness in the community, thereby avoiding the stigma and costs associated with
36   hospital admission and providing benefits to patients and service providers.
37   Moreover from a clinical perspective patients recover at home in the environment in
38   which they will have to function in the community rather than in an in patient
39   environment that bears little resemblance to normal living conditions. Crisis
40   resolution and home treatment teams (CRHTTs) are methods of organising services
41   that aim to avoid admitting acutely ill people to hospital by providing intensive
42   home-based support. However, it is important that staff in these services, patients
43   and carers are realistic about their ability to manage manic episodes, especially when
44   there is little need for sleep or rest, disinhibited, reckless or aggressive behaviour,
45   and there is a need to employ rapid tranquillisation. There are few alternatives to
46   admission to hospital in these circumstances. Many cases of severe bipolar
47   depression could be managed in the community through CRHTTs provided an

CONFIDENTIAL
AZSER12779406

DRAFT FOR SECOND CONSULTATION

1  adequate risk assessment and management plan are devised. CRHTTs need to have
2  access to care plans for bipolar disorder , including those employing early warning
3  interventions, because they may be able to prevent admission for manic or
4  depressive episodes by providing a short period of intense home treatment when the
5  first characteristic symptoms of a manic or depressive episode arise (Morriss, 2004).
6  Even when patients with bipolar disorder are admitted to in patient units discharge
7  and leave from the in patient unit may be achieved earlier and more safely through
8  liaison between the in patient and crisis resolution and home treatment teams.

9  **5.6.2        Definition**
10  The GDG adopted the inclusion criteria developed by the Cochrane review of crisis
11  intervention for people with serious mental health problems (Joy *et al.*, 2002) was
12  selected by the GDG for review and further analysis.
13  team for studies of CRHTTs in the management of people with schizophrenia.
14
15  Crisis intervention and the comparator treatment were defined as follows:
16  • **crisis resolution**: any type of crisis-orientated treatment of an acute psychiatric
17  episode by staff with a specific remit to deal with such situations, in and beyond
18  'office hours'
19  • **standard care**: the normal care given to those suffering from acute psychiatric
20  episodes in the area concerned. This involved hospital based treatment for all studies
21  included.
22
23  The focus of the review was to examine the effects of CRHTT models for anyone with
24  serious mental illness experiencing an acute episode when compared to the 'standard
25  care' they would normally receive.

26  **5.6.3        Studies considered for review**
27  The Cochrane review of CRHTTs (Joy *et al.*, 2002) included 5 RCTs. The update
28  search undertaken for the NICE schizophrenia guideline [ref] found one RCT
29  (Fenton *et al.*, 1998) not included in the Cochrane review and suitable for inclusion,
30  and the search undertaken for the present guideline did not find any new studies.
31  Excluded studies with reasons for exclusion can be seen in Appendix 21.
32
33  Important characteristics of the included studies are in Table 7, with fuller details of
34  studies in Appendix 21.
35

CONFIDENTIAL
AZSER12779407