DRAFT FOR SECOND CONSULTATION

**Table 7 Summary of study characteristics for CRHTTs**

| | Vs standard inpatient care |
|---|---|
| *No studies (no participants)* | *7 studies (1207)* |
| **Study ID** | (1) FENTON1979<br>(2) FENTON1998<br>(3) HOULT1981<br>(4) JOHNSON2005<br>(5) MUIJEN1992<br>(6) PASAMANICK1964<br>(7) STEIN1980 |
| **Diagnosis** | (1) 41% schizophrenia; 29% manic depressive psychosis; 30 depressive neurosis<br>(2) 55% schizophrenia; 20% bipolar; 3% other<br>(3) 70% schizophrenia or related disorders, 30% other<br>(4) 30% depression; 25% schizophrenia; 13% personality disorders; 10% bipolar; 22% other<br>(5) 53% schizophrenia; 17% mania; 19% depression; 19% other<br>(6) 100% schizophrenia<br>(7) 50% schizophrenia |
| **Mean age (years)** | 35 -  mostly not given |
| **Setting** | (1)(2) Canada<br>(3) Australia<br>(4) (5) UK<br>(6) (7) US |
| **Follow-up** | 6 – 24 months |
| **Intervention** | (1)  Home assessment and treatment by multidisciplinary team, 24hour cover, included pharmacotherapy, psychotherapy and instruction in living skills<br>(2)  Counsellors and social workers, formal treatment avoided<br>(3)  Multidisciplinary team, 24 hour cover, providing medication, counselling, instruction in living skills, family interventions, support and education<br>(4) Acute 24 hour care<br>(5) Multidisciplinary team, 24 hour cover, instruction in living skills, problem solving, relative support, assistance with finance and housing.<br>(6) Multidisciplinary team, 24 hour cover, patient and carer support, pharmacotherapy<br>(7) Multidisciplinary team, 24 hour cover, patient and carer support, pharmacotherapy, coping skills taught. |

1

2   **5.6.4        Outcomes**

3   The following outcomes were extracted following the initial crisis: scores on the GAS
4   and BPRS, plus the number of patient's who died, were admitted to hospital,
5   arrested, imprisoned, attempted suicide and employed.  Scores on the BPRS and the
6   number of patient admitted to hospital were considered critical outcomes. Also, the
7   number leaving the study early for any reason was extracted.

8

9   *Clinical summary*

10  For people with serious mental health problems in an acute crisis, crisis resolution
11  and home treatment teams are superior to standard hospital based care in reducing
12  admissions and shortening stay in hospital, and appear to be more acceptable than
13  hospital based care for acute crises, and are less likely to lose contact with service
14  users. Crisis resolution and home treatment teams may also have a marginally better
15  effect on some clinical outcomes.

16

CONFIDENTIAL
AZSER12779408

DRAFT FOR SECOND CONSULTATION

1  An overview of the results is provided in Table 8 with the full evidence profile in
2  Appendix 22.
3

4  **Table 8 Summary evidence profile for crisis resolution and home treatment**
5  **teams in the management of bipolar disorder**

| Crisis resolution and home treatment teams | |
| --- | --- |
| Evidence for efficacy (quality) | Crisis resolution and home treatment teams are more effective than standard hospital care on some service-use outcomes some as hospitalisation, but clinical outcomes are inconclusive (low) |
| Evidence for acceptability/harm (quality) | Crisis resolution and home treatment teams are more acceptable to patients and appear to reduce death rates (low) |

6

7  **5.6.5       Health economic evidence**

8  Results from the Cochrane review on crisis intervention for people with severe
9  mental illness (Joy *et al*, 2004) indicated that CRHTTs were likely to be more cost-
10 effective than hospital care.  The NICE Schizophrenia Guideline (National
11 Collaborating Centre for Mental Health, 2002) suggested that CRHTTs were cost-
12 saving for at least year compared with standard care, and for at least 6 months
13 compared with hospital-based acute psychiatric treatment, although the cost-
14 effectiveness of CHRTTs was significantly reduced in the long term.
15

16 Two studies carried out in the UK met the inclusion criteria and were included in
17 this review (JOHNSON 2005a, MUIJEN 1992). MUIJEN (1992), based on a
18 randomized trial design, demonstrated that CRHTTs were significantly more cost-
19 effective than standard care, as they were slightly more effective and resulted in cost-
20 savings compared to standard care, from the view point of health and social services.
21 However, this cost difference between the two forms of care constantly decreased
22 after 12 months. In effect, in the long-term (45 months), there was no difference
23 between CRHTTs and standard care in terms of cost-effectiveness. Regarding
24 indirect costs, preliminary analysis suggested that there were no differences between
25 interventions.
26

27 JOHNSON(2005A) used a quasi-experimental design to assess the introduction of a
28 crisis resolution team in an area with well-established community mental health
29 teams. CRHTTs were found to reduce admission rate in the 6 months following crisis
30 and increase patient satisfaction. However, no significant differences emerged in
31 terms of other outcomes such as clinical symptoms, social functioning and quality of
32 life; in addition, although mean health and social service costs per patient were lower
33 after the introduction of the service, this finding did not reach statistical significance.
34

35 In conclusion, CRHTTs are likely to be a cost-effective intervention in the UK in the
36 short run. However, in the long term they appear to be similar to standard care in
37 terms of cost-effectiveness.

38 **5.6.6       Clinical practice recommendations**

39 5.6.6.1  Crisis resolution and home treatment teams should be considered for people
40          with bipolar disorder as a means to:

CONFIDENTIAL
AZSER12779409

DRAFT FOR SECOND CONSULTATION

1 • manage crises in a home or community setting

2 • support early discharge from hospital following a period of inpatient care.

3    In this context, teams must pay particular attention to existing care plans,
4    which should be immediately available to the crisis team.

5 5.6.6.2  When delivering crisis care at home for patients with bipolar disorder,
6    particular attention should be given to managing risk, and monitoring
7    behavioural disturbance particularly in the case of mania, and the burden
8    on family and carers.

9 ## 5.7   Day hospitals

10 **5.7.1        Introduction**
11 The review of day hospitals is divided into day hospitals for acute and non-acute
12 care.
13
14 The review updates that undertaken for the NICE schizophrenia guideline (National
15 Collaborating Centre for Mental Health, 2002) which was a re-analysis of a Health
16 Technology Assessment (Marshall *et al.*, 2001). No new studies were found. Of the 8
17 trials of non-acute day hospitals included in the original review, 4 were excluded
18 from the review undertaken for the schizophrenia guideline because more than 80%
19 of the participants had diagnoses other than schizophrenia. Three of these were
20 excluded from the present review for other reasons (BATEMAN1999; DICK1991,
21 PIPER) (see Appendix 21).
22
23 Outcomes included scores on the BPRS, burden on relatives (IPD-SBAS) and the
24 GAS, plus the number hospitalised, in employment or died, and the number of days
25 spent in hospital. The number leaving the study early for any reason was also
26 extracted. The number of patients that were hospitalised was considered to be the
27 critical outcome.

28 **5.7.2        Acute day hospitals**
29 Given the substantial costs and high use of in patient care, the possibility of day
30 hospital treatment programmes acting as an alternative to acute admission gained
31 credence in the early 1960s in United States (Kris, 1965; Herz *et al*, 1971) and later in
32 Europe (Wiersma *et al*, 1989) and the UK (Dick *et al*, 1985; Creed *et al*, 1990).
33 However, there is no specific evidence that acute day hospitals act as an effective
34 alternative to in patient admission for either mania or severe depression. In fact RCTs
35 evaluating the effectiveness of acute day hospitals have either excluded patients with
36 mania altogether (Creed *et al*, 1997) or contain very few patients with a diagnosis of
37 bipolar disorder (Dick *et al*, 1985; Sledge *et al*, 1996). Patients with mania may be very
38 difficult to treat in an acute day hospital because of their overactivity, disinhibition
39 and lack of the need to sleep. Acute day hospitals do not provide the round the clock
40 support to carers when crisis resolution and home treatment services cannot manage
41 people who are acutely ill with bipolar disorder.  Similarly, acute day hospitals may
42 not be a safe alternative to acute inpatient care for patients who are aggressive or
43 disinhibited. Provided these caveats are observed, there may be a role for acute day

CONFIDENTIAL
AZSER12779410

DRAFT FOR SECOND CONSULTATION

1  hospitals as an alternative to admission for people with bipolar disorder, especially
2  in severe depression.

3  *Definition*

4  Acute psychiatric day hospitals were defined by the GDG as units that
5  provided 'diagnostic and treatment services for acutely ill individuals who
6  would otherwise be treated in traditional psychiatric inpatient units'. Thus, trials
7  would only be eligible for inclusion if they compared admission to an acute day
8  hospital with admission to an inpatient unit. Participants were people with
9  acute psychiatric disorders (all diagnoses) who would have been admitted to
10  inpatient care had the acute day hospital not been available. Studies were excluded if
11  they were largely restricted to people who were under 16, or over 65, years of age,
12  or to those with a primary diagnosis of substance misuse and/or organic
13  brain disorder.

14  *Studies reviewed*

15  Important characteristics of the included studies are in Table 9, with fuller details of
16  studies in Appendix 21, which also lists excluded studies with reasons for exclusion.
17

CONFIDENTIAL
AZSER12779411

DRAFT FOR SECOND CONSULTATION

1  **Table 9 Summery of study characteristics for acute day hospitals in the**
2  **management of bipolar disorder**

| | vs. inpatient care |
|---|---|
| *No. of trials (No.* *of participants)* | *6 RCTs* *(808)* |
| **Study ID** | (1) CREED1990 (2) CREED997 (3) DICK1985 (4) HERZ1971 (5) KRIS1965 (6) SLEDGE1996A |
| **Diagnosis** | (1) 24% schizophrenia 51% other; 25% mood disorder – excluded if too ill (2) 38% schizophrenia , 30% mood disorder%,32% other  - excluded if too ill (3)  58% depression, 42% other (4) 36% schizophrenia, 64% other (5) 100% psychotic illness (not specified) (6) 39% schizophrenia, 52% mood disorder, 9% other |
| **Mean age** | (1) 42 (2) 38 (3) 35 (4) 32 (5) No information (6) 33 |
| **Intervention** | (1) Staffed by 8 nurses and 3 occupational therapists (2) No details given (3)  2 trained staff + occupational therapist, individual counselling, groups, activities and medication (4) Group orientated, week days only (5) Group and milieu orientated, weekday afternoons only (6) Respite programme + "back up" bed if necessary. (Day hospital is a 20 patient facility with doctors, nurses, social workers, therapists; open 9-3pm Mondays to Fridays. Emphasis in group work, control of symptoms and improvement of daily skills). |
| **Comparison treatment** | Standard inpatient care (6) 36 bed unit staffed by doctors, nurses, psychologist and mental health workers, a very active programme. |
| **Setting** | (1) (2) (3)  UK (4) (5) (6)  US |
| **Follow up** | 2- 24 months |

3

4  *Clinical summary for acute day hospitals*

5   Although there is reasonable evidence that acute day hospital care is a viable
6   alternative to inpatient care for other patients with serious mental illness, there is
7   virtually no evidence to support the use of acute day hospital care for mania. The
8   reluctance to include patients with mania in evaluations of acute day hospital reflects
9   the fact that acute day care is an inadequate replacement for acute inpatient care
10  because of the needs of the patient with mania and their carer for round the clock
11  care.  Acute day hospital care is unsuitable for patients displaying aggressive or
12  disinhibited behaviour. Acute day hospital care may be an alternative to acute
13  inpatient care for severe bipolar depression or for the management of rapid cycling
14  bipolar disorder marked by severe depression and hypomania rather than mania. A
15  summary of the evidence profile is in Table 10 with the full evidence profile in
16  Appendix 22.
17

CONFIDENTIAL
AZSER12779412

DRAFT FOR SECOND CONSULTATION

1   **Table 10 Summary evidence profile for acute day hospitals in the management**
2   **of bipolar disorder**

| | vs. inpatient care |
|---|---|
| Evidence for efficacy (quality) | Some evidence that day hospitals more effective than inpatient care on mixed SMI populations (low), but inconclusive on most outcomes (low) |
| Evidence for harm (quality) | Inconclusive (low) |

3

4   *Health economic evidence*

5   The evidence provided in the Health Technology Assessment by Marshall *et al* (2001) and
6   the NICE Schizophrenia Guideline (National Collaborating Centre for Mental Health,
7   2002) suggested that day hospital care was probably more cost-effective than
8   inpatient care for the management of patients with acute psychiatric disorders. On
9   the other hand, there was insufficient evidence on the cost-effectiveness of day care
10  centres relative to outpatient care.

11

12  The economic review for this guideline identified one study that met the eligibility
13  criteria (CREED1997). The study compared day hospital care to routine inpatient care
14  for patients with acute psychiatric illness. The economic analysis was conducted
15  alongside a RCT. A broad societal perspective was adopted, including patient and
16  carer expenses as well as productivity losses. The two interventions assessed were
17  shown to result in similar clinical and social outcomes, except that the burden on
18  carers was significantly less in the day hospital group; nevertheless, acute day
19  hospital care was associated with significant cost savings compared to inpatient care
20  (one year median societal cost per patient £2,880 versus £5,931 respectively, p =
21  0.001; 1994/95 prices).

22

23  The existing evidence suggests that acute day hospital care is likely to be more cost-
24  effective than routine inpatient care in the UK.

25  **5.7.3          Non-acute day hospitals**

26  *Introduction*

27  There are some people with chronic residual or persistent bipolar depressive
28  episodes punctuated by brief periods of hypomania who may be helped by non-
29  acute day hospital care providing rehabilitative approaches to improve function,
30  psychotherapy for residual depression or comorbid non-bipolar psychiatric disorder,
31  or to shorten the length of an acute hospital admission for a bipolar depressive
32  episodes (Perugi *et al*, 2002; Kallert *et al*, 2004).   However surveys of people with
33  bipolar disorder (for example, Morselli *et al*, 2003) and service data examining
34  contacts of people with bipolar disorder reveal relatively little use of non-acute day
35  hospitals by people with bipolar disorder (Mbaya *et al*, 1998).

36

37  *Definition*

38  For this review, and following the Cochrane review by Marshall at al. (2001),
39  the GDG agreed the following definitions for non-acute day hospitals, in so far
40  as they apply to people with serious mental health problems, including people
41  with bipolar disorder:

42

CONFIDENTIAL
AZSER12779413

DRAFT FOR SECOND CONSULTATION

1 • day care centres were defined as "psychiatric day hospitals offering continuing care
2 to people with severe mental disorders"
3 • standard outpatient care.

4 *Studies considered*

5 Important characteristics of the included studies are in Table 11, with fuller details of
6 studies in Appendix 21, which also lists excluded studies with reasons for exclusion.

7
8

| Table 11 Summary of study characteristics for non-acute day hospitals | | |
|---|---|---|
| | Day care centres vs outpatient care | Transitional day hospital vs outpatient care |
| No. studies (No. of participants) | 3 RCTs (272) | 1 RCT (79) |
| **Study IDs** | (1) LINN1979<br>(2) MELTZOFF1966<br>(3) WELDON1979<br>(4) TYRER1979 | (1) GLICK1986 |
| **Diagnosis** | (1) 100% schizophrenia.<br>(2) 91% schizophrenia, 4% affective, 6% neurotic.<br>(3) 100% schizophrenia.<br>(4) 73% Depression, 10% Anxiety, 17% other | 47% schizophrenia , 53% major affective disorder |
| **Mean age** | 37-41<br>(4) 16-60 | 35 |
| **Intervention** | (1) Employed social workers and physicians<br>and offered: recreational activities, group therapy, counselling, occupational therapy, and medication follow up.<br>(2) Individual & group psychotherapy & medication.<br>(3) Group & goal-directed therapy<br>(4) Two different types of day hospital: one specialiasing in neurotic disirders (well staffed with psychotherapeutic orientation) and the other a standard day hospital (psychiatrists, nurses, occupationanal and art therapists | Milieu, family, supportive & group therapy,) medication; care management; recreation & dance therapy; discharge planning. |
| **Comparator treatment** | (1) OP drug management from same physicians offering medication follow up in<br>(2) Standard OP care<br>(3) Psychotherapy oriented OP care.<br>(4) Standard OP care | OP follow-up involving: group therapy, medication management; 24 hr crisis intervention. |
| **Setting** | US<br>(4) UK | US |
| **Follow up** | 3-24 months | 12 months |

9

10 *Clinical summary*

11 Apart from a relatively small group of people with bipolar disorder with chronic or
12 residual depression with or without other psychiatric disorder such as anxiety
13 disorders, obsessive compulsive disorder or substance abuse, there appears to be
14 little role for non-acute day hospitals in bipolar disorder. When there is a role it is
15 usually for one of three reasons; to provide rehabilitation in people with impaired
16 function, to deliver structured psychotherapy or to maintain contact and monitor

CONFIDENTIAL
AZSER12779414

DRAFT FOR SECOND CONSULTATION

1  patients to shorten the length of an acute admission for bipolar depression. Overall
2  there is little evidence to support the delivery of these treatment approaches in a day
3  hospital as opposed to other forms of community care delivering rehabilitation,
4  psychotherapy or monitoring the patient's mental state. A summary of the evidence
5  profile is in Table 12 with the full profile available in Appendix 22.

6

7  **Table 12 Summary evidence profile for non-acute day hospitals**

|  | Day care centres vs outpatient care | Transitional day hospital vs outpatient care |
| --- | --- | --- |
| Evidence for efficacy (quality) | Inconclusive (low) | Inconclusive (low) |
| Evidence for harm (quality)* | Inconclusive (low) | Inconclusive (low) |

8

9  *Health economic evidence*

10  No evidence on the cost-effectiveness of non-acute day hospitals was identified by
11  the systematic search of the literature.

12  **5.7.4          Clinical practice recommendations**

13  5.7.4.1  Acute day hospitals should be considered for the provision of acute care, both
14              as an alternative to acute admission to inpatient care and particularly
15              to facilitate early discharge from inpatient care. The degree of risk to the
16              patient or others, level of behavioural disturbance, and the burden to family
17              and/or carer(s) should be considered.

# 5.8    Services for children and adolescents

19  **5.8.1          The process and provision of care**
20  The process of care and provision of treatment for children and adolescents should
21  take account of the four-tier model of Child and Adolescent Mental Health Service
22  (CAMHS) organisation and delivery (NHS Health Advisory Service, 1995). This is
23  consistent both with the current organisation of CAMHS in England and Wales and
24  with the 'National Service Framework (NSF)' for Children, Young People and
25  Maternity Services' across both jurisdictions.

26

27  Interventions for children and adolescents with bipolar disorder will usually be
28  provided by child and adolescent mental health services with expertise in managing
29  psychiatric disorder (CAMHS tiers 2/3 and 4). However, children and adolescents
30  also require help from non-specialist health, social work and education services,
31  referred to as tier 1 CAMHS. Services may have tiers that are structural, functional or
32  both, i.e. some CAMHS have a combined tier 2 and 3 service with single referral
33  point, others may provide tier 2 as a stand alone service.

34

35  Tier 1 services include those that have direct contact with children and adolescents
36  for primary reasons other than mental health. These include general practitioners,
37  health visitors, school nurses, paediatricians, social workers, teachers, youth workers,
38  and juvenile justice workers. They are the first point of contact with the
39  child/adolescent presenting with mental health problems. At this level, an important
40  role is to detect those at high risk for bipolar disorder and those who are presenting

CONFIDENTIAL
AZSER12779415

DRAFT FOR SECOND CONSULTATION

1  with depression or mania so that these children and adolescents can be referred to
2  specialist CAMHS at tiers 3 or 4.
3
4  Tier 2 CAMHS is provided by specialist trained mental health professionals, working
5  primarily in a community based setting alongside tier 1 workers. This facilitates
6  consultation to tier 1 workers, prompt assessment of children within the tier 1 setting
7  and the identification of young people requiring referral to more specialist services.
8  Tier 2 professionals are usually closely linked or embedded in tier 3 services, thereby
9  facilitating timely access to the specialist CAMHS.
10
11  Tier 3 services are multidisciplinary teams of specialist CAMHS professionals
12  working in (secondary care) specialist CAMHS facilities. They should provide
13  specialist co-ordinated assessments and treatments including a full range of
14  appropriate psychological and pharmacological interventions. Children and
15  adolescents presenting with mania, mixed affective states or moderate to severe
16  depression should be assessed by tier 3 specialist CAMHS. Outreach services should
17  be available to those young people who as a result of their presentation are unable to
18  access the clinic base of the tier 3 service and to young people who require outreach
19  work as part of an outpatient treatment plan.
20
21  Tier 4 services are highly specialised tertiary CAMHS in inpatient, day patient or
22  outpatient settings for children and adolescents with severe and/or complex
23  problems requiring a combination or intensity of interventions that cannot be
24  provided by tier 3 CAMHS. In general, referral to tier 4 usually comes from tier 3
25  CAMHS professionals.
26
27  A child or adolescent presenting with possible bipolar disorder will usually require
28  assessment and treatment by tier 3 or 4 services. If young people require admission
29  to hospital because they cannot safely be managed in the community, they should
30  usually be discharged back to tier 3 CAMHS or outreach services following tier 4
31  intervention.

32  **5.8.2      Emergency care services for children and adolescents with bipolar**
33  **disorder**
34  Young people presenting with mania, mixed affective episodes or severe depression
35  may require emergency care. Children and adolescents under 16 years of age who
36  present to emergency services should be triaged, assessed and treated by
37  appropriately trained children's nurses and doctors in a separate children's area of
38  the emergency department. Triage nurses should be trained in the assessment and
39  early management of mental health problems in young people. The consent of the
40  parent (or other legally responsible adult) should be obtained prior to mental health
41  assessment. In addition, special attention should be paid to issues of confidentiality,
42  the young person's consent (including Gillick competence), child protection, the
43  Children Acts (1989 and 2004) and the use of the Mental Health Act (1983). For this
44  reason, it is important that staff who have contact with children presenting in an
45  emergency, have been adequately trained to assess mental capacity in children of
46  different ages and to understand how issues of mental capacity and consent apply to
47  this group. In addition emergency department staff should have access at all times to
48  specialist CAMHS advice about the clinical management of the young person, and
49  access to legal advice in relation to assessment and treatment decisions.
50

CONFIDENTIAL
AZSER12779416

DRAFT FOR SECOND CONSULTATION

1    *Models of Care*

2    Variants of the 'Stepped Care' and 'Chronic Care' models may be applied to the
3    assessment and treatment bipolar disorder in children and adolescents. The current
4    organisation of CAMHS function into 4 tiers is effectively a 'stepped care ' approach.
5    The higher steps (tiers 3 and 4) involve increasing specialisation and will be required
6    for the assessment and treatment of bipolar disorder in children and adolescents. The
7    'chronic care' model requiring systematic follow-up of all patients will be required
8    for all children and adolescents diagnosed with bipolar disorder. This will share
9    many of the features outlined in the care of adults with bipolar disorder. However,
10   the child and adolescent with bipolar disorder will usually be living with and
11   dependant on parents/carers, and treatment plans must involve parents/carers as
12   well the young person. Regular appointments should be offered to parents/carers
13   with responsibility for the child or adolescent, and consideration given to the
14   involvement of siblings and other family members in structured psychoeducation
15   programmes. In addition to this, children and adolescents with bipolar disorder
16   should be offered individual appointments with a healthcare professional separate to
17   those with their family members or carers. Liaison with the school, college or other
18   education setting is integral to the successful management of bipolar disorder in
19   children and adolescents. Consent to contact school/college must be obtained from
20   the young person and the parent/carer with parental responsibility.
21
22   In some parts of England the Early Intervention Service (EIS) for first episode
23   psychosis will have a role in the assessment and treatment of a young person over 14
24   years old with bipolar disorder. In some cases the EIS will take over the clinical care
25   early in the diagnostic process. In other cases the EIS may work jointly with specialist
26   CAMHS in co-ordinating and providing care and treatment to the young person and
27   his/her family or carers. However in many areas of England and across Wales, the
28   ongoing care will be carried out by specialist CAMHS (tiers 3 and 4).

29   **5.8.3      Interface between CAMHS and adult Services**
30   In the case of children and adolescents with a diagnosis of bipolar disorder, case
31   management should usually remain with specialist CAMHS until the 18th birthday,
32   after which care will usually be transferred to adult mental health services.
33   Increasingly however, some adolescents may be in the care of specialist early
34   intervention services (with both CAMHS and adult clinicians( where the
35   management of the bipolar disorder may continue beyond the 18th birthday.
36
37   Where early intervention services are not in place joint protocols need to be in place
38   and agreed by CAMHS and Adult Mental Health Services in order to ensure smooth
39   transition of care of adolescents with a diagnosis of bipolar disorder, from CAMHS
40   to adult services at age 18 years. Handover of care should be discussed with and
41   agreed by the adolescent and family in advance of the 18th birthday. If necessary,
42   case notes from the CAMHS team should be made available to the Adult Mental
43   Health Services and with the agreement of the adolescent and his/her family, a
44   handover meeting should be arranged using the Care Programme Approach (CPA).
45   The General Practitioner should be involved and kept informed of the handover
46   process. Consent should be sought from the adolescent to liaise with any other
47   statutory and non-statutory agencies involved in providing care and support. Some
48   of these agencies continue support across the age range into early adulthood and can
49   provide some continuity in the process of transition.

CONFIDENTIAL
AZSER12779417

DRAFT FOR SECOND CONSULTATION

1    **5.8.4        Inpatient treatment**
2    Inpatient treatment will need to be considered in cases of severe depression, mania
3    and mixed affective states when the adolescent presents a significant risk to self or
4    others through suicidal behaviour or reckless acts and/or needs intensive
5    assessment, treatment or supervision not available elsewhere. As in the case of
6    adults, young people with mania or mixed affective episodes have lots of energy and
7    can behave in reckless, disinhibited, aggressive and unpredictable ways. The risk of
8    suicide is high. Alternatives to inpatient treatment include treatment as a day patient
9    or the provision of more intensive community treatment such as assertive outreach
10   or home based treatment services. The treatment setting will need to take into
11   account the issues of risk as well as the individual and family needs and
12   circumstances in each case.
13
14   When inpatient treatment is required for children and adolescents with bipolar
15   disorder, admission should be to age-appropriate facilities which have the capacity
16   to provide education and related activities. The provision of psychiatric inpatient
17   units for children and adolescents within England and Wales is variable (O'Herlihy
18   *et al.* 2003). There is evidence that in the absence of appropriate provision, some
19   young people are admitted to adult mental health wards or paediatric wards
20   (Gowers *et al* ,2001). Both the English and Welsh NSF for Mental Health of adults of
21   working age state the need for clear protocols of care when an adolescent is admitted
22   to an adult ward. The NSF in Wales states that nobody under 18 years should be
23   admitted to an adult ward, but states the need for clear protocols of care if admission
24   is unavoidable. If initial admission to an adult mental health ward is unavoidable,
25   the young person should be transferred to an adolescent inpatient unit at the earliest
26   opportunity. Sometimes admission to an adult ward may be the safest alternative, in
27   which case, in order to ensure child protection, one-to-one nursing care and
28   supervision should be provided.
29
30   When inpatient treatment is indicated, professionals need to involve the child or
31   adolescent and their family in the admission and treatment process whenever
32   possible. Commissioners should ensure that inpatient treatment is available within
33   reasonable travelling distance to enable the involvement of families and maintain
34   social and community links. Inpatient services need to have range of treatments
35   available including medication, individual and group psychological interventions
36   and family support.
37
38   Planning for after care arrangements should take place prior to admission or as early
39   as possible during an admission and should be based on the Care Programme
40   Approach.
41
42   It is desirable to admit young people with the informed consent of both the patient
43   and those with parental responsibility, not least because the success of any treatment
44   approach significantly depends on the development of a positive therapeutic alliance
45   between the child, the family and the inpatient team. However, there will be times
46   when the professionals consider admission to be necessary, but either the young
47   person or family do not consent.  A child has the right to consent to treatment
48   without involving the consent of parents after the 16th birthday, or younger, if
49   deemed 'Gillick competent.' If a young person below 18 years of age refuses
50   treatment, but the parent (or guardian), believes strongly that treatment is desirable,

CONFIDENTIAL
AZSER12779418

DRAFT FOR SECOND CONSULTATION

1  then the young person's wishes may be overruled. Whilst the use of parental consent
2  to admission and treatment is legal, it is now considered good practice to consider,
3  the use of the Mental Health Act 1983 as it includes safeguards such as involvement
4  of other professionals, a time limit and a straightforward procedure for appeals and
5  regular reviews. Alternative legislation under the Children Act 1989 includes using a
6  Care Order (Section 31), a Specific Issue Order (Section 8) or a Wardship Order.
7
8  The professionals involved in assessing children or young people for possible
9  inpatient admission should be specifically trained in issues of consent and capacity,
10  the use of current mental health legislation and the use of child care legislation as it
11  applies to this group of patients.

## 5.9   Clinical practice recommendations

13  5.9.1.1  For children and adolescents who are at risk of suicide or other serious harm
14          as a consequence of bipolar disorder, admission as an inpatient or day
15          patient, or the provision of more intensive community treatment, should be
16          considered.

17  5.9.1.2  For children and adolescents with bipolar disorder who require inpatient care
18          this should be provided in specialist units, designed specifically for young
19          people, that are able to provide an age-appropriate setting and support the
20          educational, social and personal needs of the child or adolescent.

21  5.9.1.3  Healthcare professionals working in specialist services with children and
22          adolescents with bipolar disorder should:

23

24          o  be familiar with local and national guidelines on confidentiality and
25             the rights of the child

26          o  ensure appropriate consent is obtained considering the adolescent's
27             position (including Gillick competence), parental consent and
28             responsibilities, child protection matters, and the use of the Mental
29             Health Act and of the Children Act (1989)

30

CONFIDENTIAL
AZSER12779419

# 6 The process of care and provision of services in the management of bipolar disorder – specialist services

## 6.1   Introduction

The National Strategic Framework for Mental Health (Department of Health, 1999) and subsequent NHS plan created a range of new services for people with severe mental illness, namely assertive community treatment/ outreach teams, early intervention services, gateway primary care workers and graduate primary care mental health workers. These services are now found in most parts of England but less frequently in Wales. In addition, NHS Mental Health Trusts have traditionally run lithium clinics and along with other providers, such as the voluntary sector, also run supported employment or pre-vocational employment schemes. With the exception of lithium clinics, these services are not targeted at the specific needs of people with bipolar disorder. However, there are many people with bipolar disorder who might benefit and receive such services. Therefore, this chapter includes reviews of:

Assertive community treatment/assertive outreach teams
Vocational rehabilitation
Early intervention services
Organisational developments
Lithium clinics.

### 6.1.1        Presenting the evidence

Systematic reviews of the evidence are based on the searches described in chapter 6, supplemented with additional narrative as necessary. Relevant characteristics of all included studies are in Appendix 21, together with a list of excluded studies with reasons for exclusion. These are presented for each topic covered in this chapter. To aid readability, summaries of the study characteristics are included below, followed by a summary of the evidence profile, which can be seen in full in Appendix 22. In all of these, studies are referred to by a study ID (primary author in capital letters and year of study publication, except where a study is *in press* or only submitted for publication, then a date is not used).

Based on the GRADE methodology outlined in chapter 2, the quality of the evidence is summarised in the evidence profiles and summary of the evidence profiles as follows:

High = Further research is very unlikely to change our confidence in the estimate of the effect;

CONFIDENTIAL
AZSER12779420

DRAFT FOR SECOND CONSULTATION

1  Moderate = Further research is likely to have an important impact on our confidence
2  in the estimate of the effect and may change the estimate;
3
4  Low = Further research is very likely to have an important impact on our confidence
5  in the estimate of the effect and is likely to change the estimate;
6
7  Very low = Any estimate of effect is very uncertain.

## 8  6.2    Assertive community treatment/assertive outreach
## 9         teams

10  **6.2.1         Introduction**
11  Assertive Community Treatment (ACT), usually known as assertive outreach teams
12  (AOT) in the UK, is a method of delivering treatment and care for people with
13  serious mental health problems in the community (Thompson, 1990). First developed
14  in the 1970s as a means of preventing or reducing admission to hospital, the model of
15  care has since been defined and validated, based upon the consensus of an
16  international panel of experts (McGrew, 1994; McGrew, 1995). Assertive Community
17  Treatment is now a well-defined model of service delivery with relatively clearly
18  defined aims:

19  • to keep people with serious mental health problems in contact with services

20  • to reduce the extent of hospital admissions (and cost)

21  • to improve outcomes (particularly quality of life and social functioning).

22  **6.2.2         Definition**
23  To evaluate the effects of AOT/ACT, a recent systematic review of ACT (Marshall &
24  Lockwood, 2002) was selected, which identified key elements of ACT, including:

25  • a multidisciplinary team-based approach to care (usually involving a psychiatrist
26  with dedicated sessions)

27  • care is exclusively provided for a defined group of people (those with
28  serious mental illness)

29  • team members share responsibility for clients, so that several members may work
30  with the same client, and members do not have individual caseloads (unlike case
31  management)

32  • ACT teams attempt to provide all the psychiatric and social care for each client
33  rather than referring on to other agencies

34  • care is provided at home or in the work place, as far as this is possible

35  • treatment and care is offered assertively to uncooperative or reluctant service users
36  ('assertive outreach')

37  • medication concordance is emphasised by ACT teams.

CONFIDENTIAL
AZSER12779421

DRAFT FOR SECOND CONSULTATION

1    The GDG adopted the definition of ACT used by Marshall & Lockwood
2    (1998), which followed a pragmatic approach based upon the description given in
3    the trial report. For a study to be accepted as ACT, Marshall and Lockwood
4    required that the trial report had to describe the experimental intervention as
5    'Assertive Community Treatment, Assertive Case Management or PACT; or as being
6    based on the Madison, Treatment in Community Living, Assertive
7    Community Treatment or Stein and Test models.'

8    Assertive Community Treatment and similar models of care are forms of long-term
9    interventions for those with severe and enduring mental illnesses. Thus, the review
10   did not consider the use of ACT as an alternative to acute hospital admission. The
11   review also excluded studies of 'home-based care', as these were regarded as forms
12   of crisis intervention, and are reviewed with crisis resolution and home treatment
13   teams below.

14   **6.2.3        Studies considered for review**
15   This review updates that undertaken for the NICE schizophrenia guideline
16   (NCMMH, 2002) which was based on the review by Marshall and Lockwood (1998).
17   The update search undertaken for the schizophrenia guideline located 2 additional
18   studies (CHANDLER 1997; FEKETE1998) and the update search undertaken for the
19   present guideline found a further 2 (DEKKER2002, DRAKE 1998). Studies included
20   had to conform to the definition of ACT given above, and comparator treatments
21   were: standard community care, hospital-based rehabilitation or case management.
22   Inclusion criteria were widened to include populations with serious mental illness
23   since no study included all patients with a diagnosis of bipolar disorder.

24   Altogether 69 trials were identified from searches of electronic databases, with 23
25   meeting the eligibility criteria set by the GDG. Excluded studies with reasons for
26   exclusion can be seen in Appendix 21.
27
28   Important characteristics of the included studies are in Table 3, with fuller details of
29   studies in Appendix 21.

30

CONFIDENTIAL
AZSER12779422

DRAFT FOR SECOND CONSULTATION

**Table 13 Summary of study characteristics for ACT/AOT**

| | Vs standard care | Vs hospital-based rehabilitation | Vs case management |
|---|---|---|---|
| *No. studies (No. participants)* | *13 RCTs (2188)* | *4 RCTs (286)* | *6 RCTs (841)* |
| **Study ID** | (1) ABERG1995<br>(2) AUDINI1994<br>(3) BOND1988<br>(4) BOND1990<br>(5) DEKKER2002<br>(6) FEKETE1998<br>(7) HAMPTON1992<br>(8) HERINCKX1997<br>(9) LEHMAN1997<br>(10) MORSE1992<br>(11) QUINLIVAN<br>(12) ROSENHECK1993<br>(13) TEST1991 | (1) CHANDLER1997<br>(2) DECANGAS1994<br>(3) LAFAVE1996<br>(4) MARX1973 | (1) BUSH1990<br>(2) DRAKE1998<br>(3) ESSOCK1995<br>(4) JERRELL1995<br>(5) MORSE1997<br>(6) QUINLIVAN1995 |
| **Diagnosis** | (1) 88% schizophrenia; 12% psychotic illness<br>(2) 30% schizophrenia; 70% other<br>(3) 61% Schizophrenia, 39% other<br>(4) 37% schizophrenia; 29% schizoaffective 22% affective disorder; 12% other<br>(5) 100% schizophrenia<br>(6) 48% schizophrenia; 32% affective disorders; 20% other<br>(7) 42% schizophrenia. 58% other<br>(8) 60% psychotic illness; 40% affective disorders<br>(9) 58% schizophrenia; 27% bipolar; 11% depressive disorder; 18% schizoaffective disorder,16% other<br>(10) 66% schizophrenia; 13% bipolar disorder, 15% major depressive disorder, 12% psychotic<br>(11) 23% bipolar, 68% schizophrenia<br>(12) 50% schizophrenia; 16% bipolar; 34% other<br>(13) 74% schizophrenia; 26% schizoaffective disorder. | (1) 61% schizophrenia; 34% schizoaffective disorder; 5% other<br>(2) SMI<br>(3) 57% schizophrenia, 17% personality disorder<br>(4) 80% schizophrenia; 20% other | (1) 86% schizophrenia; 7% bipolar disorder; 7% personality disorder<br>(2) 54% schizophrenia; 22% schizoaffective disorder; 24% bipolar (all SUD)<br>(3) 67% schizophrenia; other 23%<br>(4) Psychotic illness or affective disorder (n's not given)<br>(5) 68% schizophrenia; 15% depression; 13% bipolar; 12% psychosis.<br>(6) 68% schizophrenia; 23% bipolar |
| **Intervention** | Case management based | Case management based | Case management based |
| **Comparison** | Standard community care (4) provided by a drop in centre | (2) Standard inpatient care followed by standard community care<br>(3) Standard inpatient or community care | (1) Low intensity case management<br>(3) High intensity case management |
| **Mean age (years)** | 23-40 | 29-36 or not given | 34-41 |
| **Setting** | Sweden, UK, US, Holland, | US, Canada | US |

CONFIDENTIAL
AZSER12779423

DRAFT FOR SECOND CONSULTATION

| Follow-up | 12-36 months | 6-24 months | 18-36 |
|---|---|---|---|
| Problems with trial affecting efficacy assessments | (2) Sample recruited from a previous study of ACT (10) problems with randomisation | | |

1

2  *Clinical summary*

3   Caution is necessary in the interpretation and translation of these findings for
4   application in a UK context since most of the evidence is based on studies
5   undertaken in the US. Also, only 9% of the patients in these studies had a diagnosis
6   of bipolar disorder, and there is no specific evidence that ACT or AOT is more or less
7   effective in bipolar disorder than other types of serious mental illness. When
8   AOT/ACT is targeted on people who tend not to receive services and have little
9   social support or help, such as the homeless, improvements in areas such as quality
10  of life will be from a very low baseline. Generalising such findings to people with
11  much better access to services and/or better social support is problematic.
12  AOT/ACT teams may need to consult with experts in the assessment and
13  management of bipolar disorder for some patients who are not responsive to first or
14  second-line treatments.With these caveats in mind, this review found evidence that,
15  for people with severe mental disorders, ACT, when compared with standard care, is
16  more likely to improve contact with services and decrease the use of hospital
17  services. A summary of the evidence profile is in Table 14 with the full profile
18  available in Appendix 22.
19

20  **Table 14 Summary of evidence profile for AOT/ACT**

| Comparator | Vs standard care | Vs hospital-based rehabilitation | Vs case management |
|---|---|---|---|
| **% Bipolar** | 9% bipolar disorder | 0% bipolar disorder | 11% bipolar disorder |
| **Evidence for psychiatric outcomes (quality)** | AOT/ACT is more effective than standard care on some outcomes (reduced admission, living independently) otherwise evidence is inconclusive or there is unlikely to be a difference (all low) | AOT/ACT is more effective than hospital-based rehabilitation on most outcomes (low) | Other than on mean number of days in stable accommodation, there was no difference between AOT/ACT and case management (low) |
| **Evidence for other outcomes (quality)** | Fewer people receiving AOT/ACT were lost to follow-up; other outcomes unlikely to be a difference (all low) | Inconclusive (very low) | Fewer people receiving case management lost contact with services (low) |

21  **6.2.4        Health economic evidence**

22  The Cochrane review by Marshall & Lockwood (1998) and the NICE Schizophrenia
23  Guideline (National Collaborating Centre for Mental Health, 2002) reported evidence
24  suggesting that, from a health service perspective, ACT was likely to be cost-
25  effective, if correctly targeted on high users of inpatient care. Nevertheless, none of
26  the studies included in the above reviews were conducted in the UK. The economic
27  review undertaken for this guideline identified one study meeting the eligibility
28  criteria that was conducted in the UK (HARRISON-READ 2002). The study
29  compared ACT with standard community care. The economic analysis was
30  conducted alongside a RCT and adopted the NHS perspective. No difference was
31  found between the two interventions in terms of costs and outcomes.

CONFIDENTIAL
AZSER12779424

DRAFT FOR SECOND CONSULTATION

1
2 There is limited evidence that ACT is likely to be similar to standard community care
3 in terms of cost-effectiveness in the UK.

4 **6.2.5**        **Clinical practice recommendation**

5 6.2.5.1  Assertive community treatment should be considered for people with bipolar
6          disorder, particularly those who make high use of inpatient services
7          and who have a history of poor engagement with services leading to
8          frequent relapse and/or social breakdown (as manifest by homelessness or
9          seriously inadequate accommodation).

10 # 6.3    Vocational rehabilitation

11 **6.3.1**        **Introduction**
12 Surveys from patient organisations show both a great discrepancy between the
13 educational achievements of people with bipolar disorder and their employment
14 status (MDF The BiPolar Organisation, 2001; Morselli *et al*, 2003). Furthermore work
15 is seen by people with bipolar disorder as an important way of staying well (Russell
16 and Browne, 2005), providing regular structure to the day, normalising everyday life
17 to combat stigma, providing social contact and increasing income.  In contrast the
18 persistence of mood symptoms, comorbid personality disorder and poor level of
19 interpersonal social functioning may limit employment opportunities in bipolar
20 disorder (Gitlin *et al*, 1995; Hammen *et al*, 2000).  A specific issue for people with
21 bipolar disorder is the degree to which they feel able to recognise and prevent or
22 manage acute bipolar episodes because interventions which teach people with
23 bipolar disorder to recognise and manage early symptoms of bipolar disorder have
24 shown improved work performance (Perry *et al*, 1999; Lam *et al*, 2003).

25 **6.3.2**        **Definitions**
26 For this review, the GDG used the following definitions for Pre-vocational Training,
27 Supported Employment, modifications of vocational rehabilitation and standard
28 care:

29 **Pre-vocational Training**: any approach to vocational rehabilitation in which
30 participants were expected to undergo a period of preparation before being
31 encouraged to seek competitive employment. This preparation phase could involve
32 either work in a sheltered environment (such as a workshop or work unit), or some
33 form of pre-employment training or transitional employment. This included both
34 traditional (sheltered workshop) and Clubhouse approaches.

35 **Supported Employment**: any approach to vocational rehabilitation that attempted to
36 place clients immediately in competitive employment. It was acceptable for
37 Supported Employment to begin with a short period of preparation, but this had to
38 be of less than one month duration and not involve work placement in a
39 sheltered setting, or training, or transitional employment.

40 **Modifications of vocational rehabilitation programs**: defined as either
41 Prevocational Training or Supported Employment that had been enhanced by
42 some technique to increase participants' motivation. Typically, such

CONFIDENTIAL
AZSER12779425

DRAFT FOR SECOND CONSULTATION

1   techniques consisted of payment for participation in the programme, or some form
2   of psychological intervention.

3   **Standard care:** defined as the usual psychiatric care for participants in the
4   trial, without any specific vocational component. In all trials where an intervention
5   is compared against standard care, unless otherwise stated, clients will have received
6   the intervention in addition to standard care. Thus, for example, in a trial comparing
7   Pre-vocational Training against standard community care, participants in the Pre-
8   vocational Training group will also be in receipt of standard community services,
9   such as outpatient appointments.

10  **6.3.3        Review overview**
11  The review was based on that undertaken for the NICE schizophrenia guideline
12  (National Collaborating Centre for Mental Health, 2002) which updated an existing
13  Cochrane review (Crowther *et al*., 2001). There were 18 RCTs in the original review,
14  with 2 added during this update (Mueser *et al*., 2001; Lehman *et al*., 2002), with
15  update searches undertaken for the present guideline adding a further 3 studies
16  (BEUTLE 2005; BRIEN 2003; VAUTH 2005). All included trials fulfilled the
17  GDG definitions for the different types of vocational rehabilitation. Trials primarily
18  evaluating case management or ACT were excluded. Specific inclusion criteria were
19  age between 16 and 65 years, and a diagnosis of severe mental disorder. Trials
20  were excluded if the majority of participants had a learning disability, or if the
21  clients had substance misuse as the primary/sole diagnosis. Trials involving
22  people with substance misuse as a secondary diagnosis to a mental disorder
23  were included.  Characteristics of included trials are in Appendix 21, together with
24  excluded trials with reasons for exclusion.

25  Extracted outcomes include number not in employment, number not in competitive
26  employment, number not participating in the programme, and number admitted to
27  hospital.

28  **6.3.4        Pre-vocational training**
29  Fourteen trials met inclusion criteria, providing comparisons with standard hospital
30  or community care and, in combination with additional treatment, pre-vocational
31  training alone. Summary study characteristics are in Table 15.
32

CONFIDENTIAL
AZSER12779426

DRAFT FOR SECOND CONSULTATION

**Table 15. Summary of study characteristics for pre-vocational training**

| | Versus standard hospital care | Versus standard community care | Versus pre-vocational training |
|---|---|---|---|
| *No. trials (No. participants)* | *3 RCTs 344)* | *6 RCTs (2241 )* | *5 RCTs (561)* |
| **Study ID** | (1) BECKER1967 (2) BEUTEL2005 (+hospital care) (3) WALKER1969 | (1) BEARD1963 (2) BRIEN2003* (3) DINCIN1982 (4) GRIFFITHS1974 (5) OKPAKU1977 (6) WOLKON1971 | (1) BELL1993 (+payment) (2) BLANKERTZ1996 (+psychological intervention) (3) BOND1986 (accelerated vs gradual entry) (4) KLINE1981 (+psychological intervention) (5) VAUTH2005 (+CAST or TSSN) |
| **Diagnosis** | (1) 78% schizophrenia; 8% severe neurosis; 14% chronic brain syndrome (2) 38% affective disorder; rest other (not schizophrenia) (3) 50% schizophrenia, 50% not specified | (1) 82% schizophrenia or related; 7% other psychotic illness; 11% major affective disorder; 7% not known (2) 53% psychotic illness, 9% bipolar, 21% depression/anxiety, 12% other, 5% not known (3) 86% schizophrenia or related; 14% other (4) 100% psychotic illness (5) 21% mood disorder; 23% schizophrenia; 33% none;29% other (6) 88% schizophrenia or related ; 12% other | (1) 100% schizophrenia or related (2) 72% schizophrenia; 25% major affective disorder; 3% other (3) 55% schizophrenia or related; 26% personality disorder; 19% affective disorder (4) 100% schizophrenia or related (5) 100% schizophrenia |
| **Mean age** | (1) 46 (2) 38 (3) Not given | (1) Not given (2) not given (3) 25 (4) not given (5) 37 (6) 36 | (1) 43 (2) 36 (3) 25 (4) 28 (5) 29 |
| **Setting** | Inpatients; US, (2) Germany | All US (1) Psychiatric rehab centre (2) In/outpatients (3) Rehab centre (4) Unclear (5) mental health centres (6) Social rehab centre | All US except (2) UK (5) Germany (1) General hospital (2) CMHT (3) Rehab unit (4) Psychosocial rehab (5) Inpatients |

Notes: *cluster randomised, analysed separately; CAST + computer assisted cognitive strategy training; TSSN = Training on self management skills for negative symptoms

1

2 *Summary of evidence profile for interventions for pre-vocational training*

3 An overview of the results is provided in Table 16 with the full evidence profile in

4 Appendix 22.

5

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)      Page 136 of 341

CONFIDENTIAL AZSER12779427

DRAFT FOR SECOND CONSULTATION

| Table 17 Summary of study characteristics for supported employment | | |
|---|---|---|
| | **Versus standard community care** | **Versus pre-vocational training** |
| *No. trials (No. participants)* | *2 RCTs (1529)* | *7 RCTs (907)* |
| **Study ID** | (1) CHANDLER1996<br>(2) COOK2005 | (1) BOND1995<br>(2) DRAKE1994 *<br>(3) DRAKE1999*<br>(4) GERVEY1994<br>(5) LEHMAN2002*<br>(6) MCFARLANE2000<br>(7) MUESER2001* |
| **Diagnosis** | (1) 51% Schizophrenia and related disorders; 10% Bipolar; 39% other | (1) 66% schizophrenia and related disorders; 11% affective disorders; 14% personality disorders; 9% other<br>(2) 47% schizophrenia and related disorders; 43% mood disorders; 10% other<br>(3) 67% schizophrenia and related disorders; 17% bipolar; 17% depression<br>(4) schizophrenia; paranoid personality disorder, major affective disorder; attention deficit disorder; oppositional defiant disorder<br>(5) 75% psychotic disorders; 25% mood disorders<br>(6) 65% schizophrenia and related disorders; 35% mood disorder<br>(7) 52% schizophrenia 21% schizoaffective disorder; 17% MDD; 5% bipolar; 4% other |
| **Mean age (years)** | 38 (no info for CHANDLER1996) | Between 33 and 42 |
| **Setting** | US<br>(1) Integrated services agency<br>(2) Outpatients | All US; 2 CMHTs, 1 outpatients, others not clear |
| **Length of follow-up** | (1) 36 months<br>(2) 24 months | 18 - 24 months |

1    **Table 16 Summary of evidence profile for pre-vocational training**

| | Versus standard hospital care | Versus standard community care | Versus pre-vocational training |
|---|---|---|---|
| **Evidence for psychiatric outcomes (quality)** | Pre-vocational training is more effective in ensuring employment than hospital care (although not competitive employment) (low) | Unlikely to be a difference between pre-vocational training is more effective in ensuring employment compared with community treatment (very low) | Pre-vocational training with payment or psychological treatment or CAST is more effective than pre-vocational training alone (moderate) |
| **Evidence for other outcomes (quality)** | No data (very low) | Pre-vocational training helps reduce hospital admission (very low) | Pre-vocational training with payment helps reduce hospital admission (moderate) |

2

3    **6.3.5        Supported employment**

4    Nine trials met inclusion criteria, providing comparisons with standard hospital or

5    community care and, in combination with additional treatment, pre-vocational

6    training alone. Summary study characteristics are in Table 17, with fuller details in

7    Appendix 21.

8

9    * individual placement & support

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 137 of 341

CONFIDENTIAL
AZSER12779428

DRAFT FOR SECOND CONSULTATION

1 *Summary of evidence profile for interventions for supported employment*

2 Combining all forms of supported employment resulted in significant heterogeneity.
3 Therefore, individual support was analysed separately. A summary of the evidence
4 profile is in Table 18, with the full profile in Appendix 22.

5
6
7

8 **Table 18 Summary of evidence profile for vocational rehabilitation**

| | Versus standard community care | Versus pre-vocational training |
|---|---|---|
| Evidence for psychiatric outcomes (quality) | Supportive employment, including individual placement and support, is more effective than standard community care | Supportive employment, including individual placement and support, is more effective than pre-vocational training |
| Evidence for other outcomes (quality) | No data (very low) | No data (very low) |

9 **6.3.6       Clinical summary**

10 There is evidence from US studies to suggest that Supported Employment is
11 superior to Pre-vocational Training programmes in helping people with serious
12 mental health problems gain competitive employment.

13 **6.3.7       Health economic evidence**

14 Economic evidence on the costs associated with prevocational training and
15 supportive employment for people with severe mental illness has been rather
16 inconclusive, according to the NICE schizophrenia guideline (National Collaborating
17 Centre for Mental Health, 2002). One cross-sectional study conducted in the UK met
18 the inclusion criteria and was included in this economic review (SCHNEIDER1997).
19 The study compared various sheltered work schemes for people with severe mental
20 illness in terms of patients' satisfaction, size of personal social networks developed,
21 and associated health and social service costs. Two of the schemes evaluated
22 involved the sheltered workshop form of prevocational training and the 'clubhouse'
23 approach. No statistically significant differences were found in patient satisfaction or
24 size of personal social networks between the schemes. Sheltered workshop was
25 associated with lower costs compared to the clubhouse approach (mean weekly cost
26 per patient £273 and £307 respectively, net cost per placement £3,449 and £6,172
27 respectively); however, no statistical analysis of costs was undertaken in the study.
28
29 No firm conclusions can be drawn about the cost-effectiveness of vocational
30 rehabilitation programmes in the UK based on the available evidence.

31 **6.3.8       Clinical practice recommendations**

32 6.3.8.1  Vocational rehabilitation, specifically individual supported placements,
33          should be considered for those people with bipolar disorder who want help
34          to return to work or gain employment.

35 6.3.8.2  Mental health services, in partnership with social care providers and other
36          local stakeholders, should help people with bipolar disorder to use local
37          employment, education and a range of other structured purposeful
38          activities opportunities, according to their different needs and level of skill.

CONFIDENTIAL
AZSER12779429

DRAFT FOR SECOND CONSULTATION

1    ## 6.4    Early intervention services

2    **6.4.1        Introduction**
3    The NHS Plan sets out a clear requirement on mental health services to establish the
4    first elements of an early intervention service (EIS) by April 2004. EIS are expected to
5    provide for people aged between 14 and 35 years with a first presentation of
6    psychotic symptoms during the first three years of their illness. Early intervention is
7    a relatively new idea and therefore there are only a few models available to guide
8    service development; for example, in England, Birmingham (Initiative to Reduce the
9    Impact of Schizophrenia, IRIS, 2002), and London (Lambeth Early Onset Service,
10   LEO, Garety and Jolley, 2000) and internationally, for example, Stavanger, Norway
11   (Johannessen *et al.*, 2000) or Melbourne, Australia (National Early Psychosis Project,
12   NEPP, 2002). Early intervention is primarily concerned with identification and
13   initial treatment. Identification may either be directed at people in the prodromal
14   phase of the illness ('earlier early intervention') or at those who have already
15   developed psychosis ('early intervention'). Intervention with prodromal 'patients' is
16   an interesting but potentially controversial area, which at present is outside the scope
17   of the guideline. The GDG is however aware of recent developments in the field that
18   may be reviewed in future versions of the guidelines (for example,McGorry *et al.*,
19   2002). Early identification of people with psychotic disorders does not, however,
20   fall within the scope of the guidelines. Central to the rationale for this type of
21   early identification is the concept of duration of untreated psychosis (DUP). A
22   number of researchers have reported that the longer the psychosis goes untreated
23   the poorer the prognosis (for example,Loebel *et al.*, 1992, McGorry *et al.*, 1996). This
24   finding has led them to argue that new services are required to the length of time
25   people with psychosis remain undiagnosed and untreated. Moreover they have
26   argued that these services should offer specialised phase specific treatment to
27   their clients to maximise their chances of recovery.
28
29   There is little specific literature on early intervention services for bipolar disorder but
30   there is plenty of evidence that a significant proportion of patients have a poor
31   functional outcome, high risk of suicide, high prevalence of comorbid diagnoses,
32   long delay until treatment starts and poorer outcome from treatment after the first
33   manic episode (Conus and McGorry, 2002). Therefore, there is every reason to
34   suppose that early intervention services will be as helpful to young people with first
35   or second episode bipolar disorder as other forms of psychosis.

36   **6.4.2        Definitions**
37   Early intervention services are multidisciplinary teams of community based mental
38   health workers who specifically seek to engage young people with early symptoms
39   of psychotic illness into a range of treatment options so that the duration of untreated
40   psychosis is reduced.

41   **6.4.3        Review overview**
42   The review was based on one by Marshall and Lockwood (2003). This had 4 included
43   studies with a further 2 being identified though update searches (KUIPERS 2004,
44   CRAIG2005 (LEO study)). Extracted outcomes included symptom status, general
45   functioning, admission, leaving treatment early.

CONFIDENTIAL
AZSER12779430

DRAFT FOR SECOND CONSULTATION

1  **6.4.4        Studies considered**

2  Nine trials met inclusion criteria, providing comparisons with standard hospital or

3  community care and, in combination with additional treatment, pre-vocational

4  training alone. Summary study characteristics are in Table 19, with fuller details in

5  Appendix 21.

6

**Table 19.** Summary of study characteristics for early intervention services

| | Specific prevention intervention vs needs-based intervention | First episode family intervention vs standard care | First episode family intervention + individual intervention vs individual intervention | Early intervention service vs standard care |
|---|---|---|---|---|
| *No. studies (no. participants)* | *1 RCT (59)* | *2 RCTs (630)* | *1 RCT (76)* | *2 RCTs (203)* |
| **Study ID** | MCGORRY2002 | JORGENSEN2000 (OPUS) (1) ZHANG1994 (2) | LINSZEN1996 | CRAIG2005 (LEO) (1) KIUPERS2004 (2) |
| **Diagnosis** | At risk of progressing to first episode psychotic disorder | 100% schizophrenia; first episode | 55% schizophrenia 21% schizoaffective disorder 24% other psychotic disorders<br><br>All first episode | schizophrenia or related, first episode (2) 6% bipolar |
| **Mean age** | 20 | (1) 26 (2) 34 | 21 | 26-28 |
| **Intervention** | Low-dose risperidone + CBT | (1) ACT enhanced family involvement and social skills training, allocated case worker providing support and encouragement (2) Group sessions every 3 months including discussion of illness management, importance of medication, life events, coping strategies. | Individual therapy - education about illness, identifying prodromal signs, sources of stress and coping methods<br><br>Family therapy - psychoeducation, communication training, problem solving, role rehearsal and modelling | (1) Multidisciplinary team, AOT with extended hours, medication, CBT, family counselling and vocational strategies (2) Medication review and monitoring, vocational and benefits help, information about psychosis, individual therapy for positive symptoms (CBT), family meetings, 24-hour crisis care - low case load per team (<12) compared with comparator treatment (up to 35) |
| **Setting** | Inpatients; US | (1) Denmark; in/outpatients (2) China | Holland inpatients | UK CMHT referrals |
| **Follow up** | 12 months | (1) 2 years (2) 18 months | 1 and 5 years | (1) 18 months (2) 12 months |

7

8  * individual placement & support

9

CONFIDENTIAL
AZSER12779431

DRAFT FOR SECOND CONSULTATION

1   **6.4.5        Clinical summary**
2   There is some evidence that early intervention is effective in people with first episode
3   psychosis (although very little in people with bipolar disorder)in terms of reducing
4   the loss of young people with psychosis to follow-up and preventing readmission.
5   The findings are not robust and require replication.
6   To reduce the DUP, the Scandinavian study (TIPS) design compared a sector with a
7   specialist early detection system against two other sectors that relied on the existing
8   detection and referral system. The enhanced detection system managed to reduce
9   DUP from 1.5 years (mean) to 0.5 years
10  There is increasing interest in investigating the possible connections between DUP
11  and prognosis, but this is complicated by issues such as severity of symptoms and
12  duration thresholds, and also in developing and evaluating means of shortening
13  DUP through early identification and intervention. The rationale for EIS is powerful,
14  both ethically (helping people with serious mental health problems at an early stage
15  to reduce distress and possibly disability), and in terms of choice (service users and
16  carers want help sooner than is usually currently available). However, there are some
17  important questions that are still to be answered such as will reducing DUP alter the
18  prognosis for people with psychosis, including bipolar disorder?
19
20  A summary of the evidence profile is in Table 20, with full results in Appendix 22.
21
22  **Table 20 Summary of evidence profile for EIS**

|  | Specific prevention intervention vs needs-based intervention | First episode family intervention vs standard care | First episode family intervention + individual intervention vs individual intervention | Early intervention service vs standard care |
|---|---|---|---|---|
| **Evidence for psychiatric outcomes (quality)** | Inconclusive (ow) | First-episode family intervention more effective than standard care (moderate) | Inconclusive (low) | Inconclusive (low) |
| **Evidence for other outcomes (quality)** | No data | First-episode family intervention reduces rehospitalisation compared with standard care (moderate) | No data | Early intervention reduces rehospitalisation compared with standard care (moderate) |

23

24  **6.4.6        Health economic evidence**
25  None of the randomised clinical trials included in the Cochrane review by Marshall
26  and Lockwood (2003) on early intervention services for patients with psychosis
27  reported costs of services. The NICE Schizophrenia Guideline (National
28  Collaborating Centre for Mental Health, 2002) reported also poor evidence on the
29  cost-effectiveness of these services. The systematic search for economic evidence
30  conducted for this guideline failed to identify any relevant economic studies
31  conducted in the UK. Therefore, conclusions on the cost-effectiveness of early
32  interventions in the UK cannot be drawn.

CONFIDENTIAL
AZSER12779432

DRAFT FOR SECOND CONSULTATION

1   **6.4.7**      **Clinical practice recommendations**

2   6.4.7.1  Early intervention services focused on the needs of people with psychosis
3             should be made available to people with bipolar disorder. The services
4             should include access to specialist expertise in diagnosis, and tailored
5             pharmacological, psychological, social, occupational and educational
6             interventions.

7   # 6.5  Organisational developments

8   **6.5.1**      **Introduction**
9   Since the later 1980s, there has been a growing interest primarily from North
10  America in the development of systems of care for managing depression. This work
11  has been influenced by organisational developments in healthcare in the United
12  States, such as managed care and Health Maintenance Organisations (Katon *et al*,
13  1999), developments in the treatment of depression, the development of stepped care
14  (Davison, 2000), and influences from physical healthcare, for example chronic disease
15  management. A significant factor in driving these developments has been the
16  recognition that for many people depression is a chronic and disabling disorder.
17

18  A similar process is now taking place in the UK, fuelled in part by the advent of
19  Primary Care Organisations in the NHS. A key challenge in reviewing this literature
20  is the translation of findings from non-UK settings to the NHS in England and Wales.
21

22  Other international developments, for example the development of Crisis
23  intervention teams, have also been led by non-UK base services, for example in the
24  United States (Stein & Test, 1980) and Australia (Hoult *et al*, 1983), although their
25  place in the UK healthcare system is more developed (see the role of crisis services in
26  the National Service Framework, Department of Health, 1999b) than managed care
27  systems for the treatment of depression.

28  **6.5.2**      **Definitions**

29      •   There are many terms used to describe the interventions covered in
30           this section and they are often used interchangeably in this area. For
31           the purposes of the guideline, we identified a series of interventions
32           that we consider to be of most relevance to the NHS. They included
33           telephone support, guideline implementation, and development in the
34           roles of mental health specialists and primary care staff, and
35           multifaceted care (where a number of different models are delivered
36           concurrently). These approaches may or may not be provided within
37           the context of a fixed budget (for example, the Health Maintenance
38           Organisation (HMO) in the USA). Other terms subsumed within the
39           definition are: collaborative care, stepped care, enhanced care and
40           integrated care.

41

CONFIDENTIAL
AZSER12779433

DRAFT FOR SECOND CONSULTATION

| 1 | **6.5.3** | **Interventions included** |
|---|---|---|

2       •    The term 'organisational developments' was used as an 'umbrella'
3           term to cover all interventions considered in this section.

4       •    Multifaceted care – this was defined as any systematic approach to the
5           treatment of mood disorder that combined any standard treatment
6           approach with any of the following approaches to the management of
7           depression: telephone contact, specialist assessment or consultation,
8           professional or paraprofessional role development and guideline
9           implementation

10      •    Multifaceted care with telephone support – this was defined as an
11          augmentation of a therapeutic intervention designed to improve the
12          effectiveness of the intervention; it usually consisted of a limited
13          number of telephone contacts that had a facilitative and monitoring
14          function

15      •    Guideline implementation – this was defined as any intervention
16          designed to support the implementation of guideline
17          recommendations

18      •    Nurse-led care (either primary care or specialist nurses)  – this was
19          defined as any intervention which placed a specific role or
20          responsibility on a nurse (either a practice or specialist nurse) for the
21          implementation of whole or part of an intervention

22      •    Drug therapy management - focused on managing medication plus
23          psychoeducation and follow-up including telephone contact.

| 24 | **6.5.4** | **Organisational developments: studies considered** |
|---|---|---|

25  Seventeen trials of organisational developments (versus standard care) met the
26  eligibility criteria set by the GDG. Excluded studies with reasons for exclusion can be
27  seen in Appendix 21. Important characteristics of the included studies are in Table
28  21, with fuller details of studies in Appendix 21.
29

CONFIDENTIAL
AZSER12779434

DRAFT FOR SECOND CONSULTATION

**Table 21. Summary of study characteristics for organisational developments compared with standard care in the management of bipolar disorder**

| | Multifaceted intervention | Multifaceted intervention with telephone support | Nurse-led Care | Drug therapy management | Guideline Implementation |
|---|---|---|---|---|---|
| *No. trials (No. participants)* | *5 RCTs (2849)* | *3 RCTs (1440)* | *1 RCTs 3RCTs? (824)* | *1 RCTs (125)* | *4 RCTs (2573)* |
| Study IDs | ARAYA2003 (1) KATON1996 (2) KATON1999 (3) KATZELNICK2000 (4) UNUTZER2002(5) | KATON2001 (1) SIMON2000A (2) SIMON2005 (3) | BLANCHARD1995 (1) DIETRICH2004A (2) MANN1998 (3) | FINLEY2003 | BAKER2001 (1) ROLLMAN (2) ROST (3) WELLS2000 (4) |
| Diagnosis | Major depression (2) Depression (diagnosis uncertain) | (1) Depression (2) Depression (diagnosis uncertain) (3) Bipolar I (35%) Bipolar II (65%) | (1) (3) Depression (diagnosis uncertain) (2) Major depressive disorder 79%; 2% dysthymia | Major depressive disorder 79%; dysthymia 2% | All US apart from (1) UK |
| Setting | All US apart from (1) Chile | US | (1) (3) UK (2) US | US | Depression (diagnosis uncertain) |
| Mean age | (1) 43 (2) 44 (3) 46 (4) 45 (5) 71 | (1) 45 (2) 46 (3) 44 | (1) 75 (2) 42 (3) 18-74 | 54 | 41 |
| Length of trial | 6 months + 3 months follow-up (2) 6 months (3) 8 months (4) 1 year (5) 1 year | (1) 1 year (2) 6 months (3) 1 year | (1) 3 months (2) (3) 6 months | 6 months | 18 months |
| Intervention | (1) Psychoeducation, monitoring pharmacotherapy (2) Psychoeducation (3) Psychoeducation, pharmacotherapy (4) Psychoeducation, pharmacotherapy (5) Psychoeducation (later life depression), relapse prevention, support | (1) Psychoeducation, relapse prevention, telephone support (2) Monitoring, telephone support, (3) Psychoeducation (groups), monitoring, telephone support, pharmacotherapy | (1) Weekly visits for 3 months, intervention negotiated by patient (2) Weekly telephone support, encouraging self management (3) Regular contact with nurse | Clinical pharmacists monitored medication and provided telephone support | (1) Clinician's interviewed to assess obstacles to implementation (2) Clinician received advisory message at each clinic visit (3) Clinician intervention training (4) Clinician training in medication and therapy |
| Other | (4) cluster randomised - analysed separately | | (2) cluster randomised - analysed separately; specifically excluded bipolar disorder | | All cluster randomised |

1

2 *Clinical summary*

CONFIDENTIAL
AZSER12779435

DRAFT FOR SECOND CONSULTATION

1   The complex nature of many of the interventions covered in this section makes
2   for difficult interpretation. This is exacerbated by the fact that the majority of trials
3   are not in patients with a diagnosis of bipolar disorder, and the most of the large
4   well-conducted studies have been undertaken almost exclusively in the US leading
5   to considerable caution in extrapolating their findings to the UK setting. However,
6   three key findings emerge from the review.
7
8   First, that multifaceted care has a number of benefits for the treatment and care of
9   mood disorders. Although there was considerable variation in both the nature of the
10  populations covered and the complexity of the interventions these programmes have
11  a number of shared characteristics that are common to most if not all of the studies.
12  These include a system-based approach to the delivery of care focusing on all levels
13  of the primary care organisation; the use of clear protocols to guide professional
14  practice (for example, medication protocols) and facilitate inter-professional
15  communication; a stepped approach to care; and the development of specific staff
16  roles (for example, depression care managers). There has also been an increasing
17  trend in these studies towards the use of para-professional or non-specialist mental
18  health staff.
19
20  Second, there appears to be no support for guideline implementation programmes as
21  single interventions for improving outcomes for people with depression. This
22  finding is consistent with another review (Von Korff & Goldberg, 2001), which
23  recommends a multi-modal (or multifaceted) approach to guideline implementation.
24
25  Third, the evidence for an enhanced role for nurses working in primary care in the
26  care of depression in interventions is equivocal. It is possible that this reflects
27  differences among healthcare systems; the results in the US looked better, but this
28  could reflect some other difference than just the characteristics of the healthcare
29  system. One such possibility is that the enhanced nurse interventions in the US
30  appeared to have a more system-based approach and were supported by the
31  protocols that may well play an important part in the success of multifaceted care.
32  Clearly this area needs further research.
33
34  An overview of results is provided in Table 22 with further details in Appendix 22.
35
36  **Table 22 Summary of evidence profile for organisational developments in the**
37  **management of bipolar disorder**

|  | Multifaceted intervention | Multifaceted intervention with telephone support | Nurse-led Care | Drug therapy | Guideline implementation |
|---|---|---|---|---|---|
| **Evidence for psychiatric outcomes (quality)** | More effective than usual care (low) | More effective than usual care (low) (inconclusive (low) for study of bipolar patients) | Unlikely to be any advantage (low) | Inconclusive (very low) | Unlikely to be a difference (very low) |
| **Evidence for other outcomes (quality)** | Fewer people leave usual care than multifaceted intervention (moderate) | Inconclusive (low) | Fewer people leave usual care than nurse care (moderate) | No data | Inconclusive (very low) |

38

CONFIDENTIAL
AZSER12779436

DRAFT FOR SECOND CONSULTATION

1   **6.5.5          Clinical practice recommendation**

2   6.5.5.1  The organisation and development of primary care based practice case
3              registers for people with severe mental illness, including bipolar disorder, is
4              recommended for the monitoring of the physical and mental health of
5              people with bipolar disorder in primary care.

6   6.5.5.2  Primary and secondary care organisations should jointly consider
7              establishing integrated care programmes for the care of people with bipolar
8              disorder. These should include:

9   •    regular reviews in primary and secondary care, so as to ensure that
10       symptoms (including sub-threshold symptoms) are treated if they
11       significantly impair social functioning

12   •    clear protocols for the delivery and monitoring of appropriate
13       pharmacological, psychosocial, and psychological interventions

14   •    clear agreements between healthcare professionals on their specific
15       responsibilities for assessment, monitoring and treatment

16   •    written treatment plans that are shared with the patient and, where
17       appropriate, with families and carers.

18   6.5.5.3  The provision of telephone support by appropriately trained members of the
19   primary care team, informed by clear treatment protocols, should be considered for
20   all patients with bipolar disorder, in particular for the monitoring of medication
21   regimes.

22   # 6.6   Lithium clinics

23   Since the late 1960s lithium clinics have been introduced to provide systematic care
24   to people with bipolar disorder who take lithium in view of the potential toxicity of
25   lithium (Bey *et al*, 1972). Typically the lithium clinic is situated in the psychiatric
26   outpatient department of a local hospital or community mental health centre, and is
27   staffed by a psychiatrist with a nurse or other health professional (Ellenberg *et al*,
28   1980). Occasionally the lithium clinic is staffed by a pharmacist, utilising pharmacist
29   skills and providing an efficient lithium monitoring service (Courtney *et al*, 1995).
30   Sometime the lithium clinic is used for psychoeducation of the patient with bipolar
31   disorder and their carer with demonstrated improvements in the knowledge about
32   lithium and the underlying disorder (Cochran, 1984; Peet and Harvey, 1991; van
33   Gent *et al*, 1991).  In the United States, the lithium clinic has been a site for the
34   provision of individual or group psychotherapy (Gitlin and Jamison, 1984).
35
36   In theUnited Kingdom the number of lithium clinics has probably declined for a
37   number of reasons; 1. A psychiatric outpatient service may appear anachronistic in
38   the days of community focused mental health services; 2. The needs of patients with
39   bipolar disorder have been assumed to be similar to the needs of patients with
40   schizophrenia and recurrent severe depressive disorder so services are developed for
41   serious mental illness as a whole; 3. Other prophylactic agents are being used other

CONFIDENTIAL
AZSER12779437

DRAFT FOR SECOND CONSULTATION

1   than lithium, although all of them require careful monitoring to prevent harm and
2   produce optimal benefits; 4. Resources have been diverted away from non-
3   mandatory services such as lithium clinics towards the mandatory development of
4   new services such as assertive outreach, early intervention, crisis resolution and
5   home treatment teams.
6
7   Nevertheless, there is a body of evidence on lithium clinics that suggests they may
8   serve the needs of some patients with bipolar disorder well. For instance compared
9   to general practice supervised patients, the lithium clinic maintained lower levels of
10  lithium, checked lithium levels and renal function more frequently and more often
11  prescribed lithium at lower doses and several times per day when there was
12  evidence of renal impairment (Masterton *et al*, 1988).  However, some of these
13  services for people with serious mental illness may serve some patients with bipolar
14  disorder better, particularly those who have not done well in lithium clinics such as
15  those with comorbid substance misuse and a history of non-attendance at
16  appointments and poor adherence to medication (Kallner *et al*, 2000).
17
18  Naturalistic studies suggest that patients with bipolar disorder who remain in
19  contact with secondary care lithium clinics may do better than patients with bipolar
20  disorder who do not remain in contact with such services in terms of recurrence
21  rates, function, suicide attempts and mortality both from suicide and all causes
22  (Ahrens *et al*, 1995; Kallner *et al*, 2000). It should also be noted that a recent review
23  suggests that long-term lithium treatment is effective in preventing suicide,
24  deliberate self-harm and deaths from all causes compared to placebo or other active
25  treatments (Cipriani *et al*, 2005). The precise reasons for the improved outcomes are
26  unclear but likely explanations include the effectiveness of lithium as a prophylactic
27  agent, the systematic care and follow-up provided by the clinics by health
28  professionals with a knowledge and interest in bipolar disorder, the opportunities
29  for psychoeducation about lithium and bipolar disorder, and selection and direction
30  of resources to people with bipolar disorder who have better outcomes.
31
32  The availability of efficacious psychological treatments, including psychoeducation,
33  and apparent success of lithium clinics in secondary care services in terms of
34  reducing morbidity and mortality, has encouraged the development of enhanced
35  care based on the chronic care model in secondary care mental health services (Bauer
36  *et al*, 2001; Simon *et al*, 2002; Suppes *et al*, 2003). In secondary care mental health
37  services psychosocial interventions are most likely to be used by patients with
38  bipolar disorder who also have personality disorders, alcohol and drug abuse
39  disorders, anxiety disorders, poorer psychosocial function and are unmarried
40  (Lembke *et al*, 2004).

41  **6.6.1          Clinical practice recommendation**

42  6.6.1.1  For patients with bipolar disorder who would benefit from close monitoring,
43           and have a particular physical health risk such as renal damage, and have a
44           record of regular attendance without the need for outreach services,
45           healthcare professionals should consider referral to enhanced multi-
46           professional outpatient clinics, such as lithium clinics.

47

CONFIDENTIAL
AZSER12779438

DRAFT FOR SECOND CONSULTATION

1

CONFIDENTIAL
AZSER12779439

DRAFT FOR SECOND CONSULTATION

# 7 The medical and pharmacological management of bipolar disorder - part I

## 7.1   Introduction

Effective pharmacological treatment of bipolar disorder requires treatment of depressive and manic/hypomanic episodes together with long-term treatment to prevent future episodes, both syndromal and sub-syndromal. In recent years the importance of long term treatment (i.e. maintenance treatment) has been emphasised by several guidelines.  The need for maintenance treatment is supported by the desire to prevent the costs of future episodes i.e. the intangible suffering to patients and their families and the economic burden of direct and indirect costs.  In addition maintenance treatment may reduce long term impairment associated with the bipolar disorder.   There is evidence that functional impairment in patients who have recovered from acute episodes and are asymptomatic is related to the number of previous depressive episodes.  The tendency for episodes to become more frequent with time also supports the rational for maintenance treatment.

In the last decade evidence from RCTs has accumulated regarding the effectiveness of several 'new' agents in the treatment of bipolar disorder.  These include valproate (in various forms), lamotrigine and various atypical antipsychotics.  The active control arms in several such studies have provided further evidence for the efficacy of 'older' treatments, in particular haloperidol (a conventional antipsychotic) in the treatment of mania and lithium in the prophylaxis of mania.

### 7.1.1        Mood stabiliser – a term best avoided

There is confusion over what the term 'mood stabiliser' refers to.  Although the term is widely used in clinical practise, there is no universally accepted definition.   The most rigorous definition of a mood stabiliser is that it is a drug that treats both poles of bipolar disorder (i.e. depression and mania) and is protective against a return of both poles (Bauer & Mitchner 2004).  A less stringent criterion is that it is an agent that is effective in treating one pole of the disorder and in preventing a recurrence at that pole but which does not increase the risk of the opposite pole of the illness appearing.  Whichever criterion is adopted still leaves open the issues of how one (i) defines effectiveness i.e. what additional benefit above placebo is required to regard a drug as effective and (ii) how one distinguishes between acute and maintenance treatment.

It has been argued that the most stringent definition of a mood stabiliser (i.e. a drug that has short and long-term efficacy at both poles) is only fulfilled by lithium. However, even with lithium the data relating to efficacy in the treatment of bipolar depression is limited and that which does exist indicates only a modest effect.  In contrast there is stronger evidence that lithium is effective in the acute and long-term

CONFIDENTIAL
AZSER12779440

DRAFT FOR SECOND CONSULTATION

1 treatment of mania.  If one required evidence from at least 2 RCTs to indicate a
2 clinically significant benefit in the acute and long-term treatment of both phases of
3 bipolar disorder (i.e. efficacy in 4 separate domains) then no drug would fulfil the
4 criteria for a mood stabiliser.   For this reason the less stringent criterion of acute and
5 long-term efficacy and prophylaxis at one pole, without evidence of a worsening of
6 the opposite pole, seems a more clinically useful definition and the one that is
7 adopted by many professionals.
8
9 Even this restricted definition of mood stabiliser is associated with problems.  The
10 term may imply that these drugs cause absolute tranquillity of mood in any setting;
11 in reality RCTs indicate that drugs labelled as mood stabilisers are effective, to
12 varying degrees, in the treatment and prophylaxis of a limited number of affective
13 syndromes in bipolar disorder with most RCTs being limited to major depression or
14 mania.  To extrapolate from this to assume that these drugs are effective in sub-
15 syndromal forms of these syndromes plus other affective states is to go beyond the
16 evidence.  For some patients the idea of a 'mood stabiliser', perceived as a drug that
17 'flattens' mood, may be off-putting.  Another concern is that 'mood stabiliser'
18 becomes a marketing label used by the pharmaceutical industry to promote drugs in
19 bipolar disorder.  In this context the term 'mood stabilisers' may lead prescribers to
20 conclude all so-called 'mood stabilisers' have identical properties rather than to
21 question the evidence for each drug in turn.
22
23 Valproate, carbamazepine and lithium have traditionally been regarded as mood
24 stabilisers by clinicians and they fulfil the less stringent definition given above.
25 However, so do other agents (most notably olanzapine and lamotrigine) and it is
26 likely that future trials will enable other agents, particularly other atypical
27 antipsychotics, to be subsumed within this definition of a mood stabiliser.  Even
28 without this expansion, it is apparent that existing 'mood stabilisers' are a diverse
29 range of drugs in terms of class, chemical structure, pharmacodynamic action and
30 adverse effects.  They also differ in the pole where they exert their main effect; the
31 acute and long-term efficacy of lamotrigine is confined to the depressive pole while
32 all other mood stabilisers are predominantly effective in the acute and long-term
33 treatment of mania.
34
35 These pharmacological differences, the ambiguous nature of the term and the
36 potential for it to become a marketing label all raise the question of how useful the
37 term mood stabiliser is.   Perhaps the best that can be said in support of it is that
38 there is some benefit to a 'short hand' to refer to drugs with combined acute and
39 long-term efficacy without the risk of worsening the course of the illness.  However
40 given the inherent problems the guideline avoids the term 'mood stabiliser' and uses
41 instead 'antimanic agent' or 'antimanic medication' to refer to antipsychotics,
42 valproate, carbamazepine and lithium.

43 **7.1.2       Current Practice**
44 In the UK, prior to the introduction of the atypical antipsychotics, the mainstay of
45 drug treatment to control manic symptoms was the use of a typical antipsychotic
46 often supplemented with a benzodiazepine.  There is now increasing use of atypical
47 antipsychotics and higher dose valproate salts, particularly since the licensing of
48 valproic acid (as semisodium valproate) with full dosage information in the
49 Summary of Product Characteristics (Anderson *et al* 2004; Lloyd *et al* 2003).

CONFIDENTIAL
AZSER12779441

DRAFT FOR SECOND CONSULTATION

1
2  Bipolar depression remains a challenging disorder to manage. Studies show a delay
3  of several years between onset of symptoms and diagnosis.  The role of
4  antidepressants in the acute treatment of bipolar disorder and in maintenance
5  treatment remains controversial as discussed later in this chapter. A recent survey of
6  prescribing in Greater Manchester, covering the period 2001-2, showed that
7  approximately one third of outpatients seen with bipolar disorder were currently
8  receiving an antidepressant (Anderson *et al* 2004) which was significantly higher
9  than in a survey in Newcastle covering the period 2000-2001 (Lloyd *et al* 2003).  In the
10 Manchester survey about half of antidepressant prescriptions were for a tricyclic
11 antidepressant despite suggestions they are associated with a greater risk of
12 switching to mania than SSRIs.  In the Newcastle survey nearly one third of patients
13 were prescribed 2 or more prophylactic agents and nearly one fifth lamotrigine.  In
14 contrast in the Manchester survey only a quarter of patients received two or more
15 prophylactic agents and there were no patients receiving lamotrigine. The differences
16 between the two surveys may reflect the local availability of a specialist mood
17 disorder service in Newcastle.
18
19 In the maintenance phase for relapse prevention, prophylactic medication use has
20 increased and now about 90% of people with bipolar disorder may be on mood
21 stabilisers, although less than a third are as monotherapy. Lithium remains the most
22 commonly prescribed prophylactic agent(about 50%), although there may have been
23 a slight decline in usage, matched by increased use of valproate salts and
24 lamotrigine. Carbamazepine is less popular. Although the evidence base is limited,
25 combinations of prophylactic agents are widely used, perhaps more by tertiary
26 treatment centres.
27
28 It should be noted that the treatment of bipolar disorder in the US and UK differs in
29 two main respects.  First at the present time in the US there is less emphasis on the
30 use of antidepressants in treating BP depression with lamotrigine being the favoured
31 treatment.  The fact that lamotrigine is licensed for the maintenance treatment of
32 bipolar depression in the US, but not in Britain, may partly explain this difference
33 (lamotrigine was licensed by the US-FDA in June 2003).  Concerns about the risk of
34 antidepressant induced switching to mania and cycle acceleration are another reason.
35 The second difference is that over the last decade the US has seen a switch from
36 using lithium to valproate as the prophylactic agent of choice, whereas lithium still
37 remains widely used in Britain.  The change in US practice has resulted from
38 concerns about lithium toxicity and long term side effects, concerns about lithium's
39 effectiveness and increased attention to the risks of rebound mania following abrupt
40 discontinuation.
41
42 Some aspects of clinical practice have not been investigated by RCTs.  For example
43 clinicians often use combinations of prophylactic agents (including combinations of
44 lithium, valproate and lamotrigine) but there are no published trials addressing the
45 efficacy of these combinations. This is not to say that such combinations are
46 ineffective, indeed there are good reason to believe that certain combinations are
47 effective.  There is a pressing need for large scale, well designed RCTs to investigate
48 combination treatments.  Two studies of maintenance treatment are currently
49 underway which are investigating the effectiveness of a combination of lithium and
50 divalproex (valproate semisodium) versus other treatments.  These studies are the
51 Bipolar Affective Disorder Lithium/Anticonvulsant Comparative Evaluation

CONFIDENTIAL
AZSER12779442

DRAFT FOR SECOND CONSULTATION

1   (BALANCE) and the Systematic Treatment Enhancement Program for Bipolar
2   Disorder (STEP-BD).
3
4   Another important weakness of the existing evidence is that it is almost totally
5   restricted to the treatment of bipolar I disorder.  There is very little evidence
6   regarding the treatment of bipolar II disorder and rapid cycling bipolar disorder.

7   **7.1.3        Issues in the pharmacological management of patients with bipolar**
8   **disorder**

9   *Concordance*

10  Concordance in all chronic medical conditions is poor.  Research into concordance is
11  hindered by methodological issues; most studies use proxy measures of concordance
12  such as patient reports, pill counts or medicine containers with a microchip in the lid
13  which records how often the bottle is opened.  None of these measures indicates that
14  medication was taken as prescribed.   It is generally assumed that better tolerated
15  medications are associated with higher adherence rates.  However studies comparing
16  atypical and conventional antipsychotics show only marginal advantages for the
17  former in terms of concordance. Patients with early signs of hypomania and mania
18  often stop their medication due to a lack of insight and may not realise that they are
19  ill. Also some patients find that hypomanic and manic symptoms are initially
20  pleasurable and so stop medication in order to experience these symptoms.  This can
21  particularly occur when patients are suffering from depression or life circumstances
22  and they perceive that, to some extent, at least initially, hypomania or mania will be
23  a release. Other patients want to experience hypomania as it facilitates creativity,
24  productivity at work and the possible achievement of goals.  Although hypomanic
25  can have this positive side to it mania is, by definition, associated with significant
26  impairment of functioning.

27  In some patients with bipolar disorder, who would benefit from a long term
28  antipsychotic, a long-acting intramuscular preparation may aid adherence.  Only one
29  atypical antipsychotic is available in such a formulation (risperidone) but this is only
30  licensed for acute treatment of mania.  In inpatients in whom concordance is a
31  problem consideration should be given to the use of medication in liquid
32  formulations or in an oral dispersible formulation.  Two atypical antipsychotics
33  (olanzapine, risperidone) are available in oral dispersible formulations.

34  *Advance statements (directives)*

35  The use of advance statements (directives) in bipolar disorder, and psychiatry as a
36  whole, remains low.  Advance statements involves ensuring that the patient has a
37  full understanding of the risks and benefits, and the opportunity to weighs them
38  against the risks of the illness and then making a plan for future care and treatment
39  in light of this knowledge. Lithium should not be started without informed consent
40  from the patient, particularly as early discontinuation can be harmful. Advance
41  directives should be seriously considered after an acute episode, or where one is
42  anticipated. Whilst these can only formally cover medication refusal they can refer to
43  a patient's preferred drugs. Whilst there is little direct formal evidence for the
44  outcomes from advance statements, they are widely advocated and evidence is
45  emerging of the benefits of the active involvement of patients in decision making
46  about their care (Henderson *et al*, 2004).

CONFIDENTIAL
AZSER12779443

DRAFT FOR SECOND CONSULTATION

1

2  *The pharmacological management of older adults with bipolar disorder*

3  Older adults with bipolar disorder (i.e., those over 65 years) should be treated the
4  same as other adults, but with additional consideration being given to
5  pharmacokinetic differences plus comorbidities and co-prescribed medications both
6  of which are more common in this age group. Mania developing for the first time in
7  older adults is associated with a high rate of medical and neurological disease
8  (Tohen *et al* 1994; Young & Klerman 1992) including subcortical lesions.
9  Consequently all patients presenting with first onset of mania in later life should be
10  carefully screening for contributing medical disorders.
11

12  In terms of pharmacokinetics, the elderly tend to have a reduced volume of
13  distribution and reduced renal clearance. Consequently older patients usually
14  require lower drug doses than younger patients. They may also be more susceptible
15  to adverse reactions due to increased end-organ sensitivity. For example the elderly
16  are at higher risk of extrapyramidal symptoms with antipsychotics, postural
17  hypotention and falls with a variety of drugs, and gastro-intestinal bleeding with
18  SSRIs.   The tolerability of lithium is also lower in the elderly who can develop signs
19  of neurotoxicity at plasma concentrations considered 'therapeutic' in the general
20  adult population (Sproule *et al* 2000). Those taking valproate may be particularly
21  prone to sedation, tremor or gait disturbance.
22

23   Those taking valproate may be prone to sedation, tremor or gait disturbance.
24

25  *Licensed indications*

26  At the date of publication (XXXX 2006) the following drugs have UK Marketing
27  Authorisation for the treatment of mania: carbamazepine, lithium, olanzapine,
28  quetiapine, risperidone, valproic acid (as semisodium valproate).  Medications which
29  do not have a UK Marketing Authorisation for the indication recommended at the
30  date of publication (June 2006) are marked with a dagger (†); check the Summary of
31  Product Characteristics for current licensed indications. No drugs have UK
32  Marketing Authorisation for the treatment of bipolar depression.
33

34  With regard the use of psychotropic medication in children and adolescents under
35  the age of 18, at the date of publication (June 2006), the only drug to have a UK
36  Marketing Authorisation for use in this age group is lithium, which is licensed for
37  use in people aged 12 years and over. However, in 2000, the Royal College of
38  Paediatrics and Child Health issued a policy statement on the use of unlicensed
39  medicines, or the use of licensed medicines for unlicensed applications, in children
40  and adolescents. This states that such use is necessary in paediatric practice and that
41  doctors are legally allowed to prescribe unlicensed medicines where there are no
42  suitable alternatives and where the use is justified by a responsible body of
43  professional opinion.[5]

---

[5] Joint Royal College of Paediatrics and Child Health/Neonatal and Paediatric Pharmacists Group Standing Committee on Medicines (2000) *The Use of Unlicensed Medicines or Licensed Medicines for Unlicensed Applications in Paediatric Practice - Policy Statement.* London: Royal College of Paediatrics and Child Health.

CONFIDENTIAL
AZSER12779444

DRAFT FOR SECOND CONSULTATION

1  **7.1.4        Clinical Practice Recommendation**

2  7.1.4.1  When treating older adults with bipolar disorder, healthcare professionals
3              should

4       • be aware of the need to use medication at lower doses;

5       • be alert to the increased frequency of drug interactions when prescribing
6          psychotropic medication to older adults who are taking other medications

7       • ensure that medical comorbidities have been recognised and addressed.

8  **7.1.5        Outcomes research in pharmacological therapies for people with**
9  **bipolar disorder**

10  In the last ten years there has been a dramatic increase in research in bipolar
11  disorder.  Despite this the evidence base remains relatively small and many of the
12  key questions that concern clinicians are addressed inadequately or not at all by the
13  existing research base.  For example, there is virtually no RCT data on the treatment
14  of rapid cycling bipolar disorder, bipolar II disorder, or the relative effectiveness of
15  antimanic agents in combination versus monotherapy. Another problem is that the
16  majority of trials deal with the treatment of either mania or major depressive
17  episodes (i.e. syndromes seen in bipolar disorder) yet research has clearly
18  demonstrated that subsyndromal symptoms are three times more common than
19  syndromal symptoms during the long-term course of both bipolar I disorder and
20  bipolar II disorder (Judd *et al* 2002; Judd *et al* 2003).
21
22  The issue of the management of resistant mania and depression (i.e. episodes that
23  have not responded to first line treatment) is a common clinical problem but one that
24  is largely ignored by RCTs.  The main reason for this neglect is that most RCTs are
25  conducted with the aim of helping a drug gain a licence.
26
27  The majority of research has addressed bipolar-I disorder.  Trials for mania and
28  bipolar depression are usually short term (6 weeks) and based on changes observed
29  using standard rating scales for example, the Young Mania Rating Scale and the
30  Hamilton Depression Rating Scale.   The outcome measures used include the mean
31  change in scores from baseline to end point, response rates and remission rates.
32  Patients entering acute mania trials represent the milder end of the severity spectrum
33  not least because more severely ill patients will be unable to give informed consent.
34  A key issue in trials of treatments for acute mania is that of high attrition rate, with a
35  figure of around 70% not being uncommon in three-week trials (for example, Zajecka
36  *et al*, 2002 Another potential concern, relevant to all aspects of BPD, is publication
37  bias.  Another bias, in industry sponsored trials is that trials may be designed to
38  favour the sponsor's compound.  For example the efficacy of most atypical
39  antipsychotics in mania has been supported by RCTs in which the comparator is
40  haloperidol; haloperidol is a potent blocker of dopamine-2 receptors and is
41  associated with a high risk of extrapyramidal symptoms. It is therefore not
42  surprising that such RCTs show a benefit for the atypical in terms of a lower
43  prevalence of extrapyramidal symptoms.   Extrapolating from data in schizophrenia
44  it is reasonable to assume that if such studies had been repeated with a low-potency

CONFIDENTIAL
AZSER12779445

DRAFT FOR SECOND CONSULTATION

1  low-dose antipsychotic then there may have been a less marked advantage or no
2  difference at all in terms of the prevalence of extrapyramidal symptoms.
3
4  In acute mania there are a series of trials that assess the effectiveness of various
5  atypical antipsychotics versus (i) a conventional antipsychotic, usually haloperidol,
6  (ii) placebo and (iii) the effectiveness of the atypical plus an antimanic agent
7  (valproate or lithium) versus the antimanic agent alone.  Trials that assess long-term
8  efficacy in bipolar disorder usually take patients who have responded to treatment
9  for an acute episode (mania or depression) and then randomise them to different
10  long term treatment options.  A key issue in interpreting long-term studies is the
11  relationship between the drug or drugs that were used in the initial acute treatment
12  phase versus the long term treatment phase as selecting patients who are known
13  responders can be an issue (so called 'enriched' samples). A full discussion of issues
14  in research in this area and state of current research is beyond the scope of this
15  chapter.

16  **7.1.6        Topics covered**
17  The following topics in the medical and pharmacological management of bipolar
18  disorder are covered in this chapter:
19
20  The treatment and management of acute episodes:
21      Manic, hypomanic and mixed episodes
22      Economic evidence for treatment of acute mania
23      Depressed episodes
24      Acute episodes in the context of rapid cycling
25      Economic evidence for the use of ECT in all illness phases
26      Rapid tranquillisation.
27

28  # 7.2    Overview of clinical evidence review

29  **7.2.1        Evidence search**
30  The review team conducted a systematic search for RCTs that assessed the efficacy of
31  pharmacological interventions, transcranial magnetic stimulation and ECT for people
32  with bipolar disorder at all stages of the illness. See Table 23.
33

CONFIDENTIAL
AZSER12779446

DRAFT FOR SECOND CONSULTATION

**Table 23. Databases searched and inclusion/ exclusion criteria for clinical effectiveness of pharmacological interventions, transcranial magnetic stimulation and ECT**

| | |
|---|---|
| Electronic databases (searched from inception to date in brackets) | MEDLINE (February 2004), EMBASE (February 2004), PsycINFO (February 2004), Cinahl (February 2004) |
| Update searches | October 2004; April 2005; September 2005 |
| Study design | RCT |
| Patient population | See eligibility document (Appendix 7) |
| Interventions | All pharmacological interventions, transcranial magnetic stimulation, ECT |
| Outcomes | Efficacy outcomes: remission, symptom levels (mania, depression, psychosis), functional status, relapse (as defined by the study), hospitalisation. Acceptability/tolerability outcomes: discontinuation from treatment for any reason, discontinuation from treatment because of side effects, number of people reporting side effects, number of people reporting specific side effects (weight gain), symptoms levels for EPS and akathisia, death (including suicide), self-harm |
| Exclusion criteria | See appendices |

1    **7.2.2        Additional inclusion criteria**

2    In addition to the general inclusion criteria for studies reviewed in the guideline (see
3    Appendix 7), the GDG set inclusion criteria specific to studies of pharmacological
4    therapy, as follows:

5    *Dose*

6    The GDG set minimum therapeutic doses for study medication in included studies
7    based on the BNF.

8    *Study length*

9    The GDG set the minimum length of studies of people in an acute phase of illness at
10   3 weeks.

11   **7.2.3        Presenting the evidence**

12   Systematic reviews of the evidence are based on the searches described above,
13   supplemented with additional narrative as necessary. Relevant characteristics of all
14   included studies are in Appendix 21, together with a list of excluded studies with
15   reasons for exclusion, and full references for both included and excluded studies.
16   These are presented for each topic covered in this chapter. To aid readability,
17   summaries of the study characteristics are included below, followed by the critical
18   outcomes from the evidence profiles, together with a summary of the evidence
19   profile.

20

21   In all of these studies are referred to by a study ID (primary author in capital letters
22   and date of study publication, except where a study is *in press* or only submitted for
23   publication, then a date is not used).

24

25   Based on the GRADE methodology outlined in chapter 2, the quality of the evidence
26   is summarised in the evidence profiles and summary of the evidence profiles as
27   follows:

28

29   High = Further research is very unlikely to change our confidence in the estimate of
30   the effect;

CONFIDENTIAL
AZSER12779447

DRAFT FOR SECOND CONSULTATION

1
2   Moderate = Further research is likely to have an important impact on our confidence
3   in the estimate of the effect and may change the estimate;
4
5   Low = Further research is very likely to have an important impact on our confidence
6   in the estimate of the effect and is likely to change the estimate;
7
8   Very low = Any estimate of effect is very uncertain.

9   ## 7.3   The pharmacological treatment of acute manic,
10          hypomanic and mixed episodes

11  ### 7.3.1        Introduction
12  The main aim in treating mania, hypomania and mixed episodes is to achieve rapid
13  control of symptoms.  This is particularly important as mania can result in disturbed
14  behaviour that, when extreme, can be a risk to the safety of the patient and others.
15  More commonly mania may cause patients to act in a disinhibited manner and such
16  behaviour may have long term repercussion for the individual's career and
17  relationships.  Mixed states in which manic and depressive symptoms co-exist are
18  reported to be associated with an increased risk for suicide.  Various drugs possess
19  antimanic efficacy and these are considered in the following sections.
20

21  *Lithium*

22  Lithium is held to be effective in acute mania but its onset of action is slower than
23  with antipsychotics.  In addition practical considerations mean it is not the treatment
24  of choice in acute mania.  For example, prior to starting treatment one needs to
25  establish that baseline renal and thyroid function are normal but in reality a patient
26  may refuse venepuncture.  Furthermore there may be a need to start immediate
27  treatment without waiting for the result of blood tests.  Also it is prudent to increase
28  the dose of lithium gradually to minimise the risk of lithium toxicity and this will
29  further increase the time to response.
30

31  Lithium is associated with acute and long term adverse effects and a low therapeutic
32  index.  Furthermore abrupt discontinuation can lead to an increased risk of mania
33  and depression over the next few months (i.e. 'rebound' mania and depression).  This
34  phenomenon has been paid relatively little attention but is potentially one of the
35  most serious drawbacks of lithium particularly in those who adhere poorly with
36  treatment. It has been estimated that lithium needs to be continued for 2 years for the
37  detrimental effects associated with abrupt discontinuation to be balanced by the
38  benefits that accrue from its long-term effect (Goodwin 1994).  The risk of rebound
39  appears to be prevented if lithium is withdrawn gradually and several studies
40  suggest that withdrawal over 2 weeks is sufficient (Baldessarini *et al* 1997; Faedda *et*
41  *al* 1993).
42

43  Adverse effects of lithium that occur at therapeutic plasma levels include polyuria,
44  polydipsia, tiredness, fine tremor, metallic taste, diarrhoea.  Toxic levels of lithium
45  (>1.2mmol/l) cause a range of symptoms including confusion, myoclonic jerks,
46  cardiac arrhythmias, confusion, ataxia, dysarthria, and, as levels rise further
47  convulsions, coma and death.  The diagnosis of lithium toxicity is made on clinical

CONFIDENTIAL
AZSER12779448

DRAFT FOR SECOND CONSULTATION

1    grounds with laboratory confirmation, but toxicity can sometimes occur despite an
2    apparent normal plasma level.  Long term complications of lithium include thyroid
3    abnormalities (particularly hypothyroidism), chronic renal failure, and diabetes
4    insipidus (Macritchie & Young 2004).  Lithium is also associated with an increased
5    rate of malformations particularly of the cardiovascular system.

6    *Antipsychotics*
7    Prior to the introduction of the atypical antipsychotics, the conventional
8    antipsychotics were the standard treatment for mania despite a relative lack of RCTs
9    to support their use.  In recent years several atypical antipsychotics agents have been
10   licensed to treat mania, with RCT data underpinning these decisions. Atypical
11   antipsychotics currently licensed in the UK for the treatment of acute mania are
12   olanzapine, risperidone and quetiapine.  A major advantage of the atypical
13   antipsychotics over conventional antipsychotics is the lower risk of extrapyramidal
14   symptoms (EPS) though this differential has largely been demonstrated in trials
15   where the comparator is haloperidol, a high potency conventional antipsychotic that
16   is associated with a relatively high incidence of EPS.  Some atypical antipsychotics
17   are prolactin sparing but others raise serum prolactin levels which can lead to
18   distressing symptoms, including sexual dysfunction, and may also be associated
19   with long term health risks particularly if it leads to secondary hypogonadism. Some
20   atypical antipsychotics, in particular, olanzapine, are associated with a high risk of
21   significant increase in body weight ($\geq$7% baseline body weight).  Concern has only
22   focussed on the potential for metabolic complications with the atypical
23   antipsychotics though high quality data on this area is lacking.

24   *Anticonvulsants*
25   Valproate is available in various forms including sodium valproate, valproic acid
26   and valproate semisodium, although only valproate semisodium has UK Marketing
27   Authorisation for the treatment of manic episodes in the context of bipolar disorder.
28   The active element in all formulations is the valproate ion. The guideline uses the
29   generic term 'valproate' except when describing the agent used in a particular study,
30   when it uses the name used by the study authors. Carbamazepine is licensed for the
31   treatment of patients with bipolar disorder who are intolerant of lithium or in whom
32   lithium is ineffective.  A major complication of carbamazepine is that it can lower the
33   plasma level of concurrently prescribed drugs including antipsychotics.  Both
34   carbamazepine and valproate are teratogenic being associated with an increased risk
35   of neural tube defects. In addition pre-natal exposure to valproate may be associated
36   with an increased risk of developmental problems including reduced cognitive
37   performance.

38   *Calcium channel blockers*
39   Calcium channel blocking drugs (i.e. diltiazem, nifedipine, nimodipine, verapamil)
40   are licensed to treat high blood pressure and angina. Occasionally they are
41   prescribed to treat mania.  Side effects include headache, hypotension and
42   tenderness of the gums.

43   *Transcranial magnetic stimulation and ECT*
44   ECT remains a valuable treatment for severe depression where there is an urgent
45   need for a rapid response.  Examples include a depressed patient with marked
46   psychomotor retardation who is refusing fluids and food and a depressed patient

CONFIDENTIAL
AZSER12779449

DRAFT FOR SECOND CONSULTATION

1  with persistent and severe suicidal intent.   There is a smaller body of evidence which
2  indicates the effectiveness of ECT in acute mania.   Transcranial magnetic stimulation
3  is a recently introduced treatment but most of the research undertaken so far is
4  limited to unipolar depression.
5

6  *Benzodiazepines*

7  Benzodiazepines are often used by clinicians, in conjunction with antimanic agents,
8  for symptomatic control of agitation and insomnia.  Sleep deprivation can lead to
9  rapid deterioration in manic episodes and so the short-term use of hypnotics to
10  maintain a circadian rhythm is both reasonable and advisable. Problems include the
11  risks of tolerance, withdrawal symptoms and dependence.   These risks become
12  greater when use continues beyond 4 weeks.  Other problems include sedation,
13  ataxia and an increased risk of falls, particularly in the elderly.

14  *Combination therapy*

15  The combination of antipsychotics and antimanic medication (especially lithium and
16  valproate) has been shown to be effective in the treatment of mania.  However there
17  may be an increased risk of adverse effects including weight gain (for example,
18  Casey *et al* 2003).

19  **7.3.2        Review strategy**
20

21  Evidence from RCTs was found for the following treatment strategies:
22  - **Lithium**, including lithium compared with placebo and with anticonvulsants and
23  antipsychotics
24  - **Anticonvulsants**, including carbamazepine and valproate semisodium(compared
25  with placebo and other drugs), and gabapentin
26  - **Antipsychotics**, including antipsychotics compared with placebo, lithium,
27  valproate semisodium, and haloperidol
28  - **Miscellaneous pharmacological and non-pharmacological physical interventions**,
29  including ECT, transcranial magnetic stimulation and calcium channel blockers
30

31  No RCT evidence was found for the use of benzodiazepines.
32

33  A summary of the evidence for the pharmacological treatment of mania, hypomanic
34  and mixed states in children and adolescents is also provided.
35

36  Some trials appear in more than one section where the GDG felt this was
37  appropriate, for example, trials comparing lithium with antipsychotics are included
38  in both sections.

39  **7.3.3        Lithium in the treatment of mania**

40  *Studies considered*
41  Twelve trials of lithium in the treatment of mania met inclusion criteria. Excluded
42  studies with reasons for exclusion can be seen in Appendix 21. RCTs published prior
43  to 1973 were not picked up in searches, although several trials published before this
44  date exist. The GDG decided not to include them because of concerns about trial

CONFIDENTIAL
AZSER12779450

DRAFT FOR SECOND CONSULTATION

1    methods and study populations. (Schou *et al*, 1954, Maggs *et al*, 1963, Goodwin *et al*,
2    1969, Stokes *et al*, 1971).
3
4    Included trials compared lithium with placebo, anticonvulsants, antipsychotics and
5    ECT in the treatment of mania. An overview of the included studies is in Table 24,
6    with further details available in Appendix 21. A trial comparing lithium with ECT is
7    considered in section 7.3.6 below.
8
9

CONFIDENTIAL
AZSER12779451

DRAFT FOR SECOND CONSULTATION

**Table 24. Summary of study characterisitcs table for lithium in the treatment of mania**

| Comparator | Placebo | Anticonvulsants | Antipsychotics |
|---|---|---|---|
| *No. trials (No. participants*)* | *3 RCTs*** (323)* | *5 RCTs* (493) | *5 RCTs* (299) |
| **Study IDs** | BOWDEN1994 (1) BOWDEN2005 (2) GELLER1998 (3) | BOWDEN1994 (1) FREEMAN1992 (2) ICHIM2000 (3) LERER1987 (4) SMALL1991 (5) | BERK1999 (1) BOWDEN2005 (2) GARFINKEL1980 (3) *** SEGAL1998 (4) SHOPSIN1975A (5) *** |
| **Diagnosis** | (1) Acute manic episode (2) Acute manic episode with psychotic features (3) Acute manic episode with substance use disorder (< 2 months' duration) | All: Acute manic episode | All: Acute manic episode |
| **Setting** | Inpatients; US | Inpatients; all US except ICHIM2000 (South Africa) | Inpatients; all US except BERK1999; SEGAL1998 (South Africa) |
| **Baseline data** | No relevant baseline data available | (1)(2)(4)  no relevant baseline data available (3) BPRS Mean: Lithium 46.8 ; Lamotrigine 52.8 MRS Mean: Lithium 31.6 ; Lamotrigine 34.4 (5) MRS: Li = 30.3, Car=30.9, HAM-D: Li 29.9, Car+29.4, BPRS 49.1, Car 47, GAS: 38.8 | SEGAL1998: BRPS Li: 17.4 (7.33); Haloperidol: 15.2 (7.33) BERK1999: Li 46.8; Olanzapine 53 |
| **Lithium serum levels** | (1) 1.5 mmol/L (2) 0.6 to 1.4 mEq/L (3) 0.9-1.3 mEq/L | (1)  1.5 mmol/L (2) 1.5 mmol/L (3)  Responders 0.77 (0.21), Non-Responders 0.71 (0.25) (4) 1 - 1.4 mEq/L (5) 0.6 - 1.5 mmol/L | (1) 400 mg bid  (serum level not given) (2) 0.6 to 1.4 mEq/L (3) 1.20 (0.2) mmol/L (4) 0.6 - 1.2 mmol/L (5) 2 mEq/L |
| **Compartor** | Placebo | (1)  Valproate semisodium (2) Valproate (3) Lamotrigine (4) Carbamazepine (5) Carbamazepine | (1) Olanzapine (2) Quetiapine (3) Haloperidol (4) Haloperidol (5) Haloperidol or chlorpromazine |
| **Mean age (or range of mean ages)** | (1) 39 (2) 40 (3) 16 | Where given 33 to 38 | Where given 30-39 |
| **Length of trial** | (1) 3 weeks (2) 12 weeks (3) 6 weeks | All 3 weeks except SMALL1991 (8 weeks) | 3 or 4 weeks |

1  * Number of participants in relevant treatment groups - trials may have additional treatment
2  groups
3  *** Acceptability data only

4  *Summary of evidence for lithium in the treatment of mania*

5  An overview of the results is provided in Table 25 with the full evidence profile in
6  Appendix 22.  Three placebo-controlled trials conducted since 1994 indicate that
7  lithium is effective in acute mania.  In addition several older trials support the
8  effectiveness of lithium but were excluded from the analysis due to methodological

CONFIDENTIAL
AZSER12779452

DRAFT FOR SECOND CONSULTATION

1  weaknesses common to many trials of the period.  The three placebo-controlled RCTs
2  that were analysed all employed a minimum plasma level of $\geq$ 0.6mmol/l.  In
3  contrast many UK laboratories quote a lower limit of the therapeutic range of 0.4 to
4  0.6 mmol/l.  There does not appear to be an evidence base to support this as an
5  effective range.  In terms of active-comparator trials, one trial indicated that lithium
6  was more effective than valproate and several trials indicated equivalent efficacy to
7  various antipsychotics.
8
9  **Table 25 Summary of evidence profile for lithium in the treatment of mania**

| Comparator | Placebo | Placebo (for substance misuse) | Anticonvulsants | Antipsychotics |
|---|---|---|---|---|
| **Evidence for efficacy (quality)** | Lithium more effective than placebo (moderate) | Lithium more effective than placebo (moderate) | Lithium versus carbamazepine or lamotrigine: data are inconclusive (low) Lithium more effective than valproate (moderate) | Data are inconclusive (low) for efficacy outcomes |
| **Evidence for acceptability /tolerability (quality)** | Data are inconclusive (low) for tolerability/acceptability outcomes | Data are inconclusive (low) for tolerability/acceptability outcomes | Lithium versus carbamazepine or lamotrigine: Data are inconclusive (low) for tolerability/acceptability outcomes | Data are inconclusive (low) for tolerability/acceptability outcomes |

10

11  **7.3.4        Anticonvulsants in the treatment of mania**

12  *Studies considered*
13  Seven trials met the eligibility criteria set by the GDG. Excluded studies with reasons
14  for exclusion can be seen in Appendix 21. Excluded trials included a study of
15  topiramate, which meant that no high quality study of this drug was available.
16
17  Included trials looked at carbamazepine, valproate semisodium and gabapentin in
18  the treatment of mania. Placebo-controlled trials were available for carbamazepine
19  and valproate.
20
21  An overview of the included studies is in Table 26, with further details available in
22  Appendix 21.
23

CONFIDENTIAL
AZSER12779453

DRAFT FOR SECOND CONSULTATION

**Table 26. Summary of study characteristics table for anticonvulsants in the treatment of mania**

| | Carbamazepine vs placebo | Carbamazepine vs other drugs | Valproate semisodium vs placebo | Valproate semisodium vs other drugs | Gabapentin |
|---|---|---|---|---|---|
| *No. trials (No. participants)* | *2 RCTs 316* | *1 RCT (54)* | *1 RCTs (150)* | *2 RCTs (150)* | *1 RCT (117)* |
| **Study IDs** | WEISLER2004 (1) WEISLER2005 (2) | LUSZNAT1988 * | BOWDEN1994 ** | DELBELLO2002 (1)*** ZAJECKA2002 (2) | PANDE2000 |
| **Diagnosis** | (1) Bipolar I 47% manic, 53% mixed (2) Bipolar I 79% manic, 21% mixed | manic % not given, hypomanic % not given, | Acute manic episode | (1) Bipolar I 24% manic, 76% mixed (2) Bipolar I manic | Bipolar I 25% mixed, 23% manic, 46% hypomanic, 3% depressed, 3% unspecified |
| **Setting** | (1) US, in/outpatients (2) US, India, in/outpatients | Inpatients; UK | Inpatients; US | Inpatients; US | Outpatients; US |
| **Baseline data** | None available | None available | None available | None available | YMRS Gabapentin 18.4 (7.1); placebo 18.8 (7.3) |
| **Study drug** | Carbamazepine | Carbamazepine + neuroleptics | Valproate semisodium | (1) Valproate semisodium+ quetiapine (2) Valproate semisodium | Gabapentin (+ lithium or valproate) |
| **Comparator** | placebo | neuroleptics | Placebo | (1) valproate semisodium (2) olanzapine | Placebo (+ lithium or valproate) |
| **Mean age** | (1) 37 (2) 38 | Not given | 39 | (1) Range 12-18 (2) 39 | 39 |
| **Trial length** | 3 weeks | 6 weeks + 12 months follow-up | 3 weeks | (1) 6 weeks (2) 3 weeks | 10 weeks |

1   *Acceptability data only
2   ** study also has lithium arm which is considered in 7.3.3 Lithium above
3   *** Study also considered in 7.3.7 The treatment of mania in children and adolescents below
4

5   *Summary of evidence for anticonvulsants in the treatment of manic, hypomanic and*
6   *mixed episodes*

7   An overview of the results is provided in Table 27 with the full evidence profile in
8   Appendix 22.  RCTs indicate that carbamazepine is superior to placebo in acute
9   mania.  Although valproate semisodium is licensed in the UK and in the USA for the
10  treatment of acute mania, only one placebo-controlled trial of valproate
11  semisodium fulfilled the GDG's criteria.  This showed that valproate semisodium is
12  more effective than placebo (moderate quality evidence). Another RCT showed
13  valproate semisodium to be as efficacious as olanzapine, a drug which has been shown
14  to be superior to placebo in two placebo-controlled RCTs.  However valproate
15  semisodium was less efficacious than lithium in another trial (see table [insert correct
16  numbers]).  In summary, although the evidence base supporting the efficacy of

CONFIDENTIAL
AZSER12779454

DRAFT FOR SECOND CONSULTATION

1   valproate in mania is relatively small, it appears that. valproate is effective in the
2   treatment of mania.
3
4   Valproate is available in several formulations including valproate semisodium
5   (valproate semisodium), sodium valproate and valproic acid.   Most trials in bipolar
6   disorder have used valproate semisodium.  There has been debate about whether
7   other forms of valproate share the efficacy of valproate semisodium.  There are no
8   good pharmacological reasons why there should be a difference in the efficacy of
9   these different compounds since the valproate ion is the active moiety, although
10  there may be slight tolerability differences for valproate semisodium compared to
11  valproic acid and sodium valproate.  In previous years this debate was relevant due
12  to the higher cost of valproate semisodium in comparison with sodium valproate
13  and valproic acid.  However recent changes in pricing mean that there is now little
14  variation in the price of these variations.  Given the absence of a significant price
15  differential, the licensed status of valproate semisodium, and the fact that most RCTs
16  of valproate in bipolar disorder used valproate semisodium it is reasonable to regard
17  valproate semisodium as the compound of choice when valproate is required in
18  mania, although the guideline recommendations refer to valproate throughout and
19  none of the salts are licensed for maintenance treatment.
20
21  It cannot be assumed that all anticonvulsants are effective in mania as the results of a
22  trial of gabapentin were classified inconclusive. No trial of topiramate met inclusion
23  criteria.
24

CONFIDENTIAL
AZSER12779455

DRAFT FOR SECOND CONSULTATION

1  **Table 27 Summary of evidence profile for anticonvulsants in the treatment**
2  **of mania**

| | Carbamazepine vs placebo | Carbamazepine vs other drugs | Valproate semisodium vs placebo | Valproate semisodium vs other drugs | Gabapentin |
|---|---|---|---|---|---|
| **Evidence for efficacy (quality)** | Carbamazepine more effective than placebo for those with manic symptoms (high); inconclusive for mixed episodes (low) | (Carbamazepine + neuroleptics vs lithium + neuroleptics) Appropriate efficacy data not available | Valproate semisodium ore effective than placebo (moderate) | (vs olanzapine) No difference on mania scores; favours olanzapine on general psychiatric functioning (moderate) (+ quetiapine vs valproate semisodium) Appropriate efficacy data not available | (+ (lithium or valproate) vs placebo + (lithium or valproate)) Inconclusive (low) |
| **Evidence for acceptability/tolerability (quality)** | Carbamazepine more acceptable to patients with mania than placebo (moderate); inconclusive for mixed episodes (low); tolerability: inconclusive (low); more side effects with carbamazepine (low) | Data are inconclusive (low) for tolerability/acceptability outcomes | Data are inconclusive (low) for tolerability/acceptability outcomes | (vs olanzapine) no difference on acceptability (moderate); inconclusive on side effects (low) (+ quetiapine vs valproate semisodium) valproate semisodium alone more acceptable (low) (adolescents only) | (+ (lithium or valproate) vs placebo + (lithium or valproate)) inconclusive (low); inconclusive on side effects (low) |

3  **7.3.5         Antipsychotics in the treatment of mania**

4  *Studies considered*
5  Twenty-five trials met the eligibility criteria set by the GDG. Excluded studies with
6  reasons for exclusion can be seen in Appendix 21. Characteristics of included studies
7  are in Table 28, with further details in Appendix 21.
8
9  A trial of an antipsychotic with and without ECT is considered with other ECT trials
10 below (section 7.3.6).
11

CONFIDENTIAL
AZSER12779456

DRAFT FOR SECOND CONSULTATION

**Table 28. Summary of study characteristics table for antipsychotics in the treatment of mania**

| | Vs placebo | Vs placebo (with prophylactic agent) | Vs lithium | Vs valproate semisodium | Vs haloperidol |
|---|---|---|---|---|---|
| *No. trials (No. participants*)* | *10 RCTs (1554)* | *8 RCTs (1429) (incs all of 4)* | *5 RCTs (299)* | *1 RCT (120)* | *5 RCTs (867)* |
| **Study IDs** | BOWDEN2005 (1) HIRSCHFELD2004 (2) KECK2003 (3) KECK2003C (4) KHANNA2005 (5) MCINTYRER2005 (6)** POTKIN2005(7) SMULEVICH2005 (8)** TOHEN1999A (9) TOHEN2000 (10) | GARFINKEL1980 (1) MISHORY2000 (2) NAMJOSHI2004 (3) SACHS2002 (4) ** SACHS2004 (5) SACHS Unpub (6) TOHEN2002 (7) YATHAM2003 (8) | BERK1999 (1) BOWDEN2005 (2) GARFINKEL1980 (3) *** SEGAL1998 (4) SHOPSIN1975A (5) *** | ZAJECKA2002 | MCINTYRER2005 (1) SHI2002 (2) SHOPSIN1975 (3) SMULEVICH2005 (4) VIETA2005 (5) |
| **Diagnosis** | (1) Acute manic episode 27% with psychotic features (2) Bipolar I manic 43% with psychotic features (3) Bipolar I manic 33% mixed, 23% rapid cycling (4) Bipolar I 60% mixed (5) Bipolar I manic 5% mixed, 59% psychotic features (6) Acute manic episode 42% with psychotic features (7) Bipolar I manic 40% mixed (8) Acute manic episode 33% with psychotic features (9) Bipolar I manic 17% mixed (10) Bipolar I 43% mixed, 57% manic; 57% with psychotic features | (1) Acute manic episode (2) Acute manic episode**** (3) Bipolar I mixed or manic (4) Bipolar I 21% mixed, 79% manic (5) Bipolar I manic (6) Bipolar I manic (7) Bipolar I 52% mixed,48% manic (8) Bipolar 92% manic, 8% mixed | Acute manic episode | Bipolar I manic | (1) Acute manic episode (2) Bipolar I 6% mixed, 95% manic, 57% psychotic features (3) Acute manic episode (4) Acute manic episode 33% with psychotic features (5) Bipolar I 89% manic, 11% mixed |
| **Setting** | (1) In/outpatients; US (2) Outpatients; US (3) Inpatients; US (4) ?; US, Brazil (5) Inpatients; India (6) Inpatients; | (1) Inpatients; Canada (2) Israel (3) Outpatient; (4) Inpatients; US (5) In and outpatients; US (6) In and outpatients; US (7) In and | (1) Inpatients; South Africa (2) Inpatients; US (3) Inpatients; US (4) Inpatients; South Africa (5) Inpatients | Inpatients; US | (1) Inpatients; South America/Europe/ Asia (2) In and outpatients; multi-continent (3) Inpatients (4) Inpatients; 10 countries |

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)     Page 166 of 341

348

CONFIDENTIAL
AZSER12779457