DRAFT FOR SECOND CONSULTATION

| | | | | | |
|---|---|---|---|---|---|
| | South America/Europe/Asia (7) Inpatients; US, Brazil, Mexico (8) Inpatients; 10 countries Europe/Asia (9) Outpatients; US (10) In/outpatients; US | outpatients; US and Canada (8) Multi-country | | | Europe/Asia (5) US/Japan/Europe |
| Baseline data | (1) YMRS 32 to 34 (2) YMRS 29 (3) YMRS 28.2 to 29.7 (4) MRS 26 to 27 (5) YMRS 37 (6) Not available (7) MRS 12.84 to 13.18 (8) Not available (9) Not given (10) YMRS 29.1 | (1) Not available (2) Not available (3) YMRS 22 (4) YMRS 28 (5) Not available (6) Not available (7) YMRS 22 (8) YMRS 28-29 | (1) BPRS 46.8 to 53 (2) YMRS 32 to 34 (3) Not available (4) BRPS 15.2 to 17.4 (5) Not available | None available | (1) Not available (2) YMRS 30-31 (3) Not available (4) Not available (5) YMRS 31 |
| Study drugs | (1) Quetiapine (2) Risperidone (3) Aripiprazole (4) Ziprasidone (5) Risperidone (6) Quetiapine** (7) Ziprasidone (8) Risperidone** (9) Olanzapine (10) Olanzapine | (1) Haloperidol (2) Haloperidol (3) Olanzapine (4) Haloperidol (5) Quetiapine (6) Olanzapine (7) Quetiapine (8) Risperidone All with prophylactic agent | (1) Olanzapine (2) Quetiapine (3) Haloperidol (4) Haloperidol (5) Haloperidol or chlorpromazine | Valproate semisodium vs olanzapine | (1) Quetiapine (2) Olanzapine (3) Chlorpromazine (4) Risperidone (5) Aripiprazole |
| Comparator | Placebo | Placebo (+prophylactic agent) | Lithium | Valproate semisodium | Haloperidol |
| Adjunctive prophylactic agent | Not applicable | (1) Li (2) phenytoin (3) Li or VLP (4) Li or VLP (5) Li or VLP (6) Li or VLP (7) Li or VLP (8) Li, VLP or CBZ | Not applicable | Not applicable | Not applicable |
| Lithium serum levels | Not applicable | (1) 900 mg/d adjusted according to response (2) N/A (3) Not given (4) 0.6 - 1.4 mEq/L (5) 0.7 - 1.0 mEq/L (6) Not available | (1) 400 mg bid (serum level not given) (2) 0.6 to 1.4 mEq/L (3) 1.20 (0.2) mmol/L (4) 0.6 - 1.2 mmol/L (5) 2 mEq/L | Not applicable | Not applicable |

CONFIDENTIAL
AZSER12779458

DRAFT FOR SECOND CONSULTATION

| | | | | | |
|---|---|---|---|---|---|
| | | (7) 0.7 - 1.0 mEq/L (8) Not available | | | |
| **Mean age** | 35-43 (4) (9) not given | 39-42 (2) not given | 30-39 | 39 | 40-43 (3) not given |
| **Trial length** | 3 weeks except (1) (6) 12 weeks (10) 4 weeks | 3 weeks except (2) 5 weeks (3) 7 weeks (6) 6 weeks***** | 3 or 4 weeks | 3 weeks | 3 weeks except (1) (5) 12 weeks (2) 7 + 6-week continuation |

1
2   Abbreviations: Li = lithium, VLP = valproate semisodium, VLP = valproate, CBZ =
3   carbamazepine
4   * Number of participants in relevant treatment groups - trials may have additional treatment
5   groups
6   **trials with 2 antipsychotic arms - see 'study drugs' for data used (data added for
7   dichotomous outcomes where appropriate)
8   *** Acceptability data only
9   **** Study included 40% with schizoaffective disorder, but data given for BD group
10   separately
11   ***** plus 18-month follow-up - data used in the review of long-term maintenance below
12

13   *Notes on evidence*

14   Where a placebo-controlled trial compared 2 antipsychotics (i.e., a 3-arm trial:
15   antipsychotic A, antipsychotic B, placebo) the data from the following arms were
16   entered into the comparison with placebo: SMULEVICH2005 risperidone,
17   MCINTYRER2005 quetiapine. This means that there are no data for haloperidol
18   presented in this analysis.

19   Due to heterogeneity KHANNA2005 was removed from the following analyses as an
20   outlier: mania endpoint scores and leaving the study early for any reason.

21   *Summary of evidence for anipsychotics in the treatment of mania*

22   Note that most studies included a proportion of participants with psychotic features
23   and some also included participants experiencing mixed episodes
24   An overview of the results is provided in Table 29 with the full evidence profile in
25   Appendix 22.
26
27   RCTs for several atypical antipsychotics indicate superiority over placebo
28   (aripiprazole, olanzapine, quetiapine, risperidone, ziprasidone) and equivalent
29   efficacy to haloperidol (aripiprazole, olanzapine, quetiapine, risperidone,
30   ziprasidone), lithium (olanzapine) and valproate semisodium (olanzapine) in the
31   treatment of mania.  The addition of several atypical antpsychotics to either
32   valproate or lithium in patients with partially treated mania has been shown in RCTs
33   to be more effective than continuing treatment with valproate or lithium alone.
34

CONFIDENTIAL
AZSER12779459

DRAFT FOR SECOND CONSULTATION

1  **Table 29 Summary of evidence profile for antipsychotics in the treatment**
2  **of mania**

| | Vs placebo | Vs placebo (with prophylactic agent) | Vs lithium | Vs valproate semisodium | Vs haloperidol |
|---|---|---|---|---|---|
| **Evidence for efficacy (quality)** | Antipsychotics more effective than placebo (high) | Antipsychotics more effective than placebo (high) | Antipsychotics more effective than lithium (moderate) | Unlikely to be a difference (moderate) | Unlikely to be a difference (moderate) |
| **Evidence for acceptability/tolerability (quality)** | Antipsychotics more acceptable than placebo (moderate), some evidence of side effects (moderate) | prophylactic agents with or without antipsychotics equally acceptable (high); tolerability data largely inconclusive (low) other than antipsychotics produce EPS and weight gain (moderate) | Acceptability inconclusive (low); tolerability unlikely to be a difference (moderate) | Unlikely to be a difference (moderate) | Acceptability: unlikely to be a difference (high); tolerability antipsychotics more tolerable than haloperidol (high), except on weight gain where haloperidol better than olanzapine (moderate) |

3

4  **7.3.6          Miscellaneous pharmacological and non-pharmacological physical**
5  **interventions**

6  *Studies considered*

7  Four trials met the eligibility criteria set by the GDG. Excluded studies with reasons
8  for exclusion can be seen in Appendix 21. Characteristics of included studies are in
9  Table 30, with further details in Appendix 21.

10

CONFIDENTIAL
AZSER12779460

DRAFT FOR SECOND CONSULTATION

Table 30. Summary of study characteristics for miscellaneous pharmacological and non-pharmacological physical interventions in the treatment of mania

|  | ECT | Transcranial magnetic stimulation (TMS) | Calcium channel blockers |
|---|---|---|---|
| *No. trials (No. participants\*)* | *2 RCTs (1348)* | *1 RCT (16)* | *1 RCT (32)* |
| **Study IDs** | SIKDAR1994 (1) SMALL1988\*\* (2) | GRISARU1998 | JANICAK1998 |
| **Diagnosis** | (1) Mania (2) Bipolar I manic | Manic, 25% with psychotic features | Bipolar I 94% manic, 6% mixed, 71% psychotic features |
| **Setting** | (1) In/outpatients; (2) Inpatients; US | Israel | Inpatients |
| **Baseline data** | (1) YMRS 23 to 25 (2) Not available | YMRS 23-28 | MRS 26-29 |
| **Study treatment** | (1) ECT + chlorpromazine (2) ECT | TMS: right stimulation | Verapamil |
| **Comparator** | (1) simulated ECT + chlorpromazine (2) lithium | TMS: left stimulation | placebo |
| **Lithium serum levels** | (1) Not applicable (2) 0.6 to 1.5 mmol/L (to max 1.2 mmol/L for those taking neuroleptics) | Not applicable | Not applicable |
| **Mean age** | (1) Not available (2) 37 | 33 | 36 |
| **Trial length** | (1) (2) 8 weeks | 2 weeks | 3 weeks |

1  * Number of participants in relevant treatment groups - trials may have additional treatment
2  groups
3  ** Acceptability data only
4

5  *Summary of evidence for miscellaneous pharmacological and non-pharmacological*
6  *physical interventions in the treatment of mania*

7  An overview of the results is provided in Table 31 with the full evidence profile in
8  Appendix 22.  None of the treatments considered (i.e. ECT, transcranial magnetic
9  stimulation and calcium channel blockers) were of proven efficacy.
10

11  **Table 31 Summary of evidence profile for miscellaneous pharmacological and**
12  **non-pharmacological physical interventions in the treatment of mania**

|  | ECT | Transcranial magnetic stimulation | Calcium channel blockers |
|---|---|---|---|
| **Evidence for efficacy (quality)** | No evidence versus lithium More effective than an antipsychotic alone (moderate) | No evidence versus placebo; right-hand stimulation more effective than left-hand stimulation (moderate) | Data are inconclusive (low) for efficacy outcomes |
| **Evidence for acceptability/ tolerability (quality)** | Data are inconclusive (low) for tolerability/acceptability outcomes | Data are inconclusive (low) for tolerability/acceptability outcomes | Data are inconclusive (low) for tolerability/acceptability outcomes |

13

14  **7.3.7          The treatment of mania in children and adolescents**

15  **Lithium in the treatment of mania in children and adolescents**

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)          Page 170 of 341

CONFIDENTIAL
AZSER12779461

DRAFT FOR SECOND CONSULTATION

1  *Studies considered*

2  Three RCTs of lithium in the treatment of mania in children and adolescents were
3  considered (GELLER1998, KAFANTARIS2004, KOWATCH2000). KOWATCH2000 is
4  not a double-blind trial, but was included since evidence in this area is scarce. A
5  summary of study characteristics is in *Table* 32, with further details in appendix 21.

6  **Table 32  Summary of study characteristics for lithium in the treatment**
7  **of mania in children and adolescents**

| | Lithium vs placebo | Lithium vs other drugs |
|---|---|---|
| *No. trials (No. participants*)* | *2 RCTs* *(65)* | *1 RCT open label* *(42)* |
| **Study IDs** | GELLER1998 (1) KAFANTARIS2004 (2) | KOWATCH2000A (1) |
| **Diagnosis** | (1) Acute manic episode with substance use disorder (< 2 months' duration) (2) Acute manic episode with psychotic features | Bipolar I manic/mixed 53%, Bipolar II manic/mixed 47% |
| **Setting** | Inpatients; US (25% of (2) outpatients) | Outpatients; US |
| **Baseline data** | No relevant baseline data available | None available |
| **Study treatment** | (1)  Lithium 0.9-1.3 mEq/L (2) Lithium 0.6-1.2mEq/L | Lithium 0.8-1.2mEq/L |
| **Comparator** | Placebo | (1) Carbamazepine 7-10ug/L (2) Valproate semisodium85-110ug/L |
| **Mean age** | 16 | 11 |
| **Trial length** | (1) 42 (2) 14 (after 4-week open treatment with lithium) | 42 |

8  *Summary of evidence for lithium in the treatment of mania in children and*
9  *adolescents*

10  An overview of the results is provided in Table 33 with the full evidence profile in
11  Appendix 22. The KAFANTARIS2004 trial is of children and adolescents given
12  lithium for 4 weeks and then randomised to continue or discontinue treatment. In
13  addition, 25% had psychotic features received antipsychotic treatment. The estimated
14  effect size shows little difference in mania scores, although the 95% confidence
15  intervals are wide making this hard to interpret. In the trial of mania with substance
16  use disorder lithium was superior to placebo.  Given the lack of other trials of
17  pharmacotherapy in children and adolescents it is necessary to cautiously
18  extrapolate from the adult evidence base.
19

CONFIDENTIAL
AZSER12779462

DRAFT FOR SECOND CONSULTATION

1    **Table 33 Summary of study characteristics for lithium in the treatment of**
2    **mania in children and adolescents**

| Comparator | Lithium versus placebo | Placebo (for substance misuse) | Lithium versus other drugs |
|---|---|---|---|
| **Study population** | Mean age 15 | Mean age 16 | Mean age 11 |
| **Evidence for efficacy (quality)** | Data are inconclusive (low) | Lithium more effective than placebo (moderate) | Versus valproate semisodium and carbamazepine: data not available (very low) |
| **Evidence for acceptability /tolerability (quality)** | Data are not available | Data are inconclusive (low) | Versus valproate semisodium and carbamazepine: data are inconclusive (low) |

3

4    **Antipsychotics in the treatment of mania in children and adolescents**
5    Three RCTs of antipsychotics in the treatment of mania in children and adolescents
6    were included, only one of which was a double-blind, full randomised trial. A
7    summary of study characteristics is in Table 32, with further details in Appendix 21

CONFIDENTIAL
AZSER12779463

DRAFT FOR SECOND CONSULTATION

1

2   **Table 34  Summary of study characteristics for antipsychotics in the**
3   **treatment of mania in children and adolescents**

|  | Quetiapine | Lithium + Risperidone vs Valproate semisodium + Risperidone | Risperidone vs Olanzapine |
|---|---|---|---|
| *No. trials (No. participants\*)* | *1 RCT (30)* | *1 RCT open label (40)* | *1 Semi-randomised RCT (31)* |
| **Study IDs** | DELBELLO2002 (1) | *PAVULURI2004A* | BIEDERMAN2005A |
| **Diagnosis** | Bipolar I 24% manic, 76% mixed | Bipolar I and II manic/mixed (78% ADHD) | Bipolar I manic/mixed, Bipolar II manic/mixed |
| **Setting** | Inpatients; US | Outpatients, US | Outpatients, US |
| **Baseline data** | None available | YMRS 29-30 CDRS-R 62-71 | No relevant baseline data available |
| **Study treatment** | Valproate semisodium+ quetiapine | Lithium 0.6-1.0mEq.L + Risperidone mean dose 750mg/d | Risperidone: mean dose 1.4mg/d |
| **Comparator** | Valproate semisodium | Valproate semisodium 50-120ug/ml+ Risperidone mean dose 750mg/d | Olanzapine: mean dose 6.3mg/d |
| **Mean age** | Range 12-18 | 12 | 5 (range 4-6) |
| **Trial length** | 6 weeks | 180 | 56 |

4   *Summary of evidence for antipsychotics in the treatment of mania in children and*
5   *adolescents*
6   An overview of the results is provided in Table 35 with the full evidence profile in
7   Appendix 22. Data for the use of antipsychotics in the treatment of mania in children
8   and adolescents is sparse and of very low quality. Given this it is necessary to
9   extrapolate cautiously from the adult evidence base.
10

CONFIDENTIAL
AZSER12779464

DRAFT FOR SECOND CONSULTATION

1   **Table 35 Summary of evidence for antipsychtoics in the treatment of**
2   **mani in children and adolescents**

| Comparator | Quetiapine | Lithium + Risperidone vs Valproate semisodium Sodium + Risperidone | Risperidone vs Olanzapine |
|---|---|---|---|
| **Study population** | Age 12-18 | Mean age 12 | Mean age 5 (range 4-6) |
| **Evidence for efficacy (quality)** | Appropriate efficacy data not available (very low) | Data on general function is inconclusive (very low); no other data available | Favours risperidone (low) |
| **Evidence for acceptability /tolerability (quality)** | Leaving the study early favours placebo (moderate) | Leaving the study early favours valproate semisodium (low); other data is inconclusive (very low) | Favours risperidone (low) |

3   **7.3.8         Clinical summary, and practical considerations, for the treatment of**
4   **mania**

5   In terms of pharmacological treatment, acute mania has been more studied than any
6   other aspect of bipolar disorder. Drugs that have been shown to be superior to
7   placebo in acute mania include carbamazepine, valproate, lithium and several
8   atypical antipsychotics including aripiprazole, olanzapine, quetiapine, risperidone
9   and ziprasidone.  RCTs are not uniformly positive in acute mania.  For example,
10  verapamil, a calcium channel antagonist, was not more effective than placebo
11  (JANICAK1998) and gabapentin in combination with valproate or lithium was not
12  more effective than valproate or lithium alone (PANDE2000).
13
14  Given the existence of several efficacious agents in mania, the size of the supporting
15  evidence base, and comparative efficacy and tolerability should be considered.  The
16  number of participants in placebo-controlled trials, that fulfilled the GDG's criteria,
17  for lithium (n=323), carbamazepine (n=316) and valproate (n=150) is far less than for
18  antipsychotics (n=1554). In terms of comparative efficacy there are few head to head
19  trials of single agents in mania.  Most such trials (for example, olanzapine versus
20  lithium, olanzapine vs valproate semisodium, olanzapine vs haloperidol) do not
21  reveal convincing evidence for differential efficacy or tolerability though an
22  exception is a single trial in which lithium was superior to valproate semisodium.  In
23  view of this non-RCT data and practical issues need to be considered when choosing
24  between monotherapies for mania.
25

26  *Carbamazepine*

27  Carbamazepine is not a simple drug to use; side-effects include nausea, blurring of
28  vision and unsteadiness.  To minimise these it is necessary to gradually increase the
29  dose.  Carbamazepine can also cause blood dyscrasias and skin rashes and is
30  teratogenic.  It reduces the plasma level of many co-prescribed medications,
31  including antipsychotics, by inducing hepatic enzymes.  As a result it cannot be
32  recommended as a first-line treatment for acute mania.

CONFIDENTIAL
AZSER12779465

DRAFT FOR SECOND CONSULTATION

1

2   *Lithium*

3   Lithium is associated with a number of problems, including long-term risk of chronic
4   renal impairment and hypothyroidism.  Lithium can impair renal function in several
5   ways. It inhibits the effect of antidiuretic hormone on the distal tubule and so impairs
6   water reabsorption. This is relatively common, manifests as polyuria and polydipsia
7   and, when severe, can lead to frank diabetes inspidius which occurs in about 10% of
8   patients on long-term lithium treatment (Bendz & Aurell, 1992). Complications
9   include dehydration and an increased risk of toxicity from drugs with a low
10  therapeutic index including lithium. The effects of lithium on renal concentrating
11  ability are usually reversible on stopping treatment. In a small minority of patients,
12  long-term lithium treatment can lead to a reduction in glomerular filtration and a
13  gradual rise in serum creatinine. This may reflect a chronic interstitial or
14  tubulointerstitial nephropathy which can be irreversible, even on stopping lithium.
15  The exact prevalence of this complication is uncertain but it appears to be the
16  exception rather than the rule and progression to end stage renal failure appears very
17  rare.
18
19  Pre- and regular (every 6 months) post-treatment checks of renal and thyroid
20  function are therefore essential.  The low therapeutic index of lithium requires that
21  after treatment is commenced the dose is gradually built up to achieve an effective
22  plasma level.  In order to achieve satisfactory plasma levels, plasma levels need to be
23  checked one week after initiation (and after every dose change) then every 3 months.
24  Plasma levels of lithium are increased by several medications including diuretics and
25  non-steroidal anti-inflammatory drugs.  Lithium is also teratogenic.  It must be
26  withdrawn gradually to minimise the occurrence of rebound mania or depression.
27  All these considerations mean that lithium is a rather impractical agent to commence
28  *de novo* for the treatment of mania.  However, in patients whose bipolar illness has
29  previously been controlled by lithium a recurrence of mania associated with a low
30  serum lithium level, perhaps secondary to poor concordance, may be treated by
31  increasing the dose of lithium particularly if symptoms are relatively mild.
32

33  *Valproate*

34  Valproate is generally well tolerated. More frequent side effects include gastric
35  irritation, nausea, ataxia and tremor.  These side effects are often dose related and as
36  the effective dose varies between patients it is usual practice to increase the dose
37  gradually according to clinical response. Plasma level monitoring is not necessary
38  unless there is evidence of ineffectiveness, poor adherence or toxicity, though pre-
39  treatment and post-treatment checks of full blood count and hepatic function are
40  advisable.  Valproate can elevate serum levels of carbamazepine and lamotrigine.  Its
41  most serious side effects are its association with structural teratogenicity and mental
42  impairment in the newborn when prescribed during pregnancy.  Consequently
43  valproate cannot be recommended as a first-line agent in the treatment of mania in
44  women of child-bearing age (unless they are using a highly reliable from of
45  contraception such as an intra-uterine device).   In other women and in men
46  valproate can be considered, alongside antipsychotics, as a first-line agent for the
47  treatment of mania.
48

CONFIDENTIAL
AZSER12779466

DRAFT FOR SECOND CONSULTATION

1    Polycystic ovary syndrome (PCOS) is characterised by excess androgen levels and
2    ovulatory dysfunction.  Several studies have reported a higher prevalence in women
3    with epilepsy and bipolar disorder.  Debate has centred on whether this reflect an
4    association with the underlying disorder (i.e. epilepsy or bipolar disorder) or the
5    result of antiepileptic drugs in particular valproate (Rasgon, 2004). Current research
6    is not sufficient to provide a definitive answer but suggests that both pathways may
7    be relevant.  In particular a recent small study of reproductive function in women
8    with bipolar disorder found a high rate of menstrual disturbances that in many cases
9    preceded the diagnosis and treatment for the disorder (Rasgon *et al*, 2005).
10   Furthermore treatment with valproate was associated with a higher risk of
11   development of menstrual abnormalities than other treatments and valproate was
12   also associated with an increase in testosterone levels over time.
13
14   *Antipsychotics*

15   Antipsychotics can either be started at a therapeutic antimanic dose on day one of
16   treatment or, (in the case of quetiapine and risperidone where titration is necessary
17   to minimise side -effects) rapidly titrated to allow a therapeutic dose to be reached
18   within a few days which is shorter than is the case with titration of lithium and
19   valproate.  There is no evidence of teratogenicity with antipsychotics though one
20   has to be cautious particularly with newly introduced agents such as aripiprazole
21   where experience is more limited.  RCTs indicate that the addition of several
22   atypical antipsychotics to pre-existing treatment with either valproate or lithium in
23   patients with partially treated mania is more effective than continuing treatment
24   with valproate or lithium alone.  These factors make antipsychotics suitable as first-
25   line treatments for mania.
26
27   In choosing between antipsychotics, atypical antipsychotics are preferred to
28   conventional antipsychotics due to the existence of a greater number of supportive
29   RCTs and the lower risk of extrapyramidal symptoms, at least when the comparator
30   is haloperidol.  Several atypical antipsychotics are associated with a low risk of
31   elevation of serum prolactin, another advantage compared to haloperidol.  This
32   advantage is not shared by all atypical antipsychotics; both risperidone and
33   amisulpride are commonly associated with elevation of serum prolactin.  The
34   atypical antipsychotics licensed for the treatment of mania in the UK are olanzapine,
35   quetiapine and risperidone.
36
37   Atypical antipsychotics are not without their drawbacks.  All can cause significant
38   weight gain in some patients.  The risk is greatest with olanzapine which is
39   associated with about 30% of patients gaining $\geq$7% of body weight in short term
40   trials.  There is also concern about the potential for metabolic disturbance (elevation
41   of serum glucose and lipids) with the atypical antipsychotics.  The absolute and
42   relative risk of metabolic disturbance with atypical antipsychotics is unclear due to
43   the lack of long-term RCTs with metabolic data. What metabolic data is available is
44   often not present for all trial participants and sometimes consists of measures that
45   are not ideal for example, non-fasting serum glucose levels when fasting glucose
46   levels are more relevant.  Non-prospective data, which has many methodological
47   limitations, suggests that as a class atypical antipsychotics are associated with a
48   greater risk of diabetes than conventional antipsychotics.  Some evidence suggests
49   that within the atypical class the risk of serum glucose elevation (as oppose to frank

CONFIDENTIAL
AZSER12779467

DRAFT FOR SECOND CONSULTATION

1   diabetes) is greater with olanzapine.  Olanzapine may also have more potential to
2   elevate serum cholesterol and triglycerides than other atypical antipsychotics.
3
4   Despite controversy about the relative risk of metabolic disturbance with different
5   agents, there is a consensus that patients prescribed atypical antipsychotics should
6   have pre- and post-treatment checks of plasma glucose, cholesterol and triglycerides.
7   At the present time, given the limitations of the evidence, it is not possible to make
8   recommendations regarding choice between individual atypical antipsychotics
9   licensed for the treatment of acute mania on the basis of safety and tolerability other
10   than to state that weight gain is more common with olanzapine and raised prolactin
11   is more common with risperidone.  Should the uncertainty about the risk of
12   metabolic disturbance with different atypical antipsychotics be resolved and robust
13   evidence emerge of a differential effect then this situation may change.  This would
14   also be the case should evidence emerge of a differential efficacy.
15

16   *Summary*

17   In summary for women of child potential the treatment of choice for acute mania not
18   currently taking medication is an atypical antipsychotic.  In other women and in men
19   the treatment of choice is either an atypical antipsychotic or valproate.  In a patient
20   with mania already taking lithium (with a sub-optimal plasma level) or taking
21   valproate one can consider increasing the dose of the existing antimanic agent.
22   However if symptoms are severe such dose increases will often need to be done in
23   conjunction with starting an antipsychotic.  For patients already taking lithium or
24   valproate, where it is not appropriate to increase the dose treatment options include
25   adding either lithium or valproate or adding an antipsychotic.

## 7.4   Economic evidence for the treatment of acute manic episodes

### 7.4.1   Review overview

29   The literature search identified 6 economic studies that assessed the cost-
30   effectiveness of pharmacological agents for the treatment of acute manic episodes
31   associated with bipolar disorder. Four of the studies (TOHEN1999A, ZAJECKA2002,
32   TOHEN2002A, REVICKI2005) were conducted alongside RCTs, whereas the other
33   two analyses (KECK1996, BRIDLE2004) were based on decision-analytic modelling.
34

35   Characteristics and results of all studies included in the economic review are
36   presented in the form of evidence tables in Appendix 14.

### 7.4.2   Olanzapine versus placebo

38   One study evaluated the improvements in clinical symptoms and health-related
39   quality of life (HRQOL), as well as direct medical cost implications from a 3rd party
40   payer's perspective (insurance), associated with olanzapine treatment in patients
41   diagnosed with bipolar I disorder experiencing a manic or mixed episode
42   (TOHEN1999A). The study was undertaken in the US. Improvements in clinical
43   symptoms and HRQOL were measured using the Young Mania Rating Scale (Y-
44   MRS) and the Medical Outcomes Study 36-item short-form Health Survey (SF-36)
45   respectively. The time horizon of the study was one year (52 weeks), comprising a 3-
46   week acute phase in which patients were randomised to receive either olanzapine or

CONFIDENTIAL
AZSER12779468

DRAFT FOR SECOND CONSULTATION

1  placebo, followed by a 49-week open-label extension; during the second phase, use of
2  lithium and fluoxetine was permitted for patients experiencing breakthrough
3  symptoms. Direct costs were estimated only for the 49-week open-label extension,
4  and were compared with respective costs incurred over 12 months prior to the study.
5
6  In both the acute phase and the open-label extension, olanzapine was associated with
7  overall improvement in clinical and HRQOL outcomes. Compared to costs incurred
8  12 months prior to the study, olanzapine therapy resulted in monthly savings of
9  almost $900 per patient (1995 prices) during the 49-week open-label extension,
10  largely driven by inpatient cost reductions over that period. The authors concluded
11  that olanzapine had a significant impact on the treatment of mania, and could be
12  considered a cost-effective treatment option for use in patients with bipolar I
13  disorder. However, the main drawback of the economic analysis was that it utilised
14  findings of a within-group comparison (before-after study), which may have
15  potentially introduced systematic bias and confounding factors.

16  **7.4.3        Valproate semisodium versus lithium**
17  REVICKI2005 compared the effectiveness and medical costs between valproate
18  semisodium and lithium for the treatment of patients with bipolar I disorder
19  hospitalised for an acute manic or mixed episode. The analysis was based on a
20  pragmatic, multi-centre, open-label RCT carried out in the US. The trial was
21  performed under conditions of routine psychiatric care without blinding; patients
22  entering the study continued to receive their usual medical care. Other medications
23  for treating bipolar disorder were administered as clinically necessary, although
24  concurrent treatment with both study medications was strongly avoided, unless
25  clinically required. The time horizon of the analysis was 12 months, comprising an
26  acute phase, extending from randomisation to hospital discharge, and a maintenance
27  phase, starting from the day after discharge and lasting until the total 12-month
28  duration of the trial. The primary clinical outcomes were the mean number of
29  months without DSM-IV level manic or depressive symptoms, as well as the patient
30  functioning and well-being measured using the Mental Component Summary (MRS)
31  and Physical Component Summary (PRS) of the Medical Outcomes Study 36-item
32  short-form Health Survey (SF-36). The perspective of the analysis was that of the
33  health service, therefore only direct medical costs were estimated. The results of the
34  analysis demonstrated that there were no significant differences between valproate
35  semisodium and lithium in terms of effectiveness and medical costs. Total medical
36  costs per patient were $28,911 for valproate semisodium and $30,666 for lithium
37  (p=0.693, 1997 prices).
38
39  KECK1996 assessed the one-year direct medical costs associated with valproate
40  semisodium or lithium monotherapy for the management of patients with bipolar I
41  disorder hospitalised for a manic or mixed episode, or rapid cycling. The study,
42  carried out in the US, was based on a deterministic, decision-analytic model. The
43  model incorporated rates of response to treatment (defined as >50% improvement in
44  clinical symptoms), length of initial hospitalisation, relapse rates, and rates of
45  adverse events, and subsequently estimated the total costs incurred over a year of
46  acute and long-term treatment associated with each of the agents compared. Total
47  costs consisted of costs of medication, initial hospitalisation, long-term treatment and
48  treatment of relapses, including laboratory test costs and costs of treating side effects.
49  Initial response rates to treatment were calculated as a weighted mean of response

CONFIDENTIAL
AZSER12779469

DRAFT FOR SECOND CONSULTATION

1  rates reported in studies identified in a literature review; other effectiveness and
2  resource use parameters were based on published and unpublished data and an
3  expert panel opinion.
4
5  The total annual cost per patient was estimated to be $39,643 for valproate
6  semisodium, and $43,400 for lithium (1994 prices). Overall savings associated with
7  valproate semisodium, despite of its higher acquisition costs, were attributed to the
8  lower cost of initial hospitalisation, resulting from a shorter length of stay (14.3 days
9  with valproate semisodium versus 18.4 days with lithium). As expected, cost results
10 were highly sensitive to the length of initial hospitalisation: a 30% increase in the
11 length-of-stay for valproate semisodium or a 37% decrease in the length-of-stay for
12 lithium would lead in total costs of treatment being equal for the two drugs.
13 Although no effectiveness measure was explicitly used in the economic analysis, it
14 can be inferred from the base-case results that, since valproate semisodium was
15 associated with a higher response rate compared to lithium (0.59 versus 0.49
16 respectively), and the two drugs were considered to have equivalent relapse rates
17 (0.56), valproate semisodium was likely to be a more cost-effective option than
18 lithium, as it was associated with lower costs and better outcomes.

19 **7.4.4        Valproate semisodium versus olanzapine**
20 A 12-week, double-blind, multi-centre RCT compared the clinical, HRQOL, and
21 economic outcomes of valproate semisodium and olanzapine for the treatment of
22 acute mania in patients with bipolar I disorder (ZAJECKA2002). The study was
23 conducted in the US. Clinical symptoms were measured using the Mania Rating
24 Scale (MRS) from the Schedule for Affective Disorders and Schizophrenia (SADS)
25 Change Version, and the Hamilton Rating Scale for Depression (HAM-D). HRQOL
26 was measured using the Quality of Life Enjoyment and Satisfaction Questionnaire
27 (Q-LES-Q) and the number of days with restricted activity. Economic outcomes
28 consisted of direct medical costs; a health service perspective was adopted. The
29 results of the analysis showed that there were no significant differences between the
30 two agents in terms of clinical, HRQOL, and economic outcomes over the 12-week
31 period. Valproate semisodium was associated with significantly lower outpatient
32 costs compared to olanzapine; nevertheless, total direct medical costs related to the
33 two agents were similar (valproate semisodium $13,703 per patient, olanzapine
34 $15,180 per patient, p=0.88).
35
36 Another study comparing valproate semisodium and olanzapine in terms of direct
37 treatment costs and various clinical outcomes (including Y-MRS scores, remission
38 rates, median times to remission etc) was also performed in the US (TOHEN2002A).
39 The economic analysis was conducted alongside a 47-week, double-blind, multi-
40 centre RCT. The study population consisted of patients with bipolar I disorder
41 hospitalised for an acute manic or mixed episode. The study adopted a health service
42 perspective. Overall, clinical outcomes were reported to be favouring olanzapine,
43 while total direct medical costs were found to be similar for the two pharmacological
44 agents compared (valproate semisodium $15,801 per patient, olanzapine $14,967 per
45 patient, p>0.05).

CONFIDENTIAL
AZSER12779470

DRAFT FOR SECOND CONSULTATION

1 **7.4.5      Assessment of newer drugs for the treatment of mania (quetiapine,**
2 **olanzapine, valproate semisodium)**

3 BRIDLE2004 was the only study included in the review that was carried out in the
4 UK; therefore, it is discussed in more detail. The economic analysis was conducted as
5 part of a NHS Health Technology Assessment; the objective of the report was to
6 evaluate the clinical and cost-effectiveness of quetiapine, olanzapine and valproate
7 semisodium in the treatment of mania associated with bipolar disorder. For this
8 purpose a systematic review of the literature was undertaken. Based on the results of
9 the review, the authors concluded that, regarding clinical effectiveness, all three
10 agents were superior to placebo in reducing manic symptoms. In comparison to
11 lithium, no significant differences were found for any of the three drugs in terms of
12 clinical effectiveness. The clinical effectiveness of quetiapine and olanzapine was
13 found to be comparable to that of haloperidol; however, olanzapine resulted in less
14 negative outcomes regarding Health Related Quality of Life (HRQoL) relative to
15 haloperidol. All three agents were associated with side effects.
16
17 Regarding cost-effectiveness, no safe conclusions could be drawn from the findings
18 of the literature review, due to a number of important limitations characterising
19 already published studies, such as lack of direct comparisons between the drugs
20 under evaluation, as well as differences between the studies regarding the study
21 designs and assumptions used. Moreover, the economic studies included in the
22 review had been carried out in the US; consequently their results referred to a setting
23 that was likely to differ substantially compared to the UK healthcare setting in terms
24 of resource utilisation and costs. Therefore, a new probabilistic economic model was
25 developed, in order to overcome these limitations and assist the decision-making
26 process in the context of the NHS.
27
28 The model estimated total medical costs and benefits resulting from treating acute
29 manic episodes associated with bipolar disorder. Effectiveness data were derived
30 from a meta-analysis that incorporated seven of the studies included in the
31 systematic review, based on additional selection criteria. The availability of
32 effectiveness data from the systematic review determined the choice of treatments
33 included in the economic analysis; the following pharmacological agents were thus
34 analysed: quetiapine, olanzapine, valproate semisodium, haloperidol and lithium.
35 The primary measure of benefit used in the economic analysis was the number of
36 responders to treatment; response was defined as ≥ 50% improvement in patient's
37 manic symptoms, expressed in changes in Y-MRS scores. The time horizon was equal
38 to 3 weeks in the base-case analysis, to reflect the most commonly reported length of
39 follow-up for which effectiveness data were provided in the clinical trials. Estimated
40 costs, expressed in 2001-2002 prices, included direct medical costs from the NHS
41 perspective; these consisted of hospitalisation and drug acquisition costs, as well as
42 costs of diagnostic and laboratory tests required for the monitoring of patients. Costs
43 of treating adverse events were not included in the analysis, due to lack of relevant
44 data reported in the literature. However, the authors felt that the majority of adverse
45 events associated with the agents compared were unlikely to have significant
46 resource implications in the 3-week time horizon of the model. Hospitalisation costs
47 were estimated to be the same for each drug treatment, as all patients were assumed
48 to be hospitalised at the start of the model and remain hospitalised for the total 3-
49 week period, regardless of response to treatment.
50

CONFIDENTIAL
AZSER12779471

DRAFT FOR SECOND CONSULTATION

1   The base-case results of the analysis showed that mean response rates for olanzapine
2   (0.54) and haloperidol (0.52) were higher than lithium (0.50), quetiapine (0.47), and
3   valproate semisodium (0.45). Haloperidol had the lowest mean total costs per patient
4   (£3,047) in comparison to valproate semisodium (£3,139), olanzapine (3,161), lithium
5   (£3,162), and quetiapine (£3,165). In terms of cost-effectiveness, lithium, valproate
6   semisodium, and quetiapine were dominated by haloperidol, i.e. they were both less
7   effective and more costly, and therefore were excluded from further analysis.
8   Compared to haloperidol, olanzapine was both more effective and more costly,
9   demonstrating an Incremental Cost-Effectiveness Ratio (ICER) equal to £7,179 per
10  additional responder. The authors concluded that if the decision-maker were
11  prepared to pay less than £7,179 per additional responder, then haloperidol was the
12  optimal decision; however, if he were prepared to pay at least £7,179 per additional
13  responder, then olanzapine became the most cost-effective option.
14
15  One-way sensitivity analyses were undertaken, to explore whether using alternative
16  model assumptions would have an impact on the base-case results. In terms of
17  dominance, results were robust to the majority of alternative assumptions tested
18  (such as discharge of non-responders at a later time than responders, treatment of
19  non-responders with 2nd and 3rd line pharmacological therapies, reductions in
20  diagnostic and laboratory costs, inclusion of effectiveness data for patients initially
21  excluded from analysis according to a modified intention-to-treat approach,
22  inclusion of treatment costs for extra-pyramid symptoms due to haloperidol use).
23  The ICER of olanzapine compared to haloperidol ranged between £1,236 (when
24  longer hospitalisation was assumed for non-responders) and £7,165 (when 2nd and 3rd
25  line treatment was assumed for non-responders, with a low cost estimate used) per
26  additional responder. Base-case results were sensitive only to the entire exclusion of
27  diagnostic and laboratory costs from the analysis, which constituted a rather extreme
28  scenario. In this case lithium became the cheapest option. Valproate semisodium and
29  quetiapine were dominated by both lithium and haloperidol. The ICERs of
30  olanzapine and haloperidol relative to lithium were £7,109 and £103 per additional
31  responder respectively in this scenario.
32
33  In order to incorporate the uncertainty within the model related to both cost
34  estimates and response rates, a probabilistic analysis was carried out based on Monte
35  Carlo simulation techniques. Instead of mean values, costs and response rates were
36  assigned a range of values based on probability distributions; results were presented
37  in the form of Cost-Effectiveness Acceptability Curves (CEACs), which demonstrated
38  the probability of each agent being cost-effective, taking into account the underlying
39  uncertainty in model input parameters. Probabilities were estimated over a range of
40  potential maximum cost values that the health service was willing to pay in order to
41  achieve an additional unit of benefit (i.e. an additional responder). The CEACs
42  demonstrated that, for a willingness-to-pay equal to £20,000 per additional
43  responder, the probabilities of treatments under assessment being cost-effective
44  were: olanzapine 0.44; haloperidol 0.37; lithium 0.16; quetiapine 0.02; and valproate
45  semisodium 0.01. The probability that olanzapine was cost-effective increased as the
46  willingness-to-pay increased: for a maximum willingness-to-pay £10,000 per
47  additional responder this probability was 0.42%, increasing to 0.45 if the maximum
48  willingness-to-pay rose to £40,000. At the extreme of a zero value placed on the
49  willingness-to-pay for an additional responder, haloperidol was proved to be the
50  most cost-effective option (with probability equalling 1).
51

CONFIDENTIAL
AZSER12779472

DRAFT FOR SECOND CONSULTATION

1   Although the above analysis was well conducted, it was characterised by a number
2   of limitations, as acknowledged by the authors. In terms of effectiveness rates
3   utilised in the model, these were based on indirect evidence; this fact may have
4   introduced bias in the analysis. Moreover, systematic searches for all possible
5   comparators were not undertaken, which means that there may have been additional
6   indirect evidence that was not incorporated in the meta-analysis that provided the
7   effectiveness rates for the economic model. In addition, no combination therapies or
8   2nd and 3rd line treatments were considered in the analysis, due to lack of available
9   data. Finally, the results of the meta-analysis demonstrated that the effectiveness
10  rates were similar between the drugs assessed (as shown by overlapping in 95%
11  confidence intervals around mean response rates), which means that their relative
12  cost-effectiveness in practice depended on differences in associated costs only. Cost
13  differences between pharmacological agents were found to be very small (varying
14  between £3,047 and £3,165), and were attributed exclusively to differences in
15  acquisition and monitoring costs, as no evidence was available to suggest a
16  difference in the length of hospital stay relating to each pharmacological treatment
17  examined. However, potential differences between drugs in terms of associated
18  length of hospitalisation may affect significantly their relative cost-effectiveness, as
19  inpatient care is the major driver of total medical costs associated with treatment of
20  acute mania.
21
22  In terms of model structure and assumptions used, the short time frame of the
23  analysis limits the value of the results, as potential differences between
24  pharmacological agents in terms of overall length of hospitalisation -beyond the time
25  frame of 3 weeks- may affect significantly their relative cost-effectiveness. On the
26  other hand, it was assumed that all patients (both responders and non-responders)
27  were hospitalised over the 3-week time frame of the model; if some of the agents are
28  actually associated with lower length of hospital stay for responders, this assumption
29  has underestimated their cost-effectiveness, probably in a significant degree, as
30  inpatient costs are the major component of total medical costs associated with
31  treatment of acute mania.
32
33  Finally, the use of response rates as the primary outcome measure instead of a
34  generic measure of outcome such as Quality Adjusted Life Years (QALYs) due to
35  lack of appropriate data, and the exclusion of costs and quality of life aspects of
36  adverse events from the analysis due to the same reason were also acknowledged by
37  the authors as further limitations of their analysis.

38  **7.4.6      Summary of economic evidence**
39  Overall, the existing economic evidence suggests that it is likely that there is no
40  significant difference in the relative cost-effectiveness between the various
41  pharmacological agents used for the management of acute manic episodes associated
42  with bipolar disorder. REVICKI2005 concluded that there were no significant
43  differences between valproate semisodium and lithium in terms of effectiveness and
44  costs. KECK1996 stated that valproate semisodium was likely to be a more cost-
45  effective option than lithium; however, the results of this analysis were highly
46  sensitive to the length of initial hospitalisation for the treatment of mania.
47  ZAJECKA2002 and TOHEN2002A demonstrated that valproate semisodium and
48  olanzapine were associated with similar overall treatment costs; the findings of the
49  two studies differed in terms of effectiveness: the first study concluded that the two

CONFIDENTIAL
AZSER12779473

DRAFT FOR SECOND CONSULTATION

1  treatments were equally effective, while the second one reported a higher rate of
2  effectiveness for olanzapine.
3
4  The BRIDLE2004 economic analysis, the only one that utilised UK cost data, showed
5  that lithium, valproate semisodium and quetiapine were more costly and less
6  effective than haloperidol. Olanzapine was found to be more effective and more
7  costly than haloperidol, with an ICER equal to £7,179 per additional responder.
8  However, the results of the meta-analysis conducted as part of the same study
9  suggested that treatments did not differ significantly in terms of clinical
10  effectiveness. Moreover, the differences in total medical costs between the drugs
11  assessed were shown to be very small. This was expected, as hospitalisation costs,
12  the major component of costs associated with the treatment of acute mania, were
13  assumed to be the same for all agents, due to lack of evidence of a differential effect
14  of treatments on the length of hospitalisation following an acute manic episode.
15
16  Based on the results of the literature review it can be concluded that if all
17  medications for the treatment of acute mania have a similar effect on the length of
18  hospital stay, then their relative cost-effectiveness is likely to be comparable. Future
19  research is needed to explore whether pharmacological treatments used for the
20  management of acute mania in patients with bipolar disorder have a differential
21  impact on the length of hospital stay, in order to determine their relative cost-
22  effectiveness with more certainty.
23

24  ## 7.5   Clinical practice recommendations for the
25  treatment of acute mania

26  *General advice*

27  7.5.1.1  At initial presentation of a patient with bipolar disorder, healthcare
28  professionals should establish the patient's smoking status and alcohol use,
29  and should routinely ensure that the following physical tests are performed:

30  • thyroid, liver and renal function tests, blood pressure, and full blood
31  count, blood glucose, lipid profile

32  • weight and height

33  and consider the following tests where indicated:

34  • EEG, CT scan or MRI scan in patients in whom organic aetiology
35  and/or a relevant comorbidity is suspected

36  • drug screening, chest X-ray and ECG if suggested by the patient
37  history or current clinical picture.

38  7.5.1.2  Healthcare professionals should discuss contraception, and the risks of
39  pregnancy (including the risks of relapse in pregnancy, the possible risks to
40  the unborn child of medication, and the risks associated with stopping

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)   Page 183 of 341

CONFIDENTIAL
AZSER12779474

DRAFT FOR SECOND CONSULTATION

1    medication during the pregnancy) with women of child-bearing potential
2    regardless of whether they are currently planning a pregnancy. They should
3    encourage patients to discuss plans to conceive with their doctor.

4    7.5.1.3 In patients with mild mania healthcare professionals should consider treating
5         such episodes as manic episodes and extrapolate from the recommendations
6         for the treatment of acute mania as appropriate.

7    7.5.1.4 To help reduce the negative consequences of manic symptoms, healthcare
8         professionals should consider advising patients to avoid excessive
9         stimulation, to engage in calming activities, to delay important decisions,
10        and to establish a structured routine (including a regular sleep pattern) in
11        which the general level of activity is reduced.

12    7.5.1.5 For patients taking an antidepressant at the time of onset of an acute manic
13        episode, prescribers should stop the antidepressant drug. The decision
14        about whether to discontinue the antidepressant abruptly or gradually
15        should be based on current clinical need, previous experience of
16        discontinuation/withdrawal symptoms, and the risk of
17        discontinuation/withdrawal symptoms of the antidepressant in question.

18    7.5.1.6 People experiencing a manic episode, or severe depressive symptoms, should
19        normally be seen within a week of first assessment by a healthcare
20        professional. Thereafter they should be seen on an appropriate and regular
21        basis, for example, at intervals of 2–4 weeks in the first 3 months and at
22        longer intervals thereafter, if response is good.

23    *Pharmacological management of acute mania for those not currently taking*
24    *antimanic medication*

25    7.5.1.7 In the treatment of acute mania in patients not currently taking antimanic
26        medication, treatment options include starting the patient on an
27        antipsychotic, valproate or lithium. When choosing between these, bear in
28        mind continuing long-term use, the likely side effect profile, and:

29        •   Consider an antipsychotic for those who have severe manic symptoms
30            or show marked behavioural disturbance as part of the syndrome of
31            mania;

32        •   Consider valproate or lithium for those who have shown previous
33            response and good compliance to one of these drugs;

34        •   Avoid valproate in women of child-bearing potential;

35        •   Use lithium only for those with less severe symptoms because it has a
36            slower onset of action compared with antipsychotics and valproate.

37    7.5.1.8 In the initial management of acute behavioural disturbance and/or when
38        there is severe insomnia, the short-term use of a benzodiazepine should be
39        considered in addition to the antimanic agent.

CONFIDENTIAL
AZSER12779475

DRAFT FOR SECOND CONSULTATION

1   7.5.1.9  When treating acute mania with antipsychotics, prescribers should generally
2            use olanzapine, quetiapine, or risperidone but should take into account:

3        •    individual risk factors regarding side effects (such as the risk of
4             diabetes)

5        •    the need to initiate treatment at the lower end of the therapeutic dose
6             range recommended in the Summary of Product Characteristics and
7             titrate upwards based on response

8        •    that if an antipsychotic proves ineffective in controlling symptoms of
9             acute mania consideration should be given to augmenting the
10            antipsychotic with valproate or lithium

11       •    the greater risk of the sudden onset of depressive symptoms in older
12            adults following recovery from a manic episode.

13  7.5.1.10 In the treatment of acute mania, carbamazepine should not be routinely used,
14           and the following are not recommended: gabapentin†, lamotrigine†,
15           topiramate†.

16  *Pharmacological management of acute mania for those currently taking antimanic*
17  *medication*

18  7.5.1.11 When patients already taking lithium experience a manic episode prescribers
19           should check the plasma lithium levels and, for those with sub-optimal
20           levels (that is, below 0.8 mmol/l), increase the dose until there is response
21           (to a maximum level of 1.0 mmol/l). The patient should be monitored and,
22           if there are no signs of improvement, consideration should be given to
23           augmenting with an antipsychotic.

24  7.5.1.12 When patients already taking valproate experience a manic episode
25           prescribers should increase the dose until:

26       •    symptoms start to improve

27       •    side effects limit further dose increase

28       •    or until the maximum licensed dose is reached

29           The patient should be monitored and, if there are no signs of improvement,
30           consideration should be given to augmenting with olanzapine, quetiapine,
31           or risperidone.

32  7.5.1.13 For patients already taking lithium or valproate, who present with severe
33           mania, prescribers should consider adding an antipsychotic at the same
34           time as gradually increasing the dose of lithium or valproate. The decision
35           depends on the severity of mania and the current dose of the existing
36           medication

CONFIDENTIAL
AZSER12779476

DRAFT FOR SECOND CONSULTATION

1   7.5.1.14 For patients already taking carbamazepine, prescribers should not routinely
2       increase the dose but should consider adding an antipsychotic depending
3       on the severity of mania and the current dose of carbamazepine. Be aware of
4       interactions with other medication, which are common with carbamazepine,
5       and adjust doses as necessary.

6   **The management of acute mixed episodes**

7   7.5.1.15 Prescribers  should consider treating patients with bipolar disorder
8       experiencing an acute mixed episode as if they had an acute manic episode,
9       and avoid prescribing an antidepressant.

10  7.5.1.16 Prescribers  should monitor patients with bipolar disorder experiencing an
11      acute mixed episode closely (at least weekly) with emphasis on monitoring
12      suicide risk.

13  **The management of acute manic episodes in children and adolescents**

14  7.5.1.17 In the pharmacological management of children or adolescents experiencing
15      an acute manic episode prescribers should follow the recommendations set
16      out for adults with bipolar disorder and in addition at initial presentation,
17      they should:

18      • measure baseline, then chart height and weight

19      • measure prolactin levels for all children and adolescents

20      • when considering an antipsychotic†, be aware of the risk of increased
21        prolactin levels with risperidone and weight gain with olanzapine

22      • where there is an inadequate response to an antipsychotic, consider
23        adding lithium or valproate†. Valproate should normally be avoided
24        in females because of risks during pregnancy and potential increased
25        risk of polycystic ovary syndrome.

26  # 7.6   The pharmacological treatment of acute episodes in
27      the context of rapid cycling

28  **7.6.1        Introduction**

29  Rapid cycling occurs in approximately 20 per cent of patients with bipolar disorder.
30  It is usually defined as the occurrence of four or more distinct mood episodes (i.e.
31  depression, mania, hypomania or mixed states) within one year. Some patients who
32  would be regarded clinically as rapid cycling may not meet the somewhat arbitrary
33  criteria in standard diagnostic manual such as DSM-IV.  For example in DSM-IV 2
34  consecutive mood episodes in the same direction need to be interrupted by 8 weeks
35  of euthymia, or substantial improvement, to qualify towards rapid cycling.

CONFIDENTIAL
AZSER12779477

DRAFT FOR SECOND CONSULTATION

1  Since rapid cycling was identified by researchers in the 1970s further subtypes have
2  been recognised including 'ultra rapid cycling' in which episodes last less than 24
3  hours and 'ultra ultra rapid cycling' in which several switches of mood can occur in a
4  24-hour period. Rapid cycling is a course specifier rather than a specific type of
5  bipolar disorder i.e. any person with bipolar disorder can develop a rapid cycling
6  pattern but then revert to a non-rapid cycling course. Rapid cycling is more prevalent
7  in bipolar II subtype, and those with thyroid abnormalities (Calabrese *et al* 2001;
8  Kupka *et al* 2003). Data from a cohort of 456 bipolar probands suggests rapid cycling
9  is not more common in females than males (Baldassano *et al* 2005) as had been
10 indicated by previous studies in smaller samples.

11 Key elements in the treatment of rapid cycling are to eliminate any
12 maintaining factors particularly substance misuse and antidepressants use.
13 With regard to the treatment of mania in rapid cycling, secondary analyses
14 from several placebo-controlled studies of mania including valproate
15 semisodium, olanzapine, and risperidone (Nemeroff 2000: Bowdon 1994;
16 Sachs *et al* 2002) have demonstrated no difference between those with and
17 without a rapid-cycling course. This suggests that the short-term efficacy of
18 other antimanic agents may not differ according to the cycling status of
19 patients.

20 The predominant mood state in most rapid-cycling patients is depression.
21 Lamotrigine may be useful in rapid-cycling bipolar disorder.  The only RCT
22 in the maintenance treatment of rapid cycling bipolar disorder (Calabrese *et al*
23 2000) demonstrated that lamotrigine was superior to placebo in time to
24 discontinuation for any reason, and in percent of patients completing the trial.

25 **7.6.2        Clinical practice recommendations**

26 7.6.2.1  Healthcare professionals should base the treatment of an acute episode in the
27            context of rapid cycling (which should normally be managed in secondary
28            mental health services) on that for the treatment of manic and depressive
29            episodes, but in addition do the following:

30   •   Undertake a thorough review of previous treatments for bipolar disorder,
31       and consider a further trial of appropriate previous treatments that have
32       been inadequately delivered or adhered to;

33   •   Focus on the optimisation of appropriate long-term treatment (with each
34       trial of medication being usually of at least 6 months' duration) rather
35       than on treating individual episodes and symptoms;

36   •   Encourage patients to keep a regular mood diary (paper or electronic) to
37       monitor changes in severity and frequency of symptoms, and the impact
38       of interventions.

CONFIDENTIAL
AZSER12779478

DRAFT FOR SECOND CONSULTATION

1    ## 7.7    The pharmacological treatment of acute depressed
2    episodes

3    **7.7.1        Introduction**
4    The treatment of bipolar depression has tended to be ignored with far more interest
5    focussing on mania.  This is paradoxical as the average patient with bipolar disorder
6    experiences more depressive than manic episodes, on average depressive episodes
7    last longer than manic ones, the suicide risk is higher in bipolar depression than in
8    mania and the number of depressive episodes correlates more strongly than the
9    number of manic episodes with social functioning when patients are in between
10   episodes.
11
12   The main aims of the treatment of bipolar depression are resolution of symptoms
13   and return to a premorbid level of social functioning.  What differentiates the
14   treatment of unipolar and bipolar depression is that in the latter one has to ensure
15   that treatment does not cause switching to mania/hypomania or acceleration of
16   cycling.  There is controversy among guidelines as to what appropriate first line
17   treatments for bipolar depression are.  The first-line treatments listed in the
18   American Psychiatric Association Bipolar Guidelines are lithium and lamotrigine.
19   In contrast there has been a tradition in Europe to use antidepressants as first line
20   treatments.   The situation has recently become more complex with preliminary data
21   indicating that quetiapine, at a moderate dose, may be an effective treatment for
22   bipolar depression.
23

24   *The role of antidepressants in bipolar disorder*

25   There are widely differing views on the roles of antidepressants in bipolar disorder.
26   In general the consensus in Canada and the United States (for example, Ghaemi *et al*,
27   2003) is that antidepressants have significant risks and limited benefits in bipolar
28   disorder and as a result their use should be restricted. In contrast the general
29   European view (for example, Moller and Grunze 2000; Altshuler 2004) has been that
30   the risks have been somewhat exaggerated and that antidepressants have a useful
31   role.  In more detail these opposing arguments centre on five issues, though some of
32   these overlap.
33

34   **The risk of antidepressant induced switching.** Opponents of antidepressants cite
35   high switch rates. The opposing argument is that switch rates are less with SSRIs
36   than TCAs and can be reduced further by concomitant use of antimanic medication.
37

38   **The risk of antidepressant induced cycle acceleration.**  The lack of RCT data makes
39   it difficult to objectively debate this point.
40

41   **The effectiveness of antidepressants in acute depression.**  Although there is RCT
42   evidence to support the use of antidepressants in the acute treatment of BP
43   depression the data are limited and opponents argue that equally good evidence is
44   available for lamotrigine. However the beneficial effect of lamotrigine is delayed due
45   to the need to gradually increase the dose in order to reduce the risk of skin rashes.
46

47   **The effectiveness of antidepressants in prophylaxis of bipolar depression.**
48   Proponents of antidepressants have argued that they have a long-term effect in BP

CONFIDENTIAL
AZSER12779479

DRAFT FOR SECOND CONSULTATION

1    depression.  The Altshuler *et al* (2004) study supports this view but is potentially
2    flawed as it is non-randomised.  More recent work, with a randomised design, has
3    indicated that long term antidepressant use may actually increase the risk of
4    depressive relapse which is consistent with cycle acceleration (Ghaemi *et al*, 2003).
5    The final element relevant to this issue is that opponents of antidepressants argue
6    that there is RCT evidence that lamotrigine can prevent recurrence of BP depression
7    and that lithium also has a long-term antidepressant effect, albeit weaker, and that
8    neither lithium nor lamotrigine carry the risks of switching or cycle acceleration that
9    occurs with antidepressants.
10
11   **The effectiveness of antidepressants in reducing suicide**.  Opponents of
12   antidepressants point out that there is no data to indicate that antidepressants reduce
13   suicide in bipolar disorder but evidence does suggest that lithium can do this (see
14   below).
15
16   It is important to note that the conflicting evidence regarding the long-term effect of
17   antidepressants in BP depression is very different to the situation in unipolar
18   depression.  In unipolar depression there is a strong evidence base supporting the
19   routine use of continuation treatment after symptomatic recovery from an acute
20   depressive episode and also supporting the use of maintenance treatment in those
21   with recurrent depression.
22
23   *Lithium and suicide*
24   Tondo *et al* (2001) reported studies on lithium treatment in patients with bipolar
25   disorder, major affective disorder and schizoaffective disorder which reported data
26   on suicide rates. Twenty-two studies on a total of 5,647 patients with 33,473 patient
27   years were included. Only three of the studies were randomized. For comparison,
28   data from thirteen studies reported suicide rates on patients who were not receiving
29   lithium treatment over a mean period of 5 years. The suicide rate during lithium
30   treatment was significantly less than for those without lithium treatment. Results
31   consistent with a protective effect against suicide were also found when the analysis
32   was restricted to the three randomized trials.  The antisuicidal effects of lithium in
33   mood disorders has been recently further supported by two large long-term studies –
34   a retrospective one by Kessing *et al* (2005) and a prospective one by Angst *et al* (2005)
35   A naturalistic study by Brodersen *et al* (2000) reported on the suicide rate in a cohort
36   of patients with mood disorders who were discharged from hospital after
37   commencement of lithium.  Over 16 years of follow-up the standardised morality
38   rate (SMR) for suicide was significantly increased compared to the general
39   population.  Within the first two years of the study the suicide rate was higher in
40   those who were non-compliant versus those who were compliant with lithium.
41   However the suicide SMR was elevated in both the compliant and non-compliant
42   groups indicating that although compliance with lithium reduced the risk of suicide
43   it did not eliminate it.  The above data makes a strong case for an antisuicidal effect
44   of lithium but cannot separate whether the effect is specific or non-specific (i.e. only
45   found because patients who are compliant with long term lithium are patients who
46   are less likely to commit suicide).
47
48   A meta-analysis of 32 randomised controlled trials comparing lithium with placebo
49   or other compounds used in long-term treatment for mood disorders provides some
50   support for a specific anti-suicidal effect of lithium (Cipriani *et al*, 2005*).* In the 32

CONFIDENTIAL
AZSER12779480

DRAFT FOR SECOND CONSULTATION

1  trials, 1,389 patients were randomly assigned to receive lithium and 2,069 to receive
2  other compounds. Patients who received lithium were less likely to die by suicide
3  than were patients treated with other compounds. The combined outcome measure
4  of suicide plus self-harm was also lower in patients who received lithium.  The
5  authors concluded that lithium is effective in the prevention of suicide and self-harm
6  in patients with mood disorders.  However, there was insufficient data to discern
7  whether this effect was also seen in bipolar disorder.
8
9  In a narrative review Muller-Oerlinghausen *et al* (2005) summarised the evidence for
10  lithium's effects against suicide and suicidal behaviour in affective disorders,
11  concentrating on bipolar disorder. Two interesting questions were raised:  is the
12  putative anti-suicidal effect of lithium specific to lithium and does it only occur with
13  improvements in affective symptoms?
14
15  In discussing whether the anti-suicidal effect of lithium is shared by other
16  psychotropic agents, the authors cited two trials. Firstly, the MAP Study (Multicenter
17  Study of Affective Psychoses) (Thies-Flechtner *et al* (1996)) compared lithium with
18  carbamazepine treatment for two-and-a-half years in bipolar and schizoaffective
19  patients. There were significantly more suicides and suicide attempts in the
20  carbamazepine group. Secondly, Goodwin *et al* (2003) conducted a retrospective
21  review of suicide risk in patients on lithium compared to those on valproate and
22  those on carbamazepine. The adjusted suicide risk was 2.7 times higher in valproate
23  treated patients in comparison to that of the lithium group. The study was
24  insufficiently powered to allow similar comparisons with carbamazepine.
25
26  Does lithium have a specific anti-suicidal effect, independent of its effects in episode
27  treatment and prevention? In a sub-analysis of data from IGSLI study (International
28  Group for the Study of Lithium-treated Patients) (Ahrens and Muller-Oerlinghausen
29  (2001)), patients with recurrent affective disorders and at least one suicide attempt
30  prior to the onset of lithium treatment were selected (a total of 176) and were
31  categorized depending on their response to lithium. A statistically significant
32  reduction in suicide attempts was found in all three groups, even those who were
33  considered to have responded poorly to treatment. Although clearly not conclusive,
34  this data supports an independent suicidal effect for lithium.
35
36  The weight of all of this evidence underscores the importance of compliance
37  measures particularly early in the course of lithium treatment and a probable long
38  term benefit not shared by other prophylactic agents.  However specific studies in
39  bipolar disorder are needed to examine how generalisable this effect is and to
40  investigate the role of factors associated with good compliance in the mediation of
41  this effect.
42

43  **7.7.2          Treatments considered**
44  Studies were found to enable the following treatments to be considered in the
45  treatment of acute depression, both as monotherapy and in combination therapy:
46  antidepressants, antipsychotics, anticonvulsants, and transcranial magnetic
47  stimulation. In addition, a single study of ECT was found (DALY2001), but was
48  excluded.

CONFIDENTIAL
AZSER12779481

DRAFT FOR SECOND CONSULTATION

1 *Antidepressants*
2 As mentioned above and discussed in more detail below a key issue in the use of
3 antidepressants for bipolar depression is that of inducing switching to mania. In the
4 UK no antidepressant is specifically licensed for use in bipolar depression.

5 *Lithium*
6 There are no RCTs of lithium monotherapy as treatment for bipolar depression.
7 Several cross-over studies were completed prior to 1980 and it is largely on these that
8 lithium is recommended as a first line treatment.   A practical disadvantage of
9 lithium as an antidepressant is the long delay before an antidepressant effect begins
10 to be seen (usually 6-8 weeks).

11 **7.7.3          Review strategy**
12 Evidence from RCTs was found for the following treatment strategies:
13
14 - **Antidepressants**, including antidepressants compared with placebo, another
15 antidepressant, an antipsychotics, lithium or valproate semisodium
16 - **Antipsychotics**, including antipsychotics compared with placebo, and
17 antipsychotic-antidepressant combination
18 - **Anticonvulsants**, including lamotrigine and valproate semisodium
19 - **Transcranial magnetic stimulation** compared with sham-transcranial magnetic
20 stimulation.
21
22 A summary of the evidence for the pharmacological treatment of depression in
23 children and adolescents is also provided.
24
25 There are no RCTs of lithium in the treatment of acute bipolar depression.

26 **7.7.4          Antidepressants in the treatment of acute depression**

27 *Studies considered*
28 Nine trials met the eligibility criteria set by the GDG. Excluded studies with reasons
29 for exclusion can be seen in Appendix 21. Efficacy data could not be extracted from 3
30 studies (AMSTERDAM2005, COHN1989, HIMMELHOCH1991). Data were therefore
31 available to compare imipramine and paroxetine (in patients maintained on lithium,
32 both high (> 0.8 meq/litre) and low serum levels (=< 0.8 meq/litre)) with both
33 placebo and each other, imipramine with moclobomide, and idazoxan[6] with
34 bupropion[7]. In addition, data were available to compare amitriptyline with the
35 antipsychotic l-sulpiride. (A comparison of fluoxetine combined with an
36 antipsychotic against an antipsychotic is considered below.) In most studies, some
37 patients were maintained on lithium. See Table 36  for outline study characteristics,
38 and Appendix 21 for more detailed information.
39

---

[6] Does not have UK Marketing Authorisation
[7] Does not have UK Marketing Authorisation for the treatment of depression

CONFIDENTIAL
AZSER12779482

DRAFT FOR SECOND CONSULTATION

**Table 36. Summary of study characteristics for antidepressants in the treatment of acute depression**

| | Versus placebo | Versus another antidepressant | Versus an antipsychotic | Versus prophylactic agent |
|---|---|---|---|---|
| *No. trials (No. participants)* | *4 RCTs (1073)* | *5 RCTs (434)* | *2 RCTs (64)* | *1 RCT (27)* |
| **Study IDs** | AMSTERDAM (1) COHN1989 (2) NEMEROFF2001 (3) TOHEN2003 (4)* | COHN1989 (1) GROSSMAN1999 (2) HIMMELHOCH1991 (3) NEMEROFF2001 (4) SILVERSTONE2001 (5) | AMSTERDAM (1) BOCCETTA1993 (2) | YOUNG2000 |
| **Population** | US; outpatients (4) 13 countries, in- and outpatient | US; outpatients (apart from (5): New Zealand; outpatients) | (1) US; outpatients (2) Italy; outpatients | Canada; outpatients |
| **Diagnosis** | (1) Bipolar I depressed phase 94%; bipolar II depressed phase 6% (2) (3) Bipolar – depressed phase: at least one manic episode (for (2) or depressed episode) in last five years. (4) Bipolar I depressed phase, 12.7% psychotic features | Bipolar – depressed phase (apart from (3): Bipolar I – depressed phase 43% Bipolar II – depressed phase 57%) | (1) Bipolar - depressed phase (2) Bipolar - depressed phase | Bipolar I - depressed phase 41% Bipolar II - depressed phase 59% |
| **Study interventions** | (1) Fluoxetine ***** (2) Fluoxetine 20 mg - 80 mg (58% on 80 mg); Imipramine 75 mg – 300 mg (27% on 225-300 mg) (3) Imipramine 116.7 mg *; Paroxetine 32.6 mg * (4) Olanzapine 9.7 mg **; olanzapine 7.4 mg** and fluoxetine 39.3 mg** | (1) Fluoxetine 20 mg - 80 mg (58% on 80 mg); Imipramine 75 mg – 300 mg (27% on 225-300 mg) (2) Idozoxan 240 mg; Bupropion 450 mg *** (3) Tranylcypromine 36.8 mg*; Imipramine 245.5 mg* (4) Imipramine 116.7 mg *; Paroxetine 32.6 mg * (5) Imipramine up to 250 mg; Moclobemide up to 750 mg (31% on highest dose) | (1) Fluoxetine, olanzapine ***** (2) Amitriptyline 62 mg**; L-sulpiride 55 mg* | Paroxetine 36 mg* |
| **Concurrent lithium** | (1) 15% (2) 25% (3) 100% (4) None, although benzodiazepine use allowed | (1) 25% (2) not clear (3) not given (4) 100% (5) 47% **** | (1) 15% (2) 100% (maintained at 0.5-1.0 mmol/L) | Second prophylactic agent ( lithium 0.9 mmol/l* or valproate semisodiumSodiu |

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)          Page 192 of 341

374

CONFIDENTIAL
AZSER12779483

DRAFT FOR SECOND CONSULTATION

| | | | | |
|---|---|---|---|---|
| | throughout in (actual use not reported) | | | m 510 mmol/l*) |
| **Minimum depression score at entry (mean baseline score (SD) or range of means)** | (1) HAMD-17 >= 17 (not given)<br>(2) HRSD-21 >= 20 (26-27.7**)<br>(3) HRSD-21 >= 15 (20.38 (3.9) to 21.57 (3.87))<br>(4) MADRS >=20 | (1) HRSD-21 >= (26-27.7**)<br>(2) HRSD-17 >= 16 (21.3 (4) to 20.8 (3.6))<br>(3) HRSD >=15 (22.1 (3.8) to 23.2 (3.6))<br>(4) HRSD-21 >= 15 (5) HRSD >= 16 (23 (3.8) to 22.5 (3.6)) | (1) HAMD-17 >= 17 (not given)<br>(2) HRSD-21 >= 17 (22.1 (5.2) to 23.9 (6.1)) | On lithium or valproate semisodium for at least 3 months before entering study |
| **Mean age Length of trial** | Around 40<br>(1) 8 weeks *<br>(2) 26 weeks*<br>(3) 10 weeks*<br>(4) 8 weeks | Around 40<br>(1) 26 weeks*<br>(2) 7 weeks*<br>(3) 6 weeks<br>(4) 10 weeks*<br>(5) 8 weeks | 45*<br>4 weeks* | 41*<br>5 weeks* |
| **Problems with trial** | (1) no data available - authors contacted<br>(2) Efficacy data not extractable | (1) and (3) Efficacy data not extractable | (1) no data available - authors contacted | Efficacy data not extractable |

Notes: * Also in antipsychotic section below ** mean
*** used in meta-analysis with TOHEN2003 study since 300 mg is minimum therapeutic dose BOCCETTA1993 is considered with antidepressants above.

1

2   *Summary of evidence for antidepressants in the treatment of acute depression*

3   An overview of the results is provided in Table 37 with the full evidence profile in

4   Appendix 22.

5

CONFIDENTIAL
AZSER12779484

DRAFT FOR SECOND CONSULTATION

1  **Table 37 Summary of evidence profile for antidepressants in the**
2  **treatment of acute depression**

| | Versus placebo | Versus another antidepressant | Versus an antipsychotic | Versus prophylactic agent |
|---|---|---|---|---|
| **Drugs for which data are available** | Paroxetine, imipramine (all patients on lithium); fluoxetine (all on olanzapine) | Imipramine vs moclobemide (50% lithium); idazoxan vs bupropion*; Paroxetine vs imipramine (100% lithium) | Amitriptyline vs L-Sulpiride (100% lithium) Fluoxetine vs Olanzapine vs Fluoxetine + Olanzapine | Paroxetine |
| **Evidence for efficacy (quality)** | Antidepressants are more effective than placebo for patients with low serum lithium levels or on olanzapine (moderate), | Moclobemide more effective than imipramine (moderate), otherwise inconclusive (low) or no data (paroxetine vs imipramine) | Data are inconclusive (low) for efficacy outcomes | No data |
| **Evidence for acceptability/ tolerability (including switching) (quality)** | Antidepressants more acceptable than placebo (low); tolerability inconclusive (low) | Acceptability inconclusive (low); tolerability unclear (low) | Data are inconclusive (low) for tolerability/acceptability outcomes | Data are inconclusive (low) for tolerability/acceptability outcomes |

3  * Idazoxan and bupropion do not have UK Marketing Authorisation as antidepressants

4  *Clinical summary for antidepressants in the treatment of acute depression*

5  The evidence for the use of antidepressants in bipolar depression is weak. In patients
6  maintained on lithium, there is no difference in the efficacy of paroxetine or
7  imipramine on any outcome measure. Both are more efficacious than placebo, but the
8  difference is neither statistically nor clinically significant. However, when the data
9  are analysed by lithium serum levels, with >0.8 meq/litre classified high and <= 0.8
10  meq/litre as low, there is a clinically important advantage for both paroxetine and
11  imipramine compared with placebo in the low-serum group but not for the high-
12  serum group. Moclobemide is superior to imipramine, although nearly half the
13  patients in the comparison were taking lithium, which makes the data hard to
14  interpret. In addition, there are concerns regarding the risk of interaction with
15  serotonergic agents and certain foodstuffs, and these risks are likely to be higher in
16  patients with bipolar disorder compared to those with unipolar disorder because of
17  the risk of mixed affective states and mania which may impair judgement.
18
19  There is no significant difference between idazoxan and bupropion on any outcome
20  measure or between imipramine and tranylcypromine. There is only inconclusive
21  evidence of efficacy, acceptability and tolerability for an antidepressant compared
22  with an antipsychotic. The study of lithium or valproate semisodium plus paroxetine
23  versus lithium or valproate semisodium alone does not report extractable efficacy
24  outcomes. All acceptability and tolerability measures were inconclusive. In a
25  comparison between amitriptyline and l-supiride, there is no significant difference
26  between the two. All patients were on lithium in this study.
27
28  Based on evidence from trials in unipolar depression (NCCMH, 2004), SSRIs are the
29  safest treatment for depression because of their increased tolerability and safety

CONFIDENTIAL
AZSER12779485

DRAFT FOR SECOND CONSULTATION

1   compared with tricyclics and MAOIs. In addition, in bipolar depression data
2   suggests a lower risk of switching compared to TCAs. Switching is an important
3   consideration in the use of antidepressants in bipolar depression is inducing
4   switching to mania, and is now discussed.
5

6   *Antidepressant–induced switching*

7   The subject of antidepressant-induced switching to mania/ hypomania is
8   controversial.  This largely reflects the paucity of randomised prospective studies
9   investigating the phenomenon. Most authorities regard switching as a proven risk
10  but a minority (for example, Angst) dispute this and regard 'switching' as
11  representing the natural course of the bipolar disorder.  Among those who accept the
12  reality of antidepressant induced switching, debate centres on the magnitude of the
13  risk and to what extent treatment and patient variables influence it.
14

15  Estimates of the incidence of switching vary greatly.  In a detailed review Goldberg
16  and Truman (2003) concluded that in bipolar disorder switch rates associated with
17  antidepressant treatment varied from 20% to 40% and that while mood stabilizers
18  may reduce the risk they do not totally eradicate it. In contrast in a recent meta-
19  analysis of 12 RCTs, in which patients with bipolar disorder were randomised to
20  receive an antidepressant or placebo, the switch rate did not differ significantly
21  between the antidepressant and placebo groups (Gisman *et al* 2004).  This finding
22  may reflect the fact that 75% of patients were receiving a mood stabilizer which may
23  reduce the risk of switching.
24

25  Individual studies differ in their estimates of the degree of protection that antimanic
26  medication offers.  A small naturalistic study (Henry *et al* 2001) found that mood
27  switches were less frequent in patients receiving lithium (15%, 4/26) than in patients
28  not treated with lithium (44%, 8/18; p = 0.04) but that anticonvulsants did not protect
29  against switching.  In contrast several studies have reported a general protective
30  effect from antimanic agents including carbamazepine and valproate (Boerlin *et al*
31  1998; Bottlender *et al* 2001).
32

33  Antidepressant induced switching has been reported in both bipolar I and II disorder
34  and also in children (Briscoe *et al* 1995). A pharmacoepidemiological study from the
35  United States, that assessed switching rates in children, adolescents, and young
36  adults with an anxiety or non-bipolar mood disorder, concluded that patient age
37  effected the risk of antidepressant-associated manic conversion (Martin *et al* 2004). In
38  this study treatment with antidepressants was associated with highest conversion
39  hazards among children aged 10 to 14 years.
40

41  Other factors reported to be associated with higher risk of switching include a high
42  score on the hyperthymia component of the Semistructured Affective Temperament
43  Interview (p = 0.008) (Henry *et al* 2001) and a history of a greater number of past
44  manic episodes (p < .023) (Boerlin *et al* 1998).  Goldberg and Truman (2003) have
45  suggested that a family history of bipolar disorder, a history of previous
46  antidepressant-induced mania and onset of bipolar illness in adolescence or young
47  adulthood may all confer an increased risk. These risk factors can be considered as
48  indicating an increased genetic loading for bipolar disorder and switching.
49

CONFIDENTIAL
AZSER12779486

DRAFT FOR SECOND CONSULTATION

| | |
|---|---|
| 1 | More controversial is the suggestion by Goldberg and Truman (2003) that exposure |
| 2 | to multiple antidepressant trials is associated with a higher switch rate. In other |
| 3 | words antidepressant use may carry a long term risk in bipolar disorder. However it |
| 4 | could be argued that patients with bipolar disorder who have received multiple |
| 5 | antidepressant trials are more 'cyclical' than other patients and therefore switching |
| 6 | would be more likely to be observed even if there was not a causal relationship with |
| 7 | antidepressant use.  It is interesting to note that psychiatrists with more interest in |
| 8 | bipolar disorder are more cautious about using antidepressant in patients with |
| 9 | bipolar disorder (Ghaemi 2003). It is unclear whether female gender is a risk factor |
| 10 | for switching (Goldberg & Truman 2003). |
| 11 | |
| 12 | Although antidepressant induced switching has been reported with all the major |
| 13 | antidepressant classes there is a general consensus that the risk is higher with TCAs |
| 14 | than with SSRIs (Calabrese *et al.*, 1999).  Peet (1994) calculated the rate of treatment- |
| 15 | emergent switch into mania from all available clinical trial data on four SSRIs |
| 16 | (fluoxetine, fluvoxamine, paroxetine, sertraline) relative to comparative groups |
| 17 | treated with TCAs or placebo. In patients with bipolar disorder a higher switch rates |
| 18 | was observed with TCAs (11.2%) than with SSRIs (3.7%) or placebo (4.2%). In |
| 19 | contrast in unipolar depressives, the rate of manic switch was less than 1% and |
| 20 | differences between drugs and placebo were statistically but not clinically significant. |
| 21 | Mania has been reported in association with use of hypericum (St John's wort) |
| 22 | (Nierenberg *et al* 1999). |
| 23 | |
| 24 | Prior to starting an antidepressant, clinicians should warn patients of the risk of |
| 25 | antidepressant-induced switching.  To minimise the risk, where at all possible, TCAs |
| 26 | should be avoided in bipolar disorder and antidepressants only prescribed in |
| 27 | conjunction with an antimanic agent. |
| 28 | |
| 29 | *Cycle acceleration and antidepressants* |
| 30 | It has been suggested that antidepressants may cause an increase in cycling rate of |
| 31 | bipolar disorder (sometimes referred to as 'mood destabilization').  This possibility |
| 32 | has received less attention than antidepressant induced switching although, if it |
| 33 | occurs, it is potentially a greater problem. Unfortunately, there is no published RCTs |
| 34 | to inform the debate.  One, often quoted naturalistic study that suggests that TCAs |
| 35 | can cause cycle acceleration is Wehr *et al* (1988).  However this study was based on |
| 36 | an atypical group of patients in that they all had treatment resistance bipolar |
| 37 | disorder and were assessed in a specialist mood service.  An unpublished |
| 38 | randomised study by Ghaemi suggests that cycle acceleration can occur (ADD REF). |
| 39 | |
| 40 | In contrast are the results of a non-randomised 1-year study of long term |
| 41 | antidepressant use, versus early antidepressant discontinuation, after remission of |
| 42 | bipolar depression (Altshuler *et al* 2004). Throughout all subjects continued with |
| 43 | ongoing antimanic medication. In this study the risk of depressive relapse was |
| 44 | significantly associated with discontinuing antidepressants soon after remission. |
| 45 | Furthermore there was no evidence of manic switching in association with continued |
| 46 | antidepressant use.  In summary this study did not show any association with cycle |
| 47 | acceleration and suggested a beneficial effect of antidepressant use.  The authors |
| 48 | argued that maintenance of antidepressant treatment in combination with a mood |
| 49 | stabilizer may be warranted in some patients with bipolar disorder.  A major |

CONFIDENTIAL
AZSER12779487

DRAFT FOR SECOND CONSULTATION

1  weakness of the study is that subjects were not randomised to the antidepressant
2  continuation and discontinuation groups.

3  **7.7.5          Antipsychotics in the treatment of acute depression**

4  *Studies considered*

5  Three trials met the eligibility criteria set by the GDG. Excluded studies with reasons
6  for exclusion can be seen in Appendix 21.  See Table 38 for outline study
7  characteristics, and Appendix 21 for more detailed information.

8

CONFIDENTIAL
AZSER12779488

DRAFT FOR SECOND CONSULTATION

**Table 38. Summary of study characteristics for antipsychotics in the treatment of acute depression**

| | Versus placebo | Dose-finding study | Versus another antipsychotic and antidepressant |
|---|---|---|---|
| *No. trials (No. participants)* | *3 RCTs (1409)* | *1 RCT (542)* | *1 RCT (833)* |
| Study IDs | AMSTERDAM2005 (1) CALABRESE2005A (2) TOHEN2003 (3) | CALABRESE2005A | TOHEN2003 |
| **Population** | (1) US; outpatients (2) US; outpatients (3) 13 countries, in- and outpatients | US; outpatients | 13 countries, in- and outpatient |
| **Diagnosis** | (1) Bipolar I depressed phase 94%; bipolar II depressed phase 6% (2) Bipolar I – depressed phase 66% Bipolar II – depressed phase 33%<br><br>21% rapid cyclers<br><br>(3) Bipolar I depressed phase, 12.7% psychotic features | Bipolar I – depressed phase 66% Bipolar II – depressed phase 33%<br><br>21% rapid cyclers | Bipolar I depressed phase, 12.7% psychotic features |
| **Study drugs** | (1) Olanzapine (2) Quetiapine 300 mg *** or 600 mg (3) Olanzapine 9.7 mg ** | Quetiapine 300 mg and 600 mg | Olanzapine 9.7 mg **; olanzapine 7.4 mg** and fluoxetine 39.3 mg** |
| **Concomitant medication** | (1) Lithium allowed (2) Benzodiazepine use allowed in first 3 weeks for (3) actual rate < 12%) and throughout in (3) not reported) | Benzodiazepine use allowed in first 3 weeks for (actual rate < 12%) | Benzodiazepine use allowed throughout in (actual use not reported) |
| **Minimum depression score are entry** | (1) HAMD-17 >= 17 (not given) (2) HRSD-17 >= 20 (24.3 to 24.6) (3) MADRS >=20 (30.8 (0.70 to 32.6(0.3)) | HRSD-17 >= 20 | MADRS >=20 |
| **Mean age (or range of mean ages)** | (1) 40 (2) 37 (3) 42 | 37 | 42 |
| **Length of trial** | 8 weeks | 8 weeks | 8 weeks |
| **Study problems** | (1) no data available - authors contacted (2) high non-completion rate, particularly in placebo group (61%) | | |

Notes: ** mean
*** used in meta-analysis with TOHEN2003 study since 300 mg is minimum therapeutic dose
BOCCETTA1993 is considered with antidepressants above.

1

CONFIDENTIAL
AZSER12779489

DRAFT FOR SECOND CONSULTATION

1    *Summary of evidence for antipsychotics in the treatment of acute depression*

2    The efficacy data for olanzapine and quetiapine (300 mg and 600 mg) could not be
3    combined in meta-analysis because of extreme heterogeneity ($I^2$ = 91%). They were
4    therefore analysed separately. There was not such difficulty with
5    tolerability/acceptability data. One study (CALABRESE2005) also included both
6    patients with bipolar II disorder and those with bipolar I disorder. The data for those
7    with bipolar I disorder were analysed in a sub-analysis.

8

9    An overview of the results is provided in Table 39 with the full evidence profile in
10   Appendix 22.

11

12   **Table 39 Summary of evidence profile for antipsychotics in the treatment**
13   **of acute depression**

|  | Versus placebo | Dose-finding study | Versus another antipsychotic and antidepressant |
|---|---|---|---|
| **Drugs for which data are available** | Olanzapine,quetiapine (300 mg or 600 mg) | Quetiapine (300 mg or 600 mg) | Olanzapine + fluoxetine, olanzapine |
| **Evidence for efficacy (quality)** | Quetiapine more effective than placebo (moderate) Olanzapine limited evidence of efficacy versus placebo (moderate); a sub-analysis of bipolar I patients gave similar results | No difference (moderate) | Combination treatment is more effective than placebo or an antipsychotic alone (moderate) |
| **Evidence for acceptability/tolerability (including switching) (quality)** | Antipsychotics were as acceptable as placebo, but less tolerable, with olanzapine likely to cause weight gain; a sub-analysis of bipolar I patients gave similar results (moderate) | Quetiapine 300 mg was more acceptable and tolerable than quetiapine 600 mg | Combination treatment is more acceptable than placebo or antipsychotic alone, less tolerable than placebo, but more tolerable than antipsychotic alone (moderate). It is more likely to cause weight gain (moderate). Switching is unclear. |

14

15   *Clinical summary for antipsychotics in the treatment of acute depression*

16   There is some evidence for the use of atypical antipsychotics in acute bipolar
17   depression. However, the single study of olanzapine has quality issues, in particular
18   a high attrition rate and apparently different results for different measures of
19   depression. In addition, weight gain was 5 times more likely to be reported by those
20   taking olanzapine than those on placebo. This is supported by a review of weight
21   gain in patients with schizophrenia taking antipsychotics which showed mean
22   weight gain after 10 weeks' treatment with olanzapine was more marked than with
23   other antipsychotics with the exception of clozapine (Allison *et al*, 1999). Quetiapine
24   was more effective than placebo, although there was no difference between high
25   (600mg /day) and low (300mg /day) doses of the drug on efficacy measures.

CONFIDENTIAL
AZSER12779490

DRAFT FOR SECOND CONSULTATION

1  However, people on low-dose quetiapine were less likely to leave treatment early or
2  to leave because of side effects.

3  **7.7.6**          **Anticonvulsants in the treatment of acute depression**

4  *Studies considered*

5  Three trials met inclusion criteria. See Table 40 for outline study characteristics, and
6  Appendix 21 for more detailed information.
7
8

**Table 40. Summary of study characteristics for anticonvulsants in the treatment of depression**

|  | Lamotrigine | Valproate semisodium |
|---|---|---|
| *No. trials (No. participants)* | *1 RCT (195)* | *1 RCT (23)* |
| Study IDs | CALABRESE1999B | DAVIS 2005 |
| Population | US, UK, France, Australia Outpatients | US; outpatients |
| Diagnosis | Bipolar I disorder depressed phase | Bipolar I disorder depressed phase |
| Study drug | Lamotrigine 50 mg or 200 mg | Valproate semisodiumserum levels 50-100ug |
| Comparator | Placebo | Placebo |
| Concomitant medication | None, but randomisation stratified according to intensity of lithium treatment in previous 5 months | Diphenhydramine or hydroxyzine (25mg - 50mg/day) as a sedative |
| Minimum depression score are entry | HRSD-17 >= 18 | HRSD-17 >= 18 |
| Mean age (or range of mean ages) | 42 | 41 |
| Length of trial | 7 weeks | 8 weeks |
| Study problems | | |

9  * mean


10  *Summary of evidence for anticonvulsants in the treatment of acute depression*
11  An overview of the results is provided in Table 41 with the full evidence profile in
12  Appendix 22.
13

14  **Table 41 Summary of evidence profile for anticonvulsants in the treatment of**
15  **acute depression**

|  | Lamotrigine | Valproate semisodium |
|---|---|---|
| Drugs for which data are available | Lamotrigine 50 mg and 200 mg versus placebo | Valproate semisodiumversus placebo |
| Evidence for efficacy (quality) | Data are inconclusive (low) for efficacy outcomes | Some evidence of efficacy versus placebo (moderate) |
| Evidence for acceptability/tolerability (including switching) (quality) | Data are inconclusive (low) for tolerability/acceptability outcomes | Data are inconclusive (low) for tolerability/acceptability outcomes |
| Overall risk-benefit ratio | Unclear | Unclear |

16  *Clinical summary for anticonvulsants in the treatment of acute depression*

CONFIDENTIAL
AZSER12779491

DRAFT FOR SECOND CONSULTATION

1   Of the two trials of anticonvulsant monotherapy in acute depression in people with
2   bipolar disorder which met the inclusion criteria, one was of lamotrigine, and one
3   was of valproate semisodium. Neither drug is licensed in the UK for the treatment of
4   bipolar depression. The overall risk-benefit ratios in both trials were unclear since in
5   both the acceptability and tolerability data were inconclusive, although there is
6   evidence of efficacy versus placebo for valproate semisodium. In the lamotrigine
7   trial, the risk of switching to mania did not differ significantly between the
8   50mg/day, 200mg/day and placebo groups.
9
10  The most serious (but rare) side effect of lamotrigine is Steven-Johnson syndrome. In
11  early clinical trials in epilepsy the incidence of serious rash was 0.3% in adults and
12  1% in children (Guberman AH *et al* 1999; Messenheimer J *et al* 1998). However the
13  introduction of a slow dose titration reduced the risk of serious rash to 0.01% in
14  adults which is similar to that seen with other anticonvulsants (Calabrase JR *et al*
15  1999). Rash can occur at any point during treatment but is most common early on in
16  treatment and when lamotrigine is co-prescribed with valproate. Particular concern
17  attaches to a rash that is widespread or associated with fever, sore throat or mucosal
18  involvement. Patients prescribed lamotrigine must be advised to see their
19  psychiatrist or GP if any rash appears. Is it has any of the features listed previously
20  lamotrigine must be stopped. Lamotrigine may have limited use in the treatment of
21  acute depression because of its slow dose titration and onset of action.

22  **7.7.7        Transcranial magnetic stimulation in the treatment of acute**
23  **depression**

24  *Studies considered*

25  Two trials were identified from searches of electronic databases, with one meeting
26  inclusion criteria. See *Table 42* for summary of the study characteristics, and
27  appendix 21 for more detailed information.
28
29

**Table 42. Summary of study characteristics for transcranial magnetic stimulation in the treatment of depression.**

|  | Versus sham transcranial magnetic stimulation |
|---|---|
| *No. trials (No. participants)* | *1 RCT (23)* |
| Study IDs | NAHAS2003 |
| **Population** | US Outpatients |
| **Diagnosis** | Bipolar I – mixed phase 8% Bipolar I – depressed phase 52% Bipolar II – depressed phase 39% |
| **Comparisons between** | Transcranial magnetic stimulation |
| **Concomitant medication** | Carbamazepine or valproate (alone or in combination) or benzodiazepines |
| Minimum depression score are entry | HRSD >=18 (32.5 (4.3) to 32.8 (7.6) |
| **Mean age (or range of mean ages)** | 42 |
| **Length of trial** | 10 days |
| Note: ** mean | |

30

CONFIDENTIAL
AZSER12779492

DRAFT FOR SECOND CONSULTATION

1    *Summary of evidence*

2    An overview of the results is provided in Table 43 with the full evidence profile in
3    Appendix 22.

4

5    **Table 43 Summary of evidence profile for transcranial magnetic stimulation in
6    the treatment of depression**

|  | Transcranial magnetic stimulation (TMS) |
|---|---|
| **Drugs for which data are available** | TMS versus sham TMS |
| **Evidence for efficacy (quality)** | Data are inconclusive (low) for efficacy outcomes |
| **Evidence for acceptability/tolerability (including switching) (quality)** | Unlikely (moderate); some evidence of higher mania scores in TMS group (moderate) |

7

8    *Clinical summary*

9    There is no difference in the efficacy of transcranial magnetic stimulation compared
10   with sham transcranial magnetic stimulation on reducing depression symptoms, but
11   participants receiving sham treatment had lower endpoint mania symptom scores.
12   No one left treatment early and the data on side effects are not reported.

13

14   **7.7.8          Fatty acids in the treatment of acute depression**

15   *Studies considered*

16   One trial of omega 3 fatty acids in the treatment of acute depression met inclusion
17   criteria.  This compared omega 3 fatty acids with placebo. An overview of the study
18   is in Table 44, with further details available in Appendix 21.

19

20

     **Table 44. Study information table for Omega 3 fatty acids in the
     treatment of acute depression**

21

|  | Omega 3 |
|---|---|
| *No. trials (No. participants)* | *1 RCT (75)* |
| **Study IDs** | FRANGOU2006 |
| **Diagnosis** | Bipolar I depression 86%, Bipolar II depression 14% |
| **Setting** | Outpatients; UK |
| **Baseline scores** | HDRS mean 14.7 – 15.4 YMRS mean 4.7 – 6.6 |
| **Omega 3 fatty acid dose** | Ethyl-Eicosapentaenoic acid (EPA) 1g/d, Ethyl-Eicosapentaenoic acid (EPA) 2g/d, |
| **Comparator** | Placebo |
| **Mean age** | 47 |
| **Length of trial** | 12 weeks |

22   *Summary of evidence for Omega 3 fatty acids in the treatment*

23   Only one trial met inclusion criteria. This shows a significant effect on depression
24   scores for omega 3 fatty acids (at both 1g and 2g doses) compared with placebo in

CONFIDENTIAL
AZSER12779493

DRAFT FOR SECOND CONSULTATION

1   patients with moderate depression. The effect on mania scores was hard to judge
2   since the 95% confidence intervals were wide. However, the estimated effect sizes are
3   small indicating little effect on manic symptoms. Despite this, since the trial is small
4   (around 25 in each arm), there is insufficient evidence to warrant recommending
5   omega 3 at present. An overview of the results is provided in Table 45 with the full
6   evidence profile in Appendix 22.

7

8   **Table 45 Summary evidence profile for omega 3 fatty acids in the treatment of**
9   **acute depression**

| Omega 3 | |
|---|---|
| Evidence for efficacy (quality) | Omega 3 is more effective than placebo at both 1mg and 2mg doses (moderate) |
| Evidence for acceptability /tolerability (quality) | Omega 3 does not appear to induce switching (low); 11% more people taking 1 mg/day reported side effects compared with placebo (low); 3% fewer taking 2 mg/day reported side effects compared with placebo |

10
11

12   **7.7.9**      **Economic evidence for the pharmacological treatment of acute**
13          **depressive episodes**
14   No economic studies on the cost-effectiveness of pharmacological treatment for acute
15   depressive episodes in patients with bipolar disorder were identified.

16   **7.7.10**        **Clinical practice recommendations**
17

18   *Initiating treatment in patients not taking antimanic medication*

19   7.7.10.1 In patients experiencing depressive symptoms, prescribers should consider
20        introducing an antidepressant† (SSRI) plus an antimanic agent. The choice of
21        antimanic agent should be based on the best choice for long-term treatment,
22        the likely side effects and whether the patient is a woman of child-bearing
23        potential.

24   7.7.10.2 For patients with persistent depressive symptoms with no history of recent
25        rapid cycling, including those who have declined an antidepressant,
26        healthcare professionals may consider offering a structured psychological
27        therapy focused on depressive symptoms, problem solving, promoting
28        social functioning, and further consideration of medication adherence.

29   7.7.10.3 When initiating an antidepressant† in people not willing to take antimanic
30        medication, prescribers should explain the risks of switching to mania and
31        the benefits of taking an adjunctive antimanic agent, and monitor carefully.
32        Treatment should begin at a low dose and be increased gradually if
33        necessary.

34   *Initiating treatment in patients taking medication with antimanic properties*

35   7.7.10.4 For people with bipolar disorder experiencing an acute depressive episode

CONFIDENTIAL
AZSER12779494

DRAFT FOR SECOND CONSULTATION

1    who are taking antimanic medication, prescribers should first check that the
2    patient is taking the antimanic agent at the appropriate dose and adjust if
3    necessary.

4   7.7.10.5 For those patients with bipolar disorder experiencing moderate depressive
5    symptoms prescribers should consider:

6    • the introduction of an adjunctive medication (antidepressant† [SSRI]
7    or quetiapine where the antimanic agent is not an antipsychotic), and

8    • a structured psychological treatment (focused on depressive
9    symptoms, problem solving, promoting social functioning, and
10    education about medication) if there has been no significant
11    improvement after 2 to 4 weeks.

12   7.7.10.6 For those patients with bipolar disorder experiencing severe depressive
13    symptoms prescribers should consider the introduction of an adjunctive
14    medication (antidepressant† [SSRI], or quetiapine where the current
15    antimanic agent is not an antipsychotic).

16   *Depressive symptoms in patients with recent unstable mood*

17   7.7.10.7 In patients with depressive symptoms who have recent unstable mood,
18    prescribers should avoid the use of antidepressants, and consider increasing
19    the dose of the antimanic agent or the addition of a second antimanic agent
20    including lamotrigine†.

21   *Starting antidepressant treatment and monitoring risk*

22   7.7.10.8 Prescribers should address bipolar patients' common concerns about taking
23    antidepressants. For example, patients should be advised that craving and
24    tolerance do not occur, and that taking medication should not be seen as a
25    sign of weakness.

26   7.7.10.9 Prescribers should ensure that all patients with bipolar disorder who are
27    prescribed antidepressants are informed, at the time that treatment is
28    initiated, of potential side effects including:

29    • the possibility of manic or hypomanic switching

30    • the delay in onset of effect, the gradual and fluctuating nature of
31    improvement thereafter

32    • the need to take medication as prescribed and the risk of
33    discontinuation/withdrawal symptoms

34    • the need to monitor for signs of akathisia, suicidal ideation (normally
35    anyone under 30 should be reviewed within one week of initiation of
36    treatment), and increased anxiety and agitation (particularly in the
37    initial stages of treatment)

CONFIDENTIAL
AZSER12779495

DRAFT FOR SECOND CONSULTATION

1
2

•   the need to seek help promptly if these side effects are at all distressing.

3
4
5

7.7.10.10 When a patient with bipolar disorder develops marked and/or prolonged akathisia or agitation while taking an antidepressant, prescribers should review the use of the drug.

6
7
8
9

7.7.10.11 Prescribers should be cautious when prescribing SSRIs† to people, in particular older adults, taking other medication known to cause intestinal bleeding such as non-steroidal anti-inflammatory drugs. The use of a gastro-protective drug may be considered.

10

*Additional considerations for mild depressive symptoms*

11
12
13
14
15
16
17

7.7.10.12 For patients with bipolar disorder experiencing acute mild depressive symptoms, unless they are assessed as requiring immediate treatment, a further assessment should be arranged, normally within 2 weeks ('watchful waiting'), where mild depressive symptoms have not in the past led to the development of a chronic or more severe depressive episode, *or* a healthcare professional judges the patient not to be at significant risk of developing a more severe depression.

18

*Additional guidance on specific treatments*

19

20
21
22
23

7.7.10.13 In the treatment of acute depressive episodes in people with bipolar disorder, the following should not be routinely used :

•   lamotrigine as a single, first line agent in bipolar I disorder,

24

•   transcranial magnetic stimulation.

25

*Incomplete response to the treatment for acute depression*

26
27
28
29
30
31

7.7.10.14 When a patient with bipolar disorder has depressive symptoms that have not fully responded to an antidepressant, prescribers should reassess the patient, and consider evidence of substance abuse, psychosocial stressors, physical health problems, comorbid disorders, such as anxiety or severe obsessional symptoms, and inadequate adherence to medication. After reviewing these factors prescribers should consider:

32

•   increasing the dose of the antidepressant within *BNF* limits, or

33
34

•   switching to an alternative antidepressant (for example, mirtazapine or venlafaxine), or

35
36

•   adding quetiapine or olanzapine if one of these is not already being prescribed, or

37

•   adding lithium if this is not already being prescribed.

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)          Page 205 of 341

387

CONFIDENTIAL
AZSER12779496

DRAFT FOR SECOND CONSULTATION

1    *Management of treatment-resistant depression in bipolar disorder*

2   7.7.10.15 When a patient's depressive symptoms have failed to respond to at least
3            three courses of treatment for depression of adequate dose and duration,
4            prescribers should consider seeking the advice of, or referring to, a clinician
5            with a specialist interest in treating bipolar disorder.

6   *Management of concurrent depressive and psychotic symptoms*

7   7.7.10.16 For patients with a diagnosis of bipolar disorder experiencing concurrent
8            depressive and psychotic symptoms, prescribers should consider
9            augmenting the current treatment plan with antipsychotic medication, such
10          as olanzapine, quetiapine, or risperidone, or the use of ECT if the depressive
11          illness is severe.

12   **7.7.11        The treatment of acute depression in children and adolescents**
13   There are no studies of the management of acute depression in children and
14   adolescents with bipolar disorder. It is necessary to extrapolate cautiously from the
15   adult database and to refer to the evidence on the treatment of unipolar depression
16   in children and adolescents. The NICE Guideline on Depression in Children and
17   Adolescents (NICE, September 2005) summarises the evidence for the use of
18   antidepressants in under 18 year olds with unipolar depression. Fluoxetine is the
19   only SSRI antidepressant where clinical trials demonstrated that the risk benefit ratio
20   was positive for unipolar depression in young people under 18 years. There is some
21   evidence that all SSRIs (including fluoxetine) may increase the risk of suicidal
22   ideation and/or behaviour and increase the risk of discontinuation of treatment due
23   to adverse events, but that the addition of Cognitive Behaviour Therapy (CBT) may
24   reduce this risk. Antidepressants should normally first be prescribed only in
25   conjunction with psychological therapies and the child and adolescent should be
26   monitored for agitation, suicidal ideation and self harm. If treatment with fluoxetine
27   is unsuccessful or not tolerated because of side effects, consideration should be given
28   to the use of another antidepressant. In the case of children and adolescents sertraline
29   or citalopram are the recommended second line treatments. In the UK none of these
30   drugs are licensed for use in under 18 year olds but can be prescribed unlicensed by
31   a specialist practitioner.

32   *Mild depression in children and adolescents*

33   7.7.11.1 For children and adolescents with bipolar disorder experiencing mild
34           depressive symptoms, which are assessed as not requiring immediate
35           treatment, monitor weekly and offer additional support, for example at
36           home and in school

37   *Moderate and severe depression in children and adolescents*

38   7.7.11.2 In the pharmacological and psychological management of children or
39           adolescents with bipolar disorder experiencing depressive symptoms
40           assessed as requiring treatment, prescribers, who should normally be
41           specialist clinicians (based in at least Tier 3 level services), should follow the
42           recommendations set out for adults with bipolar disorder except that they

CONFIDENTIAL
AZSER12779497

DRAFT FOR SECOND CONSULTATION

1        should consider offering children and adolescents a structured
2        psychological therapy specifically aimed at treating depression symptoms
3        in addition to prophylactic medication and monitor weekly.

4  7.7.11.3 For a child or adolescent with bipolar disorder, if there has been no response
5        after 4 weeks to psychological therapy for the treatment of depression in
6        combination with prophylactic medication prescribers should consider:

7        • the addition of fluoxetine† starting at 10 mg per day, continuing at this
8          dose if there is an adequate response but if not increase to 20 mg per day

9        • changing to sertraline† or citalopram† if there is no response to fluoxetine
10         after an adequate trial,  and if there is still no response seek advice from a
11         specialist in affective disorders.

12  7.7.11.4 For adolescents who are experiencing depressive symptoms but are
13        developmentally advanced, use the guidance for the management of
14        depression provided for adults in this guideline.

## 15  7.8    Electroconvulsive therapy (ECT) (all illness phases)

16  **7.8.1       Clinical evidence**
17  No study of ECT in acute bipolar depression met inclusion criteria (see above),
18  although there is some evidence for its effectiveness compared with an antipsychotic
19  in acute mania. The recommendations below are adapted from the NICE Technology
20  Appraisal of ECT (NICE2003).

21  **7.8.2       Health economics evidence**
22  A recent NHS Health Technology Assessment (Greenhalgh *et al*, 2005) aimed at
23  evaluating the clinical and cost-effectiveness of ECT for depressive illness,
24  schizophrenia, catatonia and mania. The report failed to identify any economic
25  studies relating to ECT fulfilling the inclusion criteria set for the systematic review.
26  In addition, although decision-analytic models were developed in order to assess the
27  cost-effectiveness of ECT for the management of depressive illness and
28  schizophrenia, no economic models were possible to construct for either mania or
29  catatonia, due to lack of published data relating to these disease areas.
30
31  Only one economic study relating to ECT for the management of acute bipolar
32  episodes was identified and included in the systematic review carried out for this
33  guideline (KUTCHER1995). The study, which was carried out in Canada, compared
34  ECT to standard pharmacological inpatient care for the management of adolescents
35  and young adults (16-22 years old) with treatment-resistant acute bipolar episodes,
36  either manic or depressive, and was based on a retrospective comparative design.
37  The main drawback of the analysis was the method of group assignment, which was
38  based on self-selection: patients eligible for ECT chose whether they wanted to
39  undergo ECT; those agreeing comprised the ECT group, while those denying
40  received standard inpatient care. Costs consisted of hospitalisation costs only;
41  intervention costs were not estimated. Clinical outcomes included improvement in
42  clinical symptoms as measured using the Brief Psychiatric Rating Scale (BPRS),

CONFIDENTIAL
AZSER12779498

DRAFT FOR SECOND CONSULTATION

1  length of hospital stay, as well as rate of side-effects in the ECT group. The time
2  horizon of the analysis was the period until hospital discharge.
3
4  The analysis demonstrated that both groups were characterised by significant
5  improvement in BPRS scores overtime, with the ECT group score at discharge being
6  significantly lower than that of the control group. Side-effects of ECT were reported
7  to be generally mild, occurring in 28% of the ECT sessions. The length of hospital
8  stay was shorter for the ECT group, resulting in lower hospitalisation costs
9  compared with the control group ($58,608 versus $143,264 per admission
10 respectively). Overall, ECT appeared to be more cost-effective than standard care;
11 however, the design of the study, which was subject to major selection bias, as well
12 as the estimation of hospitalisation costs only and the omission of all other relevant
13 costs from the analysis, limit considerably the scope of it; consequently, no robust
14 conclusions on the cost-effectiveness of ECT can be drawn based on this study.
15
16 Characteristics and results of the above study are presented in the evidence tables for
17 economic studies in Appendix 14.

18  **7.8.3**          **Clinical practice recommendations**

19  7.8.3.1  It is recommended that electroconvulsive therapy (ECT) is used only to
20          achieve rapid and short-term improvement of severe symptoms after an
21          adequate trial of other treatment options has proven ineffective and/or
22          when the condition is considered to be potentially life-threatening, in
23          individuals with:

24              •     severe depressive illness

25              •     catatonia

26              •     a prolonged or severe manic episode.

27  7.8.3.2  The decision as to whether ECT is clinically indicated should be based on a
28          documented assessment of the risks and potential benefits to the individual,
29          including:

30              •   the risks associated with the anaesthetic

31              •   current comorbidities

32              •   anticipated adverse events, particularly cognitive impairment

33              •   the risks of not having treatment.

34  7.8.3.3  When using ECT in the treatment of bipolar disorder prescribers should
35          consider:

36              •   stopping or reducing lithium or benzodiazepines, before giving ECT

CONFIDENTIAL
AZSER12779499

DRAFT FOR SECOND CONSULTATION

1       •   monitoring the length of fits carefully when anticonvulsants are used
2         for the treatment of bipolar disorder

3       •   monitor mental state carefully for evidence of switching to the opposite
4         pole.

5  ## 7.9    The management of acute behavioural disturbance

6  **7.9.1      Introduction**
7  Acute behavioural disturbances in the context of bipolar disorder typically occur
8  during periods of hospitalisation, but may arise at any time during the course of the
9  illness, as part of an exacerbation. A person may be agitated, aggressive or violent
10 towards others, secondary to psychotic symptoms (for example,grandioise delusions,
11 command hallucinations) or non-psychotic symptoms (for example,high levels of
12 arousal). However, in the Royal College of Psychiatrists' guideline on the
13 Management of Imminent Violence (1998), environmental factors, including
14 overcrowding, lack of privacy, lack of activities and long waiting times to see staff,
15 are identified as playing an important role in increasing the likelihood of aggression
16 or violence. Also, social factors, such as poor communication between patients and
17 staff and weak clinical leadership, may contribute to feelings of frustration and
18 tension amongst all parties. Dealing with these issues in advance may reduce the risk
19 of violence and aggression (Royal College of Psychiatrists, 1998).

20 The initial response should be to provide structure, reduce stimulation and try to
21 verbally reassure and calm the person (Osser & Sigadel, 2001). Staff need to be
22 trained to anticipate possible violence and to de-escalate the situation at the earliest
23 opportunity. Physical means of restraint or seclusion should be resorted to 'only after
24 the failure of attempts to promote full participation in self-care'. In this context, the
25 use of drugs to control disturbed behaviour (rapid tranquillisation) is often seen as a
26 last resort, for use where appropriate psychological and behavioural approaches
27 have failed or are inappropriate. However, patients who participated in discussion
28 groups on this topic have expressed the view that when they behaved violently, their
29 preference was for medication rather than seclusion or prolonged physical restraint
30 (Royal College of Psychiatrists, 1998).

31 The aim of drug treatment in such circumstances is to calm the person, and reduce
32 the risk of violence and harm, rather than treat the underlying psychiatric condition.
33 An optimal response would be a reduction in agitation or aggression without
34 sedation, allowing the patient to participate in further assessment and treatment.
35 Ideally, the drug should have a rapid onset of action and a low level of side effects.
36 Psychiatrists, and the multidisciplinary team, who use rapid tranquillisation should
37 be trained in the assessment and management of patients specifically in this context:
38 this should include assessing and managing the risks of drugs (benzodiazepines and
39 antipsychotics), using and maintaining the techniques and equipment needed for
40 cardiopulmonary resuscitation, and prescribing within therapeutic limits and using
41 flumazenil (a benzodiazepine antagonist).

CONFIDENTIAL
AZSER12779500

DRAFT FOR SECOND CONSULTATION

1  **7.9.2        Current practice**
2  In clinical practice in the UK, the most common choice of drug for rapid
3  tranquillisation has been an antipsychotic, such as haloperidol, or chlorpromazine,
4  often in combination with a benzodiazepine, such as diazepam or lorazepam
5  (Pilowsky *et al.*, 1992; Cunnane, 1994; Mannion *et al.*, 1997; Simpson & Anderson,
6  1996). Zuclopenthixol acetate, a short-acting depot antipsychotic, has also been
7  commonly used, although doubts as to its value have recently been raised (Fenton *et
8  al.*, 2000). Previously published guidelines have generally recommended that drug
9  treatment should be administered orally, if the person is willing to accept this
10  (Atakan & Davies, 1997; Kerr & Taylor, 1997; Royal College of Psychiatrists, 1997).
11  Liquid or rapidly dissolving preparations may be particularly useful.

12  However, current practice is not underpinned by a strong evidence base. There are
13  relatively few controlled studies on which to base prescribing decisions. Further, in
14  studies of drug treatment of acute behavioural disturbance, there may be some doubt
15  about the generalisability of the patient samples, in that many of the individuals who
16  require rapid tranquillisation would be too disturbed to give informed consent to
17  participate. Placebo-controlled studies would be necessary to assess the overall
18  advantage of treatment using the various drug regimens, but such studies are likely
19  to be regarded as unethical given that rapid tranquillisation is usually indicated only
20  after other non-pharmacological approaches have failed. In any event, a major
21  concern in this situation is to minimise the risk of harm to the individual, the staff
22  and others.

23  **7.9.3        Safety considerations in rapid tranquillisation**
24  The benefit of reducing the risk of harm to the individual or others must be balanced
25  against the risk of adverse effects associated with such drug regimens. In a survey of
26  around 100 incidents of rapid tranquillisation, Pilowsky *et al.* (1992) found few
27  adverse events, although those reported were potentially serious cardiovascular and
28  cardiorespiratory events. The cardiovascular effects of antipsychotics in such
29  situations have become a source of growing concern. Osser and Siagdel (2001)
30  recommend that chlorpromazine is avoided because of its greater risk of
31  hypotension. Droperidol, an antipsychotic widely used for rapid tranquillisation,
32  was voluntarily withdrawn in 2001 because of reports of QT prolongation, serious
33  ventricular arrhythmia and sudden death. A change in the rate-corrected QT interval
34  (QTc) on the ECG associated with an antipsychotic may be an indicator of cardio
35  toxicity. An increased risk of QT interval prolongation has been reported with
36  several antipsychotic drugs (Royal College of Psychiatrists, 1997). In a naturalistic
37  study in the UK (Reilly *et al.*, 2000), a prolonged QTc was associated with both
38  thioridazine and droperidol. Partly on the basis that QTc prolongation may be a
39  marker of risk of arrhythmia, the use of thioridazine has been restricted in the UK
40  since the end of 2000, and would not be appropriate for rapid tranquillisation.

41  Acute extrapyramidal side effects, such as akathisia, parkinsonism and dystonia, are
42  commonly observed with intramuscular conventional antipsychotic drugs. Dystonic
43  reactions can be particularly severe and unpleasant (Royal College of Psychiatrists,
44  1997), and both akathisia and dystonia could exacerbate disturbed behaviour. If an
45  antipsychotic is to be used alone in people at high risk for dystonia, such as males
46  under 35 years of age, long-term antiparkinsonian drug treatment should be
47  considered (Osser & Sigadel, 2001).

CONFIDENTIAL
AZSER12779501

DRAFT FOR SECOND CONSULTATION

1   Benzodiazepines, although considerably safer, can cause cognitive impairment,
2   behavioural disinhibition, over-sedation and, most seriously, respiratory depression
3   with the administration of high doses (Mendelson, 1992). The benzodiazepine partial
4   antagonist flumazenil can counter these effects, but it is not easy to give in an
5   emergency situation by those inexperienced in its use: flumazenil has a shorter half
6   life than the majority of benzodiazepines, meaning that repeated doses may be
7   required. It can also induce seizures in people who have been receiving regular
8   benzodiazepines.


9   **7.9.4        Definition and aim of rapid tranquillisation**
10  Rapid tranquillisation means the use of drug treatments to achieve rapid, short-term
11  behavioural control of extreme agitation, aggression and potentially violent
12  behaviour that places the individual or those around them at risk of physical harm
13  (Broadstock, 2001). The term rapid tranquillisation is usually restricted to parenteral
14  forms of medication. The aim of rapid tranquillisation is to achieve sedation
15  sufficient to minimise the risk posed to the person themselves or to others. The
16  individual should be able to respond to spoken messages throughout the period of
17  sedation (Royal College of Psychiatrists, 1998).


18  **7.9.5        Studies considered for review**
19  This review is based on a new systematic search for RCTs of pharmacological agents
20  used in rapid tranquillisation. Since there are very few studies in specific bipolar
21  populations, inclusion criteria allowed studies with people with severe mental
22  illness. The search was undertaken in May 2005. Thirty trials were identified from
23  searches of electronic databases, with 5 meeting the eligibility criteria set by the
24  GDG. Excluded studies with reasons for exclusion can be seen in Appendix 21.
25
26  Important characteristics of the included studies are in Table 46, with fuller details of
27  studies in Appendix 21.

28
29

CONFIDENTIAL
AZSER12779502

DRAFT FOR SECOND CONSULTATION

**Table 46. Summary of study characteristics for rapid tranquillisation in the management of acute behavioural disturbance**

| | IM antipsychotic or benzodiazepine versus IM placebo | IM antipsychotic versus IM antipsychotic | IM antipsychotic vs benzodiazepine (vs combination) | Oral antipsychotic + benzodiazepine vs IM antipsychotic + benzodiazepine |
|---|---|---|---|---|
| *No. trials (No. participants)* | *3 RCTs (782)* | *2 RCTs (581)* | *2 RCTs (238)* | *1 RCT (162)* |
| **Study IDs** | BRIER2002 (1) MEEHAN2001 (2) WRIGHT2001 (3) | BRIER2002 (1) WRIGHT2001 (2) | FOSTER1997 (1) MEEHAN2001 (2) | CURRIER2004 |
| **Diagnosis** | (1) (3) 100% schizophrenia (2) 100% bipolar manic phase | 100% schizophrenia | (1) 65% schizoaffective disorders or psychotic illness, 35%bipolar disorder (2) 100% bipolar manic phase | 55% schizoaffective disorders; 8% bipolar; 18% other |
| **Agitation status** | (1) PANSS-EC >= 14 (with >= 4 on at least 1 item) (2) agitation severe enough to be appropriate candidates for receiving injections, PANSS-EC >= 14 (with >= 4 on at least 1 item) (3) PANSS-EC >= 14 (with >= 4 on at least 1 item) | (1) PANSS-EC >= 14 (with >= 4 on at least 1 item) (2) PANSS-EC >= 14 (with >= 4 on at least 1 item) | (1) Judged to be an imminent danger to themselves, required 4-point physical restraints, scored >=5 on at least 3 items on BPRS, and had score of at least 4 on GCI. (2) agitation severe enough to be appropriate candidates for receiving injections, PANSS-EC >= 14 (with >= 4 on at least 1 item) | Patients exhibiting both psychosis and agitation judged by clinicians to require pharmacologic intervention |
| **Setting** | (1) Croatia, Italy, Romania, South Africa (2) US, Romania (3) Australia, N America, Europe, S Africa | (1) Croatia, Italy, Romania, South Africa (2) Australia, N America, Europe, S Africa | (1) US psychiatric emergency service; (2) US, Romania | US (24 sites) |
| **Study drugs** | (1) IM Olanzapine 10 mg*, IM haloperidol 7.5 mg, placebo (2) IM Olanzapine, IM lorazepam, placebo (3) IM Olanzapine, IM haloperidol, placebo | (1) IM Olanzapine 10mg, IM haloperidol 7.5 mg, placebo (2) IM Olanzapine, IM haloperidol, placebo | (1) Haloperidol or lorazepam (both oral or IM at discretion of clinician) (2) IM Olanzapine, IM lorazepam, placebo | Oral Risperidone + oral lorazepam IM Haloperidol + oral lorazepam |
| **Mean age range** | 36-40 or not specified | 36 or not specified | 36-42 | 38 |

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)          Page 212 of 341

394

CONFIDENTIAL
AZSER12779503

DRAFT FOR SECOND CONSULTATION

---

Notes: IM – intramuscular
* study includes IM olanzapine at other doses, but 10 mg chosen for this review because it is
the dose given by the BNF

---

### 7.9.6        Outcomes

The following outcomes were extracted at 2 and 24 hours after administration of
study drugs: scores on the PANSS excited subscale and total scale, overt aggression
scale, agitated behaviour scale, YMRS, and BPRS, plus the number who received
benzodiazepines. Scores on the PANSS excited subscale and agitated behaviour
scales were considered critical outcomes. Also, the number leaving the study early
for any reason and because of side effects were extracted, together with side effects
including parkinsonian side effects, akathisia, EPS, dystonia, nausea, vomiting,
hyperkinesias [EPS or movement disorders] agitation, somnolence and QTc interval
change.  Parkinsonian side effects, akathisia, EPS and QTc interval change were
considered critical outcomes.

### 7.9.7        Clinical summary

Only six studies met inclusion criteria. Of these, only 1 included 100% bipolar
patients (MEEHAN2001), with 2 others included a proportion of people with bipolar
disorder (FOSTER1997 35%; CURRIER2004 8%). The majority of people in the dataset
had a diagnosis of schizophrenia or related disorders. There was also some
uncertainty about the quality of the included trials, with only one (CURRIER2004)
describing an adequate randomisation process. The others failed to report how
randomisation was carried out. Among other things, these aspects led to
downgrading of evidence.

On critical outcomes there was evidence (moderate quality) that IM olanzapine and
IM lorazepam are effective in reducing aggressive behaviour compared with placebo,
as well as evidence (low quality) for the efficacy of IM haloperidol compared with
placebo. There was inconclusive evidence (very low quality) of any difference in
efficacy between IM olanzapine (10 mg) and IM haloperidol (7.5 mg), but some
evidence that IM olanzapine is more effective than IM lorazepam (moderate quality).
There were no critical outcomes reported for IM haloperidol compared with IM
lorazepam, and the available evidence was graded very low quality. In the one study
including oral medication (oral risperidone + oral lorazepam vs IM risperidone +
oral lorazepam) (CURRIER2004), there was no difference between the two drug
combinations (moderate quality).

Turning to side effects, there was no difference on critical side effects between
olanzapine and placebo (low quality evidence), and some evidence that haloperidol
caused more side effects than placebo (low quality evidence). Critical outcomes were
not reported by the study comparing lorazepam with placebo. When olanzapine was
compared with haloperidol, there was some evidence of a more favourable side-
effect profile for olanzapine (moderate quality evidence). Relevant side effects were
not reported in the study of olanzapine compared with lorazepam. Evidence was
inconclusive (very low quality) for oral risperidone + oral lorazepam versus IM
risperidone + oral lorazepam.

An overview of the results is provided in Table 47 with the full evidence profile in
Appendix 22.

CONFIDENTIAL
AZSER12779504

DRAFT FOR SECOND CONSULTATION

1

2  **Table 47 Summary of evidence profile for rapid tranquillisation in the**
3  **management of acute behavioural disturbance**

| | IM antipsychotic or benzodiazepine versus IM placebo | IM antipsychotic versus IM antipsychotic | IM antipsychotic vs benzodiazepine (vs combination) | Oral antipsychotic + benzodiazepine vs IM antipsychotic + benzodiazepine |
|---|---|---|---|---|
| Evidence for efficacy (quality) | Olanzapine (high), haloperidol (moderate) and lorazepam (high) effective versus placebo | Data are inconclusive (low) for efficacy outcomes | Olanzapine more effective than lorazepam (high) | No difference between 2 combinations (high) |
| Evidence for side effects (quality) | Olanzapine has most favourable side effect profile (low) | Olanzapine most favourable side effect profile (high) | Relevant side effects not reported | Data are inconclusive (low) for tolerability/acceptability outcomes |

4

5  **7.9.8        Clinical recommendations**

6  7.9.8.1  When a patient with bipolar disorder exhibits seriously disturbed behaviour,
7         or is judged to be at risk of doing so, healthcare professionals should:

8  •  Ensure the patient is placed in the least stimulating, most supportive
9     and most non-confrontational environment available

10  •  Review the safety and physical status of the patient including hydration
11     levels, and take appropriate action

12  •  Consider the use of distraction techniques and the diversion of energy
13     into less risky or more productive activities to help prevent or reduce
14     behavioural disturbance.

15  *Pharmacological management of severe behavioural disturbance in people with*
16  *bipolar disorder*

17  7.9.8.2  In the pharmacological management of severe behavioural disturbance in
18         bipolar disorder prescribers should normally try to use oral medication
19         (such as lorazepam† or an antipsychotic, or a combination of an
20         antipsychotic and benzodiazepine) before the use of intramuscular
21         preparations. Two antipsychotics (risperidone and olanzapine) are available
22         in orodispersible formulations which can be advantageous in this situation
23         as they are easier for patients to take and are more difficult to spit out.

24  **7.9.8.3**  When a severely disturbed patient with bipolar disorder cannot be effectively
25         managed with oral medication and rapid tranquillisation is required
26         prescribers should consider:

27  •  the use of intramuscular olanzapine (10 mg), lorazepam† (2 mg) or

CONFIDENTIAL
AZSER12779505

DRAFT FOR SECOND CONSULTATION

1        haloperidol (2 mg – 10 mg); wherever possible as a single agent

2       • the use of olanzapine or lorazepam† in preference to haloperidol because
3        of the propensity of haloperidol to cause movement disorders, in particular
4        dystonia and akathisia

5       • that olanzapine and parenteral benzodiazepines should not be given
6        intramuscularly within 1 hour of each other

7       • that repeat intramuscular doses can be given up to 20 mg per day
8        (olanzapine), or 4 mg per day (lorazepam†) or 18 mg per day (haloperidol).
9        Total daily dose including concurrent oral medication should not normally
10      exceed BNF limits

11      • previous response and tolerability, the availability of flumazenil, and the
12       current regular medication when choosing between olanzapine and
13       lorazepam.

14   7.9.8.4 Intravenous preparations of any psychotropic drug, intramuscular diazepam,
15       intramuscular chlorpromazine, paraldehyde and zuclopenthixol acetate are
16       not recommended for routine use in the pharmacological management of
17       behavioural disturbances in people with bipolar disorder.

18   *Special considerations for children and adolescents*

19   7.9.8.5 In the management of children and adolescents with bipolar disorder and
20       severe behavioural disturbance prescribers should follow the guidance for
21       adults. However, rapid tranquillisation with haloperidol† in children and
22       adolescents is not recommended because of increased propensity to
23       extrapyramidal side effects in this age group.
24

CONFIDENTIAL
AZSER12779506

DRAFT FOR SECOND CONSULTATION

# 8 The medical and pharmacological management of bipolar disorder - part II

## 8.1 Introduction

The following aspects of the medical and pharmacological management of bipolar disorder are considered in this chapter

- The long-term treatment of bipolar disorder including health economic evidence
- The discontinuation/withdrawal of medication
- Pharmacological issues in the management of women having a baby
- Physical and medical monitoring.

## 8.2 The long-term pharmacological management of bipolar disorder

### 8.2.1 Introduction

Long-term treatment aims to prevent the occurrence of future episodes of bipolar disorder and is important due to the recurrent nature of bipolar disorder. Aspects of long-term treatment include helping patients recognise signs of early relapse, avoiding triggers for episodes and employing pharmacotherapy. The long-term nature of treatment in bipolar disorder makes establishing a positive therapeutic alliance between patient and staff crucial. Patients require long-term medication to prevent a recurrence of both depression and mania. The relative importance of these two aims will be determined by the past history, i.e. how many previous depressive and manic episodes have occurred and their severity. Lamotrigine is thought to have a specific effect in reducing the risk of recurrence of bipolar depression. Drugs that are thought predominantly act to reduce the occurrence of mania include valproate, lithium and olanzapine though each of these may also have significant effects in reducing the likelihood of depressive relapse. On average, people with bipolar disorder spend more time suffering from depressive symptoms than from manic symptoms. This is particularly the case in bipolar II disorder in which, in one study (Judd *et al* 2003), the ratio of time depressed to hypomanic was 37 to 1 compared with 3 to 1 in bipolar I disorder(Judd *et al* 2002). It could therefore be argued that the amelioration of depression is a key aim for most bipolar patients. Tolerability will often be a bigger concern for patients during long-term treatment than during acute treatment.

There are relatively few long-term trials in bipolar disorder. Interpretation of these trials is hindered by different definitions of relapse, inadequate description of the clinical history of participants (for example, was the sample liable to manic or

CONFIDENTIAL
AZSER12779507