DRAFT FOR SECOND CONSULTATION

1  depressive relapses), and the fact that some studies do not distinguish between
2  depressive and manic relapses.

3  **8.2.2**          **Treatments considered**

4

5  *Licensed indications*
6  Lithium and olanzapine have UK Marketing Authorisation for the prophylaxis of
7  bipolar disorder, and carbamazepine has Marketing Authorisation for the
8  prophylaxis of bipolar disorder unresponsive to lithium. Medications which do not
9  have a UK Marketing Authorisation for the indication recommended at the date of
10 publication (June 2006) are marked with a dagger (†); check the Summary of Product
11 Characteristics for current licensed indications.

12

13 With regard the use of psychotropic medication in children and adolescents under
14 the age of 18, at the date of publication (June 2006), no drugs have a UK Marketing
15 Authorisation for use in this age group. However, in 2000, the Royal College of
16 Paediatrics and Child Health issued a policy statement on the use of unlicensed
17 medicines, or the use of licensed medicines for unlicensed applications, in children
18 and adolescents. This states that such use is necessary in paediatric practice and that
19 doctors are legally allowed to prescribe unlicensed medicines where there are no
20 suitable alternatives and where the use is justified by a responsible body of
21 professional opinion.[8]

22

23 *Lithium*
24 Lithium has been used in the treatment of bipolar disorder for over 50 years and has
25 been regarded as the gold standard long-term agent, although lithium salts were first
26 used in the 19th century (Healy, xxxx). However, recent research suggests that is
27 effect is mainly confined to prevention of mania. Observational studies suggest that
28 long-term lithium treatment has an anti-suicidal effect in mood disorders
29 (Baldessarini *et al*, 2003).   Goodwin *et al* (2003) reported a large naturalistic study
30 that found a 2.7-fold increase in the risk of suicide in patients prescribed valproate
31 semisodium compared to patients prescribed lithium.  Such studies cannot help
32 distinguish whether such an effect is non-specific due to the benefit arising from the
33 long term monitoring provided for patients who remain on lithium or a specific
34 benefit from the action of lithium.  A recent meta-analysis of randomised controlled
35 trials showed a benefit of lithium in the prevention of suicide, deliberate self-harm
36 and death from all causes suggesting the latter mechanism although it was not
37 possible to assess the impact of the efficacy of lithium compared to comparators in
38 producing this effect (Cipriani *et al*, 2005).

39

40 Issues to consider in long–term treatment with lithium include the narrow
41 therapeutic index, the risk of thyroid disorders and chronic renal impairment, and
42 the risk of rebound phenomena.  These were discussed in the previous chapter.

43

44 *Antipsychotics*

---

[8] Joint Royal College of Paediatrics and Child Health/Neonatal and Paediatric Pharmacists Group Standing Committee on Medicines (2000) *The Use of Unlicensed Medicines or Licensed Medicines for Unlicensed Applications in Paediatric Practice - Policy Statement*. London: Royal College of Paediatrics and Child Health.

CONFIDENTIAL
AZSER12779508

DRAFT FOR SECOND CONSULTATION

1   Conventional antipsychotics have tended to be used in the long-term treatment of
2   bipolar disorder by European psychiatrists.  One atypical antipsychotic (olanzapine)
3   is licensed for prevention of relapse in bipolar disorder.  Weight gain is a concern
4   with most antipsychotics and particularly olanzapine which is associated with a
5   higher mean weight increase than other atypical antipsychotics (Allison *et al*, 1999)
6   With olanzapine weight tends to reach a plateau after about 9 months of treatment
7   (Kinon *et al*, 2001).
8
9   Recently, there has been increasing concern about the possible metabolic aside effects
10   of atypical antipsychotics including elevation of glucose, cholesterol and
11   triglycerides.  The US Federal Drugs Agency has regarded hyperglycaemia and risk
12   of diabetes as a class effect of atypical antipsychotics.  The issues of whether (i)
13   atypical antipsychotics differ in their propensity to cause metabolic side effects and
14   (ii) the clinical significance of any such differences are both controversial. This
15   reflects a relative lack of long term RCTs with metabolic data plus contradictory
16   results in the existing literature. Much of the data is retrospective and has
17   methodological weaknesses that include potential screening bias, failure to
18   thoroughly assess non-pharmacological risk for diabetes and lack of randomisation
19   which makes it impossible to confidently tease apart drugs effect from non-
20   pharmacological effects for example, lifestyle and family history. Within the general
21   population approximately half of those with abnormal glucose tolerance and
22   diabetes are undiagnosed and this also holds for those with severe psychiatric illness
23   (Subramanian *et al* 2003).  Most of the data concerning metabolic abnormalities in
24   those receiving atypical antipsychotics relates to patients with schizophrenia and not
25   BPD.
26
27   Despite these issues, a recent randomised double-blind study of nearly 1500 patients
28   with schizophrenia treated for up to 18 months showed mean elevation of
29   cholesterol, triglycerides and glycosylated haemoglobin were all greater with
30   olanzapine than with several other atypical antipsychotics though mean elevation of
31   blood sugar did not differ between the groups (Lieberman *et al*, 2005). The results
32   suggest that metabolic abnormalities are more frequent with olanzapine than with
33   other atypical antipsychotics.  However, it seems that all atypical antipsychotics can,
34   in some patients, lead to elevation of glucose and indeed this adverse effect was
35   reported with chlorpromazine in the 1950s.  Many guidelines now recommend
36   monitoring of glucose and lipid levels for patients prescribed any antipsychotic and
37   this is the view adopted by this guideline.  It is also important to note that many
38   patients with bipolar disorder may be at high risk of developing diabetes mellitus
39   and dyslipidaemias due to aspects of their lifestyle irrespective of antipsychotic
40   treatment.
41

42   *Anticonvulsants*

43   Similar issues that apply to short term treatment also apply to long term treatment
44   with anticonvulsants (see the previous chapter).  In addition there is evidence that
45   weight gain with valproate can continue over 12 months.
46
47   Valproate semisodium is licensed for the treatment of mania. Carbamazepine is
48   licensed for the treatment of bipolar patients who are intolerant of lithium or in
49   whom lithium is ineffective.  A major complication of carbamazepine is that it can
50   lower the plasma level of concurrently prescribed drugs including antipsychotics.

CONFIDENTIAL
AZSER12779509

DRAFT FOR SECOND CONSULTATION

1   Both carbamazepine and valproate are teratogenic being associated with an
2   increased risk of neural tube defects. Sodium valproate is also associated with the
3   development of a range of other major abnormalities including facial dysmorphias
4   and distal digit hypoplasia, (Homes *et al* 2001; Morrow *et al*, 2005; O'Brien and
5   Gilmour-White, 2004). The monotherapy MMR for valproate was 5.9% (4.3 to 8.2),
6   significantly higher than the other commonly used prophylactic agents
7   (carbamazepine 2.3% (1.4 to 3.7), lamotrigine 2.1% (1.0 to 4.0)). The risk is thought to
8   be greater in those prescribed >1g valproate per day versus lower doses (Omtzigt *et*
9   *al*, 1992). It is important to note that the neural tube closes at day 30 of gestation
10   which will usually be before a pregnancy has been confirmed, for this reason
11   prevention is essential. In addition, there is evidence that the use of valproate is
12   associated with a significant reduction in cognitive functioning of children born to
13   mothers who used valproate during pregnancy (Adab *et al* 2004a, b).

14   *Lamotrigine*

15   There are no major concerns with long-term use of lamotrigine.
16

17   *Antidepressants*

18   Concerns about cycle acceleration and the long-term efficacy, if any, of
19   antidepressants are of key relevance to the question of how long to continue to
20   prescribe antidepressants.
21

22   **8.2.3**       **Review strategy**
23   Randomised controlled trials were found for the following treatment strategies:
24   - **Lithium monotherapy**, compared with placebo, an anticonvulsant, an
25   antidepressant or an antipsychotic
26   - **Lithium in combination** with an antidepressant
27   - **Lithium at different doses or lithium in different dosing regimens**
28   - **Other monotherapies** (anticonvulsants, antipsychotics)
29   - **Antipsychotic** combinations.
30
31   A summary of the evidence for the long-term pharmacological treatment of
32   children and adolescents is also provided.

33   **8.2.4**       **Study design**
34   Most studies included an open-label phase during which participants were
35   stabilised on lithium. Euthymic participants were then randomised to continue
36   open-label medication or switch to another drug. In DUNNER1976 participants
37   entered the study during a period of 'normal mood'. Participants in TOHEN2003
38   had participated in a previous double-blind acute-phase study.

39   **8.2.5**       **Lithium monotherapy in long-term management**

40   *Studies considered*

41   Ten trials of lithium monotherapy (versus another monotherapy or placebo) met
42   the eligibility criteria set by the GDG. Excluded studies with reasons for
43   exclusion can be seen in Appendix 21.

CONFIDENTIAL
AZSER12779510

DRAFT FOR SECOND CONSULTATION

**Table 48. Summary of study characteristics for lithium montherapy in long-term treatment**

| | Versus placebo | Versus an anticonvulsant | Versus an antidepressant | Versus an antipsychotic |
|---|---|---|---|---|
| *No. trials (No. participants)* | *5 RCTs (1102)* | *6 RCTs (1154)* | *1 RCT (117)* | *1 RCT (431)* |
| **Study IDs** | BOWDEN2000 (1) BOWDEN2003 (2) CALABRESE2003 (3) DUNNER1976 (4) PRIEN1973 (5) STALLONE1973 (6) | BOWDEN2000 (1) BOWDEN2003 (2) CALABRESE2003 (3) COXHEAD1992 (4) FINDLING2005 (5) HARTONG2003 (6) | PRIEN1984 | TOHEN2005 |
| **Population** | US; outpatients | All US except (6): Holland Participants in (6) lithium-naive | US; in- and outpatients | North America, Europe, South Africa |
| **Diagnosis at entry to study** | (1) Bipolar I – manic phase (2) Bipolar I – not in acute episode (3) Bipolar I – depressed phase (4) Bipolar II – 'normal mood' (5) Bipolar I - recently remitted (6) Bipolar I – not in acute phase | (1) Bipolar I – manic phase (2) Bipolar I – not in acute episode (3) Bipolar I – depressed phase (4) Bipolar (5) Bipolar I (92%)/Bipolar II (8%) 3.3% psychotic features; 58% comorbid ADHD; 50% rapid cycling (6) Bipolar – various phases | Bipolar - major depressive disorder | Bipolar (recruited during episode for open-label phase: 94% manic, 6% mixed, 26% psychotic features) |
| **Bipolar history** | Depressed tendency: Calabrese2003; Bowden2000 Not clear: Stallone1973 | Depressed tendency: Calabrese2003; Bowden2000 | | 3% history of rapid cycling; 93% manic index episode |
| **Serum levels of lithium (mmol/L)** | (1) 0.8-1.2 (2) 0.8-1.1 (3) 0.8–1.1 (4) 0.8-1.2 (5) 0.7** (6) 0.8-1.3 | (1) 0.8-1.2 (2) 0.8-1.1 (3) 0.8–1.1 (4) 0.6-1.0 (5) 0.6-1.2 (6) 0.6-1.0 | 0.75 | 0.6-1.2 |
| **Comparator drug(s)** | Placebo | (1) VLP 71ug/ml - 125ug/ml (2) Lamotrigine 100 mg – 400 mg (3) Lamotrigine 200 mg and 400 mg (4) CBZ 35-51 mmol/L (5) VLP 81.1 mg/ml* (6) CBZ 6mg/L (1.2)* | Imipramine 132 mg* | Olanzapine mean dose 11.9 mg |
| **Concomitant medication** | (1) Lorazapam and haloperidol (2) Short-term Chloral hydrate or BZD (3) Chloral hydrate or BZD | (1) Lorazapam and haloperidol (2) Short-term Chloral hydrate or BZD (3) Chloral hydrate or BZD (4) Temazepam (5) Psychostimulants for ADHD (6) Benzodiazepines | None | Benzodiazepines, anticholinergics |
| **Mean age range** | 39-52 | (5) 11 (range 5-17) 31-51 | 38 | 42 |

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 220 of 341

CONFIDENTIAL
AZSER12779511

| | | | |
|---|---|---|---|
| **Length of trial** | (1) 52 weeks<br>(2) & (3) 18 months<br>(4) 16 months<br>(5) 24 months<br>(6) 30 months* | (1) 7.5 weeks*<br>(2) & (3) 18 months<br>(4) 12 months<br>(5)<br>(6) 2 years* | 52 weeks |
| **Problems with trial affecting efficacy assessments** | (2) Lithium arm closed before end of trial, and trial stopped early<br>(3) Stopped randomising to one of the lamotrigine groups<br><br>All studies achieved high lithium doses | (2) Not fully randomised therefore analysed separately<br>(3) Stopped randomising to one of the lamotrigine groups; also high dose lamotrigine would effect cognitive function<br>(4) Participants randomised to CBZ switched to study drug without titration<br><br>(1)(2)(3) Achieved high lithium doses | Participants stabilised on lithium + olanzapine during open-label phase |

Notes: * mean ** median, most patients above 0.5
VLP – valproate semisodium; CBZ – carbamazepine; BZD - benzodiazepine

*Clinical summary for lithium montherapy in long-term management*

There is evidence that lithium is effective in reducing relapse. The lithium levels in the studies are relatively high (0.8-1.2 mmol/l) compared with those used in current practice (0.5-0.8 mmol/l). Although it is generally accepted that lithium is more effective in reducing manic relapses than depressed relapses, we were unable to reproduce this finding. It was difficult to categorise study populations reliably as either prone to depressive relapse or manic relapse based on the information given by the study authors, so last episode type was noted instead. However, some studies recruited only those recently recovered from a particular episode type, thus making it hard to associate one drug or another with preventing a particular kind of relapse.

When lithium is compared with lamotrigine the anticonvulsant appears to have greater efficacy in populations prone to depression, although the only data are from BOWDEN2003 in which the trialists stopped randomising patients to the lithium arm because of slow recruitment. The trial was also stopped early. Because of these problems, the trial was analysed separately.

The dose of lamotrigine should be increased when prescribed to a woman taking oral contraceptives, or the use of another contraceptive method discussed (GSK website: http://www.gsk.com.hk/cms_upload/news/Changes%20to%20the%20company%20PI.pdf; site visited 30 October 2005).

An overview of the results is provided in Table 49, with the full evidence profile in Appendix 22.

CONFIDENTIAL
AZSER12779512

DRAFT FOR SECOND CONSULTATION

1
2
**Table 49 Summary of evidence profile for lithium monotherapy in long-term treatment**

3

|  | Versus placebo | Versus an anticonvulsant | Versus an antidepressant | Versus an antipsychotic |
|---|---|---|---|---|
| **Drugs for which data are available/last episode type** | Lithium/various last episode types | Lamotrigine/depression, Carbamazepine/unclear, Valproate semisodium/manic | Imipramine/unclear | Olanzapine - in patients whose most recent episode is manic |
| **Evidence for efficacy (quality)** | Lithium more effective than placebo at reducing relapses (moderate) | Lamotrigine more effective than lithium (moderate); Lithium more effective than carbamazepine (moderate) Valproate semisodium - data are inconclusive (low) | Lithium more effective than imipramine (moderate) | Olanzapine more effective than lithium (moderate) |
| **Evidence for acceptability/ tolerability (including switching) (quality)** | Data are inconclusive (very low) for acceptability/tolerability outcomes | Lithium more acceptable than lamotrigine (moderate), but lamotrigine more tolerable (low) Carbamazepine inconclusive (low) Valproate semisodium inconclusive (low) | Data are inconclusive (low) for acceptability/tolerability outcomes | Olanzapine more acceptable and tolerable than lithium (moderate) |

4
5

6
7
### 8.2.6    Augmenting lithium with an antidepressant in the long-term management of bipolar disorder

8
*Studies considered*

9
10
Two trials met the eligibility criteria set by the GDG. Excluded studies with reasons for exclusion can be seen in Appendix 21.

11

CONFIDENTIAL
AZSER12779513

DRAFT FOR SECOND CONSULTATION

**Table 50.** Summary of study characteristic for lithium augmentation in long-term treatment

| | With an antidepressant |
|---|---|
| *No. trials (No. participants)* | 2 RCTs (192) |
| **Study IDs** | PRIEN1984 (1)** QUITKIN1981 (2) |
| **Population** | US; outpatients; (2) includes some inpatients |
| **Diagnosis at entry to open-label phase** | Bipolar I |
| **Open-label medication** | Physicians' choice |
| **Serum levels of lithium during maintenance phase (mmol/L)** | (1) 0.7 (2) 0.8-1.2 |
| **Additional drug** | (1) Imipramine 132 mg* (2) Imipramine 100 mg - 150 mg |
| **Concomitant medication** | None |
| **Mean age (or range of mean ages)** | 38 |
| **Length of trial** | (1) 2 years (2) 5 months |
| **Study problems** | None |

1   * mean ** 3-arm trial lithium, imipramine, combination

2   *Clinical summary for lithium augmentation in long-term management*

3   Adding imipramine to lithium does not appear to reduce relapse, although the
4   combination is more effective than imipramine alone.
5
6   An overview of the results is provided in Table 51 with the full evidence profile
7   in Appendix 22.
8

9   **Table 51 Summary of evidence profile for lithium augmentation**

| | With an antidepressant |
|---|---|
| **Most recent episode type** | Not clear |
| **Drugs for which data are available** | Imipramine |
| **Evidence for efficacy (quality)** | Combination treatment has greater efficacy than an antidepressant alone (moderate), but evidence is inconclusive versus lithium alone (low) |
| **Evidence for acceptability/tolerability (including switching) (quality)** | Monotherapy is more tolerable than combination therapy (moderate); evidence for acceptability is inconclusive (low) |

10

11   **8.2.7      Treatment with lithium at different plasma levels or administration**
12   **patterns in the long-term treatment of bipolar disorder**

13   *Studies considered*

14   Two trials were identified from searches of electronic databases, both of which met
15   inclusion criteria. Summary characteristics can be seen in Table 52.
16

CONFIDENTIAL
AZSER12779514

DRAFT FOR SECOND CONSULTATION

**Table 52. Summary of study characteristics for lithium at different plasma levels or administration patterns in long-term treatment**

| | Lithium at different plasma levels | Lithium every day compared with lithium every other day |
|---|---|---|
| *No. trials (No. participants)* | *1 RCT*<br>*(94)* | *1 RCT*<br>*(50)* |
| **Study IDs** | GELENBERG1989 | JENSEN1995 |
| **Population** | US; inpatients | Denmark; inpatients |
| **Diagnosis** | Bipolar | 86% bipolar/14% MDD |
| **Comparisons** | 1. 'standard' level: 0.8-1.0<br>2. 'low' level 0.4-0.6 | 1. 800 mg daily*<br>2. 1200 mg lithium every other day<br>(serum levels remained the same for all participants; all on lithium before start of study) |
| **Concomitant medication** | Not given | 5 patients given antipsychotics |
| **Mean age (or range of mean ages)** | 39 | 50 |
| **Length of trial** | 2.8 years* | 5 months |
| **Study problems** | Participants randomised to lower dose not titrated | |

Notes: *mean

1
2 *Clinical summary for lithium at different plasma levels or administration*
3 *patterns in long-term treatment*
4 A better outcome was seen with a high-lithium level than with a standard-level.
5 However it could be argued that the poorer outcome on the lower dose of lithium
6 was the result of a rapid switch from a high plasma level to a lower plasma level
7 rather than the lower level per se, i.e. it could be that it was the fall in plasma
8 levels that conferred the poorer outcome.
9
10 An overview of the results is provided in Table 53 with the full evidence profile
11 in Appendix 22.
12
13 **Table 53 Summary of evidence profile for lithium at different levels or**
14 **regimens in long-term treatment**

| | Lithium in different levels | Lithium every day compared with lithium every other day |
|---|---|---|
| **Most recent episode type** | Not clear | Not clear |
| **Evidence for efficacy (quality)** | Lithium at standard level I is more effective than lithium at low dose (moderate) | Taking a daily dose of lithium e is more effective than taking it every other day (moderate) |
| **Evidence for acceptability/tolerability (including switching) (quality)** | Low level lithium is more acceptable (moderate), but tolerability is inconclusive (low) | Data are inconclusive (low) for acceptability/tolerability outcomes |

15
16 **8.2.8      Treatment with anticonvulsants and antipsychotics monotherapy in**
17 **long-term treatment**
18 *Studies considered*

CONFIDENTIAL
AZSER12779515

DRAFT FOR SECOND CONSULTATION

1 Six trials met inclusion criteria. Summary characteristics can be seen in Table 54, with
2 fuller details in Appendix 21.
3

**Table 54 Summary of characteristics for anticonvulsants and antipsychotics monotherapy in long-term treatment**

| | Lamotrigine | Valproate **semisodium** | Olanzapine |
|---|---|---|---|
| *No. trials (No. participants)* | *3 RCTs (822)* | *2 RCTs (402)* | *1 RCT (361)* |
| Study IDs | BOWDEN2003 (1) CALABRESE2000 (2) CALABRESE2003 (3) | BOWDEN2000 (1) FRANKENBURG2002 (2) | TOHEN UNPUB2 |
| **Population** | North America | US; Outpatients | US and Romania; in- and outpatients |
| **Diagnosis** | (1) Bipolar I – not in acute episode (2) 70% Bipolar I, 30% Bipolar II; 100% rapid cycling (3) Bipolar I – depressed phase | (1) Bipolar I – manic phase (2) Bipolar II – with borderline personality disorder | Bipolar I |
| **Study drugs** | (1) Lamotrigine 100 mg – 400 mg (2) lamotrigine 287 mg * (3) Lamotrigine 200 mg and 400 mg | (1) Valproate semisodium – serum levels 71-125 mg/l (2) Valproate semisodium Sodium – serum levels 50-100 mg/l | Olanzapine 12.5 mg * |
| **Concomitant medication** | (1) Short-term Chloral hydrate or BZD (2) Additional pharmacotherapy for emerging mood symptoms (3) Chloral hydrate or BZD | (1) Lorazapam and haloperidol if needed | Anticholinergic medication where permitted |
| **Comparator** | Placebo | Placebo | Placebo |
| **Mean age (or range of mean ages)** | 31-51 | 26-39 | Not given |
| **Length of trial** | (1) & (3) 18 months (2) 6 months | (1) 1 year (2) 6 months* | 1 year |
| **Problems with trial** | (1) Not fully randomised therefore analysed separately (3) Stopped randomising to one of the lamotrigine groups; also high dose lamotrigine would effect cognitive function | (2) Participants recruited via the press | None |

4
5 Notes: * mean  ** median, most patients above 0.5;  VLP – valproate semisodium; CBZ – carbamazepine;
6 BZD - benzodiazepine
7

8 **8.2.9      Clinical summary for anticonvulsants and antipsychotics**
9 **monotherapy in long-term treatment**

10 Three drugs in monotherapy are superior to placebo in preventing relapse
11 (lamotrigine, valproate semisodium, olanzapine). The present analysis was unable to

CONFIDENTIAL
AZSER12779516

DRAFT FOR SECOND CONSULTATION

1  ascertain whether particular agents were effective in reducing relapse of a particular
2  type, although it is generally believe that lamotrigine is effective at preventing
3  depressive relapse whereas olanzapine and valproate semisodium have an effect on
4  both poles of the illness though they are more effective at preventing mania.
5
6  An overview of the results is provided in Table 55 with the full evidence profile in
7  Appendix 22.
8

9  **Table 55 Summary of evidence profile anticonvulsants and**
10  **antipsychotics monotherapy in long-term treatment**

| | Lamotrigine | Valproate semisodium | Olanzapine |
|---|---|---|---|
| Most recent episode type | Depressed (any for rapid cycling) | Manic | Manic |
| Evidence for efficacy (quality) | Lamotrigine no more effective than placebo (moderate), except for those with rapid cycling bipolar disorder where it is more effective than placebo (moderate) | Valproate semisodium is more effective than placebo (moderate). It was effective in reducing depressive relapse, but data were inconclusive for manic (low) | Olanzapine is more effective than placebo (high). It was effective in reducing manic relapse, but data were inconclusive for depressive relapses (low) |
| Evidence for acceptability/tolerability (including switching) (quality) | Lamotrigine is less acceptable than placebo except for those with rapid cycling bipolar disorder (low); other harm outcomes unclear | Inconclusive (low), other than for weight gain where valproate semisodium is less acceptable than placebo (moderate) | Olanzapine is less tolerable than placebo and may cause weight gain (high) |

11
12

13  **8.2.10      Antipsychotic augmentation of prophylactic agents**

14  *Studies considered*

15  Two trials were identified from searches of electronic databases, with one meeting
16  inclusion criteria.
17

CONFIDENTIAL
AZSER12779517

DRAFT FOR SECOND CONSULTATION

**Table 56. Summary of study characteristics for antipsychotic augmentation of prophylactic agents in long-term treatment**

|  | Prophylactic agent plus antipsychotic |
|---|---|
| *No. trials (No. participants)* | *2 RCT*<br>*(381)* |
| Study IDs | TOHEN 2002 (1)<br>ZARATE 2003 (2) |
| **Population** | (1) US, Canada; inpatients/outpatients<br>(2) |
| **Diagnosis at entry to open-label/acute phase** | (1) Bipolar I mixed phase 52%; bipolar manic phase 48% only those achieving remission randomised to long-term phase<br>(2) Bipolar (not symptomatic) |
| **Serum levels of lithium during maintenance phase (mmol/L)** | (1) 0.76*/0.74* (two study groups)<br>(2) 0.6-1.2 |
| **Comparisons** | (1) Olanzapine 5 mg-10 mg plus lithium or valproate vs lithium or valproate<br>(2) Perphenazine plus lithium or valproate or carbamazepine vs lithium or valproate or carbamazepine |
| **Concomitant medication** | (1) BZD for up to 14 days, plus anticholinergic therapy for EPS<br>(2) Lorazepam and benzotropine mesylate |
| **Mean age (or range of mean ages)** | (1) 40<br>(2) 33-38 |
| **Length of trial** | (1) 18 months ( 6-week acute phase reported above)<br>(2) 6 months |

1
2
3   The evidence for the long-term use of an antipsychotic in addition to lithium or
4   an anticonvulsant is very limited, particularly since only 2 trials met inclusion
5   criteria. However, for patients who are still symptomatic following 6 months'
6   treatment the combination of two mood stabilizers (lithium, olanzapine,
7   quetiapine, valproate) could be considered, provided there is close monitoring of
8   the patient's clinical state, any side effects and, where relevant, blood
9   levels. Appropriate combinations are lithium and valproate, lithium with
10  quetiapine or olanzapine, valproate and quetiapine or olanzapine.
11
12  An overview of the results is provided in Table 57 with the full evidence profile
13  in Appendix 22.
14

15  **Table 57 Summary of evidence profile for antipsychotic**
16  **augmentation of prophylactic agents in long-term treatment**

|  | With an antipsychotic |
|---|---|
| Most recent episode type | Manic or mixed |
| Drugs for which data are available | Olanzapine 5 mg-10 mg plus lithium or valproate vs lithium or valproate<br>Perphenazine plus lithium or valproate or carbamazepine vs lithium or valproate or carbamazepine |
| Evidence for efficacy (quality) | Data are inconclusive (low) for efficacy outcomes |
| Evidence for acceptability/tolerability (including switching) (quality) | Antipsychotics more likely to cause weight gain (moderate); other outcomes inconclusive (low) |

17
18

CONFIDENTIAL
AZSER12779518

DRAFT FOR SECOND CONSULTATION

1  8.2.11  **The long-term management of children and adolescents with**
2  **bipolar disorder**
3

4  *Studies considered*

5  There is one trial already considered above of the long-term management of people
6  aged under 18. This is summarised in Table 58.
7

**Table 58. Summary of study characteristics for long-term management of children and adolescents**

| No. trials (No. participants) | Lithium versus an anticonvulsant |
|---|---|
| | 1 RCT<br>(60) |
| Study IDs | FINDLING2005 (5) |
| Population | US |
| Diagnosis at entry to open-label phase | Bipolar I (92%)/Bipolar II (8%) 3.3% psychotic features; 58% comorbid ADHD; 50% rapid cycling |
| Serum levels of lithium during maintenance phase (mmol/L) | (5) 0.6-1.2 |
| Study drug | VLP 81.1 mg/ml* |
| Concomitant medication | Psychostimulants for ADHD |
| Mean age (or range of mean ages) | 11 (range 5-17) |
| Length of trial | |

8

9  *Summary of evidence for combination treatment*

10  Results for FINDLING2005 are included on the evidence profile for lithium
11  monotherapy. An overview of the results is provided in Table 59.
12

13  **Table 59 Summary of evidence profile for long-term treatment in**
14  **children and adolescents**
15

| | Versus an anticonvulsant |
|---|---|
| Drugs for which data are available | Valproate semisodium |
| Evidence for efficacy (quality) | Data are inconclusive (low) |
| Evidence for acceptability/ tolerability (including switching) (quality) | Data are inconclusive (low) |

16

17  The only trial of long-term treatment in children or adolescents to meet inclusion
18  criteria showed inconclusive results. Long-term maintenance is key to managing
19  bipolar disorder in this age group. Therefore treatment should be initiated and
20  monitored by clinicians with expertise in this area and should be based on the
21  findings for adults, bearing in mind particular considerations for the age group.

CONFIDENTIAL
AZSER12779519

DRAFT FOR SECOND CONSULTATION

1  These include the increased sensitivity to the side effects of medication. The use
2  of valproate is not recommended in females (see section on drugs in pregnancy)
3  in which case lithium should be the medication of choice. Lithium is not
4  recommended as a first-line treatment in young males in whom adherence to
5  medication and monitoring may be an issue. Children and adolescents with a
6  diagnosis of bipolar disorder should continue treatment and follow up within
7  tier 3 or tier 4 CAMHS until the age of transition to adult mental health services.

8  **8.2.12      Clinical practice recommendations**

9  8.2.12.1 In the long-term pharmacological and psychological management of children
10  or adolescents with bipolar disorder prescribers, who should normally be
11  specialist clinicians (based in at least Tier 3 level services) should follow the
12  recommendations set out for adults with bipolar disorder except that they
13  should:

14  •    use an atypical antipsychotic (associated with lower weight gain and
15       non-elevation of prolactin levels) as the first-line prophylactic agent

16  •    consider lithium as the second-line prophylactic agent in females and
17       valproate or lithium as the second line prophylactic agent in males

18  •    provide support to parents/carers in helping the child or adolescent
19       maintain a regular lifestyle

20  •    offer specific advice to the school/college (with permission of the
21       patient and those with parental responsibility) on the management of
22       the child or adolescent.

23  # 8.3      Health economics evidence in the long-term
24  pharmacological treatment of bipolar disorder

25  **8.3.1      Economic evidence from the systematic literature review**
26  No evidence on the cost-effectiveness of any pharmacological agents used for the
27  long-term treatment of patients with bipolar disorder was identified.

28  **8.3.2      Economic modelling**

29  *Introduction – rationale for economic modelling*

30  The choice of pharmacological agent used for the long-term maintenance therapy
31  of patients with bipolar disorder was identified by the GDG and the health
32  economist as an area with potential major resource implications. For this reason,
33  and since there was no existing economic evidence to support decision-making, a
34  decision-analytic model was developed in order to assess the relative cost-
35  effectiveness of various pharmacological agents considered in the guideline for
36  the long-term treatment of patients with bipolar disorder.

37  *Study population*

CONFIDENTIAL
AZSER12779520

DRAFT FOR SECOND CONSULTATION

The study population consisted of patients with bipolar I disorder in a stable state following an acute episode (i.e. either a sub-acute or a euthymic state). The economic analysis considered patients with bipolar I disorder only, because the vast majority of available effectiveness data required for the development of the model referred to this patient population. Three different patient sub-populations were examined separately: male patients, female patients without child-bearing potential, and female patients with child-bearing potential. This distinction was regarded essential, as the three sub-populations were subject to different risks when receiving long-term medication, as discussed later.

*Pharmacological agents examined*

The choice of pharmacological agents included in the economic analysis was based on the availability of evidence on clinical effectiveness identified in the systematic literature review on pharmacological maintenance therapy of patients with bipolar disorder. Treatments shown to be clinically effective were further assessed in terms of cost-effectiveness. Only the use of pharmacological agents as monotherapy was assessed. The daily dosage of agents was determined according to optimal average dose used in routine clinical practice (GDG consensus) and was assumed to remain unchanged over time. Titration of dosage following lack of clinical response, development of side effects, or changes in blood concentration levels of agents under evaluation, was not considered in the economic model. The following pharmacological agents were evaluated:

- Lithium, at a dose of 1,000 mg daily
- Valproate semisodium, at a dose of 1,250 mg daily
- Olanzapine, at a dose of 10 mg daily

In addition, the option of no long-term pharmacological treatment (referred to as "no treatment") was included in the analysis, in order to allow for the active value of long-term medication to be assessed.

*Model structure*

A decision-analytic Markov model was developed using Microsoft Excel XP. This type of model allowed for the assessment of the cost-effectiveness of pharmacological agents used for the maintenance treatment of patients with bipolar disorder in the long term, given the cyclical nature of the disease. The time horizon of the analysis was 5 years, as this was considered by the GDG as the minimum time period that should be expected for the long-term pharmacological treatment to continue, following an acute episode. The model was run in yearly cycles.

According to the model structure, hypothetical cohorts of 1,000 patients from the study population received one of the 4 long-term treatment alternatives assessed and were followed for the 5-year time horizon of the analysis. Within each year, patients either remained in the initial, non-acute, stable state; or they relapsed and experienced an acute manic or depressive episode; or they died as a result of committing suicide. After remission of the acute episode, patients returned to the initial, sub-acute or euthymic state. The relapse rate and the risk regarding the nature of the acute episode (mania or depression), as well as the risk of committing suicide, were specific to the kind of pharmacological treatment received. A schematic diagram of the Markov model is provided in **Figure 1**.

CONFIDENTIAL
AZSER12779521

DRAFT FOR SECOND CONSULTATION

1
2
3
4    **Figure 4 Schematic diagram of the structure of the economic model**

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



25    *Costs and health benefit measures included in the analysis*

26    The analysis adopted the perspective of the NHS. Health service costs consisted
27    of long-term treatment costs as well as costs associated with the management of
28    acute episodes. It was assumed that patients in a stable state receiving long-term
29    treatment were attended by health professionals on a regular basis. In contrast,
30    stable patients under no pharmacological treatment did not have any contact
31    with health professionals, until they experienced an acute episode. Once they
32    experienced an acute episode, they, too, were assumed to be seen by health
33    professionals on a regular basis for the remaining time of the model. All patients
34    receiving long-term medication underwent laboratory blood testing as part of
35    their monitoring, depending on the type of medication received.
36
37    Patients developing an acute manic episode were either hospitalised or treated in
38    an outpatient setting by a Crisis Resolution Team (CRT). The majority of patients
39    experiencing acute depression received enhanced outpatient care; the rest were
40    managed in an inpatient setting or by CRTs. All patients in an acute episode
41    received medication for the management of mania or depression, in addition to
42    maintenance medication.
43
44    In summary, the following health service cost elements were included in the
45    analysis:
46
47    Long-term treatment
48        •  medication
49        •  contacts with health professionals

CONFIDENTIAL
AZSER12779522

DRAFT FOR SECOND CONSULTATION

- drug-specific laboratory tests required for patient monitoring

Management of acute episodes
- hospitalisation or CRTs or enhanced outpatient care
- additional medication

Costs of treating side effects of long-term medications were not included in the analysis, since data on the rate of side effects of pharmacological treatment requiring healthcare resource utilisation, as well as respective costs, were not possible to identify in the published literature. Omission of costs associated with treatment of side effects is acknowledged as a limitation of the analysis.

Social service costs, such as those related to residential care, were not included in the analysis due to lack of relevant evidence. However, these costs were not believed to vary significantly depending on the type of long-term medication used. Other societal costs, including social benefit payments, costs associated with legal system services, and productivity losses of patients and carers, were also not estimated.

Three different measures of health benefit were used in the economic analysis:
1. Number of acute episodes averted due to pharmacological treatment relative to no treatment
2. Number of days free from acute episodes. This measure was selected in order to take into account the fact that the duration of manic episodes is generally shorter than the duration of depressive ones; therefore, a differential preventive effect of a pharmacological agent on manic versus depressive episodes might significantly alter the total length of time over which a patient is in acute episode.
3. Number of Quality Adjusted Life Years (QALYs). QALYs are considered to be the most appropriate generic measure of health benefit that incorporates both gains from reduced mortality, and improvements in health-related quality of life.

Total costs and health benefits associated with each treatment option over 5 years were estimated and combined in order to assess the relative cost-effectiveness between the pharmacological treatment options evaluated.

*Cost data*

Since no patient level data in terms of resource use were available, the economic analysis was based on deterministic costing of all treatment options and of all events related to them, including management of acute episodes. Relevant healthcare resource use was estimated and subsequently combined with unit prices to provide costs associated with the various health states incorporated in the economic model. The majority of resource utilisation estimates were based on the GDG expert opinion, due to lack of research-based, published or unpublished, evidence.

It was assumed that patients in a stable, non-acute state following an acute episode (i.e. patients at the start of the model) were attended by a range of health professionals, including psychiatric consultants and senior house officers (SHOs), general practitioners (GPs), and community psychiatric nurses (CPNs). The

CONFIDENTIAL
AZSER12779523

DRAFT FOR SECOND CONSULTATION

1  frequency and duration of contacts was determined by the GDG, according to
2  optimal clinical practice. If patients remained stable and did not experience an
3  acute episode, their contacts with healthcare staff were assumed to be those
4  provided in Table 60:
5

| **Table 60 Long-term treatment: patients' contacts with health professionals** |
|---|
| **Contacts with psychiatric consultants and SHOs:** |
| At weeks 1, 2, 4, 6, 10, 14, 22, and every 3 months thereafter; first 4 visits and one visit at the end of the year with a psychiatric consultant; rest contacts with a SHO. Duration 20 min per visit, with the exception of the first and the second visit, lasting 45 and 30 min each, respectively. |
| **Contacts with GPs:** |
| At weeks 2, 4, 6, and every 6 weeks thereafter; duration 10 min per visit, with the exception of the first 2 visits, lasting 20 min each. |
| **Contacts with CPNs:** |
| Home visits at weeks 1, 2, 4, and every 4 weeks thereafter; duration 30 min per visit. |

6
7   Regarding management of acute episodes, this was estimated to depend on the
8   nature of the episode. The majority of patients with an acute manic episode (80%)
9   were treated as inpatients; the remaining 20% were treated in an outpatient
10  setting by a Crisis Resolution Team (CRT). In contrast, only 10% of patients with
11  acute depression were assumed to require hospitalisation. Outpatient care
12  predominated management of acute depressive episodes, with 70% of patients
13  receiving enhanced outpatient standard care and 20% being treated by a CRT.
14
15  Length of hospitalisation during acute mania and depression were derived from
16  the Hospital Episode Statistics for England, for the year 2003-2004 (Department
17  of Health, 2004). Resource use related to the management of patients by CRTs
18  was estimated from unpublished data collected alongside a clinical study
19  conducted in London (Johnson *et al*, 2005). After discharge from hospital or
20  completion of CRT-led treatment, patients were assumed to contact health
21  professionals following the same pattern as that described for long-term
22  treatment (frequent contacts at first, with increasing intervals between visits later
23  in time). This pattern was also applied to patients with acute depression
24  receiving enhanced outpatient care, with first visit occurring on the first day in
25  acute episode. Resource use estimates for patients hospitalised or managed by
26  CRTs are presented in Table 61.
27
28

CONFIDENTIAL
AZSER12779524

DRAFT FOR SECOND CONSULTATION

| Table 61 Resource use relating to management of acute episodes | | | |
|---|---|---|---|
| Type of episode | Type of treatment | Resource use estimate | Source - comments |
| Manic | Hospitalisation (80%) | Length of stay 28 days; after discharge, initiation of contacts with health professionals as described for long-term treatment (Table 60) | Length of stay derived from Hospital Episode Statistics, England 2004: median length of stay for manic episode (ICD10: F30); further treatment based on GDG opinion |
| | CRT (20%) | 27 contacts over 9 weeks; after completion of CRT management, initiation of contacts with other health professionals as described for long-term treatment (Table 60) | CRT contacts based on Johnson *et al*, 2005: unpublished data on patients with bipolar disorder in an acute episode; further treatment based on GDG opinion |
| Depressive | Hospitalisation (10%) | Length of stay 35 days; after discharge, initiation of contacts with health professionals as described for long-term treatment (Table 60) | Length of stay derived from Hospital Episode Statistics, England 2004: median length of stay for bipolar affective disorder (ICD10: F31); further treatment based on GDG opinion |
| | CRT (20%) | 27 contacts over 9 weeks; after completion of CRT management, initiation of contacts with other health professionals as described for long-term treatment (Table 60) | CRT contacts based on Johnson *et al*, 2005: unpublished data on patients with bipolar disorder in an acute episode; further treatment based on GDG opinion |
| | Enhanced outpatient care (70%) | Initiation of contacts with health professionals as described for long-term treatment (Table 60), starting from the first day in episode | GDG opinion |

1   In order to estimate the total annual cost associated with patients' contacts with
2   health professionals following an acute episode, it was assumed that acute
3   episodes occurred in the middle of the year if patients were under
4   pharmacological treatment, and in 3 months if patients took no long-term
5   medication. The latter was consistent with the median time to relapse reported in
6   the published literature for patients receiving placebo, which was similar in the
7   majority of clinical studies. For pharmacological treatments, reported median
8   time to relapse varied considerably among studies, and therefore the estimate
9   was based on GDG consensus. The above assumptions had no impact on the
10  outcomes of the analysis, as they were not connected to the relapse rates and the
11  subsequent development of an acute episode; they were only used in order to
12  estimate the additional amount of health professionals' time consumed within a
13  year, following development and remission of an acute episode.
14
15
16  Patients in a stable state received one of the pharmacological treatments assessed,
17  i.e. lithium at a dose of 1,000 mg daily, or valproate semisodium at a dose of 1,250
18  mg daily, or olanzapine at a dose of 10 mg daily, or they received no treatment.
19  Patients in an acute manic episode were administered olanzapine at a dose of 15
20  mg daily for the total duration of the episode, in addition to continuation of long-
21  term treatment; in the case of patients already treated with olanzapine as
22  maintenance therapy, the long-term dose of 10 mg was adjusted at the level of 15
23  mg during the acute manic episode. All patients in an acute depressive episode

CONFIDENTIAL
AZSER12779525

DRAFT FOR SECOND CONSULTATION

1    received fluoxetine at a dose of 20 mg for the total duration of the episode, in
2    parallel to long-term medication. Patients under no maintenance treatment were
3    treated exactly as those taking long-term medication if they experienced an acute
4    episode; following acute treatment, they were assumed to receive no
5    maintenance medication, even though they started contacting health
6    professionals on a regular basis.
7
8    During maintenance treatment, patients underwent laboratory blood testing
9    required for monitoring purposes, depending on the type of long-term
10   medication they received. Further laboratory blood tests were undertaken on all
11   patients, irrespective of the type of pharmacological treatment they obtained. The
12   types and frequency of laboratory tests included in the model were in agreement
13   with the guideline clinical recommendations. It was assumed that a practice
14   nurse spent 5 minutes on taking blood samples from patients, each time one or
15   more laboratory tests were carried out. The types and frequency of laboratory
16   tests undertaken are presented in Table 62.
17

| Table 62 Types and frequency of laboratory tests required for monitoring of patients under long-term medication | | |
|---|---|---|
| Medication | Laboratory tests | Frequency |
| Lithium | Serum lithium concentration | 3 times over 6 weeks following initiation of treatment; every 3 months thereafter |
|  | Blood urea & electrolytes | At initiation; every 6 months thereafter |
|  | Thyroid function | At initiation; every 6 months thereafter |
| Valproate semisodium | Full blood count | At initiation & over the first 6 months |
|  | Liver panel | At initiation & over the first 6 months |
| Olanzapine | Glucose test | At initiation & at 3 months; annually thereafter |
|  | Lipid profile test | At initiation & at 3 months; annually thereafter |
| **Common to all medications** | Glucose | Annually |

18
19   Unit prices were taken from a variety of UK sources, including the British
20   National Formulary (BNF 50; British Medical Association & Royal
21   Pharmaceutical Society of Great Britain, September 2005), the Unit Costs for
22   Health and Social Care (Curtis & Netten, 2004), and the NHS reference costs 2004
23   (Department of Health, 2004A). The average unit cost per contact with a CRT was
24   taken from unpublished UK data (McCrone *et al*, unpublished). Laboratory
25   testing costs were derived from the Newcastle upon Tyne Hospitals NHS trust
26   (personal communication).
27
28   Costs were adjusted to year 2004/2005, using the Hospital and Community
29   Health Services (HCHS) Pay and Prices inflation index (Curtis & Netten, 2004).
30   The inflation index for year 2004/2005 was estimated using the average value of
31   HCHS Pay and Prices indices of the previous 3 years. Discounting of costs was
32   applied at an annual rate of 3.5%, as recommended by NICE guidance on
33   Technology Appraisal (NICE 2004). Unit costs utilised in the economic model are
34   presented in Table 63.
35

CONFIDENTIAL
AZSER12779526

DRAFT FOR SECOND CONSULTATION

| Table 63 Cost data utilised in the economic model | | |
|---|---|---|
| Cost element | Unit price (2004/2005) | Source - comments |
| Medication:<br><br>Long-term<br>Lithium 1,000 mg daily<br>Valproate semisodium 1,250 mg daily<br>Olanzapine 10 mg daily<br><br>*Acute mania*<br>Olanzapine 15 mg daily<br><br>*Acute depression*<br>Fluoxetine 20 mg daily | <br><br><br>£0.10<br>£0.68<br>£2.84<br><br><br>£5.23<br><br><br>£0.05 | BNF, September 2005; VAT not included.<br><br>Unit price of valproate semisodium according to drug tariff (personal communication) |
| Health professionals' time:<br><br>Psychiatric consultant per hour of patient contact<br>SHO per hour worked<br>GP per hour of patient contact<br>CPN per hour of home visit including travel costs<br>Practice nurse per hour of patient contact | <br><br>£279<br>£38<br>£139<br>£82<br>£29 | Curtis & Netten, 2004; qualification costs included. |
| Laboratory tests:<br><br>Full blood count<br>Liver panel<br>Blood urea<br>Electrolytes<br>Serum lithium concentration<br>Thyroid function<br>Glucose test<br>Lipid profile test | <br><br>£2.20<br>£3.40<br>£0.68<br>£1.36<br>£2.63<br>£15.00<br>£0.68<br>£2.04 | Newcastle upon Tyne Hospitals NHS trust, 2005; personal communication |
| Management of acute episodes:<br>Inpatient stay per diem<br><br><br>CRT per contact | <br>£205<br><br><br>£54 | NHS reference costs 2004; inpatient mental health services for acute care<br><br>McCrone *et al*, unpublished study |

1
2   Total costs associated with maintenance and acute treatment of patients with
3   bipolar disorder, as calculated based on the above estimates on resource use and
4   unit costs, are shown in Appendix 15.

5   *Effectiveness data and other input parameters of the economic model*

6   Effectiveness data used in the economic model were derived from a meta-
7   analysis of studies already included in the systematic review of clinical evidence
8   undertaken for the guideline. Further criteria for inclusion of clinical studies in
9   the meta-analysis intended to provide effectiveness rates to the economic model
10  were:
11
12  •   Relapse rates were used as measure of clinical effectiveness
13  •   Relapse rates were reported separately for manic/mixed and depressive
14      episodes; this distinction was deemed essential, as a differential effect of
15      an agent on prevention of manic versus depressive episodes was likely to

CONFIDENTIAL
AZSER12779527

DRAFT FOR SECOND CONSULTATION

1   have a strong impact on resource use as well as on clinical outcomes (i.e.
2   number of days free from acute episode, QALYs).
3
4   Six studies met the additional eligibility criteria (DUNNER1976, BOWDEN2000,
5   BOWDEN2003, CALABRESE2003, TOHEN2005, TOHENUNPUB). Data from
6   BOWDEN2003 were analysed separately in the systematic review of clinical
7   evidence due to incomplete randomisation, and therefore this study was
8   excluded from further analysis.
9
10  As expected, none of the 5 remaining studies made direct comparisons across all
11  treatment options assessed in the economic analysis. In order to populate the
12  economic model, indirect comparisons across pharmacological agents were
13  required. In addition, the time horizon over which clinical outcomes were
14  estimated varied between studies. Table 64  shows the treatments included for
15  comparison and the time horizon of each trial.
16

| Table 64 Clinical studies considered for meta-analysis intended to provide data for the economic analysis | | |
|---|---|---|
| Study | Comparators | Time horizon |
| BOWDEN2000 | Lithium versus Valproate semisodium versus Placebo | 1 year |
| TOHEN2005 | Lithium versus Olanzapine | 1 year |
| TOHENUNPUB | Olanzapine versus Placebo | 1 year |
| DUNNER1976 | Lithium versus Placebo | 18 months |
| CALABRESE2003 | Lithium (versus Lamotrigine) versus Placebo | 18 months |

17
18  Since the majority of the trials included placebo in one of the treatment arms, it
19  was decided to estimate relative risks of manic and depressive relapses for all
20  pharmacological treatments compared to placebo, so as to allow indirect
21  comparisons across agents using the placebo as the baseline common
22  comparator. Relative risks were assumed to remain practically stable between
23  one year and 18 months, and therefore combination of data on lithium efficacy
24  from studies with different time horizons were possible. The TOHEN2005 study
25  was not included in the meta-analysis, as it did not contain a placebo arm;
26  however, this omission was proved to have no significant impact on the results,
27  as the relative risk of relapse between lithium and olanzapine, derived from the
28  indirect comparison, was similar to that reported in the TOHEN2005 study.
29  Where rates for manic and mixed episodes were reported separately, these were
30  combined, as mixed episodes are predominated by manic symptoms.
31
32  Results of the meta-analysis in terms of relative risks of relapse (RR) specific to
33  manic and depressive episodes with 95% confidence intervals (CI) around them
34  are reported in Table 65.
35

CONFIDENTIAL
AZSER12779528

DRAFT FOR SECOND CONSULTATION

| Table 65 Results of meta-analysis: relative risks of relapse to an acute episode (either manic/mixed or depressive) of long-term pharmacological agents compared to placebo. | | | | |
|---|---|---|---|---|
| Pharmacological agent | Type of acute episode | RR | 95% CI | Studies combined |
| Lithium | Manic/mixed | 0.67 | 0.44 to 1.01 | DUNNER1976, BOWDEN2000, |
|  | Depressive | 0.91 | 0.69 to 1.20 | CALABRESE2003 |
| Valproate semisodium | Manic/mixed | 0.79 | 0.48 to 1.29 | BOWDEN2000 |
|  | Depressive | 0.40 | 0.20 to 0.81 |  |
| Olanzapine | Manic/mixed | 0.40 | 0.28 to 0.56 | TOHENUNPUB |
|  | Depressive | 0.78 | 0.58 to 1.04 |  |

The absolute one-year relapse rates of manic and depressive episodes associated with long-term placebo treatment were estimated based on:
- the one-year overall relapse rate for placebo (for any acute episode); this was calculated from studies included in the meta-analysis that had a time horizon of one year and contained a placebo arm (BOWDEN2000, TOHENUNPUB)
- the findings of a naturalistic study reporting the percentage of the total time patients with bipolar I disorder spent in depressive, manic, and mixed states over 14 years (Judd *et al*, 2002)
- a key GDG assumption on the duration of manic and depressive episodes.

Details on the calculation of the one-year absolute relapse rates of manic and depressive episodes during long-term treatment with placebo are provided in Appendix 16.

The overall one-year relapse rate and the one-year rates of manic and depressive episodes estimated for placebo were assumed to apply to the alternative of no treatment included in the analysis.

Absolute one-year relapse rates of manic and depressive episodes for all pharmacological treatments assessed were estimated by multiplying the relative risks of manic and depressive relapses for each agent, derived from the meta-analysis, by the absolute one-year relapse rates of manic and depressive episodes, respectively, as calculated for placebo. Annual relapse rates for manic and depressive episodes for all treatment options in following years were extrapolated from the respective one-year relapse rates, due to lack of long term data on efficacy of maintenance treatment.

*Estimation of suicide risks*
Lithium has been demonstrated to have a strong antisuicidal effect in mood disorders (Cipriani *et al*, 2005). The risk of suicide associated with lithium was estimated based on a Swiss study of patients with mood disorders who were followed up for a period of 40-44 years (Angst *et al*, 2005). The study reported separate standardised mortality ratios (SMRs) for suicide, for patients with bipolar disorder treated with lithium, and patients with bipolar disorder non-treated with lithium. The economic model conservatively assumed that reported SMRs for patients non-treated with lithium applied, besides patients under no maintenance treatment, also to patients treated with olanzapine and valproate semisodium, since no data existed to support an antisuicidal effect of long-term use of these agents on patients with bipolar disorder.

CONFIDENTIAL
AZSER12779529

DRAFT FOR SECOND CONSULTATION

SMRs derived from the Swiss study were then multiplied by age- and gender-specific absolute suicide rates observed in the UK general population in 2000 (Office of National Statistics, 2002), in order to estimate the absolute suicide rates of the study population used in the model. The age-specific suicide rates selected for the analysis were those for population 25-44 years, as the age at onset of bipolar disorder lies within this range and therefore initiation of long-term pharmacological treatment following an acute episode is largely relevant to this age group of patients with bipolar disorder.

*Estimation of QALYs*

In order to express clinical outcomes in the form of QALYs, utility weights for health states relating to bipolar disorder were required. Utility weights represent the health-related quality of life associated with specific health states; they are estimated based on people's preferences and perceptions on quality of life characterising the health states under consideration. A systematic review of the literature identified two studies providing utility weights for health states referring to bipolar disorder (Tsevat *et al*, 2000; Revicki *et al*, 2005). Tsevat *et al* (2000) reported patients' own ratings (valuations) of their current mental and overall health. However, the study did not provide utility weights for distinct health states characterising patients with bipolar disorder, and therefore its findings could not be utilised in the economic model.

Revicki *et al* (2005) reported patients' valuations of various hypothetical bipolar disorder-related health states. Fifty-five hypothetical health states were constructed based on reviews of psychiatric literature and consultation with psychiatrists experienced in treating bipolar disorder. Each health state described bipolar symptom severity, functioning and well-being, as well as side effects related to treatment. Ninety-six well-educated, clinically stable outpatients with bipolar I disorder were asked to value each of the health states using visual analogue scale and standard gamble techniques. The study provided patients' valuations for stable states, inpatient mania, outpatient mania, and severe depression, varying with respect to pharmacological treatment and presence of side effects.  The utility weights for the various health states reported in this study allowed for a cost-utility analysis to be undertaken alongside with the cost-effectiveness analysis. However, the study was characterised by important limitations, such as the selected study sample and the small sample sizes used for the valuation of health states (some health states were valued by 7 to 14 patients). Therefore, the results of the cost-utility analysis must be interpreted with caution. In addition, due to lack of relevant data, the utility weight for moderate depression was taken from another study reporting patients' utility weights for states of unipolar depression (Revicki & Wood, 1998). Consequently, it was implicitly assumed that patients with unipolar depression would attach the same value on the state of moderate depression treated with fluoxetine as the value patients with bipolar disorder would attach on the state of acute moderate depression treated with fluoxetine plus long-term pharmacological treatment. This assumption constitutes an additional limitation of the cost-utility analysis.

Utilities reported in Revicki *et al* (2005) that were relevant to the economic model structure involved the following health states:

CONFIDENTIAL
AZSER12779530

DRAFT FOR SECOND CONSULTATION

1     •  stable state with or without weight gain; utilities were provided
2       separately for monotherapy with lithium, valproate, olanzapine, as well
3       as for no long-term therapy
4     •  inpatient mania with mild or moderate symptoms/side effects, common
5       to all treatments
6     •  outpatient mania with mild or moderate symptoms/side effects; utilities
7       relevant to the model were those referring to acute treatment with
8       olanzapine, and also to acute treatment with olanzapine plus mood
9       stabiliser
10    •  severe depression; one mean value for all treatments was provided
11 The only utility derived from Revicki & Wood (1998) was that referring to
12 moderate depression treated with fluoxetine.
13
14 Rates of side effects, required in order to estimate QALYs, were based on the
15 results of the systematic review of clinical studies undertaken for the guideline.
16 Rates of weight gain during long-term treatment were based on data provided in
17 BOWDEN2000 and TOHENUNPUB. Relative risks for each pharmacological
18 treatment compared to placebo were calculated first, and were then multiplied by
19 the weighted average one-year absolute rate of weight gain associated with
20 placebo, to provide absolute rates of weight gain specific to each agent assessed.
21 Regarding rates of moderate symptoms/side effects associated with treatment of
22 acute manic episodes with olanzapine as monotherapy or in combination with
23 another antimanic agent, the absolute rates of extrapyramidal symptoms
24 reported for treatment of acute episodes with antipsychotics were used as a
25 proxy. The rate of extrapyramidal symptoms of patients with acute mania treated
26 with an antipsychotic was estimated as a weighted average rate based on data
27 reported in KHAN2005 and VIETA2005. The rate of extrapyramidal symptoms of
28 patients with acute mania treated with olanzapine plus another antimanic agent
29 was adopted from YATHAM2003.
30
31 *Discounting*
32 As in the case of costs, discounting of benefits was applied at an annual rate of
33 3.5% as recommended by NICE guidance on Technology Appraisals (NICE 2004).
34
35 All effectiveness rates and other input parameters included in the economic
36 model are provided in Table 66.

CONFIDENTIAL
AZSER12779531

DRAFT FOR SECOND CONSULTATION

| Table 66 Effectiveness rates and other input parameters included in the model | | |
|---|---|---|
| Input parameter | Baseline value | Source - comments |
| One-year relapse rates | | Absolute relapse rates of manic and depressive episodes for pharmacological treatments estimated by multiplying respective relative risks for each agent versus placebo by one-year absolute manic and depressive relapse rates estimated for placebo; relative risks derived from meta-analysis of studies included in the systematic review undertaken for the guideline. |
| Lithium | | |
| Manic episode | 0.17 | |
| Depressive episode | 0.34 | |
| | | |
| Valproate semisodium | | |
| Manic episode | 0.20 | |
| Depressive episode | 0.15 | |
| | | One-year relapse rate estimates for placebo specific to mania and depression based on overall relapse rate for placebo derived from the meta-analysis, after taking into account the estimated proportion between manic and depressive episodes |
| Olanzapine | | |
| Manic episode | 0.10 | |
| Depressive episode | 0.29 | |
| | | |
| No treatment | | |
| Manic episode | 0.26 | No treatment relapse rates assumed to equal the rates estimated for placebo. |
| Depressive episode | 0.37 | |
| Rate of manic versus depressive episodes following treatment with placebo or no treatment | 41:59 | Estimates based on data from Judd *et al* (2002) and further assumptions on the duration of manic and depressive episodes |
| Duration of acute episodes | | |
| Manic episodes | 9 weeks | GDG consensus |
| Depressive episodes | 13 weeks | |
| Standardised Mortality Ratios for suicide | | |
| Lithium treated | 5.7 | Derived from Angst *et al* (2005); data reported separately for patients with bipolar disorder |
| Non-lithium treated | 16.5 | |
| Absolute suicide rates per 100,000 general population, aged 25-44 years | | |
| Men | 23.4 | Data referring to the UK population in 2000 (Office for National Statistics, 2002) |
| Women | 6.4 | |
| Utility weights | | |
| Stable state | | |
| Lithium – no weight gain | 0.71 | All utility estimates based on Revicki *et al* (2005), with the exception of the utility weight for moderate depression – fluoxetine, which was taken from Revicki & Wood (1998). Severe depression, as reported in this literature, was assumed to reflect depression treated in hospital, as described in the economic model. Similarly, moderate depression was assumed to represent depression treated by CRTs or enhanced outpatient care. |
| Valproate– no weight gain | 0.74 | |
| Olanzapine– no weight gain | 0.82 | |
| No treatment– no weight gain | 0.74 | |
| | | |
| Decrement owing to weight gain | 0.066 | |
| | | |
| Acute mania | | |
| Mild symptoms/side effects | | |
| Inpatient | 0.26 | |
| Outpatient – olanzapine | 0.64 | |
| Outpatient – olanzapine + prophylactic agent | 0.56 | |
| | | |
| Moderate symptoms/side effects | 0.23 | |
| Inpatient | 0.53 | |

CONFIDENTIAL
AZSER12779532

DRAFT FOR SECOND CONSULTATION

| | | |
|---|---|---|
| Outpatient – olanzapine | 0.53 | |
| Outpatient – olanzapine + prophylactic agent | | |
| | 0.29 | |
| Acute depression | 0.63 | |
| Severe depression | | |
| Moderate depression - fluoxetine | | |
| Side effect rates | | |
| | | |
| Long-term treatment - weight gain | | Rates of weight gain for each treatment estimated by multiplying relative risks for each agent versus placebo by one-year rate of weight gain associated with placebo; data derived from the guideline systematic review of clinical studies. |
| Lithium | 0.07 | |
| Valproate semisodium | 0.11 | |
| Olanzapine | 0.21 | |
| No treatment | 0.04 | |
| | | |
| Acute mania – moderate side effects | | Due to lack of direct data on rates of moderate side effects associated with treatment of acute mania with olanzapine plus continuation of long-term treatment, rates of extrapyramidal symptoms following treatment of acute mania with antipsychotics alone or in combination were used as a proxy; data derived from the guideline systematic review of clinical studies. |
| Olanzapine + prophylactic agent | 0.21 | |
| Olanzapine | 0.21 | |
| Discount rate | 3.5% | Based on NICE 2004; applied to both costs and benefits |

*Sensitivity analysis*

In addition to the base-case analysis, which utilised the most accurate cost and effectiveness estimates available, a sensitivity analysis was undertaken to investigate the robustness of the results under the uncertainty or variability characterising input parameters of the model: selected input parameters were varied over a range of values and the impact of these variations on the results was explored. Three methods of sensitivity analysis were employed:

One-way sensitivity analyses explored whether alternative scenarios regarding basic model assumptions had a significant influence on the results. The following scenarios were tested:

- Changes in the rate of manic versus depressive episodes following treatment with placebo or no treatment; two extreme scenarios, 75:25 and 25:75, respectively, were explored (in the base-case scenario this rate was estimated to be 41:59)
- Reduction in health professional contacts during long-term treatment by 25%
- Changes in the duration of acute episodes of ± 25%
- Extension of the time horizon of the model to 20 years, in order to explore whether results were sensitive to this model parameter

Because the utility values for stable state reported by Revicki *et al* (2005) were clearly in favour of olanzapine and this was expected to affect significantly the results of the cost-utility analysis, a threshold analysis was also conducted, to explore at which utility value for olanzapine or for the rest treatment options the

CONFIDENTIAL
AZSER12779533

DRAFT FOR SECOND CONSULTATION

1  expected conclusions on cost-effectiveness, favouring olanzapine, would be
2  reversed.
3
4  In a probabilistic sensitivity analysis, conducted using Crystal Ball 7.1
5  (Decisioneering, Inc), selected parameters of the model were simultaneously
6  varied randomly over a range of values according to appropriate distributions.
7  Relative risks of manic and depressive relapses of all pharmacological agents
8  compared to placebo were varied according to a log-normal distribution. The
9  placebo/no treatment relapse rate was varied according to binomial distribution.
10  Costs associated with health professional contacts and with management of acute
11  episodes were attached a gamma distribution, while utilities were given a range
12  of values based on a beta distribution.
13
14  In effect, 1,000 Monte Carlo simulations of the economic model were performed.
15  This analysis, in which some of the most uncertain model parameters were given
16  a distribution of values rather than a point estimate, allowed for the estimation of
17  the entire range of results produced after the uncertainty surrounding these
18  parameters was taken into account.

19  *Results*

20  The results of the economic analysis are presented in the form of incremental
21  cost-effectiveness ratios (ICERs), expressing additional cost per additional unit of
22  benefit associated with one treatment option compared with another.
23

$$ICER = \frac{\text{difference in costs between two treatment options}}{\text{difference in benefit between two treatment options}}$$

24
25

$$ICER = \frac{\text{additional cost of one treatment option versus another}}{\text{additional benefit of one treatment option versus another}}$$

26
27  The estimation of such a ratio allows considering whether the additional benefit
28  is worth the additional cost when choosing one treatment option over another.
29
30  In the case of a treatment option being more effective (i.e. providing greater
31  benefit) and less costly than its comparator, the calculation of such a ratio is not
32  required; the treatment option in question, characterised as the dominant option
33  (according to the rule of absolute dominance), is clearly more cost-effective than
34  its comparator.
35
36  All treatment options under assessment have been ranked from the most to the
37  least effective. Cases of absolute dominance and extended dominance have been
38  identified and excluded from further analysis (extended dominance of an option
39  occurs where the ICER between this option and the next most effective one
40  following in ranking is higher than the ICER between the preceding most
41  effective option and the option in question). ICERs between the non-dominated
42  treatment options remaining in the analysis have been subsequently calculated.

CONFIDENTIAL
AZSER12779534

DRAFT FOR SECOND CONSULTATION

Results of the economic analysis are presented separately for three sub-populations within the study population: male patients, female patients without child-bearing potential, and female patients with child-bearing potential. This distinction was deemed necessary for two reasons:

- Men are characterised by higher suicide rates than women, and therefore the anti-suicidal effect of lithium might be stronger in male patients
- Valproate semisodium was considered inappropriate for the long-term management of women of child-bearing potential due to significant hazards for the foetus in the case of pregnancy, and therefore was excluded from the economic analysis concerning this patient sub-population.

For each patient sub-population three sub-analyses have been performed, respective to each of the 3 measures of health benefit used in the economic analysis.

Results of the base-case analysis are provided first, followed by the results of the sensitivity analysis. In all cases, three sub-analyses have been performed, respective to each of the 3 measures of health benefit used.

### Base-case analysis

*Men and women without child-bearing potential*

Among all treatment options, valproate semisodium resulted in greatest health benefits in terms of number of acute episodes averted relative to no treatment and number of days free from acute episode. Olanzapine was the most expensive alternative; consequently it was dominated by valproate semisodium (when number of acute episodes averted and number of days free from acute episode were both considered), as the latter was both more effective and less costly. No treatment was dominated by valproate semisodium and also by lithium. Lithium was the cheapest option but also the least effective among drugs. The ICER of valproate semisodium relative to lithium was £260 and £341 per additional acute episode averted for men and women respectively, or £3 and £4 per additional day free from acute episode achieved for men and women respectively.

When QALYs were used as measure of outcome, olanzapine was shown to be the most effective option, while lithium was the least effective among all options assessed. These results were primarily attributed to the utility weights attached to stable state, specific to the long-term treatment options assessed: the utility weight for stable state was maximum for olanzapine, and minimum for lithium (Revicki *et al*, 2005). No treatment was dominated by valproate semisodium and was excluded from further analysis. The ICER of olanzapine versus valproate semisodium was £5,902/QALY for both men and women. The ICER of valporate semisodium versus lithium was £1,725/QALY for men and £1,985/QALY for women.

*Women of child-bearing potential*

Olanzapine was the most costly and the most effective among the three treatment options assessed, for any measure of benefit considered. No treatment was dominated in all sub-analyses, either by absolute or extended dominance. Lithium was the cheapest option. The ICER of olanzapine compared to lithium

CONFIDENTIAL
AZSER12779535

DRAFT FOR SECOND CONSULTATION

1  was £3,910 per additional acute episode averted, or £56 per additional day free
2  from acute episode achieved, or £4,805/QALY.
3
4  *Number of suicides averted by lithium*
5  According to the economic model, long-term management of male patients with
6  lithium resulted in 12 suicides averted per 1,000 patients over 5 years compared
7  to any other treatment option, as all other medications had been assumed to be
8  similar to no treatment in terms of anti-suicidal effect. The number of suicides
9  prevented by lithium in 1,000 female patients over 5 years was 3. This was
10  explained by the lower suicide risk associated with women in the general
11  population
12
13  Full results of the base-case analysis are presented in Table 67.
14

CONFIDENTIAL
AZSER12779536

DRAFT FOR SECOND CONSULTATION

**Table 67 Results of the base-case analysis, referring to a hypothetical cohort of 1,000 patients with bipolar I disorder**

**MALE PATIENTS**

**Measure of benefit: number of acute episodes averted relative to no treatment and number of days free from acute episode**

| Treatment option | Episodes averted | Days free from episode | Costs (£) | Cost-effectiveness |
|---|---|---|---|---|
| Valproate semisodium | 1,281 | 1,564,413 | 12,214,680 | **Valproate semisodium vs lithium:** £260 per acute episode averted £3 per day free from episode |
| Olanzapine | 1,102 | 1,535,238 | 14,101,441 | **Dominated** by valproate semisodium |
| Lithium | 569 | 1,505,296 | 12,029,711 | |
| No treatment | 0 | 1,454,993 | 12,699,416 | **Dominated** by lithium and valproate semisodium |

**Measure of benefit: number of QALYs gained**

| Option | QALYs | Costs (£) | Cost-effectiveness |
|---|---|---|---|
| Olanzapine | 3,612 | 14,101,441 | **Olanzapine vs valproate semisodium:** £5,902/QALY |
| Valproate semisodium | 3,292 | 12,214,680 | **Valproate semisodium vs lithium:** £1,725/QALY |
| No treatment | 3,261 | 12,699,416 | **Dominated** by valproate semisodium |
| Lithium | 3,185 | 12,029,711 | |

**FEMALE PATIENTS WITHOUT CHILD-BEARING POTENTIAL**

**Measure of benefit: number of acute episodes averted relative to no treatment and number of days free from acute episode**

| Treatment option | Episodes averted | Days free from episode | Costs (£) | Cost-effectiveness |
|---|---|---|---|---|
| Valproate semisodium | 1,291 | 1,577,339 | 12,311,318 | **Valproate semisodium vs lithium:** £341 per acute episode averted £4 per day free from episode |
| Olanzapine | 1,111 | 1,547,923 | 14,213,667 | **Dominated** by valproate semisodium |
| Lithium | 561 | 1,509,579 | 12,062,406 | |
| No treatment | 0 | 1,467,015 | 12,804,809 | **Dominated** by lithium and valproate semisodium |

**Measure of benefit: number of QALYs gained**

| Option | QALYs | Costs (£) | Cost-effectiveness |
|---|---|---|---|
| Olanzapine | 3,641 | 14,213,667 | **Olanzapine vs valproate semisodium:** £5,902/QALY |
| Valproate semisodium | 3,319 | 12,311,318 | **Valproate semisodium vs lithium:** £1,985/QALY |
| No treatment | 3,288 | 12,804,809 | **Dominated** by valproate semisodium |
| Lithium | 3,194 | 12,062,406 | |

**FEMALE PATIENTS OF CHILD-BEARING POTENTIAL**

CONFIDENTIAL
AZSER12779537

DRAFT FOR SECOND CONSULTATION

| Measure of benefit: number of acute episodes averted relative to no treatment and number of days free from acute episode | | | | |
|---|---|---|---|---|
| Treatment option | Episodes averted | Days free from episode | Costs (£) | Cost-effectiveness |
| Olanzapine | 1,111 | 1,547,923 | 14,213,667 | **Olanzapine vs lithium:** £3,910 per acute episode averted £56 per day free from episode |
| Lithium | 561 | 1,509,579 | 12,062,406 | |
| No treatment | 0 | 1,467,015 | 12,804,809 | **Dominated** by lithium |

| Measure of benefit: number of QALYs gained | | | |
|---|---|---|---|
| Option | QALYs | Costs (£) | Cost-effectiveness |
| Olanzapine | 3,641 | 14,213,667 | **Olanzapine vs lithium:** £4,805/QALY |
| No treatment | 3,288 | 12,804,809 | **Dominated** by extended dominance |
| Lithium | 3,194 | 12,062,406 | |

1

2    *One-way sensitivity analysis*

3    *Changes in the rate of manic versus depressive episodes*

4    Changes in the rate of manic versus depressive episodes had a considerable
5    impact on the results: by reducing the proportion of manic episodes developed
6    under treatment with placebo so that the rate of manic versus depressive
7    episodes became 25:75 resulted in valproate semisodium becoming dominant
8    over all the rest treatment options, when outcomes were measured in terms of
9    number of episodes averted of number of days free from episode. When QALYs
10    was the measure of health benefit, valproate semisodium dominated lithium and
11    no treatment. Olanzapine was still more effective than valproate semisodium,
12    with an ICER of £10,744/QALY for both men and women of no child-bearing
13    potential. The impact of this scenario on the results for women of child-bearing
14    potential, for whom valproate semisodium was not an option, was less
15    significant: lithium became more expensive than no treatment and was
16    dominated by it when the measure of outcome was expressed in terms of QALYs.
17    Olanzapine was the most effective and the most expensive treatment option,
18    demonstrating the following ICERs: £5,773 per acute episode averted and £78 per
19    day free from episode relative to lithium; £8,566/QALY versus no treatment.
20

21    When the proportion of manic episodes was increased so that the rate of manic
22    versus depressive episodes was reversed to 75:25, olanzapine became the
23    dominant option over valproate semisodium and lithium became dominant over
24    no treatment. The ICERs of olanzapine versus lithium were £1,015 (men) or
25    £1,115 (women) per acute episode averted; £20 (men) or £18 (women) per day
26    free from episode achieved; £1,489/QALY (men) and £1,594/QALY (women).
27

28    Results based on this scenario are presented in Appendix 17.

29    *Reduction in health professional contacts during long-term treatment*

CONFIDENTIAL
AZSER12779538

DRAFT FOR SECOND CONSULTATION

1 Reducing the number of health professional contacts during long-term treatment
2 by 25% had practically no impact on the results; cases of dominance remained
3 and the ICERs between non-dominated options changed only very slightly.

4 *Changes in the duration of acute episodes*

5 Varying the duration of acute episodes by 25% did not change the ranking of
6 options by magnitude of benefits. It only affected moderately the value of ICERs.
7 A 25% increase in the duration of acute episodes led to reduction of the ICERs; in
8 contrast, a 25% decrease in the duration of acute episodes resulted in small
9 increases of the ICERs. The most notable changes were observed in the ICERs
10 expressing cost/QALY. These ranged between £4,519-£7,828/QALY versus
11 valproate semisodium (relevant to men and women of no child-bearing
12 potential), and between £3,699-£5,960/QALY versus lithium (relevant to women
13 of child-bearing potential); lowest value refers to longer duration of episodes by
14 25%, and highest value relates to shorter duration of episodes by 25% of the base-
15 case duration of episodes used in the analysis.

16 *Extension of the time horizon of the analysis to 20 years*

17 This scenario aimed at exploring whether the cumulative anti-suicidal effect of
18 lithium might have an impact of its cost-effectiveness in the longer term. Results
19 were practically not affected by this scenario.

20 *Threshold analysis*

21 Although valproate semisodium was the dominant option over olanzapine when
22 benefits were expressed as number of acute episodes averted or number of days
23 free from episode achieved (for men and women without child-bearing
24 potential), olanzapine was shown to be more effective (and more cost-effective)
25 than valproate semisodium when QALYs were considered as the measure of
26 outcome. This owed to the considerably higher utility weight reported for
27 olanzapine-managed stable states, compared to those relating to other treatment
28 options. This analysis was undertaken to identify the maximum utility value for
29 olanzapine or the lowest utility value for valproate semisodium at which
30 valproate semisodium would be more cost-effective than olanzapine in the cost-
31 utility analysis.
32
33 It was found that the utility of stable state should drop at 0.76 for olanzapine or
34 rise up to 0.80 for valproate semisodium, in order for the ICER of olanzapine
35 versus valproate to exceed £20,000/QALY, which is the maximum ratio accepted
36 for an intervention to be deemed as an effective use of NHS resources (NICE
37 2004). If utility for olanzapine fell at 0.74 or the utility for valproate semisodium
38 increased at 0.82, then valproate would become the dominant option in their
39 between comparison.

40 *Probabilistic sensitivity analysis*

41 Results of probabilistic analysis are provided in the form of Cost-Effectiveness
42 Acceptability Curves (CEACs), which demonstrate the probability of each
43 treatment option being cost-effective over a range of potential cost values of
44 willingness-to-pay (WTP) in order to achieve an additional unit of benefit.
45
46 *Analysis for men and women without child-bearing potential*

CONFIDENTIAL
AZSER12779539

DRAFT FOR SECOND CONSULTATION

1      At low (close to zero) WTP for an additional acute episode averted or an
2      additional day free from episode, 'no treatment' had the highest probability of
3      being the most cost-effective among the treatment options assessed, although this
4      probability did not, in any case, exceed 45%. No treatment was also the most
5      likely cost-effective among treatments for a WTP lower than £5,000/QALY, with
6      maximum probability of 70% at a WTP approximating £2,000/QALY. For
7      increasing values of WTP for an acute episode averted or a day free from episode
8      (i.e. at £500 per episode averted or at £5 per day free from episode), valproate
9      semisodium became the option with the highest probability of being the most
10     cost-effective alternative. This probability, which equaled 30% at its lowest when
11     WTP was zero, increased as WTP became higher, reaching 60% and 70% at a
12     WTP around £4,000 per acute episode averted and £110 per day free from
13     episode respectively. When health benefits were measured in the form of QALYs,
14     olanzapine was clearly the most probable cost-effective option for WTP values
15     starting from £7,000/QALY and above. This probability exceeded 90% at a WTP
16     of £20,000/QALY. The probability of lithium being the most cost-effective option
17     was small, and always lower than the respective probability of at least one of the
18     other options assessed.
19
20     *Analysis for women of child-bearing potential*
21     No treatment was in this case, too, the likely most cost-effective option at low
22     WTP per additional unit of benefit, with a probability of 65% at zero WTP for any
23     of the measures of outcome considered in the analysis. Lithium had a maximum
24     probability of between 50%-60% at a range of WTP values within £1,000-£4,000
25     per episode averted, or £10-£65 per day free from episode. Above this range of
26     values for WTP olanzapine became the most likely cost-effective treatment.
27     Lithium had very low chances of being the most cost-effective option when
28     outcomes were expressed in terms of QALYs, with a maximum probability
29     approximately 35% at a zero WTP for one QALY gained. The likelihood of
30     olanzapine being the most cost-effective alternative for women of child-bearing
31     potential, although small at low values of WTP, improved as WTP per additional
32     unit of benefit increased, and reached 80% at a WTP of £16,000 per acute episode
33     averted, 67% at a WTP of £160 per day free from episode, and 97% at a WTP of
34     £20,000/QALY.
35
36     Full results of probabilistic sensitivity analysis in the form of graphs presenting
37     CEACs are provided in Appendix 17.

38     *Limitations of the economic analysis*

39     The economic analysis was undertaken using the best effectiveness and cost data
40     available. However, evidence on clinical effectiveness was derived from a very
41     limited number of studies (data from 4 clinical studies were utilised in the
42     economic model). In addition, relative effectiveness of treatment options was
43     based on indirect comparisons between pharmacological agents assessed, and
44     this may have introduced bias in the analysis. Relapse rates for time frames
45     beyond one year were extrapolated from data on relative risks of relapse derived
46     almost exclusively from trials with a time horizon of 12 months (only
47     CALABRESE2003 had a time horizon of 18 months). It has been therefore
48     implicitly assumed in the model that annual relapse rates associated with each
49     treatment are stable over time and equal relapse rates observed over the first year
50     of treatment. This assumption was necessary due to lack of longer-term efficacy

CONFIDENTIAL
AZSER12779540

DRAFT FOR SECOND CONSULTATION

1    data. However, the efficacy of maintenance treatment may vary over time; based
2    on the results of the meta-analysis of 2-year trials of lithium versus placebo
3    (STALLONE1973, PRIEN1973), it can be argued that the clinical effectiveness of
4    lithium is likely to increase over time (since the weighted relative risk of relapse
5    of lithium versus placebo over two years was found to be lower than that over
6    one year, as derived from meta-analysis of 1-year efficacy data undertaken for
7    the economic analysis). Data on lithium efficacy from the above trials were not
8    included in the economic model, as the two studies did not report relative risks
9    for manic and depressive relapses separately. Therefore, the efficacy of lithium in
10   the long term is likely to have been underestimated. Nevertheless, the same
11   limitation may also apply to the rest pharmacological treatments evaluated, as
12   there is no available evidence on their efficacy beyond one year of treatment.
13
14   Estimates regarding healthcare resource use and other input parameters were
15   based on GDG expert opinion due to lack of research-based data available; as a
16   consequence, results of the analysis are subject to substantial uncertainty
17   surrounding these values. Nevertheless, one-way and probabilistic sensitivity
18   analyses were performed, which took into account the uncertainty characterising
19   the variables incorporated in the economic model.
20
21   Potential harms associated with long-term treatment were generally not
22   considered in the analysis. Nonetheless, some of the side effects associated with
23   pharmacological treatments assessed were implicitly taken into account in the
24   cost-utility analysis, as utility weights used varied by medication, probably due
25   to differences between medications in type, severity and frequency of associated
26   side effects. Still, it is not known to what extent longer-term adverse events were
27   captured in the estimation of utility values used in the economic analysis. The
28   costs of treating side effects of long-term medication were also excluded from the
29   analysis owing to lack of relevant data, and this omission may have also affected
30   the economic results.
31
32   Results from the cost-utility analysis (outcomes expressed in the form of QALYs)
33   differed from those obtained when the number of acute episodes averted or
34   number of days free from episode were used as measure of benefit. This
35   difference was attributed to the utility weights used in the cost-utility analysis,
36   which were significantly higher for olanzapine in comparison to those for other
37   medications. Utility weights used in the model were taken from the only study
38   identified in the literature review that reported utility weights for bipolar
39   disorder-related health states. However, the patient sample that attached
40   valuations onto relevant health states was very small; in addition, it was selected
41   among well-educated, stable outpatients, and therefore it might not be
42   representative of the population of patients with bipolar I disorder.

43   *Overall conclusions from economic analysis*

44   Based on the results of economic analysis, it can be concluded that valproate
45   semisodium is likely to be a cost-effective long-term treatment option for men
46   and women of no child-bearing potential with bipolar I disorder, when WTP for
47   an additional episode averted or an additional day free from episode is at least
48   £500 per acute episode averted or £5 per day free from episode. The cost-
49   effectiveness of valproate semisodium improves when depressive episodes
50   predominate. This can been explained by the high preventive effect valproate

CONFIDENTIAL
AZSER12779541

DRAFT FOR SECOND CONSULTATION

1   semisodium has on depressive episodes, as demonstrated by clinical evidence
2   presented in the guideline.
3
4   To the extent that utility weights used in the economic analysis reflect accurately
5   patient preferences on quality of life associated with long-term treatment of
6   bipolar I disorder, olanzapine is highly likely to be the best option in terms of
7   cost-effectiveness, among all treatments assessed and for all sub-populations
8   considered (men, women of both child-bearing and no child-bearing potential),
9   when the WTP is set at the cost-effectiveness threshold of £20,000/QALY
10  (probability exceeding 90% at this point). Olanzapine is also likely to be cost-
11  effective for the treatment of women of child-bearing potential when WTP per
12  acute episode averted or per day free from episode exceeds £4,000 and £65
13  respectively. Cost-effectiveness of olanzapine improves when manic episodes
14  prevail, which is justified by the preferential preventive effect olanzapine has on
15  manic episodes relative to depressive ones, as shown by data on clinical
16  effectiveness provided in the guideline.
17
18  Lithium is apparently not cost-effective when valproate semisodium is among
19  long-term treatment options, i.e. for men and women without child-bearing
20  potential with bipolar I disorder. Regarding management of women of child-
21  bearing potential, for whom choice of medication is limited due to hazards on
22  foetus associated with valproate semisodium, lithium may be cost-effective at a
23  narrow range of values for WTP, between £1,000-£4,000 per episode averted, or
24  £10-£65 per day free from episode. The cost-effectiveness of lithium improves
25  slightly as the risk of manic versus depressive episodes increases, as lithium has
26  been associated with an anti-manic effect.
27
28  However, the above conclusions are subject to a number of limitations, as already
29  discussed. Further research is needed on the long-term effectiveness and adverse
30  events of maintenance treatment for the management of patients with bipolar
31  disorder, as well as on utilities associated with bipolar disorder-related health
32  states, in order to reduce uncertainty characterising treatment outcomes
33  especially in the long term, and contribute to determining with more certainty
34  the relative cost-effectiveness between medications used for long-term treatment
35  of patients with bipolar disorder.
36

## 8.4  Clinical practice recommendations for the long-term treatment of bipolar disorder

40  A schedule of physical monitoring tests covering initial assessment, and checks on
41  initiation of treatment is in Appendix 20.

42  **8.4.1        Initiating long-term treatment**

43  8.4.1.1 Prescribers  should normally consider initiating long-term treatment for
44          bipolar disorder in the following circumstances:

45      •      following a manic episode which was associated with significant risk
46             and adverse consequences

CONFIDENTIAL
AZSER12779542

DRAFT FOR SECOND CONSULTATION

1    •    when there have been 2 or more acute episodes in a patient with a
2         diagnosis of bipolar I disorder

3    •    when there is evidence of significant functional impairment,
4         significant risk of suicide or frequently recurring episodes in a patient
5         with bipolar II disorder.

6    8.4.1.2  When choosing long-term pharmacological treatment for patients with
7         bipolar disorder, prescribers should:

8    •    carefully review response to previous treatments, the relationship between,
9         and pattern of, mood changes and life events (using a life chart where
10        appropriate);

11   •    review medical history and any risk assessment;

12   •    consider patient preference and history of adherence

13   •    consider individual risk factors regarding side effects (such as the risk of
14        diabetes

15   •    consider a brief assessment of cognitive state (for example, the mini mental
16        state examination) in particular for older adults.

17   8.4.1.3  When deciding on an agent for the long-term management of a patient with a
18        diagnosis of bipolar disorder prescribers should consider the following:

19   •    As first-line treatment prophylactic monotherapy with an atypical
20        antipsychotic (normally the antipsychotic that was used in the acute
21        phase, or if an atypical antipsychotic was not used in the acute phase,
22        olanzapine)

23   •    As second-line prophylactic monotherapies valproate† (especially for
24        those prone to depressive symptoms but not for women of child-bearing
25        potential) or lithium.

26   8.4.1.4  Where there has been an incomplete response to optimum monotherapy of at
27        least 6 months consider the combination of two prophylactic agents
28        (lithium, olanzapine, valproate†) together with close monitoring of clinical
29        state, side effects and, where relevant, blood levels. Possible combinations
30        are lithium and valproate†, lithium with olanzapine, or valproate and
31        olanzapine†. The reasons for the use of such combinations and the
32        discussion with the patient of the potential benefits and risks should be
33        documented in the case notes. If a trial of one of the combination of
34        prophylactic agents proves ineffective consider:

35   •    Consulting with, or referring the patient to, a clinician with expertise in
36        the pharmacological treatment of bipolar disorder

CONFIDENTIAL
AZSER12779543

DRAFT FOR SECOND CONSULTATION

1
2

- Prescribing lamotrigine† (especially in bipolar II disorder) or carbamazepine.

3   8.4.1.5  Prescribers should normally expect long-term pharmacological treatment to
4            continue for at least 5 years following an episode of bipolar disorder. They
5            should discuss this with the patient and ensure that regular reviews take
6            place. If patients wish to stop medication within this time, they should be
7            encouraged to discuss this with their psychiatrist.

8   8.4.1.6  If, after careful discussion with a healthcare professional, a patient with
9            bipolar disorder declines long-term medication, they should still be offered
10           regular contact and regular reassessment with primary or secondary care
11           services as appropriate.

12  8.4.1.7  Long-acting intramuscular injections of antipsychotics ('depots') are not
13           recommended for routine use in the treatment of bipolar disorder, although
14           they may be considered in the long-term treatment of people in whom oral
15           antipsychotics have proved effective in the treatment of mania, but in whom
16           poor concordance has led to relapse.

17  **8.4.2         The use of antipsychotics in long-term pharmacological treatment**

18       *Initiating antipsychotics*

19  8.4.2.1  When initiating long-term treatment of bipolar disorder with antipsychotics
20           prescribers should measure weight and height, plasma glucose, and lipids
21           and, for those with risk factors for cardiac disease or existing cardiovascular
22           disease, arrange an ECG. When initiating risperidone† in patients with
23           symptoms of raised prolactin levels, (such as low libido, sexual dysfunction,
24           menstrual abnormalities, gynaecomastia, and galactorrhea), prescribers
25           should measure prolactin levels.

26  8.4.2.2  When initiating quetiapine† healthcare professionals should be aware of the
27           need to titrate the dose gradually (in line with the Summary of Product
28           Characteristics) in order to help maintain normal blood pressure.

29       *Monitoring antipsychotics*

30  8.4.2.3  For patients with bipolar disorder taking antipsychotics, prescribers should
31           monitor weight every 3 months for the first year (more frequently for those
32           with rapid weight gain), and arrange for plasma glucose and lipids to be
33           measured 3 months after the start of treatment (particularly for those taking
34           olanzapine), and more frequently if there is evidence of elevated levels. In
35           patients taking risperidone†, measure prolactin levels only for those with
36           symptoms of raised prolactin.

37       *Risks associated with the use of antipsychotics*

38  8.4.2.4  Healthcare professionals should be aware of the possibility of the
39           development of malignant neuroleptic syndrome and diabetic ketoacidosis

CONFIDENTIAL
AZSER12779544

DRAFT FOR SECOND CONSULTATION

1   with the use of antipsychotic medication, particular caution may need to be
2   exercised when treating manic patients. They should also discuss with
3   patients the potential for weight gain.

4   **8.4.3         The use of lithium in long-term pharmacological treatment**

5   *Initiating lithium*

6   8.4.3.1  When initiating lithium as long-term treatment in patients with bipolar
7            disorder, prescribers should:

8    •   advise patients that erratic compliance or rapid discontinuation may
9        increase the risk of manic relapse and that regular fluid intake should
10       be maintained

11   •   measure height and weight, and arrange for urea and electrolytes, and
12       thyroid and renal function to be measured

13   •   arrange for an ECG to be carried out in patients with risk factors for
14       cardiac disease or existing cardiovascular disease

15   •   arrange for a full blood count to be taken if clinically indicated

16   •   establish a shared-care protocol with the patient's general practitioner
17       for the prescribing and monitoring of lithium and potential adverse
18       effects.

19   •   not routinely initiate lithium in primary care

20   •   be aware that the effectiveness of lithium as a long-term treatment can
21       be established only over at least a 6 month period.

22   8.4.3.2  Prescribers should monitor serum levels one week after initiation and one
23            week after every dose change until the lithium levels are stable, normally
24            aiming to maintain serum lithium levels at between 0.6 mmol/l and 0.8
25            mmol/l for people with bipolar disorder who have not previously been
26            prescribed lithium.

27   8.4.3.3  Prescribers should consider a trial of lithium for at least six months with
28            serum lithium levels between 0.8 mmol/l and 1.0 mmol/l for people with
29            bipolar disorder who have relapsed previously while taking lithium or
30            continue to have sub-syndromal symptoms with functional impairment
31            while receiving lithium.

32   *Monitoring lithium*

33   8.4.3.4  For patients with bipolar disorder on lithium treatment prescribers should do
34            the following.

35   •   Monitor serum lithium levels every 3 months

CONFIDENTIAL
AZSER12779545

DRAFT FOR SECOND CONSULTATION

1  • Monitor carefully with older adults because of the propensity for older
2  adults to develop high serum levels of lithium at doses within the
3  normal range, and the possibility of lithium toxicity at moderate
4  serum lithium levels.

5  • Monitor weight in those with rapid weight gain

6  • Undertake tests more frequently if there is evidence of clinical
7  deterioration, abnormal results, change in sodium intake, or
8  symptoms suggestive of abnormal renal or thyroid function, such as
9  unexplained fatigue, or the presence of other risk factors, for example
10  initiation of concurrent medication such as ACE inhibitors, non-
11  steroidal anti-inflammatory drugs, or diuretics.

12  • Arrange for thyroid and renal function to be tested every 6 months,
13  and more frequently if there is evidence of impaired renal function

14  • Monitor for the symptoms of neurotoxicity including paraesthesia,
15  ataxia, tremor and cognitive impairment which can occur at
16  therapeutic levels

17  • Initiate closer monitoring of dose and blood serum levels if urea and
18  creatinine levels become elevated, and assess the rate of deterioration
19  of renal function. The decision to continue lithium depends on clinical
20  efficacy, and degree of renal impairment, and prescribers should
21  consider seeking the advice of a renal specialist and a clinician with
22  expertise in the management of bipolar disorder to arrive at this
23  decision.

24  *.Risks associated with the use of lithium*

25  8.4.3.5  Prescribers should avoid prescribing non-steroidal anti-inflammatory drugs
26  to patients taking lithium if possible, and should warn patients taking
27  lithium not to take over-the-counter non-steroidal anti-inflammatory drugs.
28  Patients prescribed non-steroidal anti-inflammatory drugs should be closely
29  monitored

30  8.4.3.6  Prescribers should be cautious when prescribing diuretics to older adults
31  taking lithium.

32  8.4.3.7  Prescribers should warn patients taking lithium to seek medical attention if
33  they develop diarrhoea and/or vomiting, and to maintain fluid levels if
34  they experience these symptoms following increased sweating, such as after
35  taking exercise, when in hot climates, or if they have a high temperature.
36  This is particularly important for older adults suffering from chest infections
37  or pneumonia, or who are immobile for long periods. They should also
38  consider discontinuing lithium for up to 7 days whenever a patient becomes
39  acutely and severely ill with metabolic or respiratory disturbance from
40  whatever cause.

CONFIDENTIAL
AZSER12779546

DRAFT FOR SECOND CONSULTATION

1   **8.4.4        The use of valproate in long-term pharmacological treatment**

2   *Initiating valproate*

3   8.4.4.1  When initiating valproate† as long-term treatment for patients with bipolar
4         disorder prescribers should measure height and weight, and arrange a full
5         blood count and liver function tests.

6   8.4.4.2  Prescribers should not routinely prescribe valproate† for women of child-
7         bearing potential with bipolar disorder. If valproate† is prescribed to women
8         of child-bearing potential ensure adequate contraception is used, and
9         explain the risks to the health of the unborn child.

10  8.4.4.3  Prescribers should not routinely prescribe valproate† for females with bipolar
11        disorder under the age of 18 because of the increased risk of polycystic
12        ovary syndrome and unplanned pregnancy in this age group.

13  *Monitoring valproate*

14  8.4.4.4  Routine measurement of valproate blood levels is not recommended unless
15        there is evidence of ineffectiveness, poor adherence or toxicity.

16  8.4.4.5  Prescribers should arrange liver function tests and a full blood count 6
17        months after initiating treatment with valproate, and monitor weight in
18        patients with rapid weight gain.

19  *Risks associated with the use of valproate*

20  8.4.4.6  Prescribers should advise patients on valproate and their carers how to
21        recognise signs of blood or liver disorders and to seek immediate medical
22        attention if symptoms develop. If abnormal liver function or blood dyscrasia
23        is detected stop the drug immediately.

24  8.4.4.7  When prescribing valproate† prescribers should be aware of:

25        • drug interactions between valproate and other anticonvulsants

26        • the need for more careful monitoring of sedation, tremor and gait
27          disturbance in older adults.

28  **8.4.5        Lamotrigine**

29  *Initiating lamotrigine*

30  8.4.5.1  Healthcare professionals should titrate lamotrigine upwards gradually to
31        minimise the risk of skin rashes, including Stevens-Johnson syndrome.
32        Titration should be slower in patients taking concurrent valproate.

33  8.4.5.2  When considering prescribing lamotrigine† to women taking oral
34        contraceptives, prescribers should explain to the patient that the drug may

CONFIDENTIAL
AZSER12779547

DRAFT FOR SECOND CONSULTATION

1 decrease the effectiveness of the contraceptive and discuss with her the need
2 to use another method of contraception, and/or increase the dose of
3 lamotrigine.

4 *Monitoring lamotrigine*

5 8.4.5.3  Prescribers do not need to undertake routine monitoring of blood levels for
6 patients taking lamotrigine.

7 *Risks associated with the use of lamotrigine*

8 8.4.5.4  Prescribers should advise patients taking lamotrigine, particularly when
9 starting the drug, that if a rash develops they should seek medical attention
10 urgently. The drug should be stopped unless it is clear that the rash is not
11 lamotrigine-related. If an appointment cannot be arranged within a few
12 days or if the rash is worsening the patient should be advised to stop the
13 drug.

14 **8.4.6**        **Carbamazepine**

15 *Initiating carbamazepine*

16 8.4.6.1  Prescribers should not routinely initiate carbamazepine in the long-term
17 treatment of bipolar disorder without consulting a specialist in the
18 treatment of bipolar disorder.

19 8.4.6.2  When initiating carbamazepine for the long-term treatment of bipolar
20 disorder long-term prescribers should gradually increase the dose to reduce
21 the risk of ataxia.

22 8.4.6.3  When initiating carbamazepine, prescribers should arrange liver function
23 tests and a full blood count.

24 *Monitoring carbamazepine*

25 8.4.6.4  Prescribers should arrange for six-monthly of plasma levels of carbamazepine
26 to exclude toxicity as therapeutic levels and toxic levels are close.

27 8.4.6.5  Prescribers should arrange liver function tests and a full blood count 6
28 months after initiating treatment with carbamazepine, and monitor weight
29 in patients with rapid weight gain.

30 8.4.6.6  Prescribers should arrange tests of blood urea and electrolyte every 6 months
31 after initiating treatment with carbamazepine to check for hyponatraemia.

32 8.4.6.7  Prescribers should monitor closely possible interactions of carbamazepine
33 with a wide range of other drugs, including oral contraceptives, particularly
34 if the patient starts a new medication.

35 *Risks associated with the use of carbamazepine*

CONFIDENTIAL
AZSER12779548

DRAFT FOR SECOND CONSULTATION

1  8.4.6.8  Be careful when prescribing carbamazepine for patients taking concomittant
2       medications, for example, older adults (>65 years) and people with multiple
3       physical problems, because of the problems of interactions with other drugs.

4  **8.4.7**     **Additional considerations for long-term treatment following an**
5       **acute depressive episode**

6  8.4.7.1  Following successful treatment for an acute depressive episode, prescribers
7       should not routinely continue patients on long-term antidepressant
8       treatment because there is no evidence that continuing antidepressants†
9       reduces relapse rates, and it may be associated with increased risk of
10      switching to mania.

11  **8.4.8**     **Treatment for chronic depressive symptoms**

12  8.4.8.1  For people with an established diagnosis of bipolar disorder, who are not
13      taking prophylactic medication and who have not had a manic/hypomanic
14      episode for 5 years, but who are experiencing chronic depressive symptoms
15      consider:

16      • long-term antidepressant medication (SSRIs in combination with
17        prophylactic medication

18  or

19      • cognitive behavioural psychotherapy (16-20 sessions) in
20        combination with prophylactic medication

21  In the absence of clear evidence, patient preference should influence the
22  choice of the above treatments.

23  **8.4.9**     **Recurrent depression in bipolar disorder**

24  8.4.9.1  For patients with bipolar disorder who have experienced recurrent or chronic
25      depressive symptoms with functional impairment while maintained on
26      prophylactic medication, healthcare professionals should consider (in the
27      order set out below):

28      • individual psychological therapy focused on depressive symptoms,
29        functioning (particularly interpersonal functioning), detection of and
30        coping with early signs, managing chronic social stress, promoting
31        social functioning, and further consideration of medication adherence

32      • long-term treatment with antidepressants† (SSRI) (at the minimum
33        therapeutic dose and, in particular, for patients who have benefited
34        from antidepressants for acute depression) in conjunction with
35        antimanic medication

36      • quetiapine† where the current antimanic agent is not an antipsychotic

CONFIDENTIAL
AZSER12779549

DRAFT FOR SECOND CONSULTATION

1       •   lamotrigine†.

2   **8.4.10**      **Long-term management of rapid cycling**

3   8.4.10.1 For the long-term pharmacological management of people with rapid cycling
4         bipolar disorder prescribers should:

5       •   Consider as first line treatment a combination of lithium and
6         valproate†

7       •   Consider lithium monotherapy as second-line treatment; for
8         patients already taking lithium consider increasing the dose

9       •   Avoid the use of an antidepressant†, except on advice from a
10        specialist in bipolar disorder

11      •   Consider combinations of lithium or valproate with lamotrigine†,
12        especially in bipolar II disorder

13      •   Check thyroid function every 6 months together with levels of
14        thyroid antibodies if clinically indicated, for example, by the
15        thyroid function tests.

16 # 8.5  The discontinuation/withdrawal of medication

17   **8.5.1**      **Introduction**
18   Relapse prevention of bipolar disorder will usually involve long-term management
19   with medication, and discontinuation of drugs may be necessary for a variety of
20   reasons for example, when switching drugs, mood switches, adverse reactions and
21   pregnancy. Withdrawal mania is well recognised with lithium (Goodwin, 1994) and
22   sudden stoppage of antidepressants can cause a variety of transient physical and
23   psychological withdrawal or discontinuation symptoms (Haddad, 2001). So, unless
24   unavoidable, adjustments should be carried out gradually. Rapid and mood-reactive
25   changes to drugs ("to chase a mood change") may actually provoke rapid cycling,
26   worsen an acute episode and hence be detrimental to long-term functioning.

27   **8.5.2**      **Lithium**
28   Lithium presents unique challenges. Consistent compliance and adequate treatment
29   duration are essential to gain full benefit but inadequate compliance and treatment
30   duration may be positively detrimental. The patient (and any carer) must be aware of
31   the long-term commitment needed to lithium. Treatment with lithium should be for
32   at least two years to help reduce relapse.
33
34   Sudden stopping (either deliberate or accidental, including running out of
35   medication) or abrupt changes in lithium plasma levels may precipitate relapse and
36   increase the risk of suicide, and must be avoided. Lithium should be discontinued
37   step-wise over at least 4 weeks, and preferably over a longer period (up to 3 months).

CONFIDENTIAL
AZSER12779550

DRAFT FOR SECOND CONSULTATION

| | |
|---|---|
| 1 | **8.5.3        Antidepressants** |
| 2 | In rapid cycling or after a mood switch to mania, it will usually be necessary to stop |
| 3 | any potentially precipitating or contributory drugs such as antidepressants. This |
| 4 | must be balanced against the need to avoid the possibility of adverse discontinuation |
| 5 | symptoms (Haddad 2001). These can include: |
| 6 | |
| 7 | **Tricyclic antidepressants:** cholinergic rebound, for example, headache, restlessness, |
| 8 | diarrhoea, nausea and vomiting, flu-like symptoms, lethargy, abdominal cramps, |
| 9 | sleep disturbance and movement disorders. |
| 10 | |
| 11 | **Selective Serotonin Reuptake Inhibitors (SSRIs):** dizziness, vertigo/light- |
| 12 | headedness, nausea, fatigue, headache, sensory disturbance, 'electric shocks' in the |
| 13 | head, insomnia, abdominal cramps, chills, flu-like symptoms, increased dreaming, |
| 14 | anxiety/agitation and volatility. These are most common with paroxetine but have |
| 15 | been reported with other SSRIs. |
| 16 | |
| 17 | **Fluoxetine** has a long half-life and abrupt stopping carries little risk. |
| 18 | |
| 19 | **Other antidepressants:** Venlafaxine may be particularly difficult to discontinue and |
| 20 | extra care with dose reduction and monitoring should be carried out. There are no |
| 21 | reported significant problems with discontinuation of mirtazapine, moclobemide or |
| 22 | reboxetine. |
| 23 | **8.5.4        Others** |
| 24 | There is little evidence yet for any significant rebound phenomena or withdrawal |
| 25 | symptoms in bipolar disorder on discontinuation of carbamazepine, valproate, |
| 26 | quetiapine, lamotrigine, risperidone or olanzapine, but it is wise to be careful. |
| 27 | Tapered discontinuation over at least 4 weeks would minimise the potential for |
| 28 | destabilisation. |
| 29 | **8.5.5        Clinical practice recommendations** |
| 30 | *Stopping Lithium* |
| 31 | 8.5.5.1  Lithium should be discontinued gradually over at least 4 weeks, and |
| 32 | preferably over a longer period of up to 3 months, particularly in patients |
| 33 | with a history of manic relapse and even where the patient has been started |
| 34 | on another antimanic agent. |
| 35 | 8.5.5.2  When lithium treatment is stopped or is about to be stopped abruptly, |
| 36 | prescribers should: |
| 37 | • discuss with the patient the addition of either an atypical antipsychotic or |
| 38 | valproate if the patient wishes to stop because of limited efficacy |
| 39 | • consider changing to monotherapy with either an atypical antipsychotic |
| 40 | or valproate if clinical need or patient choice has resulted in immediate |
| 41 | cessation of treatment |
| 42 | • closely monitor for early signs of mania and depression if lithium is |

CONFIDENTIAL
AZSER12779551

DRAFT FOR SECOND CONSULTATION

1      stopped abruptly.

2  *Stopping valproate*

3  8.5.5.3  When stopping valproate† in patients with bipolar disorder reduce the dose
4          gradually over a period of at least 4 weeks to minimise the potential for
5          destabilisation.

6  *Stopping lamotrigine*

7  8.5.5.4  When stopping lamotrigine† in patients with bipolar disorder reduce the dose
8          gradually over a period of at least 4 weeks to minimise the potential for
9          destabilisation.

10  *Stopping carbamazepine*

11  8.5.5.5  When stopping carbamazepine in patients with bipolar disorder reduce the
12          dose gradually over a period of at least 4 weeks to minimise the potential
13          for destabilization.

14  *Stopping antipsychotics*

15  8.5.5.6  Patients with bipolar disorder stopping an antipsychotic, but continuing with
16          other medication, should discontinue the antipsychotic gradually over at
17          least 4 weeks.

18  8.5.5.7  Patients with bipolar disorder stopping an antipsychotic but not continuing
19          with other medication, and those with a history of manic relapse should
20          discontinue the antipsychotic over a period of up to 3 months.

21  *Stopping antidepressants*

22  8.5.5.8  When a patient has achieved remission from depressive symptoms (or
23          maintained a significant reduction in symptoms for 8 weeks), prescribers
24          should consider tapering and discontinuing antidepressant medication to
25          minimise the risk of switching to mania and increased rapid cycling.
26          Antidepressants should be gradually reduced over a period of several
27          weeks, whilst maintaining antimanic medication. Particular care is needed
28          when discontinuing paroxetine† and venlafaxine† as they are associated
29          with a higher risk of discontinuation/withdrawal symptoms.

## 8.6  The pharmacological management bipolar II disorder

### 8.6.1      Introduction

This section considers studies where >50% participants had a diagnosis of bipolar II disorder. All of these studies also appear in other reviews in this or the previous chapter.

CONFIDENTIAL
AZSER12779552

DRAFT FOR SECOND CONSULTATION

1   **8.6.2          Treatment of acute hypomania in bipolar II disorder**
2   There are no trials of pharmacological treatment of acute hypomania in people with
3   bipolar II disorder which met inclusion criteria.

4   **8.6.3          Treatment of acute depression in bipolar II disorder**
5
6   Two trials of treatment for acute depression in bipolar II disorder met inclusion
7   criteria. Summary of study characteristics is in Table 68, with fuller details in
8   Appendix 21.
9

10  **Table 68 Summary of study characteristics of studies for the treatment of**
11  **depression in bipolar II disorder**

|  | Antidepressant versus another antidepressant | Antidepressant versus prophylactic agent |
|---|---|---|
| *No. trials (No. participants)* | *1 RCT (56)* | *1 RCT (27)* |
| **Study IDs** | HIMMELHOCH1991 | YOUNG2000 |
| **Population** | US; outpatients | Canada; outpatients |
| **Diagnosis at entry to study** | Bipolar I – depressed phase 43% Bipolar II – depressed phase 57% | Bipolar I - depressed phase 41% Bipolar II - depressed phase 59% |
| **Study drug** | Tranylcypromine 36.8 mg*; | Paroxetine 36 mg* |
| **Comparator drug(s)** | Imipramine 245.5 mg* | Second prophylactic agent (lithium 0.9 mmol/l* or valproate semisodium Sodium 510 mmol/l*) |
| **Concomitant medication** | None | On lithium or valproate semisodium for at least 3 months before entering study |
| **Mean age range** | Around 39 | 41* |
| **Length of trial** | 6 weeks + 10 week follow-up | 5 weeks* |
| **Problems with trial affecting efficacy assessments** | Efficacy data not extractable | Efficacy data not extractable |
|  | Notes: * mean  **SDs not reported ***Tranylcypromine is not licensed in the UK. |  |

12
13

14  *Clinical summary for the treatment of depression in bipolar II disorder*

15  There are two trials of the pharmacological management of bipolar disorder where
16  more than 50% of participants have a diagnosis of bipolar II disorder. Neither of
17  these had extractable efficacy data, and therefore it is not possible to assess the
18  evidence. An over view of results is in Table 69, with the full evidence profile in
19  Appendix 22.
20

CONFIDENTIAL
AZSER12779553

DRAFT FOR SECOND CONSULTATION

1  **Table 69 Summary of evidence characteristics of studies for the treatment of**
2  **depression in bipolar II disorder**

|  | Antidepressant versus another antidepressant | Antidepressant versus prophylactic agent |
|---|---|---|
| Evidence for efficacy | No data (very low) | No data (very low) |
| Evidence for acceptability/tolerability (including switching) | Data are inconclusive (low) for acceptability/tolerability outcomes | Data are inconclusive (low) for acceptability/tolerability outcomes |
| Overall risk-benefit ratio | Unclear | Unclear |

3

4  **8.6.4        Long-term maintenance in bipolar II disorder**
5
6
7

**Table 70. Summary of study characteristics for long-term maintenance in bipolar II disorder**

|  | Lithium vs placebo | Valproate semisodium vs placebo |
|---|---|---|
| *No. trials (No. participants)* | *5 RCTs (1102)* | *2 RCTs (402)* |
| Study IDs | DUNNER1976 (4) | FRANKENBURG2002 (2) |
| Population | US; outpatients | US; Outpatients |
| Diagnosis at entry to study | (4) Bipolar II – 'normal mood' | Bipolar II – with borderline personality disorder |
| Serum levels of lithium (mmol/L) | (4) 0.8-1.2 | Valproate semisodium Sodium – serum levels 50-100 mg/1 |
| Comparator drug(s) | Placebo | Placebo |
| Concomitant medication | (1) Lorazapam and haloperidol (2) Short-term Chloral hydrate or BZD (3) Chloral hydrate or BZD |  |
| Mean age range | 39-52 | 39 |
| Length of trial | (4) 16 months | (2) 6 months* |
| Problems with trial affecting efficacy assessments |  | (2) Participants recruited via the press |

8

9  *Clinical summary for long-term maintenance in bipolar II disorder*
10  Evidence for the long-term treatment of bipolar II disorder is limited. An overview of
11  the results is provided in Table 71, with the full evidence profile in Appendix 22.
12

CONFIDENTIAL
AZSER12779554

DRAFT FOR SECOND CONSULTATION

1  **Table 71 Summary of evidence profile for lithium monotherapy in long-term**
2  **maintenance of bipolar II disorder**

| | Lithium | Valproate **semisodium** |
|---|---|---|
| **Evidence for efficacy (quality)** | Data are inconclusive (low) for efficacy outcomes | Data are inconclusive (low) for efficacy outcomes |
| **Evidence for acceptability/tolerability (including switching) (quality)** | Data are inconclusive (low) for acceptability/tolerability outcomes | Data are inconclusive (low) for acceptability/tolerability outcomes |

3  **8.6.5          Clinical practice recommendations**

4  8.6.5.1  Prescribers may consider lamotrigine† alone as an option for long-term
5             treatment for patients with bipolar II disorder with recurrent depression.

6

7  Additional recommendations for bipolar II disorder are included in the initiating
8  long-term treatment and management of rapid cycling sections above.

9  # 8.7  The pharmacological management of women
10      having a baby: before, during, and after
11      pregnancy

12  **8.7.1          Introduction**
13  The pharmacological management of women of child bearing potential is
14  challenging in bipolar disorder. The GDG approached this issue by convening a
15  consensus conference in collaboration with the NICE guideline development group
16  for Antenatal and Postnatal Mental Health. A summary of the conference as applied
17  to bipolar disorder is contained in Appendix 19.

18

19  The management of bipolar disorder in women of reproductive age is complicated
20  by several issues.  These include the following: the effect of bipolar illness on
21  conception (mania can lead to sexual disinhibition and unplanned pregnancy); the
22  effect of pregnancy and childbirth on the natural course of bipolar disorder (in
23  women with a diagnosis of bipolar disorder there is approximately a 50% chance of
24  an episode of psychosis in the post-partum period (Brockington 1996; Jones and
25  Craddock 2001)); the risk of bipolar disorder in the offspring of parents with the
26  condition (there is a genetic contribution to bipolar disorder and so parents with
27  bipolar disorder are more likely to have a child with bipolar disorder - clinicians
28  often offer to discuss this with patients); and the effect of medication on fertility
29  (conventional antipsychotics and some atypical antipsychotics (for example,
30  risperidone, amilsulpride) can reduce fertility by causing hyperprolactinaemia
31  sufficient to cause disruption of the hypothalamic-pituitary-gonadal axis (Haddad &
32  Wieck 2004), whilst carbamazepine reduces the effectiveness of the oral contraceptive
33  by causing hepatic enzyme induction (Spina *et al* 1996)).

34

35  Perhaps the most important factor, though, is the potential for medication prescribed
36  during pregnancy to cause adverse obstetric and neonatal outcomes including
37  teratogenesis.  Although most data regarding the adverse effects of antiepileptic
38  drugs have been obtained from studies of women with epilepsy rather than bipolar
39  disorder, these have helped clarify that teratogenicity is related primarily to the

CONFIDENTIAL
AZSER12779555

DRAFT FOR SECOND CONSULTATION

1  drugs rather than the condition. Therefore, these data are likely to be as applicable to
2  their use in patients with bipolar disorder as to those with epilsepsy.  First trimester
3  use of sodium valproate, carbamazepine, and lithium are all associated with an
4  increased risk of major malformation.  Teratogenic effects are not as well established
5  with other psychiatric drugs though the risk cannot be totally excluded, for example,
6  the risk of cardiac defects with lithium.  Drugs that have been widely used in clinical
7  practice for long periods without teratogenic effects been identified are regarded as
8  safer than more recently introduced drugs.  A fuller summary of these risks are
9  contained in Appendix 19.
10
11 Drugs may also cause adverse neonatal symptoms. For example, lithium may cause
12 thyroid disorders, and conventional antipsychotics may lead to extrapyramidal
13 symptoms and, with benzodiazepines, to sedation or, with long-term use,
14 withdrawal symptoms.  With antidepressants, particularly SSRIs, a range of neonatal
15 symptoms have been reported, including jitteriness, convulsions, crying, poor
16 feeding, and hypertonia (Laine 2003).  Whether these symptoms represent serotonin
17 toxicity, a withdrawal effect or a combination of both mechanisms remains unclear
18 (Haddad *et al* 2005).
19
20 In addition, all medications used in bipolar disorder are secreted in breast milk to
21 some degree.  Clozapine and lithium are generally regarded as absolute
22 contraindications to breastfeeding due to the risk of agranulocytosis with clozapine
23 and lithium toxicity; lithium is secreted in breast milk at 40% of the maternal serum
24 concentration (Pediatrics 2000).  Occasional reports of adverse neonatal effects
25 presumably due to transfer of the drug in the milk have appeared (for example, Kent
26 and Laidlaw 1995).  The most cautious approach is to advise that breast feeding is
27 avoided whenever a psychotropic is prescribed but many authorities regard this as
28 too prescriptive.

29 *Current practice*
30 Central to the effective management of women of child-bearing age is information
31 about the risk of relapse during and after pregnancy and risks to the unborn child.
32 Women need to be provided with information regarding the importance of
33 contraception, including the option of long-term reversible contraception (NICE,
34 2005B). They also need to be aware of the risk of a puerperal relapse and of a child
35 developing bipolar disorder (about 5% if one parent suffers from bipolar disorder
36 versus a general population risk of 1%).  They also need to be aware of the potential
37 effects of medication on fertility. Those prescribed prolactin-raising antipsychotics
38 need to be aware that fertility may be compromised. Conversely women who are
39 stopping a prolactin-raising antipsychotic must be informed that this may lead to a
40 return of fertility otherwise an unplanned pregnancy may result.  Women prescribed
41 carbamazepine will need specialist advice as enzyme induction with carbamazepine
42 affects both progesterone only and combined oral contraceptives, as well as some
43 long-acting preparations.
44
45 It is vital that women are aware of the potential for medication to cause adverse
46 obstetric and neonatal outcomes including teratogenesis.  Women who are
47 considering conceiving should discuss the matter with their psychiatrist, in
48 particular the issue of medication and maintenance treatment for their bipolar
49 disorder.  The advice that is given will depend on the individual's history and

CONFIDENTIAL
AZSER12779556

DRAFT FOR SECOND CONSULTATION

1   circumstances.  Various options are available and these include stopping medication
2   prior to trying to conceive and remaining medication free thereafter, stopping
3   medication prior to conception and restarting it either after the first trimester or
4   immediately after birth, remaining on the existing medication throughout the
5   process of conception, pregnancy and birth or switching medication prior to
6   attempting to conceive.  Which strategy is chosen will depend on the wishes of the
7   mother and the advice of the medical team, who need to balance the risks of under
8   treating the disorder (for example, relapse) with the risk of harming the unborn child
9   by remaining on medication.  The risk of relapse partly depends on the number and
10  severity of past episodes of illness and the degree of support and monitoring that is
11  currently available.
12
13  There is strong evidence that folic acid supplements reduce the incidence of neural
14  tube defects (Lumley *et al*, 2001).  As a result all women planning pregnancy are
15  advised to take 400mg folic acid per day before conception and during the first 12
16  weeks of pregnancy.  Women with a neural tube defect, or a neural tube defect in a
17  previous child, are advised to take a higher dose of 4mg/day (BNF).  Given the
18  association of valproate and carbamazepine with neural tube defects, and the fact
19  that both drugs interfere with folic acid metabolism, some authorities recommend
20  that women of child bearing potential prescribed these drugs should receive folic
21  acid supplements.  However, to date, no study has demonstrated that prescribing
22  folic acid supplements to women taking anticonvulsants during pregnancy reduces
23  the risk of neural tube defects, and neural tube defects have been reported in the
24  offspring of such women (for example, Duncan *et al*, 2001).  There is a danger that
25  routine folic acid prescribing in this group may incorrectly imply that getting
26  pregnant is safe, and that the risk of neural tube defect posed by the anticonvulsant
27  has been counteracted.  Given this, and the lack of data, it is unclear whether
28  prescribers should routinely prescribe folic acid to women of child-bearng potential
29  prescribed valproate and carbamazepine.  If a woman receiving either of these drugs
30  presents at less than 12 weeks pregnant, it would seem prudent to start folic acid
31  supplementation although, given that the neural tube closes by day 28 after
32  fertilisation, it is debatable whether or not this provides any protection.

33  *Choice of antipsychotics*

34  There has been increasing use of antipsychotics in women with bipolar disorder
35  planning pregnancy and this based on anti-manic efficacy and antidepressant
36  properties. There is no evidence of teratogenicity with antipsychotics though caution
37  is needed with more recently introduced agents due to the limited
38  pharmacovigilance data from women who have conceived while prescribed the
39  drug.

40  *Unplanned pregnancy*

41  Often a pregnancy will be unplanned and health professionals will be faced with a
42  woman who has conceived while taking her existing medication. All major structural
43  teratogenic effects, including neural tube defects occur in the first trimester.
44  Screening for major anomalies should be carried out for all women who receive any
45  antiepileptic drug or lithium in early pregnancy and all should receive urgent
46  referral to specialist feto-maternal medicine services. Whether existing medication is
47  stopped or switched will depend on the drugs and the risks and benefits perceived in
48  that individual case.  If valproate, carbamazepine or lithium have been prescribed in
49  the first trimester there should be close consultation with the obstetric team who can

CONFIDENTIAL
AZSER12779557