DRAFT FOR SECOND CONSULTATION

1   provide appropriate screening and counselling.  Screening for neural tube defects
2   involves maternal serum alpha-fetoprotein estimation (sometimes followed by
3   amniocentesis) and high resolution ultrasound scan at weeks 18-23.  In the case of
4   lithium an ultrasound scan can also help identify cardiac anomalies.  If congenital
5   defects are identified then the mother should be offered counselling by the obstetric
6   team and a termination of pregnancy is one available option.  Psychological support
7   is essential should a woman conceive a child with a malformation irrespective of
8   whether she decided to continue with the pregnancy or to terminate the pregnancy.
9   If she continues with the pregnancy full paediatric assessment of the child is required
10  with appropriate social and medical help being provided for mother and child.
11
12  Any child born to a mother prescribed a psychotropic drug up to delivery should be
13  monitored for the development of adverse drug effects in the first few weeksafter
14  delivery.
15
16  If lithium treatment is prescribed during the third trimester or commenced shortly
17  after delivery, close monitoring of the mother's plasma lithium level is required due
18  to changes in the volume of distribution. Serum lithium levels should be monitored
19  every 4 weeks during pregnancy, weekly from the 36th week , and within 24 hours of
20  childbirth, with doses adjusted to maintain appropriate serum levels. Women should
21  maintain an adequate fluid intake because of the risk of lithium toxicity.
22

23  *Care of the infant*

24  Symptoms including irritability, constant crying, shivering, tremor, restlessness,
25  increased tone, feeding and sleeping difficulties and rarely seizures) have been
26  reported in children born to mothers taking SSRIs at delivery.  Many of these
27  symptoms are mild and self-limiting. In many cases these symptoms appear casually
28  related to antidepressant exposure though there is debate as to what extent they
29  represent serotonergic toxicity or a withdrawal reaction. Neonates of mothers taking
30  psychotropic drugs during pregnancy should be carefully monitored.


31  **8.7.2            Clinical practice recommendations**

32  *General principles of management for women of child-bearing potential and for*
33  *women with bipolar disorder who are pregnant*

34  8.7.2.1  When presenting information about risk to both mother and fetus healthcare
35            professionals should take care to use the most effective methods to
36            communicate the nature and extent of the absolute and relative risks of both
37            treating and not treating the bipolar disorder.

38  8.7.2.2  Consideration should be given to an increased frequency of contact by
39            specialist mental health services (including, where appropriate specialist
40            perinatal mental health services) with pregnant women with bipolar
41            disorder, who should also maintain close liaison with obstetric services,
42            because of the increased risk of relapse during pregnancy and the postnatal
43            period.

44  8.7.2.3  A written management plan should be developed for all pregnant women

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)       Page 267 of 341

CONFIDENTIAL
AZSER12779558

DRAFT FOR SECOND CONSULTATION

1       with bipolar disorder by week 32 of the pregnancy. This should be shared
2       with the patient, and her obstetrician, midwife, general practitioner and
3       health visitor. A detailed record of all medical decisions should be recorded
4       in the patient's notes. Information about a woman's medication regime
5       should be included in the birth plan.

6 8.7.2.4 A pregnant woman with bipolar disorder who is stable on an antipsychotic
7       and whose history shows that she is likely to relapse without medication,
8       should be maintained on the antipsychotic. Such a patient should be
9       monitored for weight gain and diabetes.

10 8.7.2.5 Prescribers should note that the following drugs should not be routinely
11       prescribed as treatment for pregnant women with bipolar disorder:

12     • valproate – because of risk to the fetus and subsequent child
13       development. If valproate is used it should be limited to a maximum
14       of 1 gram per day, administered in divided doses and in the slow
15       release form, with 5 mg/day folic acid

16     • carbamazepine – because of its limited efficacy and risk of harm to the
17       fetus

18     • long-term treatment with benzodiazepines – because of risks during
19       pregnancy and the immediate postnatal period.

20 8.7.2.6 Healthcare professionals should ensure that appropriate advice and
21       psychological support is offered by obstetric services to a woman if
22       congenital defects are identified, regardless of whether she has decided to
23       continue with the pregnancy or have a termination.

24 *Women planning a pregnancy*

25 8.7.2.7 Women taking antipsychotics who are planning a pregnancy should be
26       advised that some antipsychotics may be associated with raised prolactin
27       levels, with the likelihood that this will decrease the possibility of successful
28       conception. Measure prolactin levels and if raised levels are confirmed
29       consider an alternative drug less associated with raised prolactin levels.

30 8.7.2.8 For a woman who plans to become pregnant and whose history shows that
31       she is at particular risk of developing mania and cannot be managed
32       without antimanic medication, the drug of least known risk would be an
33       antipsychotic (a low-dose typical antipsychotic or low-dose olanzapine) and
34       so consideration should be given to changing to an antipsychotic.

35 8.7.2.9 In women with existing bipolar disorder who are planning a pregnancy and
36       are currently taking lithium prescribers should consider the following:

37     • Stopping lithium if the patient is well and not at high risk of relapse

38     • If the patient is not well or at high risk of relapse:

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)  Page 268 of 341

450

CONFIDENTIAL
AZSER12779559

DRAFT FOR SECOND CONSULTATION

1
2

- consider switching gradually to an antipsychotic throughout pregnancy, or

3
4
5

- if there is a previous good response to lithium above other drugs consider restarting lithium in second trimester if not planning to breastfeed

6
7
8
9
10

- consider continuing with lithium, after full discussion with the patient of the attendant risks, while trying to conceive and throughout the pregnancy if the patient had manic episodes which significantly complicated previous pregnancies, and where there is a documented good response to lithium.

11
12
13
14

8.7.2.10 Women with bipolar disorder who are considering pregnancy should normally be advised to discontinue taking sodium valproate and consideration should be given to the use of an alternative prophylactic agent such as an antipsychotic.

15
16
17
18
19
20
21
22

8.7.2.11 For women with bipolar disorder who are considering pregnancy, who have discontinued prophylactic medication and who have become depressed, consider offering psychological therapy (CBT) in preference to an antidepressant because of the risk of switching associated with the use of antidepressants†. If antidepressants are used SSRIs (but not paroxetine because of the risk of cardiovascular malformations in the fetus) should be preferred and close monitoring of the woman instigated.

23
24
25
26
27
28
29
30
31
32
33
34
35

In some cases a woman and her doctor may conclude that the risks of a relapse of bipolar disorder, at least in the short term, are outweighed by the risks of conceiving on medication.  In these cases the woman may opt to withdraw from all medication, and in the weeks and months that follow try to conceive with a view to restarting prophylactic medication after the first trimester or immediately after birth.  This strategy requires regular support and monitoring of the mental state throughout the period that the woman is medication free.  The woman should be familiar with early warning signs of relapse.  After careful consideration by the patient and psychiatrist (and ideally the partner if the patient wishes to involve them), a similar plan may be deemed appropriate in a woman who becomes pregnant on medication i.e. as soon as pregnancy if confirmed she and her doctor may opt to stop medication at least for the rest of the first trimester.

36
37
38
39

All treatment approached in women of child bearing potential should follow from a careful explanation of the risks and benefits of different medication regimes to the mother and the unborn child versus the risks and benefits associated with being medication free.

40

*Women with an unplanned pregnancy*

41
42

8.7.2.12 For a woman with bipolar disorder who has an unplanned pregnancy prescribers should:

43

- confirm the pregnancy as quickly as possible

CONFIDENTIAL
AZSER12779560

DRAFT FOR SECOND CONSULTATION

1    •   normally advise the woman to discontinue taking sodium valproate or
2        carbamazepine

3    •   if the pregnancy is confirmed in the first trimester, and the patient is
4        stable, stop lithium by gradually reducing the dose over a period of 4
5        weeks. The patient should be informed that discontinuation on
6        confirmation of pregnancy may not avoid cardiac defects in the fetus

7    •   offer the choice of alternative prophylactic medication (an
8        antipsychotic)

9    •   offer appropriate screening and counselling concerning the
10       continuation of the pregnancy, additional monitoring and information
11       from appropriate healthcare professionals about the risks to the fetus
12       if it is agreed she stay on the existing medication.

13   8.7.2.13 If a woman remains on lithium during pregnancy monitor serum lithium
14       levels every 4 weeks, then weekly from the 36th week , and within 24 hours
15       of childbirth. The dose should be adjusted to maintain appropriate serum
16       levels within the therapeutic range. Ensure that the woman maintains
17       adequate fluid intake because of the risk of toxicity.

18   8.7.2.14 If a woman with bipolar disorder and an unplanned pregnancy continues
19       with the pregnancy, a full paediatric assessment of the new-born baby is
20       required with appropriate social and medical help being provided for
21       mother and child.
22

23   *Pregnant women experiencing acute mania or depression*

24   *Acute mania*

25   8.7.2.15 For women who are pregnant, on no current appropriate medication and
26       experiencing acute mania prescribers should consider olanzapine or a
27       typical antipsychotic†, keeping the dose as low as possible and monitoring
28       carefully.

29   8.7.2.16 For women who are pregnant, currently taking prophylactic medication and
30       experiencing acute mania prescribers should:

31   •   check dose/adherence to the prophylactic agent

32   •   increase dose of the antipsychotic or consider changing to an
33       antipsychotic if not on such medication

34   •   if there is no response and the patient is severely manic consider the
35       use of ECT , lithium and, rarely, valproate.

CONFIDENTIAL
AZSER12779561

DRAFT FOR SECOND CONSULTATION

1  8.7.2.17 Where no effective alternative to sodium valproate can be identified women
2     should be informed of the increased risk to the fetus and subsequently to
3     the child's intellectual development. The lowest possible effective dose
4     should be used and consideration should be given to augmenting the low-
5     dose with additional antimanic medication, other than carbamazepine.

6  8.7.2.18 Lamotrigine should not normally be prescribed in pregnancy for women with
7     bipolar disorder.

8  *Acute depression*

9  8.7.2.19 In the treatment of mild depressive symptoms in pregnant women with
10    bipolar disorder consider:

11    • Self-help approaches such as CCBT

12    • Brief psychological interventions

13    • Antidepressant medication.

14  8.7.2.20 In the treatment of moderate to severe depressive symptoms in pregnant
15    women with bipolar disorder consider:

16    • psychological treatment (CBT) for moderate depression

17    • combined medication and structured psychological intervention for
18      severe depression.

19  8.7.2.21 In the treatment of moderate to severe depressive symptoms in bipolar
20    disorder in pregnant women quetiapine† alone or SSRIs† (but excluding
21    paroxetine) in combination with prophylactic medication should be
22    preferred as they are less likely to be associated with switching than the
23    tricyclic antidepressants†. Monitor closely for signs of switching and stop
24    the drug if patients start to develop manic or hypomanic symptoms.

25  8.7.2.22 Women with bipolar disorder who are prescribed an antidepressant during
26    pregnancy and the immediate postnatal period should be informed by
27    healthcare professionals of the potential adverse but predominantly short-
28    lived effects of antidepressants on the neonate.

29

30  *Care in the perinatal period*

31  8.7.2.23 Women maintained on lithium should be delivered in hospital, and
32    monitored during labour by the obstetric medical team, in addition to usual
33    midwife care, including appropriate monitoring of fluid balance, because of
34    the risk of dehydration and lithium toxicity.

35  8.7.2.24 For women with bipolar disorder in the immediate postnatal period who are
36    not medicated but at high risk of developing an acute episode, prescribers

CONFIDENTIAL
AZSER12779562

DRAFT FOR SECOND CONSULTATION

1    should consider establishing or reinstating medication as soon as the patient
2    is medically stable (once the fluid balance is established).

3    8.7.2.25 For a woman maintained on lithium who is considered at high risk of a manic
4    relapse in the immediate postnatal period, consideration should be given to
5    augmenting lithium treatment with an antipsychotic.

6    8.7.2.26 For women with bipolar disorder who develop severe manic or psychotic
7    symptoms and associated behavioural disturbance in the intrapartum
8    period prescribers should consider the use of rapid tranquillisation with an
9    antipsychotic in preference to a benzodiazepine because of the risk of floppy
10   baby syndrome. Such women should be managed in close collaboration
11   with an anaesthetist.

12   *Breast feeding*

13   8.7.2.27 For women with bipolar disorder continuing/starting on psychotropic
14   medication after childbirth who wish to breastfeed prescribers should:

15   • give appropriate advice on the risks and benefits of breast feeding

16   • advise not to breastfeed if taking lithium, benzodiazepines or
17   lamotrigine

18   • offer an alternative prophylactic agent if the woman wishes to
19   continue breastfeeding – an antipsychotic should be the preferred
20   option

21   • when prescribing an antidepressant use an SSRI.

22   *Care of the infant*

23   8.7.2.28 Any child born to a mother prescribed a psychotropic drug during pregnancy
24   should be monitored for the development of adverse drug effects, drug
25   toxicity or withdrawal (for example floppy baby syndrome, irritability,
26   constant crying, shivering, tremor, restlessness, increased tone, feeding and
27   sleeping difficulties and rarely seizures) in the first few weeks after delivery.

28   8.7.2.29 When a neonate presents with irritability, constant crying, shivering, tremor,
29   restlessness, increased tone, feeding, sleeping difficulties or seizures,
30   healthcare professionals should be aware that in a neonate whose mother
31   was prescribed antidepressants in the last trimester the symptoms may be
32   the result of a serotonergic toxicity syndrome rather than withdrawal  and
33   the normal course of action should be to monitor the neonate carefully.

34

CONFIDENTIAL
AZSER12779563

DRAFT FOR SECOND CONSULTATION

# 9 Psychological therapies in the treatment of bipolar disorder

## 9.1   Introduction: history of treatment for bipolar disorder

Treatment for bipolar disorder traditionally has been predominantly pharmacotherapy. However, prophylactic agentssuch as lithium provide a long-term benefit for only about two thirds of patients with bipolar disorder (Goodwin 2002, Prien & Potter 1990). Lamotrigine may have a long-term role in delaying or preventing the recurrence of depressive episodes but lithium, antipsychotics and valproate semisodium remain first line treatments (Calabrese, Shelton, Rapport, Kimmel & Elhaj, 2002).  In view of the limitations of pharmacotherapy alone to prevent relapses, there has been an emerging interest in developing psychological treatments specifically designed for bipolar disorder in recent years (Lam 2002). It is hoped that these psychological treatments specially designed for bipolar disorder may contribute to the prevention of relapses.

One of the first psychological treatments to be offered to people with bipolar disorder was psychoanalytic psychotherapy.  There has been a longstanding clinical and theoretical interest in the treatment of bipolar disorder in the field of psychoanalysis.  Over the past 70 years a number of case studies have reported treatment outcomes for people with bipolar disorder but there have been no systematic reviews or controlled trials which have evaluated the psychoanalytic treatment of bipolar disorder.

## 9.2   Principles of psychological treatment

### 9.2.1       Diathesis-stress model and combined treatment

As for most severe mental disorders, the diathesis-stress model applies to bipolar disorders.  Biology predisposes individuals to be vulnerable to bipolar disorders.  Yet, stress can both bring on the illness and affect its course.  Hence, all randomised controlled psychological treatments studies cited below are combined treatments of medication and psychological therapy.

### 9.2.2       Aims of Psychological Intervention

The aims of psychological therapy are the prevention of relapses and the promotion of social functioning.  Other aims may include the reduction of mood symptoms and mood fluctuations, promoting good coping skills, the enhancement of medication compliance and promoting communication within the family.

### 9.2.3       Time of Recruitment

Bipolar disorder is a complex illness.  Treatments for different phases of the illness are likely to be different.  Psychological strategies designed for prevention of relapses

CONFIDENTIAL
AZSER12779564

DRAFT FOR SECOND CONSULTATION

1  may be minimally effective for an acute episode.  In fact, strategies designed to target
2  an acute episode may be different. Hence, it is important to be clear whether the goal
3  of intervention is for the acute episode or relapse prevention for patients out of an
4  acute episode.  So far, the evidence for efficacy of combined drug and psychological
5  treatment is mainly in relapse prevention for patients who are out of an acute
6  episode (for example, Lam *et al* 2003) or very stable patients (for example, Colom *et*
7  *al*. 2003).

8  **9.2.4          Therapists' variables**
9  Psychological treatments for bipolar disorder are complex and require a high level of
10  therapist expertise. These include psychological skills as well as sound knowledge
11  about bipolar disorder and its pharmacological treatment. Such knowledge enables
12  therapists to discuss treatment options intelligently with patients and gain
13  credibility.   Furthermore, it enables therapists to detect early stages of a manic
14  relapse and institute strategies to prevent early stages escalating to full-blown
15  episodes.  Pharmacological intervention may also need to be instituted for patients
16  with a history of rapid swings into mania.  This is made much easier if therapists are
17  familiar with the disorder and its pharmacological management.

18  **9.2.5          Variation in Delivery of Psychological Therapy**
19  Efficacy evidence for psychological therapy in bipolar disorder has come from a
20  variety of sourcesincluding: individual work (Frank *et al*. 1994, Scott *et al*. 2001, Lam
21  *et al*. 2003, Scott *et al*, *in press*), group work (Colom *et al* 2003) and family work
22  (Miklowitz *et al*. 2000). The choice of mode of delivery depends on patients'
23  preference, constraints of local services and patients' mental state.  For example,
24  complex psycho educational groups as conducted by Colom's group should only be
25  considered when patients have been stable for several months.

26  Psychological treatment approaches specific for bipolar disorder identified by the
27  GDG to have some evidence of treatment efficacy include the following:

28  • Cognitive behavioural therapy

29  • 'Complex' psychoeducation

30  • Focused family therapy

31  • Interpersonal social rhythm therapy

32  • Identifying early warnings and seeking early help.

33  **9.2.6          Shared Common Features**
34  Irrespective of differences in theoretical frameworks and mode of delivery, there are
35  some common features in psychological work in relapse prevention in bipolar
36  disorders.  These include:

37  • Psychoeducation about the illness;

38  • Promoting medication adherence;

39  • Promotion of regular daily routine and sleep;

CONFIDENTIAL
AZSER12779565

DRAFT FOR SECOND CONSULTATION

1 • Monitoring mood, detection of early warnings and strategy to prevent early
2   stages from developing into full-blown episodes;

3 • General coping strategies including problem-solving techniques.

## 9.3    The early warning approach

The interest in studying early warnings of relapse in bipolar disorder is based on the
assumption that if patients can detect early warnings, actions may be taken to
prevent the development of a full episode.  Studies have found that bipolar patients
can report early warnings of relapses reliably (Molnar, Feeney & Fava 1988; Lam &
Wong 2001) and are better at reporting early warnings of mania than early warnings
of depression (Lam & Wong 1997).  However, the patterns of early warnings and the
length of early warning periods are different for different patients (Smith & Tarrier
1992; Jackson, Scott 2004; Lam & Wong in press). Only one study investigated the
effect of adaptive coping with early warnings on the course of the illness in bipolar
disorder. A cross-sectional study reported that bipolar patients' level of functioning
was highly related to how well they coped with the early warning signs (Lam &
Wong 1997). It was also found that adaptive cognitive and behavioural coping
strategies for early warnings predicted less manic symptoms, good functional
outcomes and reduced relapses eighteen months later (Lam & Wong 2001). Common
early warning signs of mania include decreased need for sleep, increased activities,
being more sociable and racing thoughts while common early warning signs of
depression are loss of interest, not being able to put worries aside and interrupted
sleep (Lam, Wong & Sham 2001).

## 9.4    Overview of clinical review

### 9.4.1        Definitions of psychological therapies reviewed

*Cognitive behavioural therapies (CBT)*

Cognitive behavioural therapies were defined as discrete, time limited, structured
psychological interventions, derived from the cognitive behavioural model of
affective disorders and where the patient:

• Works collaboratively with the therapist to identify the types and effects of
  thoughts, beliefs and interpretations on current symptoms, feelings states
  and/or problem areas

• Develops skills to identify, monitor and then counteract problematic
  thoughts, beliefs and interpretations related to the target
  symptoms/problems

• Tackles dysfunctional assumptions, which may maintain some high-goal
  attainment behaviour

• Learns a repertoire of coping skills appropriate to the target thoughts, beliefs
  and/or problem areas.

*Family interventions*

Family sessions with a specific supportive or treatment function based on systemic,
cognitive behavioural or psychoanalytic principles, which must contain at least one
of the following:

• Psychoeducational intervention, and/or

• Problem solving/crisis management work, and/or

CONFIDENTIAL
AZSER12779566

DRAFT FOR SECOND CONSULTATION

1    • Intervention with the identified patient.
2
3    *Complex psychoeducation*
4    Complex psychoeducation was defined as any group programme involving an
5    explicitly described educational interaction between the information provider and
6    the patient/carer as the prime focus of the intervention. Patients/carers should be
7    provided with information, support and different management strategies, including:
8    • illness awareness
9    • treatment compliance
10   • early detection of prodromal symptoms and relapse
11   • lifestyle regularity.
12
13   *Interpersonal and social rhythm therapy*
14   Interpersonal and social rhythm therapy was defined as discrete, time limited,
15   structured psychological intervention, derived from interpersonal model of affective
16   disorders that focuses on:
17   • Working collaboratively with the therapist to identify the effects of key
18     problematic areas related to interpersonal conflicts, role transitions, grief and
19     loss, and social skills, and their effects on current symptoms, feelings states
20     and/or problems
21   • Seeking to reduce symptoms by learning to cope with or resolve these
22     interpersonal problem areas
23   • Seeking to improve the regularity of daily life in order to minimise relapse.

24   **9.4.2       Evidence search**

25   The review team conducted a new systematic search for RCTs that assessed the
26   efficacy of psychological interventions for people with bipolar disorder, both in an
27   acute illness phase and as long-term treatment for people who have recovered from
28   an acute episode. Databases searched are in Table 72.
29

Table 72. Databases searched and inclusion/exclusion criteria for clinical
effectiveness of psychological interventions.

|  | Psychological interventions |
|---|---|
| **Electronic databases** | All searched from inception: MEDLINE, EMBASE, PsycINFO, Cinahl |
| **Update searches** | October 2004; April 2005; September 2005 |
| **Study design** | RCT |
| **Patient population** | Bipolar I or II regardless of state at time of recruitment |
| **Interventions included** | All psychological therapies |
| **Outcomes** | Primary outcomes: relapse, not in remission, mean number of days in episode, discontinuation from treatment for any reason Secondary outcomes: symptom levels (mania, depression, psychosis), functional status, hospitalisation, |
| **Exclusion criteria** | See appendices |

30   **9.4.3       Presenting the evidence**
31   Systematic reviews of the evidence are based on the searches described above,
32   supplemented with additional narrative as necessary. Relevant characteristics of all
33   included studies are in Appendix 21, together with a list of excluded studies with
34   reasons for exclusion, and full references for both included and excluded studies.
35   These are presented for each topic covered in this chapter. To aid readability,
36   summaries of the study characteristics are included below, followed by the critical

CONFIDENTIAL
AZSER12779567

DRAFT FOR SECOND CONSULTATION

1  outcomes from the evidence profiles, together with a summary of the evidence
2  profile.
3
4  In all of these studies are referred to by a study ID (primary author in capital letters
5  and date of study publication, except where a study is *in press* or only submitted for
6  publication, then a date is not used).
7
8  Based on the GRADE methodology outlined in chapter 2, the quality of the evidence
9  is summarised in the evidence profiles and summary of the evidence profiles as
10  follows:
11
12  High = Further research is very unlikely to change our confidence in the estimate of
13  the effect;
14
15  Moderate = Further research is likely to have an important impact on our confidence
16  in the estimate of the effect and may change the estimate;
17
18  Low = Further research is very likely to have an important impact on our confidence
19  in the estimate of the effect and is likely to change the estimate;
20
21  Very low = Any estimate of effect is very uncertain.

22  **9.4.4        Search results**
23  Twenty-one trials were identified from searches of electronic databases, 11 of which
24  met the eligibility criteria set by the GDG (COCHRAN1984, COLOM2003,
25  COLOM2003A, FRANK1997, LAM2000, LAM2003, MIKLOWITZ2000, PERRY1999,
26  REA2003, SCHMITZ2003 , SCOTT2001), and pre-publication copies of a further 4
27  trials were sourced directly from known researchers in the field one of which has
28  been subsequently published (MILLER2004, SCOTT *in press*, MEYER unpub, BALL*in
29  press*). Three of these met inclusion criteria (BALL *in press* MILER2004, SCOTT *in
30  press*) (see section on CBT below). Excluded studies with reasons for exclusion can be
31  seen in Appendix 21. See tables below for a summary of the characteristics of
32  included studies. Further details are available in Appendix 21.


33  **9.4.5        Review strategy**
34  There are very few studies of psychological therapy in bipolar disorder. In addition,
35  there are no studies of psychological therapy where all participants are in an acute
36  episode, although some studies recruited during acute phase treatment (for example,
37  REA2003) and others included some acute-phase patients (for example, SCOTT *in
38  press*). In the main it was not possible to combine studies using meta-analysis because
39  of heterogeneity in study populations and interventions. Therefore, the review team
40  calculated effect sizes for study outcomes for each study individually (see evidence
41  profiles). The studies are presented below by intervention, with particular issues
42  with individual studies discussed as appropriate.


43  # 9.5   Overview of health economics review
44  The systematic literature search for economic studies identified one study that
45  assessed the cost-effectiveness of CBT combined with pharmacological treatment for

CONFIDENTIAL
AZSER12779568

DRAFT FOR SECOND CONSULTATION

1   long-term maintenance of patients with bipolar disorder (LAM2003). The
2   characteristics of the study are presented in the evidence tables for economic studies
3   in Appendix 14.

4   ## 9.6   Family interventions

5   **9.6.1     Clinical studies considered for family interventions**

6   Three studies were of family interventions (REA2003, MIKLOWITZ2000, MILLER
7   unpub) all undertaken in the US. These recruited patients during an acute episode,
8   with treatment starting either whilst the acute phase was still ongoing (MILLER2004,
9   MIKLOWITZ2000) or once participants were stabilised (REA2003).  See Table 73.

10

11   **Table 73 Summary of study characteristics for family interventions (all**
12   **adjunctive to medication)**

| | Family intervention vs individual intervention | Family intervention vs crisis management | Family intervention vs Multi-family group psychoeducation vs no pharmacotherapy + clinical management |
|---|---|---|---|
| No. trials (No. participants) | 1 RCT (53) | 1 RCT (101) | 1 RCT (92) |
| Study ID | REA2003 | MIKLOWITZ2000 | MILLER unpub |
| Diagnosis | 100% bipolar I manic | 51% bipolar I manic 35% bipolar I depressed 15% bipolar mixed | 74% bipolar I manic 20% bipolar I depressed 6% bipolar I mixed |
| Mean age | 26 | 34 | 39 |
| Bipolar history | 40% in first episode | Age at onset (sd): 23.9 (7.5)/25.4 (10.6) Duration of illness (sd): 12.2 (9) years/10.9(9.2) | Age at onset: depression: 19-25, mania: 27-29; Previous episodes: depression - 5-10; mania - 4-6 |
| Outcome measures at start of study | [emailed authors for baseline SADS-C and BRMS – don't think we're going to get them] | SADS-C total (sd): Treatment - 3.1 (8); Control - 2.8 (7) | BRMS (sd): family therapy 21(11), multi-family therapy 20(11), no therapy 22(11) HRSD (sd): 9(10), 9(8), 10(10) GAF (sd): 27(6), 27(8), 29(6) |
| Length of treatment | 1 year (9 months for psychological treatment) | 9 months | 12 weeks |
| Length of follow-up | 1 year | 1 year | 2 years |

13
14   Note. SADS-C = Schedule for Affective Disorders and Schizophrenia, Change Version.

15   **9.6.2     Overview of clinical findings**

16   An evidence profile detailing results from these trials is in Appendix 22, and a
17   summary is provided in Table 74.

18   The three studies of family interventions provide some evidence of effectiveness of
19   family interventions, although the overall quality is moderate. Patients in all studies
20   were taking prophylactic medication.

CONFIDENTIAL
AZSER12779569

DRAFT FOR SECOND CONSULTATION

1  REA2003 included a young patient population (average age 26 years), recruited
2  during an acute manic episode (40% in a first episode), with treatment starting once
3  patients were stabilised. There were no details of the randomisation process. For this
4  population, there is evidence that compared with individual interventions, a family
5  intervention resulted in better outcomes as measured by relapse and hospitalisation
6  at one year follow-up, although this evidence is of moderate quality. Other outcomes
7  were inconclusive.

8  MIKLOWITZ2000 included a mix of people with more established morbidity in
9  depressed, acute and mixed illness phases. It is not clear whether treatment started
10 during the acute episode. However, the study provides some evidence of efficacy of
11 family interventions compared with crisis management at follow-up.

12 MILLER unpub provides evidence of family interventions compared with
13 pharmacotherapy with clinical management or multi-family psychoeducation
14 groups. Evidence was inconclusive compared with multi-family psychoeducation
15 groups. Compared with pharmacotherapy plus clinical management family
16 interventions showed some efficacy, although the overall quality of evidence is low.

17 **Table 74 Summary evidence profile for family interventions**

|  | Family intervention vs individual intervention | Family intervention vs crisis management | Family intervention vs Multi-family group psychoeducation |
|---|---|---|---|
| Evidence for efficacy (quality) | Family therapy reduces relapse and hospitalisation at 1 year (moderate) | Family therapy reduces non-remission (moderate) | Efficacy data are inconclusive (data) |
| Evidence for acceptability/ tolerability (quality) | Other than for leaving treatment early, which was inconclusive (low), there are no acceptability/tolerability data | Other than for leaving treatment early, which was inconclusive (low), there are no acceptability/tolerability data | Other than for leaving treatment early, which was inconclusive (low), there are no acceptability/tolerability data |

18

19 # 9.7   Psychoeducation

20 **9.7.1          Clinical studies considered for psychoeducation**
21 There were 2 studies of 'complex' psychoeducation (COLOM2003, COLOM2003A),
22 with one further study classified psychoeducation (PERRY1999).  Only COLOM2003
23 and COLOM2003A were combined in meta-analysis. All these studies recruited
24 euthymic patients.  See Table 75.

25 **Table 75 Summary of study characteristics for psychoeducation (all adjunctive**
26 **to medication)**

27

CONFIDENTIAL
AZSER12779570

DRAFT FOR SECOND CONSULTATION

|  | Complex group psychoeducation vs Group non-directive support | Psychoeducation + TAU vs TAU |
|---|---|---|
| *No. trials (No. participants)* | 2 RCTs (170) | 1 RCT (69) |
| **Study ID** | COLOM2003 COLOM2003A | PERRY1999 |
| **Diagnosis** | 85% bipolar I 15% bipolar II | 91% bipolar I 9% bipolar II |
| **Mean age** | 35-44 | 45 |
| **Bipolar history** | Euthymic for six months. Around 9 previous episodes, but recent history not clear. All patients in COLOM2003 had been compliant for past 6 months. | Euthymic but vulnerable to relapse |
| **Outcome measures at start of study** | No baseline data available [should be YMRS, H-17 – emailed authors 7/12] | HRSD: CBT 4.1 (3.6); Control 3.8 (3.6); BRMS: CBT 0.5 (1.1); Control 0.4 (0.6); MC Social Performance: CBT 3.7 (2.6); Control: 3.1 (3.0) |
| **Length of treatment** | 20 weeks | 3-6 months |
| **Length of follow-up** | 2 years | 18 months |

1
2    * Median (Q1, Q3)

3    **9.7.2        Overview of clinical findings**
4    An evidence profile detailing results from these trials is in Appendix 22, and a
5    summary is provided in Table 76.

6    Complex psychoeducation - COLOM2003 and COLOM2003A compared group
7    complex psychoeducation (which included psychoeducation about bipolar disorder,
8    communication enhancement training, and problem-solving skills training) with
9    group non-directive support in patients who were euthymic at baseline and, in
10   COLOM2003, had been compliant to medication in the previous 6 months. Both
11   studies were undertaken in a specialist centre Spain, and in all participants were
12   maintained on medication. There was a high dropout rate. Group complex
13   psychoeducation was more effective than group non-directive support at 2-year
14   follow-up based on the number relapsed. However, other outcomes were
15   inconclusive, and the overall quality of evidence is moderate.

16   Psychoeducation  - PERRY1999 compared psychoeducation with no additional
17   treatment in euthymic patients maintained on medication, and was undertaken in
18   the UK. The intervention focused on helping patients to identify early warning signs.
19   The intervention was effective in helping to prevent relapse into manic episodes, but
20   not depressed episodes. Other primary outcomes were inconclusive. The overall
21   quality of evidence is moderate.

CONFIDENTIAL
AZSER12779571

DRAFT FOR SECOND CONSULTATION

1  **Table 76 Summary evidence profile for psychoeducation**

|  | Complex group psychoeducation vs Group non-directive support | Psychoeducation + TAU vs TAU |
|---|---|---|
| Evidence for efficacy (quality) | Complex group psychoeducation reduces relapse compared with non-directive support (moderate) | Efficacy data are inconclusive (data) |
| Evidence for acceptability/tolerability (quality) | Complex group psychoeducation is more acceptable than non-directive support (moderate) | Fewer people left treatment early in the treatment as usual group (moderate) |

2  # 9.8    Cognitive behavioural therapy (CBT)

3  **9.8.1        Clinical studies considered for CBT**

4  Four studies of CBT (LAM2000, LAM2003, SCOTT2001, SCOTT *in press*), all
5  undertaken in the UK, met inclusion criteria.  The majority of these studies recruited
6  euthymic patients maintained on prophylactic medication, two being of patients
7  liable to relapse (LAM2000, LAM2003) and one study, SCOTT *in press*, which
8  included a proportion of patients in the acute phase as well as some unmedicated
9  patients. For SCOTT *in press* data were obtained from the trial authors which
10  excluded these acute patients[9]. In addition, the GDG secured initial data from an
11  unpublished study undertaken in Germany (MEYER unpub). However, this study
12  was not included in the analyses since the relevant outcomes could not be reliably
13  extracted. An additional study, Ball *et al* (*in press*) was published too late for inclusion
14  in this review. A summary of study characteristics of included studies is in Table 77.

---

[9] These data were included in the first draft of the guideline, but were found to contain an error and have been removed whilst the error is corrected. It is planned to include them in the final draft.

CONFIDENTIAL
AZSER12779572

DRAFT FOR SECOND CONSULTATION

1  **Table 77 Summary of study characteristics for CBT (all adjunctive to**
2  **medication)**

| | CBT vs medication only |
|---|---|
| *No. trials (No. participants)* | *5 RCTs* *(457)* |
| **Study ID** | BALL unpub LAM2000 LAM2003 SCOTT2001A SCOTT *in press*** |
| **Diagnosis** | c.94% bipolar I c.7% bipolar II |
| **Mean age** | 39-52 |
| **Bipolar history** | BALL unpub: >= episode in last 18 months; 0-8 depressive episodes; 2-3 manic episodes LAM2000, 2003: Euthymic but vulnerable to relapse LAM2000, 2003, SCOT2001A, : Majority of patients had more than 10 previous episodes |
| **Outcome measures at start of study** | BALL inpub: BDI: CBT 12.88 (7.98), TAU 19.98 (13.23) MRS: CBT 1.92 (4.24), TAU 1.22 (2.83)  Lam2000: BDI: CBT 13.54 (10.45), TAU 12.18 (6.01)  Lam2003: BDI: CBT 12.8 (9.4) TAU 14.3 (10.7) MRS: CBT 2 (3.2), TAU 1.8 (2.1)  Scott2001: BDI: CT 20.7 (12.1); WLC: 17.0 (14.1) ISS activation: CT 106.7 (80.6); WLC 95.1 (62.1)  SCOTT *in press*: HRSD: CBT 6* (2,14); TAU 8 (3,13); BRMS: CBT 1* (0,3); TAU 2 (0,3) |
| **Length of treatment** | Up to 30 weeks |
| **Length of follow-up** | Up to 2 years |

3  * median
4  ** data for patients who were euthymic and taking prophylactic medication at
5  baseline only

6  **9.8.2      Overview of clinical findings**

7  An evidence profile detailing results from these trials is in Appendix 22, and a
8  summary is provided in Table 78.

9  There were some quality issues in the SCOTT2001 trial (randomisation method not
10 clear, and not clear if assessors blinded). However, there was some evidence of the
11 efficacy of CBT compared with no psychological therapy based on relapse data at
12 follow-up. These outcomes are reported only by LAM2000 and LAM2003.
13

14 **Table 78 Summary of evidence profile for CBT in preventing relapse**

| | CBT (+ treatment as usual) vs treatment as usual |
|---|---|
| **Evidence for efficacy  (quality)** | CBT is effective in reducing relapse (moderate) |
| **Evidence for acceptability/tolerability (quality)** | Other than for leaving treatment early, which was inconclusive (low), there are no acceptability/tolerability data |

15

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 282 of 341

CONFIDENTIAL
AZSER12779573

DRAFT FOR SECOND CONSULTATION

1   **9.8.3          Health economics evidence**
2   One study assessing the cost-effectiveness of CBT as part of prophylactic treatment
3   for patients with bipolar disorder met the eligibility criteria for inclusion in the
4   systematic review of economic literature (LAM2003). The economic analysis was
5   undertaken alongside an RCT conducted in the UK. The patient population consisted
6   of adult patients with bipolar I disorder, who experienced frequent relapses despite
7   being prescribed commonly used prophylactic agents. Patients experiencing an acute
8   episode or with high residual symptoms at the beginning of the study were excluded
9   from the trial. CBT comprised an average of 14 sessions for 6 months plus 2 booster
10  sessions for the following 6 months. CBT was added to standard care, defined as
11  treatment with prophylactic medication at a recommended level combined with
12  regular psychiatric outpatient follow-up. Therefore, the CBT group received CBT
13  added to standard care, whereas the control group received standard care alone. The
14  time frame of the analysis was 30 months overall, with results over the first 12
15  months of the trial also being analysed. The perspective of the analysis was that of
16  health and social care; estimated costs included costs associated with hospital care
17  (inpatient, outpatient, day hospital, accident & emergency attendances), mental
18  health services (psychiatrists, psychologists, community mental health nurses etc),
19  contacts with GPs, social workers, support groups, and residential care. The primary
20  outcome measure of the analysis was the number of days free from acute bipolar
21  episode per patient.

22  CBT added to standard care was demonstrated to be more effective than standard
23  care alone. Patients in the CBT group spent on average significantly less days in
24  acute bipolar episodes compared with the control group over 12 months and also
25  over the whole follow-up period of 30 months. In addition, mean total costs per
26  patient in the CBT group were lower than those in the control group for both periods
27  of time examined, as costs associated with provision of CBT were offset by a
28  reduction in costs for other services; however, this difference in costs between the
29  two groups was not statistically significant (mean total cost per patient over 30
30  months £10,352 in the CBT group and £11,724 in the control group, 1999/2000
31  prices).

32  A probabilistic analysis based on a regression model by applying bootstrapping
33  techniques on the trial results was also carried out. Results were presented in the
34  form of Cost-Effectiveness Acceptability Curves (CEACs), which showed the
35  probability of CBT added to standard care being cost-effective for a range of
36  potential values placed on the willingness-to-pay for an additional day free from
37  bipolar episode. The analysis demonstrated that, even with zero willingness-to-pay
38  for an additional day free from episode, the probability of CBT being cost-effective
39  was 0.85 for the first 12 months and 0.80 for the whole 30-month study period. At a
40  willingness to pay equal to £10 per additional day free from episode, the probability
41  of CBT being cost-effective rose up to 0.90 for the first 12 months and 0.85 for the
42  overall 30-month time frame of the analysis.

43  Despite the limitations of the study, such as the small study size (N=103 at
44  randomisation; cost data available for n=83 subjects at 30 months) and the method of
45  collection of costing data, which was based on self-report and hospital records, the
46  analysis suggests that addition of CBT to standard pharmacological treatment is
47  likely to be a cost-effective option in the UK for patients with bipolar I disorder: it is

CONFIDENTIAL
AZSER12779574

DRAFT FOR SECOND CONSULTATION

1  significantly more effective than pharmacological treatment alone at no extra total
2  cost.

3  ## 9.9    Psychological therapy for people with co-morbid
4  substance use

5  **9.9.1        Clinical studies considered**
6
7  There was one study of psychological therapy for people with co-morbid substance
8  use (SCHMITZ2003). See Table 79.

9  **Table 79 Summary of study characteristics for CBT for co-morbid substance
10  use vs medication alone**

11

12

13

14

|  | CBT for co-morbid substance use vs medication alone |
|---|---|
| *No. trials (No. participants)* | *1 RCT*<br>*(46)* |
| Study ID | SCHMITZ003 |
| Diagnosis | Bipolar (type not specified) with co-morbid substance abuse disorder |
| Mean age | 35 |
| Bipolar history | Co-morbid substance abuse |
| Outcome measures at start of study | BDI: 23.1 (12.1) |
| Length of treatment | 12 weeks |
| Length of follow-up | - |

15

16

17

18

19

20  **9.9.2        Overview of clinical findings**
21  There were no extractable efficacy data and therefore it was not possible to assess
22  this treatment.

CONFIDENTIAL
AZSER12779575

DRAFT FOR SECOND CONSULTATION

1    ## 9.10   Interpersonal and social rhythm therapy (IPSRT)

2    ### 9.10.1        Clinical studies considered

3    There was one study of IPSRT (FRANK1997).  This compared IPSRT with intensive
4    case management (ICM). Participants were recruited during an acute episode and
5    randomised to treatment or control. When their illness had stabilised (defined as 4
6    consecutive weeks with HRSD <= 7 and BRMS <= 7), they were randomised to either
7    continue with their acute treatment or switch to the other treatment. The different
8    papers published from this trial give slightly different accounts of how this was
9    done. From earlier papers it appears that participants were randomised to acute
10   treatment, and then re-randomised on stabilisation, but the later paper implies that
11   both randomisation procedures were undertaken at the study start, but that the
12   second allocation was not made known until stabilisation. An overview of the
13   study's characteristics is in **Table 80.**

14   **Table 80 Summary of study characteristics for IPSRT**

|                                    | IPSRT                                                                                                                                                                                      |
|------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| *No. trials (No. participants)*    | *1 RCT* *(175)*                                                                                                                                                                           |
| **Study ID**                       | SCOTT1997                                                                                                                                                                                 |
| **Diagnosis**                      | Bipolar I 29% mixed, 40% manic, 52% depressed                                                                                                                                            |
| **Mean age**                       | 36                                                                                                                                                                                        |
| **Bipolar history**                | Mean 4 previous depressed episodes Mean 3 manic episodes Age at first depressed episode between 20.9 (6.9) and 23.6 (7.3) Age at first manic episode between 25.3 (9.2) and 27.2 (9.3) |
| **Outcome measures at start of study** | HRSD-17 (those in depressed episode) 18.4 (2.9) to 20.6 (5) BRPS (those in manic episode) 19.8 (11.4) to 23.9 (11.1)                                                                  |
| **Length of treatment**            | Weekly sessions until stabilized (4 consecutive weeks with HRSD <= 7 and BRMS <= 7), 12-week preventive phase (fortnightly sessions), 2-year maintenance phase (monthly sessions)      |

15   ### 9.10.2        Overview of clinical findings

16   There were few extractable efficacy data from this trial so the evidence profile is
17   based on recurrence rates - see Table 81 for a summary. Also, since participants were
18   re-randomised to maintenance treatment, it is not appropriate to calculate effect sizes
19   from groups at the level of acute-maintenance treatment, since this violates the
20   principle of independent data points. Also, only those who had stabilised were
21   entered into the maintenance phase. Therefore, acute phase treatments and
22   maintenance phase treatments were compared separately regardless of allocation in
23   the other phase of the trial.

24   On raw recurrence rates at 2 years, based on separate analyses of allocation acute and
25   maintenance phase data, and including all those randomised in the analysis based on
26   acute-phase allocation, there is an effect for acute-phase IPSRT.

CONFIDENTIAL
AZSER12779576

DRAFT FOR SECOND CONSULTATION

1    **Table 81 Summary of evidence profile for IPSRT**

|  | IPSRT |
|---|---|
| **Evidence for efficacy  (quality)** | IPSRT as acute-phase treatment reduces relapse (low) |
| **Evidence for acceptability/tolerability (quality)** | Other than for leaving treatment early, which was inconclusive (low), there are no acceptability/tolerability data |

2    # 9.11  Psychological therapy for medication adherence

3    ### 9.11.1        Clinical studies considered

4    There was one study of psychological therapy aimed specifically at medication
5    adherence (COCHRAN1984). See Table 82.
6
7

8    **Table 82 Summary of study characteristics for psychological therapy for**
9    **medication adherence**

10

|  | Medication adherence |
|---|---|
| *No. trials (No. participants)* | *1 RCT* *(38)* |
| **Study ID** | COCHRAN1984 |
| **Diagnosis** | 75% bipolar I 15% bipolar II 3/28 cyclothymic disorder |
| **Mean age** | 33 |
| **Bipolar history** | [don't know how to describe these patients – not first episode] |
| **Outcome measures at start of study** | No baseline data available |
| **Length of treatment** | 6 weeks |
| **Length of follow-up** | 6 months |

11

12    ### 9.11.2        Overview of clinical findings
13    See Table 83 for a summary. All outcomes were inconclusive.

14

15    **Table 83 Summary of evidence profile for psychological therapy for medication**
16    **adherence**

|  | Medication adherence |
|---|---|
| **Evidence for efficacy (quality)** | Efficacy data are inconclusive (data) |
| **Evidence for acceptability/tolerability (quality)** | Other than for leaving treatment early, which was inconclusive (low), there are no acceptability/tolerability data |

17

CONFIDENTIAL
AZSER12779577

DRAFT FOR SECOND CONSULTATION

## 9.12   Clinical summary

### 9.12.1   Psychological treatments aimed preventing relapses of bipolar disorder

In common with many other treatment interventions for bipolar disorder there is relatively little research in this area, with only a few promising studies largely undertaken by specialist research groups. Therefore, it is uncertain whether the results generated by these studies, which show some effect of treatment, are generalisable to the wider clinical situation. Although, there is a slightly wider base for CBT compared with other therapies, there are problems in the research base such as population comparability. Overall, there are considerable methodological problems relating to the illness phase during which people are recruited into trials, and there are problems with inconsistent outcomes. In addition, there is no evidence for populations such as adolescents and older adults, and no evidence for people in the acute illness phase (in particular, depression, where evidence from unipolar populations indicates that psychological therapy is effective). Future research should focus on which populations are likely to gain benefit from psychological therapy, for example, based on whether patients are more liable to depressed or manic relapses.

### 9.12.2   Psychological approaches aimed at substance misuse

There is no evidence for psychological therapies in the treatment of bipolar disorder with comorbid substance use disorder.

### 9.12.3   Psychological approaches aimed at improving adherence

There is one low-quality study where the intervention is specifically aimed at improving medication adherence using basic CBT techniques, and on no outcome is there convincing evidence in favour of the treatment. However, there is some evidence from other studies reviewed in this section that psychological therapies in general rather than specific compliance therapy improve compliance.

## 9.13   Summary of economic evidence

There is evidence suggesting that CBT added to pharmacological treatment is a cost-effective option for the long-term maintenance of patients with bipolar I disorder in the UK.

## 9.14   Psychological treatments for children and adolescents

There are no formal evaluations of psychological interventions for children and adolescents with bipolar disorder despite the fact that broad psychological approaches to their treatment and management are common.  In most cases psychologically informed care management services are offered to children with bipolar disorder.  This would include a comprehensive multidisciplinary assessment and a range of individual psychological and family interventions.  In most cases this also involves significant liaison with school, home (including home visiting where necessary) and with primary care.  Rarely will formal therapy such as cognitive

CONFIDENTIAL
AZSER12779578

DRAFT FOR SECOND CONSULTATION

1  behavioural or psychodynamic psychotherapy be offered to children with these.  The
2  most likely psychological approach is an eclectic one aimed at elaborating and
3  formulating the individual's problems with an attempt at interventions which are
4  perceived as reducing the individual's vulnerability to further episodes.  In these
5  circumstances considerable caution should be exercised before offering formal
6  psychological therapies but it seems likely that the individual structured
7  psychological therapies for which there is evidence from adults for an effectiveness
8  potential would have application in particular for developmentally advanced
9  adolescents.
10
11  Of paramount importance in the management of children with severe mental illness
12  such as bipolar disorder, is the involvement of their families.  Again there is very
13  little evidence to support the use of formal interventions although a number of
14  details intensive interventions aimed at families have been developed
15  (MIKLOWITZ2000, REA2003). Again with more developmentally advanced
16  adolescents the offer of these structured formal family interventions may of benefit.

17  ## 9.15  Clinical recommendations

18  Recommendations for psychological therapy during an acute depressive episode are
19  included in the relevant section of chapter 8.

20  *Psychological principles of the management of people with bipolar disorder*

21  9.15.1.1 Healthcare professionals should be guided psychological principles for the
22  management of all patients with bipolar disorder, including the
23  development of a therapeutic relationship, careful and regular self-
24  monitoring of symptoms (including triggers and early warning signs),
25  lifestyle advice (including sleep hygiene and work patterns) and coping
26  strategies.

27  *Psychological therapy following recovery from an acute episode*

28  9.15.1.2 For people with bipolar disorder who are relatively stable (but who may
29  experience mild to moderate affective symptoms), healthcare professionals
30  should consider individual structured psychological therapy (for at least 16
31  sessions over 6 to 9 months) in addition to medication which should:

32  • include psychoeducation about the illness and the promotion of
33  regular daily and routine sleep and of medication adherence;

34  • include monitoring mood, detection of early warnings and strategies
35  to prevent early stages from developing into full-blown episodes; and

36  • enhance general coping strategies.

37  9.15.1.3 Healthcare professionals should ensure that psychological interventions, such
38  as CBT, are delivered by people with competence in the intervention and
39  experience of people with bipolar disorder.

CONFIDENTIAL
AZSER12779579

DRAFT FOR SECOND CONSULTATION

1  9.15.1.4 For people with bipolar disorder in regular contact with their families and
2      where an agreed focus for a family intervention can be identified, healthcare
3      professionals should consider offering a focused family intervention over a
4      period of 6 to 9 months, comprising elements of psychoeducation about the
5      illness, communication enhancement and problem solving.

6  *Harmful drug/alcohol use in bipolar disorder*

7  9.15.1.5 For patients with bipolar disorder and comorbid harmful drug and/or
8      alcohol use healthcare professionals should consider providing a
9      psychosocial intervention specifically targeted at the drug and/or alcohol
10     use (for example, psychoeducation and motivational enhancement). In most
11     cases this should normally be delivered by general mental health services
12     where appropriate in conjunction with specialist substance use services.

13  *Early warnings*

14  9.15.1.6 For people with bipolar disorder healthcare professionals, in collaboration
15     with the patient, should develop a programme to identify the symptoms
16     and indicators of a potential exacerbation of the disorder, and a plan of how
17     to respond (including both psychosocial and pharmacological interventions)
18     should be put in place.

19  *Personality Disorder*

20  9.15.1.7 For people with bipolar disorder and  comorbid personality disorder
21     healthcare professionals should ensure that they receive the same care as
22     others with bipolar disorder because the presence of a personality disorder
23     does not preclude the delivery of effective treatments for bipolar disorder.

24  *Special considerations for children and adolescents*

25  9.15.1.8 In planning the care of children and adolescents with bipolar disorder
26     healthcare professionals should carefully consider:

27     •   stressors and vulnerabilities within the child or adolescent's social,
28         educational and family environments including the quality of
29         interpersonal relationships with family members, friends and peers

30     •   the presence and impact of comorbid disorders, for example ADHD
31         and anxiety disorders

32     •   the impact of the disorder on the social inclusion and educational
33         progression of the child or adolescent

34     •   the vulnerability of the child or adolescent to exploitation, for example
35         as a result of disinhibited behaviour

36     •   the active involvement of parents/carers in the development of care
37         plans so that parents/carers can give meaningful and properly

CONFIDENTIAL
AZSER12779580

DRAFT FOR SECOND CONSULTATION

1        informed consent before treatment is initiated, support the
2        psychological goals of treatment, and help to ensure adherence to
3        psychopharmacological regimens.


4    9.15.1.9 Children and adolescents with bipolar disorder should be offered separate
5        individual appointments with a healthcare professional in addition to joint
6        meetings with their family members or carers. Consideration should be
7        given to the involvement of all family members in the development of the
8        treatment plan.

CONFIDENTIAL
AZSER12779581

DRAFT FOR SECOND CONSULTATION

1   # 10  Living with bipolar disorder:
2   #     interventions and lifestyle advice

3   ## 10.1  Introduction

4   ### 10.1.1        Environmental effects on the onset and course of bipolar disorder

5   A prevailing view among some psychiatrists and other health professionals has been
6   that bipolar disorder is a genetically inherited disorder and the course of the bipolar
7   disorder is therefore biologically pre-determined. In this view environmental factors
8   such as life stress plays little if any role in the development and course of bipolar
9   disorder, which might respond to pharmacological treatment but not psychosocial
10  interventions (Post *et al*, 1986).
11
12  However, the benefits of self-help and self-management interventions, involving the
13  environment, have been reported by service users on the overall course of bipolar
14  disorder.. For example, people who had stayed well with bipolar disorder for two
15  years reported that their successful strategies for staying well included making
16  lifestyle changes, managing sleep and stress, and identifying triggers (such as life
17  stress) for illness episodes (Russell & Browne, 2005). Furthermore, the prevailing
18  view in the research community is now that both genetic and environmental factors
19  determine the onset and course of bipolar disorder. For instance, a history of child or
20  adolescent physical or sexual abuse is associated with a range of adverse outcomes in
21  service users with bipolar disorder such as earlier onset of bipolar disorder,
22  increased number of other comorbid physical and mental health problems, alcohol
23  and drug abuse, more frequent rapid cycling of mood, and more suicide attempts
24  (Leverich *et al*, 2002).
25
26  A historically important theory has been that life stress is important in bringing on
27  the first bipolar episodes but life stress becomes less important in subsequent bipolar
28  episodes as progressive biological processes then determine the course of the bipolar
29  disorder (Post *et al*, 1986). Childbirth provides the best evidence that an
30  environmental factor is a risk factor for the onset of bipolar disorder (Tsuchiya *et al*,
31  2003).   A major life event, such as death in the family, unemployment, recent
32  marriage or marital breakdown, may be associated with a first admission with
33  bipolar disorder (Kessing *et al*, 2004). However, there is conflicting evidence whether
34  life events are important only to early episodes of bipolar disorder, or are important
35  in at least some service users with bipolar disorder, in relation to both the onset and
36  recovery from episodes throughout the service user's life  (Hammen & Gitlin, 1997;
37  Johnson & Miller, 1997; Hlastala *et al*, 2000). The importance of life events to the
38  course of illness is difficult to establish because of methodological problems in dating
39  life events and determining their nature, severity and context (Sclare & Creed, 1990).
40  A life stress for one person may not be a life stress to another person who has a
41  different set of beliefs, past experiences and current social situation. Life stress may
42  also have differing effects on the onset or course of bipolar disorder depending on
43  developmental and demographic factors such as gender and age of onset (Hays *et al*,
44  1998; Johnson *et al*, 2000).

CONFIDENTIAL
AZSER12779582

DRAFT FOR SECOND CONSULTATION

1
2  A psychological autopsy study suggests that recent life stress is associated with
3  completed suicide in bipolar disorder, especially if they are in a depressive episode.
4  (Isometsa *et al*, 1995).
5
6  Another historically important environmental theory is the role of sleep deprivation
7  in both precipitating and maintaining mania (Wehr *et al*, 1987).  The concept has
8  developed so that disrupted social routine (social rhythms) may precipitate mania
9  (Malkoff-Schwartz *et al*, 1998), while depression may be precipitated by life stress in
10  the form of stressful life events (Malkoff-Schwartz *et al*, 2000) or criticism and
11  hostility from the family (Yan *et al*, 2004). Positive life events such as receiving praise
12  at work has also been linked to the onset of mania (Johnson *et al*, 2000).
13
14  Potentially these concepts may have important implications for the work and
15  lifestyle of service users with bipolar disorder, their carers, families and health
16  professionals. For instance if sleep deprivation, disruption of sleep patterns and
17  social routine bring on mania, then people with bipolar disorder may be advised not
18  to carry out shift work, fly across time zones, avoid night flights and early morning
19  travel. Time spent in a family, or even on a ward, when the family or ward
20  atmosphere is stressful, hostile or critical, may be detrimental to the patient with
21  mania or depression, and the patient may need to spend time in a different
22  environment or the family may need extra support. Therefore this chapter will
23  review the evidence whether lifestyle has an impact on the onset of mania or
24  depressive episodes, or suicide attempts.

25  **10.1.2        Lifestyle in relation to overall health and quality of life in bipolar**
26  **disorder**
27  The effects of lifestyle in people with bipolar disorder is not confined to
28  considerations about the onset of bipolar disorder, the onset and recovery from
29  manic and depressive episodes, and prevention of suicide. While these outcomes
30  tend to be, and probably should remain the most important issues in the mind of
31  many healthcare professionals, there are other important considerations in the minds
32  of people with bipolar disorder and their carers. Issues that are important to people
33  with bipolar disorder include social adjustment and function, quality of life, physical
34  health and appearance, spiritual life, the life of carers and family, issues of personal
35  control over their life, stigma and finances (Osby *et al*, 2001; Mitchell & Romans,
36  2003; Morselli *et al*, 2004). The way a person with bipolar disorder conducts their life
37  can have important implications for these outcomes in addition to their overall mood
38  and recent course of illness. Some of the difficulties in caring for a person with
39  bipolar disorder can be due to a conflict between issues such as personal control of
40  the service user over their treatment and adherence to medication, concern over
41  physical health and appearance and adherence to prophylactic medication associated
42  with weight gain, stigma, and receipt of help from mental health services. Persistence
43  from health professionals in an appropriate health setting, coupled with the
44  experience of the service user with bipolar disorder and their carer over time, tends
45  in time to produce a workable and effective management plan.
46
47  The quality of life and function of service users with bipolar disorder is comparable
48  to or below the quality of life of other chronic medical illnesses such as multiple
49  sclerosis and diabetes mellitus (Cooke *et al*, 1996). Symptom free service users with
50  bipolar disorder may have a better quality of life than clinically stable service users

CONFIDENTIAL
AZSER12779583

DRAFT FOR SECOND CONSULTATION

1   with schizophrenia (Chand *et al*, 2004), and similar social adjustment to service users
2   with highly recurrent unipolar depressive episodes (Morriss *et al*, in preparation).
3   Quality of life, function and disability tend to be predicted by the presence of
4   symptoms, especially depressive episodes and depressive symptoms appearing
5   between bipolar episodes, and the number of previous episodes and hospitalisations
6   (Ozer *et al*, 2002). However, daily stesses, other psychiatric comorbidity, physical
7   health problems, substance misuse, borderline or antisocial personality disorder,
8   over-sedation from medication, social isolation and neurocognitive impairment
9   (Judd *et al*, 2002; Chand *et al*, 2004; Thompson *et al*, 2005 ; Morriss *et al*, in
10  preparation) all have an important bearing on the quality of life, function and social
11  adjustment of people with bipolar disorder. Service users with bipolar disorder often
12  have a high degree of educational achievement that is not reflected in their
13  occupational functioning (MDF The BiPolar Organisation, 2001; Morselli *et al*, 2004).
14  There are particular concerns among a large proportion of service users about stigma
15  and the breakdown of relationships with some family members and friends (Morselli
16  *et al*, 2004).
17
18  Additionally, there is some preliminary evidence that the high intake of omega 3
19  fatty acids in the diet, typically as fish oil, can have short-term benefits
20  symptomatically in people with bipolar disorder. A small randomised controlled
21  trial involving 30 patients with bipolar disorder found that high doses of omega 3
22  fatty acids delayed acute bipolar relapse over four months (Stoll *et al*, 1999). A
23  randomised controlled trial of moderate doses of omega 3 fatty acids in 28 patients
24  with unipolar major depression reduced the severity of depressive symptoms over
25  eight weeks (Su *et al*, 2003).  Omega 3 fatty acids can cause gastrointestinal symptoms
26  such as nausea and an unpleasant fishy taste. Their effectiveness is unknown over
27  the longer-term so recommendations about dietary change beyond short-term use
28  cannot be made.
29
30  There is a growing concern about the physical health of service users with bipolar
31  disorder.  In addition to high mortality (expressed as standardised mortality rates)
32  from suicide and possibly accidents, there is increasing evidence of a doubling of the
33  standardised mortality ratio for cardiovascular mortality and increased mortality
34  from pulmonary embolism in people with bipolar disorder (Osby *et al*, 2001; Angst *et*
35  *al*, 2002; Strudsholm-Ulla *et al*, 2005). Compared to United States national population
36  data, the prevalence of diabetes mellitus, chronic obstructive airways disease, lower
37  back pain, HIV infection and hepatitis C seem to be raised (Kilbourne *et al*, 2004;
38  Beyer *et al*, 2005). HIV infection and hepatitis C may be explained by comorbid
39  intravenous street drug use while other health problems, particularly diabetes
40  mellitus and ischaemic heart disease, are likely to be related to increased rates of
41  obesity and metabolic syndrome (McElroy *et al*, 2002; Mackin *et al*, 2005). There are
42  many possible reasons for increased obesity, diabetes mellitus and cardiovascular
43  disease in bipolar disorder, including poor diet and lack of activity (Elmslie *et al*,
44  2001) and weight gain induced by many of the drugs used to manage bipolar
45  disorder, in addition to growing rates of obesity in the general population. There is
46  evidence that attendance at lithium clinics and longer term use of medication may be
47  associated with reduced mortality from all causes in people with bipolar disorder
48  (Ahrens *et al*, 1995; Kallner *et al*, 2000; Angst *et al*, 2005). These results may be
49  explained by the choice of patients offered longer term medication, or attendance at
50  clinics and adherence to medication may be associated with greater interest in
51  lifestyle and reduced exposure to adverse lifestyle factors such as substance abuse, or

475

CONFIDENTIAL
AZSER12779584

DRAFT FOR SECOND CONSULTATION

1    that people who are adequately treated for their bipolar disorder are better able to
2    look after themselves in relation to their physical health.
3
4    There is growing concern over the quality of general medical care that service users
5    with bipolar disorder receive.  Service users with bipolar disorder over 50 years of
6    age received less general medical care than people with other mental disorders
7    (Cradock-O'Leary *et al*, 2002), and obtained fewer investigative or operational
8    procedures after myocardial infarction (Druss *et al*, 2002).
9
10   The rise in obesity and growing evidence of increased morbidity and mortality as a
11   result of obesity require a positive approach by people with bipolar disorder and
12   health professionals. Therefore the evidence for strategies to prevent weight gain and
13   the benefits of exercise have been examined (Menza *et al*, 2004), including the
14   effectiveness of exercise in terms of improving mood and preventing recurrence of
15   depressive episodes (Babyak *et al*, 2000).

16   **10.1.3**      **Topics covered**
17   This chapter covers the following topics:
18
19   Lifestyle interventions:
20      The prevention and management of weight gain
21      Exercise in the management of bipolar depression
22      Psychoeducation and information giving
23
24   Managing daily life:
25      Sleep patterns
26      Social rhythms
27      Life events
28      Family atmosphere
29      Implications for lifestyle and work
30
31   Social support.

32   ## 10.2  The prevention and management of weight gain

33   **10.2.1**      **Introduction**
34   Many drugs used in the routine treatment of bipolar disorder are known to cause
35   weight gain, in particular, olanzapine, quetiapine, valproate and lithium. Many
36   patients find weight gain distressing and it can lead to poor adherence with
37   medication regimes. It is therefore important that healthcare professionals not only
38   take a baseline weight measurement at initiation of treatment, but also monitor
39   weight regularly during treatment. It is also important to advise patients on weight
40   management at the outset of treatment and also if patients gain weight during
41   treatment.

42   **10.2.2**      **Evidence search**
43   Since there are very few RCTs for the management or prevention of weight gain
44   specifically in people with bipolar disorder, an additional search was undertaken
45   for trials of interventions for, or prevention of, weight gain during treatment with
46   antipsychotics, anticonvulsants and lithium regardless of diagnosis. Databases

CONFIDENTIAL
AZSER12779585

DRAFT FOR SECOND CONSULTATION

1  searched are in Table 84.
2

**Table 84. Databases searched and inclusion/ exclusion criteria for the treatment or prevention of medication-induced weight gain.**

| Electronic databases | MEDLINE, EMBASE, PsycINFO, Cinahl from database inception to 27 January 2005 |
|---|---|
| Update searches | September 2005 |
| Study design | RCT, non-randomised controlled trials |
| Patient population | Those with any mental health disorder treated with antipsychotics, anticonvulsants or lithium |
| Interventions included | Any, including psychosocial and pharmacological |
| Outcomes | Weight change from baseline (kg), change in BMI from baseline, leaving treatment early for any reason, psychiatric symptom levels |
| Exclusion criteria | |

3  *Outcomes*

4  Critical outcomes for this review were those measuring weight change, with Body
5  Mass Index (BMI) being considered the most relevant. When considering the clinical
6  significance of mean changes in weight from baseline following treatment, the GDG
7  acknowledged that the importance of weight loss or gain is a personal issue varying
8  from patient to patient. However, for the purposes of assessing the evidence a
9  change of 2 kg or more was adopted as an initial indicator of potentially useful
10  benefit.

11  **10.2.3          Weight-gain prevention**

12  *Studies considered*

13  Five trials were identified from searches of electronic databases, 3 of which met
14  the eligibility criteria set by the GDG. Excluded studies with reasons for
15  exclusion can be seen in Appendix 21. See Table 85 for an overview of included
16  studies. Further characteristics of included studies are available in Appendix 21.

17

CONFIDENTIAL
AZSER12779586

DRAFT FOR SECOND CONSULTATION

| Table 85 Summary of study charactersticsfor weight gain prevention interventions | | |
|---|---|---|
| | **Psychosocial interventions** | **Pharmacological interventions** |
| *No. trials (No. participants)* | *1 RCT*<br>*(70)* | *3 RCTs*<br>*(201)* |
| **Study ID** | LITTRELL2003 | CAVAZZONI2003 (1)<br>POYUROVSKY2003 (2) |
| **Diagnosis** | Schizophrenia and related disorders | (1) Schizophrenia and related disorders<br>(2) Schizophrenia and related disorders |
| **Mean age** | 34 | (1) Not given; range 16-65<br>(2) 30 |
| **Intervention** | Psychoeducation including nutrition, exercise | (1) Nizatidine 600 mg or 150 mg (2 groups)<br>(2) Reboxetine 4 mg |
| **Comparator treatment** | Standard care | |
| **Psychotropic medication** | Olanzapine | (1) Olanzapine<br>(3) Olanzapine |
| **Outcome measures at start of study** | Mean BMI psychoeducation: 26.26 (3.68); standard care 27.17 (5.79) | (1) mean weight (kg) nizatidine 600 mg; 75.69 (14.33); 150 mg 80.1 (14.21); placebo 77.21 (14.57)<br>(3) mean BMIs reboxetine 22.76 (3.62); placebo 31.7 (11.8) |
| **Setting** | US; community mental health centres | (1) US; in- and outpatients<br>(3) Israel; inpatients receiving hospital meals |
| **Length of treatment** | 16 weeks | (1) 16 weeks<br>(3) 6 weeks |
| **Length of follow-up** | 2 months | (1) No follow-up<br>(3) No follow-up |

1
2

CONFIDENTIAL
AZSER12779587

DRAFT FOR SECOND CONSULTATION

1

2    *Weight gain prevention review*

3    There is some evidence that nizatidine at 600 mg per day helps prevent weight gain
4    during treatment with olanzapine. However, the weight-gain difference compared
5    with placebo is small. This evidence is from a population with schizophrenia.
6    Although 600 mg is above the dose recommended in the BNF, it is within the
7    licensed dose (Summary of Product Characteristics on www.medicines.org.uk, site
8    visited 3 March 2005).
9
10   There is also evidence of the effectiveness of reboxetine (4 mg) in the prevention of
11   weight gain during treatment with olanzapine in people with schizophrenia.
12
13   An overview of the results is provided in Table 86 with the full profile in Appendix
14   22.
15

**Table 86. Summary evidence profile for interventions weight gain prevention**

|  | Psychosocial interventions | Pharmacological interventions |
|---|---|---|
| **Evidence for efficacy (quality)** | Psychoeducation is more effective than standard care at preventing weight gain (moderate) | Antidepressants: no more effective at preventing weight gain than placebo (moderate) High or moderate dose nizatidine: unlikely to be a difference compared with placebo (moderate) |
| **Evidence for acceptability/harm (quality)** | Unlikely to be a difference (moderate) | Inconclusive (moderate) Nizatidine unlikely to be a difference compared with placebo (moderate) |

16
17   *Clinical implication.*
18   Patients with bipolar disorder who are at high risk of weight gain through starting
19   medication such as olanzapine, and especially those at high risk of adverse
20   consequences of weight gain for example, several risk factors for metabolic syndrome
21   or existing diabetes or cardiovascular disease, should receive dietary and exercise
22   advice on commencement of medication with the propensity for weight gain.
23

24   **10.2.4          Weight-gain management**

25   *Studies considered*

26   Eight trials were identified from searches of electronic databases, 4 of which met
27   the eligibility criteria set by the GDG. Excluded studies with reasons for
28   exclusion can be seen in Appendix 21. See tables 2 for an overview of included
29   studies. Further characteristics of included studies are available in Appendix 21.

CONFIDENTIAL
AZSER12779588

DRAFT FOR SECOND CONSULTATION

**Table 87.** Summary of study characteristics for weight gain management interventions

| | Psychosocial interventions | Pharmacological interventions |
|---|---|---|
| **No. trials (No. participants)** | *4(1 RCT, 3 non-RCTs)* <br> *(211)* | *3 RCTs* <br> *(193)* |
| **Study ID** | BALL2001 (1) <br> HARMATZ1968 (RCT) (2) <br> HOLT 1996 (3) <br> VREELAND2003 (4) | BUSTILLO2003 (1) <br> DEBERDT2005 (2) <br> HENDERSON2005 (3) |
| **Diagnosis** | (1) (2) (4) Schizophrenia and related disorders <br> (3) Bipolar disorder | (1) Schizophrenia and related disorders <br> (2) 55% schizophrenia and related disorders; 45% bipolar** <br> (3) Schizophrenia and related disorders |
| **Description of weight gain** | (1) Olanzapine-related weight gain <br> (2) Judged overweight <br> (3) 82% taking one or more psychotropic drugs reported to cause weight gain <br> (4) >=2.3 kg weight gain within 2 months of starting medication | (1) >= 3% increase in baseline weight following 4-8 weeks olanzapine <br> (2) >= 5% increase in baseline weight following 9 months' olanzapine <br> (3) BMI > 30 |
| **Intervention** | (1) Weight Watchers plus exercise <br> (2) Behaviour modification or group therapy + 1800 calorie diet <br> (3) Dietary advice <br> (4) Multi-modal programme including nutrition, exercise | (1) Fluoxetine 60mg <br> (2) Amantadine 100mg -300 mg <br> (3) Sibutramine + dietary advice |
| **Comparator treatment** | (1) (2) (3) Control <br> (4) ? | (1) Control <br> (2) Placebo <br> (3) Placebo + dietary advice |
| **Medication** | (1) Olanzapine <br> (2) Not clear <br> (3) Lithium <br> (4) Atypical antipsychotics | Olanzapine |
| **Length of treatment** | (1) 10 weeks <br> (2) 7 weeks <br> (3) 25 weeks <br> (4) 16 weeks | (1) 17 weeks * <br> (2) 8 weeks |
| **Length of follow-up** | (1) (4) no follow-up <br> (2) 4 weeks <br> (4) 2 months | No follow-up |
| **Mean age** | (1) 43 <br> (2) Not given; range 29-48 <br> (3) 43 <br> (4) 34 <br> (5) 45 | (1) 34 <br> (2) 41 <br> (3) 42 |
| **Study problems** | (2) No extractable data | |

Notes: *mean; ** data entered for bipolar group only

1

2 *Summary of evidence profile for interventions for weight gain management*

3 *Weight gain management clinical summary*

4 There is some evidence that psychosocial interventions such as giving dietary advice
5 are effective in helping people who have gained weight during treatment with
6 psychotropic drugs. These data include patients with bipolar disorder. However, it is
7 not clear from the available studies whether patients should be referred to a dietician
8 or whether healthcare professionals can give adequate dietary advice without
9 referral.
10

CONFIDENTIAL
AZSER12779589

DRAFT FOR SECOND CONSULTATION

1   There is also evidence that sibutramine to existing medication helps reduce weight,
2   although this evidence is from people with schizophrenia and related disorders. In a
3   bipolar population there is a risk that such a strategy may induce mania, and
4   therefore using an antidepressant would not be considered first-line treatment for
5   preventing or reducing weight gain.
6
7   An overview of the results is provided in Table 88 with the full evidence profile in
8   Appendix 22.
9

**Table 88. Summary evidence profile for interventions weight gain management**

|  | Psychosocial interventions | Pharmacological interventions |
|---|---|---|
| **Evidence for efficacy (quality)** | Both dietary advice and weight watchers were more effective than control (moderate) | Amantadine: inconclusive (low)<br>Sibutramine: effective at endpoint but not at 3 months (moderate)<br>Fluoxetine: inconclusive (low) |
| **Evidence for acceptability/ harm (quality)** | Data for acceptability and harm are inconclusive (very low) | Amantadine: data for acceptability and harm are inconclusive (low)<br>Sibutramine: evidence of side effects (low)<br>Fluoxetine: data for acceptability and harm are inconclusive (low) |

10

11  **10.2.5        Clinical practice recommendations**

12  10.2.5.1 For people who have gained weight during treatment for bipolar disorder,
13          healthcare professionals should review the medication strategy, and
14          consider the following:

15      •   Giving dietary advice and support from GP and mental health services

16      •   Advising regular increased aerobic exercise

17      •   Referring to a specialist mental health diet clinic or health delivery
18          group where available

19      •   Referring to a dietician for people with complex comorbidities (eg
20          additional physical problems/dietary difficulties, such as coeliac
21          disease).

22  10.2.5.2 In people who have gained weight during long-term treatment,
23          pharmacological treatment such as high-dose antidepressants, sibutramine
24          or topiramate are not recommended for the promotion of weight loss.

25  # 10.3  Exercise in the treatment of depression in people
26  #       with bipolar disorder

27  **10.3.1        Introduction**
28  Since depressive symptoms, often below the level of a depressive episode, are
29  present for around one third of the time in people with bipolar disorder (Judd *et al*,

CONFIDENTIAL
AZSER12779590

DRAFT FOR SECOND CONSULTATION

1    2002), effective simple treatments for depression can play a useful role in bipolar
2    disorder. There is a growing body of literature primarily from North America
3    examining the effects of exercise in the management of depression. In the past
4    decade 'exercise on prescription' schemes have become popular in primary care in
5    the United Kingdom (Biddle *et al*, 1994), many of which include depression as a
6    referral criterion. Guidelines for exercise referral schemes have been laid down by
7    the Department of Health (2001b).
8
9    Several plausible mechanisms for how exercise affects depression have been
10   proposed. In the developed world, taking regular exercise is seen as a virtue; the
11   patient with depression who takes regular exercise may, as a result, get positive
12   feedback from other people and an increased sense of self-worth. Exercise may act as
13   a diversion from negative thoughts, and the mastery of a new skill may be important
14   (Lepore, 1997; Mynors-Wallis *et al*, 2000). Social contact may be an important
15   mechanism, and physical activity may have physiological effects such as changes in
16   endorphin and monoamine concentrations (Leith, 1994; Thoren *et al*, 1990).

17   **10.3.2        Definition**
18   For the purposes of the guideline, exercise was defined as a structured, achievable
19   physical activity characterised by frequency, intensity and duration and used as a
20   treatment for depression. It can be undertaken individually or in a group.
21
22   Exercise may be divided into aerobic forms (training of cardio-respiratory capacity)
23   and anaerobic forms (training of muscular strength/endurance and flexibility/co-
24   ordination/relaxation) (American College of Sports Medicine, 1980).
25
26   The aerobic forms of exercise, especially jogging or running, have been most
27   frequently investigated. In addition to the type of exercise, the frequency, duration
28   and intensity should be described.

29   **10.3.3        Databases searched and inclusion/exclusion criteria**
30   Since no RCT for the management of bipolar depression was found, the GDG used
31   the review of the use of exercise undertaken for the NICE depression guideline (ref)
32   updating this with newly published studies.
33

CONFIDENTIAL
AZSER12779591

DRAFT FOR SECOND CONSULTATION

Table 89. Databases searched and inclusion/ exclusion criteria for clinical effectiveness of exercise in depression.

| | |
|---|---|
| Electronic databases | MEDLINE, EMBASE , PsycINFO , Cinahl from database inception to November 2002 (searches originally undertaken as part of the NICE depression guideline (NCCMH, 2005)) |
| Update searches | February 2004, October 2004 (for RCTs in bipolar patients); January 2005 (for RCTs in depressed patients); March 2005 (for non-RCTs in bipolar patients); September 2005 (for RCTs in bipolar patients) |
| Study design | RCT; non-RCTs for March 2005 search |
| Patient population | Major depressive disorder, minor depression, dysthymia, 'depression' however diagnosed |
| Interventions included | Exercise as defined above |
| Outcomes | Remission, symptom levels (depression), discontinuation from treatment for any reason |
| Exclusion criteria | See appendices |

1   **10.3.4          Studies considered in treatment with exercise**
2   Twenty-three trials were identified from searches of electronic databases, 11 of which
3   met the eligibility criteria set by the GDG. Excluded studies with reasons for
4   exclusion can be seen in Appendix 21. See summary tables below for an overview of
5   included studies. Further characteristics of included studies are available in
6   Appendix 21. Included studies compared exercise with no treatment, with
7   psychotherapy, antidepressants, meditation, and relaxation, in addition to a
8   comparison between different forms of exercise. Some studies included only
9   participants with a diagnosis of depression according to DSM criteria (or equivalent),
10  and some included participants with depression symptoms, most commonly defined
11  as BDI score of 12 or over.

12  **10.3.5          Exercise versus no exercise**
13  Six studies comparing exercise with no exercise in the treatment of depressive
14  symptoms met inclusion criteria. Two studies included only participants with a
15  diagnosis of depression according to DSM criteria (or equivalent), and 4 included
16  participants provided they had a BDI score of 12 or over (or equivalent). Summary
17  study characteristics are in Table 90.

CONFIDENTIAL
AZSER12779592

DRAFT FOR SECOND CONSULTATION

1  **Table 90** Summary **of study characterstics for exercise interventions versus no**
2  **treatment/waitlist**

| | Exercise vs no exercise treatment | |
|---|---|---|
| | *Full depression diagnosis* | *Diagnosis based on BDI score => 12 or other* |
| **No. trials (No. participants)** | *2 (112)* | *4 (188)* |
| **Study ID** | DUNN2005 (1) SINGH1997 (2) | McCANN1984 (1) McNEIL1991 (2) VEALE1992 (3) WOOLERY2004(4) |
| **Diagnosis** | (1) Major depressive disorder (2) Major depressive disorder, minor depressive disorder, dysthymia (% of each not given) | (1) (2) (4) BDI score => 12 (3) Clinical Interview Schedule score 2 (opinion of interviewer) |
| **Mean age** | (1) 36 (2) 71 | (1) Not given but all undergraduates (2) 72 (3) 35.5 (4) 21 |
| **Exercise intervention** | (1) Treadmill or exercise bike; high dose, 3 times a week** (2) Strengthening exercises | (1) aerobics (2) walking (3) Running (4) Yoga |
| **Comparator** | (1) Flexibility training (2) Health education | (1) (3) No treatment (2) (4) Waitlist (also has 'social contact' comparison) |
| **Baseline depression scores** | (1) HDRS mean: 19.4 (2.3) (2) HRSD mean 12 (1) | (1) BDI 15.35 (2) BDI 15.2 (2.4) to 16.6 (3.1) (3) BDI 22.91 (7.6) and 26.66 (2.6) (4) HRSD 12.77 (4.53) and 12.07 (4.41) |
| **Length of treatment** | (1) 12 weeks (2) 10 weeks* | (1) 10 weeks * (2) 6 weeks * (3) 12 weeks (4) 5 weeks * |
| **Length of follow-up** | (1) no follow-up (2) 10 weeks | No follow-up |
| **Problems with study** | (1) poor external validity since participants exercised under close supervision due to the dose-finding nature of the study ** | (1) poor external validity as student sample |

3
4  * mean
5  ** study included treatment groups for high and low intensity, 3 or 5 times a week (2 X 2
6  design). The study showed that number of sessions per week made no difference to outcomes
7  (regardless of intensity) and that there was no difference between low intensity and control.
8  Therefore, high intensity 3 times a week was chosen to represent this study in this
9  comparison.
10
11  *Summary of evidence profile for exercise versus exercise*
12  An overview of the results is provided in Table 91 with the full profile available in
13  Appendix 22.
14

CONFIDENTIAL
AZSER12779593

DRAFT FOR SECOND CONSULTATION

**Table 91. Summary evidence profile for exercise versus no exercise**

| | Exercise |
|---|---|
| Evidence for efficacy (quality) | Exercise more effective than no exercise for those with depressed symptoms (but no diagnosis of bipolar disorder) particularly for those without a full diagnosis of depression (high) |
| Evidence for acceptability/ harm (quality) | Inconclusive (low) |

1

2  **10.3.6        Exercise versus psychotherapy or antidepressants**

3  Four studies comparing exercise with no exercise in the treatment of depressive
4  symptoms met inclusion criteria. Three studies compared exercise with
5  psychotherapy (2 with a full depression diagnosis). Summary study characteristics
6  are in Table 92.

7

8  **Table 92 Summary of study characteristics for exercise versus psychotherapy**
9  **and antidepressants**

| | Exercise vs psychotherapy | | Exercise vs antidepressants |
|---|---|---|---|
| | *Full depression diagnosis* | *Diagnosis based on BDI* | *Full depression diagnosis* |
| *No. trials (No. participants)* | *2 (102)* | *1 (61)* | *1 (156)* |
| **Study ID** | GREIST1979 (1) KLEIN1985 (2) | FREMONT1987 | BLUMENTHAL1999 |
| **Diagnosis** | (1) Minor depression (2) Major or minor depression | BDI => 9 and =< 30 | Major depressive disorder |
| **Mean age** | (1) range 18-30 (2) 30 | range 19-62 | 57 |
| **Exercise intervention** | (1) Running (2) Running | Running | Walking/jogging |
| **Comparators** | (1) Time-limited psychotherapy (no details) (2) Group psychotherapy | Cognitive therapy | Sertraline (median peak dose 100 mg) Combination treatment |
| **Baseline depression scores** | (1) not reported (2) SCL-D 2.39 (0.47) | BDI 17 (6.2) to 19 (7.8) | HRSD around 18 (given as bar chart) |
| **Length of treatment** | (1) 10 weeks * (2) 12 weeks * | 10 weeks | 16 weeks |
| **Length of follow-up** | (1) No follow-up (2) 9 months | 4 months | 6 months |

10

11  *Summary of evidence profile for exercise versus psychotherapy or antidepressants*

12  An overview of the results is provided in Table 93 with the full evidence profile
13  available in Appendix 22.

14

CONFIDENTIAL
AZSER12779594

DRAFT FOR SECOND CONSULTATION

**Table 93. Summary evidence profile for exercise versus psychotherapy
or antidepressants**

|  | Psychotherapy | Antidepressants |
|---|---|---|
| **Evidence for efficacy (quality)** | Unlikely to be a difference between exercise and psychotherapy (low) | Unlikely to be a difference between exercise and antidepressants (or between monotherapy and combination therapy) (moderate) |
| **Evidence for acceptability/ harm (quality)** | Data for acceptability/harm outcomes are inconclusive (low) | Data for acceptability/harm outcomes are inconclusive (low) |

1
2

3  **10.3.7       Exercise versus versus low intensity exercise and other treatments**
4  Three studies comparing exercise with versus low intensity exercise and other
5  treatments in the treatment of depressive symptoms met inclusion criteria.
6  Participants in 2 had a full depression diagnosis. Summary study characteristics are
7  in Table 94.

8

9  **Table 94 Summary of study characteristics for exercise versus low intensity
10  exercise and other treatments**

|  | Exercise vs low intensity exercise | Exercise vs other therapies |  |
|---|---|---|---|
|  | *Full depression diagnosis* | *Full depression diagnosis* | *Diagnosis based on BDI score => 12* |
| *No. trials (No. participants)* | *1 (24)* | *1 (74)* | *1 (47)* |
| **Study ID** | BOSSCHER1993 | KLEIN1985 | McCANN 1984 |
| **Diagnosis** | Major or minor depression | Major or minor depression | BDI score => 12 |
| **Mean age** | 34 | 30 | Not given but all undergraduates |
| **Exercise intervention** | Running | Running | Aerobics |
| **Comparator** | Low-intensity exercise | Meditation | Relaxation |
| **Baseline depression scores** | Not given on usable scale | SCL-D 2.39 (0.47) | BDI 15.35 |
| **Length of treatment** | 8 weeks* | 12 weeks * | 10 weeks * |
| **Length of follow-up** | No follow-up | 9 months | No follow-up |
| **Problems with trials** |  |  | (1) poor external validity as student sample |

11

12  *Summary of evidence profile for exercise versus low intensity exercise and other*
13  *treatments*

14  An overview of the results is provided in Table 95 with the full evidence profile
15  available in Appendix 22.
16

CONFIDENTIAL
AZSER12779595

DRAFT FOR SECOND CONSULTATION

**Table 95. Summary evidence profile for exercise versus low intensity exercise and other treatments**

| | Exercise vs low intensity exercise | Exercise vs other therapies |
|---|---|---|
| Evidence for efficacy (quality) | Exercise (running) is more effective at reducing depression symptoms (full diagnosis) than low-intensity exercise (moderate) | Exercise (running) unlikely to be more or less effective than meditation (full diagnosis), but more effective than relaxation (depressive symptoms) (moderate) |
| Evidence for acceptability/harm(quality) | Data for acceptability/harm outcomes are inconclusive (low) | Data for acceptability/harm outcomes are inconclusive (low) |

1

2   **10.3.8        Clinical summary**

3   There is some evidence that exercise is helpful in reducing depressive symptoms,
4   both in major and minor depression. This evidence could be extrapolated to bipolar
5   patients experiencing a depressed episode, to those beginning to develop a
6   depressed episode, those who have persistent mild depressive symptoms, and those
7   trying to prevent depressive symptoms getting worse.

8

9   There is the potential for exercise to be both helpful and harmful in mania but there
10  is no research evidence to support either scenario. Exercise may be a healthy way of
11  using up the excess energy in a person with mania and a useful distraction. However
12  exercise might further arouse the body physiologically, increasing energy, social
13  contact and self-efficacy , exacerbating manic symptoms, and potentially increasing
14  further cardiovascular strain.

15  **10.3.9        Clinical practice recommendations**

16  Advice about exercise is included in the general advice recommendation at the end
17  of this chapter.

18  # 10.4  Psychoeducation and information giving

19  **10.4.1        Introduction**

20  Psychoeducation given as a group intervention to people with bipolar disorder or to
21  a family has been demonstrated to reduce bipolar recurrence (Colom *et al*, 2003a;
22  Colom *et al*, 2003b; Miklowitz *et al*, 2003). However, even if psychoeducation was
23  ineffective in reducing bipolar recurrence, people with bipolar disorder and their
24  carers have a need and right to information on the condition. While there are now a
25  variety of websites run by patient and professional organisations for example, MDF
26  The BiPolar Organisation, Beyond Blue, Royal College of Psychiatrists that will
27  provide general information about the condition, people with bipolar disorder would
28  like to receive information about the condition in relation to their own individual
29  circumstances. The best people to provide this are the health professionals in primary
30  and secondary care who have assessed the patient and their individual
31  circumstances. An important aspect of the therapeutic relationship is the
32  communication between the health professional and patient. Central to this
33  communication is information given about thecondition of the patient and the degree
34  to which the health professional meets the patient's needs for information. There is
35  now a growing evidence base that an important determinant of patient adherence to

CONFIDENTIAL
AZSER12779596

DRAFT FOR SECOND CONSULTATION

1   medication is the quality of the relationship between the patient and the health
2   professional identified as responsible for the medication (Day *et al*, 2005). A key point
3   is that such information giving should take into consideration the person with
4   bipolar disorder and their carer's previous experience of the condition and its
5   treatment through health services. Similarly the burden of carers and the
6   psychological well-being of carers may be reduced by accurate information about
7   bipolar disorder applied to the patient in their care (Morselli, 2000).
8
9   Like all health interventions where the aim is to support the patient in managing
10  their condition, the health professional should consider a motivational interviewing
11  approach to information giving. The health professional should provide information
12  about bipolar disorder to demonstrate the reality of the problem, explore what is
13  possible with treatment, and examine the pros and cons of treatment in both the
14  short-term and longer term as applied to the person's particular circumstances.
15  Information should be given to the person with bipolar disorder when they are
16  acutely ill but will need to be given again whether their symptoms have remitted.
17  The information in the acute phase will be concerned with improving the person's
18  mental state and returning them as close as possible to normal function. Given the
19  high rates of recurrence (Harrow *et al*, 1990; Tohen *et al*, 1990; Keller *et al*, 1993), the
20  information given on remission will focus on staying well, including preventing
21  further relapse, as well as symptomatic and functional improvement. Thus
22  information giving should be regarded as a continuous process. Carers should be
23  included; carers and the person with bipolar disorder can help each other with their
24  information needs.
25
26  Psychoeducation programme may contain sessions on the nature of bipolar disorder,
27  causal and triggering factors, symptoms of mania and depression, course and
28  outcome, using diaries of mood, drug treatments, pregnancy and genetic counselling,
29  risks from treatment withdrawal, alcohol and street drugs, early detection and
30  management of manic and depressive episodes, lifestyle regularity, managing stress
31  and problem solving (Colom *et al*, 2003a,b). Teaching people with bipolar disorder to
32  recognise the early warning symptoms of mania and depression successfully
33  reduced the number of manic episodes and improved function but did not reduce
34  depressive episodes (Perry *et al*, 1999). Good coping with mania (Lam and Wong,
35  1997) such as calming activities, taking time off work and delaying impulsive actions
36  is encouraged and the person with bipolar disorder seeks help from a health
37  professional who may also provide early treatment with medication (Morriss, 2004).
38  Good coping with depression such as keeping busy, to avoid rumination and get the
39  minimal routine accomplished , getting the support of family and friends, and
40  answering unrealistic negative thoughts have been adopted as part of cognitive
41  behaviour therapy interventions for early symptoms of relapse (Lam *et al*, 2003). The
42  recognition and management of early warning symptoms of mania and depression
43  are key features of the self management training programme of MDF The BiPolar
44  Organisation.
45
46  Psychoeducation programmes such as these have been systematically incorporated
47  into care programmes to keep people with bipolar disorder well along with
48  assessment, care planning, and monthly telephone monitoring of symptoms and
49  medication fed back to the treating mental health team (Simon *et al*, 2005).
50

CONFIDENTIAL
AZSER12779597

DRAFT FOR SECOND CONSULTATION

1   However, psychoeducation delivered by health care agencies may not provide
2   information on important aspects of social care that can be considerably affected by
3   bipolar disorder such as work, housing, monetary, legal and insurance matters.
4   Advice on some of these matters can be provided by MDF The BiPolar Organisation,
5   citizen's advice bureaus, job centres and housing agencies and appropriate members
6   of a CMHT.
7
8   **Clinical practice recommendation**

9   10.4.1.1 Healthcare professionals should establish and maintain collaborative
10          relationships with patients and families/carers (within the normal bounds
11          of confidentiality) so as to provide the relevant information they need at
12          every stage of assessment, diagnosis, course and treatment (including the
13          proper use and likely side-effect profile of medication) and thereby help all
14          make sense of the experience of the disorder and its treatment.

15  # 10.5  Managing daily life

16  ### 10.5.1        Sleep patterns
17  Concerns over sleep are common among people with bipolar disorder when they are
18  well (Harvey *et al*, 2005) because sleep disturbance is the most common early
19  symptom of mania and also one of the early symptoms of depression (Jackson *et al*,
20  2003).  Furthermore there is some experimental and observational evidence that
21  psychological, interpersonal, environmental and pharmacological factors may
22  precipitate mania though decreased sleep duration (Wehr *et al*, 1987; Leibenluft *et al*,
23  1996).  People with bipolar disorder who had no bipolar episodes for two years
24  valued obtaining adequate amounts of sleep and recognising early warning signs of
25  relapse including sleep disturbance as useful strategies for staying well (Russell and
26  Browne, 2005).
27
28  However, sleep disturbance is sometimes a late rather than early symptom of mania
29  and depression (Jackson *et al*, 2003), and commonly found in people with bipolar
30  disorder who are currently well (Millar *et al*, 2004; Harvey *et al*, 2005).
31  Polysomnograph studies show that the sleep disturbance of mania and bipolar
32  depression is very similar to that of unipolar depression, suggesting that the sleep
33  disturbance in bipolar disorder is not unique nor specific to bipolar disorder
34  (Hudson *et al*, 1992).
35
36  Sleep disturbance occurs frequently in everyday life and it is unwise to conclude that
37  sleep disturbance in a person with bipolar disorder will inevitably bring on a manic
38  or depressive episode.  Sleep disturbance is too non-specific a symptom to use as an
39  early warning symptom of mania or depression on its own, but it can be useful as
40  one of a number of symptoms and signs that could be used as a relapse signature of
41  impending manic or depressive relapse (Lam and Wong, 1997; Perry *et al*, 1999).
42  There is enough evidence to suggest that patients with a history of mania
43  precipitated by a period of sleep disturbance should take care over obtaining
44  adequate amounts of sleep (Riemann *et al*, 2002). Establishing whether sleep
45  disturbance triggered episodes of mania and depression requires meticulous
46  attention detail to the timing and order of symptoms; often sleep disturbance did not

CONFIDENTIAL
AZSER12779598

DRAFT FOR SECOND CONSULTATION

1  trigger an episode of mania or depression but was an early symptom of mania or
2  depression (Sclare and Creed, 1990; Malkoff-Schwartz *et al*, 1998).
3

4  **10.5.2        Social rhythms**
5  There is evidence that the daily lifestyle or social rhythm of well people with bipolar
6  disorder is different from people without bipolar disorder (Ashman *et al*, 1999; Jones
7  *et al*, 2005). The daily activities do not show as regular a routine pattern from day to
8  day even when a person with bipolar disorder is well. Often the morning activities of
9  well people with bipolar disorder start later than other people. These activity
10  patterns are unrelated to sleep disturbance. Both a further loss of regularity in the
11  daily pattern of social activities and starting daily activities early in the morning may
12  be associated with the later development of mania (Malkoff-Schwartz *et al*, 1998;
13  Malkoff-Schwartz *et al*, 2000). A recently published RCT suggested that increased
14  regularity in the daily routine of activities of people with bipolar disorder may delay
15  the onset of the next bipolar episode (Frank *et al*, 2005).  Avoidance of starting
16  activities too early in the morning may be a useful clinical strategy if there is a
17  personal history of early morning activity preceding the first symptoms of mania.
18

19  **10.5.3        Life events**
20  As described above there is a view that life events and life stress may be important
21  precipitants of the first or second episodes of bipolar disorder but subsequently the
22  onset of bipolar disorder is largely unrelated to life stress. The phenomenon is called
23  behavioural sensitisation and has been applied also to highly recurrent unipolar
24  depressive disorders (Post *et al*, 1986).  The evidence for this hypothesis is unclear.
25  There is also some evidence that life stress may have a greater impact on the onset of
26  bipolar depressive episodes than manic episodes (Johnson, 2005). There is also
27  evidence of an association between stressful life events and the onset of bipolar
28  depressive episodes in the three to six months following the life event (Malkoff-
29  Schwartz *et al*, 1998, 2000; Hlastala *et al*, 2000).  Social support that is non-
30  judgemental and available when it is required may prevent episodes of bipolar
31  depression in the face of life stress but not mania (Johnson *et al*, 1999). Stressful life
32  events may delay the recovery from depressive episodes (Johnson and Miller, 1997)
33  and decrease the effectiveness of lithium prophylaxis for bipolar disorder (Chand *et*
34  *al*, 2004). Life events may also be associated with completed suicide in people with
35  bipolar disorder (Isometsa *et al*, 1995).
36
37  There is quite a lot of evidence that the first admission to hospital with mania is
38  precipitated by a stressful life event (Ambelas, 1987; Kessing *et al*, 2004). There is also
39  some preliminary evidence that some types of positive life event may precipitate
40  mania. Some people with bipolar disorder are driven to achieve goals and in some
41  people with bipolar disorder, attainment or the possibility of attainment of these
42  goals may precipitate mania (Johnson *et al*, 2000).

43  **10.5.4        Family atmosphere**
44  A series of studies have shown that time spent in a family where there is an adverse
45  family atmosphere is associated with a recurrence of depressive episodes rather than
46  manic episodes in people with bipolar disorder (Miklowitz *et al*, 1988; Yan *et al*, 2004).
47  The adverse family atmosphere involves emotional, hostile and critical comments

CONFIDENTIAL
AZSER12779599

DRAFT FOR SECOND CONSULTATION

1    directed to the person with bipolar disorder even when they are not in a bipolar
2    episode. Often the comments concern behaviours attributable to bipolar symptoms.
3    For instance the person with bipolar disorder may lack motivation to look after
4    themselves or the household because they have not fully recovered from a
5    depressive episode but a family member sees them as slovenly rather than ill. When
6    there is an adverse family atmosphere, the family members perceive the symptoms
7    and behaviours of the person with bipolar disorder to be under the person's direct
8    control and not due to an illness beyond their control (Wendel *et al*, 2000). The degree
9    to which the person is distressed by the relative's adverse comments predicts more
10   time spent ill in bipolar episodes over the next year (Miklowitz *et al*, 2005).
11
12   Randomised controlled trials of interventions targeted at educating the family about
13   bipolar disorder and moderating these negative comments about the person with
14   bipolar disorder show evidence for the reduction of these comments and also a
15   reduction in depressive episodes (Miklowitz *et al*, 2003;  Rea *et al*, 2003). There is no
16   data to determine whether interventions to reduce the time spent with hostile family
17   members would also reduce depressive episodes in bipolar disorder, but findings on
18   similar approaches in families with schizophrenia (Vaughn and Leff, 1976) suggest
19   that such social interventions may be effective.

20   **10.5.5        Implications for the lifestyle and work of people with bipolar**
21   **disorder**
22   Overall, there is evidence that in some people with bipolar disorder, their pattern of
23   daily life and exposure to stress can have a clinically important impact on the
24   number of bipolar episodes and the proportion of time they are ill. It is unlikely that
25   all the bipolar episodes can be prevented by interventions that modify lifestyle and
26   reduce life stress even in people who appear susceptible to such factors. The best
27   guide to the importance of lifestyle factors in any given person with bipolar disorder
28   is a careful review of the person's past history of illness, especially in relation to
29   bipolar episodes in the previous five year period. The clinician should consider with
30   the patient and carer, who can act as a useful informant, the role of sleep disruption,
31   disruption to the person's daily social routine (especially by activities scheduled for
32   the early morning), seasonal factors, stress from life events and difficulties, positive
33   life situations (especially in relation to goal attainment), and family atmosphere. If
34   any of these factors seem to have preceded a bipolar episode, it is particularly
35   important to establish the timing of this lifestyle factor and the start of any manic or
36   depressive symptoms. There should be evidence that the lifestyle factor definitely
37   preceded the manic or depressive episode.
38
39   If lifestyle factors are identified as precipitating one or more manic or depressive
40   episode, then there are implications for the person with bipolar disorder in terms of
41   their lifestyle. There are also a range of interventions that may possibly help the
42   person.  The lifestyle factor can be used as an early warning sign that the person may
43   be becoming ill although over-reliance on just one lifestyle factor should be
44   discouraged. A history of sleep disturbance or disruption of daily routine
45   precipitating a bipolar episode may mean that the person with bipolar disorder
46   should not undertake shift work, should try to avoid night and early morning
47   travelling and lead a more regular life. A history of stressful life events precipitating
48   bipolar episodes suggests strategies to reduce the likelihood of exposure to these life
49   events (such as taking a less stressful job), cognitive therapy strategies to modify
50   pessimism concerning life stress when it happens, family interventions targeted at

CONFIDENTIAL
AZSER12779600

DRAFT FOR SECOND CONSULTATION

1  reducing hostility and criticism, or spending less time with family members who are
2  critical or hostile.

3  **10.5.6**       **Clinical practice recommendation**

4  10.5.6.1 Healthcare professionals should give patients with bipolar disorder advice
5          on:

6  •    the importance of maintaining good sleep hygiene, and a regular
7        lifestyle;

8  •    the avoidance of shift work, night flying or flying across time zones,
9        and of routinely working excessively long hours for those with a
10       history of relapse related to not maintaining good sleep hygiene or a
11       regular lifestyle;

12 •    the need for and provision of additional support when a person with
13       bipolar disorder experiences a significant life event (loss of job, close
14       bereavement) including increased monitoring of mood and general
15       well-being, and encouraging the patient to discuss difficulties with
16       family and friends;

17 •    appropriate methods for self-monitoring of physical and mental state.

18 # 10.6  Social support

19 **10.6.1**       **Provision of social support**
20 Prospective studies show that good quality social support is associated with a better
21 outcome in bipolar disorder in terms of full recovery, improved depressive
22 symptoms, preventing recurrence of depressive episodes (Johnson *et al*, 1999;
23 Johnson *et al*, 2000, Johnson *et al*, 2003; Cohen *et al*, 2004). Good quality social support
24 may also reduce the chances of emergency compulsory admission (Webber and
25 Huxley, 2004). In people with depressive episodes, poor quality social support and
26 poorly integrated social networks are associated with suicidal ideas and suicide
27 attempts (Sokero *et al*, 2003; Dennis *et al*, 2005). Therefore, paying attention to helping
28 people with bipolar disorder to obtain good quality social support and networks of
29 social support that are available at a time of crisis can have an important impact on
30 symptomatic recovery, prevention of recurrence and their safety. Such support
31 should be provided if necessary by health services through crisis resolution and
32 home treatment teams, community mental health teams, outpatient services or
33 primary care services.
34
35 Usually social support requires an emotionally supportive relationship involving
36 confiding personal information and trust. The social support should be available
37 when it is needed by the person with bipolar disorder. Social support may be
38 provided by one person but a person with bipolar disorder may require a network of
39 social supports.
40
41 **11.6.2  Role of service user groups**

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)      Page 310 of 341

492

CONFIDENTIAL
AZSER12779601

DRAFT FOR SECOND CONSULTATION

1    Like other mental disorder, people with bipolar disorder may experience isolation
2    because friends, family members, employers and the public at large do not seem to
3    understand their condition and experiences (Morselli *et al*, 2003; Morselli *et al*, 2004).
4    Under these circumstances, people with bipolar disorder may feel less isolated,
5    receive valuable information and support from local or national service user groups
6    such as MDF The BiPolar Organisation. Most parts of England and Wales are served
7    by local self help groups of MDF The BiPolar Organisation and nationally the
8    organisation is able to provide a lot of useful practical advice.

9    **10.6.2         Befriending**
10   There is evidence from a series of studies that providing social support in the sense
11   of befriending (women with depression) confers benefits (Brown & Harris, 1978). In
12   this trial befriending was defined as 'meeting and talking with a depressed woman
13   for a minimum of one hour each week and acting as a friend to her, listening and
14   "being there for her"'. The trained volunteer female befrienders were
15   also encouraged to accompany their 'befriendee' on trips, to broaden their range
16   of activities, to offer practical support with ongoing difficulties and to help create
17   'freshstart' experiences often found to precede remission in previous work.
18   'Befriendees' were women with chronic depression in inner London who were
19   interested in being befriended. Women were allowed to be on other treatments such
20   as antidepressants and contact with other healthcare professionals. Befriending was
21   found to have a clinically significant effect upon remission at one year.

22   **10.6.3         Clinical practice recommendation**

23   10.6.3.1 For people with bipolar disorder, particularly those with chronic depressive
24            symptoms, who would benefit from additional social support, healthcare
25            professionals should consider offering befriending in addition to
26            pharmacological and psychological treatments. Befriending should be by
27            trained volunteers providing, typically, at least weekly contact for between
28            two and six months.

29   10.6.3.2 Patients, family and carers should be informed of self-help groups and
30            support groups and be encouraged to regularly participate in such
31            programmes, particularly on initial diagnosis, and regularly thereafter.
32            Such groups may helpfully provide information on early warning signs,
33            appropriate support in time of crisis and information on treatment and the
34            management of side effects.

35   # 10.7  Clinical practice recommendation

36   *General advice*

37   10.7.1.1 Healthcare professionals should consider advising patients with bipolar
38            disorder and depressive symptoms to engage in a range of depression-
39            management techniques, such as a structured exercise programme, activity
40            scheduling, engaging in both pleasurable and achievement activities,
41            ensuring adequate diet and sleep, and seeking appropriate social support
42            along with providing patients with an increased level of monitoring and
43            formal support.

CONFIDENTIAL
AZSER12779602

DRAFT FOR SECOND CONSULTATION

1

CONFIDENTIAL
AZSER12779603

DRAFT FOR SECOND CONSULTATION

# 11  References

*For reasons of space, full references of studies included in systematic reviews (i.e.,
those which appear in the summary of study characteristics tables in the evidence
chapters (recognisable from their study ID of author name in capitals plus year of
publication) are listed with the relevant full study characteristics table in Appendix
21, and do not appear in this chapter.*

Adab, N., Tudur, S. C., Vinten, J. *et al* (2004) Common antiepileptic drugs in pregnancy in women with epilepsy. *Cochrane Database Systematic Reviews; (3):CD004848.*, (CD004848),

Adab, N., Kini, U., Vinten, J. *et al* (2004) The longer term outcome of children born to mothers with epilepsy. *Journal of Neurology, Neurosurgery and Psychiatry*, (11), 1575-1583.

AGREE Collaboration (2003) Development and validation of an international appraisal instrument for assessing the quality of clinical practice guidelines: the AGREE project. *Quality and Safety in Health Care*, (1), 18-23.

Ahrens, B., Grof, P., Moller, H. J. *et al* (1995) Extended survival of patients on long-term lithium treatment. *Canadian Journal of Psychiatry*, 241-246.

Ahrens, B. & Muller-Oelinghausen, B. (2001) Does lithium exert an independent antisuicidal effect? *Pharmacopsychiatry*, (4), 132-136.

Akiskal, H. S., Walker, P., Puzantian, V. R. *et al* (1983) Bipolar outcome in the course of depressive illness. *Journal of Affective Disorders*, 115-128.

Akiskal, H. S., Maser, J. D., Zeller, P. J. *et al* (1995) Switching from 'unipolar' to 'bipolar II'. An 11-year prospective study of clinical and temperamental predictors in 559 patients. *Archives of General Psychiatry*, 114-123.

Akiskal, H. S., Bourgeois, M. L., Angst, J. *et al* (2000) Re-evaluating the prevalence of and diagnostic composition within the broad clinical spectrum of bipolar disorders. *Journal of Affective Disorders*, (Suppl 1), S5-S30.

Allison, D. B., Mentore, J. L., Heo, M. *et al* (1999) Antipsychotic-induced weight gain: a comprehensive research synthesis. *American Journal of Psychiatry*, (11), 1686-1696.

Altman, E. G., Hedeker, D., Peterson, J. L. *et al* (1997) The Altman Self-Rating Mania Scale. *Biological Psychiatry*, (10), 948-955.

Altshuler, L. L. (1995) T2 hyperintensities in bipolar disorder: magnetic resonance imaging comparison and literature meta-analysis. *American Journal of Psychiatry*, (8), 1139-1144.

Altshuler, L., Suppes, T., Black, D. *et al* (2004) Impact of antidepressant discontinuation after acute bipolar depression remission on rates of depressive relapse at 1-year follow-up. *American Journal of Psychiatry*, (7), 1252-1262.

Ambelas, A. (1987) Life events and mania. A special relationship? *British Journal of Psychiatry*, 235-240.

CONFIDENTIAL
AZSER12779604

DRAFT FOR SECOND CONSULTATION

1    American College of Sports Medicine (2005) Guidelines for Graded Exercise Testing and
2    Exercise Prescription.

3    Anderson, I. M., Haddad, P. M. & Chaudhry, I. (2004) Changes in pharmacological treatment
4    for bipolar disorder over time in Manchester: a comparison with Lloyd *et al.* (2003). *Journal of*
5    *Psychopharmacology* , (3), 441-444.

6    Angst,J (1966) *Zur Atiologie und Nosologie Endogener Depressiver Psychosen*, Berlin: Springer.

7    Angst, J. (1998) The emerging epidemiology of hypomania and bipolar II disorder. *Journal of*
8    *Affective Disorders*, (2-3), 143-151.

9     Angst, F., Stassen, H. H., Clayton, P. J. *et al* (2002) Mortality of patients with mood disorders:
10    follow-up over 34-38 years. *Journal of Affective Disorders*, 167-181.

11    Angst, J., Gamma, A., Benazzi, F. *et al* (2003) Toward a re-definition of subthreshold
12    bipolarity: epidemiology and proposed criteria for bipolar-II, minor bipolar disorders and
13    hypomania. *Journal of Affective Disorders*, (1-2), 133-146.

14    Angst, J., Angst, F., Gerber-Werder, R. *et al* (2005) Suicide in 406 mood-disorder patients with
15    and without long-term medication: a 40 to 44 years' follow-up. *Archives of Suicide Research*, (3),
16    279-300.

17    Arnold, L. M., McElroy, S. L. & Keck, P. E., Jr. (2000) The role of gender in mixed mania.
18    *Comprehensive Psychiatry*, (2), 83-87.

19    Ashman, S. B., Monk, T. H., Kupfer, D. J. *et al* (1999) Relationship between social rhythms
20    and mood in patients with rapid cycling bipolar disorder. *Psychiatry Research*, (1), 1-8.

21    Babyak, M., Blumenthal, J. A., Herman, S. *et al* (2000) Exercise treatment for major
22    depression: maintenance of therapeutic benefit at 10 months. *Psychosomatic Medicine*, (5), 633-
23    638.

24    Baldassano, CF, Marangell, LB, Gyulai, L *et al* (2005) Gender differences in bipolar disorder:
25    retrospective data from the first 500 STEP-BD participants. *Bipolar Disorders*, 7 (5):465-70.

26    Baldassano, CF (2005) Assessment tools for screening and monitoring bipolar disorder.
27    *Bipolar Disorders*, 7 Suppl 1:8-15.

28    Baldessarini, R. J., Tondo, L., Floris, G. *et al* (1997) Reduced morbidity after gradual
29    discontinuation of lithium treatment for bipolar I and II disorders: a replication study.
30    *American Journal of Psychiatry*, (4), 551-553.

31    Baldessarini, R. J., Tondo, L. & Hennen, J. (2003) Treatment-latency and previous episodes:
32    relationships to pretreatment morbidity and response to maintenance treatment in bipolar I
33    and II disorders. *Bipolar Disorders*, 491-496.

34    Baldessarini, R. J., Tondo, L. & Hennen, J. (2003) Lithium treatment and suicide risk in major
35    affective disorders: update and new findings. *Journal of Clinical Psychiatry*, 44-52.

36    Baldessarini, R. J. & Tondo, L. (2003) Suicide risk and treatments for patients with bipolar
37    disorder. *JAMA*, (11), 1517-1519.

38    Ball, J. R., Mitchell, P. B., Corry, J. C. *et al* (2005) A randomized controlled trial of cognitive
39    therapy for bipolar
40    disorder: Focus on long term change. *Journal of Clinical Psychology*,

CONFIDENTIAL
AZSER12779605

DRAFT FOR SECOND CONSULTATION

1   Bauer, M. S., Calabrese, J., Dunner, D. L. *et al* (1994) Multisite data reanalysis of the validity of
2   rapid cycling as a course modifier for bipolar disorder in DSM-IV. *American Journal of*
3   *Psychiatry*, (4), 506-515.

4   Bauer, M. S., McBride, L., Shea, N. *et al* (1997) Impact of an easy-access VA clinic-based
5   program for patients with bipolar disorder. *Psychiatric services*, 491-496.

6   Bauer, M. S., Williford, W. O., Dawson, E. E. *et al* (2001) Principles of effectiveness trials and
7   their implementation in VA Cooperative Study #430: 'Reducing the efficacy-effectiveness gap
8   in bipolar disorder'. *Journal of Affective Disorders*, 61-78.

9   Bauer, M. S. (2001) The collaborative practice model for bipolar disorder: design and
10  implementation in a multi-site randomized controlled trial. *Bipolar Disorders*, (5), 233-244.

11  Bauer, M. S. & Mitchner, L. (2004) What is a "mood stabilizer"? An evidence-based response.
12  *American Journal of Psychiatry*, (1), 3-18.

13  Bauer, M. S., Simon, G. E., Ludman, E. *et al* (2005) 'Bipolarity' in bipolar disorder: distribution
14  of manic and depressive symptoms in a treated population. *British Journal of Psychiatry*, (1),
15  87-88.

16  Bearden, C. E., Hoffman, K. M. & Cannon, T. D. (2005) The neuropsychology and
17  neuroanatomy of bipolar affective disorder: A critical review. *Bipolar Disorders*, (3), 106-150.

18  Begley, C. E., Annegers, J. F., Swann, A. C. *et al* (2001) The lifetime cost of bipolar disorder in
19  the US: an estimate for new cases in 1998. *PharmacoEconomics*, (5 Pt 1), 483-495.

20  Bendz, H. & Aurell, M. (1992) Drug-induced diabetes insipidus: incidence, prevention and
21  management. *Drug Saftey*, (6), 449-456.

22  Bennett,D & Freeman,H (1991). Principles and prospect. In: Bennett, D, Freeman, H, editors.
23  *Community Psychiatry* Edinburgh: Churchill Livingstone, p. 1-39.

24  Bentall,R (2004) *Madness Explained: Psychosis and Human Nature*, London: Penguin.

25  Bentall, R. P., Kinderman, P. & Manson, K. (2005) Self-discrepancies in bipolar disorder: A
26  comparison of manic, depressed, remitted and normal participants. *British Journal of Clinical*
27  *Psychology*,

28  Berlin, J. A. (2001) Does blinding of readers affect the results of meta-analyses? *Lancet*, 185-
29  186.

30  Bey, D. R., Chapman, R. E. & Tornquist, K. L. (1972) A lithium clinic. *American Journal of*
31  *Psychiatry*, 491-496.

32  Beyer, J., Kuchibhatla, M., Gersing, K. *et al* (2005) Medical comorbidity in a bipolar outpatient
33  clinical population. *Neuropsychopharmacology*, 401-404.

34  Biddle,S, Fox,K, & Edmund,L (1994) *Physical Activity in Primary care in England*, London:
35  Health Education Authority.

36  Biederman, J., Mick, E., Faraone, S. V. *et al* (2005) Pediatric mania: a developmental subtype of
37  bipolar disorder? *Biological Psychiatry*, (6), 458-466.

CONFIDENTIAL
AZSER12779606

DRAFT FOR SECOND CONSULTATION

1   Birnbaum, H. G., Shi, L., Dial, E. *et al* (2003) Economic Consequences of Not Recognizing
2   Bipolar Disorder Patients: A Cross-Sectional Descriptive Analysis. *Journal of Clinical*
3   *Psychiatry*, (10), 1201-1209.

4   Blanco, C., Laje, G., Olfson, M. *et al* (2002) Trends in the treatment of bipolar disorder by
5   outpatient psychiatrists. *American Journal of Psychiatry*, (6), 1005-1010.

6   Boerlin, H. L., Gitlin, M. J., Zoellner, L. A. *et al* (1998) Bipolar depression and antidepressant-
7   induced mania: a naturalistic study. *Journal of Clinical Psychiatry*, (7), 374-379.

8   Bonari, L., Pinto, N., Ahn, E. *et al* (2004) Perinatal risks of untreated depression during
9   pregnancy. *Canadian Journal of Psychiatry*, (11), 726-735.

10   Bottlender, R., Rudolf, D., Strauss, A. *et al* (2001) Mood-stabilisers reduce the risk of
11   developing antidepressant-induced maniform states in acute treatment of bipolar I depressed
12   patients. *Journal of Affective Disorders*, (1-3), 79-83.

13   Bouras, N., Tufnell, G., Brough, D. I. *et al* (1983) Model for the integration of community
14   psychiatry and primary care. *Journal of the Royal College of General Practice*, (283), 62-6.

15   Bowden, C. L., Brugger, A. M., Swann, A. C. *et al* (1994) Efficacy of divalproex vs lithium and
16   placebo in the treatment of mania. The Depakote Mania Study Group. *JAMA*, (12), 918-924.

17   Briscoe, J. J., Harrington, R. C. & Prendergast, M. (1995) Development of mania in close
18   association with tricyclic antidepressant administration in children. A report of two cases.
19   *European Child & Adolescent Psychiatry*, (4), 280-283.

20   Broadstock, M. (2001) The effectiveness and safety of drug treatment for urgent sedation in
21   psychiatric emergencies. A critical appraisal of the literature. *NZHTA Report*,

22   Brockington,IF (1996). Puerperal psychosis. In: Brockington, IF, editors. *In Motherhood and*
23   *Mental Health* Oxford: Oxford University Press, p. 200-284.

24   Brockington, I. F. (1996) Motherhood and Mental Health.

25   Brodersen, A., Licht, R. W. & Vestergaard, P. (2000) Sixteen-year mortality in patients with
26   affective disorder commenced on lithium. *British Journal of Psychiatry*, 429-433.

27   Brown,G & Harris,T (1978) *The social origins of depression: A study of psychiatric disorder in*
28   *women*, London: Tavistock Publications.

29   Brown, G. R., McBride, L., Bauer, M. S. *et al* (2005) Impact of childhood abuse on the course of
30   bipolar disorder: A replication study in U.S. veterans. *Journal of Affective Disorders*,

31   Bryant-Comstock, L., Stender, M. & Devercelli, G. (2002) Health care utilization and costs
32   among privately insured patients with bipolar I disorder. *Bipolar Disorders*, (6), 398-405.

33   Chaudron, L. H. & Pies, R. W. (2003) The relationship between postpartum psychosis and
34   bipolar disorder: a review. *Journal of Clinical Psychiatry*, (11), 1284-1292.

35   Calabrese, J., Bowden, C. L., McElroy, S. *et al* (1999) Spectrum of activity of lamotrigine in
36   treatment-refractory bipolar disorder. *American Journal of Psychiatry*, (7), 1019-1023.

37   Calabrese, J. R., Rapport, D. J. & Kimmel, S. E. (1999) Controlled trials in bipolar I depression:
38   focus on switch rates and efficacy. *European Neuropsychopharmacology*, (suppl 4), S109-S112.

CONFIDENTIAL
AZSER12779607