DRAFT FOR SECOND CONSULTATION

1   Calabrese, J. R., Suppes, T., Bowden, C. L. *et al* (2000) A double-blind, placebo-controlled,
2   prophylaxis study of lamotrigine in rapid-cycling bipolar disorder. Lamictal 614 Study
3   Group. *Journal of Clinical Psychiatry*, (11), 841-850.

4   Calabrese, J., Shelton, M. D., Bowden, C. L. *et al* (2001) Bipolar rapid cycling: focus on
5   depression as its hallmark. *Journal of Clinical Psychiatry*, (suppl 14), 34-41.

6   Calabrese, J., Shelton, M. D., Rapport, D. L. *et al* (2002) Long-term treatment of bipolar
7   disorder with Lamotrigine. *Journal of Clinical Psychiatry*, (suppl 10), 18-22.

8   Casey, D. E., Daniel, D. G., Wassef, A. A. *et al* (2003) Effect of Divalproex Combined with
9   Olanzapine or Risperidone in Patients with an Acute Exacerbation of Schizophrenia.
10  *Neuropsychopharmacology*, 182-192.

11  Cassidy, F., Forest, K. & Murray, E. (1998) A factor analysis of the signs and symptoms of
12  mania. *Archives of General Psychiatry*, (1), 27-32.

13  Cassidy, F. & Carroll, B. J. (2001) Frequencies of signs and symptoms in mixed and pure
14  episodes of mania: implications for the study of manic episodes. *Progress in*
15  *Neuropsychopharmacology and Biological Psychiatry*, (3), 659-665.

16  Chand, P. K., Mattoo, S. K. & Sharan, P. (2004) Quality of life and its correlates in patients
17  with bipolar disorder stabilized on lithium prophylaxis. *Psychiatry and Clinical Neurosciences*,
18  (3), 311-318.

19  (1989) *Children Act 1989*, London: HMSO.

20  (2004) *Children Act 2004*.  London: HMSO.

21  Cipriani, A., Pretty, H., Hawton, K. *et al* (2005) Lithium in the prevention of suicidal behavior
22  and all-cause mortality in patients with mood disorders: a systematic review of randomized
23  trials. *American Journal of Psychiatry*, (10), 1805-1819.

24  Clement, S., Singh, S. P. & Burns, T. (2003) Status of bipolar disorder research. Bibliometric
25  study. *British Journal of Psychiatry*, 148-152.

26  Cochran, S. D. (1984) Preventing medical non-compliance in the outpatient treatment of
27  bipolar affective disorders.  *Journal of Consulting and Clinical Psychology*, (52), 873-878.

28  Cochrane Collaboration (2004) Review Manager (RevMan) [Computer program]. Version
29  4.2.7 for Windows. Oxford, England. The Cochrane Collaboration.

30  Cohen, L. S., Friedman, J. M. & Jefferson, J. W. (1994) A re-evaluation of risk of in-utero
31  exposure to lithium. *JAMA*, (146), 150-

32  Cohen, A. N., Hammen, C., Henry, R. M. *et al* (2004) Effects of stress and social support on
33  recurrence in bipolar disorder. *Journal of Affective Disorders*, (1), 143-147.

34  Coid, J. (1994) Failure in community care: Psychiatry's dilemma. *BMJ*, 805-806.

35  Colom, F., Vieta, E., Reinares, M. *et al* (2003) Psychoeducation efficacy in bipolar disorders:
36  Beyond compliance enhancement. *Journal of Clinical Psychiatry*, 1-

37  Colom, F., Vieta, E., Martinez-Aran, A. *et al* (2003) A randomized trial on the efficacy of group
38  psychoeducation in the prophylaxis of recurrences in bipolar patients whose disease is in
39  remission. *Archives of General Psychiatry*, (4), 402-407.

CONFIDENTIAL
AZSER12779608

DRAFT FOR SECOND CONSULTATION

Conus, P. & McGorry, P. D. (2002) First-episode mania: a neglected priority for early intervention. *Australia and New Zealand Journal of Psychiatry*, (2), 158-172.

Cooke, R. G., Robb, J. C., Young, L. T. *et al* (1996) Well-being and functioning in patients with bipolar disorder assessed using the MOS 20-ITEM short form (SF-20). *Journal of Affective Disorders*, (2), 93-97.

Cookson,JC, Katon,C, & Taylor,D (2002) *Use of drugs in psychiatry: the evidence from psychopharmacology.* 5 edition., London.

Cooper, S. A. & Collacott, R. A. (1993) Mania and Down's syndrome. *British Journal of Psychiatry*, 739-743.

Coryell, W., Solomon, D., Turvey, C. *et al* (2003) The long-term course of rapid-cycling bipolar disorder. *Archives of General Psychiatry*, (9), 914-920.

Courtney, M. E., Acomb, J. A. & Lovatt, V. (1995) A pharmacy-controlled lithium clinic. *Psychiatric Bulletin*, 1-17.

Craddock, N. & Jones, I. (1999) Genetics of bipolar disorder. *Journal of Medical Genetics*, (8), 585-594.

Craddock, N. & Jones, I. (2001) Molecular genetics of bipolar disorder. *British Journal of Psychiatry*, s128-s133.

Craddock, N., O'Donovan, M. C. & Owen, M. J. (2005) The genetics of schizophrenia and bipolar disorder: dissecting psychosis. *Journal of Medical Genetics*, (3), 193-204.

Cradock-O'Leary, J., Young, A. S., Yano, E. M. *et al* (2002) Use of general medical services by VA patients with psychiatric disorders. *Psychiatric services*, (7), 874-878.

Creed, F., Black, D., Anthony, P. *et al* (1990) Randomised controlled trial of day patient versus inpatient psychiatric treatment. *BMJ*, (6731), 1033-1037.

Creed, F., Mbaya, P., Lancashire, S. *et al* (1997) Cost effectiveness of day and inpatient psychiatric treatment: results of a randomised controlled trial. *BMJ*, (7091), 1381-1385.

Crowther, R., Marshall, M., Bond, G. *et al* (2001) Vocational rehabilitation for people with severe mental illness (Cochrane Review). *Cochrane Library*,

Cunnane, J. G. (1994) Drug management of disturbed behaviour by psychiatrists. *Psychiatric Bulletin*, 138-139.

Curtis, L. & Netten, A. (2004) Unit Costs for Health and Social Care.

Das, A. K., Olfson, M., Gameroff, M. J. *et al* (2005) Screening for bipolar disorder in a primary care practice. *JAMA*, (8), 956-963.

Das Gupta, R. & Guest, J. F. (2002) Annual cost of bipolar disorder to UK society. *British Journal of Psychiatry*, (3), 227-233.

Davison, G. C. (2000) Stepped care: Doing more with less? *Journal of Consulting and Clinical Psychology*, (4), 580-585.

CONFIDENTIAL
AZSER12779609

DRAFT FOR SECOND CONSULTATION

1   Day, J. C., Bentall, R. P., Roberts, C. *et al* (2005) Attitudes toward antipsychotic medication:
2   the impact of clinical variables and relationships with health professionals. *Archives of General*
3   *Psychiatry*, (7), 717-724.

4   Deeks, J. J. (2002) Issues in the selection of a summary statistic formeta-analysis of clinical
5   trials with binary outcomes. *Statistics in Medicine*, (11), 1575-1600.

6   Deltito, J., Martin, L., Riefkohl, J. *et al* (2001) Do patients with borderline personality disorder
7   belong to the bipolar spectrum? *Journal of Affective Disorders*, (1-3), 221-228.

8   Denicoff, K. D., Leverich, G. S., Nolen, W. A. *et al* (2000) Validation of the prospective NIMH-
9   Life-Chart Method (NIMH-LCM-p) for longitudinal assessment of bipolar illness.
10  *Psychological Medicine*, (6), 1391-1397.

11  Dennis, M., Wakefield, P., Molloy, C. *et al* (2005) Self-harm in older people with depression:
12  comparison of social factors, life events and symptoms. *British Journal of Psychiatry*, 538-539.

13  Department of Health (1999) National Service Framework for Mental Health.

14  (2005). Exercise referal Systems: A national quality assurance framework. London:
15  Department of Health.

16  Department of Health (2004) Hospital Episode Statistics. Engalnd: Financial Year 2003-2004.

17  Department of Health (2004) NHS reference costs 2004.

18  Department of Health (1990) Caring for people. THe CPA for people with a mental ilness
19  referred to speacialist mental health services. *Joint Health/Social Services*
20  *Circular.C(90)23/LASSL(90)11,*

21  Department of Health (1999) *The NHS Plan: a plan for investment, a plan for reform*, London.

22  Department of Health (2000) The NHS Plan. A Plan for Investment. A Plan for Reform.

23  (2002). National Service Framework for Mental Health.Modern Standards & Service Models.

24  Department of Health & National Institute for Mental Health in England (2003) Fast-
25  Forwarding Primary Care Mental Health. Graduate Primary Care Mental Health Workers.
26  Best Practice Guidance.

27  Department of Health (1996) Clinical Guidelines: Using Clinical Guidlines to improve patient
28  care within the NHS.

29  Depp, C. A., Lindamer, L. A., Folsom, D. P. *et al* (2005) Differences in clinical features and
30  mental health service use in bipolar disorder across the lifespan. *American Journal of*
31  *Psychiatry*, (4), 290-298.

32  DerSimonian, R. & Laird, N. (1986) Meta-analysis in clinical trials. *Controlled Clinical Trials*,
33  177-188.

34  de Zelicourt, M., Dardennes, R., Verdoux, H. *et al* (2003) Frequency of hospitalisations and
35  inpatient care costs of manic episodes: in patients with bipolar I disorder in France.
36  *PharmacoEconomics*, (15), 1081-1090.

37  Dick, P., Ince, A. & Barlow, M. (1985) Day treatment: suitability and referral procedure. *British*
38  *Journal of Psychiatry*, 250-253.

CONFIDENTIAL
AZSER12779610

DRAFT FOR SECOND CONSULTATION

1   Donaldson, L. (2001) The Expert Patient: A New Approach to Chronic Disease Management
2   for the 21st Century.

3   Dore, G. & Romans, S. E. (2001) Impact of bipolar affective disorder on family and partners.
4   *Journal of Affective Disorders*, (1-3), 147-158.

5   Dowell, D. A. & Ciarlo, J. A. (1983) Overview of the Community Mental Health Centers
6   Program from an evaluation perspective. *Community Mental Health Journal*, (2), 95-128.

7   Drummond, M. F. & Jefferson, T. O. (1996) Guidelines for authors and peer reviewers of
8   economic submissions to the BMJ. *BMJ*, 275-283.

9   Druss, B. G., Bradford, W. D., Rosenheck, R. A. *et al* (2001) Quality of medical care and excess
10  mortality in older patients with mental disorders. *Archives of General Psychiatry*, (6), 565-572.

11  D'Souza, R. E. & Guillebaud, J. (2002) Risks and benefits of oral contraceptive pills. *Best*
12  *Practice & Research Clinical Obstetrics & Gynaecology*, (2), 133-154.

13  Dunner, D. L., Fleiss, J. L. & Fieve, R. R. (1976) Lithium carbonate prophylaxis failure. *British*
14  *Journal of Psychiatry*, 40-44.

15  Eccles, M., Freemantle, N. & Mason, J. (1998) North of England evidence based guideline
16  development project: methods of developing guidelines for efficient drug use in primary care.
17  *BMJ*, 1232-1235.

18  Eccles, M. & Mason, J. (2001) How to develop cost-conscious guidelines. *Health Technology*
19  *Assessment*, (16), 1-69.

20  Ellenberg, J., Salamon, I. & Meaney, C. (1980) A lithium clinic in a community mental health
21  center. *Hospital and Community Psychiatry*, (12), 834-836.

22  Ellicott, A., Hammen, C., Gitlin, M. *et al* (1990) Life events and the course of bipolar disorder.
23  *American Journal of Psychiatry*, (9), 1194-1198.

24  Elmslie, JL, Mann, JI, Silverstone, JT *et al* (2001) Determinants of overweight and obesity in
25  patients with bipolar disorder. *Journal of Clinical Psychiatry*, 62 (6):486-91.

26  Epstein, R. M., Alper, B. S. & Quill, T. E. (2004) Communicating evidence for participatory
27  decision making. *JAMA*, (19), 2359-2366.

28  Faedda, G. L., Tondo, L., Baldessarini, R. J. *et al* (1993) Outcome after rapid vs gradual
29  discontinuation of lithium treatment in bipolar disorders. *Archives of General Psychiatry*, (6),
30  448-455.

31  Faravelli, C., Degl'Innocenti, B. G., Aiazzi, L. *et al* (1990) Epidemiology of mood disorders: a
32  community survey in Florence. *Journal of Affective Disorders*, (2), 135-141.

33  Fenton, W. S., Mosher, L. R., Herrell, J. M. *et al* (1998) Randomized trial of general hospital
34  and residential alternative care for patients with severe and persistent mental illness.
35  *American Journal of Psychiatry*, (4), 516-522.

36  Ferrier, I. N. & Thompson, J. M. (2003) Cognitive impairment in bipolar affective disorder:
37  implications for the bipolar diathesis. *British Journal of Psychiatry*, 293-295.

38  Fieve, R. R. (1975) The lithium clinic: a new model for the delivery of psychiatric services.
39  *American Journal of Psychiatry* , 1018-1022.

CONFIDENTIAL
AZSER12779611

DRAFT FOR SECOND CONSULTATION

Frank, E. (1999) Interpersonal and social rhythm therapy prevents depressive symptomatology in bipolar 1 patient. *Bipolar Disorders*, 13-13.

Frank, E., Kupfer, D. J., Thase, M. E. *et al* (2005) Two-year outcomes for interpersonal and social rhythm therapy in individuals with bipolar I disorder. *Archives of General Psychiatry*, (9), 996-1004.

Franks, S. (1995) Polycystic ovary syndrome. *New England Journal of Medicine*, 853-861.

Gaily, E., Kantola-Sorsa, E. & Granstrom, M. L. (1988) Intelligence of children of epileptic mothers. *Journall of Pediatrics* , (4), 677-684.

Garety, P. A. & Jolley, S. (2000) Early intervention in psychosis. *Psychiatric Bulletin*, 321-323.

Garno, J. L., Goldberg, J. F. & Ramirez, P. M. (2005) Impact of childhood abuse on the clinical course of bipolar disorder. *British Journal of Psychiatry*, 121-125.

Ghaemi, S. N., Hsu, D. J., Soldani, F. *et al* (2003) Antidepressants in bipolar disorder: the case for caution. *Bipolar Disorders*, (6), 421-433.

Ghaemi, S. N., Baldessarini, R. J. & El-Mallakh, R. S. (2003) A randomized study of long-term antidepressant discontinuation in bipolar disorder. *Presented at the 42nd annual meeting of the American College of Neuropsychopharmacology: December 7-11 2003, San Juan, Puerto Rico.*,

Gitlin, M. J. & Jamison, K. R. (1984) Lithium clinics: theory and practice. *Hospital and Community Psychiatry*, (4), 363-368.

Gitlin, M. J., Swendsen, J., Heller, T. L. *et al* (1995) Relapse and impairment in bipolar disorder. *American Journal of Psychiatry*, (11), 1635-1640.

Goetzel, R. Z., Ozminowski, R. J., Meneades, L. *et al* (2000) Pharmaceuticals - cost or investment? - an employer's perspective. *Journal of occupational and environmental medicine*, (4), 338-351.

Goetzel, R. Z., Hawkins, K., Ozminkowski, R. J. *et al* (2003) The health and productivity cost burden of the "top 10" physical and mental health conditions affecting six large U.S. employers in 1999. *Journal of occupational and environmental medicine*, (1), 5-14.

Goldberg, J. F., Harrow, M. & Whiteside, J. E. (2001) Risk for bipolar illness in patients initially hospitalized for unipolar depression. *American Journal of Psychiatry*, (8), 1265-1270.

Goldberg, J. F. & Truman, C. J. (2003) Antidepressant-induced mania: an overview of current controversies. *Bipolar Disorders* , (6), 407-420.

Goldberg, JF & Garno, JL (2005) Development of posttraumatic stress disorder in adult bipolar patients with histories of severe childhood abuse. *Journal of Psychiatric Research*, 39 (6):595-601.

Goldney, R. D., Fisher, L. J., Grande, E. D. *et al* (2005) Bipolar I and II disorders in a random and representative Australian population. *Australia and New Zealand Journal of Psychiatry*, (8), 726-729.

Goodwin, F. K., Murphy, D. L. & Bunney, W. E. (1969) Lithium-carbonate treatment in depression and mania. *Archives of General Psychiatry*, 840-844.

Goodwin,FK & Jamison,KR (1990) *Manic-depressive illness*, London: Oxford University Press.

CONFIDENTIAL
AZSER12779612

DRAFT FOR SECOND CONSULTATION

Goodwin, F. K. (1994) Recurrence of mania after lithium withdrawal. Implications for the use of lithium in the treatment of bipolar affective disorder. *British Journal of Psychiatry*, (2), 149-152.

Goodwin, F. K. (2002) Rationale for long-term treatment of bipolar disorder and evidence for long-term lithium treatment. *Journal of Clinical Psychiatry*, (suppl 10), 5-12.

Goodwin, F. K., Fireman, B., Simon, G. E. *et al* (2003) Suicide risk in bipolar disorder during treatment with lithium and divalproex. *JAMA*, (1467), 1473-

Gowers, S., Clarke, J., Alldis, M. *et al* (2001) Inpatient admission of adolescents with mental disorder. *Clinical Child Psychology and Psychiatry*, (4), 537-544.

Grades of Recommendation Assessment, Development and Evaluation GRADE Working Group (2004) Grading quality of evidence and strength of recommendations. *BMJ*, 1490-1497.

Greenhalgh, J., Knight, C., Hind, D. *et al* (2005) Clinical and cost-effectiveness of electroconvulsive therapy for depressive illness, schizophrenia, catatonia and mania: systematic reviews and economic modelling studies. *Health Technology Assessment*, (9),

Guberman, A. H., Besag, F. M., Brodie, M. J. *et al* (1999) Lamotrigine-associated rash: risk/benefit considerations in adults and children. *Epilepsia*, (7), 985-991.

Haddad, P. M. (2001) Antidepressant discontinuation syndromes: Clinical relevance, diagnosis and management. *Drug Safety*, (3), 183-

Haddad, P. & Wieck, A. (2004) Antipsychotic-induced hyperprolactinaemia: mechanisms, clinical features and management. *Drugs* , (20), 2291-2314.

Haddad, P., Pal, B. R., Clarke, P. *et al* (2005) Neonatal symptoms following maternal paroxetine treatment: Serotonin toxicity or paroxetine discontinuation syndrome? *Journal of Psychopharmacology*,

Hammen, C. & Gitlin, M. (1997) Stress reactivity in bipolar patients and its relation to prior history of disorder. *American Journal of Psychiatry*, (6), 856-857.

Hammen, C., Gitlin, M. & Altshuler, L. (2000) Predictors of work adjustment in bipolar 1 patients: a naturalistic longitudinal follow-up. *Journal of Consulting and Clinical Psychology*, 220-225.

Harrington, R. C., Bredenkamp, D., Groothues, C. Rutter M. *et al* (1994) Adult outcomes of childhood and adolescent depression. III. Links with suicidal behaviours. *Journal of Child Psychology and Psychiatry*, (7), 1309-1319.

Harrow, M., Goldberg, J. F., Grossman, L. S. *et al* (1990) Outcome in manic disorders. A naturalistic follow-up study. *Archives of General Psychiatry*, (7), 665-671.

Harvey, A. G., Schmidt, D. A., Scarna, A. *et al* (2005) Sleep-related functioning in euthymic patients with bipolar disorder, patients with insomnia, and subjects without sleep problems. *American Journal of Psychiatry*, (1), 50-57.

Hatfield, B., Huxley, P. & Mohamad, H. (1992) Accommodation and employment: asurvey into the circumstances and expressed needs of users of mental health services in a northern town. *British Journal of Social Work*, (60), 73-

CONFIDENTIAL
AZSER12779613

DRAFT FOR SECOND CONSULTATION

1    Hawton, K., Sutton, L., Haw, C. *et al* (2005) Suicide and attempted suicide in bipolar disorder:
2    a systematic review of risk factors. *Journal of Clinical Psychiatry*, (6), 693-704.

3    Hays, J. C., Krishnan, K. R., George, L. K. *et al* (1998) Age of first onset of bipolar disorder:
4    demographic, family history, and psychosocial correlates. *Depression and Anxiety*, (2), 76-82.

5    Healy, D (2002) *The Creation of Psychopharmacolgy*, London: Harvard University Press.

6    Henderson, C., Flood, C., Leese, M. *et al* (2004) Effect of joint crisis plans on use of compulsory
7    treatment in psychiatry: single blind randomised controlled trial. *BMJ*, (7458), 136-

8    Henry, C., Sorbara, F., Lacoste, J. *et al* (2001) Antidepressant-induced mania in bipolar
9    patients: identification of risk factors. *Journal of Clinical Psychiatry*, (4), 249-255.

10   Herz, M. I., Endicott, J., Spitzer, R. L. *et al* (1971) Day versus in-patient hospitalization: a
11   controlled study. *American Journal of Psychiatry*, (1371), 1382-

12   Higgins, J. P. T. & Thompson, S. G. (2002) Quantifying heterogeneity in a meta-analysis.
13   *Statistics in Medicine*, (11), 1539-1558.

14   Highet, N. J., Mcnair, B. G., Thompson, M. *et al* (2004) Experience with treatment services for
15   people with bipolar disorder. *Medical Journal of Australia*, S47-S51.

16   Hill, R. G., Shepard, G. & Hardy, P. (1998) In sickness and in health: The experiences of
17   friends and relatives caring for people with manic depression. *Journal of Mental Health*, (6),
18   611-620.

19   Hirschfeld, R. M., Williams, J. B., Spitzer, R. L. *et al* (2000) Development and validation of a
20   screening instrument for bipolar spectrum disorder: the Mood Disorder Questionnaire.
21   *American Journal of Psychiatry*, (11), 1873-1875.

22   Hirschfeld, R. M., Lewis, L. & Vornik, L. A. (2003) Perceptions and impact of bipolar disorder:
23   how far have we really come? Results of the national depressive and manic-depressive
24   association 2000 survey of individuals with bipolar disorder. *Journal of Clinical Psychiatry*, (2),
25   161-174.

26   Hirschfeld, R. M., Holzer, C., Calabrese, J. R. *et al* (2003) Validity of the mood disorder
27   questionnaire: a general population study. *American Journal of Psychiatry*, (1), 178-180.

28   Hlastala, S. A., Frank, E., Kowalski, J. *et al* (2000) Stressful life events, bipolar disorder, and
29   the "kindling model". *Journal of Abnormal Psychology*, (777), 786-

30   Hoult, J., Reynolds, I., Charbonneau-Powis, M. *et al* (1983) Psychiatric hospital versus
31   community treatment: the results of a randomised trial. *Australia and New Zealand Journal of*
32   *Psychiatry*, (2), 160-167.

33   Howard, L. M., Kumar, C., Leese, M. *et al* (2002) The general fertility rate in women with
34   psychotic disorders. *American Journal of Psychiatry*, (6), 991-997.

35   Howard, L. M. (2005) Fertility and pregnancy in women with psychotic disorders. *European*
36   *Journal of Obstetrics & Gynecology and Reproductive Biology*, (1), 3-10.

37   Hu, T. W. & Rush, A. J. (1995) Depressive disorders: Treatment patterns and costs of
38   treatment in the private sector of the United States. *Social Psychiatry & Psychiatric*
39   *Epidemiology*, (5), 224-230.

CONFIDENTIAL
AZSER12779614

DRAFT FOR SECOND CONSULTATION

1   Hudson, J. I., Lipinski, J. F., Keck, P. E., Jr. *et al* (1992) Polysomnographic characteristics of
2   young manic patients. Comparison with unipolar depressed patients and normal control
3   subjects. *Archives of General Psychiatry*, (5), 378-383.

4   Hunt, N., Bruce-Jones, W. & Silverstone, T. (1992) Life events and relapse in bipolar affective
5   disorder. *Journal of Affective Disorders*, (1), 13-20.

6   IRIS (2002) Initiative to Reduce the Impact of Schizophrenia. *http://www.iris-initiative.org.uk*,

7   Isaac, M. N. (1996) Trends in the development of psychiatric services in India. *Psychiatric*
8   *Bulletin*, 43-45.

9   Isometsa, E., Heikkinen, M., Henriksson, M. *et al* (1995) Recent life events and completed
10  suicide in bipolar affective disorder. A comparison with major depressive suicides. *Journal of*
11  *Affective Disorders*, (2), 99-106.

12  Jablensky, A. V., Morgan, V., Zubrick, S. R. *et al* (2005) Pregnancy, delivery, and neonatal
13  complications in a population cohort of women with schizophrenia and major affective
14  disorders. *American Journal of Psychiatry*, (1), 79-91.

15  Jackson, A., Cavanagh, J. & Scott, J. (2003) A systematic review of manic and depressive
16  prodromes. *Journal of Affective Disorders*, (3), 209-217.

17  Jadad, A. R., Moore, R. A. & Carroll, D. (1996) Assessing the quality of reports of randomised
18  clinical trials: is blinding necessary? *Controlled Clinical Trials*, 1-12.

19  Jamison, K. (2000) Suicide and bipolar disorder. *Journal of Clinical Psychiatry*, (supp 9), 47-51.

20  Johannessen,JO, Larsen,TK, McGlashan,TH *et al.* (2000). Early intervention in psychosis: the
21  TIPS project, a multi-centre study in Scandinavia. In: Martinale, B, editors. *Psychosis;*
22  *Psychological Approaches and their Effectiveness* London: Gaskell, p. 210-234.

23  Johnson, S. L. & Miller, I. (1997) Negative life events and time to recovery from episodes of
24  bipolar disorder. *Journal of Abnormal Psychology*, (3), 449-457.

25  Johnson, S. L., Winett, C. A., Meyer, B. *et al* (1999) Social support and the course of bipolar
26  disorder. *Journal of Abnormal Psychology*, (4), 558-566.

27  Johnson, S. L., Sandrow, D., Meyer, B. *et al* (2000) Increases in manic symptoms after life
28  events involving goal attainment. *Journal of Abnormal Psychology*, (4), 721-727.

29  Johnson, S. L., Meyer, B., Winett, C. A. *et al* (2000) Social support and self-esteem predict
30  changes in bipolar depression but not mania. *Journal of Abnormal Psychology*, 558-566.

31  Johnson, J. G., Cohen, P. & Brooks, J. S. (2000) Associations between bipolar disorder and
32  other psychiatric disorders during adolescence and early adulthood: a community-based
33  longitudinal investigation. *American Journal of Psychiatry*, (10), 1679-1681.

34  Johnson, L., Lundstrom, O., berg-Wistedt, A. *et al* (2003) Social support in bipolar disorder: its
35  relevance to remission and relapse. *Bipolar Disorders*, (2), 129-137.

36  Johnson, S. L. (2005) Life events in bipolar disorder: Towards more specific models. *Clinical*
37  *Psychology Review*,

38  Johnson, S, Nolan, F, Pilling, S *et al* (2005) Randomised controlled trial of acute mental health
39  care by a crisis resolution team: the north Islington crisis study. *BMJ*, 331 (7517):599.

CONFIDENTIAL
AZSER12779615

DRAFT FOR SECOND CONSULTATION

1    Joint Formulary Commitee (9-1-2005) British National Formulary 50.

2    Jones, I. & Craddock, N. (1996) Familiarity of the puerperal trigger in bipolr disorder: results
3    of a family study. *American Journal of Psychiatry*, 913-917.

4    Jones, I. & Craddock, N. (2005) Bipolar disorder and childbirth: the importance of recognising
5    risk. *British Journal of Psychiatry*, 453–454.

6    Jones, S. H., Hare, D. J. & Evershed, K. (2005) Actigraphic assessment of circadian activity and
7    sleep patterns in bipolar disorder. *Bipolar Disorders*, (2), 176-186.

8    Joy, C. B., Adams, C. E. & Rice, K. (2002) Crisis intervention for people with severe mental
9    illnesses (Cochrane Review). *Cochrane Library*,

10   Joy, C. B., Adams, C. E. & Rice, K. (2004) Crisis intervention for people with severe mental
11   illnesses. *The Cochrane Database of Systematic Reviews*,

12   Judd, L., Akiskal, H. S., Schettler, P. *et al* (2002) The long-term natural history of the weekly
13   symptomatic status of bipolar I disorder. *Archives of General Psychiatry*, (6), 530-537.

14   Judd, L., Akiskal, H. S., Schettler, P. *et al* (2003) A prospective investigation of the natural
15   history of the long-term weekly symptomatic status of bipolar II disorder. *Archives of General
16   Psychiatry*, (3), 261-269.

17   Kallert, T. W., Glockner, M., Priebe, S. *et al* (2004) A comparison of psychiatric day hospitals in
18   five European countries: implications of their diversity for day hospital research. *Social
19   Psychiatry and Psychiatric Epidemiology*, (777), 788-

20   Kallner, G., Lindelius, R., Petterson, U. *et al* (2000) Mortality in 497 patients with affective
21   disorders attending a lithium clinic or after having left it. *Pharmacopsychiatry*, (1), 8-13.

22   Katon, W, von Korff, M., Lin, E. *et al* (1995) Collaborative management to achieve treatment
23   guidelines. Impact on depression in primary care. *JAMA*, (13), 1026-1031.

24   Katon, W, Robinson, P., von Korff, M. *et al* (1996) A multifaceted intervention to improve
25   treatment of depression in primary care. *Archives of General Psychiatry*, (10), 924-932.

26   Katon, W., Von, Korff M., Lin, E. *et al* (1999) Stepped collaborative care for primary care
27   patients with persistent symptoms of depression: a randomized trial. *Archives of General
28   Psychiatry*, (12), 1109-1115.

29   Kay, J. H., Altshuler, L. L., Ventura, J. *et al* (1999) Prevalence of axis II comorbidity in bipolar
30   patients with and without alcohol use disorders. *Annals of Clinical Psychiatry*, (4), 187-195.

31   Keller, M. B., Lavori, P. B., Coryell, W. *et al* (1993) Bipolar I: a five year prospective follow-up.
32   *Journal of Nervous and Mental Disease*, 238-245.

33   Kendrick, T. (2000) Depression management clinics in general practice? Some aspects lend
34   themselves to the mini-clinic approach. *BMJ*, 527-528.

35   Kennedy, N., Boydell, J., van Os, J. *et al* (2004) Ethnic differences in first clinical presentation
36   of bipolar disorder: results from an epidemiological study. *Journal of Affective Disorders*, (2-3),
37   161-168.

38   Kent, L. S. W. & Laidlaw, J. D. D. (1995) Suspected congenital sertraline dependence. *British
39   Journal of Psychiatry*, 412–413.

CONFIDENTIAL
AZSER12779616

DRAFT FOR SECOND CONSULTATION

1   Kerr, I. B. & Taylor, D. (10-4-1997) Mental health emergencies. Caution is needed with rapid
2   tranquillisation protocol. *BMJ*, (7112), 885-

3   Kessing, L. V., Agerbo, E. & Mortensen, P. B. (2004) Major stressful life events and other risk
4   factors for first admission with mania.  *Bipolar Disorders*, (2), 122-129.

5   Kessing, L. V., Hansen, M. G., Andersen, P. K. *et al* (2004) The predictive effect of episodes on
6   the risk of recurrence in depressive and bipolar disorders - a life-long perspective. *Acta*
7   *psychiatrica Scandinavica*, (5), 339-344.

8   Kessing, L. V. (2005) Diagnostic stability in bipolar disorder in clinical practise as according to
9   ICD-10. *Journal of Affective Disorders*, (3), 293-299.

10  Kessing, L. V., Soudergard, L. & Kvist, K. (2005) Suicide risk in patients treated with lithium.
11  *Archives of General Psychiatry*, (8), 860-866.

12  Kilbourne, A. M., Cornelius, J. R., Han, X. *et al* (2004) Burden of general medical conditions
13  among individuals with bipolar disorder. *Bipolar Disorders*, (5), 368-373.

14  Kilbourne, A. M., Bauer, M. S., Williford, W. O. *et al* (2005) Clinical, PSychosocial and
15  treatment difference in minority patients with bipolar disorder. *Bipolar Disorders*, 89-97.

16  Kim, E. Y. & Miklowitz, D. J. (2004) Expressed emotion as a predictor of outcome among
17  bipolar patients undergoing family therapy. *Journal of Affective Disorders*, (3), 343-352.

18  Kinon, B. J., Basson, B. R., Gilmore, J. A. *et al* (2001) Long-term olanzapine treatment: weight
19  change and weight-related health factors in schizophrenia. *Journal of Clinical Psychiatry*, (2),
20  92-100.

21  Kleinman, N. L., Brook, R. A. & Rajagoplan, K. (2005) Lost time, absence costs, and reduced
22  productivity output for employees with bipolar disorder. *Journal of Occupational and*
23  *Environmental Health*, 1117-1124.

24  Kouba, S., Hallstrom, T., Lindholm, C. *et al* (2005) Pregnancy and neonatal outcomes in
25  women with eating disorders. *Obstetrics & Gynecology*, (2), 255-60.

26  Kramlinger, K. G. & Post, R. (1996) Ultra-rapid and ultradian cycling in bipolar affective
27  illness. *British Journal of Psychiatry*, (3), 314-323.

28  Kris, E. B. (1965) Day hospitals. *Current Therapeutic Research*, (320), 323-

29  Krishnan, K. R. (2005) Psychiatric and medical comorbidities of bipolar disorder.
30  *Psychosomatic Medicine*, (1), 1-8.

31  Kupfer, D. J., Frank, E., Grochocinski, V. J. *et al* (2005) African-American participants in a
32  bipolar disorder registry: clinical and treatment characteristics. *Bipolar Disorders*, (1), 82-88.

33  Kupka, R. W., Luckenbaugh, D. A., Post, R. *et al* (2003) Rapid and non-rapid cycling bipolar
34  disorder: a comparative study using daily prospective mood ratings in 539 outpatients.
35  *Bipolar Disorders*, (suppl 1), 62-

36  Kusumakar, V. (2002) Antidepressants and antipsychotics in the long-term treatment of
37  bipolar disorder. *Psychopharmacology Bulletin*, 409-427.

CONFIDENTIAL
AZSER12779617

DRAFT FOR SECOND CONSULTATION

Laine, K., Heikkinen, T., Ekblad, U. *et al* (2003) Effects of exposure to selective serotonin reuptake inhibitors during pregnancy on serotonergic symptoms in newborns and cord blood monoamine and prolactin concentrations. *Archives of General Psychiatry*, 72-726.

Lam, D. & Wong, G. (1997) Prodromes, coping strategies, insight and social functioning in bipolar affective disorders. *Psychological Medicine*, (5), 1091-1100.

Lam, D., Wong, G. & Sham, P. (2001) Prodromes, coping strategies and course of illness in bipolar affective disorders - a naturalistic study. *Psychological Medicine*, 1397-1402.

Lam, D. H. (2002) Psychotherapy for bipolar affective disorder. *Current Medical Literature*, 1-4.

Lam, D. H., Watkins, E. R., Hayward, P. *et al* (2003) A randomized controlled study of cognitive therapy for relapse prevention for bipolar affective disorder: outcome of the first year. *Archives of General Psychiatry*, 145-152.

Lambert, D., Middle, F., Hamshere, M. L. *et al* (2005) Stage 2 of the Wellcome Trust UK-Irish bipolar affective disorder sibling-pair genome screen: evidence for linkage on chromosomes 6q16-q21, 4q12-q21, 9p21, 10p14-p12 and 18q22. *Molecular Psychiatry*, (9), 831-841.

Lam, D. & Wong, G. (2005) Prodromes, Coping strategies and psychological intervention in bipolar disorders. *Clinical Psychology Review*,

Lammer, E. J., Sever, L. E. & Oakley, G. P. (1987) Teratogen update: Valproic acid. *Teratology*, (3), 465-473.

Leff, J., Fisher, M. & Bertelsen, A. (1976) A cross national epidemiological study of mania. *British Journal of Psychiatry*, 428-437.

Leff,J (2001) *The Unbalanced Mind*, New York: Columbia University Press.

Lehman, A. F., Goldberg, R., Dixon, L. B. *et al* (2002) Improving employment outcomes for persons with severe mental illnesses. *Archives of General Psychiatry*, (2), 165-172.

Leibenluft, E., Albert, P. S., Rosenthal, N. E. *et al* (1996) Relationship between sleep and mood in patients with rapid-cycling bipolar disorder. *Psychiatric Research*, (2-3), 161-168.

Leith,LM (1994). Foundations of exercise and mental health. Morgantown: Fitness Information Technology, p. 17-44.

Lembke, A., Miklowitz, D. J., Otto, M. W. *et al* (2004) Psychosocial service utilization by patients with bipolar disorders: data from the first 500 participants in the Systematic Treatment Enhancement Program. *Journal of Psychiatric Research*, 81-87.

Lepore, S. J. (1997) Expressive writing moderates the relation between intrusive thoughts and depressive symptoms. *Journal of Personality and Social Psychology*, (5), 1030-1037.

Leverich, G. S., McElroy, S. L., Suppes, T. *et al* (2002) Early physical and sexual abuse associated with an adverse course of bipolar illness. *Biological Psychiatry*, (4), 288-297.

Lewinsohn, PM, Hops, H, Roberts, RE *et al* (1993) Adolescent psychopathology: I. Prevalence and incidence of depression and other DSM-III-R disorders in high school students. *Journal of Abnormal Psychology*, 102 (1):133-44.

Lewinsohn, PM, Seeley, JR, & Klein, DN (2003) Bipolar disorders during adolescence. *Acta psychiatrica Scandinavica*, 418:47-50.

CONFIDENTIAL
AZSER12779618

DRAFT FOR SECOND CONSULTATION

1  Lewinsohn, P. M., Klein, D. N. & Seeley, J. R. (1995) Bipolar disorders in a community sample
2  of older adolescents: prevalence, phenomenology, comorbidity, and course. *Journal of*
3  *American Academy of Child and Adolescent Psychiatry*, (4), 454-463.

4  Lieberman, J. A., Stroup, T. S., Mcevoy, J. P. *et al* (2005) Effectiveness of antipsychotic drugs in
5  patients with chronic schizophrenia. *New England Journal of Medicine*, (12), 1209-

6  Li, J., McCombs, J. S. & Stimmel, G. (2002) Cost of treating bipolar disorder in the California
7  Medicaid (Medi- Cal) program. *Journal of Affective Disorders*, (1-3), 131-139.

8  Lindhout, D. & Schmidt, D. (1986) In-utero exposure to valproate and neural tube defects.
9  *Lancet*, (1(8494)), 1392-1393.

10  Lloyd, A. J., Harrison, C. L., Ferrier, I. N. *et al* (2003) The pharmacological treatment of bipolar
11  affective disorder: practice is improving but could still be better. *Journal of Psychopharmacology*,
12  (2), 230-233.

13  Lloyd, T., Kennedy, N., Fearon, P. *et al* (2005) Incidence of bipolar affective disorder in three
14  UK cities: results from the AESOP study. *British Journal of Psychiatry*, 126-131.

15  Loebel, A. D., Lieberman, J. A., Alvir, J. M. *et al* (1992) Duration of psychosis and outcome in
16  first-episode schizophrenia. *American Journal of Psychiatry*, (9), 1183-1188.

17  Lyon, H. M., Startup, M. & Bentall, R. P. (1999) Social cognition and the manic defense:
18  attributions, selective attention, and self-schema in bipolar affective disorder. *Journal of*
19  *Abnormal Psychology*, (2), 273-282.

20  Mackin,P & Young,AH (1994). Bipolar Disorders. In: Wright, P, Stern, J, Phelan, M, editors.
21  *Core Psychiatry* Saunders, p. 295-315.

22  Mackin, P. & Young, A. H. (2004) Rapid cycling bipolar disorder: historical overview and
23  focus on emerging treatments. *Bipolar Disorders*, (6), 523-529.

24  Mackin, P., Watkinson, H. M. & Young, A. H. (2005) Prevalence of obesity, glucose
25  homeostasis disorders and metabolic syndrome in psychiatric patients taking typical or
26  atypical antipsychotic drugs: a cross-sectional study. *Diabetologia*, (2), 215-221.

27  Macritchie,K & Young,AH (2004). Adverse syndromes associated with lithium. In: Haddad,
28  P, Dursun, S, Deakin, B, editors. *In Adverse syndromes and psychiatric drugs: a clinical guide*
29  Oxford: Oxford University Press.

30  Magg, R. (1963) Treatment of manic illness with lithium carbonate. *British Journal of*
31  *Psychiatry*, 56-65.

32  Maj, M., Maliano, L., Pirozzi, R. *et al* (1994) Validity of rapid cycling as a course specifier for
33  bipolar disorder. *American Journal of Psychiatry*, (7), 1015-1019.

34  Maj, M., Pirozzi, R., Formicola, A. M. *et al* (1999) Reliability and validity of four alternative
35  definitions of rapid-cycling bipolar disorder. *American Journal of Psychiatry*, (9), 1421-1424.

36  Malkoff-Schwartz, S., Frank, E., Anderson, B. P. *et al* (2000) Social rhythm disruption and
37  stressful life events in the onset of bipolar and unipolar episodes. *Psychological Medicine*, (5),
38  1005-1016.

CONFIDENTIAL
AZSER12779619

DRAFT FOR SECOND CONSULTATION

1  Malkoff-Schwartz, S., Frank, E., Anderson, B. *et al* (1998) Stressful life events and social
2  rhythm disruption in the onset of manic and depressive bipolar episodes: a preliminary
3  investigation. *Archives of General Psychiatry*, (8), 702-707.

4  Manic Depression Fellowship (2001) Users survey of experiences of health services.

5  Manning, J. S., Haykal, R. F., Connor, P. D. *et al* (1997) On the nature of depressive and
6  anxious states in a family practice setting: the high prevalence of bipolar II and related
7  disorders in a cohort followed longitudinally. *Comprehensive Psychiatry*, 102-108.

8  Mannion, L., Sloan, D. & Connolly, L. (1997) Rapid tranquillisation: are we getting it right?
9  *Psychiatric Bulletin*, 411-413.

10  Mantere, O., Suminen, K., Leppamaki, S. *et al* (2004) The clinical characteristics of DSM-IV
11  bipolar I and II disorders: baseline findings from the Jorvi Bipolar Study (JoBS). *Bipolar*
12  *Disorders*, (5), 395-405.

13  Marshall, M. & Lockwood, A. (1998) Assertive community treatment for people with severe
14  mental disorders. *The Cochrane Database of Systematic Reviews*,

15  Marshall, M., Crowther, R., Almaraz-Serrano, A. *et al* (2001) Systematic reviews of the
16  effectiveness of day care for people with severe mental disorders: (1) Acute day hospital
17  versus admission;(2) Vocational rehabilitation; (3) Day hospital versus outpatient care. *Health*
18  *Technology Assessment 2001*,

19  Marshall, M., Gray, A., Lockwood, A. *et al* (2002) Case management for people with severe
20  mental disorders. *Cochrane Database Systematic Reviews*,

21  Marshall, M. & Lockwood, A. (2003) Early Intervention for psychosis. *Cochrane Database*
22  *Systematic Reviews*, (CD004718),

23  Martin, A., Young, C., Leckman, J. F. *et al* (2004) Age effects on antidepressant-induced manic
24  conversion. *Archives of Pediatrics & Adolescent Medicine*, (8), 773-780.

25  Masterton, G., Warner, M. & Roxburgh, B. (1988) Supervising lithium. A comparison of a
26  lithium clinic, psychiatric out-patient clinics, and general practice. *British Journal of Psychiatry*,
27  535-538.

28  Mbaya, P., Creed, F. & Tomenson, B. (1998) The different uses of day hospitals. *Acta*
29  *psychiatrica Scandinavica*, (4), 283-287.

30  McCrone, P., Johnson, S., Nolan, F. *et al)* Impact of a Crisis Resolution Team on Service Costs.

31  McDonald, C., Bullmore, E. T., Sham, P. C. *et al* (2004) Association of genetic risks for
32  schizophrenia and bipolar disorder with specific and generic brain structural
33  endophenotypes. *Archives of General Psychiatry*, (10), 974-984.

34  McElroy, S. L., Altshuler, L. L., Suppes, T. *et al* (2001) Axis I psychiatric comorbidity and its
35  relationship to historical illness variables in 288 patients with bipolar disorder. *American*
36  *Journal of Psychiatry*, (3), 420-426.

37  McElroy, S. L., Frye, M. A., Suppes, T. *et al* (2002) Correlates of overweight and obesity in 644
38  patients with bipolar disorder. *Journal of Clinical Psychiatry*, (3), 207-213.

39  McGorry, P. D., Edwards, J., Mihalopoulos, C. *et al* (1996) EPPIC: an evolving system of early
40  detection and optimal management. *Schizophrenia Bulletin*, (2), 305-326.

CONFIDENTIAL
AZSER12779620

DRAFT FOR SECOND CONSULTATION

1   McGorry, P. D., Yung, A. R., Phillips, L. J. *et al* (2002) Randomized controlled trial of
2   interventions designed to reduce the risk of progression to first-episode psychosis in a clinical
3   sample with subthreshold symptoms. *Archives of General Psychiatry*, (10), 921-928.

4   McGrew, J. H., Bond, G. R., Dietzen, L. *et al* (1994) Meprogram modelasuring the fidelity of
5   implementation of a mental health. *Journal of Consulting and Clinical Psychology*, 670-678.

6   McGrew, J. H. & Bond, G. R. (1995) Critical ingredients of assertive community treatment:
7   Judgments of the experts. *Journal of Mental Health Administration*, 113-125.

8   McGuffin, P. & Katz, R. (1989) The genetics of depression and manic-depressive disorder.
9   *British Journal of Psychiatry*, 294-304.

10  McGuffin, P., Rijsdijk, F., Andrew, M. *et al* (2003) The heritability of bipolar affective disorder
11  and the genetic relationship to unipolar depression. *Archives of General Psychiatry*, (5), 497-502.

12  McIntyre, R. S., Mancini, D. C. & McCann, S. (2003) Valproate, bipolar disorder and
13  polycystic ovarian syndrome. *Bipolar Disorder*, 28-35.

14  McQueen, M. B., Devlin, B., Faraone, S. V. *et al* (2005) Combined analysis from eleven linkage
15  studies of bipolar disorder provides strong evidence of susceptibility Loci on chromosomes
16  6q and 8q. *American Journal of Human Genetics*, (4), 582-595.

17  MDF (2004) Manic Depression Fellowship (2004) Membership survey: 'Making your views
18  count' (part one). *Pendulum: The Journal of the Manic Depression Fellowship*, (1), 12-13.

19  Mendelson, W. B. (1992) Clinical distinctions between long-acting and short-acting
20  benzodiazepines. *Journal of Clinical Psychiatry*, 7-9.

21  Department of Health (1983) Mental Health Act 1983.

22  Menza, M., Vreeland, B., Minsky, S. *et al* (2004) Managing atypical antipsychotic-associated
23  weight gain: 12-month data on a multimodal weight control program. *Journal of Clinical
24  Psychiatry*, (4), 471-477.

25  Merson, S., Tyrer, P., Onyett, S. *et al* (1992) Early intervention in psychiatric emergencies: a
26  controlled clinical trial. *Lancet*, (8805), 1311-1314.

27  Messenheimer, J., Mullens, E. L., Gorgi, L. *et al* (1998) Safety review of adult clinical trial
28  experience with lamotrigine. *Drug Safety*, (4), 281-296.

29  Michaelis, B. H., Goldberg, J. F., Davis, G. P. *et al* (2004) Dimensions of impulsivity and
30  aggression associated with suicide attempts among bipolar patients: a preliminary study.
31  *Suicide and Life Threatening Behavior*, (2), 172-176.

32  Mikkonen, K., Vainionpaa, L. & Pakarinen, A. J. (2004) Long-term reproductive endocrine
33  health in young women with epilepsy during puberty. *Neurology*, (62 (3)), 445-450.

34  Miklowitz, D. J., Goldstein, M. J., Nuechterlein, K. H. *et al* (1988) Family factors and the
35  course of bipolar affective disorder. *Archives of General Psychiatry*, (3), 225-231.

36  Miklowitz, D. J., Simoneau, T. L., George, E. L. *et al* (2000) Family-focused treatment of
37  bipolar disorder: 1-year effects of a psychoeducational program in conjunction with
38  pharmacotherapy. *Biological Psychiatry*, 582-592.

CONFIDENTIAL
AZSER12779621

DRAFT FOR SECOND CONSULTATION

Miklowitz, D. J., George, E. L., Richards, J. A. *et al* (2003) A randomized study of family-focused psychoeducation and pharmacotherapy in the outpatient management of bipolar disorder. *Archives of General Psychiatry*, (9), 904-912.

Miklowitz, D. J., Wisniewski, S. R., Miyahara, S. *et al* (2005) Perceived criticism from family members as a predictor of the one-year course of bipolar disorder. *Psychiatry Research*, (2-3), 101-111.

Millar, A., Espie, C. A. & Scott, J. (2004) The sleep of remitted bipolar outpatients: a controlled naturalistic study using actigraphy. *Journal of Affective Disorders*, (2-3), 145-153.

Mitchell, L. & Romans, S. (2003) Spiritual beliefs in bipolar affective disorder: their relevance for illness management. *Journal of Affective Disorders*, (3), 247-257.

Mitchell, P. B. & Malhi, G. S. (2004) Bipolar depression: phenomenological overview and clinical characteristics. *Bipolar Disorders*, 530-539.

Moller, H. J. & Grunze, H. (2000) Have some guidelines for the treatment of acute bipolar depression gone too far in the restriction of antidepressants? *European Archives of Psychiatry and Clinical Neuroscience*, (2), 57-68.

Molnar, G., Feeney, M. G. & Fava, G. A. (1988) Duration and symptoms of bipolar prodromes. *American Journal of Psychiatry*, (12), 1576-1578.

Moore, P. B., Shepherd, D. J., Eccleston, D. *et al* (2001) Cerebral white matter lesions in bipolar affective disorder: relationship to outcome. *British Journal of Psychiatry*, 172-176.

Morriss, R., Marshall, M. & Harris, A. (2002) Bipolar affective disorder – left out in the cold. *BMJ*, 61-62.

Morriss,RK (2003). Problems of initial management. In: Morriss, RK, editors. *Managing Acute Mania* London: Science Press.

Morriss, R. (2004) The early warning symptom intervention for patients with bipolar disorder. *Advances in Psychiatric Treatment*, 18-26.

Morriss, R., Scott, J., Paykel, E. *et al* (2005) The role of mood and other clinical factors on social adjustment based on reported behaviour in recently ill patients with bipolar affective disorder. *Submitted*,

Morselli, P. L. (2000) Present and future role of Mental Illness Advocacy Associations in the management of the mentally ill: realities, needs and hopes at the edge of the third millennium. *Bipolar Disorders*, (3 Pt 2), 294-300.

Morselli, P. L., Elgie, R. & GAMIAN-Europe (2003) GAMIAN-Europe/BEAM survey I: global analysis of a patient questionnaire circulated to 3450 members of 12 European advocacy groups operating in the field of mood disorders. *Bipolar Disorder*, 265-278.

Morselli, P. L., Elgie, R. & Cesana, B. M. (2004) GAMIAN-Europe/BEAM survey II: cross-national analysis of unemployment, family history, treatment satisfaction and impact of the bipolar disorder on life style. *Bipolar Disorders*, (6), 487-497.

Mueser, K. T., Clark, R. E., Haines, M. *et al* (2001) he Hartford study of supported employment for persons with severe mental illness. *Journal of Consulting and Clinical Psychology*, (3), 479-490.

CONFIDENTIAL
AZSER12779622

DRAFT FOR SECOND CONSULTATION

1   Muller, B. (2002) Bipolar disorder. *Lancet*, (9302), 241-247.

2   Muller-Oelinghausen, B., Felber, W. & Berghofer, A. (2005) The impact of lithium long-term
3   medication on suicidal behaviour and mortality of bipolar patients. *Archives of Suicide*
4   *Research*, 307-319.

5   Murray,CJL & Lopez,ADe (1996) *The Global Burden of Disease: a comprehensive assessment of*
6   *mortality and disability from diseases, injuries, and risk factors in 1990 and projected to 2020.*
7   Cambridge, Mass, Harvard School of Public Health on behalf of the World Health
8   Organization and the World Bank.

9   Mynors-Wallis, L. M., Gath, D. H. & Baker, F. (2000) Randomised controlled trial and cost
10  analysis of problems solving treatment for emotional disorders given by community nurses in
11  primart care. *BMJ*, (7226), 26-30.

12  National Collaborating Centre for Mental Health (2002) *Schizophrenia: Core interventions in the*
13  *treatment and management of schizophrenia in primary and secondary care*, London: Gaskell.

14  National Collaborating Centre for Mental Health (2005) *Depression: Management of depression*
15  *in primary and secondary care*, London: The British Psychological Society.

16  Nemeroff, C. B. (2000) An ever-increasing pharmacopoeia for the management of patients
17  with bipolar disorder. *Journal of Clinical Psychiatry*, 19-25.

18  NEPP (2002) National Early Psychosis Project. *http://www.earlypsychosis.org*,

19  NHS Health Advisory Service (1995) *Child and Adolescent Mental Health Services: Together We*
20  *Stand: the Commissioning, Role and Management of Child and Adolescent Mental Health Services.*

21  NICE (2002) Treatment and management of schizophrenia in primary and secondary care.

22  National Institute for Clinical Excellence (NICE) (2003) Guidence on the use of
23  Electroconvulsive Therapy. *Technology Appraisal*,

24  NICE (2004) Treatment and management of depression in primary and secondary care.

25  National Institute for Clinical Excellence (NICE) (2004) Depression: *Management of depression*
26  *in primary and secondary care, Clinical Guideline No. 23.*

27  National Institute for Clinical Excellence (NICE) (2004) *Eating disorders: Core interventions in*
28  *the treatment and management of anorexia nervosa, bulimia nervosa and related eating disorders,*
29  *Clinical Guideline No. 9.*

30  (2004) *Guide to the Methods of Technology Appraisal*, London: NICE.

31  National Institute for Clinical Excellence (NICE) (2005) *Anxiety: Management of anxiety (panic*
32  *disorder, with or without agoraphobia, and generalised anxiety disorder) in adults in primary,*
33  *secondary and community care, Clinical Guideline No. 22.* (London),

34  National Institute for Clinical Excellence (NICE) (2005) *Post-traumatic stress disorder: The*
35  *management of PTSD in adults and children in primary and secondary care, Clinical Guideline No.*
36  *26.*

37  National Institute for Clinical Excellence (NICE) (2005) Long-acting reversible contraception.

CONFIDENTIAL
AZSER12779623

DRAFT FOR SECOND CONSULTATION

Nierenberg, A. A., Burt, T., Matthews, J. *et al* (1999) Mania associated with St. John's wort. *Biological Psychiatry*, (12), 1707-1708.

Nolan, P., Murray, E. & Dallender, J. (1999) Practice nurses' perceptions of services for clients with psychological problems in primary care. *International Journal of Nursing Studies*, (2), 97-104.

Nulman, I., Rovet, J., Stewart, D. E. *et al* (2002) Child development following exposure to tricyclic antidepressants or fluoxetine throughout fetal life: a prospective, controlled study. *American Journal of Psychiatry*, (11), 1889-1895.

Office for National Statistics, General Register Office for Scotland & Northern Ireland Statistics and Research Agency. (2002) Death rates from suicide: by gender and age, 1974-2000: Social Trends 32. *http://www.statistics.gov.uk/statbase/ssdataset.asp?vlnk=5228&Pos=1&ColRank=1&Rank=192*,

Ogilvie, A. D., Morant, N. & Goodwin, G. M. (2005) The burden of informal caregivers of people with bipolar disorder. *Bipolar Disorder*, (suppl 1), 25-32.

O'Hara, M. W. & Swain, A. M. (1996) Rates and risk of postpartum depression - A meta-analysis. *International Review of Psychiatry*, (1), 37-54.

O'Herlihy, A., Worrall, A., Lelliott, P. *et al* (2003) Distribution and characteristics of in-patient child and adolescent mental health services in England and Wales. *British Journal of Psychiatry*, 547-551.

Oinonen, K. A. & Mazmanian, D. (2002) To what extent do oral contraceptives influence mood and affect? *Journal of Affective Disorders*, (3), 229-240.

Olié, J. P. & Lévy, E. (2002) Manic episodes: The direct cost of a three-month period following hospitalisation. *European psychiatry*, (5), 278-286.

Omtzigt, J. G., Nau, H., Los, F. J. *et al* (1992) The disposition of valproate and its metabolites in the late first trimester and early second trimester of pregnancy in maternal serum, urine, and amniotic fluid: effect of dose, co-medication, and the presence of spina bifida. *European Journal of Clinical Pharacology*, (4), 381-388.

Osby, U., Brandt, L., Correia, N. *et al* (2001) Excess mortality in bipolar and unipolar disorder in Sweden. *Archives of General Psychiatry*, (9), 844-850.

Osser, D. N. & Sigadel, R. (2001) Short-term in-patient pharmacotherapy of schizophrenia. *Harvard Review of Psychiatry*, 89-104.

Otto, M. W., Perlman, C. A., Wernicke, R. *et al* (2004) Posttraumatic stress disorder in patients with bipolar disorder: a review of prevalence, correlates, and treatment strategies. *Bipolar Disorders*, (6), 470-479.

Ozer, S., Ulusahin, A., Batur, S. *et al* (2002) Outcome measures of interepisode bipolar patients in a Turkish sample. *Social Psychiatry and Psychiatric Epidemiology*, (1), 31-7.

Palmer, A & Scott, J (2003). Self-Management and the "Expert Patient". In: Power, M, editors. *Bipolar Disorders: A Scientific Handbook*.

Papageorgiou, A., King, M., Janmohamed, A. *et al* (2002) Advance directives for patients compulsorily admitted to hospital with serious mental illness. Randomised controlled trial. *British Journal of Psychiatry*, 513-519.

CONFIDENTIAL
AZSER12779624

DRAFT FOR SECOND CONSULTATION

Patton, S. W., Misri, S., Corral, M. R. *et al* (2002) Antipsychotic medication during pregnancy and lactation in women with schizophrenia: evaluating the risk. *Canadian Journal of Psychiatry*, (10), 959-965.

Paykel, E. S., Abbott, R., Morriss, R. *et al* (2005) Subsyndromal and syndromal symptoms in the longitudinal course of bipolar disorder. *British Journal of Psychiatry*,

American Academy of Pediatrics Committee on Drugs (2002) American Academy of Pediatrics Committee on Drugs: Use of psychoactive medication during pregnancy and possible effects on the fetus and newborn. *Pediatrics*, 880-887.

Peele, P. B., Scholle, S. H., Kelleher, K. J. *et al* (1998) Datapoints: Costs of employee behavioral health care by diagnosis. *Psychiatric services*, (12), 1549,ISSN-2730.

Peele, PB, Xu, Y, & Kupfer, DJ (2003) Insurance Expenditures on Bipolar Disorder: Clinical and Parity Implications. *American Journal of Psychiatry*, 160 (7):1286-90.

Peet, M. & Harvey, N. S. (1991) Lithium maintenance: 1. A standard education programme for patients. *British Journal of Psychiatry*, 197-200.

Peet, M. (1994) Induction of mania with selective serotonin re-uptake inhibitors and tricyclic antidepressants. *British Journal of Psychiatry*, (4), 549-550.

Perlick, D, Clarkin, JF, Sirey, J *et al* (1999) Burden experienced by care-givers of persons with bipolar affective disorder. *British Journal of Psychiatry*, 175 p. 56-62 United Kingdom: Royal College of Psychiatrists http:\\www.rcpsych.ac.uk ISSN: 0007-1250 (Print).:56-62.

Perlick, D. A., Hohenstein, J. M., Clarkin, J. F. *et al* (2005) Use of mental health and primary care services by caregivers of patients with bipolar disorder: a preliminary study. *Bipolar Disorders*, (2), 126-135.

Perris, C. (1966) A study of bipolar (manic-depressive) and unipolar recurrent depressive psychoses. *Acta psychiatrica Scandinavica*, (suppl), 9-14.

Perry, A., Tarrier, N., Morriss, R. *et al* (1999) Randomised controlled trial of efficacy of teaching patients with bipolar disorder to identify early symptoms of relapse and obtain treatment. *BMJ*, 149-153.

Perugi, G., Toni, C., Frare, F. *et al* (2002) Obsessive-compulsive-bipolar comorbidity: a systematic exploration of clinical features and treatment outcome. *Journal of Clinical Psychiatry*, (12), 1129-1134.

Pierides, M. (1994) Mental health services in Cyprus. *Psychiatric Bulletin*, (425), 427-

Pini, S., de Queiroz, V., Pagnin, D. *et al* (2005) Prevalence and burden of bipolar disorders in European countries. *European Neuropsychopharmacology*, (15), 4-425.

Post, R. M., Rubinow, D. R. & Ballenger, J. C. (1986) Conditioning and sensitisation in the longitudinal course of affective illness. *British Journal of Psychiatry*, 191-201.

Post, R., Denicoff, K. & Leverich, G. (2003) Morbidity in 258 bipolar outpatients followed for 1 year with daily prospective ratings on the NIMH life chart method. *Journal of Clinical Psychiatry*, (6), 680-690.

Potash, J. B., Kane, H. S., Chiu, Y. F. *et al* (2000) Attempted Suicide and Alcoholism in Bipolar Disorder: Clinical and Familial Relationships. *American Journal of Psychiatry*, (12), 2048-2050.

CONFIDENTIAL
AZSER12779625

DRAFT FOR SECOND CONSULTATION

Power, P., Elkins, K., Adlard, S. *et al* (1998) Analysis of the initial treatment phase in first-episode psychosis. *British Journal of Psychiatry*, 71-76.

Prien, R. F. & Potter, W. Z. (1990) NIMH workshop report on treatment of bipolar disorder. *Psychopharmacology Bulletin*, 409-427.

Quanbeck, C. D., Stone, D. C., Scott, C. L. *et al* (2004) Clinical and legal correlates of inmates with bipolar disorder at time of criminal arrest. *Journal of Clinical Psychiatry*, (2), 198-203.

Rasgon, N. L. (2004) The relationship between polycystic ovary syndrome and antiepileptic drugs: a review of the evidence. *Journal of Clinical Psychopharmacology*, (3), 322-334.

Rasgon, N. L., Altshuler, L. & Fairbanks, L. (2005) Reproductive function and risk for PCOS in women treated for bipolar disorder. *Bipolar Disorder*, (3), 246-259.

Rea, M. M., Tompson, M. C., Miklowitz, D. J. *et al* (2003) Family-focused treatment versus individual treatment for bipolar disorder: results of a randomized clinical trial. *Journal of Consulting and Clinical Psychology*, (3), 482-492.

Reilly-Harrington, N. A., Alloy, L. B., Fresco, D. M. *et al* (1999) Cognitive styles and life events interact to predict bipolar and unipolar symptomatology. *Journal of Abnormal Psychology*, (4), 567-578.

Revicki, D. A. & Wood, M. (1998) Patient-assigned health state utilities for depression-related outcomes: differences by depression severity and antidepressant medications. *Journal of Affective Disorders*, (1), 25-36.

Revicki, D. A., Hanlon, J., Martin, S. *et al* (2005) Patient-based utilities for bipolar disorder-related health states. *Journal of Affective Disorders*, (2-3), 203-210.

Rihmer, Z., Barsi, J., Arato, M. *et al* (1990) Suicide in subtypes of primary major depression. *Journal of Affective Disorders*, (3), 221-225.

Riemann, D, Voderholzer, U, & Berger, M (2002) Sleep and sleep-wake manipulations in bipolar depression. *Neuropsychobiology*, 45 Suppl 1:7-12.

Rihmer, Z. & Kiss, K. (2002) Bipolar disorders and suicidal behaviour. *Bipolar Disorders*, (suppl 1), 21-25.

Robertson, E., Jones, I., Haque, S. *et al* (2005) Risk of puerperal and non-puerperal recurrence of illness following bipolar affective puerperal (post-partum) psychosis. *British Journal of Psychiatry*, 258-259.

Hakkaart-van Roijen, L., Hoejenbos, M. B., Regeer, E. J. *et al* (2004) The societal costs and quality of life of patients suffering from bipolar disorder in the Netherlands. *Acta psychiatrica Scandinavica*, (5), 383-392.

Royal College of Psychiatrists (1997) The Association Between Antipsychotic Drugs and Sudden Death. Council Report 57.

Royal College of Psychiatrists (1998) Management of imminent violence: clinical practice guidelines to support mental health services. *Occasional Paper OP41*,

Runge, C. & Grunze, H. (2004) Annual costs of bipolar disorders in Germany. *Der Nervenarzt*, (9), 896-903.

CONFIDENTIAL
AZSER12779626

DRAFT FOR SECOND CONSULTATION

1   Russell, S. J. & Browne, J. L. (2005) Staying well with bipolar disorder. *Australia and New*
2   *Zealand Journal of Psychiatry*, 187-193.

3   Rybakowski, J. K. & Twanrdowska, K. (1999) The dexamethasone/corticotropin-releasing
4   hormone test in depression in bipolar and unipolar affective illness. *Journal of Psychiatric*
5   *Research*, (5), 363-370.

6   Sachs, G. S., Grossman, F., Ghaemi, S. N. *et al* (2002) Combination of a mood stabilizer with
7   risperidone or haloperidol for treatment of acute mania: a double-blind, placebo-controlled
8   comparison of efficacy and safety. *American Journal of Psychiatry*, (7), 1146-1154.

9   Sanderson, K., Andrews, G., Corry, J. *et al* (2003) Reducing the burden of affective disorders:
10  Is evidence-based health care affordable? *Journal of Affective Disorders*, (2), 109-125.

11  Scharer, L. O., Hartweg, V., Hoern, M. *et al* (2002) Electronic diary for bipolar patients.
12  *Neuropsychobiology*, 10-2.

13  Schneck, C. D., Miklowitz, D. J., Calabrese, J. *et al* (2004) Phenomenology of rapid-cycling
14  bipolar disorder: Data from the first 500 participants in the Systematic Treatment
15  Enhancement Program. *American Journal of Psychiatry*, (10), 1902-1908.

16  Schou, M., Juel-Nielsen, N., Stromgren, E. *et al* (1954) The treatment of manic psychoses by
17  the administration of lithium salts. *Journal of Neurosurgery and Psychiatry*, (4), 25-260.

18  Schulberg, H. C., Block, M. R., Madonia, M. J. *et al* (1996) Treating major depression in
19  primary care practice. Eight-month clinical outcomes. *Archives of General Psychiatry*, (10), 913-
20  919.

21  Scialli, A. R. (2005) Counseling. *Reprotox in a Nutshell*,

22  Sclare, P. & Creed, F. (1990) Life events and the onset of mania. *British Journal of Psychiatry*,
23  (508), 514-

24  Schmider, J., Lammers, C. H., Gotthardt, U. *et al* (1995) Combined
25  dexamethasone/corticotropin-releasing hormone test in acute and remitted manic patients, in
26  acute depression, and in normal controls: I. *Biological Psychiatry*, (12), 797-802.

27  Scott, J., Garland, A. & Moorhead, S. (2001) A pilot study of cognitive therapy in bipolar
28  disorders. *Psychological Medicine* , (3), 459-467.

29  Shapiro, S., Hartz, S. C., Siskind, V. *et al* (1976) Anticonvulsants and parental epilepsy in the
30  development of birth defects. *Lancet*, (7954), 272-275.

31  Shepherd, G. & Hill, R. G. (1996) Manic depression: Do people receive adequate support?
32  *Nursing Times*, 42-44.

33  Shepherd, G., Murray A. & Muijen, M. (1994) Relative values: the different views of
34  users,family carers and professionals on services for people with schizophrenia.

35  Shi, L., Thiebaud, P. & McCombs, J. S. (11-1-2004) The impact of unrecognized bipolar
36  disorders for patients treated for depression with antidepressants in the fee-for-services
37  California Medicaid (Medi-Cal) program. *Journal of Affective Disorders*, (3), 373-383.

38  Simon, G. E. & Unutzer, J. (1999) Health care utilization and costs among patients treated for
39  bipolar disorder in an insured population. *Psychiatric services*, (10), 1303-1308.

CONFIDENTIAL
AZSER12779627

DRAFT FOR SECOND CONSULTATION

1   Simon, G. E., von Korff, M., Rutter, C. *et al* (2000) Randomised trial of monitoring, feedback,
2   and management of care by telephone to improve treatment of depression in primary care.
3   *BMJ*, (7234), 550-554.

4   Simon, G. E., Ludman, E., Unutzer, J. *et al* (2002) Design and implementation of a randomized
5   trial evaluating systematic care for bipolar disorder. *Bipolar Disorders*, (4), 226-236.

6   Simon, G. E., Ludman, E. J., Unutzer, J. *et al* (2005) Randomized trial of a population-based
7   care program for people with bipolar disorder. *Psychological Medicine*, (1), 13-24.

8   Simpson, D. & Anderson, I. (1996) Rapid tranquillisation: a questionnaire survey of practice.
9   *Psychiatric Bulletin*, 149-152.

10  Slade, M., Rosen, A. & Shankar, R. (1995) Multidisciplinary mental health teams. *International
11  Journal of Social Psychiatry*, (3), 180-189.

12  Sledge, W. H., Tebes, J., Wolff, N. *et al* (1996) Day hospital/crisis respite care versus inpatient
13  care, Part II: Service utilization and costs. *American Journal of Psychiatry*, (8), 1074-1083.

14  Smith, J. A. & Tarrier, N. (1992) Prodromal symptoms in manic depressive psychosis. *Social
15  Psychiatry & Psychiatric Epidemiology*, (5), 245-248.

16  Smith, D. J., Harrison, N., Muir, W. *et al* (2005) The high prevalence of bipolar spectrum
17  disorders in young adults with recurrent depression: toward an innovative diagnostic
18  framework. *Journal of Affective Disorders*, 167-178.

19  Sokero, T. P., Melartin, T. K., Rytsala, H. J. *et al* (2003) Suicidal ideation and attempts among
20  psychiatric patients with major depressive disorder. *Journal of Clinical Psychiatry*, (9), 1094-
21  1100.

22  Spina, E., Pisani, F. & Perucca, E. (1996) Clinically significant phramacokinetic drug
23  interactions with carbamazepine: an update. *Clinical Pharmacokinetics*, 198-214.

24  Sproule, B. A., Hardy, B. G. & Shulman, K. I. (2000) Differential pharmacokinetics of lithium
25  in elderly patients. *Drugs and Aging*, (3), 165-177.

26  Stein, L. I. & Test, M. A. (1980) Alternative to mental hospital treatment. I. Conceptual model,
27  treatment program, and clinical evaluation. *Archives of General Psychiatry*, (4), 392-397.

28  Stender, M., Bryant-Comstock, L. & Phillips, S (2002) Medical resource use among patients
29  treated for bipolar disorder: a retrospective, cross-sectional, descriptive analysis. *Clinical
30  therapeutics*, (10), 1668-1676.

31  Stokes, P. E., Shamoian, C. A., Stoll, P. M. *et al* (1971) Efficacy of lithium as acute treatment of
32  manic-depressive illness. *Lancet*, (1 (7713)), 1319-1325.

33  Stoll, A. L., Severus, W. E. & Freeman, M. P. (1999) Omega 3 fatty acids in bipolar disorder: a
34  preliminary double-blind, placebo-controlled trial. *Archives of General Psychiatry*, 407–412.

35  Strober, M. & Carlson, G. (1982) Bipolar illness in adolescents with major depression: clinical,
36  genetic, and psychopharmacologic predictors in a three- to four-year prospective follow-up
37  investigation. *Archives of General Psychiatry*, (5), 549-555.

38  Strudsholm, U., Johannessen, L., Foldager, L. *et al* (2005) Increased risk for pulmonary
39  embolism in patients with bipolar disorder. *Bipolar Disorders*, (1), 77-81.

CONFIDENTIAL
AZSER12779628

DRAFT FOR SECOND CONSULTATION

1   Su, K. P. & Hunag, S. Y. Chiu C. C. (2003) Omega-3 fatty acids in major depressive disorder.
2   A preliminary double-blind, placebo-controlled trial. *European Neuropsychopharmacology*, 267-
3   271.

4   Suppes, T., Rush, A. J., Dennehy, E. B. *et al* (2003) Texas Medication Algorithm Project, phase
5   3 (TMAP-3): clinical results for patients with a history of mania. *Journal of Clinical Psychiatry*,
6   (4), 370-382.

7   Swann, A. C., Dougherty, D. M., Pazzaglia, P. J. *et al* (2004) Impulsivity: a link between
8   bipolar disorder and substance abuse. *Bipolar Disorders*, 204-212.

9   Szadoczky, E., Papp, Z., Vitrai, J. *et al* (1998) The prevalence of major depressive and bipolar
10  disorders in Hungary. Results from a national epidemiologic survey. *Journal of Affective*
11  *Disorders*, (2-3), 153-162.

12  ten Have, M., Vollebergh, W., Bijl, R. *et al* (2002) Bipolar disorder in the general population in
13  the Netherlands (prevalence, consequences and care utilisation): results from the Netherlands
14  Mental Health Survey and incidence Study (NEMESIS). *Journal of Affective Disorders*, 203-213.

15  Theis-Flechtner, K., Muller-Oelinghausen, B. & Seibert, W. (1996) Effect of prophylactic
16  treatment on suicide risk in patients with major affective disorders. Data from a randomized
17  prospective trial. *Pharmacopsychiatry*, (3), 103-107.

18  Thompson, K. S., Griffith, E. E. & Leaf, P. J. (1990) A historical review of the Madison model
19  of community care. *Hospital and Community Psychiatry*, (6), 625-634.

20  Thompson, KN, Conus, PO, Ward, JL *et al* (2003) The initial prodrome to bipolar affective
21  disorder: prospective case studies. *Journal of Affective Disorders*, 77 (1):79-85.

22  Thompson, J. M., Gallagher, P., Hughes, J. H. *et al* (2005) Neurocognitive impairment in
23  euthymic patients with bipolar affective disorder. *British Journal of Psychiatry*, 32-40.

24  Thoren, P., Floras, J. S. & Hoffmann, P. (1990) Endorphins and exercise:Physiological
25  mechanisms and clinical implications. *Medical Science, Sports and Exercise*, (4), 417-428.

26  Tohen, M., Waternaux, C. M. & Tsuang, M. T. (1990) Outcome in Mania.  A 4-year prospective
27  follow-up of 75 patients utilizing survival analysis. *Archives of General Psychiatry*, (12), 1106-
28  1111.

29  Tohen, M., Shulman, K. I. & Satlin, A. (1994) First-episode mania in late life. *American Journal*
30  *of Psychiatry*, (1), 130-132.

31  Tondo, L., Hennen, J. & Baldessarini, R. J. (2001) Lower suicide risk with long-term lithium
32  treatment in major affective illness: a meta-analysis. *Acta psychiatrica Scandinavica*, 136-172.

33  Tsevat, J., Keck, P. E., Hornung, R. W. *et al* (2000) Health values of patients with bipolar
34  disorder. *Quality of Life Research*, 579-586.

35  Tsuchiya, K. J., Byrne, M. & Mortensen, P. B. (2003) Risk factors in relation to an emergence of
36  bipolar disorder: a systematic review.  *Bipolar Disorders*, (4), 231-242.

37  Turley, B., Bates, G. W., Edwards, J. *et al* (1992) MCMI-II personality disorders in recent-onset
38  bipolar disorders. *Journal of Clinical Psychology*, (3), 320-329.

CONFIDENTIAL
AZSER12779629

DRAFT FOR SECOND CONSULTATION

1  Tyrer, P., Coid, J., Simmonds, S. *et al* (1998) Community mental health teams (CMHTs) for
2  people with severe mental illnesses and disordered personality. *Cochrane Database Systematic*
3  *Reviews*,

4  Tyrer, P., Coid, J., Simmonds, S. *et al* (2002) Community mental health teams (CMHTs) for
5  people with severe mental illnesses and disordered personality (Cochrane Review). *Cochrane*
6  *Library*,

7  van Gent, E. M. & Zwart, F. M. (1991) Psychoeducation of partners of bipolar-manic patients.
8  *Journal of Affective Disorders*, 15-18.

9  van Os, J., Takei, N., Castle, D. J. *et al* (1996) The incidence of mania: time trends in relation to
10  gender and ethnicity. *Social Psychiatry & Psychiatric Epidemiology*, 129-136.

11  Vanstraelen, M. & Tyrer, S. P. (1999) Rapid cycling bipolar affective disorder in people with
12  intellectual disability: A systematic review. *Journal of Intellectual Disability Research*, (5), 349-
13  359.

14  Vaughn, C. E. & Leff, J. P. (1976) The influence of family and social factors on the course of
15  psychiatric illness. A comparison of schizophrenic and depressed neurotic patients. *British*
16  *Journal of Psychiatry*, 125-137.

17  Viguera, A. C., Nonacs, R., Cohen, L. S. *et al* (2000) Risk of recurrence of bipolar disorder in
18  pregnant and nonpregnant women after discontinuing lithium maintenance. *American Journal*
19  *of Psychiatry*, (10), 1741-1742.

20  Vinten, J., Adab, N., Kini, U. *et al* (2005) Neuropsychological effects of exposure to
21  anticonvulsant medication in utero. *Neurology*, (6), 949-954.

22  von Korff, M. & Goldberg, D. (2001) Improving outcomes in depression. *BMJ*, (7319), 948-949.

23  Von Korff M., Katon, W., Bush, T. *et al* (1998) Treatment costs, cost offset, and cost-
24  effectiveness of collaborative management of depression. *Psychosomatic Medicine*, (2), 143-149.

25  Wagner, E. H., Austin, B. T. & von Korff, M. (1996) Organizing care for patients with chronic
26  illness. *Millbank Quarterly*, (511), 544-

27  Wagner, E. H. (2000) The role of patient care teams in chronic disease management. *BMJ*,
28  (7234), 569-572.

29  Ward, E., King, M., Lloyd, M. *et al* (2000) Randomised controlled trial of non-directive
30  counselling, cognitive-behaviour therapy, and usual general practitioner care for patients
31  with depression. I: clinical effectiveness. *BMJ*, (7273), 1383-1388.

32  Watson, S., Gallagher, P., Ritchie, J. C. *et al* (2004) Hypothalamic-pituitary-adrenal axis
33  function in patients with bipolar disorder. *British Journal of Psychiatry*, (6), 496-502.

34  Webber, M. & Huxley, P. (2004) Social exclusion and risk of emergency compulsory
35  admission. A case-control study. *Social Psychiatry & Psychiatric Epidemiology*, (12), 1000-1009.

36  Wehr, T. A., Sack, D. A. & Rosenthal, N. E. (1987) Sleep reduction as a final common pathway
37  in the genesis of mania. *American Journal of Psychiatry*, (2), 201-204.

38  Wehr, T. A., Sack, D. A., Rosenthal, N. E. *et al* (1988) Rapid cycling affective disorder:
39  contributing factors and treatment responses in 51 patients. *American Journal of Psychiatry*, (2),
40  179-184.

CONFIDENTIAL
AZSER12779630

DRAFT FOR SECOND CONSULTATION

Weinstein, N. D. (1982) Unrealistic optimism about susceptibility to health problems. *Journal of Behavioural Medicine*, (4), 441-460.

Weissman, M. M. & Myers, J. K. (1978) Affective disorders in a US urban community: the use of research diagnostic criteria in an epidemiological survey. *Archives of General Psychiatry*, (11), 1304-1311.

Weissman, M. M., Bland, R. C. & Canino, G. J. (1996) Cross-national epidemiology of major depression and bipolar disorder. *JAMA*, (4), 293-299.

Wells, K. B., Sherbourne, C., Schoenbaum, M. *et al* (2000) Impact of disseminating quality improvement programs for depression in managed primary care: a randomized controlled trial. *JAMA*, (2), 212-220.

Wendel, J. S., Miklowitz, D. J., Richards, J. A. *et al* (2000) Expressed emotion and attributions in the relatives of bipolar patients: an analysis of problem-solving interactions. *Journal of Abnormal Psychology*, (4), 792-796.

White, P., Chant, D., Edwards, N. *et al* (2005) Prevalence of intellectual disability and comorbid mental illness in an Australian community sample. *Australia and New Zealand Journal of Psychiatry*, (5), 395-400.

Wicki, W. & Angst, J. (1991) The Zurich Study X: Hypomania in a 28- to 30-year-old cohort. *European Archives of Psychiatry and Clinical Neuroscience*, (339), 348-

Wiersma, D., Kluiter, H., Nienhuis, F. *et al* (1989) Day-treatment with Community Care as an Alternative to Standard Hospitalization: An Experiment in The Netherlands.

Winters, K. C. & Neale, J. M. (1985) Mania and low self-esteem. *Journal of Abnormal Psychology*, (3), 282-290.

Wyatt, R. J. & Henter, I. (1995) An economic evaluation of manic-depressive illness. *Social Psychiatry & Psychiatric Epidemiology*, (5), 213-219.

Yan, L. J., Hammen, C., Cohen, A. N. *et al* (2004) Expressed emotion versus relationship quality variables in the prediction of recurrence in bipolar patients. *Journal of Affective Disorders*, (2-3), 199-206.

Yanos, P. T., Primavera, L. H. & Knight, E. L. (2001) Consumer-run service participation, recovery of social functioning, and the mediating role of psychological factors. *Psychiatric services*, (4), 493-500.

Young R.C. & Klerman, G. L. (1992) Mania in late life: focus on age at onset. *American Journal of Psychiatry*, (7), 867-876.

Zajecka, J., Weisler, R. & Sachs, G. (2002) A comparison of the efficacy, safety, and tolerability of divalproex sodium and olanzapine in the treatment of bipolar disorder. *Journal of Clinical Psychiatry*, 1148-1155.

Zawadski,JK & Dunaif,A (1992). Diagnostic criteria for polycystic Hyperandrogenism ovary syndrome: towards a rational approach. In: Dunaif, A, Givens, JR, Haseltine, FP, editors. *Polycystic Ovary Syndrome* Oxford: Blackwell Scientific, p. 377-84.

CONFIDENTIAL
AZSER12779631

DRAFT FOR SECOND CONSULTATION

1 # 12 Appendices

2

3 [Appendices are in separate documents for the consultation process]

4

5

6

CONFIDENTIAL
AZSER12779632

*Bipolar Disorders 2004: 6: 213–223*

*Copyright © Blackwell Munksgaard 2004*
BIPOLAR DISORDERS

## Original Article

# Quetiapine with lithium or divalproex for the treatment of bipolar mania: a randomized, double-blind, placebo-controlled study

Sachs G, Chengappa KNR, Suppes T, Mullen JA, Brecher M, Devine NA, Sweitzer DE. Quetiapine with lithium or divalproex for the treatment of bipolar mania: a randomized, double-blind, placebo-controlled study.
Bipolar Disord 2004: 6: 213–223. © Blackwell Munksgaard, 2004

***Objective:*** Evaluate the efficacy and tolerability of quetiapine (QTP) combined with lithium (Li) or divalproex (DVP) in the treatment of acute mania.

***Methods:*** Patients were randomized to 21 days of double-blind treatment with QTP plus Li/DVP, or placebo (PBO) plus Li/DVP. QTP was rapidly dosed up to a maximum of 800 mg/day; Li was dosed to 0.7–1.0 mEq/L; or DVP to 50–100 μg/mL.

***Results:*** Fifty-six of 91 (61.5%) individuals in the QTP + Li/DVP group compared with 49 of 100 (49%) taking PBO + Li/DVP completed the study. A significantly greater mean reduction in total Young Mania Rating Scale (YMRS) score was observed at end-point in patients receiving QTP + Li/DVP compared with those in the PBO + Li/DVP group ($-13.76$ versus $-9.93$; $p = 0.021$). The response rate ($\geq$50% YMRS improvement) was significantly higher in the QTP + Li/DVP group than in PBO + Li/DVP-treated patients (54.3% versus 32.6%; $p = 0.005$), as was the proportion of patients achieving clinical remission (YMRS < 12) (45.7% versus 25.8%; $p = 0.007$). Patients receiving QTP + Li/DVP also had a significantly greater improvement in Clinical Global Impressions-Bipolar (CGI-BP) Severity of Illness scores ($-1.38$ versus $-0.78$; $p = 0.001$). The mean last-week dose of QTP was 584 mg/day in patients meeting response criteria. Common adverse events (at least 10% and twice the rate of Li/DVP) in the QTP + Li/DVP group included somnolence, dry mouth, asthenia, and postural hypotension.

***Conclusions:*** Quetiapine combined with either Li or DVP has superior efficacy compared with Li or DVP monotherapy for treating patients with bipolar mania. Combination therapy was well-tolerated and most adverse events were mild, withdrawal because of adverse events being only 5% compared with 6% on Li or DVP monotherapy.

**G Sachs[a], KNR Chengappa[b], T Suppes[c], JA Mullen[d], M Brecher[d], NA Devine[d] and DE Sweitzer[d]**

[a]Harvard Bipolar Research Program, Boston, MA, [b]Western Psychiatric Institute and Clinic, University of Pittsburgh Medical Center, Pittsburgh, PA, [c]University of Texas Southwestern Medical Center, Dallas, TX, [d] AstraZeneca, Wilmington, DE, USA

Key words: bipolar disorder – combination therapy – divalproex – lithium – mania – quetiapine

Received 4 September 2003, revised and accepted for publication 19 February 2004

Corresponding author: Gary Sachs, MD, Harvard Bipolar Research Program, Massachusetts General Hospital, 50 Stanford St, 5th Floor, Boston, MA 02114, USA. Fax: 617-726-6768; e-mail: sachsg@acl.com

G Sachs: Consultant for Abbott Laboratories, Janssen Pharmaceutica, Novartis, Eli Lilly and Company, Bristol-Myers Squibb, Glaxo SmithKline Pharmaceuticals, Elan, Sanofi, Sigma-Tau, AstraZeneca Pharmaceuticals; Grant Support from Abbott Laboratories, Janssen Pharmaceutica; Honoraria from Abbott Laboratories, Janssen Pharmaceutica, Janssen Pharmaceutica, Eli Lilly and Company, Bristol-Myers Squibb, Solvay, Novartis, Sanofi, AstraZeneca Pharmaceuticals, Pfizer Inc; Stockholder – none. KNR Chengappa: has received grant/research support from Ortho McNeil and Janssen Pharmaceutica, and serves on the speakers bureau for AstraZeneca, Eli Lilly, Janssen, and Ortho McNeil. T Suppes: Sources of funding for clinical grants – Abbott Laboratories, AstraZeneca, Bristol-Myers Squibb, Glaxo SmithKline Pharmaceuticals, Janssen Pharmaceutica, National Institute of Mental Health, Novartis, Robert Wood Johnson Pharmaceutical Research Institute, The Stanley Medical

**213**

CONFIDENTIAL
AZSER12779633

Sachs et al.

Bipolar disorder is a prevalent and severe mental illness characterized by debilitating mood swings from intense euphoria to depression. The symptoms of mania associated with bipolar I disorder are severe, interfere with the capacity to function effectively in work or social settings, and often require hospitalization (1).

While there is currently no cure for bipolar disorder a number of agents are now available that substantially decrease the morbidity of manic episodes. Unfortunately, many patients do not fully respond to these agents or are unable to tolerate their side effects, contributing to poor levels of adherence to medication (2). Effective agents with improved tolerability that target a broad range of symptoms associated with mania, with substantial clinical efficacy, are needed. Therefore, the ongoing development of new treatment options to address the needs of patients and physicians remains important.

The primary aim in the treatment of mania is to rapidly control symptoms while minimizing unwanted side effects. Currently, the first-line approach to treatment of severe manic or mixed episodes is the initiation of lithium (Li) or divalproex (DVP) in combination with an antipsychotic (3, 4). For less ill patients, monotherapy with Li, DVP, or an antipsychotic is recommended (3). For those who do not fully respond to monotherapy, the addition of an antipsychotic is the next-line recommendation. In clinical practice this means that combination or adjunct therapy is the norm, not the exception, especially in the context of short-duration hospital stays.

In most cases, atypical antipsychotics as a class are preferred over typical antipsychotics because they offer equivalent efficacy with a more benign side effect profile than typical agents (3). However, it cannot be assumed that newer atypical antipsychotic agents are effective either as monotherapy or in combination with other agents. Tolerability is of particular concern when combination therapy is used, as an increased risk from cumulative adverse effects, although not always observed, might be expected (5, 6).

A growing body of literature and clinical experience suggests that the atypical antipsychotic quetiapine (QTP) is efficacious and well-tolerated for the treatment of mania. Several open-label and retrospective studies indicate that QTP is effective

and well-tolerated in the treatment of bipolar mania in adults both as monotherapy and in combination with standard agents (7–11). One small, double-blind, randomized, controlled study has provided preliminary evidence for the efficacy of QTP, when added to ongoing DVP treatment, in significantly improving manic, depressive, and psychotic symptoms in adolescent patients with bipolar disorder (12).

Despite being a recommended approach (3, 4), few large, randomized, and adequately controlled studies have examined the safety and efficacy of atypical antipsychotics in combination with standard agents for the treatment of acute mania (13, 14). These studies support the hypothesis that an atypical antipsychotic in combination with Li or DVP is more effective than Li or DVP monotherapy in the treatment of acute mania. The trial presented here evaluates the efficacy of QTP as combination therapy with Li or DVP in bipolar mania.

**Methods**

This 3-week, double-blind, randomized, parallel-group, placebo (PBO)-controlled study of QTP in combination with Li or DVP was conducted at 27 sites in the United States. The study protocol was reviewed and approved by the appropriate institutional review board in accordance with the standards and guidelines established in the current amendment of the Declaration of Helsinki, and consistent with good clinical practice and applicable regulatory requirements. Written informed consent was obtained from all patients prior to any study-related activities.

Patient selection

Adult patients (≥18 years) hospitalized for a DSM-IV diagnosis of bipolar I disorder, most recent episode manic, who had been treated with Li or DVP for at least 7 of the 28 days immediately prior to randomization (day 1) were eligible for selection. A history of at least one documented manic or mixed episode prior to the episode responsible for the current hospitalization was required for selection. At screening and randomization, subjects were selected who had a Young Mania Rating Scale (YMRS) score of at least 20, with a score of

Research Institute; Consulting agreements/advisory boards – AstraZeneca, Bristol-Myers Squibb, Eli Lilly Research Laboratories, Glaxo SmithKline Pharmaceuticals, Janssen Pharmaceutica, Johnson & Johnson Pharmaceutical Research & Development, Pfizer, Pharmaceutical Research Institute (PRI), Ortho McNeil Pharmaceutical, UCB Pharma, Novartis Pharmaceuticals; Financial interests/stock ownership – none. JA Mullen, M Brecher, NA Devine, DE Sweitzer are all employees of AstraZeneca Pharmaceuticals.

**214**

CONFIDENTIAL
AZSER12779634

at least 4 on two of the four core YMRS items of irritability, speech, content, and disruptive/aggressive behavior. Patients were also required to have a score of at least 4 for overall bipolar illness on the Clinical Global Impressions-Bipolar (CGI-BP) Severity of Illness scale.

Exclusion criteria

Pregnant or lactating women and those of childbearing potential not using a reliable method of contraception were excluded from participating in the study. Patients whose current manic episode was due to a medical condition were also excluded. Other patients who were excluded were those meeting DSM-IV criteria for rapid cycling, those who had required hospitalization for 3 or more weeks for the index manic episode, or those with known intolerance or lack of response to QTP or clozapine. The continuous daily use of benzodiazepines, in excess of 4 mg/day of lorazepam or the equivalent, was also not allowed during the month preceding screening. Patients requiring the use of antihypertensive medications, unless stable for at least 1 month, or the use of antidepressants during the screening period (day −7 to 1) or within a period of five half-lives of the drug prior to study randomization, were also ineligible. The use of depot haloperidol and fluphenazine (within one injection cycle), and certain cytochrome P450 3A4 inhibitors and inducers, thioridazine, or any experimental drugs within 2 weeks prior to randomization was not permitted. Also excluded were patients who had a history of clinically significant medical disease.

Study procedure

Eligible subjects underwent assessments in the 7 days prior to randomization that included a complete medical and psychiatric history, including YMRS and the CGI-BP Severity of Illness assessments, a complete physical examination, vital signs including weight, hematologic and clinical chemistry testing, thyroid function tests, and a 12-lead electrocardiogram (ECG).

Patients who met selection criteria began or continued treatment with Li or DVP on or before day 1 (randomization). Assignment and dose adjustments to either Li or DVP were based on medical criteria, including previous response if known, and clinician discretion in order to achieve symptom control, minimize side effects, and achieve target trough serum concentrations of Li and DVP within the established therapeutic range (0.7–1.0 mEq/L Li or 50–100 μg/mL DVP).

**Quetiapine combination therapy in bipolar mania**

Quetiapine was administered twice daily (morning and evening) in capsules matching those used for PBO, in a double-blind fashion. Investigators remained blinded to study treatment throughout the trial. Initial target doses were 100 mg/day at day 1, 200 mg/day at day 2, 300 mg/day at day 3, and 400 mg/day at day 4. The dose of QTP was adjusted to optimize efficacy and tolerability between 200 and 600 mg/day at day 5, and 200 and 800 mg/day at days 6 to 21. Guidelines discouraged clinicians from withdrawing patients for lack of efficacy until a dose of at least 600 mg/day QTP had been attempted.

Lorazepam, zolpidem, chloral hydrate, and zaleplon within specified dose limitations were allowed during the study. The maximum permissible doses for lorazepam were 6 mg/day from screening to the day prior to randomization, 4 mg/day from days 1 to 4, 2 mg/day from days 5 to 7, and 1 mg/day from days 8 to 10, after which lorazepam was not allowed. Only one sleep medication was allowed per day throughout the trial, with a maximum dose of 10 mg/day zolpidem; chloral hydrate 2 g/day from days 1 to 7, then 1 g/day; and 20 mg/day zaleplon. If necessary, intramuscular haloperidol could be used for severe agitation, but only during the screening period.

Patients were required to remain in the hospital for the first 7 days of the randomized period. After this time, they could be treated as either inpatients or outpatients as clinically indicated.

Study assessments

Assessments and vital sign measurements were performed at baseline (day 1) and at days 4, 7, 10, 14, and 21. The primary efficacy variable was the change from baseline in YMRS total score at the final assessment (15).

Secondary efficacy variables included YMRS response rate, defined as the percentage of patients with ≥50% decrease from baseline in the YMRS score; clinical remission, defined as an end-point YMRS score ≤12 (16); change from baseline in CGI-BP Severity of Illness score (17); CGI-BP Global Improvement scale score; MADRS total score (18); Positive and Negative Syndrome Scale (PANSS) total score (19); PANSS Activation subscale score; PANSS Supplemental Aggression Risk subscale score (20); and Global Assessment Scale (GAS) score (21).

Scales for the assessment of neurologic adverse events included the modified Simpson-Angus Scale (SAS) (22) and the Barnes Akathisia Rating (BARS) Scale (23).

The rate of treatment-emergent depression was also monitored, defined as a Montgomery-Asberg

**215**

CONFIDENTIAL
AZSER12779635

Sachs et al.

Depression Rating Scale (MADRS) score ≥18, with an increase from baseline of ≥4 at any two consecutive assessments or at the last observation.

Patients were examined and questioned on all study days regarding any adverse events. Safety evaluations were based on reports of adverse events, concomitant medication records, change from baseline to day 21 in clinical laboratory assessments (including hematology and chemistry), vital signs, ECG, physical examination, and weight. Adverse events included any treatment-emergent symptoms or worsening of existing symptoms, new illnesses, or clinically significant changes in laboratory tests, vital signs, weight, or ECG.

### Statistical analysis

Statistical analyses were performed using the efficacy and safety populations. The safety population included all randomized patients who received at least one dose of study drug. All patients who received at least one dose of study medication and at least one postbaseline efficacy assessment were included in the intent-to-treat (ITT) population. Data were analyzed using a last observation carried forward (LOCF) method. ANCOVA was used to compare changes from baseline on the YMRS, MADRS, and PANSS scales, with the baseline values and clinician-chosen mood-stabilizer as covariates. Binary outcomes were analyzed with Cochran-Mantel-Haenszel techniques or logistic regression (stratified by clinician-assigned Li or DVP). All statistical tests were 2-tailed with a significance level of 0.05.

### Results

#### Patient characteristics

One hundred ninety-one patients were randomly assigned to QTP (n = 91) or PBO (n = 100). One

patient in the QTP group discontinued prior to receiving treatment. Overall discontinuations after beginning treatment, including discontinuations for adverse events, were more frequent in the PBO group (51.0%) than the QTP group (37.8%) (p = 0.073). Of the 191 randomized patients, 81 and 89 in the QTP and PBO groups, respectively, were included in the ITT population (Fig. 1). Patients from one complete center were excluded from the ITT analysis because of a center-specific protocol violation. Baseline demographics (Table 1) and episode characteristics (Table 2) were comparable in each of the ITT groups. The mean age at onset of bipolar disorder for all patients was 23.3 years. The two treatment groups had a similar proportion of patients diagnosed as having bipolar disorder, characterized as moderate, severe without psychotic features, or severe with psychotic features.

Almost all patients were treated with a mood-stabilizer prior to randomization. In each treatment combination, approximately half of the patients had taken their trial mood-stabilizer for 22 or more days prior to randomization (50% QTP + Li; 48.6% PBO + Li; 51.0% QTP + DVP; 55.8% PBO + DVP). Few patients began mood-stabilizer treatment at randomization: one patient in the QTP + Li arm; one in the PBO + Li arm; two in the QTP + DVP arm; and four in the PBO + DVP arm. Only one patient (receiving PBO + DVP) had not been treated with mood-stabilizer prior to randomization.

A comparable number of subjects in each randomized arm received either Li or DVP: 35 patients received Li and 55 received DVP in the QTP group, while in the PBO group 42 patients received Li and 58 DVP.

The mean last-week dose in all patients receiving QTP was 504 mg/day. Among responders, the mean last-week dose was 584 mg/day: 91% received ≥400 mg/day and 59% received ≥600 mg/



ITT population: 81 quetiapine, 89 placebo

*Fig. 1.* Disposition of study population.

**216**

CONFIDENTIAL
AZSER12779636

Quetiapine combination therapy in bipolar mania

Table 1. Baseline demographics and clinical characteristics (ITT, LOCF)

|  | Quetiapine (n = 81) | Placebo (n = 89) | Total (n = 170) |
|---|---|---|---|
| Gender (n) |  |  |  |
| Male | 49 | 47 | 96 |
| Female | 32 | 42 | 74 |
| Age (year) | 39.6 | 41.3 | 40.5 |
| Weight (kg) | 87.4 | 87.0 | 87.2 |
| BMI (kg/m$^2$) | 29.6 | 29.6 | 29.6 |

BMI = body mass index; ITT = intent-to-treat; LOCF = last observation carried forward.

Table 2. Baseline disease criteria (ITT, LOCF)

|  | Quetiapine (n = 81) | Placebo (n = 89) | Total (n = 170) |
|---|---|---|---|
| Mean YMRS | 31.5 | 31.1 | 31.3 |
| Episode type (%)[a] |  |  |  |
| Manic moderate | 37.0 | 32.6 | 34.7 |
| Manic severe without psychotic features | 21.0 | 24.7 | 22.9 |
| Manic severe with psychotic features[b] | 41.9 | 42.6 | 42.4 |
| Known duration of illness (mean years) | 17.6 | 18.0 | 17.8 |
| Number of manic/mixed episodes during |  |  |  |
| lifetime (median) | 8.0 | 8.0 | 8.0 |
| past year (median) | 1.0 | 1.0 | 1.0 |
| Number of depressive episodes during |  |  |  |
| lifetime (median) | 5.0 | 3.0 | 5.0 |
| past year (median) | 0.5 | 0.0 | 0.0 |

[a]Episode type by DSM-IV criteria.
[b]Includes three patients with mixed episodes.
YMRS = Young Mania Rating Scale; ITT = intent-to-treat; LOCF = last observation carried forward.

day. Mean serum concentrations of DVP and Li in the QTP-treated (day 21: DVP 65 µg/mL; Li 0.78 mEq/L) and PBO-treated groups (day 21: DVP 65 µg/mL; Li 0.71 mEq/L) were clinically comparable.

Over the 3-week double-blind period, median Li serum levels in patients completing the study ranged between 0.67 (day 4) and 0.85 mEq/L (day 21) in the QTP group, and between 0.70 (day 4) and 0.80 mEq/L (days 10 and 14) in the PBO group. Median valproate serum levels ranged between 68 (days 10 and 14) and 72 µg/mL (day 21) in the QTP group, and between 82 (day 10) and 66 µg/mL (day 21) in the PBO group. There was no significant difference in mean Li or DVP serum levels between the QTP and PBO groups at any visit.

Known prior therapeutic responses to Li and DVP indicated that 78.2% of patients in the QTP group and 81.0% of PBO-treated patients receiving Li during the study had previously shown minimal to much improvement with Li. Among these Li-treated patients, 18.8% in the QTP group and 16.2% in the PBO group had an unknown prior response to Li. Of patients chosen to receive DVP at randomization, 71.5% and 76.9% previously showed at least a minimal response to DVP, while prior response was unknown in 22.4% and 17.3% in the QTP and PBO groups, respectively. No patients were known to have deteriorated on Li or DVP in the past and few (four in each treatment group) were known to have not responded to their study mood-stabilizer in the past.

Lorazepam use was limited and consistent with protocol requirements. The trend for greater use of lorazepam in the PBO + Li/DVP group from days 3 to 10 did not reach statistical significance (p = 0.371). Overall, there was no statistical difference between groups in the use of sleep medications during the study (p = 0.283).

Efficacy

Patients treated with QTP and Li/DVP showed significantly greater improvement (p = 0.021) at day 21 in YMRS score from baseline to end-point compared with patients treated with PBO + Li/DVP (Table 3). Mean scores on 10 of the 11 individual YMRS item scores were reduced more in the QTP than in the PBO group and showed at least a 1-point change from baseline. Items on the YMRS that showed the greatest change from baseline at end-point in the QTP + Li/DVP group, and the most differentiation versus PBO, included irritability (mean change −1.6 versus −0.7), disruptive/aggressive behavior (−1.6 versus −0.7), sleep (−1.2 versus −0.6), and increased motor activity (−1.4 versus −0.9), respectively.

The YMRS response rate at day 21 was significantly greater for QTP-treated patients than for those receiving Li/DVP alone (54.3% versus 32.6%; p = 0.005). Response rates in patients receiving a combination of QTP and Li (56.3%) or QTP and DVP (53.1%) were similar. In patients randomized to PBO, the response rate in those receiving DVP versus Li was 36.5% versus 27.0%. The differences were not analyzed statistically as the study was not prospectively powered to compare Li with DVP within each treatment group.

There were no statistically significant differences in the percentage of patients achieving a YMRS response with QTP combination therapy in patients who reported somnolence compared with those who did not (59% and 51%, respectively). In addition, there was no statistically significant interaction between the treatment effect, as

217

CONFIDENTIAL
AZSER12779637

Sachs et al.

Table 3. Summary of efficacy results at primary end-point/day 21 (ITT, LOCF)

| Efficacy variable | Baseline therapy | Quetiapine (n = 81) | | Placebo (n = 89) | | p-value[a] |
|---|---|---|---|---|---|---|
| | | Mean baseline value | Mean change | Mean baseline value | Mean change | |
| YMRS total score | Li/DVP | 31.5 | −13.76 | 31.1 | −9.93 | 0.021 |
| | Li | 31.4 | −12.8 | 31.1 | −9.4 | − |
| | DVP | 31.6 | −14.9 | 31.0 | −9.6 | − |
| YMRS response (%)[b] | Li/DVP | N/A | 54.3 | N/A | 32.6 | 0.005 |
| | Li | N/A | 56.3 | N/A | 27.0 | − |
| | DVP | N/A | 53.1 | N/A | 36.5 | − |
| YMRS remission (%)[c] | Li/DVP | N/A | 45.7 | N/A | 25.8 | 0.007 |
| | Li | N/A | 46.9 | N/A | 24.3 | − |
| | DVP | N/A | 44.9 | N/A | 26.9 | − |
| CGI-BP Severity of Illness score | Li/DVP | 4.7 | −1.38 | 4.7 | −0.78 | 0.001 |
| | Li | 4.6 | −1.1 | 4.9 | −1.0 | − |
| | DVP | 4.8 | −1.5 | 4.6 | −0.6 | − |
| CGI-BP Global Improvement response (%)[d] | Li/DVP | N/A | 50.6 | N/A | 31.5 | 0.012 |
| | Li | N/A | 53.1 | N/A | 32.4 | − |
| | DVP | N/A | 46.9 | N/A | 30.8 | − |
| MADRS | Li/DVP | 13.7 | −3.36 | 14.2 | −2.79 | 0.650 |
| | Li | 13.0 | −2.2 | 14.6 | −3.3 | − |
| | DVP | 14.2 | −4.0 | 13.9 | −2.7 | − |
| PANSS total | Li/DVP | 74.1 | −12.47 | 72.8 | −10.14 | 0.323 |
| | Li | 73.0 | −9.7 | 70.3 | −7.7 | − |
| | DVP | 74.8 | −14.2 | 74.5 | −10.0 | − |
| PANSS Activation | Li/DVP | 17.1 | −4.08 | 16.5 | −2.81 | 0.057 |
| | Li | 17.1 | −3.7 | 15.5 | −2.4 | − |
| | DVP | 17.0 | −4.4 | 17.2 | −2.5 | − |
| PANSS Supplemental Aggression Risk | Li/DVP | 18.3 | −4.64 | 17.7 | −2.84 | 0.020 |
| | Li | 18.3 | −3.8 | 16.7 | −3.0 | − |
| | DVP | 18.3 | −5.3 | 18.4 | −2.2 | − |
| Global Assessment Scale | Li/DVP | 36.0 | 15.32 | 36.3 | 11.49 | 0.075 |
| | Li | − | − | − | − | − |
| | DVP | − | − | − | − | − |

[a]Change from baseline to end-point Li/DVP + QTP versus Li/DVP + PBO.
[b]≥50% decrease from baseline in the YMRS total score.
[c]YMRS score ≤12.
[d]Proportion of patients 'much' or 'very much' improved.
YMRS = Young Mania Rating Scale; CGI-BP = Clinical Global Impressions-Bipolar; ITT = intent-to-treat; LOCF = last observation carried forward; N/A = not applicable; − = data not available; Li = lithium; DVP = divalproex; QTP = quetiapine; PBO = placebo.

measured by YMRS score, and baseline psychotic symptoms (p > 0.25) measured by both the PANSS-positive subscale and three PANSS items that were summed to provide a measure of baseline psychosis (delusions, conceptual disorganization, and hallucinatory behavior).

More patients in the QTP + Li/DVP-treated group (45.7%) than the group receiving Li/DVP alone (25.8%) achieved remission of symptoms on the YMRS by day 21, and the difference in favor of QTP was statistically significant (p = 0.007). The combination of QTP and Li (46.9%) or QTP and DVP (44.9%) achieved similar rates of remission.

Improvement in CGI-BP Severity of Illness scores was observed for both treatment groups, although QTP-treated patients consistently demonstrated greater decreases, which reached statistical significance at day 10 and all subsequent assessments. The change in CGI-BP Severity of

Illness scores at day 21 was −1.38 in QTP-treated patients and −0.78 in those receiving Li/DVP monotherapy (p = 0.001) (Table 3).

A significantly greater number of patients in the QTP group were also rated as 'much improved' or 'very much improved' on the CGI-BP Global Improvement scale (50.6%) compared with patients in the PBO group (31.5%) (p = 0.012).

Repeat analysis of the primary end-point including the center that was excluded from the ITT population because of center-specific protocol violations did not alter the conclusions of the study or their interpretation.

Scores on the PANSS Supplemental Aggression Risk subscale were similar at baseline and decreased for both treatment groups during the 3-week trial. However, there was a statistically significant treatment effect at day 21 (p = 0.020) in favor of QTP + Li/DVP (−4.64) versus the

218

CONFIDENTIAL
AZSER12779638

Quetiapine combination therapy in bipolar mania



Fig. 2. Change in Positive and Negative Syndrome Scale (PANSS) Supplemental Aggression Risk and PANSS Activation subscale scores (intent-to-treat, ITT; last observation carried forward, LOCF). Li = lithium; DVP = divalproex; QTP = quetiapine; PBO = placebo. Baseline scores: Aggression Risk – QTP 18.3, PBO 17.7; Activation – QTP 17.1, PBO 16.5.

Table 4. Withdrawals from study (safety population)

|  | Quetiapine (n = 91) | | Placebo (n = 100) | |
|---|---|---|---|---|
|  | n | % | n | % |
| Completed study | 56 | 61.5 | 49 | 49.0 |
| Withdrawals | 35 | 38.5 | 51 | 51.0 |
| Progression of disease | 0 | 0.0 | 4 | 4.0 |
| Lost to follow-up | 2 | 2.2 | 2 | 2.0 |
| AE/concurrent illness | 5 | 5.5 | 6 | 6.0 |
| Non-compliance | 4 | 4.4 | 5 | 5.0 |
| Consent withdrawn | 15 | 16.5 | 17 | 17.0 |
| Lack of efficacy | 7 | 7.7 | 14 | 14.0 |
| Other | 2 | 2.2 | 3 | 3.0 |

AE = adverse event.

Table 5. Incidence of most common adverse events occurring in ≥10% of patients (safety population)

|  | Quetiapine (n = 90) | Placebo (n = 100) | p-value |
|---|---|---|---|
| Event type (%) |  |  |  |
| Somnolence | 40.0 | 10.0 | <0.001* |
| Headache | 26.7 | 21.0 | 0.655 |
| Dry mouth | 18.9 | 4.0 | 0.005* |
| Asthenia | 11.1 | 3.0 | 0.052 |
| Postural hypotension | 11.1 | 3.0 | 0.052 |
| Dizziness | 10.0 | 6.0 | 0.439 |

COSTART, Coding Symbols for a Thesaurus of Adverse Reaction Terms are used.
Patients with multiple events of the same type are counted once.
p-values derived from chi-squared test versus placebo.
*Statistically significant.

PBO + Li/DVP group (−2.84) (Fig. 2). The numerical difference favoring QTP + Li/DVP for improvement in activation score approached statistical significance (p = 0.057).

Total scores on the PANSS were similar at baseline and decreased for both treatment groups by day 21 (−12.47 in the QTP + Li/DVP group versus −10.14 in the PBO + Li/DVP group, p = 0.323).

In patients with psychotic features at screening, QTP treatment resulted in a statistically significant improvement in PANSS total (−17.17 versus −5.93; p = 0.006) and positive (−7.56 versus −3.25; p = 0.002) subscale scores by day 21.

Although patients meeting DSM-IV criteria for a full mixed episode at baseline were excluded, mean baseline MADRS scores were moderate (13.7 in the QTP + Li/DVP group and 14.2 in those randomized to PBO). Total MADRS scores decreased in both groups, and at day 21 an improvement of −3.36 in the QTP-treated group versus −2.79 in those receiving Li/DVP monotherapy was observed (p = 0.650).

By final assessment, there was a greater improvement in GAS scores for the QTP-treated patients (15.32) than those treated with Li/DVP alone (11.49), and the difference approached statistical significance (p = 0.075).

Safety and tolerability

Most adverse events were mild or moderate and withdrawal rates associated with adverse events were similar in both groups (5.5% for QTP versus

6.0% for PBO) (Table 4). The incidence of adverse events occurring in at least 10% of patients in the QTP + Li/DVP group were somnolence (40% versus 10%; p < 0.001), headache (27% versus 21%; p = 0.655), dry mouth (19% versus 4%; p = 0.005), asthenia (11% versus 3%; p = 0.052), postural hypotension (11% versus 3%; p = 0.052), and dizziness (10% versus 6%; p = 0.439) for the PBO + Li/DVP group, respectively (Table 5).

Patients treated with QTP + Li/DVP exhibited low levels of extrapyramidal symptoms (EPS) (including akathisia) that were similar to those reported by the PBO + Li/DVP group. The mean changes in the modified SAS were −1.0 and −0.3 for QTP versus PBO, respectively. BARS scores were low at baseline for both the QTP-treated patients (0.7) and controls (0.6), and the mean change was −0.4 and 0, respectively.

The mean weight at baseline of QTP-treated patients in the safety population was similar to the control group (88.4 kg versus 86.6 kg), as was the body mass index (BMI) (30.0 versus 29.8). At day

219

CONFIDENTIAL
AZSER12779639

Sachs et al.

21, there was a modest increase in weight in QTP-treated patients (mean increase 1.60 kg; 3.53 lbs) compared with the PBO group (0.36 kg; 0.79 lbs). Patients in the low to normal BMI categories at the start of the trial gained more weight (2.60 kg; 5.72 lbs) than those already overweight or obese at entry (0.10 kg; 0.22 lbs). There was no difference in the proportion of patients with a 7% or greater increase in weight (day 21: 3.9% versus 1.2%, respectively; p = 0.335; LOCF). Comparison of the separate effects of Li or DVP on BMI and body weight revealed no significant differences.

There were no notable differences between treatment groups in mean change from baseline for any hematology parameter. QTP-treated patients exhibited a greater mean change in total thyroxine (−18.46 nmol/L versus 3.23 nmol/L) and a slightly greater mean increase in thyroid-stimulating hormone (TSH) (0.59 mIU/L versus 0.42 mIU/L) than patients receiving PBO + Li/DVP. The mean change in free thyroxine was 0.22 pmol/L in QTP-treated patients and −0.65 pmol/L in patients receiving PBO + Li/DVP. There were no clinically significant differences in glucose laboratory data from random sampling between the QTP and PBO treatment groups, and all other chemistry findings were unremarkable. There were no apparent clinically significant systematic differences between the two treatment groups in changes in pulse, blood pressure, or ECG parameters over the course of the trial.

There was also no statistically significant difference between groups in the rate of emergent depression, which was 17.3% for the QTP group versus 13.5% for the group receiving Li or DVP alone (p = 0.469).

### Discussion

Quetiapine demonstrated superior efficacy in the control of the symptoms of mania when used in combination with Li or DVP compared with the use of Li or DVP alone. In addition to the positive result on the primary efficacy measure (change from baseline in YMRS score at day 21; p = 0.021) QTP combination therapy was statistically and clinically superior on several other efficacy parameters.

Quetiapine combination therapy resulted in a statistically superior clinical response, defined as a 50% reduction on the primary efficacy variable (YMRS). This definition of clinical response is an established criterion for validating that efficacy on a primary end-point is clinically relevant (24).

The CGI-BP Severity of Illness scale is widely recognized as a measure of disease severity and global improvement in bipolar illness and a close correlate of clinical effectiveness (17). In this study, the statistically significant improvement in clinical response was supported by significant improvement in CGI-BP Severity of Illness and Global Improvement scale scores in patients receiving combination therapy with QTP.

A statistically significant improvement in the proportion of patients in remission by the end of the study, and consistently favorable changes in the other efficacy variables, were also observed. Taken together, these findings strongly suggest that a clinically valid treatment effect associated with QTP treatment was seen during the trial. The data are also consistent with previous clinical studies of QTP undertaken in smaller populations of patients with bipolar disorder (7–12, 25, 26).

The treatment effect observed during the study was independent of somnolence, as there was no correlation between the proportion of patients who reported somnolence and those who achieved a clinical response. Efficacy in the treatment of mania was also independent of the antipsychotic effects of QTP, as improvement on the YMRS was not correlated with the presence of psychotic symptoms at baseline.

Significant improvement in patients with psychotic features at baseline was observed, including a highly significant effect on positive symptoms (p = 0.002). Overall, QTP-treated patients showed statistically and clinically significant improvement in supplemental aggression-risk assessment compared with controls. These findings are likely to be clinically relevant as aggression, especially in the form of violence directed toward self, family, and health care workers, is an important therapeutic target in the effective management of mania associated with bipolar disorder. Psychotic symptoms and aggression are also highly distressing, and may necessitate the use of physical restraint. The improvement in aggression and psychotic symptoms seen in this study may facilitate treatment in less restrictive settings and is consistent with the known effects on hostility and aggression of QTP treatment in patients with schizophrenia (27).

This study was not designed to establish efficacy in bipolar depression, but it was important to determine whether the combination of QTP and Li or DVP precipitated depression. No significant effect on treatment-emergent depression was observed on the MADRS with QTP combination treatment over the course of the study. The MADRS and CGI-BP Severity of Illness scale findings indicate that improvements in the symptoms of mania achieved by the addition of QTP to Li or DVP were not associated with a worsening of

220

CONFIDENTIAL
AZSER12779640

Quetiapine combination therapy in bipolar mania

the other symptoms of bipolar disorder. These findings are of interest as they indicate clinically relevant effects of QTP in the treatment of bipolar mania and justify further studies of its potential role in bipolar depression and long-term maintenance treatment.

Conventional dose–response analyses are not possible in studies of a flexible-dose design. However, an estimate of the QTP dose in responders gives strong guidance for its effective therapeutic range: 91% of patients who responded to QTP were administered at least 400 mg/day, and most responders received about 600 mg/day.

The simple initial dosing regimen, and target dose (600 mg/day) supported by this study were generally well-tolerated and may have advantages, particularly in acute treatment, where the goal is rapid stabilization. Overall, a greater proportion of patients treated with Li or DVP alone discontinued therapy than those receiving QTP combination therapy. The same pattern was observed in patients who discontinued due to adverse events.

Weight gain in the QTP group was consistent with that seen in schizophrenia patients treated with QTP monotherapy (28–30). The weight increase in QTP-treated patients was not associated with any withdrawals. The weight gain in QTP-treated patients was lowest among those already overweight at baseline for whom the risk of weight-related complications is of greater concern, i.e. only 0.1 kg (0.22 lbs) in those overweight by baseline BMI category. There were few adverse events potentially related to diabetes mellitus observed in this study. Minimal differences between the treatment groups were detected in terms of changes in glucose values.

Although already low at baseline, the BARS and modified SAS scores indicated a lower magnitude and incidence of drug-induced neurologic side effects, such as rigidity, tremor, salivation, and akathisia in QTP-treated patients. The addition of QTP to Li or DVP did not result in an increased incidence of EPS, including akathisia, across the full range of doses used in this study.

There were no clinically important changes in laboratory, vital sign, or ECG parameters in patients treated with QTP in this study, with the exception of changes in thyroxine concentrations that were not associated with clinical hypothyroidism.

The results reported here are generally consistent with mania combination therapy studies with other atypical antipsychotics (13, 14), supporting a possible class effect for the atypical antipsychotics in combination therapy. However, the possibility of clinically significant differences between individual atypical agents cannot be ruled out. Tolerability profiles represent an important area of differentiation between the atypical antipsychotic therapies (13, 14) and further head-to-head studies to confirm any differences between the tolerability profiles of these atypical antipsychotics are needed.

The protocol inclusion and exclusion criteria used in this study were selected to ensure that the findings were generalizable to a broad range of patients with bipolar mania, and to control for characteristics that could confound the results. That the study drew patients from private practice, community health centers, Veterans Affairs centers, and community hospitals suggest the findings will be applicable to a broad range of practice settings.

Higher minimum YMRS symptom criteria, including the four double-weighted items of irritability, speech, content, and disruptive/aggressive behavior, may have contributed to the total mean YMRS at baseline in all patients being higher in this study than in the similarly designed combination therapy studies of Sachs et al. (13) and Tohen et al. (14). The protocol requirement for patients to be hospitalized on entering the study and additional minimum CGI-BP criteria may also have tended to select for patients with more severe illness. As such, the findings of this study may be more generalizable to the population of hospitalized patients seen in routine clinical practice, who are often more severely ill than those studied under controlled conditions in clinical trials.

The rationale for requiring a minimum period of mood-stabilizer treatment in the inclusion criteria was to reflect a common clinical practice supported by recent guidelines (3, 4) in which a treating physician might consider adding QTP to the treatment regimen of a patient who had already initiated traditional mood-stabilizer monotherapy. Approximately half of the patients within each treatment combination had been treated for at least 3 consecutive weeks with the same mood-stabilizer that they received at randomization.

Although the average serum Li levels at day 21 were at the lower end of the optimal dose range, higher levels were achieved during the course of the study and differences in treatment outcome within- and between-groups did not appear to be affected by Li levels. Moreover, Li levels in the present study reflect the clinical judgment of the study clinicians, who were encouraged to adjust the dose to maximize response and tolerability within the range of 0.7–1.0 mEq/L. In a similarly designed monotherapy study, mean Li levels of 0.77 mEq/L

221

CONFIDENTIAL
AZSER12779641

Sachs et al.

were shown to be therapeutic and significantly superior to PBO (31). It is possible that patients with bipolar mania who tolerate higher serum Li levels (0.8–1.2 mEq/L) may achieve greater efficacy improvement than noted in this study. However, the short duration of hospital stays, and long-term adherence issues with Li make combination treatment more attractive and pragmatic for many subjects.

Patients with rapid cycling and mixed episodes were excluded from the present study in order to control for characteristics with the potential to confound the study findings. The exclusion of patients with mixed episodes was to ensure that treatment-emergent depression was not obscured by high baseline MADRS scores. The inclusion of patients with mixed episodes may also have introduced a greater imbalance in the clinician-assignment of Li and DVP (32). Similarly, the inclusion of patients with rapid cycling might have artificially inflated remission rates, as higher rates of spontaneous remission can occur in these individuals. Preliminary data from other studies suggest that QTP may be also be effective in the treatment of mixed mania (12), and rapid cycling (7, 25), although further study is warranted in these areas.

In summary, this study has addressed the efficacy and safety of QTP in combination with standard therapies (Li and DVP) in patients with bipolar mania. The efficacy findings, across a range of end-points, support the use of QTP as combination therapy in bipolar mania. The findings also indicate that QTP was generally well-tolerated, and most adverse events were mild, transient, and similar to those in schizophrenia trials where QTP was used as monotherapy (28–30).

## Acknowledgement

The research presented was supported by AstraZeneca Pharmaceuticals, Wilmington, Delaware, USA.

## References

1. Woods SW. The economic burden of bipolar disease. J Clin Psychiatry 2000; 61 (Suppl. 13): 38–41.
2. Keck PE Jr, McElroy SL, Strakowski SM et al. 12-month outcome of patients with bipolar disorder following hospitalization for a manic or mixed episode. Am J Psychiatry 1998; 155: 646–652.
3. American Psychiatric Association. Practice guideline for the treatment of patients with bipolar disorder (revision). Am J Psychiatry 2002; 159: 1–50.
4. Suppes T, Dennehy EB, Swann AC. Report of the Texas Consensus Conference Panel on Medication Treatment of Bipolar Disorder 2000. J Clin Psychiatry 2002; 63: 288–299.
5. Young AH, Macritchie KA, Calabrese JR. Treatment of bipolar affective disorder. BMJ 2000; 321: 1302–1303.
6. Suppes T, Rush AJ Jr, Kraemer HC, Webb A. Treatment algorithm use to optimize management of symptomatic patients with a history of mania. J Clin Psychiatry 1998; 59: 89–96; quiz 97–98.
7. Ghaemi S, Goldberg J, Ko J, McNally E. Quetiapine treatment of rapid-cycling bipolar disorder: an open prospective study. Int J Neuropsychopharmacol 2002; 5 (Suppl. 1): S110.
8. Dunayevich E, Tugrul RN, Strakowski SM. Quetiapine in the treatment of mania. Poster presented at the 7th World Congress of Biological Psychiatry, July 2001, Berlin, Germany.
9. Zarate CA Jr, Rothschild A, Fletcher KE, Madrid A, Zapatel J. Clinical predictors of acute response with quetiapine in psychotic mood disorders. J Clin Psychiatry 2000; 61: 185–189.
10. Chisholm K, Dennehy E, Suppes T. Clinical response to quetiapine add-on for treatment of refractory bipolar disorder. Paper presented at 2nd International Forum on Mood and Anxiety Disorders; November 28–December 1, 2001, Monte Carlo, Monaco.
11. Sajatovic M, Brescan DW, Perez DE et al. Quetiapine alone and added to a mood stabilizer for serious mood disorders. J Clin Psychiatry 2001; 62: 728–732.
12. DelBello MP, Schwiers ML, Rosenberg HL, Strakowski SM. A double-blind, randomized, placebo-controlled study of quetiapine as adjunctive treatment for adolescent mania. J Am Acad Child Adolesc Psychiatry 2002; 41: 1216–1223.
13. Sachs GS, Grossman F, Ghaemi SN, Okamoto A, Bowden CL. Combination of a mood stabilizer with risperidone or haloperidol for treatment of acute mania: a double-blind, placebo-controlled comparison of efficacy and safety. Am J Psychiatry 2002; 159: 1146–1154.
14. Tohen M, Baker RW, Altshuler LL et al. Olanzapine versus divalproex in the treatment of acute mania. Am J Psychiatry 2002; 159: 1011–1017.
15. Young RC, Biggs JT, Ziegler VE, Meyer DA. A rating scale for mania: reliability, validity and sensitivity. Br J Psychiatry 1978; 133: 429–435.
16. Tohen M, Jacobs TG, Grundy SL et al. Efficacy of olanzapine in acute bipolar mania: a double-blind, placebo-controlled study. The Olanzapine HGGW Study Group. Arch Gen Psychiatry 2000; 57: 841–849.
17. Spearing MK, Post RM, Leverich GS, Brandt D, Nolen W. Modification of the Clinical Global Impressions (CGI) Scale for use in bipolar illness (BP): the CGI-BP. Psychiatry Res 1997; 73: 159–171.
18. Montgomery SA, Asberg M. A new depression scale designed to be sensitive to change. Br J Psychiatry 1979; 134: 382–389.
19. Kay SR, Fiszbein A, Opler LA. The positive and negative syndrome scale (PANSS) for schizophrenia. Schizophr Bull 1987; 13: 261–276.
20. White L, Harvey PD, Opler L, Lindenmayer JP. Empirical assessment of the factorial structure of clinical symptoms in schizophrenia. A multisite, multimodel evaluation of the factorial structure of the Positive and Negative Syndrome Scale. The PANSS Study Group. Psychopathology 1997; 30: 263–274.
21. Endicott J, Spitzer RL, Fleiss JL, Cohen J. The global assessment scale. A procedure for measuring overall severity of psychiatric disturbance. Arch Gen Psychiatry 1976; 33: 766–771.

222

CONFIDENTIAL
AZSER12779642

Quetiapine combination therapy in bipolar mania

22. Simpson GM, Angus JW. A rating scale for extrapyram-
    idal side effects. Acta Psychiatr Scand Suppl 1970; 212:
    11–19.
23. Barnes TR. A rating scale for drug-induced akathisia. Br J
    Psychiatry 1989; 154: 672–676.
24. Montgomery DB. ECNP Consensus Meeting March 2000
    Nice: guidelines for investigating efficacy in bipolar disor-
    der. European College of Neuropsychopharmacology. Eur
    Neuropsychopharmacol 2001; 11: 79–88.
25. Vieta E, Parramon G, Padrell E et al. Quetiapine in the
    treatment of rapid cycling bipolar disorder. Bipolar Disord
    2002; 4: 335–340.
26. Ghaemi SN, Rosenquist K, Ko J, Goodwin FK, Baldessa-
    rini RJ. Effects of newer and older antidepressants in
    bipolar depression (abstract). Bipolar Disord 2003; 5
    (Suppl. 1): 49.
27. Chengappa KN, Goldstein JM, Greenwood M, John V,
    Levine J. A post hoc analysis of the impact on hostility and
    agitation of quetiapine and haloperidol among patients
    with schizophrenia. Clin Ther 2003; 25: 530–541.
28. Arvanitis LA, Miller BG. Multiple fixed doses of 'Seroquel'
    (quetiapine) in patients with acute exacerbation of schizo-
    phrenia: a comparison with haloperidol and placebo. The
    Seroquel Trial 13 Study Group. Biol Psychiatry 1997; 42:
    233–246.
29. Copolov DL, Link CG, Kowalcyk B. A multicentre,
    double-blind, randomized comparison of quetiapine (ICI
    204,636, 'Seroquel') and haloperidol in schizophrenia.
    Psychol Med 2000; 30: 95–105.
30. Small JG, Hirsch SR, Arvanitis LA, Miller BG, Link CG.
    Quetiapine in patients with schizophrenia. A high- and
    low-dose double-blind comparison with placebo. Seroquel
    Study Group. Arch Gen Psychiatry 1997; 54: 549–557.
31. Paulsson B, Huizar K. Quetiapine monotherapy versus
    placebo for acute bipolar mania (STAMP 2) (abstract).
    Bipolar Disord 2003; 5: 74.
32. Bowden CL, Brugger AM, Swann AC et al. Efficacy of
    divalproex versus lithium and placebo in the treatment of
    mania. The Depakote Mania Study Group. JAMA 1994;
    271: 918–924.

**Appendix: Study Investigators**

Claudia Baldassano MD, Philadelphia, PA, USA
Mohammid Bari MD, Chula Vista, CA, USA
Louise Beckett MD, Oklahoma City, OK, USA
Ronald Brenner MD, Lawrence, NY, USA
David Brown MD, Austin, TX, USA
Franca Centorrino MD, Belmont, MA, USA
James C-Y. Chou MD, New York, NY, USA
William Coryell MD, Iowa City, IA, USA
John Crayton MD, Hines, IL, USA
Andrew Cutler MD, Winter Park, FL, USA
Lori Davis MD, Tuscaloosa, AL, USA
Louis Fabre MD, Houston, TX, USA
David Feifel MD, San Diego, CA, USA
Arman Goenjian MD, Long Beach, CA, USA
Michael Lesem MD, Bellaire, TX, USA
Joseph McEvoy MD, Butner, NC, USA
Charles Merideth MD, San Diego, CA, USA
Michael Plopper MD, San Diego, CA, USA
William Privitera MD, Austin, TX, USA
Joachim Raese MD, Riverside, CA, USA
Samuel C. Risch MD, Charleston, SC, USA
Alan Rosenbaum MD, Farmington Hills, MI, USA
David Schnur MD, Elmhurst, NY, USA
Robert T. Segraves MD, PhD, Cleveland, OH, USA
Joyce Small MD, Indianapolis, IN, USA
Patricia Suppes MD, PhD, Dallas, TX, USA
Kathleen Toups MD, Walnut Creek, CA, USA
Richard Weisler MD, Raleigh, NC, USA
Craig Wronski MD & Himasiri DeSilva MD, Santa Ana, CA,
USA

223

CONFIDENTIAL
AZSER12779643

# The Anxiety Disease

**DAVID V. SHEEHAN, M.D.**

*Charles Scribner's Sons* • *New York*

CONFIDENTIAL
AZSER12779644

Copyright © 1983 David V. Sheehan

**Library of Congress Cataloging in Publication Data**

Sheehan, David V.
   The anxiety disease.

   Bibliography: p.
   Includes index.
   1. Anxiety.   I. Title.
RC531.S47   1983        616.85′223        83-16438
   ISBN 0-684-18047-2

This book published simultaneously in the
United States of America and in Canada—
Copyright under the Berne Convention.

All rights reserved. No part of this book
may be reproduced in any form without the
permission of Charles Scribner's Sons.

7 9 11 13 15 17 19  F/C  20 18 16 14 12 10 8

Printed in the United States of America.

*The poems on pages 35, 37, and 170 are reprinted by permission of
the publishers and trustees of Amherst College from* The Poems of
Emily Dickinson, *edited by Thomas H. Johnson, Cambridge, Mass.:
The Belknap Press of Harvard University Press, Copyright 1951,
© 1955, 1979 by the President and Fellows of Harvard College.*

CONFIDENTIAL
AZSER12779645

## Monitoring Disability

The symptoms of the anxiety disease disable people to varying degrees in different areas of their life. Obviously, this too must be overcome. The Disability Scale shown in Figure 15 measures this in a simple, direct way.

At the beginning of treatment, the scores on this scale are usually high; within two to three months, they should be very low. In general, the longer patients have been on an effective treatment, the lower their scores. The biggest improvement occurs on all the scales in the first four to six weeks. However, with each passing month there should be a further reduction in all scores. Above all it is important not to settle for a partial or second-rate improvement. Very good results are frequently possible; often all that is necessary is a small increase in the medication. Here persistence and patience are well repaid.

CONFIDENTIAL
AZSER12779646

## Figure 15. Disability Scale

INSTRUCTIONS: Circle a number that best describes your situation now.

### WORK

Because of my problems, my work is impaired:



### SOCIAL LIFE/LEISURE ACTIVITIES

(with other people at parties, socializing, visiting, outings, clubs, and entertaining)

Because of my problems, my social life/leisure is impaired:



### FAMILY LIFE/HOME RESPONSIBILITIES

(for example, relating to family members, paying bills, managing home, shopping, and cleaning)

Because of my problems, my family life/home responsibilities are impaired:



538

CONFIDENTIAL
AZSER12779647

*International Clinical Psychopharmacology* 1996, 11 (suppl 3):89–95

# The measurement of disability

D.V. Sheehan, K. Harnett-Sheehan and B.A. Raj

*University of South Florida, Institute for Research in Psychiatry, 3515 East Fletcher Avenue, Tampa, FL 33613, USA*

*Correspondence to: D.V. Sheehan at above address*

The frequent occurrence of desynchrony between psychiatric symptoms and disability makes it necessary to measure disability/functional impairment in addition to psychiatric symptoms when tracking treatment outcome. Existing disability measures in psychiatry are comprehensive but lengthy. There is a need for short, simple, cost-effective, sensitive measures of disability and functional impairment in psychiatric disorders. We developed a discretized analog disability scale (DISS) which uses visual–spatial, numeric and verbal descriptive anchors to assess disability across three domains: work, social life and family life. The DISS has proved to be very sensitive to change in drug treatment studies in psychiatry. The usefulness of the DISS in assessing disability in terms of work, social and family relationships is discussed.

Keywords: Disability – Functional impairment – Psychiatric disorders – Social disability – Work disability – Family disability

## HISTORICAL BACKGROUND

In the 1950s and 1960s, studies focused on the reduction in the severity of symptoms of a disorder in response to treatment. However, there were some, very symptomatic patients who still functioned reasonably well socially and at work, while other patients with less severe and less frequent symptoms were quite disabled. Because of the high prevalence rates of many psychiatric disorders, health policy analysts realized that it was not possible to treat all symptomatic patients within the financial constraints of available health care resources. However, when an illness began to cause significant disability in the patient's life, the patient was more likely to seek treatment and the health system was then ethically bound to provide effective treatment. Conversely, a goal of treatment was not just to reduce symptoms but, perhaps more important, to significantly alleviate the associated disability. The emerging opinion was that an assessment of disability was important in addition to an assessment of symptom severity. Failing to measure disability in an illness and focusing only on symptom severity could be misleading. A measure of disability could be used as a discriminating variable in how to allocate resources and when to treat.

Starting in the early 1970s, there was a trend to measure functional impairment and symptom severity separately from each other and to include these disability scales in treatment outcome studies. This trend revealed a need to develop good measures of social adjustment,

disability or functional impairment. Many such scales and questionnaires emerged. These were discussed in three excellent reviews (Weissman, 1975; Weissman and Bothwell, 1976; Weissman *et al.*, 1981). The reviewing group collected together all such measures published up to that time, assessed the merits and limitations of each and codified the common themes in these measures. This provided a foundation on which future investigators could more easily build. Rather than reiterate the lists of the various disability scales and their advantages and limitations, we have drawn some principles from these papers that led us to develop the Disability Scale (DISS) shown in Fig. 1. As well as the Weissman group, the work of two other researchers (G.L. Klerman and I. Marks) also influenced our early treatment outcome studies.

## LESSONS FROM THE EARLY DISABILITY/ SOCIAL ADJUSTMENT SCALES

Many measures of disability were very thorough and often quite comprehensive. However, they were too lengthy to include regularly in treatment outcome studies, especially since many other scales and procedures were also required at each visit. This imposed additional costs on the pharmaceutical companies and additional time on the investigators. To be widely adopted

© 1996 Rapid Science Publishers

CONFIDENTIAL
AZSER12779648



FIG. 1. Disability Scales (from Sheehan, 1983, with permission).

and cost-effective, a good disability scale needs to be very short and very simple.

Some disability (social adjustment or functional impairment) scales are designed to be clinician-administered, while others are patient-rated (self-report). There are limitations to both methods of administration. The expense of administering self-report scales is considerably lower than for clinician-rated scales. Self-rated scales are more suited to outpatients, while clinician-rated scales are more suitable for inpatients, the severely mentally ill, illiterate patients and those who either exaggerate or minimize their symptoms. These limitations suggest it is better to have a (disability) scale designed in such a way that it lends itself easily to either patient self-report or clinician administration (or both in the same study), depending on the target study sample and the needs of the study. The flexibility of this dual route of administration permits comparable collection and comparison of disability data across a broader range of medical and psychiatric illnesses.The

disability scale reported here can be used as either a patient-rated scale or a clinician-rated scale. It is recommended that authors of a study report whether the scale was patient-rated, clinician-rated or rated by both independently.

Although there are many domains of disability assessed in the early functional and social impairment scales, all of them assess three common areas of impairment. Almost all measure work impairment, social impairment and family life/home responsibilities impairment. Consequently any basic disability scale needs to at least assess these three domains. In addition, many of the scales included measures of social support.

## DISS DESIGN

The literature on scale design offers a variety of measurement methods. From the range of choices, we prefer the discretized analog scale (DISCAN) design. A discretized analog scale has the advantage that it al-

CONFIDENTIAL
AZSER12779649

MEASUREMENT OF DISABILITY

lows the rater to use visual–spatial, numeric and verbal descriptive anchors at the same time to assess a domain (like work disability), thereby providing a more accurate measure. Some people rate numerically ('he was 1.9 m tall'), others use verbal descriptive anchors ('he was tall, very tall'), while others communicate their rating visual-spatially (using their hands to point while commenting 'he was this tall'). There is subjective individual preference in this choice. Some choose a combination of two or all three. To obtain a more accurate measurement of a particular domain, we use all three rating dimensions for each domain. This is the logic behind discretized visual analog scale construction.

The final form of the DISS, a discretized visual analog scale is illustrated in Fig. 1. The numerical rating from 0 to 10 can be translated into a percentage for those so inclined. There are verbal descriptors for the points on the scale. The numerical breakdown (like all mathematics measures) is nothing more than a more precise level of verbal description. For this reason, there are more numerical points than there are verbal descriptor anchors. In addition, the DISS provides a visual–spatial layout to accommodate those with spatial rating preferences.

We give patients the two additional ratings of perceived social support and perceived stress at the same time, since these domains are included in many social adjustment scales. They are optional additions. Unlike the three disability measures, which are very sensitive to change with treatment, the social support and stress measures scores show considerable variability at the start of treatment and there is regression towards the mean over the course of treatment.

## DISABILITY SCALE SCORES IN SOME PSYCHIATRIC DISORDERS

Table I shows disability score data from two studies on patients with panic disorder (Leon et al., 1992; Sheehan et al., 1993) and two studies on patients with social phobia (data held on file by Roche, Oslo, Norway, 1995,

and Davidson et al., 1993). The first panic disorder study (Leon et al., 1992) validated the disability scale and did some regression analyses on 77 consecutive patients with panic disorder. The second study (Sheehan et al., 1993) reported baseline disability scores for 101 drug-free outpatients with panic disorder who entered a double-blind placebo-controlled treatment outcome study. The social phobia study baseline data are from an international multicenter treatment-outcome study conducted by Roche (protocol 13359, data on file, Roche, Oslo, Norway, 1995).

The mean work and social disability scores (but not the family disability scores) were higher for the patients with social phobia than for those with panic disorder. Data from a United States study on social phobia showed scores of 5.76 for work disability, 6.56 for social disability and 3.8 for family disability (Davidson et al., 1993). In the international social phobia study by Roche (data on file, Oslo, Norway, 1995) the levels of disability were higher for social phobia. These findings suggest that the patient population in the international study were more severely ill, while in the United States social phobia study the disability scores were not significantly different from the level of disability found in United States panic disorder studies.

Figure 2 shows the admission disability scores in a series of 102 psychiatric inpatients, across a range of primary diagnoses. The work disability was low, especially for some diagnostic groups. This may reflect the fact that we included work disability scores only for those who were actually working. If we had given a score of 10 to all those in the sample who were not working, the mean work disability score would have been very high. In general, the disability scores for inpatients were 20% higher than those for outpatients. Suicidal and alcoholic patients had lower disability scores than other groups. The disability scores for suicidal patients were low across all diagnostic groups, for reasons that remain unclear.

There is good evidence that the DISS is sensitive to psychiatric disorders in patients in primary care. Recently, Leon et al. (1996) conducted an analysis of the operating characteristics of the DISS in a sample of 1001 primary care patients. They found that an elevated

TABLE I. Mean baseline disability scores in panic disorder and social phobia in four studies (Leon et al., 1992; Sheehan et al., 1993; data held on file by Roche, Oslo, Norway, 1995; Davidson et al., 1993; listed below, respectively).

| | Panic disorder | | Social phobia | |
| --- | --- | --- | --- | --- |
| | n = 77 | n = 101 | n = 576 | n = 75 |
| Work | 4.58 | 5.42 | 6.67 | 5.76 |
| Social function | 4.94 | 6.14 | 7.17 | 6.56 |
| Family life | 3.1 | 5.18 | 4.57 | 3.80 |

TABLE II. Effect of acute 8-week treatment on disability scores in panic disorder (Sheehan et al., 1993) and social phobia (data held on file by Roche, Oslo, Norway, 1995).

| | Panic disorder | Social phobia |
| --- | --- | --- |
| Work | ↓30.6% | ↓30.8% |
| Social function | ↓35.6% | ↓35.2% |
| Family life | ↓43.9% | ↓28.9% |

CONFIDENTIAL
AZSER12779650



FIG. 2. Disability score by diagnosis.

score (≥5) was associated with an increased risk of psychiatric impairment. Over 80% of the patients diagnosed as having mental disorders had an elevated DISS, and nearly 50% of those with an elevated DISS had at least one disorder.

## THE IMPACT OF TREATMENT ON DISABILITY

Table II shows the percentage reduction in disability scores after 8 weeks in a panic disorder study (Sheehan *et al.*, 1993) and a social phobia study (data held on file by Roche, 1995). The percentage reduction in disability scores over the same 8-week time frame was similar for both disorders. Patients with both panic disorder and social disability were left with more residual disability than we expected.

While disability scale scores may be a very sensitive discriminator between active drug and placebo and even between two active treatments (Sheehan *et al.*, 1980), these 8-week scores also expose the considerable residual disability after what is deemed 'effective treatment'.

## THE DESYNCHRONY OF SYMPTOM AND DISABILITY SCALE SCORES

Strauss and Carpenter (1972), Weissman and John (1981), Barlow and Mavissakalian (1981) and Rachman and Hodgson (1976) among others have reported a desynchrony of symptoms and disability in several disorders. In other words, changes in symptoms and disability scores over time and in response to treatment may not go hand-in-hand or behave synchronously, but

may be partially independent from each other.

Leon *et al.* (1992) investigated the relationship between symptoms and disability in 77 patients with panic disorder. They found a significant relationship between symptoms and disability as may be expected, but the three symptom measures accounted for only 37% of the variance in disability. Panic attack frequency accounted for 14% of the variance, phobic anxiety 12%, while the percentage of time with anticipatory anxiety explained only 11% of the variance. Obviously much more is contributed to disability scale scores by factors beyond the activity of these important symptom areas.

We investigated the same question in 101 patients who volunteered for a double-blind placebo-controlled study in panic disorder (Sheehan *et al.*, 1993). Figure 3 shows the regression analysis of patient-rated anxiety (symptom) scale scores against patient-rated social disability scores. The more symptomatic the patient, the higher the disability scores in general. However the $R^2$ value shows that the symptoms accounted for only 35% of the variance in disability. The results for work and family disability scores were similar, and consistent with the results of Leon *et al.* (1992).

Figure 4 examines the regression analysis of patient-rated total disability (work + social + family disability) against patient-rated global improvement over 8 weeks in the same study in 85 patients who completed the study in the placebo group, the alprazolam group and the buspirone group combined (Sheehan *et al.*, 1993). The results reveal that the more disabled the patients, the less they improved during the study, which is in the expected direction. The $R^2$ value shows that social disability scores accounted for only 29% of the variance

CONFIDENTIAL
AZSER12779651

MEASUREMENT OF DISABILITY



FIG. 3. Patient-rated anxiety (symptom) score ($y$ axis) plotted against patient-rated social disability score ($x$ axis). Regression equation: $y = 25.867 + 4.838x$; $R^2 = 0.352$.



FIG. 4. Total disability ($x$ axis) versus patient global improvement ($y$ axis). Regression equation: $y = 6.77 - 0.281x$; $R^2 = 0.296$.

in total global improvement. The results of the regression analysis for each disability domain were essentially similar to the results shown in Figs 3 and 4.

In another study (Sheehan *et al.*, 1984), 116 patients with panic disorder were randomly assigned to either imipramine, alprazolam, phenelzine or placebo for 10 weeks of treatment. At the end of the study all three drugs gave significantly better results than placebo assessed by the clinical global improvement and similar results to each other, but the tricyclic imipramine was a little less effective than alprazolam or phenelzine. However, in the same study, the three drugs had different relative effects on social disability. Phenelzine was considerably better than either alprazolam or imipramine,

which in turn were better than placebo, in reducing social disability. Phenelzine is a better rehabilitator than the other two drugs, and the disability measure behaved differently in response to treatment than other measures of global improvement or symptom severity. All these findings suggest that the disability scale measures something beyond symptom severity and global improvement. For this reason, it merits inclusion as a measure in treatment outcome studies.

## PREDICTORS OF DISABILITY

We examined variables that appeared significantly related to disability scores in a series of 102 psychiatric

CONFIDENTIAL
AZSER12779652

inpatients across a range of primary diagnoses. Disability scores significantly increased with age across all diagnostic groups and were higher in those with more education.

The patients' living situations influenced disability scores. Those living in a family situation had lower disability scores, perhaps because they had a better support system. In accord with this interpretation we found higher disability scores among those who were widowed, separated or divorced. Disability scores were higher with an increase in the number of previous psychiatric hospitalizations, across all diagnoses. No relationship was found between disability scores and gender or age of onset in this sample.

### TWO ADDITIONAL MEASURES OF DISABILITY

In addition to the three primary disability measures and the two optional measures (social support and perceived stress), we have investigated other sensitive and brief measures used to assess disability. Two additional questions are very sensitive:

(1) How many days in the last month/6 months did you feel so bad that you missed work or school, or were unable to do your housework?

(2) How many days in the last 6 months did you feel so bad that, even though you went to work/school/ worked at home, your productivity was reduced?

The findings with these two questions were surprising in the degree of disability they revealed across all psychiatric diagnoses. In one series of 102 psychiatric inpatients (all diagnoses) aged 18–65 years, 59% of patients had missed work as a direct result of their disorder in the past 6 months, while 62% felt that their

productivity while at work was significantly impaired at least some of the time in the past 6 months.

The mean number of days missed from work was 40 over the previous 6 months (across all 102 psychiatric inpatient diagnostic groups; Fig. 5). The mean number of days of reduced productivity at work was 65 days over 6 months. These disabilities were more severe in the month before admission.

Although psychiatric inpatients are known to be an impaired population, these findings were worse than we expected and attest to the disabling nature and loss of work productivity associated with inpatient psychiatric illness. The two questions may be more useful in long-term (6–12 months) health economic studies.

### CONCLUSIONS

Disability scale scores are high in psychiatric patients who often suffer more productivity impairment than many chronic medical illnesses.

Psychiatric patients recover from their disability slowly, often after their symptoms have subsided, and are often left with more residual disability and for longer periods than physicians acknowledge. Disability scale scores appear to be desynchronous from other traditional treatment outcome measures like symptom severity and global improvement. Experience has shown that this simple, short, disability scale, which has justifiably provoked much criticism, is a very sensitive discriminator between active drug and placebo and even between active treatments.

The scale is not intended to pre-empt the use of measures to investigate disability and social functioning in great detail when that is indicated. However, the disability scale may be useful as a very brief, simple, cost-effective and sensitive measure that can easily be included in treatment outcome studies in psychiatric and chronic medical illnesses.



FIG. 5. Days of missed work and reduced productivity in 102 inpatients aged 18–65 years, all diagnoses.

### REFERENCES

Barlow DH, Mavissakalian M (1981) Directions in the assessment and treatment of phobia: the next decade. In *Phobia Psychological and Pharmacological Treatment*, ch 7. New York: Guilford Press; pp 199–245.

Davidson JRT, Potts N, Richichi E, *et al.* (1993) Treatment of social phobia with clonazepam and placebo. *J Clin Psychopharmacol* 13 (suppl 6):423–428.

Leon AC, Shear MK, Portera L, Klerman GL (1992) Assessing impairment in patients with panic disorder: the Sheehan Disability Scale. *Soc Psychiatry Psychiatr Epidemiol* 27:78–82.

CONFIDENTIAL
AZSER12779653

MEASUREMENT OF DISABILITY

Leon AC, Olfson M, Portrera BA, Farber L, Sheehan DV (1996) Assessing psychiatric impairment in primary care: a psychometric analysis of the Sheehan Disability Scale. *Ann Intern Med* in press.

Rachman S, Hodgson R (1976) Synchrony and desynchrony in fear and avoidance. *Behav Res Ther* 12:311–318.

Sheehan DV, Ballenger JC, Jacobson G (1980) Treatment of endogenous anxiety with phobic, hysterical and hypochondriacal symptoms. *Arch Gen Psychiatry* 37:51–59.

Sheehan DV, Claycomb JB, Surman OS, Gelles L, Gallo J, Le Gros J (1984) The relative efficacy of alprazolam, phenelzine and imipramine in treating panic attacks and phobias [abstract]. In *Abstracts of 137th Annual Meeting of American Psychiatric Association.* Washington, DC: American Psychiatric Association, 83.

Sheehan DV, Raj AB, Harnett-Sheehan K, Soto S, Knapp E (1993) The relative efficacy of high dose buspirone and alprazolam in the treatment of panic disorder: a double-blind placebo-controlled study. *Acta Psychiatr Scand* 88 (suppl 1):1–11.

Strauss JS, Carpenter WT Jr (1972) The prediction of outcome in schizophrenia: I. Characteristics of outcome. *Arch Gen Psychiatry* 27:739–746.

Weissman MM (1975) The assessment of social adjustment: a review of techniques. *Arch Gen Psychiatry* 32:357–365.

Weissman MM, Bothwell S (1976) The assessment of social adjustment by patient self-report. *Arch Gen Psychiatry* 33:1111–1115.

Weissman MM, John K (1981) The familial and psychosocial measurement of depression. In *The Measurement of Depression, ch 12.* Edited by Marsella AJ, Hirshfeld RM, Katz MM. New York: Guilford Press; pp 199–245.

Weissman MM, Sholomskas D, John K (1981) The assessment of social adjustment: an update. *Arch Gen Psychiatry* 38:1250–1258.

CONFIDENTIAL
AZSER12779654

ACTA PSYCHIATRICA SCANDINAVICA

SUPPLEMENTUM 212, 1970

# DRUG INDUCED
# EXTRAPYRAMIDAL DISORDERS

Controlled studies of the relationship
between the behavioural change and the extrapyramidal
symptoms produced by psychotropic drugs

G. M. SIMPSON, M.B., CH.B.
*Principal Research Psychiatrist*

J. W. S. ANGUS, F.R.C.P.(C), D.P.M.
*Research Psychiatrist*

Early Clinical Drug Evaluation Unit
Rockland State Hospital
Orangeburg, N.Y.

This research was supported in part by Grants MH-08240 and MH-07292
from the National Institute of Mental Health, Bethesda, Md.

MUNKSGAARD
COPENHAGEN 1970

546

CONFIDENTIAL
AZSER12779655

# A RATING SCALE FOR EXTRAPYRAMIDAL
## SIDE EFFECTS

G. M. Simpson, M. B., Ch. B. and
J. W. S. Angus, F. R. C. P. (C), D. P. M.

### SUMMARY

A modification of an earlier rating scale for extrapyramidal system disturbance is described, and evidence for the validity and reliability of the scale is presented. The usefulness of the scale in studies of neuroleptic drugs is discussed. By its application it is possible to quantify extrapyramidal side effects and to separate them into four principal factors.

### INTRODUCTION

The discovery of phenothiazines as useful agents in the treatment of mental disorder was shortly followed by discoveries of their adverse reactions, particularly those affecting the extrapyramidal system (3). This led to claims that side effects were part and parcel of their usefulness (4), and to counterclaims that they were undesirable side effects (6). The extensive studies of Haase (5), who claims that minimal extrapyramidal signs, as demonstrated in handwriting changes, are the "sine qua non" for optimal treatment, represent a somewhat intermediate position in this controversy.

This whole area has been thoroughly reviewed in two recent publications by Bishop, et al. (1) and by Ching-Piao and DiMascio (2). The latter point out that part of the confusion in this area may be related to differences in classification, and that too many investigators use extrapyramidal system disturbance as if it were a unity. We use this term throughout to describe the factors we are actually measuring. We see the difficulty not so much one of classification, but of defining and quantifying what is being observed. Thus, infrequent dystonic reactions and the slightly more frequent akathisia have been omitted from this study. We also feel that the differences between Haase and, for example, the French investigators are not semantic ones or a problem of classification, but merely that a proper comparison or study remains to be done.

We have elsewhere stated our opinion on this point (7, 9), namely that the presence of minimal extrapyramidal side effects seem to be associated with therapeutic improvement, excess extrapyramidal effects with less improvement. Further discussion on this subject would be outside the scope of

CONFIDENTIAL
AZSER12779656

12

the present paper, but it is mentioned merely to highlight the point that all neuroleptic agents, irrespective of their chemical structure, possess two things in common: (1) an effect on psychotic behavior, and (2) an effect on the extrapyramidal system. Within limits, the potency of the drugs seems to be proportional to their propensity for producing extrapyramidal symptoms. If this is so, it is important to have an instrument for assessing accurately the amount of extrapyramidal system disorder produced, a quantitative measure rather than a qualitative description of these side effects.

In a previous investigation a rating scale for measuring extrapyramidal system disorder produced by neuroleptic drugs was described (7), and since that time it has been routinely used in this research unit. This scale was shown to have both clinical validity and high inter-rater reliability, but later attempts at more precise studies of extrapyramidal system disorder led to the need for its revision. Factors such as Salivation and Tremor, which were difficult to quantify, had not been included in the old scale, but in various studies, scores on the scale were diluted by their absence. Thus, zero scores occurred despite obvious tremor or disturbing salivation which frequently required the use of antiparkinson medication. It was, therefore, decided to expand the rating scale to include these factors. It is the purpose of this paper to present this rating instrument with a discussion of its potential usefulness in the field of clinical research.

The original rating scale contained nine items, all of which were common clinical signs, used in the diagnosis of Parkinson's Disease in clinical practice. One of these items, the evaluation of the state of the trunk muscles—a sign which can be of considerable diagnostic importance—was found difficult to quantify and was dropped from the scale. The other eight items were retained and, with the addition of Tremor and Salivation, make up the ten-item scale shown in Table 1. Each item is rated on a 5-point scale, with 0 meaning the complete absence of the condition, and 4 meaning the presence of the condition in extreme form. Each point on the scale was defined and is shown in the appendix. The score on the scale is obtained by adding the items and dividing by 10.

TABLE 1

*Neurological Rating Scale for Extrapyramidal Effects*

| | |
|---|---|
| 1. Gait | 6. Leg Pendulousness |
| 2. Arm Dropping | 7. Head Dropping |
| 3. Shoulder Shaking | 8. Glabella Tap |
| 4. Elbow Rigidity | 9. Tremor |
| 5. Wrist Rigidity | 10. Salivation |

Two questions of concern in any rating scale involve validity and reliability, and these questions were answered reasonably well in the studies on the

548

CONFIDENTIAL
AZSER12779657