13



Neurological Rating Scale Mean Scores—Haloperidol Double Blind Study

*Fig. 1*

previous scale (7). The reliability of the present scale was tested during a double-blind study involving two dose levels of the potent neuroleptic halo-peridol and a placebo (8). Striking evidence for the validity of the scale was also obtained from the same trial.

## METHOD

Fourteen patients who had been off all drugs for four weeks, were treated with identical capsules containing placebo, 1 mg and 5 mg of haloperidol respectively. The regime was fixed so that all patients received one capsule daily during the first week, and an increase of daily dosage by one capsule each week to a maximum of six. The daily dosage was maintained at this level for a further ten weeks, and, following withdrawal of medication, the patients were studied for another four weeks. When the code was broken, four patients had received placebo, five the 1 mg capsule (6 mg/day), and five the 5 mg capsule (30 mg/day).

CONFIDENTIAL
AZSER12779658

14

The graph (Fig. 1) depicts the mean weekly rating on the scale for each group during the period on maximum medication and for the four weeks following withdrawal of medication, all ratings having been made by one physician. It can be seen that the scale satisfactorily separates the three groups. At Week 15 a t-test indicated that the difference between the placebo group and the 1 mg group was statistically significant ($p < 0.01$). The difference between the 5 mg and 1 mg groups just fails to be statistically significant ($p > 0.05$).

Two points should be made. We consider scores of up to 0.3 to be within the "normal range," and we found, on breaking the code, that three patients in the high dose group had been given benztropine mesylate for clinically troublesome side effects, whereas only one in the low dose group received it. This may account for the fall in the scores of the high dose group during the latter part of the drug period, and would certainly have diminished the difference between the 1 mg and 5 mg group mean scores.

In order to test inter-rater reliability, the patients were examined by two doctors during Weeks 11 to 18 of the trial. The patients were examined and rated at the same time of day each week and were seen by the second doctor immediately after examination by the first. Separate examining rooms were used, and the doctors were unaware of each other's ratings and of their own ratings made in previous weeks. There was no discussion or analysis of the data until the study had been completed. Correlation coefficients between raters for each item in each of the seven weeks were obtained and are shown in Table 2.

In our early clinical drug studies and in previous investigations, the total score on the neurological rating scale was the one used most frequently. This is obtained by summing the score for all the rated items and dividing

TABLE 2
*Correlation Coefficients Between Raters*

| Item | Mean | Range |
|------|------|-------|
| 1. Gait ....................... | 0.52 | 0.22–0.78 |
| 2. Arm Dropping ............. | 0.73 | 0.58–0.89 |
| 3. Shoulder Shaking ......... | 0.78 | 0.69–0.94 |
| 4. Elbow Rigidity ........... | 0.73 | 0.57–0.92 |
| 5. Wrist Rigidity ............ | 0.59 | 0.20–0.89 |
| 6. Leg Pendulousness ......... | 0.75 | 0.62–0.78 |
| 7. Head Dropping ........... | 0.70 | 0.62–0.78 |
| 8. Glabella Tap .............. | 0.87 | 0.60–1.0 |
| 9. Tremor ................... | 0.56 | 0.29–0.94 |
| 10. Salivation ................. | 0.59 | 0.16–1.0 |
| Total Score ............... | 0.87 | 0.71–0.96 |

CONFIDENTIAL
AZSER12779659

15

the total by the number of items. Correlations for the total scores between the two investigators ranged from 0.71 to 0.96.

In general, there was a good correlation between the two raters, but in one week, poor correlations were obtained on four items. Otherwise, the ten items rated on seven weeks, that is, seventy correlations, were all of a high order. All the low correlations were recorded in the third week of the study; this included Wrist Rigidity, Salivation, Gait, and Tremor. No explanation can be given for this at this time.

A principal component factor analysis, followed by a normalized Varimax rotation of the four resulting principal components was carried out. The factor loadings for these components are shown in Table 3. The first factor has high loadings on the items Shoulder-shaking, Elbow rigidity, Wrist rigidity, and Leg pendulousness and is obviously a factor involving rigidity. This factor accounted for 34 % of the total variance. The second factor places greatest weight on the items Gait, Salivation, and Head-dropping and accounted for 15 % of the total variance. The item Head-dropping is a difficult one to score, and we expected it to be included in the first factor to which it does contribute. That it should cluster with Gait is not particularly surprising, but no clinical explanation can be given for Salivation being included in this factor. We consider it a statistical artifact. The third factor was Glabella tap, which explained just over 10 % of the variance. Tremor emerged as a fourth factor, accounting for over 9 % of the variance. It would appear, therefore, that in using this scale to study extrapyramidal effects or antiparkinson agents, four factors, which in this study accounted for 68 % of the variance, could be considered: Rigidity, Salivation, Glabella tap, and Tremor.

Because seven of the items in the scale are measurements of rigidity, and because the latter accounted for a major part of the variance, we sepa-

TABLE 3
*Factor Loadings for Four Principal Components*

|  | I | II | III | IV |
|---|---|---|---|---|
| 1. Gait ................ | 0.216 | 0.740 | 0.032 | 0.106 |
| 2. Arm Dropping ........ | 0.200 | 0.260 | 0.043 | 0.666 |
| 3. Shoulder shaking ..... | 0.818 | 0.262 | 0.069 | 0.047 |
| 4. Elbow Rigidity ........ | 0.799 | 0.227 | 0.121 | 0.140 |
| 5. Wrist Rigidity ........ | 0.792 | 0.004 | 0.249 | 0.207 |
| 6. Leg Pendulousness ..... | 0.702 | 0.231 | 0.067 | 0.213 |
| 7. Head Dropping ....... | 0.441 | 0.575 | 0.264 | 0.053 |
| 8. Glabella Tap ......... | 0.086 | 0.037 | 0.959 | 0.065 |
| 9. Tremor .............. | 0.088 | 0.046 | 0.119 | 0.819 |
| 10. Salivation ........... | 0.185 | 0.762 | 0.009 | 0.170 |

CONFIDENTIAL
AZSER12779660

16

rated out the rigidity scores for the three groups. As might be expected, they ran parallel to the total score, although the fit was not exact. The discrimination between the placebo group and the drug groups remained, but that between the two drug groups was diminished.

### DISCUSSION

There have been many attempts to quantify the phenomena of parkinsonism and its response to treatment. Unfortunately, the scales often contain many items, or the assessment involves time-consuming procedures, such as sorting tests or handwriting. We believe that we have devised a valid, reliable scale that is simple and rapidly applied and requires no equipment other than an examining couch. In addition, the method can be quickly taught to a nurse or research assistant. Its application does not require specialized medical knowledge.

The items on the scale have a certain face validity in that they are commonly used signs in the clinical evaluation of parkinsonism. A further attestation to the validity of the scale was its ability to separate in a double-blind trial not only patients receiving placebo from those receiving potent neuroleptic medications, but also two dose levels of the medication. The relatively high correlations on each item between raters, and the high correlation on the total score, indicate that the scale is reliable. Like every other scale, its use has to be learned, and it is advisable for raters to rate the same patients from time to time, in order to check shifts in definition.

As most of the items are concerned with the measurement of rigidity, it is no surprise that such a factor accounts for a large part of the variance and separates out from Salivation, Tremor, and Glabella tap. Nevertheless, the retention of the latter three items appears to be justified, because the mean total score proved better at separating the two drug groups than the rigidity score alone. The grouping of items in the scale according to these factors might be used to bring greater precision to the assessment of neuroleptic drugs or the use of drugs for treating extrapyramidal symptoms.

We are using the scale routinely both in the work of early clinical drug evaluation and in the investigation of extrapyramidal side effects. It is possible that others, working in psychopharmacology, might find it of value and possible, too, that it may be of interest to neurologists in assessing the treatment of parkinsonism.

### REFERENCES

1. Bishop, M. P., Gallant, D. M., & Sykes, T. F.: Extrapyramidal side effects and therapeutic response. *Arch. Gen. Psychiat.*, 13, 155–162, 1965.
2. Chien, C., & DiMascio, A.: Drug-induced extrapyramidal symptoms and their relations to clinical efficacy. *Amer. J. Psychiat.*, 123/12, 1490–1498, 1967.

CONFIDENTIAL
AZSER12779661

17

3. Delay, J., & Deniker, P.: 38 cas de psychoses traitées par la cure prolongée et continue de 4560 RP. Le Congrès de Psychiat. Neurol. de Langue Française (Luxembourg, 1952), in C. R., 503–513, Masson ed.

4. Fleugel, F.: Thérapeutique par médication neuroleptique obtenu en realisant Neuroleptiques (Paris, 1955), Encéphale, 790–792.

5. Haase, H. J., & Janssen, P. A. J.: *The Action of Neuroleptic Drugs.* Chicago, Ill.: Year Book Medical Publishers, 1965.

6. Karn, W. N., Jr., & Kasper, S.: Pharmacologically induced parkinson-like signs as index of therapeutic potential. *Dis. Nerv. Syst.,* 20, 119–120, 1959.

7. Simpson, G. M., Amuso, D., Blair, J. H., & Farkas, T.: Aspects of phenothiazine-produce extrapyramidal symptoms. *Arch. Gen. Psychiat.,* 10, 199–208, 1964.

8. Simpson, G. M., Angus, J. W. S., & Edwards, J. G.: A controlled study of haloperidol in chronic schizophrenia. *Curr. Ther. Res.,* 9/8, 407–412, 1967.

9. Simpson, G. M., & Kunz-Bartholini, Esther. The relationship of individual tolerance, behavior, and phenothiazine-produced extrapyramidal system disturbance. *Dis. Nerv. Syst.,* 29, 269–274, 1968.

## APPENDIX

1. *Gait*—The patient is examined as he walks into the examining room, his gait, the swing of his arms, his general posture, all form the basis for an overall score for this item. This is rated as follows:

    0 – normal

    1 – diminution in swing while the patient is walking

    2 – marked diminution in swing with obvious rigidity in the arm

    3 – stiff gait with arms held rigidly before the abdomen

    4 – stooped shuffling gait with propulsion and retropulsion

2. *Arm Dropping*—The patient and the examiner both raise their arms to shoulder height and let them fall to their sides. In a normal subject a stout slap is heard as the arms hit the sides. In the patient with extreme Parkinson's syndrome the arms falls very slowly:

    0 – normal, free fall with loud slap and rebound

    1 – fall slowed slightly with less audible contact and little rebound

    2 – fall slowed, no rebound

    3 – marked slowing, no slap at all

    4 – arms fall as though against resistance; as though through glue

3. *Shoulder Shaking.*—The subject's arms are bent at a right angle at the elbow and are taken one at a time by the examiner who grasps one hand and also clasps the other around the patient's elbow. The subject's upper arm is pushed to and fro and the humerus is externally rotated. The degree of resistance from normal to extreme rigidity is scored as follows:

    0 – normal

    1 – slight stiffness and resistance

    2 – moderate stiffness and resistance

    3 – marked rigidity with difficulty in passive movement

    4 – extreme stiffness and rigidity with almost a frozen shoulder

CONFIDENTIAL
AZSER12779662

18

4. *Elbow Rigidity*—The elbow joints are separately bent at right angles and passively extended and flexed, with the subject's biceps observed and simultaneously palpated. The resistance to this procedure is rated. (The presence of cogwheel rigidity is noted separately.) Scoring is from 0–4 as in Shoulder Shaking test.

5. Fixation of position or *Wrist Rigidity*—The wrist is held in one hand and the fingers held by the examiner's other hand, with the wrist moved to extension flexion and both ulner and radial deviation. The resistance to this procedure is rated as in Items 3 and 4.

6. *Leg Pendulousness*—The patient sits on a table with his legs hanging down and swinging free. The ankle is grasped by the examiner and raised until the knee is partially extended. It is then allowed to fall. The resistance to falling and the lack of swinging form the basis for the score on this item:

    0 – the legs swing freely
    1 – slight diminution in the swing of the legs
    2 – moderate resistance to swing
    3 – marked resistance and damping of swing
    4 – complete absence of swing

7. *Head Dropping*—The patient lies on a well-padded examining table and his head is raised by the examiner's hand. The hand is then withdrawn and the head allowed to drop. In the normal subject the head will fall upon the table. The movement is delayed in extrapyramidal system disorder, and in extreme parkinsonism it is absent. The neck muscles are rigid and the head does not reach the examining table. Scoring is as follows:

    0 – the head falls completely with a good thump as it hits the table
    1 – slight slowing in fall, mainly noted by lack of slap as head meets
         the table
    2 – moderate slowing in the fall quite noticeable to the eye
    3 – head falls stiffly and slowly
    4 – head does not reach examining table

8. *Glabella Tap*—Subject is told to open his eyes wide and not to blink. The glabella region is tapped at a steady, rapid speed. The number of times patient blinks in succession is noted:

    0 – 0–5 blinks
    1 – 6–10 blinks
    2 – 11–15 blinks
    3 – 16–20 blinks
    4 – 21 and more blinks

9. *Tremor*—Patient is observed walking into examining room and then is re-examined for this item:

    0 – normal
    1 – mild finger tremor, obvious to sight and touch

554

CONFIDENTIAL
AZSER12779663

19

2 – tremor of hand or arm occurring spasmodically

3 – persistent tremor or one or more limbs

4 – whole body tremor

10. *Salivation*—Patient is observed while talking and then asked to open his mouth and elevate his tongue. The following ratings are given:

0 – normal

1 – excess salivation to the extent that pooling takes place if the mouth is open and the tongue raised

2 – when excess salivation is present and might occasionally result in difficulty in speaking

3 – speaking with difficulty because of excess salivation

4 – frank drooling

555

CONFIDENTIAL
AZSER12779664



**ELSEVIER**

Psychiatry Research 73 (1997) 159-171

**PSYCHIATRY RESEARCH**

# Modification of the Clinical Global Impressions (CGI) scale for use in bipolar illness (BP): the CGI-BP

Melissa K. Spearing[a], Robert M. Post[a,*], Gabriele S. Leverich[a], Diane Brandt[b], Willem Nolen[c]

[a] *NIMH / BPB, NIH, Building 10, Room 3N212, Bethesda, MD 20892-1272, USA*
[b] *Stanley Foundation Bipolar Network, 5430 Grosvenor Lane, Suite 200, Bethesda, MD 20814, USA*
[c] *HC Rumke Group, Willem Arntz Huis, Vrouwjnuttenhof 18, P.O. Box 61, 3500AB, Utrecht, The Netherlands*

Received 2 December 1996; revised 15 September 1997; accepted 26 September 1997

## Abstract

The Clinical Global Impressions Scale (CGI) was modified specifically for use in assessing global illness severity and change in patients with bipolar disorder. Criticisms of the original CGI were addressed by correcting inconsistencies in scaling, identifying time frames for comparison, clarifying definitions of illness severity and change, and separating out assessment of treatment side effects from illness improvement during treatment. A Detailed User's Guide was developed to train clinicians in the use of the new CGI-Bipolar Version (CGI-BP) for rating severity of manic and depressive episodes and the degree of change from the immediately preceding phase and from the worst phase of illness. The revised scale and manual provide a focused set of instructions to facilitate the reliability of these ratings of mania, depression, and overall bipolar illness during treatment of an acute episode or in longer-term illness prophylaxis. Interrater reliability of the scale was demonstrated in preliminary analyses. Thus, the modified CGI-BP is anticipated to be more useful than the original CGI in studies of bipolar disorder. © 1997 Elsevier Science Ireland Ltd.

*Keywords:* Methodology; Global ratings; Mental disorder; Manic-depressive illness

* Corresponding author. Tel.: + 1 301 4964805; fax: + 1 301 4020052.

0165-1781/97/$17.00  © 1997 Elsevier Science Ireland Ltd. All rights reserved.
*PII* S0165-1781(97)00123-6

556

CONFIDENTIAL
AZSER12779665

# 1. Introduction

Clinicians have access to a wide variety of rating scales designed to help identify, assess, and quantify symptoms of diverse illnesses. Although many of these scales measure the presence and severity of discrete illness variables, rating scales of global illness conditions can contribute valuable information to the overall clinical picture of each patient and can be helpful in assessing the efficacy of a given intervention. Hence, global judgments of illness severity and change during the course of treatment may usefully inform clinicians of whether to continue or alter treatment strategies (i.e. decisions regarding whether or not a treatment is effective) (Rush and Kupfer, 1995).

The utility of physicians' global ratings in differentiating drug response from non-response was demonstrated by Lehmann (1984) in his review of 17 placebo-controlled studies of psychotropic drugs. He found that global ratings of therapeutic effect distinguished drug from placebo in 14 of 17 studies, suggesting that global ratings are valid assessments and can be highly instrumental in determining the efficacy of a drug. Lehmann (1984) also asserted that global ratings can provide more comprehensive information about patients' clinical status (or change during treatment) than scores on itemized symptom rating scales.

Global ratings have been used in studies of bipolar disorder to gauge acute phase treatment response or overall prophylactic benefit. For example, Okuma (1993) assessed the prophylactic effects of lithium or carbamazepine on patients with bipolar illness, classifying their treatment response as 'markedly effective', 'moderately effective', or 'unchanged or aggravated'. These categories were defined by the degree of symptom remission and episode duration during treatment as compared to the illness prior to treatment. Similarly, Calabrese et al. (1993) classified acute or prophylactic treatment response into categories of 'marked', 'moderate', or 'no response' based on global ratings of change in episode severity, duration, and frequency. In addition, many literature reviews employ these global categories of marked or moderate improvement when

grouping responders versus non-responders to a particular treatment for bipolar illness (e.g. Post et al., 1990, 1996a,b). Thus, global ratings are a commonly used method with which to assess clinically meaningful degrees of treatment response, hence guiding the clinical management of bipolar disorder.

The Clinical Global Impressions Scale (CGI) (Guy, 1976) is a standard measure for making global assessments of illness. The complete CGI scale consists of three different global measures designed to rate the effectiveness of a particular treatment: I, Severity of Illness — assessment of the patient's current severity of symptoms; II, Global Improvement — comparison of the patient's baseline condition to his/her current condition; and III, Efficacy Index — comparison of the patient's baseline condition to a ratio of current therapeutic benefit and severity of side effects (Guy, 1976). The CGI has been widely used as a primary outcome measure in clinical trials of medications for depression (e.g. Salzmann and Robin, 1995), schizophrenia (e.g. Honer et al., 1995), and many other illness conditions (e.g. Rabkin et al., 1995; Ravizza et al., 1995). However, most studies using the CGI scale have utilized only one or two of the global measures to assess drug response (e.g. Remick et al., 1994 (used both Items I and II, Severity of Illness and Global Improvement); DeWilde et al., 1993 (used Item I, Severity of Illness); Kanowski et al., 1990 (used Item III, Efficacy Index); Fieve et al., 1986 (used Item II, Global Improvement)).

The CGI Global Improvement measure, a commonly used item, offers a range of rating choices between 'Very Much Improved' and 'Very Much Worse' based on the degree of change during treatment. A general convention among studies utilizing this measure has been to classify treatment responders as patients rated 'Very Much Improved' or 'Much Improved' and non-responders as those rated either 'Minimally Improved', 'No Change', or 'Worse' (e.g. Quitkin et al., 1984; Ontiveros et al., 1991; Colle et al., 1994). In studies of antidepressant medications, this convention has been supported by validating Global Improvement ratings against percent changes in scores on the Hamilton Rating Scale

CONFIDENTIAL
AZSER12779666

M.K. Spearing et al. / Psychiatry Research 73 (1997) 159–171

for Depression (HRSD) (Sato et al., 1984; Fieve et al., 1986). Both Sato et al. (1984) and Fieve et al. (1986) found CGI Global Improvement ratings to correlate significantly with changes in HRSD scores, indicating that Global Improvement validly measures overall change in depressive symptoms during treatment.

Despite its frequent use in efficacy studies, the CGI has been criticized in the literature for being inconsistent, unreliable, and too general to provide meaningful information about patient clinical status or treatment response (Beneke and Rasmus, 1992; Dahlke et al., 1992). Inconsistency and asymmetry in scaling, lack of standard definitions of illness severity and change, lack of clearly identified time frames for evaluating change, redundancy and different scaling in the two change measures, and an inability to differentiate improvement ascribable only to the treatment effect have been described as primary flaws in the CGI leading to its questionable validity and reliability (Beneke and Rasmus, 1992; Dahlke et al., 1992). While the CGI continues to be used as an integrated measure of clinical improvement and treatment efficacy, there is a clear need for a standardized global rating scale that is more consistently applied and interpreted to improve validity, reliability, and utility of the ratings.

There was a consensus among experienced clinicians at five sites of the Stanley Foundation Bipolar Network that while the CGI had the many liabilities noted above, no other global instrument was available as a better alternative. Bipolar disorder is often difficult to assess due to its pleomorphic and variable components (i.e. severity, duration, and frequency of both manic and depressive phases). To address the criticisms of the CGI as well as to better adapt it to patients with bipolar illness, we attempted to revise the scale by correcting its scaling and definitional problems and allowing for individual assessments of mania, depression, and overall bipolar illness. In addition, we sought to make the revised CGI scale amenable to evaluations of both acute treatment efficacy (i.e. for treatment of a single affective episode) and prophylaxis of episodes (i.e. for treatment and prevention of episode recurrence or cycling). The new CGI-Bipolar Version (CGI-

BP), therefore, is expected to improve the accuracy and reliability of global assessments of illness severity and degree of improvement occurring in mania, depression, and overall illness on a given treatment.

The original CGI scale was apparently not tested for reliability at the outset, and the scale was used in studies for many years before its reliability was formally assessed. We believe the first study to demonstrate and document interrater and test-retest reliability of the CGI was conducted by Dahlke et al. (1992). This study revealed relatively good reliability scores for CGI severity ratings but not for the change (i.e. Global Improvement) ratings. A later study by Weitkunat et al. (1993) also found the CGI change measure to have unimpressive test-retest reliability. Both studies clearly indicated a need for improved CGI guidelines and assessment criteria in order to strengthen the reliability of the ratings. Since the scaling flaws and conceptual problems of the original CGI were corrected in the CGI-BP, and since precise definitions and guidelines for rating bipolar illness were provided in the CGI-BP User's Guides, we anticipated that the reliability and clinical utility of the new scale would be very much improved.

## 2. Methods

Each stated criticism (Table 1) of the CGI (Fig. 1) was specifically addressed in the development of the CGI-BP scale (Fig. 2). A group of clinicians (consisting of one psychiatrist, two clinical social workers, and three research clinicians experienced with bipolar illness) reviewed, piloted, and reached consensus on the re-scaling, conceptual modifications in the change measures (Items II and III), designation of the relevant time domains for assessment, and other definitions and instructions for the scale. The new CGI-BP form was pilot tested by clinicians on numerous research patients with refractory bipolar disorder and revised several times for clarity. Each measure of severity or change (Items I–III) was expanded to accommodate separate ratings of the manic and depressive components of the disorder, as well as the overall bipolar illness.

CONFIDENTIAL
AZSER12779667

BEST COPY AVAILABLE

162          *M.K. Spearing et al. / Psychiatry Research 73 (1997) 159–171*

---

## CLINICAL GLOBAL IMPRESSIONS*

Instructions: Complete Item 1 – *Severity of Illness* at the initial and subsequent assessments.
Items 2 and 3 may be omitted at the initial assessment by marking 0 – "Not Assessed."

---

1.  **SEVERITY OF ILLNESS**
    Considering your total clinical experience with this particular population, how mentally ill
    is the patient at this time?

    0 = Not Assessed                 4 = Moderately ill
    1 = Normal, not at all ill       5 = Markedly ill
    2 = Borderline mentally ill      6 = Severely ill
    3 = Mildly ill                   7 = Among the most extremely ill patients

*THE NEXT TWO ITEMS MAY BE OMITTED AT THE INITIAL
ASSESSMENT BY MARKING "NOT ASSESSED" FOR BOTH ITEMS*

2.  **GLOBAL IMPROVEMENT** - Rate total improvement whether or not, in your judgment,
    it is due entirely to drug treatment.

    Compared to his condition at admission to the project, how much has he
    changed?

    0 = Not assessed                 4 = No change
    1 = Very much improved           5 = Minimally worse
    2 = Much improved                6 = Much worse
    3 = Minimally improved           7 = Very much worse

3.  **EFFICACY INDEX** - Rate this item on the basis of DRUG EFFECT ONLY.

    Select the terms which best describe the degrees of therapeutic effect and side effects and record
    the number in the box where the two items intersect.

| | SIDE EFFECTS | | | |
| THERAPEUTIC EFFECT | None | Do not significantly interfere with functioning | Significantly interferes with patient's functioning | Outweighs therapeutic effect |
|---|---|---|---|---|
| **MARKED** - Vast improvement. Complete or nearly complete remission of all symptoms. | 01 | 02 | 03 | 04 |
| **MODERATE** - Decided improvement. Partial remission of symptoms. | 05 | 06 | 07 | 08 |
| **MINIMAL** - Slight improvement which doesn't alter status of care of patient. | 09 | 10 | 11 | 12 |
| **UNCHANGED OR WORSE** | 13 | 14 | 15 | 16 |
| Not Assessed = 00 | | | | |

* Reproduced from Guy, 1976.

Fig. 1. The Clinical Global Impressions Scale (Guy, 1976).

CONFIDENTIAL
AZSER12779668

*M.K. Spearing et al. / Psychiatry Research 73 (1997) 159–171*

A Detailed User's Guide (available upon request) was developed to provide a self-contained instruction manual to teach clinicians how to use the revised CGI-BP. The detailed guide includes definitions of illness severity and change and graphical descriptions and examples of how to rate both the acute and prophylactic effects of treatments (Fig. 3 and Fig. 4). A set of practice ratings is provided for clinicians to complete based on sample patient life chart information (Leverich and Post, 1995, 1996). An answer key was provided so that new raters could assess their performance against a consensus standard of experienced clinicians (RMP, GSL). A Brief User's Guide also was created based on a condensation of the information provided in the more detailed version. A condensed list of rating principles for assessing the prophylactic effectiveness of a treatment was included in both versions of the guide. These instructions were intended to assist raters in the selection of the appropriate time domains when considering the ability of a treatment to prevent further recurrence of affective episodes.

A test packet, composed of additional sample patient life charts, was developed (without answers) for clinicians to make CGI-BP ratings of hypothetical treatment response for 10 individual episodes of acute mania or depression and another 10 patients whose illness did or did not respond to prophylactic treatment. This test packet would allow field testing of the CGI-BP and the principles taught in both the Brief and Detailed Users' Guides.

## 3. Results

### 3.1. Development of the CGI-BP

A number of important scaling and conceptual changes were implemented in converting the original CGI scale to the new CGI-BP. Firstly, in order for the CGI-BP to address bipolar illness in particular, each item of the original CGI was changed to include separate ratings of manic, depressive, and overall components of the illness. In addition, to allow individual assessments of acute treatment efficacy on a single affective episode as well as prophylactic treatment for re-

curring episodes (i.e. prevention of cycling), different time domains for reference were established for each type of assessment. These refinements permit the CGI-BP to reflect global illness severity and change in a disease with much inherent variability.

Next, the definitions and corresponding time domains of the two CGI change measures were modified to allow clinicians to make global assessments of (II) improvement during treatment compared to the phase immediately preceding treatment and (III) improvement compared to the prior worst phase of the illness. These changes were implemented so that the efficacy of augmentation or combination regimens could be assessed more readily using the CGI-BP. Moreover, the confound of improvement and side effects, and whether improvement was attributable only to the drug in Item III, was removed. Finally, all three measures were modified to address the scaling criticisms of the original CGI scale. These changes (Table 1) are discussed in more detail below.

Scaling inconsistencies of the original CGI Item I, Severity of Illness, as discussed by Beneke and Rasmus (1992), were corrected in the CGI-BP.

Table 1
Improvements to the Clinical Global Impressions scale

| Old CGI Faults | New CGI-BP Improvements |
| --- | --- |
| I. Severity of Illness | I. Severity of Illness |
| ● One rating | ● Mania |
| ● Last interval (quality different) | ● Depression |
| | ● Overall illness |
| | ● Last interval consistent |
| II. Global Improvement | II. Change From Preceding Phase |
| ● Time domains uncertain | ● Time domains clarified |
| ● No worsening available | ● Worsening available |
| ● II and III use different scales | ● II and III use same scale |
| ● Inaccurate name and instructions | ● Meaningful name and instructions |
| III. Efficacy Index | III. Change From Worst Phase |
| ● Drug effect only | ● Time domains clarified |
| ● Side effects combined | ● Side effects separated |
| ● Choices not symmetrical | ● Choices symmetrical |

CONFIDENTIAL
AZSER12779669

164 *M.K. Spearing et al. / Psychiatry Research 73 (1997) 159–171*

The wording of category 7 was changed from 'among the most extremely ill patients' to 'Very Severely Ill', so that the scaling would be consistent between categories (e.g. 'Mildly Ill', 'Moderately Ill', 'Severely Ill', and 'Very Severely Ill'). In addition, the original CGI measure includes a category 0, 'not assessed', which would be marked if no information about the patient's current illness condition was available. However, none of the CGI assessments could be made in this circumstance (Beneke and Rasmus, 1992), and therefore, this Severity of Illness category was not included in the CGI-BP.

The scaling of the CGI Item II, Global Improvement, has been considered symmetrical and consistent: positive and negative ratings are distributed equally around a neutral point ('no change') and are verbally constructed in the same manner (Beneke and Rasmus, 1992). Therefore, we left Item II unchanged in the CGI-BP. However, CGI Item III, Efficacy Index, has been criticized for its poor scaling construction, side effects confound, and difficulty in assessing improvement attributable only to the new treatment (see below) (Beneke and Rasmus, 1992). Its categories of improvement, labeled 'Marked', 'Moderate', 'Minimal', and 'Unchanged or Worse', are clearly skewed to the side of improvement (Beneke and Rasmus, 1992). No discrimination is made between unchanged and worse, and therefore only truncated information can be obtained from a rating of this category. To correct this scaling problem, the same categories for evaluating CGI (and CGI-BP) Item II (Global Improvement) were used for rating CGI-BP Item III (Change from Worst Phase of Illness). Hence, differing degrees of improvement or worsening could be assessed along the same consistent, symmetrical scale (Fig. 2).

The underlying concept of the original CGI Item II (Global Improvement, i.e. total improvement since starting a treatment) was left essentially intact in the new CGI-BP. However, due to the number of variable factors which influence bipolar illness presentation (i.e. severity, duration, and frequency of episodes), it was necessary to identify appropriate time frames and domains to

be rated for both acute (treatment of a single episode) and prophylactic (treatment and prevention of episode cycling or recurrence) assessments. An emphasis was placed on allowing assessment of the impact of an augmentation strategy as compared to what had been achieved on the antidepressant regimen alone immediately prior to starting the augmentation trial. Global Improvement was thus renamed in the CGI-BP 'Change from Preceding Phase' (where phase refers to treatment phase) in accordance with its new emphasis on these specific time frames. For acute assessments of the treatment of single affective episodes, the patient's condition during the week of the assessment is compared to that during the week immediately preceding the start of the current treatment (Fig. 3). Similarly, for prophylactic ratings on the longer-term prevention of episode recurrence or cycling, the patient's pattern of illness (severity, duration, and frequency of manic and depressive episodes) during the entire current treatment phase (with emphasis on the most recent symptoms or episodes) is compared to the treatment phase (or medication-free period of significant duration) immediately preceding the current intervention (Fig. 4). Thus, the revised Item II of the CGI-BP permits assessment of either the acute efficacy or the prophylactic usefulness of the current treatment in relation to the medication regimen immediately prior.

The original CGI Item III, Efficacy Index, has been criticized not only for scaling inconsistencies, but also for its conceptual basis (Beneke and Rasmus, 1992). The measure was originally conceptualized to reflect the interaction between the therapeutic effectiveness and the side effects of a treatment (Guy, 1976). Even more problematic was that the measure also was intended to gauge improvement specifically due to the treatment and not to other potential factors (Guy, 1976). However, Beneke and Rasmus (1992) argued that there is no reason to differentiate treatment-related improvement in CGI Item III from total (global) improvement in CGI Item II, and that Item III only produces redundant information. In addition, Beneke and Rasmus (1992) criticized the scaling used to assess side effects within

CONFIDENTIAL
AZSER12779670

BEST COPY AVAILABLE

M.K. Spearing et al. / Psychiatry Research 73 (1997) 159–171

165

## CLINICAL GLOBAL IMPRESSIONS - BP Version (CGI-BP)

| A. Which medication is being evaluated? (if known): _____ | C. What was the patient's mood state at trial entry? (Choose one) |
|---|---|

C. What was the patient's mood state at trial entry? (Choose one)
1. ☐ Depressed   3. ☐ Dysphoric Mania   5. ☐ Cycling
2. ☐ Euthymic    4. ☐ Euphoric Mania

B. Assessment Type:
1. ☐ Admission    2. ☐ Acute
                  3. ☐ Prophylactic

D. How long had the patient been in this mood state?
__ __ . __  ☐Days   ☐Weeks   ☐Months   ☐Years

### I.  SEVERITY of Illness
Considering your total clinical experience with bipolar patients, how severely ill has the patient been during the assessment period?  ACUTE ASSESSMENTS reflect the past week.  PROPHYLACTIC ASSESSMENTS reflect the time on current prophylactic medication(s) with emphasis on the most recent episodes.

| | Normal, not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| a. Mania | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| b. Depression | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| c. Overall Bipolar Illness | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

### II.  Change from PRECEDING Phase
Compared to the phase immediately preceding this trial, how much has the patient changed?  For ACUTE ASSESSMENTS, compare the current week to the week preceding initiation of treatment for the present episode.  For PROPHYLACTIC ASSESSMENTS, compare the manic and depressive episodes on current prophylactic medication(s) to episodes immediately preceding this treatment.

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| a. Mania | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| b. Depression | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| c. Overall Bipolar Illness | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

### III.  Change from WORST Phase of Illness
Compared to the patient's worst phase of illness prior to the current medication trial or during the early titration phase, how much has the patient changed?  For ACUTE ASSESSMENTS, compare the current week to the worst week within this episode.  For PROPHYLACTIC ASSESSMENTS, compare the manic and depressive episodes on current prophylactic medication(s) to episodes during the patient's worst phase of illness when untreated or on ineffective medication(s).

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| a. Mania | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| b. Depression | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| c. Overall Bipolar Illness | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

E. Is the patient experiencing significant side effects? ☐ 1. Yes   ☐ 2. No

| | 1. MILD Does not interfere with patient's functioning or comfort | 2. MODERATE Significantly interferes with patient's functioning or comfort | 3. SEVERE Markedly interferes with patient's functioning or comfort |
|---|---|---|---|
| If yes, specify and rate: | | | |
| a. _____ | ☐ | ☐ | ☐ |
| b. _____ | ☐ | ☐ | ☐ |

F.  NOTE:  If you feel that this assessment is unreliable, mark the appropriate reason below:
1. ☐Not Compliant with Study Meds   2.☐Non-Study Meds Added   3.☐Substance Abuse   4.☐Other_____

Fig. 2.  The Clinical Global Impressions Scale-Bipolar Version (CGI-BP).

CONFIDENTIAL
AZSER12779671

BEST COPY AVAILABLE

166       *M.K. Spearing et al. / Psychiatry Research 73 (1997) 159–171*



Fig. 3. Example of acute (i.e. single episode) antidepressant ratings on the CGI-BP.

Item III. The side-effect scale items were not constructed consistently, and the scale did not permit the individual assessment of the severity of each side effect.

To address the conceptual and scaling problems of the CGI Item III (Efficacy Index), several changes were made to the original concept of this item and incorporated into the CGI-BP. Item III was changed to 'Change from Worst Phase of Illness' to allow a focused assessment of improvement or worsening during a treatment as compared to when the patient was recently most ill. When assessing the efficacy of a treatment for an acute episode of mania or depression, the worst phase would be considered the worst week within the current episode being treated (Fig. 3). How- ever, when rating the prophylactic effectiveness of a treatment, the worst phase would refer to a period of time in the past when manic and depressive episodes were at their worst, i.e. preferably when the illness was recently untreated or when preventative treatments had been initiated but the illness continued or progressed (Fig. 4).

The new CGI-BP Item III assessment eliminates the redundancy between the old CGI Item II (Global Improvement) and Item III (Efficacy Index), since it asks the rater to compare the current treatment phase to a time period that often may be different from the phase immediately preceding the current treatment rated in Item II. In addition, Change from Worst Phase of Illness attempts to address the question of how

CONFIDENTIAL
AZSER12779672

BEST COPY AVAILABLE

M.K. Spearing et al. / Psychiatry Research 73 (1997) 159–171

167

EXAMPLE OF **PROPHYLACTIC** *(i.e., CYCLING PREVENTION)* RATINGS ON THE CGI-BP:
HOW EFFECTIVE WAS DEPAKOTE IN PREVENTING MANIC AND DEPRESSIVE EPISODES?



Fig. 4. Example of prophylactic (i.e. cycling prevention) ratings on the CGI-BP.

well a treatment regimen has altered the illness from when the acute episode or cycling course was most fulminant. Although the original CGI Item III was intended to assess in part whether or not the change was attributable to the intervention used, Beneke and Rasmus (1992) argued against this concept and asserted that a global rating of change should reflect simply the degree of clinically observed change. The CGI-BP Item II, Change from Preceding Phase, easily accommodates this idea. However, in addition, the Change from Worst Phase of Illness measure readily allows assessment of the overall degree of improvement that either a single or combined treatment regimen provides. Other approaches (in clinical trial designs or comparisons with the prior or subsequent course of illness when untreated) would have to be utilized in order to

further verify if the observed change was or was not likely attributable to the intervention being studied (Pazzaglia et al., 1993; McDermut et al., 1995; Post et al., 1996a;).

A final, important distinction between the CGI Item III (Efficacy Index) and the CGI-BP Item III (Change from Worst Phase of Illness) is that the latter does not integrate a side effects rating into the assessment of improvement. Instead, a separate item was created for the more conventional assessment of the severity of individual side effects based on their degree of interference with patients' comfort or functioning (Fig. 2, bottom).

### 3.2. User's Guides

Given the multiple changes in emphasis and the clarification of new time domains for each of

CONFIDENTIAL
AZSER12779673

the CGI-BP measures, the Detailed and Brief User's Guides were intended to explicate and teach clinicians how to use the revised scale in a consistent fashion. Definitions, graphic illustrations, and 'rating hints' were included in an attempt to secure the accuracy and reliability of ratings among clinicians. The following definitions were developed for rating Item I, Severity of Illness: (1) Normal, Not Ill (no symptoms, not at all ill); (2) Minimally Ill (minimal symptoms, continued effective functioning); (3) Mildly Ill (low level symptoms, subjective distress, little to no functional impairment); (4) Moderately Ill (some prominent symptoms, moderate functional impairment); (5) Markedly Ill (significant symptoms, very substantial functional impairment); (6) Severely Ill (very notable symptoms, unable to function in most areas); and (7) Very Severely Ill (extreme symptoms, completely incapacitated, requiring extra care).

In addition, the following definitions of change were specified for Items II and III, Change From Preceding Phase and Change From Worst Phase of Illness: (1) Very Much Improved (all better or nearly all better; very good level of functioning; minimal residual symptoms; represents a very substantial change); (2) Much Improved (notably better with significant reduction of symptoms; increase in the level of functioning, but some symptoms remain); (3) Minimally Improved (slightly better with little or no clinically meaningful reduction of symptoms; represents very little change in basic clinical status, level of care, or functional capacity); (4) No Change (symptoms remain essentially unchanged); (5) Minimally Worse (slightly worse but not clinically meaningful and represents very little change in basic clinical status or functional capacity); (6) Much Worse (notably worse with significant increase in symptoms and loss of functioning in several areas of usual social or occupational roles); (7) Very Much Worse (distinctly worse with severe exacerbation of symptoms and loss of functioning); and (8) Not Applicable (a particular mood state, i.e. mania or depression, cannot be rated at this time because it has not occurred during this rating period).

A page of additional hints for prophylactic ratings of bipolar disorder (i.e. treatment and pre-

vention of episode recurrence or cycling) was included in both Detailed and Brief guides to further clarify a number of principles helpful for rating global severity and change in this variable illness over time. For example, (a) it is important to integrate episode severity, duration, and frequency in order to capture change in the illness characteristics that may be clinically meaningful along these different dimensions. Additionally, (b) at least one or two cycles of illness (i.e. several manic and depressive episodes) should be considered when assessing illness severity and improvement on a prophylactic treatment in order to accurately reflect bipolar illness presentation and change. Moreover, (c) episodes occurring toward the end of the treatment phase being assessed should be given more weight in the ratings of severity and improvement so as to account for how well the treatment is currently working, i.e. usually after the longest duration at the optimal or current dose.

### 3.3. Interrater reliability

Interrater reliability of the CGI-BP was examined in two preliminary stages. The first stage assessed the reliability of the Detailed User's Guide in teaching the concepts of the scale, while the second stage demonstrated the reliability of the scale itself (Severity of Illness measure only) with ratings done from videotapes of interviews with bipolar patients.

In the first stage, nine clinicians at field centers of the Stanley Foundation Bipolar Network read the CGI-BP Detailed User's Guide, rated the practice life charts (with answer keys), and then completed the test packet composed of 10 ratings of single episode, acute treatment response and 10 ratings of multiple episode, prophylactic treatment response. Interrater reliability was demonstrated for each of the three CGI-BP measures through intraclass correlation analyses (Shrout and Fleiss, 1979) on acute and prophylactic ratings of overall bipolar illness. Analysis of Item I (Severity of Illness) indicated excellent agreement on ratings of overall bipolar illness for both acute (0.91) and prophylactic (0.75) assessments. Evaluation of Item II (Change from Preceding Phase)

CONFIDENTIAL
AZSER12779674

*M.K. Spearing et al. / Psychiatry Research 73 (1997) 159–171*                          169

revealed strong interrater reliability for acute ratings (0.86) and moderate agreement for prophylactic ratings (0.63). Item III (Change from Worst Phase of Illness) analysis demonstrated good reliability for acute assessments (0.76) and moderate reliability for prophylactic assessments (0.64). These results provide preliminary support for the reliability of the CGI-BP as taught and assessed by the 20 test cases illustrated in the Detailed User's Guide.

In the second stage of reliability testing, 11 clinicians previously trained on the CGI-BP scale and Detailed User's Guide viewed videotaped clinical interviews of five different patients with bipolar disorder and rated each patient's acute Severity of Illness (Item I) for overall bipolar illness. A 'Gold Standard' rating of each interview was provided (GSL) as an additional measure of the reliability of individual raters. Intraclass correlation analyses (Shrout and Fleiss, 1979) revealed excellent agreement among all raters across ratings of mania (no variability), depression (0.92), and overall bipolar illness (0.93). In addition, $t$-tests (two-tailed) and correlations were performed comparing each rater with the Gold Standard across all five videotapes. There were no significant differences between any rater and the Gold Standard ($P < 0.05$), and correlations across all ratings were very high (0.87–0.99). The mean difference across all tapes for any one rater compared to the Gold Standard was never greater than one severity unit.

## 4. Discussion

Not only does the CGI-BP correct many of the flaws of the original CGI scale, but also it preserves the fundamental assets of the original global rating instrument while focusing specifically on the different and variable components of bipolar illness. Basically, the CGI-BP scale Items II and III systematize what clinicians inherently do when making decisions regarding the clinical utility of a treatment — that is, judging whether a patient on a given treatment is essentially all better (Very Much Improved; i.e. excellent, a grade of an 'A'), much better (Much Improved; i.e. moderately improved, or a 'B'), somewhat

better (Minimally Improved; i.e. mildly improved, or a 'C'), no different (No Change; i.e. a 'D'), somewhat worse (Minimally Worse; i.e. mildly worse, or an 'E'), and so on.

In addition, more specifically, the CGI-BP has been carefully designed and revised for use in bipolar illness in a variety of ways. The scale allows for separate assessments of each phase of the illness (i.e. mania, depression, and overall illness). Also, the scale can be used to assess either the acute (single episode) or prophylactic (long-term prevention of episodes) effects of treatments. For prophylactic assessments, the scale allows clinicians to integrate severity, duration, and frequency of episodes in evaluating a treatment. Because time domains for assessments were clarified for each measure of the scale, clinicians now have a more standardized framework within which they can make global ratings of illness severity and change of both single and adjunctive treatments.

While the CGI-BP improves upon the original CGI scale in the several ways noted above, liabilities of the scale remain due primarily to its nature as a global rating instrument. The concept of a global rating scale inherently involves a degree of integration of information and subjectivity which is not as prevalent in more differentiated, symptom-based rating scales. However, CGI-BP ratings are not intended to replace ratings from more explicit, symptom-driven scales or detailed course of illness information (i.e. severity, duration, or frequency of episodes) available from a continuous longitudinal measure such as the NIMH Life Chart Method® (Leverich and Post, 1995, 1996). It still may be difficult, at times, to integrate all of the illness variables into global ratings of illness severity (I) and change (II and III). However, the flexibility and requirement of the CGI-BP to accommodate the differing illness characteristics into a single rating or set of ratings are unique and add to the overall value of the scale in evaluating degree of response to treatment in bipolar illness.

Although the CGI-BP now has operationalized guidelines and time domains for assessment, there may be situations in which the appropriate time frame to refer to is unclear. For instance, while

CONFIDENTIAL
AZSER12779675

the specific weeks to be evaluated in an acute treatment rating are clearly indicated, it may be more difficult when making prophylactic CGI-BP ratings to identify the length of time referred to as the immediately 'preceding phase' or the appropriate most recent 'worst phase of illness'. In addition, in some instances, both change ratings (II and III) may even refer to the same time period (i.e. when the preceding treatment phase was also the worst phase of illness). Choosing these intervals for comparison and giving the greatest weight to the most recent episodes in a prophylactic evaluation can involve a degree of clinical judgment, although the better defined guidelines and specifications of the CGI-BP should assist in the process.

Nevertheless, the lack of an arbitrary definition of a set time interval for the prophylactic ratings has the advantage of dealing with one of the key characteristics of bipolar illness — its inherent variability within and between individuals. For example, to include at least two cycles of illness in the prophylactic assessment of a treatment in one individual might require years, while in another patient with ultra-rapid cycling, only days to weeks. These vastly different time domains can readily be incorporated into the specified rating intervals for the change items II and III of the CGI-BP. Thus, what some critics might consider a liability of the revised CGI-BP can also be seen as an asset in dealing more flexibly with the range of illness variables presented by patients with bipolar disorder for evaluation and treatment.

A final consideration regarding the reliability of the CGI-BP is that the User's Guide teaches clinicians to make ratings based on sample patient life charts and not on direct clinical observation or interaction with patients (as the scale would be used in clinical practice). Clear information on episode severity, duration, and frequency is readily available from the life charts in the User's Guide and test packet. Although these illness variables may be more difficult to assess and quantify from a patient interview, we acquired excellent interrater reliability on CGI-BP acute Severity of Illness ratings using videotaped interviews. Assessments of the prophylactic efficacy of

a treatment using the CGI-BP may be particularly challenging if detailed information such as that in a life chart has not been obtained; moreover, videotape-based reliability assessments of the change measures (Items II and III) may be especially difficult.

In addition to the preliminary reliability evaluation presented here, an initial validity assessment of the CGI-BP has been conducted by Denicoff et al. (unpublished results) in the context of a randomized clinical trial study of bipolar patients on 1 year of carbamazepine or lithium prophylaxis, cross-over to the opposite drug in the second year, and a third year on the combination (Denicoff et al., 1997). CGI-BP criteria for rating Item III, Change from Worst Phase of Illness on overall bipolar illness was used to assess treatment response in each phase of the study. Validity of this CGI-BP change measure was examined by comparing it to the degrees of affective episode severity, duration, and frequency as assessed on daily prospective Life Chart Methodology® (NIMH-LCM-p®) measures. Ratings of 'Marked' improvement (i.e. 'Very Much Improved') were associated with negligible morbidity on NIMH-LCM-p® ratings (e.g. only a few days in the year with mild symptoms). Progressively greater degrees of illness were evident in severity, duration, or numbers of episodes rated on the NIMH-LCM-p® as CGI-BP treatment response was classified successively as 'Moderate' (i.e. 'Much Improved'), 'Minimal' (i.e. 'Minimally Improved'), 'Unchanged' (i.e. 'No Change'), or 'Worse' (i.e. 'Minimally', 'Much', or 'Very Much Worse'). While further systematic efforts are required to document the reliability and validity of the CGI-BP measures, these preliminary results support the utility of the scale in prospective assessments of treatment efficacy in bipolar disorder.

### Acknowledgements

This work was supported by the Ted and Vada Stanley Foundation. We also thank Amy Thibault, B.A. and Rachel Hayden, M.S.W. of the Stanley Foundation Bipolar Network for their input and advice in the preparation of this scale.

CONFIDENTIAL
AZSER12779676

## References

Beneke, M., Rasmus, W., 1992. 'Clinical global impressions' (ECDEU): some critical comments. Pharmacopsychiatrie 25, 171–176.

Calabrese, J.R., Woyshville, M.J., Kimmel, S.E., Rapport, D.J., 1993. Predictors of valproate response in bipolar rapid cycling. Journal of Clinical Psychopharmacology 13, 280–283.

Colle, L.M., Belair, J.F., DiFeo, M., Weiss, J., LaRoche, C., 1994. Extended open-label fluoxetine treatment of adolescents with major depression. Journal of Child and Adolescent Psychopharmacology 4, 225–232.

Dahlke, F., Lohaus, A., Gutzmann, H., 1992. Reliability and clinical concepts underlying global judgments in dementia: implications for clinical research. Psychopharmacology Bulletin 28, 425–432.

Denicoff, K.D., Smith-Jackson, E.E., Disney, E.R., Ali, S.O., Leverich, G.S., Post, R.M., 1997. Comparative prophylactic efficacy of lithium, carbamazepine and the combination in bipolar disorder. Journal of Clinical Psychiatry, in press.

DeWilde, J., Spiers, R., Mertens, C., Bartholome, F., Schotte, G., Leyman, S., 1993. A double-blind, comparative, multicentre study comparing paroxetine with fluoxetine in depressed patients. Acta Psychiatrica Scandinavica 87, 141–145.

Fieve, R.R., Goodnick, P.J., Peselow, E.D., Barouche, F., Schlegel, A., 1986. Pattern analysis of antidepressant response to fluoxetine. Journal of Clinical Psychiatry 47, 560–562.

Guy, W. (Ed.), 1976. Clinical Global Impressions. In: ECDEU Assessment Manual for Psychopharmacology, revised. National Institute of Mental Health, Rockville, MD.

Honer, W., MacEwan, G., Kopala, L., Altman, S., Chisholm-Hay, S., Singh, K., Smith, G., Ehmann, T., Ganesan, S., Lang, M., 1995. A clinical study of clozapine treatment and predictors of response in a Canadian sample. Canadian Journal of Psychiatry 40, 208–211.

Kanowski, S., Fischhof, P.K., Grobe-Einsler, R., Wagner, G., Litschauer, G., 1990. Efficacy of xantinolnicotinate in patients with dementia. Pharmacopsychiatrie 23, 118–124.

Lehmann, E., 1984. Practicable and valid approach to evaluate the efficacy of nootropic drugs by means of rating scales. Pharmacopsychiatrie 17, 71–75.

Leverich, G.S., Post, R.M., 1996. Life charting the course of bipolar disorder. In: Rush, A.J. (Issue Ed.), Current Review of Mood and Anxiety Disorders, Issue 1. Current Medicine, Philadelphia, pp. 48–61.

Leverich, G.S., Post, R.M., 1995, revised version. The NIMH Life Chart Manual for Recurrent Affective Illness: The LCM®. Biological Psychiatry Branch Monograph, Bethesda, MD.

McDermut, W., Pazzaglia, P.J., Huggins, T., Mikalauskas, K., Leverich, G.S., Ketter, T.A., Bartko, J., Post, R.M., 1995. Use of single case analyses in on-off-on trials in affective illness: a demonstration of the efficacy of nimodipine. Depression 2, 259–271.

Okuma, T., 1993. Effects of carbamazepine and lithium on affective disorders. Neuropsychobiology 27, 138–145.

Ontiveros, A., Fontaine, R., Elie, R., 1991. Refractory depression: the addition of lithium to fluoxetine or desipramine. Acta Psychiatrica Scandinavica 83, 188–192.

Pazzaglia, P.J., Post, R.M., Ketter, T.A., George, M.S., Marangell, L.B., 1993. Preliminary controlled trial of nimodipine in ultra-rapid cycling affective dysregulation. Psychiatry Research 49, 257–272.

Post, R.M., Ketter, T.A., Denicoff, K., Pazzaglia, P.J., Leverich, G.S., Marangell, L.B., Callahan, A., George, M.S., Frye, M.A., 1996a. The place of anticonvulsant therapy in bipolar illness. Psychopharmacology 128, 115–129.

Post, R.M., Ketter, T.A., Pazzaglia, P.J., Denicoff, K., George, M.S., Callahan, A., Leverich, G.S., Frye, M.A., 1996b. Rational polypharmacy in the bipolar affective disorders. Epilepsy Research 115, 153–180.

Post, R.M., Leverich, G.S., Rosoff, A.S., Altshuler, L.L., 1990. Carbamazepine prophylaxis in refractory affective disorders: a focus on long-term follow-up. Journal of Clinical Psychopharmacology 10, 318–327.

Quitkin, F.M., Rabkin, J.G., Ross, D., Stewart, J.W., 1984. Identification of true drug response to antidepressants: use of pattern analysis. Archives of General Psychiatry 41, 782–786.

Rabkin, J.G., Rabkin, R., Wagner, G., 1995. Testosterone replacement therapy in HIV illness. General Hospital Psychiatry 17, 37–42.

Ravizza, L., Barzega, G., Bellino, S., Bogetto, F., Maina, F., 1995. Predictors of drug response in obsessive-compulsive disorder. Journal of Clinical Psychiatry 56, 368–373.

Remick, R.A., Reesal, R., Oakander, M., Allen, J., Claman, J., Ramirez, C.E., Perry, K., Keller, F.D., 1994. Comparison of fluvoxamine and amitriptyline in depressed outpatients. Current Therapeutic Research 55, 243–250.

Rush, A.J., Kupfer, D.J., 1995. Strategies and tactics in the treatment of depression. In: Gabbard, G.O. (Ed.), Treatments of Psychiatric Disorders, 2nd ed., vol. 1. American Psychiatric Press, Inc., Washington, DC, pp. 1349–1368.

Salzmann, E., Robin, J.L., 1995. Multicentric double-blind study comparing efficacy and safety of minaprine and imipramine in dysthymic disorders. Pharmacopsychiatrie 31, 68–75.

Sato, T.L., Turnbull, C.D., Davidson, J.R.T., Madakasira, S., 1984. Depressive illness and placebo response. International Journal of Psychiatry Medicine 14, 171–179.

Shrout, P.E., Fleiss, J.L., 1979. Intraclass correlations: uses in assessing rater reliability. Psychological Bulletin 86, 420–428.

Weitkunat, R., Letzel, H., Kanowski, S., Grobe-Einsler, S., 1993. Clinical and psychometric evaluation of the efficacy of nootropic drugs: characteristics of several procedures. Zeitschrift für Gerontopsychologie undpsychiatrie 6(1), 51–60.

CONFIDENTIAL
AZSER12779677

Eur Psychiatry 2001 ; 16 : 327-35
© 2001 Éditions scientifiques et médicales Elsevier SAS. All rights reserved
S0924933801005879/FLA

ORIGINAL ARTICLE

# Relapse and recurrence prevention in major depression: a critical review of placebo-controlled efficacy studies with special emphasis on methodological issues

J.G. Storosum[1,2]*, B.J. van Zwieten[1], H.D.B. Vermeulen[2], T. Wohlfarth[1], W. van den Brink[1]

[1] Medicines Evaluation Board of the Netherlands Den Haag, the Hague, The Netherlands; [2] Psychiatric Department of the Academic Medical Centre University of Amsterdam, Tafelbergweg 25, Amsterdam, 1105 BC Amsterdam, The Netherlands

(Received 30 October 2000; revised 4 July 2001; accepted 12 July 2001)

**Summary** – This article critically reviews the design and methodology of studies aimed at evaluating relapse and recurrence prevention in major depression. A literature search in MEDLINE was performed with the medical subject headings 'depression', 'recurrence', 'relapse', 'prevention' and 'study'. This search covered the period from January 1990 to July 1999. Only long-term placebo-controlled studies that included patients with non-chronic major depression were selected. Two types of design could be distinguished: randomised withdrawal studies in responders/remitters ($N = 11$) and extension studies in responders without re-randomisation ($N = 3$).
Randomised withdrawal studies are suitable for demonstrating long-term efficacy for the duration of the study period. However, this design does not permit a clear differentiation between relapse or recurrence and, therefore, is not suitable to demonstrate unequivocally relapse prevention or recurrence prevention. Extension studies in short-term responders without randomisation are not even suitable to demonstrate long-term efficacy.
A novel design is proposed that overcomes the weaknesses of designs employed thus far. In essence, this design calls for a long-term randomised placebo-controlled study in patients who are free of medication for a substantial period of time and who fulfil the criteria of major depression (recurrent) in sustained remission (e.g., HDRS < 7) as a possible option. © 2001 Éditions scientifiques et médicales Elsevier SAS

**long-term efficacy / major depression / methodology / recurrence / relapse**

## INTRODUCTION

Five theoretical outcome definitions can be distinguished in major depression. These are the five R's: Response, Remission, Recovery, Relapse and Recurrence [10].

Response can be defined as a significant level of improvement such that a responder should be qualitatively different from a non-responder [18] or as a clinically relevant reduction (e.g., ≥ 50%) on a severity scale such as the Hamilton Depression Rating Scale (HDRS)

*Correspondence and reprints:.
E-mail address: J.G.Storosum@AMC.UvA.nl (J.G. Storosum).

569

CONFIDENTIAL
AZSER12779678

Case 6:06-md-01769-ACC-DAB   Document 1369-3   Filed 03/13/09   Page 22 of 25 PageID 93739

BEST COPY AVAILABLE

or Montgomery Åsberg Depression Rating Scale (MADRS) [15]. Remission is defined as a condition where only "few signs of illness remain" (e.g., HDRS < 7) [20]. Recovery is a sustained period of remission representing resolution of the index episode. Relapse is the condition of a symptomatic exacerbation occurring after a response but before achieving sustained remission during the same episode. Recurrence is a new episode of depressive illness following recovery.

In the treatment of major depression three stages can be distinguished. The first stage is the treatment of the acute symptoms. The second stage, the continuation phase, strives to prevent relapse, and the third phase, the maintenance phase, is intended to prevent recurrence [25]. However, there are a substantial number of depressed patients whose illness does not follow the course of 'acute episode–remission–recurrence', i.e., they remit only partially, and the theoretically elegant distinction between maintenance and recurrence prevention becomes meaningless.

In the last decade many short-term and several long-term placebo-controlled studies have been conducted to assess the effects of antidepressant agents, the short-term studies claiming efficacy while in the long-term studies relapse and/or recurrence prevention has been claimed.

The claim 'relapse prevention' indicates that the treatment should be continued during the index episode, while the claim 'recurrence prevention' has far-reaching consequences as it might implicate lifelong treatment. Therefore, pharmaceutical companies like to grant the claim 'recurrence prevention'.

This paper provides a review from a regulatory perspective of the long-term placebo-controlled studies conducted in the last decade with special emphasis on study design and methodology, focussing on definitions of relapse and recurrence. The objective of this study is to determine the validity of the claims that have been or can be made based on the results of these studies from a regulatory point of view.

## METHOD

A literature search in MEDLINE was performed with the medical subject headings 'depression', 'recurrence', 'relapse', 'prevention' and 'study'. This search covered the period from January 1990 to July 1999. Only long-term placebo-controlled studies including patients with non-chronic major depression were selected. Long-term studies were defined as all studies with a duration of more than 12 weeks. Studies which were published separately as an aggregate of a larger study were excluded. Moreover, studies on the elderly or in languages other than English were excluded.

## RESULTS

The survey resulted in 14 long-term placebo-controlled studies. Two general types of study design could be identified: 1) randomised withdrawal studies in responders or patients in remission ($N = 11$); and 2) extension studies in responders without re-randomisation ($N = 3$).

The design of the randomised withdrawal study in responders (RWS) is characterised by a first phase where patients are treated (open label, usually) and a second phase where predefined responders/remitters from the first phase are randomised to either placebo or to one or more active compound arms. In some RWS an extra open treatment phase is included (phase 1a) in which only responders/remitters are included.

The design of the extension study in responders without re-randomisation (ESR) has a preliminary first phase which is a short-term placebo-controlled study (possibly with several arms). In the second phase only phase 1 responders continue treatment with the same medication under double-blind conditions. This design is a variation on the long-term placebo-controlled parallel study in which all patients continue.

Table I presents the most important methodological characteristics of the randomised withdrawal studies. The explicit objective in four studies [9, 22, 24, 26] was (a/o) recurrence prevention. Especially in these studies, only patients with a relatively high number of episodes were included. In some studies where only relapse prevention was claimed no data are available with regard to former episodes [4, 8, 14, 19, 21]. In one study where relapse prevention was the objective, only patients with a relatively high number of episodes were included [13].

The design of four studies [7-9, 24] included an extra open treatment phase (phase 1a), with a duration of 4–18 weeks, including only phase 1 responders/remitters.

Study 15 was a multiple transfer point randomised withdrawal study. The randomised withdrawal phase of this study had several arms. At various time points, the transfer to placebo was made in all but one arm.

Eur Psychiatry 2001 ; 16 : 327–35

CONFIDENTIAL
AZSER12779679

BEST COPY AVAILABLE

**Table** I. Patients and methods of the placebo-controlled randomised withdrawal studies.

| Source | Number of episodes as inclusion criterion | Duration of treatment periods | Inclusion criterion for Phase 1a | Inclusion criterion for Phase 2 | Primary outcome measure |
|---|---|---|---|---|---|
| [6] | ≥ 3; preceding episode < 2.5 years before onset of present episode | Phase 1: open label acute treatment of imipramine and IPT with a flexible duration $N$ = 230. Phase 1a: 17-week open label treatment $N$ = 157. Phase 2: placebo-controlled study for 3 years $N$ = 128. | HDRS ≤ 7 + Raskin ≤ 5 for 3 weeks | HDRS ≤ 7 + Raskin ≤ 5 for 17 weeks | Recurrence: Twice within 7-day period: RDC criteria for Major Depression + HDRS ≥ 15 + Raskin ≥ 7 + independent evaluation |
| [7] | > 2 episodes | Phase 1: preliminary 8-week open label maprotilline treatment $N$ = 1141. Phase 2: 1-year placebo-controlled study in short-term responders $N$ = 841. | MADRS < 10 | | Relapse: MADRS > 27 at one visit or MADRS > 25 at two consecutive visits or modification of medication with MADRS < 27 |
| [8] | no data | Phase 1: preliminary 8-week open label sertraline treatment $N$ = 480. Phase 2: 44-week placebo-controlled study in short-term responders $N$ = 289. | CGI ≥ 2 | | Relapse and recurrence: CGI ≥ 4 |
| [9] | single episodes of at least 1 year or recurrent episodes | Phase 1: preliminary 8-week open label nefazodone treatment $N$ = 467. Phase 1a: 8-week open treatment in responders $N$ = 303. Phase 2: 36-week placebo-controlled study in sustained responders $N$ = 131. | no inclusion criterion | HDRS ≤ 10 on two executive visits from week 6 through week 10 and not two consecutive HDRS scores > 10 thereafter and HDRS ≤10 at week 16 | Relapse: HDRS ≥ 18 on two consecutive visits or discontinuation for lack of efficacy |
| [10] | > 3 episodes in the last 4 years | Phase 1: preliminary 8-week open label paroxetine treatment $N$ = 172. Phase 2: 52-week placebo-controlled study in short-term responders $N$ = 135. | HDRS ≤ 8 | | Relapse: CGI ≥ 4 or deterioration of the CGI ≥ 2 points or DSM III criteria for major depression minus 2 weeks criterion or the need for antidepressant medication in the opinion of the investigator or depressive symptomatology for > 5 days |

CONFIDENTIAL
AZSER12779680

BEST COPY AVAILABLE

330                                                              J.G. Storosum et al.

**Table I. Cont'd.**

| Source | Number of episodes as inclusion criterion | Duration of treatment periods | Inclusion criterion for Phase 1a | Inclusion criterion for Phase 2 | Primary outcome measure |
|---|---|---|---|---|---|
| [11] | no data | Phase 1: preliminary 6-week double-blind treatment of citalopram or placebo* $N = 508$. Phase 2: 24-weeks placebo-controlled study therapy in responders $N = 147$. | MADRS ≤ 12 | | Relapse: MADRS ≥ 22 |
| [12] | no data | Phase 1: preliminary 8-week open label citalopram treatment $N = 391$. Phase 2: 24-week placebo-controlled study in short-term responders $N = 226$. | MADRS ≤ 12 | | Relapse: MADRS ≥ 25 or clinical judgement |
| [13] | no data | Phase 1: open label treatment of amineptine for 2 months $N = 458$. Phase 1a: 1-month open label treatment in responders $N = 303$. Phase 2: placebo-controlled study for 9 months $N = 284$. | MADRS < 20 or<br><br>MARD < 18 or<br><br>MADRS < 50% or "favourable evaluation" | MADRS < 20 or<br><br>MARD < 18 or<br><br>MADRS < 50% or "favourable evaluation" | Relapse: DSM III criteria for major depression or dysthymia and MADRS ≥ 20 and ≥ 18 on the MARD |
| [14] | > 2 episodes in the last 5 years | Phase 1: open label acute treatment of fluvoxamine for 6 weeks $N = 436$. Phase 1a: 18-week open label treatment in responders $N = 283$. Phase 2: placebo-controlled study for 1 year $N = 204$. | MADRS < 10 and<br><br>CGI ≤ 2 | MADRS < 12 and<br><br>CGI ≤ 2 | Recurrence: Reappearance of ≥ 5 symptoms outlined in the DSM III-R and confirmation after 8 days or attempted suicide or completed suicide |
| [15] | no data | Phase 1: preliminary 12–14 week open label fluoxetine treatment. Phase 2: 50-week multiple transfer point withdrawal study | No longer DSM-III-R criteria for major depression and 3 consecutive weeks HDRS < 7, both of which were to be maintained until the end of phase 1 or extension of 2 weeks if HDRS < 10 and at least 50% improvement from baseline | | Relapse: DSM III-R criteria for major depression or HDRS ≥ 14 for 3 consecutive weeks |

572

CONFIDENTIAL
AZSER12779681

Case 6:06-md-01769-ACC-DAB   Document 1369-3   Filed 03/13/09   Page 25 of 25 PageID 93742
BEST COPY AVAILABLE

**Table I.** Cont'd.

| Source | Number of episodes as inclusion criterion | Duration of treatment periods | Inclusion criterion for Phase 1a | Inclusion criterion for Phase 2 | Primary outcome measure |
|---|---|---|---|---|---|
| [16] | 1–15 | Phase 1: preliminary 4 week open label reboxetine treatment $N = 358$. Phase 2: 46-week placebo-controlled study in short-term responders $N = 286$. | $\geq 50\%$ improvement on the $HDRS_{21}$ | | Relapse and recurrence: $\geq 50\%$ decrease on the $HDRS_{21}$ and or $HDRS_{21}$ total score $\geq 18$ |

*Phase 1 placebo responders continued placebo treatment in Phase 2 in a separate arm. (IPT: Inter Personal Therapy; MARD: Mood Anxiety Retardation Danger Scale; MADRS: Montgomery Åsberg Depression Rating Scale; CGI: Clinical Global Impression [item 2]; HDRS: Hamilton Depression Rating Scale)

The duration of the withdrawal phases (between 24 weeks and 3 years) and the inclusion criteria of phase 2 (and phase 3) differed from study to study as well as the definition for relapse and recurrence.

*Table II* presents the most important methodological characteristics of the extension studies in responders without re-randomisation. In these studies also the inclusion criteria and the duration of the extension phase differed between studies as did the definition for relapse.

## DISCUSSION

Two different designs have been used in placebo-controlled long-term studies in patients with major depression in the past decade: the randomised withdrawal study in acute phase responders/remitters (WSR) and the extension study in acute phase responders without re-randomisation (ESR).

### Randomised withdrawal studies

The design of the randomised withdrawal study can be used to demonstrate differences between treatments in the reappearance of symptoms. The placebo-controlled withdrawal studies that were conducted in the last decade claim relapse prevention and/or recurrence prevention. In these studies, the first 4–6 months after response are considered as the continuation phase in which relapse might occur, while appearance of symptoms after 4–6 months is considered as recurrence (maintenance treatment). However, as the duration of an episode varies from patient to patient [1, 3, 12] and as some patients are included in a study at an early stage of their episode while others are included at the end of the index episode, the duration of the continuation phase (relapse prevention phase) differs considerably from patient to patient. Therefore, for some patients included in the studies reappearance of symptoms within 4–6 months is in fact a recurrence, while a reappearance of symptoms after 6 months is for some patients not a recurrence but a relapse. Moreover, the inclusion of patients with a relatively high number of former episodes [9, 13, 22, 24, 26] also does not guarantee that the reappearance of symptoms in acute phase responders/remitters after 4–6 months is indeed a recurrence. Therefore, the withdrawal design is not suitable for demonstrating relapse or recurrence prevention as it is impossible to differentiate between the two in case of reappearance of symptoms. Moreover, the inclusion of patients with a relatively high number of former episodes makes generalisation of the results to the general population of patients with a major depression problematic. In some placebo-controlled withdrawal studies [7-9, 19, 24], an extra open phase, the stabilisation phase, was included with a duration that varied between 1 month to 18 weeks. The assumption underlying the use of a stabilisation phase is that the incidence of reappearance of symptoms after randomisation was expected to be related to patients who still had mild symptoms after short-term treatment [17]. After randomisation this could lead to a reappearance of symptoms, especially in the placebo group, causing a significant difference in favour of active treatment. However, the patterns of the survival function of studies with or without an extra open stabilisation phase are not essentially different, with most reappearances of symptoms occurring in the first weeks after randomisation, indicating that the advantage of the stabilisation phase is questionable. A possible disadvantage of the

Eur Psychiatry 2001 ; 16 : 327–35

CONFIDENTIAL
AZSER12779682