BEST COPY AVAILABLE

332                                                J.G. Storosum et al.

**Table II.** Patients and methods of the placebo-controlled extension studies in responders without randomisation.

| Source | Number of episodes as inclusion criterion | Duration of treatment periods | Inclusion criterion for phase 2 | Primary outcome measure |
|---|---|---|---|---|
| [17] | no data | Phase 1: 6–8 week double-blind treatment with either nefazo-done (N = 313), imipramine (N = 152) or placebo (N = 235) Phase 2: 1-year continuation study in responders with the same medication as in phase 1 under double-blind conditions: nefazodone (N = 139; 44%), imipramine (N = 66; 43%), placebo (N = 71; 30%) | CGI ≤ 3 and clinical decision of treating physician | Relapse: discontinuation for lack of efficacy |
| [18] | no data | Phase 1: 6-week double-blind treatment with either venla-faxine imipramine, trazodone or placebo * Phase 2: 1-year continuation study in responders of venla-faxine and placebo with the same medication as in phase 1 under double-blind condition | CGI ≤ 2 part of the patients CGI ≤ 3 | Relapse: two consecutive CGI > 3 or withdrawal for other reason than "lack of efficacy" and CGI > 3 or "lack of efficacy" |
| [19] | no data | Phase 1: 6-week double-blind treatment with either mirtaza-pine (N = 194), amitriptyline (N = 193) or placebo (N = 193) Phase 2: 104-week continuation study in responders with the same medication as in phase 1 under double-blind condition: mirtazapine (N = 74; 38%), amitriptyline (N = 86; 45%), or placebo (N = 57; 29%) | HDRS < 15 | Relapse: HDRS ≥ 16 |

*no precise results of the number of patients that started phase 1.

stabilisation phase is the longer duration of the study with the consequence of (high) dropout. This might lead to a diminishing of the statistical power to detect treatment effects. Moreover, in case of a high dropout rate in the stabilisation phase it is questionable whether the patients that are still in the study at the end of the stabilisation phase represent the patients who were included at baseline, making generalisation of the results disputable.

All withdrawal studies have the disadvantage that symptoms occurring after abrupt discontinuation from active medication might be misinterpreted as reappearance of symptoms while in fact the symptoms might be discontinuation/withdrawal symptoms [11]. The suggestion to begin the survival analysis (Kaplan-Meier) 1 month after randomisation should be rejected because the treatment and placebo group may not be equivalent at this point, jeopardizing the internal validity of the study, and because the population may not be same as the population at the start of randomisation, making generalisation (external validity) of the results disputable.

Finally, there might be ethical concerns about randomised withdrawal studies when patients who are treated for depression and are responders/remitters are switched to placebo. These ethical concerns are based on the concept that longer treatment is necessary and that there might be an increased suicide risk in patients treated with placebo. However, long-term efficacy first has to be shown and (attempted) suicide in the placebo-group is not higher than in the active compound group in long-term studies [23]. Moreover, a fail-safe provi

Eur Psychiatry 2001 ; 16 : 327–35

CONFIDENTIAL
AZSER12779683

BEST COPY AVAILABLE

sion whereby a serious deterioration of the patients' condition would allow withdrawal from the study and standard therapy to be given under open conditions might remove the ethical concerns concerning the use of placebo.

The only conclusion that can be drawn from the results of withdrawal studies is that maintenance of effect from short-term treatment may or may not be demonstrated. In all withdrawal studies reviewed maintenance of effect was demonstrated for the active compounds for the duration of the study period, indicating that the treatment should be continued at least for that period of time in responders/remitters.

A comparison concerning long-term efficacy between the different compounds cannot be made because of differences in designs concerning the duration of the studies, the duration of phase 2 and phase 3 and because of differences in definitions of relapse and recurrence between the studies reviewed.

**Extension studies in responders without re-randomisation**

The extension study in responders without randomisation (ESR) is a variation on the common placebo-controlled parallel long-term design, the difference being that in the ESR only responders in both arms at a predefined time point (usually 6–8 weeks) will continue in the study. Ethically, this might be an advantage over withdrawal studies where part of the patients responding to active treatment are randomised to placebo while in ESR short-term responders continue their treatment. Moreover, an advantage of the ESR design is that withdrawal phenomena cannot interfere with the outcome of the study. However, since withdrawal may be overcome by tapering off the active compound this does not appear to be a major issue.

There are also important drawbacks to ESR. In ESR the decision on who is and who is not a responder has much more impact on the study than in randomised withdrawal studies. Half of the total relapses in the active compound group(s) in the ESR reviewed [2, 5, 16] occurred in the first few months after the decision to continue has been taken even when the medication is unchanged. This might be an illustration of patients having reappearances of symptoms because they still had mild or moderate symptoms after short-term treatment [17]. Another explanation might be investigator bias as investigators might assess responders incorrectly only to include enough patients in the study.

The major methodological shortcoming of the ESR design is that the patients entering in the extension phase might be a different patient population than the patients at the start of the study, i.e., at the time of randomisation. In ESR only placebo-responders are included in the placebo group and this group of patients might be different from responders on active medication in unexplained and unforeseen ways, with serious risks of selection bias and serious threats to the internal validity of the study, making interpretation of the extension phase results difficult or even impossible. Moreover, extrapolation of the results to the baseline population is impossible. In the randomised withdrawal design short-term responders/remitters are randomised to active treatment or placebo, leaving less room for selection bias. Additionally, high and differential drop-out during the first double-blind phase of the ESR design may affect extrapolation of the results more than in the randomised withdrawal design. All in all, the results from ESR are very difficult to interpret concerning long-term efficacy.

**Implications**

The methodological considerations concerning the designs of long-term studies have implications for licensing an antidepressant. To grant a licence in Europe a relevant effect has to be shown in both short- and long-term efficacy studies [6]. To demonstrate long-term efficacy RWS are suitable because they are able to show that short-term efficacy is maintained. However, because of the impossibility of differentiating between relapse and recurrence, the European Regulatory Authorities are less likely to grant the special claim 'relapse prevention' or 'recurrence prevention' based on the results of RWS.

Although of clinical relevance, the demonstration of recurrence prevention is not a requirement for granting a license in Europe. When a pharmaceutical company, however, would like to obtain the claim 'recurrence prevention', a long-term randomised placebo-controlled study in patients who are at baseline free of medication for a substantial duration of time and who fulfil the criteria of major depression (recurrent) in remission (e.g., HDRS < 7) during this drug-free period might be an option. The advantages of this design are that an increase of symptoms cannot be due to withdrawal symptoms. The assumption that any appearance of symptoms might be considered as a recurrence is a weak point of this design as it is still possible that

Eur Psychiatry 2001 ; 16 : 327–35

CONFIDENTIAL
AZSER12779684

BEST COPY AVAILABLE

334                                                    J.G. Storosum et al.

reappearance of symptoms is a relapse. However, if the duration of the drug-free period is long enough this might be close to a guarantee that any reappearance of symptoms is indeed a recurrence. In our view this design is much better than the WSR for demonstrating recurrence prevention and has little ethical concern since only patients who are free of medication will be included. On the other hand, if one assumes that recurrent depression should always be treated preventively this design may have ethical concerns. It should be kept in mind, however, that a prophylactic effect has not been shown unequivocally up to now.

## CONCLUSION

The randomised withdrawal study design is suitable for showing that short-term efficacy is maintained during the duration of the study period. However, this design does not permit differentiation between relapse or recurrence in case of a reappearance of symptoms. Therefore this design is not suitable for demonstrating unequivocally relapse prevention or recurrence prevention. The design of the extension study in responders without re-randomisation is not even suitable for demonstrating long-term efficacy. To demonstrate recurrence prevention a long-term randomised placebo-controlled study in patients who are free of medication for a substantial period of time and who fulfil the criteria of major depression (recurrent) in sustained remission (e.g., HDRS < 7) might be an option.

## REFERENCES

1  Angst J, Baastrup P, Grof P, Hippius H, Pöldinger W, Weis P. The course of monopolar depression and bipolar psychoses. Psychiatr Neurol Neurochir 1973 ; 76 : 489-500.
2  Anton SF, Robinson DS, Douglas Roberts DL, Kensler TT, English PA, et al. Long-term treatment of depression with nefazodone. Psychopharmacol Bull 1994 ; 3 : 165-9.
3  Coryell W, Akiskal HS, Leon AC, Winokur G, Maser JD, Mueller TI, et al. The time course of nonchronic major depression. Arch Gen Psychiatry 1994 ; 51 : 405-10.
4  Doogan DP, Caillard V. Sertraline in the prevention of depression. Br J Psychiatry 1992 ; 160 : 217-22.
5  Entsuah AR, Rudolph RL, Hacket D, Miska S. Efficacy of venlafaxine and placebo during long-term treatment of depression: a pooled analysis of relapse rates. Int Clin Psychopharmacology 1996 ; 11 : 137-45.
6  European Commission, Directorate-General III Industry. Clinical guidelines: medicinal products for treatment of depression. The rules governing medicinal products in the European union. Volume III, part 2. Eudra/G/96/010.
7  Feiger AD, Bielski RJ, Bremer J, Heiser JF, Trivedi M, Wilcox X, et al. Double-blind placebo-substitution study of nefazodone in the prevention of relapse during continuation
treatment of outpatients with major depression. Int Clin Psychopharmacology 1991 ; 14 : 19-28.
8  Ferreri M, Colonna L, Leger J-M. Efficacy of amineptine in the prevention of relapse in unipolar depression. Int Clin Psychopharmacology 1997 ; 1 (Suppl) : 39-45.
9  Frank E, Kupfer DJ, Cornes C, Jarret DB, Mallinger AG, Thase ME, et al. Three-year outcome for maintenance therapies in recurrent depression. Arch Gen Psychiatry 1990 ; 47 : 1093-9.
10  Frank E, Prien RF, Jarrett RB, Keller MB, Kupfer DJ, Lavori PW, et al. Conceptualization and rationale for consensus definitions of terms in major depressive disorder. Arch Gen Psychiatry 1991 ; 48 : 851-5.
11  Greenhouse JB, Stangl D, Kupfer DJ, Prien RF. Methodological issues in maintenance therapy clinical trials. Arch Gen Psychiatry 1991 ; 48 : 313-8.
12  Keller MB, Klerman GL, Lavori PW, Coryell W, Endicott J, Taylor J. Long-term outcome of episodes of major depression: clinical and public health significance. JAMA 1984 ; 252 : 788-92.
13  Montgomery SA, Dunbar G. Paroxetine is better than placebo in relapse prevention and the prophylaxis of recurrent depression. Int Clin Psychopharmacology 1993 ; 8 : 189-95.
14  Montgomery SA, Rasmussen JGC, Tanghøj P. A 24-week study of 20 mg citalopram 40 mg citalopram and placebo in the prevention of relapse of major depression. Int Clin Psychopharmacology 1993 ; 8 : 181-8.
15  Montgomery SA, Angst J, Buller R, Derivan A, Evans K, Fineberg N, et al. Report of consensus meeting. Clinical relevance of response and improvement in psychopharmacology. A statement from the European College of Neuropsychopharmacology from an ECNP workshop October 1995. Eur Neuropsychopharmacol 1995 ; 5 : 531-3.
16  Montgomery SA, Reimitz PE, Zivkov M. Mirtazapine versus amitriptyline in the long-term treatment of depression; a double-blind placebo-controlled study. Int Clin Psychopharmacology 1998 ; 13 : 63-73.
17  Prien RF, Kupfer DJ. Continuation drug treatment for major depressive episodes: how long-should it be maintained? Am J Psychiatry 1986 ; 143 : 18-23.
18  Prien RF, Carpenter LL, Kupfer DJ. The definition and operational criteria for treatment outcome of major depressive disorder: a review of the current research literature. Arch Gen Psychiatry 1991 ; 48 : 796-800.
19  Reimherr FW, Amsterdam JD, Quitkin FM, Rosenbaum JF, Fava M, Zalecka J. Optimal length of continuation therapy in depression: a prospective assessment during long-term fluoxetine treatment. Am J Psychiatry 1998 ; 155 : 1247-53.
20  Rios LP, Thase ME, Howland RH, Friedman ES, Simons AD, Tu XM. A prospective test of criteria for response remission relapse recovery and recurrence in depressed patients treated with cognitive behavior therapy. J Affect Disord 1997 ; 43 : 131-42.
21  Robert P, Montgomery SA. Citalopram in doses of 20-60 mg is effective in depression relapse prevention: a placebo-controlled 6 month study. Int Clin Psychopharmacology 1995 ; 1 (Suppl) : 29-35.
22  Rouillon F, Serrurier D, Miller HD, Gerard M-J. Prophylactic efficacy of maprotiline on unipolar depression relapse. J Clin Psychiatry 199? ; 152 : 423-31.

Eur Psychiatry 2001 ; 16 : 327-35

CONFIDENTIAL
AZSER12779685

BEST COPY AVAILABLE

23  Storosum JG, Zwieten van BJ, Brink van den W, Gersons BPR, Broekmans AW. Increased suicidal risk no argument against placebo-controlled trials in major depression. Am J Psychiatry in press.

24  Terra JL, Montgomery SA. Fluvoxamine prevents recurrence of depression: results of a long-term double-blind placebo-controlled study. Int Clin Psychopharmacology 1998 ; 13 : 55-62.

25  Thase ME, Sullivan LR. Relapse and recurrence of depression. A practical approach for prevention. CNS Drugs 1995 ; 4 : 261-77.

26  Versiani M, Mehilane L, Gaszner P, Arnaud-Castiglioni R. Reboxetine, a unique selective NRI, prevents relapse and recurrence in long-term treatment of major depressive disorder. J Clin Psychiatry 1999 ; 60 : 400-6.

Eur Psychiatry 2001 ; 16 : 327–35

CONFIDENTIAL
AZSER12779686

BEST COPY AVAILABLE

POSTER
NR600

# CONFIRMATION OF THE EFFICACY OF QUETIAPINE MONOTHERAPY IN BIPOLAR DEPRESSION IN A SECOND DOUBLE-BLIND, PLACEBO-CONTROLLED STUDY: THE BOLDER II STUDY

ME Thase,[1] W Macfadden,[2] R McCoy,[2] W Chang,[2] JR Calabrese[3]

[1] Department of Psychiatry, Western Psychiatric Institute and Clinic, University of Pittsburgh Medical Center, Pittsburgh, Pennsylvania, USA; [2] AstraZeneca Pharmaceuticals LP, Wilmington, Delaware, USA; [3] Case Western Reserve University, University Hospitals of Cleveland, Cleveland, Ohio, USA

Supported by funding from
AstraZeneca Pharmaceuticals LP

578

CONFIDENTIAL
AZSER12779687

## Abstract

**Background:** The BOLDER I study[1] demonstrated the efficacy and tolerability of quetiapine monotherapy for depressive episodes in bipolar disorder. The BOLDER II study confirms and extends the findings from BOLDER I.

**Objective:** To evaluate the efficacy and tolerability of quetiapine monotherapy for depressive episodes in bipolar disorder.

**Methods:** Patients with bipolar I or II disorder (DSM-IV) exhibiting moderate to severe depression (HAM-D-17 $\geq$20; HAM-D item 1 [depressed mood] $\geq$2; YMRS $\leq$12) were randomized to 8 weeks of double-blind treatment with quetiapine (300 or 600 mg/d; once-daily, evening dosing) or placebo. Patients were assessed weekly using the MADRS and HAM-D. The primary endpoint was change in MADRS total score from baseline to Week 8 (ANCOVA/LOCF analysis).

**Results:** Of 509 patients randomized, 59% completed the study. Improvements from baseline in mean MADRS scores were significantly greater from the first evaluation at Week 1 with quetiapine 300 (–9.42) and 600 mg/d (–9.14) than with placebo (both $p<0.001$ vs placebo –6.10) through to Week 8 (quetiapine 300 and 600 mg/d: –16.94 and –16.00 respectively; both $p<0.001$ vs placebo: –11.93). Effect sizes at Week 8 were 0.61 and 0.54 for quetiapine 300 and 600 mg/d, respectively. Improvements in mean HAM-D scores were also significantly greater with both quetiapine doses than with placebo ($p<0.001$) at every assessment throughout the study. There were no significant differences between 300 and 600 mg/d quetiapine on any of the primary or secondary outcome measures. Common adverse events included dry mouth, sedation, somnolence, dizziness, and constipation. Generally, adverse events were mild to moderate in intensity.

**Conclusions:** Quetiapine monotherapy is effective and generally well tolerated for depressive episodes of bipolar disorder. These results are similar to those of the BOLDER I study.

## Introduction

- Depressive episodes in bipolar I and II disorder are a considerable source of morbidity and mortality

- Patients with bipolar disorder spend a substantial proportion of their time in a depressed state and are at an increased risk of suicide during these episodes

- No monotherapy treatments have been widely accepted as satisfactory therapies for the depressive episodes of patients with bipolar disorders[2]

- Quetiapine fumarate is approved for the treatment of schizophrenia and manic episodes in bipolar disorder

- A previous 8-week, randomized, double-blind, placebo-controlled clinical trial, the BOLDER I study, has demonstrated the efficacy and tolerability of quetiapine monotherapy for depressive episodes in bipolar disorder[1]

- The results of a second major study, BOLDER II, conducted to confirm and extend the findings from BOLDER I, are presented here

## Objective

- To evaluate the efficacy and tolerability of quetiapine monotherapy for depressive episodes in adult patients with bipolar I or II disorder

## Methods

### Study Design

- This was an 8-week, multicenter, randomized, double-blind, placebo-controlled trial

### Selection Criteria

- Adult outpatients aged 18 to 65 years with a DSM-IV diagnosis of bipolar I or II disorder, with or without rapid cycling; most recent episode depressed (symptomatic >4 weeks but <1 year)

- Patients were required to meet the following entry criteria:

  – HAM-D$_{17}$ item score $\geq$20

  – HAM-D$_{17}$ item 1 score $\geq$2

  – YMRS score $\leq$12

- Patients diagnosed with other Axis I disorders that were the primary focus of treatment within the last 6 months were excluded

---

ANCOVA: analysis of covariance; BARS: Barnes Akathisia Rating Scale; CGI-S: Clinical Global Impressions Scale-Severity; DSM-IV: Diagnostic and Statistical Manual of Mental Disorders; 4th ed.; EPS: extrapyramidal symptoms; HAM-A: Hamilton Rating Scale for Anxiety; HAM-D: Hamilton Rating Scale for Depression; ITT: intention-to-treat; LOCF: last observation carried forward; MADRS: Montgomery-Åsberg Depression Rating Scale; MMRM: Mixed Model Repeated Measures; Q-LES-Q: Quality of Life Enjoyment and Satisfaction Questionnaire; SAS: Simpson-Angus Scale; SD: standard deviation; SDS: Sheehan Disability Scale; YMRS: Young Mania Rating Scale

---

579

CONFIDENTIAL
AZSER12779688

BEST COPY AVAILABLE

## Study Treatment

► Patients were randomized in a 1:1:1 ratio to receive the following (once a day at bedtime):

– Quetiapine 300 mg/d

– Quetiapine 600 mg/d

– Placebo

► Concomitant treatment with other psychotropic drugs was prohibited, except for limited use of lorazepam or zolpidem in the first 3 weeks of the study only

## Efficacy Endpoints

► Primary

– Change from baseline to final assessment (Week 8) in MADRS total score

► Secondary

– Response (≥50% decrease in MADRS) and remission (MADRS score ≤12) rates

– Mean change from baseline to last assessment in HAM-D, CGI, HAM-A, SDS, Q-LES-Q

## Safety Endpoints

► Proportion of patients meeting criteria for treatment-emergent mania (YMRS score ≥16 on 2 consecutive visits or at final assessment or adverse event of mania/hypomania)

► Incidence of adverse events, including weight gain

► Incidence of EPS assessed by adverse event reports and using SAS and BARS

## Statistical Analyses

► ITT analyses using LOCF data

► ANCOVA were conducted for change from baseline for primary and secondary endpoints symptoms

► A parallel gate-keeping procedure was employed to control the overall type I error for the multiple comparisons in the primary analysis

► Effect sizes were calculated using MMRM analyses, with baseline MADRS score and bipolar diagnosis among the covariates

► Descriptive statistics are presented for adverse events

## Results

► 788 patients were screened and 509 randomly assigned to:

– Quetiapine 300 mg/d (n=172)

– Quetiapine 600 mg/d (n=169)

– Placebo (n=168)

► Study completion rates did not differ significantly among treatment groups: quetiapine 300 mg/d 58.7%; 600 mg/d 53.3%; placebo 65.5%

► The safety population comprised 506 patients who had received at least 1 dose of study medication

► The ITT population comprised 467 patients who had at least 1 post-baseline assessment

► Treatment groups were similar for gender, age, diagnosis, and baseline severity scores (Table 1)

### Table 1. Baseline Demographics and Disease Characteristics (ITT)

| Characteristic | Quetiapine 300 mg/d (n=155) | Quetiapine 600 mg/d (n=151) | Placebo (n=161) |
|---|---|---|---|
| Gender, % | | | |
| Male | 44.5 | 45.0 | 39.8 |
| Female | 55.5 | 55.0 | 60.2 |
| Mean age, y | 37.2 | 38.2 | 37.7 |
| DSM-IV diagnosis, % | | | |
| Bipolar I disorder | 67.1 | 66.9 | 68.3 |
| Bipolar II disorder | 32.9 | 33.1 | 31.7 |
| Rapid cycling, % | 28.4 | 30.5 | 32.9 |
| Mean MADRS score | 31.1 | 29.9 | 29.6 |
| Mean HAM-D score | 24.9 | 24.3 | 24.3 |
| Mean HAM-A score | 19.1 | 18.4 | 18.2 |
| Mean YMRS score | 6.1 | 5.6 | 5.9 |

CONFIDENTIAL
AZSER12779689

## Efficacy

### MADRS

▶ Quetiapine (300 and 600 mg/d) was significantly more effective than placebo in reducing depressive symptoms as early as Week 1, with improvement sustained to study end (**Figure 1**)

**Figure 1. Mean change in MADRS score (ITT, LOCF)**



†$p<0.01$; ‡$p<0.001$ vs placebo

▶ The MADRS total score effect sizes for quetiapine were 0.61 (300 mg/d) and 0.54 (600 mg/d) at Week 8

▶ Quetiapine demonstrated efficacy in all MADRS items, with significant improvements in core mood symptoms, including reported sadness (300 and 600 mg/d), pessimistic thoughts (300 mg/d), and suicidal thoughts (300 mg/d), as well as neurovegetative and cognitive symptoms (**Figure 2**)

**Figure 2. MADRS items: change from baseline at Week 8 (ITT, LOCF)**



*$p<0.05$; †$p<0.01$; ‡$p<0.001$ vs placebo

▶ A significantly greater proportion of patients were classified as responders at Week 8 with quetiapine 300 (60.0%) and 600 mg/d (58.3%) than with placebo (44.7%; $p<0.01$ and $<0.05$, respectively) (**Figure 3**)

**Figure 3. Response rates (≥50% decrease in MADRS; ITT, LOCF)**



*$p<0.05$; †$p<0.01$; ‡$p<0.001$ vs placebo

581

CONFIDENTIAL
AZSER12779690

BEST COPY AVAILABLE

► Remission was achieved at Week 8 in a significantly greater proportion of patients with quetiapine 300 mg/d (51.6%) and 600 mg/d (52.3%) than with placebo (37.3%; $p<0.05$ and $<0.01$, respectively) (Figure 4)

**Figure 4. Remission rates (MADRS score ≤12; ITT, LOCF)**



*$p<0.05$; †$p<0.01$; ‡$p<0.001$ vs placebo

► Changes in MADRS total score from baseline to study end for patients in all 3 groups who experienced somnolence or sedation were similar to those who did not report these adverse events: change from baseline to study end with quetiapine −17.3 (300 mg/d) and −15.7 (600 mg/d) vs −14.4 with placebo in patients with somnolence/sedation (n=225); −17.8 (300 mg/d) and −16.2 (600 mg/d) vs −11.0 with placebo in patients without somnolence/sedation (n=242)

► Similar significant improvement in MADRS total score was noted with both quetiapine groups at Week 8 in a subpopulation of patients with bipolar I or bipolar II disorder ($p<0.05$) as well as in those patients with or without a rapid-cycling disease course ($p<0.05$)

*HAM-D*

► As early as Week 1, quetiapine at both 300 and 600 mg/d was significantly greater than placebo in reducing depressive symptoms (Figure 5); improvement was sustained to study end

**Figure 5. Mean change in HAM-D total score (ITT, LOCF)**



‡$p<0.001$ vs placebo

► Improvement in HAM-D item 1 (depressed mood) score with quetiapine was consistent with improvement in total MADRS and HAM-D scores: change from baseline to study end with quetiapine −1.76 (300 mg/d) and −1.57 (600 mg/d) vs −1.29 with placebo ($p<0.001$ and $p<0.05$, respectively, vs placebo)

*CGI-S*

► Patients treated with quetiapine experienced a significantly greater improvement on the CGI-S scale compared with placebo as early as Week 1: 300 mg/d mean change from baseline −0.58; 600 mg/d −0.57; placebo −0.36; both $p<0.01$ vs placebo); this improvement was sustained to study end

*HAM-A*

► A significant decrease in anxiety symptoms with quetiapine, as assessed by HAM-A total score, was apparent from Week 1 to study end (Week 8: 300 mg/d mean change −8.78; 600 mg/d −8.15; placebo −5.80; $p<0.001$ and $p=0.001$, respectively, vs placebo)

*SDS*

► Functional improvement, determined by decrease from baseline in SDS scores, was noted with both quetiapine groups at study end: mean change 300 mg/d −7.30; 600 mg/d −7.87 ($p<0.05$); placebo −6.03

*Q-LES-Q*

► Improvements in quality of life, determined by the increase from baseline in Q-LES-Q scores, were noted with both quetiapine groups at final assessment: mean increase 300 mg/d 9.86 ($p<0.05$); 600 mg/d 9.19; placebo 7.12

CONFIDENTIAL
AZSER12779691

BEST COPY AVAILABLE

## Safety and Tolerability

### Treatment-emergent Mania

► Incidence of treatment-emergent mania was lower in the quetiapine groups compared with placebo: 300 mg/d 1.8%; 600 mg/d 3.6%; 6.6% placebo

### Adverse Events

► Overall rates of discontinuation due to adverse events were 8.2% (300 mg/d) and 11.3% (600 mg/d) with quetiapine, and 1.2% with placebo

► The most common adverse events for quetiapine were dry mouth, sedation, somnolence, dizziness, and constipation (Table 2). Most of these events were mild to moderate in intensity

### Table 2. Adverse Events (≥10% and Twice the Rate of Placebo)

| | Quetiapine | | |
|---|---|---|---|
| Adverse Event, % | 300 mg/d (n=171) | 600 mg/d (n=168) | Placebo (n=167) |
| Dry mouth | 42.7 | 47.0 | 18.0 |
| Sedation | 32.2 | 27.4 | 10.2 |
| Somnolence | 29.8 | 29.8 | 4.8 |
| Dizziness | 14.0 | 16.1 | 5.4 |
| Constipation | 8.2 | 10.1 | 3.0 |

Statistical ananlyses not conducted

► Mean weight gain was greater in patients treated with quetiapine (300 and 600 mg/d) than in those receiving placebo at Week 8: +1.4 kg and +1.3 kg versus +0.3 kg, respectively

► Mean change from baseline in SAS and BARS scores were low:
  – SAS mean (SD): quetiapine 300 mg/d –0.08 (1.08); 600 mg/d +0.19 (1.58); placebo –0.28 (1.05)
  – BARS mean (SD): quetiapine 300 mg/d +0.04 (0.60); 600 mg/d –0.11 (0.71); placebo –0.11 (0.61)

## Conclusions

► The results of this study are similar to those of the BOLDER I study,[1] confirming that quetiapine monotherapy (at both 300 and 600 mg/d) is effective and generally well tolerated for the treatment of depressive episodes in bipolar disorder

► There were no significant differences between the 2 quetiapine doses in efficacy or safety assessments

► In patients with bipolar disorder experiencing depressive episodes, quetiapine has a rapid onset of action (Week 1, the first assessment) with improvement sustained to study end

► Quetiapine is effective in treating the core symptoms of depression in bipolar disorder

► Quetiapine is not associated with treatment-emergent mania

► Quetiapine improves functioning and overall quality of life for patients with bipolar depression

## References

1. Calabrese JR, Keck PE, Jr, Macfadden W, et al. A randomized, double-blind, placebo-controlled trial of quetiapine in the treatment of bipolar I or II depression. *Am J Psychiatry*. 2005;162:1351-1360.

2. American Psychiatric Association. Practice guideline for the treatment of patients with bipolar disorder (revision). *Am J Psychiatry*. 2002;159(4 Suppl):1-50.

The information in this poster concerns a use that has not been approved by the US Food & Drug Administration.

# Supported by funding from AstraZeneca Pharmaceuticals LP

Presented at the American Psychiatric Association's 159th Annual Meeting

May 20 - 25, 2006 • Toronto, Ontario, Canada

CONFIDENTIAL
AZSER12779692

BEST COPY AVAILABLE

# Olanzapine Versus Lithium in Relapse Prevention in Bipolar Disorder: A Randomized Double-blind Controlled 12-month Clinical Trial

M Tohen,[1,2] A Marneros,[3] C Bowden,[4] W Greil,[5] A Koukopoulos,[6] H Belmaker,[7] J Calabrese,[8]
LN Yatham,[9] T Jacobs,[1] RW Baker,[1] D Williamson,[1] AR Evans,[1] M Dossenbach,[1] G Cassano[10]

[1] Lilly Research Laboratories, Indianapolis, IN, USA; [2] Harvard Medical School, Boston, MA, USA;
[3] University Hospital for Psychiatry and Psychotherapy, Martin-Luther-University Halle-Wittenberg, Halle/Saale, Germany;
[4] Department of Psychiatry, University of Texas Health Science Center, San Antonio, TX, USA;
[5] Department of Psychiatry, Ludwig-Maximilians University of Munich, Germany; [6] Centro Lucio Bini, Rome, Italy;
[7] Ministry of Health Mental Health Center, Ben-Gurion University of the Negev, Beer-Sheva, Israel;
[8] Department of Psychiatry, Case Western Reserve University; University Hospitals of Cleveland, Cleveland, OH, USA;
[9] University of British Columbia, Vancouver, B.C., Canada; [10] Department of Psychiatry, University of Pisa, S Chiara Hospital, Italy

## ABSTRACT

**Purpose:** This is the first randomized double-blind comparison of the efficacy and safety of olanzapine and lithium in the prevention of relapse into a manic, mixed, or depressed bipolar episode.

**Methods:** 543 patients with a diagnosis of bipolar I disorder, manic or mixed type, with a history of at least two manic or mixed episodes within 6 years prior to study entry, and a Young Mania Rating Scale (YMRS) total score $\geq 20$ entered the study and received open-label combination therapy of olanzapine and lithium for 6–12 weeks. Of these, 431 patients met symptomatic remission criteria (YMRS total score $\leq 12$ and Hamilton Depression Rating Scale-21 item [HAMD-21] total score $\leq 8$) and were randomized to monotherapy with either olanzapine ($n=217$; 5–20 mg/d) or lithium ($n=214$; titrated to a therapeutic serum level of 0.6 to 1.2 mEq/L in a dose range of 300–1800 mg/d) for 52 weeks of double-blind treatment.

**Results:** Significantly more olanzapine-treated patients (46.5%) completed the 52-week trial than those on lithium (32.7%; $p=.004$). Relapse to an affective episode, defined as YMRS total score $\geq 15$ or HAMD-21 total score $\geq 15$, occurred in 30.0% of olanzapine-treated and 38.8% of lithium-treated patients ($p=.055$). Olanzapine-treated patients had a statistically significantly lower incidence rate of relapsing into a manic episode than lithium-treated patients (14.3% versus 28.0%, respectively; $p<.001$), but not into a depressive episode (16.1% versus 15.4%, respectively; $p=.895$). The rates of discontinuation due to adverse events were 18.9% for the olanzapine group and 25.7% for the lithium group ($p=.105$). Weight gain across open-label and double-blind therapy phases was statistically significantly greater in the olanzapine group compared with the lithium group (1.79 kg versus −1.38 kg, respectively; $p<.001$).

**Conclusion:** In this study, olanzapine was superior to lithium for the maintenance treatment of bipolar I disorder; whereas rates of relapse into depression were similar, relapse into mania was half as common in olanzapine-treated patients compared with those on lithium.

Third European Stanley Foundation Conference on Bipolar Disorder
September 12-14, 2002, Freiburg, Germany

584

CONFIDENTIAL
AZSER12779693

BEST COPY AVAILABLE

## STUDY DESIGN AND METHODS

• **Design:**

– 52-week, randomized, parallel, double-blind study

– Patients were treated with the combination of lithium and olanzapine during the open-label period (6–12 weeks) until remission criteria were met (YMRS ≤12 and HAMD-21 ≤8); then they were randomized to olanzapine or lithium monotherapy

– Relapse was defined as YMRS ≥15 or HAMD-21 ≥15



• **Patient Population**

– Bipolar I disorder, current episode is manic or mixed (with or without psychotic features), DSM-IV, SCID criteria

• **Entry Criteria**

– Baseline YMRS ≥20

– History of at least two manic or mixed episodes within 6 years prior to study entry

• **Number of Patients**

– 543 entered open-label period; 112 discontinued

– 431 entered double-blind taper-off period III; 46 discontinued

– 385 entered double-blind maintenance period IV; 214 discontinued

– 171 completed the study

• **Mean Daily Dose:**

– Open-label combination therapy: olanzapine = 13.5 mg; Lithium = 1003.3 mg

– Double-blind monotherapy: olanzapine = 11.9 mg; lithium = 1102.7 mg (mean serum levels 0.765 mEq/L)

• **Statistical Methods:**

– The primary efficacy measure was the symptomatic relapse of bipolar disorder, either mania or depression.

– Continuous efficacy and safety parameters were analyzed (LOCF, last observation carried forward) using analysis of variance (ANOVA), and categorical efficacy and safety data were evaluated with the Fisher's exact test.

– Time to events (time to first achieving response or remission criteria) were estimated using Kaplan–Meier survival curves, and the curves were compared using the log-rank test.

– All analyses were done on an intent-to-treat basis, including all patients with at least 1 post-baseline assessment, even if the patient did not strictly adhere to the protocol. As specified in the study protocol, treatment effects were tested at the 2-sided α level of 0.05.

## PATIENT CHARACTERISTICS

|  | Olanzapine | Lithium | p Value |
|---|---|---|---|
| Mean Age (Range) | 42.5 (20–80) | 42.3 (18–77) | .645 |
| Females (%) | 52.1 | 53.7 | .772 |
| Mixed Index Episode (%) | 6.9 | 5.6 | .692 |
| Psychotic Features Index Episode (%) | 27.2 | 24.8 | .684 |
| Rapid Cycling (%) | 2.8 | 3.3 | .957 |
| Mean YMRS Score at Randomization | 3.6 | 3.9 | .176 |
| Mean HAMD Score at Randomization | 1.6 | 1.6 | .309 |

Mean YMRS Baseline Score = 25.8
Mean HAMD-21 Baseline Score = 5.7

## COMPLETION/REASONS FOR DISCONTINUATION



## TIME TO DISCONTINUATION



The median time to discontinuation was 303 days for olanzapine and 207 days for lithium.

585

CONFIDENTIAL
AZSER12779694

BEST COPY AVAILABLE

## RELAPSE INTO MANIA OR DEPRESSION

## TIME TO RELAPSE



Based on Symptomatic Rating Scale Criteria

Based on Hospitalization for Relapse and/or Symptomatic Rating Scale Criteria

Based on DSM-IV Syndromic Criteria



### SIGNIFICANT AND/OR COMMON ADVERSE EVENTS*

| Event | Olanzapine n=217 (%) | Lithium n=214 (%) | p Value |
|---|---|---|---|
| Insomnia | 7.8 | 22.4 | <.001 |
| Mania | 7.8 | 20.6 | <.001 |
| Depression NOS | 20.7 | 11.7 | .013 |
| Nausea | 0.5 | 3.7 | .020 |
| Hypersomnia | 2.8 | 0 | .030 |

*Common ≥10% incidence

### WEIGHT CHANGE

| Mean Change in Weight | | | | | |
|---|---|---|---|---|---|
| | | Change to Endpoint | | | |
| | | n | Mean (kg) | SD | p Value |
| Open-label | Olanzapine/lithium combination | 532 | 2.74 | 3.8 | <.001 |
| Double-blind | Olanzapine | 215 | 1.79 | 5.62 | <.001 |
| | Lithium | 214 | 1.38 | 5.01 | |

Weight gain during the open-label period = 2.74 kg

| Potentially Clinically Significant Change in Weight Following 6–12 Weeks of Lithium/Olanzapine Combination Treatment* | | | | |
|---|---|---|---|---|
| | N | n | % | p Value |
| Gain | | | | |
| Olanzapine | 215 | 64 | 29.8 | <.001 |
| Lithium | 214 | 21 | 9.8 | |
| Loss | | | | |
| Olanzapine | 215 | 20 | 9.3 | .004 |
| Lithium | 214 | 41 | 19.2 | |

*Defined as ≥7% change from baseline

586

CONFIDENTIAL
AZSER12779695

| TREATMENT-EMERGENT EPS | BEST COPY AVAILABLE | | |
|---|---|---|---|
| | N | n | % | p Value |
| TE* Parkinsonism (Simpson–Angus Scale) at Anytime | | | | |
| Olanzapine | 177 | 6 | 3.4 | 1.00 |
| Lithium | 176 | 5 | 2.8 | |
| TE Dyskinesia (AIMS**) at Anytime | | | | |
| Olanzapine | 206 | 3 | 1.5 | .684 |
| Lithium | 209 | 2 | 1.0 | |
| TE Dyskinesia (AIMS) at Endpoint | | | | |
| Olanzapine | 206 | 0 | 0.0 | 1.00 |
| Lithium | 209 | 1 | 0.5 | |
| TE Akathisia (Barnes Scale) at Anytime | | | | |
| Olanzapine | 189 | 0 | 0.0 | .123 |
| Lithium | 197 | 4 | 2.0 | |

*Treatment-emergent
**Abnormal Involuntary Movement Scale

## CONCLUSIONS

- Lithium is well established in the maintenance treatment of bipolar disorder.
- This is the first randomized comparison of olanzapine monotherapy with lithium monotherapy for the prevention of relapse in patients with bipolar disorder who had been stabilized on olanzapine-lithium combination treatment.
- Olanzapine-treated patients were more likely to complete this year-long double-blind trial and had lower rates of bipolar relapse than lithium-treated patients based on symptom ratings ($p$=.055), symptom ratings and/or psychiatric re-hospitalization ($p$=.017), or DSM-IV syndromic criteria for mania or depression ($p$=.050). Lower overall relapse rates on olanzapine are due to fewer manic relapses; rates of relapse to mania for the lithium group were at least twice as high for each of the applied criteria; and rates of relapse into depression were similar in both treatment groups.
- In this study, olanzapine was superior to lithium for the maintenance treatment of bipolar I disorder; whereas rates of relapse into depression were similar, relapse into mania was half as common in olanzapine-treated patients compared with those on lithium.

587

CONFIDENTIAL
AZSER12779696

# Lithium Maintenance Treatment of Depression and Mania in Bipolar I and Bipolar II Disorders

Leonardo Tondo, M.D., Ross J. Baldessarini, M.D., John Hennen, Ph.D., and Gianfranco Floris, M.D.

*Objective: Effects of long-term lithium treatment for depressive and manic phases of type I and type II bipolar disorders were compared. Method: Clinical research records of 317 patients with DSM-IV-defined bipolar disorder (188 with type I and 129 with type II) were analyzed for frequency and duration of affective episodes and hospitalizations before (mean=8.38 years) versus during (mean=6.35 years) lithium maintenance treatment. Treatment effects were also assessed by survival analysis of interepisode intervals and by multivariate regression testing for factors associated with response to treatment. Results: Bipolar I and bipolar II patients were ill before treatment a similar percentage of time, but the subtype distinction was supported descriptively. Lithium had superior benefits in type II patients, with significantly greater reduction of episodes per year and of the percentage of time ill. Reduction of depressive morbidity was similarly strong in both diagnostic types. During treatment, bipolar II patients had 5.9-fold longer interepisode intervals and were twice as likely as type I patients to have no new episodes. Starting lithium maintenance earlier predicted greater improvement. Conclusions: Lithium maintenance yielded striking long-term reductions of depressive as well as manic morbidity in both bipolar disorder subtypes, with greater overall benefits in type II patients and with earlier treatment.*

(Am J Psychiatry 1998; 155:638–645)

**B**ipolar manic-depressive disorders are arguably the most prevalent idiopathic psychotic disorders, with the lifetime prevalence of mania now at 1.6% and the combined risks of bipolar type I syndrome (with mania) and type II syndrome (with hypomania) evidently above 2% (1, 2). Bipolar II syndrome includes particularly severe, rapidly recurring, and treatment-resistant forms of depressive illness (3–8). Depression accounts for a high proportion of distress, comorbidity, and disability in all bipolar disorders and is strongly associated with suicidal behavior (9, 10). Despite the clinical importance of bipolar depression, research on its treatment is surprisingly limited (11–15), and it has been routinely excluded from contemporary research

on the therapeutics of depressive disorders (16–18). Research on lithium treatment has provided the most extensive information but has often included broadly defined manic-depressive disorders, without clear distinction of bipolar and unipolar forms or without direct comparison of mania and depression or of the bipolar subtypes under matching conditions (16–18).

Data from 10 studies cited elsewhere (9, 18), involving over 700 patients given lithium maintenance treatment for periods averaging 1.5 years, provide comparisons of base rates and therapeutic effects for both depression and mania in bipolar I disorder and mainly for depression in bipolar II disorder. Of the type I patients in eight of these trials, before lithium or during placebo treatment, 59.7% (SD=24.6%) relapsed into mania and 40.8% (SD=14.5%) into depression, but during lithium maintenance only 23.6% (SD=20.9%) relapsed into mania and 22.6% (SD=13.3%) into depression. Without lithium, the risk for mania was thus 1.46 times greater than the risk for depression. With lithium, recurrences of mania fell by 2.53-fold, but depression decreased by only 1.81-fold. These findings suggest a somewhat superior reduction of mania with lithium, although nearly identical proportions of patients (23% and 24%) relapsed into mania and depression *during* lithium treatment. A study of 29 bipolar I patients during a year of treatment (5) also found a

Received April 14, 1997; revision received Oct. 24, 1997; accepted Dec. 11, 1997. From the International Consortium for Bipolar Disorder Research, and the Department of Psychiatry and Neuroscience Program, Harvard Medical School, Mailman Research Center, McLean Division of Massachusetts General Hospital; the Department of Psychology, University of Cagliari; and Centro Bini, Cagliari, Sardinia. Address reprint requests to Dr. Baldessarini, Mailman Research Center, McLean Hospital, 115 Mill St., Belmont, MA 02178.

Supported in part by NIMH grant MH-47370, a Theodore and Vada Stanley Foundation Award, a National Alliance for Research on Schizophrenia and Depression Investigator Award, a grant from the Bruce J. Anderson Foundation, and the McLean Private Donors Neuropharmacology Research Fund.

CONFIDENTIAL
AZSER12779697

greater decrease in time spent in mania (from 20.0% to 8.1%; 2.47-fold) compared to the more prevalent depression (from 48.5% to 28.6%; 1.70-fold). Another study of 61 bipolar I patients (19) found a similar pretreatment incidence of depression and mania but even greater benefits of lithium for depression by comparing risk rates (episodes per year): mania decreased from 0.50 to 0.20 (2.50-fold), and depression from 0.59 to 0.12 (4.92-fold). These several findings in bipolar I patients are thus inconsistent and not conclusive concerning the relative therapeutic impact of lithium on depression versus mania, although they suggest somewhat greater proportional decreases of mania but similar levels of depressive and manic illness during lithium treatment.

Among the few controlled studies evaluating bipolar II patients, three (3, 4, 20) found only a moderate (1.60-fold) average decrease in relapses (mainly depressive), from 60.3% (SD=9.1%) of patients treated with a placebo to 37.7% (SD=32.6%) treated with lithium maintenance for a year. More encouraging results were found in at least five trials that provided recurrence rates, mainly of depression, for a total of 169 bipolar II patients maintained with lithium versus placebo (3, 4, 20, 21) or during lithium maintenance versus before (22) in observation periods averaging 13.6 months (SD=7.3). Morbidity averaged 1.01 (SD=0.566) affective episodes per patient-year without lithium versus 0.263 (SD=0.203) during lithium maintenance treatment, indicating a large (3.84-fold) reduction. Although this research is limited, the results suggest that lithium has substantial beneficial effects against recurrences in bipolar II disorder, and that these may even be superior to those against bipolar depression in the bipolar I syndrome.

Conclusions from studies of lithium in bipolar I and bipolar II disorders remain tentative, since direct comparisons of morbidity in the diagnostic subtypes were rare, and since depression and mania were not always examined separately. Moreover, methods of measuring morbidity have varied, with episode rates often considered rather than the proportion of time ill. Recent American Psychiatric Association treatment guidelines (23) and an APA-sponsored survey (24) concluded that clinical experts consider lithium to be a drug of choice in the long-term maintenance therapy of both depressive and manic phases of bipolar I and bipolar II syndromes. However, research evidence supporting the relative value of lithium in the syndrome subtypes, as well as for bipolar depression versus mania or hypomania, remains limited and largely inconclusive (9, 11, 15, 18, 23–26). These considerations encourage further clarification of the relative benefits of lithium in the diagnostic subtypes and phases of bipolar illness, with direct comparisons under similar conditions and with substantial numbers of bipolar I and bipolar II patients.

Accordingly, we studied 317 patients with bipolar I or bipolar II disorders who were followed prospectively during long-term lithium maintenance, with detailed information on their course of illness before and during treatment. Specific hypotheses for this study, arising from the findings just reviewed, were that 1) lithium treatment is associated with a greater reduction in mania or hypomania in both type I and type II bipolar disorders, 2) the amounts of time spent in mania/hypomania and in depression during lithium treatment are similar, and 3) in general, not only is bipolar II disorder not a milder form of bipolar illness, but benefits of lithium maintenance treatment are superior in that syndrome.

## METHOD

Adult patient-subjects were evaluated while undergoing clinical maintenance treatment with lithium carbonate and follow-up at the university-affiliated Lucio Bini mood disorders research center in Cagliari, Sardinia. Confidentiality was assured, and patients provided written informed consent for such anonymous use of their clinical records, with approval of the study by the institutional review board of McLean Hospital, Belmont, Mass., and corresponding officials of the University of Cagliari medical center. The 317 subjects (65.6% of whom were women) included 188 patients with type I and 129 patients with type II bipolar disorder based on rediagnosis by DSM-IV criteria, which were also used to define affective episodes (table 1). Excluded were patients who had been exposed to antidepressant or antipsychotic drugs other than for brief treatment of breakthrough symptoms (≤12 weeks) and those receiving long-term anticonvulsant treatment or abusing drugs or alcohol.

Clinical assessments by research psychiatrists at the clinical center (L.T. and G.F.) in follow-up visits (four to 12 per year) were recorded on research data forms and life charts to document treatments (type, doses, and duration of use of psychotropic and other agents) and the course of affective illness (27–29). Demographic data included sex, birth date, level of education, employment, and marital status. Clinical data included diagnostic type, family history of affective disorders in first-degree relatives, age at onset, polarity of the first episode, number and duration of depressive episodes before a first manic (bipolar I) or hypomanic (bipolar II) episode, length of first interepisode interval, number and duration of all episodes of mania or depression, majority sequence of episode polarities (either mania before depression or the opposite) (11, 30), time from illness onset to starting maintenance treatment, hospitalizations, suicide attempts, doses and the average of approximately semiannually ascertained serum concentrations of lithium, and use of adjunctive treatments (tables 1 and 2).

This information yielded morbidity rates as manic or depressive episodes or hospitalizations per year and percentage of time in DSM-IV-defined mania (hypomania in type II cases) or depression before and during lithium maintenance treatment. Statistical analysis used paired t tests or analysis of variance (ANOVA) for unpaired continuous data; categorical data were compared by contingency tables (chi-square). Kaplan-Meier survival analysis (31) was used to plot time to recurrence and compute time-to-50%-recurrence risk with variance as standard error; correlations were tested by linear regression (r) or nonparametric regression (r$_s$)—all as reported previously (27, 28). Significance was set at p<0.05 in two-tailed tests at defined degrees of freedom. Multivariate linear regression analyses were used to assess factors associated with response to lithium maintenance treatment, as defined by the difference in percentage of time ill before lithium treatment minus the percentage during lithium treatment, and modeling total affective morbidity, mania, and depression separately.

Demographic, clinical, and treatment variables were first considered in bivariate analyses for association with the overall treatment effect, and those suggesting an association (p<0.10) were included in multivariate analyses; distributions of these proposed variables were first tested for distribution normality and to verify that normalizing data transformations were not needed. Partial residual and influence plots did not identify outlier observations that might unduly influence reported models. Deciles-of-risk and partial-residual-plot methods (32) validated the goodness of fit of multivariate models. In the reported models, explanatory variables with regression coefficients (beta) statistically different (p<0.05) from 0 were considered valid explanatory factors associated with treatment responses, and they are reported with their 95% confidence intervals and associated t and p values.

CONFIDENTIAL
AZSER12779698

LITHIUM MAINTENANCE TREATMENT

**TABLE 1. Characteristics of Patients With Bipolar I or Bipolar II Disorder**

| Characteristic | Patients With Bipolar I Disorder (N=188) | | Patients With Bipolar II Disorder (N=129) | |
|---|---|---|---|---|
| | N | % | N | % |
| Descriptor | | | | |
| Female[a] | 113 | 60.1 | 95 | 73.6 |
| Educated >8 years | 74 | 39.4 | 53 | 41.1 |
| Employed (working, homemaker, or student)[b] | 150 | 79.8 | 121 | 93.8 |
| Married or in stable relationship[a] | 83 | 44.1 | 76 | 58.9 |
| Family history | | | | |
| Any affective disorder | 110 | 58.5 | 80 | 62.0 |
| Bipolar disorder | 57 | 30.3 | 38 | 29.5 |
| Unipolar disorder | 53 | 28.2 | 40 | 31.0 |
| Suicide[c] | 11 | 0.6 | 5 | 3.9 |
| Suicidal[c] | 41 | 21.8 | 17 | 13.2 |
| | Mean | SD | Mean | SD |
| Course of illness before lithium treatment | | | | |
| Age at onset (years)[b] | 26.85 | 10.43 | 33.26 | 13.37 |
| Time from onset to lithium treatment (years)[a] | 7.28 | 7.81 | 10.00 | 8.95 |
| Duration of first interepisode interval (months)[a] | 25.32 | 47.88 | 45.07 | 81.04 |
| | N | % | N | % |
| Depressive first episode[b] | 73 | 38.8 | 124 | 96.1 |
| Depression usually before mania[b,d] | 15 | 8.0 | 47 | 36.4 |
| Mania usually before depression[b,d] | 91 | 48.4 | 11 | 8.5 |
| Rapid cycling[b] | 8 | 4.3 | 40 | 31.0 |
| Continuous cycling | 27 | 14.4 | 21 | 16.3 |
| | Mean | SD | Mean | SD |
| Episode duration (months) | | | | |
| All episodes | 4.06 | 2.68 | 3.79 | 2.10 |
| Manias[d] | 3.31 | 2.01 | 2.86 | 2.50 |
| Depressions | 5.12 | 4.62 | 4.51 | 3.36 |
| Lithium maintenance treatment | | | | |
| Duration (years)[b] | 6.81 | 5.38 | 5.68 | 4.29 |
| Serum lithium level (meq/liter)[b] | 0.67 | 0.13 | 0.55 | 0.10 |
| | N | % | N | % |
| Adjunctive treatments before lithium treatment | | | | |
| Any psychotropics | 186 | 98.9 | 126 | 97.7 |
| Antipsychotics[b] | 110 | 58.5 | 1 | 0.8 |
| Antidepressants[b] | 26 | 13.8 | 111 | 86.0 |
| Adjunctive treatments with lithium treatment[e] | | | | |
| Any psychotropics[b] | 128 | 68.1 | 49 | 38.0 |
| Antipsychotics[b] | 86 | 45.7 | 1 | 0.8 |
| Antidepressants[b] | 14 | 7.4 | 29 | 22.5 |

[a] F or $\chi^2$ ≥6.2; df=1, 315 for ANOVA and df=1 for $\chi^2$; p<0.01.
[b] F≥22.9 or $\chi^2$≥12.1; df=1, 315 for ANOVA and df=1 for $\chi^2$; p<0.001.
[c] F or $\chi^2$ ≥3.8; df=1, 315 for ANOVA and df=1 for $\chi^2$; p<0.05.
[d] Mania is hypomania in type II patients.
[e] Adjunctive treatment was brief (≤3 months).

RESULTS

*Clinical Comparisons of Bipolar I and Bipolar II Patients*

Characteristics of the bipolar I and bipolar II disorder subjects are summarized in table 1. The 317 patients were followed for an average of 8.38 years (SD=8.39) before lithium maintenance treatment and prospectively for

6.35 years (SD=4.99) during lithium maintenance treatment. A descriptive distinction between type I and II disorders was supported by several clinical measures. Differences between the subtypes included 13.5% more women among patients with bipolar II disorder; bipolar II patients were also significantly more likely to be married and employed (including homemakers and students) than bipolar I patients. Differences in family history between types I and II were minor, except for a 6.5-fold higher risk of suicide among the first-degree relatives of bipolar II probands, whereas suicidal behavior was slightly less common among the bipolar II than the bipolar I subjects themselves (table 1).

Differences in morbidity between the subtypes included a 6.4-year greater age at onset, a 1.8-fold longer first interepisode interval, and a 2.7-year later start of lithium maintenance treatment after diagnosis for the bipolar II patients than for the bipolar I patients. The course of illness also differed markedly between subtypes. A majority of patients (62.2%) presented with depression before mania (bipolar I) or hypomania (bipolar II), but those eventually considered to have bipolar II disorder had a mean of 1.74 (SD=1.23) depressive episodes before hypomania, compared to a mean of only 0.83 (SD=1.75) depressive episodes before a manic episode in the bipolar I patients (a 2.1-fold difference; F=25.8, df=1, 315, p<0.0001). Bipolar II patients were 2.5 times more likely to present with a depressive episode first, and they were 4.6 times more likely to follow a course sequence (11, 30) of depression/mania (or hypomania)/euthymic interval in more than one-half of their illness cycles than bipolar I subjects, who were 5.7 times more likely to follow a majority course sequence of mania/depression/euthymic interval. Bipolar II patients were 7.3 times more likely to show rapid cycling (four or more episodes in any year), but both types were equally likely to show nonrapid, continuous cycling without a euthymic interval before lithium treatment (table 1).

Before starting lithium maintenance, bipolar I and bipolar II patients did not differ in mean duration of episodes of mania/hypomania or depression (table 1), in the annual rate of episodes of mania/hypomania, or in total percentage of time ill (table 2). However, the bipolar II subjects had a significantly higher overall attack frequency (averaging 2.30 versus 1.65 episodes per

CONFIDENTIAL
AZSER12779699

year), had 2.4 times more depressions per year, and spent 1.7-fold more time in depressive episodes than the bipolar I subjects. In contrast, the bipolar I patients had 2.8 times more hospitalizations per year than the bipolar II patients and spent 1.5-fold more time in manic episodes than the bipolar II patients did in hypomanic episodes. These findings indicate that the type II syndrome is not necessarily a milder form of bipolar disorder, but that depression is the more prominent aspect of its clinical morbidity (table 2).

### Treatments Used in Subtypes of Bipolar Disorder

Before maintenance treatment with lithium, virtually all subjects received some psychotropic medication (table 1). Drugs most commonly given to bipolar I patients before and during lithium maintenance were antipsychotics; bipolar II patients were more likely to receive antidepressants. During lithium maintenance, short-term adjunctive medication during acute episodes was 1.8 times more likely for bipolar I patients, suggesting that lithium monotherapy was more often sufficient for bipolar II patients. In addition, average serum concentrations of lithium were somewhat lower among type II patients, again suggesting preferential effectiveness in them (table 1). Serum lithium levels were not correlated with measures of prelithium morbidity, but they had somewhat higher correlations with greater percentage of time manic/hypomanic during lithium treatment ($r=0.37$, df=315, $p<0.0001$, for mania, but $r=0.02$, df=315, n.s., for depression).

### Effects of Lithium Treatment on Time to Recurrence of an Affective Episode

Survival analysis for all 317 subjects indicated that lithium treatment provided a highly significant protective effect. The time from the end of an episode to the start of the next episode of affective illness in 50% of cases was prolonged 4.4-fold during lithium maintenance treatment (mean=35.0 months) compared with before treatment (mean=8.0 months) (Wilcoxon $\chi^2=56.9$, df=1, $p<0.0001$) (table 3). Corresponding computed cumulative relapse rates at 1, 2, 3, 5, and 10 years at risk before and during lithium treatment were 60.6% and 36.2%, 70.7% and 46.0%, 76.7% and 50.4%, 82.3% and 55.9%, and 91.5% and 74.1%, respectively. Thus, many more relapses occurred in the first year of treatment

(36.2% of cases) than over the following 4 years (only 19.7% more), suggesting heterogeneity in clinical vulnerability or in therapeutic responsiveness to lithium.

Separate survival analyses for type I and type II bipolar subjects indicated an identical time to 50% recurrence before lithium (8.0 months) but a 5.9-fold longer interval during lithium maintenance treatment in the type II patients (100.0 versus 17.0 months) (figure 1 and table 3). Moreover, the ratio of computed time to 50% risk of a first recurrence during lithium treatment versus before lithium (a measure of benefit of lithium) was 5.9 times greater in the bipolar II cases (12.50 versus 2.12 months) (table 3). These findings suggest somewhat greater thera-

TABLE 2. Illness Before and During Lithium Maintenance in Patients With Bipolar I or Bipolar II Disorder

| Measure | Patients With Bipolar I Disorder (N=188) | | Patients With Bipolar II Disorder (N=129) | |
|---|---|---|---|---|
| | Mean | SD | Mean | SD |
| **Before lithium treatment** | | | | |
| Recurrences per year | | | | |
| Illness episodes[a] | 1.65 | 1.78 | 2.30 | 2.79 |
| Manias[b] | 1.10 | 1.74 | 1.01 | 1.40 |
| Depressions[c] | 0.54 | 0.54 | 1.29 | 1.45 |
| Hospitalizations[a] | 0.47 | 1.09 | 0.17 | 0.48 |
| Percentage of time | | | | |
| Ill | 43.97 | 30.00 | 48.44 | 31.22 |
| Manic[a,b] | 24.77 | 25.50 | 16.66 | 17.19 |
| Depressed[c] | 19.19 | 21.29 | 31.79 | 21.32 |
| **During lithium treatment** | | | | |
| Recurrences per year | | | | |
| Illness episodes[a] | 0.74 | 0.86 | 0.72 | 1.34 |
| Manias[b,d] | 0.43 | 0.55 | 0.16 | 0.37 |
| Depressions[a] | 0.30 | 0.60 | 0.56 | 1.15 |
| Hospitalizations[a] | 0.07 | 0.24 | 0.01 | 0.06 |
| Percentage of time | | | | |
| Ill | 19.56 | 18.44 | 16.09 | 21.47 |
| Manic[b,c] | 9.86 | 12.68 | 3.36 | 7.17 |
| Depressed | 9.35 | 13.78 | 12.56 | 18.58 |

| | Mean Difference | % Difference | Mean Difference | % Difference |
|---|---|---|---|---|
| **Improvement during versus before treatment[e]** | | | | |
| Recurrences per year | | | | |
| Illness episodes[c] | 0.91 | 52.4 | 1.58 | 68.2 |
| Manias[b,c] | 0.67 | 57.6 | 0.85 | 82.6 |
| Depressions | 0.24 | 62.4 | 0.73 | 64.0 |
| Hospitalizations[c] | 0.40 | 87.9 | 0.16 | 98.1 |
| Percentage of time | | | | |
| Ill[a] | 24.41 | 67.0 | 32.35 | 80.0 |
| Manic[b,c] | 14.91 | 57.2 | 13.30 | 78.5 |
| Depressed | 9.84 | 61.4 | 19.29 | 63.7 |

| | N | % | N | % |
|---|---|---|---|---|
| **Patients improved during versus before treatment** | | | | |
| Yearly episodes ≥50% fewer[a] | 106 | 56.4 | 94 | 72.9 |
| ≥50% less time ill[a] | 111 | 59.0 | 94 | 72.9 |
| No new episodes[c] | 40 | 21.3 | 55 | 42.6 |
| Ill ≤10% of the time[a] | 77 | 41.0 | 73 | 56.6 |

[a]$F≥6.5$ or $\chi^2≥6.4$; df=1, 315 for ANOVA and df=1 for $\chi^2$; $p<0.01$.
[b]Mania is hypomania in type II patients.
[c]$F≥12.0$ or $\chi^2=11.1$; df=1, 315 for ANOVA and df=1 for $\chi^2$; $p<0.001$.
[d]$F≥3.8$ or $\chi^2≥6.4$; df=1, 315 for ANOVA and df=1 for $\chi^2$; $p<0.05$.
[e]Percentage improvement is computed for individuals. For differences between treated and untreated status within diagnostic subtypes, paired t values=3.7–10.1; df=187 for bipolar I and df=128 for bipolar II; $p<0.001$. Duration of episodes did not change significantly during lithium treatment.

CONFIDENTIAL
AZSER12779700

LITHIUM MAINTENANCE TREATMENT

TABLE 3. Months of Latency to 50% Risk of Recurrence for Patients With Bipolar I or Bipolar II Disorder Before and During Lithium Maintenance Treatment[a]

| Treatment Status | Patients With Bipolar I Disorder (N=188) | | Patients With Bipolar II Disorder (N=129) | | All Patients (N=317) | |
|---|---|---|---|---|---|---|
| | Latency | Variance | Latency | Variance | Latency | Variance |
| Before treatment | 8.0 | 0.5 | 8.0 | 1.3 | 8.0 | 0.5 |
| During treatment | 17.0 | 3.9 | 100.0 | 10.8 | 35.0 | 5.2 |
| Difference ratio[b] | 2.12 | | 12.50 | | 4.38 | |

[a]Data are times (months) to 50% risk and variance as standard error computed by Kaplan-Meier survival analysis. For comparisons between and during treatment, all Wilcoxon $\chi^2$ values were ≥28, df=1, p<0.0001.
[b]The difference ratio was 5.9 times greater for type II patients, and the time to 50% risk differed between diagnostic types *during* treatment ($\chi^2$=7.04, df=1, p=0.008) but *not before* ($\chi^2$=0.26, df=1, p=0.61).

FIGURE 1. Survival Analysis Based on the First Interepisode Period Before Treatment and Time to a First Recurrent Episode During Lithium Maintenance Treatment for Bipolar I and Bipolar II Patients in Up to 10 Years of Observation[a]



[a]The computed mean time to 50% recurrence was 8.0 months before lithium treatment versus 17.0 months during lithium treatment for bipolar I patients, and 8.0 months versus 100.0 months for bipolar II patients. Both differences were highly significant (Wilcoxon $\chi^2$=25.5, df=1, p<0.0001, and $\chi^2$=31.0, df=1, p<0.0001, respectively).

peutic benefit of lithium maintenance treatment in the bipolar II patients, as hypothesized.

### Effects of Lithium Treatment on Morbidity

Among all 317 patients, lithium was associated with marked reductions in various measures of morbidity (table 2). These changes included 2.6-fold fewer episodes per year and 2.5-fold less time ill overall, with somewhat larger effects on mania or hypomania (3.3-fold fewer episodes per year and 3.0-fold less time in mania) than on depression (2.1-fold fewer episodes per year and 2.3-fold less time in depression), consistent with hypothesized differences. Before lithium, bipolar II patients were hospi-

talized less often than bipolar I patients (mean=0.17 versus mean=0.47 times per year). Reductions in hospitalization rates were particularly striking (87.9% in bipolar I cases and 98.1% in bipolar II) and averaged 7.6-fold for all subjects.

Consistent with the introductory overview, the proportional reduction of morbidity was greater for mania than for depression in bipolar I cases, but both the frequency of recurrence and the time spent in depression and mania *during* lithium treatment were similar, suggesting important benefits for both phases of illness in the bipolar I syndrome (table 2). Although similarly large benefits for the percentage of time depressed were found in both diagnostic types, somewhat greater improvements with lithium were found among the bipolar II patients on all seven reported morbidity measures (mean=73.2%, SD=13.3%, for the bipolar II subjects and mean=59.1%, SD=12.7%, for the bipolar I subjects) (table 2). The likelihood of marked improvement was also greater in the bipolar II patients, as indicated by having ≥50% fewer episodes per year, being well ≥50% more of the time, and being ill ≤10% of the time or having no major affective episodes at all with lithium (table 2). The yearly frequency of depressive episodes during lithium treatment was somewhat greater for the bipolar II subjects (mean=0.56 episodes) than for the type I subjects (mean=0.30 episodes), but the percentage of time in depression (mean=12.56% and mean=9.35%, respectively) did not differ significantly between them (table 2).

### Factors Associated With Relatively Effective Lithium Prophylaxis

Factors predicting relatively successful lithium treatment were considered by using the difference between percentages of time affectively ill before and during lithium treatment as an index of overall clinical improvement, or by comparing patients who remained episode-free for a minimum of any 12 months (positive responders) during lithium maintenance treatment (N=180; 56.8%) with those who became ill within a year during lithium maintenance (N=137; 43.2%). Factors unrelated (p>0.05) to clinical improvement or to positive response (by preliminary regression or univariate contingency analysis or ANOVA) included sex, family

*Am J Psychiatry 155:5, May 1998*

CONFIDENTIAL
AZSER12779701

TONDO, BALDESSARINI, HENNEN, ET AL.

history, education, marital and employment status, age at onset, number of episodes or percentage of time ill or manic or depressed before lithium treatment, and presence of a rapid-cycling course before lithium treatment. Treatment duration and serum lithium concentration were only weakly related to improvement. However, the duration of illness before starting lithium maintenance was strongly negatively associated with clinical improvement (r=–0.44, df=315, p<0.0001, and $r_s$=–0.53, df=315, p<0.0001). In addition, the proportion of lithium treatment-responsive patients (defined as those ill <50% of the time during lithium maintenance) was significantly greater among bipolar II subjects (65.1%) than bipolar I subjects (51.1%) ($\chi^2$=6.2, df=1, p=0.01).

Multifactorial analysis by linear regression modeling verified that both bipolar II diagnostic type and shorter time ill before starting treatment were strongly associated with overall clinical improvement (table 4). The superior response of type II patients was sustained for improvement in depression, but not for hypomania. Although sex and age at onset differed between type I and type II subjects (table 1), these factors were not found to be significantly associated with response to treatment in the multivariate regression analysis. The negative impact of a longer time before lithium was started on overall clinical improvement was also found for mania and depression.

## DISCUSSION

This clinical study had limitations in that it was not double-blind or placebo-controlled, nor were short-term adjunctive treatments strictly excluded during observation of lithium as the maintenance monotherapy. However, the observations represent clinically realistic conditions in which the long-term effectiveness of maintenance treatment with lithium could be evaluated, and the inclusion of persons who required brief supplemental treatments avoided an excessively biased selection of highly lithium-responsive patients. Moreover, the design of the study was comparative, such that effects of treatment in the diagnostic subtypes and in both phases of bipolar illness were evaluated under comparable conditions. It would be unrealistic and unethical to attempt blind and random assignment of patients to more than 5 years of placebo treatment in such life-threatening and highly morbid conditions, and introduction of a placebo itself may complicate treatment studies by adding an iatrogenic contribution to the risk of early relapse because of the evident pharmacodynamic stress associated with discontinuation of treatment (27, 28, 33–35). Moreover, recruitment into controlled studies now risks overinclusion of treatment-resistant subjects (17, 36–38).

Various measures of morbidity and course of illness before sustained lithium maintenance in the present study accord well with previous reports, including those involving placebo treatment under double-blind conditions. For example, studies reviewed above (3, 4,

TABLE 4. Multivariate Regression Model for Factors Associated With Response to Lithium in Patients With Bipolar I and Bipolar II Disorder

| Type of Response and Associated Factors[a] | Regression Coefficient (beta) | 95% Confidence Interval |
|---|---|---|
| Overall improvement[b] | | |
| Diagnostic type[c] | 13.69 | 8.47 to 18.90 |
| Months before treatment[c] | –0.18 | –0.21 to –0.16 |
| Improvement in mania[b] | | |
| Diagnostic type | 0.77 | –4.57 to 6.11 |
| Months before treatment[c] | –0.09 | –0.12 to –0.07 |
| Improvement in depression[b] | | |
| Diagnostic type[c] | 13.39 | 7.67 to 19.11 |
| Months before treatment[c] | –0.09 | –0.11 to –0.06 |

[a]Response is the difference between percentage of time ill (or manic/hypomanic or depressed) from illness onset to the start of lithium maintenance and the same measure during lithium treatment.
[b]Tests of overall significance of each model yielded F values of 11.2–23.9, df=5, 311, all p values <0.0001.
[c]Significant explanatory factor: t values=6.4–14.4, df=315, all Bonferroni-corrected (for three models) p values <0.001. Preliminarily suggested potentially contributing factors that were not sustained in the multivariate analyses were age at onset, sex, and number of months of lithium treatment.

20–22) indicated an average recurrence risk of 1.05 (SD=0.64) episodes per patient-year in 67 bipolar II patients treated with placebo and 0.26 episodes (SD=0.20) during lithium treatment of 169 bipolar II patients. The present findings indicate similar or even slightly greater risks of recurrence: 1.29 versus 0.56 depressive episodes per patient-year in 129 bipolar II subjects before versus during lithium treatment (table 2), suggesting that the present methods did not underestimate morbidity.

This study yields several findings of clinical and research interest. First, although some uncertainty about the significance of a distinction between bipolar subtypes remains, they have been found to differ in several clinical factors, with apparent long-term diagnostic stability (2, 6, 39–41), and the bipolar II syndrome appears to be distinct from recurring nonbipolar depression (2, 7, 15, 39–41). The present findings also strongly support a clinical distinction between the bipolar I and bipolar II subtypes, with several statistically robust and clinically important differences between them (tables 1 and 2).

In the present results, cases of bipolar II disorder included a higher proportion of women, later age at onset, greater likelihood that the patient was married and employed, and a longer time before the start of lithium maintenance. Bipolar II patients also had first-degree relatives with a greater risk of suicide but were only slightly less likely than bipolar I patients to be suicidal themselves. The course of bipolar illness also differed markedly between subtypes: bipolar II patients more often presented with a depressive episode first, had more depressive-before-manic episodes, and predominantly followed a depression-before-mania course sequence (11, 30). Bipolar II patients were also much more likely to show rapid cycling in association with a

CONFIDENTIAL
AZSER12779702

LITHIUM MAINTENANCE TREATMENT

higher average annual attack frequency; they also had many more depressive episodes per year and spent more time in depression than bipolar I patients before lithium treatment. Although bipolar II subjects were less often hospitalized than bipolar I subjects before lithium treatment started, this difference may reflect response to dangerous or antisocial behaviors associated with bipolar I mania. However, bipolar II syndrome is probably not appreciably less life-threatening than bipolar I disorder, since suicidal behavior is strongly associated with depression in bipolar illnesses, and rates of life-threatening acts were shown to be similar among both bipolar types in a Sardinian population (9) and were only somewhat less frequent in the present bipolar II study group (table 1). In general, in accord with our hypothesis 3, it is evidently neither valid nor clinically prudent to assume that bipolar II syndrome is merely a mild form of bipolar illness.

In the previous studies of manic and depressive phases in bipolar syndromes reviewed above, there was evidence of beneficial effects of lithium for both mania and depression in type I patients and for mainly depressive episodes in bipolar II patients (3, 4, 10, 15, 17, 19–22). Such controlled lithium trials, typically lasting for 1–2 years, had suggested substantial improvement of depression as well as mania in bipolar I disorder and of depression in bipolar II syndrome. Typically, there was a somewhat greater proportional decrease of mania than of depression in bipolar I patients, but the findings suggested a similar morbid risk or percentage of time spent in both manic and depressive phases of bipolar I illness *during* lithium maintenance. The present findings are strikingly congruent with those earlier findings, they extend observations to nearly 10 years of follow-up, and they strongly support our hypotheses 1 and 2. That is, the reduction in episodes per year or percentage of time ill was somewhat greater in mania than in depression among bipolar I patients, but the absolute risk and proportion of time ill in mania and depression during lithium maintenance treatment were indistinguishable (table 2).

There were significant differences in responses to lithium in the bipolar subtypes, with strong indications of greater responsiveness to lithium in the type II syndrome. These differences include a longer period of euthymia between episodes (figure 1) and a markedly greater proportional reduction in episodes or percentage of time ill in bipolar II illness, as well as in other comparative measures of the sparing of morbidity (table 2). Reductions in the frequency of depressive episodes and in the total percentage of time ill in bipolar II subjects also exceeded these benefits in bipolar I subjects (table 2). However, depressive morbidity—as both episode frequency and time in depression—in the type II syndrome was markedly higher before lithium treatment, and it also tended to remain somewhat greater in these cases during lithium maintenance (table 2). These findings underscore the urgent need for improved treatment of bipolar depression and its consideration in experimental therapeutic investigations of depressive disorders.

The average serum concentrations of lithium reported (0.55–0.67 meq/liter) (table 1) may seem low by recent American dosing recommendations, which have encouraged use of lithium routinely at serum levels above 0.75 meq/liter (15, 17, 34, 42, 43). The dosing in the present study may, to some extent, reflect selection of patients who were compliant with long-term lithium maintenance and exclusion of potential poor-prognosis patients with comorbid substance abuse or with schizoaffective disorders, who appear in other studies. Nevertheless, the lithium levels we used are consistent with contemporary international practice and with research findings on prospectively determined relationships between lithium blood level and response in bipolar disorders (16, 21, 44). A provocative possibility is that there may be a trade-off between marginally increased morbid risks associated with flexible and moderate dosing with lithium versus long-term gains due to increased adherence to recommended maintenance treatment.

In general, the present comparisons of bipolar diagnostic types indicate that the benefits of lithium maintenance were superior in type II cases. Recurrences of both depression and mania (or bipolar II hypomania) and the amount of time in each state were markedly reduced with lithium treatment in both diagnostic subtypes, although episode duration was not altered appreciably (table 1). However, the current findings do not represent treatment effectiveness in all candidates for lithium therapy: many patients with bipolar or schizoaffective disorders—particularly those now available for study at research centers—do not do well with lithium monotherapy, and many others refuse to consider it or fail to remain compliant with recommended doses (17, 38). High rates of apparent treatment failure have been documented in several recent surveys, typically based on clinically complex samples in urban teaching centers (38, 45–50). However, these have usually focused on the presence of recurrences rather than on reduction of morbidity and mortality, and their results are not consistently worse than those in the present study. For example, our overall failure rate was 36.2% after 1 year of lithium maintenance, which is in the mid-range of other comparable recent U.S. studies with rates of 17%–48% (43, 49, 50). The present findings are consistent with other such studies in indicating that complete prevention of attacks of mania or depression in bipolar disorders is unlikely with any available treatment (15–17, 36). However, they also document the rather remarkable effectiveness of primary lithium maintenance treatment, with occasional short-term supplementation, in limiting long-term morbidity due to recurrences of life-threatening depression as well as potentially dangerous mania or hypomania in both type I and type II bipolar disorders. Finally, the present results add strong evidence to the view that longer delay in initiating sustained lithium maintenance treatment is associated with lesser reductions in morbidity during eventual treatment (table 4) and so encourage early intervention (18, 23).

CONFIDENTIAL
AZSER12779703

## REFERENCES

1. Kessler RC, McGonagle KA, Zhao S, Nelson CB, Hughes M, Eshleman S, Wittchen H-U, Kendler KS: Lifetime and 12-month prevalence of DSM-III-R psychiatric disorders in the United States: results from the National Comorbidity Survey. Arch Gen Psychiatry 1994; 51:8–19

2. Simpson SG, Folstein SE, Meyers DA, McMahon FJ, Brusco DM, DePaulo JR Jr: Bipolar II: the most common bipolar phenotype? Am J Psychiatry 1993; 150:901–903

3. Dunner DL, Gershon ES, Goodwin FK: Heritable factors in the severity of affective illness. Biol Psychiatry 1976; 11:31–42

4. Fieve RR, Kumbaraci T, Dunner DL: Lithium prophylaxis of depression in bipolar I, bipolar II, and unipolar patients. Am J Psychiatry 1976; 133:925–929

5. Dunner DL, Patrick V, Fieve RR: Rapidly cycling manic-depressive patients. Compr Psychiatry 1977; 18:561–566

6. Dunner DL: Stability of bipolar II affective disorder as a diagnostic entity. Psychiatr Annals 1987; 17:18–20

7. Angst J: The course of affective disorders: typology of bipolar manic-depressive illness. Arch Psychiatr Nervenkr 1978; 226: 65–73

8. Andreasen NC: Concepts, diagnosis and classification, in Handbook of Affective Disorders. Edited by Paykel ES. Edinburgh, Churchill Livingstone, 1982, pp 24–44

9. Goodwin FK, Jamison KR: Manic-Depressive Illness. New York, Oxford University Press, 1990, pp 665–724

10. Tondo L, Jamison K, Baldessarini RJ: Antisuicide effects of lithium. Ann NY Acad Sci 1997; 836:339–351

11. Kukopulos A, Reginaldi D, Laddomada P, Floris G, Serra G, Tondo L: Course of the manic-depressive cycle and changes caused by treatments. Pharmakopsychiatr Neuropharmakol 1980; 13:156–167

12. Solomon DA, Bauer MS: Continuation and maintenance pharmacotherapy for unipolar and bipolar mood disorders. Psychiatr Clin North Am 1991; 16:515–540

13. Cassano GB, Savino M, Perugi G, Musetti L, Akiskal HS: Major depressive episode: unipolar and bipolar II. Encephale 1992; 18: 15–18

14. Abou-Saleh MT: Who responds to prophylactic lithium therapy? Br J Psychiatry 1993; 163(suppl 21):20–26

15. Jefferson JW: Lithium, in Predictors of Treatment Response in Mood Disorders. Edited by Goodnick PJ. Washington, DC, American Psychiatric Press, 1996, pp 95–117

16. Baldessarini RJ: Chemotherapy in Psychiatry: Principles and Practice. Cambridge, Mass, Harvard University Press, 1985, pp 93–129

17. Baldessarini RJ: Drugs and the treatment of psychiatric disorders: depression and mania, in Goodman and Gilman's The Pharmacological Basis of Therapeutics, 9th ed. Edited by Hardman JG, Limbird LE, Molinoff PB, Ruddon RW, Gilman AG. New York, McGraw-Hill, 1996, pp 431–459

18. Baldessarini RJ, Tondo L, Suppes T, Faedda GL, Tohen M: Pharmacological treatment of bipolar disorder throughout the life-cycle, in Bipolar Disorder Through the Life-Cycle. Edited by Shulman K, Tohen M, Kutcher S. New York, John Wiley & Sons, 1996, pp 299–338

19. Rybakowski J, Chłopocka-Wozniak M, Kapelski Z, Strzyzewski W: The relative prophylactic efficacy of lithium against mania and depressive recurrences in bipolar patients. Int Pharmacopsychiatry 1980; 15:86–90

20. Quitkin F, Rifkin A, Kane J, Ramos-Lorenzi JR, Klein DF: Prophylactic effect of lithium and imipramine in unipolar and bipolar II patients: a preliminary report. Am J Psychiatry 1978; 135: 570–572

21. Kane JM, Quitkin FM, Rifkin A, Ramos-Lorenzi JR, Nayak DD, Howard A: Lithium carbonate and imipramine in the prophylaxis of unipolar and bipolar II illness. Arch Gen Psychiatry 1982; 39:1065–1069

22. Peselow ED, Gulbenkian G, Dunner DL, Fieve RR, Deutsch SI: Relationship between plasma lithium levels and prophylaxis against depression in bipolar I, bipolar II, and cyclothymic patients. Compr Psychiatry 1982; 23:176–180

23. American Psychiatric Association: Practice Guideline for the Treatment of Patients With Bipolar Disorder. Am J Psychiatry 1994; 151(Dec suppl)

24. Expert Consensus Guideline Series: Treatment of Bipolar Disorder: Steering Committee, American Psychiatric Association. J Clin Psychiatry 1996; 57(Dec suppl A):3–88

25. Keck PE, McElroy SL: Outcome in the pharmacologic treatment of bipolar disorder. J Clin Psychopharmacol 1996; 16:15S–23S

26. Sachs GS: Bipolar mood disorder: practical strategies for acute and maintenance phase treatment. J Clin Psychopharmacol 1996; 16:32S–46S

27. Baldessarini RJ, Tondo L, Faedda GL, Floris G, Suppes T, Rudas N: Effects of rate of discontinuing lithium maintenance treatment in bipolar disorders. J Clin Psychiatry 1996; 57:441–448

28. Baldessarini RJ, Tondo L, Floris G, Rudas N: Reduced morbidity after gradual discontinuation of lithium treatment for bipolar I and II disorders: a replication study. Am J Psychiatry 1997; 154: 551–553

29. Post RM, Roy-Byrne PP, Uhde TW: Graphic representation of the life course of illness in patients with affective disorder. Am J Psychiatry 1988; 145:844–848

30. Faedda GL, Baldessarini RJ, Tohen M, Strakowski SM, Waternaux C: Episode sequence in bipolar disorder and response to lithium treatment. Am J Psychiatry 1991; 148:1237–1239

31. Lee ET: Statistical Methods for Survival Data Analysis. Belmont, Calif, Wadsworth, 1992

32. Hosmer DW, Lemeshow S: Applied Logistic Regression. New York, John Wiley & Sons, 1989

33. Faedda GL, Tondo L, Baldessarini RJ, Suppes T, Tohen M: Outcome after rapid vs gradual discontinuation of lithium treatment in bipolar mood disorders. Arch Gen Psychiatry 1993; 50:448–455

34. Suppes T, Baldessarini RJ, Faedda GL, Tondo L, Tohen M: Discontinuing maintenance treatment in bipolar manic-depressive: risks and implications. Harvard Rev Psychiatry 1993; 1:131–144

35. Baldessarini RJ, Suppes T, Tondo L: Lithium withdrawal in bipolar disorder: implications for clinical practice and experimental therapeutics research. Am J Therapeutics 1996; 3:492–496

36. Gelenberg AJ, Hopkins HS: Report on efficacy of treatments for bipolar disorder. Psychopharmacol Bull 1993; 29:447–456

37. Elliott C: Caring about risks. Arch Gen Psychiatry 1997; 54: 113–116

38. Gershon S, Soares JC: Current therapeutic profile of lithium. Arch Gen Psychiatry 1997; 54:16–20

39. Rice JP, McDonald-Scott P, Endicott J, Coryell W, Grove WM, Keller MB, Altis D: The stability of diagnosis with an application to bipolar II disorder. Psychiatry Res 1986; 19:285–296

40. Coryell W, Keller M, Endicott J, Andreasen N, Clayton P, Hirschfeld R: Bipolar II illness: course and outcome over a five-year period. Psychol Med 1989; 19:129–141

41. Kupfer DJ, Carpenter LL, Frank E: Is bipolar II a unique disorder? Compr Psychiatry 1988; 29:228–236

42. Gelenberg AJ, Kane JM, Keller MB, Lavori PW, Rosenbaum JF, Cole K, Lavelle J: Comparison of standard and low serum levels of lithium for maintenance treatment of bipolar disorder. N Engl J Med 1989; 321:1489–1493

43. Keller MB, Lavori PW, Kane JM, Gelenberg AJ, Rosenbaum JF, Walzer EA, Baker LA: Subsyndromal symptoms in bipolar disorder: a comparison of standard and low serum levels of lithium. Arch Gen Psychiatry 1992; 49:371–376

44. Maj M, Starace F, Nolfe G, Kemali D: Minimum plasma lithium levels required for effective prophylaxis in DSM-III bipolar disorder: a prospective study. Pharmacopsychiatry 1986; 19:420–423

45. Harrow M, Goldberg JF, Grossman LS, Meltzer HY: Outcome in manic disorders. Arch Gen Psychiatry 1990; 47:180–182

46. O'Connell RA, Mayo JA, Flatow L, Cuthbertson B, O'Brien BE: Outcome of bipolar disorder on long-term treatment with lithium. Br J Psychiatry 1991; 159:123–129

47. Guscott R, Taylor L: Lithium prophylaxis in recurrent affective illness: efficacy, effectiveness, and efficiency. Br J Psychiatry 1994; 164:741–746

48. Peselow ED, Fieve RR, Difiglia G, Sanfilipo MP: Lithium prophylaxis of bipolar illness. Br J Psychiatry 1994; 164:208–214

49. Winokur G, Coryell W, Akiskal HS, Endicott J, Keller M, Mueller T: Manic-depressive (bipolar) disorder: the course in light of a prospective ten-year follow-up of 131 patients. Acta Psychiatr Scand 1994; 89:102–110

50. Gitlin MJ, Swendsen J, Heller TL, Hammen C: Relapse and impairment in bipolar disorder. Am J Psychiatry 1995; 152:1635–1640

CONFIDENTIAL
AZSER12779704

BEST COPY AVAILABLE

# Suicidal Ideation and Attempts
# in Bipolar I and II Disorders

**Hanna Valtonen, M.D.; Kirsi Suominen, M.D., Ph.D.;
Outi Mantere, M.D.; Sami Leppämäki, M.D.;
Petri Arvilommi, M.D.; and Erkki T. Isometsä, M.D., Ph.D.**

*Received Dec. 15, 2004; accepted April 7, 2005. From the Department of Mental Health and Alcohol Research, National Public Health Institute, Helsinki, Finland (all authors); the Department of Psychiatry, Jorvi Hospital, Helsinki University Central Hospital, Espoo, Finland (Drs. Valtonen, Suominen, Mantere, and Arvilommi); and the Department of Psychiatry, Helsinki University Central Hospital, Helsinki, Finland (Drs. Leppämäki and Isometsä).*

*The authors report no financial affiliations or other relationships relevant to the subject of this article.*

*Corresponding author and reprints: Erkki T. Isometsä, M.D., Ph.D., Research Professor, Head of Mood Disorders Research, Department of Mental Health and Alcohol Research, National Public Health Institute, 00300 Helsinki, Finland (e-mail: erkki.isometsa@ktl.fi).*

*Objective:* Few studies have investigated the prevalence of and risk factors for suicidal ideation and attempts among representative samples of psychiatric patients with bipolar I and II disorders.

*Method:* In the Jorvi Bipolar Study (JoBS), psychiatric inpatients and outpatients were screened for bipolar disorders with the Mood Disorder Questionnaire from January 1, 2002, to February 28, 2003. According to Structured Clinical Interviews for DSM-IV Axis I and II Disorders, 191 patients were diagnosed with bipolar disorders (bipolar I, N = 90; bipolar II, N = 101). Suicidal ideation was measured using the Scale for Suicidal Ideation. Prevalence of and risk factors for ideation and attempts were investigated.

*Results:* During the current episode, 39 (20%) of the patients had attempted suicide and 116 (61%) had suicidal ideation; all attempters also reported ideation. During their lifetime, 80% of patients (N = 152) had had suicidal behavior and 51% (N = 98) had attempted suicide. In nominal regression models, severity of depressive episode and hopelessness were independent risk factors for suicidal ideation, and hopelessness, comorbid personality disorder, and previous suicide attempt were independent risk factors for suicide attempts. There were no differences in prevalence of suicidal behavior between bipolar I and II disorder; the risk factors were overlapping but not identical.

*Conclusion:* Over their lifetime, the vast majority (80%) of psychiatric patients with bipolar disorders have either suicidal ideation or ideation plus suicide attempts. Depression and hopelessness, comorbidity, and preceding suicidal behavior are key indicators of risk. The prevalence of suicidal behavior in bipolar I and II disorders is similar, but the risk factors for it may differ somewhat between the two.

*(J Clin Psychiatry 2005;66:1456–1462)*

Numerous studies have documented an association between suicidal behavior—completed suicide, suicide attempt, and suicidal ideation—and bipolar disorder. A meta-analysis[1] and 2 recent nationwide studies from Scandinavia[2,3] indicate a standardized mortality ratio of about 20 for bipolar disorder sufferers. It is commonly estimated that 25% to 50% of patients with bipolar disorder attempt suicide at least once,[4–6] and 30% to 40% have suicidal ideation.[7–9]

Studies of nonfatal suicidal behavior among bipolar disorder patients have focused mainly on risk factors for suicide attempts. Clinical risk factors for suicide attempts include a past suicide attempt,[10–13] suicidal ideation,[14–16] comorbid alcohol dependence or abuse,[6,17–22] any comorbid disorder in bipolar II patients,[23] comorbid personality disorder in bipolar I patients,[24] Axis II comorbidities based on self-rated questionnaire,[14] hopelessness among hospitalized bipolar I patients,[15] severe depression,[14,15,19] long duration of illness,[14,16] family history of suicide,[19] adversity,[14,25] and early age at onset.[6,19,25,26] Suicide attempts have been associated most strongly with depressive illness phases but also with mixed states.[4,15,17,22] Unfortunately, few studies[6,14,17,19,22] have used multivariate statistics, which makes it difficult to differentiate independent risk factors from confounded associations. A particularly controversial issue is the prevalence of suicide attempts in bipolar I and bipolar II disorders.[27–29]

Few studies have examined risk factors for suicidal ideation in bipolar disorder patients. Positive family history for affective disorder, severe depression, psychotic symptoms,[8] past suicide attempt,[8,30] comorbid alcohol abuse or dependence,[30] comorbid personality disorders in

596

CONFIDENTIAL
AZSER12779705

BEST COPY AVAILABLE

bipolar II disorder,[23] panic spectrum symptoms in bipolar I disorder,[31] and earlier age at onset[32] have been associated with suicidal ideation. Two studies comparing bipolar I and II disorders[9,27] found no significant differences in suicidal ideation.

Research on suicidal behavior in bipolar disorder has suffered from several methodological limitations, particularly selection bias. Cohorts have been sampled from tertiary-level treatment centers,[33] clinical trials excluding overtly suicidal cases,[34] and only bipolar I[19,34] or hospitalized patients.[8,15] The generalizability of findings to the larger pool of patients treated in ordinary secondary-level community psychiatric settings may therefore be limited. Moreover, with few exceptions,[9] suicide attempters are compared with nonattempters, who may still have high levels of suicidal ideation. If ideation and attempts share common risk factors, this weakens a study's ability to recognize risk factors. In addition, with few exceptions,[15,35] suicidal ideation has usually been measured with a single item from a depression symptom scale such as the Hamilton Rating Scale for Depression (HAM-D) or the Beck Depression Inventory (BDI). Finally, although hopelessness is an essential risk factor for suicidal behavior, its role has been rarely investigated in bipolar disorder.

We aimed to investigate the prevalence of suicidal behavior—both suicide attempts and suicidal ideation—in a representative secondary-level sample of psychiatric inpatients and outpatients. We expected, first, to find suicidal behavior more prevalent in bipolar II than bipolar I disorder due to illness course more dominated by depressive phases.[36] Second, we hypothesized that severe depressive episode, hopelessness, and psychiatric comorbidity would each independently contribute to both types of nonfatal suicidal behavior. Third, we expected to find differences in risk factors between ideation and attempts (with preceding ideation) more quantitative than qualitative, i.e., risk factors overlapping but accumulating in the latter group.

## METHOD

The Jorvi Bipolar Study (JoBS) is a collaborative bipolar research project between the Department of Mental Health and Alcohol Research of the National Public Health Institute (Helsinki, Finland) and the Department of Psychiatry, Jorvi Hospital, Helsinki University Central Hospital (HUCS) (Espoo, Finland). The Department of Psychiatry of Jorvi Hospital provides secondary care psychiatric services to all citizens of Espoo, Kauniainen, and Kirkkonummi (261,116 inhabitants in 2002). The ethical committee of HUCS approved the study protocol.

The JoBS methodology is detailed elsewhere.[37] In brief, the first phase of patient sampling for the JoBS cohort study involved screening all inpatients and outpatients at the Department of Psychiatry at Jorvi Hospital who currently had a possible new episode of DSM-IV bipolar disorder from January 1, 2002, to February 28, 2003. Attending mental health professionals in the department screened every patient aged 18 to 59 years who was (1) seeking treatment, (2) being referred, or (3) already receiving care and currently showing signs of deteriorating clinical state for the presence of bipolar disorder using the Mood Disorder Questionnaire.[38] After a positive screen or suspected bipolar disorder, the patient was fully informed about the study project and their written informed consent requested. Altogether, 1630 patients were screened, of whom 546 were positive; 49 of these refused a face-to-face interview, and 7 could not be contacted.

In the second phase of sampling, 490 patients were interviewed face-to-face by a researcher (O.M., H.V., P.A., K.S., S.L., and Marita Pippingsköld, M.D.) using the Structured Clinical Interview for DSM-IV Axis I Disorders, research version with psychotic screen (SCID-I/P).[39] Two hundred one patients were diagnosed with DSM-IV bipolar disorder and had a current episode of bipolar disorder. Ten patients refused to participate, leaving 191 patients in the bipolar cohort study. Interrater reliability was assessed via videotaped interviews, which were blindly assessed by another rater (20 interviews; kappa for bipolar disorder = 1.0, bipolar I = 1.0, bipolar II = 1.0). The Structured Clinical Interview for DSM-IV Personality Disorders (SCID-II)[40] was also used in the JoBS to assess diagnoses on Axis II. Bipolar II depressive mixed states were defined according to Benazzi and Akiskal[41] (3 or more simultaneous intra-episode hypomanic symptoms present for at least 50% of the time during a major depressive episode).

In addition to SCID-I and SCID-II, the cohort baseline measurements included the following observer scales: Young Mania Rating Scale (YMRS), 17-item HAM-D, Scale for Suicidal Ideation (SSI), and Social and Occupational Functioning Assessment Scale of DSM-IV (SOFAS). The self-report scales included the 21-item BDI, Beck Anxiety Inventory (BAI), Beck Hopelessness Scale (BHS), and Perceived Social Support Scale-Revised (PSSS-R).[37]

Suicidal behavior—comprising suicidal ideation and suicide attempts—was examined in several ways. Current suicidal ideation was first investigated using the SSI,[42] a 19-item observer-rated scale designed to quantify the intensity of current conscious suicide ideation in various dimensions of self-destructive thoughts or wishes—the extent of the wish to die, the desire to make an actual suicide attempt, details of any plans, as well as internal deterrents to an active attempt and subjective feelings of control and/or "courage" regarding a proposed attempt. Each item consists of 3 alternative statements graded in intensity from 0 to 2, with the maximum total score being 38. Patients were then asked whether they had ever seriously considered suicide during the current episode of bipolar disorder. Unless otherwise stated, suicidal ideation refers to patients who either scored ≥ 6 on the SSI or had seri-

CONFIDENTIAL
AZSER12779706

BEST COPY AVAILABLE

ously considered suicide during the index episode. In addition, the occurrence of a suicide attempt during the current episode of bipolar disorder was investigated, based on both the interview and psychiatric records. Furthermore, the information on lifetime suicidal behavior was recorded according to interview and psychiatric records. By definition, a suicide attempt had to involve at least some degree of intent to die; self-harm with no such intent did not count.

Multivariate nominal regression models were created, classifying suicidal behavior as the dependent variable into 3 mutually exclusive categories: nonsuicidal patients (reference group), suicidal ideators without suicide attempts, and suicide attempters. The predetermined independent variables comprised sex, age, bipolar I and II disorders, comorbid alcohol dependence or abuse, and variables found significant in univariate analysis. However, comorbid alcohol dependence or abuse, comorbid anxiety disorders, comorbid eating disorders, duration of illness, subtype of bipolar disorder, and rapid cycling were not significantly associated with the dependent variable in the multivariate nominal regression model and were omitted from final analysis. To avoid circularity, we omitted the suicidality items of the depression rating scales. The statistical methods included nonparametric and parametric analyses, and for univariate analysis we used a $\chi^2$ test with Yates correction, analysis of variance, and the Kruskal-Wallis test. Post hoc subgroup differences were tested using Tukey's method, t test, and the Mann-Whitney U test.

## RESULTS

### Suicidal Behavior During the Index Episode

Overall, 116 (61%) of the 191 patients reported suicidal ideation during the index episode (66 females, 65% vs. 50 males, 56%; $\chi^2 = 1.5$, df = 1, p = .2). During the index episode, 39 (20%) of the patients had attempted suicide, females more often than males (27 females, 27% vs. 12 males, 13%; $\chi^2 = 4.5$, df = 1, p = .04). Of those who attempted suicide, 36% (14/39) were referred to an emergency room, and 33% (13/39) were hospitalized; the majority (11/13) were followed up for less than 24 hours at the hospital. Most (30/39, 77%) suicide attempters used nonviolent methods. Of patients (N = 77) with suicidal ideation alone (no suicide attempt) during the current episode, the majority (N = 47, 61%) had depressive phase, 23 (30%) had mixed phase, and 7 (9%) had hypomanic/manic phase of illness.

### Differences Between Patients With Suicide Attempts, Suicidal Ideation, and Nonsuicidal Behavior

The characteristics of patients without suicidal behavior, with suicidal ideation, or with suicide attempts during the index episode are presented in Table 1. We found significant differences between the 3 groups in quality of affective state; severity of current episode (HAM-D and BDI scores); intensity of suicidal ideation; prevalences of rapid cycling, personality disorders, anxiety disorders, and eating disorders; degree of anxiety and hopelessness; and age at onset. Comparing attempters, ideators, and nonsuicidal patients, we found differences between the 3 groups regarding current social phobia (attempters, N = 9 [23%] vs. ideators, N = 18 [23%] vs. nonsuicidal, N = 7 [9%]; $\chi^2 = 6.5$, df = 2, p = .04), current simple phobia (N = 5 [13%] vs. N = 9 [12%] vs. N = 1 [1%], respectively; $\chi^2 = 9.1$, df = 2, p = .01), current posttraumatic stress disorder (N = 7 [18%] vs. N = 10 [13%] vs. N = 3 [4%], respectively; $\chi^2 = 6.7$, df = 2, p = .04), generalized anxiety disorder (N = 12 [31%] vs. N = 13 [17%] vs. N = 4 [5%], respectively; $\chi^2 = 13.4$, df = 2, p = .001), current bulimia nervosa (N = 5 [13%] vs. N = 3 [4%] vs. N = 1 [1%], respectively; $\chi^2 = 6.7$, df = 2, p = .04), cluster A personality disorder (N = 7 [18%] vs. N = 9 [12%] vs. N = 3 [4%], respectively; $\chi^2 = 6.3$, df = 2, p = .04), cluster B personality disorder (N = 16 [41%] vs. N = 24 [31%] vs. N = 14 [19%], respectively; $\chi^2 = 6.9$, df = 2, p = .03), and cluster C personality disorder (N = 20 [51%] vs. N = 10 [13%] vs. N = 14 [19%], respectively; $\chi^2 = 20.5$, df = 2, p < .001).

### Suicidal Ideation

The overlap between the 2 types of suicidal behavior is presented in Figure 1. Among the 191 bipolar patients, 116 (61%) had some suicidal behavior during the current episode. Suicidal ideation on the SSI (score ≥ 6) was current in 81 patients (42%), while 105 patients (55%) reported it at some point during the index episode. Of the 39 patients (20%) who had attempted suicide, none had done so without suicidal ideation during the index episode.

### Lifetime Suicidal Behavior

Only 39 (20%) of 191 patients reported no suicidal behavior during their lifetime. During either the index episode or the preceding episodes, 147 patients (77%) had had suicidal ideation and 98 patients (51%) had attempted suicide. Before the index episode, 130 patients (68%) had had serious suicidal ideation, mainly during a previous depressive episode (N = 114, 88%). Of the 85 patients (45%) who attempted suicide before the index episode, the majority (66, 78%) of suicide attempts had occurred during a depressive episode, 8 (9%) during a mixed episode, 5 (6%) during a manic episode, and 6 (7%) between illness episodes. The total lifetime number of suicide attempts was 1 in 34 (18%), 2 in 23 (12%), and 3 or more in 41 (21%) of the 191 patients.

### Suicidal Ideators Versus Suicide Attempters

In post hoc subgroup comparisons, patients with current suicide attempts had a greater prevalence of comor-

CONFIDENTIAL
AZSER12779707