**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: SEROQUEL PRODUCTS**
**LIABILITY LITIGATION**
This document relates to:

*Linda Guinn*, No. 6:07-CV-10291

*Janice Burns*, No. 6:07-CV-15959

*Richard Unger*, No. 6:07-CV-15812

*Connie Curley*, No. 6:07-CV-15701

*Linda Whittington*, No. 6:07-CV-10475

*Eileen McAlexander*, No. 6:07-CV-10360

*David Haller*, No. 6:07-CV-15733

**MDL DOCKET NO:**
**6:06-MDL-1769-ACC-DAB**

**PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-**
**CONFIDENTIAL EXHIBIT 32 (PARTS 144 to 168) TO THEIR RESPONSE IN**
**OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL**
**CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC**
**WITNESSES AND SUPPORTING MEMORANDUM OF LAW**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs

submit their Supplemental Notice of Unsealing and Filing Non-Confidential Exhibit 32

(Parts 194 to 243) to Their Response in Opposition to AstraZeneca's Motion to Exclude the

General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and

Supporting Memorandum of Law filed by Defendants AstraZeneca Pharmaceuticals, LP and

AstraZeneca, LP on or about November 3, 2008, attaching the Exhibits listed below.

1

**<u>Exhibits to Plaintiffs' Response in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law</u>**

| Exhibit No. | Description |
|:---:|:---|
| 32 | Clinical Study Report - *A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients*, Study code: D1447C00127 – June 19 2007 (Study 127) |

DATED:  March 13, 2009                         Respectfully submitted,


By:     /s/ Robert W. Cowan
          F. Kenneth Bailey Jr.
          K. Camp Bailey
          Fletcher V. Trammell
          Robert W. Cowan
          **BAILEY PERRIN BAILEY**
          440 Louisiana St., Suite 2100
          Houston, Texas 77002
          (713) 425-7100 Telephone
          (713) 425-7101 Facsimile
          kbailey@bpblaw.com
          cbailey@bpblaw.com
          ftrammell@bpblaw.com
          rcowan@bpblaw.com
          **Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2009, I electronically filed the foregoing: PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES AND SUPPORTING MEMORANDUM OF LAW with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/  Robert W. Cowan
Robert W. Cowan