# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| **IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**<br>This document relates to:<br><br>*Linda Guinn*, No. 6:07-CV-10291<br><br>*Janice Burns*, No. 6:07-CV-15959<br><br>*Richard Unger*, No. 6:07-CV-15812<br><br>*Connie Curley*, No. 6:07-CV-15701<br><br>*Linda Whittington*, No. 6:07-CV-10475<br><br>*Eileen McAlexander*, No. 6:07-CV-10360<br><br>*David Haller*, No. 6:07-CV-15733 | **MDL DOCKET NO:**<br>**6:06-MDL-1769-ACC-DAB** |

**PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBIT 32 (PARTS 269 to 293) TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES AND SUPPORTING MEMORANDUM OF LAW**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Supplemental Notice of Unsealing and Filing Non-Confidential Exhibit 32 (Parts 194 to 243) to Their Response in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law filed by Defendants AstraZeneca Pharmaceuticals, LP and AstraZeneca, LP on or about November 3, 2008, attaching the Exhibits listed below.

**Exhibits to Plaintiffs' Response in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law**

| Exhibit No. | Description |
|---|---|
| 32 | Clinical Study Report - *A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients*, Study code: D1447C00127 – June 19 2007 (Study 127) |

DATED:  March 13, 2009                          Respectfully submitted,


                                        By: ___/s/ Robert W. Cowan_____
                                             F. Kenneth Bailey Jr.
                                             K. Camp Bailey
                                             Fletcher V. Trammell
                                             Robert W. Cowan
                                             **BAILEY PERRIN BAILEY**
                                             440 Louisiana St., Suite 2100
                                             Houston, Texas 77002
                                             (713) 425-7100 Telephone
                                             (713) 425-7101 Facsimile
                                             kbailey@bpblaw.com
                                             cbailey@bpblaw.com
                                             ftrammell@bpblaw.com
                                             rcowan@bpblaw.com
                                             **Co-Lead Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of March, 2009, I electronically filed the foregoing: PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES AND SUPPORTING MEMORANDUM OF LAW with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/  Robert W. Cowan
Robert W. Cowan