**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | **MDL DOCKET NO:**<br>**6:06-MDL-1769-ACC-DAB** |

**PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBIT 32 (PARTS 319 to 343) TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES AND SUPPORTING MEMORANDUM OF LAW**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Supplemental Notice of Unsealing and Filing Non-Confidential Exhibit 32 (Parts 194 to 243) to Their Response in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law filed by Defendants AstraZeneca Pharmaceuticals, LP and AstraZeneca, LP on or about November 3, 2008, attaching the Exhibits listed below.

1

2

**Exhibits to Plaintiffs' Response in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law**

| Exhibit No. | Description |
|---|---|
| 32 | Clinical Study Report - *A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients*, Study code: D1447C00127 – June 19 2007 (Study 127) |

DATED: March 13, 2009

Respectfully submitted,

By:    /s/ Robert W. Cowan
      F. Kenneth Bailey Jr.
      K. Camp Bailey
      Fletcher V. Trammell
      Robert W. Cowan
      **BAILEY PERRIN BAILEY**
      440 Louisiana St., Suite 2100
      Houston, Texas 77002
      (713) 425-7100 Telephone
      (713) 425-7101 Facsimile
      kbailey@bpblaw.com
      cbailey@bpblaw.com
      ftrammell@bpblaw.com
      rcowan@bpblaw.com
      **Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 13th day of March, 2009, I electronically filed the foregoing: PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES AND SUPPORTING MEMORANDUM OF LAW with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                                                      /s/ Robert W. Cowan
                                                      Robert W. Cowan