Medscape from WebMD

www.medscape.com

These educational activities, certified by accredited providers, were not prepared by Medscape's editors, but are made available on our site as a service to our audience. Authors are routinely instructed by the provider to disclose significant financial relationships and mention of investigational drugs and unapproved indications. Medscape has received a fee for posting these activities. Direct questions or comments to: CME@webmd.net.

## New Insights in Diabetes and Psychiatric Illness: Integrating Management

Faculty: James R. Gavin III, MD, PhD; Peter J.Weiden, MD; F. Xavier Pi-Sunyer, MD; John W. Newcomer, MD

Copyright © 2002 The Center for Health Care Education, LLC, (CHCE)
Faculty affiliations and disclosures are at the end of this activity.

---

Release Date: December 10, 2002; Valid for credit through December 10, 2003

### Target Audience

This activity is intended for psychiatrists, primary care physicians, psychiatric nurses, and other health care professionals.

### Goal

As novel treatment options for the management of psychosis continue to become available, clinicians must be updated on their potential risks and associated comorbidities, including type 2 diabetes mellitus. This activity will update psychiatrists, primary care physicians, and psychiatric nurses on novel treatment options for psychosis, and the possible associated risks for developing type 2 diabetes mellitus.

### Learning Objectives

Upon completion of this program, participants should be able to:

1. Describe the relationship between obesity, insulin resistance, and type 2 diabetes mellitus.
2. Review the newer antipsychotic medications and their ability to improve overall outcomes in schizophrenia.
3. Discuss how specific pharmacologic treatments contribute to weight gain.
4. Describe abnormalities in glucose and lipid metabolism and weight regulation associated with antipsychotic medications.

### Credit Hours Available

Physicians - up to 1.0 hour(s) of AMA PRA category 1 credit

All other healthcare professionals completing continuing education credit for this activity will be issued a certificate of participation.

Participants should claim only the number of hours actually spent in completing the educational activity.

Canadian physicians please note:
Medscape's CME activities are eligible to be submitted for either Section 2 or Section 4 [when creating a personal learning project] in the Maintenance of Certification program of the Royal College of Physicians and Surgeons, Canada [RCPSC]. For details, go to www.mainport.org.

**Accreditation Statements**

**For Physicians**



This activity has been planned and implemented in accordance with the Essential Areas and Policies of the Accreditation Council for Continuing Medical Education (ACCME). The Center for Health Care Education, LLC, (CHCE) is accredited by the ACCME to provide continuing medical education for physicians.
For questions regarding the content of this activity, contact the accredited provider for this CME/CE activity: info@chce.net For technical assistance, contact CME@webmd.net.

The CHCE designates this educational activity for a maximum of 1.0 hour in category 1 credit toward the AMA Physician's Recognition Award. Each physician should claim only those hours of credit that he/she actually spent in the educational activity.

For questions regarding the content of this activity, contact the accredited provider for this CME/CE activity: info@chce.net. For technical assistance, contact CME@webmd.net.

**Instructions for Participation and Credit**

This online, self-study activity is formatted to include text, graphics, and may include other multimedia features.

Participation in this self-study activity should be completed in approximately 1 hour. To successfully complete this activity and receive credit, participants must follow these steps during the period from December 10, 2002 through December 10, 2003.

1. Make sure you have provided your professional degree in your profile. Your degree is required in order for you to be issued the appropriate credit. If you haven't, click here. For information on applicability and acceptance of continuing education credit for this activity, please consult your professional licensing board.
2. Read the target audience, learning objectives, and author disclosures.
3. Study the educational activity on-line or printed out.
4. Read, complete, and submit answers to the posttest questions and evaluation questions on-line. Participants must receive a test score of at least 70%, and respond to all evaluation questions to receive a certificate.
5. When finished, click "submit."
6. After submitting the activity evaluation, you may access your on-line certificate by selecting "View/Print Certificate" on the screen. You may print the certificate, but you cannot alter the certificate. Your credits will be tallied in the CME Tracker.

This activity is supported by an educational grant from Pfizer.



**Legal Disclaimer**
The material presented here does not necessarily reflect the views of Medscape, the CME provider, the companies providing educational grants or the authors and writers. These materials may discuss uses and dosages for therapeutic products that have not been approved by the United States Food and Drug Administration. All readers and continuing education participants should verify all information and consult a qualified healthcare professional before treating patients or utilizing any therapeutic product discussed in this educational activity.

## Contents of This CMEActivity

1. Welcome and Introduction
   Focusing Attention on the Interrelationship Between Schizophrenia and Type 2 Diabetes

2. Epidemiology of Obesity and Weight Gain: The Impact on Diabetes
   The Prevalence of Obesity
   The Metabolic Syndrome
   Weight Gain and Type 2 Diabetes
   Weight Gain and Other Risks
   The Relationship of Weight Gain and Depression
   Weight Gain and Use of Antipsychotic Agents

3. Pathophysiology of Insulin Resistance
   Regulation of Blood Glucose
   Glucose Homeostasis: Insulin Secretion and Insulin Sensitivity
   Fat Distribution and Effects
   The Metabolism of Glucose in Type 2 Diabetes
   The Connections of Obesity and Type 2 Diabetes
   Assessing the Effects of Olanzapine and Ziprasidone

4. Health Outcomes: Overall Metabolic Health
   Adiposity and Insulin Resistance
   Special Issues in the Psychiatric Patient Population
   Type 2 Diabetes and Cardiovascular Risk
   Antipsychotic Medication Effects
   Emphasizing a Need for Early Detection and Management

5. Antipsychotics and Obesity
   A Perspective on Antipsychotic Therapy
   Changing Views on What Drugs Should Do
   Weight Gain and Antipsychotic Agents
   What Patients Want: Side Effect Concerns and Effects on Compliance
   The Clinical Issues in Weight Gain and Antipsychotics
   Switching Agents: Should You Switch?
   A Look at Ziprasidone and Olanzapine

New Insights in Diabetes and Psychiatric Illness: Integrating Management

## Welcome and Introduction

James R. Gavin, III, MD, PhD

Focusing Attention on the Interrelationship Between Schizophrenia and Type 2 Diabetes



**Slide 1.** Welcome and Introduction



**Slide 2.** Leading Causes of Disability

Those of us in the diabetes field tend to focus sharply on the explosive epidemic confronting us, and we seldom stop to think about the degree to which there are other causes of chronic disability.

When you look at the leading causes of disability between both sexes, number 4 among them is schizophrenia. Among males, it is number 5. And among females, the second leading cause of disability in the age group 15 to 44 years is schizophrenia.



**Slide 3.** Leading Causes of Disability

In general, the burden of psychiatric conditions has been heavily underestimated. Of the 10 leading causes of disability worldwide in 1990, 5 of them were, in fact, psychiatric.
What we're doing in this program is looking at the interface between the major disability of psychiatric illness and the place where it meets another major disabling disease, type 2 diabetes. There is indeed an interrelationship, in part driven by the new emergent treatments used to control psychiatric diseases.



**Slide 4.** Diabetes Mellitus in the United States: Increasing Prevalence of Diagnosed Cases

What you're seeing here is the extent to which diabetes is a major problem in this society. Over the time from 1958 through the mid-1990s, there has been a 5-fold increase in this disease. And in recent years, it shows no signs of slacking off.



**Slide 5.** Annual Healthcare Costs for Diabetes Patients: 1992

Not only are the numbers increasing at an enormous rate, but more importantly, we are spending a lot of money in support of diabetes-related healthcare costs. We're spending over $100 billion and, in fact, figures comparable with this are being spent in support of psychiatric illnesses.

One might wonder how are these conditions coupled? Where do they meet? At what place is there an interface? We're gaining a new appreciation for the degree to which the management of psychiatric illness, and many of the consequences of treatment, promote the development of type 2 diabetes.



**Slide 6.** Type 2 Diabetes Mellitus

For example, you don't get type 2 diabetes unless you have the combination of insulin resistance and diminished beta-cell function. By the end of this program, you will see that the emerging developments in the management of many psychiatric illnesses do, in fact, heavily influence this particular problem, and what we're beginning to be concerned about is the extent to which the management of psychiatric illness will be driving the development of more insulin resistance and indeed more type 2 diabetes in the future. And there are implications for all of us in that.

## Epidemiology of Obesity and Weight Gain: The Impact on Diabetes

F. Xavier Pi-Sunyer, MD

**The Prevalence of Obesity**



**Slide 1.** Epidemiology of Obesity and Weight Gain: The Impact on Diabetes

My talk is about the epidemiology of obesity and weight gain and its impact on diabetes.

## Classification of Overweight and Obesity by BMI

|  | Obesity Case | BMI (kg/m$^2$) |
|---|---|---|
| Underweight |  | < 18.5 |
| Normal |  | 18.5-24.9 |
| Overweight |  | 25.0-29.9 |
| Obesity | I | 30.0-34.9 |
|  | II | 35.0-39.9 |
| Extreme obesity | III | > 40.0 |

BMI = body mass index.

**Slide 2.** Classification of Overweight and Obesity by BMI

I want to begin with a classification of overweight and obesity by body mass index (BMI) that has been approved by the National Institutes of Health and the World Health Organization. Underweight is a BMI of less than 18.5 kg/m2. The normal range is 18.5 to 24.9. Overweight is 25 to 29.9, and obesity is greater than 30 -- divided into 3 groups, 30 to 35, 35 to 40, and greater than 40. Body mass index is kilograms per meters squared -- kilograms of weight divided by meters in height squared.



**Slide 3.** Prevalence of Obesity in the United States: 1960-1991

This figure is the prevalence of obesity in the United States taken from the National Health and Nutrition Examination Surveys (NHANES) that were initiated in 1960, 1971, 1976, and 1988. It is clear that the

percentage overweight in the population was relatively steady in both men and women between 1960 and 1980 with about a quarter of the population being overweight.

On the other hand, in the NHANES of 1988 to 1991, the percentage overweight increased to about one third of the population, 31.7% in men and 34.9% in women. This 8% jump in a decade is an extraordinary increase in a population group, and we know because of other surveys that the rate is increasing 1% per year.



**Slide 4.** Obesity Distribution in the United States Population (NHANES)

We're not only obese in this country, but we are very obese; and this is the obesity distribution in the United States population as taken from the NHANES of 1988 to 1991. Only 41.3% of the population has a BMI of 25 or less (normal range or below). Sixteen percent are between 25 and 27, 18.6% between 27 and 30, 16.1% between 30 and 35, an astounding 5.1% at 35 to 40, and 2.9% above 40. So we have a very large shoulder to the right of the population with an increase in overweight and in obesity that is extremely large. This is true in the United States, but it is also becoming true in other industrialized countries of the world, particularly in Europe, Australia, South Africa, New Zealand, and parts of Asia.

## Prevalence of Overweight and Obesity Among Adults Age 20 to 80+ Years, by Gender, Race/Ethnicity, and Age: *United States, 1960-1994*

| | NHANES III* 1988-1994 (Age > 20) | NHANES III† 1988-1994 (Age > 20) |
|---|---|---|
| White men | 61.0 | 20.0 |
| White women | 49.2 | 23.5 |
| Black men | 56.5 | 20.6 |
| Black women | 65.8 | 36.5 |
| White non-Hispanic men | 60.6 | 19.9 |
| White non-Hispanic women | 47.4 | 22.7 |
| Black non-Hispanic men | 56.7 | 20.7 |
| Black non-Hispanic women | 66.0 | 36.7 |
| Mexican American men | 63.9 | 20.6 |
| Mexican American women | 65.9 | 33.3 |

*Combined prevalence of overweight and obesity, BMI > 25 kg/m$^2$.
†Prevalence of obesity, BMI > 30.0 kg/m$^2$.
BMI = body mass index.
NHANES = National Health and Nutrition Examination Survey.

**Slide 5.** Prevalence of Overweight and Obesity Among Adults Age 20 to 80+ Years, by Gender, Race/Ethnicity, and Age: United States, 1960-1994

The prevalence of overweight and obesity among adults age 20 to 80+ years is shown in this figure. You can see the data for both white men and women, and minority groups in this country, including black men and women, and Mexican American men and women. On the left are the data for combined overweight and obesity, and on the right, the data for obesity.

It is clear that the minority women, black, non-Hispanic, and Mexican American, have levels that are much higher than their men counterparts -- 65.8% of black women are overweight, 65.9% of Mexican American women. But even white women are 49.2%. And when you get to obesity, it's 23.5% for white women, 36.7% for black, non-Hispanic women, and 33.3% for Mexican American women.



**Slide 6.** Prevalence of Obesity Among US Adults: BRFSS, 1991

On this map of the United States is the prevalence of obesity among US adults from data gathered by the
Centers for Disease Control. In light blue, you have a prevalence of less than 10% of the population; in
somewhat darker blue, 10% to 15%; and in very dark blue, greater than 15%. Only 5 states have a
prevalence in 1991 of greater than 15%.



**Slide 7.** Prevalence of Obesity Among US Adults: BRFSS, 1998

But if you go to the data for 1998, there are no states that have a prevalence under 10%. A significant
number have 10% to 15%, and the greatest number has greater than 15%. So we have essentially a
galloping epidemic of obesity/overweight in the population of the United States.

## Epidemiology of Obesity and Weight Gain: The Impact on Diabetes

F. Xavier Pi-Sunyer, MD

**The Metabolic Syndrome**



**Slide 8.** Components of the Metabolic Syndrome

Why are public health authorities worried about this increasing prevalence of obesity in the United States and around the world? It's because obesity is related to insulin resistance, and this leads to the metabolic syndrome, or so-called syndrome X, with a number of components that lead to disease that causes a great deal of morbidity and mortality in the country.

Insulin resistance is associated with hyperinsulinemia, and this is abetted by central obesity. The hyperinsulinemia and insulin resistance tends to enhance the likelihood of an individual having hypertension, glucose intolerance, abnormal blood lipids characterized primarily by an increased serum very low density lipoprotein (VLDL) triglyceride, a decreased serum high-density lipoprotein (HDL) cholesterol, and hyperuricemia. The combination of all those factors leads to a very increased risk of macrovascular disease.



**Slide 9.** Insulin Sensitivity in Relation to BMI

In this study by Campbell and Gerich, you can see the relation of insulin sensitivity to BMI. If you look at the areas between a BMI of 19 and a BMI of 25, the insulin sensitivity is normal and flat. But beginning at a BMI of about 25 or 26, there is a decrease in insulin sensitivity -- an increase in insulin resistance. And the insulin resistance tends to get worse as the BMI, or as the overweight/obesity increases.



**Slide 10.** Insulin vs Clock Time

Insulin resistance is characterized by hyperinsulinemia, as shown in this figure from Polonsky at Washington University. The figure shows the insulin levels in the bloodstream over 24 hours in a group of normal individuals (in yellow) and a group of obese individuals (in red). You can see the fluctuations for the 3 meals that were given to these individuals: one at 7:00 AM, one at 1:00 PM, and one at 6:00 PM. It's clear that insulin is elevated not only postprandially but also in the fasting state so that if you take an area under the curve -- an integrated curve of the secretion of insulin -- over a 24-hour period, the obese individuals have a 4- to 6-fold greater need of insulin than do normal-weight individuals.

These are obese individuals who do not yet have diabetes. The inability of insulin to do its job appropriately in getting glucose into the cell and getting glucose utilized, oxidized, and stored, means that the beta cell of the pancreas is putting out 5- to 6-fold more insulin per day in these individuals.



Slide 11.

The insulin resistance and hyperinsulinism that occurs with weight gain leads to these conditions, which lead to a great deal of morbidity and mortality in this country: type 2 diabetes, hypertension, dyslipidemia, and a hypercoagulable state that tends to lead to myocardial infarction and cardiovascular disease.



Slide 12. Risk of Type 2 Diabetes Mellitus Using BMI

The risk of type 2 diabetes developing in an individual is clearly seen in this slide from the Nurses Study. The Nurses Study is following 116,000 nurses in the northeast United States, and this is a report of a 16-year follow-up. As one goes from a BMI below 22 to a BMI of 35, there is a gradually increasing relative risk for developing diabetes. A BMI less than 22 is set at 1, and you can see that at 35+, one has a 90- to 95-fold

risk of developing diabetes over 16 years. Even within the normal range, there is a significant increase as one moves from a BMI of 22 to a BMI of 25.

## Epidemiology of Obesity and Weight Gain: The Impact on Diabetes

F. Xavier Pi-Sunyer, MD

**Weight Gain and Type 2 Diabetes**



**Slide 13.** Weight Gain and Diabetes Risk

It's not only the amount of weight that one is carrying that is important, but it's where one started. This is seen in this study by Chan, et al that was published in 1994 showing a weight change since age 21 years of less than 5 kg, 5 to 10 kg, or greater than 10 kg in the population divided by those who started at age 21 with a BMI under 22, a BMI of 22 to 23, or a BMI of 24 and higher. While there's an increased risk as the weight gain increases from less than 5 kg to greater than 10 kg, it's clear that in those individuals who started at a BMI of 24, gaining the same amount of weight increased their risk significantly. Your BMI as you enter your adult years is as important as the weight that you put on over the next 10 or 15 years.



**Slide 14.** Patterns of Body Fat Distribution

The patterns of fat distribution are important. Abdominal or android fat distribution -- fat distribution in the central or upper body -- has been found in both cross-sectional and longitudinal studies to be significantly more risky for health than gluteal femoral or lower body or gynoid obesity.



**Slide 15.** Probability of Developing Diabetes: BMI and WHR

In this study done in Goteborg, Sweden, you can see the percentage probability of developing diabetes during 13.5 years of follow-up in relation to tertiles of the initial BMI and waist-to-hip ratio -- with BMI being a measure of total fat burden and waist-to-hip ratio being a measure of whether the fat is centrally distributed, or gluteal femorally, or peripherally distributed.

On the left in the pyramid are the BMI tertiles for the population. Number I would be the tertile with the lowest weight, number III the highest weight. On the right are the waist-to-hip tertiles. Number I would be the one with the least abdominal or central obesity, and number III the highest.

It's clear that you can be in the third tertile for weight or fatness and if you're still in the first tertile for waist-to-hip ratio, that is your fatness is peripheral rather than central, your risk for diabetes does not increase. On the other hand, you could be in the lowest tertile for BMI and if you have central obesity, your risk goes up 6-fold from .5 to 2.9. If you're in the third tertile for both fatness or fat load and central obesity, your risk goes up 30-fold, from .5 to 15.2. So there is an independent risk for fat burden, and there's also an independent and synergistic risk from fat distribution.



**Slide 16.** Relationship Between Visceral Adipose Tissue and Predisposition to Diabetes in Male Subjects

Fat distribution also increases the amount of insulin that is circulating. In this study by Pouliot and colleagues from Laval University, a group of individuals were compared after being given a 75-g oral glucose tolerance test. The light blue curve is lean individuals who were age-matched to obese individuals. The red individuals have low central or visceral adipose tissue (low intra-abdominal adipose tissue) and the green individuals are weight-matched for the reds but have high intra-abdominal or central adipose tissue. You can see on the right that those individuals who have high levels of intra-abdominal visceral fat have a much higher level of insulin circulating in response to a glucose stimulus. They're at more insulin resistance and require more insulin, and because with fatness and intra-abdominal fat and fat in the liver, less insulin is degraded by the insulin as it passes through the liver and more of it can get out into the peripheral circulation.

## Epidemiology of Obesity and Weight Gain: The Impact on Diabetes

F. Xavier Pi-Sunyer, MD

**Weight Gain and Other Risks**



**Slide 17.** Obesity and Hypertension Risk

Obesity is also related to hypertension risk. There are numerous studies, both cross-sectional and longitudinal, that show the relationship between increased weight or increased fatness and hypertension. This is one from the Canadian Guidelines for Healthy Weights taken from the Canadian surveys of the representative groups in the population.

Men are in green, and women are in blue, and what is shown is the percentage of those individuals in the population who are hypertensive, who have a systolic blood pressure greater than 140 mm Hg. As the weight or the total fat burden increases, hypertension in the population increases accordingly. This is true in both men and women; and in those individuals with a BMI of 31 and above, about a third of the population is hypertensive.



**Slide 18.** The High TG/Low HDL Cholesterol Dyslipidemic Phenotype and Dense LDL Cholesterol

With insulin resistance and obesity, there is a characteristic dyslipidemia, which is abnormal blood lipids. It is called the high triglyceride/low HDL cholesterol phenotype. And that is characterized also by dense low-density lipoprotein (LDL) cholesterol particles.
So what you have in obese individuals, and particularly in individuals who have central or abdominal obesity, is a high triglyceride, a low HDL cholesterol, and increased number of dense LDL particles that are small but very atherogenic. And the combination of those 3 components greatly increases the risk for coronary heart disease in these individuals.



**Slide 19.** Risk of Ischemic Heart Disease During 5-Year Follow-Up Period According to Quartiles of Fasting Glucose Concentrations

You can see the effect of hyperinsulinemia on cardiovascular risk in this study reported by Despres in 1996. This is the risk of ischemic heart disease over 5-year follow-up according to quartiles of fasting insulin concentration in a representative population of people from Quebec. On the left is the lowest fasting insulin quartile, which means the group with the lowest insulin resistance or the greatest insulin sensitivity. On the right is the quartile with the greatest insulin resistance or least insulin sensitivity. The red bars include the epidemiological analysis including all the confounders, and the white bars, it is controlling for the confounders, such as lipids.
Whether you control for the confounders or not, there is a clear ascendancy in risk of ischemic heart disease over just 5 years. So as one goes from the lowest quartile to the highest quartile, the risk increases 8-fold.



**Slide 20.** Hypercoagulability in Insulin Resistance

Part of the reason for this increased cardiovascular risk with insulin resistance is due to the hypercoagulability that occurs in this condition. There is increased plasminogen activator inhibitor-1 (PAI-1) circulation. PAI-1 is important in clearing clots from the circulation. Increased fibrinogen is important in enhancing clotting, as is the case with increased von Willebrand factor, increased factor X, and increased platelet aggregation, which occurs in this condition. All of these components tend to enhance clotting in individuals who have insulin resistance.

## Epidemiology of Obesity and Weight Gain: The Impact on Diabetes

F. Xavier Pi-Sunyer, MD

**The Relationship of Weight Gain and Depression**

## Weight and Depression

- Diminished or increased appetite (with subsequent *weight loss or gain*) are frequent *symptoms* of depression
- Successful antidepressant treatment can *reverse such changes* over the short term
- Sometimes antidepressants can cause weight gain changes that *do not* "normalize" weight or appetite
- Rates of weight-related adverse events *may vary across* antidepressant classes and within classes

Fava M et al.

**Slide 21.** Weight and Depression

Another component of weight and weight gain that has not been focused on very much previously, but which certainly occurs, is the relationship of weight gain to depression. Depression causes either a diminished or an increased appetite in different individuals. So it can cause subsequent weight loss or subsequent weight gain.

Successful antidepressant treatment can reverse such changes over the short term, but sometimes some antidepressants can cause weight gain that does not normalize the weight or the appetite. The rates of weight-related adverse events may vary across antidepressant classes and within classes.



## Possible Mechanisms of Antidepressant-Induced Weight Gain

- Central CNS effect on specific receptors (eg, 5-HT$_{2C}$, H$_1$) leads to changes in appetite regulation
- Increased food intake/decreased satiety
- Sedative effects > decreased caloric expenditure
- Shift in food preference
- Dry mouth/throat > increased intake of caloric beverages

Fava M et al.

**Slide 22.** Possible Mechanisms of Antidepressant-Induced Weight Gain

There are a number of possible mechanisms for antidepressant-induced weight gain. There could be central nervous system effect on specific receptors, such as histamine receptors or serotonin receptors, leading to change in appetite regulation. There could be increased food intake related to decreased satiety. There could be sedative effects of the antidepressant medication leading to decreased physical activity and caloric expenditure. There could be shifts in food preferences, and there could be, as a side effect, dry mouth and throat leading to increased intake of caloric beverages.

## Epidemiology of Obesity and Weight Gain: The Impact on Diabetes

F. Xavier Pi-Sunyer, MD

**Weight Gain and Use of Antipsychotic Agents**



Slide 23. Antipsychotic-Induced Weight Gain: Long-Term Considerations

Antipsychotic weight gain is a growing problem. With long-term treatment, weight gain can accumulate in an individual over many months. After a time, weight gain usually plateaus but remains elevated. Once the weight gain has occurred, it is very difficult to lose. And with the weight gain comes the medical consequences that I've been speaking about. There is also a very important detrimental effect on self-esteem and on compliance with antidepressant medication.



**Slide 24.** Antipsychotics and Weight Gain: Meta-Analysis of Short-Term (10 Weeks) Treatment

I'd like to conclude by showing you this meta-analysis of antipsychotic drugs and weight gain. This shows the effect of short-term, 10-week treatment with a variety of agents. It is clear that weight change will vary with the agent -- some causing essentially no weight gain, some very little, and some a great deal.
I think it is important for primary care physicians and for psychiatrists who are using antipsychotic medication on patients to be aware of differential adverse effects of different drugs on weight gain, and try to include in the treatment of these patients an effort to prevent weight gain as antipsychotic treatment is continued.


## Pathophysiology of Insulin Resistance

James R. Gavin III, MD, PhD

**Regulation of Blood Glucose**



**Slide 1.** Pathophysiology of Insulin Resistance

The principal purpose of my presentation is to highlight how we tie all these issues together, and to point out that interface that will have the psychiatrists and the endocrinologists and the diabetes healthcare professional having more conversations and working to common purpose.



**Slide 2.** Diabetes Trends in the United States: 1990-1998

By now, you know that it is more than just the weight problem. Dr. Pi-Sunyer has told you about what was happening with weight trends in the United States. This is also happening in the case of diabetes. In these national trends, the blue colored states represent those states with the highest incidence of diabetes. The

yellow colored states are those with intermediate levels of diabetes. And the salmon colored states represent those with the lowest incidence.
What we see is that between 1990 and 1998, a large number of states have turned blue. We are developing a lot of diabetes in parallel with all of that obesity.



**Slide 3.** Regulation of Blood Glucose

What is happening at the tissue level? What is the physiological explanation for much of what you have heard about and that we are going to be increasingly worried about as we begin to see more schizophrenics being treated, more insulin resistance being precipitated, more type 2 diabetes developing, and all of us having to participate in their clinical care?
The central character in all of what we know of glucose regulation is insulin. It stimulates glucose uptake in muscle. It depresses glucose production in liver. And while there are other tissues that are indifferent to the effects of insulin, such as the brain, fat is very sensitive to insulin.

## Pathophysiology of Insulin Resistance

James R. Gavin III, MD, PhD

Glucose Homeostasis: Insulin Secretion and Insulin Sensitivity



**Slide 4.** Dynamic Interaction Between Insulin Secretion and Insulin Sensitivity

All that we are talking about is a dynamic interaction between insulin secretion and insulin sensitivity, which is what glucose homeostasis is really about.



**Slide 5.** Dynamic Interaction Between Insulin Secretion and Insulin Sensitivity

When defects occur in that relationship, they occur over time. This is a longitudinal study over 20 years in total duration.
People who did not have any genetic risk for diabetes are pictured in yellow. People who were genetically at risk, that is they had a positive family history for type 2 diabetes, are depicted in orange. And all of these

persons were studied by using a glucose tolerance test in which they had their glucose and their insulin level measured simultaneously.

At the start of the study, nobody had diabetes. All of these are normal glucoses. There were some people who simply had a risk compared with those who had no risk. And those who had some risk had somewhat higher insulins at a time when their glucoses, although normal, were still a bit higher than they should have been given the amount of insulin available.

These people already had the stigmata of a condition that subsequently became more apparent at mid-life, namely, they were producing a lot of insulin in response to the same glucose challenge, but their serum glucoses were not good at all. This is the sine qua non of clinical insulin resistance.

And the insulin resistance problem didn't go away. It was simply joined by the problem of pancreatic deficiency. The insulin response to the same glucose challenge is gone. These people go on to develop frank diabetes.



**Slide 6.** Insulin Resistance

The principal organs that we know are affected in that sort of progression of glucose abnormalities are usually cited as liver, which is guilty of increased production of glucose; and muscle, which is cited for its inability to respond appropriately to insulin and, therefore, you get diminished glucose uptake.