

**Slide 7.** Measuring Insulin Sensitivity: Euglycemic Insulin Clamp

When we look at the methodologies that we have to actually quantify the insulin sensitivity, the gold standard is the euglycemic/hyperinsulinemic insulin clamp. In order to maintain a glucose level that is fixed at a normal threshold, what one does in a subject is to ramp up the insulin concentration and then clamp the insulin using a computerized algorithm in an artificial pancreas at a hyperinsulinemic level, and then see how much glucose you have to infuse to maintain the glucose at this predetermined level with this much insulin coming in. The more resistant to insulin you are, the less glucose you need to have infused to maintain this predetermined glucose level. There are all kinds of other methods that can be used, but they come out with the same bottom line.



**Slide 8.** Peripheral Insulin Resistance: Changes in Peripheral Glucose Uptake

This is work from Groop, who shows that, as a function of increasing plasma insulin, when you look at glucose metabolism in people with type 2 diabetes, they do not get up to the same level of glucose metabolism as controls, or nondiabetics, no matter how high you push the insulin because of their insulin resistance.



**Slide 9.** Insulin Sensitivity in Various Clinical States

The bottom line here is that when you apply those techniques and you look across a spectrum of clinical conditions, what do you find? Compared with controls, you find reduced insulin sensitivity, or insulin resistance, in a variety of settings, certainly type 2 diabetes. But one could argue that the most common clinical condition in which we find insulin resistance is actually obesity.
Essential hypertension is also such a condition.

## Pathophysiology of Insulin Resistance

James R. Gavin III, MD, PhD

**Fat Distribution and Effects**



**Slide 10.** Obesity and Insulin Resistance

Obesity has now become, because of its huge prevalence in this society, a major chronic disease player. It has assumed its central role in the pathogenesis of clinical insulin resistance largely by the growing realization of the metabolic contributions of fat tissue to glucose homeostasis in a wide variety of body tissues.



**Slide 11.** Visceral Fat Distribution: Normal vs Type 2 Diabetes Mellitus

People who are at high risk for developing type 2 diabetes have visceral accumulations of fat, and you can see this with these computed tomography (CT) scans. These slices show that there is a significant accumulation of visceral fat in the person with type 2 diabetes compared with the person without diabetes.



**Slide 12.** FFAs: A Link Between Obesity and Insulin Resistance

It turns out that fat is not a passive tissue. This adipose tissue is metabolically active. It is resistant to insulin and, therefore, it is undergoing accelerated lipolysis, generating free fatty acids. And those free fatty acids do exactly the opposite of what insulin would do at the tissue level.

So instead of muscle tissue being stimulated to take up glucose, it is inhibited. Instead of glucose production being inhibited by insulin in the liver, free fatty acids stimulate it. And what happens is that you now have this contribution to insulin resistance by this active fat tissue.



**Slide 13.**

The same thing can happen even when you look at muscle. This is an extremity of a lean person, and you see what happens. You see all of this rich, dense skeletal muscle. Somebody who is not as vigorous may not look like this.



Slide 14.

In this picture there is this huge interdigitation of fat with muscle tissue. This is more than marbling. I don't know exactly what the word for this should be. What you have in close proximity to this muscle tissue is all of this metabolically active fat, and there is an enormous metabolic price to be paid for that kind of juxtaposition.

## Pathophysiology of Insulin Resistance

James R. Gavin III, MD, PhD

**The Metabolism of Glucose in Type 2 Diabetes**



**Slide 15.** Glucose Metabolism During Euglycemic Insulin Clamp

When we look at the metabolism of muscle in people with type 2 diabetes, what we see is that under insulin-stimulated conditions, not the basal rates, there is a significant decrease in glucose metabolism. That is where the insulin resistance manifests itself.
This excessive lipolysis from this rich fat store that we see under conditions of obesity certainly has a significant deleterious effect in muscle.

**Slide 16.**

The liver isn't spared. The increased free fatty acid oxidation, the augmentation of gluconeogenesis as a result of exposure of the liver to those increased free fatty acid levels, results in hepatic glucose output being augmented, and this is precisely what drives up fasting plasma glucose levels.



**Slide 17.** Insulin Resistance and Beta-Cell Dysfunction Produce Hyperglycemia in Type 2 Diabetes Mellitus

So we begin to see how all of these things then tie together in this sort of comprehensive picture. We see that a metabolically active excess adipose-tissue depot drives a lot of changes that can worsen the insulin resistance. And we have seen other examples that suggest that there may be deleterious effects from metabolically active fat depots on beta-cell function as well. What we would submit here is that anything that drives the accumulation of additional adipose tissue, excessive fat, has significant health consequences that derive from all of the consequences of the insulin resistant state and the insulin resistance syndrome.

## Pathophysiology of Insulin Resistance

James R. Gavin III, MD, PhD

**The Connections of Obesity and Type 2 Diabetes**



**Slide 18.** Weight and Mortality

People with insulin resistance syndrome die from cardiovascular complications. And when you look at the relationship with weight, the milieu in which you see so much of this insulin resistance, you see the relationship between that weight and mortality.



**Slide 19.** Prevalence of Obesity (BMI Greater Than 30) in Adults Aged 20-80 Years by Gender and Ethnicity

It is not good to be fat for a long, long time.

And for certain high-risk minority groups, this is an even bigger problem. You have heard already about the degree to which African Americans and some Latino populations have excess prevalence of obesity. These issues begin to compound, and this is the consequence that we are most directly concerned with in our discussions during this presentation.



**Slide 20.** The Diabetes Explosion: Diagnosed Cases Over the Past 4 Decades

Over time, there has been an explosion of type 2 diabetes, and that explosion has been driven principally by the explosion in obesity.



**Slide 21.** Insulin Resistance: An Underlying Cause of Type 2 Diabetes Mellitus

That brings us back to our paradigm. What is driving this interaction is the psychiatrists trying to take better care of schizophrenics with these atypical agents that are powerful in terms of what they can do for the psychiatric illnesses. They are also powerful in terms of their potential and what they can do to insulin resistance.

What you see is that there are certain things that drive insulin resistance and obesity is one of them. There are other consequences of insulin resistance, including type 2 diabetes.

There are also medications that are important contributors to insulin resistance and, therefore, these are medications that can make contributions to the sequelae that we worry so much about.

## Pathophysiology of Insulin Resistance

James R. Gavin III, MD, PhD

Assessing the Effects of Olanzapine and Ziprasidone



**Slide 22.** Weight Responses to Olanzapine and Ziprasidone

Ziprasidone is one of those weight-neutral drugs. Olanzapine is one of those blue drugs down at the other end of the spectrum.

Let's look at what happens when you do this direct comparison. At the start of this particular study and at the end of the 6 weeks of treatment, they did measurements at baseline and at endpoint. Median weights with ziprasidone did not really change, but with olanzapine there was a robust increase in median weight.



Slide 23. Fasting Insulin Responses to Olanzapine and Ziprasidone

What about the insulin levels? For ziprasidone, they were not really different. With olanzapine, a robust increase in insulin levels occurred. There was hyperinsulinemia. And what you will see is that this hyperinsulinemia that occurs with this drug occurred without a change in glucose.



Slide 24. Fasting HOMA IR Responses to Olanzapine and Ziprasidone

Any time you have no glucose change and you look at a homeostasis model assessment, what you see when you look for insulin resistance parameters is that with ziprasidone, over this period of treatment, there was no change in insulin resistance. But with olanzapine, by using the same kind of approach, there was an

increase in insulin resistance, and this is entirely consistent with the fact that despite the increase in insulin levels, when you look at median glucoses, the glucose didn't change in either setting.



**Slide 25.** Fasting Glucose Responses to Olanzapine and Ziprasidone

The only way you sustain similar glucoses in the face of much higher insulin levels is by this agent driving a higher degree of insulin resistance.



**Slide 26.** Fasting LDL Responses to Olanzapine and Ziprasidone

What is consistent with that? All of the things that you have heard about that track with the insulin resistance syndrome are consistent with that. You would expect for the lipids to start getting abnormal, and they do. For

example, with olanzapine treatment, the low-density lipoprotein (LDL) levels go up. They don't change with ziprasidone. If anything, they trend downward.



**Slide 27.** Fasting Triglyceride Responses to Olanzapine and Ziprasidone

The triglycerides do not change with ziprasidone, but with olanzapine there is a significant increase, reflecting all of the stigmata that you would worry about in a setting where you have the potential for the insulin resistance syndrome.



**Slide 28.** Insulin Resistance: An Underlying Cause of Type 2 Diabetes Mellitus

So what we are beginning to see with the emergence of these atypical agents for the management of schizophrenia is the emergence of more insulin resistance in the setting of certain kinds of medications.

And what are the consequences of that? The consequences are that we are beginning to see more stigmata of the insulin resistance syndrome. And because of that, we are likely to see more type 2 diabetes. We worry that there will be more accelerated atherosclerosis in this population. And in our attempts to actually improve life for them, we may be making them feel better psychiatrically, but negatively affecting what is likely to happen to them metabolically over a period of time.

## Health Outcomes: Overall Metabolic Health

John W. Newcomer, MD

**Adiposity and Insulin Resistance**



**Slide 1.** Health Outcomes: Overall Metabolic Health



**Slide 2.** Obesity and Mortality Risk

A key health issue for all of us is that increases in adiposity or fatness are related to increases in overall mortality risk. When we reach 25 kg/m2 body mass index, the World Health Organization says that we are overweight because this is where we begin to see steady increases in mortality risk or mortality ratio. When we reach 30 kg/m2, the World Health Organization designates us as obese because we are now on the linear part of the curve, increasing mortality risk with increasing levels of adiposity. The majority of the increase in mortality with increasing adiposity comes from increases in cardiovascular disease and diabetes mellitus.



**Slide 3.** Antipsychotic-Induced Weight Gain

The problem for patients taking antipsychotic medications is that antipsychotic medications can increase weight and increase levels of adiposity. We just mentioned that increasing adiposity increases your risk of type 2 diabetes and hyperglycemia, and this occurs via increases in insulin resistance. In addition to the risk of cardiovascular disease in general, rates of hypertension and the risk of dyslipidemias also increase. Most antipsychotic medications can cause weight gain, with some medications, particularly clozapine and olanzapine, associated with the highest levels of weight gain.



**Slide 4.** Primary Effects of Insulin on Blood Glucose

To understand more about the risk of diabetes mellitus, we need to understand that diabetes mellitus is actually a group of metabolic disorders. The common theme is hyperglycemia, but this can occur due to defects in insulin secretion, insulin action, or both. Insulin is secreted from the pancreas, targeting skeletal muscle to turn on glucose uptake or transport from circulation into muscle tissue; and insulin also targets the liver to shut off hepatic glucose production.

When you have decreases in sensitivity to insulin action, termed insulin resistance, you see an increasing need for insulin to be secreted from the pancreas. When the pancreas cannot meet that increasing need, you see patients go into type 2 diabetes, with insulin resistance and a defect in insulin secretion.



**Slide 5.** Adjusted Log-Odds of Diabetes in Relation to Baseline BMI by Sex and Race

One of the major factors that increases insulin resistance is increases in abdominal adiposity. This slide indicates that with increasing Body mass index, there is a log-linear increase in the risk for developing diabetes mellitus. This increase is not due to just any adiposity. It's not arm or leg adiposity. This is due to abdominal adiposity, in particular, visceral or in-the-belly fat.

### Health Outcomes: Overall Metabolic Health

John W. Newcomer, MD

Special Issues in the Psychiatric Patient Population

## Neuropsychiatric Conditions and Glucose Regulation

- Associations between disturbances in glucose regulation and disease/severity
  - Depression (Horrobin, 1999)
  - Bipolar disorder (Cassidy, 1999; Horrobin, 1999; Odawara, 1996)
  - Alzheimer's disease (Craft, 1996; Gambassi, 1998; Vanhanen, 1998; Small, 1992)
  - Schizophrenia (Meduna, 1942; Braceland, 1945; Henneman, 1954; Waitzken, 1966; Marinow, 1971; Franzen, 1970; Schimmelbusch, 1971; Brambilla, 1976; Yaryura-Tobias, 1978; Mukherjee, 1996; McKee, 1986; Newcomer, 1999)

**Slide 6.** Neuropsychiatric Conditions and Glucose Regulation

When we turn to psychiatric patients and try to understand some of the special issues for this population, we first need to understand that all of the major neuropsychiatric conditions have been associated with an elevated risk of diabetes mellitus and disturbances in glucose regulation, primarily a type 2 diabetes picture. Major depressive disorder and minor depressive disorders have been associated with an up to 2-fold increase in the risk of diabetes mellitus. We're focusing, however, on psychiatric disorders such as schizophrenia that are a primary target for antipsychotic therapy. Papers going back to 1914, and a series of papers in the 1940s, describe an association between schizophrenia and an elevated risk of type 2 diabetes mellitus.

## Conventional Antipsychotics: *Effects on Glucose Regulation and Diabetes*

- Aggravation of existing diabetes (Hiles, 1956)
- New-onset type 2 diabetes (Cooperberg, 1956; Korenyi, 1968)
  - Introduction of chlorpromazine increased prevalence from 4.2% to 17.2% (Thonnard-Neumann, 1968)
- Abnormal glucose regulation (Arneson, 1964; Erle, 1977; National Diabetes Data Group, 1979; O'Byrne, 1990; Pandit, 1993)
- Association not always found for all drugs (Keskiner, 1973; Schwarz, 1968)

**Slide 7.** Conventional Antipsychotics: Effects on Glucose Regulation and Diabetes

When antipsychotic medications were first introduced with chlorpromazine in 1954, we saw a series of reports describing how this low-potency phenothiazine could aggravate existing diabetes mellitus, and could produce new onset cases of type 2 diabetes. For example, the introduction of chlorpromazine increased prevalence in one clinical setting from approximately 4% to approximately 17%. Various groups reported these abnormalities in glucose control, including the National Diabetes Data Group, which added phenothiazines to the "bad" list, a list of medications that could disturb glucose metabolism. They added phenothiazines in the 1970s. The point I'm trying to make is that this is not a new story. This is actually an old story that we forgot to some degree.

The reason that we forgot this is not just bad memory. This is in part due to the fact that not all antipsychotic medications produce this association to the same degree. Some medications, for example high-potency drugs such as haloperidol, seem not to do this as much as low-potency phenothiazines. This helped us to forget this clinical problem in part as more and more haloperidol was used around the world. In addition, this was an early demonstration that not all drugs are created equal with regard to this particular adverse event.

## Published Case Reports*: *Summary*

| | New Onset DM/IGT | DKA |
|---|---|---|
| Clozapine | 72 | 10 |
| Olanzapine | 82 | 14[†] |
| Quetiapine | 2 | 1 |
| Risperidone | 1 | 1 |
| Ziprasidone | 0 | 0 |

*Number of cases based on a search of the literature up to March 2001.
†One death.

**Slide 8.** Published Case Reports: Summary

With the introduction of newer antipsychotic medications, beginning with clozapine, we saw a resurgence of clinical reports describing this problem of new onset diabetes mellitus, exacerbations of existing diabetes, impaired glucose tolerance, and complications such as diabetic ketoacidosis (DKA).

This is a summary of the published case reports from a *Medline* search conducted in March 2001, and what you see is an uneven frequency of distribution of reports across the different medications; and this is not explained by shear numbers of prescriptions or when medications came onto the market.

For example olanzapine, on the market some years after risperidone, has had a higher frequency of reports of these adverse events. We also can see from this that there is going to be the potential perhaps to see this adverse event with any medication. Again, it's a question of frequency whether this will be a common event or a rare or infrequent event.

The problem with DKA is that this has some potential mortality associated with it. In the MedWatch, which is the Food and Drug Administration (FDA) postmarketing surveillance database, in 1999 there were already something like 8 deaths that had been reported due to DKA. There is 1 death listed here, published in the German literature, during a DKA episode in a patient receiving olanzapine treatment.



## Incidence of Clinically Significant Laboratory Abnormalities in Ziprasidone Phase 2/3

|  | N | Random Glucose > 1.2 xULN n (%) |
|---|---|---|
| Ziprasidone | 2362 | 352 (14.9) |
| Placebo | 393 | 48 (12.2) |
| Haloperidol | 282 | 46 (16.3) |
| Risperidone | 134 | 20 (14.9) |

Pfizer FDA Briefing Document. Available at:
http://www.fda.gov/ohrms/dockets/ac/oo/backgrd/3619b1a.pdf.

**Slide 9.** Incidence of Clinically Significant Laboratory Abnormalities in Ziprasidone Phase 2/3

This shows the clinical trial database, which contained random glucoses for different antipsychotic medications: ziprasidone, placebo, haloperidol, and risperidone.

The threshold or the criteria being used to track hyperglycemia is a random glucose value. This is not the most sensitive indicator, but using this criterion of 1.2 times the upper limit of normal, approximately 15% of the patients taking ziprasidone, approximately 15% of the patients taking risperidone, approximately 16% of those on haloperidol, and about 12% of those on placebo achieved this threshold criteria for hyperglycemia when they did not have it at the beginning of the trial.

The point is that ziprasidone, a newer medication, looks to be in the same ballpark as risperidone and haloperidol in terms of producing relatively little hyperglycemia in comparison with the higher rates we've seen for some other medications.

## Diabetic Ketoacidosis

- Characterized by:
  - Hyperglycemia: glucose usually > 300 mg/dL
  - Ketonemia: total serum ketones > 3 mM
  - Acidosis: blood pH < 7.3 or HCO3- > 15 mEq/L
  - Rapid unpredictable onset
  - Mortality rate generally 2%-10%, can be higher
- Clinical symptoms

  - Polyuria
  - Nausea or vomiting
  - SOB
  - Fever

  - Polydipsia
  - Abdominal pain
  - CNS depression
  - Infection

**Slide 10.** Diabetic Ketoacidosis

DKA we need to understand, because this is a severe metabolic disorder characterized by hyperglycemia, ketonemia, and acidosis. This has a rapid and unpredictable onset.

The real problem for DKA is it has a mortality rate that we have not been able to entirely eliminate even in the best hospitals in the world. In those ideal settings we cannot get the mortality rate below about 2%, meaning that 2 out of every 100 patients that walk into the emergency room in this metabolic state may not walk out.

Mortality goes up as a function of age, intercurrent illness, and how long it takes you to get to the emergency room and start your insulin therapy. In geriatric populations, published mortality goes up to 20%; and in general, clinicians in the field of psychiatry are very worried that patients taking antipsychotic medications may not beat the average. They may, in fact, do worse than average in terms of how long it takes them to get to the emergency room and start that potentially lifesaving therapy with insulin.

We're going to have to be watchful for signs and symptoms of DKA, including polyuria (excess urination) and polydipsia (excess drinking). These are signs of out of control blood sugar and warrant a glucose check today.

When you add abdominal symptoms such as nausea, vomiting, pain, and central nervous system depression (the patient is sedated and you did not increase the dose of anything), these are really cardinal features that begin to look like DKA. DKA often happens in the setting of intercurrent infection and fever, and in the severe presentations has a characteristic hyperventilation syndrome.


## Health Outcomes: Overall Metabolic Health

John W. Newcomer, MD

**Type 2 Diabetes and Cardiovascular Risk**



**Slide 11.** Newer Antipsychotics: Effects on Glucose Regulation and Diabetes

Thankfully most patients are not going to go into DKA. This remains a rare to infrequent event. Most patients taking most treatments are going to instead develop some small increase in glucose levels much more commonly than large increases. And the "$10,000 question" becomes: Does a small increase in plasma glucose matter from a clinical standpoint?

And I want to make the case that this does matter. This is based on a well-developed literature in the diabetology and cardiology fields describing how increases in glucose levels, even below the threshold for defining diabetes mellitus or impaired glucose control, increase long-term cardiovascular risk.



**Slide 12.** Hyperglycemia: Impaired Glucose Regulation to Diabetes Mellitus

This illustrates how rising glucose levels eventually cross diagnostic thresholds for diabetes mellitus with fasting levels greater than 126 mg/dL, and an impaired or intermediate range of glucose control is defined as between a fasting level of 110 and 126 mg/dL.

When you have diabetes mellitus, or even impaired glucose tolerance or impaired fasting glucose, you are at increased risk for both micro- and macrovascular disease. Microvascular disease is what we hear the most about. This is the risk of retinopathy, nephropathy, and neuropathies. Macrovascular disease is atherosclerosis. This is the risk of myocardial infarction and stroke.

The good news is that your microvascular disease risk may not increase significantly until you get up into the glucose levels associated with diabetes mellitus or impaired control. The bad news is that macrovascular disease, the risk of myocardial infarction and stroke, may be elevated even with glucose levels in the technically normoglycemic range. The left-hand tip of the arrow in the normoglycemic range, let's say, is an ideal fasting glucose of 75 mg/dL, and hopefully we all wake up with that level. But you could be as high as 109 mg/dL, and you would still technically be normoglycemic.

You don't want to be 109 mg/dL. The difference between 75 and 109 mg/dL, both technically normoglycemic, is a big jump in cardiovascular risk.



**Slide 13.** Relationship of Hyperglycemia to Cardiovascular Disease

The story is that macrovascular disease risk, the risk of myocardial infarction and stroke, increases progressively and continuously with increasing glucose levels. There is no clear threshold for microvascular disease. This progressive relationship between glucose levels and cardiovascular risk has been well described in nondiabetic and diabetic populations, with papers going back to 1980.



**Slide 14.** Odds Ratio of MI as a Function of Fasting Blood Glucose (FBG)

There are 3 types of studies in general that have been used to establish this point. The most common type is a case-control design. This illustrates a case control study by Gerstein and colleagues indicating that as fasting glucose levels rise, the risk of myocardial infarction rises. Remember that 110 mg/dL defines the

threshold for impaired fasting glucose. So you can achieve greater than 3 times the chance of a myocardial infarction while still having fasting glucoses below the impaired threshold.

In this study, when they excluded patients with diabetes mellitus and impaired control, looking only at those individuals with normoglycemia, controlling for smoking, adiposity, and triglyceride levels, still a 21 mg/dL increase in postprandial glucose independently increased your odds of myocardial infarction 1.6 times.



**Slide 15.** Carotid Intima-Media Thickness as a Function of FPG

This is another type of study, which is a bit more extensive. These are carotid ultrasounds looking at carotid intima-media wall thickness. There is a measure of atherosclerotic plaque wall thickness on the vertical axis. Across the horizontal axis are increasing levels of fasting plasma glucose, with the first 4 bars in the normoglycemic range and the final right-hand bar in the elevated/impaired fasting glucose range.

As fasting glucose rises, the thickness of the atherosclerotic plaque in the carotid artery is measurably increasing. This is, unfortunately, the plaque that, if we are very unlucky, becomes thick enough so that in well advanced age we have the misfortune of turning our head sharply one day and having a piece of this plaque break off and go to middle cerebral artery territory where you can get your classic motor or sensory strip infarct.

SQ1ED00159306 1 - Page 51 of 79



**Slide 16.** Progressive Relationship Between Glucose and Cardiovascular Risk

Illustrating the relationship between rising glucose levels and cardiovascular risk, this is a study of about 95,700 subjects in a meta-analysis, where the mean follow-up period was 12.4 years. Fasting glucoses are on the left, 2-hour postload glucoses on the right, and the risk for both figures is the relative risk of developing a myocardial infarction, stroke, or sudden death. Confidence intervals are on the outside, and the odds ratio is up the middle. Moving up from a more or less ideal plasma glucose level of 62 mg/dL or 4 mmol/L, you're seeing progressively and continuously rising risk of these cardiovascular events. There is no clear threshold. There is not a point below which your risk is zero until you get down to levels such as 62 mg/dL, which most of us do not see.



**Slide 17.** Methods of Quantifying Glucoregulatory Status in Humans

This illustrates the methods that can be used to quantify glucose metabolism in humans, moving from the least sensitive random glucoses up to the gold standard measures.

## Health Outcomes: Overall Metabolic Health

John W. Newcomer, MD

**Antipsychotic Medication Effects**



**Slide 18.** Medication-Related Abnormalities in Glucose Regulation in Schizophrenia

This study used modified oral glucose tolerance tests. This study was funded by the National Institute of Mental Health and the National Alliance for Research in Schizophrenia and Depression (NARSD); and the results are currently in press at the *Archives of General Psychiatry.*

This study used nondiabetic patients with schizophrenia who were receiving treatment with either typical antipsychotics (primarily haloperidol and fluphenazine), risperidone, olanzapine, or clozapine. We also had healthy control subjects.

All groups in this study were matched for adiposity. All groups were matched for age and balanced for ethnicity. The reason it's important to match for factors such as adiposity is that increasing abdominal adiposity would increase insulin resistance and potentially produce a much worse picture of glucose metabolism. The question we're asking in this study is: When the levels of adiposity are the same, can you still see differences in the level of glucose control across different medication treatments?

In this study, we see plasma glucose levels on the left, plasma insulin levels on the right, and a fasting baseline followed by an oral glucose tolerance challenge with 50 g of dextrose.

On the left, at every time point, it matters what group you're in. At every time point, olanzapine-treated subjects had higher mean glucose levels than patients taking typical antipsychotics.

Clozapine-treated subjects at the fasting and final time point had higher mean glucose levels than the patients taking typical antipsychotics. And both clozapine- and olanzapine-treated subjects at all those same time points had elevated plasma glucose levels in comparison with the healthy control subjects. It's relatively easy to be higher than healthy controls because they don't have psychiatric disease or any medications on board.

Risperidone-treated subjects did not have a perfect picture. At 3 time points, risperidone-treated subjects had elevated glucose levels in comparison with the untreated healthy controls only. At no time point in this

study were the risperidone-treated subjects' plasma glucose levels higher than the patients taking typical antipsychotics.

Three points I'd like to make. Notice on the right, plasma insulin levels are still rising at the final time point in the clozapine- and olanzapine-treated subjects. This is a picture of the pancreas working overtime, if you will, to put out more insulin, to try to get those higher glucose levels to come down. It's just not working very well, and this is a picture consistent with insulin resistance.

Notice also that, on the glucose side, at the highest final plasma glucose mean level, olanzapine-treated subjects are about 50 mg/dL higher than the healthy control mean. We said that 21 mg/dL increases in postprandial glucose are independently associated with a 1.6 times elevated chance of myocardial infarction. The point that we wanted to make with this study is that these results seem to be potentially clinically, as well as statistically, significant.

And the final point that I'd make is that all subjects were matched for adiposity or fatness. But in my clinic, patients are not necessarily matched for adiposity. Some patients are gaining more weight than others. They're developing higher levels of adiposity than others, and in those circumstances we would expect to see even more insulin resistance than in this kind of comparison where the groups all have equivalent levels of adiposity.



**Slide 19.** HOMA Insulin Resistance in Treated Patients With Schizophrenia

This analysis is from that same data set looking at a calculation of insulin resistance in these matched groups of patients and controls showing, again, olanzapine-treated subjects having higher levels of insulin resistance than patients taking typical antipsychotics.