

**Slide 20.** HOMA Insulin Resistance Responses to Olanzapine and Ziprasidone

This is a study that was funded by Pfizer and presented in a preliminary form at the American Psychiatric Association in 2001. This shows the results of a prospective, randomized treatment assignment to either ziprasidone or olanzapine with a 6-week follow-up. What you see in the olanzapine-treated subjects is an approximate doubling of insulin resistance using this calculation, with a small increase in insulin resistance on ziprasidone.

In this case at that final time point, the olanzapine-treated subjects have gained more weight than the ziprasidone-treated subjects. So this study offers the advantages of both the randomization and the real-world weight gain.



**Slide 21.** IVGTT With Minimal Model Analysis: Antipsychotic-Associated Differences in Insulin Sensitivity

These are the results of a preliminary analysis by Henderson and colleagues from Harvard University using yet another technique. This is an intravenous glucose-tolerance test with another mathematical model to analyze the results -- coming up with a measure of insulin sensitivity, serum insulin (SI), where higher levels are better. This analysis shows risperidone-treated subjects having higher insulin sensitivity in comparison with clozapine- and olanzapine-treated subjects. Again, subjects were matched for adiposity, and in the real world, if we let some of these groups gain more weight and develop more adiposity than others, the results could potentially be exaggerated.

## Health Outcomes: Overall Metabolic Health

John W. Newcomer, MD

**Emphasizing a Need for Early Detection and Management**



**Slide 22.** Need for Early Detection of Impaired Glucose Regulation

The American Diabetes Association has emphasized for all Americans that undiagnosed type 2 diabetes is common. In the United States we've been missing up to half the cases. We know that retinopathy begins early, and we know that there is an increased risk for macrovascular disease, especially beginning below the threshold for diagnosis. All of this leads up to an emphasis on the need for early detection and treatment.

## Cardiovascular Mortality in Schizophrenia

- Cardiovascular disease involves multiple factors (eg, glucose, dyslipidemia, smoking, obesity)
- Danish Psychiatric Case Registry (1970-1987; n = 9156 with schizophrenia, n = 1081 death and cause): standardized cardiovascular mortality rates increased in men/women (1.69/1.37 × control) (Mortensen, 1993) with schizophrenia
- Stockholm County, Sweden (1973-1995; n = 7784 with schizophrenia, n = 1849 death and cause): cardiovascular mortality increased in men/women (2.3/2.1 × control); No.1 cause of excess deaths in females (Ösby, 2000)

**Slide 23.** Cardiovascular Mortality in Schizophrenia

Are patients with schizophrenia dying more often of cardiovascular disease? These 2 studies indicate yes; and, in fact, it looks like they have an approximately overall 2-fold increase in cardiovascular mortality, with cardiovascular disease being the number one cause of excess deaths in females. This is not all due to increases in glucose, of course. This is due to multiple factors, including glucose, dyslipidemia, smoking, obesity, sedentary lifestyle, and perhaps a lower level of medical care.

## Consequences of Weight Gain on Mortality

- Fontaine and coworkers (2001) used Framingham Heart Study data to estimate expected effect of weight gain on incidence of death, IGT, HTN for 10-year period, beginning 1999
- Deleterious effects greater for higher baseline BMI, greater weight gain, men > women, old > young
- Estimated 492 suicides/100K in schizophrenia *prevented* by clozapine at a cost of 416 *additional* deaths secondary to weight gain

**Slide 24.** Consequences of Weight Gain on Mortality

Fontaine and colleagues conducted a provocative analysis using Framingham Heart Study data. This is the community in Massachusetts that was followed for many years. And from those data we know that a

particular amount of weight gain can be associated with a specific increase in the incidence of death, impaired glucose tolerance, and hypertension over a fixed period of time. So using Framingham Heart Study data and knowing how much weight gain can be expected on an antipsychotic such as clozapine, the authors calculated that one would see an approximate increase of 400+ additional deaths secondary to weight gain during clozapine treatment, but speculated that this might be offset by the number of lives that would be saved during clozapine treatment by preventing suicide.

The prevention of suicide on clozapine was a point supported by some earlier papers. In fact, Rosenheck from Yale recently was unable to replicate that prevention in the *Archives of General Psychiatry* 2001. The paper here suggests that at best we may be losing as many individuals as we are saving but from different causes of mortality. And I think the point of the paper was to try to emphasize to psychiatrists that we need to move beyond a focus only on purely psychiatric causes of mortality to understand all causes of mortality, including cardiovascular risks.

## Conclusions

- Antipsychotic treatment-induced weight gain can increase risk for hyperglycemia and type 2 diabetes, hypertension, dyslipidemias, and cardiovascular disease

- Antipsychotic treatment is associated with changes in glucose regulation, potentially interacting with a disease-related abnormality

- Glucose dysregulation can lead to acute and long-term complications, including increased risk for diabetic ketoacidosis and cardiovascular events (eg, MI, stroke)    (cont)

**Slide 25.** Conclusions

In conclusion, antipsychotic treatment-induced weight gain can increase risk for hyperglycemia and type 2 diabetes, and increase risk for hypertension, dyslipidemias, and cardiovascular disease. We also know that antipsychotic treatment is associated with changes in glucose regulation, and this is potentially interacting with disease and lifestyle-related abnormalities.

Glucose dysregulation can lead to short-term and long-term complications, including the risk of DKA. While DKA is not common, and hopefully it will continue to be infrequent to rare, we do want to be watchful for this, as well as an increased risk of cardiovascular events in the long run.

## Conclusions

- Patients taking antipsychotics should have regular monitoring for hyperglycemia, dyslipidemia, and weight gain
- Education, in addition to monitoring, will be required to reduce the risk of diabetic ketoacidosis
- Collaboration between the psychiatrist and either an endocrinologist, internist, or family practice physician is required

(cont)

**Slide 26.** Conclusions

These problems are going to require that we increase our vigilance and our level of monitoring for hyperglycemia, dyslipidemia, and weight gain. We're going to have to do education with patients and with care providers to reduce the risk of DKA. This is going to be required in addition to monitoring. And we're going to have to choose good collaborators. We need to choose an interested family practice physician, or an internist -- it does not necessarily have to be an endocrinologist -- someone who can work with us on managing these problems in patients with psychiatric disease.

## Conclusions

- Clinicians should individualize treatment decisions
  - Consider potential antipsychotic medication effects on glucose regulation and weight in the context of any preexisting risk factors (obesity, smoking, hypertension, race/ethnicity, family history, or preexisting hyperglycemia)
- Future research is needed to guide treatment decisions and optimize long-term outcomes

(cont)

**Slide 27.** Conclusions

I don't think there is going to be a single approach, a single "one size fits all." We're going to need to individualize treatment decisions considering risk factors: for example, preexisting obesity, preexisting increases in weight, smoking, hypertension, and certain ethnic risk factors for diabetes mellitus. Anyone who's African American, Asian American, a Pacific Islander, Hispanic American, and most indigenous people have an elevated risk of diabetes mellitus relative to Caucasian populations.

We're going to have to consider family history and preexisting hyperglycemia as we make treatment decisions about what antipsychotics to use, and treatment decisions about how intensively to monitor individual patients.

Finally, we're going to need more research in this area to help us with these treatment decisions and to optimize long-term outcomes.

## Antipsychotics and Obesity

**Peter J. Weiden, MD**

**A Perspective on Antipsychotic Therapy**



**Slide 1.** Antipsychotics and Obesity

I'll be talking about the relationship between antipsychotics and obesity, and give you some clinical management tips and new information about what's happening in the field.



**Slide 2.** Antipsychotic Therapy: Historical Perspective in the United States

When we take a historical perspective of antipsychotics, there are really 2 waves of antipsychotics. The first series of breakthroughs started in the 1950s with chlorpromazine (*Thorazine*) and ended with the high-potency conventional antipsychotics. And then there was the development and rapid introduction of the newer or so-called atypical antipsychotics over the last 10 years between clozapine and ziprasidone. So we have 2 classes of agents, the older conventionals and the newer atypicals.



**Slide 3.** Older Antipsychotics

As a general rule, the older antipsychotics that were introduced between the 1950s and the 1970s were breakthroughs in the sense that they were the first drugs to control positive symptoms and help patients

leave the hospital and try to reintegrate in the community, the positive symptoms being hallucinations, delusions, etc.

It's also important to tell our patients that the older medicines were not very effective for the other symptoms of schizophrenia, which include the withdrawal states such as negative symptoms, cognitive problems, and depression. If we had to give these drugs a report card, they might get a B+ for positive symptoms, but at best a C- for the negative symptoms and cognitive symptoms.

The terrible problem with the older medicines were the extrapyramidal symptoms (EPS), the Parkinsonism that these drugs gave to the vast majority of patients which were disabling, distressing, wreaked havoc in patients' lives, and certainly eroded compliance. And this was a terrible price to pay for having to take a medicine to help keep you well.

The older medicines had a wide range of effects on weight gain, some causing no weight gain, in particular molindone (*Moban*), and others causing a tremendous amount of weight gain, such as thioridazine (*Mellaril*). But most had moderate effects on weight gain.



**Slide 4.** Newer Atypical Antipsychotics

This is the list of the newer atypical antipsychotics that have come with clozapine and after clozapine. I like to think of these medicines as a family. And like your family or my family, families share certain similarities and differences. Families may share a physical resemblance or certain characteristics, and these drugs share a certain resemblance or characteristics.

In particular, what cuts across all of these medicines, from clozapine to the latest, ziprasidone, is lower or no EPS. So while these medicines can still cause some EPS, it's much less than the older medicines. One way these families are unique is that they have different levels of weight gain among them.

## Antipsychotics and Obesity

Peter J. Weiden, MD

Changing Views on What Drugs Should Do



**Slide 5.** Understanding of Drug Toxicity Changes Over Time

For those of you who have trained in the 1990s, it's hard for me to describe what a dramatic change the atypicals have had in our understanding of how antipsychotics work and the burden of antipsychotics on patients. This talks about another drug, cigarettes, to make the point that if you look way back, how our understanding of drug toxicity changes over time.

Here you have an ad that sells *Camels*, and in the 1950s, they didn't find one single case of throat irritation due to smoking *Camels*. That was then, now is now, and we now know differently.



**Slide 6.** Early Theory That EPS Needed for Therapeutic Response

In the old days with the conventional antipsychotics, it was thought that EPS or Parkinsonism was needed in order to get the patient better.

This is from a textbook in 1955 saying that "We have a great proportion of Parkinsonism as a result of deliberately pushing the chlorpromazine to the point of achieving a Parkinson's response." These doctors had the best of intentions, but the theory was wrong.

What does this have to do with today? Today we often hear that weight gain is associated with good clinical response to antipsychotics. That's a big theory. Well, that theory is not true. It's not proven, and in my opinion will be proven to be as false as the old theory that you needed to have EPS in order to get better. Be very careful about associating a toxic side effect with a therapeutic response because in many ways, that justifies what we do. And let's not have the same legacy of what we did in the past, which was to deliberately cause EPS with the misguided hope of having patients get better.



**Slide 7.** Essence of "Atypicality" Is Less Severe and Fewer EPS

Going back to less EPS, the major benefit of the atypicals is that less EPS is a wonderful thing for the patient and translates to many other benefits, as shown.



**Slide 8.** Understanding of Drug Toxicity Changes Over Time

Let's go back to that *Camel* ad and revisit that question. Remember that in the 1950s, this *Camel* ad said that noted throat doctors did not find a single case of throat irritation. What does this have to do with today? Today our understanding of the toxicity and side effects of the medications is changing again. And once we have solved the EPS problem in our patients, which remains the biggest side effect problem with the older medicines, we have to take a serious look at other problems and other side effects and confront those head-on.

## Antipsychotics and Obesity

Peter J. Weiden, MD

**Weight Gain and Antipsychotic Agents**



**Slide 9.** Impact of Antipsychotic Medications on Obesity and Cardiac Risk Factors

Since most of this talk is going to be on the side effects of antipsychotics causing obesity, I'd like to show that obesity was a problem in patients with schizophrenia before the atypicals came out.



**Slide 10.** BMI Distributions for General Population and for Those With Schizophrenia

This looks at the rates of obesity, or the rates of body mass index (BMI) distributions, comparing the general population with those with schizophrenia. Those with schizophrenia are in pink, and on the right there's a shift towards higher BMI. And on the right above 30 kg/m2 are BMIs that cause medical problems. You can see higher pink bars than blue bars, meaning obesity was more of a problem in schizophrenia before the atypicals, and other medical problems as well, such as diabetes or premature cardiovascular death.

So when we consider the role of atypical antipsychotics on obesity and health, we're not talking about these drugs necessarily causing all of the health problems among patients with schizophrenia. We are considering whether these drugs exacerbate or increase the likelihood of health problems over and above their already poor medical health.



**Slide 11.** Weight Gain and Antipsychotics

The newer medicines in general cause more weight gain than the older medicines, either in terms of the likelihood of any given patient gaining weight or the average weight gained per patient.
Until ziprasidone came out, this was a class effect; you had weight problems over and above the high-potency conventionals with the class of atypical antipsychotics. Now we have an exception in that class, and that exception is ziprasidone.



**Slide 12.** Estimated Mean Weight Gain at 10 Weeks With Antipsychotics

This is a meta-analysis done by Allison and colleagues looking at estimated weight gain at 10 weeks of treatment. On the Y axis is weight gain in kg estimated at 10 weeks. It looks like a staircase, so there are different estimated weight gains depending on the medication used.

On the right are the drugs that cause the most weight gain on average, and on the left are the drugs that cause the least weight gain.

On the right of this graph you'll see more drugs in blue. Blue are the medicines that are newer atypical antipsychotics, and white are the older, conventional antipsychotics, and you see more white on the left. There are some exceptions to this, but in general, the take-home message is that the class of atypical antipsychotics cause more weight gain than the class of high-potency conventionals.

However, there's a big exception to this in terms of the atypicals, and that is ziprasidone, which is towards the left. You can't even see the bar because it does not cause weight gain or weight loss on average after 10 weeks of treatment.



**Slide 13.** Atypical Antipsychotic-Induced Weight Gain

This shows long-term weight gain over a year for all the first-line atypical antipsychotics. These are different studies that are merged together, but it will give you a sense that these are long-term issues as well as short-term issues.

Olanzapine causes the most weight gain on average, with at least 6 kg after a year. Risperidone and quetiapine are intermediary. Newer studies with quetiapine show that there may be some weight loss and resumption of weight neutrality around a year, and that is not shown here.

The only medicine that does not cause any average weight gain or weight loss, it is weight-neutral, is the one on the bottom in dashes, and that is ziprasidone.

I want to caution you about this. These are averages, so if you take the one that causes the most weight gain, olanzapine, that doesn't mean that everyone gains weight. There are some people who will stay thin on olanzapine.

Some patients will gain weight on ziprasidone. But for every patient that gains weight on ziprasidone, there will be a patient who loses weight. Again, these are averages; on average we're talking about weight neutrality.

The clinical take-home point I'd like to make is that weight gain is an early side effect occurring, as you can see in these graphs, in the first 6 to 8 weeks of treatment. Those people who gain weight, you'll see it early on. And it is usually sustained through a year, although the data are not totally clear. There may be a renormalization on quetiapine.

## Antipsychotics and Obesity

Peter J. Weiden, MD

**What Patients Want: Side Effect Concerns and Effects on Compliance**



**Slide 14.** In Which Areas Are Patients Least Satisfied?

Let's look at whether this is a problem from many different points of view. Let's first ask the patient if this is a problem. This looks at self-reported life problems; where are you dissatisfied? It doesn't ask the patient whether it is related to medicine or not, but just areas in life. And surprise, numbers 1, 2, and 3 are sex, weight, and money.

There are gender differences in this; women are more concerned about weight and men are more concerned about sex.



**Slide 15.** Frequency of Adverse Effects Distress

When we ask patients if they are distressed about side effects and we focus on weight gain, patients taking atypicals are much more distressed about weight effects or weight problems than those taking conventionals. It's about a 2:1 ratio in terms of proportion of patients distressed.
They are concerned about weight in general and they're blaming weight problems -- right or wrong, we can't tell -- on their medication. And that is more likely to happen for patients on atypicals. This survey was done before ziprasidone came out.



**Slide 16.** Noncompliance and BMI Status

We're running into behavioral problems related to weight. Here in a study that I analyzed, we're looking at self-reported noncompliance according to the weight status. And you have a linear relationship, with noncompliance being higher as you gain weight, and the mediating factor, which is not shown here, is distress attributed to weight gain related to the antipsychotics.

These data suggest a strong relationship between weight gain and noncompliance, at least in this cohort of patients who filled out the self-report instrument, and we couldn't find any better explanation for this.

So we're already moving towards weight gain being a predictor of noncompliance, which presumably then would be a predictor of relapse and having the patient get into trouble with schizophrenia.

## Antipsychotics and Obesity

Peter J. Weiden, MD

### The Clinical Issues in Weight Gain and Antipsychotics



Slide 17. Schizophrenia: Cardiovascular Mortality in Stockholm County

The irony is that we now have better medicines that can help patients recover to degrees that we have not seen before, but we are seeing excess mortality in the same patients.

This shows cardiovascular mortality in patients with schizophrenia, and these are not compared with healthy controls. We know that patients with schizophrenia die earlier. These mortality figures are comparing patients to other patients in different time periods. And the mortality of having schizophrenia and dying from a premature cardiac death is rising over time, and it is more common now than it was even 10 years ago. This certainly is consistent with my clinical practice where I see patients who've done a lot better in terms of everything else in their lives, go on to have heart attacks, fractured hips, and all sorts of medical complications related to health problems. My impression is that the atypical antipsychotics don't help the patients lose weight. They don't help the patient deal with their other medical problems and may, in fact, make them worse.



**Slide 18.** Clinical Issues With Weight Gain and Atypical Antipsychotics

What are the clinical take-home messages? What do we know about weight gain and atypical antipsychotics? Not everyone gains weight, and we do not have good predictors for who we put on what medicine; who's going to gain a lot of weight and who won't.

We can't tell ahead of time who's going to be gaining a lot of weight and become a problem. It is not just the underweight patients who gain weight. The risk of gaining weight cuts across underweight, normal weight, and overweight patients. The mechanism of action is not well understood. It is almost surely related to appetite, not metabolism. These patients will eat out the kitchen.

An important clinical message is that weight gain is not a dose-related side effect. You will see the same amount of weight gain across a therapeutic dose range of the atypical antipsychotics, so don't lower the dose because of weight gain. You either need to deal with it or switch the medicine. But it is not a dose-sensitive side effect.

One thing that is helpful for those patients who gain weight is that they're going to gain it right away, within the first few weeks, certainly within the first 6 weeks. So that's a critical time to get the patient's baseline weight for follow-up. If you see weight gain, it's going to be early, it's going to be fast. If you don't see it in the first 6 weeks, it probably won't happen.

Weight gain will eventually plateau, depending on the drug, and usually levels off between 3 months and 1 year, the exception being clozapine, where patients probably continue to gain weight on average throughout their clozapine treatment.



**Slide 19.** Managing Obesity in Schizophrenia

How do we manage obesity? We should make weight a routine part of the evaluation just as we did 20 years ago with the Ames Scale in tardive dyskinesia (TD) once we learned that TD was a big problem. We need to obtain weight, and get the patient's height as well. You only need to do that once. And then you can do your BMI calculations.

Put obesity and weight control in your treatment plan. Depending on the patient, depending on their medical problems, depending on how well they do, and so on, you may put weight management high up in the treatment plan or it may be lower in the treatment plan.

I would still say issues of compliance, substance abuse, and control of positive symptoms are more important than weight. If I have a patient for whom I cannot control their symptoms or who is drinking and drugging, I'm going to deal with that first before I put them on a diet.

On the other hand, when patients are stabilized and doing well, or their compliance depends on weight, then it goes up on the priority list. Also we need to consider how we're going to manage obesity and, like all treatments, there are psychosocial interventions and pharmacologic interventions.

## Antipsychotics and Obesity

Peter J. Weiden, MD

**Switching Agents: Should You Switch?**



**Slide 20.** Ziprasidone Switch Studies

Now we have a pharmacologic intervention that really works with patients who have weight problems on atypical antipsychotics. A series of studies looked at the impact of switching to ziprasidone on a variety of symptoms, including weight, other side effects, and metabolic parameters. These were stable outpatients who were doing okay but not great on a previous medicine, and 3 studies looked at this. One study looked at patients on conventional antipsychotics. Another study looked at patients on risperidone, and another study looked at patients on olanzapine. All of these were switched to ziprasidone and followed for 6 weeks.



**Slide 21.** Switching to Ziprasidone: Weight Changes After 6 Weeks

Let's look at the results of this study. We have the 3 studies, depending on what the patients were switched from. On the left, you see the weight change from patients switched from conventionals to ziprasidone, and you see slight weight gain numerically, although not statistically significant. I think it's fair to say that switching from a high-potency conventional to ziprasidone is kind of a wash after 6 weeks. Certainly you don't get the kind of weight gain you see switching from a conventional to other atypicals after 6 weeks. Patients who are switched from risperidone are shown in the middle column, and here you have some weight loss that is just statistically significant. So after 6 weeks, patients who switch from risperidone to ziprasidone will lose some weight.

And on the right, you have patients switched from olanzapine to ziprasidone. Here you have quite dramatic weight loss, especially when you consider this is a 6-week switch study: almost 2 kg in 6 weeks, quite something for a specific pharmacologic intervention.

The bottom shows the baseline BMIs in all these switch groups, and these were not svelte patients. These were overweight patients who really did need to lose weight.



Slide 22.

This is a patient who is a dramatic success story from one of these switch studies. This is Nellie, who had a dramatic clinical benefit from switching to ziprasidone from risperidone, and who also lost 100 lb in the course of the year. This is a photo of Nellie about a year after she switched to ziprasidone, and she lost about 100 lb switching to ziprasidone from risperidone. She also showed some negative symptom improvement, cognitive improvement, and looks terrific. This clearly does not happen with everyone, but shows you what can happen if the patient is lucky enough to both get superior clinical response to ziprasidone and also achieve the weight benefits. These are sustained weight losses that I saw in my clinical trials with ziprasidone.



**Slide 23.** Should You Switch?

These are some of the issues you need to consider in terms of the pros and cons of switching someone just
for weight. You need to do a risk/benefit assessment. What are the benefits of the current antipsychotic?
The general rule is that the more the benefits of that current antipsychotic, the more you'd be nervous about
switching. What are the risks of switching in terms of efficacy? And how much of a weight problem is there?
Have you considered other options, pharmacologic and psychosocial?

A few tips on pharmacologic options. Remember that it is not a dose phenomenon, so when you do a
pharmacologic intervention, lowering the dose should not be one of your treatments. I carefully review the
chart and the patient's regimen to see if they're on any other medicines besides the antipsychotic that cause
weight gain. In particular, some mood stabilizers such as lithium or valproate can cause weight gain. If I can
get them off that, maybe I can solve the problem.

I'm generally very reluctant to add weight loss medicines, especially stimulants - methylphenidate (*Ritalin*),
amphetamines, and so on -- which may exacerbate the psychosis. I'm very reluctant to prescribe topiramate
because of its side effects. Sibutramine (*Meridia*) certainly can lead to some weight loss. I'm doing a trial in
that and it seems to be safe.

Has the patient been given a psychosocial intervention - Weight Watchers, reviewing the diet, going over to
a residential treatment staff nutritionist? Has that been tried and has that failed? If not, you might want to try
that prior to switching.

## Antipsychotics and Obesity

Peter J. Weiden, MD

A Look at Ziprasidone and Olanzapine



**Slide 24.** Efficacy of Ziprasidone vs Olanzapine for Acute Treatment of Schizophrenia

Another way to deal with the problem of weight gain associated with the atypical antipsychotics is to start with a weight-neutral antipsychotic. Here is a study of acute psychotic patients relapsing who were randomized to either olanzapine or ziprasidone. And here is the response curve; in terms of acute efficacy, these drugs are equivalent. In terms of likelihood of response and mean symptom reduction, both are very effective antipsychotics.



**Slide 25.** Ziprasidone vs Olanzapine: Weight Changes in Study Completers

However, this shows the weight gain and the weight change after 6 weeks of treatment. On the right, you have about a 10-lb weight gain associated with olanzapine. And on the left, you have minimal weight gain associated with ziprasidone. Even after 6 weeks of initiating treatment, there are marked differences in weight profile.



## Conclusions

- **Obesity** problem among patients with schizophrenia will probably increase
- May **lead to** higher rates of **medical complications** and premature death
- **Management of obesity** needs to be modified for the limitations posed by schizophrenia
- There are clinically relevant differences in weight profiles between the newer antipsychotic medications

**Slide 26.** Conclusions

In conclusion, obesity is a problem and probably will be more of a problem in the years to come. We're going to see more and more medical complications, and this is particularly sad for patients who do well in other domains of their illness. They're getting their lives back, but then getting sick from heart disease, diabetes, and so on.

The management of obesity needs to be modified for the limitations posed by schizophrenia. It's unrealistic to stop antipsychotics, and it's unrealistic to push the patient as hard as we might push obese patients in psychosocial programs without schizophrenia.

The good news is that there are clinically relevant differences in the weight profiles among the newer antipsychotic medications. It's no longer a class effect and perhaps we can use this to the patient's advantage.

---

## Faculty and Disclosures

### Authors

**James R. Gavin III MD, PhD**

Senior Consultant, George Washington University Medical Center, Washington DC, Senior Scientific Officer, Howard Hughes Medical Institute, Chevy Chase, MD

Disclosure: Is a member of the Speakers Bureau and a consultant for Aventis Pharmaceuticals Inc., Bayer Corporation, Bristol-Myers Squibb, Eli Lilly and Company, GlaxoSmithKline, Merck & Co., Inc., Novartis AG, Pfizer Inc., Takeda Pharmaceuticals North America, Inc.

**John W. Newcomer MD**

Associate Professor of Psychiatry, Washington University School of Medicine, St. Louis, Missouri.

Disclosure: Receives grant support from NARSAD and National Institutes of Health, AstraZeneca, Eli Lilly and Company, Janssen Pharmaceuticals, and Pfizer Inc.Is a lecturer and a consultant to AstraZeneca, Eli Lilly and Company, Janssen Pharmaceuticals, and Pfizer Inc.

### F. Xavier Pi-Sunyer MD, MPH

Professor of Medicine, Department of Medicine, Columbia University College of Physicians and Surgeons, New York, NY; Chief, Division of Endocrinology, Diabetes, and Nutrition, St. Luke's-Roosevelt Hospital Center, New York, NY.

Disclosure: Receives honoraria, grants and/or research support, and is a consultant to GlaxoSmithKline, Schering-Plough Corporation, and Takeda Pharmaceuticals North America, Inc.

### Peter J. Weiden MD

Director, Schizophrenia Research Program; Professor of Psychiatry, SUNY Health Sciences Center at Brooklyn, Brooklyn, New York.

Disclosure: Receives grants and/or research support, and is a member of the Speakers Bureau and a consultant to AstraZeneca, Eli Lilly and Company, Janssen Pharmaceuticals, Novartis AG, and Pfizer Inc.

Registration for CME credit, the post test and the evaluation must be completed online. To access the activity Post Test and Evaluation link, please go to: http://www.medscape.com/viewprogram/2049_index