# EXHIBIT 1

# EXHIBIT 1

## LIST OF PLAINTIFFS WITH OVERDUE DISCOVERY

|  | **Plaintiff Last Name** | **Plaintiff First Name** | **MDL Case No.** |
|---|---|---|---|
| 1. | Cole | Arnita | 6:08-cv-01140 |
| 2. | Cronin | Eric | 6:09-cv-17075 |
| 3. | Graves | Amanda | 6:08-cv-01323 |
| 4. | Green | Neal | 6:08-cv-01917 |
| 5. | Hall | Patricia | 6:08-cv-01151 |
| 6. | Harper | Dorothy | 6:08-cv-00934 |
| 7. | Hendershot | Gerald | 6:08-cv-01713 |
| 8. | Holloway | Tony | 6:08-cv-01145 |
| 9. | Kruger | Flora | 6:08-cv-00640 |
| 10. | Maron | Barry | 6:09-cv-17077 |
| 11. | Moody | Nicole | 6:09-cv-17074 |
| 12. | Moore | Crystal | 6:08-cv-01230 |
| 13. | Moore | Thomas | 6:08-cv-01139 |
| 14. | Mora | Richard | 6:08-cv-01132 |
| 15. | Mullarkey | Roger | 6:08-cv-01732 |
| 16. | Neal | Gerald | 6:08-cv-01227 |
| 17. | Owens | Deborah | 6:08-cv-01133 |
| 18. | Pickens | Helen | 6:08-cv-01147 |
| 19. | Royster | Brian | 6:09-cv-17076 |
| 20. | Thomas | Carol | 6:08-cv-02011 |
| 21. | Yates | Carol | 6:08-cv-01131 |