# EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

Arnita Cole v. AstraZeneca Pharmaceuticals, LP, et al.
MDL Case No. 6:08-cv-01140-ACC-DAB

Eric Cronin v. AstraZeneca Pharmaceuticals, LP, et al.
MDL Case No. 6:09-cv-17075-ACC-DAB

Amanda Graves v. AstraZeneca Pharmaceuticals, LP et al.
MDL Case No. 6:08-cv-01323-ACC-DAB

Neal Green v. AstraZeneca Pharmaceuticals, LP, et al.
MDL Case No. 6:08-cv-01917-ACC-DAB

Patricia Hall v. AstraZeneca Pharmaceuticals, LP, et al.
MDL Case No. 6:08-cv-01151-ACC-DAB

Dorothy P. Harper v. AstraZeneca Pharmaceuticals, LP, et al.
MDL Case No. 6:08-cv-00934-ACC-DAB

Gerald Hendershot v. AstraZeneca Pharmaceuticals, LP, et al.
MDL Case No. 6:08-cv-01713-ACC-DAB

Tony E. Holloway v. AstraZeneca Pharmaceuticals, LP, et al.
MDL Case No. 6:08-cv-01145-ACC-DAB

Flora Kruger v. AstraZeneca Pharmaceuticals, LP, et al.
MDL Case No. 6:08-cv-00640-ACC-DAB

Barry Maron, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
MDL Case No. 6:09-cv-17077-ACC-DAB

Nicole Moody v. AstraZeneca Pharmaceuticals, LP, et al.
MDL Case No. 6:09-cv-17074-ACC-DAB

Crystal A. Moore v. AstraZeneca Pharmaceuticals, LP, et al.
MDL Case No. 6:08-cv-01230-ACC-DAB

**Thomas Moore v. AstraZeneca Pharmaceuticals, LP, et al.**
MDL Case No. 6:08-cv-01139-ACC-DAB

**Richard Mora v. AstraZeneca Pharmaceuticals, LP, et al.**
MDL Case No. 6:08-cv-01132-ACC-DAB

**Roger Mullarkey v. AstraZeneca Pharmaceuticals, LP, et al.**
MDL Case No. 6:08-cv-01732-ACC-DAB

**Gerald O. Neal v. AstraZeneca Pharmaceuticals, LP, et al.**
MDL Case No. 6:08-cv-01227-ACC-DAB

**Deborah Owens v. AstraZeneca Pharmaceuticals, LP, et al.**
MDL Case No. 6:08-cv-01133-ACC-DAB

**Helen Pickens v. AstraZeneca Pharmaceuticals, LP, et al.**
MDL Case No. 6:08-cv-01147-ACC-DAB

**Brian Royster v. AstraZeneca Pharmaceuticals, LP, et al.**
MDL Case No. 6:09-cv-17076-ACC-DAB

**Carol Thomas v. AstraZeneca Pharmaceuticals, LP, et al.**
MDL Case No. 6:08-cv-02011-ACC-DAB

**Carol Yates v. AstraZeneca Pharmaceuticals, LP, et al.**
MDL Case No. 6:08-cv-01131-ACC-DAB

---

This cause comes before the Court for consideration of AstraZeneca's Motion to Dismiss Cases of Plaintiffs Who Have Failed to Serve Verified Plaintiff Fact Sheets and Records Authorizations. Having considered the motion, the Court **ORDERS** as follows:

1. All of the claims of the above-captioned Plaintiffs are **DISMISSED WITH PREJUDICE** for failure to timely serve upon Defendant a completed, verified PFS with all requested information, documents, and authorizations.

2. Plaintiffs claims may be reinstated only if, within **80 days** from the date of this Order, they file a notice certifying that they have served Defendant with a substantially

complete and verified Plaintiff Fact Sheet, responsive documents, and records authorizations, and attach to the notice documentation of receipt of those documents.  If the above-named Plaintiffs fail to properly file such a notice within the established time limit, their cases shall remain dismissed with prejudice and closed without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March ____, 2009.

_____
ANNE C. CONWAY
United States District Judge