# EXHIBIT A

Exhibit A
"Florida" MDL Cases

| # | Plaintiff Name | Case Number | Federal Transferor Court | State of Residence | State of Citizenship | Plaintiff's Counsel |
|---|---|---|---|---|---|---|
| 1 | Abear, Jannette | 6:06-cv-01851-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 2 | Abreu, Gustavo | 6:07-cv-11351-ACC-DAB | D. Mass. | NY | NY | Bailey Perrin Bailey LLP(Lead); |
| 3 | Altman, Stephanie M. | 6:07-cv-10182-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 4 | Anderson, Rebecca | 6:07-cv-15678-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 5 | Anderton-Vilimek, Donna A. | 6:06-cv-01848-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 6 | Ash, Jan | 6:07-cv-10185-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 7 | Balmer, Edward | 6:07-cv-11067-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 8 | Barber, Karen | 6:07-cv-10187-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 9 | Barnebee, IV, James H | 6:07-cv-15683-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 10 | Batalla, Tomasa A. | 6:07-cv-10192-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 11 | Beaty, Linda L | 6:07-cv-10194-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 12 | Beavers, Calvin | 6:07-cv-12285-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 13 | Bell, Ava | 6:07-cv-11223-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 14 | Bellamy, Rebecca | 6:08-cv-00112-ACC-DAB | M.D. Fla. | FL | FL | Miller & Associates(Lead); Ennis & Ennis, PA(Lead); |
| 15 | Bennett, Evelyn E | 6:07-cv-10195-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 16 | Bess, Vera R | 6:07-cv-13110-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(lead) |
| 17 | Best, Carnetta T | 6:07-cv-15687-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 18 | Binkowski, Maureen | 6:07-cv-10198-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 19 | Blackmore, Winfred H | 6:07-cv-10203-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 20 | Brinker, Erania | 6:07-cv-11070-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 21 | Brito, Shelley | 6:07-cv-10210-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 22 | Brooks, Eddie L | 6:07-cv-13158-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(lead) |
| 23 | Brown, Lois C. | 6:07-cv-15692-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 24 | Burns, Janice | 6:07-cv-15959-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 25 | Campbell Jr, James P | 6:07-cv-10223-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 26 | Cantelmo, Linda | 6:07-cv-10225-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 27 | Capponi, Patricia E | 6:07-cv-11445-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 28 | Carley, Peter B | 6:07-cv-10226-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 29 | Chaplin, Anne-Marie | 6:07-cv-10229-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 30 | Christiansen, Denis A | 6:07-cv-10234-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 31 | Clauson, Daniel S | 6:07-cv-15696-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 32 | Consoer, Megan | 2:09-cv-00087-JES-DNF | M.D. Fla. | FL | FL | Viles & Beckman, LLC(Lead); |

Exhibit A
"Florida" MDL Cases

| | Plaintiff Name | Case Number | Federal Transferor Court | State of Residence | State of Citizenship | Plaintiff's Counsel |
|---|---|---|---|---|---|---|
| 33 | Cuartas, Alexia | 6:08-cv-00095-ACC-DAB | M.D. Fla. | FL | FL | Aylstock, Witkin, Kreis & Overholtz, PLLC (Lead) |
| 34 | Curley, Connie | 6:07-cv-15701-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 35 | Cutshaw, James | 6:07-cv-11492-ACC-DAB | D. Mass. | MO | MO | Bailey Perrin Bailey LLP(Lead) |
| 36 | Cuyler, Dorian | 6:07-cv-15703-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 37 | Delgado, Jeffrey | 6:07-cv-11507-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 38 | Dixon, William | 6:07-cv-15706-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 39 | Dockett, Angela | 6:07-cv-14803-ACC-DAB | D. Mass. | MO | MO | Bailey Perrin Bailey LLP(Lead) |
| 40 | Duvall, Sharon | 6:07-cv-12443-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 41 | Echols, Brenda | 6:07-cv-15710-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 42 | Eddy, Keri | 6:08-cv-001121-ACC-DAB | M.D. Fla. | FL | FL | Aylstock, Witkin & Sasser, PLC(Lead); Aylstock, Witkin & Sasser, PLC(Lead); |
| 43 | Episcopo, Joan | 6:07-cv-15715-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 44 | Epps, Lynda | 6:07-cv-15716-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 45 | Fashner, Sharon K | 6:07-cv-10265-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 46 | Fernandez, Miguel A | 6:07-cv-15719-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 47 | Fish, Venus C | 6:07-cv-10267-ACC-DAB | D. Mass. | FL | FL | Bailey & Galyen(Lead); |
| 48 | Foote, Christopher A | 6:07-cv-01400-ACC-DAB | S.D. Tex. | FL | FL | Bailey & Galyen(Lead); |
| 49 | Fox, Esther | 6:07-cv-01395-ACC-DAB | S.D. Tex. | FL | FL | Bailey & Galyen(Lead); |
| 50 | Francis, Paula | 6:07-cv-15721-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 51 | Fulk, April S | 6:07-cv-15590-ACC-DAB | D. Mass. | GA | GA | Bailey Perrin Bailey LLP(Lead) |
| 52 | Garletts, Diane | 6:07-cv-10274-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 53 | Gee, Gilbert Clinton | 6:07-cv-00325-ACC-DAB | M.D. Fla. | FL | FL | Mosley & Mosley, PA(Lead); |
| 54 | Gonzalez, Barbara E | 6:07-cv-11601-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 55 | Grant, Judith | 6:07-cv-10286-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 56 | Grass, Janie | 6:07-cv-15729-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 57 | Gray, Twyla | 6:07-cv-10287-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 58 | Green, Doris | 6:07-cv-01720-ACC-DAB | S.D. Tex. | FL | FL | Bailey & Galyen(Lead); |
| 59 | Hall, Otishia A | 6:07-cv-10293-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 60 | Harris, Gerline | 6:07-cv-10296-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 61 | Head, Benjamin | 6:07-cv-11633-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 62 | Herron, Randall | 6:07-cv-12556-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 63 | Hickman, Cindy | 6:07-cv-10301-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |

Exhibit A
"Florida" MDL Cases

| | Plaintiff Name | Case Number | Federal Transferor Court | State of Residence | State of Citizenship | Plaintiff's Counsel |
|---|---|---|---|---|---|---|
| 64 | Hinton, Joanne | 6:07-cv-10304-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 65 | Holmes, Connie S. | 6:07-cv-13613-ACC-DAB | D. Mass. | MI | MI | Bailey Perrin Bailey LLP(Lead) |
| 66 | Huffaker, Douglas | 6:07-cv-15594-ACC-DAB | D. Mass. | IN | IN | Bailey Perrin Bailey LLP(Lead); |
| 67 | Ing, Brenda | 6:07-cv-10312-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 68 | Ivers, Terry K | 6:07-cv-15739-ACC-DAB | D. Mass. | OK | OK | Bailey Perrin Bailey LLP(Lead); |
| 69 | Jackson, Linda | 6:07-cv-016699-ACC-DAB | M.D. Fla. | FL | FL | Miller & Associates(Lead); |
| 70 | Jaudon, Karyn | 6:07-cv-10316-ACC-DAB | D. Mass. | GA | GA | Bailey Perrin Bailey LLP(Lead). |
| 71 | Jones, William | 6:07-cv-10325-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 72 | Joyner, Robert | 6:07-cv-13713-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 73 | Kaliszeski, Patricia | 6:07-cv-10326-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 74 | Kirkland, Lora | 6:07-cv-13765-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 75 | Klein, Jeri | 6:07-cv-10329-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 76 | Lamica, Terry Lee | 6:07-cv-10334-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 77 | Leimonitis, Anthony | 6:07-cv-10339-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 78 | Lemons, Angel | 6:07-cv-10340-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 79 | Lester, Charles | 6:07-cv-10342-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 80 | Licker, Jeffrey A | 6:07-cv-10343-ACC-DAB | D. Mass. | NY | NY | Bailey Perrin Bailey LLP(Lead); |
| 81 | Livesay, Debra | 6:07-cv-15752-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 82 | Longo, Karen | 6:07-cv-15690-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 83 | Looney, Sally L | 6:07-cv-11751-ACC-DAB | D. Mass. | OR | OR | Bailey Perrin Bailey LLP(Lead); |
| 84 | Lowe-Bernard, Janet | 6:07-cv-15754-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 85 | Lydard, Connie R. | 6:07-cv-10348-ACC-DAB | D. Mass. | DE | DE | Bailey Perrin Bailey LLP(Lead) |
| 86 | Lyles, Joyce E. | 6:07-cv-13833-ACC-DAB | D. Mass. | SC | SC | Bailey Perrin Bailey LLP(Lead); |
| 87 | Mallard, Marie | 6:07-cv-10351-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 88 | Maness, Esther A | 6:07-cv-10352-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 89 | Martin, Kimberly B. | 6:07-cv-10355-ACC-DAB | D. Mass. | AL | AL | Bailey Perrin Bailey LLP(Lead); |
| 90 | Martone, Marilyn | 6:07-cv-01401-ACC-DAB | S.D. Tex. | FL | FL | Bailey & Galyen(Lead); |
| 91 | Masgola, Kim Lasky | 6:07-cv-15784-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 92 | Mays, Quentin | 6:07-cv-10359-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 93 | McAlexander, Eileen | 6:07-cv-10360-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead) |
| 94 | McCarthy, Kathleen | 6:07-cv-01719-ACC-DAB | S.D. Tex. | FL | FL | Bailey & Galyen(Lead); |
| 95 | McCarthy, Kevin | 6:07-cv-11096-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 96 | McCraw, Shirley | 6:07-cv-10361-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 97 | McDaniel, Kimberly | 6:07-cv-10362-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |

Exhibit A
"Florida" MDL Cases

| | Plaintiff Name | Case Number | Federal Transferor Court | State of Residence | State of Citizenship | Plaintiff's Counsel |
|---|---|---|---|---|---|---|
| 98 | McElroy, Suzanne G. | 6:07-cv-15605-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 99 | Miqueli, Barbara | 6:07-cv-15765-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 100 | Miranda, Jennifer | 6:07-cv-11797-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 101 | Montague, Lois R | 6:07-cv-10373-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 102 | Montney, Lydia R | 6:07-cv-10374-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 103 | Moore, Steven | 6:07-cv-01397-ACC-DAB | S.D. Tex. | FL | FL | Bailey & Galyen(Lead); |
| 104 | Morrow, Jr., Jonathan A. | 6:07-cv-15770-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 105 | Moynihan, Thomas | 6:07-cv-13980-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 106 | Nazzaro, Patricia, as Next Friend of K.Z., a Minor | 6:07-cv-15773-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 107 | Niswander, Virginia | 6:07-cv-10380-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 108 | Nurse, Nicole | 6:07-cv-11831-ACC-DAB | D. Mass. | SC | SC | Bailey Perrin Bailey LLP(Lead); |
| 109 | Pagan, Helen | 6:07-cv-10385-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 110 | Pagar, Jeffrey | 6:07-cv-11848-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 111 | Patton, Sonya Denise | 6:07-cv-10393-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 112 | Pereira, Victor | 6:07-cv-11858-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 113 | Pinion, Beverly | 6:07-cv-15781-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 114 | Pokrywka, Lucy F. | 6:07-cv-14083-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 115 | Powell, Deborah | 6:07-cv-10401-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 116 | Quinn, Lori | 6:07-cv-14108-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 117 | Radford, Cheryl | 6:07-cv-11890-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 118 | Rash, Eula D. | 6:07-cv-11278-ACC-DAB | D. Mass. | AL | AL | Bailey Perrin Bailey LLP(Lead); |
| 119 | Reyes, Eddie | 6:07-cv-16730-ACC-DAB | S.D. Tex. | MA | MA | Howard L. Nations Attorney At Law(Lead); Law Offices of Larry M. Roth, P.A.(Lead); |
| 120 | Richmond, Melody | 6:07-cv-15786-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 121 | Robbins, James L | 6:07-cv-15788-ACC-DAB | D. Mass. | OR | OR | Bailey Perrin Bailey LLP(Lead); |
| 122 | Robinson, Mary J. | 6:07-cv-10417-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 123 | Rodriguez, Candida | 6:07-cv-14178-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 124 | Rogers, Virginia | 6:07-cv-11925-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 125 | Rose, Tina | 6:07-cv-10422-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 126 | Runner, Jesse | 6:07-cv-10424-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 127 | Russell, Carmen G | 6:07-cv-15791-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 128 | Scharet, Tammy | 6:07-cv-12217-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |

Exhibit A
"Florida" MDL Cases

| # | Plaintiff Name | Case Number | Federal Transferor Court | State of Residence | State of Citizenship | Plaintiff's Counsel |
|---|---|---|---|---|---|---|
| 129 | Schroeter, Michel | 6:07-cv-10434-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 130 | Semljatschenko, Diane | 6:07-cv-10437-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 131 | Shaefer, James E. | 6:07-cv-11299-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 132 | Sinclair, Theresa | 6:07-cv-10249-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 133 | Slapion, Andrea | 6:07-cv-12224-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 134 | Smith, Connie | 6:07-cv-15799-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 135 | Smith, Robert | 6:07-cv-01398-ACC-DAB | S. D. Tex. | FL | FL | Bailey & Galyen(Lead). |
| 136 | Sperry, Cheri | 6:07-cv-10445-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 137 | Spitz, Barbara L. | 6:07-cv-15579-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 138 | Stephens, Terry L. | 6:07-cv-15805-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 139 | Stevens, Shirley | 6:07-cv-10448-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 140 | Stoudt, Jessamy | 6:07-cv-10450-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 141 | Sumner, William B. | 6:07-cv-15808-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 142 | Tanke, Mary | 6:07-cv-16603-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 143 | Tanner, Kathleen | 6:07-cv-15809-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 144 | Thomas, Cherylyn E. | 6:07-cv-12008-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 145 | Tripp, Stephen | 6:07-cv-01402-ACC-DAB | S. D. Tex. | FL | FL | Bailey & Galyen(Lead); |
| 146 | Unger, Richard | 6:07-cv-15812-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 147 | Warren, Lance | 6:07-cv-10466-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 148 | West, Charles E. | 6:07-cv-10471-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 149 | White, Dawn M. | 6:07-cv-15815-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 150 | White, Rhunette | 6:07-cv-10473-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 151 | Whittington, Linda | 6:07-cv-10475-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 152 | Williams, Ava | 6:07-cv-16687-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 153 | Wilson, Michael W. | 6:07-cv-15818-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 154 | Young, David A. | 6:07-cv-15824-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 155 | Young, Gilbert | 6:07-cv-10483-ACC-DAB | D. Mass. | FL | FL | Bailey Perrin Bailey LLP(Lead); |
| 156 | Young, Matthew E. | 6:07-cv-11117-ACC-DAB | D. Mass. | OH | OH | Bailey Perrin Bailey LLP(Lead); |