## APPENDIX 2

## FEDERAL TRANSFEROR COURTS

|  | Transferor Court | Number of Cases |
|---|---|---|
| 1 | District of Massachusetts | 4919 |
| 2 | District of Minnesota | 454 |
| 3 | Southern District of Texas | 118 |
| 4 | Northern District of California | 77 |
| 5 | Eastern District of Missouri | 75 |
| 6 | Southern District of New York | 45 |
| 7 | District of New Jersey | 43 |
| 8 | Eastern District of Texas | 37 |
| 9 | Middle District of Tennessee | 35 |
| 10 | Middle District of Florida | 30 |
| 11 | District of Columbia | 27 |
| 12 | Southern District of Illinois | 26 |
| 13 | Eastern District of Pennsylvania | 23 |
| 14 | Eastern District of Oklahoma | 21 |
| 15 | Northern District of Texas | 20 |
| 16 | Western District of Tennessee | 19 |
| 17 | Central District of California | 15 |
| 18 | District of Connecticut | 12 |
| 19 | Eastern District of Louisiana | 10 |
| 20 | Southern District of Indiana | 10 |
| 21 | Southern District of Mississippi | 10 |
| 22 | Western District of Missouri | 10 |
| 23 | Eastern District of California | 9 |
| 24 | Western District of North Carolina | 9 |
| 25 | Middle District of North Carolina | 7 |
| 26 | Western District of Pennsylvania | 7 |
| 27 | Western District of Texas | 7 |
| 28 | Middle District of Louisiana | 6 |
| 29 | Northern District of Indiana | 6 |
| 30 | Northern District of Ohio | 6 |
| 31 | Southern District of California | 6 |
| 32 | District of Arizona | 5 |
| 33 | District of Maryland | 5 |
| 34 | Northern District of Alabama | 5 |
| 35 | Western District of Kentucky | 5 |
| 36 | District of Arkansas | 4 |
| 37 | Northern District of Mississippi | 3 |
| 38 | Eastern District of Wisconsin | 3 |

2

|    | Transferor Court | Number of Cases |
|----|------------------|-----------------|
| 39 | District of South Carolina | 2 |
| 40 | Eastern District of Tennessee | 2 |
| 41 | Northern District of Illinois | 2 |
| 42 | Western District of Arkansas | 2 |
| 43 | Western District of Louisiana | 2 |
| 44 | District of Nevada | 1 |
| 45 | District of Oregon | 1 |
| 46 | District of South Dakota | 1 |
| 47 | Eastern District of Arkansas | 1 |
| 48 | Eastern District of Virginia | 1 |
| 49 | Eastern District of North Carolina | 1 |
| 50 | Southern District of Alabama | 1 |
| 51 | Southern District of Ohio | 1 |
| 52 | Western District of Texas | 1 |
|    | **Total** | **6148** |