# APPENDIX 3

## FEDERAL JUDICIAL DISTRICTS OF RESIDENCE

|   | District of Residence | Number of Cases |
|---|---|---|
| 1 | Unknown | 469 |
| 2 | District of South Carolina | 375 |
| 3 | Southern District of Ohio | 304 |
| 4 | Southern District of Mississippi | 243 |
| 5 | Eastern District of California | 215 |
| 6 | Central District of California | 201 |
| 7 | Southern District of West Virginia | 193 |
| 8 | Eastern District of Wisconsin | 151 |
| 9 | Northern District of Ohio | 145 |
| 10 | Northern District of Illinois | 138 |
| 11 | Western District of North Carolina | 134 |
| 12 | District of Oregon | 129 |
| 13 | Western District of Washington | 125 |
| 14 | Northern District of Georgia | 124 |
| 15 | Western District of Missouri | 122 |
| 16 | Eastern District of North Carolina | 119 |
| 17 | Eastern District of Missouri | 115 |
| 18 | District of Minnesota | 108 |
| 19 | Southern District of Texas | 102 |
| 20 | Middle District of Georgia | 100 |
| 21 | Middle District of North Carolina | 98 |
| 22 | Middle District of Florida | 92 |
| 23 | Northern District of California | 91 |
| 24 | District of New Mexico | 85 |
| 25 | Eastern District of Kentucky | 83 |
| 26 | Eastern District of Arkansas | 81 |
| 27 | Middle District of Tennessee | 79 |
| 28 | Western District of Wisconsin | 76 |
| 29 | District of Maryland | 72 |
| 30 | Western District of Pennsylvania | 71 |
| 31 | Southern District of Georgia | 70 |
| 32 | Eastern District of Texas | 66 |
| 33 | Southern District of Iowa | 64 |
| 34 | Eastern District of Tennessee | 63 |
| 35 | Western District of Tennessee | 62 |
| 36 | Northern District of Texas | 58 |
| 37 | Southern District of Indiana | 57 |
| 38 | Central District of Illinois | 55 |
| 39 | Northern District of Mississippi | 54 |

|  | **District of Residence** | **Number of Cases** |
|---|---|---|
| 40 | Northern District of Iowa | 54 |
| 41 | Western District of Louisiana | 51 |
| 42 | Eastern District of Michigan | 47 |
| 43 | Southern District of Florida | 46 |
| 44 | Northern District of West Virginia | 44 |
| 45 | District of Massachusetts | 43 |
| 46 | Eastern District of Pennsylvania | 42 |
| 47 | District of Nevada | 41 |
| 48 | Western District of Oklahoma | 40 |
| 49 | Western District of Arkansas | 39 |
| 50 | Western District of Kentucky | 39 |
| 51 | Middle District of Louisiana | 38 |
| 52 | Eastern District of Washington | 35 |
| 53 | District of Arizona | 33 |
| 54 | Western District of Texas | 31 |
| 55 | District of Kansas | 30 |
| 56 | District of Connecticut | 30 |
| 57 | Eastern District of Virginia | 29 |
| 58 | Middle District of Alabama | 28 |
| 59 | Western District of Virginia | 27 |
| 60 | Southern District of California | 26 |
| 61 | Southern District of Illinois | 25 |
| 62 | Northern District of Indiana | 23 |
| 63 | District of New Hampshire | 22 |
| 64 | Eastern District of Oklahoma | 21 |
| 65 | Eastern District of Louisiana | 20 |
| 66 | Western District of Michigan | 20 |
| 67 | District of Nebraska | 19 |
| 68 | District of Maine | 18 |
| 69 | District of Colorado | 18 |
| 70 | Northern District of Alabama | 17 |
| 71 | District of Utah | 17 |
| 72 | District of Idaho | 15 |
| 73 | Northern District of Oklahoma | 13 |
| 74 | Southern District of Alabama | 13 |
| 75 | District of Rhode Island | 13 |
| 76 | District of North Dakota | 10 |
| 77 | District of New Jersey | 10 |
| 78 | District of Montana | 10 |
| 79 | District of South Dakota | 9 |
| 80 | District of Vermont | 8 |
| 81 | District of Wyoming | 6 |
| 82 | Middle District of Pennsylvania | 6 |

|    | **District of Residence** | **Number of Cases** |
|----|---------------------------|---------------------|
| 83 | Northern District of Florida | 5 |
| 84 | District of Alaska | 5 |
| 85 | Northern District of New York | 4 |
| 86 | District of Columbia | 4 |
| 87 | District of Delaware | 4 |
| 88 | Southern District New York | 3 |
| 89 | Western District of New York | 3 |
| 90 | District of Hawaii | 2 |
| 91 | Eastern District of New York | 2 |
| 92 | District of Puerto Rico | 1 |
|    | **Grand Total** | **6148** |