**APPENDIX 4**

**CERTIFICATION**

I hereby certify that I have obtained plaintiff's medical records, and have

reviewed them (or caused another responsible person to review them), and that those records

confirm the following information.

Question                                  Answer                          Document ID Number

| | | |
|---|---|---|
| Date SQL Started | | |
| Date SQL Discontinued (or current user) | | |
| SQL Dosage Prescribed | | |
| Reason for Prescription | | |
| Did Plaintiff Have Preexisting Diabetes? | | |
| Date of Diabetes Diagnosis | | |
| BMI When SQL Started | | |
| BMI When Diabetes Diagnosed | | |

Signed:

_____

[Counsel for plaintiff _____

in case no. _____]