# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

                                             Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**GARY GRIFFIN and BRENDA GRIFFIN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-1419-Orl-22DAB**

**SANDRA LOCKETT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-1505-Orl-22DAB**

**DIANA ASHCRAFT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1507-Orl-22DAB**

**JEANNINE DODDS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-2006-Orl-22DAB**

**CAROL SHIPLEY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-2007-Orl-22DAB**

**MARY HUNTER CROOKS-HALL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-2095-Orl-22DAB**

**REBECCA DICKERSON and KENNETH DICKERSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-111-Orl-22DAB**

**ROBERT REEDY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-112-Orl-22DAB**

**JIMMIE VARJU v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-113-Orl-22DAB**

**DARIUS MALACHI v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-114-Orl-22DAB**

**ROGER COURSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-115-Orl-22DAB**

**MATTHEW YOUNG v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-116-Orl-22DAB**

**AMY O'NEAL and LLOYD O'NEAL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-117-Orl-22DAB**

**KATHLEEN HOWARD and JERRY HOWARD v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-118-Orl-22DAB**

**MELISSA MURAWSKI and ANTHONY MURAWSKI v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-119-Orl-22DAB**

**TAMMY LEDBETTER and TIMOTHY LEDBETTER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-120-Orl-22DAB**

**ALICE LAWSON-HARPER and CHARLES HARPER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-121-Orl-22DAB**

_____

## ORDER

Upon the Court's review of the above-captioned cases, the Court observed that Plaintiffs did not identify their states of citizenship in their complaints.[1] Under federal law, "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum

---

[1] In the *Ashcraft* case, the plaintiff provided only her current state of residence. This is insufficient for diversity jurisdiction purposes because a plaintiff's state of residence does not definitively establish his or her state of citizenship under 28 U.S.C. § 1332. *Mas v. Perry*, 489 F.2d 1396, 1399 (5th Cir. 1974) ("For diversity purposes, citizenship means domicile; mere residence in the State is not sufficient."). In all other cases, the plaintiffs merely alleged that they were citizens of "a state in the United States."

or value of $75,000, exclusive of interest and costs and is between . . . citizens of different States." 28 U.S.C. § 1332. Without knowing the citizenship of the plaintiffs in these actions, the Court is unable to assess whether it has jurisdiction over their claims.

Accordingly, it is **ORDERED** as follows:

1. On or before April 1, 2009, Plaintiffs in the above-captioned cases shall electronically file a notice indicating their respective states of citizenship. Such notice shall be filed in each plaintiff's individual docket.

2. The Clerk is directed to file a copy of this order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 20, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge