UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769 (ALL CASES)

_____

ASTRAZENECA'S MOTION TO SET
ORAL ARGUMENT ON FEDERAL PREEMPTION
FOR A DATE ON OR AFTER APRIL 14, 2009

AstraZeneca, pursuant to Fed.R.Civ.P. 6(b), hereby requests that oral argument on the issue of federal preemption be set for a date on or after April 14, 2009 that is convenient to the Court.  AstraZeneca would like to be heard on this important issue, and although no date has been set by the Court, the parties have been assuming that the argument might occur on April 7, 2009, when two other matters already are scheduled to be heard.  However, AstraZeneca requests that, due to a scheduling conflict and the importance of the preemption issue as well as the other two issues already slated for the April 7 hearing, the hearing on preemption be scheduled for a later date.   The grounds for this motion are set forth in the memorandum below.

SUPPORTING MEMORANDUM

By the Court's order of February 11, 2009 (Doc. #1270) and the February 19, 2009 notice of hearing (Doc#1296), this Court has set for hearing on April 7, 2009 the issues of the future of the MDL and a *Daubert* hearing as to Dr. Arnett, with Dr. Arnett testifying live.  By its order of March 12, 2009 (Doc. #1366), this Court directed the parties to submit briefs on federal preemption, focusing on the impact of the Supreme Court's decision in *Wyeth v. Levine*, with the

last brief on this issue due to be filed on April 6.  The Court has not specifically ordered or noticed the preemption issue for hearing on that day, however, and AstraZeneca expects that the hearing on the two other scheduled matters will likely take the entire day.  Given the importance of all of three of these issues, the preemption issue ought to be heard at another time.

Moreover, Mark Haddad, of Sidley Austin, who argued AstraZeneca's motion for judgment on the pleadings based on federal preemption, will also present AstraZeneca's argument on preemption in light of *Wyeth*.  Mr. Haddad, however, has longstanding plans (predating the Supreme Court's issuance of the *Wyeth* decision) to travel with his family during spring break week (which for his three children is the week of April 6th), and it is not feasible to change these plans, as the children will return to school the following week, and non-refundable airline tickets have been purchased for the trip.

Accordingly, AstraZeneca requests that the Court schedule oral argument on the preemption issue for another date on or after April 14, 2009 (except for May 6 and 7, when AstraZeneca's counsel has a conflict due to a hearing in another matter).  The other issues already scheduled to be heard on April 7 could go forward as planned, and as noted, AstraZeneca believes these will likely take up the entire day in any event.  This request is not made for purposes of delay.  Neither side will be prejudiced if the requested postponement on this issue is granted.

For all the foregoing reasons, AstraZeneca's requests that its motion be granted and oral argument on federal preemption scheduled for a date convenient to the Court on or after April 14, 2009.

14783102.3

**Local Rule 3.01(g) Certificate of Conference**

Counsel for AstraZeneca has conferred with opposing counsel to determine whether counsel agree on the resolution of this motion. Plaintiffs' counsel indicate that plaintiffs are undecided as to the necessity of additional oral argument on the preemption issue, regardless of the timing of the argument.

DATED: March 23, 2009

                            Respectfully submitted,

                            /s/ Chris S. Coutroulis
                            Chris S. Coutroulis
                            Fla. Bar No. 300705
                            Robert L. Ciotti
                            Fla. Bar No. 333141
                            CARLTON FIELDS, P.A.
                            Corporate Center Three at International Plaza
                            4221 W. Boy Scout Blvd.
                            Tampa, FL  22607
                            Telephone: (813) 223-7000
                            Facsimile: (813) 229-4133
                            ccoutroulis@carltonfields.com
                            rciotti@carltonfields.com

                            *Counsel for AstraZeneca LP and AstraZeneca Pharmaceuticals LP*

14783102.3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 23, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system through which all participating parties are deemed served.

/s/ Chris S. Coutroulis
Attorney

14783102.3