# EXHIBIT 4



**DEPARTMENT OF HEALTH & HUMAN SERVICES**  Public Health Service

Food and Drug Administration
Rockville, MD 20857

NDA 20-639

AstraZeneca Pharmaceuticals LP
Attention: Darci Bertelsen
Associate Director, Regulatory Affairs
P.O. Box 8355
Wilmington, DE 19803-8355

**RECEIVED**
APR 1 4 2004
U.S. Regulatory Affairs

Dear Ms. Bertelsen:

Please refer to your New Drug Application (NDA) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Seroquel (quetiapine)

There have been an increasing number of reports noted in the medical literature recently of an association between metabolic abnormalities and the use of the atypical antipsychotic drugs. We are interested in the potential influence of these drugs on lipid metabolism, as well as the metabolic syndrome. We request a review and evaluation of your clinical trial databases and postmarketing adverse event surveillance system, as well as a comprehensive literature review, to identify and describe reports of abnormal blood levels of triglycerides or cholesterol, or cases of metabolic syndrome[1] reported with the use of your drug. The review of the clinical trial databases should include both analyses of adverse events related to dyslipidemias and/or the metabolic syndrome and analyses of pertinent laboratory data (total cholesterol, LDL, HDL, triglycerides).

With regard to the analysis of pertinent laboratory data, data from trials in which measurements were obtained in a fasting state should be presented separately from data from trials in which measurements were obtained without regard to meal time. Please use the guidelines set out by the National Cholesterol Education Program[2], Adult Treatment Panel III as the thresholds for clinically abnormal values (total cholesterol $\geq$ 240 mg/dl; LDL $\geq$ 160 mg/dl; HDL $\leq$ 40 mg/dl; triglycerides $\geq$ 200 mg/dl).

We would appreciate a response to this data request within three months of the date of this letter.

If you have any questions, call Steven D. Hardeman, R.Ph., Senior Regulatory Project Manager, at (301) 594-5525.

Sincerely,

{See appended electronic signature page}

Russell Katz, M.D.
Director
Division of Neuropharmacological Drug Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

---

[1] As defined in Table 8, p. 26, http://www.nhlbi.nih.gov/guidelines/cholesterol/atp3xsum.pdf
[2] Refer to pp. 13, 28, http://www.nhlbi.nih.gov/guidelines/cholesterol/atp3xsum.pdf