# EXHIBIT 6

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

REVIEW OF CLINICAL DATA

| | |
|---|---|
| **NDAs** | Antipsychotics including NDAs 20-639, 19-758, 20-592, 20-272, 20-919, 20-825, 21-436 |
| **Materials reviewed** | Published studies of the relationship between atypical antipsychotics and diabetes/hyperglycemia |
| **Reviewer** | Gerard Boehm, MD, MPH |
| **Date Completed** | 6/1/05 |

**Background**

As part of the Agency's evaluation of the relationship between atypical antipsychotics and diabetes, we have performed reviews of the published medical literature to identify relevant studies. The last such literature review was performed in 2003 by Dr. Andrew Mosholder from the Office of Drug Safety. In this memo I report on the results of a literature review that I performed to look for any studies published since 2003 with additional information on this topic.

**Methods**

I searched PubMed using the terms antipsychotic and diabetes. I considered only publications reporting results of original research and did not include information from review articles or paper presenting expert opinion or consensus statements.

**Results**

*Clinical Pharmacology studies*

There were two recently published clinical pharmacology studies examining the effect of atypical antipsychotics on parameters related to glucose homeostasis and insulin resistance and the details of those studies are provided below. In a study published by Henderson et al, the authors found evidence of increased insulin resistance in non-obese clozapine and olanzapine treated subjects compared to risperidone subjects, and a possible restriction of the normal beta cell response to the development of insulin resistance. This study was conducted in stable treated patients with schizophrenia or schizoaffective disorder. Arranz et al compared measures of glucose homeostasis among patients with a history of antipsychotic use, antipsychotic naïve schizophrenic patients and healthy controls. The authors reported that glucose concentrations were not significantly different between the three groups but that patients with a history of antipsychotic use had higher insulin and C-peptide as well as a higher degree of insulin resistance as described by the Homeostatic model assessment (HOMA) compared to antipsychotic naïve patients and healthy controls. Patients with a history of antipsychotic use also had higher leptin levels and these were attributed to higher BMI. The authors felt that their results suggest that previous antipsychotic treatment affects glucose metabolism parameters and weight related hormones.

[1]Henderson et al used frequently sampled intravenous glucose tolerance testing to examine the effects of clozapine, olanzapine, and risperidone on glucose metabolism in stable treated patients with schizophrenia or schizoaffective disorder. Patients were

1

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

matched on BMI and patients were excluded if they were current substance abusers, had diabetes mellitus, had thyroid disease, had significant cardiovascular, hepatic, or renal disease, or were pregnant. Patients were also excluded if they were currently taking medications that are known to affect glucose tolerance (norgestrel containing birth control pills, steroids, beta blockers, NSAIDs including aspirin, thiazide diuretics, weight loss agents, and valproate). Participating subjects were given a standard diet for the three days prior to the test and were instructed to fast for the 12 hours prior to the test. The investigators calculated insulin sensitivity index, glucose effectiveness, and acute insulin response to glucose. The insulin sensitivity represents the increase in net fractional glucose clearance rate per unit change in serum insulin concentration after the intravenous glucose load. The glucose effectiveness represents the net fractional glucose clearance rate due to increase in glucose independent of any increase in circulating insulin concentrations above baseline. The acute insulin response to glucose (AIRG) measures the acute (0-10 minutes) beta cell response to a glucose load. The investigators also calculated the disposition index (sensitivity index x acute insulin response to glucose) as an index of beta cell function. In addition, the investigators calculated the HOMA IR based on the mean of three fasting measurements. After excluding subjects that did not meet study criteria, the investigators included twelve subjects treated with clozapine, twelve treated with olanzapine, and twelve treated with risperidone. The three treatment groups did not differ in age, sex, race, BMI, blood pressure, family history of diabetes, or duration of illness. At baseline, the clozapine group had the highest mean glucose (97.8mg/dL) followed by the olanzapine group (95.3mg/dL) and the risperidone group (88.9mg/dL) but the differences did not reach statistical significance. The clozapine group had the highest mean fasting insulin level (11.1 μU/mL) followed by the olanzapine group (10.6 μU/mL) and the risperidone group (4.3 μU/mL). The risperidone group's baseline mean fasting insulin level was significantly lower than the mean for the clozapine and olanzapine groups but the difference between clozapine and olanzapine did not reach statistical significance. The insulin sensitivity was lowest for the clozapine group followed by the olanzapine group and then the risperidone group (difference significant between risperidone and clozapine and risperidone and olanzapine but not for clozapine and olanzapine). The authors interpreted this finding as demonstrating highest insulin resistance in the clozapine group. Insulin resistance calculated by the HOMA IR was also highest in the clozapine group followed by the olanzapine group and lowest in the risperidone group (difference significant between risperidone-clozapine and risperidone-olanzapine but not for clozapine-olanzapine). Glucose sensitivity was lowest in the clozapine group followed by the olanzapine group and then the risperidone group (difference significant between risperidone-clozapine and risperidone-olanzapine but not for clozapine-olanzapine). The investigators reported no significant differences between groups for the AIRG or the disposition index. The investigators interpreted their results as demonstrating increased insulin resistance in non-obese clozapine and olanzapine treated subjects compared to risperidone treated subjects. The investigators stated that they did not find reduction in beta cell function but felt the results could be consistent with a restriction of the normal beta cell response to the development of insulin resistance. This study found no differences in total cholesterol, HDL, LDL or triglycerides among the treatment groups. The investigators found no differences among the groups in serum cortisol, or growth hormone but did find a significant difference in serum leptin

2

FDACDER 001551

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

concentrations (clozapine>olanzapine>risperidone). The investigators recognized the cross sectional non-randomized design as a limitation of this study.

[2]Arranz et al measured plasma glucose, C-peptide, and leptin in 50 antipsychotic free (previously treated but currently off antipsychotic, antidepressant and mood stabilizer medications) schizophrenia patients, 50 antipsychotic naïve schizophrenia patients and 50 healthy adults. The authors did not capture the antipsychotic medications previously taken by the antipsychotic free patients. The antipsychotic free patients were older (mean age 35.4) than the antipsychotic naïve patients (mean age 25.2) and the healthy controls (mean age 29.8). Antipsychotic free patients had a higher BMI (mean age 24.5) than the antipsychotic naïve patients (mean 22.2). Family history of diabetes was present in 36% of antipsychotic free patients, 34% of antipsychotic naïve patients and 10% of healthy controls. Serum glucose concentrations were not significantly different between the three groups. Compared to antipsychotic naïve patients and healthy controls, antipsychotic free patients showed higher insulin and C-peptide as well as a higher degree of insulin resistance as described by the HOMA index[*]. Antipsychotic free patients also had higher leptin levels and these were attributed to higher BMI. The authors thought that their results suggest that previous antipsychotic treatment affects glucose metabolism parameters and weight related hormones.

*Epidemiological studies*

There have been a number of recently published epidemiological studies examining the relationship between atypical antipsychotics and diabetes risk. The published studies have used a number of different designs including retrospective cohorts, cross sectional studies, and case control studies. Some studies were conducted within Veterans Administration databases, others were conducted within insurance or pharmacy claims databases and some were conducted within foreign practice databases. The studies have used different outcome endpoints including diagnosis code for diabetes, hospitalization for DKA, initiation of insulin therapy, use of any anti diabetes medications, blood glucose test results or combinations of several outcomes. The studies have made different diabetes risk comparisons including comparisons among users of individual atypical antipsychotics, comparisons to users of conventional antipsychotics, comparisons to users of antidepressants, comparisons to users of antibiotics, and comparisons to individuals in the general population not taking antipsychotics. Some studies included only patients with schizophrenia while others did not have information on the indication for treatment.

Results from these varied studies have not been uniform aside from the fact that there continues to be little information regarding ziprasidone and aripiprazole. In one study, the investigators found no difference in diabetes risk for patients taking atypical antipsychotics compared to patients taking typical antipsychotics or among patients taking individual atypical antipsychotics (Barner). One study found an increased diabetes risk for users of antipsychotics (pooled atypical and conventional) compared to nonusers. A number of studies found an increased diabetes mellitus risk with olanzapine compared either to conventional antipsychotics or risperidone (Dunlop, Fuller, Leslie, Lambert, and

---

[*] HOMA or homeostatic model assessment: Glucose (mmol/L) x insulin (pmol/L)/156

FDACDER 001552

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

Moisan). Some studies found no statistically significant increased diabetes risk with olanzapine (Ostbye, Ollendorf, Sacchetti). One study found statistically significantly increased risks with clozapine, quetiapine, and when more than one second generation antipsychotic was used and increases that were not statistically significant with olanzapine and risperidone (Citrome). In almost all cases, the investigators recognized the need for prospective studies to further examine the diabetes risks associated with antipsychotics. I describe the studies and the findings in detail below.

[3]Barner et al conducted a retrospective study using data from the Central Texas Veterans Health Care System. The investigators included patients aged 18 and older with no prescriptions for an antipsychotic agent in the 6 months prior to an initial study prescription and no antidiabetic drug or diabetes diagnosis in the year prior to the antipsychotic prescription. Included subjects were required to be enrolled for 12 months before and after the date of receiving the antipsychotic agent. Development of diabetes was defined as a diagnosis of diabetes, blood glucose levels >200mg/dL, and/or use of an antidiabetic drug in the period of 8 days to 365 days after the prescription of an antipsychotic medication. A subject was considered to have a diabetes risk factor if they had a change to a higher BMI category, had previous hyperlipidemia, or experienced a change in hypertension status. Investigators also classified patients by their mental health diagnoses (bipolar disorder, depression, schizophrenia and substance abuse). Other covariates included age group (18-39, 40-49, 50-59, 60-69, and >=70) sex, and race (white, nonwhite). Subjects were classified in terms of their persistence of antipsychotic treatment which they defined as the total number of continuous days the patient took an antipsychotic agent without a gap (gap defined as a 15 day lapse in therapy). After exclusions, there were 3469 patients who started an antipsychotic medication. Of the 3469 subjects, 42% (1461) did not have ICD-9 data about mental health diagnoses. For patients with that information, 42% (841) had substance abuse, 36% (715) had depression, 34% (689) had bipolar disorder, and 34% (681) had schizophrenia. There was considerable overlap in mental health comorbidities with each subject having an average of three diagnoses. The investigators found no differences in new onset diabetes when comparing patients treated with atypical antipsychotics (7.2%, 178/2477) to patients treated with typical antipsychotics (7%, 69/992). Among the individual atypical antipsychotics, the investigators found similar risks for new onset diabetes for risperidone (7.5%, 42/562), quetiapine (5.8%, 9/156), and olanzapine (6.4%, 51/796).

[4]Dunlop et al conducted a retrospective study using data from the Atlanta Veterans Affairs Medical Center. The investigators included subjects with at least two outpatient prescriptions within 90 days of each other at some point during the study. Subjects also had to have at least one plasma glucose measurement prior to and while taking the antipsychotic medication. Subjects prescribed two or more antipsychotics concomitantly and those with a random plasma glucose >=160mg/dL prior to first exposure to an antipsychotic were excluded. The unit of treatment considered was called an epoch and consisted of periods of treatment with no more than 90 days of nontreatment interspersed. If the period between treatment exceeded 90 days and the medication was restarted or another medication started, a new epoch began. A single patient could have multiple treatment epochs. The study considered any of four typical antipsychotics to be the same

4

FDACDER 001553

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

(chlorpromazine, haloperidol, fluphenazine, and perphenazine) with doses converted to chlorpromazine equivalents. The only atypical antipsychotic medication considered was olanzapine. The investigators excluded eight subjects with initial exposure to olanzapine and subsequent exposure to a typical antipsychotic and 11 subjects with initial exposure to a typical antipsychotic and subsequent treatment with olanzapine. The outcomes in the study were plasma glucose results >=160mg/dL and >=200mg/dL. The study included 312 olanzapine treated patients and 172 typical antipsychotic medication treated patients. The olanzapine treated subjects were younger than the typical antipsychotic medication subjects (mean age 49.7 vs 55.2). The investigators reported that 12.5% (39) of olanzapine subjects and 5.2% (9) of typical patients developed a plasma glucose >=160mg/dL during the study period. When restricted to patients <60 years of age, 10.5% of olanzapine subjects and no typical subjects developed a plasma glucose >=160mg/dL during the study period. The investigators reported that 6.4% (20) of olanzapine subjects and 1.7% (3) of typical patients developed a plasma glucose >=200mg/dL during the study period. The OR from logistic regression analyses that adjusted for age, race, duration of exposure and number of glucose measurements showed that compared to typical patients, olanzapine subjects were 3.6 times more likely to have a plasma glucose >160mg/dL and 5.1 times more likely to have a plasma glucose>200mg/dL.

[5]Fuller et al conducted a retrospective study using data from all Veterans Affairs hospitals in Ohio. Male patients who received at least 30 days of risperidone, olanzapine, haloperidol, or fluphenazine during the study period (1/1/97-12/31/2000) were included in the study. The date of first prescription to one of these drugs was the index date. Patients whose index drug was haloperidol or fluphenazine were excluded if they had a prescription for olanzapine or risperidone within 30 days of the index date. Patients with a diabetes diagnosis or a prescription for a diabetes medication within 365 days prior to the index date were excluded. In addition, patients with a clozapine prescription within 365 days of the index date were excluded. Patients were classified as developing diabetes if they had a diagnosis or were prescribed a medication for the treatment of diabetes. The investigators accounted for switched and concomitant therapy by using a Cox regression model that considered treatment as a time dependent covariate. Other covariates considered were race, age, substance abuse, bipolar diagnosis, depression diagnosis, dementia diagnosis, schizophrenia/ schizoaffective diagnosis, valproic acid use during 1 year prior to index date, lithium during study period, use of chlorpromazine, thioridazine, or mesoridazine during 1 year before index date, use of chlorpromazine, thioridazine, or mesoridazine during the study period, use of quetiapine during the 1 year prior to index date, and use of quetiapine during the study period. The investigators used risperidone as the reference group. The hazard ratio for olanzapine compared to risperidone was 1.37 (95% CI 1.06-1.76). The HR for fluphenazine compared to risperidone was 1.11 and for haloperidol was 0.89.

[6]Lamberti et al reviewed the medical records from a convenience sample of 436 adults receiving antipsychotic treatment at an ambulatory clinic program at the University of Rochester. The review included patients aged 18 or older with a clinical diagnosis of psychotic disorder or major mood disorder and treatment with a single atypical

5

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

antipsychotic for at least three months. The investigators reported a prevalence of diabetes of 14.2% (62/436). The investigators found 33 patients diagnosed with diabetes prior to receiving their most current antipsychotic (8 prior to any antipsychotic, 6 while receiving typical, 3 while receiving risperidone, 2 while receiving olanzapine, 1 while receiving quetiapine, 1 while receiving clozapine, 1 while receiving ziprasidone, and 11 with inadequate information). For the 29 patients diagnosed with diabetes on their most current antipsychotic, 10 were receiving clozapine, 8 were receiving olanzapine, 7 were receiving risperidone, and one was receiving quetiapine.

[7]Leslie et al conducted a retrospective analysis using administrative data from the Department of Veterans Affairs to examine diabetes risk among patients treated with different antipsychotic medications. The investigators identified patients who took a stable regimen of antipsychotic monotherapy during any three month period between 6/99 and 9/00. They excluded patients with outpatient claims for diabetes mellitus or with less than 2 primary care visits in the previous six months. The investigators identified patients diagnosed with diabetes or those hospitalized for diabetic ketoacidosis through 9/01. The analysis attributed all of the diabetes risk to the atypical antipsychotic that was prescribed during the three month stable period and different antipsychotic medications could have been prescribed prior to or following this stable period. Data were analyzed using Cox proportional hazards models. In addition to antipsychotic used, the model included age, gender, race, income, comorbid mental health diagnoses, levels of service use, and degree of VA service connected disability. The investigators reported that 7.3% (4,132/56,849) of patients were diagnosed with diabetes and 0.2% (n=88) were hospitalized for diabetic ketoacidosis. The hazard ratios for diabetes diagnoses compared to convention antipsychotics were 1.57 (95%CI 1.31-1.89) for clozapine, 1.15 (95%CI 1.07-1.24) for olanzapine, 1.20 (95% CI 0.99-1.44) for quetiapine and 1.01 (0.93-1.10) for risperidone. The corresponding attributable risks for diabetes were 2.03% for clozapine, 0.8% for quetiapine, 0.63% for olanzapine and 0.05% for risperidone.

[8]Ostbye et al used the Advance PCS database to compare diabetes risk among patients receiving atypical antipsychotics, traditional antipsychotics, antidepressants, and antibiotics. This study used prescription claims for diabetes medications as a proxy for a diabetes mellitus diagnosis. Patients with prescriptions for diabetes mellitus drugs during a six month lead in period were excluded. Also excluded were patients whose claim for a diabetes medication predated the claim for one of the included study drugs. The main analysis included patients whose first prescription for a study drug occurred following the lead in period. The investigators used patients prescribed traditional antipsychotics (grouped) as a control group, although haloperidol and thioridazine were also considered separately. Other control groups included a 10% random sample of patients prescribed an antidepressant but not an antipsychotic medication and a random sample of patients prescribed an antibiotic but not an antipsychotic medication. The investigators calculated a chronic disease score for subjects that included information about the number of drugs used to treat target diseases (not specified) based on prescriptions filled during the lead in period. The chronic disease score was used as a covariate in a logistic regression model along with age and sex. The authors reported that the unadjusted rate of diabetes in the traditional antipsychotic group was 11.3/1,000/year compared to 7.5/1,000/year in the

6

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

atypical antipsychotic group, 7.8/1,000/year in the antidepressant group, and 5.1/1,000/year in the antibiotic group. The authors noted that the unadjusted diabetes incidences were higher for clozapine (7.9), olanzapine (9.4), and ziprasidone (14.5) compared to quetiapine (5.4) and risperidone (6.0). In their first multivariable model which used traditional antipsychotic users as a comparison group, the authors found that the pooled atypical antipsychotic user group (OR 0.86, 95% CI 0.6-1.23) and the antibiotic group (OR 0.68, 95% CI 0.5-0.92) had a lower risk of diabetes and the antidepressant group a slightly higher diabetes risk (OR 1.08, 95% CI 0.81-1.45). In a second multivariable model, the investigators compared the atypical antipsychotic users to risperidone and found a lower diabetes risk for quetiapine (OR 0.66, 95% CI 0.28-1.57) and higher risks for clozapine (OR 1.13, 95% CI 0.15-8.37), olanzapine (OR 1.34, 95% CI 0.83-2.15) and ziprasidone (OR 2.64, 95% CI 0.35-19.9). The authors interpreted their findings as showing no significant difference in the rate of incident diabetes in patients treated with atypical antipsychotics compared to traditional antipsychotics. They cautioned that comparisons among specific drugs are limited by the number of outcomes in each group.

[9]Spoelstra et al conducted a study within a pharmacy database of 6 Dutch cities. The investigators used initiation of insulin therapy as a surrogate for worsening glucose control in diabetes mellitus patients treated with oral hypoglycemic agents. The investigators compared initiation of insulin therapy in patients treated with antipsychotics to those not treated with antipsychotics. The investigators first identified patients starting their first oral hypoglycemic agent between 1991 and 1997. After identification of likely first oral hypoglycemic use, the investigators examined the data for the preceding 180 days for use of oral hypoglycemic agents or insulin (if found, these patients were excluded). Investigators also excluded patients who initiated insulin within 90 days of starting an oral hypoglycemic agent and any patients with fewer than 2 consecutive prescriptions for oral hypoglycemic agents. Within the subgroup of patients with at least 2 years of medication history following diagnosis, the investigators looked for initiation of insulin therapy. The investigators provided graphs of insulin free survival. The investigators reported that they identified only 14 patients prescribed an atypical antipsychotic and so they did not report separately risks for typical and atypical antipsychotics. They reported that in the two years after starting an oral hypoglycemic agent, there was a significantly increased risk of initiation of insulin among users of antipsychotic agents and nonusers (crude HR 2.0, 95% CI 1.2–3.3). After adjusting for age at onset and calendar year of first oral hypoglycemic agent, the HR and 95% CI were unchanged. At three years after diagnosis, the adjusted HR for antipsychotic users was still increased compared to nonusers but the 95% CI included one (HR 1.3, 95% CI 0.8 to 2.1) and in years four and five, the HR was no longer increased (HR 0.9, both years). The investigators interpreted their findings as consistent with an increased risk of worsening diabetes control among antipsychotic users compared to nonusers and that the data suggest an acute effect that diminishes over time.

In a letter to the editor, [10]Sumiyoshi et al described diabetes risk in outpatients treated at a community mental health center. On randomly assigned days, the investigators contacted all patients who visited the center that day and included consenting patients who were

FDACDER 001556

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

taking clozapine, olanzapine, quetiapine, or risperidone. The investigators collected information about when treatment with the current antipsychotic began (index date), if/when the patient was diagnosed with diabetes mellitus, and demographic information for patients. Any patients diagnosed with diabetes mellitus prior to the index date were excluded. The investigators reported on 116 subjects, 14 of whom developed diabetes mellitus following the index date. The investigators found no significant difference in frequency of diabetes mellitus for the different atypical antispsychotic agents (clozapine 22%, 5/23; risperidone 17%, 4/23; olanzapine 9%, 5/55; and quetiapine 0/15). The investigators reported no significant difference in OR for diabetes mellitus risk when adjusted for duration of treatment, for direct comparisons of clozapine and risperidone, clozapine and olanzapine, and risperidone and olanzapine.

[11]Ollendorf et al examined the rate of new onset diabetes mellitus in patients treated with antipsychotics. The investigators used the PharMetrics Patient Centric Database, which they described as a medical and pharmaceutical claims database for approximately 36 million patients from 61 health plans across the United States. The database includes inpatient and outpatient diagnoses and procedures, standard and mail order prescription records, demographic data, health plan type, payer type, provider specialty and plan enrollment start and stop dates. The study included patients with a diagnosis of schizophrenia and one or more paid pharmacy claim for an antipsychotic medication between 9/30/95 and 9/30/01. The first observed antipsychotic claim was the index date and data for the 12 months preceding the index data was compiled. The investigators excluded any patients with more than one prescribed antipsychotic on the index date (<1%). Patients with use of an atypical or conventional antipsychotic in the six months before the index date were excluded. Patients with a diagnosis of diabetes mellitus in the 12 months prior to the index date were excluded. Patients had to have at least 3 months of follow up to be included in the study. Diabetes mellitus was identified through either a diabetes diagnosis or prescription of a medication for treatment of diabetes. The study included 937 olanzapine patients, 690 risperidone patients, 164 quetiapine patients, and 35 clozapine patients. The investigators identified 45 patients in the atypical group (2.46%) and 17 in the conventional group (2.76%) who developed diabetes during the follow up. For the individual atypical agents, the diabetes incidence risk was 2.45% (23/937) for olanzapine, 2.32% (16/690) for risperidone, 5.71% (2/35) for clozapine, and 2.44% (4/164) for quetiapine. In their Cox proportional hazard analysis, at one year, the risk of DM was higher in the atypical cohort compared to the conventional cohort (HR 1.172, 95% CI 1.061-1.3). When diabetes mellitus risk was compared among the atypicals, the HRs were as follows: olanzapine vs. risperidone 1.049 (95%CI 0.93-1.17), olanzapine vs. quetiapine 1.170 (95% CI 0.97-1.37), and olanzapine vs. clozapine 1.47 (95% CI 0.97-1.97). In a separate logistic regression analysis that included only those patients enrolled for at least 12 months after the index date the diabetes mellitus risk was again higher among the atypical group compared to the conventional group (OR 1.193, 95% CI 0.51-2.82). Among the atypicals, the ORs were as follows: olanzapine vs. risperidone 0.52 (95% CI 0.18-1.49) and olanzapine vs. quetiapine+clozapine 1.23 (95% CI 0.14-11.0). The investigators concluded that patients with schizophrenia treated with atypical antipsychotics were at moderately increased risk of diabetes compared to those

**FDACDER 001557**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

treated with conventional antipsychotics but that the risk was not significantly different among patients treated with individual antipsychotic medications.

[12]Sacchetti et al conducted a study within an Italian database that captures data from 550 general practitioners. The investigators identified non diabetic patients who started haloperidol, olanzapine, risperidone, or quetiapine and followed them for a maximum of two years. Follow up ended with diabetes mellitus (prescription of an anti-diabetes drug), co-treatment with another antipsychotic, death, or loss to follow up. A comparison cohort was composed of randomly selected patients who were non-diabetic and antipsychotic free at study entry and not prescribed antipsychotics during follow up (two age and sex matched subject for each antipsychotic treated patient). The raw incidence of diabetes for haloperidol, olanzapine, risperidone, and quetiapine was 19.6, 22.8, 24.9, and 52.7 per 1,000 person years compared to an incidence of 1.5/1,000 person years in unexposed individuals. Results from a Cox proportional hazards analysis found an increased hazard ratio for diabetes for each of the antipsychotic treatment groups compared to the unexposed group. When comparing the antipsychotics, the hazard ratios were not significantly different from each other. The authors concluded that patients treated with antipsychotics had a higher risk for new onset diabetes compared to untreated patients and that the hazard ratios for the four treatments were not significantly separated.

[13]Lambert et al conducted a case control study within a cohort of California Medicaid beneficiaries. Data came from the medical and prescription claims filed between January 1, 1995 and September 30, 2000. Cases were patients with schizophrenia who developed diabetes. Controls were age and gender matched schizophrenic patients without a diabetes diagnosis at the time diabetes was diagnosed in the matched case. Four controls were matched to each case. To be identified as having schizophrenia, a patient was required to have an ICD-9 diagnostic code on two separate occasions. To be identified as having diabetes mellitus, a patient was required to have an ICD-9 diagnostic code on two separate occasions or at least one prescription for an anti-diabetic medication. The investigators considered the medications prescribed in the 12 weeks prior to the diabetes diagnosis. Additional analyses extended this window to 24 and 52 weeks prior to diabetes diagnosis. Both cases and controls had to be exposed to at least one antipsychotic medication during the exposure widow. Medication exposure was grouped as followed: any typical or combination of typicals, any single atypical, combination of atypicals. Patients exposed to a combination of typicals and atypicals were excluded from the analysis. Antipsychotics were classified as low, medium, or high dose based on the empirical distribution of actual doses and expert opinion. Cases were required to have six months worth of data prior to the index date to rule out prevalent diabetes. The data were analyzed using conditional logistic regression models and along with exposure, the investigators included race, use of other medications associated with diabetes. The reference group in the analyses was the typical antipsychotic exposure group. The investigators reported that schizophrenic patients who developed diabetes were more likely to have been exposed to clozapine (OR 1.34, 95% CI 1.16-1.55) olanzapine (OR 1.36, 95% CI 1.2-1.53) or combination atypicals (OR 1.58, 95% CI 1.33-1.88). Using longer exposure windows, the OR for olanzapine clozapine and atypical combinations increased slightly. In the 52 week exposure window analysis, the investigators

9

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

demonstrated that the OR for diabetes with lower doses was significantly smaller than the OR for medium and higher doses. Neither risperidone nor quetiapine were associated with increased odds for developing diabetes for any of the analyses. The investigators noted the small number of quetiapine subjects in the study which limited any conclusions. The investigators felt that the results support that certain atypical antipsychotics may be associated with a significantly increased risk of diabetes. The investigators used the risk information to estimate that use of olanzapine might increase diabetes risk from 1 in 286 to 1 in 210 or from 1 in 143 to 1 in 105 (depending on the risk in the background which is currently not known). The investigators identified limitations of the study including lack of independent validation of the diagnostic codes used in the study, lack of information on important risk factors including BMI and family history. They also acknowledge that the Medicaid population may differ from the general population impacting the generalization of results. They acknowledge that their analyses that examine ongoing rather than new use can examine associations but not necessarily causality. They acknowledge the need for prospective trials to assess the findings from observational studies.

[14]Moisan et al conducted a population based cohort study using data from the Prescription Drug Insurance Plan in Quebec. The investigators identified patients who received at least one prescription for an atypical antipsychotic between 1/1/97 and 8/31/99. The investigators then obtained data on all drugs dispensed and all physician visits between 7/1/96 and 8/31/2000. The investigators excluded patients who were >=65 years old, who had received any atypical antipsychotic during 180 days prior to the index date, who had received two atypicals on the index date, who started clozapine or quetiapine, or who were not eligible for the drug plan for 180 days prior to the index date. They then classified patients as diabetes free (no antidiabetes drugs during the 180 days preceding the index date), dyslipidemia free (no lipid reducing drugs during the 180 days preceding the index date), and both disease free. The outcome event was a first prescription for an antidiabetes drug in the diabetes free group, the first prescription for a lipid lowering agent for the dyslipidemia free group, a prescription for either agent in the both disease free group. Patients were censored if they discontinued the index drug (no refill for 60 days after the end of the last prescription), became ineligible for the drug plan, or reached the end of follow up. Data were analyzed using Cox proportional hazards models. The investigators reported that the risk of initiating an antidiabetes drug was higher among olanzapine subjects than risperidone subjects (IRR 1.33, 95% CI 1.03-1.73). The risk for initiating a lipid lowering agent was higher among olanzapine patients than risperidone patients (1.49, 95% CI 1.22-1.83). The risk of initiating either an antidiabetes or a lipid lowering agent was higher for olanzapine patients compared to risperidone patients (1.47, 95% CI 1.23-1.76). Identified limitations included use of prescriptions as surrogate for outcome, lack of information about potential differences in screening frequency for outcomes of interest, lack of information about other potential risk factors for the outcomes of interest, and lack of information about indication for atypical antipsychotic treatment. The investigators concluded that the risk for diabetes and dyslipidemia were higher among olanzapine patients compared to risperidone patients and that prospective studies are needed to assess the cardiovascular safety of olanzapine.

FDACDER 001559

**CONFIDENTIAL INFORMATION – SUBJECT TO PROTECTIVE ORDER**

[15]Citrome et al conducted a case control study to examine diabetes risk for schizophrenia and schizoaffective inpatients treated with a single second generation antipsychotic and multiple second generation antipsychotics compared to patients treated with first generation antipsychotics. This study was conducted using a database that captures information for patients in facilities of the New York State Psychiatric Hospital System. Cases and controls were inpatients, with >= 60 day stay during the period 1/1/00 through 12/21/02 and treated with >= 1 dose of antipsychotic. Patients were excluded from the study if they had past prescriptions for antidiabetic medications. Cases were patients who received new prescriptions for antidiabetic medications. Eight controls were matched to each case on calendar year, length of stay during the calendar year, race, age group (<40, >=40 years), and diagnosis (schizophrenia, schizoaffective disorder). Antipsychotic treatment in the 45 days preceding initiation of antidiabetic medication was identified for the cases. The investigators identified 181 cases and 1448 matched controls. There were no statistically significant differences between cases and controls for race, age, or diagnosis, but the percentage of males was lower among cases compared to controls. A logistic regression analysis that adjusted for age and gender found that compared to controls, cases were more likely to have been exposed to quetiapine (OR 3.09, 95% CI 1.59-6.03), more than one second generation antipsychotic (OR 2.86, 95% CI 1.57-5.2), clozapine (OR 2.06, 95% CI 1.07-3.99), olanzapine (OR 1.57, 95% CI .87-2.82), and risperidone (OR 1.5, 95% CI .81-2.79). When stratified by sex, the ORs and 95% CIs were similar for males compared to the overall analysis but among females the ORs were lower and all 95% CIs included one. The investigators also found that patients in the control group receiving clozapine, olanzapine, or more than one second generation antipsychotic were more likely to have plasma glucose tests. The investigators felt that their study demonstrated an association between second generation antipsychotics and diabetes mellitus. They felt an advantage of their study was restriction of the population to schizophrenia and schizoaffective diagnoses. The investigators suggested that not finding a statistically significant increased diabetes risk with olanzapine might be due to available information at the time about olanzapine's possible diabetes risk. This information may have influenced prescribing patterns, resulting in less olanzapine use in patients with higher baseline diabetes risk. The investigators identified sex as a potential moderator variable for the antipsychotic diabetes relationship. The investigators noted that treatment assignment was not randomized and that factors associated with the risk of diabetes and the choice of medication could have confounded the results. They also note that incomplete information in the database could have led to underascertainment of patients with diabetes. As with other studies, the investigators did not have information for all diabetes risk factors and noted the absence of information about weight, BMI, family history, physical activity, and other risk factors. The authors acknowledge the need for randomized controlled trials and prospective cohort studies to further clarify the second generation antipsychotic diabetes mellitus relationship.

**Discussion**
There have been a number of published studies regarding atypical antipsychotics and diabetes in the two years since our last literature update but considering all of the results, there does not appear to be clear evidence to support changes in our position about this

11

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

relationship. The clinical pharmacology studies document interesting findings but it is unclear to what extent the observed changes in metabolic laboratory parameters predict the risk of diabetes mellitus outcomes in treated patients. In reviewing the epidemiological studies one sees considerable variability in the results. In one study a given antipsychotic may appear worse than others, while in other studies the same antipsychotic appears to be associated with decreased risk relative to others. There continues to be a lack of information about the two most recently approved second generation antipsychotics, ziprasidone and aripiprazole. Given the inconsistent findings and incomplete information, it appears appropriate to continue to advise in labeling that patients treated with any of the atypical antipsychotics be monitored for diabetes mellitus. Definitive answers about the absolute magnitude of diabetes mellitus risk with atypical antipsychotic treatment as well as relative risk among different atypicals will likely require carefully conducted prospective studies that consider all relevant risk factors.

---

[1] Glucose Metabolism in Patients With Schizophrenia Treated With Atypical Antipsychotic Agents: A Frequently Sampled Intravenous Glucose Tolerance Test and Minimal Model Analysis. Henderson DC, Cagliero E, Copeland PM, Borba CP, Evins E, Hayden D, Weber MT, Anderson BJ, Allison DB, Daley TB, Schoenfeld D, Goff DC. Arch Gen Psychiatry. 2005 Jan;62(1):19-28. PMID: 15630069

[2] Insulin resistance and increased leptin concentrations in noncompliant schizophrenia patients but not in antipsychotic-naive first-episode schizophrenia patients. Arranz B, Rosel P, Ramirez N, Duenas R, Fernandez P, Sanchez JM, Navarro MA, San L. J Clin Psychiatry. 2004 Oct;65(10):1335-42. PMID: 15491236

[3] Frequency of new-onset diabetes mellitus and use of antipsychotic drugs among Central Texas veterans. Barner JC, Worchel J, Yang M. Pharmacotherapy. 2004 Nov;24(11):1529-38. PMID: 15537558

[4] Disturbed glucose metabolism among patients taking olanzapine and typical antipsychotics. Dunlop BW, Sternberg M, Phillips LS, Andersen J, Duncan E. Psychopharmacol Bull. 2003 Summer;37(3):99-117. PMID: 14608243

[5] Comparative study of the development of diabetes mellitus in patients taking risperidone and olanzapine. Fuller MA, Shermock KM, Secic M, Grogg AL. Pharmacotherapy. 2003 Aug;23(8):1037-43. PMID: 12921249

[6] Prevalence of diabetes mellitus among outpatients with severe mental disorders receiving atypical antipsychotic drugs. Lamberti JS, Crilly JF, Maharaj K, Olson D, Wiener K, Dvorin S, Costea GO, Bushey MP, Dietz MB. J Clin Psychiatry. 2004 May;65(5):702-6. PMID: 15163259

[7] Incidence of newly diagnosed diabetes attributable to atypical antipsychotic medications. Leslie DL, Rosenheck RA. Am J Psychiatry. 2004 Sep;161(9):1709-11. PMID: 15337666

FDACDER 001561

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

[8] Atypical antipsychotic drugs and diabetes mellitus in a large outpatient population: a retrospective cohort study. Ostbye T, Curtis LH, Masselink LE, Hutchison S, Wright A, Dans PE, Schulman KA, Krishnan RR. Pharmacoepidemiol Drug Saf. 2004 Sep 16 PMID: 15372671

[9] Antipsychotic drugs may worsen metabolic control in type 2 diabetes mellitus. Spoelstra JA, Stolk RP, Cohen D, Klungel OH, Erkens JA, Leufkens HG, Grobbee DE. J Clin Psychiatry. 2004 May;65(5):674-8. PMID: 15163254

[10] A comparison of incidence of diabetes mellitus between atypical antipsychotic drugs: a survey for clozapine, risperidone, olanzapine, and quetiapine. Sumiyoshi T, Roy A, Anil AE, Jayathilake K, Ertugrul A, Meltzer HY. J Clin Psychopharmacol. 2004 Jun;24(3):345-8. PMID: 15118492

[11] Rate of new-onset diabetes among patients treated with atypical or conventional antipsychotic medications for schizophrenia. Ollendorf DA, Joyce AT, Rucker M. MedGenMed. 2004 Jan 20;6(1):5. PMID: 15208518

[12] Incidence of diabetes in a general practice population: a database cohort study on the relationship with haloperidol, olanzapine, risperidone or quetiapine exposure. Sacchetti E, Turrina C, Parrinello G, Brignoli O, Stefanini G, Mazzaglia G. Int Clin Psychopharmacol. 2005 Jan;20(1):33-37. PMID: 15602114

[13] Association between Antipsychotic Treatment and Hyperlipidemia Among California Medicaid Patients With Schizophrenia. Lambert BL, Chang KY, Tafesse E, Carson W. J Clin Psychopharmacol. 2005 Feb;25(1):12-18. PMID: 15643095

[14] Exploring the risk of diabetes mellitus and dyslipidemia among ambulatory users of atypical antipsychotics: a population-based comparison of risperidone and olanzapine, Moisan J, Gregoire JP, Gaudet M, Cooper D. Phamacoepidemiolol Drug Saf. 2005 Jun;14(6):427-36. PMID: 15786513

[15] Relationship between antipsychotic medication treatment and new cases of diabetes among psychiatric inpatients. Citrome L, Jaffe A, Levine J, Allingham B, Robinson J. Psychiatr Serv. 2004 Sep;55(9):1006-13. PMID: 15345760

FDACDER 001562

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

---

**This is a representation of an electronic record that was signed electronically and
this page is the manifestation of the electronic signature.**

---

```
/s/
---------------------
Jerry Boehm
5/1/2006 08:58:27 AM
MEDICAL OFFICER


Judith Racoosin
5/1/2006 02:02:11 PM
MEDICAL OFFICER
This literature review was conducted in May 2005; its
findings were used to update a talk on
diabetes and atypical antipsychotics which was presented at
the NCDEU meeting in June 2005.
```

Appears This Way
On Original



```
Job : 11
Date: 3/13/2009
Time: 3:38:42 PM
```

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

## Review and Evaluation of Clinical Data

**NDA:** 20-639
**Sponsors:** Astra-Zeneca
**Drugs:** Seroquel (quetiapine)
**Material Submitted:** Responses to FDA Request for Information
**Subject:** association with diabetes mellitus
**Correspondence Date:** 8/31/00
**Date Received:** 9/1/2000
**Date Review Completed:** 1/26/01
**Reviewed by:** Gerard Boehm, MD, MPH

**Summary of Findings**
The sponsor's submission describing glucose related abnormalities associated with quetiapine did not provide affirmative proof of a drug related effect but did include several interesting findings. Pre-clinical testing identified glucagon-secreting cell hyperplasia but this was confined to a single species (rat) and was seen in a 12-month study but not a 24-month study and the relevance of this finding is not known. In the human NDA population, there were occasional glucose related AE reports but these events were infrequent and in the controlled trials appeared similar in frequency across treatment groups. There were no reports of diabetic ketoacidosis or non ketotic hyperglycemic hyperosmolar coma in the quetiapine NDA but a quetiapine treated subject in an extension trial was hospitalized for hyperglycemia with a treatment emergent blood glucose of 1,104mg/dl that required insulin therapy and resulted in discontinuation from the trial. There were 3 additional subjects with AEs of diabetes mellitus, all from open label trials, two had a history of diabetes prior to enrollment. The serum glucose analyses were based on non fasting samples and while there were no substantial differences in the sponsor's mean change analyses, there appeared to be an increased risk of developing a glucose $\geq$200mg/dL among quetiapine exposed subjects in short term trials, based on limited exposure. The sponsor reported 3 ketoacidosis events and 9 additional diabetes mellitus events in their post-marketing report adverse event database with 200,000 person years of estimated exposure.

**Pre-clinical data**
The sponsor concluded that pre-clinical data provided no evidence that treatment with quetiapine in man may be associated with diabetes. They acknowledged finding hyperplasia of glucagon secreting cells at the periphery of pancreatic islets in rats exposed to quetiapine 75 and 250 mg/kg/day for 12 months and stated that these changes were not observed after administration for 2 years at the same dose levels in other rat studies. The sponsor did not observe hyperplasia of glucagon secreting cells in the pancreatic islets of mice, dogs, or primates during single or multiple dose studies (up to 12 months duration). The sponsor did not summarize animal serum glucose result data in their pre-clinical presentation.

**Clinical data**
The sponsor searched their development program database for adverse events subsumed under the following COSTART terms: thirst, polyuria, urinary frequency, weight gain, hyperglycemia, diabetes mellitus, diabetic ketoacidosis, hyperosmolar coma. The sponsor reported AE risks using both numbers of subjects and person time denominators. Results were provided separately for phase I studies, short-term phase II/III studies ($\leq$6 weeks), long term phase II/III studies, and uncontrolled studies.

FDACDER 001605

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

The sponsor described the exposures for the different trial groupings. Three hundred subjects were exposed to quetiapine in phase I studies. In phase II/III studies, 1,710 subjects were exposed to quetiapine (1,450 short term <=6 weeks, 260 long term >6 weeks). In uncontrolled trials, 1,256 subjects were exposed to quetiapine (409 first time exposures). The sponsor reported that a total of 2,419 subjects were exposed to quetiapine during the NDA development program. The sponsor reported 209 placebo (all short term) 320 haloperidol (279 short term), and 100 chlorpromazine (all short term) subjects in their studies.

**Phase I Trials- AEs**
For the 300 subjects exposed to quetiapine in Phase I trials there was 1 report of polyuria, 2 of urinary frequency, 1 of weight gain, 1 of hyperglycemia, and no reports of diabetes mellitus, diabetic ketoacidosis, or hyperosmolar coma. The sponsor reported that none of the events were considered serious or led to discontinuation from a trial.

**Short term Controlled Phase II/III Trials- AEs**
In the short-term phase II/III trials there were no hyperglycemia, diabetes mellitus, diabetic ketoacidosis, or hyperosmolar coma AEs in any of the treatment groups. The risk for weight gain was 1.4% (20/1,450) for quetiapine compared to 1.1% (3/279) for haloperidol and 0 for placebo (0/206) and chlorpromazine (0/100). Thirst, polyuria, and urinary frequency AEs were rarely reported.

**Long term Controlled Phase II/III Trials- AEs**
In the long-term phase II/III trials there were no polyuria, urinary frequency, hyperglycemia, diabetes mellitus, diabetic ketoacidosis, or hyperosmolar coma AEs in either of the treatment groups. Thirst was reported as an AE for 1 quetiapine subject (0.3%, 1/260) and no haloperidol subjects (0/41). Weight gain was reported as an AE for 11 quetiapine subjects (4.2%, 11/260) and no haloperidol subjects. None of the identified AEs were serious or led to discontinuation from a trial.

**Uncontrolled Trials- AEs**
In uncontrolled quetiapine trials 2 subjects experienced hyperglycemia AEs (0.2%, 2/1,256) and 3 subjects experienced diabetes mellitus AEs (0.2% 3/1,256) but there were no reports of diabetic ketoacidosis or hyperosmolar coma. The risk for weight gain was 3% (38/1,256) in these uncontrolled trials.

The sponsor provided narratives for the diabetes mellitus AEs and I have summarized those events below.

5077IL/0012/0046/4603 This 35 year old white female with a history of diabetes mellitus treated with an oral agent completed a controlled trial where she received quetiapine and then entered an open label extension trial. During the extension she had headache, insomnia, and unstable diabetes AEs while receiving quetiapine 300mg/day. The unstable diabetes AE was not a serious AE and did not lead to discontinuation. She was treated with insulin. The sponsor provided no other outcome information.

5077IL/0015/0005/0509 This 40 year old black female with diabetes treated with an oral agent discontinued from a controlled trial where she received haloperidol. The reason for discontinuation was reported as intercurrent illness. She was then entered into an open label extension where she was given quetiapine 500mg/day. She developed tongue tremors, constipation, weight gain, tooth abscess, septicemia, and poorly controlled diabetes mellitus. She was treated with insulin and the event was not considered serious and did not lead to discontinuation from the trial.

FDACDER 001606

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

**5077IL/0014/0036/3605** This 51 year old white female with hypertension completed a controlled trial where she received haloperidol 10mg/day. She then entered an open label extension where she received quetiapine 400mg/day. She developed an infection and diabetes mellitus. She was treated with an oral hypoglycemic agent and the event was not considered serious and did not lead to discontinuation from the trial.

The sponsor did not report serum glucose values for any of the events noted above.

The sponsor provided narratives for the hyperglycemia AEs and I have summarized those events below.

**5077IL/0012/0093/9304** This 53 year old white woman with a history of diabetes treated with insulin was discontinued on day 34 of an uncontrolled trial where she received quetiapine 200mg/day. She had an AE of hyperglycemia on day 18 (no serum glucose reported). The event was reported as resolved 3 weeks after withdrawal from trial treatment.

**5077/IL/0013/0001/0109** This 44 year old black male with a history of untreated borderline glucose levels was enrolled in an uncontrolled trial where he received quetiapine 600mg/day and discontinued on day 10 for a hyperglycemia AE. On study day 8 he was noted to have a glucose of 393mg/dL (drawn when) and a repeat drawn on day 8 was 407mg/dL. He was started on an oral hypoglycemic agent and a special diet. On day 10 he complained of nausea, dizziness, vomiting and blurred vision. Blood glucose at that time was 1,104mg/dL. He was hospitalized and treated with IV insulin and hydration and discontinued from the trial. Within 5 days, serum glucose decreased and he was switched from insulin to an oral hypoglycemic agent.

**Plasma Glucose Lab Analyses**
The sponsor noted that subjects were not fasting prior to glucose measurements in quetiapine trials. The sponsor did not provide a summary of the glucose collection schedules.

*Mean change analysis*
There did not appear to be substantial evidence of differences in mean change for glucose from the sponsor's presentations. In the short-term placebo controlled trials, the glucose mean change from baseline was 3.6mg/dl for quetiapine treated subjects and −0.26mg/dL for placebo treated subjects. In the short-term active control trials the glucose mean change for quetiapine subjects was −1.3mg/dL compared to −1.2mg/dL for chlorpromazine treated subjects. In the long-term controlled trial the glucose mean change in the quetiapine treated group was 4.53 mg/dL compared to 4.01mg/dL in the haloperidol treated group.

*Outlier analyses*
There was an excess of quetiapine subjects with one or more glucose measurement ≥200mg/dL in the short term controlled trials. I have summarized the sponsor's results in the table below.

Subjects with glucose <200mg/dL at baseline and glucose≥200mg/dL during short term controlled trials

|  | Quetiapine n=322; 28.1 PY | Placebo n=142; 10.6 PY | Chlorpromazine n=92; 8.8PY |
|---|---|---|---|
| Post baseline glucose>=200mg/dL | 3.1% (n=10) | 0.7% (n=1) | 0 |
| Incidence (person years) | 0.4/PY | 0.1/PY | 0 |

In addition to the subjects identified above, one quetiapine one placebo and no chlorpromazine subjects had a glucose result ≥200mg/dL both at baseline and during the study.

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

In the long-term controlled trials, there was an increased risk for glucose outliers (≥200mg/dL) among haloperidol treated subjects compared to quetiapine treated subjects based on a small number of events. Those results are provided below.

Subjects with glucose <200mg/dL at baseline and glucose≥200mg/dL during long term controlled trials

|  | Quetiapine n=170; 68.1 PY | Haloperidol n=35; 16.4 PY |
|---|---|---|
| Post baseline glucose>=200mg/dL | 1.2% (n=2) | 3.1% (n=1) |
| Incidence (person years) | 0.1/PY | 0.2/PY |

In addition to the subjects identified above, 3 quetiapine and 2 haloperidol subjects had a glucose ≥200mg/dL both at baseline and during the study.

For patients with glucose≥200mg/dL, the sponsor analyzed all glucose values collected during the trials. For the 12 quetiapine patients with baseline glucose <200mg/dL and at least 1 post baseline glucose ≥200mg/dL, 7 had last visit glucose results <200mg/dL. Six of these 7 had a single glucose result abnormality and the remaining subject had 3 glucose abnormalities (not listed). Five quetiapine subjects had a glucose result ≥200mg/dL at their last visit and 3 of these 5 also had elevated glucose results at baseline (178, 192, and 186mg/dL). None of the 12 subjects with baseline glucose <200mg/dL and at least 1 post baseline glucose ≥200mg/dL had a recorded glucose >300mg/dL.

**Post Marketing**
The sponsor reviewed their quetiapine post marketing adverse event reports through May 2000 to identify cases of hyperosmolar coma, new onset diabetes mellitus, diabetic ketoacidosis, hyperglycemia, and weight gain.

The sponsor has not received any hyperosmolar coma quetiapine post marketing reports.

The sponsor identified 12 reports of diabetes mellitus and provided narratives for these reports. The age range in these reports was 12-48 years mean 32.5 years and a median of 34 years. Seventy five percent of the reports were for males. The dose range was 50-750mg with a mean of 385mg and a median of 400mg. The average time until event was 4.9 months with a median of 2 months and a range of 15 days to 21 months. Average blood glucose at presentation was 833mg/dL with a median of 474 mg/dL and a range of 311-2,240mg/dL.

The sponsor identified 3 reports of ketoacidosis (2 of these were also included as diabetes cases). The reported ages in these cases were 25, 43, and 58 and all three were males. One ketoacidosis case occurred within a few weeks of starting quetiapine, another ketoacidosis case occurred almost 2 years after starting quetiapine and the remaining ketoacidosis case did not include time to event information. In one case, diabetes was identified as new onset, in a second case the patient had a prior history of diabetes and in the third case it was unclear if diabetes was a preexisting condition.

In addition to the reports described above, the sponsor identified 2 quetiapine post-marketing reports of hyperglycemia. Neither report provided glucose results, diagnostic work up, or treatment.

FDACDER 001608

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

**Weight Change**
In response to the division's request, the sponsor provided information regarding quetiapine and weight gain. In addition to weight gain AE data reviewed above, the sponsor analyzed weight data from a quetiapine flexible dose open label extension trial. The sponsor analyzed weight change for subjects with both a baseline weight measurement (from the prior controlled trial) and a weight measurement during treatment week 53-78. The sponsor used the mean weight for subjects with more than one measurement during weeks 53-78. The sponsor also analyzed weight change at end point for the following three quetiapine dose groupings: ≤300mg, >300 to ≤500mg, and >500mg.

The sponsor reported a mean weight increase of 1.87kg for those subjects with baseline and week 53-78 weight measurements. The median weight change for this group was 1.2kg. The minimum and maximum reported weight changes were −27.2kg and 25.5kg, respectively. The sponsor did not further characterize the weight change distribution.

The weight change by dose group analysis did not suggest a dose response, although when interpreting the sponsor's results one must consider that these subjects were not randomized to dose and that a substantial number of subjects had no dose recorded. The following table summarizes the weight change by dose group results provided by the sponsor.

Weight change by dose group, quetiapine open label trial 5077IL/0051

| | No recorded dose n=103 | ≤300mg n=72 | >300-≤500mg n=71 | >500mg n=134 |
|---|---|---|---|---|
| Mean weight change kg | 1.21 | 0.75 | 0.20 | -0.34 |
| Median weight change kg | 1.00 | -0.25 | -0.60 | 0 |
| Min | -21.8 | -14.5 | -21.4 | -27.2 |
| Max | 26.5 | 26.8 | 27.3 | 23 |

**Patient Exposure**
In response to the division's request, the sponsor summarized patient exposure data from quetiapine trials and post marketing experience. Three hundred subjects were exposed to quetiapine, most for less than 3 weeks, in phase I trials. The sponsor reported that 1,710 subjects were exposed to quetiapine in controlled phase II/III trials with 86% exposed for 6 weeks or less and 61 subjects exposed for at least 1 year. In uncontrolled trials, 1,256 subjects were exposed to quetiapine with 282 subjects exposed for at least 184 days, and 55 subjects exposed for at least 1 year. More detailed summaries of these exposures are included as an appendix to this document.

Using the number of prescriptions and the number of prescriptions per patient, the sponsor estimated post-marketing exposure through June 2000 at 623,000 patients and 199,000 person years.

**Correspondence with Foreign Regulatory Agencies**
The sponsor stated that there have been no issues raised either verbally or formally with foreign regulatory agencies related quetiapine and diabetes mellitus, hyperosmolar coma, diabetic ketoacidosis, or hyperglycemia. Foreign regulatory agencies asked the sponsor for additional information regarding quetiapine and weight gain and the mechanism of hyperplasia of glucagon secreting cells observed in the 1-year quetiapine rat studies (see above). The sponsor provided copies of these questions and their responses.

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

**Sponsor's Conclusions**

The sponsor concluded that the diabetogenic potential for quetiapine is unlikely because of the lack of evidence from pre-clinical studies, the low incidence of disturbances of glucose from clinical trials, the lack of lab glucose findings from clinical trials, and the small number of post marketing reports of glucose disturbances.

Appears This Way
On Original

FDACDER 001610

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

Attachment

### Mean daily dose and duration of exposure to quetiapine in phase I trials

| Duration (days) | Mean Daily Dose of Quetiapine (mg) | | | | | | Total (%) |
|---|---|---|---|---|---|---|---|
| | ≤75 | >75 ≤150 | >150 ≤300 | >300 ≤450 | >450 ≤600 | >600 ≤800 | |
| 1 | 33 | 0 | 0 | 0 | 0 | 0 | 33 (11) |
| 2 to 7 | 83 | 5 | 10 | 1 | 0 | 0 | 99 (33) |
| 8 to 14 | 1 | 3 | 19 | 18 | 29 | 0 | 70 (23) |
| 15 to 21 | 0 | 0 | 21 | 46 | 9 | 7 | 83 (28) |
| 22 to 35 | 0 | 8 | 1 | 5 | 1 | 0 | 15 (5) |
| Total (%) | 117 (39) | 16 (5) | 51 (17) | 70 (23) | 39 (13) | 7 (2) | 300 (100) |

### Mean daily dose and duration of exposure to quetiapine in controlled phase II/III trials

| Duration (days) | Mean Daily Dose of Quetiapine (mg) | | | | | | Total (%) |
|---|---|---|---|---|---|---|---|
| | ≤75 | >75 ≤150 | >150 ≤300 | >300 ≤450 | >450 ≤600 | >600 ≤800 | |
| 1 | 14 | 0 | 0 | 0 | 1 | 0 | 15 (1) |
| 2 to 7 | 59 | 24 | 60 | 4 | 1 | 0 | 148 (9) |
| 8 to 14 | 63 | 17 | 60 | 79 | 21 | 2 | 242 (14) |
| 15 to 21 | 36 | 22 | 37 | 55 | 19 | 2 | 171 (10) |
| 22 to 28 | 23 | 6 | 23 | 40 | 19 | 1 | 112 (7) |
| 29 to 35 | 17 | 2 | 16 | 24 | 9 | 8 | 76 (4) |
| 36 to 42 | 97 | 26 | 94 | 285 | 138 | 63 | 703 (41) |
| 43 to 112 | 39 | 6 | 29 | 51 | 27 | 9 | 161 (9) |
| 113 to 183 | 5 | 0 | 7 | 0 | 9 | 0 | 21 (1) |
| 184 to 365 | 16 | 4 | 15 | 0 | 20 | 0 | 55 (3) |
| 366 to 548 | 0 | 0 | 2 | 0 | 3 | 1 | 6 (0) |
| Total | 369 (22) | 107 (6) | 343 (20) | 538 (32) | 267 (16) | 86 (5) | 1710 (100) |

### Mean daily dose and duration of exposure to quetiapine in uncontrolled phase II/III trials

| Duration (days) | Mean Daily Dose of Quetiapine (mg) | | | | | | Total (%) |
|---|---|---|---|---|---|---|---|
| | ≤75 | >75 ≤150 | >150 ≤300 | >300 ≤450 | >450 ≤600 | >600 ≤800 | |
| 1 | 6 | 1 | 1 | 0 | 0 | 0 | 8 (1) |
| 2 to 7 | 17 | 18 | 31 | 11 | 2 | 1 | 80 (6) |
| 8 to 14 | 7 | 4 | 27 | 19 | 22 | 7 | 86 (7) |
| 15 to 21 | 7 | 2 | 10 | 30 | 25 | 15 | 89 (7) |
| 22 to 28 | 8 | 5 | 25 | 40 | 28 | 18 | 124 (10) |
| 29 to 35 | 2 | 2 | 5 | 15 | 29 | 13 | 66 (5) |
| 36 to 42 | 3 | 6 | 10 | 10 | 14 | 14 | 57 (5) |
| 43 to 112 | 10 | 12 | 36 | 57 | 80 | 82 | 277 (22) |
| 113 to 183 | 1 | 2 | 24 | 49 | 65 | 46 | 187 (15) |
| 184 to 365 | 1 | 5 | 41 | 58 | 60 | 62 | 227 (18) |
| 366 to 548 | 0 | 1 | 8 | 10 | 16 | 17 | 52 (4) |
| 549 to 730 | 0 | 0 | 1 | 0 | 0 | 1 | 2 (0) |
| 730 | 0 | 0 | 0 | 0 | 0 | 1 | 1 (0) |
| Total (%) | 62 (5) | 58 (5) | 219 (17) | 299 (24) | 341 (27) | 277 (22) | 1256 (100) |

FDACDER 001611

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**

---

This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.

---

```
/s/
--------------------
Jerry Boehm
5/22/01 05:54:26 AM
MEDICAL OFFICER


Judith Racoosin
5/22/01 10:14:10 AM
MEDICAL OFFICER
```

Appears This Way
On Original

FDACDER 001612