# EXHIBIT 10

Clinical Study Report
Study code: D1447C00126

and the BARS global assessment score at end of treatment were analyzed using the proportion of patients "improved", "with no change" or "worsened" from their baseline score.

### 5.5.8 Pharmacogenetic measurements and variables

Consent for genetic research was obtained and documented through a form separate from that used for the main study. This form specifically stated that sampling was optional and not a requirement for study participation. DNA samples obtained from participating patients' blood samples were coded and stored at a secure location within AstraZeneca. No personal identifiers traveled with the samples or were stored with them.

Documents that link the DNA sample's code with the clinical study data were stored in secure files at AstraZeneca with limited access. If a patient wishes to withdraw from the genetic research component of the study, this link will be used to track and destroy the relevant DNA sample. Once DNA testing has been performed, AstraZeneca cannot destroy DNA analysis results. DNA samples will be stored for a maximum of 15 years from completion of the clinical study; they will then be destroyed.

Except as required by law genetic data will not be made available to patients; insurance companies, employers, family members; or to the investigator or any other present or future treating physician. Where law requires that patients be granted access to their genetic research data should they request such information, this information will be provided to the patient by the investigator with the clear understanding that it reflects exploratory research and lacks clinical validity.

The results of any genetic testing, any genetic analyses, any genetic sequences, patents, diagnostic tests, drugs, or biological products developed directly or indirectly as a result of this study, as well as any information derived directly or indirectly from the samples collected in this study, are the sole property of AstraZeneca (and its successors, licensees, and assigns) and may be used for commercial purposes. Participating patients have no right to this property or to any share of the profits that may be earned directly or indirectly as a result of this study.

No analysis of DNA has been conducted at the time of finalization of this CSR, and thus, data can not be reported in the document.

### 5.6 Data management and quality assurance

The quality of study data was assured through monitoring of investigational sites, provision of appropriate training for study personnel, and use of data management procedures, as detailed below.

AstraZeneca's quality assurance and internal quality control procedures provide reassurance that the clinical study programme was carried out in accordance with GCP guidelines. AstraZeneca undertakes a GCP audit programme to ensure compliance with its procedures and to assess the adequacy of its quality control measures. Audits, by a Global Quality Assurance group operating independently of the study monitors and in accordance with

CONFIDENTIAL
AZSER19029991

Clinical Study Report
Study code: D1447C00126

documented policies and procedures, are directed towards all aspects of the clinical study process and its associated documentation.

### 5.6.1 Monitoring

Investigator's meetings were held before the start and periodically during the conduct of the study. Before the study was initiated at an investigational site, representatives of AstraZeneca, or a company representing AstraZeneca visited the site to ensure the adequacy of the facilities, and to discuss with the investigator and other personnel involved in the study their responsibilities with regard to study protocol adherence, and the responsibility of AstraZeneca and its representatives.

During the study, monitors had regular contacts with the investigational sites; these contacts included visits to confirm that the facilities remained acceptable, that the investigational teams were adhering to the protocol, that data were being accurately recorded in the CRF, and to provide information and support to the investigator. The monitor ensured that the drug accountability was carried out. Source data verification (a comparison of the data in the CRF with the hospital and other records at the investigational site) was also performed. The monitor or other AstraZeneca/CRO personnel were available between visits, to provide any information or advice required by the investigator.

#### 5.6.1.1 Closure of a clinical site due to quality

During the conduct of the study, AstraZeneca decided to close site 1105 due to problems with quality assurance. In 2004, the Polish site monitor discovered that site 1105 had poor quality. A QC check was performed by the Polish Clinical Process Manager (CPrM) and CRM (Study Leader) after receiving information from the monitor suggesting poor quality. Poor quality was confirmed by the CPrM and CRM. The Principal Investigator and other staff at the site were not willing to collaborate with AstraZeneca after the QC check, and AZ could therefore not guarantee the quality of the patient data. It was decided to close the site, without being able to perform Source Data Verification (SDV). The responsible Bioethics Committee (at Medical Academy in Lublin) was informed about these events by AstraZeneca. Data available from site 1105 was included in the evaluation of efficacy and safety.

### 5.6.2 Training

The Principal Investigator at each site ensured that appropriate training relevant to the study was given to the medical, nursing, and other staff involved and that any information of relevance to the performance of this study was forwarded to the co-investigators and other staff involved.

To ensure consistency throughout the study, all raters received training in rating the assessment scales. Only qualified raters were permitted to conduct the assessments. There was training and information on all study related processes at an Investigators' start-up meeting and at local initiation and monitoring meetings. AstraZeneca supplied more detailed instructions to center personnel as necessary before and during the study.

CONFIDENTIAL
AZSER19029992

Clinical Study Report
Study code: D1447C00126

### 5.6.3 Data management

The Data Management Plan (DMP) for the study described the methods used to collect, validate, transfer and process clinical data in the study. It also clarified the roles and responsibilities of the different functions and personnel involved in the data management process. The Data Management Plan served as a guideline for personnel involved in the data management process.

AstraZeneca provided paper CRFs used in this study for collection of all data except laboratory from the patients. The forms were printed in triplicate on carbonless paper. The investigator was responsible to ensure that the data in the CRFs were accurate and complete. The AstraZeneca monitor, or AstraZeneca's agent reviewed the data at each of the study centers. The monitor collected the original edited CRF pages on an ongoing basis throughout the study, and forwarded them to the respective local data management site.

After collection of the CRFs, each participating AstraZeneca Marketing Company (MC) and Clinical Research Region (CRR) entered data continuously throughout the study into the AMOS central database at AstraZeneca R&D, Södertälje. Data received electronically by AstraZeneca from a validated source was loaded directly into the study database for analysis. No transfer of data was needed, as all MC/CRR had remote access to the central database AMOS. Further data checking and validation were performed until the database corresponds completely with the data collected in the CRFs. Any queries raised by AstraZeneca as a result of the data cleaning process was to be answered by the investigator. Data were cleaned on a regular basis by the participating MC/CRR.

Clean file for the final database was declared at AstraZeneca R&D Södertälje when all data had been set to clean by the MC/CRR. Prior to clean file, AstraZeneca clinical data management performed a consistency check between center/countries and a final quality control on a sample of the data. This final control included critical variables, e g data related to primary endpoints and adverse events which were reviewed for 100% of randomized subjects. Remaining variables were reviewed for a randomly selected 5% sample of randomized subjects, at a minimum.

After the declaration of clean file, the randomization code was broken. Prior to unblinding, all decisions regarding evaluability of the data from each individual patient were made and documented. The date of clean file and the subsequent database lock was documented by the Clinical Data Manager and the Study Delivery Leader at AstraZeneca R&D Södertälje after a Södertälje after a clean file meeting with relevant Clinical Study Team (CST) members.

The original signed CRFs (ie, the complete document covering all study information concerning each patient) were stored at AstraZeneca and copies were stored at the respective sites.

CONFIDENTIAL
AZSER19029993

Clinical Study Report
Study code: D1447C00126

## 5.7 Statistical methods and determination of sample size

### 5.7.1 Statistical evaluation

The statistical evaluation of study data was performed by the Biostatistics Group of the AstraZeneca Biostatistics Section using SAS® Version 8.2.

### 5.7.2 Description of outcome variables in relation to objectives and hypotheses

Definitions of efficacy outcome variables are given in Section 5.5.1 and Section 5.5.3. Definitions of patient-reported outcome variables are given in Section 5.5.4. Definitions of safety outcome variables are given in Section 5.5.7.

The null hypotheses of no difference between quetiapine and placebo with respect to the primary outcome variable was tested in favor of the alternative hypotheses that treatment with quetiapine would have superior efficacy to placebo in time to recurrence of a mood event. Similar null hypotheses were tested for the secondary efficacy outcome variables.

### 5.7.3 Description of analysis sets

Data analyses were based on the 4 patient populations, defined below.

- The intent-to-treat (ITT) population included all evaluable patients in the randomized safety population, ie, included all randomized patients who took study treatment, classified according to their randomized treatment. Data from this population was used in the efficacy analyses.

- The per-protocol (PP) population was the subset of ITT patients who did not have any protocol violations or deviations regarded as interfering with an accurate efficacy assessment (see Appendix 12.1.9, the SAP, Appendix A, for further detail). Data collected after a patient had a deviation that significantly affected efficacy was to be excluded from analysis. Data from this population was used as a consistency check only for the primary study analysis.

- The open-label safety population included all patients who entered the Open-label treatment phase and took study treatment. Data from this population was used for safety analyses during the Open-label treatment phase.

- The randomized safety population included all patients who took randomized study treatment during the Randomized treatment phase, classified according to actual treatment taken. Data from this population was used for safety analyses during the randomization phase.

### 5.7.4 Statistical issues relating to study outcome variables

#### 5.7.4.1 General principles

All hypotheses were 2-sided.

CONFIDENTIAL
AZSER19029994

Clinical Study Report
Study code: D1447C00126

The analyses of efficacy data were primarily based on the ITT population. In addition, a supportive analysis was carried out using the PP population to evaluate the robustness of the results. The analysis of the safety data was performed for the safety population. When appropriate, the last (valid) observation carried forward (LOCF) principle was used to impute values in case of patient discontinuations leading to missing data. In addition, analyses using only the observed cases were performed.

This trial employed a central randomization stratified by assigned mood stabilizer (lithium or valproate); therefore, mood stabilizer, together with geographical region, was included as a stratification variable in the analysis models.

### 5.7.4.2   Multiplicity

A stepwise sequential procedure was used for the confirmatory part of this study to ensure a multiple level of significance of 0.05. The following outcome variables were tested sequentially:

1.   Time to a mood event

The null hypothesis is that the between-group hazard ratio is equal to unity.

2.   Time to a manic event

The null hypothesis is that the between-group hazard ratio is equal to unity.

3.   Time to a depressed event

The null hypothesis is that the between-group hazard ratio is equal to unity.

4.   Mean change in SDS Total Score

The null hypothesis is that the between-group difference in mean change is zero

A 2-sided test for each of these null hypotheses was performed at a significance level of 0.05. A successful outcome was defined as a hazard ratio <1 when comparing quetiapine to placebo.

A successful outcome of the main analysis (1st step) was regarded as evidence that quetiapine is more effective than placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing the time to a mood event.

No confirmatory claims for time to a manic event (2nd step) were made unless the null hypotheses in both the 1st and 2nd step were rejected. A successful outcome in both these steps was regarded as evidence that quetiapine is more effective than placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing the time to a manic event.

No confirmatory claims for time to a depressed event (3rd step) were made unless the null hypotheses in the 1st and 3rd step were rejected. A successful outcome in both these steps

CONFIDENTIAL
AZSER19029995