# EXHIBIT 12

Confidential - Ronald W. Leong, M.D.

Page 1

1       IN THE UNITED STATES DISTRICT COURT
2           MIDDLE DISTRICT OF FLORIDA
3                ORLANDO DIVISION
4                    - - -
5
        IN RE:  SEROQUEL    :CASE NO.
6       PRODUCTS LIABILITY  :
        LITIGATION          :6:06-md-01769-ACC-DAB
7                           :
        MDL Docket No. 1769 :
8                           :
                     - - -
9
                   June 25, 2008
10
                   CONFIDENTIAL
11
                     - - -
12
13          Videotaped deposition of
    RONALD W. LEONG, MD taken pursuant to
14  notice, was held at the offices of Golkow
    Technologies, Inc., One Liberty Place,
15  51st Floor, 1650 Market Street,
    Philadelphia, Pennsylvania, beginning at
16  9:03 a.m., on the above date, before Ann
    Marie Mitchell, a Federally Approved
17  Certified Realtime Reporter, Registered
    Diplomate Reporter and Notary Public for
18  the Commonwealth of Pennsylvania.
19                   - - -
20
21
            GOLKOW TECHNOLOGIES, INC.
22       877.370.3377 ph|917.591.5672 fax
                deps@golkow.com
23
24

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Ronald W. Leong, M.D.

Page 250

1     that SERM meeting, there was no
2     decision made to change the core
3     data sheet. So there wasn't
4     really anything about study 125 in
5     particular that prompted the label
6     change.
7         MR. FIBICH: Object to that
8     as being nonresponsive.
9 BY MR. FIBICH:
10    Q. What was it about 126 and
11 127 that prompted the label change?
12    A. Well, in the results of
13 studies 126 and 127, there was a finding
14 of or results were observed of patients
15 who had at least one elevation of glucose
16 value in the patients that received
17 Seroquel plus either lithium or valproate
18 compared to those that received placebo
19 plus lithium or valproate in those
20 long-term studies.
21       And I need to back up just a
22 minute to explain a little bit more about
23 that.
24       And that is, the design of

Page 251

1 the studies was that patients were
2 receiving quetiapine plus lithium or
3 placebo for a period of time, I think it
4 was up like 24 weeks maybe, six months.
5 And then they were randomized in a
6 blinded fashion to either continue with
7 that treatment or to get placebo and
8 lithium or valproate.
9       And we saw a difference in
10 the results for glucose. We had a SERM.
11 We changed the core data sheet. And as I
12 mentioned before, that then resulted in a
13 change in the US label.
14       MR. FIBICH: Object to that
15     as nonresponsive.
16        - - -
17       (Deposition Exhibit No.
18     Leong-6, Internal Memorandum dated
19     12-February-1997, Bates stamped
20     AZSER 10626743, was marked for
21     identification.)
22        - - -
23 BY MR. FIBICH:
24    Q. Are you familiar with study

Page 252

1 15?
2    A. A little bit. I mean, I
3 think it was before my time that I've
4 heard of it.
5    Q. Did you investigate it?
6    A. Did I investigate it?
7    Q. Yeah. When you became the
8 medical director of drug safety when you
9 went to work for the company.
10    A. Well, I did not specifically
11 look at study 15.
12    Q. What was study 15, as you
13 understand it?
14    A. I think it was a study
15 comparing Seroquel to haloperidol, but
16 again, as I said, that was before my time
17 and I don't have all the details.
18    Q. Do you know Richard
19 Lawrence?
20    A. No.
21    Q. Do you know Lisa Arvanitis?
22    A. No.
23    Q. If you would, sir, this
24 appears to be an internal memorandum; is

Page 253

1 that correct?
2    A. Yes.
3    Q. If you would, read this for
4 our jury?
5    A. Okay. It says date of 12
6 February 1997 --
7    Q. You can just read the
8 subject of the --
9    A. Okay. "Subject: RE:
10 US/Canada Investigator meeting and Study
11 15."
12    Q. And what's below it?
13    A. Okay. It says, "I am not
14 100% comfortable with this data being
15 made publicly available at the present
16 time...however I understand that we have
17 little choice...Lisa has done a great
18 'smoke-and-mirrors' job!
19       "Adopting the approach Don
20 has outlined should minimize (and dare I
21 venture to suggest) could put a positive
22 spin (in terms of safety) on this cursed
23 study.
24       "Athena, with Mark Sahl

Confidential - Ronald W. Leong, M.D.

Page 632

1 Plan, Bates stamped AZ/SER 7298068
2 through AZ/SER 7298084, was marked
3 for identification.)
4         - - -
5 BY MR. BROCK:
6     Q.   All right. Dr. Leong, do
7 you see that I have handed you a document
8 called a "Safety Surveillance Plan" dated
9 October 10th of 2003?
10    A.   Yes.
11    Q.   And did you see that you are
12 listed there at the bottom as the author
13 of the document?
14    A.   Yes.
15    Q.   And your job title at that
16 point is senior medical director, drug
17 safety, global drug safety physician,
18 Seroquel.
19        Do you see that?
20    A.   Yes, yes.
21    Q.   Let me ask you to turn the
22 page, if you would.
23        Do you see that there's a
24 title there at the top that says

Page 633

1 "Seroquel Safety Surveillance Plan"?
2     A.   Yes.
3     Q.   And why does it reflect good
4 safety practice to have a surveillance
5 plan?
6     A.   Because it describes what
7 the approach is to -- looking at the
8 safety of the product as a whole. And it
9 lays out different information, but
10 that's the -- the intent is how we're
11 going to monitor the safety of the
12 medicine.
13    Q.   Okay. Do you see down in
14 the section that's called "Objectives,"
15 do you see that?
16    A.   Yes.
17    Q.   Do you see that there is a
18 section there, bullet point number one
19 that says, "Proactively identify the
20 adverse event profile that can be
21 expected to be identified as more
22 patients are exposed to Seroquel"?
23    A.   Yes.
24    Q.   Were you involved in doing

Page 634

1 that item there in your tenure at
2 AstraZeneca?
3     A.   Yes. I was involved with
4 this, yes.
5     Q.   Okay. And do you see the
6 third bullet point, where it says, "To
7 identify potential safety issues in a
8 prompt and proactive manner to protect
9 the patients and the business,
10 appropriately inform regulators and
11 prescribers, and highlight the
12 pharmacologic safety advantages of
13 Seroquel."
14    A.   Yes.
15    Q.   Sir, through your
16 participation in the SERM process,
17 beginning in 2002 and extending through
18 2007, was AstraZeneca proactive in
19 identifying the adverse event profile of
20 Seroquel and identifying potential safety
21 issues in a prompt and proactive manner
22 to protect patients?
23        MR. FIBICH: Object to form.
24        THE WITNESS: Yes.

Page 635

1 BY MR. BROCK:
2     Q.   Tell the jury, please, sir,
3 your point of view as to AstraZeneca's
4 work in evaluating the safety profile of
5 Seroquel.
6     A.   Well, we did that in a
7 number of different ways. I mean, it
8 begins on an individual report level,
9 because I, as the global safety
10 physician, would review all the serious
11 adverse event reports that were reported
12 for Seroquel from within the United
13 States. In addition to that, I reviewed
14 all the Keep Under Review serious reports
15 and death and life-threatening events
16 from outside the US as they were coming
17 in in real time. In addition to that, we
18 had the periodic reviews. And by that I
19 mean, we had the -- before each SERM, and
20 SERMs were, by the way, held twice a year
21 on a regular schedule. In addition to
22 the twice a year, we could have what's
23 called an ad hoc SERM in between times if
24 the safety issue needed to be discussed

Confidential - Ronald W. Leong, M.D.

Page 664

1  label change and it not get in the '04
2  PDR?
3      MR. BROCK: Object to form.
4      THE WITNESS: That is
5  possible, depending on when the
6  PDR was published.
7      May I add one thing to what
8  I just said?
9  BY MR. FIBICH:
10     Q. If you have to.
11     A. Because I also think that
12 the package insert would be available on
13 the AstraZeneca website before the PDR
14 might be published.
15     Q. You think the physicians
16 that prescribe Seroquel go in there and
17 get on the website and see what changes
18 are made before they prescribe the drug?
19     A. I don't know. I couldn't
20 speak for whether physicians -- how often
21 they access it. But I think it would
22 have been available -- I was trying to
23 answer the question of when it was
24 available.

Page 665

1      Q. My question was, when it was
2  available in the PDR.
3      A. And that, like we said
4  before, I don't know when it was -- when
5  it would have occurred in relation to
6  when the PDR was published.
7      MR. FIBICH: Pass the
8  witness.
9      MR. BROCK: Thank you, Dr.
10 Leong, for your time.
11     VIDEOTAPE TECHNICIAN: Off
12 the record at 3:22.
13     (Witness excused.)
14     (Deposition concluded at
15 approximately 3:22 p.m.)

Page 666

1              CERTIFICATE
2
3
4      I HEREBY CERTIFY that the
5  witness was duly sworn by me and that the
6  deposition is a true record of the
7  testimony given by the witness.
8
9
10 _____
   ANN MARIE MITCHELL, a Federally Approved
11 Certified Realtime Reporter, Registered
   Diplomate Reporter and Notary Public
12 Dated: July 10, 2008
13
14
15     (The foregoing certification
   of this transcript does not apply to any
16 reproduction of the same by any means,
   unless under the direct control and/or
17 supervision of the certifying reporter.)

Page 667

1         INSTRUCTIONS TO WITNESS
2
3      Please read your deposition
4  over carefully and make any necessary
5  corrections. You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8      After doing so, please sign
9  the errata sheet and date it.
10     You are signing same subject
11 to the changes you have noted on the
12 errata sheet, which will be attached to
13 your deposition.
14     It is imperative that you
15 return the original errata sheet to the
16 deposing attorney within thirty (30) days
17 of receipt of the deposition transcript
18 by you. If you fail to do so, the
19 deposition transcript may be deemed to be
20 accurate and may be used in court.

77 (Pages 664 to 667)

Golkow Technologies, Inc. - 1.877.370.DEPS