# EXHIBIT 13



| Clinical Overview | |
|---|---|
| Drug Substance | quetiapine fumarate |
| Date | June 2007 |

**SEROQUEL  (quetiapine fumarate)**

**Clinical Overview:**

**Glucose dysregulation in patients treated with SEROQUEL (quetiapine)**

Author(s):

Lisa Boornazian BSN, RN
Safety Surveillance TA Team Leader
Drug Safety, Wilmington DE


Leigh Jefferies, MD                                    Date
Global Drug Safety Physician
Drug Safety, Wilmington, DE, USA

DD [CNS.000-173-636]

This document contains trade secrets and confidential commercial information, disclosure of which is prohibited without providing advance notice to AstraZeneca and opportunity to object.

SEROQUEL® is a trademark of the AstraZeneca group of companies.

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

## TABLE OF CONTENTS                                        **PAGE**

TITLE PAGE ................................................................................................1

TABLE OF CONTENTS ............................................................................2

LIST OF ABBREVIATIONS AND DEFINITION OF TERMS ...........................5

1.        INTRODUCTION AND RATIONALE ..........................................6

1.1       Introduction ..................................................................................6
1.1.1     SEROQUEL ..................................................................................6

1.2       Glucose dysregulation ...................................................................6
1.2.1     Definitions ....................................................................................6
1.2.1.1   Definitions of diagnostic criteria for diabetes mellitus ..................6
1.2.1.2   Definitions of clinically important glucose regulation laboratory values in AstraZeneca clinical trials ..........................................................6
1.2.2     Prevalence of DM in patients with psychiatric disorders ...............7

2.        NON-CLINICAL STUDIES ........................................................7

3.        OVERVIEW OF CLINICAL PHARMACOLOGY ...........................8

4.        OVERVIEW OF EFFICACY .......................................................8

5.        OVERVIEW OF SAFETY ...........................................................8

5.1       Clinical trials data .........................................................................8
5.1.1     Summary of all clinical trials .........................................................9
5.1.1.1   Adverse events potentially related to diabetes in all clinical trials in the Safety 9.1 database ............................................................9
5.1.1.2   Glucose regulation laboratory data in all clinical trials in the Safety 9.1 database. ......................................................................9
5.1.1.3   Clinically important glucose regulation laboratory data in all clinical trials in the Safety 9.1 database and Studies 126 and 127. .........9
5.1.1.4   Summary ......................................................................................11
5.1.2     Summary of all placebo-controlled clinical trials .........................11
5.1.2.1   Adverse events potentially associated with diabetes mellitus in all placebo-controlled clinical trials in the Safety 9.1 database ...........11
5.1.2.2   Glucose regulation laboratory data in all placebo-controlled clinical trials in the Safety 9.1 database. ...............................................12
5.1.2.3   Clinically important glucose regulation data in all clinical trials in the Safety 9.1 database and Studies 126 and 127 ........................12
5.1.2.4   Summary ......................................................................................13
5.1.3     Long-term bipolar maintenance studies (Studies 126 and 127)...........13
5.1.3.1   Study design ................................................................................13
5.1.3.2   Adverse events potentially associated with diabetes mellitus in Studies 126 and 127 .................................................................14
5.1.3.3   Glucose regulation laboratory data in Studies 126 and 127 ................16

2

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

| 5.1.3.4 | Summary | 16 |
|---|---|---|
| 5.1.4 | Glucose metabolism study (Study 125) | 17 |
| 5.1.4.1 | Study design | 17 |
| 5.1.4.2 | Adverse events potentially related to diabetes | 17 |
| 5.1.4.3 | Glucose regulation laboratory data | 17 |
| 5.1.4.4 | Summary | 18 |
| 5.2 | Post-marketing data | 18 |
| 5.2.1 | Search strategy | 18 |
| 5.2.2 | Search results | 18 |
| 5.2.2.1 | Overview of post-marketing data | 18 |
| 5.2.3 | Summary of post-marketing data | 19 |
| 5.3 | Literature search | 19 |
| 5.3.1 | Search strategy | 19 |
| 5.3.2 | Summary of literature review | 19 |
| 5.4 | Discussion | 19 |
| 6. | BENEFITS AND RISK CONCLUSIONS | 20 |
| 7. | REFERENCES | 20 |
| 8. | APPENDIX | 22 |

## LIST OF IN-TEXT TABLES

| Table 1 | Shift to clinically important lab values at any time (All trials) – including studies 126 and 127 | 10 |
|---|---|---|
| Table 2 | Number of patients with adverse events related to diabetes (All placebo-controlled trials in the Safety 9.1 database) | 11 |
| Table 3 | Shift to clinically important lab values at any time (All placebo-controlled trials) – including studies 126 and 127 | 12 |
| Table 4 | Shift to clinically important lab values at any time (short-term [12 weeks duration or less] placebo-controlled SEROQUEL clinical trials in the Safety 9.1 database, excluding D1444C00004) | 13 |
| Table 5 | Trials 126 & 127: Adverse events potentially associated with diabetes mellitus (randomized safety population) | 15 |
| Table 6 | Glucose regulation laboratory data, clinically important values at any time (randomized safety population) | 16 |
| Table 7 | Patients with hyperglycaemia and impaired fasting glucose or impaired glucose tolerance | 17 |

3

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

## LIST OF APPENDIX TABLES AND FIGURES

Table A 1        Preferred terms used in adverse event search ............................................22

Table A 2        Number of patients with adverse events related to diabetes (All trials in Safety 9.1) ................................................................................22

Table A 3        Mean (SD) change from baseline to end of treatment (All trials in Safety 9.1)................................................................................25

Table A 4        Mean (SD) change from baseline to end of treatment (All placebo-controlled trials in Safety 9.1) ................................................27

Figure A 1       Study design diagram for Studies 126 and 127 ..........................................29

Table A 5        Trials 126 & 127: Glucose regulation laboratory data, change from randomization to end of treatment (randomized safety population).........30

Table A 6        Fasting plasma glucose and two-hour glucose, change from randomization – Trial 125 ...........................................................32

Table A 7        Overview of post-marketing adverse event reports...................................32

Table A 8        MedDRA preferred terms contained in 1679 reports of glucose dysregulation ............................................................................33

4

CONFIDENTIAL
D339-L00814109-00004

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

## LIST OF ABBREVIATIONS AND DEFINITION OF TERMS

The following abbreviations and special terms are used in this Clinical Overview

| Abbreviation or special term | Explanation |
|---|---|
| ADA | American Diabetes Association |
| ADR | Adverse drug reaction |
| AE(s) | Adverse event(s) |
| $AUC_{0-2h}$ | Area under curve of oral glucose tolerance test |
| BMI | Body mass index (as $kg/m^2$) |
| DKA | Diabetic ketoacidosis |
| DM | Diabetes mellitus |
| HbA1c | Glycosylated hemoglobin |
| $HOMA_R$ | Homeostasis model assessment of insulin resistance |
| NKHHC | Non-ketotic hyperglycemic-hyperosmolar coma |
| Incidence density | Exposure duration adjusted incidence (per 100 patient years) |
| OGTT | Oral glucose tolerance test |
| PLA | Placebo |
| QTP | Quetiapine |
| QUICKI | Quantitative insulin sensitivity check index |
| SERM | Safety evaluation and review meeting |
| ULN | Upper limit of normal |
| US | United States |

5

CONFIDENTIAL
D339-L00814109-00005

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

# 1. INTRODUCTION AND RATIONALE

## 1.1 Introduction

### 1.1.1 SEROQUEL

SEROQUEL® (quetiapine fumarate, quetiapine) is an atypical antipsychotic agent, which interacts with a broad range of neurotransmitter receptors. Quetiapine exhibits affinity for brain serotonin ($5HT_2$) and dopamine $D_1$ and $D_2$ receptors. Quetiapine also has high affinity at histaminergic and adrenergic $\alpha_1$ receptors, with a lower affinity at adrenergic $\alpha_2$ receptors, but no appreciable affinity at cholinergic, muscarinic or benzodiazepine receptors.

SEROQUEL was first approved for marketing in the United Kingdom on 31 July 1997 and was first launched in the United Kingdom on 22 September 1997 for the treatment of psychosis/schizophrenia and is currently approved in 85 countries for this indication. It was first approved for bipolar mania in Mexico in June 2003 and is currently approved in 77 countries for this indication. In October 2006 the United States (US) was the first country to approve SEROQUEL for bipolar depression.

It has been estimated that about 23.2 million patients worldwide (an estimate of almost 14.4 million patients in the US and 8.8 million patients in countries outside the US) have been exposed to SEROQUEL for all time through February 2007 for the US and through 2006 for countries outside the US.

## 1.2 Glucose dysregulation

### 1.2.1 Definitions

#### 1.2.1.1 Definitions of diagnostic criteria for diabetes mellitus

The following definitions for glucose dysregulation laboratory values according to the American Diabetes Association (ADA 2004) are used in this document:

- Hyperglycemia: fasting plasma glucose $\geq 7.0$ mmol/L (126 mg/dL) or 2h-glucose $\geq 11.1$ mmol/L (200 mg/dL)

- Impaired fasting glucose: fasting glucose $\geq 5.6$ mmol/L (100 mg/dL) and $< 7.0$ mmol/L (126 mg/dL)

- Impaired glucose intolerance: 2-h glucose $\geq 7.8$ mmol/L (140 mg/dL) and $< 11.1$ mmol/L (200 mg/dL) (oral glucose tolerance test)

#### 1.2.1.2 Definitions of clinically important glucose regulation laboratory values in AstraZeneca clinical trials

In clinical trials, AstraZeneca has used cutoff levels for clinically important blood glucose values identical to the ADA criteria for diagnosis of diabetes mellitus provided directly above in Section 1.2.1.1 for "hyperglycemia", "impaired fasting glucose", and "impaired glucose

6

CONFIDENTIAL
D339-L00814109-00006

tolerance". For HbA1c (which is not considered by the ADA to be a diagnostic criteria for diabetes mellitus), AstraZeneca has used a cutoff level of 7.5% as clinically important.

### 1.2.2    Prevalence of DM in patients with psychiatric disorders

Several studies have also shown a substantially higher prevalence of diabetes in populations with schizophrenia than in others. In the US, Medicare and Medicaid data from 1991 showed a prevalence rate of diabetes in schizophrenia patients of 12.5% and 11%, respectively (Dixon et al 2000). The prevalence of current diabetes in a cohort of patients being treated for schizophrenia that was part of a Schizophrenia Patient Outcomes Research Team (PORT) study was 11%; 15% of participants reported ever having diabetes (Dixon et al 2000). (Mukherjee et al 1996) found an overall prevalence of known diabetes of 15.8% in a cohort of patients with schizophrenia admitted to a long-term care facility in Italy, which is substantially higher than the estimated 2% to 3% prevalence of diabetes in the general population of Italy (Bruno et al 1992, Verrillo et al 1985). On the other hand, analysis of the National Hospital Discharge Survey from 1979-1989, before the introduction of atypical antipsychotics, found that schizophrenia inpatients and medical inpatients had similar diabetes prevalence rates (Basu and Meltzer 2006).

Schizophrenia is only one of several psychiatric disorders in which there appears to be a relatively high prevalence of abnormal glucose metabolism. Medical records of 254 inpatients aged 50-74 with a diagnosis of an Axis I psychiatric disorder found rates of type 2 diabetes of 50% in schizoaffective patients, 26% in bipolar I patients, 18% in major depression patients, 18% in dementia patients, and 13% in schizophrenia patients (Regenold et al 2002).

Reasons for an increased prevalence of diabetes among patients with schizophrenia remain speculative. The mechanisms behind the association between schizophrenia and diabetes are likely to be multifactorial and to include environmental, genetic, and neuroendocrine factors.

## 2.        NON-CLINICAL STUDIES

There is no evidence from preclinical data that SEROQUEL treatment in humans may be associated with DM. The only salient observation was small changes in glucagon secreting cells (hyperplasia) after 12 months administration of quetiapine in one rat study. These changes were minimal and were not seen in another rat study after two years of quetiapine dosing. No such changes were observed in the pancreatic islets of mice, dogs, or primates in studies of up to one year.

No changes in serum glucose levels and no degenerative pathology that would indicate the induction of a diabetic state were observed in any species throughout the preclinical toxicology program. Thus, the changes observed in the single rat study are considered to be of minimal pathological significance and would not be expected to have any clinical significance in humans.

CONFIDENTIAL
D339-L00814109-00007

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

# 3.      OVERVIEW OF CLINICAL PHARMACOLOGY

Not applicable.

# 4.      OVERVIEW OF EFFICACY

Not applicable

# 5.      OVERVIEW OF SAFETY

## 5.1      Clinical trials data

Safety data from SEROQUEL clinical trials is transferred to the SEROQUEL clinical trial
safety database (Safety 9.1) after a study is completed and the clinical study report has been
finalized. Data from Safety 9.1 are presented in Section 5.1.1 for all clinical trials in the
database, and in Section 5.1.2 for the subset of placebo-controlled trials in the database. Data
from the longer-term bipolar maintenance studies D1447C00126 (hereafter referred to as
Study 126) and D1447C00127 (hereafter referred to as Study 127) are not yet available in the
Safety 9.1 database, and are presented separately in Section 5.1.3. Data from Study
D1441C00125 (hereafter referred to as Study 125), which was designed to evaluate glucose
metabolism, is already included in the Safety 9.1 database but is also presented separately in
Section 5.1.4 because the methodology of the glucose measurements is particularly relevant to
the topic of glucose metabolism.

By convention, adverse event data are presented first, although laboratory data are more
meaningful when making a diagnosis of hyperglycemia or DM. The preferred terms included
in the search are provided in appendix Table A 1. In addition to terms of hyperglycemia, DM,
and DKA; other types of events that may or may or may not be related to diabetes mellitus (eg
polydipsia, polyuria, thirst) are provided for completeness.

Following the adverse event data, clinically important glucose regulation laboratory data from
the trials is presented, including data from Studies 126 and 127. Tables for glucose
measurements including mean blood glucose, HbA1c, blood insulin, HOMA-R, and QUICKI
are provided in appendix tables for completeness.

Except for Study 125, these studies were not designed to evaluate glucose metabolism.
Fasting glucose measurements were requested in all of AstraZeneca's clinical trials starting in
July 2004. Even in those studies which required fasting glucose measurements, documented
fasting was determined as >8 hours from time of last meal; however, there was still the
possibility of caloric intake in the form of liquids or snacks. The American Diabetes
Association (ADA) recommends that "in the absence of unequivocal hyperglycemia, these
criteria should be confirmed by repeat testing on a different day" (ADA 2004). Blood
samples in most studies were collected in order to perform routine laboratory tests, and the
results were generally not confirmed by repeat testing.

8

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

### 5.1.1 Summary of all clinical trials

Data from all trials are presented to give an overview of the relevant data from all AstraZeneca sponsored trials. These trials include all placebo-controlled, active drug comparator, open label, and open-label extension trials. Since it is a combination of trials of varying designs and comparison groups, the treatment groups are not directly comparable. For comparison to placebo refer to Section 5.1.2, which contains data from only the placebo-controlled trials.

#### 5.1.1.1 Adverse events potentially related to diabetes in all clinical trials in the Safety 9.1 database

Table A 2 shows the AE data from patients in all clinical trials in the Safety 9.1 database that reported events that may be potentially related to DM. Among quetiapine-treated patients, there were 40 reports of hyperglycemia (incidence density of 1.1), 14 reports of DM (incidence density of 0.4) and 2 reports of DKA (incidence density of 0.1).

#### 5.1.1.2 Glucose regulation laboratory data in all clinical trials in the Safety 9.1 database.

Table A 3 shows the mean changes in glucose, $HbA_{1c}$, insulin, $HOMA_R$, and QUICKI in all clinical trials in the Safety 9.1 database. The mean changes in glucose were 0.20 mmol/L in the quetiapine-treated group and 0.059 mmol/L in the placebo-treated group. Because these data are from a combination of fasting and non-fasting samples, the interpretation of this data is limited. Data for Studies 126 and 127 are not yet available in Safety 9.1, and are provided in detail in Section 5.1.3.

#### 5.1.1.3 Clinically important glucose regulation laboratory data in all clinical trials in the Safety 9.1 database and Studies 126 and 127.

Table 1 displays the number of patients with shifts to clinically important glucose or HbA1c values for all clinical trials in the Safety 9.1 database and also includes the data from Studies 126 and 127 although they are not yet in the database. Across all clinical trials (including Studies 126 and 127), the percentage of quetiapine-treated patients who had a shift to a high blood glucose level was 5.48%.

9

CONFIDENTIAL
D339-L00814109-00009

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

**Table 1       Shift to clinically important lab values at any time (All trials) – including studies 126 and 127**

| | QTP N=11659 | | Pla N=2272 | | Chl N=348 | | Hal N=1028 | | Li N=98 | | Olz N=168 | | Ri N=888 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | n (%) | N | n (%) | N | n (%) | N | n (%) | N | n (%) | N | n (%) | N | n (%) |
| Glucose (mmol/L) | | | | | | | | | | | | | | |
| Low[a] | 5689 | 20 (0.35) | 1951 | 10 (0.51) | 92 | 1 (1.1) | 228 | 0 (0) | 91 | 2 (2.2) | 168 | 0 (0) | 426 | 0 (0) |
| High[b] | 5545 | 304 (5.48) | 1898 | 79 (4.16) | 92 | 0 (0) | 220 | 5 (2.3) | 91 | 1 (1.1) | 167 | 11 (6.6) | 418 | 17 (4.1) |
| HbA1c (%) | | | | | | | | | | | | | | |
| High[b] | 2673 | 38 (1.42) | 1051 | 6 (0.57) | NA | NA | NA | NA | NA | NA | 168 | 0 (0) | 172 | 0 (0) |

a  N is the number of patients with normal or high at baseline, n is the number of patients shifting to low at any time.
b  N is the number of patients with normal or low at baseline, n is the number of patients shifting to high at any time.
Chl  Chlorpromazine.  Hal  Haloperidol.  Li  Lithium.  Olz  Olanzapine.  Pla  Placebo.  QTP  Quetiapine.  Ri  Risperidone.
Clinically important limits are: Glucose (mmol/L), Low: <2.5, High: >=7 for fasting and >=11.1 for non-fasting.  HbA1c (%), High: >7.5.

10

CONFIDENTIAL
D339-L00814109-00010

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

#### 5.1.1.4    Summary

Across all clinical trials (including Studies 126 and 127), the percentage of quetiapine-treated patients who had a shift to a high blood glucose level was 5.48%.

### 5.1.2    Summary of all placebo-controlled clinical trials

These trials include both fasting and non-fasting data, and trials where adjunct therapy was given (e.g. quetiapine plus lithium vs placebo plus lithium). Since this combined data represents trials of various sizes and design a direct comparison between placebo and quetiapine cannot necessarily be made.

#### 5.1.2.1    Adverse events potentially associated with diabetes mellitus in all placebo-controlled clinical trials in the Safety 9.1 database

Table 2 below shows the AE data from patients in placebo-controlled trials in the Safety 9.1 database that reported events that may be potentially related to DM. Among quetiapine-treated patients, there were 12 reports of hyperglycemia (incidence density of 3.2), 2 reports of DM (incidence density of 0.5) and no reports of DKA. Ten of these 14 reports of DM or hyperglycemia in quetiapine-treated patients were considered to be not related by the study investigator, and 8 had or were suspected to have a prior history of DM. No information regarding the patients dietary habits or information about conditions (e.g. infections), which could precipitate an exacerbation of DM were provided.

**Table 2**    **Number of patients with adverse events related to diabetes (All placebo-controlled trials in the Safety 9.1 database)**

| Category of adverse event | Treatment | Patients with event | Total patients[a] | Exposure[b] | Incidence rate[c] | Incidence density[d] |
|---|---|---|---|---|---|---|
| Any[e] | Quetiapine | 28 (0) | 3437 | 371.3 (372.9) | 0.81 (0.00) | 7.5 (0.0) |
| | Placebo | 10 (1) | 1592 | 172.0 (172.9) | 0.63 (0.06) | 5.8 (0.6) |
| Diabetic Ketoacidosis | Quetiapine | 0 (0) | 3437 | 372.9 (372.9) | 0.00 (0.00) | 0.0 (0.0) |
| | Placebo | 0 (0) | 1592 | 172.9 (172.9) | 0.00 (0.00) | 0.0 (0.0) |
| Polydipsia | Quetiapine | 2 (0) | 3437 | 372.8 (372.9) | 0.06 (0.00) | 0.5 (0.0) |
| | Placebo | 0 (0) | 1592 | 172.9 (172.9) | 0.00 (0.00) | 0.0 (0.0) |
| Polyuria | Quetiapine | 4 (0) | 3437 | 372.8 (372.9) | 0.12 (0.00) | 1.1 (0.0) |
| | Placebo | 2 (0) | 1592 | 172.6 (172.9) | 0.13 (0.00) | 1.2 (0.0) |
| Thirst | Quetiapine | 9 (0) | 3437 | 371.9 (372.9) | 0.26 (0.00) | 2.4 (0.0) |
| | Placebo | 5 (0) | 1592 | 172.3 (172.9) | 0.31 (0.00) | 2.9 (0.0) |
| Hyperglycaemia | Quetiapine | 12 (0) | 3437 | 372.6 (372.9) | 0.35 (0.00) | 3.2 (0.0) |
| | Placebo | 2 (0) | 1592 | 172.8 (172.9) | 0.13 (0.00) | 1.2 (0.0) |
| Diabetes mellitus | Quetiapine | 2 (0) | 3437 | 372.9 (372.9) | 0.06 (0.00) | 0.5 (0.0) |
| | Placebo | 1 (1) | 1592 | 172.9 (172.9) | 0.06 (0.06) | 0.6 (0.6) |

11

CONFIDENTIAL
D339-L00814109-00011

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

**Table 2**      **Number of patients with adverse events related to diabetes (All placebo-controlled trials in the Safety 9.1 database)**

| Category of adverse event | Treatment | Patients with event | Total patients[a] | Exposure[b] | Incidence rate[c] | Incidence density[d] |
|---|---|---|---|---|---|---|
| Urine glucose abnormalities | Quetiapine | 0 (0) | 3437 | 372.9 (372.9) | 0.00 (0.00) | 0.0 (0.0) |
| | Placebo | 0 (0) | 1592 | 172.9 (172.9) | 0.00 (0.00) | 0.0 (0.0) |

a   Patients must have received at least one dose of trial medication.
b   Exposure in patient-years, censored at first event.
c   100 x total number of patients with event/total number of patients.
d   100 x total number of patients with event/total patient years of exposure.
e   The number of patients with any of the adverse events. Since a patient can have more than one adverse event within the adverse event group, the number does not necessarily equal the sum of the numbers below.
Note:   Numbers outside brackets refer to all adverse events and numbers in brackets refer to serious adverse events.
Pgm:   Reg-Def\Diabetes Mar 07 SERM\...\AE_pla_ctrl.SAS. Data version: V9.1 User: Malin Dreyer 2007-05-02 20:21.

### 5.1.2.2   Glucose regulation laboratory data in all placebo-controlled clinical trials in the Safety 9.1 database

Table A 4 shows the mean changes in glucose, HbA$_{1c}$, insulin, HOMA$_R$, and QUICKI in all subjects in the placebo-controlled trials in the Safety 9.1 database. The mean changes in glucose were 0.15 mmol/L in the quetiapine-treated group and 0.059 mmol/L in the placebo-treated group. Because of the limitations discussed in 5.1, the interpretation of this data is limited.

### 5.1.2.3   Clinically important glucose regulation data in all clinical trials in the Safety 9.1 database and Studies 126 and 127

Table 3 below shows all patients who had a clinically important glucose value (low or high) at any point during a trial, and includes all data in the Safety 9.1 database and data from Studies 126 and 127.

**Table 3**      **Shift to clinically important lab values at any time (All placebo-controlled trials) – including studies 126 and 127**

| | QTP N=4083 | | Pla N=2272 | |
|---|---|---|---|---|
| | N | n (%) | N | n (%) |
| Glucose (mmol/L) | | | | |
| Low[a] | 3349 | 11 (0.33) | 1951 | 10 (0.51) |
| High[b] | 3248 | 167 (5.14) | 1898 | 79 (4.16) |
| HbA1c (%) | | | | |
| High[b] | 1743 | 20 (1.15) | 1051 | 6 (0.57) |

a   N is the number of patients with normal or high at baseline, n is the number of patients shifting to low at any time.
b   N is the number of patients with normal or low at baseline, n is the number of patients shifting to high at any time.
Pla Placebo. QTP Quetiapine.
Clinically important limits are: Glucose (mmol/L), Low: <=2.5, High: >=7 for fasting and >=11.1 for non-fasting. HbA1c (%), High: >7.5.
Note: In studies D1444C00004, D1447C00126 and D1447C00127, all patients received QTP prior to the placebo-controlled phase.

12

CONFIDENTIAL
D339-L00814109-00012

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

Across all placebo-controlled trials (including Studies 126 and 127), the percentage of quetiapine-treated patients who had a shift to a high blood glucose level was 5.1% and 4.2% in placebo.  These findings are consistent with the observations in all clinical trials (compare to Section 5.1.1.3).

Table 4 shows the percentage of patients in the subset of trials in the Safety 9.1 database that were short-term (12 weeks duration or less) placebo-controlled SEROQUEL clinical trials who had a fasting blood glucose ≥126 mg/dl or a non fasting blood glucose ≥200 mg/dl.

**Table 4**          **Shift to clinically important lab values at any time (short-term [12 weeks duration or less] placebo-controlled SEROQUEL clinical trials in the Safety 9.1 database, excluding D1444C00004)**

|  | QTP N=3342 |  | Pla N=1490 |  |
|---|---|---|---|---|
|  | N | n (%) | N | n (%) |
| Glucose (mmol/L) |  |  |  |  |
| Low[a] | 2677 | 10 (0.37) | 1264 | 10 (0.79) |
| High[b] | 2609 | 92 (3.5) | 1241 | 26 (2.1) |
| HbA1c (%) |  |  |  |  |
| High[b] | 1072 | 8 (0.75) | 352 | 1 (0.28) |

[a] N is the number of patients with normal or high at baseline, n is the number of patients shifting to low at any time.
[b] N is the number of patients with normal or low at baseline, n is the number of patients shifting to high at any time.
Pla  Placebo.  QTP  Quetiapine.
Clinically important limits are:  Glucose (mmol/L), Low: <=2.5, High: >=7 for fasting and >=11.1 for non-fasting.  HbA1c (%), High: >7.5.
Pgm:  Reg-Def\Diabetes Mar 07 SERM\LAB_sha_pla_ctrl_excl04.SAS. Data version: V91 User: Bengt Franzon. 2007-06-12 09:49.

Across all short-term (12 weeks duration or less) placebo-controlled SEROQUEL clinical trials, the percent of patients who had a fasting blood glucose ≥126 mg/dl or a non-fasting blood glucose ≥200 mg/dl was 3.5% in quetiapine and 2.1% for placebo.

### 5.1.2.4    Summary

Across the placebo-controlled trials including Studies 126 and 127, the percent of patients who had a fasting blood glucose ≥126 mg/dl or a non fasting blood glucose ≥200 mg/dl was 5.1 % in quetiapine and 4.2 % for placebo.  These findings are consistent with the observations in all clinical trials, and higher than the short-term placebo-controlled trials (12 weeks duration or less).

### 5.1.3    Long-term bipolar maintenance studies (Studies 126 and 127)

### 5.1.3.1    Study design

Studies 126 and 127 were double-blind, randomized, multi-centre, parallel-group Phase III studies comparing efficacy and safety of quetiapine (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in

13

CONFIDENTIAL
D339-L00814109-00013

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

the maintenance treatment of Bipolar I disorder in adult patients. Study 127 was conducted in North America (US and Canada) and Study 126 in 18 countries.

The studies consisted of enrollment and 2 phases (see Figure A 1 for a diagram of the study design), an initial open-label treatment phase (12-36 weeks) and a subsequent randomized treatment phase (up to 104 weeks). To be eligible for randomization, a patient must have been treated with quetiapine within the range of 400 to 800 mg/day and mood stabilizer (lithium or valproate) for at least 12 weeks during the open-label treatment phase. The primary objective of these studies was to evaluate the efficacy of quetiapine versus placebo when used as adjunct with lithium or valproate in increasing time to recurrence of a mood episode, and patients were discontinued from the study upon recurrence of a mood episode.

The event rate (recurrence of mood episodes) was significantly lower in quetiapine-treated patients, thus the exposure time in the quetiapine treatment group (mean of 213 days, 375 total patient-years for the combined studies) was 40% higher than in the placebo treatment group (mean of 152 days, 282 total patient-years for the combined studies) during the randomized treatment phase; and the median exposure time was 91% higher in the quetapine group than in the placebo group (168 days vs 88 days).

### 5.1.3.2    Adverse events potentially associated with diabetes mellitus in Studies 126 and 127

Patients with AEs potentially associated with DM are summarized by randomized treatment and by assigned mood stabilizer for the combined studies in Table 5.

There were 3 reports of "Diabetes mellitus" in the quetiapine group compared to one report in the placebo group, all of them in Study 127. Two patients in the quetiapine group had an AE of "Diabetes mellitus, non-insulin-dependent" reported during the randomized treatment phase. There was 1 AE of "Diabetic ketoacidosis" reported in the quetiapine treatment group.

14

CONFIDENTIAL
D339-L00814109-00014

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

**Table 5**      **Trials 126 & 127: Adverse events potentially associated with diabetes mellitus (randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment | | Assigned mood stabilizer | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | QTP&LI/VAL (N=646) | PLA+LI/VAL (N=680) | QTP+LI (N=274) | PLA+LI (N=287) | QTP+VAL (N=372) | PLA+VAL (N=393) |
| | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) |
| ANY ADVERSE EVENT | 20 ( 3.1) | 7 ( 1.0) | 7 ( 2.6) | 3 ( 1.0) | 13 ( 3.5) | 4 ( 1.0) |
| HYPERGLYCAEMIA | 4 ( 0.6) | 1 ( 0.1) | 1 ( 0.4) | 0 | 3 ( 0.8) | 1 ( 0.3) |
| DIABETES MELLITUS | 3 ( 0.5) | 1 ( 0.1) | 3 ( 1.1) | 0 | 0 | 1 ( 0.3) |
| HYPERINSULINAEMIA | 3 ( 0.5) | 1 ( 0.1) | 0 | 0 | 3 ( 0.8) | 1 ( 0.3) |
| BLOOD GLUCOSE INCREASED | 2 ( 0.3) | 0 | 1 ( 0.4) | 0 | 1 ( 0.3) | 0 |
| BLOOD INSULIN INCREASED | 2 ( 0.3) | 1 ( 0.1) | 1 ( 0.4) | 1 ( 0.3) | 1 ( 0.3) | 0 |
| DIABETES MELLITUS NON-INSULIN-DEPENDENT | 2 ( 0.3) | 0 | 0 | 0 | 2 ( 0.5) | 0 |
| INSULIN RESISTANCE | 2 ( 0.3) | 0 | 0 | 0 | 2 ( 0.5) | 0 |
| DIABETIC KETOACIDOSIS | 1 ( 0.2) | 0 | 0 | 0 | 1 ( 0.3) | 0 |
| HbA1c INCREASED | 1 ( 0.2) | 1 ( 0.1) | 0 | 0 | 1 ( 0.3) | 1 ( 0.3) |
| POLYDIPSIA | 1 ( 0.2) | 1 ( 0.1) | 1 ( 0.4) | 0 | 0 | 1 ( 0.3) |
| THIRST | 1 ( 0.2) | 1 ( 0.1) | 0 | 0 | 1 ( 0.3) | 1 ( 0.3) |
| POLYURIA | 0 | 2 ( 0.3) | 0 | 2 ( 0.7) | 0 | 0 |

a. Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n Number of patients.
MedDRA Medical Dictionary of Regulatory Activities. 126 D1447C00126. 127 D1447I00127.
Note: Events emerging during randomized treatment phase by decreasing frequency in the QTP+LI/VAL group.

15

CONFIDENTIAL
D339-L00814109-00015

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

### 5.1.3.3   Glucose regulation laboratory data in Studies 126 and 127

Descriptive statistics for change from randomization to end of treatment in glucose regulation laboratory data are summarized by randomized treatment group and assigned mood stabilizer for the combined studies in Table A 5.  A larger mean increase (5.00 mg/dL) in glucose levels from randomization to end of treatment was observed in patients treated with quetiapine compared to placebo (-0.05 mg/dL).  The difference in median change was smaller (QTP=2.00 mg/dL, PLA=0.00 mg/dL).

The proportion of patients with clinically important glucose regulation laboratory data was higher in the quetiapine treatment group than in patients randomized to placebo treatment (Table 6).  At least one glucose value ≥126 mg/dL was observed in 12.2% of quetiapine compared to 8.1% of placebo patients.  The corresponding numbers for at least one glucose value ≥200 mg were 2.9% and 0.5% for quetiapine and placebo, respectively.  Mean exposure was 213 days for SEROQUEL (646 patients) and 152 days for placebo (680 patients), the exposure adjusted rate of any increased blood glucose level (≥ 126 mg/dl) for patients more than 8 hours since last meal was 18.03 per 100 patient years for SEROQUEL (10.7% of patients) and 9.53 for placebo per 100 patient years (4.6% of patients).

**Table 6**       **Glucose regulation laboratory data, clinically important values at any time (randomized safety population)**

| | Randomized treatment | | | | | | Assigned mood stabilizer | | | | | | | |
| | QTP&LI/VAL N = 646 | | PLA&LI/VAL N = 680 | | QTP&LI N = 274 | | PLA & LI N = 287 | | QTP & VAL N = 372 | | PLA &VAL N = 393 | |
| | N$^a$ | n(%) | N$^a$ | n(%) | N$^a$ | n(%) | N$^a$ | n(%) | N$^a$ | n(%) | N$^a$ | n(%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Glucose (mg/dL)** | | | | | | | | | | | | |
| ≤45 | 588 | 1 (0.2) | 611 | 0 | 252 | 1 (0.4) | 256 | 0 | 336 | 0 | 355 | 0 |
| ≥126 | 556 | 68 (12.2) | 581 | 47 (8.1) | 238 | 28 (11.8) | 249 | 21 (8.4) | 318 | 40 (12.6) | 332 | 26 (7.8) |
| ≥200 | 587 | 17 (2.9) | 607 | 3 (0.5) | 252 | 6 (2.4) | 256 | 2 (0.8) | 335 | 11 (3.3) | 351 | 1 (0.3) |
| **HbA1c (%)** | | | | | | | | | | | | |
| >7.5 | 576 | 12 (2.1) | 611 | 5 (0.8) | 248 | 3 (1.2) | 253 | 1 (0.4) | 328 | 9 (2.7) | 358 | 4 (1.1) |

a   Number of patients at risk i.e. not fulfilling the criteria at randomization.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n Number of patients.  HbA1C
    Hemoglobin A1c.
126 D1447C00126. 127 D144700127.
Note: Clinically important values emerging during randomized treatment phase.
Note: Percentages are calculated as (n/Na )*100.
Note: Values at any time after randomization.

### 5.1.3.4   Summary

In these 2 longer-term placebo-controlled clinical trials, mean exposure was 213 days for SEROQUEL (646 patients) and 152 days for placebo (680 patients), the exposure adjusted rate of any increased blood glucose level (≥ 126 mg/dl) for patients more than 8 hours since last meal was 18.03 per 100 patient years for SEROQUEL (10.7% of patients) and 9.53 for placebo per 100 patient years (4.6% of patients).  However, given the absence of definitive

16

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

diagnostic testing for diabetes within the design of these studies, reliable and accurate determination of incidence and risk for diabetes for patients enrolled in these studies is not possible.

### 5.1.4   Glucose metabolism study (Study 125)

#### 5.1.4.1   Study design

This was an international, multicentre, randomised, open-label, flexible-dose, comparative, parallel group study evaluating the effect on glucose metabolism of quetiapine (400, 600 or 800 mg/day), olanzapine (10, 15 or 20 mg/day) and risperidone (4, 6 or 8 mg/day) in schizophrenic patients after 24 weeks of treatment.

The primary objective was to compare the safety/tolerability profile of quetiapine and olanzapine on glucose metabolism in schizophrenic patients by evaluating the change from randomisation at Week 24 in Area Under the Curve (AUC) $_{0-2h}$ of the plasma glucose values following Oral Glucose Tolerance Test (OGTT).

#### 5.1.4.2   Adverse events potentially related to diabetes

In this study there were no DM associated AEs in the quetiapine treatment group.

#### 5.1.4.3   Glucose regulation laboratory data

The LS mean changes in fasting glucose and in 2-hour glucose from randomization at Week 24 are summarized by treatment in Table A 6. Table 7 shows the number of patients with hyperglycaemia and impaired fasting glucose or impaired glucose tolerance at randomization and after 24 weeks treatment.

**Table 7        Patients with hyperglycaemia and impaired fasting glucose or impaired glucose tolerance**

| | Quetiapine N = 115 | | Olanzapine N = 146 | | Risperidone N = 134 | |
|---|---|---|---|---|---|---|
| | n[a] | n (%) | n[a] | n (%) | n[a] | n (%) |
| Proportion of patients with hyperglycemia | | | | | | |
| Randomization | 114 | 3 (2.6) | 145 | 10 (6.9) | 134 | 7 (5.2) |
| Week 24 | 115 | 5 (4.3) | 146 | 10 (6.8) | 133 | 9 (6.8) |
| Proportion of patients with fasting glucose ≥7.0 mmol/L | | | | | | |
| Randomization | 114 | 2 (1.8) | 145 | 3 (2.1) | 134 | 3 (2.2) |
| Week 24 | 115 | 3 (2.6) | 146 | 5 (3.4) | 134 | 4 (3.0) |
| Proportion of patients with 2h-glucose ≥11.1 mmol/L | | | | | | |
| Randomization | 114 | 1 (0.9) | 145 | 8 (5.5) | 134 | 5 (3.7) |
| Week 24 | 115 | 2 (1.7) | 146 | 8 (5.5) | 134 | 7 (5.2) |
| Proportion of patients with impaired fasting glucose or impaired glucose tolerance | | | | | | |
| Randomization | 114 | 30 (26.3) | 145 | 29 (20.0) | 134 | 43 (32.1) |

17

CONFIDENTIAL
D339-L00814109-00017

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

**Table 7**         **Patients with hyperglycaemia and impaired fasting glucose or
impaired glucose tolerance**

|  | Quetiapine N = 115 | | Olanzapine N = 146 | | Risperidone N = 134 | |
|---|---|---|---|---|---|---|
|  | n[a] | n (%) | n[a] | n (%) | n[a] | n (%) |
| Week 24 | 115 | 37 (32.2) | 146 | 43 (29.5) | 133 | 54 (40.6) |

a Number of patients with non-missing value.
SOURCE DOCUMENT: GLUC_03.SAS GENERATED: 17:48:05 04APR2006 DB version prod: 13.

#### 5.1.4.4    Summary

In a 24 week trial (active-controlled, 115 patients treated with SEROQUEL) designed to
evaluate glycemic status with oral glucose tolerance testing of all patients, at week 24 the
incidence of a post-glucose challenge glucose ≥200 mg/dl was 1.7% and the incidence of a
fasting blood glucose level ≥ 126 mg/dl was 2.6%. These percentages fall within the common
category (≥1% - <10 %)

The study results suggest that there were differential effects between the investigational
products in how the patients in the respective treatment group responded to stress condition
provided by glucose load (OGTT). At Week 24, there was a statistically significant difference
between the quetiapine and olanzapine groups in post-load glucose levels as measured by the
$AUC_{0-2h}$ of plasma glucose values, with the quetiapine group showing smaller mean increase
from baseline (randomization) than the olanzapine group.

### 5.2     Post-marketing data

#### 5.2.1    Search strategy

A search of the safety database on 01 March 2007 was performed to identify completed
adverse event reports (from sources other than AstraZeneca sponsored studies) of glucose
dysregulation (including DM, DKA, diabetic coma, and/or exacerbation of DM) associated
with the use of SEROQUEL.

#### 5.2.2    Search results

#### 5.2.2.1    Overview of post-marketing data

A total of 1679 reports were identified from the safety database search on 01 March 2007,
summarized in Table A 7. These 1679 reports contained 2305 MedDRA preferred terms,
shown in Table A 8.

Assessment of causality was not possible in these cases because of incomplete clinical
information, unclear temporal sequence of exposure and outcome, confounding by
concomitant medications for which DM or related events have been reported, risk factors for
DM (e.g. obesity or family history of DM), documented dietary non-compliance, and/or
alternative explanations.

18

CONFIDENTIAL
D339-L00814109-00018

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

### 5.2.3    Summary of post-marketing data

Considering an estimated exposure of approximately 23.2 million patients worldwide (an estimate of almost 14.4 million patients in the US and 8.8 million patients outside the US) for all time through February 2007 for the US and through 2006 for countries outside the US, it was determined that there are very rare reports of the events described in Table A 8 on SEROQUEL therapy (1676/23,200,000=0.007%) and that these reports disclose no new safety information about the use of SEROQUEL.

## 5.3    Literature search

### 5.3.1    Search strategy

A search of the scientific/medical literature through 27 February 2007 for SEROQUEL, to obtain information on or about glucose dysregulation, was performed utilizing AstraZeneca's in house database for indexing biomedical literature, which searches over 14,000 journals daily.  Additional articles were found through other channels (reference lists, tables of contents of relevant journals, information from colleagues).  Articles included contain an explicit statistical comparison of the prevalence or incidence of diabetes in patients prescribed quetiapine versus either conventional antipsychotics (an individual conventional antipsychotic or conventional antipsychotics as a group) or no exposure to antipsychotics.

### 5.3.2    Summary of literature review

The various data sources and analytic techniques used, each with its own strengths and weaknesses, as well as the complication of operationalizing exposure and new-onset diabetes, have contributed to an array of results ranging from a statistically significant decreased risk to a statistically significant increased risk for quetiapine.  Limitations in these studies included in appropriate comparison groups, lack of information on major known risk factors for diabetes (e.g. obesity, elevated insulin, family history, physical activity, comorbidities, co-prescriptions), the potential for confounding by indication, lack of systematic screening for diabetes in the subject population, and questionable generalizability due to restrictive inclusion criteria.  In sum, the epidemiology literature has been inconsistent and inconclusive with regard to quetiapine and diabetes.  Inherent methodological issues contribute to the challenges of studying this complex question.

## 5.4    Discussion

The incidence of increases in blood glucose to hyperglycaemic levels is common ($\geq 1\%$ - <10 %) in clinical trials, whether placebo-controlled or not.  The design of the clinical trials did not allow definitive diagnosis of diabetes due to the combination of fasting and non-fasting glucose sampling, the inability to confirm fasting status, and the lack of confirmation by repeat testing in the clinical trials.

The post-marketing reports are confounded or had limited information and did not establish a causal relationship to diabetes.  The reporting rate in the post-marketing data is very rare (0.007%).  The epidemiology literature gives conflicting results about hyperglycemia and therefore is inconclusive.

19

CONFIDENTIAL
D339-L00814109-00019

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

- Based on these considerations, AstraZeneca believes that the US Prescribing Information should be updated to reflect the latest available information.

## 6.      BENEFITS AND RISK CONCLUSIONS

It is the opinion of AstraZeneca that the present safety information with the above-mentioned changes accurately reflects the known safety profile for SEROQUEL. Overall, SEROQUEL is safe and well tolerated. The benefit-risk profile is considered positive.

## 7.      REFERENCES

**ADA 2004**
American Diabetes Association, American Psychiatric Association, American Association of Clinical Endocrinologists, and North American Association for the Study of Obesity. Consensus Development Conference on Antipsychotic Drugs and Obesity and Diabetes. Diabetes Care 27: 596-601, 2004.

**Basu and Meltzer 2006**
Basu A and Meltzer HY. Differential trends in prevalence of diabetes and unrelated general medical illness for schizophrenia patients before and after the atypical antipsychotic era. Schizophrenia Research 86(1-3): 99-109, 2006.

**Bruno et al 1992**
Bruno G, Bargero G, Vuolo A, Pisu E, Pagano G. A population-based prevalence survey of known diabetes mellitus in Northern Italy based upon multiple independent sources of ascertainment. Diabetologia 35: 851-856, 1992.

**Dixon et al 2000**
Dixon L, Weiden P, Delahanty J, Goldberg R, Postrado L, Lucksted A, Lehman A. Prevalence and correlates of diabetes in national schizophrenia samples. Schizophrenia Bulletin 26: 903-912, 2000.

**Mukherjee et al 1996**
Mukherjee S, Decina P, Bocola V, Saraceni, F, Scapicchio PL. Diabetes mellitus in schizophrenic patients. Comprehensive Psychiatry 37: 68-73, 1996.

**Regenold et al 2002**
Regenold WT, Thapar RK, Marano C, Gavirneni S, Kondapavuluru PV. Increased prevalence of type 2 diabetes mellitus among psychiatric inpatients with bipolar I affective and schizoaffective disorders independent of psychotropic drug use [Erratum at J. Affect. Disorder. 70 (2002) 19–26]. Journal of Affective Disorders 70: 19-26, 2002.

CONFIDENTIAL
D339-L00814109-00020

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

## Verrillo et al 1985

Verrillo A, de Teresa A, La Rocca S, Giarrusso PC. Prevalence of diabetes mellitus and impaired glucose tolerance in a rural area of Italy. Diabetes Research 2: 301-306, 1985.

21

CONFIDENTIAL
D339-L00814109-00021

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

# 8.   APPENDIX

## Table A 1    Preferred terms used in adverse event search

| Category | MedDRA preferred terms |
| --- | --- |
| DKA | Diabetic ketoacidosis, Diabetic ketoacidotic hyperglycaemic coma |
| Diabetic coma | Diabetic hyperglycaemic coma, Diabetic coma, diabetic hyperosmolar coma, Hyperglycaemic hyperosmolar nonketotic syndrome |
| Gestational diabetes | Diabetes complicating pregnancy, gestational diabetes, glycosuria during pregnancy, glucose tolerance impaired in pregnancy |
| Polydipsia | Polydipsia |
| Polyuria | Polyuria |
| Thirst | Thirst |
| Hyperglycemia | Blood glucose fluctuation, Blood glucose increased, Glycosylated haemoglobin increased, Impaired fasting glucose, Hyperglycaemia |
| Impaired glucose tolerance | Glucose tolerance test decreased, Glucose tolerance impaired, Glucose tolerance test abnormal |
| Insulin resistance | Insulin resistance, Insulin resistance syndrome, Insulin tolerance test abnormal |
| Diabetes mellitus[a] | Increased insulin requirement, Insulin resistant diabetes, Insulin-requiring Type II Diabetes mellitus, Diabetes mellitus, Diabetes mellitus inadequate control, Diabetes mellitus insulin-dependent, Diabetes mellitus non-insulin dependent, Diabetes with hyperosmolarity, Dawn phenomenon, Somogyi phenomenon, Latent autoimmune diabetes in adults |
| Diabetic complications | Diabetic complications |
| Blood ketone abnormalities | Blood ketone body present, Blood ketone body increased |
| Blood insulin abnormalities | Anti-insulin antibody increased, Anti-insulin antibody positive, Blood insulin abnormal, Blood insulin decreased, Blood insulin increased, Blood insulin C-peptide abnormal, Blood insulin C-peptide decreased, Blood insulin C-peptide increased, Blood proinsulin abnormal, Blood proinsulin decreased, Blood proinsulin increased, Hyperinsulinaemia, Hyperinsulinism, Impaired insulin secretion |
| Urine glucose abnormalities | Glucose urine present, Glucose urine, Urine glucose abnormality |

[a] These terms may describe new onset or an exacerbation of pre-existing DM.

## Table A 2    Number of patients with adverse events related to diabetes (All trials in Safety 9.1)

| Category of adverse event | Treatment | Patients with event | Total patients[a] | Exposure[b] | Incidence rate[c] | Incidence density[d] |
| --- | --- | --- | --- | --- | --- | --- |
| Any[e] | Quetiapine | 100 (10) | 11013 | 3460.3 (3490.5) | 0.91 (0.09) | 2.9 (0.3) |
| | Placebo | 10 (1) | 1592 | 172.0 (172.9) | 0.63 (0.06) | 5.8 (0.6) |
| | Chlorpromazine | 3 (0) | 348 | 47.2 (47.6) | 0.86 (0.00) | 6.4 (0.0) |

22

CONFIDENTIAL
D339-L00814109-00022

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

**Table A 2**      **Number of patients with adverse events related to diabetes (All trials in Safety 9.1)**

| Category of adverse event | Treatment | Patients with event | Total patients[a] | Exposure[b] | Incidence rate[c] | Incidence density[d] |
|---|---|---|---|---|---|---|
| | Haloperidol | 3 (0) | 1028 | 179.6 (180.4) | 0.29 (0.00) | 1.7 (0.0) |
| | Lithium | 5 (0) | 98 | 17.1 (17.7) | 5.10 (0.00) | 29.3 (0.0) |
| | Mosapramine | 1 (0) | 90 | 10.4 (10.4) | 1.11 (0.00) | 9.6 (0.0) |
| | Olanzapine | 0 (0) | 168 | 71.2 (71.2) | 0.00 (0.00) | 0.0 (0.0) |
| | Risperidone | 8 (0) | 888 | 178.2 (179.1) | 0.90 (0.00) | 4.5 (0.0) |
| Diabetic Ketoacidosis | Quetiapine | 2 (2) | 11013 | 3492.0 (3492.0) | 0.02 (0.02) | 0.1 (0.1) |
| | Placebo | 0 (0) | 1592 | 172.9 (172.9) | 0.00 (0.00) | 0.0 (0.0) |
| | Chlorpromazine | 0 (0) | 348 | 47.6 (47.6) | 0.00 (0.00) | 0.0 (0.0) |
| | Haloperidol | 0 (0) | 1028 | 180.4 (180.4) | 0.00 (0.00) | 0.0 (0.0) |
| | Lithium | 0 (0) | 98 | 17.7 (17.7) | 0.00 (0.00) | 0.0 (0.0) |
| | Mosapramine | 0 (0) | 90 | 10.4 (10.4) | 0.00 (0.00) | 0.0 (0.0) |
| | Olanzapine | 0 (0) | 168 | 71.2 (71.2) | 0.00 (0.00) | 0.0 (0.0) |
| | Risperidone | 0 (0) | 888 | 179.1 (179.1) | 0.00 (0.00) | 0.0 (0.0) |
| Polydipsia | Quetiapine | 14 (0) | 11013 | 3483.5 (3492.6) | 0.13 (0.00) | 0.4 (0.0) |
| | Placebo | 0 (0) | 1592 | 172.9 (172.9) | 0.00 (0.00) | 0.0 (0.0) |
| | Chlorpromazine | 2 (0) | 348 | 47.3 (47.6) | 0.57 (0.00) | 4.2 (0.0) |
| | Haloperidol | 0 (0) | 1028 | 180.4 (180.4) | 0.00 (0.00) | 0.0 (0.0) |
| | Lithium | 1 (0) | 98 | 17.6 (17.7) | 1.02 (0.00) | 5.7 (0.0) |
| | Mosapramine | 1 (0) | 90 | 10.4 (10.4) | 1.11 (0.00) | 9.6 (0.0) |
| | Olanzapine | 0 (0) | 168 | 71.2 (71.2) | 0.00 (0.00) | 0.0 (0.0) |
| | Risperidone | 2 (0) | 888 | 178.8 (179.1) | 0.23 (0.00) | 1.1 (0.0) |
| Polyuria | Quetiapine | 9 (0) | 11013 | 3491.5 (3492.6) | 0.08 (0.00) | 0.3 (0.0) |
| | Placebo | 2 (0) | 1592 | 172.6 (172.9) | 0.13 (0.00) | 1.2 (0.0) |
| | Chlorpromazine | 1 (0) | 348 | 47.5 (47.6) | 0.29 (0.00) | 2.1 (0.0) |
| | Haloperidol | 2 (0) | 1028 | 179.6 (180.4) | 0.19 (0.00) | 1.1 (0.0) |
| | Lithium | 1 (0) | 98 | 17.5 (17.7) | 1.02 (0.00) | 5.7 (0.0) |
| | Mosapramine | 0 (0) | 90 | 10.4 (10.4) | 0.00 (0.00) | 0.0 (0.0) |
| | Olanzapine | 0 (0) | 168 | 71.2 (71.2) | 0.00 (0.00) | 0.0 (0.0) |
| | Risperidone | 1 (0) | 888 | 179.1 (179.1) | 0.11 (0.00) | 0.6 (0.0) |
| Thirst | Quetiapine | 24 (0) | 11013 | 3487.5 (3492.6) | 0.22 (0.00) | 0.7 (0.0) |
| | Placebo | 5 (0) | 1592 | 172.3 (172.9) | 0.31 (0.00) | 2.9 (0.0) |
| | Chlorpromazine | 0 (0) | 348 | 47.6 (47.6) | 0.00 (0.00) | 0.0 (0.0) |
| | Haloperidol | 0 (0) | 1028 | 180.4 (180.4) | 0.00 (0.00) | 0.0 (0.0) |
| | Lithium | 2 (0) | 98 | 17.4 (17.7) | 2.04 (0.00) | 11.5 (0.0) |
| | Mosapramine | 0 (0) | 90 | 10.4 (10.4) | 0.00 (0.00) | 0.0 (0.0) |

23

CONFIDENTIAL
D339-L00814109-00023

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

**Table A 2**      **Number of patients with adverse events related to diabetes (All trials in Safety 9.1)**

| Category of adverse event | Treatment | Patients with event | Total patients[a] | Exposure[b] | Incidence rate[c] | Incidence density[d] |
|---|---|---|---|---|---|---|
| | Olanzapine | 0 (0) | 168 | 71.2 (71.2) | 0.00 (0.00) | 0.0 (0.0) |
| | Risperidone | 2 (0) | 888 | 178.8 (179.1) | 0.23 (0.00) | 1.1 (0.0) |
| Hyperglycaemia | Quetiapine | 40 (5) | 11013 | 3482.8 (3492.5) | 0.36 (0.05) | 1.1 (0.1) |
| | Placebo | 2 (0) | 1592 | 172.8 (172.9) | 0.13 (0.00) | 1.2 (0.0) |
| | Chlorpromazine | 0 (0) | 348 | 47.6 (47.6) | 0.00 (0.00) | 0.0 (0.0) |
| | Haloperidol | 0 (0) | 1028 | 180.4 (180.4) | 0.00 (0.00) | 0.0 (0.0) |
| | Lithium | 0 (0) | 98 | 17.7 (17.7) | 0.00 (0.00) | 0.0 (0.0) |
| | Mosapramine | 0 (0) | 90 | 10.4 (10.4) | 0.00 (0.00) | 0.0 (0.0) |
| | Olanzapine | 0 (0) | 168 | 71.2 (71.2) | 0.00 (0.00) | 0.0 (0.0) |
| | Risperidone | 2 (0) | 888 | 179.0 (179.1) | 0.23 (0.00) | 1.1 (0.0) |
| Diabetes mellitus | Quetiapine | 14 (4) | 11013 | 3486.7 (3491.1) | 0.13 (0.04) | 0.4 (0.1) |
| | Placebo | 1 (1) | 1592 | 172.9 (172.9) | 0.06 (0.06) | 0.6 (0.6) |
| | Chlorpromazine | 0 (0) | 348 | 47.6 (47.6) | 0.00 (0.00) | 0.0 (0.0) |
| | Haloperidol | 1 (0) | 1028 | 180.4 (180.4) | 0.10 (0.00) | 0.6 (0.0) |
| | Lithium | 1 (0) | 98 | 17.7 (17.7) | 1.02 (0.00) | 5.6 (0.0) |
| | Mosapramine | 0 (0) | 90 | 10.4 (10.4) | 0.00 (0.00) | 0.0 (0.0) |
| | Olanzapine | 0 (0) | 168 | 71.2 (71.2) | 0.00 (0.00) | 0.0 (0.0) |
| | Risperidone | 2 (0) | 888 | 178.9 (179.1) | 0.23 (0.00) | 1.1 (0.0) |
| Urine glucose abnormalities | Quetiapine | 7 (0) | 11013 | 3489.8 (3492.6) | 0.06 (0.00) | 0.2 (0.0) |
| | Placebo | 0 (0) | 1592 | 172.9 (172.9) | 0.00 (0.00) | 0.0 (0.0) |
| | Chlorpromazine | 0 (0) | 348 | 47.6 (47.6) | 0.00 (0.00) | 0.0 (0.0) |
| | Haloperidol | 0 (0) | 1028 | 180.4 (180.4) | 0.00 (0.00) | 0.0 (0.0) |
| | Lithium | 0 (0) | 98 | 17.7 (17.7) | 0.00 (0.00) | 0.0 (0.0) |
| | Mosapramine | 0 (0) | 90 | 10.4 (10.4) | 0.00 (0.00) | 0.0 (0.0) |
| | Olanzapine | 0 (0) | 168 | 71.2 (71.2) | 0.00 (0.00) | 0.0 (0.0) |
| | Risperidone | 0 (0) | 888 | 179.1 (179.1) | 0.00 (0.00) | 0.0 (0.0) |

a   Patients must have received at least one dose of trial medication.
b   Exposure in patient-years, censored at first event.
c   100 x total number of patients with event/total number of patients.
d   100 x total number of patients with event/total years of exposure.
e   The number of patients with any of the adverse events. Since a patient can have more than one adverse event within the adverse event group, the number does not necessarily equal the sum of the numbers below.
Note:  Numbers outside brackets refer to all adverse events and numbers in brackets refer to serious adverse events.
Pgm:  Reg-Def\Diabetes Mar 07 SERM\...\AE_all_trials.SAS. Data version: V9.1 User: Malin Dreyer 2007-05-02 20:19.

CONFIDENTIAL
D339-L00814109-00024

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

## Table A 3 — Mean (SD) change from baseline to end of treatment (All trials in Safety 9.1)

| | | QTP N=11013 | Pla N=1592 | Chl N=348 | Hal N=1028 | Li N=98 | Olz N=168 | Ri N=888 |
|---|---|---|---|---|---|---|---|---|
| **Glucose (mmol/L)** | | | | | | | | |
| Patients[a] | | 5125 | 1342 | 92 | 228 | 91 | 168 | 426 |
| Baseline | Mean (SD) | 5.42 (1.45) | 5.36 (1.36) | 5.55 (1.11) | 6.07 (2.15) | 5.33 (1.21) | 5.13 (0.82) | 5.42 (1.56) |
| Last value | Mean (SD) | 5.62 (1.83) | 5.42 (1.42) | 5.45 (1.21) | 6.19 (2.15) | 5.49 (1.81) | 5.27 (0.62) | 5.62 (1.60) |
| Change | Mean (SD) | 0.20 (1.62) | 0.059 (1.46) | -0.10 (1.41) | 0.11 (1.83) | 0.16 (1.73) | 0.14 (0.80) | 0.20 (1.47) |
| | Median | 0.10 | 0 | 0 | 0.10 | 0 | 0.30 | 0.20 |
| | Range | -9.83 to 29.67 | -12.60 to 13.72 | -4.50 to 3.80 | -5.90 to 10.20 | -5.40 to 5.83 | -5.70 to 1.90 | -7.83 to 14.83 |
| **HbA1c (%)** | | | | | | | | |
| Patients[a] | | 2111 | 443 | | | | 168 | 172 |
| Baseline | Mean (SD) | 5.39 (0.53) | 5.32 (0.50) | | | | 5.33 (0.40) | 5.35 (0.44) |
| Last value | Mean (SD) | 5.45 (0.61) | 5.33 (0.50) | | | | 5.34 (0.43) | 5.34 (0.46) |
| Change | Mean (SD) | 0.055 (0.33) | 0.012 (0.28) | | | | 0.0036 (0.34) | -0.013 (0.30) |
| | Median | 0 | 0 | | | | 0 | 0 |
| | Range | -1.90 to 4.50 | -1.70 to 1.10 | | | | -1.00 to 1.40 | -0.90 to 1.00 |
| **Insulin (pmol/L)** | | | | | | | | |
| Patients[a] | | 2526 | 689 | | | | 141 | 140 |
| Baseline | Mean (SD) | 104.48 (146.57) | 93.23 (150.83) | | | | 242.30 (238.10) | 224.27 (215.81) |
| Last value | Mean (SD) | 131.27 (199.50) | 104.76 (138.38) | | | | 305.13 (371.28) | 254.09 (230.86) |
| Change | Mean (SD) | 26.78 (195.95) | 11.53 (182.41) | | | | 62.83 (350.06) | 29.81 (244.84) |
| | Median | 6.95 | 6.95 | | | | 18.96 | 20.45 |
| | Range | -1965 to 2730 | -1875 to 1820 | | | | -1124 to 2822 | -645.75 to 1492 |

25

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

## Table A 3     Mean (SD) change from baseline to end of treatment (All trials in Safety 9.1)

| | | QTP N=11013 | Pla N=1592 | Chl N=348 | Hal N=1028 | Li N=98 | Olz N=168 | Ri N=888 |
|---|---|---|---|---|---|---|---|---|
| **HOMAR** | | | | | | | | |
| Patients[a] | | 2265 | 640 | | | | 130 | 134 |
| Baseline | Mean (SD) | 3.35 (5.51) | 3.42 (9.23) | | | | 1.46 (1.02) | 1.62 (2.30) |
| Last value | Mean (SD) | 4.61 (9.38) | 3.79 (6.66) | | | | 1.78 (1.51) | 1.69 (1.40) |
| Change | Mean (SD) | 1.26 (9.50) | 0.37 (10.83) | | | | 0.32 (1.42) | 0.072 (2.32) |
| | Median | 0.21 | 0.18 | | | | 0.15 | 0.11 |
| | Range | -87.09 to 163.49 | -137.15 to 87.11 | | | | -3.14 to 8.12 | -22.57 to 10.63 |
| **QUICKI** | | | | | | | | |
| Patients[a] | | 2265 | 640 | | | | 130 | 134 |
| Baseline | Mean (SD) | 0.3226 (0.0766) | 0.3046 (0.0906) | | | | 0.3763 (0.0394) | 0.3729 (0.0374) |
| Last value | Mean (SD) | 0.3161 (0.0781) | 0.2994 (0.0919) | | | | 0.3692 (0.0440) | 0.3673 (0.0364) |
| Change | Mean (SD) | -0.0064 (0.0410) | -0.0052 (0.0382) | | | | -0.0071 (0.0445) | -0.0056 (0.0322) |
| | Median | -0.0060 | -0.0040 | | | | -0.0074 | -0.0056 |
| | Range | -0.2105 to 0.1807 | -0.1830 to 0.1800 | | | | -0.1117 to 0.2593 | -0.0896 to 0.0888 |

a Patients who have received at least one dose of trial medication, have a value at baseline and at least one value post baseline.
Chl Chlorpromazine. Hal Haloperidol. Li Lithium. Olz Olanzapine. Pla Placebo. QTP Quetiapine. Ri Risperidone.
Pgm: Reg-Def/Diabetes Mar 07 SERM/LAB_chg_all_trials.SAS. Data version: V91 User: Bengt Franzon. 2007-05-03 12.22.

26

CONFIDENTIAL
D339-L00814109-00026

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

**Table A 4**      **Mean (SD) change from baseline to end of treatment (All placebo-controlled trials in Safety 9.1)**

| | | QTP N=3437 | Pla N=1592 |
|---|---|---|---|
| Glucose (mmol/L) | | | |
| Patients[a] | | 2763 | 1342 |
| Baseline | Mean (SD) | 5.33 (1.39) | 5.36 (1.36) |
| Last value | Mean (SD) | 5.49 (1.65) | 5.42 (1.42) |
| Change | Mean (SD) | 0.15 (1.47) | 0.059 (1.46) |
| | Median | 0.100 | 0 |
| | Range | -9.83 to 15.72 | -12.60 to 13.72 |
| HbA1c (%) | | | |
| Patients[a] | | 1173 | 443 |
| Baseline | Mean (SD) | 5.39 (0.53) | 5.32 (0.50) |
| Last value | Mean (SD) | 5.45 (0.61) | 5.33 (0.50) |
| Change | Mean (SD) | 0.056 (0.32) | 0.012 (0.28) |
| | Median | 0 | 0 |
| | Range | -1.40 to 4.50 | -1.70 to 1.10 |
| Insulin (pmol/L) | | | |
| Patients[a] | | 1713 | 689 |
| Baseline | Mean (SD) | 95.11 (126.81) | 93.23 (150.83) |
| Last value | Mean (SD) | 131.99 (200.57) | 104.76 (138.38) |
| Change | Mean (SD) | 36.89 (197.65) | 11.53 (182.41) |
| | Median | 7.00 | 6.95 |
| | Range | -1479 to 2299 | -1875 to 1820 |
| HOMA$_R$ | | | |
| Patients[a] | | 1566 | 640 |
| Baseline | Mean (SD) | 3.32 (5.54) | 3.42 (9.23) |
| Last value | Mean (SD) | 4.93 (9.61) | 3.79 (6.66) |
| Change | Mean (SD) | 1.61 (9.83) | 0.37 (10.83) |
| | Median | 0.29 | 0.18 |
| | Range | -87.09 to 127.84 | -137.15 to 87.11 |
| QUICKI | | | |
| Patients[a] | | 1566 | 640 |
| Baseline | Mean (SD) | 0.3123 (0.0855) | 0.3046 (0.0906) |
| Last value | Mean (SD) | 0.3039 (0.0864) | 0.2994 (0.0919) |
| Change | Mean (SD) | -0.0084 (0.0408) | -0.0052 (0.0382) |

27

CONFIDENTIAL
D339-L00814109-00027

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

**Table A 4**       **Mean (SD) change from baseline to end of treatment (All placebo-controlled trials in Safety 9.1)**

|  |  | QTP N=3437 | Pla N=1592 |
|---|---|---|---|
|  | Median | -0.0090 | -0.0040 |
|  | Range | -0.2105 to 0.1800 | -0.1830 to 0.1800 |

a   Patients who have received at least one dose of trial medication, have a value at baseline and at least one value post baseline.
Pla  Placebo. QTP  Quetiapine.
Pgm:  Reg-Def\Diabetes Mar 07 SERM\LAB_chg_pla_ctrl.SAS. Data version: V91 User: Bengt Franzon. 2007-05-03 12:38.

CONFIDENTIAL
D339-L00814109-00028

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007



Figure A 1     Study design diagram for Studies 126 and 127

29

CONFIDENTIAL
D339-L00814109-00029

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

**Table A 5**  Trials 126 & 127: Glucose regulation laboratory data, change from randomization to end of treatment (randomized safety population)

| | | Randomized treatment | | | | Assigned mood stabilizer | |
|---|---|---|---|---|---|---|---|
| | | QTP & LI/VAL N = 646 | PLA & LI/VAL N = 680 | QTP &LI N = 274 | PLA &LI N = 287 | QTP &VAL N = 372 | PLA &VAL N = 393 |
| **Glucose (mg/dL)** | | | | | | | |
| N[a] | | 588 | 611 | 252 | 256 | 336 | 355 |
| Randomization | Mean(SD) | 93.78(19.970) | 94.61(20.084) | 94.83(18.630) | 94.04(14.478) | 92.99(20.911) | 95.02(23.317) |
| End of treatment | Mean(SD) | 98.78(41.837) | 94.55(18.876) | 100.10(28.883) | 95.29(18.424) | 97.78(49.393) | 94.02(19.204) |
| Change | Mean(SD) | 5.00(39.900) | -0.05(19.409) | 5.27(26.412) | 1.26(15.708) | 4.79(47.611) | -1.00(21.662) |
| | Median | 2.00 | 0.00 | 3.00 | 0.50 | 2.00 | 0.00 |
| | Min to Max | -132.00 to 776.00 | -121.00 to 87.00 | -84.00 to 287.00 | -52.00 to 75.00 | -132.00 to 776.00 | -121.00 to 87.00 |
| **HbA1C (%)** | | | | | | | |
| N[a] | | 585 | 618 | 251 | 253 | 334 | 365 |
| Randomization | Mean(SD) | 5.41(0.643) | 5.39(0.592) | 5.26(0.536) | 5.21(0.480) | 5.52(0.693) | 5.51(0.631) |
| End of treatment | Mean(SD) | 5.59(0.723) | 5.42(0.567) | 5.43(0.639) | 5.26(0.445) | 5.71(0.760) | 5.54(0.614) |
| Change | Mean(SD) | 0.18(0.460) | 0.04(0.346) | 0.18(0.331) | 0.05(0.304) | 0.19(0.537) | 0.03(0.373) |
| | Median | 0.10 | 0.00 | 0.20 | 0.00 | 0.10 | 0.00 |
| | Min to Max | -2.60 to 3.80 | -2.80 to 2.30 | -0.90 to 2.00 | -2.10 to 1.40 | -2.60 to 3.80 | -2.80 to 2.30 |
| **Insulin (pmol/L)** | | | | | | | |
| N[a] | | 501 | 531 | 211 | 214 | 290 | 317 |
| Randomization | Mean(SD) | 132.94(151.842) | 135.13(154.995) | 121.00(122.661) | 121.78(134.202) | 141.62(169.636) | 144.14(167.185) |
| End of treatment | Mean(SD) | 158.64(175.733) | 145.91(202.396) | 154.85(145.578) | 143.45(157.738) | 161.40(194.965) | 147.56(227.876) |
| Change | Mean(SD) | 25.70(61.479) | 10.78(214.550) | 33.85(149.963) | 21.67(171.618) | 19.77(69.376) | 3.42(239.203) |
| | Median | 7.00 | 0.00 | 14.00 | 7.00 | 0.00 | 0.00 |
| | Min to Max | -882.00 to 799.00 | -945.00 to 2125.00 | -771.00 to 660.00 | -945.00 to 1049.00 | -882.00 to 799.00 | -944.00 to 2125.00 |

CONFIDENTIAL
D339-L00814109-00030

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

**Table A 5      Trials 126 & 127: Glucose regulation laboratory data, change from randomization to end of treatment (randomized safety population)**

| | | Randomized treatment | | Assigned mood stabilizer | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | QTP & LI/VAL N = 646 | PLA & LI/VAL N = 680 | QTP &LI N = 274 | PLA &LI N = 287 | QTP &VAL N = 372 | PLA &VAL N = 393 |
| HOMA-R | | | | | | | |
| N[a] | | 505 | 523 | 215 | 214 | 290 | 309 |
| Randomization | Mean(SD) | 4.87(7.590) | 4.93(7.509) | 4.42(5.661) | 4.30(6.051) | 5.21(8.744) | 5.37(8.353) |
| End of treatment | Mean(SD) | 6.00(8.890) | 5.56(9.756) | 5.97(9.552) | 5.30(7.187) | 6.02(8.382) | 5.74(11.203) |
| Change | Mean(SD) | 1.13(8.929) | 0.63(10.800) | 1.55(9.843) | 1.00(8.089) | 0.81(8.190) | 0.37(12.340) |
| | Median | 0.23 | 0.04 | 0.47 | 0.08 | 0.19 | 0.00 |
| | Min to Max | -50.60 to 103.32 | -85.08 to 86.29 | -41.47 to 103.32 | -57.69 to 52.79 | -50.60 to 33.99 | -85.08 to 86.29 |
| QUICKI | | | | | | | |
| N[a] | | 505 | 523 | 215 | 214 | 290 | 309 |
| Randomization | Mean(SD) | 0.3305(0.0425) | 0.3299(0.0426) | 0.3328(0.0434) | 0.3337(0.0424) | 0.3287(0.0419) | 0.3273(0.0427) |
| End of treatment | Mean(SD) | 0.3233(0.0438) | 0.3277(0.0427) | 0.3226(0.0448) | 0.3273(0.0427) | 0.3239(0.0432) | 0.3280(0.0427) |
| Change | Mean(SD) | -.0071(0.0399) | -.0022(0.0400) | -.0103(0.0405) | -.0064(0.0390) | -.0048(0.0393) | 0.0007(0.0405) |
| | Median | -.006 | -.001 | -.007 | -.002 | -.003 | .0000 |
| | Min to Max | -0.1477 to 0.1206 | -0.1582 to 0.1246 | -0.1477 to 0.0912 | -0.1582 to 0.0889 | -0.1476 to 0.1206 | -0.1279 to 0.1246 |

a  Number of patients with assessment at randomization and at least one assessment after randomization.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. HOMA [insulin (uU/ml) x glucose (mmol/l)]/22.5.
QUICKI 1/[log10(insulin n(uU/ml) + log10 (glucose e(mg/dl))]. HbA1c Hemoglobin A1c.
126 D1447C00126.  127 D1447C00127.

31

CONFIDENTIAL
D339-L00814109-00031

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

**Table A 6**     **Fasting plasma glucose and two-hour glucose, change from
randomization – Trial 125**

|  |  | Quetiapine | Olanzapine | Risperidone |
|---|---|---|---|---|
| Fasting plasma glucose (mmol/L) |  |  |  |  |
| n[a] |  | 113 | 143 | 132 |
| Randomization | Mean (SD) | 5.14 (0.67) | 5.199 (0.99) | 5.203 (0.66) |
| Change at Week 24 | LS mean (SE) | 0.177 (0.08) | 0.129 (0.08) | 0.244 (0.08) |
|  | 95% CI | (0.013, 0.34) | (-0.02, 0.281) | (0.09, 0.399) |
| Two-hour glucose (mmol/L) |  |  |  |  |
| n[a] |  | 109 | 145 | 128 |
| Randomization | Mean (SD) | 5.934 (1.86) | 6.163 (2.33) | 6.266 (2.13) |
| Change at Week 24 | LS mean (SE) | -0.1 (0.23) | 0.543 (0.21) | 0.587 (0.22) |
|  | 95% CI | (-0.56, 0.348) | (0.132, 0.953) | (0.162, 1.013) |

a Number of patients with non-missing values at randomization and Week 24.
Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: FGLUC_01.SAS GENERATED:  8:36:34 18JAN2006 DB version prod: 13

**Table A 7**     **Overview of post-marketing adverse event reports**

|  | Medically confirmed | Not medically confirmed | Legal[b] | Total |
|---|---|---|---|---|
| DKA/ketoacidosis | 65[a] | 1 | 188 | 254 |
| Diabetic coma | 11 | 1 | 4 | 16 |
| New onset DM or hyperglycemia | 464 | 153 | 611 | 1228 |
| Exacerbation of DM | 91 | 46 | 3 | 140 |
| Gestational DM | 10 | 0 | 0 | 10 |
| Post marketing study reports | 31 | 0 | 0 | 31 |
| **Total** | **672 (40%)** | **201 (12%)** | **806[c] (48%)** | **1679** |

[a] Includes three reports of ketoacidosis, which do not describe DKA.
[b] Legal reports are those adverse event reports received by an attorney on behalf of a consumer.  These reports are considered not medically confirmed if only a civil complaint and no supporting medical information has been received and are being treated by AstraZeneca as medically confirmed if the patient's medical records or a medical questionnaire filled out by the patient (plaintiff fact sheet) has been received.  [c] contains both medically confirmed and non-medically confirmed reports.
DKA=diabetic ketoacidosis, DM=diabetes mellitus.  Note: Reports are counted in only one category.

CONFIDENTIAL
D339-L00814109-00032

Clinical Overview
Drug Substance quetiapine fumarate
Date June 2007

**Table A 8**     **MedDRA preferred terms contained in 1679 reports of glucose dysregulation**

| Preferred term | Number of cases |
| --- | --- |
| Blood glucose | 1 |
| Blood glucose abnormal | 15 |
| Blood glucose fluctuation | 14 |
| Blood glucose increased | 246 |
| Diabetes mellitus | 935 |
| Diabetes mellitus inadequate control | 12 |
| Diabetes mellitus insulin-dependent | 47 |
| Diabetes mellitus non-insulin-dependent | 194 |
| Diabetic coma | 186 |
| Diabetic complication | 1 |
| Diabetic hyperglycaemic coma | 1 |
| Diabetic hyperosmolar coma | 7 |
| Diabetic ketoacidosis | 243 |
| Gestational diabetes | 10 |
| Glucose tolerance impaired | 17 |
| Glucose urine | 1 |
| Glucose urine present | 3 |
| Glycosylated haemoglobin increased | 13 |
| Hyperglycaemia | 341 |
| Insulin-requiring type II diabetes mellitus | 2 |
| Insulin resistance | 5 |
| Ketoacidosis | 11 |
| **Total events** | **2305** |

NB: One report may contain multiple preferred terms, therefore the total number of events is larger than the total number of reports.

33

CONFIDENTIAL
D339-L00814109-00033



```
Job : 57
Date: 3/23/2009
Time: 9:58:47 AM
```



Date: January 26, 2009

Food and Drug Administration
Center for Drug Evaluation and Research
Division of Psychiatry Products
5901-B Ammendale Road
Beltsville, MD 20705-12666

RE:    NDA 20-639/S-048
       SEROQUEL® (quetiapine fumarate) Tablets
       Amendment to Pending Supplemental Application

Dear Dr. Laughren:

AstraZeneca Pharmaceuticals LP (AstraZeneca) is providing a response to the letter from the Division of Psychiatry Products (Division) of December 18, 2008 which was a Changes Being Effected in 30 Days labeling supplement for NDA 20-639/S-048.

The prescribing information for SEROQUEL has been revised as follows:

1. As FDA directed, the pediatric safety information has been placed in the relevant sections that contain adult data. Where a Warning and Precaution existed for the relevant subject, the pediatric data is included in that section. Otherwise, the pediatric data appears with the relevant adult data in the Adverse Reactions section.

2. As FDA directed, the information from the Adverse Reactions section on "Hyperlipidemia", "Weight Gain" and "Hyperglycemia" for adult and pediatrics has been moved to the Warnings and Precautions section. In addition, the data in the "Weight Gain" and "Hyperlipidemia" sections has been presented in table format. Cross-references to the appropriate section in Warnings and Precautions have been included in Adverse Reactions.

3. The "Increases in Blood Pressure" section with pediatric data has been moved to the Warnings and Precautions section in accordance with the Division's letter.

4. The sentence below has been added to each section describing safety data in children and adolescents: "Safety and effectiveness of SEROQUEL have not been established in pediatric patients and SEROQUEL is not approved for patients under the age of 18 years."

5. Appropriate language from the Invega® label has been incorporated into the Hyperprolactinemia section.

6. The order of the Warnings and Precautions section has been revised to be consistent with the order in the Zyprexa® label.

**Regulatory Affairs**
**AstraZeneca Pharmaceuticals LP**
1800 Concord Pike PO Box 8355 Wilmington DE 19803-8355

CONFIDENTIAL
D339-L01169103-00001

NDA 20-639/S048:  SEROQUEL® (quetiapine fumarate) Tablets

      7.  The Patient Counseling section has been revised to reflect the revisions in the rest
of the full prescribing information.

      8.  Updates to the Highlights sections have been made for consistency between the
SEROQUEL and SEROQUEL XR labels and to reflect the revisions to the full
prescribing information.

AstraZeneca intends to implement these changes approximately 10 days after submission,
which we anticipate will permit the Division time to provide comments, if any, on the revised
labeling, including the changes to the Highlights section.

This electronic submission has been scanned using Symantec AntiVirus, Version 10.1.5.5001
(Corporate Edition), with a virus definition file dated January 22, 2009. No viruses were
detected, and AstraZeneca certifies that the submission is virus-free.

This submission contains trade secrets and confidential commercial information exempt from
public disclosure pursuant to exemption 4 of the Freedom of Information Act and FDA
regulations, and the disclosure of which is prohibited by the Federal Food, Drug, and
Cosmetic Act, the Trade Secrets Act, and other applicable law. Pursuant to FDA regulations,
AstraZeneca is entitled to notice, an opportunity to object, and an opportunity to seek pre-
release judicial review in the event that FDA determines that all or any part of this submission
may be disclosed.

Please direct any questions or requests for additional information to me, or in my absence, to
Patricia Patterson, Associate Director, at (302) 885-1539.

              Sincerely,

              Kathryn Bradley, Director
              Regulatory Affairs
              Telephone: (302) 886-5622
              Fax: (302) 886-2333

KEB

CONFIDENTIAL
D339-L01169103-00002