# EXHIBIT 16



| | |
|---|---|
| **2.7.4 Summary of Clinical Safety** | |
| Drug Substance | Quetiapine fumarate |
| Date | 3 July 2007 |

## 2.7.4 Summary of Clinical Safety

## Quetiapine in Maintenance Treatment of Bipolar Disorder as Adjunctive Therapy to Lithium or Valproate

This document contains trade secrets and confidential commercial information, disclosure of which is prohibited without providing advance notice to AstraZeneca and opportunity to object.

2.7.4 Summary of Clinical Safety
Drug Substance Quetiapine fumarate
Adjunct Maintenance Treatment of Bipolar Disorder

Few cases of hepatic function values increasing to clinically important levels were noted, and the results were similar between the randomized treatment groups.

The change from randomization to end of treatment in renal laboratory data was small and similar for the quetiapine and placebo treatment groups. The mean creatinine value increased by 0.03 mg/dL in the quetiapine group and decreased by $-0.01$ mg/dL in the placebo group. Overall, few clinically important renal laboratory values were reported, but 7 patients in the quetiapine group compared to 1 patient in the placebo group had an increased creatinine value ($\geq 1.58$ mg/dL) at any time during randomized treatment. Six of the patients in the quetiapine group and the patient in the placebo group had a treatment-emergent shift to a high creatinine value at end of treatment.

Treatment emergent clinically important electrolyte laboratory values at any time were reported for low bicarbonate ($\leq 18$ mmol/L) in 12.5% of the patients in the quetiapine treatment group and 7.0% in the placebo group. At the end of treatment, 5.6% of the patients in the quetiapine group and 4.8% of the patients in the placebo group showed a shift to a clinically important low bicarbonate. For other electrolyte laboratory variables, the 2 treatment groups showed similar proportion of patients with treatment emergent clinically important values.

For glucose regulation laboratory data, small mean changes consistent across variables and consistent with current knowledge about quetiapine treatment in other settings were noted. The mean change in glucose from randomization to end of treatment was an increase of 5.00 mg/dL (median 2.00 mg/dL) in the quetiapine group compared with a small mean decrease of -0.05 mg/dL (median 0.00 mg/dL) in the placebo group, ie, the calculated difference in mean change between the treatment groups was 5.05 mg/dL. The mean increase in HbA1c from randomization to end of treatment was 0.18% (median 0.10%) in the quetiapine group compared to 0.04% (median 0.00%) in the placebo group with a calculated difference in mean change of 0.14% between the groups.

There was a higher proportion of patients with blood glucose values $\geq 126$ mg/dL in the quetiapine group compared with the placebo group, both in the full data set and in the "documented fasting" (>8 h since last meal) population. This difference between the treatment groups was noted for all 3 pre-defined diabetic subgroups, both in the full data set and in the "documented fasting" (>8 h since last meal) population. In the full data set, 12.2% of the patients in the quetiapine group had a treatment emergent shift to a glucose value at hyperglycemic level ($\geq 126$ mg/dL) compared with 8.1% in the placebo group. These proportions of patients correspond to an incidence density of 21.58 observations per 100 patient-years in the quetiapine group, compared with 18.87 observations per 100 patient-years in patients randomized to placebo. In the "documented fasting" (>8 h since last meal) subset of patients, 10.7% in the quetiapine group had a treatment emergent shift to a glucose value $\geq 126$ mg/dL at any time, compared with 4.6% in the placebo group. These proportions correspond to an incidence density of 18.03 observations per 100 patient-years in the quetiapine group and 9.53 observations per 100 patient-years in the placebo group. Treatment

CONFIDENTIAL
D339-L00798058-00100