A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Mar 16, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
2009 MAR 24 AM 11: 49

UNITED STATES JUDICIAL PANEL
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Feb 26, 2009

FILED
CLERK'S OFFICE

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION         MDL No. 1769

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-81)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 767 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Mar 16, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769

## SCHEDULE CTO-81 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 09-109 | Robert Burgett, Jr. v. AstraZeneca Pharmaceuticals, LP, et al. |
| **DISTRICT OF COLUMBIA** | | | |
| DC | 1 | 08-2025 | Regina Allen, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC | 1 | 08-2213 | Kimla Allen, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 2 | 09-14022 | Andy Fulton v. AstraZeneca Pharmaceuticals, LP, et al. |
| FLS | 2 | 09-14023 | Evelyn Davis v. AstraZeneca Pharmaceuticals, LP, et al. |
| FLS | 2 | 09-14029 | Patsie Glenda Suarez v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MINNESOTA** | | | |
| MN | 0 | 09-177 | Elizabeth Boudreau, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-292 | Molli Bisson v. AstraZeneca Pharmaceuticals, LP, et al. |
| **SOUTH CAROLINA** | | | |
| SC | 4 | 09-279 | Margaret McQueen v. AstraZeneca Pharmaceuticals, LP, et al. |
| ~~SC~~ | ~~7~~ | ~~09-387~~ | ~~State of South Carolina ex rel. Henry McMaster v. AstraZeneca Pharmaceuticals, LP, et al.~~ Opposed 3/13/09 |
| **TEXAS WESTERN** | | | |
| TXW | 1 | 09-55 | Robert McCook v. AstraZeneca Pharmaceuticals, LP, et al. |