# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

It is **ORDERED** as follows:

1. AstraZeneca's Motion to Set Oral Argument on Federal Preemption (Doc. 1390) is **GRANTED**.

2. Oral argument is set for Wednesday, April 22, 2009 at 10:00 AM in Courtroom 6A before the undersigned. A total of one hour has been reserved for argument of counsel.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 25, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge