## APPENDIX A

| | | |
|---|---|---|
| **"Pennock, Paul"** <PPennock@weitzlux.com> | To | "Glenn Pogust - Kayescholer" <gpogust@kayescholer.com> |
| | cc | "McConnell, Stephen" <stephen.mcconnell@dechert.com>; "Lawrence Gornick" <lgornick@lskg-law.com>; <kbailey@bpblaw.com>; "Edward Blizzard" <EBlizzard@blizzardlaw.com>; <sallen@crusescott.com> |
| 03/26/2009 05:05 PM | | |
| | Subject | Ad Comm Discovery |

Glenn,

As I mentioned to you the other night, we need to talk about whether you are making a submission and whether we are going to exchange submissions.

Plus, as I also mentioned, we want discovery on the entire Ad Comm development. We have waited b/c Don told Judge Slights that people were busy preparing, but as soon as it's over, while it's still fresh in people's minds, we want some deps and document productions. We can conduct this out of New Jersey. So, I'd like to know who knows the most about how this came about. I will also want any information AZ or its consultants have, if anything, about the 19 people who popped up to speak during the public hour. I also what a deposition of whoever is most knowledgeable about AZ's relationship with the Committee Chair and the other committee members. We want all documents relating to the Ad Comm prep including any mock meetings, etc. and anything that has been submitted to and received from the FDA.  We can probably work out the parameters in a discussion but if you are going to require document demands and depo notices as a basis for discussion, please let me know that, so that I can serve them.

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
120 Wall Street, 15th Floor
New York, NY  10005
tel. (212) 558-5549
fax (212) 363-2721
E-mail:  Ppennock@weitzlux.com