<u>**APPENDIX B**</u>

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

**MDL DOCKET NO. 1769**

**This document relates to ALL CASES**

<u>**[PROPOSED] ORDER REGARDING
GENERIC (COMMON-ISSUE) FACT DISCOVERY**</u>

  1. This Order shall apply to every case that is now or later becomes part of this MDL. For purposes of this Order, such a case shall be referred to as an "MDL Case," both while the case is part of this MDL and after remand.

  2. Plaintiffs having informed the Court that all corporate and third-party general (common-issue) discovery is complete, no plaintiff in an MDL Case shall be permitted to seek any further corporate or third-party discovery on general or common issues in this Court or in any other court after remand, except as provided in paragraph 4, below.

  3. No plaintiff in an MDL Case shall be permitted to use in any trial, whether in this Court or in another court after remand, any corporate or third-party general (common-issue) discovery obtained hereafter in any Seroquel litigation in any state or federal court.

  4. Notwithstanding paragraphs 2 and 3, above, a plaintiff in an MDL Case may seek leave to take further corporate or third-party general (common-issue) discovery relating to events that occur hereafter and that plaintiff could not now have

reasonably anticipated, and AstraZeneca may oppose any such request. If a plaintiff later seeks leave to take such additional discovery and the Court allows it, such discovery must be taken in this MDL.

        5.      Corporate and third-party general (common-issue) discovery that is subject to this Order shall not include depositions of AstraZeneca sales representatives or of third-party physicians relating to a specific plaintiff or plaintiffs. Such depositions are considered "case-specific" and not "general" or "common-issue."

**IT IS SO ORDERED.**

Dated: April ___, 2009

                                                                           _____
                                                                           ANNE C. CONWAY
                                                                           United States District Judge