# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re: ORTHO EVRA® PRODUCTS LIABILITY LITIGATION | ) N.D. Ohio Case No. 1:06-cv-40000 ) ) MDL Docket No. 1742 |
| This Pleading Relates to: | ) ) Judge David A. Katz |
| ALL CASES | ) |
| MDL Case No. 1:06-cv-40000 | ) **NOTICE OF WITHDRAWAL OF** ) **DEFENDANTS' MOTION FOR** ) **SUMMARY JUDGMENT (FEDERAL** ) **PREEMPTION)** |

Please take notice that Defendants Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C., and Ortho-McNeil Pharmaceutical, Inc. hereby withdraw, without prejudice to re-file at a later date, their Motion for Summary Judgment (ECF No. 208) filed on February 22, 2008.

Respectfully submitted,

Susan M. Sharko
DRINKER, BIDDLE & REATH LLP
500 Campus Drive
Florham Park, NJ  07932
Telephone:    (973) 360-1100
Telefax:        (973) 360-9831
E-mail:susan.sharko@dbr.com

*s/Julie A. Callsen*
Julie A. Callsen (0062287)
Irene C. Keyse-Walker (0013143)
Robert C. Tucker (0013098)
Kristen L. Mayer (0055505)
TUCKER, ELLIS & WEST LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio  44115
Telephone:    (216) 592-5000
Telefax:        (216) 592-5009
E-mail:julie.callsen@tuckerellis.com
        ikeyse-walker@tuckerellis.com
        robert.tucker@tuckerellis.com
        kristen.mayer@tuckerellis.com

*Attorneys for Defendants Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. and Ortho-McNeil Pharmaceutical, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2009, a copy of the foregoing **Notice of Withdrawal of Defendants' Motion for Summary Judgment (Federal Preemption)** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

*s/ Julie A. Callsen*
Julie A. Callsen (0062287)
Irene C. Keyse-Walker (0013143)
Robert C. Tucker (0013098)
Kristen L. Mayer (0055505)
TUCKER, ELLIS & WEST LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115
Telephone: (216) 592-5000
Telefax: (216) 592-5009
E-mail: julie.callsen@tuckerellis.com
ikeyse-walker@tuckerellis.com
robert.tucker@tuckerellis.com
kristen.mayer@tuckerellis.com

Susan M. Sharko
DRINKER, BIDDLE & REATH LLP
500 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 360-1100
Telefax: (973) 360-9831
E-mail: susan.sharko@dbr.com

*Attorneys for Defendants Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. and Ortho-McNeil Pharmaceutical, Inc.*

Imanage\030180.000231\1041632.1-JC3