# EXHIBIT 3

**KEVIN McKENNA
OCTOBER 28, 2003 EMAIL**

**REDACTED**