# EXHIBIT 4

# KEVIN McKENNA
# OCTOBER 14, 2003 EMAIL

## REDACTED