# EXHIBIT 5

**LAWRENCE G. BASSIN
NOVEMBER 6, 2003 EMAIL**

**REDACTED**