# EXHIBIT 6

STEVEN D. HARDEMAN
NOVEMBER 10, 2003 EMAIL

REDACTED