# EXHIBIT 7

KEVIN McKENNA
NOVEMBER 6, 2003 EMAIL

REDACTED