# EXHIBIT 17

**Id :** i.m.42d9083b5f5fe9dd9720b05f6052ad5b
**CN :** SQ1ED00428632
**Date :** Tuesday, October 31, 2000 7:20:00 AM GMT
**From :** Witch, Emma
**To :** Haas, Edward J
**Cc :** Geller, Wayne
**Subject :** RE: Urgent--Request for Seroquel document re Diabetes sent to FDA
**Attachments :** final document 280800.doc
**Custodians :** Geller, Wayne

From:
Witch, Emma

Sent:
Tuesday, October 31, 2000 8:25 AM

To:
Haas, Edward J

Cc:
Geller, Wayne

Subject:
RE: Urgent--Request for Seroquel document re Diabetes sent to FDA

Attachments:
final diabetes document 280800

Hi there

CONFIDENTIAL

Here is the diabetes doc that went to the FDA.

Regards

Emma

----------

From: Haas, Edward J

Sent: 30 October 2000 22:50

To: Witch, Emma

Cc: Geller, Wayne

Subject: Urgent--Request for Seroquel document re Diabetes sent to FDA

Hello Emma,

Can you please provide me and Wayne wth a copy of the document that was sent to the FDA regarding diabetes. Thank you very much!

Ed

cid:CHILKAT-CID-469c0a8d-8b33-4364-90d9-a7d90f0ecb84

# SEROQUEL™ (quetiapine fumarate)

## Response to FDA request for further safety information

### To assess the possibility of a causal association between Seroquel treatment and disturbances in glucose regulation

NDA 20-639

August 2000

Seroquel is a trademark of the AstraZeneca group of companies

CONFIDENTIAL
AZSER19829038

CONTENTS

| | | PAGE |
|---|---|---|
| 1 | INTRODUCTION | 1 |
| 2 | SUMMARY OF DATA | 2 |
| 3 | CONCLUSION | 5 |
| 4 | REVIEW OF PRECLINICAL DATA | 6 |
| 4.1 | Salient observations | 6 |
| 4.2 | Discussion | 6 |
| 4.3 | Conclusion | 7 |
| 5 | REVIEW OF CLINICAL DATA | 8 |
| 5.1 | Source material | 8 |
| 5.1.1 | Adverse event data | 8 |
| 5.1.2 | Plasma glucose data | 9 |
| 5.1.2.1 | Mean change from baseline in plasma glucose levels | 9 |
| 5.1.2.2 | Number of patients meeting criteria for a markedly abnormal plasma glucose level | 10 |
| 5.2 | Results | 11 |
| 5.2.1 | Adverse event data | 11 |
| 5.2.1.1 | Phase I trials | 11 |
| 5.2.1.2 | Controlled Phase II/III trials | 12 |
| 5.2.1.3 | Uncontrolled Phase II/III trials | 15 |
| 5.2.2 | Plasma glucose data | 16 |

5.2.2.1 Mean change from baseline in random plasma glucose levels ........... 16

5.2.2.2 Number of patients meeting criteria for a markedly abnormal plasma glucose level ........ 19

5.3 Discussion ........ 25

5.3.1 Adverse event data ........ 25

5.3.2 Plasma glucose data ........ 26

5.4 Conclusion ........ 26

6 REVIEW OF POSTMARKETING DATA ........ 27

6.1 Results ........ 27

6.1.1 Hyperosmolar coma ........ 27

6.1.2 New-onset diabetes mellitus ........ 27

6.1.3 Diabetic ketoacidosis ........ 28

6.1.4 Hyperglycemia ........ 28

6.1.5 Weight gain ........ 28

6.2 Discussion ........ 29

6.3 Conclusion ........ 30

7 PATIENT EXPOSURE ESTIMATION ........ 31

7.1 Clinical trials ........ 31

7.1.1 Phase I trials ........ 31

7.1.2 Controlled Phase II/III trials ........ 31

7.1.3 Uncontrolled Phase II/III trials ........ 32

7.2 Postmarketing experience ........ 33

| | | |
|---|---|---|
| 8 | CORRESPONDENCE WITH REGULATORY AGENCIES | 34 |
| 8.1 | Results | 34 |
| 8.2 | Discussion | 34 |
| 9 | POTENTIAL COLLABORATION WITH OTHER DATABASES | 35 |

APPENDICES

A: Patient narratives: clinical data ..... A1 to A18

B: Patient narratives: postmarketing data ..... B1 to B9

C: The effect of Seroquel on weight gain ..... C1 to C5

D: Correspondence with regulatory agencies ..... D1 to D15

# 1 INTRODUCTION

The purpose of this document is to provide the FDA with further safety information in order to assess whether there is a causal association between Seroquel treatment and disturbances in glucose regulation, in particular the onset of diabetes.

The FDA have requested 6 pieces of information; these are summarized as follows:

(1) A comprehensive review of all preclinical data pertaining to hyperglycemia.

(2) A thorough assessment of all Phase 1, 2 and 3 studies in the Seroquel NDA for evidence of adverse events possibly related to disturbances in glucose regulation, mean changes from baseline in plasma glucose levels, and the number of patients meeting the criteria for a markedly abnormal plasma glucose concentration.

(3) A review of spontaneous postmarketing reports for new-onset diabetes, hyperosmolar coma, diabetic ketoacidosis, weight gain and hyperglycemia.

(4) An estimate of patient exposure.

(5) Copies of any correspondence with regulatory authorities regarding events related to possible disturbances in glucose metabolism associated with Seroquel.

(6) The possibility of collaborating with organizations having large pools of treated patients that might be examined for evidence of hyperglycemia or new-onset diabetes associated with Seroquel.

AstraZeneca has now collated and thoroughly assessed all the appropriate data to address each of the above, and full details are provided in this document (Sections 4 to 9).

A summary of preclinical, clinical and postmarketing findings, and an overall conclusion, is provided overleaf.

## 2 SUMMARY OF DATA

**Preclinical data**

- A review of all the preclinical data has confirmed that the only salient observations are small changes in glucagon secreting cells in a 1-year rat study with quetiapine fumarate.

  No such changes were observed after administration of quetiapine fumarate at the same dose levels for 2 years in another rat study. Further, no such changes were observed in any of the other species tested in the preclinical program, and no changes in serum glucose levels or pathology indicative of a diabetic condition were observed throughout the preclinical toxicology program.

  Thus the changes observed in the single rat study are considered to be of minimal pathological significance and would not be expected to have any clinical significance in man.

  Overall it is concluded that the preclinical data has provided no evidence that treatment with Seroquel in man may be associated with diabetes.

**Clinical data**

- The incidence of patients with adverse events possibly related to disturbances in glucose regulation in patients treated with Seroquel was low across all studies and, after adjusting for time-on-study, the incidence of these events did not increase as the duration of exposure to Seroquel increased:

  – cumulative incidence: 1.7 % in the Phase I trials, 1.7% in the short-term Phase II/III trials (≤ 6 weeks duration), 4.6% in the long-term controlled (> 6 weeks duration) and 3.6% in the uncontrolled trials.

  – incidence density (events/patient-years): 0.6 in the Phase I trials, 0.2 in the short-term controlled trials, 0.2 in the long-term controlled trials and 0.1 in the uncontrolled trials.

- None of the 2419 patients exposed to Seroquel in the clinical trial program were reported as having diabetic ketoacidosis or hyperosmolar coma.

- Only 3 of 2419 patients (0.1%) were reported as having diabetes mellitus (all in the uncontrolled trials). In 2 of the 3 cases, the patients had a past history of diabetes. In the third case, the patient is reported to have 'recovered' from diabetes and continued treatment with Seroquel.

- The most frequently reported event in patients treated with Seroquel (in this class of events) was weight gain (67 of 2419 patients, 2.8%).

Obesity can be a risk factor for diabetes. However, only 1 of the 67 patients with weight gain in the clinical trial program also had diabetes mellitus recorded as an adverse event. This patient had diabetes at baseline (for which they were receiving treatment) and the adverse event of 'poorly controlled diabetes' was subsequently reported.

- There were no deaths due to adverse events possibly related to disturbances in glucose regulation. Only 3 of 2419 patients (0.1%) were withdrawn from treatment due to events possibly related to glucose dysregulation; details are as follows:

  - 2 patients were withdrawn for hyperglycemia in the uncontrolled trials. In both cases, the hyperglycemia was considered serious by the Investigator. Both patients had baseline confounding factors: 1 was a known diabetic with a history of hyperglycemia and 1 had a history of borderline glucose levels.

  - 1 patient was withdrawn for weight gain in the short-term controlled trials. The weight gain was not considered serious by the Investigator. Somnolence and abdominal distension were also documented as reasons for withdrawal from treatment in this patient.

  Apart from the 2 adverse events of hyperglycemia above, none of the other events possibly related to disturbances in glucose regulation in the NDA clinical trial program were considered serious by the Investigator.

- There were no statistically significant differences between the Seroquel and placebo groups, Seroquel and chlorpromazine groups (short-term trials) or Seroquel and haloperidol groups (long-term trials) in the mean change from baseline to end of treatment in plasma glucose levels.

- The number of patients treated with Seroquel with a glucose value ≥ 200 mg/dl at any time was low and did not increase as the duration of exposure to Seroquel increased (3.4% in the short-term trials [≤ 6 weeks duration] and 2.9% in the long-term trials [> 6 weeks duration]).

- Where hyperglycemia was observed (glucose value ≥ 200 mg/dl), the condition was not sustained or extreme, and the patients were asymptomatic.

**Postmarketing data**

- It is estimated that over 623,000 patients have been exposed to Seroquel since its launch in the US in 1997. During this time:
  - no cases of hyperosmolar coma have been reported.
  - 3 cases of diabetic ketoacidosis have been reported. In 2 cases, usage of concomitant medications known to impair glucose tolerance was noted.
  - 12 cases of new-onset diabetes have been reported. In 6 patients, usage of concomitant medications known to impair glucose tolerance was noted.
  - 2 cases of hyperglycemia have been reported.
  - 38 cases of weight gain were reported. Only 2 of the 38 patients with weight gain also had diabetes mellitus.

Thus very few cases of diabetes mellitus (and related complications), hyperglycemia, and weight gain have been reported. AstraZeneca believes that the current US Seroquel label accurately describes patient experiences to date of these conditions.

## 3 CONCLUSION

The preclinical data has provided no evidence that Seroquel treatment in man may be associated with diabetes.

The clinical data has shown that the incidence of adverse events possibly related to disturbances in glucose regulation in patients treated with Seroquel is low and does not increase as duration of exposure to Seroquel increases. Very few of the adverse events observed were considered serious or led to withdrawal of treatment. There were no cases of diabetic ketoacidosis or hyperosmolar coma and only 3 cases of diabetes mellitus were reported.

A review of the plasma glucose data has revealed similar findings: the hyperglycemia (glucose value ≥ 200 mg/dl) observed in a small number of patients treated with Seroquel was not sustained, extreme, or associated with any symptoms. Further, the incidence of hyperglycemia did not increase as the duration of exposure to Seroquel increased. In addition, there were no statistically significant differences between Seroquel and placebo in the mean changes from baseline to endpoint in plasma glucose levels.

The postmarketing data has shown that even though over 600,000 patients are estimated to have received Seroquel, the number of reported cases of diabetes and related conditions has been extremely small.

Overall, following extensive reviews of all the preclinical, clinical, and postmarketing data, AstraZeneca believes that a diabetogenic potential for Seroquel is unlikely.

## 4 . REVIEW OF PRECLINICAL DATA

In response to Part 1 of the FDA's request, AstraZeneca has completed a comprehensive review of all the preclinical data for evidence of an association between quetiapine fumarate treatment and disturbances in glucose metabolism.

### 4.1 Salient observations

Hyperplasia of small glucagon secreting cells (alpha cells) at the periphery of pancreatic islets was seen in the 75- and 250-mg/kg/day dose groups following administration of quetiapine for 12 months to rats (TFR/1626). The changes observed were minimal in severity and were not observed after administration for 2 years at the same dose levels in another rat study (TCR/1624).

No such changes were observed in the pancreatic islets of mice, dogs or primates during single- or multiple- dose studies (of up to 12 months duration) with quetiapine fumarate. In addition, no consistent changes in blood glucose levels occurred during any toxicology study in any species. Further, throughout all the extensive preclinical toxicity studies, there was no degenerative pathology that would reflect the induction of a diabetic state.

### 4.2 Discussion

A functional change in pancreatic islets might be an expected consequence of administration of a dopamine receptor antagonist that increases circulating prolactin. The lactogenic hormones can modulate pancreatic islet beta-cell function (Landgraf et al 1977, Nielsen JH et al 1982, Michaels RL et al 1987); prolactin stimulates an increase in islet cell protein synthesis leading to an increased secretion of insulin (Markoff et al 1990). Conversely, dopamine agonists decrease the glucose-stimulated release of insulin from beta-cells (Morricone et al 1990, Cavaziel et al 1981). The major physiological importance of glucagon (from alpha-cells) relates to its involvement in metabolic control, where its actions generally oppose that of insulin (Unger et al 1981). Because of its close interrelationship with insulin, many of the drugs that affect beta-cells and insulin also produce effects on alpha cells and glucagon (Woodman 1997).

The above observations in the rat study, together with the literature reports of the effects of dopamine antagonists, would suggest that there is a possibility of quetiapine fumarate affecting islet cell homeostasis. However, no such findings were observed in any of the other species in the toxicology program, and no glucose changes or pathology indicative of a diabetic condition was observed throughout the preclinical program. Thus the hyperplasia of glucagon secreting cells observed in the single rat study appears to be of little or no pathologic consequence and thus does not have the potential for clinical significance.