# EXHIBIT 19

**GLUCOSE MEDWATCH REPORT**
**JUNE 29, 2005**

**REDACTED**