# EXHIBIT 21

Confidential - John Anthony Schwartz, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

SEROQUEL PRODUCTS LIABILTY LITIGATION

CASE NO. 6:06-md-01769-ACC-DAB

MDL DOCKET NO. 1769

------
CONFIDENTIAL
------

January 10, 2008
------

      Videotaped Oral Deposition of
JOHN ANTHONY SCHWARTZ, Ph.D., held in the
offices of Golkow Technologies, Inc.,
One Liberty Place, 51st Floor,
Philadelphia, Pennsylvania beginning at
approximately 9:08 a.m., before Ann V.
Kaufmann, a Registered Professional
Reporter, Certified Realtime Reporter,
Approved Reporter of the U.S. District
Court, and a Notary Public.

------

GOLKOW TECHNOLOGIES, INC.
One Liberty Place, 51st Floor
Philadelphia, Pennsylvania   19103
877.370.3377

Golkow Technologies, Inc. - 1.877.370.DEPS

## JOHN ANTHONY SCHWARTZ, Ph.D.
## JANUARY 10, 2008

**PAGE/LINE**                                    **ACTION**

290:15 – 294:2                                   REDACTED