# EXHIBIT 22

Confidential - Margaret Melville

Page 308

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

-   -   -

IN RE:  SEROQUEL    :   CASE NO.
PRODUCTS LIABILITY :
LITIGATION         :   6:06-md-01769-ACC-DAB
                   :
MDL Docket No. 1769:

-   -   -

May 13, 2008

-   -   -

C O N F I D E N T I A L

-   -   -

Continued videotape deposition of
MARGARET MELVILLE, taken pursuant to
notice, was held at the offices of Golkow
Technologies, Inc., One Liberty Place,
51st Floor, 1650 Market Street,
Philadelphia, Pennsylvania 19103,
commencing at 9:13 a.m., on the above
date, before Linda Rossi Rios, RPR, CCR
and Notary Public.

-   -   -

Golkow Technologies, Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, Pennsylvania  19103
877.370.3377

**MARGARET MELVILLE**
**MAY 13, 2008**

**PAGE/LINE**                                          **ACTION**

484:24 – 485:8                                          REDACTED