# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

**This document relates to:**

**ARNITA COLE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1140-Orl-22DAB**

**ERIC CRONIN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17075-Orl-22DAB**

**AMANDA GRAVES v. ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1323-Orl-22DAB**

**NEAL GREEN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1917-Orl-22DAB**

**PATRICIA HALL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA
LP**
**MDL Case No. 6:08-cv-1151-Orl-22DAB**

**DOROTHY P. HARPER v. ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA LP**
**MDL Case No. 6:08-cv-934-Orl-22DAB**

**GERALD HENDERSHOT v. ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1713-Orl-22DAB**

**TONY E. HOLLOWAY v. ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1145-Orl-22DAB**

**FLORA KRUGER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA
LP**
**MDL Case No. 6:08-cv-640-Orl-22DAB**

**BARRY MARON and ROSIE MARON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17077-Orl-22DAB**

**NICOLE MOODY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-17074-Orl-22DAB**

**CRYSTAL A. MOORE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1230-Orl-22DAB**

**THOMAS MOORE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1139-Orl-22DAB**

**RICHARD MORA v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1132-Orl-22DAB**

**ROGER MULLARKEY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1732-Orl-22DAB**

**GERALD O. NEAL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1227-Orl-22DAB**

**DEBORAH OWENS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1133-Orl-22DAB**

**HELEN PICKENS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1147-Orl-22DAB**

**BRIAN ROYSTER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17076-Orl-22DAB**

**CAROL THOMAS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-2011-Orl-22DAB**

**CAROL YATES v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP
MDL Case No. 6:08-cv-1131-Orl-22DAB**

_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion to Dismiss Cases of Plaintiffs Who Have Failed to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 1384), filed March 16, 2009, to which Plaintiffs have not responded. Having considered the motion and memorandum, the Court **ORDERS** as follows:

1.      The Motion to Dismiss (Doc. 1384) is **GRANTED** in part and **DENIED** in part. The motion is denied as to Plaintiff Nicole Moody, No. 6:09-cv-17074-Orl-22DAB, whose case was earlier dismissed without prejudice for reasons unrelated to overdue discovery materials. *See Nicole Moody v. AstraZeneca Pharmaceuticals LP, et al.*, No. 6:09-cv-17074-Orl-22DAB, at Doc. 8. The motion is granted as to the remainder of the above-captioned cases.

2.      All claims of Plaintiffs in the above-captioned cases, except those of Plaintiff Nicole Moody, are **DISMISSED WITHOUT PREJUDICE** for failure to timely serve upon Defendants verified Plaintiff Fact Sheets and records authorizations. No later than **80 days** from the date of this Order, Plaintiffs may file a motion to reinstate their claims provided they have served Defendants with a verified Plaintiff Fact Sheet and records authorizations. Plaintiffs shall attach to the motion a certification that AstraZeneca has been provided with all requested documents and shall also attach documentation of receipt of those documents. If Plaintiffs fail to properly move for reinstatement within the established time limit, their cases shall be dismissed with prejudice and closed without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 6, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge

-4-