# EXHIBIT 3



| Clinical Study Report | |
| --- | --- |
| Drug Substance: | quetiapine |
| Edition Number | 01 |
| Study Code | D1441C00125 |
| Date | 12 June 2006 |

---

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia**

---

**Study dates:**   First patient enrolled: 29 April 2004
Last patient completed: 24 October 2005

**Phase of development:**   IV

**International Co-ordinating Investigator:**   Professor Robin Emsley
Department of Psychiatry
Faculty of Health Sciences
University of Stellenbosch
PO Box 19063
Tygerberg 7505
Cape Town
South Africa

**Sponsor's Responsible Medical Officer:**   Dr Martin Brecher

This study was performed in compliance with Good Clinical Practice.

This document contains trade secrets and confidential commercial information, disclosure of which is prohibited without providing advance notice to AstraZeneca and opportunity to object.

| Clinical Study Report Synopsis<br>Edition Number 01<br>Study Code D1441C00125 | (For national authority use only) |
| --- | --- |

With regard to mean 2h-glucose value, the quetiapine group showed no change from randomisation at Week 24, while in the olanzapine and risperidone groups an increase from baseline was seen (0.543 and 0.587 mmol/L, respectively).  Although no difference was observed at Week 24 between the treatment groups in the proportion of patients with 2h-glucose ≥11.1 mmol/L (hyperglycemia) or the proportion of patients with IGT, a shift to a higher 2h-glucose category (ie, from normal to impaired/high or from impaired to high) was seen in about twice as many patients in the risperidone group compared to the quetiapine group, and about 50% more patients in the olanzapine group than in the quetiapine group.

In absence of glucose load, there was no difference between the treatment groups as measured by fasting glucose level, HbA$_{1c}$ level, C-peptide level, or the proportion of patients shifting from normal to abnormal (high or impaired) fasting glucose level at Week 24.

The proportion of patients with hyperglycemia, ie, patients with fasting glucose ≥7.0 mmol/L or/and with 2-hour glucose ≥11.1 mmol/L, was small in the PAP at Week 24 (4.3% in the quetiapine group, 6.8% in the olanzapine group, and 6.8% in the risperidone group) and similar to baseline within each treatment group.

The proportion of patients with IFG or IGT in the PAP changed in the quetiapine group from 26.1% at randomisation to 32.2% at Week 24, in the olanzapine group from 19.9% to 29.5%, and in the risperidone group from 32.1% to 40.3%.  With regard to 2h-glucose, about twice as many patients shifted at Week 24 to worse category (from normal to impaired/high or from impaired to high) in either the olanzapine or risperidone groups, than in the quetiapine group.

The mean increase in fasting insulin from randomisation at Week 24 was 3.3% in the quetiapine group, 8.5% in the olanzapine group, and 11.9% in the risperidone groups.  The mean relative changes from randomisation at Week 24 in AUC 0-2h of plasma insulin values was 13.2% in the quetiapine group, 24.5% in the olanzapine group, and  10.7% in the risperidone group.  The ISI results showed 10.8% mean decrease from randomisation at Week 24 in the quetiapine group, 19.1% in the olanzapine group, and 15.8% in the risperidone group.  The HOMA results showed a mean increase of 6.4% in the quetiapine group, 11% in the olanzapine group, and 16.8% in the risperidone group.

Few and very moderate mean changes in lipid levels were seen at Week 24 in all treatment groups, and the mean values in the population were close to normal.  There was a slight mean increase in total cholesterol in the quetiapine group, a greater increase in the olanzapine group, and no change in the risperidone group.  No mean change in HDL was observed at Week 24 in any of the treatment groups.  The mean LDL level increased at Week 24 by about 10% in the quetiapine group, and slightly more in the olanzapine group.  No change was observed in the risperidone group.  The mean triglyceride level increased at Week 24 in the olanzapine group, but not in the quetiapine and risperidone groups.

No differences in metabolic syndrome risk factors were seen between the treatment groups.  At Week 24, about 19% of patients developed ≥3 risk factors included in the definition of metabolic risk syndrome.  Between 17% and 41% of patients in each treatment group moved from ≥3 risk factors to <3 risk factors at the end of treatment.

CONFIDENTIAL<br>D339-L00729194-00010

Clinical Study Report
Edition Number 01
Study Code D1441C00125

parallell with increased duration of exposure to quetiapine, and there was no statistically significant difference between quetiapine and placebo in the mean changes in plasma glucose level from baseline to endpoint.  No cases of diabetic ketoacidosis or hyperosmolar coma were reported.  However, glucose metabolism and metabolic effects have not been previously studied as a primary parameter.  Quetiapine has also been shown to have modest effect on body weight.  In short-term placebo-controlled Phase II-III trials in patients with schizophrenia  no difference between quetiapine and placebo treatment in the incidence of EPS and use of anticholinergic medications was shown.  Clinical trials have shown no difference between placebo-treated and quetiapine-treated patients across the dose range with regard to plasma prolactin levels.

At time of implementing the study, no head-to-head clinical studies had been conducted to determine whether atypicals, when used at optimal doses, differ in their safety and tolerability profiles.  The current study was performed to assess safety and tolerability of quetiapine, olanzapine, and risperidone, with particular emphasis on their effect on glucose metabolism.

# 4.      STUDY OBJECTIVES

## 4.1      Primary objectives

The primary objective of this study was to compare the safety/tolerability profile of quetiapine and olanzapine on glucose metabolism in schizophrenic patients.  This was done by evaluating the change from randomisation at Week 24 in Area Under the Curve from 0 to 2h (AUC 0-2h) of the plasma glucose values following Oral Glucose Tolerance Test (OGTT) (Mari et al 2001).

## 4.2      Secondary objectives

### 4.2.1      Safety and Tolerability Objectives

#### 4.2.1.1      Safety objectives related to  glucose metabolism

- To compare the safety/tolerability profile of quetiapine and risperidone on glucose metabolism in schizophrenic patients by evaluating the change from randomisation at Week 24 in AUC 0-2h of the plasma glucose values following OGTT.

- To further compare the safety/tolerability profile of quetiapine, olanzapine and risperidone on glucose metabolism in schizophrenic patients by evaluating the change from randomisation at Week 24 in the following:

  – Fasting plasma glucose

  – Proportion of patients with hyperglycemia

  – Proportion of patients with impaired fasting glucose (IFG) or impaired glucose tolerance (IGT)

CONFIDENTIAL
D339-L00729194-00040

Clinical Study Report
Edition Number 01
Study Code D1441C00125

The primary outcome variable was change from randomisation at Week 24 in AUC 0-2h of the plasma glucose values following OGTT.

The study consisted of a screening period, randomisation, a 5-day cross-titration period and a 23-week flexible dose period.  Unsolicited AEs occurring up to 30 days after last dose of investigational product were recorded together with concomitant medications.  The study treatment was open-label, but the key clinical laboratory variables were kept blinded during the study and until database had been locked.

It was planned to enroll about 600 male or female patients with schizophrenia diagnosed according to Diagnostic and Statistical Manual of Mental Disorders, 4th Edition (DSM-IV) criteria, ≥18 to ≤65 years old, from approximately 60-70 countries in Europe and South Africa.  See Sections 5.3 for details regarding inclusion/exclusion criteria and Section 5.7.5 for details on sample size calculations.

Before any other study-related procedure was initiated, the patients received oral and written information and provided signed informed consent.  During the screening period, patient eligibility was established.  Eligible patients were scheduled for a randomisation visit within 2 weeks.  Patients who did not fulfil the eligibility criteria were discontinued.

At the randomisation visit, the first OGTT was performed.  This required overnight hospitalisation and appropriate measures to ensure fasting condition (for method description see Section 5.5.7.3).  When all assessments and procedures were completed, each patient was randomly assigned to receive quetiapine, olanzapine or risperidone using a central Interactive Voice Response System (IVRS), and investigational products were dispensed.  Randomisation was stratified based on baseline BMI and age group.

Study design and flow, as well as dosing schedule are presented Figure 1.  During the 5-day cross-titration period, which started at randomisation, all patients had to be cross-tapered off of their previous antipsychotic medication, while study medication was titrated up to the target dose.  It was followed by a 23-week flexible dose period, during which dosing could be modified to improve tolerability or to enhance therapeutic efficacy.  At each visit, all required clinical and laboratory assessments and procedures had to be performed as listed in Table 3.  An OGTT with appropriate measures to ensure fasting was performed again at Week 12 and Week 24 or discontinuation.  The patients were to return unused investigational products and empty containers, and new products were dispensed at each ordinary visit.  Information regarding investigational products and dosing is found in Section 5.4.

Patients could be discontinued from treatment for various reasons, such as lack of efficacy, AEs or other safety reasons, patient lost to follow-up, protocol non-compliance, withdrawal of informed consent, or other.  If possible, the final assessments and procedures were performed.

43

Clinical Study Report
Edition Number 01
Study Code D1441C00125

## 5.2    Rationale for study design, doses and control groups

The open-label design was chosen for this study.  If a double-blind design had been applied, the complex titration and dosing flexibility allowed in the study for each of the tested products would have led to considerable practical difficulties (too many tablets), and would have compromised patient compliance.  As the primary variable was an objective laboratory measurement, and the laboratory results for glucose metabolic variables, lipids and prolactin level were blinded to the investigators, patients, and sponsor until the database had been locked, a randomised open-label design was considered acceptable.

Olanzapine and risperidone were chosen as comparators to quetiapine, as these 3 atypical antipsychotics are currently most commonly used worldwide.  The olanzapine dose was titrated from 10 mg/day to 15 mg/day with a maintenance dose 10-20 mg per day, the risperidone dose was titrated from 2 to 6 mg per day with a maintenance dose 4-8 mg per day. Quetiapine was titrated from 100 mg/day to 600 mg/day, with a maintenance dose 400-800 mg per day.  This dosing was in accordance with the prescribing information for the investigational products (Physicians Desk Reference 2003), and followed the most common prescription pattern.

The inclusion and exclusion criteria were chosen to ensure that the results in the study population could be generalized to a wider population of patients with schizophrenia who may benefit from change of treatment to the newer atypicals, either for achieving a better therapeutic efficacy or for improving tolerability.  As the primary objective was to evaluate the effects on glucose metabolism, precautions were taken regarding some well-known factors which could contribute to changes in glucose metabolism.  Patients with known diagnosis of diabetes mellitus, as well as patients receiving corticosteroids were excluded from the study (Barr et al 2002, Davidsson et al 1999, Kilpatrick et al 1998, Peters et al 1996).  The study was randomised with stratification according to BMI and age category to ensure that treatment groups were well balanced.

Considering the nature of the disease, which requires chronic treatment, a 6-month treatment duration appeared to be a reasonable period for evaluating the potential effects of these atypicals on glucose metabolism and was in line with the current therapeutic recommendation in routine clinical practice with all antipsychotics (Lindenmayer et al 2003).

As the primary variable, the AUC 0-2h of the plasma glucose values following OGTT was chosen.  The OGTT is a standard test widely used for glucose tolerance classification (American Diabetes Association 2002, World Health Organization 1985).  It is simple and provides information on insulin secretion and action.  A modified 2h-OGTT using a plasma sampling schedule (0, 30, 60, 90, and 120 min after load) was proposed instead of the standard OGTT which only evaluates glucose level at 2h after load (World Health Organization 1985). Since many patients with impaired glucose tolerance present hyperglycemia only when challenged (The Expert Committee on the Diagnosis and Classification of Diabetes Mellitus 2002), the modified 2h-OGTT offered a greater chance to observe small changes in hyperglycemic response to glucose loading in the study population, compared to measuring only fasting plasma glucose and fasting insulin.  This method had been validated against

CONFIDENTIAL
D339-L00729194-00047

euglycemic glucose clamp, which is the reference method (Mari et al 2001), and had already been used several times (Baptista et al 2001, Haffner et al 1984, Matsuda and Defronzo 1999, Newcomer et al 2002). In addition, the modified 2h-OGTT provided the necessary information for calculation of other insulin indices, such as HOMA and ISI. Therefore, the modified 2h-OGTT was regarded to be an appropriate tool for identifying and defining insulin sensitivity and secretory defects in the study population.

A unique feature of the study's design was that the key laboratory assessments were conducted after 8-14 hours fasting, ensured by overnight hospitalisation of the patients prior to performance of OGTT. The overnight hospitalisation was essential for obtaining reliable and consistent fasting key laboratory data, and made possible the statement that the obtained results reflected true fasting condition in patients.

## 5.3      Selection of study population

### 5.3.1    Inclusion criteria

For inclusion in the study, patients had to fulfil all of the following criteria at enrolment:

1.      Provision of written informed consent before initiation of any study-related procedures.

2.      Female or male aged $\geq 18$ to $\leq 65$ years.

3.      Documented clinical diagnosis of schizophrenia, as defined by DSM-IV.

4.      Patients who had not previously used antipsychotic medication or who, in the opinion of the investigator, had shown inadequate response (eg, persistent aggression/hostility, cognitive impairment, negative, positive, or general psychopathology symptoms) or poor tolerance of their previous antipsychotic medication.

5.      Patient's ability, in the investigator's opinion, to understand and comply with repeated OGTT procedures (including procedures to ensure fasting 3 times during the study) and other study requirements.

6.      Female patients of childbearing potential had to have a negative serum pregnancy test at screening and be willing to use during the study a reliable method of birth control, ie, barrier method, oral contraceptive, implant, long-term injectable contraceptive, intra-uterine device, or tubal ligation.

### 5.3.2    Exclusion criteria

Any of the following was regarded as a criterion for exclusion from the study:

1.      Patients who had been taking any of the tested atypical antipsychotics (quetiapine, olanzapine, risperidone), clozapine, or chlorpromazine during the previous 3 months (to ensure that the study population is as drug naïve as possible) and/or

48

Clinical Study Report
Edition Number 01
Study Code D1441C00125

risperidone group, compared to the quetiapine and the olanzapine groups, and led to several withdrawals in the risperidone group.

With regard to QT prolongation, only 1 AE in the quetiapine group was reported, and this prolongation was not judged by the investigator as clinically significant. In 1 patient in the risperidone group, an AE associated with diabetes mellitus (polydipsia and polyuria) was observed. One patient in the risperidone group commited suicide during the 30-day follow-up period (see above), and 1 patient in the quetiapine group had an intentional self-injury during the treatment period, that was not considered related to the investigational product. One patient in the quetiapine group had an AE associated with neutropenia, but this patient had a low neutrophil count already at enrolment, and the AE was not judged to be related to the investigational product. Overall, there were no patterns in reported AEs to suggest a relationship between the study treatments and suicidality, QT prolongation, neutropenia/agranulocytosis or diabetes mellitus.

The findings on AEs were consistent with previously reported data for the 3 investigational products. No unexpected adverse drug reactions were observed.

## 8.5     Clinical laboratory evaluation of glucose metabolism and lipids

### 8.5.1     Primary safety variable: AUC of plasma glucose following OGTT

For an integrative summary of safety results related to glucose metabolism, see Section 8.1.1.

#### 8.5.1.1     Primary analysis

The primary objective of this study was to compare the safety/tolerability profile of quetiapine and olanzapine on glucose metabolism in schizophrenic patients by evaluating change from randomisation in AUC plasma glucose values following OGTT. One of the secondary objectives was to compare quetiapine to risperidone by evaluating the same outcome variable.

The LS mean values and confidence intervals of the changes from randomisation at Week 24 in AUC of plasma glucose values in the 3 treatment groups in the PAP are presented graphically in Figure 2. The supporting data for changes from randomisation in AUC of plasma glucose values is presented by treatment group in Table 55, and pairwise comparisons between the treatment groups with regard to this variable in Table 56.

CONFIDENTIAL
D339-L00729194-00149

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Figure 2**      **AUC 0-2 h of plasma glucose values following OGTT, change from randomisation (PAP)**



SOURCE DOCUMENT: GLUC_01_PLOT.SAS GENERATED: 15:09:37 03FEB2006 DB version prod: 13

**Table 55**      **AUC 0-2h of plasma glucose values following OGTT, change from randomisation (PAP)**

|  |  | Quetiapine | Olanzapine | Risperidone |
| --- | --- | --- | --- | --- |
| AUC plasma glucose value (mmol/L x h) |  |  |  |  |
| n[a] |  | 111 | 144 | 130 |
| Randomisation | Mean (SD) | 14.16 (3.02) | 14.48 (3.83) | 14.4 (3.63) |
| Change at Week 24 | LS mean (SE) | 0.506 (0.32) | 1.218 (0.29) | 1.041 (0.3) |
|  | 95% CI | (-0.13, 1.139) | (0.638, 1.798) | (0.45, 1.633) |

[a] Number of patients with non-missing values at randomisation and Week 24.
Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: GLUC_01.SAS GENERATED: 8:37:46 18JAN2006 DB version prod: 13

**Table 56**      **AUC 0-2h of plasma glucose values following OGTT, treatment differences in change from randomisation (PAP)**

|  |  | Quetiapine - Olanzapine | Quetiapine - Risperidone | Olanzapine - Risperidone |
| --- | --- | --- | --- | --- |
| AUC plasma glucose value (mmol/L x h) |  |  |  |  |
| Change at Week 24 | LS mean (SE) | -0.71 (0.359) | -0.54 (0.368) | 0.177 (0.344) |
|  | 95% CI | (-1.42, -0.01) | (-1.26, 0.188) | (-0.5, 0.853) |
|  | p-value[a] | 0.0480 |  |  |

[a] No formal tests of quetiapine vs risperidone or olanzapine vs risperidone were planned for.

150

Clinical Study Report
Edition Number 01
Study Code D1441C00125


Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: GLUC_02.SAS GENERATED:  8:38:07 18JAN2006 DB version prod: 13

At Week 24, the quetiapine group showed the smallest mean increase from baseline in AUC 0-2h (0.506 mmol/L x h).  The mean change from randomisation in AUC 0-2h of plasma glucose values at Week 24 in the PAP was significantly lower (p=0.0480) in the quetiapine group than in the olanzapine group (1.218 mmol/L x h).  The mean change from randomisation in the risperidone group (1.041 mmol/L x h), though numerically greater than in the quetiapine group, did not show a statistically significant difference in comparison to the quetiapine group, as shown by a post-hoc analysis based on the confidence intervals coverage of 0.

The mean changes from randomisation in AUC 0-2h of plasma glucose values for the PP population are presented by treatment group in Table 11.3.7.1-6, and pairwise comparisons between the treatment groups with regard to this variable in Table 11.3.7.1-7.  In the PP population, the AUC 0-2h at Week 24 increased in the quetiapine group by 0.624 mmol/L x h. In the olanzapine group, the AUC 0-2h increased by 1.454 mmol/L x h, and in the risperidone group, by 1.164 mmol/L x h.  The statistical significance of the difference between the quetiapine and olanzapine groups was higher in the PP population (p= 0.0199), than in the PAP.  Thus, the results in the PP population on change from randomisation in AUC 0-2h of plasma glucose values confirmed the results in the PAP population.

Figure 3 and Figure 4 present graphically the AUC the plasma glucose based on values taken at 0, 30, 60, 90, and 120 min of OGTT for PAP at randomisation and at Week 24, respectively.  A graph showing plasma glucose values following OGTT at Week 12 can be found in Figure 11.3.7.1-2.  The descriptive statistics of the development over time in plasma glucose values for the PAP is shown in Table 11.3.7.1-3, for the PP population in Table 11.3.7.1-4, and for the ITT population in Table 11.3.7.1-5.

CONFIDENTIAL
D339-L00729194-00151

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Figure 3**          **Plasma glucose values following OGTT at randomisation (PAP)**



SOURCE DOCUMENT: GLUC_F01.SAS GENERATED: 11:33:56 03FEB2006 DB version prod: 13

**Figure 4**          **Plasma glucose values following OGTT at Week 24 (PAP)**



SOURCE DOCUMENT: GLUC_F03.SAS GENERATED: 11:34:35 03FEB2006 DB version prod: 13

CONFIDENTIAL
D339-L00729194-00152

Clinical Study Report
Edition Number 01
Study Code D1441C00125

At randomisation, the curves for all 3 investigational products were similar.  At Week 24, the curves looked almost identical from 0 to 30 min after the glucose load.  However, at 30 min the quetiapine curve started to diverge, and at all later measurements (60, 90, and 120 min), the mean plasma glucose values in the quetiapine group were lower than those in the olanzapine and risperidone groups.  At Week 12, this difference between the quetiapine on one hand, and olanzapine and risperidone on the other was similar or even greater than at Week 24 to the advantage of quetiapine.

Table 57 shows the development over time in change from randomisation for AUC plasma glucose value following OGTT for the ITT population.  The corresponding data for the PP population can be found in Table 11.3.7.1-8.

**Table 57**     **AUC 0-2h of plasma glucose values following OGTT, development over time (ITT)**

|  | Quetiapine N=168 | | Olanzapine N=169 | | Risperidone N=172 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | $n^a$ | LS Mean (SE) | $n^a$ | LS Mean (SE) | $n^a$ | LS Mean (SE) |
| AUC plasma glucose value (mmol/L x h) | | | | | | |
| Randomisation | 165 | 14.23 (0.284) | 166 | 14.31 (0.283) | 170 | 14.41 (0.28) |
| Change at Week 12 | 130 | -0.4 (0.266) | 149 | 1.048 (0.251) | 143 | 0.825 (0.255) |
| Change at Week 24 | 111 | 0.366 (0.351) | 144 | 1.095 (0.322) | 130 | 0.925 (0.331) |

[a] Number of patients with non-missing value.
Note: Analysis using Repeated measurements.
SOURCE DOCUMENT: GLUC_DT_01.SAS GENERATED: 16:53:23 08MAY2006 DB version prod: 13

At Week 12, no increase from baseline in AUC 0-2h of the plasma glucose values was observed in the quetiapine group in the ITT population, while in the olanzapine and risperidone groups, the increase from baseline at Week 12 was almost the same as at Week 24. In the PP population, the results for development over time in AUC 0-2h of the plasma glucose values were similar to those in the ITT population.

A shift plot showing AUC 0-2h of plasma glucose values for individual patients in the PAP at randomisation vs at Week 24 can be found in Figure 11.3.7.1-18.  Several patient with high AUC 0-2h at baseline were incorrectly randomised for participation in the study, as they had fasting glucose value at randomisation ≥7 mmol/L and/or 2h-glucose value ≥11.1 mmol/L and thus met an exclusion criterion (for explanation, see Section 5.3.4.3).  One patient in the olanzapine group (E1504006) was correctly randomised, but had very high AUC 0-2h values both at randomisation and at Week 24.  The incorrectly randomised  patients were excluded from the PP population (see Figure 11.3.7.1-19 for a shift plot of the PP population).  The results for change from randomisation in AUC 0-2h  of plasma glucose values in the PP population confirmed the results in the PAP, which implies that the incorrectly randomised patients did not influence the primary results to the advantage of quetiapine.

153

CONFIDENTIAL
D339-L00729194-00153

Clinical Study Report
Edition Number 01
Study Code D1441C00125

### 8.5.1.2   Supporting analyses

Overall, the supporting analyses of change in AUC 0-2h of the plasma glucose values at Week 24 (including the analysis with centre as a covariate and subgroup analyses by BMI, gender, age, AUC 0-2h of plasma glucose values at randomisation, diabetic status at baseline, and of drug-naïve patients), did not reveal any pattern in any of the subgroups that would noticeably deviate from the primary analysis of the total study population.

### Analysis with centre as a covariate

In an additional analysis, the changes from randomisation at Week 24 in AUC 0-2h of the plasma glucose values was evaluated using centre as a covariate and are presented by treatment group in Table 11.3.7.1-9. The results were in line with the primary analysis in that although an increase from randomisation was seen in all treatment groups, the increase in the quetiapine group was smaller in comparison to that in the olanzapine and the risperidone groups. The pairwise comparisons between treatment groups with regard to this variable and with centre as a covariate are presented in Table 11.3.7.1-10. The p-value for comparison between the quetiapine and olanzapine treatments in this analysis was slightly above 5% (p=0.05). This may be explained by loss of power in the analysis due to addition of a factor that is not an influence factor of importance. The mean changes from randomisation in AUC 0-2h of plasma glucose values for the PAP by country and large centra are summarised in Table 11.3.7.1-11.

### Subgroup analysis by BMI

The change from randomisation in AUC 0-2h of the plasma glucose values was also analysed for the patient subgroups categorized according to their BMI, gender, or age. The results for patients in 4 different BMI categories are presented in Table 11.3.7.1-12. The olanzapine group showed the greatest mean increase in all categories except for one ($\geq$18.5 to <25 kg/m$^2$), in which the change was greatest in the risperidone group. In 2 categories ($\geq$18.5 to <25 kg/m$^2$, and $\geq$30 kg/m$^2$), the quetiapine group showed the smallest mean increase in AUC 0-2h from randomisation of the 3 treatment groups. In the $\geq$25 to <30 kg/m$^2$ category, the quetiapine and risperidone group had similar increase, while the olanzapine group had the greatest increase. In the <18.5 kg/m$^2$ category, the risperidone group had a smaller increase than the quetiapine and olanzapine groups. However, as the number of patients in this BMI category was very small, the results should be interpreted with caution.

### Subgroup analysis by gender

The results for patients grouped according to their gender are summarised in Table 11.3.7.1-13. In females, the quetiapine group showed no change in AUC 0-2h of plasma glucose values from randomisation at Week 24; the olanzapine group had the greatest mean increase, and the risperidone group had an intermediate increase. In males, the results were comparable for the risperidone and olanzapine groups, while the quetiapine group showed a slightly smaller mean change than the other 2 groups.

CONFIDENTIAL
D339-L00729194-00154

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Subgroup analysis by age**

The results for patients divided according to their age into 2 groups (18-50 years or 51-65 years) are shown in Table 11.3.7.1-14. There was no mean change from randomisation at Week 24 in the quetiapine group for patients between 51 and 65 years. In the younger patients, the quetiapine group had smallest mean change. In both categories, the olanzapine group showed greatest increase from randomisation at Week 24.

**Subgroup analysis by AUC 0-2h of plasma glucose values at randomisation**

To assess the influence of the patient's response to glucose load at baseline on change in AUC 0-2h at Week 24, an additional analysis was performed for patients divided into 4 subgroups according to their AUC 0-2h of plasma glucose values at randomisation (<13 mmol/L x h, ≥13 to <14.5 mmol/L x h, ≥14.5 to <16 mmol/L x h, or ≥16 mmol/L x h). These results summarised in Table 11.3.7.1-15. In all 3 treatment groups, the greatest mean increase in AUC 0-2h was observed in the patient subgroup with AUC 0-2h <13 mmol/L x h at randomisation. In the subgroups with AUC 0-2h at randomisation ≥13 to <14.5 mmol/L x h, and ≥14.5 to <16 mmol/L x h, the increase in AUC 0-2h at Week 24 was greater in the olanzapine group, than in the quetiapine and the risperidone groups. In the subgroup with AUC 0-2h at randomisation ≥16 mmol/L x h, a small decrease in the AUC 0-2h was observed at Week 24 in all treatment groups.

**Subgroup analysis by diabetic status at baseline**

The 3 patient subgroups, diabetic, diabetic risk, or non-diabetic at baseline, were defined by the Seroquel project team (for definitions, see Section 5.7.4.3). The LS mean changes from randomisation in AUC 0-2h of plasma glucose values in all patients, diabetic patients, diabetic risk patients, and non-diabetic patients are presented by treatment group in Table 11.3.7.1-17. The analysis by treatment of non-diabetic patient subgroup was in line with the analysis of the total study population. The number of patients in the diabetic risk subgroup, and particularly in the diabetic subgroup was too small to provide statistically reliable analysis, as the study was not powered for this type of subgroup assessments.

**Subgroup analysis of drug-naïve patients**

For definition of drug-naïve patients, see Section 5.7.4.3.

The LS mean changes from randomisation in AUC 0-2h of the plasma glucose values in drug-naïve patients in the PAP are summarised by treatment group in Table 11.3.7.1-16. In this small subgroup of the study population, no increase in mean AUC 0-2h was observed at Week 24 in any of the treatment groups.

**8.5.2      Secondary safety variables**

**8.5.2.1      AUC of plasma glucose values following OGTT**

A secondary objective of the study was to compare the safety/tolerability profiles of quetiapine and risperidone on glucose metabolism measured by AUC 0-2h of plasma glucose values following OGTT. The change from randomisation at Week 24 in AUC plasma glucose

CONFIDENTIAL
D339-L00729194-00155