# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

MDL DOCKET NUMBER: 1769

IN RE:   SEROQUEL PRODUCTS LIABILITY

LITIGATION

_____

DEPOSITION OF:

DONNA K. ARNETT, M.S.P.H

VOLUME II

**** HIGHLY CONFIDENTIAL ****

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the deposition of:

DONNA ARNETT, M.S.P.H.

may be taken before Lisa Bailey, Notary Public, State at Large, at University of Alabama at Birmingham, 1655 University Boulevard, Birmingham, Alabama, on October 7, 2008 commencing at approximately 8:30 a.m.

```
 1        IT IS FURTHER STIPULATED AND AGREED that
 2    the signature to and reading of the deposition by
 3    the witness is not waived, the deposition to have
 4    same force and effect as if full compliance had
 5    been had with all laws and rules of Court relating
 6    to the taking of depositions.
 7        IT IS FURTHER STIPULATED AND AGREED that it
 8    shall not be necessary for any objections to be
 9    made by counsel to any questions, except as to
10    form or leading questions, and that counsel for
11    the parties may make objections and assign grounds
12    at the time of the trial, or at the time said
13    deposition is offered in evidence, or prior
14    thereto.
15
16
17              * * * * *
18
19
20
21
22
23
24
25
```

```
 1         A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFF:
 4    ED BLIZZARD
      Attorney at Law
 5    Blizzard, McCarthy, Nabers
      440 Louisiana #1710
 6    Houston, Texas  77002
      (713) 844-3750
 7    eblizzard@blizzardlaw.com
 8       -and-
 9    DENNIS J. CANTY
      Attorney At Law
10    Levin, Simes, Kaiser, & Gornick
      44 Montgomery Street, 36th Floor
11    San Francisco, California  94104
      (415) 273-8138
12    dcanty@lskg-law.com
13
      FOR THE DEFENDANTS:
14
      ANDREW GOLDMAN
15    Attorney at Law
      Bartlit Beck
16    Courthouse Place
      54 West Hubbard Street
17    Suite 300
      Chicago, Illinois 60654
18    (312) 494-4400
      andrew.goldman@bartlit-beck.com
19
20    JOE TOMASELLI, JR.
      Attorney at Law
21    Fulbright & Jaworski
      2200 Ross Avenue, Ste. 2800
22    Dallas, Texas 75201-2784
      (214) 855-8000
23    jtomaselli@fulbright.com
24    BRUCE BERGER
      Attorney at Law
25    Spriggs Hollingsworth
```

**I Street NW**

| | |
|---|---|
| 1 | Washington, DC 20005 |
| | (202) 898-5800 |
| 2 | bberger@spriggs.com |
| 3 | |
| | DAVID BARLOW |
| 4 | Attorney at Law |
| | Sidley, Austin |
| 5 | One South Dearborn |
| | Chicago, Illinois  60603 |
| 6 | (312) 853-2657 |
| | dbarlow@sidley.com |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

1    I, Lisa Bailey, a court reporter of
2    Birmingham, Alabama, and a Notary Public for the
3    State of Alabama at large, acting as commissioner,
4    certify that on October 7, 2008 pursuant to
5    Rules of Civil Procedure and the foregoing
6    stipulation of counsel, there came before me at
7    University of Alabama, Birmingham, Alabama, DONNA
8    K. ARNETT, witness in the above cause, for oral
9    examination, whereupon the following proceedings
10   were had:
11               DONNA ARNETT,
12   Being duly sworn, was examined and testified
13   further as follows:
14               EXAMINATION
15   BY MR. GOLDMAN:
16      Q.   Good morning, Dr. Arnett.
17      A.   Good morning.
18      Q.   We're going to continue your deposition
19   today. And I have one request to ask of you. If
20   at all possible, given that you need to stop at
21   12:00 o'clock, if you're able to answer my
22   questions yes or no and leave it at that, I would
23   appreciate that. If you're not and you need to
24   explain that's fine. Will you do your best to try
25   to answer my questions yes or no?

1  BY MR. GOLDMAN:
2      Q.  But as you sit here today, you don't
3  know what analysis you relied on for the statement
4  that there were greater differences when analyses
5  were adjusted for length of follow-up, true?
6      A.  I can't point it exactly to you right
7  this second, but I'll be happy to provide that for
8  you.
9      Q.  Study 125, you didn't mention that in
10  your report.  Why not?
11      A.  I didn't have time to review everything
12  in detail.
13      Q.  Including Study 125?
14      A.  I did not review Study 125 in detail.
15      Q.  If you look with me, Doctor, on page 10,
16  do you see in the end of the first paragraph you
17  say that the difference in means was fivefold
18  greater for Seroquel versus placebo, and then you
19  say 1.26 for Seroquel and .37 for placebo?
20      A.  Can you point me to what page you're
21  on?
22      Q.  Sure.  Page 10, top paragraph.  Do you
23  see that you wrote, "The difference in means was
24  fivefold greater for Seroquel versus placebo, 1.6
25  versus .37," when you're talking about HOMA?