# EXHIBIT 7

Confidential - Ronald W. Leong, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

- - -

IN RE:  SEROQUEL     :CASE NO.
PRODUCTS LIABILITY :
LITIGATION          :6:06-md-01769-ACC-DAB
                    :
MDL Docket No. 1769:
                    :

- - -

June 25, 2008

CONFIDENTIAL

- - -

Videotaped deposition of RONALD W. LEONG, MD taken pursuant to notice, was held at the offices of Golkow Technologies, Inc., One Liberty Place, 51st Floor, 1650 Market Street, Philadelphia, Pennsylvania, beginning at 9:03 a.m., on the above date, before Ann Marie Mitchell, a Federally Approved Certified Realtime Reporter, Registered Diplomate Reporter and Notary Public for the Commonwealth of Pennsylvania.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Confidential - Ronald W. Leong, M.D.

Page 2

```
 1    APPEARANCES:
 2
 3        FIBICH, HAMPTON & LEEBRON, L.L.P.
          BY:  TOMMY FIBICH, ESQUIRE
 4        BY:  ERIN K. CORLEY, ESQUIRE
          1401 McKinney Street
 5        Suite 1800
          Houston, Texas 77010
 6        (713) 751-0025
          tfibich@fhl-law.com
 7        ecorley@fhl-law.com
 8        -and-
 9        SHELLER, PC
          BY:  JAMES J. PEPPER, ESQUIRE
10        Third Floor
          1528 Walnut Street
11        Philadelphia, Pennsylvania 19102
          (215) 790-7300
12        jpepper@sheller.com
          Representing the Plaintiffs
13
14
          FINKELSTEIN THOMPSON LLP
15        BY:  HALLEY F. ASCHER, ESQUIRE
          1050 30th Street, NW
16        Washington, Washington 20007
          (202) 337-8000
17        hascher@finkelsteinthompson.com
          Representing the Payor Plaintiffs
18
19
          RUSHTON, STAKELY, JOHNSTON &
20        GARRETT, P.A.
          BY:  ROBERT C. BROCK, ESQUIRE
21        184 Commerce Street
          P.O. Box 270
22        Montgomery, Alabama 36101
          (334) 206-3100
23        Rcb@rsjg.com
          Representing AstraZeneca and the
24        Witness
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Ronald W. Leong, M.D.

Page 3

```
 1      DECHERT LLP
        BY:  JUDY L. LEONE, ESQUIRE
 2      BY:  ADAM S. TOLIN, ESQUIRE
        Cira Centre
 3      2929 Arch Street
        Philadelphia, Pennsylvania 19104
 4      (215) 994-4000
        judy.leone@dechert.com
 5      adam.tolin@dechert.com
        Representing AstraZeneca and the
 6      Witness
 7
 8      DRINKER BIDDLE & REATH, LLP
        BY:  MOLLY E. FLYNN, ESQUIRE
 9      BY:  KOOSHAN NAYERAHMADI, ESQUIRE
        One Logan Square
10      18th and Cherry Streets
        Philadelphia, Pennsylvania 19103
11      (215) 988-2700
        molly.flynn@dbr.com
12      kooshan.nayerahmadi@dbr.com
        Representing Janssen Pharmaceuticals
13
14
        PEPPER HAMILTON LLP
15      BY:  CHRISTOPHER J. CASALENUOVO, ESQ.
        3000 Two Logan Square
16      Eighteenth and Arch Streets
        Philadelphia, Pennsylvania 19103
17      (215) 981-4000
        casalenuovoc@pepperlaw.com
18      Representing Eli Lilly & Co.
19
20      ALSO PRESENT:
21      SUSAN B. SCHAFFER, ESQUIRE
        ASTRAZENECA PHARMACEUTICALS LP
22
23      VIDEOTAPE TECHNICIAN:
        MICHAEL CAMMACK
24
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Ronald W. Leong, M.D.

Page 8

```
 1            VIDEOTAPE TECHNICIAN:  Good
 2      morning.  Today is Wednesday, June
 3      25, 2008.  The time is 9:03 a.m.
 4      We are now on the record.
 5            MR. FIBICH:  Get him sworn
 6      first.
 7                   -  -  -
 8            RONALD W. LEONG, MD, after
 9      having been duly sworn, was
10      examined and testified as follows:
11                   -  -  -
12            MR. FIBICH:  Why don't we
13      identify for the record who all is
14      present and who they represent and
15      then you can make your comment.
16            MR. BROCK:  Sure.  Mike
17      Brock for AstraZeneca and the
18      witness.
19            MR. TOLIN:  Adam Tolin from
20      Dechert for AstraZeneca and the
21      witness.
22            MS. LEONE:  Judy Leone from
23      Dechert for AstraZeneca and the
24      witness.
```

Confidential - Ronald W. Leong, M.D.

Page 262

1  A. Yes. That's my
2 understanding.
3  Q. And 41 has not been
4 published?
5  A. I don't know. I don't know.
6  Q. Was glucose looked at in
7 that particular study?
8  A. Yes.
9  Q. And what was the effect of
10 that evaluation?
11  A. Well, actually, I think
12 there's a slide on it here.
13   Can I refer to that?
14  Q. Please.
15  A. Okay.
16  Q. Just tell me what page.
17  A. Let's see. It would be the
18 page, the last three digits are 195. And
19 I think also 196 afterwards, 197 and then
20 198.
21  Q. So 195, 196 and 197 and 198?
22  A. Yes, uh-huh.
23  Q. Okay.
24  A. Let's see. So -- and you

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Ronald W. Leong, M.D.

Page 263

1  wanted me to talk about the results of it
2  with regard to glucose?
3       Q.    Yes, please.
4       A.    Okay.  Well, on page 195, it
5  presents the results of the average
6  changes, mean and median, with regard to
7  glucose.  And I believe these were
8  nonfasting glucose values in the various
9  groups.  So placebo, 300 milligrams of
10 sustained release, 600 milligrams of
11 sustained release, 800 sustained release
12 or SR.  And then 300 milligrams immediate
13 release, 600 milligrams immediate release
14 or IR, for short.
15           So in looking at the mean
16 changes, what I see is that in placebo
17 there was an increase of 2.9 milligrams
18 per deciliter.  And then for -- if you go
19 across reading there, you can see the
20 means for the other groups.  And what I
21 find interesting about this is that when
22 I look across, I don't see a very
23 consistent picture with regard to
24 glucose, because it goes from 4.4 -- as

Confidential - Ronald W. Leong, M.D.

Page 264

1  the sustained release dose is increased,
2  from 4.4 to 6.7, then it drops back down
3  at the highest dose level to 3.1, which
4  is very similar to the placebo group.
5              And then if I look at the
6  last two columns for immediate release, I
7  see that in the 300 milligram immediate
8  release, it actually falls.  And then in
9  the 600, it goes up to 11.1.
10             So when I look at these
11 results, it looks to me that there's
12 quite a lot of variability.  And I can
13 see here that I apparently wrote a note
14 saying that those were not statistically
15 significant differences.
16             So I don't know that you
17 could draw any firm conclusions from this
18 data.
19        Q.   So that is your handwriting,
20 is that what I understand you to say?
21        A.   It looks like it.
22             Okay.  And then -- well, the
23 next page then looks at the people who
24 completed the study.  And in the placebo

Confidential - Ronald W. Leong, M.D.

Page 265

1  group, we can see that the mean increase
2  was 7 milligrams per deciliter.  And
3  again, looking across the different dose
4  groups, there was almost no change in the
5  300 milligram SR group, a change of
6  600 -- I'm sorry, of 3 in the 600, and
7  actually a decrease in the 800 group.
8            And then in the immediate
9  release, there was a slight change, 1.6.
10 And then there was a bigger change, 10.7.
11 But considering that the placebo group
12 increased by 7, I wouldn't see that
13 there's much difference between the
14 different treatment groups.
15       Q.    And these are nonfasting?
16       A.    These are nonfasting.
17       Q.    Okay.
18       A.    And then if I look at the
19 next page, which is 197, since they are
20 nonfasting, then we use a cutoff value of
21 200 milligrams per deciliter, which is
22 the appropriate cutoff to use for
23 nonfasting levels.
24            And then it looks at the

Confidential - Ronald W. Leong, M.D.

1  number of patients that had an elevation
2  above the 200 milligram mark.  And you
3  can see there that it gives the number of
4  patients, and there's very few.  I mean,
5  across it goes 0, 0, 2, 3, 0, 1.  So
6  there are very few patients that had an
7  increase at that level.
8              And when you have that few
9  patients, it's not -- you can't really
10 make any hard and fast conclusions about
11 it.
12         Q.   Was the study powered to
13 make this determination?
14         A.   Oh, no, no.  The study was
15 not powered to actually look at glucose.
16 It was powered to -- most of the time,
17 clinical studies are powered to look at
18 what are, you know, the efficacy
19 endpoints, because usually the purpose of
20 the clinical studies is to ascertain
21 whether a treatment is effective compared
22 to placebo.  So usually they're powered
23 to look at efficacy.  And we obviously
24 collect all the safety data and we