# EXHIBIT 8



**Clinical Study Report**

Drug substance: Quetiapine fumarate

Study code: 5077IL/0041
Date: 02 March 2006

# A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of Sustained-release Formulation Quetiapine Fumarate (SEROQUEL™) and Placebo in the Treatment of Patients With Schizophrenia

**Study dates:** First patient enrolled: 7 March 2001
Last patient completed: 16 May 2002
**Phase of development:** Phase III
**International coordinating investigator:** None assigned

**Sponsor's Responsible Medical Officer:** Martin Brecher, MD, DMSc

This study was performed in compliance with Good Clinical Practice.

This document contains trade secrets and confidential commercial information, disclosure of which is prohibited without providing AstraZeneca advance notice and opportunity to object.

SEROQUEL is a trademark of the AstraZeneca group of companies.

Clinical Study Report
Study code 5077IL/0041
Date: 06 March 2006

### 8.5.2.4 Glucose regulation laboratory data

### (a) Changes in mean values over time

Mean changes in fasting glucose from baseline to final visit were small, with changes of <9 mg/dL in each treatment group. Descriptive statistics are provided in Table 51.

In each group, 5 to 9 patients had diabetes. Mean changes in glucose from baseline to final visit for these patients were in the negative direction for all but the SR 600-mg treatment group (mean, 20.1 mg/dL; median, −19.0 mg/dL), and median changes were in the negative direction for all but the placebo treatment group (median, 5.0 mg/dL; mean, −9.57 mg/dL). Full descriptive statistics for this subset of patients is provided in Table 51.

Descriptive statistics for patients at risk for diabetes and for nondiabetic patients are provided in Table 11.3.3.2.1.7 (Section 11.3).

Note that although patients were expected to fast prior to blood sampling, several factors, including the ranges of glucose values reported (especially for the final visit) and the times noted for blood sampling, suggested that this condition was not consistently met across treatment groups. Because investigator-confirmation of fasting status was missing for most patients, glucose values were secondarily evaluated under the assumption that they represented random glucose levels. This finding is discussed in more detail later in Section 8.5.4.

CONFIDENTIAL
AZSER17372924

Clinical Study Report
Study code 5077IL/0041
Date: 06 March 2006

**Table 51  Glucose laboratory data: change from baseline to final visit (safety population, fasting condition)**

|  |  | Placebo (N=84) | QTP SR 300 mg (N=91) | QTP SR 600 mg (N=92) | QTP SR 800 mg (N=89) | QTP IR 300 mg (N=90) | QTP IR 600 mg (N=86) |
|---|---|---|---|---|---|---|---|
| **Glucose (mg/dL)** | | | | | | | |
| **All patients** | | n=68 | n=78 | n=79 | n=73 | n=75 | n=71 |
| Baseline | Mean (SD) | 97.7 (23.4) | 95.1 (20.3) | 102.3 (33.6) | 102.9 (37.3) | 101.9 (30.4) | 104.9 (45.2) |
| Final | Mean (SD) | 101.1 (23.6) | 99.3 (19.3) | 111.2 (59.4) | 110.4 (45.2) | 101.2 (24.0) | 111.0 (41.6) |
| Change | Mean (SD) | 3.4 (26.1) | 4.2 (22.6) | 8.9 (37.9) | 7.5 (49.1) | −0.7 (27.9) | 6.1 (32.7) |
|  | Median | 0.0 | 2.0 | 3.0 | 1.0 | 1.0 | 6.0 |
|  | Min to max | −145 to 63 | −95 to 92 | −88 to 254 | −177 to 283 | −121 to 70 | −104 to 148 |
| **Patients with diabetes** | | n=7 | n=5 | n=7 | n=9 | n=8 | n=9 |
| Baseline | Mean (SD) | 142.1 (50.4) | 129.4 (62.1) | 187.1 (62.3) | 165.9 (78.6) | 165.5 (59.6) | 172.8 (103.1) |
| Final | Mean (SD) | 132.6 (43.9) | 112.0 (24.9) | 207.3 (169.8) | 164.1 (101.6) | 128.5 (38.4) | 162.9 (90.7) |
| Change | Mean (SD) | −9.6 (65.5) | −17.4 (48.1) | 20.1 (111.6) | −1.8 (131.0) | −37.0 (57.4) | −9.9 (72.6) |
|  | Median | 5.0 | −10.0 | −19.0 | −26.0 | −24.5 | −18.0 |
|  | Min to max | −145 to 47 | −95 to 38 | −88 to 254 | −177 to 283 | −121 to 33 | −104 to 148 |

QTP IR  Quetiapine immediate release.  QTP SR  Quetiapine sustained release.  SD  Standard deviation.
Data derived from Tables 11.3.3.2.1.7, Section 11.3.

148

CONFIDENTIAL
AZSER17372925

Clinical Study Report
Study code 5077IL/0041
Date: 06 March 2006

### (b) Changes in individual patients over time

Numbers of patients with relative changes in glucose from normal at baseline to high or low at any time during the trial are summarized in Table 11.3.3.2.1.4 (Section 11.3) (AZ normal laboratory reference ranges applied).

When criteria for clinically important shifts in glucose were considered, no patients had shifts to low, clinically important levels (fasting or random). In the opposite direction, similar proportions of placebo-, SR-, and IR-treated patients had shifts to high, clinically important glucose levels when fasting criteria were applied—11.1%, 11.5%, and 9.0%, respectively—with even fewer patients having shifts to high clinically important levels when criteria for random glucose were applied—0%, 1.8%, and 0.7%.

Frequency of clinically important glucose levels is presented by treatment group and diabetic status in Table 52.

For patients treated with quetiapine SR and quetiapine IR, the incidences of high clinically important glucose levels (fasting criteria) did not appear dose related given the similarities in incidence rates among patients treated with placebo (11.1%), SR 600 mg (12.5%), SR 800 mg (14.7%), and IR 600 mg (12.5%).

Under assumed fasting condition, a greater proportion of nondiabetic placebo-treated patients (16.2%) contributed to the incidence of high clinically important glucose levels at the final visit, compared with proportions of nondiabetic patients treated with quetiapine SR (6.0%, 14.6%, and 10.3% [low to high dose]) and IR (4.8% and 8.8% [low to high dose]).

CONFIDENTIAL
AZSER17372926

Clinical Study Report
Study code 5077IL/0041
Date: 06 March 2006

**Table 52**  Glucose data—incidence of treatment-emergent clinically important values at final visit: (safety population)

| Patient type | Placebo N | n | (%) | QTP SR 300 mg N | n | (%) | QTP SR 600 mg N | n | (%) | QTP SR 800 mg N | n | (%) | QTP SR Total N | n | (%) | QTP IR 300 mg N | n | (%) | QTP IR 600 mg N | n | (%) | QTP IR Total N | n | (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fasting condition**[a] | | | | | | | | | | | | | | | | | | | | | | | | |
| All | 63 | 7 | (11.1) | 77 | 6 | (7.8) | 72 | 9 | (12.5) | 68 | 10 | (14.7) | 217 | 25 | (11.5) | 69 | 4 | (5.8) | 64 | 8 | (12.5) | 133 | 12 | (9.0) |
| Diabetic | 2 | 0 | | 4 | 1 | (25.0) | 0 | | | 4 | 2 | (50.0) | 8 | 3 | (37.5) | 2 | 0 | | 2 | 0 | | 4 | 0 | |
| At-risk | 24 | 1 | (4.2) | 23 | 2 | (8.7) | 31 | 3 | (9.7) | 25 | 4 | (16.0) | 79 | 9 | (11.4) | 25 | 2 | (8.0) | 28 | 5 | (17.9) | 53 | 7 | (13.2) |
| Nondiabetic | 37 | 6 | (16.2) | 50 | 3 | (6.0) | 41 | 6 | (14.6) | 39 | 4 | (10.3) | 130 | 13 | (10.0) | 42 | 2 | (4.8) | 34 | 3 | (8.8) | 76 | 5 | (6.6) |
| **Random condition**[b] | | | | | | | | | | | | | | | | | | | | | | | | |
| All | 67 | 0 | | 77 | 0 | | 77 | 1 | (1.3) | 71 | 3 | (4.2) | 225 | 4 | (1.8) | 73 | 0 | | 70 | 1 | (1.4) | 143 | 1 | (0.7) |
| Diabetic | 6 | 0 | | 4 | 0 | | 5 | 1 | (20.0) | 7 | 2 | (28.6) | 16 | 3 | (18.8) | 6 | 0 | | 8 | 1 | (12.5) | 14 | 1 | (7.1) |
| At-risk | 24 | 0 | | 23 | 0 | | 31 | 0 | | 25 | 0 | | 79 | 0 | | 25 | 0 | | 28 | 0 | | 53 | 0 | |
| Nondiabetic | 37 | 0 | | 50 | 0 | | 41 | 0 | | 39 | 1 | (2.6) | 130 | 1 | (0.8) | 42 | 0 | | 34 | 0 | | 76 | 0 | |

[a] Under assumed fasting conditions, clinically important criteria for glucose: ≤45 or ≥126 mg/dL (see Section 5.5.7.3).
[b] Under assumed random conditions, clinically important criteria for glucose: ≤45 or ≥200 mg/dL (see Section 5.5.7.3).
QTP IR Quetiapine immediate release.  QTP SR Quetiapine sustained release.
Data derived from Tables 11.3.3.2.1.8 and 11.3.3.2.1.9, Section 11.3.

150

CONFIDENTIAL
AZSER17372927

**(c)    Individual clinically important abnormalities in glucose**

Of the 44 patients with treatment-emergent clinically important glucose levels (fasting conditions assumed) at the final visit (Table 52) (7 placebo-, 25 quetiapine SR- and 12 quetiapine IR-treated patients), only 1 patient (Patient 0059/0295, SR 800 mg) had elevated blood glucose listed as an AE. The event (blood glucose increased, MedDRA preferred term) was considered mild and the patient recovered. Values were 85 mg/dL at baseline, 155 mg/dL at the final visit, and 92 mg/dL at follow-up. No patients withdrew because of elevated blood glucose levels.

High clinically important glucose levels are provided for all patients with treatment-emergent findings in Listing 12.2.8.2.2 (Section 12.2).

**8.5.2.5    Lipid laboratory data**

**(a)    Changes in mean values over time**

Mean cholesterol values through the final visit were similar and within the normal range among patients treated with placebo, quetiapine SR 300, and quetiapine SR 800: 196.5, 195.4, and 198.4 mg/dL, respectively. Mean values through the final visit among patients treated with quetiapine SR 600 mg, IR 300 mg and IR 600 mg were slightly greater than the upper end of normal (199 mg/dL): 206.4, 202.9, and 214.8 mg/dL, respectively. Overall, patients treated with placebo had the smallest mean and median increases from baseline in total cholesterol (+0.1 and +0.0 mg/dL, respectively). Mean and median increases from baseline were largest among patients treated with quetiapine SR 300 (+14.6 and +9.0 mg/dL, respectively) and SR 800 mg (+14.2 and +10.0 mg/dL, respectively), although increases at these doses were similar to those seen with quetiapine IR 600 mg (+12.8 and +8.0 mg/dL, respectively). Full descriptive statistics are provided in Table 11.3.3.2.1.2 (Section 11.3).

Mean HDL values were within normal limits for each treatment group at both baseline and the final visit. Mean and median changes were small and close to zero across treatment groups (mean, −2.0 to +2.0 mg/dL; median −2.0 to +3.0 mg/dL), with changes smallest among patients treated with quetiapine SR 800 mg (0.0 mg/dL, both mean and median) (see Table 11.3.3.2.1.3 (Section 11.3).

Mean LDL values were within normal limits for each treatment group at both baseline and the final visit. Mean changes from baseline were greater among patients treated with quetiapine SR (any dose) (+8.0 to +10.9 mg/dL) than among placebo-treated patients (+3.8 mg/dL), although median changes were similar (placebo, +4.0 mg/dL; quetiapine SR, +3.0 to +6.0 mg/dL). Mean changes with quetiapine IR were smaller (+3.4 to +4.1 mg/dL), than those seen with quetiapine SR, but similar to those seen with placebo (see Table 11.3.3.2.1.3 (Section 11.3).

At baseline and the final visit, mean values for triglycerides were within normal limits in each treatment group, with 1 exception. The exception was seen at the final visit for patients treated with quetiapine IR 600 mg, who had a mean value of 217.6 mg/dL, a value slightly

CONFIDENTIAL
AZSER17372928