# EXHIBIT 9

# ZENECA

## A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL™ (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA
### STUDY NUMBER 5077II/0015
### 2/IF/1021454

### BOOK 1 OF 46

This report is the property of Zeneca Pharmaceuticals, a Business Unit of Zeneca Inc., and is confidential. It is submitted to the regulatory agency for the sole purposes of support of the application for the above product. Reproduction, disclosure or use of the submission of the information contained therein in whole or in part otherwise than for the said purposes is forbidden unless at the express request of and with the written consent of the proprietor.

1

CONFIDENTIAL
AZ/SER 0193796

# CLINICAL TRIAL REPORT

# INTERNATIONAL APPROVAL FORM

**TRIAL TITLE:** A Multicenter, Double-Blind, Randomized, Controlled, Multiple Fixed-Dose and Dose Regimen Comparison of SEROQUEL™ (ICI 204,636) and Haloperidol in the Prevention of Psychotic Relapse In Outpatients with Chronic or Subchronic Schizophrenia

**TRIAL NUMBER:** 5077IL/0015

**AUTHORS:** Lisa Arvanitis, MD
Project Physician

Mark Scott, PhD
Project Biometrician

**DATE NEEDED:** ASAP

**ROUTE/RETURN TO:** J. Borak/Hanby – 2

---

LISA ARVANITIS, MD
INTERNATIONAL PROJECT PHYSICIAN

DATE 4/23/96

MARK SCOTT, PhD
INTERNATIONAL PROJECT BIOMETRICIAN

DATE 4/23/96

2

CONFIDENTIAL
AZ/SER 0193797

CONTENTS                                                                PAGE

SUMMARY ..................................................................   i

1       OBJECTIVES .......................................................   1

2       DESCRIPTION OF THE TRIAL .........................................   2
2.1     Design of trial ..................................................   2
2.2     Trial population .................................................   3
        2.2.1   Size of population .......................................   3
        2.2.2   Inclusion criteria .......................................   4
        2.2.3   Exclusion criteria .......................................   5
        2.2.4   Withdrawal criteria ......................................   6
2.3     Randomization ....................................................   6
2.4     Dosage and test materials ........................................   7
        2.4.1   Formulation ..............................................   7
        2.4.2   Presentation, labeling, and blinding techniques ..........   7
        2.4.3   Dosage and regimen .......................................   8
        2.4.4   Drug accountability ......................................   9
2.5     Concurrent therapy ...............................................   9
        2.5.1   Psychotropic medication ..................................   9
        2.5.2   Medication for EPS .......................................   10
        2.5.3   Non-psychotropic medication ..............................   10
2.6     Methods of assessment ............................................   11
        2.6.1   Screening (Segment A) assessments ........................   14
        2.6.2   Clinical assessments of efficacy .........................   15
        2.6.3   Adverse event monitoring .................................   16
        2.6.4   Safety assessments .......................................   16
2.7     Trial management .................................................   18
2.8     Statistical considerations .......................................   19
        2.8.1   Power ....................................................   19
        2.8.2   Early termination of recruitment .........................   19
        2.8.3   Interim analysis .........................................   20
        2.8.4   Methods of analysis ......................................   20
        2.8.5   Data presentation ........................................   28

11

CONFIDENTIAL
AZ/SER 0193806

CONTENTS (continued)                                                           PAGE

3      DEMOGRAPHY AND WITHDRAWALS ..................................... 29

3.1    Demographic details .............................................. 29
       3.1.1   Sex, age, weight, and race ........................... 29
       3.1.2   Diagnosis, psychiatric history, and baseline characteristics
               at entry to the trial ................................ 30
       3.1.3   Comparability of treatment groups ................... 33

3.2    Withdrawals ...................................................... 34

3.3    Protocol violations and deviations ............................... 35

3.4    Code breaks ...................................................... 36


4      EFFICACY RESULTS ............................................... 37

4.1    Time to withdrawal / time to relapse ............................. 37
       4.1.1   Time to withdrawal from Segment B and time to psychotic relapse
               (primary population) ................................. 37
       4.1.2   Time to withdrawal from Segment B (secondary population) ........ 41
       4.1.3   Prognostic variables ................................ 43
       4.1.4   Summary of time to withdrawal / time to relapse ................. 44

4.2    Brief Psychiatric Rating Scale (BPRS) positive symptom cluster score ....... 45

4.3    Clinical Global Impressions (CGI) ................................ 47
       4.3.1   CGI Severity of illness score ....................... 47
       4.3.2   CGI Global improvement .............................. 48

4.4    Schedule for the Assessment of Negative Symptoms (SANS)
       summary score .................................................... 49

4.5    Summary of secondary efficacy analyses .......................... 50

4.6    Cognitive function tests ......................................... 51

4.7    Quality of Life Scale scores ..................................... 52


5      SAFETY RESULTS ................................................. 53

5.1    Extent of exposure ............................................... 53

5.2    Selected concurrent medication usage ............................. 53

12

CONFIDENTIAL
AZ/SER 0193807

## CONTENTS (continued)                                                    PAGE

5.3     Adverse events .................................................... 56
        5.3.1     Adverse events overall ............................... 56
        5.3.2     Adverse events leading to death ..................... 61
        5.3.3     Adverse events leading to withdrawal ................ 62
        5.3.4     Serious adverse events not leading to withdrawal .... 80
        5.3.5     Intensity of adverse events ......................... 85
        5.3.6     Relation of adverse events to treatment ............. 87
        5.3.7     Incidence of selected adverse events against time ... 87
        5.3.8     Summary of adverse events ........................... 88

5.4     Neurologic rating scales ......................................... 88
        5.4.1     Simpson Scale ....................................... 88
        5.4.2     AIMS ................................................ 90

5.5     Clinical laboratory results ...................................... 92
        5.5.1     Hematology .......................................... 92
        5.5.2     Clinical chemistry .................................. 98
        5.5.3     Prolactin ........................................... 104

5.6     Ophthalmology .................................................... 105

5.7     Electrocardiograms ............................................... 112

5.8     Vital signs and weight ........................................... 116

5.9     Plasma concentrations of ICI 204,636 ............................. 118

6       DISCUSSION ....................................................... 120

7       CONCLUSIONS ...................................................... 122

REFERENCES ............................................................... 123

FIGURES .......................................................... 124 to 141

INDEX OF SUMMARY TABLES .......................................... 142 to 151

SUMMARY TABLES .................................................. 152 to 2314

13

CONFIDENTIAL
AZ/SER 0193808

CONTENTS (continued)                                                    PAGE

INDEX OF TABLES IN TEXT

1       Treatment groups ................................................... 2

2       Schedule of assessments ........................................... 12

3       Visit window intervals (days from randomization) .......................... 22

4       Summary of sex, age, weight, and race ................................... 29

5       Psychiatric diagnosis and illness history ............................... 31

6       Baseline efficacy and neurologic assessments* ........................... 33

7       Disposition of patients and reasons for withdrawal ........................ 34

8       Numbers of patients excluded from the secondary population by reason for
        exclusion ........................................................ 36

9       Patient withdrawal rates based on Kaplan-Meier failure rates
        by dose group .................................................... 38

10      Time to withdrawal based on Kaplan-Meier estimates by dose group ......... 39

11      Pairwise comparisons for time to withdrawal (primary population) ........... 39

12      Time to relapse (Criteria I and II combined) based on Kaplan-Meier
        estimates by dose group (primary population) ........................... 40

13      Pairwise comparisons for time to relapse (primary population) .............. 41

14      Patient withdrawal rates based on Kaplan-Meier failure rates by
        dose group (secondary population) ................................... 42

15      Time to withdrawal based on Kaplan-Meier estimates by dose group
        (secondary population) ............................................. 42

16      Pairwise comparisons for time to withdrawal (secondary population) ......... 43

17      Prognostic variables for the time to withdrawal ........................... 44

18      Analysis of covariance of change from baseline for BPRS positive symptom
        cluster score to final evaluation ..................................... 46

19      Analysis of covariance of change from baseline for BPRS positive symptom
        cluster score (LOCF) to Week 12 ..................................... 46

14

CONFIDENTIAL
AZ/SER 0193809

CONTENTS (continued)                                                                          PAGE

20      Analysis of covariance of change from baseline for the CGI Severity of Illness
        score to final assessment ................................................... 47

21      Analysis of covariance of change from baseline for the CGI Severity of Illness
        score (LOCF) to Week 12 ................................................... 48

22      Analysis of covariance of change from baseline for the SANS summary score
        to final assessment ....................................................... 49

23      Analysis of covariance of change from baseline for SANS summary score
        (LOCF) to Week 12 ........................................................ 50

24      SANS summary score (observed cases) at baseline and final evaluation by
        presence of the deficit syndrome ........................................... 50

25      Selected cognitive function test results at baseline and change from baseline
        to final .................................................................. 51

26      Quality of Life Scale scores at baseline and change from
        baseline to final ......................................................... 52

27      Exposure to randomized treatment .......................................... 53

28      Selected concurrent medication use: medication for EPS .................... 54

29      Selected concurrent medication use: medications for agitation and
        insomnia ................................................................. 55

30      Summary of adverse events ................................................ 56

31      Adverse events with crude incidence rate of $\geq 5\%$ in any SEROQUEL group .. 57

32      EPS adverse events ....................................................... 61

33      Withdrawals due to adverse events during randomized treatment ............ 62

34      Serious adverse events during randomized treatment not leading
        to withdrawal ............................................................ 81

35      Number of patients and severe adverse events in each treatment group ...... 86

36      Frequency distribution for change from baseline in Simpson Scale total score
        at the final evaluation ................................................... 89

37      Frequency distribution for change from baseline to Week 12 in Simpson Scale
        total score - LOCF ....................................................... 89

38      Frequency distribution for change from baseline in AIMS total score at the
        final evaluation .......................................................... 91

15

CONFIDENTIAL
AZ/SER 0193810

CONTENTS (continued)                                                                                   PAGE

39    Frequency distribution for change from baseline in AIMS total score at
      Week 12 - LOCF ........................................................... 91

40    Number of patients with clinically significant post-baseline results for
      selected liver function tests ............................................. 99

41    Mean change from baseline to final evaluation for thyroid function tests .... 101

42    Numbers of patients with clinically significant post-baseline results for
      thyroid function tests .................................................... 102

43    Patients with clinically significant thyroid function tests .................... 103

44    Thyroid function test results for patients treated with levothyroxine
      during the trial ......................................................... 104

45    Mean changes from baseline in pulse and weight at the final evaluation ..... 116

46    Frequencies of clinically significant values in vital signs ................... 117

CONFIDENTIAL
AZ/SER 0193811

116

Other than slight mean increases in heart rate in the SEROQUEL groups, there were no consistent clinically relevant changes in ECGs during the trial. The analysis of rates and intervals showed no evidence of conduction abnormalities, no arrhythmias, and no conformation changes associated with SEROQUEL treatment. A number of patients with normal ECGs at baseline developed clinically significant findings, but the incidences of these cases were similar in the SEROQUEL groups and the haloperidol group. There was no evidence of an increase in ECG abnormalities with SEROQUEL dose. There were a wide range of findings (eg, sinus tachycardia, premature atrial complexes, first degree AV block, ST-T wave abnormalities), but they were generally transient and often resolved with ongoing trial treatment.

### 5.8   Vital signs and weight

Summary tables:               descriptive statistics for vital signs; T19.1
                              frequencies of clinically significant abnormal vital signs during
                              randomized treatment; T19.2 and T19.3

Individual patient listings:   G17.1 to G17.3

Descriptive statistics for supine and standing blood pressure and temperature did not reveal any clear relationship to dose or duration of treatment.

Table 45 presents the mean changes from baseline in pulse and weight at the final evaluation.

TABLE 45  Mean changes from baseline in pulse and weight at the final evaluation*

|  | Treatment group | | | |
|  | SEROQUEL | | | Haloperidol |
|  | 75 mg (n = 81) | 300 mg (n = 87) | 600 mg (n = 84) | (n = 41) |
|---|---|---|---|---|
| Supine pulse (bpm) | | | | |
| Baseline mean | 77.8 | 77.3 | 79.2 | 83.1 |
| Mean change (SD) | 2.3 (14.9) | 10.1 (16.4) | 6.0 (14.3) | -2.0 (16.7) |
| Standing pulse (bpm) | | | | |
| Baseline mean | 84.9 | 86.0 | 87.9 | 92.0 |
| Mean change (SD) | 4.3 (16.5) | 8.6 (16.5) | 5.5 (16.4) | -2.5 (18.7) |
| Weight (kg) | | | | |
| Baseline mean | 86.4 | 81.0 | 82.3 | 84.3 |
| Mean change (SD) | -0.5 (4.4) | 1.5 (6.2) | 3.5 (8.0) | -1.4 (6.1) |

*n is variable since not all data were collected for every patient
SD Standard deviation

There were slight mean increases from baseline in pulse in the SEROQUEL groups during the trial; however, there were no trends related to SEROQUEL dose or over time. The greatest increase in pulse was in the SEROQUEL 300-mg group.

In the SEROQUEL groups, there appeared to be greater mean weight increases during the trial compared with the haloperidol group. Change in weight from baseline to final evaluation

143.

CONFIDENTIAL
AZ/SER 0193938

117

ranged from -14 kg to 14 kg for patients in the SEROQUEL 75-mg group, -14 kg to 23 kg for
patients in the SEROQUEL 300-mg group, -20 kg to 40 kg for patients in the SEROQUEL
600-mg group, and -33 kg to 8 kg for patients in the haloperidol group. Among the
SEROQUEL groups, the increase from baseline in weight appeared to be dose related. In
general, the mean weight increases from baseline in the SEROQUEL groups were greater at
Week 52 for patients completing the trial (ranging from 2.05 to 8.52 kg) compared with the
increases seen at the final evaluation (Week 52 or withdrawal), suggesting a trend for patients
to continue gaining weight over time.

Blood pressure, pulse rate, temperature, and weight data were reviewed for clinically significant
values, as described in Section 2.8.4(k). These findings are summarized in Table 46.

TABLE 46  Frequencies of clinically significant values in vital signs

| | Treatment group | | | |
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 61) | 300 mg (n = 87) | 600 mg (n = 84) | (n = 41) |
| | n(%) | n(%) | n(%) | n(%) |
|---|---|---|---|---|
| Postural changes in systolic blood pressure | 7 (9) | 8 (9) | 12 (14) | 3 (7) |
| Postural changes in pulse | 32 (40) | 38 (44) | 31 (37) | 22 (54) |
| Postural changes in systolic blood pressure and pulse | 1 (3) | 4 (5) | 3 (7) | 0 |
| Supine pulse | 2 (2) | 4 (5) | 5 (6) | 1 (2) |
| Temperature | 0 | 0 | 2 (2) | 0 |
| Weight | 9 (11) | 15 (17) | 24 (29) | 4 (10) |

Clinically significant postural changes in systolic blood pressure were observed for patients in
all treatment groups. The proportion of patients with clinically significant postural changes in
systolic blood pressure was greatest in the SEROQUEL 600-mg group; the proportions of
patients in the other treatment groups were similar.

Clinically significant postural changes in pulse were also observed for patients in all treatment
groups. The proportion of patients with clinically significant postural changes in pulse was
greatest in the haloperidol group.

There were no patients in the haloperidol group with clinically significant postural changes in
both systolic blood pressure and pulse. In the SEROQUEL groups, there appeared to be a
dose-related increase in the proportion of patients with clinically significant postural changes in
both systolic blood pressure and pulse, although the proportions of patients in each treatment
group were relatively small.

Clinically significant changes in supine pulse were observed for patients in all treatment
groups. The proportions of patients with clinically significant changes in supine pulse were
higher in the SEROQUEL 300-mg and 600-mg groups compared with the SEROQUEL 75-mg
and haloperidol groups.

144

CONFIDENTIAL
AZ/SER 0193939

# SEROQUEL™

**A Multicenter, Double-Blind, Randomized, Controlled, Multiple Fixed-Dose and
Dose Regimen Comparison of SEROQUEL™ (ICI 204,636) and Haloperidol in the
Prevention of Psychotic Relapse in Outpatients with Chronic or Subchronic
Schizophrenia**

| | |
|---|---|
| Trial number: | 50771L/0015 |
| First patient entered: | 27 July 1993 |
| Data cutoff date: | 1 June 1995 |

The attached report is an accurate record of the trial conducted with SEROQUEL.

Alexander Miller, MD
University of Texas Health Science Center, Department of Psychiatry
7703 Floyd Curl Drive
San Antonio, TX 78284-7792

_Alexander Miller_, M.D.          _June 12, 1996_
Signature                          Date

SEROQUEL is a trademark, the property of Zeneca Limited.

3

CONFIDENTIAL
AZ/SER 0238527