# EXHIBIT 10

Confidential - Wayne K. Geller, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

- - -

| | | |
|---|---|---|
| IN RE: SEROQUEL | : | CASE NO. |
| PRODUCTS LIABILITY | : | |
| LITIGATION | : | 6:06-md-01769-ACC-DAB |
| | : | |
| MDL Docket No. 1769: | | |

- - -

May 7, 2008

- - -

C O N F I D E N T I A L

- - -

Videotape deposition of WAYNE K. GELLER, M.D. taken pursuant to notice, was held at the offices of Golkow Technologies, Inc., One Liberty Place, 51st Floor, 1650 Market Street, Philadelphia, Pennsylvania 19103, commencing at 9:00 a.m., on the above date, before Linda Rossi Rios, RPR, CCR and Notary Public.

- - -

Golkow Technologies, Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, Pennsylvania  19103
877.370.3377

Confidential - Wayne K. Geller, M.D.

Page 2

```
 1    A P P E A R A N C E S :
 2
 3
             CRUSE, SCOTT, HENDERSON & ALLEN,
 4           LLP
             BY:  T. SCOTT ALLEN, JR., ESQUIRE
 5           7th Floor
             2777 Allen Parkway
 6           Houston, Texas 77019-2133
             (713) 650-6600
 7           sallen@crusescott.com
             Counsel for the Plaintiffs
 8
 9
             BLIZZARD, McCARTHY & NABERS, L.L.P.
10           BY:  EDWARD F. BLIZZARD, ESQUIRE
                  and
11               HOLLY M. WHEELER, ESQUIRE
             Lyric Center
12           440 Louisiana
             Suite 1710
13           Houston, Texas  77002-1689
             (877) 844-3760
14           eblizzard@blizzardlaw.com
             hwheeler@blizzardlaw.com
15           Counsel for the Plaintiffs
16
17           LAMINAK, PIRTLE & MARTINES, LLP
             BY:  THOMAS W. PIRTLE, ESQUIRE
18           440 Louisiana, Suite 1250
             Houston, Texas  77002
19           (713) 292-2750
             tomp@lpm-triallaw.com
20           Counsel for the Plaintiffs
21
22
23
24
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Wayne K. Geller, M.D.

Page 3

```
 1    A P P E A R A N C E S (cont'd.) :
 2
 3           WILLIAMS & CONNOLLY LLP
             BY:  STEPHEN D. RABER, ESQUIRE
 4                 and
                 EMILY RENSHAW PISTILLI, ESQUIRE
 5           725 Twelfth Street, N.W.
             Washington, D.C.  20005
 6           (202) 434-5538
             (202) 434-5652
 7           sraber@wc.com
             epistilli@wc.com
 8           Counsel for AstraZeneca and
             the Witness
 9
10
             KAYE SCHOLER
11           BY:  ANDREW DAVIN STILLUFSEN, ESQUIRE
             425 Park Avenue
12           New York, New York  10022-3598
             (212) 836-7366
13           astillufsen@kayescholer.com
             Counsel for the Witness
14
15
             PEPPER HAMILTON LLP
16           BY:  NOREEN HIBBARD ONIMUS, ESQUIRE
             3000 Two Logan Square
17           18th and Arch Streets
             Philadelphia, Pennsylvania  19103
18           (215) 981-4441
             onimusn@pepperlaw.com
19           Counsel for Eli Lilly & Co.
20
21
22
23
24
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Wayne K. Geller, M.D.

```
                                                              Page 4

 1    A P P E A R A N C E S (cont'd.) :
 2
 3           DRINKER BIDDLE & REATH LLP
             BY:  MOLLY E. FLYNN, ESQUIRE
 4           One Logan Square
             18th and Cherry Streets
 5           Philadelphia, Pennsylvania 19103
             (215) 988-2836
 6           molly.flynn@dbr.com
             and
 7           DRINKER BIDDLE & REATH LLP
             BY:  HEIDI E. HILGENDORFF, ESQUIRE
 8           500 Campus Drive
             18th and Cherry Streets
 9           Florham Park, New Jersey  07932
             (973) 549-7363
10           heidi.hilgendorff@dbr.com
             Counsel for Janssen Pharmaceuticals
11
12
       A L S O   P R E S E N T:
13
14
             JENNIFER MARTIN,
15           Cruse, Scott Henderson & Allen
             Paralegal
16
17
             ERIC SANTORO, ESQUIRE, AstraZeneca
18
19
             LOU GETZ, Videographer
20
21
                        -  -  -
22
23
24
```

Confidential - Wayne K. Geller, M.D.

Page 8

1                     - - -

2              VIDEOGRAPHER:  Good morning.

3        Today is the 7th day of May 2008.

4        It's 9:00, and we are on the

5        record.

6              MR. ALLEN:  Good morning.

7              THE WITNESS:  Good morning.

8                     - - -

9              WAYNE K. GELLER, M.D. after

10       having been duly sworn, was examined

11       and testified as follows:

12                    - - -

13             MR. RABER:  Scott, before

14       you start with your questions, I

15       just want to note on the record

16       that AstraZeneca is designating

17       this deposition as confidential

18       under the terms of the court's

19       existing orders.

20                    - - -

21                 EXAMINATION

22                    - - -

23   BY MR. ALLEN:

24       Q.    Good morning.

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Wayne K. Geller, M.D.

Page 429

1  was there discrepancies between the
2  Seroquel safety position paper on
3  diabetes and related disorders and what
4  your company told the FDA?
5           MR. RABER:  Objection to
6       form.
7           THE WITNESS:  What was sent
8       to the MEB, the Dutch regulatory
9       authority, was a template of a
10      position paper predicated upon a
11      draft of a discussion document for
12      the June SERM.  Within that
13      document was contained language
14      which was not the final language
15      used in the discussion document at
16      the June SERM as it represented my
17      view of glucose dysregulation and
18      Seroquel therapy.  And I fully
19      acknowledge having made the
20      mistake of using a document which
21      was a draft document, number one.
22      Number two, which was not an
23      official position paper and was
24      sent to the MEB, the Dutch

Confidential - Wayne K. Geller, M.D.

Page 458

1  fact that based upon your review of the

2  information you had available, if you

3  look on page 11, the last page, do you

4  agree --

5         A.    I'm sorry, 11 out of --

6         Q.    Yes, sir, I see that.  It's

7  the last page.  Are you at the last page?

8         A.    Yes.

9         Q.    Do you agree with the

10 statement that you drafted, "While there

11 were no reports of positive dechallenges

12 and rechallenges, there is reasonable

13 evidence to suggest that Seroquel therapy

14 can cause impaired glucose regulation

15 including diabetes mellitus in certain

16 individuals."  Do you agree with that

17 statement?

18        A.    No, I disagree with that

19 statement, sir.

20        Q.    Okay.  Why did you write it?

21        A.    That statement was an

22 artifact of an earlier discussion

23 document which was a draft discussion

24 document for the June 2000 SERM, and did

Case 6:06-md-01769-ACC-DAB   Document 1401-11   Filed 04/06/09   Page 9 of 20 PageID 126697
Confidential - Wayne K. Geller, M.D.

Page 459

1   not reflect my view of diabetes at the
2   time that I presented at SERM in June
3   of 2000.
4         Q.    Well, in fact -- so you were
5   the presenter at SERM in June of 2000?
6         A.    Yes, I said that previously.
7         Q.    Was Dr. Brecher there?
8         A.    He was on the telephone, I
9   believe.
10        Q.    Did you in June of 2000 as
11  presenter specifically state that
12  Seroquel may cause impaired glucose
13  regulation in some individuals?  Isn't
14  that what you did at that meeting?
15              MR. RABER:  Object to the
16        form.
17  BY MR. ALLEN:
18        Q.    Isn't that what you said?
19        A.    I think to be absolutely
20  correct, I need to see a copy of the
21  discussion document that was circulated
22  for the June 2000 SERM.
23        Q.    Now, when did you prepare
24  Exhibit 17, sir?  After the SERM meeting,

Confidential - Wayne K. Geller, M.D.

Page 480

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

- - -

IN RE:  SEROQUEL      :   CASE NO.
PRODUCTS LIABILITY    :
LITIGATION            :   6:06-md-01769-ACC-DAB
                      :
MDL Docket No. 1769:

- - -

May 8, 2008

- - -

C O N F I D E N T I A L

- - -

Continued videotape deposition of WAYNE K. GELLER, M.D., taken pursuant to notice, was held at the offices of Golkow Technologies, Inc., One Liberty Place, 51st Floor, 1650 Market Street, Philadelphia, Pennsylvania 19103, commencing at 9:02 a.m., on the above date, before Linda Rossi Rios, RPR, CCR and Notary Public.

- - -

Golkow Technologies, Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, Pennsylvania  19103
877.370.3377

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Wayne K. Geller, M.D.

Page 481

```
 1   A P P E A R A N C E S :
 2
 3           CRUSE, SCOTT, HENDERSON & ALLEN,
             LLP
 4           BY:  T. SCOTT ALLEN, JR., ESQUIRE
             7th Floor
 5           2777 Allen Parkway
             Houston, Texas 77019-2133
 6           (713) 650-6600
             sallen@crusescott.com
 7           Counsel for the Plaintiffs
 8
 9           BLIZZARD, McCARTHY & NABERS, L.L.P.
             BY:  HOLLY M. WHEELER, ESQUIRE
10           Lyric Center
             440 Louisiana
11           Suite 1710
             Houston, Texas  77002-1689
12           (877) 844-3760
             hwheeler@blizzardlaw.com
13           Counsel for the Plaintiffs
14
15           LAMINACK, PIRTLE & MARTINES, LLP
             BY:  THOMAS W. PIRTLE, ESQUIRE
16           440 Louisiana, Suite 1250
             Houston, Texas  77002
17           (713) 292-2750
             tomp@lpm-triallaw.com
18           Counsel for the Plaintiffs
19
20
21
22
23
24
```

Confidential - Wayne K. Geller, M.D.

Page 482

```
 1   A P P E A R A N C E S (cont'd.):
 2
 3         WILLIAMS & CONNOLLY LLP
           BY:  STEPHEN D. RABER, ESQUIRE
 4              and
                EMILY RENSHAW PISTILLI, ESQUIRE
 5         725 Twelfth Street, N.W.
           Washington, D.C.  20005
 6         (202) 434-5538
           (202) 434-5652
 7         sraber@wc.com
           epistilli@wc.com
 8         Counsel for AstraZeneca and
           the Witness
 9
10
           PEPPER HAMILTON LLP
11         BY:  ALLYSON LANE BACCINI, ESQUIRE
           3000 Two Logan Square
12         18th and Arch Streets
           Philadelphia, Pennsylvania  19103
13         (215) 981-4781
           baccinia@pepperlaw.com
14         Counsel for Eli Lilly & Co.
15
16         DRINKER BIDDLE & REATH LLP
           BY:  MOLLY E. FLYNN, ESQUIRE
17         One Logan Square
           18th and Cherry Streets
18         Philadelphia, Pennsylvania 19103
           (215) 988-2836
19         molly.flynn@dbr.com
           Counsel for Janssen Pharmaceuticals
20
21
22
23
24
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Wayne K. Geller, M.D.

Page 483

1  A L S O   P R E S E N T:

2

3       CHARLES HUNGER,
         Laminack, Pirtle & Martines, LLP
4       Paralegal

5

6       JENNIFER MARTIN,
         Cruse, Scott Henderson & Allen
7       Paralegal

8

9       ERIC SANTORO, AstraZeneca

10

11      LOU GETZ, Videographer

12

13                - - -

14

15

16

17

18

19

20

21

22

23

24

Case 6:06-md-01769-ACC-DAB   Document 1401-11   Filed 04/06/09   Page 14 of 20 PageID 126702
Confidential - Wayne K. Geller, M.D.

Page 527

1    A.   Well, it was my impression
2   at the time that we conducted our
3   pre-SERM activities, which would have
4   been sometime in May 2000, that
5   relatively speaking, that meeting,
6   looking at a frequency table of all
7   adverse events that had been reported in
8   the postmarketing realm in the serious
9   clinical trial adverse event reports,
10  that compared to, for instance, compared
11  to bone fractures, for instance, that the
12  numbers seem fairly sizable.  However, I
13  have to confess that at that particular
14  time, I had no idea how many patients had
15  been exposed to Seroquel.  So it was a
16  statement of relative comparison, sir.
17      Q.   Of course, when the document
18  we saw yesterday was prepared to the FDA,
19  you did not tell the FDA, you being
20  AstraZeneca, that you had a fairly
21  sizable number of diabetes cases, did
22  you?
23      A.   We presented all the data
24  that we had from all sources, including

Confidential - Wayne K. Geller, M.D.

Page 528

1   clinical trial sources, including the
2   literature, including the postmarketing
3   sources that were contained in this
4   particular document.  So in answer to
5   your question, I believe we provided them
6   with more than what was provided here.
7              MR. ALLEN:  Objection.
8         Nonresponsive.
9   BY MR. ALLEN:
10        Q.    You did not tell the FDA
11  that the number of adverse experience
12  reports concerning diabetes mellitus, you
13  did not use the term that they were
14  fairly sizable, did you, sir?
15        A.    Sir, FDA requested the data.
16  We provided them with every piece of data
17  they requested.  We provided them with
18  our own analysis.  And I have to confess
19  that once I learned what the exposure,
20  meaning how many patients had been
21  exposed to Seroquel, which would have
22  happened sometime between the preparation
23  of the draft discussion document, from
24  which this was based, until the SERM, it

Confidential - Wayne K. Geller, M.D.

Page 756

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

- - -

| | | |
|---|---|---|
| IN RE: SEROQUEL | : | CASE NO. |
| PRODUCTS LIABILITY | : | |
| LITIGATION | : | 6:06-md-01769-ACC-DAB |
| | : | |
| MDL Docket No. 1769: | | |

- - -

May 9, 2008

- - -

C O N F I D E N T I A L

- - -

Continued videotape deposition of WAYNE K. GELLER, M.D., taken pursuant to notice, was held at the offices of Golkow Technologies, Inc., One Liberty Place, 51st Floor, 1650 Market Street, Philadelphia, Pennsylvania 19103, commencing at 9:07 a.m., on the above date, before Linda Rossi Rios, RPR, CCR and Linda L. Golkow, RDR, CCR and Notary Publics.

- - -

Golkow Technologies, Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, Pennsylvania  19103

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Wayne K. Geller, M.D.

Page 757

```
 1   A P P E A R A N C E S :
 2
 3        SHELLER P.C.
          BY:  JAMES J. PEPPER, ESQUIRE
 4        1528 Walnut Street
          Third Floor
 5        Philadelphia, Pennsylvania  19102
          (215) 790-7354
 6        jpepper@sheller.com
          Counsel for the Plaintiff
 7
 8
          BLIZZARD, McCARTHY & NABERS, L.L.P.
 9        BY:  HOLLY M. WHEELER, ESQUIRE
          Lyric Center
10        440 Louisiana
          Suite 1710
11        Houston, Texas  77002-1689
          (877) 844-3760
12        hwheeler@blizzardlaw.com
          Counsel for the Plaintiffs
13
14        LAMINACK, PIRTLE & MARTINES, LLP
          BY:  THOMAS W. PIRTLE, ESQUIRE
15        440 Louisiana, Suite 1250
          Houston, Texas  77002
16        (713) 292-2750
          tomp@lpm-triallaw.com
17        Counsel for the Plaintiffs
18
          MATTHEWS & ASSOCIATES
19        BY:  DAVID P. MATTHEWS, ESQUIRE
          2905 Sackett Street
20        Houston, Texas  77098
          (713) 222-8080
21        dmatthews@thematthewslawfirm.com
          Counsel for the Plaintiff
22
23
24
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Wayne K. Geller, M.D.

Page 758

```
 1    A P P E A R A N C E S (cont'd.):
 2
          WILLIAMS & CONNOLLY LLP
 3        BY:  STEPHEN D. RABER, ESQUIRE
                 and
 4        EMILY RENSHAW PISTILLI, ESQUIRE
          725 Twelfth Street, N.W.
 5        Washington, D.C.  20005
          (202) 434-5538
 6        (202) 434-5652
          sraber@wc.com
 7        epistilli@wc.com
          Counsel for AstraZeneca and
 8        the Witness
 9
          PEPPER HAMILTON LLP
10        BY:  ALLYSON LANE BACCINI, ESQUIRE
          3000 Two Logan Square
11        18th and Arch Streets
          Philadelphia, Pennsylvania  19103
12        (215) 981-4781
          baccinia@pepperlaw.com
13        Counsel for Eli Lilly & Co.
14
          DRINKER BIDDLE & REATH LLP
15        BY:  MOLLY E. FLYNN, ESQUIRE
          One Logan Square
16        18th and Cherry Streets
          Philadelphia, Pennsylvania 19103
17        (215) 988-2836
          molly.flynn@dbr.com
18        Counsel for Janssen Pharmaceuticals
19
20
21
22
23
24
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Wayne K. Geller, M.D.

Page 759

```
 1   A L S O   P R E S E N T:
 2
 3        CHARLES HUNGER,
          Laminack, Pirtle & Martines, LLP
 4        Paralegal
 5
          ERIC SANTORO, AstraZeneca
 6
          LOU GETZ, Videographer
 7
 8                   -  -  -
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Confidential - Wayne K. Geller, M.D.

1      A.    And just to complete my
2   statement, the other document that you
3   referred to, which was the SERM
4   discussion document or --
5      Q.    It was the draft of the
6   safety position paper.
7      A.    I'm sorry.  The draft of the
8   safety position paper was quoting all
9   reported cases of diabetes mellitus
10  regardless of new onset or not during
11  that same interval.
12     Q.    Those cases of all types of
13  diabetes, regardless of whether they're
14  new onset or not, would those adverse
15  event reports be -- would the FDA have
16  those adverse event reports?
17          MR. PIRTLE:  Objection,
18      speculation.
19          THE WITNESS:  Yes.  Because
20      AstraZeneca, again, in compliance
21      with federal law, submitted all
22      those reports to FDA in a timely
23      manner.
24          MR. RABER:  I have no