# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

*IN RE:*

*SEROQUIL LIABILITY LITIGATION*
*ASTRAZENECA PHARMACEUTICALS*

| | | | |
|---|---|---|---|
| **JUDGES:** | **Anne C. Conway**<br>U. S. District Judge | **COURT REPORTER:** | Sandy Tremel |
| | | **Deputy Clerk:** | Celeste Herdeman |
| **Date/Time:** | April 7, 2009<br>9:03 AM 11:50 AM<br>1:20 PM 6:05 PM | | |
| **COUNSEL FOR PLTFS:** | Larry Roth<br>Fletch Trammell<br>Fred Magaziner<br>Camp Bailey<br>Ken Bailey<br>Holly Gibson<br>Paul Pennock | **COUNSEL FOR DEFTS:** | Chris Coutroulis<br>Scott Elder<br>Earl Austin<br>Mike Brock<br>Jane Thorpe |

## CIVIL DAUBERT HEARING AND STATUS CONFERENCE

Appearances.
Housekeeping matters taken up before the Court.
Daubert Hearing commenced
Donna K. Arnett placed under oath.
Exhibits # 1 through t # 19 Identified and placed into evidence.

Defendant's cross examination of Doctor Arnett.
Exhibits # 1 through # 4 Identified.
Exhibits # 7 & # 9 Identified.
Exhibits # 11 through #13 Identified
Exhibit # 15 Identified.

Recess for lunch 11:50 AM

Exhibits # 31 & # 36 Identified
Exhibit # 41 & # 42 Identified
Exhibit # 42 Identified

Exhibits # 50, # 52, # 53, # 56 & # 57

Exhibit # 64 & # 65 Identified.
Exhibits # 77 Identified (Study by Barnett)
Exhibit # 78 through # 80 Identified

Redirect of Doctor Arnett.4:48 PM.

Exhibit # 20 through  # 23 Identified

Re-Cross of Doctor Arnett 5:50 PM

Exhibit # 82 Identified
Defendant moves to introduce all exhibits into evidence, motion granted.

Re-direct of Doctor Arnett 6:00 PM

Exhibit # 24 Identified

Plaintiff's remainder exhibits introduced into evidence.