

# EXHIBIT LIST

\_\_\_\_Government    \_\_X\_\_Plaintiff    \_\_\_\_Defendant    \_\_\_\_Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 1 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Dr. Arnet's 1st Report |
| 2 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Dr. Arnet's 2nd Report |
| 3 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Wilson Study |
| 4 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Table - Open Label Pop. |
| 5 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Table - Glucose Reg. |
| 6 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Table - Study 126 |
| 7a- 7b | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Reports Trial 126 |
| 8 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Table - Tab 9 |
| 9 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Table - Tab 14 |
| 10 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Report - Tab 9 and Tab 14 |
| 11 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Table - Tab 15 |
| 12 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Report - Tab 15 |
| 13 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Guire Article |
| 14 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Smith Article |
| 15 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Table - Tab 50 |
| 16 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Table - Chemistry Findings |
| 17 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Guo Article |
| 18 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Kohler Article |
| 19 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Domon Article |
| 20 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | |
| 21 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Table 9 - May 2000 |
| 22 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Table 59 - Sum. Weight gain |
| 23 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Table AUC Plasma Glucose |
| 24 | APR - 7 2009 | APR - 7 2009 | Dr. Donna K. Arnett | | Table Fasting Change |