UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No: 6:06-md-1769-Orl-22DAB

_____   Evidentiary
_____   Trial
__X__    Other

## DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description |
|---|---|---|---|---|
| 1. | APR - 7 2009 | | Dr. Arnett | Dr. Arnett's Expert Report for USDC Middle District of Florida in RE: Seroquel Products Liability Litigation Dated: 09/11/08 |
| 2. | APR - 7 2009 | | Dr. Arnett | Dr. Arnett's First Amended Report For USDC Middle District of Florida in RE: Seroquel Products Liability Litigation Dated: 10/03/08 |
| 3. | APR - 7 2009 | | Dr. Arnett | Dr. Arnett's Declaration for USDC Middle District of Florida Dated: 11/24/08 |
| 4. | APR - 7 2009 | | Dr. Arnett | Dr. Arnett's Declaration for Superior Court of Delaware Dated: 02/23/09 Filed in MDL 03/09/2009 |
| 5. | | | Dr. Arnett | Dr. Arnett's Deposition Testimony in "In Re: Vioxx Products Liability Litigation", 9/6/2006 |
| 6. | | | Dr. Arnett | Cover Page for Trial 127 |
| 7. | APR - 7 2009 | | Dr. Arnett | AstraZeneca's 2008 FDA Submission – Seroquel ® (quetiapine fumarate) Tablets Metabolic Response Parameters, Page 37 |
| 8. | | | Dr. Arnett | AstraZeneca's 2008 FDA Submission – Seroquel ® (quetiapine fumarate) Tablets Metabolic Response Parameters |
| 9. | APR - 7 2009 | | Dr. Arnett | Exhibit 6 from Dr. Arnett's 10/06/2008 Deposition |
| 10. | | | Dr. Arnett | CSR Study 13 |
| 11. | APR - 7 2009 | | Dr. Arnett | Study 13 p. 112 |
| 12. | APR - 7 2009 | | Dr. Arnett | AstraZeneca Clinical Study Report Synopsis – Trial 39 |
| 13. | APR - 7 2009 | | Dr. Arnett | AstraZeneca Clinical Study Report Synopsis – Trial 100 |

LEGAL02/31252484v1

| | | | | |
|---|---|---|---|---|
| 14. | | | Dr. Arnett | AstraZeneca Clinical Study Report Synopsis – Trial 105 |
| ✓15. | APRIL 7 2009 | | Dr. Arnett | AstraZeneca Clinical Study Report Synopsis --Trial 135 |
| 16. | | | Dr. Arnett | AstraZeneca's 2000 FDA Submission – Re: SEROQUEL ® (quetiapine fumarate) NDA 20-639 Hyperglycemia Safety Information |
| 17. | | | Dr. Arnett | AstraZeneca's 2000 FDA Submission – Re: SEROQUEL ® (quetiapine fumarate) NDA 20-639 Hyperglycemia Safety Information - Letter dated 08/31/00 |
| 18. | | | Dr. Arnett | AstraZeneca's 2000 FDA Submission – Re: SEROQUEL ® (quetiapine fumarate) NDA 20-639 Hyperglycemia Safety Information- Page C-2 |
| 19. | | | Dr. Arnett | BrecherM, et al. "The long-term effect of quetiapine (Seroquel) monotherapy on weight in patients with schizophrenia. Int J Psychiatry in Clin Prac 2000; 4: 287-291." |
| 20. | | | Dr. Arnett | June 2007 Discussion Document – Seroquel and Glucose Dysregulation (SERM), Table 22 |
| 21. | | | Dr. Arnett | AstraZeneca's Integrated Summary of Safety (Item 8H) (New Drug Application) NDA p. 69 Table 6.4 |
| 22. | | | Dr. Arnett | AstraZeneca's Integrated Summary of Safety (Item 8H) (New Drug Application) NDA p. 263, Table 12.10 |
| 23. | | | Dr. Arnett | BMI Chart |
| 24. | | | Dr. Arnett | Norris, et al. "Screening Adults for Type 2 Diabetes: A Review of the Evidence for the U.S. Preventative Services Task Force." *Annals of Internal Medicine* 2008; 148; 855-868. |
| 25. | | | Dr. Arnett | Harris, et al. "Onset of NIDDM occurs at least 4-7 yr before clinical diagnosis." *Diabetes Care* 1992; 15[7]: 815-819. |
| 26. | | | Dr. Arnett | Powers, et al. "Diabetes Mellitus", Chapter 338 in *Harrison's Principles of Internal Medicine, 17th Edition.*" New York: McGraw-Hill Medical, 2008 |
| 27. | | | Dr. Arnett | Mishra, et al. "Short-term weight change and the incidence of diabetes in midlife: results for the Australian longitudinal study on women's health." *Diabetes Care* 2007; 30[6]: 1418-1424. |
| 28. | | | Dr. Arnett | Daubert Hearing Testimony – Dr. Wirshing 12/05/08 |
| 29. | | | Dr. Arnett | Wannamethee, et al. "Weight change and duration of overweight and obesity in the incidence of type 2 diabetes." *Diabetes Care* 1999; 22[8]: 1266-1272. |
| 30. | | | Dr. Arnett | "Schizophrenia and Diabetes 2003' Expert Consensus |

LEGAL02/31252484v1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Meeting, Dublin, 3-4 October 2003: Consensus Summary." *British Journal of Psychiatry* 2004; 184[Suppl. 47]: s112-s114. |
| 31. | APR -7 2009 | | | Dr. Arnett | Dr. Arnett's Trial Testimony in "In Re: Vioxx Products Liability Litigation", 11/30/2006 |
| 32. | | | | Dr. Arnett | Kim, et al. "Antipsychotic drug-induced weight gain mediated by histamine H1 receptor-linked activation of hypothalamic AMP-kinase." *PNAS* 2007; 104[9]: 3456-3459. |
| 33. | | | | Dr. Arnett | Vestri, et al. "Atypical Antipsychotic Drugs Directly Impair Insulin Action in Adipocytes: Effects on Glucose Transport, Lipgenesis, and Antilipolysis." *Neuropsychopharmacology* 2007; 32: 765-772. |
| 34. | | | | Dr. Arnett | Llorente, et al. "Diabetes, Psychiatric Disorders, and the Metabolic Effects of Antipsychotic Medications." *Clinical Diabetes* 2006; 24[1]: 18-24. |
| 35. | | | | Dr. Arnett | LeanMEJ, et al. "Patients on Atypical Antipsychotic Drugs." Diabetes Care 2003; 26[5]: 1597-1605. |
| 36. | APR - 7 2009 | | | Dr. Arnett | Exhibit 24 from Dr. Arnett's 10/07/2008 Deposition |
| 37. | | | | Dr. Arnett | June 15, 2007 Seroquel Clinical Overview, "Glucose Dysregulation in patients treated with Seroquel" |
| 38. | | | | Dr. Arnett | AstraZeneca's Integrated Summary of Safety (Item 8H) (New Drug Application) NDA P. 117-121 |
| 39. | | | | Dr. Arnett | AstraZeneca's Integrated Summary of Safety (Item 8H) (New Drug Application) |
| 40. | | | | Dr. Arnett | ISS p. 25 |
| 41. | APR - 7 2009 | | | Dr. Arnett | Meyer, et al. "Change in metabolic syndrome parameters with antipsychotic treatment in the CATIE schizophrenia trial: Prospective data from phase I." *Schizophrenia Research* 2008. |
| 42. | APR - 7 2009 | | | Dr. Arnett | 2000 FDA Submission p. 9-10 |
| 43. | | | | Dr. Arnett | AstraZeneca's Integrated Summary of Safety (Item 8H) (New Drug Application) NDA Page 205 |
| 44. | | | | Dr. Arnett | Brenner H, et al. "The intraindividual variability of fasting triglyceride – a challenge for further standardization." The European Society of Cardiology 1990; 11: 1054-1058. |
| 45. | | | | Dr. Arnett | Magkos F, et al. "Reproducibility of stable isotope-labeled tracer measures of VLDL-triglyceride and VLDL-apolipoprotein B-100 kinetics." J Lipid Research 2007; 48: 1204-1211. |
| 46. | | | | Dr. Arnett | AstraZeneca's Integrated Summary of Safety (Item 8H) (New Drug Application) NDA Page 206 |

LEGAL02/31252484v1

| | | | | |
|---|---|---|---|---|
| 47. | | | Dr. Arnett | American Diabetes Association, List of Modifiable Risk Factors |
| 48. | | | Dr. Arnett | American Thyroid Association 2005, "Thyroid and Weight" |
| 49. | | | Dr. Arnett | "A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia." AstraZeneca Clinical Study Report – Trial 125 |
| 50. | APR - 7 2009 | | Dr. Arnett | "A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia." AstraZeneca Clinical Study Report – Trial 125, p. 48 |
| 51. | | | Dr. Arnett | "A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia." AstraZeneca Clinical Study Report – Trial 125 Cover Page |
| 52. | APR - 7 2009 | | Dr. Arnett | "A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia." AstraZeneca Clinical Study Report – Trial 125, Page 47 |
| ✓ 53. | APR -7 2009 | | Dr. Arnett | Agency for Healthcare Research and Quality, U.S. Preventive Services Taskforce, Hierarchy of Research Design |
| 54. | | | Dr. Arnett | "A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia." AstraZeneca Clinical Study Report – Trial 125, Pages 75-76 |
| 55. | | | Dr. Arnett | "A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia." AstraZeneca Clinical Study Report – Trial 125, Page 61 |
| 56. | APR - 7 2009 | | Dr. Arnett | "A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of |

| | | | | Dr. Arnett | Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia." AstraZeneca Clinical Study Report – Trial 125, Table 55 |
|---|---|---|---|---|---|
| 57. | APR - 7 2009 | | | Dr. Arnett | "A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia." AstraZeneca Clinical Study Report – Trial 125, Table 58 |
| 58. | | | | Dr. Arnett | Ollerton RL, et al. "Day-to-Day Variability of Fasting Plasma Glucose in Newly Diagnosed Type 2 Diabetic Subjects." Clinical Care 1999; 22[3]: 394-398. |
| 59. | | | | Dr. Arnett | "A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia." AstraZeneca Clinical Study Report Study 125, Table 63 |
| 60. | | | | Dr. Arnett | "A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia." AstraZeneca Clinical Study Report – Trial 125, Page 164, Table 67 |
| 61. | | | | Dr. Arnett | "A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia." AstraZeneca Clinical Study Report – Trial 125, Page 168, Table 71 |
| 62. | | | | Dr. Arnett | June 2007 Discussion Document – Seroquel and Glucose Dysregulation (SERM) SERM Appendix |
| 63. | | | | Dr. Arnett | June 2007 Discussion Document – Seroquel and Glucose Dysregulation (SERM) SERM Appendix C-12 |
| 64. | APR - 7 2009 | | | Dr. Arnett | AstraZeneca's 2008 FDA Submission – Seroquel ® (quetiapine fumarate) Tablets Metabolic Response Parameters, Page 35 |
| 65. | APR - 7 2009 | | | Dr. Arnett | AstraZeneca's 2008 FDA Submission – Seroquel ® (quetiapine fumarate) Tablets Metabolic Response Parameters, Page 772, Table 329 |
| 66. | | | | Dr. Arnett | AstraZeneca's 2008 FDA Submission – Seroquel ® (quetiapine fumarate) Tablets Metabolic Response Parameters, Page 740, Table 335 |

LEGAL02/31252484v1

| | | | | | |
|---|---|---|---|---|---|
| 67. | | | | Dr. Arnett | AstraZeneca's 2008 FDA Submission – Seroquel ® (quetiapine fumarate) Tablets Metabolic Response Parameters, Page 748, Table 339 |
| 68. | | | | Dr. Arnett | AstraZeneca's 2008 FDA Submission – Seroquel ® (quetiapine fumarate) Tablets Metabolic Response Parameters, Page 1007, Table 450 |
| 69. | | | | Dr. Arnett | AstraZeneca's 2008 FDA Submission – Seroquel ® (quetiapine fumarate) Tablets Metabolic Response Parameters, Page 981, Table 440 |
| 70. | | | | Dr. Arnett | AstraZeneca's 2008 FDA Submission – Seroquel ® (quetiapine fumarate) Tablets Metabolic Response Parameters, Page 749, Table 340 |
| 71. | | | | Dr. Arnett | AstraZeneca's 2008 FDA Submission – Seroquel ® (quetiapine fumarate) Tablets Metabolic Response Parameters, Page 1009, Table 340<br>Table 452 |
| 72. | | | | Dr. Arnett | ADA/APA. "Consensus Development Conference on Antipsychotic Drugs and Obesity and Diabetes." *Diabetes Care* 2007; 27[2]: 596-601. |
| 73. | | | | Dr. Arnett | Lambert BL, et al. "Diabetes risk associated with use of Olanzapine, Quetiapine, and Risperidone in Veterans Health Administration patients with schizophrenia." *Am J Epi* 2006; 164 [7]: 672-681. |
| 74. | | | | Dr. Arnett | Guo, et al. "Risk of diabetes mellitus associated with atypical antipsychotic use among Medicaid patients with bipolar disorder: A nested case-control study." *Pharmacotherapy* 2007; 27[1]: 27-35. |
| 75. | | | | Dr. Arnett | Sacchetti, et al. "Incidence of diabetes in a general practice population: A database cohort study on the relationship with haloperidol, olanzapine, risperidone or quetiapine exposure." *Int Clin Psychopharmacol* 2005; 20: 33-37. |
| 76. | | | | Dr. Arnett | Affidavit of Jeffrey Koplan, M.D., M.P.H. filed in the Superior Court of Delaware<br>Date: 01/26/09 |
| 77. | APR - 7 2009 | | | Dr. Arnett | Barnett, et al. "A regional comparison of developing diabetes among VA patients exposed to typical and atypical antipsychotics relative to corticosteroids and proton pump inhibitors." *Ann Clin Psychiatry* 2006; 18[1]: 1-7. |
| 78. | APR - 7 2009 | | | Dr. Arnett | Miller, et al. "Incidence of new-onset diabetes mellitus among patients receiving atypical neuroleptics in the treatment of mental illness. Evidence from a privately insured population." *J Nervous and Mental Disease* 2005 (June); 193 [6]: 387-395. |
| 79. | APR - 7 2009 | | | Dr. Arnett | Buse, et al. "A retrospective cohort study of diabetes |

- 6 -

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   |   | mellitus and antipsychotic treatment in the United States." *J Clinical Epidemiology* 2003; 56: 164-170. |
| 80. | APR - 7 2009 |   |   | Dr. Arnett | Feldman, et al. "Retrospective cohort study of diabetes mellitus and antipsychotic treatment in a geriatric population in the United States." *JAMDA* 2004 (Jan-Feb); 5: 38-46. |
| 81. |   |   |   | Dr. Arnett | Exhibit 9 from Dr. Arnett's 10/06/09 Deposition (PubMed Search) |
| 82. | APR - 7 2009 |   |   | Dr. Arnett | Barner, et al. "Frequency of new-onset diabetes mellitus and use of antipsychotic drugs among central Texas veterans." *Pharmacotherapy* 2004; 24[11]: 1529-1538. |
| 83. |   |   |   | Dr. Arnett | Ostbye, et al. "Atypical antipsychotic drugs and diabetes mellitus in a large outpatient population: A retrospective cohort study." *Pharmacoepidemiology and Drug Safety* 2005; 14: 407-415. |
| 84. ✓ | APR 7 -2009 |   |   | Dr. Arnett | Lieberman, et al. "Effectiveness of antipsychotic drugs in patients with chronic schizophrenia." *NEJM* 2005; 353[12]: 1209-23. |
| 85. |   |   |   | Dr. Arnett | MDD/GAD |
| 86. |   |   |   | Dr. Arnett | MDD/GAD p. 10 |
| 87. |   |   |   | Dr. Arnett | Composite of Cover Pages of MDD/GAD Studies Produced to Plaintiff's on August 2008. |
| 88. |   |   |   | Dr. Arnett | MDD/GAD p. 52 |
| 89. |   |   |   | Dr. Arnett | MDD/GAD p. 50 |
| 90. |   |   |   | Dr. Arnett | Metabolic Poster 2009 |
| 91. |   |   |   | Dr. Arnett | MDD/GAD p. 68 |
| 92. |   |   |   | Dr. Arnett | MDD/GAD p. 58 |
| 93. |   |   |   | Dr. Arnett | MDD/GAD p. 60 |
| 94. |   |   |   | Dr. Arnett | MDD/GAD p. 54 |
| 95. |   |   |   | Dr. Arnett | MDD/GAD p. 62 |
| 96. |   |   |   | Dr. Arnett | MDD/GAD p. 64 |
| 97. |   |   |   | Dr. Arnett | MDD/GAD p. 46 |
| 98. |   |   |   | Dr. Arnett | MDD/GAD p. 72 |
| 99. |   |   |   | Dr. Arnett | June 2007 Discussion Document – Seroquel and Glucose Dysregulation (SERM) SERM p. 69 |
| 100. |   |   |   | Dr. Arnett | MDD/GAD p. 71 |
| 101. |   |   |   | Dr. Arnett | Ballantyne CM, et al. "Metabolic syndrome risk for cardiovascular disease and diabetics in the ARIC study." *International Journal of Obesity* 2008; 32: S21-S24. |
| 102. |   |   |   | Dr. Arnett | AACE Diabetes Mellitus Clinical Practice Guidelines Task Force. "American Association of Clinical Endocrinologists Medical Guidelines for Clinical Practice for the Management of Diabetes Mellitus." *Endocrine Practice* 2007; 13[Suppl 1]: 4-9. |
| 103. |   |   |   | Dr. Arnett | Garber, et al. "Diagnosis and Management of Prediabetes |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | in the Continuum of Hyperglycemia – When Do the Risks of Diabetes Begin? A Consensus Statement from The American College of Endocrinology and The American Association of Clinical Endocrinologists." *Endocrine Practice* 2008; 14[7]: 935-946. |
| 104. | | | | Dr. Arnett | Davis, et al. "Insulin, Oral Hypoglycemic Agents, and the Pharmacology of the Endocrine Pancreas," Chapter 60 in *Goodman and Gilman's The Pharmacological Basis of Therapeutics, 11th Edition*. New York: McGraw-Hill Medical Publishing Division, 2006. |
| 105. | | | | Dr. Arnett | Baldessarini, et al. "Pharmacotheraphy of Psychosis and Mania," Chapter 18 in *Goodman and Gilman's The Pharmacological Basis of Therapeutics, 11th Edition*. New York: McGraw-Hill Medical Publishing Division, 2006 |
| 106. | | | | Dr. Arnett | Reus, et al. "Mental Disorders," Chapter 386 in *Harrison's Principles of Internal Medicine, 17th Edition.*" New York: McGraw-Hill Medical, 2008. |
| 107. | | | | Dr. Arnett | AstraZeneca's Integrated Summary of Safety (Item 8H) (New Drug Application) NDA p. 1678, p. 1687 |
| 108. | | | | Dr. Arnett | June 2007 Discussion Document – Seroquel and Glucose Dysregulation (SERM) |
| 109. | | | | Dr. Arnett | June 2007 Discussion Document – Seroquel and Glucose Dysregulation (SERM), Table 12, p. 63-64 |
| 110. | | | | Dr. Arnett | July 19, 2007 Letter to the FDA from Gerald Limp regarding the New Drug Application |
| 111. | | | | Dr. Arnett | Vieta, et al. "Efficacy and safety of quetiapine in combination with lithium or divalproex for maintenance of patients with bipolar I disorder (international trial 126)." *J Affective Disorders* 2008; 109: 251-263. |
| 112. | | | | Dr. Arnett | Suppes, et al. ""Maintenance treatment for patients with Bipolar I Disorder: Results from a North American Study of Quetiapine in combination with Lithium or Divalproex (Trial 127)." *Am J Psychiatry* 2009: 1-13. |
| 113. | | | | Dr. Arnett | May 2008 Seroquel Package Insert/Label |
| 114. | | | | Dr. Arnett | June 2007 Discussion Document – Seroquel and Glucose Dysregulation (SERM) SERM p. 70 |
| 115. | | | | Dr. Arnett | June 2007 Discussion Document – Seroquel and Glucose Dysregulation (SERM) SERM p. 44-45 |

LEGAL02/31252484v1

| | | | | |
|---|---|---|---|---|
| 116. | | | Dr. Arnett | Lambert B, et al. Antipsychotic exposure and type 2 diabetes among patients with schizophrenia: A matched case-control study of California Medicaid claims. Pharmacoepidemiology and Drug Safety 2005, in press. |