```
 1                   UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
 2                         ORLANDO DIVISION

 3                 Docket No.6:06-MD-1769-Orl-22DAB

 4     . . . . . . . . . . . . . ..
       IN RE:                        :
 5     SEROQUEL PRODUCTS LIABILITY   :
       LITIGATION                    :        Orlando, Florida
 6     MDL DOCKET No. 1769           :        April 7, 2009
                                     :        9:00 a.m.
 7     ALL CASES                     :
                                     :
 8     . . . . . . . . . . . . . .:

 9
                       TRANSCRIPT OF DAUBERT MOTION
10            BEFORE THE HONORABLE ANNE C. CONWAY
                    UNITED STATES DISTRICT JUDGE
11

12     APPEARANCES:

13     For the Plaintiffs:        Paul Pennock

14                                Larry M. Roth

15                                Holly Gibson

16

17

18     For the Defendant

19     AstraZeneca:               Jane Thorpe

20                                Chris Coutroulis

21

22     Court Reporter:  Sandra K. Tremel

23

24     Proceedings recorded by mechanical stenography, transcript

25     produced by computer-aided transcription
```

```
1                    P R O C E E D I N G S

2          THE COURT:  Case number 06-MD-1769.

3      Could we have appearances, please?

4          MR. PENNOCK:  Paul Pennock, Weitz & Luxenberg,

5  for plaintiffs.

6          MR. ROTH:  Larry Roth, liaison counsel for

7  plaintiffs.

8          MS. GIBSON:  Holly Gibson for the plaintiffs.

9          MR. TRAMMELL:  Fletch Trammell, plaintiffs.

10         MR. COUTROULIS:  Chris Coutroulis for

11 AstraZeneca.

12         MS. THORPE:  Jane Thorpe for AstraZeneca.

13         MR. BROCK:  Mike Brock for AstraZeneca also.

14         THE COURT:  All right.  Is Dr. Arnett here?

15         MR. PENNOCK:  Yes, Your Honor.

16         THE COURT:  Well, let's go ahead and start with

17 her first.

18         MR. COUTROULIS:  Your Honor, may I be heard

19 very, very briefly on a housekeeping matter that pertains

20 to the proceedings?

21         THE COURT:  All right.

22         MR. COUTROULIS:  Good morning.

23     Your Honor, during today's proceedings and during the

24 examination of Dr. Arnett, Mr. Pennock, counsel for

25 plaintiffs, may get into confidential documents under the
```

1    protective order.  We do not know precisely what

2    Mr. Pennock intends to use.

3         And although we do want to preserve our rights to

4    seek to close the proceedings depending on what documents

5    he may use, we do not anticipate making such a request

6    today, and we would instead suggest, Your Honor, that the

7    Court employ the same procedure we used in the other

8    *Daubert* hearings before Your Honor, that the courtroom

9    remain fully open to the public during the proceedings,

10   but that any confidential document not lose that status

11   outside the context of this hearing and that, if filed, it

12   be designated as confidential and under seal until and

13   unless the designated -- and as before, we would also like

14   to reserve the right to designate as confidential those

15   parts of the transcript that relate to confidential

16   documents.

17        I did discuss this with Mr. Pennock, and I understand

18   he has no objection to these proceedings.

19             THE COURT:  Is that correct, Mr. Pennock?

20             MR. PENNOCK:  Yes, Your Honor, that's correct.

21   And in addition, we had indicated to the defendants

22   yesterday and this morning that I don't have any such

23   documents to use on direct.  So we just -- it's really an

24   issue that perhaps for redirect.

25             THE COURT:  Okay.

4

```
 1              MR. COUTROULIS:  Thank you, Your Honor.

 2              THE COURT:  All right.

 3              MR. ROTH:  Your Honor, before we start, we also

 4    have some people on the phone, but I don't anticipate that

 5    they're going to have anything to say other than

 6    listening.

 7              THE COURT:  All right.  Okay.  Let's go.

 8              MR. PENNOCK:  Your Honor, plaintiffs would call

 9    Dr. Donna Arnett.

10                        (WITNESS SWORN)

11              MR. PENNOCK:  Your Honor, I have some documents

12    I was going to be using on the ELMO.  So if it's all right

13    with the Court, I'll be operating from over there; is that

14    acceptable?

15              THE COURT:  That's fine.

16              MR. PENNOCK:  And Ms. Gibson's been working with

17    me on this.  If it's all right with the Court, could I

18    have her hand the exhibits up so I don't need to keep

19    walking back and forth; is that all right?

20              THE COURT:  That's fine.

21              MR. PENNOCK:  Thank you, Your Honor.

22              THE COURT:  Good morning, Dr. Arnett.

23              THE WITNESS:  Good morning.

24

25
```

1                        DIRECT EXAMINATION

2    BY MR. PENNOCK:

3    Q    Doctor, could you please state your name for the

4    record.

5    A    I'm Donna K. Arnett.

6    Q    And while we don't want to go too deeply into your

7    credentials, Dr. Arnett, could you just please explain for

8    the record essentially what your training and experience

9    and education is.

10   A    Certainly.  I received a bachelor's of nursing degree

11   from the University of South Florida in Tampa in the mid

12   '80s, worked in critical care nursing and research in

13   clinical trials.  I secured a master's degree from the

14   University of South Florida in the late 1980s and a Ph.D.

15   from the University of North Carolina at Chapel Hill in

16   1992 in epidemiology.

17   Q    And since that time, have you had any opportunity to

18   serve as peer reviewer for any peer-review medical

19   journals?

20   A    I served as a peer-review journal for a number of

21   journals including *New England Journal*, *JAMA*, *Diabetes*,

22   *Diabetes Care*, *Circulation*.

23   Q    So have you -- in the past, have you reviewed

24   articles regarding medical literature in diabetes?

25   A    Yes, I have.

1  Q    And which journals were those?

2  A    *Diabetes*, *Diabetes Care*, *Circulation*, and I also

3  serve as the editor over those for the *American Journal of*

4  *Epidemiology*.

5  Q    If you could, just tell the Court what the *American*

6  *Journal of Epidemiology* is.

7  A    So I serve as an editor in charge of nutrition and

8  diabetes studies for the *American Journal of Epidemiology*.

9  Q    What is the *American Journal of Epidemiology*?

10  A    It's the highest rated journal in our field, the

11  highest impact factor.

12  Q    And just so the record is clear, you are an editor

13  for that journal; is that correct?

14  A    I'm an editor for that journal.  I'm also senior

15  guest editor for *Circulation*.

16  Q    What is *Circulation*?

17  A    *Circulation* is the top rated cardiovascular journal

18  in publication.

19  Q    What is your current position?

20  A    I'm currently the chairman and professor of

21  epidemiology at the University of Alabama at Birmingham.

22  Q    How long have you held that position, Dr. Arnett?

23  A    I've held that position for four and a half years.

24  Q    Now, in terms of medical literature yourself, have

25  you published any?

1    A     At last count as of yesterday, I've published 255

2    peer-reviewed articles.

3    Q     Any additional publications?

4    A     Yes.  I've published numerous book chapters.

5    Q     Could you give the Court some examples of the

6    articles and book chapters that you've published.

7    A     Most recently I've published a new book chapter on

8    epidemiology for clinical and translational science

9    textbook.  I've published extensively on cardiovascular

10   and metabolic epidemiology primarily in the area of

11   genetics but not limited to genetics.

12   Q     Now, Dr. Arnett, have you in the past been the

13   recipient of grants from the National Institute of Health?

14   A     Yes, sir.  I've secured in aggregate over $35 million

15   of NIH funding, and I'm in the top five percent of

16   NIH-funded researchers.

17   Q     What, if anything, is the significance of being in

18   the top five percent in terms of the viewpoints of folks

19   in your field?

20   A     Well, typically for a person to hold one grant called

21   a research investigator initiated grant or an RO1, it's

22   considered a highlight of a career.  I hold three RO1s and

23   two other grants that are like RO1s from the National

24   Institutes of Health.

25   Q     Thank you, Dr. Arnett.

1      I'd like to now just turn our attention to the --

2  what, if any, experience you had with regard to second

3  generation antipsychotics and their capacity to cause

4  diabetes before this litigation began.  Did you have any?

5  A    Yes, I did.

6  Q    Could you please tell the Court what that was.

7  A    I have worked with a Ph.D. student, I was on her

8  dissertation committee, and her research question was on

9  pharmacogenetics and their potential mediating role in

10 diabetes and antipsychotics, atypical antipsychotics.

11 Q    And --

12 A    Specifically she was interested in whether there were

13 genetic predicters that explained the excess risk of

14 diabetes observed with the atypicals relative to

15 traditional antipsychotic therapy.

16 Q    So prior to when this litigation began, did you in

17 any way review any of the literature that touched on the

18 issue of diabetes and second generation antipsychotics?

19 A    Yes, I had.

20 Q    Tell the Court about that.

21 A    Well, as part of my working with the student, I had

22 to familiarize myself with the published literature, and

23 found compelling evidence for the excess risk of diabetes

24 associated with atypical antipsychotics.

25 Q    Dr. Arnett, in terms of approaching a question of

1   causation for a drug and an ailment, would you please tell

2   the Court what in your view is the standard methodology

3   that scientists and physicians use.

4   A    A standard methodology used by epidemiologists and

5   clinicians, mostly epidemiologists in terms of causal

6   inference is the Bradford Hill Criteria for Causation.

7   Q    Have you had any experience with the Bradford Hill

8   Criteria?

9   A    I've had extensive experience with Bradford Hill in

10  assessment of causation in my 20 years or so of practice

11  as an epidemiologist.

12  Q    And what is the nature of the experience that you've

13  had?

14  A    In Minnesota -- I forgot to mention I was a professor

15  at Minnesota for 10 years before coming to Birmingham.

16  And during that 10 years, for four of those years I taught

17  a Ph.D. level course on causal inference where we

18  evaluated how to evaluate cause in epidemiologic studies.

19       And I also teach the second in a methods series in

20  UAB that is geared towards how you design studies, how you

21  analyze studies, how you evaluate cause in epidemiologic

22  studies.

23  Q    So in your 20 years in the field, has the Bradford

24  Hill considerations, have they been part of what you've

25  been teaching students?

1    A    Yes, they have.

2    Q    And have you utilized those considerations in your

3    analysis of causation issues separate and apart from

4    anything to do with litigation?

5    A    Yes.

6    Q    By the way, Dr. Arnett, other than this litigation,

7    what, if any, litigations have you been involved in?

8    A    I have been involved previously with the Vioxx

9    litigation.

10   Q    Anything else?

11   A    That I've actually -- not that I've done a deposition

12   for or participated in a trial for.

13   Q    Is there any other litigation that you've been

14   involved in at all other than Vioxx and this one?

15   A    I had been approached by defense counsel relative to

16   the phenhylpropanolamine and hemorrhagic stroke project --

17   Q    Okay.

18   A    -- but I never offered testimony or a deposition.

19   Q    That was a drug with litigation more commonly known

20   as PPA?

21   A    Yes.

22   Q    Now, I'd like to ask you a couple questions about

23   published medical literature and assessments of causation.

24        What, if any, role does published medical literature

25   play in causation evaluation?

1    A    Well, as epidemiologists and clinicians, we have to

2    rely on the published literature in order to evaluate the

3    elements that go into the Bradford Hill criteria.  And so

4    that's how we begin is through a search of the published

5    literature.

6    Q    With regard to Seroquel and its potential to cause

7    diabetes, did you review published literature?

8    A    I reviewed the published literature with my work with

9    my Ph.D. student as well as published literature that I've

10   proffered in my expert report and declarations.

11   Q    Let's then talk about your review of this question

12   and Bradford Hill.  What were the considerations under

13   Bradford Hill that you utilized in just -- in looking at

14   the question, if you could tell us what they were and

15   define them, if possible.

16   A    Okay.  The first is experimental design.  And so

17   within -- the Bradford Hill Criteria experiment is one of

18   the criteria that's suggests that if you conduct studies

19   in an experimental way, that there -- they can be --

20   that's one of the criteria.

21        So I did rely heavily on the experimental evidence

22   primarily in the NDA but not limited to the NDA studies

23   when I evaluated Seroquel and diabetes or metabolic

24   effects.

25        Strength of the association is another one.  The

1    stronger the evidence, the higher the relative risk.  And

2    here we saw consistent evidence from the experimental

3    studies of metabolic derangements, weight gain, increased

4    glucose, et cetera, that were strong, in addition to the

5    observational studies where effects in terms of Seroquel

6    and diabetes ranged from, from no association to a high of

7    relative risk of 33 in one study.

8         Would you like me to continue?

9    Q    Yes, if you would.  I'd like to walk through each of

10   the Bradford Hill considerations that -- and whether or

11   not they applied to your evaluation of these questions.

12   A    Okay.  Dose response is another one of the criteria

13   within the Bradford Hill.  So in several of the studies,

14   specifically 1315 and 135, we did see a dose response with

15   increasing dose and increasing weight, increasing glucose

16   levels or insulin levels.

17        We look at temporality.  Does exposure precede

18   disease?  And for that I used not only the epidemiologic

19   studies but the experimental evidence from the randomized

20   clinical trials where you have a clear beginning and end

21   and can establish temporality.

22        Another is analogy.  And I relied on that

23   specifically with respect to how Seroquel fits into all of

24   the other atypical antipsychotics.  So what analogy means

25   is that if you observe something within yours, it

1    cannot -- your finding or your study, it cannot contradict

2    the literature that is out there substantiating this role

3    in other like systems, analogous systems.  So Seroquel,

4    because of its comparability to the other atypical

5    antipsychotics, is behaving in the same way, so to speak,

6    with respect to diabetes.

7         Consistency of studies is another criterion.  And

8    here you look at whether the effect that you see with

9    Seroquel, say, for instance on weight gain, is consistent

10   across different studies.  And the evidence is compelling

11   particularly in the experimental studies of a consistent

12   effect of Seroquel on weight gain, not only weight gain,

13   hyperglycemia, insulin, in other studies, waste.  So

14   there's consistency of evidence is one of the criteria

15   that is strongly looked for.

16        Biological plausibility is another.  And as I've

17   included in my expert report, there is biological

18   plausible explanations for the effect of Seroquel, not

19   only mediated through weight gain itself, but also through

20   other mechanisms, through glucose and insulin

21   disregulation, as I noted in my expert report.

22   Q    Okay.  Let's see if we've covered them all.  I think

23   I made a note of each one as you mentioned it.

24        Experimental design, strength of the association,

25   dose response, analogy, consistency, biologic

1    plausibility.

2    A      Temporality.

3    Q      And temporality.  Does that essentially cover the

4    considerations that you utilized here?

5    A      Yes.

6    Q      Now, what is your opinion, Doctor, on that as to

7    whether or not Seroquel can cause diabetes?

8    A      Seroquel is associated with metabolic complications

9    including but not limited to weight gain, hyperglycemia,

10   increases in insulin levels, increases in body weight, and

11   diabetes.

12   Q      Do you have an opinion as to what, if any, mech -- or

13   withdrawn.

14          Do you have an opinion as to what the mechanism is by

15   which Seroquel can cause diabetes?

16   A      Well, as I have stated already, the mechanism can

17   either be mediated through a central nervous system way

18   through dopamine and serotonergic receptors being blocked

19   and causing increases in body weight through other

20   downstream mechanisms.

21          There can also be a direct effect on the glucose

22   mediation, glucose and insulin mediation at the cellular

23   level.  And we can go through those now, if you'd like.

24   Q      I would.

25          Let's -- if we can, I'd like to mark your reports in

```
 1    this matter as Exhibits 1 and 2.

 2             MS. GIBSON:  May I approach, Your Honor?

 3             THE COURT:  Yes.

 4    BY MR. PENNOCK:

 5    Q    Dr. Arnett, Exhibits 1 and 2, those are reports that

 6    you prepared with respect to this litigation?

 7    A    Yes.

 8    Q    And if you need to reference those, please feel free

 9    to do so, but just alert us if you're doing so.  Okay?

10    A    Okay.

11    Q    Let us -- yeah, let us talk, if we can, about the --

12    I think you mentioned the direct effect that Seroquel has,

13    in your opinion, that results in diabetic genetic

14    potential.  Okay?

15    A    Okay.

16    Q    Now, are you familiar with the CATIE, what are known

17    as the CATIE clinical trials?

18    A    Yes.

19    Q    Please tell the Court what the CATIE clinical trials

20    were.

21    A    The CATIE study was different in the respect that it

22    was a very large study funded by the National Institutes

23    of Health, and it had a specific goal of comparing the

24    four antipsychotics, and the primary outcome from that in

25    these about 1400 patients was time to discontinuation
```

1    which was a primary outcome.

2         There were 57 centers involved.  This was a very

3    large study.  There were four different treatments used

4    of -- of Seroquel was administered to just over 500

5    subjects.  So that's the general design.

6    Q    So it was a large-scale perspective, randomized

7    double-blinded trial?

8    A    Yes.  And more importantly, funded by the National

9    Institutes of Health.

10   Q    And why was that significant to you?

11   A    Because there is no industry involvement in terms of

12   administering the study or interpreting the results.

13   Q    Okay.  In reviewing the CATIE trial, what, if any,

14   support did it provide to you for the proposition that

15   Seroquel causes diabetes?

16   A    Well, among the drugs that were tested, first

17   Seroquel, comparably to what I observed in all of the

18   studies from the NDA and other studies that I looked at

19   subsequent to the NDA from the clinical trial portfolio,

20   had a very large dropout rate.  Eighty-two percent of the

21   patients in the CATIE trial that were randomized to

22   Seroquel dropped out.

23        Given that, among those who stayed in, Seroquel was

24   associated with the second highest rate for all of the

25   abnormalities that we look at in terms of metabolic

 1    derangement.  It showed the second highest risk of

 2    clinically significant weight gain.  It showed the second

 3    highest increase in glucose levels among all of the

 4    agents.  It showed the second highest increase in

 5    triglyceride level among all the agents.

 6         And subsequent studies identified that it also was

 7    associated with a greater increase in waist size.  And

 8    waist circumference is one of the characteristics of the

 9    metabolic syndrome that we evaluate, and it had the

10    highest impact on waist size.

11         So in aggregate, it was showing a substantial

12    metabolic derangement.

13    Q    Did -- do the results of the CATIE trial in any way

14    support your opinion that Seroquel has a direct effect on

15    causing diabetes in the absence of weight gain?

16    A    I have not looked at the data specifically among

17    those who did not gain weight so I cannot answer that

18    question.

19    Q    Okay.  Have you done any statistical analyses of the

20    CATIE trial?

21    A    Well, one thing I have done with respect to CATIE is

22    try to understand, based on what I know from epidemiologic

23    studies such as the Framingham Heart Study, if you took

24    the 7.5 milligram-per-deciliter increase in glucose that

25    was observed in CATIE, based on what we know from the

1    Framingham Heart Study about what you would expect the

2    incidence of diabetes to be for -- from Framingham, for

3    every milligram per deciliter increase in glucose that was

4    observed, there was a 15-percent increased risk of

5    diabetes.

6         So over an 18-month period, there was a 7.5 milligram

7    increase in glucose within the CATIE study which would

8    translate to just over a three-fold risk of diabetes over

9    a long term.

10   Q    Three-fold risk of -- over a three-fold risk of

11   diabetes for Seroquel?

12   A    Yes.

13   Q    I would like to just look at that Framingham article,

14   if we could.  We have it here.

15        MR. PENNOCK:  Your Honor, may we approach?

16        THE COURT:  Yes.

17        MR. PENNOCK:  And mark that?

18        I believe this is Exhibit 3.

19   BY MR. PENNOCK:

20   Q    Dr. Arnett, we marked as Exhibit 3 today an article

21   entitled "Prediction of Incident Diabetes Mellitus in

22   Middle Aged Adults, the Framingham Offspring Study,"

23   right?

24   A    Correct.

25   Q    Is this the study you were referring to?

1   A    This is the study, yes.

2   Q    Okay.  And just tell us what the Framingham study was

3   in terms of this particular article and how you've

4   utilized it with respect to analyzing the Seroquel

5   diabetes issue.

6   A    Well, the Framingham heart study is one of the

7   longest-standing cardiovascular epidemiology studies in

8   existence.  It's what's really defined risk factors for

9   cardiovascular and metabolic diseases over time.

10       Essentially this study was evaluating among people

11  who were middle aged during their follow-up, which was a

12  seven-year follow-up in this particular case, what was the

13  independent effect, what predicted independently diabetes

14  within their cohort.

15       So here they evaluated just over 3,000 subjects and

16  they have exquisite measures of different risk factors for

17  diabetes that were measured over that period of time, and

18  they evaluated them, the effect of glucose alone on

19  incidence of diabetes after controlling for all of these

20  other potential confounding variables.

21  Q    And how have you used it with regard to your analysis

22  here?

23  A    Well, in their study during that seven years of

24  follow-up, here on the yellow highlight you can see that

25  for each milligram per deciliter of fasting glucose

1    increase, there's a statistically significant 15-percent

2    increase in the odds ratio after adjusting for other

3    factors that are associated with incident diabetes

4    including age, gender, parental history, body mass index,

5    blood lipids, waist size, et cetera.

6    Q     And that -- was that part of your calculation in

7    terms of your use of the CATIE data regarding Seroquel?

8    A     Right.  So in the CATIE trial, there was a

9    7.5 milligram per deciliter increase in glucose levels

10   over the 18 months.  If continued for the duration of

11   follow-up that was examined here in the Framingham study,

12   that would translate to a 3.2 relative risk.

13   Q     And just so we're clear, what is a 3.2 relative risk

14   in terms of Seroquel and diabetes?  What does it mean?

15   A     It means that if -- if the results of the CATIE trial

16   could be extended to the length of follow-up that we

17   observed here in the Framingham study, that you would

18   expect to see a three -- over three-fold greater incidence

19   of diabetes among Seroquel users compared to nonusers.

20   Q     Would it be accurate to say, then, that based on the

21   CATIE results, that Seroquel users would have a

22   300-percent increased risk of diabetes?

23   A     If they continued to use the drug during that

24   follow-up period as identified here in Framingham.

25   Q     I'd like to turn our attention, Doctor, to some of

1   the AstraZeneca clinical trials.  Okay?

2       What, if any, clinical trials did you rely upon in

3   coming to your conclusion that Seroquel can have a direct

4   effect on causing diabetes in the absence of weight gain?

5   A    In the absence of weight gain, I have primarily

6   relied on the studies 126, 127, and 125.

7   Q    Okay.  We'll take them in that order.

8   A    Okay.

9   Q    Let's first talk about study 126.  Please tell the

10  Court what study 126 was.

11  A    126 was a large study conducted in -- initially in

12  1400 subjects with bipolar disease.  And 126 and 127,

13  which I will discuss in a moment, were unique in that they

14  had a very long, what's called open-label period.

15      And an open-label period means that participants are

16  recruited and treated with a drug that is known, in this

17  case Seroquel.  The patient knows they're on Seroquel, the

18  physician knows they're on Seroquel.  And then they're

19  followed forward in time.

20      In this case, they had a very long follow --

21  open-label period.  And that's important because during

22  that open-label period where they could be treated almost

23  up to six months on Seroquel before being randomized to

24  Seroquel or placebo, there were a lot of abnormalities

25  that occurred metabolically during that very long

1   open-label time of up to six months.

2   Q    Okay.  Now, so -- and you've had opportunity to

3   review the results of this trial?

4   A    I have reviewed the clinical study report for that

5   study.

6   Q    What's the clinical study report?

7   A    It's the 6,000-or-so-page report produced by the

8   company with respect to that study, the 126.

9   Q    So please tell the Court what data was significant to

10  you in terms of assessing the question of Seroquel causing

11  diabetes in the absence of weight gain.

12  A    Well, first, in the open-label period, we'll -- if I

13  can just describe the open-label period first.

14  Q    Please.

15  A    In the open-label period, there were substantial

16  increases in weight, almost a three-kilogram increase in

17  weight during that period.  Glucose went up between two

18  and three milligrams per deciliter overall.  But there

19  were a large number who entered as diabetic or became

20  diabetic during that open-label period.  So among those

21  who were non-diabetic during the open-label period,

22  glucose went up almost five milligrams per deciliter.

23       Insulin went up substantially, as it was shown in

24  every study I have evaluated, and HbA1c, a marker of

25  long-term glucose elevations, was also increased over

1    time.

2    Q    Doctor, we've marked as Exhibit 4 to your testimony

3    here today a table from study 126 that I'd like to hand up

4    to you, please.

5          MS. GIBSON:  May I approach?

6          THE COURT:  Yes.

7    BY MR. PENNOCK:

8    Q    Dr. Arnett, do you recognize Exhibit 4?

9    A    Yes.

10   Q    What is it?

11   A    This is a table that summarizes the open-label safety

12   population and defines the glucose regulation data that

13   identifies clinically important values at any point in

14   time.

15        And so what you'll see in the first column is called

16   open label -- open label, and there are 1,433 of these

17   subjects.  And you'll see that those who transferred over

18   into a high glucose level, which we would define a

19   diabetes as greater than or equal to 126, that 6.9 percent

20   of these subjects, or 74 of them, developed hyperglycemia

21   during the open-label period.  And eight of them, or

22   .7 percent, had a glucose value over 200.

23        So this is in the open period prior to randomization.

24   Q    Doctor, we've marked as Exhibit 5 to your testimony

25   another table that I'd like you to identify, please.

1          MS. GIBSON:  May I approach, Your Honor?

2          THE COURT:  Yes.

3   BY MR. PENNOCK:

4   Q    Do you recognize this table, Dr. Arnett?

5   A    Yes.

6   Q    And what is this table?

7   A    So the table that I'm referring to here is the

8   11.3.8.7-24, which is there.  And this was summarizing

9   what I've already just said verbally, that during the

10  open-label period, which you can see in the first column,

11  that glucose went up substantially particularly among the

12  non-diabetic group.

13         In the first column, you'll see there were 789 who

14  were measured out of the 1,433 who were non-diabetic, and

15  the mean increase in glucose during that open-label period

16  prior to randomization was 4.36 milligrams per deciliter.

17         Interestingly, you'll see that among diabetics and

18  those that were at risk for diabetes, the actual glucose

19  values went down.  It's not because Seroquel is making

20  them better but because they were identified as being

21  diabetic and treated for their diabetes.  So of course

22  their glucose values would go down over the trial.

23  Q    You mentioned earlier study 127.

24  A    Yes.

25  Q    If you could please tell the Court what 127 was and

1    what, if any, significance it had for you in terms of

2    evaluating Seroquel's causation of diabetes in the absence

3    of weight gain.

4    A    Study 127 was comparable in design to 126.  It was

5    about the same size, maybe a little larger, again

6    conducted in bipolar individuals, again initiated with a

7    very long open-label period lasting up between three and

8    five months.  Patients were given Seroquel and then

9    followed forward.

10        There were a large number again of hyperglycemic

11   events during that open-label period.  It was subsequently

12   followed by the randomized period where patients were

13   randomized to continue Seroquel or to go on placebo and

14   evaluate time to recurrence of mood events.

15   Q    Okay.

16   A    It just describes overall design.

17   Q    Thank you, Doctor.

18        We marked as Exhibit 6 at the table that I asked you

19   to identify, I'd like to discuss with you.

20            MS. GIBSON:  Your Honor, may I approach?

21            THE COURT:  Yes.

22   BY MR. PENNOCK:

23   Q    Dr. Arnett, do you recognize Exhibit 6?

24   A    Yes, I do.

25   Q    And what is it, to your understanding?

1    A    This is from study 127, which shows the study code on

2    the top, the glucose regulation data, specifically

3    clinically important values that occurred any time during

4    the open-label period of trial 127.

5         As I said earlier, this study was a little bit larger

6    than 126.  There were 1,938 patients who entered the

7    open-label period.  And here you'll see that the number

8    who go over the threshold value of glucose greater than

9    126 is 7.5 percent, or 87 subjects, which is sizable.

10        Now, these won't be recorded anywhere when you read

11   the randomized study reports because, as I said, they used

12   this open-label period which was quite long to evaluate

13   who would -- who could tolerate Seroquel prior to

14   beginning the withdrawal of Seroquel and the randomization

15   phase.

16   Q    I'd like to just ask a couple follow-up questions on

17   that so we're clear.

18        What is it about the open-label phase of these two

19   studies, if anything, that you think affected the

20   ultimately reported results of the studies?

21   A    So again, the -- the point of interest in terms of

22   the publications is what happened during randomization.

23   So after the open label, subjects who were -- who had

24   gained a clinically significant amount of weight or

25   subjects who had developed three or more metabolic

1    abnormalities were not randomized, they were withdrawn

2    from --

3    Q    They were out of study?

4    A    -- from randomization.  They were out of the study.

5         So you'll see that there are very few who move on

6    actually to randomization, only about half into the

7    randomized period.

8         So essentially it's identifying people who tolerate

9    the drug in terms of their mood disorder as well as their

10   metabolic consequences.

11   Q    Doctor, in your opinion with respect to studies like

12   126, 127, does the design of the study, did it essentially

13   clear out people that were most susceptible to metabolic

14   risk?

15   A    Yes.

16   Q    And then when the study results were ultimately

17   reported after the randomized phase, those results would

18   be minimized; is that fair to say?

19   A    They were minimized by that, but there were, even in

20   the randomized period, further increases in weight in

21   glucose among those who stayed in and were randomized.

22   Q    Doctor, you mentioned earlier one of the

23   Bradford Hill considerations that you considered, looking

24   at the evidence, was consistency.

25   A    Correct.

1   Q    What, if any, findings did you make regarding

2   consistency between 126 and 127 trials?

3   A    Well, essentially they yield the same results with

4   respect to glucose, insulin, HOMA, HbA1c, the long-term

5   marker of glucose regulation, as well as weight.  So

6   they're providing consistent evidence of the metabolic

7   consequences of Seroquel.

8   Q    Dr. Arnett, did you review any of the actual patient

9   reports for either of these trials?

10  A    I did.

11  Q    And if you could just tell the Court what those

12  reports are, what they are.

13  A    Well, within these clinical study reports, 6,000

14  pages or so, there are actual individual -- each adverse

15  event is recorded and described in detail for each

16  patient.  And so I looked through some of them to get a

17  sense, first of all, in 126, why was -- why, among the

18  diabetics, was glucose going down.  And that's where I

19  fond that many of them were put on treatment for their

20  diabetes which resulted in a reduction in glucose values

21  overall.

22       But I also looked at what are the characteristics of

23  those individuals who do -- did develop diabetes.  Was

24  there a rapid weight gain?  Was there a rapid increase in

25  their glucose values, et cetera?  So I looked at their

1    clinical attributes.

2    Q    And what did you find?

3    A    In some cases, there was weight gain associated with

4    the diabetes.  In some cases, there were not.

5    Q    Doctor, did you select cases that you wanted to talk

6    about specifically as examples?

7    A    I took the first case as one example.

8    Q    Okay.  Let me show you Exhibits 7 and 7B.  7A and 7B.

9         Dr. Arnett, do you recognize 7A and 7B?

10   A    Yes.

11   Q    What are these factors?

12   A    So these are from the report from trial 126.  And as

13   the title of this states on 7, it's patients with

14   diabetes-related adverse events during the open-label

15   study population.

16        On the far left of the column, you'll see the patient

17   identifier.  The next column says "Phase."  The next says

18   the age and sex of the -- of this, and it's a 32-year-old

19   woman.  The treatment was Seroquel, and the number days on

20   treatment.  The adverse event is called diabetes.  And

21   then you'll see medical history and all of the different

22   medications in the column.

23        The next one is her visit which was enrollment.

24   You'll see that her glucose was 93.  At that visit, it was

25   fasting, and her weight on that day was 96 kilograms.

1    As you scroll down, you will see that at week 12 she

2    developed a fasting glucose value of 131, and her weight

3    at that date was 95.  So in that 12-week period, her

4    glucose went up by 38 points.  Her weight didn't change

5    during that period, or went down by one kilogram.

6    Q    And what about 7B?

7    A    So in 7B we have patient number E0404003.  This is a

8    58-year-old male who was on open label for 196 days,

9    developed his diabetes adverse events.  He started at

10   enrollment with a glucose value of 107 and a weight in

11   kilograms of 111.  At week 12, he became clinically a

12   value over 126, so his blood glucose went up to 145, and

13   his weight at that point was 110 kilograms.

14   So again, another example of a big rise in glucose

15   with the absence of a rise in weight.

16   Q    Doctor, have you had opportunity to review any

17   AstraZeneca analyses of 126 and 127 with respect to weight

18   gain and diabetes?

19   A    I have.

20   Q    Please tell the Court what that analyses is that

21   you've had the opportunity to look at.

22   A    This is a combined analysis of 126 and 127.  Again,

23   it makes sense to look at these in a combined way because

24   they were comparable in terms of design, both bipolar,

25   both with a long run-in period or open-label period.

1       And in those -- in that aggregate of studies, you

2   find no correlation between weight gain and these diabetes

3   or hyperglycemic events.

4   Q    Let me see if we can just make sure we have this

5   clear.

6       So AstraZeneca -- you've seen a document where

7   AstraZeneca looked at the 126 and 127 data combined,

8   right?

9   A    Yes.

10  Q    And they specifically looked at it to see if weight

11  gain was lining up with the increases in glucose and

12  diabetes?

13  A    Yes.

14  Q    And did you mention correlate -- were they

15  correlating that?

16  A    They were -- they did several different analyses.

17  One of them was to evaluate the correlation coefficient

18  which is a statistical way of evaluating whether or not a

19  change in weight is associated in a linear way with a

20  change in glucose values or hyperglycemia.

21  Q    And what did AstraZeneca conclude from your review of

22  this document?

23  A    That there was no correlation between weight gain and

24  these hyperglycemic or diabetes events.

25  Q    What does that mean to you, if anything, for your

 1   analysis of these causation issues?

 2   A    For -- that the effect of Seroquel on diabetes has to

 3   be -- has to have a mechanism that's independent of weight

 4   gain.

 5   Q    Let me show you what we've marked as Exhibits 8 and

 6   9, please.

 7            MS. GIBSON:  May I approach?

 8            THE COURT:  Yes.

 9   BY MR. PENNOCK:

10   Q    Doctor, do you recognize Exhibit 8?

11   A    Yes.

12   Q    What is that?

13   A    This is a table, table 9, that evaluates the

14   correlation of change of weight and change in the

15   documented fasting glucose values.  And what you'll see in

16   the combined 126/127 column that evaluates, in the far

17   left-hand column, you'll see change from enrollment to

18   randomization, you'll see the number of subjects that was

19   evaluated in the first column, there were 377, and the

20   correlation between glucose and weight.  So these are both

21   change in weight, change in glucose was minus .0015 which

22   is essentially no correlation.

23   Q    What value would be reflective of a correlation, if

24   there were?

25   A    A perfect correlation between weight change and

1    glucose change would be 1.0.

2    Q    So one to one?

3    A    One to one.

4    Q    Is that right?  Okay.

5         And with respect to HbA1c, what, if any, findings are

6    reported in this table regarding correlation?

7    A    There was a modest -- very modest correlation between

8    HbA1c and change in weight change of .12.

9    Q    Okay.  Now, take a look at table 9, please.

10        What is that table?

11   A    Exhibit 9, table 14 is evaluating any documented

12   fasting glucose over 126 according to whether or not

13   people changed weight during the study.  So it's

14   stratified here -- sorry, I'm using epidemiologic terms --

15   it's separated out by those in the open-label phase in the

16   first column of results and the randomized safety

17   populations.

18        So what you see is that in combining 126 and 127,

19   that in the open-label phase there were 664 patients

20   evaluated that had greater than or equal to one-percent

21   decrease in weight.  So essentially they either stayed

22   weight stable or lost weight and less than one who had an

23   increase in weight.

24        And you'll see that the majority of people that

25   developed a fasting glucose over 126 were either in this

Direct Examination - Dr. Arnett                    34

1    greater than one-percent decrease or less than one-percent

2    increase in weight.

3    Q    Doctor, let me show you what we marked as Exhibit 10.

4         Do you recognize this?

5    A    Yes, sir.

6    Q    Okay.  And is this part of this analysis that was

7    done by AstraZeneca?

8    A    Right.  These are conclusions from table 14 by

9    AstraZeneca.

10   Q    And what was in the left-most column?  If I'm reading

11   this correctly, the question was, "Does weight change

12   correlate with an onset of fasting glucose greater than or

13   equal to 126 milligrams per deciliter during the study?"

14        So that appears to be the question they were asking,

15   right?

16   A    Correct.

17   Q    And what was the conclusion that they offered in this

18   document?

19   A    Well, their conclusion, as I just demonstrated in

20   table 9 and table 14, is that there was no effective

21   weight gain either in the open-label phase or the

22   randomization phase with respect to those who had a

23   glucose value greater than 126 during the open label or

24   randomized period.

25   Q    I'd like to show you, Doctor, what we marked as

1    Exhibit 11 to this hearing, please, and 12 as well.

2              MS. GIBSON:  May I approach?

3              THE COURT:  Yes.

4    BY MR. PENNOCK:

5    Q    And if you could tell the Court what we're looking a

6    at in terms of Exhibits 11 and 12.

7    A    So in 11 we are evaluating -- this is again for

8    studies 126 and 127 -- actual adjudicated emerging

9    possible diabetes.  So what this means is that a panel of

10   experts adjudicated whether or not that individual patient

11   was presenting with emerging diabetes or possible

12   diabetes.

13   Q    What is this where it says "greater than equal to

14   one-percent increase"?  What is that value?

15   A    So in the first column you're evaluating those who

16   either are weight stable or have a greater -- well,

17   essentially a greater than or equal to one-percent

18   decrease in body weight over the period of the trial.  So

19   that's the first row.

20   Q    So does that -- and what is the value here of 12,

21   what does that represent?

22   A    So you'll see that within the open-label phase, there

23   were 23 who were identified as emerging possible diabetes.

24   Among those 23 in the open label, there were 12 who had a

25   one-percent decrease or more in body weight, and four who

1    were essentially weight neutral that were within one

2    percent of their body weight from start.

3    Q    And then six that had a greater than or equal to

4    five?

5    A    Right.

6    Q    And if you go to the randomized phase, were there

7    patients that -- that appear to be emerging as diabetes in

8    that phase also?

9    A    Yes.  You'll see there were 11 versus 2 in the first

10   two columns, 11 on Seroquel, 2 on placebo.  And in the

11   second study, there were 11 on Seroquel and 2 on placebo.

12   Q    Okay.  With respect to the value of 6 under the third

13   column, what is that referring to, the six patients?

14   Under the column "Emerging Possible Diabetes in the RD

15   Phase, Weight Change From Randomization," do you see that

16   column?

17   A    I do.  So six of those 11 had a decrease of

18   one percent or more in weight during the trial.

19   Q    And looking at Exhibit 12, this is also from this

20   analysis that AstraZeneca did, right?

21   A    Correct.  And this is just their interpretation of

22   the question, "What is the correlation between change in

23   weight and changes in documented fasting glucose?"

24   Q    And what did AstraZeneca conclude?

25   A    There were no strong correlations between change in

1   weight and change in fasting glucose observed in the

2   open-label phase or the randomized phase.

3   Q    Doctor, did your review of this analysis support the

4   opinions that you had reached in reviewing 126 and 127?

5   A    Yes.

6   Q    And just so we're clear, how did it support that --

7   the opinions that you've reached?  Let me withdraw that.

8        This analysis that you've had an opportunity to see,

9   it's called the post-hoc analysis?

10  A    Yes.

11  Q    Is that right?

12       And you've had an -- you've reviewed this analysis

13  subsequent to your review of 126 and 127, right?

14  A    Correct.

15  Q    So just so we're clear, how did it support the

16  opinions that you had previously reached?

17  A    Well, it supported my opinions relative to the

18  metabolic complications associated with Seroquel use.  It

19  also supported my opinions of mechanism in that Seroquel

20  obviously can cause diabetes through weight gain, but

21  there are other mechanisms through these direct cellular

22  actions on glucose metabolism that lead to hyperglycemia

23  in the absence of weight gain.

24  Q    Dr. Arnett, have you reviewed the published

25  literature with regard to other possible mechanisms for

1    Seroquel causing diabetes in a direct way?

2    A    Yes, I have.

3    Q    And could you tell the Court what articles you think

4    are supportive of your opinion?

5    A    There is an article that has come out since I gave my

6    deposition by Smith that has evaluated a rat model to

7    evaluate the effect of atypical antipsychotics, including

8    Seroquel, on glucose metabolism.

9    Q    Before you -- that's an article that came out in

10   October of 2008?

11   A    Yes, sir.

12   Q    But before you reached your opinions in this matter,

13   were there other published articles as well?

14   A    Yes.  There was a study by Dwyer that I had looked at

15   that evaluates the mechanism whereby hyperglycemia can

16   occur.  This was a mouse model.

17   Q    And do you recall that Dr. Dwyer has actually

18   published numerous articles, several articles, in any

19   event, looking at this very issue over the years, right?

20   A    Yes.

21   Q    Now we've marked as Exhibits 13 and 14 to your

22   testimony two articles that I'd like to just identify and

23   we'll speak about them briefly.

24           MS. GIBSON:  May I approach, Your Honor?

25           THE COURT:  Yes.

1    BY MR. PENNOCK:

2    Q    Dr. Arnett, Exhibits 13 and 14, these are the

3    articles that you mentioned?

4    A    Yes, sir.

5    Q    Okay.  Tell us -- I've marked Dr. Dwyer's article as

6    13.  It's entitled "Induction of Hyperglycemia in Mice

7    with Atypical Antipsychotic Drugs that Inhibit Glucose

8    Uptake."

9         Could you please tell us what was significant, if

10   anything, in this article to you?

11   A    Well, what was significant within this article is

12   that he evaluated a number of the different atypical

13   antipsychotics with respect to their inhibition of one of

14   the glucose transporters called GLUT, and specifically

15   GLUT 1, and showed that it produced significant

16   hyperglycemia in mice.

17        And so it appears that this intake of this drug like

18   Seroquel blocks these key glucose sensing cells and

19   prevents it from entering the cell, and these cells then,

20   particularly in the liver, mistakenly start generating

21   glucose in response to that blockage of glucose entering

22   the cell.

23   Q    Doctor, we highlighted earlier, did we not, this

24   section at page 259 I have up on the screen?

25   A    Yes.

1    Q    Let me read this, and I have a question.  Tell me if

2    I'm reading this correctly, please.

3         "Weight gain and/or lipid disturbances may also

4    contribute to the development of insulin resistance in

5    diabetes in patients on antipsychotic drugs.  However, the

6    emergence of diabetes in patients treated with the

7    antipsychotic drugs is not uniformly associated with an

8    increase in weight."

9         Do you see that statement?

10   A    I do.

11   Q    Do you agree with that conclusion?

12   A    Yes.

13   Q    And is that conclusion represented in the 126 and 127

14   data we were just looking at?

15   A    Yes, it was.

16   Q    Let's, if we could, just then quickly turn our

17   attention to the Smith article that you mentioned that has

18   come out after your report.  Do you have that in front of

19   you?

20   A    I do.

21   Q    And now, this is an article entitled "Atypical

22   Antipsychotic Drugs Induce Derangements in Glucose

23   Homeostasis by Acutely Increasing a Glucagon Secretion in

24   Hepatic Glucose Output in the Rat."

25        Now, I think I read that correctly.  Maybe you can

1   tell us what this article is about.

2   A    So this article is evaluating the use of these second

3   anti -- second generation antipsychotics, again looking at

4   mechanisms that may be independent of body weight in terms

5   of the hyperglycemic effect.

6        And essentially they found that these drugs

7   ultimately lead to hepatic synthesis of glucose that leads

8   to the hyperglycemia and that it was independent of body

9   weight.

10  Q    Is it independent of weight gain?

11  A    Yes.

12  Q    Doctor, what other trials -- let me withdraw that.

13       I think you mentioned earlier that you felt that

14  study 125 additionally supports the proposition that

15  Seroquel causes diabetes in the absence of weight gain.

16  Is that -- am I correct in that?  Is that what you said

17  earlier?

18  A    Yes.

19  Q    Or did I misunderstand?  Okay.  So can we talk

20  about --

21  A    Well, it does with or without weight gain.

22  Q    With or without weight gain?

23  A    Right.

24  Q    In other words, both?

25  A    Yes.

1   Q    Okay.  Could we talk about 125, then, please?

2   A    Okay.

3   Q    Please tell the Court what that trial was and what

4   was significant about it to you.

5   A    Okay.  125 is unique in the portfolio of trials that

6   I reviewed in that it was designed to test the oral

7   glucose tolerance test to evaluate glucose clearance

8   following a glucose load.

9        It was an open-label study, which means that the

10  investigators knew what drug each individual was getting.

11  Subjects, about 500 of them, were randomly assigned either

12  Seroquel, Olanzapine or Risperidone.  They were followed

13  then up to 24 weeks.  And these oral glucose tolerance

14  tests were conducted at baseline, at 12 weeks, and at 24

15  weeks.

16       So that's the overall design.  Would you like me to

17  discuss results?

18  Q    Yes, Dr. Arnett, if you could tell the Court what the

19  results were as you interpreted them and what your

20  opinions were.

21  A    As in all other studies, there was a very large

22  dropout rate in the Seroquel group which meant that

23  ultimately there were fewer people in the Seroquel group

24  who could be evaluated at the end of the 24-week period.

25       There were also about 23 diabetics who were included

1   in this study, but it was intended to be non-diabetics,

2   that they were mistakenly entered into the study.

3       Another concern I have with just the design elements,

4   before I get to results, is that the investigators who

5   were deciding who were protocol deviations or not and

6   whose data were going to be included or excluded from the

7   results of the study were not blinded to the treatment

8   arm.

9       So this is an important point in design of studies

10  because if investigators know the treatment and they know

11  the hypothesis being studied, they can be biased in

12  certain ways about assigning or letting protocol

13  violations in or out of the study.

14      So that aside, within the study itself, on the

15  Seroquel arm there were increases in body weight,

16  increases in fasting glucose, increases in insulin,

17  increases in HbA1c that were consistent with the other

18  studies I've discussed today.

19      Moreover, if you evaluate only the non-diabetics,

20  which was the intention of the trial, among the

21  non-diabetics, there was also no difference between the

22  three treatments at 24 weeks between the area under the

23  curve of glucose, which was their primary outcome.

24  Q   Dr. Arnett, did you have occasion to review trial

25  number 135?

1    A     I have reviewed that.

2    Q     And what, if anything, was significant to you about

3    that trial?

4    A     That's a shorter study, only eight weeks, conducted

5    for bipolar disease.  And within that short eight-week

6    study, there was not only a large increase in glucose

7    during the trial, but that glucose increase was dose

8    dependent.

9    Q     What, if anything, was significant about the duration

10   of the trial?

11   A     Well, it shows that since it's only eight weeks in

12   duration, that you demonstrated rapid increases in

13   glucose.  We're talking comparable to what was observed in

14   CATIE which was 18 months long, comparable to what was

15   observed in 126 and 127 after this very long open-label

16   period, of about six to seven milligrams per deciliter of

17   glucose.

18   Q     We have marked as Exhibit 15 and 16 some tables I'd

19   like you to take a look at.

20           MS. GIBSON:  Your Honor, may I approach?

21           THE COURT:  Yes.

22   BY MR. PENNOCK:

23   Q     Dr. Arnett, are these additional tables that you've

24   selected to present to the Court today?

25   A     Yes, they are.

Direct Examination - Dr. Arnett                 45

1    Q     And tell us what Exhibit 15 is.

2    A     Table 50 includes all of the clinical chemistry

3    changes that occurred in trial 135.  And this shows you

4    for the 300 milligram, 600 milligram, and placebo dosing,

5    you'll see glucose highlighted for you here, and you see

6    that the change in glucose for the 300 milligram group was

7    6.02, for the 600 milligram group was 7.38, and for the

8    placebo group was only 2.90.

9    Q     What's the significance of those values?

10   A     Again, it shows the large increase in glucose with

11   ingestion of Seroquel, that's dose dependent.

12   Q     And it was more than double the placebo?

13   A     More than double the placebo.

14   Q     And what about Exhibit 16?

15   A     So 16 differs from the prior 15 in that this is

16   evaluating individuals who have categorical shifts that

17   move them into the clinical threshold defined for the

18   study.

19   Q     What does that mean, "categorical shifts that move

20   them into the clinical threshold defined for the study"?

21   A     So these would be individuals who exceeded the

22   126 milligrams-per-deciliter value for glucose levels.

23   Q     Okay.  Thank you.

24         So what does this table show us, in your opinion?

25   A     It shows once again from the shift from high to low,

1    that you have a significant increase in those who shift

2    from high values -- shift to high values among the 300-

3    and 600-milligram doses of 6.0 and 5.2 percent relative to

4    just 2.7 percent among the placebo group.

5    Q    Dr. Arnett, do you also see evidence of Seroquel

6    causing diabetes in the absence of weight gain in

7    observational literature?

8    A    Yes.

9    Q    And what studies did you make that finding in?

10   A    Well, the -- probably the best designed study was one

11   by Guo which was a case-controlled study that evaluated

12   the effect of Seroquel, but corrected for weight gain

13   during the study.

14   Q    Please tell the Court what that means, that it

15   corrected for weight gain.

16   A    So in the Guo study, as in many of the other

17   observational epidemiologic studies, the investigators

18   collected information for medical diagnoses or

19   comorbidities from the medical record ICD-9 codes of each

20   participant.  And so statistically then once they have

21   that data, they can control for it in the model to

22   eliminate or remove the confounding that may be caused by

23   weight gain and other covariables.

24   Q    Dr. Arnett, we've marked as Exhibit 17 the article

25   titled -- the first lead author is Guo, G-U-O, and it's

 1    titled "Risk of Diabetes Mellitus Associated With Atypical

 2    Antipsychotic Use Among Medicaid Patients With a Bipolar

 3    Disorder:  A Nested Case-Control Study."

 4              MS. GIBSON:  May I approach?

 5              THE COURT:  Yes.

 6    BY MR. PENNOCK:

 7    Q    Is this the article that you're referring to?

 8    A    Yes.

 9    Q    And was there any significance to the fact this was a

10    nested case-control?

11    A    The nested feature indicates that it's nested within

12    a larger cohort study, so that's the nested

13    characteristic.

14         The case-control approach was done so that they could

15    better capture and control for these potential

16    confounders.

17    Q    Okay.  Now, what were -- what was the relative risk

18    reported for Seroquel and diabetes in the absence of

19    weight gain?

20    A    So after controlling for weight gain, so in the

21    absence of weight gain, through its control in the

22    multi-variable model, there was a 2.5-fold increased risk

23    of diabetes.

24    Q    And in the confidence interval, this was

25    statistically significant.

1    A     The confidence interval spanned 1.4 to 4.3.

2    Q     And was there a finding of developing diabetes on

3    Seroquel also with weight gain?

4    A     Well, there was risk of diabetes associated with the

5    weight gain.

6    Q     Okay.  What was that?

7    A     That relative risk was also 2.5.

8    Q     And that was statistically significant as well?

9    A     Yes.

10   Q     So in your opinion, does this -- did this study

11   report findings of Seroquel causing diabetes both with and

12   without weight gain?

13   A     It supports -- it supports that controlling for

14   weight gain still yields a statistically significant

15   2.5-fold greater risk of diabetes with Seroquel use.

16   Q     Doctor, have you seen evidence in the medical

17   literature regarding dechallenge -- or

18   challenged/dechallenged reports on Seroquel?

19   A     Yes.

20   Q     We've marked it as Exhibit 18.  I ask you to take a

21   look at it, please.

22            MS. GIBSON:  May I approach?

23            THE COURT:  Yes.

24   BY MR. PENNOCK:

25   Q     And, Doctor, we've also marked as Exhibit 19, just to

1    speed this up, another article I'd like to ask you a

2    couple questions about.

3             MS. GIBSON:  May I approach?

4             THE COURT:  Yes.

5    BY MR. PENNOCK:

6    Q    Okay.  My first question is with respect to 18, what

7    was this publication about?

8    A    This was by Dr. Koller, and this is a publication

9    that was derived from reports presented to the MedWatch

10   Surveillance System through the FDA.

11   Q    Okay.  And what, if anything, did they report

12   regarding Seroquel and adverse events?

13   A    Well, they identified 46 reports of

14   Seroquel-associated hyperglycemia or diabetes, and nine

15   additional reports of acidosis that occurred in the

16   absence of hyperglycemia, but they were excluded from the

17   current report.

18       Essentially it's a series of case reports identified

19   through MedWatch that shows the incidence of diabetes and

20   hyperglycemia among those who were prescribed Seroquel and

21   reported to the surveillance system.

22   Q    Was this case report evidence of any value to you in

23   looking at this issue?

24   A    If I were only looking at case reports, it only would

25   be considered a red flag.

1    Q     It would only be considered a red flag?

2    A     Right.  You have to evaluate this in the totality of

3    all of the other clinical trial evidence that we've

4    already discussed and the observational evidence of the

5    increased incidence of diabetes with Seroquel.

6    Q     What about Exhibit 19?  Had you reviewed this paper

7    prior to coming to your opinions in this matter?

8    A     Yes, sir.

9    Q     And this is an article entitled, "Quetiapine

10   Associated Hyperglycemia and Hypertriglyceridemia,"

11   correct?

12   A     Correct.  This is a report, a case report again, a

13   17-year-old who developed severe hyperglycemia and

14   hypertriglyceridemia on Seroquel that resolved when

15   Seroquel was stopped.

16   Q     And what, if any, findings did the authors of this

17   article report regarding weight gain?

18   A     Well, there was no weight gain in this particular

19   instance.

20   Q     Doctor, if you could take a look at the second page

21   of this report.

22         You've highlighted here this statement, "We offer no

23   more definitive explanation of these observations, but the

24   proposal that hyperglycemia and hypertriglyceridemia are

25   simply secondary to weight gain does not seem sufficient

1    to explain our case or several others in the literature."

2         You see that statement?

3    A    I do.

4    Q    Do you agree with that statement?

5    A    I do because not only in this, but in the Koller

6    report, many of the incident cases of diabetes associated

7    with Seroquel use and/or hyperglycemia associated with

8    Seroquel use happened very rapidly, too rapidly for a

9    mechanism that could be mediated purely through weight

10   gain alone.

11   Q    Dr. Arnett, I believe you indicated earlier, however,

12   that you do hold opinions that Seroquel does cause weight

13   gain and that, in turn, causes diabetes, true?

14   A    Yes.

15   Q    Okay.  Please tell the Court the basis for your

16   opinions, what you've looked at with regard to that

17   opinion of Seroquel's capacity to cause diabetes.

18   A    Well, as expounded on in my expert report, throughout

19   the new drug application program, there were relative risk

20   of increased clinically significant increased weight gain

21   of three- to five-fold with Seroquel use.

22   Q    And what were some of the trials that you've relied

23   upon?

24   A    And those include primarily the trials from the new

25   drug application as well as the 11 studies that were in my

1    expert report that summarized weight gain from the

2    AstraZeneca studies published on their website.

3    Q    Dr. Arnett, broader data sets of information such as

4    you would find in the published literature regarding the

5    association and/or causation of a disease by a drug, how,

6    if at all, are those used by clinicians in assessing

7    individual causation?

8    A    Well, a clinical approach to understanding causation

9    happens as patients come in and you start to observe that

10   occurrences of a side effect are happening more often than

11   you would suspect.

12        The way that epidemiology is married to this clinical

13   observation is that epidemiology, as a science relies, on

14   comparison.  In other words, there's no way to understand

15   whether or not those excess number of cases that you're

16   seeing in your clinical practice have meaning unless you

17   have a comparison group to show that that risk is higher

18   than you would expect.

19        And so by epidemiology, we establish these contrasts,

20   much like was done in the Guo study, where we're

21   evaluating whether or not there is an increased risk of

22   diabetes on a particular drug versus another drug or no

23   treatment.

24        And so epidemiology is marrying what we observe in

25   clinical practice to going out and testing that in a

1   well-defined study to evaluate those contrasts, and then

2   assigning relative risks or probabilities of that effect

3   that clinicians can then use to know whether or not their

4   patients are experiencing this adverse event or side

5   effect based on the probability that was derived from that

6   epidemiologic study.

7   Q    Could you give us an example from your experience of

8   where epidemiology is used in clinical practice to make

9   decisions on causation and treatments and so forth?

10  A    Sure.  So we've already talked about the Framingham

11  Heart Study, and most everyone in the world knows about

12  the Framingham Heart Study.  And there, one of the early

13  observations was that LDL cholesterol was associated with

14  increased risk of coronary heart disease or myocardial

15  infarction.  And so over time, we have developed risk

16  models to predict excess risk associated with LDL

17  cholesterol that are now used clinically every day, so

18  that when a person comes in to see his primary care

19  physician or internist, has a blood cholesterol level

20  drawn, LDL level is high, that clinician can use the

21  models that were generated epidemiologic to infer that

22  person's risk of developing an MI and then put that person

23  on diet or drug treatment to lower his or her LDL

24  cholesterol.

25  Q    So the data from the Framingham epidemiologic, for

1   example, has been -- has -- or is used every day to make

2   treatment decisions regarding patients and diagnose

3   problems that they have?

4   A    Every day.

5   Q    Is that one of the intentions of the study of disease

6   in epidemiology?

7   A    Well, our goal in epidemiology is to identify the

8   causes of diseases in populations.  And so -- so we use

9   these designs to understand the causes of disease so that

10  then we can work with clinicians through publication in

11  the medical literature to help them identify risk factors

12  for disease.

13  Q    Thank you, Dr. Arnett.

14       One final question:  The opinions that you have

15  offered here today, do you hold those opinions to a

16  reasonable degree of scientific certainty?

17  A    Yes.

18       MR. PENNOCK:  Your Honor, plaintiffs would ask

19  to move into evidence the -- I think I marked 19 exhibits,

20  unless there's some objection.

21       THE COURT:  Any objection?

22       MS. THORPE:  No objection, your Honor.

23       THE COURT:  They will be received.

24       MR. PENNOCK:  Thank you, Your Honor.

25       THE COURT:  We'll take a 10-minute recess.

1          (Recess taken.)

2                        CROSS-EXAMINATION

3    BY MS. THORPE:

4    Q    Dr. Arnett, my name's Jane Thorpe, and I'm going to

5    be asking you some questions this morning.  I have put --

6    you should have in front of you a notebook with your

7    reports and your declarations in the case.

8              MS. THORPE:  And, Your Honor, I've provided one

9    to you as well and to the plaintiffs, so they're all in

10   order since there are four of them --

11             THE COURT:  Okay.

12             MS. THORPE:  -- for clarity.

13   BY MS. THORPE:

14   Q    And just another housekeeping matter, Dr. Arnett, I

15   have given you copies of your depositions -- your

16   deposition in this case as well.

17        Now, Dr. Arnett, Exhibit 3 in your notebook -- well,

18   let me start over.

19        Exhibit 1 and Exhibit 2 you have are your first

20   report and your first amended report in this case, true?

21   A    Yes.

22   Q    And Exhibit 3 is your November 24th, 2008,

23   declaration that was filed after the *Daubert* motions in

24   this case, right?

25   A    It was filed November 24th.  I'm not sure about its

1    relevance to *Daubert*.

2    Q    Okay.  You executed it and discussed the arguments

3    within it that were made about your testimony, correct?

4    A    Correct.

5    Q    So, and that was Exhibit 3 signed November 24th,

6    2008, true?

7    A    Correct.

8    Q    And then more recently in February of 2009, you wrote

9    another declaration, correct, that's been marked as

10   Exhibit 4?

11   A    Correct.

12   Q    And that one again addresses arguments that have been

13   made by AstraZeneca about your testimony, true?

14   A    True.

15   Q    Now, I want you to focus on Exhibit 4, your Delaware

16   declaration filed just a month or so ago.  On page 3 --

17        MS. THORPE:  And if we could pull up slide 600.

18   BY MS. THORPE:

19   Q    And, Dr. Arnett, you have before you some pullouts,

20   but feel free to look at your report directly if you want,

21   or your declaration.

22        Now, what you have on the screen is from page 3 of

23   Exhibit 4, your recently filed declaration, and there you

24   wrote some sentences with various relative risks that are

25   important to your opinion, true?

1    A    True.

2    Q    You -- in this paragraph in your Delaware

3    declaration, you are in the heart of writing about your

4    Bradford Hill analysis, true?

5    A    Correct.

6    Q    So these risks you list here in your Delaware

7    declaration that's been marked as Exhibit 4, the 4.77

8    risk, the 4.87 risk for glucose, the 2.02 risk for

9    diabetes, those risks are important to your opinions in

10   this case, true?

11   A    True.

12   Q    All right.  We're going to come back to those as we

13   talk this morning, but I just wanted to lay that out right

14   at the outset.

15         Now, Dr. Arnett, I want to talk to you about your

16   methodology and the process by which you have formed your

17   opinions in this case, all right?

18   A    Uh-huh.

19   Q    You have to say "yes" or "no."

20   A    Yes.

21   Q    And you hold yourself to a high standard in your

22   scientific pursuits at the University of Alabama, right?

23   A    Technically the University of Alabama at Birmingham.

24   Q    Okay.  The Birmingham campus?

25   A    But, yes, I hold myself to a high standard.

1    Q    And you agree and you know that it is important to

2    hold yourself to the same high standards in this

3    courtroom, correct?

4    A    Correct.

5    Q    All right.  Now, you began working on the Seroquel

6    litigation around July of 2008, right?

7    A    I had talked to someone from Dr. -- from

8    Mr. Blizzard's firm, but the first meeting was in July.

9    Q    July 18th, 2008; do you remember that?

10   A    But I'd already begun work in terms of reviewing the

11   literature prior to that meeting.

12   Q    Okay.  Was it shortly before then?  Just give us a

13   rough estimate of the time.

14   A    It was in the month, month or two months preceding

15   that.

16   Q    Summer of 2008, correct?

17   A    Correct.

18   Q    That's when you started this process?

19   A    By "process," could you be more clear?

20   Q    Being involved in the litigation.

21   A    Being involved in the litigation, correct.

22   Q    Now, you have testified, I think you said in the

23   Vioxx litigation in the past?

24   A    Yes.

25   Q    And you were signed up with a service in the Vioxx

1    litigation that helps identify experts?

2    A    I had been contacted by a company -- I've forgotten

3    their name.

4    Q    Med-Expertise?

5    A    That's correct.

6    Q    Now, you signed your first report in this case,

7    Exhibit 1, on September 11th, 2008, right?  I don't think

8    the date appears on your report, but that's what you

9    testified in your deposition.  I can pull it up if you

10   want but...

11   A    To save time, I'll assume that that's correct.

12   Q    All right.  And -- but more importantly, when you

13   signed that first -- do you recall that you signed it in

14   September of 2008, right?

15   A    I know I signed it and we had a deposition shortly

16   thereafter.

17   Q    Okay.

18        MS. THORPE:  Well, let's pull up slide 57,

19   please.

20   BY MS. THORPE:

21   Q    So if you would look at your deposition testimony,

22   does that refresh your recollection that September 11th,

23   2008, was about the time you signed your first report?

24   A    Well, it says "drafting my first report," which was

25   September 11th.

1   Q    Okay.  All right.  So -- so you had formed your

2   opinions in this case, then, by September 11th, 2008,

3   true?

4   A    True.

5   Q    And by that point, that September 11th date, you had

6   prepared and signed a report concluding that you believed

7   that Seroquel causes diabetes, right?

8   A    Correct.

9   Q    Now, at the time that you issued that first report,

10  you had reviewed only a subset of the literature on

11  Seroquel, true?

12  A    Well, I reviewed much more than a subset of the

13  literature.

14  Q    Well, you told us this morning that it was important

15  to review the totality of the literature, right?

16  A    I don't believe I said that this morning.

17  Q    Okay.  You don't think it's important to review the

18  totality of the literature?

19  A    As an epidemiologist, I review the studies that I

20  deem most reliable from their design.

21  Q    Okay.

22  A    As a first starting point.

23  Q    At the time you issued your first report, you

24  reviewed only a subset of the literature on Seroquel,

25  right?

 1   A     I think that is a misrepresentation of my work.

 2   Q     All right.  Let me ask you if you recall being asked

 3   in your deposition if you had reviewed some subset of the

 4   literature at the time that you prepared your first

 5   report?  Do you recall being asked that question?

 6   A     No.  But I'll agree if that's what you say I said.

 7   Q     Let's --

 8   A     I did --

 9   Q     I'm sorry.  Go ahead.

10   A     I did review the new drug application which contained

11   much more data than anything that's published.

12              MS. THORPE:  Let's pull up slide 59, please.

13   BY MS. THORPE:

14   Q     And I'm going to direct your attention to your

15   deposition, page 69, lines 11 through 4.

16         And at that time, you were asked the question, "So at

17   the time you prepared your first report, you didn't

18   extensively review the published literature, you reviewed

19   some subset of it?"

20         And you gave the answer "Yes."

21         That was your deposition testimony then, correct?

22   A     Correct.

23   Q     Now, when you wrote your first report, Dr. Arnett,

24   you hadn't -- strike that.

25         You have said in your first declaration that was

1    filed in the MDL, Exhibit 3 in your notebook, that you

2    signed on November 24th, 2008, that you rely most heavily

3    on something you call level 1 evidence, right?

4    A    Correct.

5    Q    Level 1 evidence is that evidence obtained from

6    randomized controlled trials, true?

7    A    Correct.

8    Q    Now, you've talked this morning for some time about

9    the CATIE trial, right?

10   A    Yes.

11   Q    That's the clinical antipsychotic trials of

12   intervention effectiveness sponsored by the National

13   Institutes of Mental Health, right?

14   A    Correct.

15   Q    Before you formed your opinions in this case, you

16   didn't have time to read all of the articles from the

17   CATIE trials, true?

18   A    I don't think that that's an appropriate

19   characterization.

20   Q    Well, let me ask you if you were asked in your

21   deposition, "Did you review all of the CATIE studies and

22   the follow-up studies of CATIE?"  Do you recall being

23   asked that question?

24   A    Yes.

25   Q    Okay.  And did you -- do you recall giving the answer

1    that you didn't have sufficient time to read them all?

2    A    No, I don't recall that answer.

3    Q    All right.

4         MS. THORPE:  Let's pull up slide 61, please.

5    BY MS. THORPE:

6    Q    I'm going to direct your attention to page 263 of

7    your deposition, lines 17 through 23.

8         "Did you review all of the CATIE studies and the

9    follow-up studies?"

10        And your answer, "Every CATIE follow-up study?

11        "Question:  Yes.

12        "Answer:  Not ever CATIE follow-up study.

13        "Question:  Why not?

14        "I didn't have sufficient time."

15        That was your testimony then, true?

16   A    That is true, but I did review the primary outcome

17   and the metabolic results of the CATIE trial which are the

18   most important for this case.

19   Q    Well, we agree that those results are important, and

20   we're going to talk about them, okay?  But you agree that

21   that was your testimony then, right?

22   A    That was my testimony.

23   Q    Now, you've told us this morning a lot of detail

24   about study 125, true?

25   A    True.

1  Q    None of that is in your reports, Exhibits 1 and 2, in

2  this case, true?

3  A    Not all -- "none of it" is too strong.  Much of it is

4  in my report.

5  Q    Study 125?

6  A    Right.

7  Q    Are you -- is it your testimony here that you wrote

8  about study 125 in your reports, Exhibits 1 and Exhibits 2

9  in this case?  If you will look at it, ma'am, and see if

10  you see any reference to study 125.

11  A    No.

12  Q    And 125, as you talked about this morning, is the

13  randomized control trial that, among other things, tested

14  Seroquel users using the oral glucose tolerance test,

15  right, and looked at the area under the curve?

16  A    Yes.

17  Q    You didn't review clinical trial 125 in any detail

18  before forming your opinions, did you?

19  A    I can't remember when I read 125 for the first time.

20  Q    Isn't it true, Dr. Arnett -- well, let me just ask

21  you:  Do you recall being asked in your deposition that --

22  why you didn't mention study 125 in your report, and

23  responding that you didn't have time to review everything

24  in detail?  Do you recall that?

25  A    No.

1            MS. THORPE:  Could we look at slide 62, please.

2    BY MS. THORPE:

3    Q    I'm going to direct your attention to your

4    deposition, page 225, lines 9 through 14.

5            You were asked the question, "Study 125, you didn't

6    mention that in your report.  Why not?

7            "I didn't have time to review everything in detail.

8            "Including study 125?

9            "I did not review study 125 in detail."

10           That was your testimony then?

11   A    Yes.

12   Q    And what you testified in your deposition was that

13   you just looked at the website on clinical trials 125,

14   126, and 127 before you formed your opinions, right?

15   A    Right.

16   Q    Truly, Dr. Arnett --

17   A    But -- but may I comment?

18   Q    You know, we have a lot of ground to cover --

19           MS. THORPE:  And if Your Honor has additional

20   questions or follow-up, I'd like to just keep --

21           THE COURT:  All right.  Go ahead.

22   BY MS. THORPE:

23   Q    So if could you just answer my questions, Dr. Arnett.

24           You told us about 126 and 127 on your direct

25   examination, and you understood at the time of your

1    deposition that there were detailed reports containing

2    tables of the data on clinical trials like 126 and 127 and

3    125 that -- they are called clinical study reports, right?

4    A    I was aware that they were there.

5    Q    And you didn't read any clinical study reports for

6    any clinical trials before you formed your opinion in the

7    case, right?

8    A    I didn't find it necessary given how I approached an

9    assessment of causality in this particular case.

10   Q    You will agree with me that you did not read any of

11   the clinical study reports for any of the clinical trials

12   before forming your opinions, right?

13   A    I reviewed the integrated safety report which is a

14   mandated summary statement that goes to the FDA with a new

15   drug application that integrates safety information across

16   the entire phase 2 and phase 3 development program.

17          MS. THORPE:  Could we pull up slide 63,

18   deposition page 166, lines 1 through 4.

19   BY MS. THORPE:

20   Q    You were asked, "Did you read any -- you didn't --

21   well, do you know whether the clinical study report for --

22   you didn't look at any clinical study reports, right?"

23          And your answer was, "Right."

24          That was your testimony then, right?

25   A    Right.

1    Q    And all you relied on for 126 and 127 when you formed

2    your opinions in this case was what was on the web, true?

3    On the AstraZeneca website?

4    A    The AstraZeneca website contains clinical summaries

5    of all of their clinical trials conducted in the program.

6    It yields -- it produces the main effects, main results

7    from each of those studies.

8    Q    And the way you described it in your deposition or

9    agreed that what was on the website was a synopsis of

10   those clinical trials, true?

11   A    As far as -- as a scientist, I would presume that

12   AstraZeneca would publish appropriate and correct

13   information on their website.  So, yes, it is a synopsis

14   of those studies.

15   Q    Now, you looked at weight gain data on Seroquel on

16   the website, these synopses, correct?

17   A    Correct.

18   Q    But you list in your report only the first 11 studies

19   that you came to on the website, right?

20   A    That is correct.

21   Q    And that those are -- you put in table 1 in

22   Exhibit 1, right?

23   A    I thought it was table 2, but I will check.  I didn't

24   label the first table.

25   Q    It's the first table in your report?

1    A    Correct.

2    Q    And those are the 11 studies that you read synopses

3    from off the website, right?

4    A    Yes.

5    Q    You didn't read the studies on the AstraZeneca

6    website themselves because you ran out of time, all of the

7    studies?  You just read the first 11?

8    A    I was evaluating consistency in weight gain and those

9    11 studies published after the NDA, the new drug

10   application studies, and found 11 consistent findings with

11   the prior NDA results relative to weight.

12   Q    Do you remember testifying, Dr. Arnett, that you took

13   them in sequential order off the website from the top to

14   number 11 until you ran out of time?

15   A    Again, I didn't see a utility in pursuing them

16   further, given the consistency of weight gain findings

17   across the portfolio.

18   Q    Do you recall that was your testimony, ma'am?

19   A    Yes.

20   Q    In fact, you didn't even have time, you said, to

21   review the first 11 studies on the website for data on

22   glucose before you formed your opinions, right?

23   A    I looked for glucose and noted it when it was

24   available.

25            MS. THORPE:  Can we have deposition slide 67,

1    page 179, lines 11 through 16.

2    BY MS. THORPE:

3    Q    Do you recall that you were asked, "Did you have --

4    or let me just ask you.  Did you have time to review any

5    of the clinical study reports to try to find the glucose

6    results for the studies in table 1?

7         Answer:  "No.

8         "Before you formed your opinions?

9         "No."

10        Was that your testimony then?

11   A    Well, this is a different question than the question

12   you asked me.  You asked me about the synopses from the

13   website and this question's referring to clinical study

14   reports.

15   Q    All right.  I accept that, that I appreciate you

16   pointing that out, and that was your testimony, then,

17   correct?

18   A    Relative to clinical study reports which are these

19   6,000-page reports.

20   Q    You didn't read those on the 11 studies that you

21   looked at on the web, correct?

22   A    True.

23   Q    Okay.  I understand your modification.  Thank you.

24        Now, you agree, Dr. Arnett, that your general

25   causation opinions were formed mostly from the

1    placebo-controlled randomized studies conducted as a part

2    of the new drug application for Seroquel.  Those are the

3    phase 2 and phase 3 trials, true?

4    A    With respect to weight gain, that is true.

5              MS. THORPE:  Could we have slide 15?

6    BY MS. THORPE:

7    Q    And I'd like you to look at Exhibit 3, your MDL

8    declaration, page 2, and it's in the bottom paragraph.

9    That's what you wrote.  You wrote those words, "As stated

10   in my expert report in my deposition, my general causation

11   opinions were formed mostly from the placebo-controlled

12   randomized studies conducted as part of the new drug

13   application for Seroquel," right?  That's what you wrote

14   in the declaration.

15   A    Correct.  Where they showed weights, triglycerides,

16   thyroid levels, et cetera, all changing.

17   Q    No, not just weight.  You're just mentioning other

18   things, right?

19   A    Right.

20   Q    And so it's mostly, according to your declaration

21   that you filed in November after the *Daubert* motions, it's

22   the NDA, the new drug application data, that forms the

23   basis of your opinion, right?

24   A    I stated this in my deposition as well.

25   Q    Yes.  And you say it in your declaration that's

1    Exhibit 4 in this case.  You spent a lot of time this

2    morning talking about 126, 127, 135.  Those aren't in the

3    new drug application, right?

4    A    That's correct.

5    Q    And 135 is not mentioned anywhere in your reports in

6    this case, true?

7    A    False.  Actually it's in the table 11.

8    Q    Oh, it's one of table 11 synopses, I see, that you

9    read on the -- where you read the synopses of

10   AstraZeneca -- oh, I know.  Okay.  I know the study --

11   we'll talk about that one in a minute, too.

12        But that's one that you read the synopsis of before

13   you formed your opinions?  On the web site?

14   A    Correct.

15   Q    All right.  Now, in your opinion, placebo-controlled

16   randomized clinical trials are the optimal design for

17   testing a causal hypothesis, right?

18   A    Correct.

19   Q    And they fall into the -- what you call level 1

20   evidence in your declaration?

21   A    Yes.

22   Q    You relied -- and that "level 1 evidence" term comes

23   from something published by the U.S. Preventative Services

24   Task Force, right?

25   A    Yes.

1   Q    You say in your declaration that you relied most

2   heavily on level 1 evidence in forming your opinions.

3   A    Yes.

4   Q    You agree that there were four placebo-controlled

5   randomized trials in the new drug application that you

6   rely mostly on for your opinions, true?

7   A    No.

8   Q    You don't, okay.

9        MS. THORPE:  Let's pull up slide 351, please.

10  BY MS. THORPE:

11  Q    This is a table that appears in your report,

12  Exhibit 2, and this is your table, and you were bolding in

13  the bolded numbers 4, 6, 8 and 13, are the placebo -- the

14  four placebo-controlled trials from the NDA that you rely

15  most heavily on, true?

16  A    Placebo-controlled and active comparator trials are

17  both level 1 evidence.

18  Q    All right.  My question to you was you agree that

19  there were four placebo-controlled randomized trials in

20  the NDA.

21  A    Yes.

22  Q    Okay.  And these are the four, 4, 6, 8 and 13, true?

23  A    True.

24  Q    And you know that the data from these four trials

25  that you rely most heavily on was submitted to the FDA in

1    1996, almost 13 years ago, right?

2    A    Yes.

3         MS. THORPE:   Could we have Exhibit 7, please.

4    BY MS. THORPE:

5    Q    Now, Dr. Arnett, you have before you page 37 from the

6    June 2008 submission by AstraZeneca to the FDA that is a

7    combination of data on the metabolic parameters associated

8    with Seroquel.   You're familiar with that, right?

9    A    Yes.

10   Q    And you know and you can see from Exhibit 7 that

11   there are 24 placebo-controlled trials in that FDA

12   submission alone, true?

13   A    Yes.

14   Q    You didn't read these 24 placebo-controlled studies

15   before testifying in your deposition or forming your

16   opinions in this case, you relied on the -- mostly on

17   those studies in the NDA that were 13 years old, true?

18   A    True.   But, again, in forming my opinions, I relied

19   on the data AstraZeneca provided to the FDA in their new

20   drug application to evaluate the metabolic consequences.

21   That's the starting point.

22   Q    That's the data, that NDA data, that 1996 data,

23   that's what you relied on for your reports?

24   A    Not exclusively.   It's a piece of the total evidence.

25   Q    Mostly and heavily, according to your declaration

1    filed in November, true?

2    A    True, because that placebo-controlled gives -- and

3    the randomization gives the best control for confounding

4    and shows the effect in the absence of treatment.

5    Q    But before you formed your opinions in this case, you

6    didn't read the 24 placebo-controlled trials that were

7    produced to the FDA in June of 2008, right?  Just so we're

8    clear.

9    A    So 24 trials, on average 6,000 pages each in clinical

10   study report, I don't think it would be humanly possible

11   to do so.

12   Q    You didn't read the summary that was submitted to the

13   FDA in June of 2008, true?

14   A    I had -- I did not see it before my deposition.

15   Q    All right.  You had -- and it was your testimony,

16   Dr. Arnett, you had to restrict yourself to AstraZeneca's

17   1996 NDA and the AstraZeneca website in order to form your

18   opinions quickly and in the time needed, true?

19   A    I had to resort to the NDA because AstraZeneca did

20   not publish these data in any peer-reviewed literature.

21   Q    What data did they not publish in the peer-review

22   literature?

23   A    The only metabolic attribute published in the

24   literature from the NDA was regarding body weight, and it

25   was the last entry into the result section of every

1   published study.  There were no data relative to glucose

2   or other metabolic characteristics like triglycerides or

3   thyroid levels.

4   Q    Dr. Arnett, you -- do you recall that in your

5   deposition, your testimony was that you restricted

6   yourself to the NDA and the FDA website because you had to

7   form your opinion quickly and in the time that you had?

8   Do you remember saying that?

9   A    I was on a time course for a deposition for October.

10  Q    And you were retained in July of 2008, right?

11  A    I had done work prior to that.

12  Q    Okay.  And so do you recall that it was your

13  testimony, ma'am, that you had to restrict yourself to the

14  NDA and the FDA website in order to form your opinion

15  quickly in the time that you had?

16  A    So -- and this goes back to my methodology as an

17  epidemiologist.  In the absence of literature published

18  relative to the metabolic effects from these trials, I

19  went back to the NDA to get to the actual data so I could

20  see actual data that was produced during these trials.

21  Q    But let me just --

22  A    So I didn't call that quick.  I spent 80-some-odd

23  hours going through the NDA.

24  Q    I just want to know --

25            MS. THORPE:  Well, let's have slide 68, please.

1   BY MS. THORPE:

2   Q    I direct your attention to your deposition, page 125,

3   lines 12 through 23.

4        And I really just -- I'm going to drop down to your

5   answer.  You say, "I reviewed what I had access to.  I

6   didn't see this.  I had to restrict myself to the NDA and

7   what was on the FDA website, AstraZeneca website, in order

8   to form my opinion quickly and in the time that I needed."

9   Did I read that correctly?

10  A    You read that correctly, but the question was about

11  weight change.

12  Q    Right.  But did I read your testimony correctly?

13  A    Yes.  I reviewed relative to weight gain, weight

14  change, what was in the NDA.  And again, we're referring

15  to the 11 studies I went through in my report where I

16  found consistent findings with weight with respect to what

17  I found in the NDA, and I didn't bother to go through the

18  other placebo-controlled studies.

19  Q    And as you sit here today, you have indicated -- you

20  talked a little a lot about studies 126 and 127.  Have you

21  reviewed the publications on 126 and 127?

22  A    No.

23  Q    So you just read the internal documents about it, but

24  you haven't read the peer-reviewed studies on 126 and 127

25  before you came here today?

1    A    Actually as an epidemiologist, I prefer to look at

2    the actual data produced by AstraZeneca, and that is what

3    I reviewed.

4    Q    So you'd rather look at the internal data than the

5    published literature?  Is that what you're saying now?

6    A    I would -- as an epidemiologist, I'm used to looking

7    at data.  And having the actual data unfiltered by any --

8    any author or peer-reviewed mechanism lets you see the

9    data in its totality.

10   Q    Dr. Arnett, we want to show you Exhibit 9 for

11   identification.  And this was actually marked as Exhibit 6

12   in your deposition.

13        Now, Dr. Arnett, this document, Exhibit 6, was

14   produced -- it's now Exhibit 9, but it was Exhibit 6 in

15   your deposition, was handed to the lawyers, and it's the

16   materials that the plaintiffs' lawyers gave to you, right?

17   A    Right.

18   Q    But you didn't review all that literature and all

19   those documents when you gave your deposition, right?

20   Before you gave your deposition?

21   A    Right.

22   Q    And so, Dr. Arnett, at this point, I want to sort of

23   shift forces -- shift courses, I guess is a better way to

24   say it, and -- and talk a little bit about your -- your

25   core opinions in the case, okay?

1        Obviously we're here to talk today about whether

2   Seroquel can cause diabetes.  And in addition to opining

3   on causation, though, you give a number of other opinions.

4   For example, you give an opinion in your report that

5   metabolic risks associated with Seroquel outweigh the

6   benefits of treatment, right?

7   A    Correct.

8   Q    Now, you're not a medical doctor, right?

9   A    Correct, I have a Ph.D.

10  Q    You have never, for example, evaluated a patient to

11  determine whether a change like we've been talking about

12  in fasting glucose or any glucose change was clinically

13  significant or not, right?

14  A    I have worked in the creation of these matrix for

15  defining diabetes.  I've never worked at an individual

16  patient.

17  Q    You recall that you testified and you were asked the

18  question, "Have you ever evaluated for an individual

19  patient whether their change in fasting glucose was

20  clinically significant?" and you said, "No," right?

21  A    Correct.  I don't treat patients.

22  Q    And you have never before, of course, because you're

23  not a medical doctor, diagnosed the cause of a patient's

24  diabetes, true?

25  A    True.

1   Q     You don't treat patients for psychiatric illnesses,

2   right?

3   A     True.

4   Q     You're here assessing risk and benefit, but you don't

5   treat people for psychiatric illness?

6   A     Correct.

7   Q     And you've never weighed the risks and the benefits

8   of any drug for any patient, much less for someone with a

9   serious psychiatric illness, right?

10  A     Could you restate that question?

11  Q     Sure.  I'll try to do that.

12        You've never weighed the risks and benefits of any

13  drug for any patient so as to advise them about them, much

14  less for someone with a serious psychiatric illness?

15  A     Well, that is a long and complicated question.  Is

16  the question that you're asking have I ever talked to an

17  individual patient about a drug in a clinical setting?

18  Q     Weighing the risks and benefits?

19  A     For an individual patient?

20  Q     Sure.

21  A     No.

22  Q     You're not legally able to do that because you're not

23  licensed to do that in Alabama or anyplace else, right?

24  A     Correct.

25  Q     You admit, Dr. Arnett, that you did not consider in

1    this risk benefit equation any benefit data in your risk

2    benefit analysis, right?

3    A    I evaluated the CATIE trial which did evaluate

4    efficacy as they defined it, time to drop out.

5    Q    Well, do you recall being asked whether you disagreed

6    with the FDA's conclusion in 1997 that Seroquel should

7    have been approved for use?  Do you remember that?

8    A    I don't remember.

9         MS. THORPE:  Could we pull up slide 607.

10   BY MS. THORPE:

11   Q    I'm going to direct your attention to your

12   deposition, page 258, lines 20 to 259, line 2, and you

13   were asked that question, and your answer was, "I haven't

14   reviewed the efficacy data so that I cannot -- I cannot

15   answer.  My focus has been exclusively on the safety data,

16   and with respect to the safety data, I think there was

17   inadequate attention given in the documentation to the

18   FDA."

19        Is that your testimony then?

20   A    Yes.

21   Q    You have never conducted any independent research on

22   Seroquel, true?

23   A    Correct.

24   Q    The litigation is -- at the time of your deposition

25   you said, the litigation is the first time you've ever

1    analyzed the risk of any antipsychotic including Seroquel.

2    A    Well, I did in my deposition discuss my work with my

3    Ph.D. student who has --

4    Q    Well, let's just get the record clear here.

5    Slide 53 --

6    A    -- who evaluated atypical antipsychotics.

7    Q    Well, we're going to get to that in a minute,

8    Dr. Arnett.  But your testimony in your deposition at

9    page 48, lines 5 to 7, is -- you were asked, "Is this the

10   first time you've analyzed the risk of antipsychotics

11   including Seroquel?"

12        And your answer was, "Yes."

13        Was that your testimony then?

14   A    Yes.

15   Q    And you were asked -- well, let me just ask you.  You

16   don't know, for example, whether first generation or

17   conventional antipsychotics cause diabetes, right?

18   A    The literature indicates that they do not.

19   Q    Let me direct your attention to slide 54, your

20   deposition, page 105, lines 3 through 6.  You were asked

21   the question, "First generation antipsychotics, do they

22   cause diabetes?"

23        And you answered at the time of your deposition, "I

24   haven't reviewed the literature so I can't answer that

25   question."

1      Was that your testimony then, Dr. Arnett?

2    A    I would like to put that in context.  Can I take a

3    moment to read?

4    Q    You -- absolutely.

5    A    And you're saying this is on page?

6    Q    It's page 105, lines 3 through 6.

7    A    So as I stated here, a focus in my work has not been

8    on evaluating the -- the conventional antipsychotics

9    except in relation to whether Seroquel has an excess risk

10   relative to antipsychotics.

11   Q    Right.  You did that for the litigation, right?

12   A    So to be specific, I wasn't evaluating Haloperidol as

13   a cause of diabetes and going out and extensively

14   reviewing that literature, which is how I interpreted that

15   question.

16   Q    Okay.  Well, you've got the question and answer

17   before you on page 105, lines 3 through 6.  That was your

18   testimony, right?

19   A    With respect with my clarification of what I thought

20   was the question.

21   Q    You didn't review the literature on first generation

22   antipsychotics, so you couldn't answer a question about

23   whether they caused diabetes, true?

24   A    True.

25   Q    And you don't have an opinion, or at least you didn't

1    at the time of your deposition, about whether any second

2    generation antipsychotics other than Seroquel cause

3    diabetes, right?

4    A    I qualified that within the CATIE study that was

5    evaluated.

6    Q    Well, let me just be perfectly clear, Dr. Arnett.   I

7    heard you on direct this morning say that you had reviewed

8    published literature because of your work with this

9    colleague who was seeking a Ph.D., and found a compelling

10   evidence on excess risk of second generation

11   antipsychotics, right?

12   A    Correct.

13   Q    And the impression I was left with was you were

14   saying you had done that before you wrote your reports in

15   this case.

16   A    Yes.  She worked over the period of 2006 through

17   2008.

18   Q    But your testimony in your deposition, ma'am --

19          MS. THORPE:  If we could have slide 55, please.

20   BY MS. THORPE:

21   Q    Um, you were asked the question at page 106, lines 13

22   through 18, "Do you have any opinion about whether any

23   second generation antipsychotic other than Seroquel causes

24   diabetes?"

25       And your answer was, "I have no opinion about them.

1    They've been in the publications that I've reviewed for

2    Seroquel, but my focus has been on Seroquel."

3         Was that your testimony then?

4    A    That was my testimony, but again my focus in this

5    entire line of questioning that preceded this was about

6    all of the causes of diabetes, and I had not undertaken a

7    systematic review, like I've done with Seroquel, to

8    evaluate the other antipsychotics.  I did, in my

9    deposition, discuss CATIE as a comparison of four

10   antipsychotics.

11   Q    Okay.  Well, we'll get to CATIE in a minute, but

12   let's move now to another -- give you another headline of

13   what we're going to talk about.

14        You would agree that weight gain was a significant

15   focus of your report in this case, right?  Of both of your

16   reports in this case.

17   A    Yes.

18   Q    You spend six pages of your first amended report

19   addressing weight gain, right?

20   A    Correct, because that was what was most commonly

21   and -- highlighted within the new drug application.

22   Q    And that new drug application, we've already said, is

23   what you mostly relied on for your opinions.

24   A    I spent a large portion of time on the NDA but not

25   exclusively the NDA.

1   Q    So -- and I just -- let's just get -- I want to be

2   absolutely clear about this, Dr. Arnett, and then I'll --

3   I'll stop asking you about it.

4            MS. THORPE:  But let's pull up slide 604.

5   BY MS. THORPE:

6   Q    So we're going to talk about the weight gain portion

7   of your report and how your general causation opinions

8   were mostly from the NDA.  And to be really clear, these

9   are -- when your reports and declarations refer to phase 2

10  and phase 3 placebo-controlled trials from the NDA, that's

11  what we're talking about in this portion of your

12  declaration, your Exhibit 3, page 2, right?

13  A    Correct.

14  Q    Now, we're going to talk about what you said about

15  study 13 and dose response, okay?  So let me direct your

16  attention --

17           MS. THORPE:  And, Your Honor, we're going to go

18  to paragraph 16 -- let me just -- another housekeeping

19  thing.

20  BY MS. THORPE:

21  Q    I have marked your -- everybody's Exhibit 2 with

22  paragraph numbers so it will be easy to find where we are

23  because the pages aren't numbered and the numbered -- and

24  the paragraphs aren't numbered.  So I want to direct

25  everybody to paragraph 16 on the bottom of page 5 of your

1    report, Exhibit 2.

2         And this is your first amended report, right?  Are

3    you with me?

4    A    Yes.

5              MS. THORPE:  And if we could pull up slide 617

6    on the screen, please.

7    BY MS. THORPE:

8    Q    Now, this is -- study 13 is one of the four

9    placebo-controlled trials in the NDA that you mostly

10   relied on, right, for your general causation opinions?

11   A    I relied on study 13.

12   Q    It's the only one that looks at multiple different

13   doses of those four studies, right, of those four

14   placebo-controlled studies in the NDA?

15   A    It is the study that had the largest dose range.

16   Q    It's the only one that had multiple doses, right?  Or

17   do you rem -- if you don't remember, it's okay.

18   A    Most of the studies were on 300 or -- milligrams or

19   600 milligrams.  So this is the only one that had a large

20   range.

21   Q    Had a comparison of different doses and what

22   happened, right?

23   A    Correct.

24   Q    So in this paragraph, if you look at your last

25   sentence, you say, "Study 13 provides strong evidence for

1    a dose response," right?

2    A    Correct.

3    Q    Now, the dose response analysis that you're relying

4    on involves weight gain, not glucose and not diabetes in

5    this paragraph, right?

6    A    Correct.

7    Q    And if -- let's talk for a minute about what a dose

8    response is.  If there is a dose response, you would

9    expect a lower relative risk -- excuse me -- yeah.  Let me

10   strike that.

11        If there's a dose response, you would expect a lower

12   relative risk with a low dose and a higher relative risk

13   with a higher dose, right?

14   A    If it has an adverse effect.

15   Q    Right.  So you agree?

16   A    Yes.

17   Q    And you support your dose response opinion in this

18   case by calculating a relative risk for low doses and

19   comparing that low-dose risk to a relative risk at higher

20   doses in this paragraph 16 in Exhibit 2, right?

21   A    Yes.

22   Q    The relative risks in paragraph 16 of your report are

23   your calculations, aren't they, Dr. Arnett?

24   A    Based on data within the NDA.

25   Q    But you did the math to calculate these relative

1    risks?

2    A    Yes.

3    Q    They do not appear calculated -- these relative risks

4    do not appear calculated in the NDA.

5    A    Correct.

6    Q    Now, in this paragraph 16, you have a relative risk

7    for the low dose of 3.5 -- 3.54, correct?

8    A    Yes.

9    Q    And a relative risk for the high dose of 4.77, right?

10   A    Right.

11   Q    So I want to start with the low dose, and I'm going

12   to walk you through how you calculated it, all right?

13        So if you look at the first sentence, what you're

14   doing is you're laying out how many people had a

15   clinically significant weight gain on different doses of

16   the drug, right?

17   A    And Haloperidol.

18   Q    And Haloperidol, right.  So if you look at -- and

19   clinically significant weight gain was weight gain over

20   seven percent of body weight?

21   A    Correct.

22   Q    So if you -- at the low dose of 75 milligrams of

23   Seroquel, if you look at the first line, we see that there

24   are six out of 53 people, according to your figures, that

25   have clinically significant weight gain, right?

1    A    Yes.

2    Q    And at the low dose of 150 milligrams, eight out of

3    48 people had clinically significant weight gain, right?

4    A    Correct.

5          MS. THORPE:  So could we pull up slide 619,

6    please.

7    BY MS. THORPE:

8    Q    So I've put up here what you appear to have done,

9    Dr. Arnett.  You combined the two low doses 75 and

10   150 milligrams, right?

11   A    Yes.

12   Q    And you concluded that 14 out of 101, because you

13   combined the six and the eight and the 53 and 48, and you

14   concluded that they had a clinically -- that 14 out of 101

15   had a clinically significant weight gain, right?

16   A    Yes.

17   Q    So -- and when you do the math, what you have to do

18   next is you have to divide -- you have to look at the

19   placebo, right?

20   A    Yes.

21          MS. THORPE:  So could we pull up slide 618,

22   please.

23       Oops, I'm sorry.

24   BY MS. THORPE:

25   Q    So if the placebo -- that's right.  So the placebo is

1   the 2 out of 51, right?

2   A    Correct.

3        MS. THORPE:  So go back to 619, please.

4   BY MS. THORPE:

5   Q    And so you divide the 14 over 101, which is the

6   low-dose number, by the placebo, the 2 over 51, to get

7   your relative risk, right?

8   A    Yes.

9   Q    And when you did that, you got 3.54, right?  That's

10  your low-dose risk?

11  A    Uh-huh.  Correct.

12  Q    All right.  So now we understand how you did the

13  calculation.  The 3.54 that you derived here was not

14  statistically significant, right?

15  A    It had a P value of .06.

16  Q    It is not statistically significant?

17  A    It's of borderline significance.

18  Q    You'd say .06 is borderline statistically

19  significant?

20  A    .05 is considered statistically significant.

21  Q    Okay.  So the answer is it's not statistically

22  significant?

23  A    I don't answer things in a binary way, but for the

24  purposes of statistics, I will concur that that is the

25  standard.

1  Q    All right.  That it is what -- the .05 is the

2  standard?

3  A    The standard utilized.

4  Q    Okay.  So the number is not statistically

5  significant, Dr. Arnett?

6  A    Correct.

7  Q    Now, I want to turn to your calculation on the high

8  dose.

9         MS. THORPE:  If we could pull up slide 622,

10 please.

11 BY MS. THORPE:

12 Q    So your high-dose calculation is 4.77, right?

13 A    Correct.

14 Q    Now, according to your declarations, you chose to use

15 the doses at 300 and 600 as your high doses, right?  Do

16 you remember that?  We can pull it up if it helps you.

17 A    I imagine that I grouped the remaining three doses

18 but...

19         MS. THORPE:  Can we pull up slide 501, please.

20         THE WITNESS:  I'd have to actually go back to my

21 draft report where --

22 BY MS. THORPE:

23 Q    Could you do that?  That's on page 6 of your MDL

24 declaration.

25 A    (Witness complies.)

1    Q    So, Dr. Arnett, did you agree?

2    A    I don't recall if I combined 300 and 600 and 750, or

3    if I combined 300 and 600.  I'll have to actually go and

4    redo the calculation.

5    Q    Well, you see that in your declaration you said that

6    you did it at 300 and 600.

7    A    I see in my declaration I said that.

8    Q    All right.  And so you just don't remember one way or

9    the other?

10   A    I don't remember one way or the other.

11   Q    Don't you think it's likely you did it as you said in

12   your declaration?

13   A    No.  I think I would likely have grouped all three of

14   the high dose groups together.

15   Q    All right.  Well, let's work on it that way then, all

16   right?

17           MS. THORPE:  Do you have the slide numbers?

18   BY MS. THORPE:

19   Q    So let's look at slide 840.  We tried to do it all

20   ways, Dr. Arnett, using the way you did it in your

21   declaration and doing it the way that you just said that

22   you might have done it.

23        So this is your high-dose calculation.  And if you

24   look at your report, at 300 milligrams you had five out of

25   52, and at 600 milligrams you had eight out of 51, and at

1   750 milligrams you had seven out of 54, right?

2   A    Correct.

3   Q    And you agree that that adds up to 20 out of 157,

4   right?

5   A    Yes.

6   Q    And as you'll recall, the placebo value was 2 out of

7   51, right?

8   A    Yes.

9        MS. THORPE:  And, Your Honor, may I approach the

10  witness with a calculator?

11       THE COURT:  Yes.

12  BY MS. THORPE:

13  Q    Dr. Arnett, tell us what the risk is.

14  A    I haven't had to use a calculator in quite a while,

15  I'm sorry.

16       Your calculator is not easy to work.

17  Q    I have another one.

18  A    That's okay.  Eventually I will get to this.

19       The relative risk for all three combined is 3.25.

20  Q    All right.  So 3.25.

21       MS. THORPE:  Could we pull back up slide 622,

22  please.

23  BY MS. THORPE:

24  Q    So in your report you say that the low dose is 3.54

25  and the high dose is 4.77.  But your 4.77 number is a

1    mistake, right?

2    A    I'm not sure it is, because I say the dose

3    recommended for schizophrenia.  So that would be the

4    600-milligram dose.

5    Q    Okay.  Well, let's do the math at 600.

6    A    So without looking at my actual calculations that I

7    performed, I'm happy to sit here on the stand and do these

8    for you and prove I understand how to calculate a relative

9    risk, if that's --

10   Q    Well, we'll do the 6 -- let's finish this one first

11   and then can you do the 600-milligram risk, if you want.

12   Let's recall that in your declaration you said you

13   combined 300 and 600.  And I can show you those

14   calculations, too, Dr. Arnett.  And they don't add up to

15   4.77.  And if -- and now we have done it the way you --

16         MR. PENNOCK:  Just note my objection that

17   counsel's testifying.

18         THE COURT:  Well, I think she's trying to hurry

19   this up.  Go ahead.

20   BY MS. THORPE:

21   Q    So the 4.77, if you use the -- what you told us you

22   did, which is combine the three highest doses is wrong,

23   right?

24   A    I cannot testify right this second what I used the

25   calculate the 4.77 for.  In my declaration I say 300 and

1    600, but I'm not sure if I used 600 when I actually

2    derived this from my expert report.  I can go back to a

3    draft of my report and tell you what I did.

4    Q    You have to go look someplace else, right?

5         Well, using the method that you just did, the

6    relative risk for the high dose is 3.25, lower than the

7    risk for the low dose, right?

8    A    Assuming that it's all three combined, that is true.

9    Q    Okay.  Now -- and you will agree with me that if you

10   combined the 300 and the 600, as you said you did in your

11   declaration, the relative risk, will you accept my math,

12   is 3.2?

13   A    I'll accept your math.

14   Q    Okay.  And that again would be lower at the high dose

15   than the risk for the low dose that you report, true?

16   A    I'm not sure they would be statistically different.

17   Numerically it's lower.

18   Q    Right.  And in fact, you've just gotten to my next

19   question.  The risk that you just calculated, you don't

20   even know if it is -- the high-dose risk you just

21   calculated is statistically significant, correct?

22   A    I would have to calculate statistical significance

23   separately which your little calculator won't do.

24   Q    And you don't know whether the statistical risk at

25   the high dose that you just calculated is statistically

1    different from the low dose that you show in your report?

2    A    It's -- I don't know.  And it really doesn't impact

3    my opinion relative to Seroquel and weight gain.

4    Q    Right.  Because you -- well, and it doesn't --

5    statistical significance doesn't impact your opinion

6    because you are willing to draw causal inferences from

7    data that are not statistically significant, correct?

8    A    I'm willing to draw causal inferences from the

9    totality of data that showed consistent findings of

10   increased weight and other metabolic abnormalities with

11   Seroquel.

12   Q    So, Dr. Arnett, the -- I want to turn your attention

13   to the impact of this 4.77 number.  You say -- well, let

14   me just back up a second.  So --

15         MS. THORPE:  Let's go back to slide 622, please.

16   BY MS. THORPE:

17   Q    Now, your -- as we've been working, we've been

18   working off the numbers that you have written down for

19   study 13, right, the six out of 53, the eight out of 48

20   and so on, right?

21   A    Yes.

22   Q    And I want to ask you about where these numbers came

23   from, all right, so that's what we're going to focus on

24   now.

25         You say -- we've talked a lot about the 2 out of 51

1    which is your placebo number, right?  And that's obviously

2    the important denominator of your relative risk

3    calculation, right?

4    A    Yes.

5    Q    In fact, Dr. Arnett, I want you to look at the

6    clinical study report table where these numbers came from.

7    I'm going to give you Exhibit 11.

8              MS. THORPE:  Could we pull up slide 440, please.

9    BY MS. THORPE:

10   Q    So, you see here table 35 which has the numbers that

11   you pulled out for your report, right?

12   A    I've never seen this table.  I utilized the

13   integrated summary of safety.

14   Q    Okay.  Well, let's look at your --

15             MS. THORPE:  Pull up 6 -- I guess it's 622,

16   please.

17   BY MS. THORPE:

18   Q    So you see here, for example, that you have six out

19   of 53, eight out of 48, five out of 52, and you have

20   placebo of 2 out of 51, right?

21   A    Uh-huh.

22   Q    Correct?

23   A    That was what was in the integrated safety summary.

24   Q    Are you sure of that, Dr. Arnett?

25   A    Yes.

1   Q    Okay.

2          MS. THORPE:  Can we bring that table.

3          THE WITNESS:  And actually they to be derived

4   because for some reason in the summary they were grouped

5   by 13 and 15.

6          MS. THORPE:  So, while we're looking for the

7   integrated safety report data, can we pull up -- is it

8   possible to pull that up -- table back up?  I may be

9   overtasking.  No, I wanted to pull back up the Exhibit 11.

10  BY MS. THORPE:

11  Q    So you will agree that table 35, which has been

12  marked as Exhibit 11, you've never seen, and it has three

13  people on placebo rather than 2 on placebo out of 51,

14  right?

15  A    That is what this table says, that -- if they didn't

16  move it into the integrated safety report correctly,

17  it's -- I can't -- I can't help that.

18  Q    Okay.  We're going to give you the integrated safety

19  report in just a second.

20         And so I want to establish with you, if you'll look

21  at your report, at 75 milligrams the weight is six -- the

22  weight on the 75 milligrams is six out of 53, and that's

23  the same as in your report, right?

24  A    Yes.

25  Q    On paragraph 16?  And at 150 milligrams, the weight

1   is eight out of 48, and that's the same as in your report,

2   correct?

3   A    Yes.

4   Q    And at 300 milligrams, the weight is five out of 52,

5   and that's the same number that's in your report, right?

6   A    Yes.

7   Q    And at 600 milligrams, the weight is eight out of 51,

8   and that's the same as in your report?

9   A    Yes.

10  Q    And at 750 milligrams, the weight is seven out of 54,

11  and that's the same as in your report?

12  A    Yes.

13  Q    And on Haloperidol, the weight is 2 out of 52, and

14  that's the same as in your report?

15  A    Yes.  Well, no.  In my report it says six out of 53.

16  Q    Six out of 53 for Haloperidol?

17  A    Yes.

18  Q    Okay.  And then for placebo it's different, you have

19  got 3 out of 51, right?  On table 35 in your report, it

20  says 2 out of 51.

21  A    And mine says 2 out of 52 for Haloperidol.

22  Q    Now, can you tell us where in the integrated safety

23  report you got your 2 out of 51 placebo?  What table?

24  A    I'm not sure if it was a table or in a text form.

25  Q    You just don't remember?

1    A    Well, I know that 13 and 15 were combined, and so I

2    had to actually sort through the individual studies to

3    determine where the numbers were derived.

4    Q    Well, let's just focus on this table for a minute

5    before we go to the integrated safety data.  But what I

6    want to see if you'll agree with me on, is you agree that

7    if the placebo is 3 out of 51 as it is in this table, you

8    will agree that the relative risk is -- you'll agree with

9    my calculation that the relative risk is much lower than

10   4.77; you know that as a mathematician, right?

11   A    Is it lower, I won't say much lower.  So the risk is

12   at least double to triple across the different ranges --

13   Q    Well, let's --

14   A    -- of Seroquel usage.

15          MS. THORPE:  Can we pull up the slide 628 and

16   look at the calculation with the correct numbers.

17   BY MS. THORPE:

18   Q    So you've got the calculator there.  If you use the

19   placebo that appears on that table, tell us what the

20   relative risk is.

21   A    I'm going to estimate it.  It's going to be somewhere

22   between 2 and 3.

23   Q    It's 2.15.  Will you accept that?

24   A    I will.

25   Q    All right.  Now, let's pull up what's in the

1    integrated safety report.  Okay?  So we have to look --

2    okay.

3              MS. THORPE:  Can we go to the placebo.

4    BY MS. THORPE:

5    Q    Tell us what the placebo is in this chart.

6    A    Well, this -- it says there are only 30 patients and

7    three developed, I guess this is a number high, three were

8    low.

9    Q    This is not the number you used in your report

10   either, is it?

11   A    No.  But, you know, I'd have to go through and look

12   at this actual report and see if there are exclusions to

13   this table.

14   Q    Okay.  Dr. Arnett, we're here to understand how you

15   get your numbers.  And let me just look -- let you see --

16   we've now calculated several different ways this number,

17   none of which get to a 4.77, okay?  So let's look at the

18   impact of this 4.77 number on your opinions here.

19        You cite the 4.77 obviously for your dose response

20   that you have on the, you know, bottom of page 16, or

21   paragraph 16 on the bottom of page 5.

22   A    It is one of the three studies that I found dose

23   response in.

24   Q    And you also cite that study in your -- that number

25   in your declaration as a support for your dose response

1    opinion, right?

2    A    Yes.

3    Q    And when you talk about there being a relative risk

4    that goes up to 5 -- or you said there was a high relative

5    risk, in your direct testimony, this is the relative risk

6    you're talking about.

7    A    I can't be sure but...

8    Q    You don't know?

9    A    Well, I presented a number of relative risks, and

10   you've just pulled out one.

11   Q    This is the relative risk that you're alluding to

12   when you say that there's a risk of around 4 to 7, right?

13   A    4 to 7?

14   Q    I mean 4 to 5.

15   A    In what document?

16   Q    When -- you talked about that on direct.

17        MR. PENNOCK:  Just note my objection.  I don't

18   think that's reflected in the record.

19   BY MS. THORPE:

20   Q    Well, your testimony --

21        MS. THORPE:  Your Honor, her testimony will be

22   what it is.

23        THE COURT:  All right.

24        MS. THORPE:  Let's go to slide 8, please.

25

1    BY MS. THORPE:

2    Q    In your Delaware declaration, you say that the

3    largest relative risk observed was 4.77, right?  This you

4    just filed a couple weeks ago.

5    A    For weight gain.

6    Q    This is the number you're talking about?

7    A    Yes.  But I'm still not convinced, until I go back to

8    the actual data I reviewed, that my numbers are wrong from

9    the data I reviewed.

10   Q    Well, when we take a break, perhaps you can identify

11   where you got these numbers from.

12            MS. THORPE:  And then when we come back, Your

13   Honor, if we might, we might be able to figure out where

14   this number which is at the heart of your Delaware

15   declaration and all of your reports is.

16            THE WITNESS:  I wouldn't call it the heart.

17   But, okay.

18            THE COURT:  Well, we might as well break now

19   until 1:15.  I've got a 3:00 meeting, so if we can't

20   finish this, then I'll come back if you want after that

21   meeting.

22            MS. THORPE:  Thank you, Your Honor.

23            MR. PENNOCK:  Thank you.

24        (Recess.)

25                CROSS-EXAMINATION (Continued)

1    BY MS. THORPE:

2    Q    Dr. Arnett, were you able to find the two-out-of-51

3    placebo number from the NDA that you relied on to

4    calculate the 4.77 high-dose risk in your report?

5    A    No, I did not.

6              MS. THORPE:  Pull up slide 618, please.

7    BY MS. THORPE:

8    Q    And, again, looking back at your report, Dr. Arnett,

9    look at your placebo number again, the two over 51, and

10   you see in parentheses there you have six percent, right?

11   A    Yes.

12   Q    Two out of 51 is actually four percent, right?

13   A    Yes.

14             MS. THORPE:  Could you pull up slide 440,

15   please.

16   BY MS. THORPE:

17   Q    Going back to Exhibit 11, table 35, and looking at

18   the placebo column, you see there where it has 3 for

19   placebo out of 51?

20   A    Yes.

21   Q    And it gives a percentage --

22   A    Six percent.

23   Q    -- six percent, correct?

24   A    Correct.

25   Q    And so it is the percentage that appears in

1   Exhibit 11 of six percent is the same percentage that

2   appears in your report, correct?

3            MS. THORPE:  Go back to --

4            THE WITNESS:  Correct.

5            MS. THORPE:  Go back to 618, please.

6   BY MS. THORPE:

7   Q    You see you have six percent for two out of 51,

8   correct?

9   A    Yes.

10  Q    Three out of 51 is actually six percent, correct?

11  A    Yes.

12  Q    If you calculate the relative risk using placebo as 3

13  out of 51, we've done that over the lunch hour --

14           MS. THORPE:  Could we pull up slide 627, please.

15  BY MS. THORPE:

16  Q    So let's look at the low dose numbers, Dr. Arnett.

17  You'll agree with me that if you use a 3 out of 51, will

18  you trust my math, that the relative risk is 2.36 for the

19  low-dose calculation?

20  A    Yes.

21           MS. THORPE:  And if we could go to the high-dose

22  calculation, slide 629, please.

23  BY MS. THORPE:

24  Q    If you do the high-dose calculation using the placebo

25  of 3 over 51, the relative risk is 2.15, correct?

1   A    Well, that is just for 300 and 600 milligrams.

2   Q    Okay.

3         MS. THORPE:  Somebody else want to calculate it

4   for her?  We'll move on and we'll get the correct --

5         THE COURT:  Okay.

6         MS. THORPE:  -- number in.

7   BY MS. THORPE:

8   Q    But with these numbers, the numbers that you set out

9   in your declaration, Dr. Arnett, you will agree that the

10  high-dose calculation of relative risk is lower than your

11  low-dose calculation, right?

12  A    No.  I would admit for 300 and 600 milligrams, that's

13  correct.

14  Q    That's what I intended to ask you.  Okay.

15        And you have no knowledge using the placebo of 3 out

16  of 51 that appears in table 35 of study 13 that's been

17  marked as Exhibit 11, you don't know whether these numbers

18  are statistically significant in any way, do you?

19  A    Well, I do know that clinically significant weight

20  gain for study 013 was statistically significant in

21  Seroquel versus placebo.

22  Q    You have not done a calculation of the relative risks

23  of 2.15 or 2.36's statistical significance, have you?

24  A    No.  I'm relying on AstraZeneca's publication within

25  the ISR for that number.

1   Q    Doctor, I want to be absolutely clear.  You don't

2   know whether the 2.15 that has appeared on the screen for

3   the high-dose calculation using 300 and 600 is

4   statistically significant, true?

5   A    I know that within the 013, AstraZeneca's

6   calculations state that the increase in weight for

7   Seroquel versus placebo was statistically significant.

8   Q    Dr. Arnett, are you able to answer my question as to

9   whether -- just one way or the other -- is the 2.15

10  relative risk statistically significant?

11  A    I can't answer it without doing a calculation.

12  Q    Okay.  As to the low-dose number of 2. -- 2.36, you

13  don't know whether that number is statistically

14  significant, do you?

15  A    I don't.  I know what AstraZeneca said about the

16  data.

17  Q    AstraZeneca did not calculate those relative risks.

18  A    No, but they calculated the effect over the dose

19  range of Seroquel versus placebo.

20  Q    Can we -- let's go back to the calculation using 300,

21  600 and 750.  And I want to go back to your slide or to

22  the slide that has your report on it, which is slide 618.

23  And if we look at the 300, 600, and 750-milligram doses

24  and add them up, we get 20 over 157.  Is our math correct?

25  A    Yes.

Cross-Examination - Dr. Arnett                    108

1    Q    And if you divide 20 over 157 by 3 over 51, which is

2    the placebo, we get a relative risk of 2.17.  Can you

3    check our math, Dr. Arnett?

4    A    I will for the sake of time.

5    Q    You have no reason to disagree with the calculation

6    that we've made?

7    A    No.

8    Q    So if we do it the -- the high-dose calculation using

9    300 -- 300, 600 and 750 milligrams, the relative risk that

10   is calculated is lower than the relative risk for the low

11   dose, true?  Using 3 out of -- over 51 for the placebo?

12   A    Yes.

13   Q    All right.  Now --

14   A    Numerically.  But it's unclear whether it would be

15   statistically different.

16   Q    Okay.  Doctor, I want to direct your attention to the

17   first table -- well, let's start it this way, okay?

18        Still talking about weight gain in your report, you

19   did not rely on adverse event reporting of weight gain in

20   the clinical trials for Seroquel in forming your opinions,

21   true?

22   A    Correct.  I relied primarily on measured weight

23   because in the NDA, the primary patients analyzed for

24   schizophrenic which may have, as a population, inadequate

25   reporting of weight gain as an adverse effect.

1    Q    You found these adverse event reports "uncertain," I

2    think is the word you used, because they were given by

3    schizophrenics who might not adequately report such data,

4    true?

5    A    Correct.

6    Q    And if a patient -- let me just get this definition

7    back in everybody's memory -- clinically significant

8    weight gain as defined in the NDA is weight gain in excess

9    of seven percent of body weight, right?

10   A    Correct.

11   Q    And if a patient complains about weight gain in a

12   clinical trial and that weight gain is registered as an

13   adverse event, you, Dr. Arnett, don't know whether that

14   complaint means that the patient has had a clinically

15   significant weight gain in the Seroquel studies, right?

16   A    I did not rely on that.  I relied on the actual

17   measured weight conducted at the clinic visit itself.

18   Q    And when a patient complains about weight gain and

19   that complaint was registered as an adverse event, you

20   don't have an opinion about whether that weight gain is

21   clinically significant in Seroquel studies, do you?

22           MR. PENNOCK:  Your Honor --

23   BY MS. THORPE:

24   Q    That was your testimony.

25           MR. PENNOCK:  -- objection.

Cross-Examination - Dr. Arnett                    110

1          It's a fairly broad question and covered a lot of

2     studies.  I'm not sure which study Ms. Thorpe is referring

3     to.

4               THE COURT:  Correct.  Ms. Thorpe?

5     BY MS. THORPE:

6     Q    Well, I -- let me just direct --

7               THE COURT:  Rephrase your question.

8               MS. THORPE:  I'll be glad to.

9     BY MS. THORPE:

10    Q    Let me just ask it this way:  Let me ask it in regard

11    to the 11 studies that you looked at on the web, okay?

12         If a patient complains about weight gain in a

13    clinical trial and that weight gain is registered as an

14    adverse event in the 11 trials that are on the website

15    that you read the synopses of, you don't know whether that

16    complaint means that the patient had a clinically

17    significant weight gain in those studies, do you?

18    A    In the synopses of -- if my memory is serving me, and

19    it's been since October since I looked at them, or

20    September, I don't recall that all of the synopses had

21    actual measured weight or if they used adverse reporting.

22    Q    Well, I -- just so we're absolutely clear here and

23    not confused, let me pull up slide 90.  And I direct your

24    attention to your deposition, page 36, lines 21 through

25    25, and page 37, lines 1 through 8, where you were asked

 1    the question that I just asked you, "If a patient in the

 2    clinical trial complains about weight gain and that

 3    complaint is registered as an adverse event in a clinical

 4    trial without knowing the amount of weight gain, would you

 5    consider that to be a clinically significant weight gain?"

 6         And you said, "It would depend on the patient

 7    population.  In the Seroquel study, the patient

 8    populations in the NDA were all schizophrenic populations,

 9    so given that, there may be a different perception about

10    weight of that population, I can't answer that for the

11    Seroquel studies."

12         Did I read that correctly?

13    A    In the NDA.

14    Q    Okay.  And then let's -- just because you said that,

15    let's go to slide 91, page 38, lines 3 through 7 where you

16    were a asked the question, "Dr. Arnett, in the Seroquel

17    clinical trials where patients complained about adverse

18    events" -- and then it was withdrawn and reasked -- "the

19    Seroquel clinical trials where patients complained about

20    weight gain and that was registered as an adverse event,

21    do you consider that to be a clinically significant weight

22    gain?"

23         And you answered, "I don't have an opinion about

24    that."

25         Did I read that correctly?

1    A    I need to get context since I've --

2    Q    Go right ahead.

3    A    -- been taken out of context.

4         And I want to make sure that the Court hears this

5    correctly.

6         Again, in this, I was referring explicitly to the

7    schizophrenic study populations.

8    Q    So let me just be sure I understand.  If people

9    are -- well, let -- let me just -- let's just keep going

10   and then we'll see how it all works out here.

11        I want to direct your attention to table -- the first

12   table in your report that appears on pages 8 through 9 of

13   your first amended report.

14             MS. THORPE:  And we can pull it up at slide 631.

15   BY MS. THORPE:

16   Q    Are you with me?

17   A    Yes.

18   Q    I want you to look at the very first study on there,

19   study 39, okay?

20             MS. THORPE:  And I have given to Your Honor and

21   to Dr. Arnett Exhibit 12, which is the synopsis of the

22   website of study 39.

23   BY MS. THORPE:

24   Q    You have that in front of you?

25   A    Yes.

1    Q    So on your table on study 39, you say, under "Results

2    for Metabolic Risk Factors," you say, "There's clinically

3    significant weight gain in six percent of Seroquel, five

4    percent of Haloperidol, and two percent of placebo-treated

5    subjects," true?

6    A    Yes.

7    Q    And then let's look at what the website says,

8    slide 23 for study 39.

9         And these are adverse event reports, correct?

10   A    Yes.

11   Q    And you see that it is not a report of -- and you see

12   that the numbers for weight gain, the six percent for

13   Seroquel, matches the six percent that you have in your

14   table 1 in your report, right?

15   A    It matches what I have in the report.

16   Q    And in fact, the five percent you have matches what

17   you have for Haldol, and the 2 percent matches what you

18   have for placebo, right?

19   A    Yes.

20   Q    This is where the numbers came from in your table,

21   right?

22   A    Yes.

23   Q    So when your table 1 of your report says that there

24   was clinically significant weight gain in six percent of

25   Seroquel users, that's a mistake, isn't it, Dr. Arnett?

1    A    Actually it's not a mistake.

2    Q    It's six percent -- just bear with me a second.

3    Table S5, which is a page of Arnett Exhibit 12, is a

4    reference to adverse events, not clinically significant

5    weight gain, correct?

6    A    So --

7    Q    Is that right?  Let's just get that.  Is that right?

8    A    That is -- this is what is in this table.  However --

9    Q    Same thing, this table -- well, let me just -- let me

10   just get it out and then you can tell me, okay?

11        So your table in your report says that there's six

12   percent of Seroquel users with clinically significant

13   weight gain in study 39, true?

14   A    Yes.

15   Q    And study 39, which has been marked as Exhibit 12,

16   states that six percent -- that weight gain -- the adverse

17   event incidence is six percent, not clinically significant

18   weight gain, true?

19   A    True.  May I explain now?

20   Q    Let me just finish the line.  Then I'll -- you can

21   explain whatever you want to say.

22        You agree that study 39 involves people who had

23   Alzheimer's, dementia and psychoses, right?

24   A    Yes.

25   Q    And so people who have Alzheimer's dementia and

Cross-Examination - Dr. Arnett                    115

1    psychoses might be impaired in their reports of weight

2    gain just like people who are schizophrenic, true?

3    A    True.  But that's what I was hoping to be able to

4    explain.

5    Q    You know, Dr. Arnett, go right ahead.

6    A    Okay.  These are patients that are in a nursing home

7    or assisted care facilities, so their weights would have

8    to be measured and monitored by the people caring for them

9    in those facilities.  So of course if they're being

10   measured by someone in a facility, it would be more

11   accurately reported than if it was reported by the patient

12   themselves.

13   Q    So you agree that you did not have measured weights

14   for the people who participated in study 39 that allowed

15   you to say and calculate that there was a six percent

16   increase in clinically significant weight like you said in

17   your report?

18   A    I didn't calculate it.  The study calculated it.

19   Q    No.  Dr. Arnett, Exhibit 12 refers to adverse events,

20   correct?

21   A    Correct.

22   Q    Table S5 does not contain measured weights, correct?

23   A    I presumed it contained weights that people were

24   measuring in the nursing home or nursing care facility

25   that reported this as an adverse event.

1    Q    Does the word -- does a report of weight in either

2    pounds or kilograms or BMI appear on table S5?

3    A    No.  But from working in nursing, I know that we

4    measure patients' weight and so we would classify that as

5    an adverse event if someone gained weight.

6    Q    Let's go to another study on -- well, let me just be

7    sure I'm clear before we go to the next study on this

8    list.

9         You said you did not rely -- in your deposition, you

10   said you did not rely on adverse event data for people who

11   were schizophrenic, right?

12   A    Correct.

13   Q    But you did take such data from an adverse event

14   table for people with Alzheimer's in a nursing home, and

15   other psychoses, true?

16   A    In a nursing home or assisted care facility.

17   Q    Let's go to the next study on your list, study 100.

18   It's at the next table --

19              MS. THORPE:  But let's go to study 100 on

20   table 1 which is 630 -- there you go.  Okay.

21   BY MS. THORPE:

22   Q    So now we're down to looking at study 100 in the

23   table on your report, and there you say, "Clinically

24   significant weight gain in 10.4 percent of Seroquel

25   subjects versus 3.9 percent of placebo subjects," right?

1   A    Right.

2   Q    And you have before you Exhibit 13, correct?

3   A    It doesn't have a number.  Oh, here it is, yes.

4   Exhibit 13.

5   Q    And Exhibit 13 is the synopsis from the web on

6   study 100 that corresponds to the study 100 on your table,

7   correct?

8   A    Well, I don't know if it's the same synopsis that was

9   on the website, but -- when I reviewed them, but it does

10  say 2002 so I'll assume that it is.

11  Q    All right.  And this particular study is in people

12  who used Seroquel for the treatment of symptoms of acute

13  mania in patients with bipolar disorder, right?

14  A    It is acute mania.

15  Q    If you just look at the first page.  I'm just reading

16  from the first page of Exhibit 13.

17  A    Yes.

18         MS. THORPE:  So let's go to slide 25, which is

19  table S2 from study 100, Exhibit 13.

20  BY MS. THORPE:

21  Q    And you see that you took your clinically significant

22  weight gain numbers in your report from this adverse event

23  table, table S2, true?

24  A    I don't know.  You're going have to give me a moment.

25  Q    Sure.

1    A    Actually, I took it from the description on page 9.

2    Q    Okay.  So you didn't use the table.  And I'm looking

3    at the fourth paragraph on the 9th page of Exhibit 13, and

4    let's compare the numbers to your report.

5         You report a -- the sentence in the Exhibit 13 is

6    "Adverse events of weight gain" -- we're going to pull it

7    up right here on the screen.  I just want to make sure

8    this is what you went by.  It's on page 9.  And it's the

9    fourth paragraph.

10            MS. THORPE:  So if you could highlight the

11   sentence, "The adverse events."

12   BY MS. THORPE:

13   Q    So your table says, "Adverse events of weight

14   gain" -- excuse me.  Your table in your report says that

15   clinically significant weight gain occurred in

16   10.4 percent of Seroquel patients, true?

17   A    Yes.

18   Q    And in the Exhibit 13, it's clear that you picked up

19   the data on adverse events of weight gain, true?

20   A    True.  Again, this is a bipolar disorder group which

21   is fundamentally to me different in terms of their

22   reporting ability.

23   Q    Do you think that bipolar patients in acute mania are

24   better able to report their weight gain than the people

25   who have schizophrenia?

1    A    Yes.

2    Q    All right.  And that's your opinion as a

3    epidemiologist?

4    A    Yes.

5    Q    Okay.  Now, let's go to study 135.  You emphasize

6    study 135 both in this morning when I was talking to you

7    and also on direct examination, correct?  Do you remember

8    that?

9    A    Yes.

10   Q    And it's -- I want to -- you have before you

11   Exhibit 15, Dr. Arnett.

12             MS. THORPE:  And if we could pull up slide 635,

13   please.

14   BY MS. THORPE:

15   Q    See what you said about study 135.

16        In this one, you say that weight increased -- in your

17   table, in your report, weight increased 4.1 kilograms and

18   5.4 kilograms in Seroquel 300-milligrams and

19   600-milligram-treated subjects versus 1.8 kilograms in

20   placebo subjects, true?

21   A    Yes.

22   Q    But let's look at Exhibit 15 from the website.

23             MS. THORPE:  Slide 28, please.

24   BY MS. THORPE:

25   Q    And now, this study 135 is people are having major

Cross-Examination – Dr. Arnett                    120

1   depressive disorder in patients with bipolar disorder,

2   right?

3   A    Yes.

4   Q    And there you -- the data that you include in your

5   table and your report which you report as actually being

6   kilograms of weight gain are actually a percentage of

7   adverse event reports, true?

8   A    True.

9   Q    And, Dr. Arnett, I'm not going to go through all of

10   these, there are more, because in the interest of time,

11   but I want to ask you if you would agree that it would

12   have been better to have accurately stated the results as

13   what the true results were for clinically significant

14   weight gain rather than saying they were clinically

15   significant weight gain when they were really adverse

16   event reports?

17   A    Actually it does not change my opinion.  The data are

18   consistent throughout the program of an increase in

19   weight.

20   Q    Will you agree that these are errors in your report?

21   A    No.

22   Q    All right.  Let's move on to --

23   A    And may I comment because I --

24   Q    You know, at this point I'd like to move to another

25   topic.  And there --

```
 1              MS. THORPE:  Unless Your Honor has questions,
 2   I'm ready to move on.
 3              THE COURT:  Well, it can be brought up on
 4   redirect.
 5              THE WITNESS:  Okay.  Thank you.
 6   BY MS. THORPE:
 7   Q    Dr. Arnett, I'm going to talk to you about -- we've
 8   been talking about weight.  Now I want to talk about
 9   diabetes, okay?
10        Other than the observational epidemiology which we'll
11   talk about in a minute, your report contains only one
12   relative risk on the association between Seroquel and
13   diabetes, and that is 2.02, right?
14   A    Yes.
15              MS. THORPE:  And let's pull that up on slide
16   650.
17   BY MS. THORPE:
18   Q    The 2.02 appears in paragraph 30 on page 10 of your
19   first amended report, and that's it, right?
20   A    Yes.
21   Q    Now, you derive the 2.02 from the June 2007 clinical
22   overview prepared by AstraZeneca, right?
23   A    Yes.
24   Q    And more particularly, the source of that information
25   is the document, and we're going to give it to you,
```

Cross-Examination – Dr. Arnett                    122

1    Exhibit 36.  It was Exhibit 24 in your deposition.  So...

2         Now, Doctor, first of all, do you agree that this

3    is -- this Exhibit 36, which is Exhibit 24 in your

4    deposition, is the source of the information in the

5    calculation by which you got the 2.02?

6    A    Yes.

7    Q    Now, you're aware that the 2.02 is based on adverse

8    event reporting, right?

9    A    Yes.

10   Q    And you didn't say that anywhere in your report that

11   the 2.02 is based on adverse event reporting?

12   A    No.

13   Q    And, Doctor, in clinical trials, sometimes patients

14   are exposed to the drug under study, like Seroquel, longer

15   than they are exposed to the placebo, true?

16   A    True.

17   Q    And if you look at Exhibit 36, and actually look at

18   page 25, you see that people on Seroquel were using the

19   drug for a total of 3,486 days and that people on placebo

20   only had 172.9.

21   A    Correct.  Which makes calculation of the incidence

22   density in this case extremely fragile.

23   Q    People -- so I'm going to get -- I think you know

24   where I'm going.  So -- but bear with me.

25        People on Seroquel were exposed much longer to

1    Seroquel than people were exposed to placebo, right?  In

2    this --

3    A    Correct.

4    Q    All right.  And so people on Seroquel had a much

5    longer time period to report an adverse event than people

6    on placebo because of these differences in exposure?

7    A    I'm not sure you can make that direct comparison or

8    extrapolation because this is a compilation of many, many,

9    many, many short-term studies.

10   Q    But it's the number you used in your report.  That's

11   why I'm focused on it, but okay.

12   A    But it does not mean -- I think what you're trying to

13   infer is that people were followed for years and years on

14   Seroquel when they were not.  They were followed

15   predominately six weeks between --

16   Q    I'm not inferring anything, Dr. Arnett.  I'm just --

17   there's no calculation -- let me back up a second.

18       This 2.02 calculation that appears in your report,

19   that's your calculation?

20   A    Correct.  It's taking the incidence rate among

21   Seroquel versus incident rate among placebo.

22   Q    That's not a calculation that appears in Exhibit 36.

23   A    Correct.

24   Q    So in the circumstance where you have a difference in

25   exposure for the drug and a difference of exposure for the

Cross-Examination – Dr. Arnett

124

1    placebo, the best analysis, according to epidemiology

2    textbooks, is to look at incidence density, right?

3    A    Incidence rate or incidence density should yield the

4    same -- the same, not numeric answer, but the same

5    inference.

6    Q    Do you recall being asked in your deposition the

7    question of whether the best analysis, according to

8    epidemiology textbooks, when you're looking at a clinical

9    trial when the exposure time in one treatment greatly --

10   is significantly longer than another is incidence density?

11   A    And I would say generally, yes, but you have to have

12   sufficient sample size and follow-up time to comparison

13   groups to make valid inferences.

14   Q    Let me direct your attention to slide 75, your

15   deposition, page 34, lines 9 through 14, and just ask you

16   if that was your testimony that you gave in your

17   deposition?

18   A    Yes.  But I also gave similar testimony that said

19   there has to be something wrong with these numbers, when I

20   was shown this table.

21   Q    Well, you know, and -- and I -- I -- it's the number

22   that you calculated and put in your report.

23   A    Well, my number's right.  I'm saying there's

24   something strange with the incidence density which has to

25   do with having only one subject with diabetes among the

1   placebo group.

2   Q    Well, let's keep going.  So you think incidence

3   density is the way of correcting for the difference in

4   exposure between the exposed group in the case exposed to

5   Seroquel, and the placebo group, true?

6   A    Could you restate that?

7   Q    Incidence density is a way of correcting for the

8   difference in exposure between the exposed group and the

9   placebo group?

10  A    But incidence rate yields the same answer.

11  Q    That wasn't my question.  I was just defining

12  "incidence density."

13       But let me ask you another question.  Your 2.02

14  number is not based on incidence density, right?

15  A    My 2.02 number is based on incidence rate.

16  Q    It is not based on incidence density?

17  A    Correct.

18  Q    AstraZeneca actually provided incidence density in

19  table A2, right?  Which is part of Exhibit 36.  Page 25.

20       MS. THORPE:  You can pull it up, slide 655,

21  please.

22  BY MS. THORPE:

23  Q    See that?

24  A    Yes.

25  Q    So AstraZeneca provided the incidence density,

 1    correct?

 2    A    It is in the table.

 3    Q    When you use incidence density to analyze table A2,

 4    there the relative risk for Seroquel and diabetes is

 5    actually 0.67, below 1.0, true?

 6    A    That is true.  And as I said in my deposition, I've

 7    never, in all my years as an epidemiologist, seen a

 8    reversal of association like that, which calls into

 9    question the data itself.

10    Q    A relative risk below 1 does not show an association,

11    true?

12    A    True.

13    Q    A relative risk below 1 cannot show causation, true?

14    A    It depends on what you're trying to show.

15    Q    It can't show -- it could show a protective effect,

16    but it's not going to show causing a harmful effect?

17    A    I'm sure if you did a confidence interval around that

18    estimate of the incidence density ratio, it would span up

19    to 20 or 30.

20    Q    A relative risk below 1 does not show an association.

21    A    Without the confidence interval, I'm not answering

22    that.

23    Q    And you've -- okay.

24    A    I know you want me to say --

25    Q    No, no --

1    A    -- but the answer is untrue because it really depends

2    on the power of that study to detect the effect and the

3    width of that confidence interval around that point

4    estimate.

5    Q    And the bigger the confidence interval -- let's just

6    stop for a second and talk about this, okay?

7         So in epidemiology, a relative risk of 1 means there

8    is no association, no increased risk, correct, when you

9    get that result?

10   A    Correct.

11   Q    And numbers like that, scientists, epidemiologists

12   calculate confidence intervals in the -- surrounding the

13   number so that you can know the range of possible results

14   that could be true about a particular risk you're

15   studying, right?

16   A    Grossly speaking, that's correct.

17   Q    Okay.  Well, I'm trying not to be too gross, but --

18   and so if the confidence intervals include the number 1,

19   it is said that the result is not statistically

20   significant, correct?

21   A    Correct.

22   Q    And so when the confidence intervals are very close

23   to the relative risk or point estimate, if the confidence

24   intervals are, for example, above, if you've got a

25   number -- strike that.

1          If you look at confidence intervals that don't

2     include the number 1 and are very close together and close

3     to the point estimate that you've derived, then one would

4     say that you had a statistically significant result, true?

5     They don't include the number 1?

6     A     True.

7     Q     Okay.

8     A     Depending on which significance threshold you set.

9     Q     If the confidence -- and the typical significance

10    threshold is 95 percent, correct?  Or a P is also

11    expressed as a P value of 05?

12    A     Yes.

13    Q     And so if the confidence intervals are very, very

14    broad, large, then you say that the number is unstable,

15    correct?  The point estimate, the relative risk is

16    unstable?

17    A     The point estimate or relative risk lacks precision.

18    Q     And, Dr. Arnett, looking at the confidence intervals

19    that surround your calculation of the relative risk of

20    2.02 --

21          MS. THORPE:  Could we pull up the report, slide

22    650, please.

23    BY MS. THORPE:

24    Q     This is the number that you calculated.  First of

25    all, the 2.02 is not statistically significant, is it?

1    A    That is true.  But with only one case in the placebo

2    group, it would be impossible to find statistical

3    significance.

4    Q    This is the number --

5    A    The inadequate power --

6    Q    Bear with me, Doctor.  This is the only number that

7    you have in your report other than from observational epi

8    for diabetes, true, the 2.02?

9    A    Yes.

10   Q    And you just said it has one case in the placebo,

11   right?

12   A    Correct.

13   Q    And when we calculated the incidence density, which

14   you don't think is a good calculation, but the result is

15   0.67, below 1, right?  We just did that.

16   A    Yes.

17   Q    And the confidence interval on the number that you

18   are relying on in your report for diabetes, the only

19   number other than the observational epi, the confidence

20   intervals are extremely broad, ranging from .31 to 12.04,

21   true?

22   A    Which is not at all unexpected given who was

23   recruited into the trials, the short duration of

24   treatment, and that diabetes wasn't an end point that was

25   being ascertained.

1    Q    You would agree that the relative risk of 2.02, upon

2    which you rely for your opinions in this case, is

3    unstable?

4    A    It is one piece of a large total portfolio of

5    research of findings that I placed into my report.

6    Q    Now, you had testified in your deposition, and I

7    think you said obviously the 2.02 is not statistically

8    significantly elevated, true?

9    A    It's not powered.  So, in -- every time I'm asked

10   this and every time I respond, I will come back to the

11   point that there was not power, which means if the effect

12   is real, our ability to detect it is tiny.  We just don't

13   have power to detect it.  It doesn't mean that it's not

14   real.

15   Q    Let me -- so you agree that the 2.02 is not

16   statistically significant?

17   A    I agree, but it's not powered to detect that either.

18   Q    And if you could open up your Delaware declaration,

19   Dr. Arnett, which is Exhibit 3, and --

20           THE COURT:  Exhibit 3 or Exhibit 4?

21           MS. THORPE:  I'm sorry, Your Honor, it's

22   Exhibit 4.  I apologize.

23   BY MS. THORPE:

24   Q    And I direct your attention to page 8, paragraph 9.

25   And you see -- have you gotten there yet?

1    A    No.

2    Q    Are you there?

3    A    I am.

4    Q    Okay.  So in the second paragraph of Section 9 of

5    your Delaware declaration, you say that, "In order to have

6    a power within a range considered appropriate for making

7    inferences, you have to have a power of at least

8    80 percent," right?

9    A    That is a standard that we invoke in my work.

10   Q    And then -- so then you go down and you address the

11   2.02, right?

12   A    Uh-huh.  Correct.

13   Q    And you say that the power for the relative risk for

14   2.02 cannot be calculated using the program that you use,

15   right?

16   A    Correct.

17   Q    And -- and so -- and you say that there was only one

18   event among the placebo-treated subjects, right?

19   A    Correct.

20   Q    And so this is the 2.02 you're relying on as one of

21   your points for diabetes, and it is not powerful enough to

22   make inferences because you can't even calculate the

23   power, true?

24   A    The point estimate is the point estimate.  It's

25   consistent with the observational work that is -- we have

1    extensive literature for, and it's consistent with that.

2    Q    All right.  So the -- you don't know and cannot even

3    calculate using your equipment what the power is of the

4    2.02, true?

5    A    I won't even do it because it is so underpowered.

6    Q    Right.  And you cannot say that there is an

7    80 percent power in your 2.02 number, right?

8    A    But similarly, you cannot say that it's not an

9    important or -- important finding.

10   Q    Dr. Arnett, you cannot say that there is an

11   80 percent power to that 2.02, correct?

12   A    I can assure you the power is below 80 percent.

13   Q    Right.  So not statistically significant, and you

14   cannot calculate the power in your assurance under 80

15   percent for the 2.02, true?

16   A    True.

17   Q    Now, you've made a great deal of your idea about

18   power, and I just want this absolutely clear on the

19   record.  First of all, you have testified that your

20   methodology allows you to draw causal inferences from data

21   points that are not statistically significant, true?

22   A    Yes, because of all of the other Bradford Hill

23   criteria that we have discussed to date.

24   Q    So you agree that when a relative risk is not

25   statistically significant, you can draw a causal inference

1    from that relative risk?

2    A    In the context of statistically significant weight

3    gain, hyperglycemia, hyperinsulinemia, multiple

4    observational studies that find a statistically increased

5    risk, and all of the other evidence from other atypical

6    antipsychotics, yes.

7    Q    Let's pull up slide 82 so we can just how cleanly

8    you -- I want to direct your attention to your deposition,

9    page 20, lines 6 through 9.  That was your testimony on

10   statistical significance, correct?

11   A    Yes.

12            MS. THORPE:  Now go back to A21.

13   BY MS. THORPE:

14   Q    So you have cited Dr. Rothman in his classic textbook

15   on epidemiology, right, in your declaration?

16   A    Yes.

17   Q    And you've made a big deal that you have to look at

18   the power after you've already calculated the statistical

19   significance, right?

20   A    Yes.

21   Q    Dr. Rothman, who you cite in your report, you'll

22   agree, in his book -- and I have his book here if you'd

23   like to -- you want to trust my excerpt or --

24   A    I'll trust your excerpt.

25   Q    Okay.  Dr. Rothman says, "In planning a study, it is

1   reasonable to make conjectures about the magnitude of an

2   effect to compute study size requirements for power.  In

3   analyzing data, however, it is always preferable to use

4   the information in the data about the effect estimated

5   directly rather than to speculate about it with study size

6   or power calculation.  Confidence limits and even more so,

7   P value functions, contain much more of the essential

8   information by indicating the range of values that are

9   reasonably compatible with the observation, albeit in a

10  somewhat arbitrary alpha level, that is the statistical

11  significance level, assuming the statistical model is

12  correct."

13       Did I correctly -- you're not looking --

14  A    Absolutely.  So --

15  Q    You agree --

16  A    -- the relative risk is 2.  The confidence interval

17  went up to 12, indicating that the risk could be as high

18  as 12 for diabetes.

19  Q    It also could be as low as .13, below zero

20  protective --

21  A    But in light of all the observational data, it's

22  consistent with it being towards that central tendency of

23  2 or greater.

24  Q    All right.  Do you agree with what Dr. Rothman says

25  about power?

Cross-Examination – Dr. Arnett                      135

1   A     Yes.  And I'll also agree that AstraZeneca never

2   designed a study to test for incident diabetes.

3   Q     Let's --

4   A     And his point was about designing studies as well.

5   Q     Let's -- I'm going to now turn to another topic.  I'm

6   going to turn to the -- we've talked about weight.  We've

7   talked about -- and the 4.77 number.  We've talked about

8   the 2.02 number.  And now I'm going to talk about the lab

9   results from the NDA that you mostly relied on for your

10  opinion.

11        So as we know --

12        MS. THORPE:  Let's pull up slide 17.

13  BY MS. THORPE:

14  Q     And I'm going to your first declaration, which is

15  Exhibit 3 in the notebook.  And in that declaration,

16  Dr. Arnett, you agree that you said, "In fact, it was not

17  until I evaluated the NDA that I discovered that a wide

18  range of metabolic risk factor data such as dyslipidemia

19  and glucose were collected in the randomized controlled

20  trials included in the NDA.  These data were not readily

21  available in the published literature."

22        And then you go on to say, "The aggregate of these

23  level-one evidence data indicate a metabolic toxicity from

24  Seroquel."

25        Did I read that correctly?

Cross-Examination – Dr. Arnett                    136

1    A    Yes.

2    Q    Now, that's what you said in your declaration in

3    November of 2008 where you were addressing the issues

4    raised by AstraZeneca in the *Daubert* motion, true?

5    A    Correct.

6    Q    As you know, in your initial report, however, this is

7    how you start out --

8              MS. THORPE:  Let's go to slide 401, please.

9    BY MS. THORPE:

10   Q    This is your initial report.  This is in your -- both

11   your first report that's been marked as Exhibit 1 and your

12   first amended report.

13        What you say in your report before the *Daubert* motion

14   was filed was that limited data were provided in the NDA

15   related to glucose, insulin or other biochemical indices

16   of medical risk, correct?

17   A    No --

18   Q    Did I read that correctly?

19   A    No.  You said "medical risk."  It's "metabolic risk."

20   Q    I meant to say "metabolic risk."  Did I -- with that

21   amendment, did I read that correctly?

22   A    Yes.

23   Q    So let's talk about the limited information, Doctor,

24   that your first report talks about that was in the NDA on

25   metabolic risk, and let's start with glucose.  You don't

Cross-Examination – Dr. Arnett

1  identify in any of your reports any statistically

2  significant increase in glucose in the placebo-controlled

3  trials in the NDA, true?

4  A    They're not reported.  So it would have been

5  impossible to report them because they were not included.

6  Q    Are you saying there's no glucose stated in the NDA?

7  A    As far as glucose was collected in every study, but

8  it was not easily found within the NDA integrated safety

9  summary.

10  Q    Okay.  So you didn't look at the glucose tables that

11  are in the NDA?

12  A    I did.  I don't recall there being a specific table

13  for glucose.

14  Q    In the studies that you most heavily relied on -- in

15  the studies that you mostly relied on for metabolic

16  information, you don't recall reviewing tables for

17  glucose?

18  A    I recall there being descriptions of hyperglycemia.

19  I recall throughout the NDA studies comments such as,

20  "Seroquel is associated with hyperglycemia, but we dismiss

21  these results because patients may not have been fasting."

22       And so from my reading or within the NDA data itself,

23  they dismissed any hyperglycemia association with the drug

24  because of the fasting issue.

25  Q    Okay.  It's going to take us a minute to put our

 1   hands on the tables that you obviously haven't looked at,

 2   but let me just -- you know, can you -- do you know what

 3   the increases in glucose or decreases in glucose were in

 4   the NDA?

 5   A    I don't recall there being a separate table for

 6   glucose in the integrated safety summary.

 7   Q    Let me direct your attention to table -- for example,

 8   table 11.4.1 from the NDA, have you ever reviewed this

 9   table?  Have you reviewed this?

10   A    I'm thinking.  Could you give me one moment?  I want

11   to be accurate.

12        I don't remember seeing this table.  And it's

13   interesting because this table has a different name than

14   I -- what I had in my integrated safety summary.

15   Q    Okay.  So you don't remember ever looking at this

16   data?

17   A    And I don't remember tables named "T."

18   Q    I'm sorry?

19   A    I don't remember tables with the name "T"?

20   Q    Okay.  So you don't think you've ever looked at this

21   data before that shows that there were 204 normal people

22   at baseline?  You have not looked at T11.4.1, as best you

23   can recall?

24   A    No.  It would have been in my report.

25             MR. PENNOCK:  Pardon me, Your Honor.  May I just

1   have that number, that slide number?

2              MS. THORPE:  The slide number -- we just pulled

3   it out because she said -- so it doesn't have a --

4        Do you have a slide number?

5              THE WITNESS:  This says "Approved in November of

6   1998," which is well after the NDA application.  I don't

7   know where these data are from.

8   BY MS. THORPE:

9   Q    Okay.  We will -- we will -- we will -- when we take

10  a break, we'll get the glucose charts out, which you

11  obviously haven't looked at.  But let's --

12  A    But I did read about hyperglycemia in the

13  descriptions of each study in the integrated safety

14  report.

15  Q    Okay.  Let's just keep you on because we're going to

16  get to -- to data that you do have in your report from the

17  NDA on glucose, okay?  Because do you have some data, but

18  you obviously have not read these tables so...

19       So let's go back to the original question,

20  Dr. Arnett:  You do not identify any statistically

21  significant increase in glucose in the placebo-controlled

22  trials in the NDA in your reports?

23  A    Not that I recall, but as I said, they were not -- I

24  could not find them.

25  Q    Okay.

Cross-Examination – Dr. Arnett

1   A    The extensive data about them, only excerpts of

2   hypertriglyceridemia or hyperglycemia.

3   Q    And you know that to be diagnosed with metabolic

4   syndrome, for example, you have to have an elevated

5   fasting glucose, correct?

6   A    Are you speaking specifically of the metabolic

7   syndrome, or are you speaking of --

8   Q    I'm speaking specifically of metabolic syndrome.

9   A    -- impaired glucose tolerance?

10  Q    I'm talking about -- well, let's first talk about

11  metabolic syndrome.  You talk about metabolic syndrome in

12  your declaration.  What is metabolic syndrome?

13  A    Metabolic syndrome is a composite of risk factors

14  that is associated within a four- to five-fold greater

15  risk of diabetes.  It's a composite that's based on lipid

16  values, specifically triglycerides and HDL cholesterol,

17  waist size, blood pressure levels.

18  Q    And you have to have -- one of the five factors, and

19  you have to have three out of the five, and for glucose,

20  it has to be a fasting glucose, true?

21  A    True.

22  Q    And you agree that ideally your opinions would be

23  based on clinical trials that involve fasting glucoses,

24  right?

25  A    Well, actually, I disagreed with this in my

1    deposition, and I'll tell you why.

2    Q    Okay.

3    A    And that is because -- and one of the -- my arguments

4    against why they didn't include it in the NDA, is that

5    through randomization, you should be balancing out those

6    who should be nonfasting and fasting because that's the

7    purpose of randomization, to avoid confounding.

8         And so the number of nonfasters in the Seroquel and

9    placebo arm should have been equal through randomization.

10   So the number may not be a fasting number, but the

11   difference between the groups would be an acceptable

12   comparison.

13   Q    Do you recall that you were asked the question about

14   the need for fasting glucoses in your deposition and you

15   responded that ideally you would have fasting measures?

16   A    Ideally you would.

17   Q    And you have made a point in your report in this case

18   to note when glucose data comes from patients who have

19   been fasting, right?

20   A    Yes.

21   Q    And we've already talked a little bit about CATIE or

22   actually in some detail, and you agree that CATIE says

23   that both glucose and triglycerides are affected by recent

24   food ingestion, right?

25   A    I did not -- I don't know if CATIE said that

Cross-Examination - Dr. Arnett                     142

1    specifically, but I know --

2    Q    You agree with that?

3    A    -- from my own practice they are.

4    Q    You agree that's true?

5    A    Yes.

6    Q    And you know that in the CATIE paper, the primary

7    analysis of metabolic end points included only subjects

8    with fasting values at baseline and the primary end point,

9    right?

10   A    The primary end point was discontinuation of

11   treatment.

12   Q    Have you reviewed, Dr. Arnett, the CATIE paper on

13   metabolic parameters?

14   A    I have.

15   Q    Okay.  And do you understand that the primary end

16   point in the -- in that paper, that the primary analysis

17   included only subjects with fasting values at baseline and

18   the primary end point?

19   A    They did a series of analyses, some in which they

20   included only fasting and some in which they deleted

21   glucose altogether from their metabolic syndrome

22   definition.

23   Q    This is just really a short point, Dr. Arnett.  We're

24   going to talk about CATIE in a minute in a little more

25   detail.

1          MS. THORPE:  But let's pull up slide 657,

2    please.

3    BY MS. THORPE:

4    Q    You'll agree that in the metabolic analysis paper of

5    CATIE -- well, first let me ask you:  Have you ever read

6    Exhibit 41?

7    A    Yes.

8    Q    So when you gave your testimony this morning about

9    the 7.8-milligram glucose data that you talked about in

10   CATIE, you had read Exhibit 41?

11   A    No, I --

12   Q    Is that right?

13   A    No.  I got that from the Lieberman article.

14   Q    Right.  So, but you knew about Exhibit 41 when you

15   gave that testimony this morning?

16   A    Yes.

17   Q    Okay.  And it's a 2008 paper, correct?

18   A    Yes.

19   Q    All right.  You agree with me that in the metabolic

20   paper that was published in 2008, the primary analysis was

21   conducted in subjects with fasting laboratory values at

22   baseline and the primary end point, the fasting cohort,

23   true?

24   A    I will -- I will agree that in this paper the primary

25   end point was as described here.  For the CATIE trial

1    itself, that is not the primary end point.

2    Q    The data collected in the NDA, the data that you

3    primarily rely on, is nonfasting data, isn't it,

4    Dr. Arnett?

5    A    We don't know if it's nonfasting or fasting.

6    Q    You don't know that?

7    A    No.  They didn't report it.

8           MS. THORPE:  Could we pull up slide 658, please.

9    And could we have Exhibit 42.

10   BY MS. THORPE:

11   Q    So it's your testimony that you don't know whether

12   the glucose data in the NDA was fasting or nonfasting?

13   A    It wasn't a requirement of earlier studies so -- and

14   they didn't measure it in terms of asking people if they

15   were fasting or not.

16          MR. PENNOCK:  Your Honor, I apologize for

17   interruption.  May we have an identification of this

18   document, please?

19          MS. THORPE:  Yes.

20          THE COURT:  Are you talking about Exhibit 42?

21          MR. PENNOCK:  Yes, Your Honor.

22          MS. THORPE:  I just gave it to you.

23      This comes from, Your Honor, the May 2000 submission

24   to the FDA of the NDA glucose data.  And it is a document

25   relied upon by Dr. Arnett in her report.

1        Specifically Dr. Arnett talks about it on

2   paragraph 30, page 9 of her first amended report.  And if

3   there's any confusion, I'd be happy to clear up any

4   confusion about it right now because it's right in her

5   report.

6            MR. PENNOCK:  No confusion, Your Honor.

7        I just want to be clear it's not from the NDA, it's

8   from the submission in 2000, correct?

9            MS. THORPE:  It's describing the NDA, and she

10   relies on it for that point.

11   BY MS. THORPE:

12   Q    So let me just -- just so that we don't -- because

13   this is an important point and I don't want any confusion

14   about it.  Dr. Arnett, could you look at your report,

15   please, your first amended report, paragraph 30.

16   A    What page?

17   Q    Page 9, paragraph 30.

18   A    (Witness complies.)

19   Q    Are you with me?

20   A    Yes.

21   Q    So in paragraph 30, as your own report says, "At the

22   request of the FDA in May 2000, AstraZeneca evaluated

23   disturbances in glucose regulation in their phase 1 to 3

24   program as well as postmarketing surveillance."

25            Did I read that right?

1   A     Yes.

2   Q     And then you go on to say, "In the short term, less

3   than six weeks' duration placebo-controlled studies, only

4   230 Seroquel-treated subjects and 400 (sic) -- 143 placebo

5   subjects had glucose measures analyzed," right?

6        Did I read that right?

7   A     You read that right, you read that correctly, but I

8   know that the trials within the phase 2, 3 program

9   evaluated glucose in every study.

10  Q     And you understand that the -- and I asked you about

11  this at the very beginning of the day.  You understand

12  that the phase 2 and phase 3 studies were the NDA studies,

13  right?

14  A     Yes.

15  Q     Okay.  So what happened was the NDA was done, and

16  then in May of 2000, the FDA asked AstraZeneca to

17  summarize its glucose disregulation data, right?

18  A     Correct.

19  Q     And they went back and they put together a document

20  that you rely on in your report summarizing the NDA's

21  glucose data, true?

22  A     Yes.

23  Q     Is that right?  Okay.

24        So I think we're together on this.  So let me get you

25  back to Exhibit 42 from the --

Cross-Examination - Dr. Arnett                    147

1              MS. THORPE:  Which is slide 658, please.

2    BY MS. THORPE:

3    Q    And so now we're looking at a summary of the glucose

4    data from the NDA, right?  And you can tell from -- in

5    Exhibit 42 right at the beginning, it says, "In the

6    Seroquel NDA," right?

7    A    Well, what they're reporting here are from these five

8    trials, three short-term placebo, one short-term

9    comparator, one long-term trial, but there were more

10   trials in this within the NDA.  And glucose was collected

11   in every trial.  What they're reporting in 2000 to the FDA

12   is what's listed here.

13   Q    Doctor, I just want you to read with me, "In the

14   Seroquel NDA," according to Exhibit 42, "glucose data were

15   collected in five trials, three short-term

16   placebo-controlled trials," which have a long number that

17   are 08, 04, 06, "one short-term comparator-controlled

18   trial and one long-term comparator-controlled trial,"

19   right?

20   A    That is what they say, but I'm testifying that within

21   the NDA, they measure glucose on every trial.

22   Q    So in your report, as we started out at the very

23   beginning of the day, you say there were four

24   placebo-controlled trials, you remember that?

25   A    In the NDA.

1    Q     In the NDA.  All I'm focused on here is NDA.  It's

2    the basic point.  And there are three of them that you

3    cite in your report that collect -- the placebo-controlled

4    trials are 04, 06, 08, and 013 that are in the NDA, right?

5    A     Yes.

6    Q     013, the study 13 with the infamous 4.77 didn't

7    collect glucose data, right?

8    A     It did collect glucose data.

9    Q     You're testifying today that 013 collected glucose

10   data?

11   A     From my memory of going through the NDA studies,

12   every study collected glucose.

13   Q     Okay.  All right.  So if you look down at the bottom

14   of Exhibit 42, you see where we're trying to get on

15   fasting, Dr. Arnett, "In the Seroquel clinical trials, the

16   investigators were not instructed when to take plasma

17   samples for assessment of glucose levels, and thus the

18   glucose values obtained were random values," right?

19   A     That's what they say.

20   Q     Okay.  So what the document from the May 2000

21   submission that you rely on in your report says that the

22   glucose data in the NDA is not fasting, right?

23   A     It is unclear whether it was fasting or not fasting.

24   Q     Okay.  So do you have any basis to disagree -- for

25   your disagreement or to disagree with the statement of

Cross-Examination – Dr. Arnett                    149

1   AstraZeneca regarding whether or not the data in the NDA

2   were fasting or not fasting?  Can you point to something

3   that says it's fasting?

4   A     From my work in clinical research, patients tend to

5   come into clinics fasting when they're coming in for a

6   blood draw.  So they didn't collect information.  I can't

7   tell you if it's fasting or not fasting.  But I can tell

8   you that the differences between the groups, because of

9   randomization, should be balanced in terms of differences

10  in glucose.

11  Q     As you sit here in the -- here, you can't tell us or

12  point to us anyplace in the NDA that says that the data

13  collected are fasting.

14  A     No.

15  Q     I want you to look at slide 2.2 which has the

16  clinical laboratory assessments by trial.  And do you

17  recall just a minute ago you said that trial 13 had

18  glucose collected.  And if you look down at the "glucose"

19  line, and you look at the top line which identifies the

20  trial by number, you see that the trial with glucose, the

21  trial -- trial 13 did not have glucose collected, true?

22  A     That's what this table says.

23  Q     And have you ever seen this table?

24  A     No.

25  Q     Now, we've already said you haven't been able to

1    identify a statistically significant increase in glucose

2    in the NDA you rely on.  And now we know at least

3    AstraZeneca knows that the glucose in the NDA was not

4    fasting.

5    A    Which is why they relied on the 200-milligram

6    threshold rather than a 126-milligram threshold.

7    Q    Well, let's look at your report on that point,

8    Dr. Arnett.  If you -- if you -- since you just made it,

9    if you go down on page 9 where your -- on page 9,

10   paragraph 30 of your report, you have two data points from

11   the NDA on glucose.  So we know now that at least

12   AstraZeneca says they're not fasting and you can't find

13   anything on that.

14   A    Well, you can't claim it or deny it.  There's no

15   data.

16   Q    If you'll look down at the bottom of paragraph 30,

17   you give --

18          MS. THORPE:  If we could pull that up, folks, on

19   the report.  And if we could highlight the "in the

20   short-term, less than six weeks" down to the

21   "additionally."  There we go.

22   BY MS. THORPE:

23   Q    You'll agree with me that the data in your first

24   amended report on paragraph 30, page 9, is the only data

25   in your report about glucose levels from the NDA.

1    A    They're from the phase 1 through 3 program.  I'm not

2    sure they're exclusively from the NDA, but I will assume

3    since it says "phase 1 through 3," they are NDA.

4    Q    Let's look at the first one.  The P value for the

5    first result that you rely on is a P value of .12,

6    correct?

7    A    No.  What I rely on is the point estimate of 3.6.

8    Q    The point estimate of 3.6 that you rely on has a

9    measured P value, correct?

10   A    It does.

11   Q    And that P value is .12, correct?

12   A    It is .12.

13   Q    That is a P value that is not statistically

14   significant, correct?

15   A    Correct, but the power for that assessment was quite

16   low actually --

17   Q    We'll get to that in just a second, okay?

18        And the next sentence you have, the other data point

19   that you have -- the only other data point you have on

20   glucose from the NDA is a relative risk that you

21   calculated of 4.87 with a confidence interval ranging from

22   below 1 at .83 to 29.30 with a P value of .116, right?

23   A    Correct.

24   Q    That relative risk is not statistically significant,

25   correct?

1    A    Correct.  And was inadequately powered to detect

2    significance.

3    Q    And those are the only -- those are the only data

4    points on glucose from the NDA that -- placebo-controlled

5    trials that you mostly relied on, true?

6    A    From the NDA.

7    Q    Yes.

8    A    That is what's from the NDA on hyperglycemia.

9    Q    Okay.

10   A    The current label has a statistically significant

11   increased risk of hyperglycemia.

12   Q    Dr. Arnett, I'm trying to make it through your

13   report, okay?  So let's stick to the -- right now we're

14   focusing on the NDA.

15        So you mentioned the power, and you -- if you could

16   look at your Delaware declaration, which is Exhibit 4, and

17   if we look at page 9, and I want to direct you to the

18   paragraphs that deal with those two data points that we

19   just looked at.

20           MS. THORPE:  If you could highlight the two

21   short-term paragraphs.

22   BY MS. THORPE:

23   Q    See that?  Now, you've already testified, and in fact

24   in the page before, you said that "Power of at least

25   80 percent is necessary to say that a nonsignificant

1    finding is real," right?

2    A    It's the accepted threshold.

3    Q    But I mean, you wrote that -- those words, that

4    "Power of at least 80 percent is necessary to make a

5    nonsignificant finding real"?

6    A    Yes.

7    Q    Okay.  Let's go to the next page.  And let's look at

8    your two data points on glucose from the NDA.

9         The first one you note, which is the 3.6 number with

10   the P value of .12, you say has a power of 34 percent.

11   Less than 80 percent, true?

12   A    True.

13   Q    And then for the next data point, which is the

14   relative risk of 4.87 and a P value of .116, you say the

15   power is 64 percent.  Less than 80 percent, true?

16   A    Yes.

17   Q    All right.  So -- so, Doctor, to sum up -- to sum

18   up -- and we're going to stop talking about the NDA and

19   glucose, but you have no statistically significantly

20   increased glucose out of the NDA placebo-controlled

21   trials, you have no fasting data that you've been able to

22   point to in the NDA on glucose, and you've written in your

23   declaration that the data on glucose are not adequately

24   powered to be able to make a causal inference, true?

25   A    The statistically insignificant finding cannot be

Cross-Examination – Dr. Arnett                    154

1    interpreted as insignificant given the power that was

2    available to test that hypothesis.  So you're turning it

3    around a bit to your favor.

4         The correct interpretation is for this observation

5    with this point estimate and this P value, you only had

6    64 percent chance of getting it right.

7    Q    You can't affirmatively use -- Doctor, at that power

8    and at that -- and with statistical insignificance, you

9    cannot use those data in such a way that you are able to

10   rule out chance as an explanation for the result, true?

11   A    Which is why --

12   Q    Is that true?

13   A    That is true.  Which is why, as epidemiologists, we

14   look at multiple ways to infer causality.

15          MS. THORPE:  Can we move on now to study 125.

16        Could we give a copy of exhibit 49 to the witness,

17   please.

18        No, let's do 50, actually.

19   BY MS. THORPE:

20   Q    Okay.  So you spent some time talking on direct about

21   clinical trial 125 which, at the beginning of the day, you

22   acknowledged was not discussed anyplace in your reports.

23   Clinical trial 125 lasted six months, right?

24   A    Twenty-four weeks.

25   Q    Right.  That's six months, right?

Cross-Examination – Dr. Arnett                    155

1    A    A little less than six months.

2    Q    Okay.  About six months.

3         The glucose data in study -- clinical trial 125 are

4    fasting, right?

5    A    Yes.

6    Q    In fact, what happened was in that study, the

7    patients were hospitalized overnight to ensure that they

8    were fasting, true?

9    A    True.

10   Q    Now, in your deposition, Dr. Arnett, you excused your

11   failure to read 125, as we talked earlier today, because

12   you didn't have time to read everything in detail, right?

13   A    That is not the reason I didn't read 125.

14   Q    Okay.  Why didn't you read 125?

15   A    I did read 125.  It's in my deposition.

16   Q    You read the website about 125, right?

17   A    Is the website -- does AstraZeneca publish false

18   things on their website?

19   Q    Okay.  You thought that reading the synopsis of 125

20   was sufficient?

21   A    Well, it's a 12-page to 15-page summary of the study

22   and its results.

23   Q    All right.  You talked about it being an open-label

24   trial, but the trial in fact was blinded with regard to

25   the laboratory reports, right?

1    A    That is -- was the intention, but the decision about

2    protocol violations and inclusions and exclusions in the

3    analysis phase was not unblinded, which is the important

4    point.

5              MS. THORPE:  Could we have slide 745.  And could

6    we have Exhibit 52.

7    BY MS. THORPE:

8    Q    So you'll agree that study 125, the protocol was as

9    indicated by Exhibit 52, that is, that laboratory results

10   for glucose metabolic variables, lipids in proactive level

11   were blinded to the investigators, patients and sponsor

12   until the database had been locked," agree with that?

13   A    Until the database was locked, yes, I'll agree with

14   that.

15   Q    Okay.

16   A    Which is different than what happened at the end of

17   the analysis.

18   Q    In your declaration, Dr. Arnett, you say as -- that

19   you did not discuss 125 in your report because it's a

20   lower level of scientific evidence than the NDA which you

21   mostly rely on, right?

22   A    It's a low -- it's because it's not double-blinded,

23   it is not of the same quality of a study as a randomized

24   study.

25   Q    All right.  Let's pull up your declaration, page 4,

Cross-Examination – Dr. Arnett                157

1    it's your first declaration in the MDL, slide 505.  This

2    is page 4 of your declaration and paragraph 3.

3        So you're responding to the assertion that -- you

4    know, by AstraZeneca, that you made no attempt to explain

5    away the results of 125.  And your response in your

6    declaration is that, "It was not a placebo-controlled,

7    randomized clinical trial, but rather was an open-label

8    study, and that open-label studies fall into the level 2

9    line of evidence according to the U.S. Preventative

10   Services Task Force, a level of evidence that falls below

11   that of a double-blind randomized clinical trial," right?

12   A    Correct.

13   Q    And you're saying that's why you didn't include it in

14   your expert report, right?

15   A    Well, I included the summary from the 125 AstraZeneca

16   website.  But correct.

17   Q    Dr. Arnett, we went through this this morning.  Look

18   at your report.  Study 125 does not appear in either of

19   your reports.  I just want the record to be clear.  You

20   can look at them, 1 and 2, there's no reference to study

21   125.

22   A    It's in my deposition.

23   Q    Somebody asked you about it in your deposition, and

24   you said you hadn't read it in detail.

25   A    I had read it, the synopsis from the website.

1    Q    Dr. Arnett, just in your reports, you do not discuss

2    clinical trial 125?

3    A    Agreed.

4    Q    Okay.  So here you say that study 125 was not -- was

5    a level 2-1 piece of evidence falling below the

6    double-blind randomized clinical trial, right?

7    A    Yes.

8    Q    All right.

9          MS. THORPE:  Let's pull up slide 598, please.

10   BY MS. THORPE:

11   Q    Now, this is --

12         MS. THORPE:  If we can kind of highlight level 1

13   and level 2.

14   BY MS. THORPE:

15   Q    Now, you agree -- first of all, you agree clinical

16   trial 125 is randomized, right?

17   A    Yes.

18   Q    So level 1 evidence is evidence obtained from at

19   least one properly randomized controlled trial, right?

20   A    This is -- not the website that I drew my level 1.

21         MS. THORPE:  Can we have --

22   BY MS. THORPE:

23   Q    We have it here, Doctor.

24         MS. THORPE:  Let's have Exhibit 53, please.

25

1    BY MS. THORPE:

2    Q    All right.  Doctor, this is a copy of the website for

3    the Agency for Healthcare Research and Quality, right?

4    A    It is.

5    Q    And on page 4 of your first amended report, you cite

6    in footnote 10, "A website for the Agency for Healthcare

7    Research and Quality," true?

8    A    Yes.

9    Q    And this is the hierarchy of research design that you

10   were referring to that's in Exhibit 53 that you were

11   referring to in your report, true?

12   A    This looks different than the website that I

13   accessed.

14   Q    Okay.  What's different about it?  It has different

15   hierarchy -- well, let me just ask you.  Table 2 hierarchy

16   of research design uses the terms "level 1," "level 2-1,"

17   "level 2," those are levels that you used in your report,

18   true?

19   A    True.  But they don't match exactly what I qualified

20   as the open-label study for 125.

21   Q    And the hierarchy you cite in your report comes from

22   the same organization, the Agency for Healthcare Research

23   and Quality as the website I've handed you that's

24   Exhibit 53, right?

25   A    It does come from there.  It's not the same website

Cross-Examination – Dr. Arnett                        160

 1   sheet that I looked at when I -- but irrespective, an

 2   open-label trial is not deemed of the same quality as a

 3   randomized double-blind trial.

 4   Q     And you can see my colleagues just pulled up that

 5   this Exhibit 53 contains the hierarchy of the U.S.

 6   Preventative Services Task Force which is what you cite in

 7   your first amended report, true?

 8   A     True.

 9   Q     So we've agreed that clinical trial 125 is a

10   randomized trial, correct?

11   A     120 --

12   Q     Clinical trial 125.

13   A     Yes.

14   Q     Is a randomized trial?

15   A     It is randomized.

16   Q     All right.  So --

17   A     It is open-label and randomized.

18   Q     And if you use the hierarchy that is in Exhibit 53,

19   it is not level 2-1 evidence, true?

20   A     According to this sheet that you have put forward,

21   but that was not the site that I looked at.

22   Q     Okay.  Can you tell us the site you did look at?

23   A     I can't recall it, but it was a level 1.  Level 2-1

24   did not include randomization.

25   Q     Okay.

1    A    This is a well-known and accepted clinical trial

2    paradigm that open-label studies are of poorer quality

3    than randomized double-blind studies.

4    Q    I'm sorry.  You just said that level 2-1 doesn't

5    include randomization under the --

6    A    Under this one, it says -- it -- any randomized trial

7    is in level 1.  What I said was that it is the -- widely

8    accepted in the field of clinical trial research that

9    double-blind trials are the most -- of highest quality

10   design.

11   Q    All right.  Well, let's go on and talk about 125

12   data.  You agree that the primary end point of clinical

13   trial 125 was change in area under the curve over 24 weeks

14   after a two-hour glucose tolerance test, right?

15   A    Yes.

16   Q    And the primary end point, this area under the curve

17   end point, is the sum of several data points collected,

18   right?

19   A    It's not a sum.  It's a -- area under the curve is

20   not a sum.

21   Q    Okay.  It covers multiple data points, this curve?

22   A    Yes.

23   Q    And the area under the curve includes a fasting blood

24   glucose that is taken at the beginning of the test, right?

25   A    Yes.

1    Q    And it includes the tests of the glucose at 30, 60,

2    90, and 120 minutes, right?

3    A    Correct.

4    Q    And the patients had this before they took Seroquel.

5    And then after 24 weeks, almost six months on Seroquel,

6    they had it again in the hospital?

7    A    They had it at 12 weeks as well, but that wasn't

8    reported anywhere except in the clinical study report.

9    Q    In the clinical study report it was reported?

10   A    It was reported.

11   Q    And at the -- and they were clearly fasting because

12   they were in the hospital.

13   A    Yes.

14   Q    All right.  So there was no statistically significant

15   change --

16           MS. THORPE:  Let's have Exhibit 56, please -- 56

17   and 57.

18   BY MS. THORPE:

19   Q    Pardon me, Dr. Arnett, we'll get you the tables.

20        So, Dr. Arnett, looking at Exhibit 56 --

21           MS. THORPE:  If you pull up slide 749.

22   BY MS. THORPE:

23   Q    Looking at Exhibit 56, you know that there was no

24   statistically significant change in all of the data points

25   that are reflected in the area under the curve after

1   almost six months of treatment with Seroquel, right?

2   A    This -- well, this is a test of the difference in the

3   area under the curve between Seroquel, Olanzapine, and

4   Seroquel and Risperidone.  And as I've already commented,

5   there a much greater dropout, as you'll see from the

6   numbers here, in Seroquel so that only those who tolerated

7   the dose and made it to week 24 are included.

8   Q    You'll agree that there was no statistically

9   significant change in the area under the curve in

10  patient -- for patients treated with Seroquel from

11  baseline to the end of the six months?

12  A    No, that is not what was tested in this study.  May I

13  explain what was tested in this --

14  Q    I understand that you're talking about the active

15  comparators.  I'm asking you a question.  Was there a

16  statistically significant change in the area under the

17  curve when you compared Seroquel users -- people who

18  before they started taking Seroquel to people after they

19  started taking Seroquel?

20  A    So now you're asking a different question.  You're

21  asking within Seroquel itself, before and after, was there

22  a statistically significant change within people who took

23  Seroquel with the area under the curve; is that what

24  you're asking?  Because those were both hypotheses.

25  Q    I'm going to ask you two different -- I hear what

1   you're saying.  Let's look at your report because you

2   answered this question in your report.

3              MS. THORPE:  Slide 747, please.

4              THE WITNESS:  I thought it was in my report.

5   BY MS. THORPE:

6   Q    Not your report, your declaration.  Excuse me.  It is

7   in your declaration.  All right.  This is your November

8   declaration.

9        You say on page 4, "Nonetheless, even though the

10  primary outcome measure, the change at 24 weeks of the

11  area under the curve in a two-hour glucose test --

12  tolerance test was not significant," right?

13  A    Right.

14  Q    So you agree that when people, before they started

15  taking Seroquel and after they started taking Seroquel,

16  there was no statistically significant change in the area

17  under the curve?

18  A    No.  In the comparison with the other groups, there

19  was no statistical significance.

20  Q    Okay.  Dr. Arnett, let's look --

21             MS. THORPE:  Pull back up table --

22  BY MS. THORPE:

23  Q    So are you saying that there was a statistic -- let

24  me just get this absolutely clear because this will be --

25  this is an important point.

1        Is it your testimony, as you sit here today, that

2   people who at baseline had not taken Seroquel and had

3   the -- the oral glucose tolerance test and were followed

4   for the numbers that composed the area under the curve and

5   then six months later they have the same test, is it your

6   testimony today that there was a statistically significant

7   change in the area under the curve when that comparison

8   was made?

9   A    What was being compared in this study specifically

10  was a difference between Olanzapine and Seroquel, and

11  Seroquel and Risperidone, and what they claim is that

12  there was no statistical significant difference between

13  those comparisons.

14       It was not asked whether Seroquel caused a

15  before-and-after statistically significant increase in the

16  area under the curve.  That wasn't the test being

17  conducted.

18  Q    All right.  Let me direct your attention to

19  Exhibit 56.  And I'm going to direct your attention to the

20  column that's labeled "Seroquel."  And there is a mean

21  stated there for area under the curve.  Do you see that?

22  And the change at week 24, the 0.5?  Are you with me,

23  Dr. Arnett?

24  A    Yes.

25  Q    And you see that it's not statistically significant?

Cross-Examination - Dr. Arnett

1    A    Yes.

2    Q    Do you understand, Dr. Arnett, that there was a

3    comparison made in clinical trial 125 between Seroquel --

4    between people who were at baseline and then who used

5    Seroquel for six months and the area under the curve was

6    measured and that there was no statistically significant

7    difference between baseline and six months of Seroquel use

8    on that data point?

9    A    It depends on if you exclude the diabetics or not.

10   And when you do, there is a statistically significant

11   increase.

12   Q    Let me just ask you --

13   A    In this table, there's no statistical increase.

14   Q    So -- so let's just be -- because we'll get to this

15   other point you just slid in.  But now you're agreeing

16   that a comparison was made between people before they took

17   Seroquel who had an oral glucose tolerance test and all

18   the data points were collected for 30, 60, and 120

19   minutes, and they a fasting glucose, that was done at

20   baseline and then six months later was all done over again

21   in people who had used Seroquel for six months, and that

22   there was no statistically significant difference in the

23   area under the curve according to table 55, true?

24   A    What I will say is that among the 111 people who

25   could stay on the drug and who were reassigned and dropped

1   out because of protocol violations that were done in an

2   open way by the study investigators that had 23 diabetics

3   in the group, yes, I agree with you.

4   Q    Now, have you done a calculation where you take out

5   some people and you have done some calculation with a

6   number involving diabetics involving study 125?

7   A    AstraZeneca's done that.  And I reviewed that data.

8   Q    Tell me where it is.

9   A    It is -- I don't remember now where I've seen it.

10  Q    It's not in your report.

11  A    It's in the -- it's in the clinical study report.

12  Those data are in the clinical study report.

13  Q    Okay, Dr. Arnett.

14        THE COURT:  We're going take a recess until

15  3:25.

16      (Recess taken.)

17        THE COURT:  All right.  Go ahead.

18  BY MS. THORPE:

19  Q    Dr. Arnett, I want to talk about the observational

20  epidemiology.  As we have discussed, your declaration says

21  that your opinions were mostly formed from the

22  placebo-controlled randomized trials in the NDA, right?

23        MS. THORPE:  Pull up slide 604, please.

24  BY MS. THORPE:

25  Q    That's what you said in the declaration, true?

1   A    Yes.

2   Q    You have also said that the observational

3   epidemiology studies are not as useful as the clinical

4   trials in demonstrating cause and effect, true?

5   A    Observational studies have more difficulty because of

6   the confounding issue.  So for that reason, randomized

7   controlled trials are preferential to observational

8   studies, but epidemiologists utilize observational studies

9   in our day-to-day practice.

10        MS. THORPE:  Can we have slide 502.

11   BY MS. THORPE:

12   Q    Which is in your MDL declaration, page 3.

13        Is it correct that you wrote the sentence,

14   Dr. Arnett, that, "The cause of randomization of subjects

15   in controlled administration of the agent under study,

16   experiments are considered more useful than observational

17   studies to demonstrate cause and effect relationships"?

18   A    That is true in the case where you can utilize an

19   experimental design, but it doesn't preclude making

20   causation arguments from observational data.

21   Q    And that's what you wrote, though, that sentence?

22   A    Yes.

23   Q    In this case, you have referred to the observational

24   epidemiology as a lower level of scientific evidence,

25   right?

1    A    For the reasons I just stated.

2    Q    That's correct.

3    A    In this particular case, where I had access to

4    randomized studies, that is true.  However, in the

5    question regarding diabetes as a unique characteristic,

6    the only data that I could conclusively rely on were the

7    observation studies.

8    Q    Because you didn't have any data on diabetes other

9    than that 2.02 from the randomized control trials, right?

10   A    The randomized studies were not large enough to

11   identify diabetes as an outcome, nor were they designed to

12   do that.

13   Q    So in the hierarchy of scientific evidence from the

14   U.S. Preventative Services, even using whatever the

15   website you located, the observational epidemiology falls

16   into the third level, correct?

17   A    If my memory serves me correctly, it's level 2-2.

18          MS. THORPE:  Let's pull up Exhibit 53 -- excuse

19   me, slide 598.

20   BY MS. THORPE:

21   Q    And you have Exhibit 53.  Now, I realize that you

22   think there's another website from the U.S. Preventative

23   Services and for the Agency for Healthcare Research

24   Quality, but in the -- excuse me, I'm sorry.  Excuse me,

25   2-2.  I may have misspoken.  Did I say 3?  I meant to say

Cross-Examination – Dr. Arnett                    170

 1   2.  It's the third level, 2-2 observational epidemiology

 2   that is well designed falls into the 2-2 category which is

 3   the third level in table 2, correct?

 4   A    Correct.

 5   Q    So it falls below, for example, trials without

 6   randomization and below randomized trials?

 7   A    That is correct.  That's why you have to evaluate, in

 8   this case, the totality of data.

 9   Q    Now, in connection with the Vioxx litigation, you

10   said that the observational epidemiology data were

11   irrelevant once you had the clinical trial data, right?

12   A    Correct.

13   Q    And in fact, you said in the Vioxx litigation, that

14   you would reserve your causation opinions if you didn't

15   have any clinical trial data.  Do you remember giving that

16   testimony?

17   A    Can you restate that?

18   Q    I'll ask it again.  We can pull up the deposition

19   page.

20        MS. THORPE:  It's slide 819, please.  So can we

21   give Dr. Arnett the --

22        THE WITNESS:  So in the case of Vioxx, there

23   were two large clinical trials that both showed

24   statistical significance of an evidence of an effect and

25   the drug had been withdrawn from the market based on that,

1   which is entirely different than the current litigation.

2   BY MS. THORPE:

3   Q    Okay.  I just want to --

4           MS. THORPE:  Your Honor, if we may give

5   Dr. Arnett her Vioxx depositions just so that we -- she

6   has them in front of her.

7   BY MS. THORPE:

8   Q    Dr. Arnett, do you recall being asked the question at

9   page 159, line 22, through 160, line 13 of your Vioxx

10  deposition:  "We've been spending 15 or 20 minutes talking

11  about that, correct, situations where there's lots of

12  studies, lots of data, but you still -- you can't quite

13  draw a conclusion yet.

14         "Answer:  Well, no.  Let's be very specific about

15  what I said.  Specifically I said that I use randomized

16  trials, randomized clinical trials.  So I don't want to go

17  under this broad group of studies.  In the absence of

18  randomized clinical experimental data, I reserve my

19  opinions about causation."

20         "Dr. Arnett, that was your testimony in Vioxx, right?

21  A    This has been four years ago.  I don't know what the

22  context was within this.  If you'd like -- if I can read

23  through the context, I'm happy to do so.

24         This again was a very different litigation because

25  VIGOR had shown a five-fold relative risk for myocardial

1   infarction with Vioxx, approve a twofold relative risk

2   with half the dose.  So that's a very different --

3   Q    Okay, Dr. Arnett, I don't want to -- I'm not going to

4   belabor this point, but is there a context in which in the

5   absence of randomized clinical trial, there's no

6   randomized data in which you would just say, "I'm going to

7   reserve my opinions about causation and I'm not going to

8   draw any conclusions based on observational epidemiology

9   alone"?

10  A    I'm sorry.  With all the confusion going back and

11  forth, can you restate the question?  Are you trying to

12  exclude all observational studies from causal inference?

13  Q    No, I'm not trying to do anything.  I'm asking you

14  your opinion.

15  A    Based on my opinion to exclude observational

16  epidemiology in that particular case, I didn't see a need

17  to rely on it.

18  Q    Okay.  Most of the observational epidemiology studies

19  of Seroquel, you will agree, relied on administrative

20  databases based primarily on medication pharmacy records

21  or ICD-9 codes, right?

22  A    Yes.

23  Q    And of the studies that you rely on in your report

24  that you list in table 2 on page 11 of your first amended

25  report, you agree that all of them are based on

1    administrative databases, true?

2    A    In a general census, yes, but I want to run through

3    the list again.

4         Yes.  Although some have better data relative to

5    confounders than others, so not all administrative

6    databases are equal.

7    Q    But they are all -- all of the studies that are

8    listed in your first amended report are based on

9    administrative databases?  You're making distinctions

10   between them, but all of them are, true?

11   A    True.

12   Q    Now, these kinds of studies using such administrative

13   databases that rely on pharmacy records, or ICD-9 codes,

14   are prone to bias and inaccuracy, true?

15   A    No.

16   Q    All right.  Doctor, at this point, I want you to --

17        MS. THORPE:  Can we give her Exhibit 31, please.

18   BY MS. THORPE:

19   Q    All right.  Dr. Arnett, I'm going to bring up your

20   trial testimony in Vioxx about administrative databases

21   and these kinds of observational epidemiologic studies,

22   and I want to direct your attention --

23        MS. THORPE:  If we could pull up slide 756 to

24   page 987, 13 through 988, line 6.

25

1    BY MS. THORPE:

2    Q    And then it goes on goes on further, but let's just

3    start, and this is a long quote, but it's a important to

4    what you've been saying in court today.

5         You were asked at trial, in a trial court in a Vioxx

6    case, "Please tell us the difference between clinical

7    trials and observational studies or epidemiologic

8    studies."

9         And do you recall that you were asked that question?

10   A    Yes.

11   Q    And you answered as follows:  "Okay.  A randomized

12   clinical trial is a special kind of study where you are

13   using something called randomization.  So in randomization

14   you're randomly assigning people beforehand to treatment

15   or a placebo -- to treatment or a placebo.  There's a lot

16   of benefit" --

17             MR. PENNOCK:  I'm sorry to interrupt, but I

18   can't follow where we are on the screen.  I don't have a

19   copy of this transcript.  It's not where you were reading.

20   So would you start over.

21             MS. THORPE:  Okay.  Page -- I'm sorry.  I

22   apologize we had the wrong slide number on the screen.

23   I'm sorry, Your Honor.

24        It's page 987, let's get our -- get the page number

25   987, line -- beginning line 3.

1          So are you with me, Mr. Pennock?

2              MR. PENNOCK:  Yes.

3    BY MS. THORPE:

4    Q    "So there's a lot of benefit in that randomization

5    procedure because if you randomize enough people, then you

6    can balance out all the other unknown risk factors that

7    could be causing the events in your two groups.  You get a

8    very clean and pure test of your hypothesis," right?

9          So then we go on to page -- on to line 13 on

10   page 987, "In an epidemiologic study," you continue, "they

11   are purely based on observations.  We can't in most -- in

12   some cases assign drug or placebo to patients.  Most of

13   the pharmacoepidemiology studies that are done rely on

14   what are called administrative databases.  Those are

15   things like Medicare databases or HMO databases.  How we

16   get our estimate of effect from those studies is we rely

17   on who has a prescription filled, and who has a

18   prescription filled is dependent on both the doctor who's

19   doing the prescribing and the patient requesting that

20   particular prescription.

21         "So these kinds of observational studies in

22   pharmacoepidemiology are really limited because we don't

23   know whether or not the patients who are getting that

24   medication are fundamentally different in some way.  We

25   don't know once they fill their prescription, if they ever

1  take the drug or not, and we also don't know what other

2  kinds of drugs they could be taking over the counter that

3  could be affecting risk.  So those kinds of epidemiology

4  studies in the pharmacology study are prone to this bias

5  or inaccuracy," right?

6  A    There are many caveats.  First, this was four years

7  ago.  Second, this is a condition, osteoarthritis, where

8  many over-the-counter medications are taken, patients are

9  seen in an outpatient setting.  In Seroquel you're dealing

10 with serious psychoses where people tend to be

11 hospitalized or in an out-patient area so they're more

12 cared for in terms of whether or not they're taking the

13 prescription or not taking the prescription.

14    So while they are more challenging to implement, the

15 data accuracy is probably better in these antipsychotic

16 studies than they would be in an arthritis drug taken by

17 many more people for many more conditions.

18 Q    And in the Vioxx litigation, you didn't rely on this

19 observational epidemiology for your opinions, true?

20 A    Again, because we had two randomized very large

21 clinical trials that showed statistical significance for

22 the primary outcome of heart attack, I didn't need to.  It

23 was irrelevant in that context.

24 Q    I want you, Doctor -- the one observational

25 epidemiologic study you talked about today was a study by

1    Guo, and it was marked as Plaintiffs' Exhibit 17, and you

2    should -- do you have it up there?

3    A    Yes.

4    Q    So this is a study that was conducted from an

5    administrative database.  This is a study that was

6    conducted from an administrative database called

7    Pharmetrix, right?  Dr. Arnett?

8    A    I'm looking for it.  I'm sorry.  I want to make sure

9    I had it with me, and I can't find it.  I have it now.

10   Q    And it's out of -- it uses a database by Pharmetrix,

11   right?

12   A    It uses a multistate managed care claims database.

13   Q    That's an administrative database, true?

14   A    True.

15   Q    And the authors in the Guo study, if you'll turn to

16   page 32, discuss issues relating to the way they did their

17   study, right?

18   A    Can you point me specifically to where you want me to

19   review?

20   Q    Yes.  If you look on page 32.  First of all, in the

21   left-hand column, tell me if I'm reading this correctly,

22   Dr. Arnett, after footnotes 27 and 29 at the top of the

23   left-hand column, the Guo authors say, "It is unclear,

24   however, whether the diabetes in the study population is

25   due to the use of atypical antipsychotics versus the

1    underlying condition of bipolar disorder versus

2    characteristics of the Medicaid population such as low

3    socioeconomic status, poor overall physical health,

4    unhealthy lifestyles and poor access to healthcare

5    services."  That's what the authors said, true?

6    A    That is what they stated.

7    Q    And then if you look at the second column on the same

8    page, you see the sentence that begins, "Our study had

9    several limitations."  Do you see that?

10   A    Just one moment.

11   Q    Same page.  Second column.

12   A    Yes.

13   Q    I think we just got it up on the screen.

14        So the authors note that, "Children, women, and low

15   income populations are overrepresented in the Medicaid

16   population.  Thus, our findings might not be indicative of

17   the general population.  We inferred drug use from

18   automated pharmacy claims data.  Although baseline drug

19   use differed between cases and controls, we tried to

20   adjust for these differences with the Cox Proportional

21   Hazard Model.  Because of the retrospective nature of a

22   claims database review, we could not assess individual

23   patients with regard to severity of bipolar disorder,

24   socioeconomic class, lipid profiles, fasting glucose

25   concentrations, or changes in body mass index relating to

1   weight gain."  True?

2   A    So I have three comments about that.

3   Q    I'm asking you if I read it correctly?

4   A    You read it correctly.

5   Q    Thank you?

6   A    May I comment?

7   Q    No.  We're -- if you have comments, Dr. Arnett, they

8   can be addressed on redirect.

9        In your first report that you prepared in this case

10  that is Exhibit 1, you cited only the observational

11  epidemiology study by Guo, correct?

12  A    No.

13  Q    In the observational epidemiology in terms of

14  epidemiology studies, you only cited Guo in your first

15  report.  It's Exhibit 1.

16  A    I thought I had cited more than Guo, but I don't want

17  to spend the Court's time reading my report.

18  Q    Well, I've read your report in great detail and I

19  will stand here on the record and say that the only

20  observational epi study in your first report is Guo.

21       And, Dr. Arnett, you testified in your deposition

22  that you didn't even read the whole article by Guo before

23  you formed your opinions, true?

24  A    I don't recall saying that.

25            MS. THORPE:  Can we pull up your deposition,

1    slide 94, page 236, lines 15 through 24.

2    BY MS. THORPE:

3    Q    And you were asked the question there that, "Did Guo

4    say that he confirmed the excess risk of diabetes with

5    Seroquel in that article?"

6        And you said, "I relied on the tables in the

7    methodology sections.  I didn't read the discussion

8    sections.

9        "Question:  When you reviewed Guo, you reviewed the

10   tables and methodology sections but not the discussion

11   sections?"

12       And you answered, "Correct."

13       Did I read correctly?

14   A    As I said earlier, as an epidemiologist, I read

15   tables, I read data, I understand how the study was

16   conducted, and make my own conclusions based on that data.

17   Q    So you didn't read the whole study?  You didn't read

18   the discussion portion?

19   A    No.  That's a misrepresentation of what I, as an

20   epidemiologist, do in my work day-to-day which is read

21   methods, read data and results and make inferences from

22   them.

23   Q    After you wrote your first report, you thought that

24   you needed to get more detail and so you did a PubMed

25   search, right?

1    A    No.  That's not exactly how I would characterize my

2    testimony.

3    Q    All right.

4         MS. THORPE:  Let's pull up slide 95, deposition

5    page 69, lines 5 through 10.

6    BY MS. THORPE:

7    Q    So let me just -- you were asked the question "Why?"

8    And perhaps let me just look at page 69 of your deposition

9    so we can get --

10        MS. THORPE:  Can you pull up before that because

11   that --

12   BY MS. THORPE:

13   Q    So beginning on line 2 --

14        MS. THORPE:  That's actually probably not far

15   enough back either.  Yeah, if you go to the page before,

16   68, line 19.  There we go.

17   BY MS. THORPE:

18   Q    So I want to direct your attention, Dr. Arnett, to

19   page 68 of your deposition beginning lines 19 and going

20   through page 69, line 10, you were asked if you spent more

21   time since you wrote the first report and you said 25

22   hours, right?

23   A    Correct.

24   Q    And you were asked then, "Doing what?"

25        And then you said, "Doing additional PubMed searches

1    and reviewing articles relating to case control and cohort

2    studies of diabetes outcomes," right?

3    A    Correct.

4    Q    And that's observational epidemiology.  That's what

5    case control and cohort studies are, right?

6    A    Yes.

7    Q    So -- and then you were asked, "You did that after

8    you submitted your first report?"

9         And you answered, "Yes."

10        And then -- then the question, "Why?"

11        And you answered, "Because when I was on a short time

12   frame to get the first report done, I hadn't had time to

13   extensively review all the published literature.  I

14   reviewed some of it, so I thought I needed more detail,"

15   right?

16        That was your testimony then?

17   A    My testimony today, and then as well, was I wanted to

18   evaluate everything then I could find from the

19   epidemiologic literature relative to diabetes.

20   Q    So now in your first --

21             MS. THORPE:  Could we pull up slide 536, please.

22   BY MS. THORPE:

23   Q    In your first amended report, you amend your report

24   and you add in more epi, more epidemiology now, and you

25   put in table 2 in your report.  And I've counted these,

1    you mentioned Sacchetti on the top of the page, and then

2    you mentioned the studies in table 2, and by my counts

3    there are 10 epidemiology studies in your report; is that

4    right?

5    A    That I cited in this report, yes.

6    Q    Now -- and that's -- you understand that there is a

7    larger body of observational epidemiology than those

8    studies, true?

9    A    There are additional studies.  They have -- if you'll

10   notice in my table title that I restricted studies to

11   observational studies that compared as the comparison

12   group because epidemiology studies require a comparison

13   group.  And here the choice of the comparison group can

14   greatly affect the relative risk estimates because you're

15   comparing to a different baseline.

16       So I restricted to those who were conventional

17   antipsychotics as the comparators, and these were the 10

18   studies that I included.

19   Q    Well --

20   A    There are additional studies.  They have different

21   comparator groups, and/or they have very few people

22   exposed to Seroquel.  They're not on this table.

23   Q    Okay.  So you understand that there are 20

24   observational epidemiology studies, right?

25   A    Yes.

1    Q    Okay.  You listed 10.  And so --

2    A    I clarified it.  I listed 10 with typicals as the

3    comparator group.

4    Q    So is it your testimony, Dr. Arnett, that there are

5    only 10 studies that compare conventional antipsychotics

6    to Seroquel?

7    A    No.  There are additional ones that have differences

8    in design or rare -- a few numbers of Seroquel-treated

9    subjects that are not on this table.

10   Q    And so Dr. Arnett, what I'd like to do is pull up

11   slide 763, please.  Actually, let's go back just one

12   second.  I want to -- I'm sorry.  I'm going to backtrack a

13   little bit.

14        I want to pull up slide 365 from your Delaware

15   declaration.  This is the declaration that was just filed.

16   That's Exhibit 4.  And on page 3, you say in your recently

17   filed declaration that all published cohort or

18   case-control published manuscripts were included in your

19   report, true?

20   A    From the search that I myself conducted, that is

21   true.  With the exception of two that I didn't deem

22   scientifically relevant.

23   Q    So -- and let's go to another statement in your

24   declaration, Dr. Arnett.  Well, let me just -- let me just

25   stop and ask you:  That statement in your Delaware

1    declaration, Exhibit 4, is not true, correct?  There are

2    20 observational epidemiologic studies and you included

3    10.

4    A    As I've stated twice now, let me see if I can do it a

5    third time, I conducted a PubMed search with the word

6    "Seroquel" and "diabetes" and the title "abstract."  From

7    that I identified the 10 studies that are in my report

8    that had atypical antipsychotics as a comparison group.

9        There were studies by Otsby that I had concerns about

10   methodology.  There are studies by Gianfrancesco where the

11   methodology is sufficiently different, in my expert

12   opinion, to not be included in my table.  So there are

13   additional studies.  I did not include them in my report.

14   Q    And, Dr. Arnett, so this statement that all are

15   included is not true.

16   A    All that I found in my PubMed search with those

17   search terms, I reviewed.  In this report, I included the

18   10 studies with atypicals as the comparator group.

19   Q    Dr. Arnett, you also say in your Delaware declaration

20   just recently filed that's been marked as Exhibit 4 --

21           MS. THORPE:  Let's go to slide 513, page 8.

22   BY MS. THORPE:

23   Q    You say that you're comparing another relative risk

24   to a range of point estimates derived from the

25   observational epidemiologic studies, *e.g.*, ranges of 1.15

 1   to 3.02 from your report, page 11, right?

 2   A     Right.

 3   Q     You know that there are a number of observational

 4   epidemiology studies that show relative risk below 1,

 5   right?

 6   A     There are studies that I have read since my

 7   deposition that show a relative risk below 1.  But again,

 8   they don't all have the comparator group that I was

 9   evaluating, atypical antipsychotics, and the others have

10   very tiny numbers of Seroquel-exposed subjects.

11         MS. THORPE:  Can we pull up slide 763, please.

12   BY MS. THORPE:

13   Q     Now, I want to just be clear.  In table 2 of your

14   report, you chose to compare Seroquel to first generation

15   antipsychotics or conventional antipsychotics, right?

16   A     Correct.

17   Q     So it's your testimony that you did that because that

18   was the most important comparator that you -- that was the

19   best way to do this?

20   A     I actually don't agree that it's the best way to do

21   it, but it's the way that has been consistently done in

22   the literature.

23   Q     Okay.  So you picked that particular comparison --

24   A     It's the only one that had a sufficient number of

25   studies to report on.

1   Q    All right.  So you will agree with me that these

2   studies on just -- I mean, just these few just as examples

3   are not included in your table 2:  Barnett, 2006; Miller,

4   2005, Buse, 2003 and Feldman, 2004, true?

5   A    No.  Feldman is in my report.

6   Q    Okay.  But you don't report the risk of being

7   below 1, correct?

8   A    It wasn't below 1.

9   Q    Okay.  All right.  Well, let's get the studies out,

10  Doctor.  I was trying to avoid going study-by-study, but

11  we'll do it quickly.

12          MR. PENNOCK:  Excuse me, Your Honor.  Will you

13  allow me time on redirect?

14          THE COURT:  Yes.

15          MS. THORPE:  Let's have Exhibit 77, 78, 79 and

16  80.

17  BY MS. THORPE:

18  Q    And, Doctor, I want to start with Exhibit 77.

19          MS. THORPE:  And let's pull up slide 764.

20  BY MS. THORPE:

21  Q    Exhibit 77 is a study by Barnett, a Veterans

22  Administration database, true?

23  A    Yes.

24  Q    It does not appear on your table 2 in your report,

25  true?

1    A    That is true.

2    Q    Turn to table 5 on page 4 of the Barnett study that's

3    been marked as Exhibit 77.

4    A    You'll also note that there was no mention of

5    Seroquel in the abstract or title of this paper, which is

6    consistent with my testimony of how --

7    Q    Did you only read the abstract?

8    A    No.  That's a misrepresentation of my testimony that

9    I did my PubMed search on the title and the abstract.

10   Q    So as an experienced epidemiologist, when you do a

11   PubMed search and you're trying to find the literature on

12   something, you look for the title and the abstract?

13   A    That is the only way you can search within PubMed.

14   Q    Really?

15   A    That's the conventional way that epidemiologists

16   search within PubMed.

17   Q    And so that's why you couldn't find all 20 studies

18   and include them in your report?

19   A    That was one of the reasons that they are not

20   included in my report.

21   Q    Okay.

22   A    I have read all 20.  I'm happy to discuss them if

23   you'd like now.

24   Q    Let's do it quickly here.  If you look at table 5 in

25   Barnett, slide 764, if you look at his comparison of

Cross-Examination - Dr. Arnett                189

1    Seroquel versus typical antipsychotics, you see that?

2    It's the last line of table 5, page 4.

3         Doctor, can you look at the last line of table 5 on

4    page 4?

5    A    Yes, I can look at the last line and I can read it.

6    But I also recall reading in this paper that there were a

7    very few number of people exposed to Seroquel.

8    Q    Dr. Arnett, my question to you is really

9    straightforward.  I want you to look at the last line of

10   table 5 and tell me -- confirm for me that I'm reading

11   correctly that the relative risk for Seroquel versus

12   typical antipsychotics or conventional first generation

13   antipsychotics is 0.92?  Is that true?

14   A    That is true, but as a --

15   Q    Doctor, I'm -- we are -- we are here to get

16   through -- I'm trying to get through your table --

17   A    Yes, that may be.  But I need to explain that you

18   cannot interpret statistical significance and point

19   estimates without understanding how well powered a study

20   is to find a significant effect.

21        And so I know you're trying to push one number, but

22   to me you can't look at one number without the other

23   relevant piece of data.

24   Q    Dr. Arnett, in the interest of trying to move this

25   along, I'll tell you what I'm trying to do.  I'm trying to

1   identify the risks below 1 in comparisons with atypical

2   antipsychotics that are not included in your report, okay?

3   So I'm not going to go through them all because there are

4   actually many of them in the 20 observational studies.

5   I'm picking a couple of examples and then I'm going to

6   move on.  Okay?

7       So you'll agree with me that there is a .92 in

8   table 5 for Quetiapine versus conventional antipsychotics

9   that you do not include in your table 2 in your first

10  amended -- in any of your reports, right?

11  A    And that it did not have Seroquel in its abstract.

12  Q    Yes.  That's -- I'll take your word for that.

13  A    It's not like I'm cherry-picking the data.  It wasn't

14  there.

15  Q    So then I'm going to skip -- I've given some of the

16  studies that are examples, but I'm going to move to

17  Feldman since you mentioned Feldman, rather than go

18  through one-by-one, in the interest of time.

19      And if you will -- you do include Feldman in your

20  table 2.

21          MS. THORPE:  Can we pull up table 2 which is --

22  BY MS. THORPE:

23  Q    You do -- you were right, you do include Feldman, and

24  you say --

25          MS. THORPE:  We can highlight the line.

1    BY MS. THORPE:

2    Q    You say that it's -- relative risk is not reported,

3    right?

4    A    Correct.

5    Q    But there is a relative risk in Feldman for a

6    comparison between Seroquel and conventional

7    antipsychotics, right?

8    A    Yes.

9    Q    And if we could agree, Dr. Arnett, that the relative

10   risk in Feldman comparing Seroquel to antipsychotics -- to

11   atypical anti -- excuse me -- let me start over.

12        The relative risk in Feldman comparing Seroquel to

13   conventional antipsychotics is .7, true?

14   A    No, I don't see that.  I see 1.9.

15   Q    Okay.

16        MS. THORPE:  Can I have Feldman, please.

17   BY MS. THORPE:

18   Q    Turn to table 4, Dr. Arnett.

19   A    I see a risk ratio in patients over -- over 60 of .7,

20   of patients 60 to 74 of .3, and of patients over 75, 1.1.

21   So the point estimates are quite broad and unstable, yes.

22   Q    What I'm saying to you is you say in your table 2

23   that it's -- you don't --

24        MS. THORPE:  If we could go back to table 15.

25

1   BY MS. THORPE:

2   Q    You say that the relative risk of observational

3   studies of Seroquel compared to conventional antipsychotic

4   treatments is not reported.

5        In fact, in table 4 of Feldman, which has been marked

6   as Exhibit 80, Dr. Arnett, there is indeed relative risks

7   and for comparisons to conventional antipsychotics, right,

8   and do you not list them in your table?

9   A    That's correct.

10  Q    All right.  Now, Dr. Arnett, I want to turn to the

11  CATIE study, okay?  Which -- and I specifically want to

12  talk about the Meier study which you have before you,

13  Exhibit 41.  So if you could find that.

14       You have said in your report that CATIE is the

15  largest and most carefully done study, right?

16  A    I didn't say it was the most carefully done.  I said

17  it was done by the National Institutes of Health.

18            MS. THORPE:  Could we pull up slide 520.

19  BY MS. THORPE:

20  Q    Which is page 12, paragraph 34 of your first amended

21  report.

22       And if you could look at the sentence, Dr. Arnett,

23  from your report and tell me if that in fact is what you

24  wrote?

25  A    Yes.

1   Q    The -- in all of your reports that you wrote in this

2   case, you nowhere discuss CATIE's findings on metabolic

3   syndrome or waist circumference or glucose, true?

4   A    In my report, I limited my comments in the report

5   itself.  And this was getting out my opinion of

6   effectiveness of Seroquel versus the other atypicals.  And

7   I relied on CATIE to show that Seroquel had the highest

8   dropout rate.  At that point, I wasn't using it to rely on

9   the glucose changes, although they were present.

10  Q    So you're -- what you covered in your report on CATIE

11  was efficacy-related, not the metabolic parameters?

12  A    My primary focus again was on the lack of efficacy of

13  Seroquel.

14  Q    It was your only focus, Dr. Arnett, right?  You

15  didn't talk about the metabolic parameters?

16  A    From my recollection, and I can go back and read it,

17  but I know it's getting late, the focus was -- since I had

18  shown previously from the NDA and the 2000 and 2007

19  documents to the FDA and studies 126 and 127, and all the

20  observational epi, I had, to me, the inferences about

21  diabetes.  CATIE was used in my report to demonstrate that

22  the drug does not show efficacy over the other drugs.

23  Q    Now, you talked about two studies, two things, in

24  your direct.  You talked about Framingham and you talked

25  about CATIE, and you sort of did a comparison of

1    Framingham data to CATIE data this morning; do you

2    remember that?

3    A    It wasn't a comparison.  It was a calculation of the

4    incidence of diabetes expected based on the Framingham

5    heart study.

6    Q    Model?

7    A    Model.

8    Q    And that study is evaluating different models to see

9    which one predicts diabetes risk over a period of about

10   seven years, true?

11   A    It's not about evaluating different models.  It

12   presented the best model in terms of all the known risk

13   factors for diabetes, including hyperglycemia.

14   Q    And the time period that it is examining, the

15   predictive value of various baseline levels of glucose,

16   people are followed over about a period of about seven

17   years?

18   A    Correct.  And I made that point this morning.

19   Q    And one of the -- and the study is not looking at

20   acute changes -- strike that.

21        The Framingham study is not looking at acute changes

22   in fasting plasma glucose in individuals, right, in that

23   paper that you presented this morning?

24   A    It's looking at a fasting level.  They have serial

25   measurements, but that one was focused on one particular

1    point in time and looking forward for incidence of

2    diabetes.

3    Q    So it's like fasting glucose value "X" and then

4    followed over that seven-year period of time, right?

5    A    Yes.

6    Q    Now, you used this Framingham study in conjunction

7    with data -- or you talked about CATIE in conjunction with

8    that data, right?

9    A    Correct.

10   Q    And you said on direct that CATIE showed a

11   7.5-milligram deciliter increase in glucose, right?

12   A    Correct.

13   Q    That data comes from the first CATIE study, right,

14   the Lieberman study?

15   A    From my memory, that's true.

16        MS. THORPE:  And could we pull up slide 823,

17   please, from the Lieberman study.  Well, actually let's

18   back up to 851.  So okay.  Well, look, I'm sorry.

19   End-of-the-day-problem here.  Let's go to slide 823.

20   BY MS. THORPE:

21   Q    So the duration -- my point is that the duration in

22   the Lieberman study is a period of 4.6 months, right?

23   A    Well, the follow-up time was 18 months.

24   Q    Okay.

25   A    That was the average.

1   Q    This is the median, right?  Median is not average,

2   Dr. Arnett.

3   A    No, median is not average.  I will agree with you.

4   Q    But the median time in the Lieberman study is 4.6

5   months, right?

6   A    That's time to discontinuation.

7   Q    Which you said was the primary end point, right?

8   A    Correct.  The median time to discontinuation was 45

9   months.  That means half stayed through 18 months.

10  Q    Well, you said you read the Meier study.

11  A    I did.

12  Q    And in the Meier study -- that one was published in

13  2008, and it's Exhibit 41, right?

14  A    Yes.

15  Q    And it contains a table 6 which you've looked at,

16  haven't you, before you came to court today?  It's on

17  page 9.

18  A    Yes.

19          MS. THORPE:  And could we pull slide 722 which

20  is that table.

21  BY MS. THORPE:

22  Q    Now, this data -- the name of this paper, Exhibit 41,

23  is "Change in Metabolic Syndrome Parameters With

24  Antipsychotic Treatment in CATIE Schizophrenia Trial

25  Perspective Data From Phase 1," right?

Cross-Examination - Dr. Arnett                    197

1   A    This is a post-hoc analysis of the CATIE trial data.

2   Q    And the authors who are looking at all the metabolic

3   parameters looked at the mean, the average exposure over a

4   period of 9.9 months for the various drugs in CATIE,

5   right?  And -- am I correct?

6   A    Well, I'm sorry about not knowing the exact number of

7   months, I can go back and read it, but it's 4:25.

8   Q    It's up at the top.  It's highlighted.  If you look

9   at the screen, it's 9.9, the mean exposure months.

10  A    Well, it varies depending on what your parameter is.

11  Under "Fasting Glucose," it's 9.9.

12  Q    Do you see that under "Fasting Glucose," it says

13  "mean exposure months, 9.9"?

14  A    Yes.

15  Q    And do you see that for Seroquel at the mean exposure

16  of 9.9 months, there is a glucose reading of minus 1.8?

17  A    There are only 88 people in that group, and there are

18  550-something randomized.  So I don't know what to make of

19  this very tiny subgroup out of this CATIE data.

20  Q    Well, you can make of it that their glucose level at

21  that exposure level dropped to minus 1.8?

22  A    So if they survived into the trial and can tolerate

23  and didn't drop out, among those 20 percent of subjects,

24  that's what it says, 1.8.

25  Q    Minus 1.8.  The glucose dropped.

1    A    But that was not the overall findings from the main

2    study.

3    Q    This is the study -- this is the published study in

4    2008 on the metabolic parameters from CATIE.  You will

5    agree to that?

6    A    I'll agree that the 7.5 that I derived was from the

7    primary Lieberman paper which is the main results of --

8    the main results paper from CATIE.

9    Q    And the mean -- the median duration for those data in

10   Lieberman was a little over four months, right?  Your 7.8

11   is based on a median duration of a little over four

12   months.

13   A    Do you have a copy of the Lieberman paper?

14   Q    Yes.  So, Doctor, if -- if you look at table 2 in

15   Lieberman, and it's our slide 724, you see that the time

16   to discontinuation in months, the median is 4.6, right?

17   A    The median time, that's not the full-time of

18   follow-up, it's the median.

19   Q    Right.  But we're comparing the 50 -- well, median is

20   a little -- is just at 50 percent and the mean in Meier

21   is -- in table 6 is 9 months.  So the Meier study follows

22   a longer average time than does --

23   A    You cannot make, statistically and epidemiologically,

24   you cannot make that leap because the Kaplan-Meier is

25   tracking dropouts that occur, and at the 50th, or median,

1    is when half of the people have dropped out.  That does

2    not imply that's the half of the time that follow up.

3    Those are not logically linked.  You can't make that

4    logical step.

5    Q    Let's put it this way, Doctor.  People who had --

6    were on Seroquel for a mean of 9.9 months in the Meier

7    study, their glucose dropped to minus 1.8.  You will agree

8    with that?

9    A    I will agree that that's a selected group with a

10   number of parameters that were assigned.  If you look at

11   the main outcome's result in Lieberman, there's a

12   7-milligram per -- 15-milligram-per-deciliter change in

13   glucose values.  If you adjust it for exposure of time, it

14   was 13.7.

15   Q    Let's look at --

16   A    In Olanzapine, I'm sorry.  In Seroquel it was 6.8 and

17   7.5 in the adjusted.

18   Q    Since you've got Lieberman in front of you,

19   Dr. Arnett, in table 3, as well --

20          MS. THORPE:  If you could pull out slide 725.

21   BY MS. THORPE:

22   Q    Something else you didn't talk about this morning is

23   the mean weight change that occurred with Seroquel in the

24   study.  Would you tell us what it is?

25   A    It's 1.1 pounds.

1    Q    And it's been your testimony in this litigation that

2    adult -- the adult population increases their weight by

3    two pounds a year without being on Seroquel, right?

4    A    And if the median time here is 45, it's what, 4.5

5    months?  That makes perfect sense.

6    Q    So you're --

7    A    That's one pound.  Two pounds a year.

8    Q    For adults who aren't on drugs, right?

9    A    No.  I don't recall saying that.  You'll have to show

10   me where I've said that.

11   Q    Okay.  We'll find it.

12        You don't recall saying that adults gain 2.2 pounds a

13   year -- or 2-pounds a year?

14   A    No, I don't recall that.

15   Q    So while we're finding that reference -- there we go.

16        All right, Doctor, I want to show you your deposition

17   in this case, page 113, lines 20 through 22, you were

18   asked this question:  "How much weight do adults typically

19   gain each year?"

20        And your answer was, "Two pounds."

21        That was your testimony then, true?

22   A    I need to find where you're referring to.

23   Q    Page 113.

24   A    I see the page number on the screen, I just can't

25   find my deposition.

1        So what he was asking here was specifically about

2   weight gain over shorter periods of time versus gradual

3   weight gain.

4   Q    Okay.  Dr. Arnett, I want to talk to you about

5   mechanism, and we're almost done.  So in your report at

6   page 3, your first amended report, page 3, paragraph 9.

7        MS. THORPE:  If we could pull up slide 354.

8   BY MS. THORPE:

9   Q    You talk about a mechanism that you didn't talk about

10  today, AMPK, right?

11  A    Yes.

12  Q    And that mechanism, I mean, is something related to

13  weight gain, right?

14  A    Yes.

15  Q    And it's fair to say that you claim in your report to

16  know the mechanism by which Seroquel causes weight gain

17  and other metabolic toxicities, right?

18  A    Yes.  Well, with respect to what is published in the

19  basic science literature related to these mechanisms.

20  Q    You're an epidemiologist and you work on studies of

21  humans, right?

22  A    Correct.

23  Q    You don't do basic pharmacology research, right?

24  A    On my team we do, so I partner with people who do.

25  So within my team, I have access and utilize people who

1    have basic pharmacology.

2    Q    But you don't do that?

3    A    I don't sit in a lab, no.  I interact with people who

4    do and understand the study designs.

5    Q    And in the Vioxx litigation, do you recall being

6    asked that -- about whether you were going to offer an

7    opinion on mechanism and you didn't?

8              MS. THORPE:  Could we pull up slide 817.

9    BY MS. THORPE:

10   Q    So we just see what you said there.  We're talking

11   about page 99, line 6 through 100, line 14.

12   A    I haven't seen this, but I can tell you that within

13   the Vioxx litigation, there were experts that were brought

14   in to discuss mechanism.  I was a general causation expert

15   and focused primarily on the epidemiology studies so I

16   would not offer an opinion on mechanism within Vioxx.  I

17   didn't need to.

18   Q    But you are here?

19   A    I can interpret the literature and understand.  I

20   design studies with pharmacologic agents.  I have a rat

21   study going on now with a colleague in Wisconsin looking

22   at neuropeptide Y receptor, blockage and its effect on

23   heart size.  So I do understand the mechanism.  I don't

24   sit at a bench and measure it.

25   Q    You are not an expert in how antipsychotics work in

1    the body.

2    A    Can you be more specific?

3    Q    I'm just asking you that question.  Are you an expert

4    in how antipsychotics work in the body?

5    A    I can read, understand, and offer opinion about

6    studies that are done on mechanism.

7              MS. THORPE:  Can we pull up slide 83, please.

8    BY MS. THORPE:

9    Q    Do you recall being asked in your deposition, "Are

10   you an expert in how antipsychotics work in the body?" and

11   you gave the answer, "No," right?

12   A    Specifically because I --

13   Q    Doctor, was that your testimony?

14   A    Okay.  Let me look up to all of the leading questions

15   you asked me before that.

16   Q    And, Doctor, all I'm asking you is was that question

17   asked of you and did you give that answer?  Dr. Arnett,

18   can you answer the question?

19   A    It came through a line of questions, "Are you a

20   pharmacologist?

21        "No.

22        "Are you an expert in how medicine works in the body?

23        "Yes.

24        "Are you an expert on how antipsychotics work in the

25   body?"

Cross-Examination – Dr. Arnett                    204

1         And I said, "No."

2    Q    Hold that deposition open because I'm going to ask

3    you another question.  You would not hold yourself out to

4    the medical community as an expert in how antipsychotics

5    cause weight gain and they cause diabetes mechanistically?

6    Is that true?

7    A    It is true that I do not work in a lab and I do not

8    evaluate animal models myself.  It does not mean that I

9    cannot read and interpret that literature and understand

10   what it means.

11   Q    Doctor, is it true that you would not hold yourself

12   out to the medical community as an expert in how

13   antipsychotics cause weight gain and may cause diabetes

14   mechanistically?

15   A    Well, after the 180 hours I spent reading this

16   literature, my opinion on that may have changed.

17   Q    Okay.  You agree --

18   A    I agree that I said that in September.

19   Q    You said that in your September deposition, right?

20   A    Uh-huh.

21        (Nods head.)

22   Q    True?

23   A    I said that in my September deposition.

24   Q    Okay.  Now, Doctor, on direct exam, you discussed a

25   article by Dwyer, right?

1   A    Yes.

2   Q    That is not an article that you discuss in your

3   report, true?

4   A    That is true, although it was in things I had read

5   and then provided.

6   Q    And you have it in front of you.  It's Plaintiffs'

7   Exhibit 13, right?

8   A    I'm trying to keep my stacks separated here.

9        I'm sorry to waste the Court's time, but I can't find

10  it.

11       MS. THORPE:  I can just look on the screen, Your

12  Honor.  May I approach the witness?  I'll give her my copy

13  of the...

14  BY MS. THORPE:

15  Q    So, Dr. Arnett, you talked about it being an animal

16  model this morning, remember?

17  A    Yes.

18  Q    If you look at the article --

19       MS. THORPE:  Is that slide 825?

20  BY MS. THORPE:

21  Q    You see that Dwyer used special mice that were

22  particularly susceptible to developing diabetes in his

23  study, true?

24  A    Yes.

25  Q    And the mice were injected --

```
 1            MS. THORPE:  If we could have slide 831.

 2   BY MS. THORPE:

 3   Q    -- were injected intraperitoneally, right?  On the

 4   screen, Doctor.

 5   A    Yes.

 6   Q    And tell us what that means.

 7   A    That means that they were injected with the agent,

 8   the vehicle into their intraperitoneal cavity.

 9   Q    And that is not how human beings take Seroquel, is

10   it?

11   A    No.

12   Q    And in fact, that mode of administration of drug is

13   to get the maximum impact of the drug as quickly as

14   possible in the animal study, true?

15   A    For understanding mechanism, it's the appropriate

16   method.

17   Q    This way the drug actually bypasses the liver, and

18   that results in higher drug levels than occur in human

19   beings, true?

20   A    Yes.

21   Q    The dose given was 10 milligrams per kilogram.

22            MS. THORPE:  Could we have slide 827.

23   BY MS. THORPE:

24   Q    That would be 700 milligrams for a 70-kilogram person

25   going directly into their bloodstream, right?
```

1    A     Yes.

2    Q     And, Doctor, the authors recognize that --

3          MS. THORPE:  If we could have slide 826.

4    BY MS. THORPE:

5    Q     -- what they are doing with the study is developing a

6    model to begin to examine the potential mechanism for

7    drug-induced diabetes, true?

8    A     Well, in that particular case, they're talking about

9    these mice.

10   Q     Is that what the sentence in the article says?

11   A     The model system is about the mouse.

12   Q     Is that --

13   A     So they're speaking about their model.

14   Q     Is that what that sentence says?

15   A     No.  Because they already found with really an

16   elegant design the effect on this GLUT 1 receptor and its

17   affinity for binding and impacting transport.  So in that

18   particular case, they were working on their -- reporting

19   on their model system.

20   Q     So, Dr. Arnett, you have three different mechanisms

21   that you've talked about.  You have this AMPK thing that

22   you say is associated with weight gain.  You have the

23   Dwyer model which we've just talked about.  And then you

24   had another article by Smith which involved an entirely

25   different thing involving glucagon, right?

Cross-Examination – Dr. Arnett                    208

1    A    Yes.

2    Q    Three different ways, three different mechanisms,

3    right?

4    A    Uh-huh.

5    Q    I want to get to the conclusion here.  I want you to

6    look at what we looked at, at the very beginning of the

7    day on page 3 of your declaration, your second

8    declaration, your Delaware declaration.

9          MS. THORPE:  We have slide 716, please.

10   BY MS. THORPE:

11   Q    Now, at the beginning of the day, I asked you if

12   there were some numbers that were important to your

13   opinion that were in your second declaration, and we spent

14   a good bit of time talking about them.

15        So these numbers in your second Delaware declaration

16   are the numbers that I drew attention to because they were

17   in the middle of your Bradford Hill analysis.

18        The first number is the 4.77 which was the number

19   that was part of the study 13 dose response opinion you've

20   given, true?

21   A    True.

22   Q    The second number was the 4.87 from the NDA that's

23   not statistically significant, and the AstraZeneca

24   document showed that the glucose values were not fasting,

25   true?

Cross-Examination – Dr. Arnett                    209

1    A    I cannot -- I cannot recall about the fasting issue.

2    Q    Okay.  You know the 4.87 was a glucose number from

3    the NDA, right?

4    A    No.  Actually the 4.87 is the glucose number for

5    phase 1 through 3 studies that were printed in the 2000

6    FDA document.

7    Q    I won't go back through that, but I think the record

8    will --

9    A    But I just want to be precise.

10   Q    Me, too.  So maybe I have do it again.  The phase 1

11   through 3 studies were in the NDA, and then the FDA called

12   for AstraZeneca to analyze them and send them in May of

13   2000.  You read the document and put it in your report.

14   You testified these data, the 4.87, came from the NDA.

15   A    That's correct.

16   Q    Okay.  And that number is not statistically

17   significant, true?

18   A    It was not statistically significant out of a power

19   of 64 percent.

20   Q    Right.  And then the last number is the 2.02 which,

21   when you took into account incidence density, was .67,

22   right?

23   A    I'm not going to claim that .67.  There's something

24   fundamentally wrong with that number.

25   Q    When you --

1   A    I will claim the rate ratio of 2.02 because I

2   calculated that.

3   Q    Okay.  And it's not statistically significant, is it,

4   Doctor?

5   A    And nor was the power to detect that with a case of 1

6   in the placebo group.

7   Q    The 2.02, as well, was based on adverse event

8   reporting.

9   A    There was no formal data collection mechanism for

10  diabetes.  They didn't have a case report form for it.  So

11  the only way it could be reported is an adverse event.

12  Q    It was adverse event reporting, Doctor.

13  A    That's all -- the only way it could be reported.

14          MS. THORPE:  That's all I have, Your Honor.

15          MR. PENNOCK:  May I, Your Honor?

16          THE COURT:  Go ahead.

17                  REDIRECT EXAMINATION

18  BY MR. PENNOCK:

19  Q    Dr. Arnett, Bradford Hill criteria that you mentioned

20  earlier today, that includes analysis of biologic

21  plausible mechanisms; is that true?

22  A    That's true.

23  Q    At all throughout your career, have you ever

24  evaluated bench research for biologic plausible

25  mechanisms?

Redirect Examination – Dr. Arnett                    211

1    A     Constantly.

2    Q     Constantly.  For how many years?

3    A     Twenty years.

4    Q     So do scientists have to actually sit down at the

5    bench and inject the rats in order to review the

6    peer-reviewed published literature to draw conclusions

7    regarding measures?

8    A     No.

9    Q     What's the point of peer-reviewed published

10   literature for articles such as bench research like that?

11   A     The point of peer review is to evaluate through a

12   group of your peers whether the study results are

13   reliable, valid, and accurate.

14   Q     I think we mentioned earlier --

15         MR. PENNOCK:  And forgive me, Your Honor, for

16   reiterating some of these points, but there was many hours

17   of cross.

18   BY MR. PENNOCK:

19   Q     We did mention earlier that you teach assessment and

20   causal inference -- teach causal assessment in

21   ascertaining causal inference to students including

22   Ph.D.s, true?

23   A     Ph.D. and master's-level students.

24   Q     And with respect to that, do you teach them anything

25   about reviewing biologic plausible mechanism as part of

Redirect Examination – Dr. Arnett                    212

 1    the Bradford Hill review?

 2    A     Yes.  In fact, my student who did the

 3    pharmacogenetics of atypical antipsychotics had to go back

 4    and review gene -- genetic pathways that could be

 5    responsive for the drug after our work together.

 6    Q     Is reviewing this type of evidence part of the review

 7    of the totality of evidence regarding an issue such as

 8    this?

 9    A     Yes.

10    Q     And you did review the Smith article which came out

11    after your report, right?

12    A     I did.

13    Q     Came out after your deposition, right?

14    A     Right.

15    Q     Has the science stopped being published regarding

16    Seroquel and its potential to cause diabetes?

17    A     No.

18    Q     The Smith article, which we put up earlier as

19    Plaintiffs' Exhibit 14, and in the interest of time, I'll

20    just direct -- feel free to look at any part if you want

21    to pull it out, but let us turn, if we can, to page 2315.

22    Tell me if I'm reading this correctly.

23        "In the current animal studies, we have deliberately

24    used dosing regimens that achieve therapeutically relevant

25    plasma levels of drugs in animals.  And under these

1    conditions, we do find that all three antipsychotic

2    medications examined cause impairments of glucose

3    metabolism."

4        Do you see that peer-reviewed statement?

5    A    Yes.

6    Q    What are they saying there?

7    A    Essentially that all of the drugs affect the -- that

8    they lead to these impairments of glucose metabolism.

9    Q    What are they saying when they're referring to that

10   they deliberately use dosing regimens that achieve

11   therapeutically relevant plasma levels?

12   A    That they were attempting to evaluate doses that

13   would be comparable to drug doses -- drug doses taken by

14   people.

15   Q    Taken by humans?  Precisely -- this is precisely the

16   point that Ms. Thorpe was criticizing you about regarding

17   the Dwyer paper, right?

18   A    Correct.

19   Q    The Dwyer paper was an earlier paper, right?

20   A    2003.

21   Q    And Ms. Thorpe herself point out that Dwyer said that

22   they were doing a model then in order to set up a

23   construct for doing future studies, right?

24   A    Correct.  The animal model specifically.

25   Q    Doctor, forgive me for jumping around, but there are

1    a number of things I would like to go through.  The next

2    thing I would like to move to was the discussion regarding

3    the Lieberman paper.  Remember this paper?

4    A    Yes.

5    Q    Okay.  Now this was the very first seminal paper from

6    the CATIE trials, correct?

7    A    Correct.

8    Q    So this was the paper published that for the very

9    first time related what the results of those CATIE -- of

10   the CATIE trial?

11   A    Correct.  They were published in the *New England*

12   *Journal of Medicine*.

13   Q    And there were other studies that followed -- there

14   were other papers that came out regarding this trial,

15   right?

16   A    Yes.

17   Q    But Lieberman was the first one, right?

18   A    It is the first, and it's the main paper.

19   Q    Is that the paper that you used when looking at the

20   glucose measurements in making calculations?

21   A    Yes.

22   Q    Now, I think not a short while ago, Ms. Thorpe was

23   showing you a table 3 and was asking you some questions

24   about weight change.  Do you remember that?

25   A    Yes.

1    Q    Okay.  And I think she was making some point about

2    how much weight was gained over a period of time in the

3    two-pounds-a-year discussion.  Do you remember that?

4    A    Yes.

5    Q    Now, what was not pointed out in that discussion,

6    correct me if I'm wrong, was that in the CATIE trial,

7    16 percent of Seroquel patients gained greater than

8    seven percent of their BMI as compared to their baseline,

9    right?

10   A    Yes.

11   Q    Tell the Court what that means.

12   A    It means that of the 305 they were assessed at some

13   point during the trial relative to their weight, 49 of

14   them, or 16 percent, gained more than seven percent of

15   their baseline body weight.  So this is the same

16   clinically significant weight gain threshold that was used

17   throughout the NDA and other parts of Seroquel.

18   Q    So this NIH randomized perspective clinical trial

19   made a finding that 16 percent of Seroquel patients had

20   clinically significant weight gain, correct?

21   A    Yes.

22   Q    What is this regarding?  What's that?

23   A    What is that what?

24   Q    I'm sorry.  I just circled it on the screen.  If you

25   could look at it.

1   A    That is the P value of the differences in weight gain

2   according to these agents across this five that were

3   studied, showing that there are differences in the

4   percentage of weight gain greater than seven percent from

5   these averages.

6   Q    The trial compared Seroquel and as well as these

7   other drugs together, right?

8   A    Correct.

9   Q    And so there was a finding of statistical

10  significance in this comparison regarding this clinically

11  significant weight gain in Seroquel, correct?

12  A    Correct.

13  Q    That wasn't pointed out earlier, right?

14  A    No.

15  Q    Doctor, are you aware, have you had opportunity to

16  review the defendant's papers with respect to what we're

17  here about today?

18  A    Yes.

19  Q    What, if anything, have you seen in there regarding

20  their allegations that you cherry-picked evidence?

21  A    What have I seen that they've said about me?

22  Q    Yes.

23  A    That I went after only certain studies that supported

24  my opinion and ignored ones that didn't support my

25  opinion.

Redirect Examination - Dr. Arnett

1   Q    I would like to -- with that in mind, I'd like to

2   turn to the discussion that defense counsel had with you

3   regarding study 39.  Do you remember they were talking

4   about this study and there was -- it's a study in the

5   elderly subjects in nursing homes and assisted care

6   facilities.  Do you remember that?

7   A    I do.

8   Q    Okay.  And do you recall questions regarding the --

9   how the weight gain or how the weight was captured in

10  those subjects?  Remember that?

11  A    I do.

12  Q    And do you recall the questions about whether or not

13  you thought that elderly people with Alzheimer's and

14  dementia might not report their weight very well and

15  therefore maybe we shouldn't rely on the weights?  You

16  remember that discussion?

17  A    Yes.

18  Q    And I think you said that from reviewing the study

19  and knowing the design of this study and in your expertise

20  and experience, you felt that the weights actually

21  probably were measured because they were in-patient.  Do

22  you remember that?

23  A    Yes.

24  Q    This was marked as Defendant's Exhibit 12, if you

25  have it there.  Under this section titled "Key

Redirect Examination - Dr. Arnett                218

1   Assessments," under "Safety Assessments," you see that?

2   A    Yes.

3   Q    Could you --

4   A    Yes, it says that --

5   Q    Tell -- just tell the Court what this means.

6   A    It says, "The frequency of adverse events, serious

7   adverse events, et cetera, were determined with hematology

8   clinical chemistry tests, ECT findings, vital sign

9   measurements, physical examination results, including

10  weight and temperature."  So they did weigh them.

11  Q    Physical examination results including weight, right?

12  A    Right.

13  Q    Meaning that somebody took -- walked them over to a

14  scale, put them on the scale, moved the weights around and

15  took their weights, right?

16  A    Yes.

17  Q    And that's precisely what you had -- had -- the

18  opinion had taken place based on the design of the study?

19  A    Correct.

20  Q    And there was a similar discussion regarding

21  study 135 in patients with bipolar mania.  Do you remember

22  that?

23  A    Yes.

24  Q    As to whether or not they would report their weight

25  gains?

1   A     Correct.

2   Q     If you could take a look at table 60 from study 135

3   from the clinical study report which I'm marking as

4   Exhibit 20.  And with respect to this, do we see -- what

5   is the conclusion that's been reached by AstraZeneca

6   regarding the Quetiapine patients in this study?

7   A     There was a dose dependency of clinically significant

8   weight gain at the end of the treatment such that

9   four percent of 300-milligram patients, 11.2 percent of

10  600-milligram patients, and 3.7 percent of placebo

11  patients showed a weight gain greater than seven percent.

12  Q     That table was not shown to you earlier when you were

13  discussing the issues of weight gain in that study,

14  correct?

15  A     Correct.

16           MR. PENNOCK:  Your Honor, I move Exhibit 20 into

17  evidence, please.

18           MS. THORPE:  No objection.

19           THE COURT:  20 will be received.

20  BY MR. PENNOCK:

21  Q     Doctor, there was -- moving to another area, there

22  was some good deal of discussion regarding the NDA, the

23  new drug application versus AstraZeneca's description of

24  the new drug application.  So they had that description in

25  May of 2000.  Do you remember that?

1    A    Yes.

2    Q    And there was a discussion as to what they said

3    versus what was in the NDA?

4    A    Yes.

5    Q    Okay.  I'd like to go over that for a couple of

6    minutes.  I think this was Defendant's Exhibit 42.

7         And do you remember being asked a number of questions

8    regarding this and the assertion by AstraZeneca that all

9    of the blood glucose values from their NDA trials ended up

10   being random values?

11   A    Yes.

12   Q    And I just want to make sure we're clear.  So

13   AstraZeneca designs all of these trials for their new drug

14   application, they take blood glucose measurements, right?

15   A    Right.

16   Q    And according to this document that they filed, what,

17   I guess 13 years later, 14 years later, I'm sorry, four

18   years later, this is in 2000, so it's about four years

19   after the NDA; is that right?

20   A    Right.

21   Q    They apprise the FDA that in the Seroquel clinical

22   trials, the investigators were not instructed when to take

23   plasma samples.  Do you see that?

24   A    Yes.

25   Q    In terms of your work and all of the work that you've

 1   done having published over 200 articles and study designs

 2   and all of your experience, what, if any, opinion did you

 3   have regarding this statement that they were not

 4   instructed to take fasting plasma?

 5   A    I'm surprised by it because of the class effect of

 6   these agents that has been noted previously in the higher

 7   risk of diabetes, that there wasn't a protocol in place

 8   from the outset of the new drug development.

 9   Q    Well, and, Doctor, would you agree with me that based

10   on this statement, it appears that anyone in those trials

11   whose blood glucose was between 126 and 200, so if you had

12   somebody at 126, you know the importance of that, right?

13   A    Right.

14   Q    By the way, before -- you mentioned something earlier

15   and I think you wanted to explain about you have not

16   addressed issues of diabetes with individual patients

17   because you're not a doctor, but you were involved in the

18   design of metrix for these issues?  Do you remember trying

19   to say something about that?

20   A    So --

21   Q    And before we go to this, I'd just like to you tell

22   the Court what that was about.

23   A    So in epidemiologic studies, I have been involved in

24   defining diabetes for epidemiologic studies, what

25   measurements we would take, how many measurements we would

1    take over what period of time we would use to define

2    diabetes.  So I have an understanding of what goes into a

3    definition.  I haven't treated a patient with diabetes.

4    Q    Dr. Arnett, coming back to Defendant's Exhibit 42,

5    according to what AstraZeneca is saying, if you had a

6    patient in the NDA clinical trials that had a blood

7    glucose of 126 to 199, they automatically assumed that

8    those were all random and not fasting, correct?

9    A    I'm assuming they did since --

10   Q    That's what they said here, right?

11   A    Yeah.

12   Q    They even took the time to put it in italics that

13   they were random.  So there was -- the assumption was made

14   that all of the blood sugar measurements were random,

15   right?

16   A    Yes.

17   Q    So if there were patients -- withdrawn.

18        There were patients, as noted by AstraZeneca in this

19   May 2000 report, that did go over 200, right?

20   A    Yes.

21   Q    And those patients, they agreed, had clinically

22   significant glucose changes, right?

23   A    Correct.

24   Q    But any of the patients from 126 to 199, they just

25   discarded those, right, in terms of this issue?

1    A     Right.

2    Q     I'd like you also to take a moment now to explain

3    what I think you wanted to explain something regarding the

4    randomization of these patients and why even the 200

5    findings, when you were doing a comparison, the

6    200-milligrams-per-deciliter findings, even those findings

7    would still be important.

8    A     Certainly.  So one of the benefits of randomization

9    I've said before is that it equalizes confounding both

10   known/unknown between groups that are randomized to

11   Seroquel or another comparator or placebo.  And so you

12   would expect, if your sample size is large enough, that

13   people who are nonfasting would be equally distributed

14   between those who are randomized to placebo versus

15   Seroquel.

16       So you could evaluate the mean glucose value, this

17   random glucose value, and compare glucose in the Seroquel

18   versus the placebo groups.  But that wasn't done in

19   anything that I could find.

20   Q     Thank you, Dr. Arnett.

21       MR. PENNOCK:  Your Honor, is there some way I

22   could switch to the computer to put up a slide?

23       (Pause.)

24       MR. PENNOCK:  Your Honor, with the Court's

25   permission, I can read from this slide and mark the hard

1    copy of the document when I have it.  I do not have it in

2    court.

3         (Pause.)

4            MR. PENNOCK:  Well, maybe I could proceed with

5    some other questions while we're doing that; is that all

6    right?

7    BY MR. PENNOCK:

8    Q    Dr. Arnett, there was -- I'll come back to the

9    May 2000 in a moment, but there was a lot of discussion

10   about what you reviewed before your report and what you

11   relied upon in your report and so forth.  Do you remember

12   that?

13   A    Yes.

14   Q    And the Defendant's Exhibit No. 2 is --

15           MR. PENNOCK:  Are we ready for that?

16        (Pause.)

17   BY MR. PENNOCK:

18   Q    I'm coming back now to the May 2000 submission, okay?

19   A    Okay.

20           MR. PENNOCK:  Now, if I may deem this marked as

21   Plaintiffs' Exhibit 21.  And we will supply hard copy to

22   the Court if that's all right with the Court.

23   BY MR. PENNOCK:

24   Q    This is -- Doctor, do you recognize this as a table

25   from the May 2000 submission?

1    A    Yes.

2    Q    And could you take a look at this table and tell the

3    Court what this table shows regarding patients who had a

4    baseline of less than 200 milligrams per deciliter and

5    then greater than 200 milligrams per deciliter after

6    taking Seroquel?

7    A    Yes.  So this is a compilation of trials 7, 8, 4, and

8    6, and it's comparing Seroquel placebo group corpromazine.

9    And there were among the subjects who had a normal

10   baseline value.  By "normal" we mean less than 200.  In

11   the Seroquel group there were 10 such events of

12   hyperglycemia, or 3.1 percent, versus 1 in the placebo

13   group, and none in the corpromazine group.

14   Q    So in terms of the -- there were more than four

15   times -- percentage-wise, there were more than four times

16   the number of patients on Seroquel in this -- in all of

17   their NDA trials that went from below 200 to over 200?

18   A    Well, in three of their NDA trials that were

19   placebo-controlled plus the corpromazine trial.

20   Q    In the NDA trials that -- that were looked at and

21   reported in this table --

22   A    Correct.

23   Q    -- were four times as many Seroquel patients as

24   compared to the placebo that went from less than 200 to

25   over 200?

1    A    Right.

2    Q    And we saw from the documents put up earlier by

3    Ms. Thorpe that going over 200 was considered clinically

4    important in terms of increased glucose value?

5    A    Well, it's an extreme value that is utilized to

6    identify diabetes -- rank diabetes from a random draw.

7    Q    In fact AstraZeneca, in their report to the FDA in

8    2000, described a value of over 200 as being significant?

9    A    Yes.

10   Q    Now, I'd like to turn, if I could, Doctor, to --

11   well, let me just back up a second.

12        AstraZeneca in fact said, as stated in Defendant's

13   Exhibit No. 42, that, quote, "AstraZeneca has defined a

14   markedly abnormal plasma glucose concentration as greater

15   than or equal to 200 milligrams per deciliter at any

16   time."  Let me --

17   A    Yes.

18             MR. PENNOCK:  May I approach, Your Honor?

19             THE COURT:  Yes.

20             MR. PENNOCK:  So I don't have to switch back to

21   the ELMO.

22   BY MR. PENNOCK:

23   Q    Here's a copy of Defendant's 42.  If you could take a

24   look at the third full paragraph on the second page of

25   Exhibit 42, which is number 10, page number 10.

1        Do you see the statement that I just read?

2    A    Yes.

3    Q    Did I read that correctly?

4    A    Yes.

5    Q    Table 9 that we have up on the screen was not shown

6    to you earlier, correct?

7    A    Correct.

8    Q    Doctor, there was a good deal of discussion regarding

9    study 100.  Do you remember that, the synopsis?  Okay.

10   A    I'm sorry.

11   Q    It's -- it was a few hours ago.  There was a

12   discussion regarding the -- your report in the reported

13   values of 10.4 percent versus 3.9 percent in terms of

14   weight gain, discussion on weight gain.  Do you remember

15   that?

16       Let me show you -- let me show you exhibit --

17            MR. PENNOCK:  May I approach, Your Honor?

18            THE COURT:  Yes.

19   BY MR. PENNOCK:

20   Q    Defendant's Exhibit 13 and see if this refreshes your

21   recollection.

22       Do you recall being shown that document earlier?

23   A    Yes.

24   Q    Would you just take a moment.

25   A    Yes, I remember this now.

Redirect Examination - Dr. Arnett                    228

1    Q      And do you remember discussion of this study and the

2    findings regarding weight gain?

3    A      Yes.

4    Q      If you could, just tell the Court what the

5    significance was of this study.

6    A      So what they found is that baseline weight increased

7    2.9 kilograms in the Seroquel group just after six weeks,

8    and .6 kilograms in the placebo group, and importantly,

9    they found a threefold greater increase of clinically

10   significant weight gain which was that seven percent value

11   in Seroquel users versus placebo users, 21 percent versus

12   three percent.

13   Q      And there was a lot of questioning of you regarding

14   whether this was statistically significant.  Do you

15   remember that?

16   A      Yes.

17   Q      There was questions regarding your calculations and

18   whether it was statistically significant, and leading

19   ultimately to the conclusion that you thought it was, but

20   it was asserted that it was not.  Do you recall?

21   A      Yes.

22   Q      Take a look at what I ask the Court's indulgence to

23   deem marked as Exhibit 22, that we'll put up on the

24   screen.  This is table 59 out of the study 100 clinical

25   study report.  Do you see this?

1    A    Yes.

2    Q    What, if anything, does AstraZeneca conclude

3    regarding weight, individual potentially clinically

4    significant change?

5    A    Well, as I suspected, the 21 percent of the Seroquel

6    group that gained clinically significant weight compared

7    to the seven patients or seven percent in the placebo

8    group was statistically significant with a P value of

9    .0048.

10   Q    .0048?

11   A    Yes.

12   Q    .05 would be statistically significant, right?

13   A    Right.

14   Q    This is another digit over, it's .0048, right?

15   A    Yes.

16   Q    AstraZeneca itself concluded that the weight data

17   from that study that they spoke -- that Ms. Thorpe spoke

18   to you about earlier was statistically significant?

19   A    Yes.

20   Q    That's what it's saying here, right?

21   A    Correct.

22   Q    Just so the record is clear, this was not shown to

23   you earlier today when you had that discussion; all that

24   was marked was the synopsis, correct?

25   A    Correct.

Redirect Examination – Dr. Arnett                    230

1    Q     Doctor, I'd like to now just turn my attention --

2    turning your attention to your report, and I need to

3    switch back to the ELMO for that.  I think I'm done with

4    the computer.

5          This is Defendant's Exhibit 2, okay?  And it seems

6    most of the day I heard -- I'll withdraw that.

7          There were numerous questions presented to you about

8    what you mostly considered.  Do you remember that?

9    A     Yes.

10   Q     And what you primarily relied on, correct?

11   A     Yes.

12   Q     Focused on the new drug application, true?

13   A     Yes, that was one of my foci.

14   Q     That was one of yourself focuses.  Let's look at what

15   you wrote in your report.  Tell me if I'm reading this

16   correctly.

17         "The basis for my opinions expressed herein is

18   derived from my education, training, research, experience

19   and review of the Seroquel as a new drug application, NDA,

20   the Food and Drug Administration, internal AstraZeneca

21   documents, the peer-reviewed medical literature, and other

22   publicly available documents concerning Seroquel and its

23   relationship to weight gain and other metabolic risks.  In

24   developing my opinions in this case, I am relying

25   primarily upon the AstraZeneca NDA application and the

1    related published literature, published cohort and nested

2    case control studies, and the meta-analyses of published

3    studies."

4         Have I read that correctly?

5    A    Yes.

6    Q    Is that an accurate statement of what you reviewed or

7    relied upon in coming to your opinions?

8    A    Yes.

9    Q    Is it an accurate statement to say that the only

10   thing that you relied upon in coming to your opinions is

11   to whether Seroquel can cause diabetes was the new drug

12   application?

13   A    I relied on much more than the NDA.

14   Q    Is it an accurate statement to say that the only

15   thing you relied upon in coming to your opinions were

16   observational studies?

17   A    No.  I relied on more than observational studies.

18   Q    What we have here in Defendant's Exhibit 2 is in fact

19   an accurate representation of what you looked at --

20   A    Yes.

21   Q    -- and relied upon.

22        Incidentally, published cohort and nested

23   case-control studies, earlier today you spoke of the Guo

24   study.  Do you remember that?

25   A    Yes.

1   Q     And counsel asked you questions about it as well,

2   right?

3   A     Yes.

4   Q     What type of study was the Guo study?

5   A     It was -- the Guo 2007 was a nested case-control

6   study.

7   Q     I'd like to take a look at that for a moment.  We put

8   this up earlier and discussed the hazard ratios for

9   Seroquel that we pointed out earlier.

10  A     Right, 2.5.

11  Q     Okay.  Now, counsel put up the Guo study and read

12  this paragraph to you and asked if she had read that

13  correctly.  It's up on the screen.

14  A     Okay.

15  Q     And if you recall, you said you wanted to explain.

16  A     Well, first what was left out of the -- what she

17  reported before that is that in the Guo study, they had

18  really excellent control for potential confounders.  So

19  they controlled for all of the risk factors and

20  concomitant drug therapies that were known, and they say

21  our findings add to the body of observational evidence

22  indicating that certain atypical antipsychotics are

23  associated with increase risk for diabetes.

24        So within this limitation piece, for example,

25  children, which are listed as a limitation, out of their

1    283 cases, only 15 were children.  And the low income

2    population group, they had control for comorbidities that

3    would be associated with being in a Medicaid population.

4    They use inferred drug use from automated pharmacy claims.

5    As I said before, you know, Seroquel is not -- is a

6    serious drug, an antipsychotic, so the drug records for

7    antipsychotics would be better than for other agents that

8    I testified for before specifically with respect to Vioxx.

9         So some of their limitations are somewhat more

10   extreme than I would have interpreted.

11   Q    This particular study and all -- withdrawn.

12        All studies have limitations, true?  All

13   observational studies have limitations?

14   A    True.

15   Q    And that's why you attempt to control for certain

16   factors, to limit the limitations?

17   A    Well --

18   Q    Is that fair?

19   A    Experimental studies have that same issue as well

20   which is why drug studies are particularly challenging.

21   Q    When this study was put up earlier by defense

22   counsel, I want to know if this was read to you.  "The

23   atypical" -- this is the conclusion, "The atypical

24   antipsychotics Olanzapine, Risperidone and Quetiapine, are

25   consistently associated with increased risk for diabetes

1    in patients with bipolar disorder after adjustment for

2    relevant risk factors."

3         Have I read that correctly?

4    A    Yes, you did.

5    Q    So despite the limitations which all authors must --

6    withdrawn.

7         Most authors acknowledge limitations?

8    A    Yes.

9    Q    When they're attempting to publish a study?

10   A    Yes.

11   Q    They have to do it, right?

12   A    Yes.

13   Q    As a reviewer or an editor, you would send it back,

14   true?

15   A    True.

16   Q    So after acknowledging the limitations, the authors

17   nevertheless came to that conclusion regarding their data?

18   A    True.

19   Q    And this was some of the data that you relied upon?

20   A    Yes.

21   Q    This is not the only data that you relied upon, of

22   course?

23   A    No.  It was one piece of the puzzle.

24   Q    There were other observational studies that you

25   relied upon?

1    A    Yes.

2    Q    Okay.  There was a lot of discussion about what

3    studies you had before your report.  Do you remember that?

4    A    Yes.

5    Q    Okay.  I'd like to -- and we'll -- do you remember

6    being asked questions that the Guo paper was the only

7    paper you had read before issuing your report?

8    A    Yes.

9    Q    And -- okay.  I'm not sure that this -- withdrawn.

10        I'm not sure this testimony was shown.  Go to, if you

11   could, page 283 of your deposition.  Tell me if I'm

12   reading this correctly.

13        "In table 2, you created that in your report as part

14   of your amended report, right, the list of observational

15   studies?

16        "Yes.

17        "And in your first report, you didn't cite to any of

18   these studies other than Guo 2007, correct?

19        "Answer:  I had read them.  I just hadn't cited them

20   yet."

21        Right?

22   A    Yes.

23   Q    That's precisely what you told defense counsel at

24   your deposition?

25   A    Correct.

1   Q    You went on to say, "And are you relying on any

2   observational studies other than those cited in table 2 to

3   support your opinions in this case?

4        "Yes.

5        "What -- which ones?

6        "The study by Buse published in 2003."

7        So you also had already testified that you relied on

8   the Buse study as well?

9   A    Correct.

10  Q    Now, with respect to the observational articles,

11  there was a slide that was put up by defense counsel that

12  was -- bore the number 143-1534 and then capital "D" as in

13  "dog," "A," as in "apple," 763.  I don't have that slide,

14  but the record I think will reflect it.

15       Do you remember where it said that there were

16  observational studies showing a risk of less than 1?

17  A    Yes.

18  Q    And do you remember that on that slide there were

19  four studies listed, Barnett, Miller, Buse and Feldman?

20  A    Yes.

21  Q    Now, just take a moment to look first at the Buse

22  study.  This was marked as Defendant's Exhibit 79.  I

23  believe they handed it to you, but I don't believe it was

24  discussed.  If I could just direct your attention to the

25  screen, Doctor.

1    A     Thank you.

2    Q     Cohort study of diabetes mellitus and antipsychotic

3    treatment in the United States, correct?

4    A     Correct.

5    Q     This is a journal that you currently sit on the

6    editorial board for?

7    A     Actually that's *Clinical Epidemiology* which --

8    Q     A different journal.

9    A     A different journal.

10   Q     I'm sorry.  Let me direct your attention, if I could,

11   to table 3 of this article, okay?

12         Now, again, this is a study that had been alleged to

13   have a risk of less than 1, do you remember that?

14             MS. THORPE:  Your Honor, I'm going to object

15   this characterization of the question because these were

16   comparisons with conventional antipsychotics and this

17   table is comparing to the general population.

18             THE COURT:  All right.  Well, you can point that

19   out on recross.

20             THE WITNESS:  So this is --

21   BY MR. PENNOCK:

22   Q     In this study, was there a fining that Seroquel had a

23   risk of less than 1?

24   A     Versus atypical antipsychotics, but versus the

25   general population, the risk was 1.7 with a confidence

1    interval of 1.2 to 2.4.

2    Q    What can we -- what do we care about in terms of the

3    risk of Seroquel and diabetes?

4    A    Well, this was one of the issues I brought up earlier

5    that I had to make comparisons with atypical

6    antipsychotics because that's the predominant comparison

7    group used in the epidemiologic studies.

8         A general population, though, would be people without

9    taking an antipsychotic.  And so this is a reference group

10   saying among people not psychotic and not taking

11   antipsychotics, what is the effect of Seroquel.

12   Q    So if you're comparing it to other antipsychotics,

13   perhaps Seroquel is not as dangerous as the others in

14   causing diabetes?

15   A    Correct.

16   Q    Is that what's been posited here today by defense?

17   A    I don't know what they have posited, but you're

18   comparing to another active agent which may or may not

19   have increased risk of diabetes associated with it as

20   well.

21   Q    But if you compare Seroquel to a drug that does not

22   or to the general population, then we see an increased

23   risk?

24   A    Correct.

25   Q    And what was the increased risk in this study?

1    A    1.7 with a confidence interval of 1.2 to 2.4.

2    Q    What was the P value?

3    A    .002.

4    Q    Statistically significant?

5    A    Yes.

6    Q    Is this, in your opinion, a well-conducted

7    observational trial?  I'm sorry.  Observational study?

8    A    Yes.

9    Q    I'd like to direct your attention to page 169 of this

10   article.  You see this P value here at the bottom?

11   A    Yes.

12   Q    It's less than .0001, correct?

13   A    Correct.

14   Q    It's highly statistically significant; is it not?

15   A    Right.  This is looking at dose, if I'm correct.

16   Q    That's a highly statistically significant P value,

17   right?

18   A    Right.  Of an increased in incidence over dose --

19   increasing dose.

20   Q    And that's -- and that finding was with respect to

21   Seroquel in people that had a mean dose, a mean dose of

22   203 milligrams per deciliter, correct?

23   A    203 milligrams, yes.

24   Q    203 milligrams, I'm sorry.  Thank you.

25        And the hazard ratio was 3.1?

1    A    Yes.

2    Q    So according to this study, folks on Seroquel on a

3    mean dose of 203 milligrams had an increased risk that's

4    three times the general population?

5    A    Yes.

6    Q    And that was a highly statistically significant

7    finding?

8    A    Yes.

9    Q    Now, they also had up on the slide the Feldman study

10   and some questions were asked of you using Defendant's

11   Exhibit 80, correct?

12   A    Yes.

13   Q    Okay.  And they -- as has been pointed out, they

14   showed you the tables where there were comparisons between

15   the drugs, right?

16   A    Yes.

17   Q    Between the drugs, they showed -- they talked to you

18   about comparisons between the drugs.

19       Let me ask you this, Doctor:  Do you have an analogy

20   for comparisons between drugs and why it's important to

21   also look at the general population in terms of diabetes

22   risk?

23   A    Well, when you're comparing one active agent to

24   another, you're not comparing your drug to new treatment.

25   So this is a silly example, but one that I use to try to

1    teach people comparisons.  So in essence, if you ask the

2    question if eating chocolate cake every day -- sorry, this

3    is a simple example that I teach students epi -- if you

4    eat chocolate cake every day and ask the question, "Will

5    chocolate cake cause diabetes if I eat it every day?" then

6    you wouldn't be comparing that to eating cheesecake

7    everyday, you would be comparing it to eating nothing, no

8    cake versus eating chocolate cake.

9        So in this Feldman example, they're comparing using

10   Seroquel to chocolate cake to not eating cake at all and

11   looking at diabetes.

12       In the other studies, they're asking questions

13   comparing the chocolate cake to cheesecake in terms of

14   evaluating diabetes.

15   Q    Okay.  Doctor, I know you didn't want to use that

16   example.

17   A    I didn't.

18   Q    But --

19   A    It's a simplistic example.

20   Q    -- it makes sense to me.

21       Doctor, well, let's look at when they compared

22   Seroquel to the general population.  This table was not

23   shown to you earlier, correct?

24   A    Correct.

25   Q    And when they compared Seroquel to the general

Redirect Examination - Dr. Arnett                    242

```
 1    population, all patients had a risk ratio of 1.9, right?

 2    A    Right.

 3    Q    And that was statistically significant?

 4    A    Correct.

 5    Q    The middle group was not statistically significant

 6    for -- there was a finding of a risk of 1.1, very minimal,

 7    correct?

 8    A    Right.

 9    Q    It was not statistically significant?

10    A    It was a borderline significance but didn't reach the

11    threshold.

12    Q    And then the elderly patients in the group, they had

13    a risk of 2.5 times?

14    A    Yes.

15    Q    And that was statistically significant?

16    A    Yes.

17    Q    So in your opinion, do the Feldman and Buse studies

18    stand for the proposition that Seroquel has a risk of less

19    than 1?

20    A    No.

21    Q    Did you rely on these papers in coming to your

22    opinions?

23    A    Yes.

24         MR. PENNOCK:  Your Honor, I don't have much

25    more, but I do have a few more questions.
```

1           THE COURT:  All right.

2   BY MR. PENNOCK:

3   Q    Dr. Arnett, must you in your -- withdrawn.

4        In analyzing causation pursuant to the methodology

5   that you've employed, Bradford Hill, must you have

6   prospective randomized controlled clinical trials where

7   the primary end point is the disease question in issue in

8   order to come to a causation opinion?

9   A    No.  And in fact, most clinical trials, because of

10  their expense, can't -- aren't designed to do that.

11  Q    So in fact having that type of evidence is something

12  that scientists, looking at causation, rarely have where

13  the primary end point is the disease in question?

14  A    Correct.

15  Q    In Vioxx, there were two studies, prospective

16  randomized controlled clinical trials where the disease in

17  question was the primary end point, right?

18  A    No, actually it wasn't the primary end point.

19  Q    What was it?

20  A    The disease in question was osteoarthritis.

21  Q    Okay.

22  A    Or rheumatoid arthritis.

23  Q    So what was it about the Vioxx clinical trials that

24  made them such good evidence for causation?

25  A    They were very large and they were done over a long

Redirect Examination – Dr. Arnett                    244

1    period of time.  So the treatment duration was long enough

2    to see an effect.

3         So, for instance, in the approved trial, it lasted --

4    my memory has -- is fuzzy in the exact time, but it seems

5    like it was 36 months for one trial.  And that trial had

6    thousands of patients.

7         So the sample -- it's not just the sample size.

8    You'll see tables with a lot of people on Seroquel, but

9    it's a lot of people on Seroquel for very short durations

10   of time.  So you don't see these effects that happen in

11   populations that may be treated for years in these

12   short-term placebo-controlled or randomized studies which

13   is why you have to rely on the observational epidemiologic

14   literature to support the metabolic consequences you can

15   measure in the clinical trial like glucose, insulin,

16   triglycerides, weight.

17   Q    With respect to Seroquel, you have discussed today

18   and in your reports, in your declarations and your

19   depositions numerous items of clinical trial evidence that

20   suggest that Seroquel causes diabetes, right?

21   A    Yes.

22   Q    And how would you describe that clinical trial

23   evidence as a body of evidence in terms of supporting

24   causation for Seroquel?  And I'm just speaking now the

25   clinical trial evidence alone, including CATIE.

Redirect Examination - Dr. Arnett                    245

1   A    So the clinical -- in the clinical trial data and

2   aggregate, there is consistent findings of clinically

3   significant increases in weight and glucose and insulin

4   and triglyceride values, and in the CATIE trial, waist

5   circumference, and the results are compellingly consistent

6   across all of the studies.  So it's that combination of

7   consistency of findings across the studies that really

8   stands in my causal inference.

9   Q    With respect to Seroquel, approximately how many

10  trials have you seen evidence that Seroquel causes

11  metabolic and glucose derangement?  How many separate

12  trials are you talking about?

13  A    Well, let me say that I haven't seen one where I

14  didn't see it.  So dozens and dozens.

15  Q    Doctor, with respect to your methodology in

16  evaluating causation, has that changed at all in the last

17  four or five years since you evaluated the Vioxx?

18  A    I still employ Bradford Hill and I -- so in terms of

19  Bradford Hill and how I evaluate things, no.

20  Q    It's been the same.  You've had that methodology from

21  the beginning and you have that today?

22  A    Yes.

23  Q    Coming back to the clinical trials and the evidence

24  that you've found, I'd like to talk for a couple minutes

25  about study 125, okay?

1       And have you seen this table before?

2   A    Yes, I have.

3   Q    What is this table?

4   A    This table is the area under the curve in the per

5   protocol population, which means it's people who were

6   compliant to the protocol.  Interestingly, diabetics were

7   supposed to be excluded from this trial, but 23 were

8   included for reasons I haven't been able to determine.

9   Q    Let me stop you there.  This -- I'll mark this as

10  Plaintiff's Exhibit 23.

11       So this is study 125.  And what was the alleged

12  intention of 125, according to AstraZeneca?

13  A    So according to AstraZeneca, it was to test whether

14  there was a difference in glucose uptake as measured by

15  this area under the curve, glucose measured by an oral

16  glucose tolerance test, so in a standardized condition,

17  whether Seroquel was different from Olanzapine or

18  Risperidone in that measurement at 24 weeks.

19  Q    Now, the data on this -- on Exhibit 23, AstraZeneca

20  provided this data, right?

21  A    Yes.  This is in the study 125 clinical study report.

22  Q    And the calculations that were made here, AstraZeneca

23  made these calculations?

24  A    Correct.

25  Q    What, if anything, did you learn from looking at this

1    table?

2    A    Well, I learned, first of all, that among the

3    nondiabetic group, that there -- the change at week 24 in

4    the area under the curve was comparable.  I mean, the mean

5    here, we just look at the mean, was almost equal, 13 in

6    each of these three groups.  And there was no

7    statistically significant difference between Seroquel

8    versus Olanzapine or Risperidone when you deleted the

9    people who were diabetic.

10   Q    So when you looked at the people who came into this

11   trial that were not diabetic and left out the people that

12   were diabetic that weren't supposed to be in the trial to

13   begin with, right?

14   A    Right.

15   Q    You said that a moment ago?

16   A    Right.

17   Q    They were weren't supposed in be there and we don't

18   know -- you don't know you they got in there.

19   A    Right.

20   Q    Twenty-three of them got in there.

21   A    Right.

22   Q    By 23 diabetic patients going into trial 125, is

23   that -- would that in any way help AstraZeneca if it were

24   trying to show that their drug did not cause diabetes?

25   A    I don't know if it would help them, but I don't --

Redirect Examination - Dr. Arnett                    248

1    that study was not well designed, from my perspective, to

2    test this hypothesis because they didn't delete people

3    with diabetes.  They adjudicated with knowledge of their

4    treatment status the events and they would go in the

5    analysis, and it was open label.

6    Q    So just look at -- despite the poor design and poor

7    implementation that you just outlined, when they looked at

8    the nondiabetic patients, and I just want to be clear,

9    what was the findings reported by AstraZeneca?

10   A    There is no benefit to -- there is no difference

11   between Seroquel and area under the curve and glucose

12   compared to Olanzapine or Risperidone.

13   Q    And what were the findings with respect to

14   Olanzapine, Zyprexa in this study?

15   A    Well, here they were no different either at this

16   24-week period in nondiabetics.

17   Q    Doctor, I'd like to conclude this by going through

18   your expert report very quickly that was marked as

19   Exhibit 2 in this case.  And we've already looked at all

20   the things that you actually, in fact, primarily relied

21   upon, right?

22   A    Yes.

23          THE COURT:  Which report are you referring to?

24   The first report or the second report?

25          MR. PENNOCK:  I'm sorry.  I'm sorry.  This is

 1   Defendant's Exhibit 2 --

 2            THE COURT:  Right.

 3            MR. PENNOCK:  -- which was the amended report.

 4            THE COURT:  Okay.

 5            MR. PENNOCK:  -- where some additions were made

 6   regarding key observational evidence.

 7   BY MR. PENNOCK:

 8   Q    You, in this report, describe in detail the clinical

 9   trials and the results of the clinical trials regarding

10   the weight gain data, correct?

11   A    Yes.

12   Q    You also, in Defendant's Exhibit 2, you talked about

13   study 126 and 127?

14   A    Yes.

15   Q    In terms of glucose homeostasis, correct?

16   A    Right.

17   Q    And you pointed out the cases of diabetes that were

18   found there and some of the other findings that we talked

19   about earlier, right?

20   A    Yes.

21   Q    You also talked about the May 2000 submission that

22   previously -- that was previously shown to you and that

23   we've gone over?

24   A    Yes.

25   Q    In this report, you also talk about the June 2007

Redirect Examination – Dr. Arnett                    250

1   submission, right?

2   A    Yes.

3   Q    And in addition, you specifically noted the

4   observational studies including Guo and their confirmation

5   of Seroquel causing diabetes.

6   A    Yes.

7   Q    Doctor, in terms of the time and effort that you

8   spent on looking at these issues prior to coming to your

9   opinions, was there anything that you, in your experience

10  and education and training and implying Bradford Hill, was

11  there anything that you felt was critically missing from

12  your -- what you had to analyze?

13  A    No.  I think I systematically went through the

14  clinical trial data.  I actually went through the data

15  itself in the NDA and the AstraZeneca website, as well as

16  the reports to the FDA relating to glucose.  I reviewed

17  the observational epidemiology studies, and I reviewed

18  some of the mechanistic studies.  So I put all the

19  different facets together in forming my opinion.

20  Q    Doctor, what does Bradford Hill dictate in terms of

21  the evidence that should be looked at?

22  A    Well, there are nine criteria that we can utilize.

23  And in terms of this particular case, there's compelling

24  evidence about the Seroquel diabetes potential from taking

25  the drug.

1    Q    Was there any facet of Bradford Hill criteria, any

2    evidentiary facet of the Bradford Hill criteria that you

3    did not examine prior to coming to your opinions in this

4    case?

5    A    No.

6    Q    Thank you, Dr. Arnett.

7              MR. PENNOCK:  Thank you, Your Honor.

8              THE COURT:  All right.

9              MS. THORPE:  Just a very short follow-up.

10             THE COURT:  All right.

11                       RECROSS-EXAMINATION

12   BY MS. THORPE:

13   Q    Mr. Pennock just went over the table 1 clinically

14   significant weight gain issue with you.

15             MS. THORPE:  Could we pull up slide 632.

16   BY MS. THORPE:

17   Q    This is the table 1 from your report.  And you agree

18   with that?

19   A    Yes.

20   Q    Your words on study 39, very first line, just so

21   we're absolutely clear, your words that you wrote in your

22   report was that there was clinically significant weight

23   gain in six percent of Seroquel users, true?

24   A    Yes.

25             MR. PENNOCK:  I'm just going to object.  This

1    has been asked and answered and gone through, Your Honor,

2    in five hours of cross-examination.  Now we're just

3    hearing it again.

4            THE COURT:  Overruled.

5    BY MS. THORPE:

6    Q    I want to direct your attention to slide 23.  And

7    this is the table from Exhibit 12, and there are the

8    numbers, the adverse event reports that you put in your

9    table 1, true?

10   A    True.

11   Q    All right.  The Buse study, you did not --

12           MS. THORPE:  Let's pull up slide 352.

13   BY MS. THORPE:

14   Q    This is the list of the observational epi,

15   epidemiology, in your report, correct?

16   A    Correct.

17   Q    It does not include the Buse study, does it?

18   A    No.

19   Q    Table 2 compares the data you chose to put in your

20   report as a comparison with conventional antipsychotics,

21   correct?

22   A    Correct.  As I have testified several times today,

23   that was the most common comparator in the epidemiologic

24   studies.

25   Q    And so what doesn't appear in your table 10 list --

1   table 2 list is the comparison that Dr. Buse does to

2   conventional antipsychotics, true?

3   A    True.  It was not in this report.

4   Q    And the --

5           MS. THORPE:  If we could go to slide 766.

6   BY MS. THORPE:

7   Q    The Buse study shows --

8           MS. THORPE:  And it's Exhibit 79, Your Honor.

9   BY MS. THORPE:

10  Q    -- shows that when you compare to conventional

11  antipsychotics, the relative risk of Seroquel is 0.67,

12  true?

13  A    That's what it reports.  And note again, there's very

14  few Seroquel users in this cohort.

15  Q    And -- I'm sorry?  I couldn't hear what you said.

16  A    I said there were very few Seroquel users in this

17  cohort relative to the other agents.

18  Q    Moreover, in this study, if you look at table 2 of

19  the Buse study --

20  A    And one other caveat, this is only Haloperidol in the

21  comparison, not all.

22  Q    Is Haloperidol a conventional antipsychotic?

23  A    It is, but the others were combinations of all of

24  those different agents.  Just a technical difference.

25  Q    Okay.

1   A      And why -- in epidemiology when you're using

2   comparisons, you need to be pristine in how you find your

3   comparison groups.

4   Q      Is it -- is it your testimony under oath, Doctor,

5   that you did not include the Buse study because it

6   compared Haloperidol to Seroquel?

7   A      It is one of the reasons.  There are others.

8   Q      That was your thought process?

9   A      It is one of the reasons.

10  Q      What was your thought process for why you excluded

11  Barner and Miller?

12  A      Barner and Miller were both really small in terms of

13  their number of Seroquel users, to my recollection.  And

14  also, again, at least one and maybe both of those did not

15  have the search Seroquel in the title or abstract when I

16  did my PubMed search, so it wasn't as if I read them and

17  didn't include them.  In my subsequent review of them,

18  they don't change or alter my opinions.

19  Q      So one of the reasons was it just doesn't come up

20  when you -- when you -- you just weren't able to find

21  them, right?

22  A      I conduct my own PubMed searches for these case --

23  for this case, and the ones that aren't included, I didn't

24  find.  I wasn't cherry-picking.  I just didn't find them.

25  Q      All right.  You should have before you Exhibit 82,

 1   which is the Barner study.  And you agree that did you not

 2   list that in your report, true?

 3   A    I did not list Barner in my report.

 4   Q    We have another copy of Barner if you need it.

 5        You got it, Dr. Arnett?

 6   A    I have it.  It's been a while since I've reviewed

 7   this.  So you're going to have to --

 8   Q    Barner is another veterans association study, right?

 9   A    It's a smaller veterans association study, and this

10   was done only in central Texas.  There were only 156

11   people on Seroquel in the entire study.

12   Q    And there were 300 -- 3,469 patients who met the

13   inclusion criteria?

14   A    Only 256 of those were on Seroquel.

15   Q    And you will agree with me that this study controlled

16   for BMI?  Have you read this study, Doctor?

17   A    I have.  Yes, I have read this study.

18   Q    It's not anyplace in your report, but can you tell us

19   what the relevant risk is for Seroquel?

20   A    1.149.  And nonsignificant.

21   Q    Okay.  And that wasn't included in your report

22   either, right?

23   A    Correct.

24   Q    And then you should have before you --

25   A    And it didn't -- if you read the abstract, did not

1    have Seroquel in the abstract title.

2    Q    You just didn't find it.

3         And I'm -- you should have before you Exhibit 77,

4    which is the Barnett paper, another VA paper.  That's not

5    in your table 10, right?

6    A    I'm sure that Barnett is here.

7    Q    I'll be glad to give you another copy.

8         And in this study, Barnett has a comparison to

9    conventional antipsychotics, true?

10   A    It was a -- they had a mixed comparison group in this

11   study.  Again, in this study, there's no mention of

12   Seroquel in the title or the abstract.  They had two

13   comparison groups.

14   Q    And, Dr. Arnett, having -- I apologize, I'm a little

15   disorganized here, but I've just given you my copy.

16            MS. THORPE:  May I approach, Your Honor?

17            THE COURT:  Yes.

18   BY MS. THORPE:

19   Q    In the Barnett study, there are -- the study

20   population was drawn from a pool of 57,628 patients, true,

21   from the VA?

22   A    This was in years 1999 and 2000.

23   Q    I just asked you how many people.

24   A    Well, you can't just go by the pool of patients,

25   that's not ultimately who ends up in the study.  So they

1    actually studied 9,000 patients.  And I cannot find the

2    number who are on Seroquel, but given that it was shortly

3    after the release of Seroquel, my guess is it's a fairly

4    small number.

5    Q    And in table 5 of that study we've already discussed

6    the comparison of the conventional antipsychotics that

7    didn't make it into your report is .92, right?

8    A    Yes.

9    Q    Now --

10   A    Without a wide confidence interval.

11   Q    What did your make table 2 is the Lambert study,

12   right?

13   A    Uh-huh.

14   Q    Right?

15   A    Uh-huh.  The Lambert study is my report, yes.

16   Q    And in that study, the comparison is with Haldol, not

17   with all conventional antipsychotics, right?

18   A    You know something?  I have not reviewed that paper

19   since November.  I'm sure you'd like for me to look at it

20   again.  I'd be delighted to.

21   Q    No, I just want you to -- you said you excluded

22   Buse --

23   A    I said it was one of the reasons I excluded Buse.

24       MR. PENNOCK:  Sorry to interrupt, Judge.  I'm

25   going to object.  I just feel like we're now covering

 1   fresh ground.  I spent 15 minutes on redirect after five

 2   hours of cross.  This study was never brought up all day.

 3   I didn't bring it up, so I'm not sure that's in my very

 4   short redirect.  I do have three questions on Barnett and

 5   I'm done.

 6            THE COURT:  All right.  Well, let's just hurry

 7   up and finish.

 8            MS. THORPE:  I will move very quickly.

 9   BY MS. THORPE:

10   Q    If you'll just confirm that the Lambert study, which

11   you do include in your report, compares to Haldol?

12   A    Okay.  Again, in the Lambert study, just to be clear

13   to people here, the title is "Diabetes Risk Associated

14   with Use of Olanzapine, Seroquel and Risperidone," so it

15   was in the title which is why I could capture it in my

16   search, was also in the abstract.

17        What would you like to know about this paper?

18   Q    It's a comparison between Seroquel and the

19   conventional antipsychotic Haldol which you chose to

20   include in your table 2 while choosing to exclude a

21   similar comparison by Buse.

22   A    Buse had other problems in the study.  So it was not

23   the only reason.

24   Q    Just the Lambert study involves a comparison with

25   Haldol, true?

1    A     Absolutely, it does.

2    Q     Okay.  Now, you've criticized AstraZeneca for not

3    having fasting glucoses in the 1996 NDA submission that

4    you relied on, right?

5    A     Yes.

6    Q     You had, before your deposition, the FDA submission

7    that was made by the -- or, excuse me, that plaintiffs

8    had, the FDA submission in June of 2008 on the metabolic

9    parameters on 24 placebo-controlled trials which contained

10   fasting glucose data, true?

11   A     I received that document at my deposition.  I had not

12   seen it before, and from what I gather from the briefs was

13   hidden in 15,000 pages of documents that were sent.

14   Q     And so you've read it now, though?

15   A     I have read it now.

16   Q     And what we didn't hear about today is that in that

17   study the mean difference between -- in the fasting data

18   between Seroquel users and placebo on glucose is 0.8.  You

19   know that, don't you?

20   A     I also know that 25 percent of the Seroquel users

21   were exposed to Seroquel less than seven days.  So I don't

22   know how to interpret that data.

23   Q     You don't know how to interpret that data from the

24   FDA submission?

25   A     You know, seven -- a quarter of the patients are on

1    the drug for seven days or less.  And the FDA actually

2    advised AstraZeneca to include studies of seven days'

3    duration or greater, and a full quarter of them weren't

4    even on the drug seven days.  So I don't know why the data

5    were compiled in that way for the FDA when the FDA had

6    asked for studies of seven days or longer.

7         So that's why I don't understand when a full quarter

8    have almost no exposure to the drug, why they were

9    included in that assessment.  I can't evaluate how

10   important that number of .8 is.

11   Q    Doctor, last questions.  You talked on redirect but

12   did not talk on direct about the details of Smith 2008,

13   and that is another animal study that you're now newly

14   relying on for your mechanism.  It's a rat study, correct?

15   A    Correct.

16   Q    This is -- these rats were injected with Seroquel,

17   true?  Is that true?

18   A    I'm not sure if they were injected or fed.  I have

19   to --

20        MS. THORPE:  Slide 830, please.

21   BY MS. THORPE:

22   Q    You see here they were injected?

23   A    A daily injection.  Yes, I see that.

24   Q    And, of course, humans as we discussed, don't have

25   that, right?

 1    A     Correct.

 2              MS. THORPE:  Go to 828, please.

 3    BY MS. THORPE:

 4    Q     The article's authors state that second generation

 5    antipsychotics do not increase insulin resistance, right?

 6    A     Well, no.  What they say is they do not acutely

 7    produce insulin resistance.

 8    Q     Do you agree with that statement?

 9    A     I don't know what they mean by "acutely."

10              MS. THORPE:  Can we go to slide 829.

11    BY MS. THORPE:

12    Q     The authors state that in their conclusion that

13    this -- your -- "This is consistent with the effects we

14    observed in rats, but further studies will be required to

15    determine whether the SGAs directly affect glucagon

16    secretion and HGO in humans."  Do you see that?

17    A     I see that, but --

18    Q     What is HGO?

19    A     What is HGO?

20    Q     Do you know?

21    A     Yes.  But --

22    Q     What is it?

23              MR. PENNOCK:  Note my objection to this, Your

24    Honor.

25              THE COURT:  Objection is overruled.

 1              THE WITNESS:  Hepatic glucose, it's hepatic

 2   glucose something, I'm sorry.

 3              MS. THORPE:  Your Honor, I have no further

 4   questions.

 5              MR. PENNOCK:  Two follow-ups.

 6         Could you leave that slide up?

 7              MS. THORPE:  I'd like to move the entire

 8   exhibits into evidence.

 9              THE COURT:  All right.  Your exhibits are

10   accepted.

11                   FURTHER REDIRECT EXAMINATION

12   BY MR. PENNOCK:

13   Q    Doctor, HGO is?

14   A    Hepatitic glucose something.

15   Q    That's an abbreviation that was utilized in that

16   particular study?

17   A    Yes.

18   Q    That was -- was that an abbreviation that was, in

19   other words, the authors used some words and then they put

20   something in parentheses in that study?

21   A    Yes.

22   Q    With respect to that particular finding from Smith,

23   that's -- that finding was the finding regarding how

24   Seroquel may actually -- withdrawn.

25         That finding is the finding with regard to how second

1    generation antipsychotics may be having a direct effect on

2    the liver, right?

3    A    Correct.  Gluconeogenesis.

4    Q    I just want to -- I have -- I want to cover a few

5    questions on Barnett and then a few questions on the

6    June 2008 submission, the 15,000-page submission that came

7    after your report or days before your report.

8         Barnett.  You said you can't just go by the pool, the

9    numbers in the pool for the study, you have to actually

10   look at the study.  Do you remember that a moment ago?

11   A    Yes.

12   Q    And Ms. Thorpe was showing you that there was some

13   finings regarding Seroquel, some reported data on

14   Seroquel?

15   A    Correct.

16         MR. PENNOCK:  Once again, can I get the ELMO up,

17   please.

18        Thank you.

19   BY MR. PENNOCK:

20   Q    Okay.  Once again, please allow me to read this and

21   tell me if I read this correctly.

22        "As mentioned earlier, we sought to disentangle the

23   association of diabetes among the specific atypical

24   agents.  However, because of the relatively few number of

25   Clozapine, N equals 44, and Quetiapine, N equals 107,

1    encounters relative to Olanzapine, N equals 681, and

2    Risperidone, N equals 910, only the results for the latter

3    two agents are discussed."

4         Do you see that statement?

5    A    Yes.

6    Q    So what are the authors saying in that statement

7    right there under the table that was being pointed out to

8    you?

9    A    That the numbers exposed to Seroquel were inadequate

10   for assessing or making inferences about the association

11   between Seroquel and diabetes.

12   Q    Last topic, Doctor.  June 2008 submission from the

13   FDA.  This is Defendant's Exhibit 65.  I've just marked

14   this as Plaintiff's Exhibit 24.  Do you recognize this

15   table?

16   A    I do.

17   Q    What did this table relate regarding glucose fasting

18   change from baseline in adult subjects placebo-controlled

19   trials that AstraZeneca had conducted?

20   A    That in aggregate, the change of baseline across

21   their placebo-controlled trials in adults was

22   2.4-milligrams per deciliter in Seroquel users versus 1.6

23   in the placebo group with a key value of the difference

24   between those two groups of .044.

25   Q    So did -- the finding here the showed some

Further Redirect Examination – Dr. Arnett

1  significant difference between Quetiapine and the placebo

2  group?

3  A     Yes.

4  Q     And that was in AstraZeneca's own clinical

5  placebo-controlled trials?

6  A     Correct.

7  Q     Thank you, Dr. Arnett.

8            MR. PENNOCK:  Thank you, Your Honor.  Thank you

9  for your patience.

10            THE COURT:  All right.  We have another hearing

11  scheduled for April 22nd.  I think we should take up the

12  other issue then.  Any objection to that?

13            MR. PENNOCK:  Thank you for your time.

14            MR. COUTROULIS:  Your Honor, we then have two

15  issues on the 22nd, the preemption and future of the MDL.

16            THE COURT:  Right.  Right.

17            MR. COUTROULIS:  Thank, Your Honor.

18       (Proceedings concluded at 6:05 p.m.)

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2            I certify that the foregoing is a correct

3       transcript from the record of proceedings in the

4       above-entitled matter.

5

6       s\Sandra K. Tremel  April 10, 2009

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25