**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation.**

Case No.  6:06-md-1769-Orl-22DAB

_____/

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use in connection with a hearing in this case, the Motion to Allow Electronic Equipment (Doc. No. 1407) is **GRANTED** and it is **ORDERED** as follows:

1. Mike Brock, Earl Austin, Robert L. Ciotti, Chris S. Coutroulis, Fred Magaziner, Steven Weisburd, Mariam Koohdary, and Mark Haddad are each allowed to bring one PDA or "Blackberry" email device **and/or** cell phone **and** one laptop computer into the George C. Young United States Courthouse on **WEDNESDAY, APRIL 22, 2009,** for use in hearings before Chief Judge Anne C. Conway.

2. Ken Bailey, Camp Bailey, Scott Allen, Larry Roth, Fletch Trammell, Tom Pirtle, Rick Laminack, Buffy Martines, Robert Cowan, Holly Gibson, Paul Pennock, Yommy Chiu, Jayan Zaman, Collette Menaldino, Chelsea Durgan, Jonathan Sedgh, and David Meltzer are hereby each granted permission to bring a BlackBerry email device **and/or** cell phone; and Camp Bailey, Fletch Trammell, Tom Pirtle, Larry Roth, Rick Laminack, Buffy Martines, Robert Cowan, Holly Gibson, Paul Pennock, Yommy Chiu, Jayan Zaman, and David Meltzer each one laptop computer into the George C. Young

United States Courthouse on **WEDNESDAY, APRIL 22, 2009,** for use in hearings before Chief Judge Anne C. Conway.

    3.    The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require those listed to present picture identification at the time of entry.

    4.    The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers