# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

*IN RE:*

*SEROQUIL LIABILITY LITIGATION*
*ASTRAZENECA PHARMACEUTICALS*

| | | | |
|---|---|---|---|
| **JUDGES:** | **Anne C. Conway**<br>U. S. District Judge | **COURT REPORTER:** | Sandy Tremel |
| | | **Deputy Clerk:** | Celeste Herdeman |
| **Date/Time:** | April 22, 2009<br>10:10AM - 12:40PM | | |
| **COUNSEL FOR PLTFS:** | Larry Roth<br>Fletch Trammell<br>Robert Cowan<br>Paul Pennock | **COUNSEL FOR DEFTS:** | Chris Coutroulis<br>Mike Brock<br>Steven Weisburd |

## ORAL ARGUMENT ON PREEMPTION ISSUE AND REMAND OF NON FLORIDA CASES

Appearances.
Attorney Steven Weisburd presents argument on preemption.
10:44 AM Attorney Robert Cowan responds to preemption argument.
11:04 AM Attorney Steven Weisburd's rebuttal.
11:15 AM Attorney Larry Roth addresses remand issue.
12:08 PM  Mike Brock responds to remand issue.
12:35 PM Paul Pennock presents rebuttal argument.
12:40 PM Mike Brock Responds.
Order to follow.