# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

                                              Case No.  6:06-md-1769-Orl-22DAB

**This document relates to:**

**REGINA ALLEN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-521-Orl-22DAB**

**KIMLA ALLEN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-522-Orl-22DAB**

**VALERIE CABAY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17160-Orl-22DAB**

**BRUCE CAVERS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17161-Orl-22DAB**

**FELICE CHAMPION v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17162-Orl-22DAB**

**JOHN FORSEY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17163-Orl-22DAB**

**HOLLY GINN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17164-Orl-22DAB**

**ROBERT ISHEE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17165-Orl-22DAB**

**ROBERT MANASIAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**

**MDL Case No. 6:09-cv-17166-Orl-22DAB**

**UNDA MOORE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17167-Orl-22DAB**

**ROBERT MOREHEAD v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17168-Orl-22DAB**

**KEITH SMITH v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17169-Orl-22DAB**

**ALLEN TAYLOR v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17170-Orl-22DAB**

**LEE THORNBURN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17171-Orl-22DAB**

**BUFORD LUCAS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17172-Orl-22DAB**

**MARK FALCONE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17173-Orl-22DAB**

**DELORES BORDEN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17174-Orl-22DAB**

**WENDY DE LOACHE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17175-Orl-22DAB**

**DIANE MORGAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17176-Orl-22DAB**

**MICHAEL BOLER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**

**MDL Case No. 6:09-cv-17177-Orl-22DAB**

**JENNIFER CASILLAS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17178-Orl-22DAB**

**DOTT FINAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17179-Orl-22DAB**

**DOUGLAS HOFFMAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17180-Orl-22DAB**

**RICHARD NORTH v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17181-Orl-22DAB**

**HELEN PINEO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17182-Orl-22DAB**

**WILLIAM TAYLOR v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17183-Orl-22DAB**

**DENNIS TURNER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17184-Orl-22DAB**

**DENISE AMOS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17185-Orl-22DAB**

**FRANK RICHARDS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17186-Orl-22DAB**

**BRIAN MIZER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17187-Orl-22DAB**

**BRENDA WASHINGTON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17188-Orl-22DAB**

**CARLA DAWDY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17189-Orl-22DAB**

_____

## ORDER

Upon the Court's review of the above-captioned cases, the Court observed that Plaintiffs did not identify their states of citizenship in their complaints.[1] Under federal law, "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between . . . citizens of different States." 28 U.S.C. § 1332. Without knowing the citizenship of the plaintiffs in these actions, the Court is unable to assess whether it has jurisdiction over their claims.

Accordingly, it is **ORDERED** as follows:

1.  On or before May 8, 2009, Plaintiffs in the above-captioned cases shall electronically file a notice indicating their respective states of citizenship. Such notice shall be filed in each plaintiff's individual docket.

2.  The Clerk is directed to file a copy of this order in each of the above-captioned cases.

---

[1] Plaintiffs provided only their mailing addresses in the style of the complaint. *See, e.g.*, *Regina Allen v. AstraZeneca Pharmaceuticals LP and AstraZeneca LP*, No. 6:09-cv-521-Orl-22DAB, Doc. 2. This is insufficient for diversity jurisdiction purposes because a plaintiff's state of residence does not definitively establish his or her state of citizenship under 28 U.S.C. § 1332. *Mas v. Perry*, 489 F.2d 1396, 1399 (5th Cir. 1974) ("For diversity purposes, citizenship means domicile; mere residence in the State is not sufficient.").

3.  The Clerk is additionally directed to redact the Plaintiffs' street addresses from their complaints.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 23, 2009.

Copies furnished to:

Counsel of Record

_____
ANNE C. CONWAY
United States District Judge