# Exhibit A

| Bates Range Begin Number | Bates Range End Number | Attached To Begin Number | Attached To End Number | ControlNumber | Date | Doc Type | Source Name | Author | Recipient | CC | Privilege Type | Reason For Withholding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Entries contain no information identifying authors or recipients** | | | | | | | | | | | | |
| AZSERP0049400 | AZSERP0049401 | AZSERP0049400 | AZSERP0049401 | SQ1P00657114 | ######## | Draft report | Mullen, Jamie | Unidentified | | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and clinical trials.Conveys legal information regarding informed consent agreements in clinical trials. |
| AZSERP0161363 | AZSERP0161366 | | | SQ1P00834670 | 08-May-06 | Draft marketing materials | Jones, Kathryn | Unidentified | | | Attorney-Client | This document conveys legal advice received from counsel about marketing, internal training and communications with health care professionals. |
| AZSERP181999 | AZSERP182008 | | | SQ1ED00140222 | 16-Mar-04 | Draft slides | Jones, Martin; Leong, Ronald | Unidentified | | | Attorney-Client | This document forwards document providing legal advice about development and testing and clinical trials. |
| AZSERP0141857 | AZSERP0141859 | | | F339-E00252748 | 19-Oct-07 | Memorandum | Seroquel_Document_Retention_PSTs | Unidentified | | | Attorney-Client | This document forwards document requesting legal advice about development and testing and adverse events. |
| AZSERP0064946 | AZSERP0064952 | | | SQ1ED00432548 | 21-Sep-01 | Draft report | Geller, Wayne | Edward Haas | | | Attorney-Client | This document forwards document requesting legal advice about development and testing and clinical trials. |
| **Entries fail to identify attorney involvement in the communication** | | | | | | | | | | | | |
| AZSERP0134291 | AZSERP0134307 | | | F339-E00205275 | 25-Oct-06 | Report | Seroquel_Document_Retention_PSTs | Wayne Geller | | | Work product | This document reflects activities performed at the request of legal counsel about corporate legal issues and regulatory litigation. |
| AZSERP0058476 | AZSERP0058476 | | | SQ1ED00079158 | 16-Aug-05 | Draft report | Brecher, Martin | Ellis Wilson | | | Attorney-Client | This document forwards document requesting legal advice about development and testing, clinical practices and  clinical trials. |
| AZSERP0039811 | AZSERP0039811 | AZSERP0039811 | AZSERP0039811 | SQ1ED00496937 | 28-Feb-05 | Email | Beamish, Don; Shaw, Joan | Eva Nordstrom | +Seroquel Global Core Team | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and internal corporate management issues. |

| AZSERP0000335 | AZSERP0000335 | AZSERP0000335 | AZSERP0000335 | SQ1ED00003765 | 18-Oct-05 | Email | Beamish, Don; Boornazian, Lisa; Boorstein, John; Bradley, Kathryn; Brecher, Martin; Bucklen, Kristin; Busch, Kim; Chavoshi, Soheil; Chitra, Rohini; Fors, Susanne; Hatzipavlides, Harry; Jones, Martin; Leong, Ronald; Limp, Gerald; McKenna, Kevin; Minnick, James; Mueller, Karin; Murray, Michael; Ney, Christine; Pethick, Ned; Quan, Marian; Repp, Ed; Schipke, Connie; Scott, Mark; Sepelyak, Robert; Sermeno, Al; Van Steenis, Brian; Warner, Linda; | Jonas Rastad | +Seroquel Product Managers Top Ten; +SESOD Seroquel 132; +US Seroquel Functional; +ISMO UK Seroquel Brand Team; +Seroquel Global Clinical Managers; +HRZA Seroquel Team; +HRZA TA LC Seroquel; +Seroquel MC Reg Mgrs; +Seroquel BEST Dist List; +Seroquel Forecasting Forum; +SESOD Seroquel 146; +Seroquel Leadership Team; +Seroquel Physicians; +Seroquel Product Managers; +US Seroquel Development; +US SMIS SEROQUEL PAR HC; +DEWE | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues, communications with health care professionals and  internal training.Forwards memorandum from legal regarding guidance on the creation of business documents. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP0000336 | AZSERP0000337 | AZSERP0000335 | AZSERP0000335 | SQ1ED00003766 | | Internal training materials | Beamish, Don; Boornazian, Lisa; Boorstein, John; Bradley, Kathryn; Brecher, Martin; Bucklen, Kristin; Busch, Kim; Chavoshi, Soheil; Chitra, Rohini; Fors, Susanne; Hatzipavlides, Harry; Jones, Martin; Leong, Ronald; Limp, Gerald; McKenna, Kevin; Minnick, James; Mueller, Karin; Murray, Michael; Ney, Christine; Pethick, Ned; Quan, Marian; Repp, Ed; Schipke, Connie; Scott, Mark; Sepelyak, Robert; Sermeno, Al; Van Steenis, Brian; Warner, Linda; | Unidentified | | | Attorney-Client | This document provides legal advice about corporate legal issues, internal training and  communications with health care professionals. |
| | | | | | | | | | | | |
| AZSERP196294 | AZSERP196294 | AZSERP196294 | AZSERP196294 | SQ1ED01301643 | 13-Mar-06 | Email | Murray, Michael | Marianne Krulikowski | Murray, Michael F (Seroquel) | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and advertising.Email forwards document containing legal revisions. |
| AZSERP196295 | AZSERP196298 | AZSERP196294 | AZSERP196294 | SQ1ED01301644 | 13-Mar-06 | Draft internal training materials | Murray, Michael | Unidentified | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and advertising. |
| | | | | | | | | | | | |
| **Entries in which attorneys are not authors or recipients and are only reference in the "reason for withholding" column** | | | | | | | | | | | |
| | | | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP0045474 | AZSERP0045475 | AZSERP0045474 | AZSERP0045475 | SQ1ED01099150 | 21-Jul-04 | Email | Repp, Ed | Frederick Nicklas | Lawrence, Terri; Namiotcavage, Georgene; Bucklen, Kristin; Hinton, Vonda; Holl, Linda; Domine, Lisa; Phaup, Doug; Martin, Brian; Hamill, Kevin; Greenidge, Edmund | Silva, Luis M (CNS/Seroquel); Murray, Michael F; Proctor, Colleen; Bevis, Rachel A; Repp, Edward; Rubenstein, Vance | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and agreements.Forwards an email from Michele Campbell rendering legal advice regarding Congressional inquiry. |
| AZSERP0152244 | AZSERP0152245 | AZSERP0152244 | AZSERP0152245 | SQ1ED01183592 | 13-Jul-06 | Email | Chavoshi, Soheil; Repp, Ed | Brian Martin | Repp, Edward; Chavoshi, Soheil | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and communications with health care professionals.Forwards earlier email from Julia Manning providing legal advice regarding marketing. |
| AZSERP0045637 | AZSERP0045656 | AZSERP0152244 | AZSERP0152245 | SQ1ED01183593 | 20-Mar-06 | Draft slides | Chavoshi, Soheil; Repp, Ed | John Gonzalez | | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues, product promotion and  communications with health care professionals.Document providing legal advice regarding marketing. |
| AZSERP0045657 | AZSERP0045688 | AZSERP0152244 | AZSERP0152245 | SQ1ED01183594 | 14-Jun-06 | Draft slides | Chavoshi, Soheil; Repp, Ed | John Gonzalez | | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and communications with health care professionals.Document providing legal advice regarding marketing. |
| AZSERP0099399 | AZSERP0099400 | AZSERP0099399 | AZSERP0099400 | SQ1ED00706783 | 06-Nov-05 | Email | Wilson, Ellis | Ellis Wilson | Ettorre, Gregory S | | Attorney-Client | This document conveys legal advice received from counsel about contracts, development and testing, communications with patients or patient groups and clinical trials.Forwards email and document from Michelle Dillione that provides legal advice regarding |
| AZSERP0099401 | AZSERP0099415 | AZSERP0099399 | AZSERP0099400 | SQ1ED00706784 | 02-Nov-05 | Draft memorandum | Wilson, Ellis | Unidentified | | | Attorney-Client | This document conveys legal advice received from counsel about contracts, development and testing, communications with patients or patient groups and clinical trials. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP0028659 | AZSERP0028659 | AZSERP0028659 | AZSERP0028659 | SQ1ED01236010 | 04-Oct-05 | Email | Murray, Michael; Repp, Ed | Michael Murray | Repp, Edward | | Attorney-Client | This document conveys legal advice received from counsel about contracts and product promotion.Forwards email and attachment from Michelle Dillione providing legal advice regarding product promotion. |
| AZSERP0028660 | AZSERP0028660 | AZSERP0028659 | AZSERP0028659 | SQ1ED01236011 | 30-Sep-05 | Draft letter | Murray, Michael; Repp, Ed | Unidentified | | | Attorney-Client | This document conveys legal advice received from counsel about contractual matters, product promotion and  communications with health care professionals.Document sent by Michelle Dillione providing legal advice regarding an agreement. |
| AZSERP0054696 | AZSERP0054698 | AZSERP0054696 | AZSERP0054698 | SQ1ED01248788 | 27-Jun-06 | Email | Mazzella, Vince | Vince Mazzella | Bender, Kathleen | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues, product promotion and  clinical practices. Reflects activities performed at the request of Michelle Dillione regarding clinical trials. |
| AZSERP0054699 | AZSERP0054700 | AZSERP0054696 | AZSERP0054698 | SQ1ED01248789 | 13-Jun-06 | Internal training materials | Mazzella, Vince | Janet Steiner | | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and clinical practices.Document conveying legal advice from Michelle Dillione regarding clinical practices. |
| **Entries authored by non-attorneys and attorneys listed as recipients amongst a mixed audience or carbon copied** | | | | | | | | | | | |
| AZSERP0234669 | AZSERP0234670 | AZSERP0234669 | AZSERP0234670 | SQ1ED01540870 | 12-Sep-06 | Email | Leong, Ronald | Christopher Maurer | Stansberry, Kevin; Melko, George; Maurer, Christopher T; Manning, Julia; Leong, Ronald | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and actions by competitors. |
| AZSERP0068619 | AZSERP0068619 | AZSERP0068619 | AZSERP0068619 | SQ1ED00805098 | 16-Feb-06 | Email | Sermeno, Al | Al Sermeno | Laur, Karissa; Mueller, Karin | Mitchell-Delaney, Suzanne; Booth-Barbarin, Ann V | Attorney-Client | This document conveys legal advice received from counsel about contractual matters and communications with health care professionals. Requests legal approval of contracts and sales vouchers from Ann Booth-Barbarin. |

| AZSERP0099500 | AZSERP0099501 | AZSERP0099500 | AZSERP0099501 | SQ1ED00708351 | 01-Jul-03 | Email | Wilson, Ellis | Charles Altman | Janco, Christine A; Garman, Rose M; Kelly, Eileen; Selestok, Tom; Donovan, Eileen M; Bidus, Colleen; Fleischmann, Chris; Bertelsen, Darci L; McCree, Laura; Munro, Gail; Robinson, Kathy M; Gaddy, James; Scotton, Cherese R; Wilson, Ellis; Potter, Larry S; Bergbrant, Christina; Lu, Grace C; Sparco, Joseph J; Manning, Julia W; Brockson, Mary C; MinKwitz, Margaret C; Jenssen, Leah; Bockrath, Nancy; Boorstein, John; Quimby, Ellen A; Porrey, Tara E; DiStefano, Kelly A; MacFadden, | Block, Gilbert; Brecher, Martin | Attorney-Client | This document conveys legal advice received from counsel about contractual matters, clinical trials and agreements. |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP0116574 | AZSERP0116574 | AZSERP0116574 | AZSERP0116574 | SQ1ED00678279 | 23-Mar-06 | Email | Brecher, Martin; Shaw, Joan; Wilson, Ellis | Ellis Wilson | +SQL ALL SDL | Robinson, Kathy M; Brecher, Martin; Lundberg, Ulrika; Arweström, Ewa; Sandberg, Maria; Lindstrom, Diane D; Wolf, Kathleen; Jordahl, Lizette; Snyder, Laura; Partanen Hedlund, Eeva; Kreamer, Lori; Dillione, Michelle T; Fagergren-Ohlsson, Marie; Palmer, Lauren; Shaw, Joan | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and clinical trials. Provides legal advice received from AZ Legal Department regarding clinical trials. |
| AZSERP182290 | AZSERP182290 | AZSERP182290 | AZSERP182290 | SQ1ED00159942 | 15-Sep-03 | Email | Leong, Ronald | Ronald Leong | Brecher, Martin; Dev, Vikram J; Bastain, Bill | Manning, Julia W; Davies, Laura J | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and adverse events. Forwards documents conveying legal advice received from the AZ Legal Team. |
| AZSERP182291 | AZSERP182295 | AZSERP182290 | AZSERP182290 | SQ1ED00159943 | 15-Sep-03 | Draft slides | Leong, Ronald | Ronald Leong | | | Attorney-Client | This document reflects activities performed at the request of legal counsel about corporate legal issues and adverse events. |
| AZSERP182296 | AZSERP182296 | AZSERP182290 | AZSERP182290 | SQ1ED00159944 | 15-Sep-03 | Draft slides | Leong, Ronald | Ronald Leong | | | Attorney-Client | This document reflects activities performed at the request of legal counsel about corporate legal issues and adverse events. |

**Third parties have been authors and/or recipients**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP0229016 | AZSERP0229025 | AZSERP0229016 | AZSERP0229025 | S339-L00035170 | 08-Mar-07 | Report | eRooms | *John Easton* | | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and agreements.Details attorney involvement in pending agreements, licensing, and legal issues. |
| AZSERP191518 | AZSERP191518 | AZSERP191518 | AZSERP191518 | SQ1ED00843168 | 23-May-06 | Email | Chavoshi, Soheil; Lawrence, Terri | *Rebecca Lund* | *Penny Oakley (Simpson Healthcare) ; Lawrence, Terri* | *Erin Pereira Conlan (Simpson Healthcare) ; Chavoshi, Soheil* | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and communications with health care professionals. Conveys legal advice from Michelle Dillione regarding training of speakers. |
| AZSERP191519 | AZSERP191521 | AZSERP191518 | AZSERP191518 | SQ1ED00843169 | 23-May-06 | Draft report | Chavoshi, Soheil; Lawrence, Terri | *Rebecca Lund* | | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and communications with health care professionals. |
| AZSERP0141725 | AZSERP0141726 | AZSERP0141725 | AZSERP0141726 | F339-E00226344 | 06-Jun-02 | Email | Seroquel_Document_Retention_PSTs | Lisa Lloyd-Washington | *Lisa Hazen'* | *'Patti Harris'* | Attorney-Client | This document conveys legal advice received from counsel about contracts and advertising. Forwards legal advice from Enid Stebbins regarding contractual matters. |
| AZSERP211846 | AZSERP211846 | AZSERP211846 | AZSERP211846 | SQ1ED02692492 | 16-Jun-05 | Email | Bucklen, Kristin | Kristin Bucklen | *Susannah Copland (E-mail)* | | Attorney-Client | This document conveys legal advice received from counsel about contractual matters and agreements. Forwards a document from Michelle Dillione that provides legal advice regarding clinical studies. |
| AZSERP211847 | AZSERP211879 | AZSERP211846 | AZSERP211846 | SQ1ED02692493 | 04-Jun-02 | Agreements | Bucklen, Kristin | **Andrew Hayward, Kendra Baker, Dick Kenney** | | | Attorney-Client | This document provides legal advice about contracts and agreements. |
| AZSERP182404 | AZSERP182404 | AZSERP182404 | AZSERP182404 | SQ1ED00182014 | 13-Jan-03 | Email | Law, Heather | Heather Law | *Reba Auslander (E-mail); Larissa Severenko (E-mail)* | Callaghan, Cynthia L; **Stebbins, Enid** | Attorney-Client | This document conveys legal advice received from counsel about contractual matters and clinical trials. Conveys legal advice from Enid Stebbins regarding contracts. |
| AZSERP182405 | AZSERP182406 | AZSERP182404 | AZSERP182404 | SQ1ED00182015 | 13-Jan-03 | Agreements | Law, Heather | Unidentified | | | Attorney-Client | This document conveys legal advice received from counsel about contractual matters and clinical trials. |
| AZSERP182407 | AZSERP182410 | AZSERP182404 | AZSERP182404 | SQ1ED00182016 | 13-Jan-03 | Agreements | Law, Heather | Unidentified | | | Attorney-Client | This document conveys legal advice received from counsel about contractual matters and clinical trials. |
| AZSERP182411 | AZSERP182412 | AZSERP182404 | AZSERP182404 | SQ1ED00182017 | 13-Jan-03 | Agreements | Law, Heather | Unidentified | | | Attorney-Client | This document conveys legal advice received from counsel about contractual matters and clinical trials. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Entries address studies, trials, research, or other scientific data** | | | | | | | | | | | |
| | | | | | | | | | | | |
| AZSERP0070340 | AZSERP0070340 | AZSERP0070340 | AZSERP0070340 | SQ1ED00954415 | 29-Jul-05 | Email | Brecher, Martin; McCormack, Eileen | Eileen McCormack | Brecher, Martin; Nordstrom, Eva (Seroquel); **Manning, Julia**; Dunscombe, Nick M; Birkett, Geoff; Rastad, Jonas | **Martino, Marie** | Attorney-Client | This document conveys legal advice received from counsel about contracts, corporate legal issues and clinical trials. |
| | | | | | | | | | | | |
| AZSERP0158885 | AZSERP0158885 | AZSERP0158885 | AZSERP0158885 | SQ1P02347230 | 10-May-01 | Email | Repp, Ed | Edmund Greenidge | Duff, David J | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and clinical trials.Forwards an email from Margret Anderson that provides legal advice regarding a draft marketing document. |
| | | | | | | | | | | | |
| AZSERP0109682 | AZSERP0109682 | AZSERP0109682 | AZSERP0109682 | SQ1ED01846245 | 01-Sep-05 | Email | Wilson, Ellis | **Julia Manning** | Souder, Susan; Rastad, Jonas; Wilson, Ellis; Nordstrom, Eva (Seroquel); Mullen, Jamie A | | Attorney-Client | This document provides legal advice about corporate legal issues and clinical trials. |
| AZSERP0109683 | AZSERP0109684 | AZSERP0109682 | AZSERP0109682 | SQ1ED01846246 | 08-Aug-05 | Memorandum | Wilson, Ellis | Carole Caswell | | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and clinical trials. |
| | | | | | | | | | | | |
| AZSERP0172256 | AZSERP0172256 | AZSERP0172256 | AZSERP0172256 | S339-E00158244 | 24-Aug-05 | Email | Outlook Public Folders | Maria Bevivino | **Lee-Kennedy, Marge** | | Attorney-Client | This document conveys legal advice received from counsel about contracts and clinical trials. |
| | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP0037159 | AZSERP0037159 | AZSERP0037159 | AZSERP0037159 | SQ1ED00160642 | 13-Jan-04 | Email | Beamish, Don; Law, Heather; Leong, Ronald; MacFadden, Wayne; Minnick, James | Jim Minnick | Leong, Ronald; Brecher, Martin; Remick, Rosemarie M; Beamish, Don G; MacFadden, Wayne; Limp, Gerald L; Davies, Laura J; Doran, Nigel M; Schwartz, Jack A; Minnick, Jim G | Blair-Robinson, Mina L; Seage, Edward C; Rance, Mike J; Bloom-Baglin, Rachel; Birkett, Geoff; Callaghan, Cynthia L; Hunt, Jonathan; Major, Chris S (STAN); Brown, Steve W; Hoegstedt, Johan; Law, Heather; Lampert, Steve B; Winroth, Jorgen | Attorney-Client | This document conveys legal advice received from counsel about development and testing, clinical trials and  adverse events.Conveys updates provided by Laura Davies of AZ legal. |
| AZSERP0037160 | AZSERP0037164 | AZSERP0037159 | AZSERP0037159 | SQ1ED00160643 | 12-Jan-04 | Draft internal training materials | Beamish, Don; Law, Heather; Leong, Ronald; MacFadden, Wayne; Minnick, James | James Minnick | | | Attorney-Client | This document conveys legal advice received from counsel about development and testing, clinical trials and  adverse events.Conveys updates provided by AZ legal via Laura Davies. |
| **Entries address promotional activity, marketing and/or public relations** | | | | | | | | | | | |
| | | | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP203914 | AZSERP203914 | AZSERP203914 | AZSERP203914 | SQ1ED01693380 | 21-Mar-06 | Email | Bucklen, Kristin; Chavoshi, Soheil; Domine, Lisa; Lawrence, Terri; Mueller, Karin; Repp, Ed; Sermeno, Al | Edward Repp | Hebe, Julie; Lapp, Carrie; Holl, Linda; Lawrence, Terri; Moody, Janine; Sermeno, Al; Pierce, Colleen; McVey, Jeffrey | Martin, Brian; Bucklen, Kristin W; Hamill, Kevin J; Mueller, Karin; Cohen, Jared; Chavoshi, Soheil; Domine, Lisa I | Attorney-Client | This document provides information disclosing legal advice about contracts and marketing. Forwards legal advice on contract from Michelle Dillione. |
| AZSERP203915 | AZSERP203918 | AZSERP203914 | AZSERP203914 | SQ1ED01693381 | 21-Mar-06 | Draft letter | Bucklen, Kristin; Chavoshi, Soheil; Domine, Lisa; Lawrence, Terri; Mueller, Karin; Repp, Ed; Sermeno, Al | Unidentified | | | Attorney-Client | This document conveys legal advice received from counsel about contracts and marketing. |
| AZSERP0067914 | AZSERP0067915 | AZSERP0067914 | AZSERP0067915 | SQ1ED00721418 | 16-Jan-04 | Email | Holl, Linda | Thomas Tobin | **Shaughnessy, Robert J** | Burke, Thomas P; Peipher, Charles R; White, Mark (US); Holl, Linda; Proctor, Colleen | Attorney-Client | This document conveys legal advice received from counsel about contracts, corporate legal issues, product promotion and  communications with health care professionals. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP0054767 | AZSERP0054767 | AZSERP0054767 | AZSERP0054767 | SQ1ED01388414 | 21-Sep-05 | Calendar entry | Domine, Lisa | Unidentified | Ma, S. Frank; Peipher, Charles R; Domine, Lisa I; Stevenson, Michael; Wallace, Taylor; Dillione, Michelle T; Hatzipavlides, Harry; Manning, Julia; Murray, Michael F | | Attorney-Client | This document requests legal advice about development and testing and product promotion. |
| AZSERP0054768 | AZSERP0054801 | AZSERP0054767 | AZSERP0054767 | SQ1ED01388416 | 21-Sep-05 | Draft slides | Domine, Lisa | Unidentified | | | Attorney-Client | This document provides information involving legal advice about development and testing and product promotion. |
| AZSERP0033901 | AZSERP0033912 | AZSERP0054767 | AZSERP0054767 | SQ1ED01388415 | 26-Aug-05 | Draft slides | Domine, Lisa | Lisa Domine; Harry Hatzipavlides | | | Attorney-Client | This document provides information involving legal advice about marketing and product promotion. |
| **Entries address regulatory activities** | | | | | | | | | | | |
| | | | | | | | | | | | |
| AZSERP0115309 | AZSERP0115310 | AZSERP0115309 | AZSERP0115310 | SQ1ED00057202 | 02-May-05 | Email | Jones, Martin | Eva Nordstrom | Dunscombe, Nick M; Brecher, Martin; Majithia, Pravin K; Melville, Margaret G; Jones, Martin AM (Seroquel) | | Attorney-Client | This document conveys legal advice received from counsel about contracts, product licensing and agreements.Forwards an email from Luke Talbutt that conveys legal advice regarding international regulatory issues. |
| AZSERP0242480 | AZSERP0242486 | | | S339-L00033880-E010 | 18-Feb-06 | Report | eRooms | Unidentified | | | Work product | This document reflects activities performed at the request of legal counsel about corporate legal issues and regulatory issues.Reflects results of a project performed at the request of counsel relating to non-U.S. countries. |
| AZSERP0070741 | AZSERP0070743 | AZSERP0070741 | AZSERP0070743 | SQ1ED00960551 | 16-Mar-06 | Email | Ney, Christine | Celeste Williams-Hughes | Ney, Christine A | Simcoe, Donna | Attorney-Client | This document reflects activities performed at the request of legal counsel about corporate legal issues and communications with regulatory authorities.Reflects activities performed at the forwarded request of Marc Stanislawczyk regarding government inqui |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP0070744 | AZSERP0070764 | AZSERP0070741 | AZSERP0070743 | SQ1ED00960552 | 20-Feb-06 | Report | Ney, Christine | Unidentified | | | Attorney-Client | This document reflects activities performed at the request of legal counsel about corporate legal issues and communications with regulatory authorities. Provides information in response to a request by Marc Stanislawczyk regarding government inquiries. |
| | | | | | | | | | | | |

**Additional Examples**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| AZSERP0019661 | AZSERP0019662 | AZSERP0019661 | AZSERP0019662 | SQ1ED00370121 | 23-Oct-98 | Email | Murray, Michael | **Kendra Baker** | Murray Michael MF | Zarzuela Donna DM; Lucas Charles WC; **Scanlon Rose Ann RA**; Ney Christine CA; Ruhl Athena AM | Attorney-Client | This document provides legal advice about development and testing and communications with health care professionals. |
| AZSERP0019663 | AZSERP0019666 | AZSERP0019661 | AZSERP0019662 | SQ1ED00370122 | 14-Oct-98 | Draft letter | Murray, Michael | Unidentified | | | Attorney-Client | This document conveys legal advice received from counsel about marketing and communications with health care professionals. |
| AZSERP0019667 | AZSERP0019670 | AZSERP0019661 | AZSERP0019662 | SQ1ED00370123 | 14-Oct-98 | Draft letter | Murray, Michael | Unidentified | | | Attorney-Client | This document conveys legal advice received from counsel about development and testing and adverse events. |
| AZSERP0019671 | AZSERP0019674 | AZSERP0019661 | AZSERP0019662 | SQ1ED00370124 | 14-Oct-98 | Draft letter | Murray, Michael | Unidentified | | | Attorney-Client | This document conveys legal advice received from counsel about marketing and communications with health care professionals. |
| AZSERP0019675 | AZSERP0019678 | AZSERP0019661 | AZSERP0019662 | SQ1ED00370125 | 14-Oct-98 | Draft letter | Murray, Michael | Unidentified | | | Attorney-Client | This document conveys legal advice received from counsel about marketing and communications with health care professionals. |
| AZSERP0019679 | AZSERP0019682 | AZSERP0019661 | AZSERP0019662 | SQ1ED00370126 | 14-Oct-98 | Draft letter | Murray, Michael | Unidentified | | | Attorney-Client | This document conveys legal advice received from counsel about marketing and adverse events. |
| | | | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP0102709 | AZSERP0102709 | AZSERP0102709 | AZSERP0102709 | SQ1ED01632799 | 26-Oct-01 | Email | Smith, Christine | **Michelle Dillione** | Quake, John; Dowling, Teresa P; Smith, Christine Duffy; Pinto, Preeti; Phillips, Cynthia; Szewczak, Mark; Troise, Nicholas J | **Kenny, Richard** | Attorney-Client | This document provides legal advice about marketing, product promotion and labeling. |
| AZSERP0102710 | AZSERP0102743 | AZSERP0102709 | AZSERP0102709 | SQ1ED01632800 | 26-Oct-01 | Draft report | Smith, Christine | **Michelle Dillione** | | | Attorney-Client | This document provides information disclosing legal advice about marketing, product promotion and labeling. |
| AZSERP0102744 | AZSERP0102777 | AZSERP0102709 | AZSERP0102709 | SQ1ED01632801 | 26-Oct-01 | Draft report | Smith, Christine | Unidentified | | | Attorney-Client | This document provides information disclosing legal advice about marketing, product promotion and labeling. |
| AZSERP0062411 | AZSERP0062411 | AZSERP0062411 | AZSERP0062411 | SQ1ED00201576 | 18-Dec-01 | Email | Lloyd-Washington, Lisa | **Kendra Baker** | Lloyd (Washington) Lisa M; DeYoung, Richard J | Greenidge, Edmund | Attorney-Client | This document provides legal advice about labeling and marketing and distribution. |
| AZSERP0062412 | AZSERP0062416 | AZSERP0062411 | AZSERP0062411 | SQ1ED00201577 | 21-Nov-01 | Memorandum | Lloyd-Washington, Lisa | Unidentified | | | Attorney-Client | This document provides legal advice about labeling and marketing and distribution. |
| AZSERP0037533 | AZSERP0037565 | AZSERP0062411 | AZSERP0062411 | SQ1ED00201578 | 13-Dec-01 | Memorandum | Lloyd-Washington, Lisa | Unidentified | | | Attorney-Client | This document provides legal advice about marketing and distribution. |
| AZSERP0037566 | AZSERP0037567 | AZSERP0062411 | AZSERP0062411 | SQ1ED00201579 | 13-Dec-01 | Memorandum | Lloyd-Washington, Lisa | **Michelle Dillione** | | | Attorney-Client | This document provides legal advice about labeling and marketing and distribution. |
| AZSERP0062178 | AZSERP0062178 | AZSERP0062178 | AZSERP0062178 | SQ1ED00189631 | 28-Feb-03 | Email | Lloyd-Washington, Lisa | Lisa Lloyd-Washington | **Stebbins, Enid** | | Attorney-Client | This document provides information disclosing legal advice about development and testing and marketing. |
| AZSERP182436 | AZSERP182436 | AZSERP0062178 | AZSERP0062178 | SQ1ED00189632 | 28-Feb-03 | Draft marketing materials | Lloyd-Washington, Lisa | Unidentified | | | Attorney-Client | This document provides information involving legal advice about development and testing and marketing. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP0227251 | AZSERP0227251 | AZSERP0227251 | AZSERP0227251 | F339-E18696757 | 27-Feb-07 | Email | Scott, Mark | Jim Minnick | **Connelly, Kathy; Mette, Luke W; Donaghy, Maryanne;Kathleen O'Connor;John Dodds** | Scott, Mark S (Wilmington); Jackson, Marianne; **Dillione, Michelle T**; Baron, Abigail; Lampert, Steve B; Jones, Kathryn (Wilmington) | Attorney-Client | This document forwards document providing legal advice about corporate legal issues and actions by competitors.Responds to Luke Mette email regarding pending litigation and draft document with comments from Kathleen O'Connor (Dechert) and Luke Mette. |
| AZSERP0227252 | AZSERP0227252 | AZSERP0227251 | AZSERP0227251 | F339-E18696758 | 27-Feb-06 | Draft memorandum | Scott, Mark | Jim Minnick | | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and actions by competitors. |
| AZSERP0227253 | AZSERP0227253 | AZSERP0227251 | AZSERP0227251 | F339-E18696759 | 27-Feb-07 | Draft memorandum | Scott, Mark | Jim Minnick | | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and actions by competitors. |
| AZSERP0089319 | AZSERP0089319 | AZSERP0089319 | AZSERP0089319 | SQ1ED01608876 | 11-Aug-05 | Email | Bassin, Lawrence; Leong, Ronald | **Julia Manning** | Dev, Vikram J; Bassin, Lawrence G; Leong, Ronald | | Attorney-Client | This document provides legal advice about corporate legal issues and adverse events. |
| AZSERP0089320 | AZSERP0089321 | AZSERP0089319 | AZSERP0089319 | SQ1ED01608877 | 28-Jul-05 | Draft minutes | Bassin, Lawrence; Leong, Ronald | Suzanne Elliott | | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and adverse events. |
| AZSERP0019458 | AZSERP0019458 | AZSERP0019458 | AZSERP0019458 | SQ1ED00362107 | 16-Mar-00 | Email | Murray, Michael | John Tumas | Mullen Jamie JA; Devine Nancy NA; Murray Michael MF; Gavin Jim JP; Frankhouser Cathryn C; **Baker Kendra**; Schilling Ann AE; Limp Gerald GL; Feron Jane JA; Goldstein Jeffrey JM | | Attorney-Client | This document conveys legal advice received from counsel about contractual matters, agreements and clinical trials. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP0019459 | AZSERP0019459 | AZSERP0019458 | AZSERP0019458 | SQ1ED00362108 | 16-Mar-00 | Minutes | Murray, Michael | *John Moran* | | | Attorney-Client | This document conveys legal advice received from counsel about contractual matters, clinical trials and agreements. |
| AZSERP0225827 | AZSERP0225827 | AZSERP0225827 | AZSERP0225827 | F339-E15934384 | 09-Jun-07 | Email | Response to RFP - Risk Benefit Team Communications | *George Melko* | Morabbi, Niki; O'Byrne, Muriel; Nelson, Barbara W L; Paulsson, Björn | Eriksson, Åsa (Seroquel); Andersson, Henrik M; Clarke, Kevan (US HQ); Bradley, Kathryn; Fors, Susanne (Seroquel) | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and labeling.Conveys legal advice received from the AZ legal department regarding labeling. |
| AZSERP0225184 | AZSERP0225184 | AZSERP0225184 | AZSERP0225184 | F339-E15892984 | 06-Jun-07 | Email | Fors, Susanne | Susanne Fors | **Shah, Himani** | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and communications with regulatory authorities. |
| AZSERP0245730 | AZSERP0245730 | AZSERP0245730 | AZSERP0245730 | SQ1P02345111 | 26-Mar-01 | Email | Repp, Ed | Edmund Greenidge | **Anderson, Margret** | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and labeling. |
| AZSERP0055801 | AZSERP0055801 | AZSERP0055801 | AZSERP0055801 | SQ1P00757358 | 01-Jan-01 | Agreements | Domine, Lisa | Unidentifed | | | Attorney-Client | This document conveys legal advice received from counsel about contracts and clinical trials. |
| AZSERP0113657 | AZSERP0113658 | AZSERP0113656 | AZSERP0113656 | SQ1ED01898476 | 24-Feb-04 | Email | Jones, Martin | Robert Sepelyak | Fitton, Lesley R | **Cochran, Karen** | Attorney-Client | This document conveys legal advice received from counsel about contracts, intellectual property and patents. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP0019458 | AZSERP0019458 | AZSERP0019458 | AZSERP0019458 | SQ1ED00362107 | 16-Mar-00 | Email | Murray, Michael | John Tumas | Mullen Jamie JA; Devine Nancy NA; Murray Michael MF; Gavin Jim JP; Frankhouser Cathryn C; **Baker Kendra**; Schilling Ann AE; Limp Gerald GL; Feron Jane JA; Goldstein Jeffrey JM | | Attorney-Client | This document conveys legal advice received from counsel about contractual matters, agreements and clinical trials. |
| AZSERP0032649 | AZSERP0032649 | AZSERP0032649 | AZSERP0032649 | SQ1ED01306801 | 10-May-05 | Email | Hamill, Kevin; Makar, Mina | Kevin Hamill | Makar, Mina; Schipke, Connie; Lazarus, Arthur; Gaskill, James L; **Manning, Julia** | Barton, Laura | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and communications with health care professionals. |
| AZSERP0034356 | AZSERP0034357 | AZSERP0034357 | AZSERP0034357 | SQ1P00834955 | 03-May-06 | Email | Jones, Kathryn | Kristin Bucklen | Jones, Kathryn; Campbell, Denise | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and advertising.Conveys legal advice from Michelle Dillione regarding external communications related to pending litigation. |
| AZSERP0038127 | AZSERP0038128 | AZSERP0038127 | AZSERP0038128 | SQ1ED00233868 | 03-Nov-03 | Email | Lawrence, Terri; Mullen, Jamie | Jamie Mullen | Lawrence, Terri | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and adverse events. Forwards email from Laura Davies that provides legal advice regarding adverse events. |
| AZSERP0118045 | AZSERP0118046 | AZSERP0118045 | AZSERP0118046 | SQ1ED01706627 | 26-Feb-06 | Email | Chavoshi, Soheil; Sermeno, Al | Soheil Chavoshi | Krulikowski, Marianne; Lynch, Larry; Sermeno, Al | | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues and communications with health care professionals.Forwards email from Michelle Dillione providing legal advice about adverse events and inquiries regarding same. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP0045381 | AZSERP0045381 | AZSERP0045381 | AZSERP0045381 | SQ1ED01088835 | 30-Jun-03 | Email | Repp, Ed | Lisa Hazen | Hagger, Lynn | Lloyd (Washington), Lisa M; Hamill, Kevin J; Garth Birch; Helen Corrigan; Repp, Edward; Laura Romeu; Jane Zusi | Attorney-Client | This document conveys legal advice received from counsel about corporate legal issues, advertising and regulatory issues. Forwards and discusses legal advice provided by Peter S. Reichertz regarding advertising. |
| AZSERP0045382 | AZSERP0045382 | AZSERP0045381 | AZSERP0045381 | SQ1ED01088836 | 30-Jun-03 | Email | Repp, Ed | Peter Reichertz | L. Hazen; BCONNER@SAATCHINY.COM | | Attorney-Client | This document provides legal advice about corporate legal issues, advertising and regulatory issues. |
| AZSERP0045383 | AZSERP0045385 | AZSERP0045381 | AZSERP0045381 | SQ1ED01088837 | 27-Jun-03 | Memorandum | Repp, Ed | Peter Reichertz | | | Attorney-Client | This document provides legal advice about corporate legal issues, advertising and regulatory issues. |
| AZSERP0161692 | AZSERP0161692 | AZSERP0161692 | AZSERP0161692 | F339-E01036982 | 30-Jun-03 | Email | BI Library | Lisa Hazen | Hagger, Lynn | Laura Romeu; Garth Birch; Hamill, Kevin J; Jane Zusi; Repp, Edward; Helen Corrigan; Lloyd (Washington), Lisa M | Attorney-Client | This document conveys legal advice received from counsel about marketing and regulatory issues.Fowards and discusses legal advice of outside counsel Peter Reichertz regarding marketing. |
| AZSERP0161693 | AZSERP0161693 | AZSERP0161692 | AZSERP0161692 | F339-E01036983 | 30-Jun-03 | Email | BI Library | Peter Reichertz | L. Hazen; BCONNER@SAATCHINY.COM | | Attorney-Client | This document provides legal advice about marketing and regulatory issues. |
| AZSERP0161694 | AZSERP0161694 | AZSERP0161692 | AZSERP0161692 | F339-E01036984 | 30-Jun-03 | Memorandum | BI Library | Peter Reichertz | | | Attorney-Client | This document provides legal advice about marketing and regulatory issues. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP197009 | AZSERP197009 | AZSERP197009 | AZSERP197009 | SQ1ED01391957 | 10-Mar-06 | Calendar entry | Peipher, Charles | Jim Minnick | Lampert, Steve B,; Fullerton, Stuart; Spencer, Adriane L.; Davies, Laura J,; X:Kay, Anne (External),; Perez, Hugo; Draine, Michael; Jackson, Marianne,; Gionta, Lynn,; Minnick, Jim G.; Peipher, Charles R,; Julianna Richter; plhassociates@msn.com | Attorney-Client and Work Product | This document requests legal advice about pending litigation and litigation defense issues. |
| AZSERP0167846 | AZSERP0167847 | AZSERP0167846 | AZSERP0167847 | SQ1ED01511085 | 18-Sep-06 | Email | Brecher, Martin; Jones, Martin; Leong, Ronald | Stephanie Daniels | Leong, Ronald | X:Cusco, Sandra (CMC); Brecher, Martin; X:Coles, Lucy (CMC);David Barlow; Jones, Martin AM (Seroquel) | Attorney-Client | This document conveys legal advice received from counsel about development and testing and clinical trials. |
| AZSERP0167848 | AZSERP0167848 | AZSERP0167846 | AZSERP0167847 | SQ1ED01511086 | 12-Sep-06 | Email | Brecher, Martin; Jones, Martin; Leong, Ronald | Julia Manning | Leong, Ronald; Jones, Martin AM (Seroquel); Brecher, Martin | David Barlow; Daniels, Stephanie | Attorney-Client | This document forwards document providing legal advice about development and testing and litigation defense issues. |
| AZSERP0167849 | AZSERP0167870 | AZSERP0167846 | AZSERP0167847 | SQ1ED01511087 | 12-Sep-06 | Draft report | Brecher, Martin; Jones, Martin; Leong, Ronald | Julia Manning | | | Attorney-Client | This document provides legal advice about development and testing and clinical trials. |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AZSERP0168104 | AZSERP0168105 | AZSERP0168104 | AZSERP0168105 | SQ1ED01543829 | 18-Sep-06 | Email | Brecher, Martin; Jones, Martin; Leong, Ronald | Stephanie Daniels | Leong, Ronald | X:Cusco, Sandra (CMC); X:Coles, Lucy (CMC);David Barlow; Brecher, Martin; Jones, Martin AM (Seroquel) | Attorney-Client | This document conveys legal advice received from counsel about development and testing and clinical trials. |
| AZSERP0168106 | AZSERP0168106 | AZSERP0168104 | AZSERP0168105 | SQ1ED01543830 | 21-Mar-07 | Memorandum | Brecher, Martin; Jones, Martin; Leong, Ronald | Julia Manning | Jones, Martin AM (Seroquel); Brecher, Martin; Leong, Ronald | David Barlow; Daniels, Stephanie | Attorney-Client | This document provides legal advice about development and testing, litigation defense issues and clinical trials. |
| AZSERP0168107 | AZSERP0168128 | AZSERP0168104 | AZSERP0168105 | SQ1ED01543831 | 12-Sep-06 | Draft publication | Brecher, Martin; Jones, Martin; Leong, Ronald | Julia Manning | | | Attorney-Client | This document forwards document providing legal advice about development and testing and clinical trials. |