**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

                                                  Case No.  6:06-md-1769-Orl-22DAB

_____

**ORDER**

On June 2, 2008, the Court entered Orders in *Hensley v. AstraZeneca Pharmaceuticals LP, et al.*, No. 6:08-cv-6000-Orl-22DAB (Doc. 9), and *Garza v. AstraZeneca Pharmaceuticals LP*, No. 6:08-cv-6001-Orl-22DAB (Doc. 9), instructing AstraZeneca to identify all cases in the MDL in which plaintiffs allege that they developed Neuroleptic Malignant Syndrome ("NMS") as a result of their Seroquel use.  On June 6, 2008, AstraZeneca provided the names and case numbers of 47 "NMS" plaintiffs.  *See* Doc. 1011.  In preparation for remand of these cases, the Court needs updated information from the parties.

Accordingly, it is hereby **ORDERED** as follows:

1.      On or before May 4, 2009, Defendant AstraZeneca shall electronically file an updated list of all cases in this MDL in which Plaintiffs have alleged they developed NMS as a result of their use of Seroquel.  As before, the list shall be segregated as follows: (a) all cases in which Plaintiffs have alleged NMS only; and (b) all cases in which Plaintiffs have alleged NMS in addition to other injuries.

2.      On or before May 8, 2009, the parties shall file a joint statement regarding the status of general discovery in the NMS cases, including specifically whether additional experts have been, or will be, designated with respect to general causation.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 27, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge