UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

ASTRAZENECA'S MOTION FOR LEAVE TO FILE A
SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO EXCLUDE
THE GENERAL CAUSATION WITNESSES AND SUPPORTING
<u>MEMORANDUM OF LAW</u>

Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP ("AstraZeneca") file this Motion for Leave to file a supplemental brief in support of its November 3, 2008 Motion to Exclude the General Causation Witnesses ("AstraZeneca's Motion to Exclude").  Specifically, AstraZeneca requests leave to file a copy of the 10 page Supplemental Reply Memorandum in Support of a Motion *In Limine* to Exclude Expert Testimony of Donna K. Arnett, Ph.D., M.S.P.H., it filed in the public record in connection with Seroquel product liability litigation pending before the Delaware Superior Court ("Delaware Brief"), a copy of which is attached hereto as Exhibit A.[1]  AstraZeneca would not oppose the Court's receipt of Plaintiffs' corresponding public submissions in Delaware if Plaintiffs so request.

As explained in further detail below, AstraZeneca submits that the filing of its Delaware brief will be helpful to the Court in that the Court has not otherwise received briefing or oral argument addressing the new opinions set forth in Dr. Arnett's November

---

[1] In Delaware, if there is confidential material in a brief, the brief is filed under seal and a redacted version is required to be filed in the public record within 5 days.  The instant request is to file in the public record here the public version of the Delaware brief, which includes only a single such redaction.  By order of the court in Delaware, the brief is

- 2 -

24, 2008 Declaration, Dr. Arnett's February 23, 2009 Amended Declaration attached to Plaintiff's Supplemental Response to AstraZeneca's Motion to Exclude, and in Dr. Arnett's April 7, 2009 *Daubert* hearing.  The Delaware Brief addresses precisely these subjects.

      In support of this motion, AstraZeneca states as follows:

      1.      Dr. Donna K. Arnett offered a general causation opinion in the MDL currently pending before this Court, as well as in cases pending against AstraZeneca in Delaware.  In support of her opinions, Dr. Arnett originally relied upon the September 11, 2008 Expert Report and Declaration of Donna K. Arnett, Ph.D., M.S.P.H. (hereinafter "Report") and the October 3, 2008 Amended Expert Report of Donna K. Arnett, Ph.D. M.S.P.H. (hereinafter "Amended Report") (collectively "Reports").[2]  On October 6th and 7th, 2008, AstraZeneca deposed Dr. Arnett based upon the opinions she expressed in her original Reports filed in the MDL.  Following Dr. Arnett's deposition, AstraZeneca filed a *Daubert* motion to exclude her general causation testimony.[3]

      2.      On November 24, 2008, following AstraZeneca's *Daubert* motion in the MDL, Dr. Arnett, like Plaintiffs' other expert witnesses, submitted a Declaration containing new opinions.[4]  As a result of the new opinions and inconsistencies contained in Dr. Arnett's Declaration, AstraZeneca moved in this Court to compel a second

---

limited to 10 pages.

[2] *See* Expert Report of Donna K. Arnett, Ph.D. ("Report").

[3] *See* AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law (filed Nov. 3, 2008) (Docket No. 1112).  On January 26, 2009, AstraZeneca also moved to exclude Dr. Arnett's testimony in cases pending against it in Delaware.

[4] *See* Declaration of Donna K. Arnett, Ph.D. (attached as Exhibit 3 to Plaintiffs' Memorandum of Law in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses) (originally filed

deposition of Dr. Arnett.[5]

3. On March 6, 2009, Plaintiffs submitted a Supplemental Response in Opposition to AstraZeneca's Motion to Exclude Testimony of Plaintiffs' Generic and Specific Witnesses.[6] Attached to the Plaintiffs' Supplemental Response was a *new* February 23, 2009 Declaration of Donna K. Arnett that Plaintiffs previously filed in connection with Seroquel product liability litigation pending before the Delaware Superior Court.

4. On March 9, 2009, the Court denied AstraZeneca's motion but "scheduled a *Daubert* hearing for Dr. Arnett on April 7, 2009, at which Defendants may question her regarding any new opinions she holds."[7]

5. Following the April 7, 2009 *Daubert* hearing, AstraZeneca filed the Delaware Brief in order to address Dr. Arnett's MDL hearing testimony.[8]

6. Because this Court has not had the benefit of briefing addressing many of the new opinions set forth in Dr. Arnett's November 24, 2008 Declaration, in Dr. Arnett's February 23, 2009 Declaration attached to Plaintiff's March 6, 2009 Supplemental Response and in Dr. Arnett's recent hearing testimony, AstraZeneca respectfully requests leave of this Court to file its Delaware Brief in support of its motion to exclude Dr. Arnett's general causation testimony.

---

as Docket No. 1159; refiled (unsealed) as Docket No. 1342).

[5] *See* AstraZeneca's Motion to Compel Discovery Deposition of Plaintiff's Expert Donna Arnett, Ph.D. (Feb. 13, 2009) (Docket No. 1280).

[6] See Plaintiffs' Supplemental Response in Opposition to AstraZeneca's Motion to Exclude Testimony of Plaintiffs' Generic and Case Specific Witnesses (March 6, 2009) (Docket No. 1339)

[7] *See* March 9, 2009 Order (denying AstraZeneca's motion to compel deposition of Dr. Arnett) (Docket No. 1341).

[8] *See* Exhibit A, attached.

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 3.01(g), on April 24, 2009, counsel for AstraZeneca (Chris S. Coutroulis) conferred with plaintiffs' counsel in a good faith effort to resolve the issue raised by this motion. Plaintiffs' counsel does not agree that this Court should grant the requested relief and, accordingly, opposes the motion.

DATED: April 27, 2009

                                    Respectfully Submitted,

| | |
|---|---|
| Steven B. Weisburd<br>David Venderbush<br>DECHERT LLP<br>300 West 6th Street, Suite 1850<br>Austin, TX 78701<br>Telephone: (512) 394-3000<br>Facsimile: (512) 394-3001<br>steven.weisburd@dechert.com<br>david.venderbush@dechert.com | /s/ Jane F. Thorpe<br>Jane F. Thorpe<br>Scott A. Elder<br>ALSTON & BIRD LLP<br>1201 West Peachtree St.<br>Atlanta, GA 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>jane.thorpe@alston.com<br>scott.elder@alston.com |
| Stephen J. McConnell<br>DECHERT<br>2929 Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 994-4000<br>Facsimile: (215) 944-2222<br>stephen.mcconnell@dechert.com | /s/ Chris S. Coutroulis<br>Chris S. Coutroulis (Fla. Bar No. 300705)<br>Robert L. Ciotti (Fla. Bar No. 333141)<br>CARLTON FIELDS, P.A.<br>Corporate Center Three at Int'l Plaza<br>4221 W. Boy Scout Blvd.<br>Tampa, FL 22607<br>Telephone: (813) 223-7000<br>Facsimile: (813) 229-4133<br>ccoutroulis@carltonfields.com<br>rciotti@carltonfields.com |
| Joe G. Hollingsworth<br>SPRIGGS & HOLLINGSWORTH<br>1350 I St. N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 898-5800<br>Facsimile: (202) 682-1639<br>jhollingsworth@spriggs.com | |
| | *Counsel for AstraZeneca LP and*<br>*AstraZeneca Pharmaceuticals LP* |

LEGAL02/31280271v2

- 5 -

LEGAL02/31280271v2