**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**

This document relates to:

ALL CASES

**MDL DOCKET NO: 6:06-MDL-1769-ACC-DAB**

**JOINT MOTION TO REMOVE EXHIBIT "A" FROM ASTRAZENECA'S FILING OF ITS MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO EXCLUDE THE GENERAL CAUSATION WITNESSES AND SUPPORTING MEMORANDUM OF LAW (DOC. 1416)**

On this day, April 28, 2009, AstraZeneca filed its Motion for Leave to File a Supplemental Brief In Support of Its Motion to Exclude the General Causation Witnesses and Supporting Memorandum of Law (Doc. 1416; hereinafter, the "Motion") and attached to that Motion as Exhibit "A" a brief that it filed in the Delaware Seroquel litigation, which it seeks leave to file in this Court as supplemental briefing in support of its November 3, 2009 Motion to Exclude General Causation Witnesses.

After a review of the Local Rules and electronic filing procedures, and although the parties' disagree on the proper interpretation of the same with respect to attaching the Delaware brief to the Motion, in the spirit of compromise and to avoid unnecessary motion practice, the Parties ask that the Court direct the clerk to detach and remove from the docket Exhibit "A" to AstraZeneca's Motion, subject to AstraZeneca's later re-filing that document should the Court grant AstraZeneca's Motion.

Dated: April 28, 2009

Respectfully submitted,

By: /s/ Robert W. Cowan
F. Kenneth Bailey Jr.
K. Camp Bailey
Fletcher V. Trammell
Robert W. Cowan
**BAILEY PERRIN BAILEY**
440 Louisiana St., Suite 2100
Houston, Texas 77002
(713) 425-7100 Telephone
(713) 425-7101 Facsimile
kbailey@bpblaw.com
cbailey@bpblaw.com
ftrammell@bpblaw.com
rcowan@bpblaw.com
**Co-Lead Counsel for Plaintiffs**

By: /s/ Chris S. Coutroulis
Chris S. Coutroulis
Robert L. Ciotti
**CARLTON FIELDS P.A.**
Corporate Ctr. Three at Int'l Plaza
4221 W. Boy Scout Blvd.
Tampa, FL 22607
(813) 223-7000 Telephone
(813) 229-4133 Facsimile
ccoutroulis@carltonfields.com
rciotti@carltonfields.com
**Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of April, 2009, I electronically filed the foregoing: JOINT MOTION TO REMOVE EXHIBIT "A" FROM ASTRAZENECA'S FILING OF ITS MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO EXCLUDE THE GENERAL CAUSATION WITNESSES AND SUPPORTING MEMORANDUM OF LAW (DOC. 1416) with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ Robert W. Cowan
Robert W. Cowan