UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This document relates to:  ALL CASES

_____

**ASTRAZENECA'S NOTICE IDENTIFYING CASES IN WHICH
PLAINTIFFS ALLEGE NMS AS A SEROQUEL-RELATED INJURY**

Pursuant to this Court's April 27, 2009 Order, Doc. No. 1415, Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP herein identify 49 active cases in this MDL in which plaintiffs allege in their Plaintiff Fact Sheets ("PFSs") or in their complaints that they developed Neuroleptic Malignant Syndrome ("NMS") as a result of their Seroquel use.  Not included in this Notice are 224 MDL plaintiffs who, as of April 29, 2009, had not yet served PFSs or otherwise identified their alleged Seroquel-related injury.

**A.     Cases in Which Plaintiffs Allege NMS as Their Only Seroquel-Related Injury.**

|    | **Plaintiff Name** | **Case Number** | **Alleged Injury** |
|----|---|---|---|
| 1. | Cargal, Debra as Representative of the Estate of Lewis Yother | 6:07-cv-12092 | NMS |
| 2. | Casorla, Kimberly H. | 6:07-cv-12358 | NMS |
| 3. | Colvard, Chiquita R. | 6:07-cv-11160 | NMS |
| 4. | Garza, Pedro Jr. as Representative of the Estate of Christie Gail Gomez | 6:08-cv-06001 | NMS |
| 5. | Hensley, Mabel M. Individually and as Representative of the Estate of George W. Hensley | 6:08-cv-06000 | NMS |
| 6. | Johnson, Shelby M. | 6:07-cv-11088 | NMS |
| 7. | Kimble, Meta S. | 6:07-cv-13755 | NMS |
| 8. | Sanford, Michelle as Representative of the Estate of Robert E. Sanford | 6:07-cv-10019 | NMS |

**B.     Cases in Which Plaintiffs Allege NMS in Addition to Another Seroquel-Related Injury.**

|     | Plaintiff Name | Case Number | Alleged Injuries |
|-----|----------------|-------------|------------------|
| 1.  | Adams, Paul | 6:06-cv-01318 | Diabetes; Diabetic Coma; Ketoacidosis; Pancreatitis; NMS |
| 2.  | Blackwell, Kathryn | 6:07-cv-15689 | Diabetes; Ketoacidosis; NMS |
| 3.  | Bond, Jerry | 6:07-cv-14648 | Diabetes; NMS |
| 4.  | Bowie, Annette | 6:07-cv-11416 | Diabetes; Pancreatitis; NMS |
| 5.  | Brown-Little, Mary E. | 6:07-cv-10828 | Diabetes; NMS |
| 6.  | Carlson, Lila G. | 6:07-cv-12351 | Diabetes; NMS |
| 7.  | Clay, L.C. Jr. | 6:07-cv-13258 | Diabetes; Pancreatitis; NMS |
| 8.  | Culbert, Glenn L. | 6:07-cv-10612 | Diabetes; Diabetic Coma; Ketoacidosis; Tardive Dyskinesia; NMS |
| 9.  | Daniels, Linda | 6:07-cv-16044 | Diabetes; Ketoacidosis; Pancreatitis; Tardive Dyskinesia; NMS |
| 10. | Embke, Genita | 6:07-cv-12130 | Diabetes; Tardive Dyskinesia; NMS |
| 11. | Epling, Sharon | 6:07-cv-14826 | Diabetes; Tardive Dyskinesia; NMS |
| 12. | Fortenberry, Neal | 6:07-cv-14862 | Diabetes; NMS |
| 13. | Frazier, Elizabeth K. | 6:07-cv-10097 | Diabetes; NMS |
| 14. | Hardin, David | 6:07-cv-16162 | Diabetes; Tardive Dyskinesia; NMS |
| 15. | Herbert, Ta-Ba Karron | 6:07-cv-13593 | Diabetes; Tardive Dyskinesia; NMS |
| 16. | Horton, Marilyn | 6:07-cv-14999 | Diabetes; Ketoacidosis; NMS |
| 17. | Jordan, Patricia as Representative of the Estate of Phillip Jordan | 6:07-cv-15056 | Diabetes; NMS |
| 18. | LeBlanc, Susan | 6:07-cv-16288 | Diabetes; NMS |
| 19. | Ledford, Gary D. | 6:07-cv-13800 | Diabetes; Hyperglycemia; Tardive Dyskinesia; NMS |
| 20. | Lennie, Christina L. | 6:07-cv-10923 | Diabetes; Diabetic Coma; Ketoacidosis; NMS |
| 21. | Longoria, Hector E. | 6:07-cv-10690 | Diabetes; NMS |
| 22. | Martin, William J. | 6:07-cv-13867 | Diabetes; NMS |
| 23. | McNeil, Janice | 6:07-cv-15156 | Diabetes; NMS |
| 24. | Morgan, James H. | 6:07-cv-11809 | Diabetes; Tardive Dyskinesia; NMS |
| 25. | Morgan, Kimberly S. | 6:07-cv-16385 | Diabetes; Pancreatitis; Tardive Dyskinesia; NMS |
| 26. | Mosqueda, Richard H. | 6:07-cv-13979 | Diabetes; Ketoacidosis; Tardive Dyskinesia; NMS |
| 27. | Perry, Gertrude | 6:07-cv-16446 | Diabetes; Tardive Dyskinesia; NMS |
| 28. | Ponder, Alicia | 6:07-cv-12769 | Diabetes; NMS |

|     | Plaintiff Name | Case Number | Alleged Injuries |
| --- | --- | --- | --- |
| 29. | Provisor, Enedino | 6:07-cv-14103 | Diabetes; Tardive Dyskinesia; NMS |
| 30. | Randolph, Rhonda D. | 6:07-cv-12784 | Diabetes; Pancreatitis; NMS |
| 31. | Roberts, Brenda | 6:07-cv-12802 | Diabetes; Tardive Dyskinesia; NMS |
| 32. | Segura, Hector L. | 6:06-cv-01660 | Hyperglycemia; Diabetes Mellitus; Hyperosmolar Coma; Necrotizing Pancreatitis; Renal Failure; Encephalopathy; Permanent Brain Damage; NMS |
| 33. | Smith, Stephen as Proposed Administrator of the Estate of Sara F. Smith | 6:07-cv-14295 | Diabetes; NMS |
| 34. | Taylor, Kenneth | 6:07-cv-14363 | Diabetes; NMS |
| 35. | Vance, Lisa | 6:07-cv-10785 | Pancreatitis; NMS |
| 36. | Victor, Annestivia R. | 6:07-cv-12932 | Diabetes; NMS |
| 37. | Wallace, Antoinette B. | 6:07-cv-14440 | Diabetes; Diabetic Coma; Ketoacidosis; Pancreatitis; NMS |
| 38. | Webb, William D. | 6:07-cv-12965 | Diabetes; NMS |
| 39. | Wiley, Tina R. | 6:07-cv-12981 | Diabetes; NMS |
| 40. | Wingate, Lawrence | 6:07-cv-15529 | Diabetes; Pancreatitis; NMS |
| 41. | Wright, William | 6:07-cv-15543 | Diabetes; NMS |

DATED: May 4, 2009

Respectfully submitted,

/s/ Fred T. Magaziner
Fred T. Magaziner
Shane T. Prince
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
fred.magaziner@dechert.com
shane.prince@dechert.com

*/s/ Chris S. Coutroulis*
Chris S. Coutroulis (Fla. Bar No. 300705)
Robert L. Ciotti (Fla. Bar No. 333141)
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, FL 22607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
ccoutroulis@carltonfields.com
rciotti@carltonfields.com

*Counsel for AstraZeneca LP and AstraZeneca Pharmaceuticals LP*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 4, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on Plaintiffs' Liaison Counsel, who is charged with serving non-CM/ECF participants on the attached Service List.

/s/ Shane T. Prince

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ccf@whatleydrake.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |