**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability Litigation      Case No. 6:06-md-1769-Orl-22DAB

This document relates to:

SHELIA (SIC) WILLIAMS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
MDL Case No. 6:07-cv-01030-ACC-DAB

NICHOLAS WOYTASIK v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
MDL Case No. 6:07-cv-16769-ACC-DAB

LAKISHA BRANTLEY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
MDL Case No. 6:07-cv-16770-ACC-DAB

ANITA FREEMAN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
MDL Case No. 6:07-cv-16772-ACC-DAB

MELISSA ALMSTROM v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
MDL Case No. 6:07-cv-16773-ACC-DAB

GINGER HALUSKI v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
MDL Case No. 6:07-cv-16774-ACC-DAB

_____/

## PLAINTIFFS' MOTION TO WITHDRAW ATTORNEY ROBERT F. CLARKE

Plaintiffs, by counsel undersigned, pursuant to Local Rule 2.03(b), move for this Court's order withdrawing Robert F. Clarke as co-attorney for Plaintiffs in the above-referenced actions. Mr. Clarke is no longer employed by Phillips & Associates, and attorney Lowell W. Finson of Phillips & Associates has represented these clients since the inception of this action and will continue to do so.

For the foregoing reasons, Plaintiffs respectfully move for this Court's order withdrawing Robert F. Clarke, as attorney for Plaintiffs.

/ / /

Dated: May 4, 2009  Respectfully submitted,

PHILLIPS & ASSOCIATES

By   /s/Lowell W. Finson
Lowell W. Finson (AZ Bar ID 010872)
3030 North Third Street, Suite 1100
Phoenix, AZ 85012
Tel: (602) 258-8900
Fax: (602) 288-1632
lowellf@phillipslaw.ws

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I, Lowell W. Finson, hereby certify that on the 4th day of May, 2009, I electronically filed the foregoing **Plaintiffs' Motion to Withdraw Attorney Robert F. Clarke** with the Clerk of the Court using the CM/ECF system, which will provide electronic notice of same to all counsel of record.

Dated: May 4, 2009

Respectfully submitted,

PHILLIPS & ASSOCIATES

By  /s/Lowell W. Finson
    Lowell W. Finson (AZ Bar ID 010872)
    3030 North Third Street, Suite 1100
    Phoenix, AZ 85012
    Tel: (602) 258-8900
    Fax: (602) 288-1632
    lowellf@phillipslaw.ws

Attorneys for Plaintiffs