UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO: |
| This document relates to:<br>    ALL CASES | 6:06-MDL-1769-ACC-DAB |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION FOR LEAVE TO FILE A SHORT SUPPLEMENTAL BRIEF SETTING FORTH THE HISTORY OF CASE-SPECIFIC DISCOVERY AND CASE SCREENING IN THE 6,000 NON-FLORIDA CASES**

Plaintiffs respond in opposition to AstraZeneca's Motion for Leave to file a short supplemental brief setting forth the history of case-specific discovery and case screening in the 6,000 non-Florida cases (Doc. 1417, hereinafter the "Motion"). By its Motion, AstraZeneca seeks leave to file a 10-page supplemental brief to rebut Plaintiffs' counsel's purported suggestion that the remaining non-Florida cases have merit because AstraZeneca has had ample opportunity to bring "spurious cases" to the Court's attention.

As the Court indicated in its May 1, 2009 Order (Doc. 1419), the parties are past the issue of recounting all that has transpired procedurally regarding case-specific discovery and case screening in the non-Florida cases. Specifically, the Court stated: "With respect to case-specific discovery, no *Lone Pine* order or fact certification program will be implemented by this Court. Plaintiffs' attorneys have already evaluated the viability of their cases, consistent with their duties under Rule 11 of the Federal Rules of Civil Procedure. Cases without merit under this standard may be dealt with by the transferor courts." (Doc. 1419 at 1.) As such, there is no reason to rehash at this stage in the litigation whether AstraZeneca has or has not had sufficient opportunity to seek dismissal of non-meritorious cases. (*See id.* ("Indeed, it is

1

physically impossible for this court to manage case-specific motion practice on nearly 6,000 cases.").)  The Court should therefore deny AstraZeneca's Motion.

DATED:  May 11, 2009                      Respectfully submitted,


                                          By:   /s/ K. Camp Bailey
                                                F. Kenneth Bailey Jr.
                                                K. Camp Bailey
                                                Fletcher V. Trammell
                                                Robert W. Cowan
                                                **BAILEY PERRIN BAILEY**
                                                440 Louisiana St., Suite 2100
                                                Houston, Texas 77002
                                                (713) 425-7100 Telephone
                                                (713) 425-7101 Facsimile
                                                kbailey@bpblaw.com
                                                cbailey@bpblaw.com
                                                ftrammell@bpblaw.com
                                                rcowan@bpblaw.com
                                                **Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11th day of May, 2009, I electronically filed the foregoing: PLAINTIFFS' RESPONSE BRIEF IN OPPOSITION TO ASTRAZENECA'S MOTION FOR LEAVE TO FILE A SHORT SUPPLEMENTAL BRIEF SETTING FORTH THE HISTORY OF CASE-SPECIFIC DISCOVERY AND CASE SCREENING IN THE 6,000 NON-FLORIDA CASES with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                                            /s/  Robert W. Cowan
                                            Robert W. Cowan