# EXHIBIT 1

## LIST OF PLAINTIFFS WITH OVERDUE DISCOVERY

|  | Plaintiff Last Name | Plaintiff First Name | MDL Case No. | Missing Documents |
|---|---|---|---|---|
| 1. | Ace | Michael | 6:09-cv-00008 | Verification and Authorization |
| 2. | Aden | Kenya | 6:09-cv-16978 | Plaintiff Fact Sheet, Verification, and Authorization |
| 3. | Akers | Audrey | 6:09-cv-16979 | Plaintiff Fact Sheet, Verification, and Authorization |
| 4. | Atencio | Laurie | 6:09-cv-16986 | Plaintiff Fact Sheet, Verification, and Authorization |
| 5. | Backman | Sophia | 6:09-cv-16987 | Plaintiff Fact Sheet, Verification, and Authorization |
| 6. | Belgard | David | 6:09-cv-16873 | Plaintiff Fact Sheet, Verification, and Authorization |
| 7. | Bennett | Donnie | 6:09-cv-16993 | Plaintiff Fact Sheet, Verification, and Authorization |
| 8. | Bernstein | Sherry | 6:09-cv-16994 | Verification and Authorization |
| 9. | Billingsley | Ivory | 6:09-cv-16995 | Plaintiff Fact Sheet, Verification, and Authorization |
| 10. | Blevins | Patricia | 6:09-cv-16998 | Plaintiff Fact Sheet, Verification, and Authorization |
| 11. | Bonnett | Brenda | 6:09-cv-16999 | Plaintiff Fact Sheet, Verification, and Authorization |
| 12. | Bowman | Brenda | 6:09-cv-17001 | Plaintiff Fact Sheet, Verification, and Authorization |
| 13. | Bowser | Bonnie | 6:09-cv-00027 | Verification and Authorization |
| 14. | Brown | Donald | 6:09-cv-17006 | Plaintiff Fact Sheet, Verification, and Authorization |

| | | | | |
|---|---|---|---|---|
| 15. | Bundow | William | 6:09-cv-16879 | Plaintiff Fact Sheet, Verification, and Authorization |
| 16. | Burbage | Elizabeth | 6:09-cv-17008 | Plaintiff Fact Sheet, Verification, and Authorization |
| 17. | Carman | Austin | 6:09-cv-16878 | Verification and Authorization |
| 18. | Carpenter | Charlotte | 6:09-cv-17015 | Verification and Authorization |
| 19. | Carswell | James | 6:09-cv-17016 | Plaintiff Fact Sheet, Verification, and Authorization |
| 20. | Champion | Shelley | 6:09-cv-17018 | Plaintiff Fact Sheet, Verification, and Authorization |
| 21. | Cherry | Christie | 6:09-cv-17020 | Plaintiff Fact Sheet, Verification, and Authorization |
| 22. | Concepcion | Rey | 6:09-cv-17026 | Plaintiff Fact Sheet, Verification, and Authorization |
| 23. | Davis | Ronald | 6:09-cv-17030 | Plaintiff Fact Sheet, Verification, and Authorization |
| 24. | Dawson | Marvin | 6:09-cv-17032 | Verification and Authorization |
| 25. | Donlan | Sharon | 6:09-cv-17035 | Plaintiff Fact Sheet, Verification, and Authorization |
| 26. | Durham | Anthony | 6:09-cv-16869 | Plaintiff Fact Sheet, Verification, and Authorization |
| 27. | Ellis | Juanita | 6:09-cv-17041 | Plaintiff Fact Sheet, Verification, and Authorization |
| 28. | Flucker | Mary | 6:09-cv-17047 | Plaintiff Fact Sheet, Verification, and Authorization |
| 29. | Foster | Paula | 6:09-cv-17050 | Plaintiff Fact Sheet, Verification, and Authorization |
| 30. | Frese | Bruce | 6:09-cv-17052 | Verification and Authorization |
| 31. | Godfrey | Connie | 6:09-cv-00036 | Verification and Authorization |

| | | | | |
|---|---|---|---|---|
| 32. | Glover | Jabari | 6:09-cv-17055 | Plaintiff Fact Sheet, Verification, and Authorization |
| 33. | Gowan | Candise | 6:09-cv-17057 | Plaintiff Fact Sheet, Verification, and Authorization |
| 34. | Grant | Sandra | 6:09-cv-17058 | Plaintiff Fact Sheet, Verification, and Authorization |
| 35. | Hampton | Stephanie | 6:09-cv-17066 | Plaintiff Fact Sheet, Verification, and Authorization |
| 36. | Harrington | Vanessa | 6:09-cv-17068 | Plaintiff Fact Sheet, Verification, and Authorization |
| 37. | Hart | Beverly | 6:09-cv-17071 | Plaintiff Fact Sheet, Verification, and Authorization |
| 38. | Hayes | Lana | 6:09-cv-17072 | Verification and Authorization |
| 39. | Henderson | Joseph | 6:09-cv-17073 | Plaintiff Fact Sheet, Verification, and Authorization |
| 40. | Herro | Karen | 6:09-cv-00013 | Plaintiff Fact Sheet, Verification, and Authorization |
| 41. | Hesson | Susan | 6:09-cv-16881 | Plaintiff Fact Sheet, Verification, and Authorization |
| 42. | Hoots | Donald | 6:09-cv-16884 | Plaintiff Fact Sheet, Verification, and Authorization |
| 43. | Hubbard | Marie | 6:09-cv-16886 | Plaintiff Fact Sheet, Verification, and Authorization |
| 44. | Hudson | Kelly | 6:09-cv-00033 | Verification and Authorization |
| 45. | Jacobson | Andrea | 6:09-cv-16892 | Plaintiff Fact Sheet, Verification, and Authorization |
| 46. | Jordan | Helene | 6:09-cv-16899 | Plaintiff Fact Sheet, Verification, and Authorization |
| 47. | Juarbe | Antonia | 6:09-cv-16877 | Plaintiff Fact Sheet, Verification, and Authorization |

| | | | | |
|---|---|---|---|---|
| 48. | Karajian | Madlen | 6:09-cv-16900 | Plaintiff Fact Sheet, Verification, and Authorization |
| 49. | Kerner | Jason | 6:09-cv-00026 | Verification and Authorization |
| 50. | Knotts | Timothy | 6:09-cv-16856 | Verification and Authorization |
| 51. | Laird | Ruth | 6:09-cv-16905 | Plaintiff Fact Sheet, Verification, and Authorization |
| 52. | LaVergne | Christopher | 6:09-cv-16907 | Plaintiff Fact Sheet, Verification, and Authorization |
| 53. | Loera | Benny | 6:09-cv-16915 | Plaintiff Fact Sheet, Verification, and Authorization |
| 54. | Lorenz | Kenneth | 6:09-cv-16916 | Plaintiff Fact Sheet, Verification, and Authorization |
| 55. | Maciel | Rafael | 6:09-cv-16917 | Plaintiff Fact Sheet, Verification, and Authorization |
| 56. | Maleski | Vicki | 6:09-cv-16921 | Plaintiff Fact Sheet, Verification, and Authorization |
| 57. | Marco | Gary | 6:09-cv-16923 | Plaintiff Fact Sheet, Verification, and Authorization |
| 58. | Maye | Tracy | 6:09-cv-16874 | Verification and Authorization |
| 59. | Miller | Belinda | 6:09-cv-16930 | Plaintiff Fact Sheet, Verification, and Authorization |
| 60. | Miller | Deloris | 6:09-cv-16933 | Verification and Authorization |
| 61. | Miller | Frank | 6:09-cv-16931 | Plaintiff Fact Sheet, Verification, and Authorization |
| 62. | Mitchell | Patricia | 6:09-cv-16934 | Plaintiff Fact Sheet, Verification, and Authorization |
| 63. | Moore | Vianna | 6:09-cv-16936 | Plaintiff Fact Sheet, Verification, and Authorization |
| 64. | Mueller | Tracy | 6:09-cv-16872 | Plaintiff Fact Sheet, Verification, and |

|     |          |           |                |                                                         |
|-----|----------|-----------|----------------|---------------------------------------------------------|
|     |          |           |                | Authorization                                           |
| 65. | Mukaabya | Katherine | 6:09-cv-16938  | Plaintiff Fact Sheet, Verification, and Authorization   |
| 66. | Myers    | Melissa   | 6:09-cv-16940  | Plaintiff Fact Sheet, Verification, and Authorization   |
| 67. | Newsome  | Earnie    | 6:09-cv-16943  | Plaintiff Fact Sheet, Verification, and Authorization   |
| 68. | Nichols  | Kathi     | 6:09-cv-16944  | Plaintiff Fact Sheet, Verification, and Authorization   |
| 69. | Pace     | Kirk      | 6:09-cv-00032  | Plaintiff Fact Sheet, Verification, and Authorization   |
| 70. | Pace     | Susan     | 6:09-cv-16953  | Plaintiff Fact Sheet, Verification, and Authorization   |
| 71. | Parker   | Richard   | 6:09-cv-16864  | Plaintiff Fact Sheet, Verification, and Authorization   |
| 72. | Paul     | Jackie    | 6:09-cv-16956  | Plaintiff Fact Sheet, Verification, and Authorization   |
| 73. | Porter   | Beverly   | 6:09-cv-16959  | Plaintiff Fact Sheet, Verification, and Authorization   |
| 74. | Potter   | Frank     | 6:09-cv-16960  | Verification and Authorization                          |
| 75. | Primm    | Cindy     | 6:09-cv-16962  | Verification and Authorization                          |
| 76. | Puckett  | Dawna     | 6:09-cv-16963  | Plaintiff Fact Sheet, Verification, and Authorization   |
| 77. | Ragland  | Todd      | 6:09-cv-16965  | Plaintiff Fact Sheet, Verification, and Authorization   |
| 78. | Rice     | Tina      | 6:09-cv-16968  | Plaintiff Fact Sheet, Verification, and Authorization   |
| 79. | Rich     | Keith     | 6:09-cv-16969  | Plaintiff Fact Sheet, Verification, and Authorization   |

| | | | | |
|---|---|---|---|---|
| 80. | Sand | Teresa | 6:09-cv-16975 | Plaintiff Fact Sheet, Verification, and Authorization |
| 81. | Shanks | Octayvya | 6:09-cv-16805 | Plaintiff Fact Sheet, Verification, and Authorization |
| 82. | Smith | Jeffery | 6:09-cv-16811 | Plaintiff Fact Sheet, Verification, and Authorization |
| 83. | Smith | Shawn | 6:09-cv-16810 | Plaintiff Fact Sheet, Verification, and Authorization |
| 84. | Smith | William | 6:09-cv-16812 | Plaintiff Fact Sheet, Verification, and Authorization |
| 85. | Spink | Rodney | 6:09-cv-16816 | Plaintiff Fact Sheet, Verification, and Authorization |
| 86. | Stacker | Cynthia | 6:09-cv-16817 | Plaintiff Fact Sheet, Verification, and Authorization |
| 87. | Stringer | Lilyette | 6:09-cv-16857 | Plaintiff Fact Sheet, Verification, and Authorization |
| 88. | Sutton | Bobby | 6:09-cv-16822 | Plaintiff Fact Sheet, Verification, and Authorization |
| 89. | Wagner | Evelyn | 6:09-cv-16876 | Authorization |
| 90. | Weston | Susan | 6:09-cv-16843 | Plaintiff Fact Sheet, Verification, and Authorization |
| 91. | White | Dennis | 6:09-cv-16858 | Verification and Authorization |
| 92. | White | Nikki | 6:09-cv-16844 | Verification and Authorization |
| 93. | Wilson | Benjamin | 6:09-cv-16848 | Plaintiff Fact Sheet, Verification, and Authorization |
| 94. | Winfrey | Johnnie | 6:09-cv-16851 | Plaintiff Fact Sheet, Verification, and Authorization |
| 95. | Wischmann | Jason | 6:09-cv-16852 | Verification and Authorization |