# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion for Leave to File a Supplemental Brief in Support of its Motion to Exclude the General Causation Witnesses (Doc. 1416), to which Plaintiffs responded in opposition (Doc. 1429), and the Joint Motion to Remove Exhibit "A" From AstraZeneca's Filing of Its Motion for Leave to File a Supplemental Brief in Support of Its Motion to Exclude the General Causation Witnesses (Doc. 1418).

Upon review of the motions and memoranda, it is **ORDERED** as follows:

1. AstraZeneca's Motion for Leave to File a Supplemental Brief in Support of Its Motion to Exclude the General Causation Witnesses (Doc. 1416) is **DENIED**. Any new opinions expressed by Dr. Arnett in her declarations and at the *Daubert* hearing were thoroughly examined on April 7. No additional briefing is necessary.

2. The Joint Motion to Remove Exhibit "A" From AstraZeneca's Filing of Its Motion for Leave to File a Supplemental Brief in Support of Its Motion to Exclude the General Causation Witnesses (Doc. 1418) is **GRANTED**. The Clerk is directed to remove from the docket Exhibit "A" to AstraZeneca's Motion for Leave to File a Supplemental Brief in Support of Its Motion to Exclude the General Causation Witnesses (Doc. 1416).

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 14, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge