**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

### ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion for Leave to File a Short Supplemental Brief Setting Forth the History of Case-Specific Discovery and Case Screening in the 6,000 Non-Florida Cases (Doc. 1417), to which Plaintiffs responded in opposition (Doc. 1429). AstraZeneca seeks to submit supplemental briefing in rebuttal to comments made by Plaintiffs' counsel at a recent hearing, and to set forth additional argument in favor of a case-specific discovery program. As Plaintiffs pointed out in their opposition papers, however, the Court has since ruled that no further case-specific discovery programs will be implemented by this Court. Therefore, any further briefing by the parties on this point would be unavailing.

Accordingly, it is **ORDERED** that AstraZeneca's Motion for Leave to File a Short Supplemental Brief Setting Forth the History of Case-Specific Discovery and Case Screening in the 6,000 Non-Florida Cases (Doc. 1417) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 14, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge