# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                            Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFFS' UNOPPOSED MOTION TO SEAL (Doc. No. 1343)**
>
> **FILED:** March 6, 2009
>
> _____
>
> **THEREON** it is **ORDERED** that the Motion is **DENIED as moot.** The portion of the document Plaintiffs seek to file under seal is contained within an unredacted public document filed as Exhibit 3 to the unsealed version of Plaintiffs' Response to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses (Doc. 1324).

**DONE** and **ORDERED** in Orlando, Florida on May 18, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record