# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration without oral argument on Plaintiffs' Unopposed Motion to Seal Portions of Its Response Brief and Certain Exhibits (Doc. No. 1397), filed April 1, 2009. The parties are directed to submit any additional briefing on the motion or other material in support of sealing, if appropriate, no later than June 2, 2009.

**DONE** and **ORDERED** in Orlando, Florida on May 18, 2009.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record