# APPENDIX A

# LIST OF RECENTLY TRANSFERRED PLAINTIFFS WHOSE FACT SHEETS AND RECORD AUTHORIZATIONS ARE NOT YET DUE

|     | **Plaintiff Last Name** | **Plaintiff First Name** | **MDL Case No.** |
|-----|-------------------------|--------------------------|------------------|
| 1.  | Allen                   | Kimla                    | 6:09-cv-00522    |
| 2.  | Allen                   | Regina                   | 6:09-cv-00521    |
| 3.  | Allison                 | Kellie                   | 6:09-cv-00625    |
| 4.  | Amos                    | Denise                   | 6:09-cv-17185    |
| 5.  | Cabay                   | Valerie                  | 6:09-cv-17160    |
| 6.  | Carloni                 | Dawn                     | 6:09-cv-00621    |
| 7.  | Casillas                | Jennifer                 | 6:09-cv-17178    |
| 8.  | Cavers                  | Bruce                    | 6:09-cv-17161    |
| 9.  | Champion                | Felice                   | 6:09-cv-17162    |
| 10. | Clay                    | Ruthie                   | 6:09-cv-00760    |
| 11. | Davis                   | Evelyn                   | 6:09-cv-00524    |
| 12. | Davis, Sr.              | Michael                  | 6:09-cv-00758    |
| 13. | Dawdy                   | Carla                    | 6:09-cv-17189    |
| 14. | De Loache               | Wendy                    | 6:09-cv-17175    |
| 15. | England                 | John                     | 6:09-cv-00759    |
| 16. | Falcone                 | Mark                     | 6:09-cv-17173    |
| 17. | Ferreira                | Rose                     | 6:09-cv-00620    |
| 18. | Finan                   | Dott                     | 6:09-cv-17179    |
| 19. | Ginn                    | Holly                    | 6:09-cv-17164    |
| 20. | Hoffman                 | Douglas                  | 6:09-cv-17180    |

| | | | |
|---|---|---|---|
| 21. | Ishee | Robert | 6:09-cv-17165 |
| 22. | Jolly | Gregory | 6:09-cv-00376 |
| 23. | Jones | Maurice | 6:09-cv-00622 |
| 24. | Lucas | Buford | 6:09-cv-17172 |
| 25. | Manasian | Richard | 6:09-cv-17166 |
| 26. | McCook | Robert | 6:09-cv-00529 |
| 27. | McQueen | Margaret | 6:09-cv-00528 |
| 28. | Mizer | Brian | 6:09-cv-17187 |
| 29. | Moore | Unda | 6:09-cv-17167 |
| 30. | Morehead | Robert | 6:09-cv-17168 |
| 31. | North | Richard | 6:09-cv-17181 |
| 32. | Pineo | Helen | 6:09-cv-17182 |
| 33. | Richards | Frank | 6:09-cv-17186 |
| 34. | Smith | Keith | 6:09-cv-17169 |
| 35. | Taylor | Allen | 6:09-cv-17170 |
| 36. | Taylor | William | 6:09-cv-17183 |
| 37. | Thomas | Rodney | 6:09-cv-00624 |
| 38. | Thornburn | Lee | 6:09-cv-17171 |
| 39. | Turner | Dennis | 6:09-cv-17184 |
| 40. | Washington | Brenda | 6:09-cv-17188 |

**LIST OF PLAINTIFFS WITH OVERDUE FACT SHEETS AND/OR RECORD AUTHORIZATIONS**

|     | **Plaintiff Last Name** | **Plaintiff First Name** | **MDL Case No.** |
| --- | --- | --- | --- |
| 1.  | Aden | Kenya | 6:09-cv-16978 |
| 2.  | Akers | Audrey | 6:09-cv-16979 |
| 3.  | Aranda | Zaida | 6:09-cv-17078 |
| 4.  | Atencio | Laurie | 6:09-cv-16986 |
| 5.  | Backman | Sophia | 6:09-cv-16987 |
| 6.  | Banjanin | Milan | 6:09-cv-17079 |
| 7.  | Belgard | David | 6:09-cv-16873 |
| 8.  | Bennett | Donnie | 6:09-cv-16993 |
| 9.  | Bernard | William | 6:09-cv-17080 |
| 10. | Bertermann | Deborah | 6:09-cv-17144 |
| 11. | Billingsley | Ivory | 6:09-cv-16995 |
| 12. | Billy | Kelley | 6:09-cv-17155 |
| 13. | Blevins | Patricia | 6:09-cv-16998 |
| 14. | Boman | Phoebia | 6:09-cv-17082 |
| 15. | Bonnett | Brenda | 6:09-cv-16999 |
| 16. | Boudreau | Elizabeth | 6:09-cv-00526 |
| 17. | Bower | Paula | 6:09-cv-17081 |
| 18. | Bowman | Brenda | 6:09-cv-17001 |
| 19. | Bowser | Bonnie | 6:09-cv-00027 |
| 20. | Brake | Audrey | 6:09-cv-17003 |
| 21. | Brooks | Michelle | 6:09-cv-17114 |

| | | | |
|---|---|---|---|
| 22. | Brown | Donald | 6:09-cv-17006 |
| 23. | Bundow | William | 6:09-cv-16879 |
| 24. | Burgett, Jr. | Robert | 6:09-cv-00520 |
| 25. | Cantey | Deloris | 6:09-cv-17129 |
| 26. | Carman | Austin | 6:09-cv-16878 |
| 27. | Carpenter | Charlotte | 6:09-cv-17015 |
| 28. | Carswell | James | 6:09-cv-17016 |
| 29. | Chambers | Patsy | 6:09-cv-17152 |
| 30. | Champion | Shelley | 6:09-cv-17018 |
| 31. | Cherry | Christie | 6:09-cv-17020 |
| 32. | Chronister | Lavena | 6:09-cv-17128 |
| 33. | Claire | James | 6:09-cv-17118 |
| 34. | Clark | Senta | 6:09-cv-17083 |
| 35. | Cole | Josephine | 6:09-cv-17119 |
| 36. | Concepcion | Rey | 6:09-cv-17026 |
| 37. | Cooper | Susan | 6:09-cv-17084 |
| 38. | Cruz | Brenda | 6:09-cv-17085 |
| 39. | Daniels | Ronald | 6:09-cv-17147 |
| 40. | Davis | Ronald | 6:09-cv-17030 |
| 41. | Davis | Sidney | 6:09-cv-17086 |
| 42. | Donlan | Sharon | 6:09-cv-17035 |
| 43. | Durham | Anthony | 6:09-cv-16869 |
| 44. | Dyer | Daniel | 6:09-cv-17087 |
| 45. | Edwards | John | 6:09-cv-17153 |

| | | | |
|---|---|---|---|
| 46. | Ellis | Juanita | 6:09-cv-17041 |
| 47. | Esposito | Dorothea | 6:09-cv-17088 |
| 48. | Floyd | Patrick | 6:09-cv-17125 |
| 49. | Flucker | Mary | 6:09-cv-17047 |
| 50. | Foster | Paula | 6:09-cv-17050 |
| 51. | Fowler | Linda | 6:09-cv-17156 |
| 52. | Freeman | Lacey | 6:09-cv-17115 |
| 53. | Gilbert | Linda | 6:09-cv-17089 |
| 54. | Gill | Lisa | 6:09-cv-17149 |
| 55. | Gilliam | Matthew | 6:09-cv-17145 |
| 56. | Glover | Jabari | 6:09-cv-17055 |
| 57. | Godfrey | Connie | 6:09-cv-00036 |
| 58. | Gorman | Carolyn | 6:09-cv-17090 |
| 59. | Gowan | Candise | 6:09-cv-17057 |
| 60. | Grant | Sandra | 6:09-cv-17058 |
| 61. | Guyer | Eric | 6:09-cv-17091 |
| 62. | Hampton | Stephanie | 6:09-cv-17066 |
| 63. | Harrington | Vanessa | 6:09-cv-17068 |
| 64. | Hart | Beverly | 6:09-cv-17071 |
| 65. | Hatcher | Brenda | 6:09-cv-17126 |
| 66. | Hayes | Lana | 6:09-cv-17072 |
| 67. | Henderson | Joseph | 6:09-cv-17073 |
| 68. | Herro | Karen | 6:09-cv-00013 |
| 69. | Hesson | Susan | 6:09-cv-16881 |

| | | | |
|---|---|---|---|
| 70. | Heubel | Rolf | 6:09-cv-17158 |
| 71. | Hobbs | Lori | 6:09-cv-17092 |
| 72. | Hoots | Donald | 6:09-cv-16884 |
| 73. | Hubbard | Marie | 6:09-cv-16886 |
| 74. | Hudson | Kelly | 6:09-cv-00033 |
| 75. | Hunter | Curtis | 6:09-cv-17093 |
| 76. | Hunter | Vernara | 6:09-cv-17121 |
| 77. | Jackson | Makeshar | 6:09-cv-17123 |
| 78. | Jacobson | Andrea | 6:09-cv-16892 |
| 79. | Johnson | Ted | 6:09-cv-17094 |
| 80. | Jones | Rebecca Ann | 6:09-cv-00012 |
| 81. | Jordan | Helene | 6:09-cv-16899 |
| 82. | Juarbe | Atonia | 6:09-cv-16877 |
| 83. | Karajian | Madlen | 6:09-cv-16900 |
| 84. | Kennebrew | Judy | 6:09-cv-17136 |
| 85. | Kerner | Jason | 6:09-cv-00026 |
| 86. | Keullum-Bauch | Robin | 6:09-cv-00369 |
| 87. | Kirchner | Karen | 6:09-cv-17112 |
| 88. | Koulis | Elias | 6:09-cv-17133 |
| 89. | Lacy | Darryle | 6:09-cv-17142 |
| 90. | Laird | Ruth | 6:09-cv-16905 |
| 91. | LaVergne | Christopher | 6:09-cv-16907 |
| 92. | Lesley | Alfonso | 6:09-cv-17151 |
| 93. | Loera | Benny | 6:09-cv-16915 |

| | | | |
|---|---|---|---|
| 94. | Lorenz | Kenneth | 6:09-cv-16916 |
| 95. | Maciel | Rafael | 6:09-cv-16917 |
| 96. | Maleski | Vicki | 6:09-cv-16921 |
| 97. | Marco | Gary | 6:09-cv-16923 |
| 98. | Marino | David | 6:09-cv-17095 |
| 99. | Mathis | Jewel | 6:09-cv-17132 |
| 100. | Maye | Tracy | 6:09-cv-16874 |
| 101. | Meister | Janet | 6:09-cv-17140 |
| 102. | Miller | Belinda | 6:09-cv-16930 |
| 103. | Miller | Deloris | 6:09-cv-16933 |
| 104. | Miller | Frank | 6:09-cv-16931 |
| 105. | Miller | Thomas | 6:09-cv-17139 |
| 106. | Mitchell | Jacqueline | 6:09-cv-17143 |
| 107. | Mitchell | Lisa | 6:09-cv-17131 |
| 108. | Mitchell | Michael | 6:09-cv-17096 |
| 109. | Mitchell | Patricia | 6:09-cv-16934 |
| 110. | Miyashiro | Mark | 6:09-cv-17097 |
| 111. | Moody | Judy | 6:09-cv-17098 |
| 112. | Moore | Vianna | 6:09-cv-16936 |
| 113. | Morton | Debra | 6:09-cv-17099 |
| 114. | Mueller | Tracy | 6:09-cv-16872 |
| 115. | Mukaabya | Katherine | 6:09-cv-16938 |
| 116. | Myers | Melissa | 6:09-cv-16940 |
| 117. | Newsome | Earnie | 6:09-cv-16943 |

| | | | |
|---|---|---|---|
| 118. | Nichols | Kathi | 6:09-cv-16944 |
| 119. | Norris | Scott | 6:09-cv-17141 |
| 120. | Novak | Lucille | 6:09-cv-17116 |
| 121. | O'Blance | Emma | 6:09-cv-17127 |
| 122. | O'Malie | Kelly | 6:09-cv-17122 |
| 123. | Pace | Krik | 6:09-cv-00032 |
| 124. | Pace | Susan | 6:09-cv-16953 |
| 125. | Parker | Richard | 6:09-cv-16864 |
| 126. | Patterson | Marcie | 6:09-cv-17100 |
| 127. | Paul | Jackie | 6:09-cv-16956 |
| 128. | Peregrin | Gwen | 6:09-cv-17101 |
| 129. | Perez | Lazaro | 6:09-cv-17102 |
| 130. | Phillips | Nina | 6:09-cv-17135 |
| 131. | Pierson | Richard | 6:09-cv-17157 |
| 132. | Plunk | Kim | 6:09-cv-17103 |
| 133. | Porter | Beverley | 6:09-cv-16959 |
| 134. | Potter | Frank | 6:09-cv-16960 |
| 135. | Priddy | Joseph | 6:09-cv-17146 |
| 136. | Puckett | Dawna | 6:09-cv-16963 |
| 137. | Ragland | Todd | 6:09-cv-16965 |
| 138. | Rice | Tina | 6:09-cv-16968 |
| 139. | Rich | Keith | 6:09-cv-16969 |
| 140. | Richburg | Yolanda | 6:09-cv-17138 |
| 141. | Rodriguez | Michael | 6:09-cv-17104 |

| 142. | Sand | Teresa | 6:09-cv-16975 |
|---|---|---|---|
| 143. | Santos | Omayra | 6:09-cv-17105 |
| 144. | Sargent | Sarah | 6:09-cv-17111 |
| 145. | Shanks | Octayvya | 6:09-cv-16805 |
| 146. | Shupp | Jason | 6:09-cv-17106 |
| 147. | Simpson | Latasha | 6:09-cv-17148 |
| 148. | Smith | Felicia | 6:09-cv-17117 |
| 149. | Smith | Jeffrey | 6:09-cv-16811 |
| 150. | Smith | Shawn | 6:09-cv-16810 |
| 151. | Smith | William | 6:09-cv-16812 |
| 152. | Spilker | Jonathan | 6:09-cv-17107 |
| 153. | Spink | Rodney | 6:09-cv-16816 |
| 154. | Stacker | Cynthia | 6:09-cv-16817 |
| 155. | Stafford | Evelyn | 6:09-cv-17154 |
| 156. | Stormes | Daniel | 6:09-cv-17120 |
| 157. | Stringer | Lilyette | 6:09-cv-16857 |
| 158. | Sutton | Bobby | 6:09-cv-16822 |
| 159. | Swindells | Sheila | 6:09-cv-17108 |
| 160. | Testruth | Kim | 6:09-cv-17159 |
| 161. | Tipton | Marvin | 6:09-cv-17134 |
| 162. | Ven Nostrand | Margaret | 6:09-cv-17150 |
| 163. | Venson | Gale | 6:09-cv-17124 |
| 164. | Walker | Jerri | 6:09-cv-17109 |
| 165. | Walsh | Rita | 6:09-cv-17110 |

| | | | |
|---|---|---|---|
| 166. | Washington | Willie | 6:09-cv-17130 |
| 167. | Weston | Susan | 6:09-cv-16843 |
| 168. | White | Nikki | 6:09-cv-16844 |
| 169. | Wilder | Latosha | 6:09-cv-17113 |
| 170. | Wilson | Benjamin | 6:09-cv-16848 |
| 171. | Wilt | Norma | 6:09-cv-17137 |
| 172. | Winfrey | Johnnie | 6:09-cv-16851 |
| 173. | Wischmann | Jason | 6:09-cv-16852 |