# APPENDIX B

**ACTIVE NON-FLORIDA CASES IN WHICH**
**CASE-SPECIFIC DISCOVERY HAS BEEN TAKEN**

|     | Plaintiff Last Name | Plaintiff First Name | MDL Case No. |
|-----|---------------------|----------------------|--------------|
| 1.  | Elmore              | Debbie               | 6:07-cv-16085 |
| 2.  | Grant               | Lisa                 | 6:07-cv-12145 |
| 3.  | Linder              | Kimberly             | 6:07-cv-12651 |
| 4.  | Scott               | Debra                | 6:07-cv-14238 |
| 5.  | Tucholski           | John                 | 6:07-cv-12014 |
| 6.  | Borges              | Frank                | 6:07-cv-00357 |
| 7.  | Getchell            | Beverly              | 6:06-cv-01314 |
| 8.  | Olive               | Wayne                | 6:07-cv-10151 |
| 9.  | Osborne             | Rebecca              | 6:07-cv-10000 |
| 10. | Coppola             | Jim                  | 6:06-cv-01299 |
| 11. | Edgeston            | Vounzetta            | 6:07-cv-14818 |
| 12. | Frederick           | James                | 6:06-cv-01000 |
| 13. | Glover              | Eddie                | 6:06-cv-00977 |
| 14. | Marquis             | Malea                | 6:07-cv-11764 |
| 15. | Shaw                | Geraldine            | 6:07-cv-10555 |
| 16. | Thomas              | Hellen               | 6:06-cv-01295 |
| 17. | Berry               | Craig                | 6:07-cv-13107 |
| 18. | Bolton              | William              | 6:07-cv-10121 |
| 19. | Foreman             | Brian                | 6:07-cv-00679 |
| 20. | Haas                | Samantha             | 6:07-cv-00442 |

|  |  |  |  |
|---|---|---|---|
| 21. | Sonnier | Linda Mae | 6:06-cv-01019 |
| 22. | White | Hollie | 6:07-cv-00673 |
| 23. | Cooper | Susan | 6:07-cv-13297 |
| 24. | Daugherty | Peggy | 6:07-cv-15589 |
| 25. | Green | Shirley | 6:07-cv-10649 |
| 26. | Haynie-Whynot | Elizabeth | 6:07-cv-10112 |
| 27. | Navin | Nora | 6:07-cv-12727 |
| 28. | Palen | Larry E. | 6:07-cv-10712 |
| 29. | Fetters | George | 6:07-cv-11555 |
| 30. | Gillard | Patricia | 6:07-cv-15836 |
| 31. | Godfrey | Ned | 6:06-cv-00979 |
| 32. | Hart | Deon | 6:07-cv-13571 |
| 33. | Howell | Ramon | 6:07-cv-13630 |
| 34. | Rabb | Kwanza | 6:07-cv-10980 |
| 35. | Tharp | Shelia | 6:07-cv-12897 |
| 36. | Wynter | Javoneese | 6:07-cv-15547 |
| 37. | Amir | Ali | 6:07-cv-10812 |
| 38. | Anderson | Carl | 6:07-cv-10114 |
| 39. | Bearden | Yaki | 6:07-cv-10118 |
| 40. | Burrus | Verna | 6:07-cv-16756 |
| 41. | Campbell | Betty | 6:07-cv-10022 |
| 42. | Collins | Vivian | 6:06-cv-01611 |
| 43. | LeProwse | Ronald | 6:07-cv-00685 |
| 44. | Peyton | Jeffrey | 6:07-cv-14067 |

| 45. | Sauvageau | Leonard | 6:07-cv-16754 |
|---|---|---|---|
| 46. | Stilwell | Christopher | 6:07-cv-16593 |
| 47. | Martin | Gwen | 6:07-cv-00510 |
| 48. | Myers | Ken | 6:07-cv-11818 |
| 49. | Naramore | Jennifer | 6:06-cv-01292 |
| 50. | Robinson | Samuel | 6:07-cv-12804 |
| 51. | Small | Susan | 6:07-cv-00425 |
| 52. | Turner | Althea | 6:07-cv-15435 |
| 53. | Brummel | Julie | 6:07-cv-12322 |
| 54. | Crossley | Lonnie | 6:07-cv-11074 |
| 55. | Dack | Michael | 6:07-cv-10248 |
| 56. | Davidson | Kenneth | 6:07-cv-11498 |
| 57. | Jones | Judith | 6:07-cv-11700 |
| 58. | Nelson | Linda | 6:07-cv-12729 |
| 59. | Cox | Cathy | 6:07-cv-13306 |
| 60. | Jones | Barbara | 6:07-cv-10675 |
| 61. | Melvin | Cheryl | 6:07-cv-12699 |
| 62. | Norwood | Mellanie | 6:07-cv-12736 |
| 63. | Perez | Angel | 6:07-cv-14062 |
| 64. | Proctor | Michael | 6:07-cv-11276 |
| 65. | Thomsen | Kenneth | 6:07-cv-11323 |
| 66. | Ellerbee | Lisa | 6:07-cv-13399 |