# EXHIBIT 1

## LIST OF PLAINTIFFS WITH OVERDUE DISCOVERY

|  | Plaintiff Last Name | Plaintiff First Name | MDL Case No. | Missing Documents |
|---|---|---|---|---|
| 1. | Banjanin | Milan | 6:09-cv-17079 | Verification |
| 2. | Bernard | William | 6:09-cv-17080 | Authorization |
| 3. | Boman | Phoebia | 6:09-cv-17082 | Authorization |
| 4. | Bower | Paula | 6:09-cv-17081 | Verification and Authorization |
| 5. | Cooper | Susan | 6:09-cv-17084 | Authorization |
| 6. | Cruz | Brenda | 6:09-cv-17085 | Verification and Authorization |
| 7. | Davis | Sidney | 6:09-cv-17086 | Plaintiff Fact Sheet, Verification, and Authorization |
| 8. | Dyer | Daniel | 6:09-cv-17087 | Authorization |
| 9. | Esposito | Dorothea | 6:09-cv-17088 | Verification and Authorization |
| 10. | Gilbert | Linda | 6:09-cv-17089 | Verification and Authorization |
| 11. | Guyer | Eric | 6:09-cv-17091 | Verification and Authorization |
| 12. | Hobbs | Lori | 6:09-cv-17092 | Authorization |
| 13. | Hunter | Curtis | 6:09-cv-17093 | Verification and Authorization |
| 14. | Johnson | Ted | 6:09-cv-17094 | Authorization |
| 15. | Marino | David | 6:09-cv-17095 | Authorization |
| 16. | Mitchell | Michael | 6:09-cv-17096 | Verification and Authorization |
| 17. | Miyashiro | Mark | 6:09-cv-17097 | Authorization |
| 18. | Moody | Judy | 6:09-cv-17098 | Authorization |
| 19. | Morton | Debra | 6:09-cv-17099 | Verification and Authorization |

| 20. | Patterson | Marcie | 6:09-cv-17100 | Authorization |
|---|---|---|---|---|
| 21. | Peregrin | Gwen | 6:09-cv-17101 | Plaintiff Fact Sheet, Verification, and Authorization |
| 22. | Perez | Lazaro | 6:09-cv-17102 | Authorization |
| 23. | Plunk | Kim | 6:09-cv-17103 | Verification and Authorization |
| 24. | Rodriguez | Michael | 6:09-cv-17104 | Authorization |
| 25. | Santos | Omayra | 6:09-cv-17105 | Authorization |
| 26. | Shupp | Jason | 6:09-cv-17106 | Authorization |
| 27. | Swindells | Sheila | 6:09-cv-17108 | Authorization |
| 28. | Walker | Jerri | 6:09-cv-17109 | Plaintiff Fact Sheet, Verification, and Authorization |
| 29. | Walsh | Rita | 6:09-cv-17110 | Authorization |