# EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

**This document relates to:**

**ALL CASES IN EXHIBIT 1**

_____

This cause comes before the Court for consideration of AstraZeneca's Motion to Dismiss Cases of Plaintiffs Who Have Failed to Serve Verified Plaintiff Fact Sheets and Records Authorizations.  Having considered the motion, the Court **ORDERS** as follows:

1. All of the claims of the above-captioned Plaintiffs are **DISMISSED WITH PREJUDICE** for failure to timely serve upon Defendants a completed, verified Plaintiff Fact Sheet ("PFS") with all requested information, documents, and authorizations.

2. No later than 80 days from the date of this Order, Plaintiffs may file a motion to reinstate their claims provided they have served Defendants with a verified PFS with all requested information, documents, and authorizations.  Plaintiff shall attach to the motion a certification that AstraZeneca has been provided with all requested documents and shall also attach documentation of receipt of those documents.  If Plaintiffs fail to properly move for reinstatement within the established time limit, their cases shall be dismissed with prejudice and closed without further notice.

2

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June ____, 2009.

_____
ANNE C. CONWAY
United States District Judge