**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability Litigation     Case No. 6:06-md-1769-Orl-22DAB

This document relates to:

NEAL GREEN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
MDL Case No. 6:08-cv-1917-ACC-DAB

_____/

## PLAINTIFF'S MOTION TO REINSTATE CASE

Plaintiff, by counsel undersigned, pursuant to the Court's Order filed April 6, 2009 (Document No. 1400 in the MDL Docket), respectfully moves for his case to be reinstated. In support of this motion, counsel undersigned certifies that AstraZeneca has been provided all requested documents. *See*, Certification of Lowell W. Finson, attached hereto as Exhibit 1.

For the foregoing reasons, Plaintiff respectfully moves to have his case reinstated.

DATED:  June 4, 2009               Respectfully submitted,

                                   PHILLIPS & ASSOCIATES

                                   By */s/ Lowell W. Finson*
                                      Lowell W. Finson
                                      3030 North Third Street, Suite 1100
                                      Phoenix, AZ  85012
                                      Tel: 602-258-8900 / Fax: 602-288-1632
                                      lowellf@phillipslaw.ws

                                   Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I, Lowell W. Finson, certify that on the 4th day of June, 2009, I electronically filed the foregoing **Plaintiff's Motion to Reinstate Case** with the Clerk of the Court using the CM/ECF system, which will provide electronic notice of same to all counsel of record.

DATED:  June 4, 2009 

Respectfully submitted,

PHILLIPS & ASSOCIATES

By */s/ Lowell W. Finson*
   Lowell W. Finson
   3030 North Third Street, Suite 1100
   Phoenix, AZ  85012
   Tel: 602-258-8900 / Fax: 602-288-1632
   lowellf@phillipslaw.ws

Attorneys for Plaintiff