# Exhibit 1

Case 6:06-md-01769-ACC-DAB   Document 1450-2   Filed 06/04/09   Page 1 of 4 PageID 127402

## CERTIFICATION OF LOWELL W. FINSON

I, Lowell W. Finson, certify as follows:

1. I am an attorney at law, licensed to practice in Arizona and Ohio, as well as the District of Arizona and all federal courts in Ohio. I have been admitted to appear *pro hac vice* in this matter. I am a member of the law firm of Phillips & Associates, attorneys of record for the Plaintiff herein. I have personal knowledge of the facts set forth herein. If called upon, I could and would competently testify to the following from my own personal knowledge. I file this Certification to comply with this Court's Order filed April 6, 2009, pertaining to the procedure to reinstate cases that were dismissed without prejudice for failure to provide a Plaintiff Fact Sheet and supporting documents.

2. On May 22, 2009, Plaintiff served his Plaintiff Fact Sheet and authorizations (the "Required Documents") by FedEx Express, Standard Overnight Delivery, Tracking Number 797620929828, upon AstraZeneca's counsel, Margaret S. Osborne, at Dechert, LLP, 2929 Arch Street, Philadelphia, Pennsylvania, 19104.

3. On May 23, 2009, the FedEx Signature Proof of Delivery, a true and correct copy of which is attached hereto as Exhibit A, confirms the Required Documents were received and signed for in AstraZeneca's counsel's office. Upon information and belief, AstraZeneca's counsel received the Required Documents.

I certify under penalty of perjury, pursuant to the laws of the State of Florida, that the foregoing is true and correct.

Dated this 3rd day of June, 2009, in Phoenix, Arizona.

                                               /s/Lowell W. Finson
                                               Attorney for Plaintiff Neal Green

# Exhibit A



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

June 3,2009

Dear Customer:

The following is the proof-of-delivery for tracking number **797620929828**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 2929 ARCH STREET PHILADELPHIA, PA 19104 |
| **Signed for by:** | C.PATTERSON | **Delivery date:** | May 26, 2009 08:56 |
| **Service type:** | Standard Envelope | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 797620929828 | **Ship date:** | May 22, 2009 |
| | | **Weight:** | 2.0 lbs. |

**Recipient:**
Margaret S. Osborne
DECHERT, LLP
2929 ARCH ST
PHILADELPHIA, PA 19104 US

**Reference**

**Shipper:**
Karen Finson
Phillips & Associates
3030 N. 3rd St.
Suite 1101
Phoenix, AZ 85012 US

Green 16279

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339