UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*MILAN BANJANIN,* No. 6:09-cv-17079<br><br>*SUSAN COOPER,* No. 6:09-cv-17084<br><br>*BRENDA CRUZ*, No. 6:09-cv-17085<br><br>*MICHAEL MITCHELL,* No. 6:09-cv-17096<br><br>*JUDY MOODY,* No. 6:09-cv-17098<br><br>*MARCIE PATTERSON*, No. 6:09-cv-17100<br><br>*MICHAEL RODRIGUEZ*, No. 6:09-cv-17104 | MDL DOCKET NO:<br>6:06-MDL-1769-ACC-DAB |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS
AND NOTICE OF DISCOVERY COMPLIANCE**

COME NOW Plaintiffs Milan Banjanin, Susan Cooper, Brenda Cruz, Michael Mitchell, Judy Moody, Marcie Patterson, and Michael Rodriguez (hereinafter "Plaintiffs"), through their attorneys, and files their Response to Defendant's Motion to Dismiss and Notice of Discovery Compliance. Plaintiffs have e-mailed their Plaintiff's Fact Sheet with Verification and signed Authorization to Defense Counsel, Marjorie Shiekman, Esq., Dechert LLP, at seroquelpfs@dechert.com. Please see e-mail confirmations attached as Exhibit A (Milan Banjanin), Exhibit B (Susan Cooper), Exhibit C (Brenda Cruz), Exhibit D (Michael Mitchell), Exhibit E (Judy Moody), Exhibit F (Marcie Patterson), and Exhibit G (Michael Rodriguez). Plaintiffs have now complied with Case Management Order No. 2 and hereby respectfully

request that Defendant's Motion to Dismiss as to Plaintiffs Milan Banjanin, Susan Cooper, Brenda Cruz, Michael Mitchell, Judy Moody, Marcie Patterson, and Michael Rodriguez be denied.

Respectfully submitted,

/s/John H. Allen, III_____
John H. Allen, III
TX State Bar No. 14651270
ALLEN LAW FIRM
4514 Cole Avenue, Suite 705
Dallas, Texas 75205
214.521.2300 (telephone)
214.528.7755 (facsimile)

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/John H. Allen, III_____
John H. Allen, III