# EXHIBIT A

| | |
|---|---|
| **From:** | Jennifer Barnhart [jbarnhart@allenfirm.net] |
| **Sent:** | Thursday, June 04, 2009 10:41 AM |
| **To:** | 'seroquelpfs@dechert.com' |
| **Subject:** | Seroquel Products Liability Litigation (MDL Docket No. 1769) |
| **Attachments:** | Plaintiff Fact Sheet.pdf; Plaintiff Fact Sheet.pdf |

Attached please find completed Plaintiff Fact Sheets for Brenda Cruz and Milan Banjanin, as well as executed authorizations/verifications.  The authorizations/verifications were inadvertently omitted from the original Plaintiff Fact Sheets that were sent to you on May 28, 2009.  I apologize for the inconvenience.  Please let me know if you require additional information or have any questions regarding the attached.  Thank you.

Jennifer L. Barnhart, Paralegal to
John H. Allen, III
Allen Law Firm
4514 Cole Avenue, Suite 705
Dallas, Texas 75205
214-521-2300
214-528-7755
jbarnhart@allenfirm.net

| | |
|---|---|
| **From:** | Jennifer Barnhart [jbarnhart@allenfirm.net] |
| **Sent:** | Thursday, May 28, 2009 2:28 PM |
| **To:** | 'seroquelpfs@dechert.com' |
| **Subject:** | Seroquel Products Liability Litigation (MDL Docket No. 1769) - Milan Banjanin |
| **Attachments:** | Plaintiff Fact Sheet.pdf |

Counsel:

Attached please find the Plaintiff Fact Sheet and any accompanying documentation with respect to the above-referenced Plaintiff.  Should you require any additional information or have any questions, please do not hesitate to contact us.

Jennifer L. Barnhart, Paralegal to
John H. Allen, III
Allen Law Firm
4514 Cole Avenue, Suite 705
Dallas, Texas 75205
21-521-2300
214-528-7755 - Fax