# EXHIBIT B

| | |
|---|---|
| **From:** | Jennifer Barnhart [jbarnhart@allenfirm.net] |
| **Sent:** | Wednesday, June 03, 2009 2:12 PM |
| **To:** | 'seroquelpfs@dechert.com' |
| **Subject:** | Seroquel Products Liability Litigation (MDL Docket No. 1769) - Susan Cooper |
| **Attachments:** | Authorization.pdf |

Attached please find the executed authorization which was inadvertently omitted from the Plaintiff Fact Sheet for the above-referenced Plaintiff.  I apologize for the inconvenience.

Jennifer L. Barnhart, Paralegal to
John H. Allen, III
Allen Law Firm
4514 Cole Avenue, Suite 705
Dallas, Texas 75205
214-521-2300
214-528-7755
jbarnhart@allenfirm.net

| | |
|---|---|
| **From:** | Jennifer Barnhart [jbarnhart@allenfirm.net] |
| **Sent:** | Wednesday, May 27, 2009 1:40 PM |
| **To:** | 'seroquelpfs@dechert.com' |
| **Subject:** | Seroquel Products Liability Litigation (MDL Docket No. 1769) - Susan Cooper |
| **Attachments:** | Plaintiff Fact Sheet.pdf; Prescription Records.pdf |

Counsel:

Attached please find the Plaintiff Fact Sheet and any accompanying documentation with respect to the above-referenced Plaintiff.  Should you require additional information or have any questions, please do not hesitate to contact us.

Thank you,

Jennifer L. Barnhart, Paralegal to
John H. Allen, III
Allen Law Firm
4514 Cole Avenue, Suite 705
Dallas, Texas 75205
214-521-2300
214-528-7755 - Fax