# EXHIBIT D

| | |
|---|---|
| **From:** | Jennifer Barnhart [jbarnhart@allenfirm.net] |
| **Sent:** | Thursday, May 28, 2009 12:48 PM |
| **To:** | 'seroquelpfs@dechert.com' |
| **Subject:** | Seroquel Products Liability Litigation (MDL Docket No. 1769) - Michael Mitchell |
| **Attachments:** | Final Fact Sheet.pdf; Medications List.pdf |

Counsel:

Attached please find the Plaintiff Fact Sheet and any accompanying documentation with respect to the above-referenced Plaintiff. Should you require any additional information or have any questions, please do not hesitate to contact us.

Jennifer L. Barnhart, Paralegal to
John H. Allen, III
Allen Law Firm
4514 Cole Avenue, Suite 705
Dallas, Texas 75205
214-521-2300
214-528-7755 - Fax

| | |
|---|---|
| **From:** | Jennifer Barnhart [jbarnhart@allenfirm.net] |
| **Sent:** | Thursday, June 04, 2009 1:42 PM |
| **To:** | 'seroquelpfs@dechert.com' |
| **Subject:** | Seroquel Products Liability Litigation (MDL Docket No. 1769) - Michael Mitchell |
| **Attachments:** | Final Fact Sheet.pdf |

Attached please find the completed Plaintiff Fast Sheet, as well as the executed authorization. If you require additional information or have any questions, please do not hesitate to contact us.

Jennifer L. Barnhart, Paralegal to
John H. Allen, III
Allen Law Firm
4514 Cole Avenue, Suite 705
Dallas, Texas 75205
214-521-2300
214-528-7755
jbarnhart@allenfirm.net