# EXHIBIT E

| | |
|---|---|
| **From:** | Jennifer Barnhart [jbarnhart@allenfirm.net] |
| **Sent:** | Wednesday, May 27, 2009 2:02 PM |
| **To:** | 'seroquelpfs@dechert.com' |
| **Subject:** | Seroquel Products Liability Litigation (MDL Docket No. 1769) - Judy Moody |
| **Attachments:** | Plaintiff Fact Sheet.pdf; Pharmacy Records.pdf; Pharmacy Records 2.pdf |

Counsel:

Attached please find the Plaintiff Fact Sheet and any accompanying documentation with respect to the above-referenced Plaintiff.  Should you require any additional information or have any questions, please do not hesitate to contact us.

Thank you,

Jennifer L. Barnhart, Paralegal to
John H. Allen, III
Allen Law Firm
4514 Cole Avenue, Suite 705
Dallas, Texas 75205
214-521-2300
214-528-7755 - Fax

| | |
|---|---|
| **From:** | Jennifer Barnhart [jbarnhart@allenfirm.net] |
| **Sent:** | Thursday, June 04, 2009 2:51 PM |
| **To:** | 'seroquelpfs@dechert.com' |
| **Subject:** | Seroquel Product Liability Litigation (MDL Docket No. 1769) - Judy Moody |
| **Attachments:** | Plaintiff Fact Sheet.pdf; Pharmacy Records.pdf; Pharmacy Records 2.pdf |

Attached please find the Plaintiff Fact Sheet, as well as the executed Authorization which was inadvertently omitted from the original filing. I have also attached another copy of the accompanying documentation for your review. I apologize for any inconvenience. Please do not hesitate to contact us with any questions. Thank you.

Jennifer L. Barnhart, Paralegal to
John H. Allen, III
Allen Law Firm
4514 Cole Avenue, Suite 705
Dallas, Texas 75205
214-521-2300
214-528-7755
jbarnhart@allenfirm.net