**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

**ORDER**

This cause comes before the Court for consideration of AstraZeneca's Motion for Clarification of the Court's May 1, 2009 Order (Doc. 1441), to which Plaintiffs responded in opposition (Doc. 1454). AstraZeneca requests that the Court clarify two aspects of the May 1 Order: (1) the Court's omission of timing and venue for designation of additional general experts; and (2) the Court's statement regarding Plaintiffs' attorneys' compliance with Rule 11 of the Federal Rules of Civil Procedure. Plaintiffs respond that the Court's Order is clear, and maintain that AstraZeneca's request for clarification is really "a transparent attempt to secure more favorable rulings than the Court was willing or intending to make . . . ." Doc. 1454 at 5. The Court agrees with Plaintiffs that the May 1 Order was perfectly clear on both issues raised by AstraZeneca.

Accordingly, it is **ORDERED** as follows: AstraZeneca's Motion for Clarification of the Court's May 1, 2009 Order (Doc. 1441) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 11, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge