# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**MICHAEL ACE v. ASTRAZENECA PHARMACEUTICALS, ET AL.**
MDL Case No. 6:09-cv-8-Orl-22DAB

**SHERRY BERNSTEIN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:09-cv-16994-Orl-22DAB

**ELIZABETH BURBAGE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:09-cv-17008-Orl-22DAB

**MARVIN DAWSON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:09-cv-17032-Orl-22DAB

**BRUCE FRESE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:09-cv-17052-Orl-22DAB

**TIMOTHY KNOTTS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:09-cv-16856-Orl-22DAB

**CINDY PRIMM v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:09-cv-16962-Orl-22DAB

**EVELYN WAGNER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:09-cv-16876-Orl-22DAB

**DENNIS WHITE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:09-cv-16858-Orl-22DAB

_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion to Dismiss Cases of Plaintiffs Who Have Failed to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 1430), filed May 13, 2009. The motion was withdrawn as to Plaintiff Michael Ace on May 22, 2009. *See* Doc. 1438. The remainder of the Plaintiffs in the above-captioned cases filed notices with the Court indicating that they had provided the overdue discovery materials to AstraZeneca and that AstraZeneca had in fact received the materials. *See, e.g., Sherry Bernstein v. AstraZeneca Pharmaceuticals LP and AstraZeneca LP*, Case No. 6:09-cv-16994-Orl-22DAB, Doc. 11. Having considered Plaintiffs' responses to the motion, the Court **ORDERS** as follows:

1. The Motion to Dismiss (Doc. 1430) is **DENIED** as to Plaintiffs in the above-captioned cases only.

2. The Clerk is directed to file a copy of this Order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 11, 2009.

Copies furnished to:

Counsel of Record

*[signature]*
ANNE C. CONWAY
United States District Judge