# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

This cause comes before the Court for consideration of Plaintiffs' Motion to Strike in Part or, Alternatively, For Leave to Respond to AstraZeneca's Submission Regarding Post-Remand Discovery and Outstanding Legal Issues (Doc. 1451), to which AstraZeneca responded in opposition (Doc. 1453). Plaintiffs seek to have portions of AstraZeneca's Submission Regarding Post-Remand Discovery and Outstanding Legal Issues (Doc. 1440) stricken from the record for exceeding the scope of the Court's May 1, 2009 Order (Doc. 1419). Alternatively, Plaintiffs seek to file a short response to those portions of AstraZeneca's submission which exceed the scope of the Court's Order. AstraZeneca responds that Plaintiffs' motion is meritless because Plaintiffs, too, exceeded the scope of the Court's order in their submission.

Plaintiffs' requests are due to be denied; the Court is capable of screening out any unsolicited or irrelevant discussion or argument contained within either party's submission regarding post-remand discovery.

Accordingly, it is **ORDERED** as follows: Plaintiffs' Motion to Strike in Part or, Alternatively, For Leave to Respond to AstraZeneca's Submission Regarding Post-Remand Discovery and Outstanding Legal Issues (Doc. 1451) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 11, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
ANNE C. CONWAY
United States District Judge