# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

                                                    Case No.  6:06-md-1769-Orl-22DAB

This document relates to:

**KENYA ADEN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16978-Orl-22DAB**

**AUDREY AKERS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16979-Orl-22DAB**

**LAURIE ATENCIO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16986-Orl-22DAB**

**SOPHIA BACKMAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16987-Orl-22DAB**

**DAVID BELGARD v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16873-Orl-22DAB**

**DONNIE BENNETT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16993-Orl-22DAB**

**IVORY BILLINGSLEY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16995-Orl-22DAB**

**PATRICIA BLEVINS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16998-Orl-22DAB**

**BRENDA BONNETT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16999-Orl-22DAB**

**BRENDA BOWMAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17001-Orl-22DAB**

**BONNIE BOWSER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-27-Orl-22DAB**

**DONALD BROWN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17006-Orl-22DAB**

**WILLIAM BUNDOW v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16879-Orl-22DAB**

**AUSTIN CARMAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16878-Orl-22DAB**

**CHARLOTTE CARPENTER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17015-Orl-22DAB**

**JAMES CARSWELL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17016-Orl-22DAB**

**SHELLEY CHAMPION v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17018-Orl-22DAB**

**CHRISTIE CHERRY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17020-Orl-22DAB**

**REY CONCEPCION v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17026-Orl-22DAB**

**RONALD DAVIS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17030-Orl-22DAB**

**SHARON DONLAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17035-Orl-22DAB**

**ANTHONY DURHAM v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16869-Orl-22DAB**

**JUANITA ELLIS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17041-Orl-22DAB**

**MARY FLUCKER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17047-Orl-22DAB**

**PAULA FOSTER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17050-Orl-22DAB**

**CONNIE GODFREY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-36-Orl-22DAB**

**JABARI GLOVER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17055-Orl-22DAB**

**CANDISE GOWAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17057-Orl-22DAB**

**SANDRA GRANT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17058-Orl-22DAB**

**STEPHANIE HAMPTON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17066-Orl-22DAB**

**VANESSA HARRINGTON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17068-Orl-22DAB**

**BEVERLY HART v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17071-Orl-22DAB**

**LANA HAYES v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17072-Orl-22DAB**

**JOSEPH HENDERSON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17073-Orl-22DAB**

**KAREN HERRO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-13-Orl-22DAB**

**SUSAN HESSON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16881-Orl-22DAB**

**DONALD HOOTS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16884-Orl-22DAB**

**MARIE HUBBARD v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16886-Orl-22DAB**

**KELLY HUDSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-33-Orl-22DAB**

**ANDREA L. JACOBSON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16892-Orl-22DAB**

**HELENE JORDAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16899-Orl-22DAB**

**ANTONIA JUARBE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16877-Orl-22DAB**

**MADLEN KARAJIAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16900-Orl-22DAB**

**JASON KERNER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-26-Orl-22DAB**

**RUTH LAIRD v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16905-Orl-22DAB**

**CHRISTOPHER LAVERGNE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16907-Orl-22DAB**

**BENNY LOERA v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16915-Orl-22DAB**

**KENNETH LORENZ v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16916-Orl-22DAB**

**RAFAEL MACIEL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16917-Orl-22DAB**

**VICKI MALESKI v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16921-Orl-22DAB**

**GARY MARCO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16923-Orl-22DAB**

**TRACY MAYE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16874-Orl-22DAB**

**BELINDA MILLER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16930-Orl-22DAB**

**DELORIS MILLER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16933-Orl-22DAB**

**FRANK MILLER v. ASTRAZENCA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16931-Orl-22DAB**

**PATRICIA MITCHELL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16934-Orl-22DAB**

**VIANNA MOORE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16936-Orl-22DAB**

**TRACY K. MUELLER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16872-Orl-22DAB**

**KATHERINE MUKAABYA v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16938-Orl-22DAB**

**MELISSA MYERS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16940-Orl-22DAB**

**EARNIE NEWSOME v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16943-Orl-22DAB**

**KATHI NICHOLS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16944-Orl-22DAB**

**KIRK PACE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-32-Orl-22DAB**

**SUSAN PACE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16953-Orl-22DAB**

**RICHARD PARKER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**

**MDL Case No. 6:09-cv-16864-Orl-22DAB**

**JACKIE PAUL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16956-Orl-22DAB**

**BEVERLY PORTER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16959-Orl-22DAB**

**FRANK POTTER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16960-Orl-22DAB**

**DAWNA PUCKETT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16963-Orl-22DAB**

**TODD RAGLAND v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16965-Orl-22DAB**

**TINA RICE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16968-Orl-22DAB**

**KEITH RICH v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16969-Orl-22DAB**

**TERESA SAND v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16975-Orl-22DAB**

**OCTAYVYA SHANKS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16805-Orl-22DAB**

**JEFFERY SMITH v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16811-Orl-22DAB**

**SHAWN SMITH v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16810-Orl-22DAB**

**WILLIAM SMITH v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**

**MDL Case No. 6:09-cv-16812-Orl-22DAB**

**RODNEY SPINK v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16816-Orl-22DAB**

**CYNTHIA STACKER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16817-Orl-22DAB**

**LILYETTE STRINGER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16857-Orl-22DAB**

**BOBBY SUTTON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16822-Orl-22DAB**

**SUSAN WESTON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16843-Orl-22DAB**

**NIKKI WHITE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16844-Orl-22DAB**

**BENJAMIN WILSON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16848-Orl-22DAB**

**JOHNNIE WINFREY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16851-Orl-22DAB**

**JASON WISCHMANN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16852-Orl-22DAB**

_____

**ORDER**

This cause comes before the Court for consideration of AstraZeneca's Motion to Dismiss Cases of Plaintiffs Who Have Failed to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 1430), filed May 13, 2009, to which Plaintiffs in the above-captioned cases have not responded. Having considered the motion, the Court **ORDERS** as follows:

1. The Motion to Dismiss (Doc. 1430) is **GRANTED** as to Plaintiffs in the above-captioned cases only.

2. All claims of Plaintiffs in the above-captioned cases are **DISMISSED WITHOUT PREJUDICE** for failure to timely serve upon Defendants verified Plaintiff Fact Sheets and records authorizations. No later than **80 days** from the date of this Order, Plaintiffs may file a motion to reinstate their claims provided they have served Defendants with a verified Plaintiff Fact Sheet and records authorizations. Plaintiffs shall attach to the motion a certification that AstraZeneca has been provided with all requested documents and shall also attach documentation of receipt of those documents. If Plaintiffs fail to properly move for reinstatement within the established time limit, their cases shall be dismissed with prejudice and closed without further notice.

3. The Clerk is directed to file a copy of this Order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 11, 2009.

Copies furnished to:

Counsel of Record

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge