| | |
|---|---|
| A CERTIFIED TRUE COPY<br>ATTEST<br><br>By Dana Stewart on Jun 08, 2009<br><br>FOR THE UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FILED **May 21, 2009**<br>2009 JUN 11 PM 12: 25<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA<br>ORLANDO, FLORIDA<br><br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>FILED<br>CLERK'S OFFICE |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-85)**

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 788 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 08, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION                    MDL No. 1769

## SCHEDULE CTO-85 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN  2  09-827 | Oretha Reese v. AstraZeneca Pharmaceuticals, LP, et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  09-1813 | Andrew Castillo v. AstraZeneca Pharmaceuticals, LP, et al. |
| **DISTRICT OF COLUMBIA** | |
| DC  1  09-114 | Patricia Clemons, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC  1  09-127 | Harvey Berry, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| **ILLINOIS NORTHERN** | |
| ILN  1  09-2617 | Ralph W. Brown v. AstraZeneca Pharmaceuticals, LP |
| **INDIANA SOUTHERN** | |
| INS  3  09-56 | Larry Barnhill v. AstraZeneca Pharmaceuticals, LP, et al. |
| **OHIO NORTHERN** | |
| OHN  1  09-979 | Angela Harris v. AstraZeneca Pharmaceuticals, LP, et al. |
| OHN  1  09-980 | Mary Davis, etc. v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TEXAS NORTHERN** | |
| TXN  4  09-226 | Sandra Brady v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TEXAS SOUTHERN** | |
| TXS  4  09-1217 | Annette Kay Bramlett v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS  4  09-1218 | Elizabeth Harmon-Ceaser v. AstraZeneca LP, et al. |
| TXS  4  09-1219 | Diane Forney v. AstraZeneca LP, et al. |
| TXS  4  09-1221 | Catherine Burton v. AstraZeneca LP, et al. |
| **TEXAS WESTERN** | |
| TXW  5  09-324 | Darlyn Johnson v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXW  6  09-105 | Stephanie Davis v. AstraZeneca Pharmaceuticals, LP, et al. |