# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

**Case No. 6:06-md-1769-Orl-22DAB**

**This document relates to:**

**WILLIAM BERNARD v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17080-Orl-22DAB**

**PHOEBIA BOMAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17082-Orl-22DAB**

**PAULA BOWER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17081-Orl-22DAB**

**SIDNEY DAVIS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17086-Orl-22DAB**

**DANIEL DYER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17087-Orl-22DAB**

**DOROTHEA ESPOSITO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17088-Orl-22DAB**

**LINDA GILBERT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17089-Orl-22DAB**

**ERIC GUYER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17091-Orl-22DAB**

**LORI HOBBS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17092-Orl-22DAB**

**CURTIS HUNTER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17093-Orl-22DAB**

**MARK MIYASHIRO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17097-Orl-22DAB**

**DEBRA MORTON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17099-Orl-22DAB**

**GWEN PEREGRIN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17101-Orl-22DAB**

**LAZARO PEREZ v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17102-Orl-22DAB**

**OMAYRA SANTOS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17105-Orl-22DAB**

**SHEILA SWINDELLS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17108-Orl-22DAB**

**JERRI WALKER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17109-Orl-22DAB**

_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion to Dismiss Cases of Plaintiffs Who Have Failed to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 1446), filed June 3, 2009, to which Plaintiffs in the above-captioned cases have not responded in opposition. Having considered the motion, the Court **ORDERS** as follows:

1. The Motion to Dismiss (Doc. 1446) is **GRANTED** as to Plaintiffs in the above-captioned cases only.

2. All claims of Plaintiffs in the above-captioned cases are **DISMISSED WITHOUT PREJUDICE** for failure to timely serve upon Defendants verified Plaintiff Fact Sheets and records authorizations. No later than **80 days** from the date of this Order, Plaintiffs may file a motion to reinstate their claims provided they have served Defendants with a verified Plaintiff Fact Sheet and records authorizations. Plaintiffs shall attach to the motion a certification that AstraZeneca has been provided with all requested documents and shall also attach documentation of receipt of those documents. If Plaintiffs fail to properly move for reinstatement within the established time limit, their cases shall be dismissed with prejudice and closed without further notice.

3. The Clerk is directed to file a copy of this Order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 23, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge