# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                           **Case No. 6:06-md-1769-Orl-22DAB**

**This document relates to:**

**MILAN BANJANIN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17079-Orl-22DAB**

**SUSAN COOPER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17084-Orl-22DAB**

**BRENDA CRUZ v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17085-Orl-22DAB**

**TED JOHNSON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17094-Orl-22DAB**

**DAVID MARINO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17095-Orl-22DAB**

**MICHAEL MITCHELL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17096-Orl-22DAB**

**JUDY MOODY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17098-Orl-22DAB**

**MARCIE PATTERSON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17100-Orl-22DAB**

**KIM PLUNK v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17103-Orl-22DAB**

**MICHAEL RODRIGUEZ v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17104-Orl-22DAB**

**JASON SHUPP v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17106-Orl-22DAB**

**RITA WALSH v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17110-Orl-22DAB**

_____

### ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion to Dismiss Cases of Plaintiffs Who Have Failed to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 1446), filed June 3, 2009. On June 5, 2009, Plaintiffs Banjanin (09-cv-17079), Cooper (09-cv-17084), Cruz (09-cv-17085), Mitchell (09-cv-17096), Moody (09-cv-17098), Patterson (09-cv-17100) and Rodriguez (09-cv-17104) filed a response to the motion, confirming that they had served their Plaintiff Fact Sheets and records authorizations on counsel for AstraZeneca by email. On June 12, 2009, AstraZeneca withdrew its motion as to all Plaintiffs in the above-captioned cases, affirming that counsel had received their Plaintiff Fact Sheets and records authorizations. In light of these events, the Court **ORDERS** as follows:

1. The Motion to Dismiss (Doc. 1446) is **DENIED** as to Plaintiffs in the above-captioned cases only.

2. The Clerk is directed to file a copy of this Order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 23, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge