# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

**Case No. 6:06-md-1769-Orl-22DAB**

**This document relates to:**

**ERIC CRONIN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17075-Orl-22DAB**

**AMANDA GRAVES v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1323-Orl-22DAB**

**PATRICIA HALL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1151-Orl-22DAB**

**DOROTHY P. HARPER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-934-Orl-22DAB**

**FLORA KRUGER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-640-Orl-22DAB**

**GERALD O. NEAL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-1227-Orl-22DAB**

**BRIAN ROYSTER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17076-Orl-22DAB**

**CAROL THOMAS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-2011-Orl-22DAB**

**CAROL YATES v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**

**MDL Case No. 6:08-cv-1131-Orl-22DAB**

_____

## ORDER

Upon review of the above-captioned cases, it is **ORDERED** as follows:

1. Having failed to file a timely motion to reinstate their cases pursuant to this Court's Order of April 6, 2009 (Doc. 1400), the claims of all Plaintiffs in the above-captioned cases are hereby **DISMISSED WITH PREJUDICE**.

2. The Clerk is instructed to file a copy of this Order in each of the above-captioned cases, and is additionally instructed to **CLOSE** these cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 29, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge