# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

                                                Case No.  6:06-md-1769-Orl-22DAB

**This document relates to:**

**PATRICIA CLEMONS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-958-Orl-22DAB**

**HARVEY BERRY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-959-Orl-22DAB**

**JOANNE BOWEN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17190-Orl-22DAB**

**SHARMAN BOWLES v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17191-Orl-22DAB**

**JUDY BURGETT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17192-Orl-22DAB**

**JANAY BURKE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17193-Orl-22DAB**

**LAURAN BUSH v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17194-Orl-22DAB**

**SHERRY CLODFELTER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17195-Orl-22DAB**

**DARRELL COLLINS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17196-Orl-22DAB**

**NANNETTE COLLINS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17197-Orl-22DAB**

**KENNETH DAWSON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17198-Orl-22DAB**

**SHARREL DICKENS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17199-Orl-22DAB**

**TAMMY DRAGGEE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17200-Orl-22DAB**

**MARQUITA FAHRNEY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17201-Orl-22DAB**

**PENNY ANN FORE-BUTLER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17202-Orl-22DAB**

**ANITA GUZMAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17203-Orl-22DAB**

**DENISE HAMMERSCHMIDT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17204-Orl-22DAB**

**MICHAEL HARDEE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17205-Orl-22DAB**

**AMY HATCH v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17206-Orl-22DAB**

**ANTHONY HUNNICUTT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17207-Orl-22DAB**

**RONALD DANGELO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17208-Orl-22DAB**

**DARLA DAVIDSON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17209-Orl-22DAB**

**SUSAN DIVENUTO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17210-Orl-22DAB**

**PAULA DOWNEY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17211-Orl-22DAB**

**JAY E. FORD, JR. v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17212-Orl-22DAB**

**DOROTHY GOMOLL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17213-Orl-22DAB**

**BARBARA GRIFFIS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17214-Orl-22DAB**

**AMILCAR GUZMAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17215-Orl-22DAB**

**FORREST MALMIN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17216-Orl-22DAB**

**M. JOANNE MUIR v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17217-Orl-22DAB**

**HARDEY SAPPAL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17218-Orl-22DAB**

**DEBBIE TYNER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17219-Orl-22DAB**

**ANDREANNA WILSON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17220-Orl-22DAB**

## ORDER

Upon the Court's review of the above-captioned cases, the Court observed that Plaintiffs did not identify their states of citizenship in their complaints. Under federal law, "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between . . . citizens of different States." 28 U.S.C. § 1332. Without knowing the citizenship of the plaintiffs in these actions, the Court is unable to assess whether it has jurisdiction over their claims.

Accordingly, it is **ORDERED** as follows:

1. On or before July 17, 2009, Plaintiffs in the above-captioned cases shall electronically file a notice indicating their respective states of citizenship. Such notice shall be filed in each plaintiff's individual docket.

2. The Clerk is directed to file a copy of this order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 6, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge