A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Jul 07, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
Jun 18, 2009

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2009 JUL -7 PM 2: 54

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION         MDL No. 1769

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-86)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 803 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 07, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION                    MDL No. 1769

## SCHEDULE CTO-86 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN  2  09-998 | Anne Hebbler v. AstraZeneca Pharmaceuticals, LP, et al. |
| ALN  2  09-999 | Shirley Nelson v. AstraZeneca Pharmaceuticals, LP, et al. |
| **CALIFORNIA EASTERN** | |
| CAE  2  09-1486 | Patrick Fitzgerald v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MINNESOTA** | |
| MN  0  09-744 | Stanley Suski, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN  0  09-1190 | Joe Morgan v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN  0  09-1193 | Doris Govan v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN  0  09-1194 | Molly Morris, etc. v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MISSOURI EASTERN** | |
| MOE  4  09-835 | Catherine Karl v. AstraZeneca Pharmaceuticals, LP |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  09-2269 | Corrine Shorter v. AstraZeneca Pharmaceuticals, LP, et al. |
| PAE  2  09-2270 | Tangela Burke v. AstraZeneca Pharmaceuticals, LP, et al. |