UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to All Cases

_____

ASTRAZENECA'S UNOPPOSED MOTION TO SET
SCHEDULE AND PROCEDURES FOR LIVE TESTIMONY

On May 1, 2009, this Court declared its intent "to assist the parties with preparation of generic testimony, in video form or otherwise, for use at trial." Doc. No. 1419 at 1. To that end, the Court ordered the parties to file a list of their "generic witnesses whose testimony [the parties] intend to offer at trial in any form other than live testimony," and to indicate whether each witness "will be made available to present live testimony before this Court for purposes of determining admissibility" of such testimony. *Id.* at 3. Pursuant to the Court's Order, AstraZeneca identified three witnesses to present live testimony before this Court: Mark Scott, Dr. Lisa Rarick, and John S. Patterson. *See* Doc. No. 1439 at 4. Thereafter, the Court scheduled a hearing for July 28, 2009, to take testimony from AstraZeneca's three witnesses. *See* Doc. No. 1455.

AstraZeneca hereby makes the following requests concerning the schedule and procedures for the live testimony of its witnesses.

A.   Mark Scott

AstraZeneca no longer intends to present live testimony from Mark Scott before this Court at the hearing on July 28, 2009. AstraZeneca reserves its right, of course, to call Mr.

Scott as a live witness, or to take a trial preservation deposition, in one or more trials in this or other federal or state courts.

B.  Dr. Lisa Rarick

AstraZeneca will present live testimony from Dr. Lisa Rarick before this Court at the hearing on July 28, 2009. To preserve Dr. Rarick's testimony for use at future trials, AstraZeneca respectfully requests that this Court permit her testimony before this Court to be videotaped.

MDL courts routinely permit the videotaping of generic testimony that is likely to be used at multiple trials. *See, e.g.,* Pretrial Order No. 2 at 12, *In re Serzone Prods. Liab. Litig.*, MDL No. 1477 (S.D. W.Va. Oct. 7, 2002) (ordering that "videotaped depositions … should be taken for potential use as trial testimony of all persons whose testimony will likely be needed in a number of trials, thereby enabling trials to be conducted in different courts at the same time without complications arising from unavailability of witnesses"); *In re Rezulin Prods. Liab. Litig.*, MDL No. 1328, 2001 WL 366420 at *8 (S.D.N.Y. March 2, 2001) (requiring generic fact and expert depositions to be videotaped); *In re Guidant Corp. Implantable Defibrillators Prods. Liab. Litig.*, MDL No. 1708, 2006 WL 196943 at *5-6 (D. Minn. Jan. 6, 2006) (permitting videotaped depositions); *see also Manual for Complex Litig. (4th)* §§ 11.452, 22.84 (recognizing that videotaping depositions of witnesses who are likely to testify more than once promotes efficiency by avoiding "multiple live appearances by the same witness") and § 22.8 (stating that "[v]ideotaped depositions are particularly useful in multidistrict litigation where the testimony of key witnesses may have to be presented at trial in numerous, geographically dispersed transferor (or state) courts after remand"). Indeed,

this Court permitted depositions to be videotaped in this MDL when properly noticed by the parties. *See* Case Management Order ("CMO") No. 3, Doc. No. 193 at 8-10. This Court also contemplated the videotaping of other testimony for use at future trials. *See* 02/18/09 Hearing Tr. at 3:22-4:1 (stating "… we should get all of the experts and … witnesses of AstraZeneca all ready to be used at a trial, which means we'll go ahead and take their testimony and I'll rule on the objections and you'll have your videotape all ready to go").

AstraZeneca is aware that Rule 4.11 of the Middle District of Florida Local Rules prohibits the recording of "proceedings in any courtroom." M.D. Fla. L.R. 4.11(a)(2). This rule, which is based on a policy approved by the Judicial Conference of the United States that prohibits the use of cameras in the courtroom, was intended to address concerns over publicity and potential effects on jurors. *See Guide to Judiciary Policies & Procedures* (Vol. I, Ch. 3, Pt. E). The rule was not intended to preclude the videotaping of trial preservation testimony such as this – when the witness will testify in a courtroom, but outside of trial, about issues that are common to numerous cases consolidated in an MDL, and when the parties have agreed to the videotaping of such testimony for use at future trials. Not surprisingly, the *Guide* permits the use of cameras for the limited purpose sought here – the presentation of evidence. *See id.*; Lorraine H. Tong, "Televising Supreme Court & Other Federal Court Proceedings: Legislation & Issues," CRS Report for Congress (Nov. 8, 2006), *available at* www.fas.org/sgp/crs/secrecy/RL33706.pdf. Indeed, the Court's own website reflects that "laptop, document camera, and VCR" services and "multiple camera presets" are available for evidence presentation purposes. *See* www.flmd.uscourts.gov/default.htm (Courthouse Technology/Available Equipment & Set-up Options page). Additionally, this

Court has granted at least one exception to this local rule.  *See* Order, *In re: Use of Video Equip. in the M.D. Fla.*, Case No. 6:09-mc-00092 (M.D. Fla. June 29, 2009) (allowing video equipment in the courthouse for the purpose of interviewing a pretrial services officer).

Permitting the testimony of Dr. Rarick – who will proffer expert testimony on generic issues common to most, if not all, Seroquel cases – to be videotaped would promote efficiency by ensuring that she will not have to testify live in potentially numerous Seroquel trials around the country.  Further, the presentation of Dr. Rarick's testimony by video would be consistent with that of most other generic witnesses in this MDL whose depositions were videotaped, and also would be far superior to simply reading her testimony from a transcript.  Therefore, AstraZeneca respectfully requests that this Court permit Dr. Rarick's testimony before this Court on July 28, 2009 to be videotaped, consistent with the video deposition guidelines set forth in CMO No. 3.

    C.    John S. Patterson

Regrettably, AstraZeneca is unable to present John S. Patterson to testify live before this Court on July 28, 2009.

Mr. Patterson is British.  He was formerly AstraZeneca's world-wide medical director and more recently the Executive Vice-President of AstraZeneca PLC.  Mr. Patterson retired from AstraZeneca on March 31 of this year.  While he was employed by AstraZeneca, Mr. Patterson resided in the United Kingdom, and he has continued to live there since his retirement.  Mr. Patterson is currently on the board of directors of two corporations (completely unrelated to AstraZeneca), and he is required to attend a board meeting in the United Kingdom for one of those corporations on July 28.  Further, because of additional

personal commitments, specifically including pre-paid vacation and the wedding of his daughter, Mr. Patterson cannot testify live in the United States until September 30, 2009.

AstraZeneca believes it is very much preferable to have Mr. Patterson testify live before this Court. If the Court prefers, however, (a) Mr. Patterson could testify before the Court via telephone or video conference from the United Kingdom on July 30, 2009, and the Court could make real-time rulings on objections, or (b) Mr. Patterson could make himself available for deposition in the United Kingdom on July 30, 2009, and the Court could make its rulings based on the deposition transcript.

Accordingly, AstraZeneca hereby respectfully requests that the Court:

    1.    Grant permission to videotape the testimony of Dr. Lisa Rarick at the July 28, 2009 hearing; and

    2.    Either (a) schedule a hearing on September 30, 2009 to hear live testimony from John S. Patterson, (b) permit Mr. Patterson to testify live from the United Kingdom via telephone or videoconference on July 30, 2009, or (c) permit the parties to depose Mr. Patterson in the United Kingdom on July 30, 2009, with the Court to rule on objections thereafter based on the deposition transcript.

DATED: July 10, 2009     Respectfully submitted,

/s/ Stephen J. McConnell
Stephen J. McConnell
Shane T. Prince
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
stephen.mcconnell@dechert.com
shane.prince@dechert.com


*/s/ Chris S. Coutroulis*
Chris S. Coutroulis (Fla. Bar No. 300705)
Robert L. Ciotti (Fla. Bar No. 333141)
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, FL 22607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
ccoutroulis@carltonfields.com
rciotti@carltonfields.com

*Counsel for AstraZeneca LP and AstraZeneca Pharmaceuticals LP*

**CERTIFICATE OF CONFERENCE**

In accordance with Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, I hereby certify that moving counsel conferred with Plaintiffs' Lead Counsel, and counsel do not oppose the relief requested in this Motion, subject to AstraZeneca's agreement to present Dr. Rarick for deposition prior to the July 28, 2009 hearing, with the date(s), location, and scope of the deposition to be determined by subsequent agreement of the parties.

<u>/s/ Shane T. Prince</u>

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 10, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

<u>/s/ Shane T. Prince</u>

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ccf@whatleydrake.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |