**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

This Order relates to the preservation of expert trial testimony. Once the approximately 6,000 cases in this MDL are remanded, individual trials will proceed on schedules to be determined by the transferor courts. These trials will almost certainly overlap, making it impossible for general causation experts to appear as live witnesses at every trial. Therefore, the Court has set aside the week of November 16, 2009 for preservation of the trial testimony of the parties' general causation experts for use at individual trials.

In preparation for this task, it is **ORDERED** as follows:

1. No later than August 31, 2009, each party shall submit a list of general causation expert witnesses whose testimony requires preservation for use at multiple Seroquel trials.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 23, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge