# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability
Litigation**

**Case No.  6:06-md-1769-Orl-22DAB**

_____

# ORDER

The Court recently entered an Order granting in part, denying part and finding moot in part AstraZeneca's Motion to Exclude Non-Causation Expert Testimony Under Federal Rules of Evidence 702, 401 and 403 (Doc. 1121) as it applied to Drs. Plunkett, Wirshing and Arnett. *See* Doc. 1480.  At that time, the Court reserved ruling on the remainder of the motion, i.e., the admissibility of the "non-causation" testimony of four case-specific experts. *Id.*  Upon further reflection, however, the Court finds that denying the remainder of the motion without prejudice and with leave to refile at a later date is the more prudent approach.

Accordingly, it is **ORDERED** as follows:

1.      The remainder of AstraZeneca's Motion to Exclude Non-Causation Expert Testimony Under Federal Rules of Evidence 702, 401 and 403 (Doc. 1121) is denied without prejudice and with leave to refile the motion, insofar as it applies to case-specific experts, on a schedule to be set by the Court after the stay of the Florida cases is lifted.

2.      The Clerk is directed to terminate the motion.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 23, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge