# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                                Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

Upon the Court's review of this case, it is **ORDERED** as follows:

1. AstraZeneca's Motion to Exclude or Limit Testimony of Paul Deutsch and Frederick Raffa (Doc. 1336) is denied without prejudice and with leave to refile the motion on a schedule to be set by the Court after the stay of the Florida cases is lifted.

2. The Clerk is directed to terminate the motion.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 23, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge