# EXHIBIT 1

## LIST OF PLAINTIFFS RIPE FOR DISMISSAL

|     | Plaintiff Last Name | Plaintiff First Name | MDL Case No. | Missing Documents |
| --- | --- | --- | --- | --- |
| 1.  | Champion | Felice | 6:09-cv-17162 | Plaintiff Fact Sheet, Verification, and Authorization |
| 2.  | Dawdy | Carla | 6:09-cv-17189 | Plaintiff Fact Sheet, Verification, and Authorization |
| 3.  | Gilliam | Matthew | 6:09-cv-17145 | Plaintiff Fact Sheet, Verification, and Authorization |
| 4.  | Hoffman | Douglas | 6:09-cv-17180 | Plaintiff Fact Sheet, Verification, and Authorization |
| 5.  | Kirchner | Karen | 6:09-cv-17112 | Plaintiff Fact Sheet, Verification, and Authorization |
| 6.  | Koulis | Elias | 6:09-cv-17133 | Plaintiff Fact Sheet, Verification, and Authorization |
| 7.  | Lucas | Buford | 6:09-cv-17172 | Plaintiff Fact Sheet, Verification, and Authorization |
| 8.  | Meister | Janet | 6:09-cv-17140 | Plaintiff Fact Sheet, Verification, and Authorization |
| 9.  | Mitchell | Lisa | 6:09-cv-17131 | Plaintiff Fact Sheet, Verification, and Authorization |
| 10. | Mizer | Brian | 6:09-cv-17187 | Plaintiff Fact Sheet, Verification, and Authorization |
| 11. | Morehead | Robert | 6:09-cv-17168 | Plaintiff Fact Sheet, Verification, and Authorization |
| 12. | O'Blance | Emma | 6:09-cv-17127 | Plaintiff Fact Sheet, Verification, and Authorization |
| 13. | Pineo | Helen | 6:09-cv-17182 | Plaintiff Fact Sheet, Verification, and Authorization |

|  |  |  |  |  |
|---|---|---|---|---|
| 14. | Stormes | Daniel | 6:09-cv-17120 | Plaintiff Fact Sheet, Verification, and Authorization |
| 15. | Venson | Gale | 6:09-cv-17124 | Plaintiff Fact Sheet, Verification, and Authorization |
| 16. | Wilt | Norma | 6:09-cv-17137 | Plaintiff Fact Sheet, Verification, and Authorization |