# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use in connection with a hearing in this case, the Motion to Allow Electronic Equipment (Doc. No. 1481) is **GRANTED** and it is **ORDERED** as follows:

1. Mike Brock, Earl Austin, Robert L. Ciotti, Chris S. Coutroulis, John Sullivan, Fred Magaziner, Mariam Koohdary, Arthur Brown, Andrew Stillusfsen, Christin Bassett, and Lisa Rarick are each allowed to bring one PDA or "Blackberry" email device **and/or** cell phone **and** one laptop computer into the George C. Young United States Courthouse on **TUESDAY, JULY 28, 2009,** for use in hearings before Chief Judge Anne C. Conway.

2. Pursuant to Judge Conway's July 15, 2009 Order (Doc. No. 1478) allowing the videotaping of the testimony of Dr. Lisa Rarick, Eric Pubentz is allowed to bring a cell phone, BlackBerry, 2 laptop computers, VGA switch, and miscellaneous cables[1]; and Ron Fleming is allowed to bring a cell phone, BlackBerry, laptop computer, Sony Mini-DV camera, DVD recorder, Audio Technia Mic Mixer, Sony DSC-1024G scan converter, 6 XLR cables (long and short), 4 lavaliere microphones, tripod, light stand with light, Mini-DV tapes, DVD-Rs, miscellaneous cables (including s-video

---

[1] Connection with and use of the courtroom equipment is subject to the direction of courtroom personnel and the presiding District Judge.

cables, audio cables, and RCA-to composite cables), headphones, power strip, extension cord, 2 equipment bags, and cart for equipment into the George C. Young United States Courthouse on **TUESDAY, JULY 28, 2009,** for use in hearings before Chief Judge Anne C. Conway.

3. Ken Bailey, Camp Bailey, Scott Allen, Larry Roth, Fletch Trammell, Tom Pirtle, Rick Laminack, Buffy Martines, Robert Cowan, Holly Gibson, and Paul Pennock are hereby each granted permission to bring a BlackBerry email device **and/or** cell phone; and Camp Bailey, Fletch Trammell, Tom Pirtle, Rick Laminack, Buffy Martinex, Robert Cowan, Holly Gibson, and Paul Pennock each one laptop computer into the George C. Young United States Courthouse on **TUESDAY, JULY 28, 2009,** for use in hearings before Chief Judge Anne C. Conway.

5. The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require those listed to present picture identification at the time of entry.

6. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

**DONE** and **ORDERED** in Orlando, Florida July 24, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers