UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

*IN RE:*

*SEROQUIL LIABILITY LITIGATION*
*ASTRAZENECA PHARMACEUTICALS*

| JUDGE: | Anne C. Conway<br>U.S. District Judge | DATE: | July 28, 2009<br>10:04 am 11:45 am<br>1:08 pm - 5:59 pm |
|---|---|---|---|
| DEPUTY CLERK: | Celeste Herdeman | COURT REPORTER: | Sandy Tremel |
| COUNSEL FOR PLTFS: | Larry Roth<br>Fletch Trammell<br>Robert Cowan<br>Paul Pennock<br>Camp Bailey | COUNSEL FOR DEFTS: | Chris S. Coutroulis<br>Robert L. Ciotti<br>Fred T. Magaziner<br>Mike Brock<br>Andrew Stillufsen |

**CIVIL HEARINGS - TRIAL WITNESS TESTIMONY FOR DEFENDANT**

Appearances.
Defendant Calls Doctor Lisa Rarick - Medical Doctor ( previously, Medical Officer and Division Director for the FDA)
Defendant's exhibits 16, 44, 46, 55, 111, and 1553 received into evidence.
Defendant's exhibit 113 -reserved.
11:45 am Recess for Lunch
 1:08 pm Resumed testimony of Lisa Rarick

Defendant's exhibits 1, 18, 19, 21, 22, 23, 24, 40, 42, 62, 68, 72, 85, 89, 90, 91, 92, 98, 99, 100, 101, 302. 304, 500
        I.D. Only 30, 80, 35,1550, 1638,
3:56 pm - Defendant's tender the witness.
3:57 pm - Corss examination.

Plaintiff's exhibits 1, 4, 23, 1421,
        I.D. Only 1410, 1411, 1413,

5:53 pm re-direct of the witness
5:59 pm Court is adjourned.