**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO: |
| This document relates to:<br>    ALL CASES | 6:06-MDL-1769-ACC-DAB |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING IN RESPONSE TO ASTRAZENECA'S BRIEF IN SUPPORT OF PARTIAL SUMMARY JUDGMENT IN ALL MDL CASES BASED ON FEDERAL PREEMPTION

Plaintiffs move the Court for leave to file a short supplemental brief, consisting of no more than three (3) pages, analyzing and discussing the significance of the federal district court's recent post-*Wyeth v. Levine* federal preemption decision in *Forst v. SmithKline Beecham Corp.*, No. 07-CV-612, 2009 WL 2256232 (E.D. Wis. July 29, 2009). *Forst* addresses the preemption issue parallel to the question before this Court, which AstraZeneca raised in its renewed preemption brief (Doc. 1391) filed after the United States Supreme Court's decision in *Levine*. In particular, the *Forst* court considered (and rejected) the argument that a purportedly high level of FDA/drug company interaction over a drug's labeling, including exhaustive and repeated FDA review of safety issues, combined with subsequent FDA imposition of uniform class-wide labeling, met *Levine*'s threshold requirement of "clear evidence" that the FDA would have rejected a stronger warning.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs ask the Court for leave to file the above-referenced supplemental brief consisting of three pages not including signature block and certificate of service.

1

DATED:  August 4, 2009                          Respectfully submitted

                                          By:   /s/ Robert W. Cowan
                                                 F. Kenneth Bailey Jr.
                                                 K. Camp Bailey
                                                 Fletcher V. Trammell
                                                 Robert W. Cowan
                                                 **BAILEY PERRIN BAILEY**
                                                 440 Louisiana St., Suite 2100
                                                 Houston, Texas 77002
                                                 (713) 425-7100 Telephone
                                                 (713) 425-7101 Facsimile
                                                 kbailey@bpblaw.com
                                                 cbailey@bpblaw.com
                                                 ftrammell@bpblaw.com
                                                 rcowan@bpblaw.com
                                                 **Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF CONFERENCE PER LOCAL RULE 3.01(g)

I HEREBY CERTIFY that on this 4th day of August 2009, I conferred with opposing counsel regarding the subject matter of this Motion.  Although opposing counsel stated Defendants do not oppose Plaintiffs' notifying the Court of the *Forst* decision, Defendants oppose the filing of any supplemental briefing.

                                                           /s/  Robert W. Cowan
                                                           Robert W. Cowan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August 2009, I electronically filed the foregoing: PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING IN RESPONSE TO ASTRAZENECA'S BRIEF IN SUPPORT OF PARTIAL SUMMARY JUDGMENT IN ALL MDL CASES BASED ON FEDERAL PREEMPTION with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all registered counsel of record.

                                                           /s/  Robert W. Cowan
                                                           Robert W. Cowan