# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

Upon the Court's review of this case, it is **ORDERED** that Plaintiffs' Motion for Leave to File Supplemental Briefing (Doc. 1494) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 5, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge