# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability
Litigation**

**Case No.  6:06-md-1769-Orl-22DAB**

**This document relates to:**

**FELICE CHAMPION v. ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA LP
MDL Case No. 6:09-cv-17162-Orl-22DAB**

**CARLA JEAN DAWDY v. ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA LP
MDL Case No. 6:09-cv-17189-Orl-22DAB**

**MATTHEW GILLIAM v. ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA LP
MDL Case No. 6:09-cv-17145-Orl-22DAB**

**DOUGLAS HOFFMAN v. ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA LP
MDL Case No. 6:09-cv-17180-Orl-22DAB**

**KAREN KIRCHNER v. ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA LP
MDL Case No. 6:09-cv-17112-Orl-22DAB**

**ELIAS KOULIS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP
MDL Case No. 6:09-cv-17133-Orl-22DAB**

**BUFORD LUCAS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA
LP
MDL Case No. 6:09-cv-17172-Orl-22DAB**

**JANET MEISTER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA
LP
MDL Case No. 6:09-cv-17140-Orl-22DAB**

**LISA MITCHELL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17131-Orl-22DAB**

**BRIAN CURTIS MIZER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17187-Orl-22DAB**

**ROBERT MOREHEAD v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17168-Orl-22DAB**

**EMMA O'BLANCE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17127-Orl-22DAB**

**HELEN PINEO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17182-Orl-22DAB**

**DANIEL STORMES v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17120-Orl-22DAB**

**GALE VENSON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17124-Orl-22DAB**

**NORMA WILT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17137-Orl-22DAB**

_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion to Dismiss Cases of Plaintiffs Who Have Failed to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 1486), filed July 24, 2009, to which Plaintiffs in the above-captioned cases have not responded in opposition.  Having considered the motion, the Court **ORDERS** as follows:

1.      The Motion to Dismiss (Doc. 1486) is **GRANTED** as to Plaintiffs in the above-captioned cases only.

2.      All claims of Plaintiffs in the above-captioned cases are **DISMISSED WITHOUT PREJUDICE** for failure to timely serve upon Defendants verified Plaintiff Fact Sheets and records authorizations.  No later than **80 days** from the date of this Order, Plaintiffs may file a motion to reinstate their claims provided they have served Defendants with a verified Plaintiff Fact Sheet and records authorizations.  Plaintiffs shall attach to the motion a certification that AstraZeneca has been provided with all requested documents and shall also attach documentation of receipt of those documents.  If  Plaintiffs fail to properly move for reinstatement within the established time limit, their cases shall be dismissed with prejudice and closed without further notice.

3.      The Clerk is directed to file a copy of this Order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 11, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge