FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 20 2009

BROOKLYN OFFICE

April 13, 2009

Federal District Court for
the Eastern District of NY
Judge Weinstein
c/o aaron_fischer@nyed.uscourts.gov

RE: Public comment on the release of detailer 'call notes' in the Zyprexa consumer litigation (*Sergeants Benevolent Association Health and Welfare Fund et. al v. Eli Lilly and Company*, MDL No. 1596.)

May it please the Court, the following comments are submitted pursuant to the opportunity for public comment published in the *ORDER FOR UNSEALING* in *Sergeants Benevolent Association Health and Welfare Fund et. al v. Eli Lilly and Company*, MDL No. 1596 issued on March 23, 2009, in support the decision by Special Discovery Master Woodin in Case Management Order No. 9 to unseal the majority of the 132,000 call notes (with doctor and patient information redacted).

## Introduction

Prescription Access Litigation (PAL) is a project of Community Catalyst created in 2001 to make prescription drugs more affordable. PAL promotes public education and consumer-focused class action litigation to challenge a variety of illegal practices that are regularly committed by pharmaceutical industry players, in order to end illegal pharmaceutical price inflation. PAL is a diverse coalition of over 130 organizations, including state-based groups representing 36 states and the District of Columbia as well as several national organizations. Members of the PAL coalition have been involved in 32 sets of class action lawsuits on behalf of consumers and small non-profit insurers. Three members of the PAL Coalition, AFSCME District Council 37 (New York), United Federation of Teachers Welfare Fund (New York), and Sergeant's Benevolent Association Health and Welfare Fund (New York) are lead plaintiffs in the Zyprexa litigation. These comments were prepared and are submitted by PAL alone, on behalf of the interests of consumers and non-profit insurers.

*Injuries to consumers*

A frequent practice that has been challenged in over seven of the lawsuits brought by PAL members is the failure of drug manufacturers to disclose known risks associated with a drug that is promoted heavily to consumers and prescribers. This deception causes consumers financial injuries in the form of drug costs.

Case 6:06-md-01769-ACC-DAB Document 1501-4 Filed 08/24/09 Page 2 of 4 PageID 128021
Case 1:04-md-01596-JBW-RLM Document 2142 Filed 04/20/09 Page 2 of 4

*MDL No. 1596 -- Comments on CMOS. No. 9, by Prescription Access Litigation and Community Catalyst*

Another all-too-common industry practice challenged by consumer class actions, including several involving PAL members, is the off-label promotion of new drugs, often times with knowledge that the drug has not been shown to be effective. Aside from being illegal, these deceptive 'off-label' promotions cause consumers harm in the form of unnecessary drug costs, as well as the lost opportunity for appropriate treatment.

All of these practices, widespread throughout the drug industry, have been alleged in the current Zyprexa litigation before the court.

### *Injuries to non-profit third-party payers*

In many cases, small non-profit insurers, like union benefit funds or Medicaid managed care plans, are similarly injured by these types of practices, both in the initial costs, but also for any additional costs resulting from known but undisclosed side-effects. In the case of Zyprexa, some health plans will undoubtedly be paying for the future costs of treatment of weight gain and/or diabetes, undisclosed side effects of Zyprexa known to Lilly.

### *Drug Detailing*

It is estimated that the drug industry spent $7.2 billion on promotions of their products directly to doctors in 2007. In 2006, it is estimated that industry spent $4 billion on promotions to other prescribers – physician's assistants and nurse practitioners. These expenditures have likely increased, following the trend for the last few years.

Illustrative of the rest of the drug industry, defendant Eli Lilly has employed an army of salespeople, called detailers, that visits doctors on a regular basis, and seeks to encourage them to prescribe Zyprexa and other Lilly products. These salespeople keep detailed notes on these interactions, for future use, and for review by their supervisors. As such, these call notes contain vital information on the communications between these doctors and the drug company, which could include comments or concerns regarding drug safety raised by doctors, and the responses by defendant Lilly. As such, these documents have the potential to inform the certified class of TPP's regarding the extent and seriousness of the deception by Lilly in not disclosing safety concerns once they became known.

In addition, these notes have the potential to describe the manner in which Zyprexa was promoted off-label, thus informing consumers, current and future, of Zyprexa and other drugs, regarding the practices employed that interfere with the patient-focused, scientifically-based decision-making that is appropriate for medical professionals to employ when prescribing drugs.

Case 6:06-md-01769-ACC-DAB Document 1501-4 Filed 08/24/09 Page 3 of 4 PageID 128022
Case 1:04-md-01596-JBW-RLM Document 2142 Filed 04/20/09 Page 3 of 4

*MDL No. 1596 -- Comments on CMOS. No. 9, by Prescription Access Litigation and Community Catalyst*

This information is also of vital importance to future consumers of Lilly products, so that they may understand the possible risks that they may be facing in taking any drug product manufactured and promoted by a Lilly. It is important that consumers have access to the information needed to develop a full understanding of practices of drug manufacturers, who claim to be serving their patients while acting with a profit-driven disregard for the health and safety of the very consumers they contend to be helping.

*Fuller awareness and understanding needed to respond to the continuing risks detailing poses to vulnerable children*

As alleged in the current litigation, the off-label promotion of Zyprexa for the unapproved treatment of numerous mental health conditions in children and adolescent populations represents an extraordinarily egregious disregard for the safety and health of a particularly vulnerable population, children struggling with mental illness. Children places cannot play the traditional role of consumer and are therefore especially vulnerable. In addition, unlike adults, children do not have the life-experience and perspective to understand that their mental illness may be transitory or curable, which adds to their vulnerability.

In light of these facts, the release of these documents creates an opportunity not only to more fully assess the impacts of Lilly's conduct upon the certified class of TPP's and the alleged class of consumers, it also affords some potential for relief, by educating future prescription drug consumers about the risks of taking prescription drugs.

Recent litigation on behalf of consumers and TPP's has resulted in some restitution for deceptive off-label pediatric promotions of Paxil, an antipsychotic drug marketed to children despite know risks, similar to Zyprexa. To the extent that the present Zyprexa lawsuit is part of a continuing trend to reveal drug industry practices that continue to affect and put such populations of children in treatment for mental illness at risk, it affords a unique public education opportunity. The release of these 130,000 call notes could assist significantly in advancing the public's understanding of these risks. Further, the analysis and assessment of these documents is strongly supported by the public policy need to understand and responsibly regulate to prevent these off-label promotions. While the appropriate solutions to safeguard consumers probably lie in new public policy, alternate medical practices, and more informed personal practices by consumers and parents, the formulation of all of these depends upon a more comprehensive understanding of the practice of the multi-billion dollar industry of prescription drug promotion to prescribers.

Case 6:06-md-01769-ACC-DAB Document 1501-4 Filed 08/24/09 Page 4 of 4 PageID 128023
Case 1:04-md-01596-JBW-RLM Document 2142 Filed 04/20/09 Page 4 of 4
*MDL No. 1596 -- Comments on CMOS. No. 9, by Prescription Access Litigation and Community Catalyst*

## **Conclusion**

In sum, based on our experience with consumer class action lawsuits related to deception of consumers and non-profit TPP's, it is clear that further public education and awareness of the kinds of illegal promotions alleged in this lawsuit is needed in order to protect consumers, especially the most vulnerable consumers such as children and the elderly, who fell victim, as alleged, to the illegal promotions for unapproved uses of this dangerous drug.

We are happy to answer any questions the Court may have about the importance of public awareness of drug detailing and the role it plays in the lives of drug consumers, doctors, and non-profit insurers struggling to cover their members drug needs.

Sincerely,


Wells Wilkinson, Director,
Prescription Access Litigation
c/o Community Catalyst
30 Winter Street,
Boston, MA 02108
(617) 275-2869

Marcia Hams
Director of Prescription Access and Quality
Community Catalyst
30 Winter Street,
Boston, MA 02108
(617) 275-2889