```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re: ZYPREXA PRODUCTS LIABILITY          :   MDL No. 1596
LITIGATION                                  :
                                            :
------------------------------------------------------------X
UFCW LOCAL 1776 AND PARTICIPATING           :   05 CV 2948 (JBW)
EMPLOYERS HEALTH AND WELFARE FUND,          :   05 CV 4115 (JBW)
ERIC TAYAG, and MID-WEST NATIONAL LIFE      :
INSURANCE COMPANY OF TENNESSEE, on          :
behalf of themselves and others similarly situated,  :
                                            :
              Plaintiffs,                   :
                                            :
       -vs.-                                :
                                            :
ELI LILLY AND COMPANY,                      :
                                            :
              Defendant.                    :
------------------------------------------------------------X
LOCAL 28 SHEET METAL WORKERS on behalf of  :   06 CV 0021 (JBW)
themselves and others similarly situated,   :
                                            :
              Plaintiffs,                   :
                                            :
       -vs.-                                :
                                            :
ELI LILLY AND COMPANY,                      :
                                            :
              Defendant.                    :
------------------------------------------------------------X
SERGEANTS BENEVOLENT ASSOCIATION            :   06 CV 6322 (JBW)
HEALTH AND WELFARE FUND, on behalf of itself :
and all others similarly situated,          :
                                            :
              Plaintiff,                    :
                                            :
       -vs.-                                :
                                            :
ELI LILLY AND COMPANY,                      :
                                            :
              Defendant.                    :
------------------------------------------------------------X
```

**ORDER**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 0 4 2009 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**



Based on the briefs, public comments, and oral arguments, the court affirms the Special Master's order on unsealing in Case Management Order No. 9. *See* Order for Unsealing, Mar. 23, 2009, No. 04-MD-1596, Docket Entry No. 2097. *Cf.* Fed. R. Civ. P. 72(a) (reviewing court shall only modify or set aside a magistrate judge's order on a nondispositive matter if it is found to be "clearly erroneous" or "contrary to law").

SO ORDERED.

_____
Jack B. Weinstein
Senior United States District Judge

Date: May 1, 2009
       Brooklyn, New York