# Bloomberg

March 25, 2009

<u>BY ECF</u>

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     In re: ZYPREXA PRODUCTS LIABILITY LITIGATION
          04-MD-1596 (JBW)

Dear Judge Weinstein:

      Non-Party Bloomberg L.P. ("Bloomberg"), the owner and operator of Bloomberg News,[1] respectfully submits this letter in response to the Court's invitation for public comments regarding the continued secrecy of approximately 280 documents in the above-referenced case. The Court accepted a similar submission from Bloomberg on August 18, 2008, and Bloomberg gratefully takes the opportunity to put before the Court the public's interest in this case, which militates for the utmost transparency.

      As the Court is aware, in January, Eli Lilly & Co. pleaded guilty to a misdemeanor criminal count in connection with illegal off-label marketing of its antipsychotic drug Zyprexa. The company's plea and agreement to pay $1.42 billion also settled civil investigations by the U.S. government and about 30 states into improper marketing practices. That plea didn't cover lawsuits brought against Lilly by 12 other states, including Pennsylvania and Connecticut, all alleging the company improperly marketed the drug for unapproved uses and withheld information about side effects. Two of those cases -- by Connecticut and South Carolina -- are set for trial later this year.

---

[1] Bloomberg News is a 24-hour global news service with more than 2,200 employees in 145 bureaus around the world. It supplies real-time business, financial, and legal news to more than 200,000 subscribers worldwide. As a wire service, Bloomberg News provides news to more than 450 newspapers globally. Bloomberg News also provides radio and television programming throughout the world through its 750 radio affiliates and its eleven 24-hour news television stations. Bloomberg News publishes two monthly magazines and more than 50 books each year. Bloomberg News's website receives 3.5 million visits each month. In total, Bloomberg News distributes news, information, and commentary to millions of readers and listeners each day, and has published over one hundred million stories.

AMSTERDAM
ATLANTA
BANKOK
BEIJING
BOGOTA
BOMBAY
BONN
BOSTON
BRASILIA
BRISBANE
BRUSSELS
BUDAPEST
BUENOS AIRES
CALGARY
CANBERRA
CARACAS
CHICAGO
CLEVELAND
COPENHAGEN
DALLAS
DENVER
DETROIT
DUBAI
DUBLIN
FRANKFURT
GENEVA
HANOI
HONG KONG
HOUSTON
ISTANBUL
JAKARTA
JERUSALEM
JOHANNESBURG
KUALA LUMPUR
LIMA
LISBON
LONDON
LOS ANGELES
MADRID
MANILA
MELBOURNE
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MOSCOW
MUMBAI
NEW YORK
OSAKA
OTTAWA
PALO ALTO
PARIS
PITTSBURGH
PORTLAND
PRAGUE
PRINCETON
ROME
SAN FRANCISCO
SANTIAGO
SAO PAULO
SEATTLE
SEOUL
SHANGHAI
SINGAPORE
STOCKHOLM
SYDNEY
TAIPEI
TAMPA
TEL AVIV
TOKYO
TORONTO
VANCOUVER
VIENNA
WARSAW
WASHINGTON DC
WELLINGTON
WILMINGTON
ZURICH

# Bloomberg

These lawsuits were brought on behalf of state Medicaid programs; the states claim that Lilly's marketing practices have cost such programs billions of dollars in unnecessary prescription costs, as well as medical costs for patients harmed by the drug. The plea also didn't cover the class action filed against Lilly on behalf of insurance companies and other third party payers. These plaintiffs allege that Lilly committed fraud by downplaying risks and marketing off-label, thus expanding the market for Zyprexa.

Many of the documents connected to Lilly's marketing practices have been sealed for years. Some of these documents were released in a successful lawsuit brought by Bloomberg against Lilly in Alaska State Court.[2] The vast majority of documents remain shielded from public view, including details on how the company marketed the drug to the elderly, despite knowledge that it didn't work for Alzheimer's or dementia.

In sum, the public has a right to know what Lilly knew, when they knew it, what and why they failed to disclose about side effects, how they expanded the market for a narrowly-approved drug, and what it may have cost public Medicaid programs and health insurers. Bloomberg respectfully requests that this Court grant Plaintiffs' Motion and remove the confidentiality designation from the Materials.

Respectfully submitted,

Charles J. Glasser Jr., Esq.
Global Media Counsel
Bloomberg News
cglasser@bloomberg.net

AMSTERDAM
ATLANTA
BANKOK
BEIJING
BOGOTA
BOMBAY
BONN
BOSTON
BRASILIA
BRISBANE
BRUSSELS
BUDAPEST
BUENOS AIRES
CALGARY
CANBERRA
CARACAS
CHICAGO
CLEVELAND
COPENHAGEN
DALLAS
DENVER
DETROIT
DUBAI
DUBLIN
FRANKFURT
GENEVA
HANOI
HONG KONG
HOUSTON
ISTANBUL
JAKARTA
JERUSALEM
JOHANNESBURG
KUALA LUMPUR
LIMA
LISBON
LONDON
LOS ANGELES
MADRID
MANILA
MELBOURNE
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MOSCOW
MUMBAI
NEW YORK
OSAKA
OTTAWA
PALO ALTO
PARIS
PITTSBURGH
PORTLAND
PRAGUE
PRINCETON
ROME
SAN FRANCISCO
SANTIAGO
SAO PAULO
SEATTLE
SEOUL
SHANGHAI
SINGAPORE
STOCKHOLM
SYDNEY
TAIPEI
TAMPA
TEL AVIV
TOKYO
TORONTO
VANCOUVER
VIENNA
WARSAW
WASHINGTON DC
WELLINGTON
WILMINGTON
ZURICH

---

[2] *State of Alaska v. Eli Lilly and Company*, Docket No. 3AN-06-5630 (Super. Ct., 3rd Dist. June 13, 2008).