| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>----------------------------------------------------------X<br>In re: ZYPREXA PRODUCTS LIABILITY<br>LITIGATION<br>----------------------------------------------------------X | **ORDER**<br><br>MDL No. 1596 | **FILED**<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ MAY 0 4 2009 ★<br>BROOKLYN OFFICE |

|  |  |
|---|---|
| UFCW LOCAL 1776 AND PARTICIPATING EMPLOYERS HEALTH AND WELFARE FUND, ERIC TAYAG, and MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>      -vs.-<br><br>ELI LILLY AND COMPANY,<br><br>      Defendant.<br>----------------------------------------------------------X | 05 CV 2948 (JBW)<br>05 CV 4115 (JBW) |
| LOCAL 28 SHEET METAL WORKERS on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>      -vs.-<br><br>ELI LILLY AND COMPANY,<br><br>      Defendant.<br>----------------------------------------------------------X | 06 CV 0021 (JBW) |
| SERGEANTS BENEVOLENT ASSOCIATION HEALTH AND WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>      -vs.-<br><br>ELI LILLY AND COMPANY,<br><br>      Defendant.<br>----------------------------------------------------------X | 06 CV 6322 (JBW) |

**JACK B. WEINSTEIN, Senior United States District Judge:**



Based on the briefs, public comments, and oral arguments, the court affirms the Special Master's order on unsealing in Case Management Order No. 9. *See* Order for Unsealing, Mar. 23, 2009, No. 04-MD-1596, Docket Entry No. 2097. *Cf.* Fed. R. Civ. P. 72(a) (reviewing court shall only modify or set aside a magistrate judge's order on a nondispositive matter if it is found to be "clearly erroneous" or "contrary to law").

SO ORDERED.

_____
Jack B. Weinstein
Senior United States District Judge

Date: May 1, 2009
Brooklyn, New York