

Page 1

Slip Copy, 2009 WL 1870931 (E.D.N.Y.)
**(Cite as: 2009 WL 1870931 (E.D.N.Y.))**

<span style="color:blue">H</span>Only the Westlaw citation is currently available.

**This decision was reviewed by West editorial staff and not assigned editorial enhancements.**

United States District Court,
E.D. New York.
In re ZYPREXA PRODUCTS LIABILITY LITIGATION.
UFCW Local 1776 and Participating Employers Health and Welfare Fund, Eric Tayag, and Mid-West National Life Insurance Company of Tennessee, on behalf of themselves and others similarly situated, Plaintiffs,
v.
Eli Lilly and Company, Defendant.
Local 28 Sheet Metal Workers on behalf of themselves and others similarly situated, Plaintiffs,
v.
Eli Lilly and Company, Defendant.
Sergeants Benevolent Association Health and Welfare Fund, on behalf of itself and all others similarly situated, Plaintiff,
v.
Eli Lilly and Company, Defendant.
**MDL No. 1596.**
**Nos. 05 CV 2948(JBW), 05 CV 4115(JBW), 06 CV 0021(JBW), 06 CV 6322(JBW).**

June 23, 2009.

### ORDER

[JACK B. WEINSTEIN](), Senior District Judge.

**\*1** All documents, not including the sales call notes of Eli Lilly and Company ("Lilly"), that have been requested by plaintiffs' counsel and to which Lilly did not object to unsealing or that were ordered unsealed in whole or part by Special Master Woodin pursuant to Case Management Order No. 9 are to be made available to all parties and to the public. *See* Order for Unsealing, Mar. 23, 2009, No. 04-MD-1596, Docket Entry ("D.E.") No.2097; Order Affirming CMO No. 9, May 1, 2009, No. 04-MD-1596, D.E. No. 2155. For the convenience of the court and to ensure appropriate access, Lilly is directed to provide a hard copy of all documents or portions of documents that have been unsealed, not including sales call notes, to the clerk of this court.

The approximately 132,000 Lilly sales call notes, with redactions or other modification as ordered by Special Master Woodin, shall be made available to those who seek access to them. Lilly is directed to provide the clerk of this court and plaintiffs' counsel each with a copy of these documents in consolidated electronic form as soon as practicable. Any disputes concerning Lilly's redactions of sales call notes shall be referred to the Special Master.

SO ORDERED.

E.D.N.Y.,2009.
In re Zyprexa Products Liability Litigation
Slip Copy, 2009 WL 1870931 (E.D.N.Y.)

END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.