# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

**Case No.  6:06-md-1769-Orl-22DAB**

**This document relates to:**

**KENYA ADEN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16978-Orl-22DAB**

**AUDREY AKERS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16979-Orl-22DAB**

**LAURIE ATENCIO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16986-Orl-22DAB**

**SOPHIA BACKMAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16987-Orl-22DAB**

**DAVID BELGARD v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16873-Orl-22DAB**

**DONNIE BENNETT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16993-Orl-22DAB**

**IVORY BILLINGSLEY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16995-Orl-22DAB**

**PATRICIA BLEVINS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16998-Orl-22DAB**

**BRENDA BONNETT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16999-Orl-22DAB**

**BRENDA BOWMAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17001-Orl-22DAB**

**BONNIE BOWSER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-27-Orl-22DAB**

**DONALD BROWN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17006-Orl-22DAB**

**WILLIAM BUNDOW v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16879-Orl-22DAB**

**AUSTIN CARMAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16878-Orl-22DAB**

**SHELLEY CHAMPION v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17018-Orl-22DAB**

**CHRISTIE CHERRY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17020-Orl-22DAB**

**REY CONCEPCION v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17026-Orl-22DAB**

**RONALD DAVIS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17030-Orl-22DAB**

**SHARON DONLAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17035-Orl-22DAB**

**ANTHONY DURHAM v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16869-Orl-22DAB**

**JUANITA ELLIS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17041-Orl-22DAB**

**MARY FLUCKER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17047-Orl-22DAB**

**PAULA FOSTER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17050-Orl-22DAB**

**CONNIE GODFREY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-36-Orl-22DAB**

**JABARI GLOVER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17055-Orl-22DAB**

**CANDISE GOWAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17057-Orl-22DAB**

**SANDRA GRANT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17058-Orl-22DAB**

**STEPHANIE HAMPTON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17066-Orl-22DAB**

**VANESSA HARRINGTON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17068-Orl-22DAB**

**LANA HAYES v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17072-Orl-22DAB**

**JOSEPH HENDERSON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17073-Orl-22DAB**

**KAREN HERRO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-13-Orl-22DAB**

**SUSAN HESSON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16881-Orl-22DAB**

**DONALD HOOTS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16884-Orl-22DAB**

**MARIE HUBBARD v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16886-Orl-22DAB**

**KELLY HUDSON v. ASTRAZENECA PHARMACEUTICALS, ET AL.**
**MDL Case No. 6:09-cv-33-Orl-22DAB**

**ANDREA L. JACOBSON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16892-Orl-22DAB**

**HELENE JORDAN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16899-Orl-22DAB**

**ANTONIA JUARBE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16877-Orl-22DAB**

**JASON KERNER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-26-Orl-22DAB**

**RUTH LAIRD v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16905-Orl-22DAB**

**CHRISTOPHER LAVERGNE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**

**MDL Case No. 6:09-cv-16907-Orl-22DAB**

**BENNY LOERA v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16915-Orl-22DAB**

**KENNETH LORENZ v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16916-Orl-22DAB**

**RAFAEL MACIEL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16917-Orl-22DAB**

**VICKI MALESKI v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16921-Orl-22DAB**

**GARY MARCO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16923-Orl-22DAB**

**BELINDA MILLER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16930-Orl-22DAB**

**FRANK MILLER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16931-Orl-22DAB**

**PATRICIA MITCHELL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16934-Orl-22DAB**

**VIANNA MOORE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16936-Orl-22DAB**

**KATHERINE MUKAABYA v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16938-Orl-22DAB**

**MELISSA MYERS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16940-Orl-22DAB**


**EARNIE NEWSOME v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16943-Orl-22DAB**

**KATHI NICHOLS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16944-Orl-22DAB**

**KIRK PACE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-32-Orl-22DAB**

**SUSAN PACE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16953-Orl-22DAB**

**RICHARD PARKER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16864-Orl-22DAB**

**JACKIE PAUL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16956-Orl-22DAB**

**FRANK POTTER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16960-Orl-22DAB**

**DAWNA PUCKETT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16963-Orl-22DAB**

**TODD RAGLAND v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16965-Orl-22DAB**

**TINA RICE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16968-Orl-22DAB**

**KEITH RICH v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16969-Orl-22DAB**

**OCTAYVYA SHANKS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16805-Orl-22DAB**

**JEFFERY SMITH v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16811-Orl-22DAB**

**SHAWN SMITH v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16810-Orl-22DAB**

**WILLIAM SMITH v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16812-Orl-22DAB**

**RODNEY SPINK v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16816-Orl-22DAB**

**LILYETTE STRINGER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16857-Orl-22DAB**

**BOBBY SUTTON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16822-Orl-22DAB**

**SUSAN WESTON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16843-Orl-22DAB**

**NIKKI WHITE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16844-Orl-22DAB**

**JOHNNIE WINFREY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-16851-Orl-22DAB**

## ORDER

Upon review of the above-captioned cases, it is **ORDERED** as follows:

1.      Having failed to file a timely motion to reinstate their cases pursuant to this Court's Order of June 11, 2009 (Doc. 1459), the claims of all Plaintiffs in the above-captioned cases are hereby **DISMISSED WITH PREJUDICE**.

2.      The Clerk is directed to file a copy of this Order in each of the above-captioned cases, and is additionally instructed to **CLOSE** these cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 3, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge