# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation
MDL Docket No. 1769

**This document relates to:**

**ALL CASES IN EXHIBIT A**

---

## ASTRAZENECA'S MOTION AND MEMORANDUM OF LAW
## TO DISMISS CLAIMS OF NON-DIVERSE PLAINTIFFS

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (collectively

"AstraZeneca"), pursuant to Fed. R. Civ. P. 12(b)(1) and (c), hereby move this Court to

dismiss the claims of non-diverse plaintiffs in this MDL for lack of subject-matter

jurisdiction.[1]  In support of its Motion, AstraZeneca states as follows:

1.      Pursuant to 28 U.S.C. § 1332, federal courts have original subject-matter

jurisdiction of civil cases in which (a) the amount in controversy exceeds $75,000.00 and (b)

complete diversity of citizenship exists among the parties.  *See Caterpillar Inc. v. Lewis*, 519

U.S. 61, 67-68 (1996).  Complete diversity exists when the parties "on one side of the

---

[1]      The court dockets indicate that two of the non-diverse plaintiffs have never served
any AstraZeneca entity with summons or complaint; consequently, AstraZeneca has never
answered their complaints, and the pleadings remain open in their cases.  *See* Case Nos. 6:08-
cv-1506; 6:09-cv-370.  As it has been well over 120 days since these plaintiffs filed their
complaints, *see id.*, plaintiffs' claims should also be dismissed for insufficient service.  *See*
Fed. R. Civ. P. 4(m) (stating, "If a defendant is not served within 120 days after the
complaint is filed, the court … must dismiss the action … or order that service be made
within a specified time.").

controversy are citizens of different states from all the parties on the other side." *Northbrook Nat'l Fire Ins. Co. v. Brewer,* 493 U.S. 6, 18 n.5 (1989).

2.       Exhibit A lists 15 plaintiffs who, according to their complaints, are citizens of New Jersey or New York.  *See* Complaints of plaintiffs listed in Exhibit A.

3.       The plaintiffs listed in Exhibit A allege in their complaints that this Court has diversity jurisdiction of their claims pursuant to 28 U.S.C. § 1332.[2]  *See id.*  Plaintiffs allege no other basis of federal jurisdiction.

4.       Each plaintiff listed in Exhibit A has named both AstraZeneca Pharmaceuticals LP and AstraZeneca LP as defendants.  *See id.*  As plaintiffs' complaints acknowledge, both AstraZeneca entities are Delaware limited partnerships.  *Id.*

5.       For purposes of diversity jurisdiction, partnerships assume the citizenship of their general and limited partners.  *See Carden v. Arkoma Assocs.,* 494 U.S. 185, 194-96 (1990); *Buckley v. Control Data Corp.,* 923 F.2d 96, 97 (8th Cir. 1991).

6.       Astra USA, Inc., a limited partner of AstraZeneca Pharmaceuticals LP, is a New York corporation.  *See, e.g.,* Complaint (Doc. No. 3 at ¶ 14) and Answer (Doc. No. 4 at ¶ 14), *Wendy Bloome v. AstraZeneca Pharmaceuticals LP, et al.,* MDL Case No. 6:07-cv-12090; *see also* 28 U.S.C. § 1332(c)(1).  Consequently, AstraZeneca Pharmaceuticals LP is a citizen of New York.

---

[2]       In answering this allegation, AstraZeneca occasionally "admitted" federal subject-matter jurisdiction.  Any such "admission" is irrelevant, however.  According to the Supreme Court, "The presence of [a] nondiverse party automatically destroys original jurisdiction:  No party need assert the defect.  No party can waive the defect or consent to jurisdiction." *Wisconsin Dept. of Corrections v. Schacht,* 524 U.S. 381, 389 (1998).

7.      AstraZeneca Pharmaceuticals LP is a general partner of AstraZeneca LP. *See, e.g., Bloome* Complaint (Doc. No. 3 at ¶ 11) and Answer (Doc. No. 4 at ¶ 11). KBI Sub, Inc., a limited partner of AstraZeneca LP, has its principal place of business in New Jersey. *See, e.g., Bloome* Complaint (Doc. No. 3 at ¶ 12) and Answer (Doc. No. 4 at ¶ 12); *see also* 28 U.S.C. § 1332(c)(1). Thus, AstraZeneca LP is a citizen of both New York and New Jersey.

8.      Contrary to the allegations in plaintiffs' complaints, complete diversity does not exist in the 15 cases listed in Exhibit A because, in each case, both plaintiffs and a named AstraZeneca entity are citizens of either New York or New Jersey. Consequently, this Court lacks subject-matter jurisdiction of plaintiffs' claims, and plaintiffs' claims therefore must be dismissed.

WHEREFORE, AstraZeneca respectfully requests that the Court dismiss the claims of the 15 plaintiffs listed in Exhibit A pursuant to Fed. R. Civ. P. 12(b)(1) and (c) for lack of federal subject-matter jurisdiction.

Dated: September 8, 2009

/s/ *Shane T. Prince*
Fred T. Magaziner
Shane T. Prince
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Attorneys for Defendants*
*AstraZeneca Pharmaceuticals LP*
*and AstraZeneca LP*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on September 8, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served.  I further certify that, by using the CM/ECF, the foregoing has been served on plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

<u>/s/ *Shane T. Prince*</u>

## SERVICE LIST

### In re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Camp Bailey<br>Michael W. Perrin<br>Fletcher Trammell<br>Laurence Tien<br>Robert W. Cowan<br>F. Kenneth Bailey, Jr.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>(713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>ltien@bpblaw.com<br>rcowan@bpblaw.com<br>kbailey@bpblaw.com<br>***Plaintiffs' Lead Counsel*** | Paul J. Pennock<br>Michael E. Pederson<br>Ellen Relkin<br>Weitz & Luxenberg, P.C.<br>700 Broadway<br>New York, NY 10003<br>(212) 558-5500<br>ppennock@weitzlux.com<br>mpederson@weitzlux.com<br>erelkin@weitzlux.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>(407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>(713) 751-0025<br>tfibich@fhl-law.com |
| Robert L. Ciotti<br>Chris S. Coutroulis<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>(813) 223-7000<br>rciotti@carltonfields.com<br>ccoutroulis@carltonfields.com | E. Ashley Cranford<br>Michael M. Breit<br>Whatley Drake & Kallas, LLC<br>2001 Park Place N – Ste 1000<br>PO Box 10647<br>Birmingham, AL 35203<br>(205) 328-9576<br>mbreit@whatleydrake.com<br>ecf@whatleydrake.com |
| Keith M. Jensen<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>(817) 334-0762<br>kj@kjensenlaw.com | Scott Allen<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019<br>(713) 650-6600<br>sallen@crusescott.com |

13587134.1.LITIGATION

| | |
|---|---|
| Matthew E. Lundy<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>(281) 272-0797<br>mlundy@lundydavis.com | Robert L. Salim<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>(318) 352-5999<br>robertsalim@cp-tel.net |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>(816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>(281) 335-7744<br>bschwartz@galyen.com |
| John Driscoll<br>Seth S. Webb<br>Brown & Crouppen, PC<br>Suite 1800<br>720 Olive St.<br>St. Louis, MO 63101<br>(314) 421-0216<br>jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com<br>swebb@brownandcrouppen.com | Mark P. Robinson, Jr.<br>Ted B. Wacker<br>Karen Barth Menzies<br>Carlos A. Prietto, III<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>(949) 720-1288<br>mrobinson@rcrlaw.net<br>twacker@rcrlaw.net<br>kbmenzies@rcrlaw.net |
| Elizabeth Raines<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>(816) 471-2121<br>raines@bscr-law.com | Todd S. Hageman<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>(314) 241-2929<br>thageman@spstl-law.com |

13587134.1.LITIGATION

| | |
|---|---|
| Thomas F. Campion<br>Steven M. Selna<br>Heidi Elizabeth Hilgendorff<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047<br>(973) 360-1100<br>thomas.campion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen***<br>***Pharmaceutical Products and Johnson &***<br>***Johnson Co.*** | Bryan Frederick Aylstock<br>Debra Renee Sherrer Baggett<br>Daniel J. Thornburgh<br>Justin Witkin<br>Aylstock, Witkin & Sasser, PLC<br>803 N Palafox St<br>Pensacola, FL 32503<br>(850) 916-7450<br>baylstck@awkolaw.com<br>jwitkin@awkolaw.com<br>ablankenship@aws-law.com<br>noverholtz@aws-law.com<br>rbaggett@awkolaw.com |
| Kenneth W. Bean<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>(314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | Timothy Reese Balducci<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>(662) 728-3138<br>tbalducci@langstonlaw.com |
| Aaron K. Dickey<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>(618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>(215) 981-4000<br>hamiltonm@pepperlaw.com |
| Gregory P. Forney<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>(816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** | David P. Matthews<br>Lizy Santiago<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>(713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>(281) 335-7744 | Jona R. Hefner<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>(405) 286-3000<br>attorneyokc@hotmail.com |

13587134.1.LITIGATION

| | |
|---|---|
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>(713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Margaret S. Osborne<br>Brennan J. Torregrossa<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>elizabeth.balakhani@dechert.com<br>margaret.osborne@dechert.com<br>brennen.torregrosssa@dechert.com | Lawrence J. Gornick<br>William A. Levin<br>Dennis J. Canty<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>(415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>(713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

13587134.1.LITIGATION

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |
| John C. Evans<br>Specter Specter Evans & Manogue, P.C.<br>26th Floor, Koppers Building<br>Pittsburg, PA 15219<br>(412) 642-2300<br>jce@ssem.com | Rhett A. McSweeney<br>McSweeney & Fay<br>2116 Second Avenue South<br>Minneapolis, MN 55404<br>(612) 333-6900 |
| Michael Davis<br>James Mizgala<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com | Philip Bohrer<br>Scott E. Brady<br>Bohrer Law Firm, L.L.C<br>8712 Jefferson Hwy, Suite B<br>Baton Rogue, LA 70809<br>(225) 925-5297<br>phil@bohrerlaw.com<br>scott@bohrerlaw.com |
| Christopher Thomas Kirchmer<br>Provost Umphrey, LLP<br>490 Park St<br>PO Box 4905<br>Beaumont, TX 77704<br>(409) 835-6000<br>ckrichmer@provostumphrey.com | Ed Blizzard<br>Holly M. Wheeler<br>J. Scott Nabers<br>Blizzard McCarthy & Nabers, LLP<br>440 Louisiana St., Suite 1710<br>Houston, TX 77002-1689<br>eblizzardlaw.com |

13587134.1.LITIGATION

| | |
|---|---|
| Brian J. McCormick<br>Sheller, PC<br>1528 Walnut Street, 3rd Floor<br>Philadelphia, PA 19102<br>(215) 790-7325<br>bjmccormick@sheller.com | Brian S. Kaplan<br>Kasowitz, Benson, Torres & Friedman<br>1633 Broadway<br>New York, NY 10019-6022<br>(212) 506-1700<br>bkaplan@kasowitz.com |
| Matthew F. Pawa<br>Benjamin A. Krass<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>(617) 641-9550<br>mp@pawalaw.com<br>bkrass@pawalaw.com | David L. Friend<br>Hissey Kientz, LLP<br>Arboretum Plaza One<br>9442 Capital of Texas Highway N.,<br>Suite 400<br>Austin, TX 78759<br>(512) 320-9100<br>dfriend@hkllp.com |
| James T. Capretz<br>Don K. Ledgard<br>Capretz & Associates<br>Suite 2500<br>5000 Birch St<br>Newport Beach, CA 92660<br>DLedgard@capretz.com | Edward T. Krumeich<br>Ivey, Barnum & O'Mara, LLC<br>170 Mason St<br>PO Box 1689<br>Greenwich, CT 06830<br>(203) 661-6000<br>ekrumeich@ibolaw.com |
| Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett St.<br>Houston, TX 77098<br>(713) 222-8080<br>shawnaf@gld-law.com | J.H. Trey Allen<br>Allen Law Firm<br>4514 Cole Avenue, Suite 705<br>Dallas, TX 75205<br>(214) 521-2300<br>trey@allenfirm.net |
| Jamie R. Kendall<br>William N. Riley<br>Price, Waicukauski, Riley & DeBrota, LLC<br>301 Massachusetts Ave<br>Indianapolis, IN 46204<br>jkendall@price-law.com<br>wriley@price-law.com | Joshua Aaron Machlus<br>Rumberger, Kirk & Caldwell, PA<br>300 S Orange Ave – Suite 1400<br>PO Box 1873<br>Orlando, FL 32802-1873<br>(407) 872-7300<br>jmachlus@rumberger.com |
| Kurt S. Kusiak<br>Robert Mendillo<br>Sally & Fitch, LLP<br>One Beacon St., 16th Floor<br>Boston, MA 02108<br>(617) 542-5542<br>ksk@sally-fitch.com<br>rmm@sally-fitch.com | W. Lewis Garrison, Jr.<br>William Louis Bross<br>Heninger Garrison Davis, LLC<br>2224 First Ave N<br>PO Box 11310<br>Birmingham, AL 35202<br>wlgarrison@hgdlawfirm.com<br>wlbross@hgdlawfirm.com |

13587134.1.LITIGATION

| | |
|---|---|
| Mark. A. Koehn<br>Mark Allen Koehn, PC<br>429 Kansas City St – Ste 14<br>PO Box 9655<br>Rapid City, SD 57709-9655<br>(605) 394-5941<br>Whrfrat42@yahoo.com | L. Leonard Lundy<br>Lundy Law<br>19th Floor<br>1635 Market St.<br>Philadelphia, PA 19103<br>(215) 567-3000<br>llundy@lundylaw.com |
| Orran L. Brown<br>BrownGreer, PLC<br>Suite 400<br>115 S 15th St<br>Richmond, VA 23219-4209<br>(804) 521-7201<br>obrown@browngreer.com | Rachel G. Balaban<br>Sonnenschein, Nath & Rosenthal, LLP<br>24th Floor<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>(212) 768-6700<br>rbalaban@sonnenschein.com |
| Scott Elder<br>Alston & Bird, LLP<br>1201 W Peachtree St<br>Atlanta, GA 30309-3424<br>(404) 881-7000<br>scott.elder@alston.com | Sean K. McElligott<br>Koskoff, Koskoff & Bieder, PC<br>350 Fairfield Ave<br>Bridgeport, CT 066604<br>(203) 336-4421<br>smcelligott@koskoff.com |
| Spencer P. Browne<br>Heygood, Orr, Reyes, Pearson & Bartolomei<br>2331 W. Northwest Hwy., 2nd Floor<br>Dallas, TX 75220<br>(214) 526-7900<br>spencer@reyeslaw.com | Stephen A. Saltzburg<br>George Washington University Law School<br>2000 H Street NW<br>Washington, DC 20052<br>(202) 994-7089<br>ssaltz@law.gwu.edu |
| Windle Turley<br>T Nguyen<br>Turley Law Firm<br>1000 Turley Law Center<br>6440 N. Center Expwy.<br>Dallas, TX 75206<br>(214) 691-4025<br>win@wturley.com<br>tn@wturley.com | Eli Lilly & Company<br>Francis Edmund Pierce, III<br>Cooney, Mattson, Lance, Blackburn,<br>Richards & O'Connor<br>111 N Orange Ave – Ste 850<br>PO Box 4850<br>Orlando, FL 32802-4580<br>(407) 843-2100<br>fpierce@cmlbro.com |
| Tobias L. Millrood<br>Pogust, Braslow & Millrood, LLC<br>161 Washington St., Suite 1520<br>Conshohocken, PA 19428<br>(610) 641-4204<br>tmillrood@pbmattorneys.com | Tim K. Goss<br>Freese & Goss, PLLC<br>1031 Allen St., Suite 100<br>Dallas, TX 75204<br>(214) 550-5226<br>goss39587@aol.com |

13587134.1.LITIGATION

| | |
|---|---|
| Thomas R. Julin<br>Hunton & Williams, LLP<br>Suite 2500<br>1111 Bricknell Ave.<br>Miami, FL 33131-1802<br>(305) 810-2500<br>tjulin@hunton.com | Tor A. Hoerman<br>SimmonsCooper, LLC<br>707 E. Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024<br>(618) 259-2222<br>thoerman@simmonscooper.com |
| William G. Rosch, III<br>Edward Repp<br>Rosch & Ross<br>4605 Post Oak Place Dr., Suite 224<br>Houston, TX 77027<br>(713) 222-9595<br>rosch@rosch-ross.com | W. Todd Harvey<br>Burke Harvey & Frankowski LLC<br>One Highland Place<br>2151 Highland Avenue, Suite 120<br>Birmingham, AL 35205<br>(205) 930-9091<br>tharvey@bhflegal.com |
| Russell O. Stewart<br>Nadia G. Malik<br>Faegre & Benson, LLP<br>Suite 3200<br>1700 Lincoln St<br>Denver, CO 80203-4532<br>(303) 607-3702<br>nmalik@faegre.com<br>mbeliveau@faegre.com<br>rstewart@faegre.com<br>lmcwhirt@faegre.com | Brett Austin Hiser<br>Patrick J. Mulligan<br>Eric Roberson<br>Reid Stewart<br>The Mulligan Law Firm<br>4514 Cole Avenue, Suite 300<br>Dallas, TX 75205-5412<br>(214) 219-9779<br>bhiser@mulliganlaw.com<br>pmulligan@mulliganlaw.com |
| Kenneth W. Smith<br>Sheller, PC<br>225 Reinekers Lane, Suite 690<br>Alexandria, VA 22314<br>(703) 778-5978<br>ksmith@sheller.com | Craig Ball<br>Craig D. Ball, PC<br>1101 Ridgecrest Drive<br>Austin, TX 78746<br>(512) 514-0182<br>craig@ball.net |
| Joe R. Whatley, Jr.<br>Whatley, Drake & Kallas, LLC<br>37th Floor<br>1540 Broadway<br>New York, NY 10036<br>(212) 447-7070<br>jwhatley@whatleydrake.com | Jason A. Perkins<br>Carlton Fields, PA<br>450 S. Orange Ave, Suite 500<br>P.O. Box 1171<br>Orlando, FL 32802-1171<br>(407) 849-0300<br>jperkins@carltonfields.com |

13587134.1.LITIGATION