**Exhibit A**

**MDL Cases Lacking Diversity Jurisdiction**

| | Plaintiff Name | Case No. | Plaintiffs' Citizenship | AstraZeneca Defendants | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 1 | Bloome, Wendy (o.b.o. Baylee Lafferty) | 6:07-cv-12090 | New Jersey | AZ Pharms. LP; **AZ LP;** AZ AB; AZ PLC; Astra USA; **KBI** | Bailey Perrin & Bailey |
| 2 | Bohorquez, Angelica M. | 6:07-cv-16746 | New York | **AZ Pharms. LP; AZ LP** | Law Offices of Howard L. Nations |
| 3 | Colombus, Fran | 6:08-cv-00637 | New York | **AZ Pharms. LP; AZ LP** | Miller Firm |
| 4 | Coppola, Jim J. | 6:06-cv-01299 | New Jersey | AZ Pharms. LP; **AZ LP** | Levin Simes Kaiser & Gornick |
| 5 | Cornacchia, Vincent | 6:08-cv-00812 | New York | **AZ Pharms. LP; AZ LP** | Miller Firm |
| 6 | Cosby, Mary | 6:07-cv-16762 | New York | **AZ Pharms. LP; AZ LP** | Law Offices of Howard L. Nations |
| 7 | Fromosky, Jr., Thomas S. | 6:06-cv-01302 | New Jersey | AZ Pharms. LP; **AZ LP** | Levin Simes Kaiser & Gornick |
| 8 | Henderson, Christopher L. | 6:09-cv-00370 | New Jersey | AZ Pharms. LP; **AZ LP**; AZ AB; AZ PLC; AZ UK Ltd. | Hissey Kientz |
| 9 | Kaufman, Raymond | 6:07-cv-00398 | New York | **AZ Pharms. LP; AZ LP;** Zeneca | Pearson Randall & Schumacher; Whatley Drake & Kallas; Burke Harvey & Frankowski |
| 10 | Lumadue, David Allen | 6:07-cv-00393 | New York | **AZ Pharms. LP; AZ LP;** Zeneca | Pearson Randall & Schumacher; Whatley Drake & Kallas; Burke Harvey & Frankowski |
| 11 | Maxwell, Marva | 6:06-cv-01333 | New Jersey | AZ Pharms. LP; **AZ LP** | Levin Simes Kaiser & Gornick |
| 12 | Mylott, Helen | 6:07-cv-00385 | New York | **AZ Pharms. LP; AZ LP;** Zeneca | Pearson Randall & Schumacher; Whatley Drake & Kallas; Burke Harvey & Frankowski |
| 13 | Polis, Scott | 6:06-cv-01286 | New Jersey | AZ Pharms. LP; **AZ LP** | Levin Simes Kaiser & Gornick |
| 14 | Wolfe, George | 6:08-cv-00624 | New York | **AZ Pharms. LP; AZ LP;** AZ AB; AZ PLC; AZ UK Ltd.; Zeneca | Blizzard McCarthy & Nabers |
| 15 | Zullo, Mark | 6:08-cv-01506 | New York | **AZ Pharms. LP; AZ LP** | Miller Firm |

NOTE - The AstraZeneca Defendants are:  AstraZeneca Pharmaceuticals LP ("AZ Pharms. LP"); AstraZeneca LP ("AZ LP"); AstraZeneca AB ("AZ AB"); AstraZeneca PLC ("AZ PLC"); AstraZeneca UK Limited ("AZ UK Ltd."); Zeneca, Inc. ("Zeneca"); Astra USA, Inc. ("Astra USA"); and KBI Sub, Inc. ("KBI").  Non-diverse defendants in each case are bolded.