**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

                                                      **Case No. 6:06-md-1769-Orl-22DAB**

_____

**ORDER**

This order relates to the deposition testimony of the generic fact witnesses designated by the parties on June 1, 2009 (Doc. 1439). The Court has encountered great difficulty in ruling on the parties' objections due to the discrepancies between the exhibit numbers used at the depositions and the exhibit numbers used in the parties' master exhibit lists.[1] Furthermore, the Court is concerned that jurors listening to taped deposition testimony at trial will be unable to identify the trial exhibit number that corresponds to the exhibit number designated at the deposition without assistance from counsel. Therefore, to assist the Court and future jurors in evaluating the testimony of generic fact witnesses who will testify by deposition at trial, it is **ORDERED** as follows:

On or before **September 30, 2009**[2] the parties shall:

1.      Electronically submit a *joint* trial exhibit list. This list shall be in the same format as that used for the exhibit lists submitted in conjunction with the pretrial statement in *Guinn v. AstraZeneca Pharmaceuticals LP, et al.*, No. 6:07-cv-10291-Orl-22DAB, with the following

---

[1] The "master exhibit lists" are the exhibit lists the parties submitted in conjunction with the joint pretrial statement in *Guinn v. AstraZeneca Pharmaceuticals LP, et al.*, No. 6:07-cv-10291-Orl-22DAB.

[2] This date was chosen to allow the Court to prepare for John Patterson's testimony prior to his scheduled appearance on October 5, 2009.

modifications: (1) any exhibits both parties intend to use at trial shall be designated with a preceding "J-," e.g., J-100; (2) all other exhibits shall be designated with a preceding "P-" or "D-," as appropriate; and (3) a column for corresponding deposition exhibit numbers shall be added and all such numbers shall be identified (e.g., "Beamish 49" or "Patterson 12").

  2. Electronically submit a separate joint deposition exhibit list for the Court's use in ruling on the parties' objections. The list shall contain the following information for each generic fact witness whose deposition was submitted to the Court for admissibility rulings: (1) deposition exhibit number; (2) corresponding joint trial exhibit number; (3) objections to the exhibit, if any; and (4) a description of the exhibit. The parties need only identify this information for exhibits discussed within the designated or counter-designated portions of the depositions.

  3. Finally, the parties shall submit a joint proposal detailing the procedure by which the parties intend to inform jurors of any discrepancies between the joint trial exhibit numbers and the exhibit numbers used during the depositions.

  **DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 8, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge