# EXHIBIT B

| A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | E ADDRESS_LINE_2 | G CITY | H STATE | I ZIP | J REP_NAME | K DUE_SUMMARY_DELIVER_DATE | L CALL_TYPE | M CALL_NOTES | N PRODUCT | O MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 01/09/2004 10:33 | Gatekeeper | not in today; gave calendar to nurses | | |
| | | | **[REDACTED - 14]** | | | | | Golden, Anna | 02/25/2004 14:31 | Gatekeeper | dr not in | | |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 03/16/2004 13:05 | Stand-Up Call | very good discussion on new bipolar data and the faster titration schedule; she pulled over 2 other res drs. and showed on how they could go much faster than they have been; asked for me to do an inservice; scheduled one for Wed April 14th at 12pm | Seroquel | Average Dose in Responders: 600 mg |
| | | | **[REDACTED - 14]** | | | | | Golden, Anna | 03/23/2004 14:00 | Stand-Up Call | caught dr as she was leaving, sero reminder wel laccepted. not much time given. | Seroquel | Well Accepted! - Seroquel Efficacy |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 03/30/2004 10:50 | Stand-Up Call | used lighted pen to reinforce 600mg target dosing; YMRS data; new dosing strategy; will use higher doses | Seroquel | Average Dose in Responders: 600 mg |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 03/30/2004 10:50 | Stand-Up Call | used lighted pen to reinforce 600mg target dosing; YMRS data; new dosing strategy; will use higher doses | Seroquel | Works - Broad Range of Mood Symptoms |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 04/14/2004 00:00 | Lunch and Learn | inservice on bipolar indication | Seroquel | Average Dose in Responders: 600 mg |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 04/14/2004 00:00 | Lunch and Learn | inservice on bipolar indication | Seroquel | Works - Broad Range of Mood Symptoms |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 04/14/2004 15:58 | Lunch and Learn | inservice for bipolar indication for Dr.s and residents; discussed dosing and titration sched; YMRS scale | Seroquel | Average Dose in Responders: 600 mg |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 04/14/2004 15:58 | Lunch and Learn | inservice for bipolar indication for Dr.s and residents; discussed dosing and titration sched; YMRS scale | Seroquel | Works Early - Mono and Adjunct Therapy |
| | | | **[REDACTED - 14]** | | | | | Golden, Anna | 04/20/2004 11:13 | Stand-Up Call | dr still hasnt tried higher doses yet, sero efficacy at higher doses, wt neutral. trusted tolerability. | Seroquel | Average Dose in Responders: 600 mg |
| | | | **[REDACTED - 14]** | | | | | Golden, Anna | 04/20/2004 11:13 | Stand-Up Call | dr still hasnt tried higher doses yet, sero efficacy at higher doses, wt neutral. trusted tolerability. | Seroquel | Well Accepted! - Dosing/Administration |
| | | | **[REDACTED - 14]** | | | | | Golden, Anna | 04/20/2004 11:13 | Stand-Up Call | dr still hasnt tried higher doses yet, sero efficacy at higher doses, wt neutral. trusted tolerability. | Seroquel | Well Accepted! - Favorable Wt. Profile |
| | | | **[REDACTED - 14]** | | | | | Golden, Anna | 04/20/2004 11:13 | Stand-Up Call | dr still hasnt tried higher doses yet, sero efficacy at higher doses, wt neutral. trusted tolerability. | Seroquel | Well Accepted! - Seroquel Efficacy |
| | | | **[REDACTED - 14]** | | | | | Golden, Anna | 04/20/2004 11:13 | Stand-Up Call | dr still hasnt tried higher doses yet, sero efficacy at higher doses, wt neutral. trusted tolerability. | Seroquel | Works - Broad Range of Mood Symptoms |
| | | | **[REDACTED - 14]** | | | | | Golden, Anna | 05/17/2004 11:08 | Stand-Up Call | dr stated has been using lots of sero.  signed for more 25mg. gave invite for newsletter online.  target dose 600mg. | Seroquel | Well Accepted! - Dosing/Administration |
| | | | **[REDACTED - 14]** | | | | | Golden, Anna | 05/17/2004 11:08 | Stand-Up Call | dr stated has been using lots of sero.  signed for more 25mg. gave invite for newsletter online.  target dose 600mg. | Seroquel | Well Accepted! - Seroquel Efficacy |
| | | | **[REDACTED - 14]** | | | | | Golden, Anna | 06/14/2004 11:02 | Stand-Up Call | gave sachs study, review of sero arm better response and remission rate compared to lith/dep alone. | Seroquel | Well Accepted! - Seroquel Efficacy |
| | | | **[REDACTED - 14]** | | | | | Golden, Anna | 06/14/2004 11:02 | Stand-Up Call | gave sachs study, review of sero arm better response and remission rate compared to lith/dep alone. | Seroquel | Works Early - Mono and Adjunct Therapy |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 06/22/2004 14:13 | Sit down Call | good discussion with her on dosing for bipolar; reviewed study (adj); likes the very low side effects associated | Seroquel | Well Accepted! - Dosing/Administration |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 06/22/2004 14:13 | Sit down Call | good discussion with her on dosing for bipolar; reviewed study (adj); likes the very low side effects associated | Seroquel | Well Accepted! - Seroquel Efficacy |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 06/22/2004 14:13 | Sit down Call | good discussion with her on dosing for bipolar; reviewed study (adj); likes the very low side effects associated | Seroquel | Well Accepted! - Trusted Tolerability |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 07/06/2004 12:01 | Stand-Up Call | said pt just left on seroq and doing very well; gave nql bipolar items; she felt excellent for pts; reviewed dosing and titration schedule | Seroquel | Well Accepted! - Dosing/Administration |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 07/06/2004 12:01 | Stand-Up Call | said pt just left on seroq and doing very well; gave nql bipolar items; she felt excellent for pts; reviewed dosing and titration schedule | Seroquel | Works Early - Mono and Adjunct Therapy |
| | | | **[REDACTED - 14]** | | | | | Golden, Anna | 07/12/2004 15:01 | Stand-Up Call | no samples needed, review target dose for mania 600mg. dr stated pts do very well on sero. | Seroquel | Average Dose in Responders: 600 mg |
| | | | **[REDACTED - 14]** | | | | | Golden, Anna | 07/12/2004 15:01 | Stand-Up Call | no samples needed, review target dose for mania 600mg. dr stated pts do very well on sero. | Seroquel | Well Accepted! - Seroquel Efficacy |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 08/03/2004 10:56 | Stand-Up Call | bipolar 12 week data; dosing key | Seroquel | Well Accepted! - Seroquel Efficacy |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 08/03/2004 10:56 | Stand-Up Call | bipolar 12 week data; dosing key | Seroquel | Works Early - Mono and Adjunct Therapy |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 08/31/2004 11:46 | Stand-Up Call | pharmocology of seroq vs other atyp; broad control of various sympt; she also likes it for chronic headaches and 'sleep' | Seroquel | Well Accepted! - Dosing/Administration |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 08/31/2004 11:46 | Stand-Up Call | pharmocology of seroq vs other atyp; broad control of various sympt; she also likes it for chronic headaches and 'sleep' | Seroquel | Well Accepted! - Favorable Wt. Profile |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 08/31/2004 11:46 | Stand-Up Call | pharmocology of seroq vs other atyp; broad control of various sympt; she also likes it for chronic headaches and 'sleep' | Seroquel | Well Accepted! - Seroquel Efficacy |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 08/31/2004 11:46 | Stand-Up Call | pharmocology of seroq vs other atyp; broad control of various sympt; she also likes it for chronic headaches and 'sleep' | Seroquel | Well Accepted! - Trusted Tolerability |
| | | | **[REDACTED - 14]** | | | | | Smith, Christopher T | 08/31/2004 11:46 | Stand-Up Call | pharmocology of seroq vs other atyp; broad control of various sympt; she also likes it for chronic headaches and 'sleep' | Seroquel | Works - Broad Range of Mood Symptoms |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 35 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 08/31/2004 11:46 | Stand-Up Call | pharmocology of seroq vs other atyp; broad control of various sympt; she also likes it for chronic headaches and 'sleep' | Seroquel | Works Early - Mono and Adjunct Therapy |
| 36 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 09/28/2004 11:31 | Gatekeeper | not in; out of the country all week | | |
| 37 | | | | [REDACTED - 14] | | | | | Golden, Anna | 10/05/2004 13:49 | Gatekeeper | not in. | | |
| 38 | | | | [REDACTED - 14] | | | | | Golden, Anna | 10/18/2004 11:17 | Stand-Up Call | I: bipolar SN: brought in stress relievers they requested. review of target dose 600mg for mania. no samples needed. | Seroquel | Target Dose: 600mg |
| 39 | | | | [REDACTED - 14] | | | | | Golden, Anna | 10/18/2004 11:17 | Stand-Up Call | I: bipolar SN: brought in stress relievers they requested. review of target dose 600mg for mania. no samples needed. | Seroquel | Works Across a Broad Range of Symptoms |
| 40 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 11/08/2004 13:32 | Stand-Up Call | I: bipolar  SN: continues to be very happy with results of seroq in bipolar and broad symptom control | Seroquel | Continues to Work |
| 41 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 11/08/2004 13:32 | Stand-Up Call | I: bipolar  SN: continues to be very happy with results of seroq in bipolar and broad symptom control | Seroquel | Now I can |
| 42 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 11/08/2004 13:32 | Stand-Up Call | I: bipolar  SN: continues to be very happy with results of seroq in bipolar and broad symptom control | Seroquel | Trusted Tolerability |
| 43 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 11/08/2004 13:32 | Stand-Up Call | I: bipolar  SN: continues to be very happy with results of seroq in bipolar and broad symptom control | Seroquel | Works Across a Broad Range of Symptoms |
| 44 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 11/08/2004 13:32 | Stand-Up Call | I: bipolar  SN: continues to be very happy with results of seroq in bipolar and broad symptom control | Seroquel | Works Early |
| 45 | | | | [REDACTED - 14] | | | | | Golden, Anna | 11/30/2004 11:55 | Stand-Up Call | I:bipolar SN: review of starter paks, easy to get pts to 600mg. dr stated does not see too many bipolar, uses the lower doses. aksed her to use starter paks of have bipolar pts. | Seroquel | Target Dose: 600mg |
| 46 | | | | [REDACTED - 14] | | | | | Golden, Anna | 11/30/2004 11:55 | Stand-Up Call | I:bipolar SN: review of starter paks, easy to get pts to 600mg. dr stated does not see too many bipolar, uses the lower doses. aksed her to use starter paks of have bipolar pts. | Seroquel | Trusted Tolerability |
| 47 | | | | [REDACTED - 14] | | | | | Golden, Anna | 11/30/2004 11:55 | Stand-Up Call | I:bipolar SN: review of starter paks, easy to get pts to 600mg. dr stated does not see too many bipolar, uses the lower doses. aksed her to use starter paks of have bipolar pts. | Seroquel | Works Across a Broad Range of Symptoms |
| 48 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 12/08/2004 11:34 | Stand-Up Call | I:bipolar  SN: cont to have great success with seroq; reviewed indications and dosing | Seroquel | Trusted Tolerability |
| 49 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 12/08/2004 11:34 | Stand-Up Call | I:bipolar  SN: cont to have great success with seroq; reviewed indications and dosing | Seroquel | Works Across a Broad Range of Symptoms |
| 50 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 12/08/2004 11:34 | Stand-Up Call | I:bipolar  SN: cont to have great success with seroq; reviewed indications and dosing | Seroquel | Works Early |
| 51 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 01/04/2005 09:58 | Stand-Up Call | I: bipolar  SN:  spoke with her and **[REDACTED - 14.1]** about dosing to target of 600mg in first week for control of bipolar mania; they said they use Geodon in acute mania in hospital because IM formulation | Seroquel | Target Dose: 600mg |
| 52 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 01/04/2005 09:58 | Stand-Up Call | I: bipolar  SN:  spoke with her and **[REDACTED - 14.1]** about dosing to target of 600mg in first week for control of bipolar mania; they said they use Geodon in acute mania in hospital because IM formulation | Seroquel | Trusted Tolerability |
| 53 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 01/04/2005 09:58 | Stand-Up Call | I: bipolar  SN:  spoke with her and **[REDACTED - 14.1]** about dosing to target of 600mg in first week for control of bipolar mania; they said they use Geodon in acute mania in hospital because IM formulation | Seroquel | Works Early |
| 54 | | | | [REDACTED - 14] | | | | | Golden, Anna | 01/25/2005 11:25 | Stand-Up Call | I:bipolar SN: dr stated she does not need to use higher than 200mg for her pt types.  review target dose 600mg for bipolar mania.  discussed no dose related s.e. tried to hit me up to sponsor a luncheon at **[REDACTED - 14]**, will forward message to cathy or cinfy. | Seroquel | Target Dose: 600mg |
| 55 | | | | [REDACTED - 14] | | | | | Golden, Anna | 01/25/2005 11:25 | Stand-Up Call | I:bipolar SN: dr stated she does not need to use higher than 200mg for her pt types.  review target dose 600mg for bipolar mania.  discussed no dose related s.e. tried to hit me up to sponsor a luncheon at **[REDACTED - 14]**, will forward message to cathy or cinfy. | Seroquel | Trusted Tolerability |
| 56 | | | | [REDACTED - 14] | | | | | Golden, Anna | 01/25/2005 11:25 | Stand-Up Call | I:bipolar SN: dr stated she does not need to use higher than 200mg for her pt types.  review target dose 600mg for bipolar mania.  discussed no dose related s.e. tried to hit me up to sponsor a luncheon at **[REDACTED - 14]**, will forward message to cathy or cinfy. | Seroquel | Works Across a Broad Range of Symptoms |
| 57 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 02/15/2005 12:58 | Stand-Up Call | I:  bpm  SN:wide range of sympt control related to bpm; flexable dosing | Seroquel | Target Dose: 600mg |
| 58 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 02/15/2005 12:58 | Stand-Up Call | I:  bpm  SN:wide range of sympt control related to bpm; flexable dosing | Seroquel | Trusted Tolerability |
| 59 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 02/15/2005 12:58 | Stand-Up Call | I:  bpm  SN:wide range of sympt control related to bpm; flexable dosing | Seroquel | Works Across a Broad Range of Symptoms |
| 60 | | | | [REDACTED - 14] | | | | | Golden, Anna | 03/07/2005 10:49 | Stand-Up Call | I:bipolar SN: review of ymrs data at day 21 ans 84.  also gave mood disorder quest. | Seroquel | Continues to Work |
| 61 | | | | [REDACTED - 14] | | | | | Golden, Anna | 03/07/2005 10:49 | Stand-Up Call | I:bipolar SN: review of ymrs data at day 21 ans 84.  also gave mood disorder quest. | Seroquel | Target Dose: 600mg |
| 62 | | | | [REDACTED - 14] | | | | | Golden, Anna | 03/07/2005 10:49 | Stand-Up Call | I:bipolar SN: review of ymrs data at day 21 ans 84.  also gave mood disorder quest. | Seroquel | Works Across a Broad Range of Symptoms |
| 63 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 04/11/2005 11:13 | Gatekeeper | out of town this week; nurse requested pt ed on depression; will order NQL | | |
| 64 | | | | [REDACTED - 14] | | | | | Davis, DianeC | 04/27/2005 00:00 | Stand-Up Call | Introduced self,indication and pats at risk, **[REDACTED]** ,ALSO WANTS Seroq rep to come by | [REDACTED] | [REDACTED] |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 65 | | | | [REDACTED - 14] | | | | | Golden, Anna | 05/02/2005 11:07 | Stand-Up Call | I:bipolar and migraine. SN: review target dose 600mg, 5 mg samples only available for **[REDACTED]**, but okay on samples. dr wants to find out if luis silva still product manager for **[REDACTED]**.  interested in getting funding for migraine conf in nov. | Seroquel | Target Dose:  600mg |
| 66 | | | | [REDACTED - 14] | | | | | Golden, Anna | 05/02/2005 11:07 | Stand-Up Call | I:bipolar and migraine. SN: review target dose 600mg, 5 mg samples only available for **[REDACTED]**, but okay on samples. dr wants to find out if luis silva still product manager for **[REDACTED]**.  interested in getting funding for migraine conf in nov. | Seroquel | Trusted Tolerability |
| 67 | | | | [REDACTED - 14] | | | | | Golden, Anna | 05/02/2005 11:07 | Stand-Up Call | I:bipolar and migraine. SN: review target dose 600mg, 5 mg samples only available for **[REDACTED]**, but okay on samples. dr wants to find out if luis silva still product manager for **[REDACTED]**.  interested in getting funding for migraine conf in nov. | Seroquel | Works Across a Broad Range of Symptoms |
| 68 | | | | [REDACTED - 14] | | | | | Smith, Christopher  T | 05/10/2005 11:10 | Stand-Up Call | I: bpm  SN:  efficacy and tolerability message; dosing | Seroquel | Target Dose:  600mg |
| 69 | | | | [REDACTED - 14] | | | | | Smith, Christopher  T | 05/10/2005 11:10 | Stand-Up Call | I: bpm  SN:  efficacy and tolerability message; dosing | Seroquel | Trusted Tolerability |
| 70 | | | | [REDACTED - 14] | | | | | Smith, Christopher  T | 05/10/2005 11:10 | Stand-Up Call | I: bpm  SN:  efficacy and tolerability message; dosing | Seroquel | Works Across a Broad Range of Symptoms |
| 71 | | | | [REDACTED - 14] | | | | | Smith, Christopher  T | 05/24/2005 10:10 | Stand-Up Call | she is oot; spoke with covering physicians and residents; Bowden; said definitely would use Seroq in bpm over lithium; they requested some nql (I will order); gave them PAP applications and TRx brochures (nurse said having pt with no coverage) | Seroquel | Now I can |
| 72 | | | | [REDACTED - 14] | | | | | Smith, Christopher  T | 05/24/2005 10:10 | Stand-Up Call | she is oot; spoke with covering physicians and residents; Bowden; said definitely would use Seroq in bpm over lithium; they requested some nql (I will order); gave them PAP applications and TRx brochures (nurse said having pt with no coverage) | Seroquel | Target Dose:  600mg |
| 73 | | | | [REDACTED - 14] | | | | | Smith, Christopher  T | 05/24/2005 10:10 | Stand-Up Call | she is oot; spoke with covering physicians and residents; Bowden; said definitely would use Seroq in bpm over lithium; they requested some nql (I will order); gave them PAP applications and TRx brochures (nurse said having pt with no coverage) | Seroquel | Trusted Tolerability |
| 74 | | | | [REDACTED - 14] | | | | | Smith, Christopher  T | 06/21/2005 10:18 | Gatekeeper | out of town this week; spoke with  **[REDACTED - 14.2]**; gave bipolar and depression nql items (they were so appreciative) | | |
| 75 | | | | [REDACTED - 14] | | | | | Smith, Christopher  T | 07/20/2005 10:00 | Sit down Call | love the nql pt ed; will order the bipolar and anxiety ones for them; broad sympt control of bp discussed | Seroquel | Target Dose:  600mg |
| 76 | | | | [REDACTED - 14] | | | | | Smith, Christopher  T | 07/20/2005 10:00 | Sit down Call | love the nql pt ed; will order the bipolar and anxiety ones for them; broad sympt control of bp discussed | Seroquel | Trusted Tolerability |
| 77 | | | | [REDACTED - 14] | | | | | Smith, Christopher  T | 07/20/2005 10:00 | Sit down Call | love the nql pt ed; will order the bipolar and anxiety ones for them; broad sympt control of bp discussed | Seroquel | Works Across a Broad Range of Symptoms |
| 78 | | | | [REDACTED - 14] | | | | | Golden, Anna | 07/26/2005 11:25 | Gatekeeper | not in today. tried to talk to other [**REDACTED - 14.3**], but too busy. | | |
| 79 | | | | [REDACTED - 14] | | | | | Smith, Christopher  T | 08/02/2005 13:17 | Stand-Up Call | spoke with **[REDACTED - 14.4]** and **[REDACTED - 14]** about broad symptom control of Seroquel | Seroquel | Trusted Tolerability |
| 80 | | | | [REDACTED - 14] | | | | | Smith, Christopher  T | 08/02/2005 13:17 | Stand-Up Call | spoke with **[REDACTED - 14.4]** and **[REDACTED - 14]** about broad symptom control of Seroquel | Seroquel | Works Across a Broad Range of Symptoms |
| 81 | | | | [REDACTED - 14] | | | | | Golden, Anna | 08/22/2005 11:40 | Stand-Up Call | I:migraine  dr asked me why AZ not support her for the headache symposium in nov. will get **[REDACTED]** contact # so she can talk directly to them. | Seroquel | Continues to Work |
| 82 | | | | [REDACTED - 14] | | | | | Golden, Anna | 08/22/2005 11:40 | Stand-Up Call | I:migraine  dr asked me why AZ not support her for the headache symposium in nov. will get **[REDACTED]** contact # so she can talk directly to them. | Seroquel | Target Dose:  600mg |
| 83 | | | | [REDACTED - 14] | | | | | Golden, Anna | 08/22/2005 11:40 | Stand-Up Call | I:migraine  dr asked me why AZ not support her for the headache symposium in nov. will get **[REDACTED]** contact # so she can talk directly to them. | Seroquel | Trusted Tolerability |
| 84 | | | | [REDACTED - 14] | | | | | Golden, Anna | 08/22/2005 11:40 | Stand-Up Call | I:migraine  dr asked me why AZ not support her for the headache symposium in nov. will get **[REDACTED]** contact # so she can talk directly to them. | Seroquel | Works Across a Broad Range of Symptoms |
| 85 | | | | [REDACTED - 14] | | | | | Davis, Diane | 09/06/2005 10:35 | Follow Up | doc not in today but normally in on T morning,left NSAID pat brochure display in lobby per request last visit | | |
| 86 | | | | [REDACTED - 14] | | | | | Golden, Anna | 09/19/2005 10:02 | Stand-Up Call | I:bpm/migraine SN: review dosing 600mg. also gave conquering headache books. | Seroquel | Efficacy: Dosing |
| 87 | | | | [REDACTED - 14] | | | | | Golden, Anna | 09/19/2005 10:02 | Stand-Up Call | I:bpm/migraine SN: review dosing 600mg. also gave conquering headache books. | Seroquel | Tolerability: Serum Prolactin |
| 88 | | | | [REDACTED - 14] | | | | | Smith, Christopher  T | 10/11/2005 11:58 | Gatekeeper | not in today; out sick | | |
| 89 | | | | [REDACTED - 14] | | | | | Golden, Anna | 11/01/2005 11:18 | Gatekeeper | in portugal, returns nov 9th. | | |
| 90 | | | | [REDACTED - 14] | | | | | Golden, Anna | 11/14/2005 15:24 | Stand-Up Call | I:bpm/migraine SN: review target dose.  **[REDACTED]** all formulations. | Seroquel | Differentiate on Tolerability |
| 91 | | | | [REDACTED - 14] | | | | | Golden, Anna | 11/14/2005 15:24 | Stand-Up Call | I:bpm/migraine SN: review target dose.  **[REDACTED]** all formulations. | Seroquel | Neutralize Competition |
| 92 | | | | [REDACTED - 14] | | | | | Golden, Anna | 11/14/2005 15:24 | Stand-Up Call | I:bpm/migraine SN: review target dose.  **[REDACTED]** all formulations. | Seroquel | Strengthen on Efficacy: Mania |
| 93 | | | | [REDACTED - 14] | | | | | Golden, Anna | 11/14/2005 15:24 | Stand-Up Call | I:bpm/migraine SN: review target dose.  **[REDACTED]** all formulations. | Seroquel | Strengthen on Efficacy: Schizophrenia |
| 94 | | | | [REDACTED - 14] | | | | | Golden, Anna | 01/09/2006 12:32 | Stand-Up Call | met new dr, **[REDACTED - 14.5]**. new 50 and 400mg tabs out in spring, also new ind at end of yr. dr stated all out of **[REDACTED]**. | Seroquel | Differentiate on Tolerability |
| 95 | | | | [REDACTED - 14] | | | | | Golden, Anna | 01/09/2006 12:32 | Stand-Up Call | met new dr, **[REDACTED - 14.5]**. new 50 and 400mg tabs out in spring, also new ind at end of yr. dr stated all out of **[REDACTED]**. | Seroquel | Strengthen on Efficacy: Mania |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 96 | | | | [REDACTED - 14] | | | | | Golden, Anna | 01/09/2006 12:32 | Stand-Up Call | met new dr, [REDACTED - 14.5]. new 50 and 400mg tabs out in spring, also new ind at end of yr. dr stated all out of [REDACTED]. | Seroquel | Strengthen on Efficacy: Schizophrenia |
| 97 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 01/31/2006 16:19 | Stand-Up Call | I: bpm  SN: new 50mg and 400mg tablet coming soon (March); | Seroquel | Strengthen on Efficacy: Mania |
| 98 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 02/13/2006 14:13 | Stand-Up Call | I: bpm  SN: control of symptoms mania/depr (euth) | Seroquel | Differentiate on Tolerability |
| 99 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 02/13/2006 14:13 | Stand-Up Call | I: bpm  SN: control of symptoms mania/depr (euth) | Seroquel | Strengthen on Efficacy: Mania |
| 100 | | | | [REDACTED - 14] | | | | | Golden, Anna | 03/07/2006 15:01 | Stand-Up Call | Spoke w/ [REDACTED - 14.3]. informed now 50 and 400mg tabs available at the pharmacy. target dose 600mg. [REDACTED] reminder. | Seroquel | Differentiate on Tolerability |
| 101 | | | | [REDACTED - 14] | | | | | Golden, Anna | 03/07/2006 15:01 | Stand-Up Call | Spoke w/ [REDACTED - 14.3]. informed now 50 and 400mg tabs available at the pharmacy. target dose 600mg. [REDACTED] reminder. | Seroquel | Strengthen on Efficacy: Mania |
| 102 | | | | [REDACTED - 14] | | | | | Golden, Anna | 03/07/2006 15:01 | Stand-Up Call | Spoke w/ [REDACTED - 14.3]. informed now 50 and 400mg tabs available at the pharmacy. target dose 600mg. [REDACTED] reminder. | Seroquel | Strengthen on Efficacy: Schizophrenia |
| 103 | | | | [REDACTED - 14] | | | | | Golden, Anna | 04/18/2006 12:39 | Stand-Up Call | spoke w/[REDACTED - 14.4], only quick reminder for sero and [REDACTED]. signed for more zns. requested any pts ed for sero or [REDACTED]. | Seroquel | Differentiate on Tolerability |
| 104 | | | | [REDACTED - 14] | | | | | Golden, Anna | 04/18/2006 12:39 | Stand-Up Call | spoke w/[REDACTED - 14.4], only quick reminder for sero and [REDACTED]. signed for more zns. requested any pts ed for sero or [REDACTED]. | Seroquel | Strengthen on Efficacy: Mania |
| 105 | | | | [REDACTED - 14] | | | | | Golden, Anna | 04/18/2006 12:39 | Stand-Up Call | spoke w/[REDACTED - 14.4], only quick reminder for sero and [REDACTED]. signed for more zns. requested any pts ed for sero or [REDACTED]. | Seroquel | Strengthen on Efficacy: Schizophrenia |
| 106 | | | | [REDACTED - 14] | | | | | Golden, Anna | 05/15/2006 15:03 | Stand-Up Call | gave 3 different headache books, would like more of each of them since new students start in july. [REDACTED] and sero reminders. | Seroquel | Differentiate on Tolerability |
| 107 | | | | [REDACTED - 14] | | | | | Golden, Anna | 05/15/2006 15:03 | Stand-Up Call | gave 3 different headache books, would like more of each of them since new students start in july. [REDACTED] and sero reminders. | Seroquel | Strengthen on Efficacy: Mania |
| 108 | | | | [REDACTED - 14] | | | | | Golden, Anna | 05/15/2006 15:03 | Stand-Up Call | gave 3 different headache books, would like more of each of them since new students start in july. [REDACTED] and sero reminders. | Seroquel | Strengthen on Efficacy: Schizophrenia |
| 109 | | | | [REDACTED - 14] | | | | | Golden, Anna | 06/13/2006 11:06 | Stand-Up Call | gave conquering headache and women and migraine books. also stocked them up on [REDACTED] since i will not be back until end of sept. [REDACTED] and sero reminders. dr asked about headache symp she will be doing in the fall. told her to send me all info about it. | Seroquel | Differentiate on Tolerability |
| 110 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 08/01/2006 10:58 | Stand-Up Call | Seroq only atyp demonstrating significant improvement in all 11 of YMRS in bpm | Seroquel | Improvement in activation and hostility |
| 111 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 08/01/2006 10:58 | Stand-Up Call | Seroq only atyp demonstrating significant improvement in all 11 of YMRS in bpm | Seroquel | Improvement of all 11 items YMRS |
| 112 | | | | [REDACTED - 14] | | | | | Golden, Anna | 09/19/2006 17:34 | Stand-Up Call | sero and [REDACTED] reminders. dr stated she just rx'd some sero. | Seroquel | Improvement of all 11 items YMRS |
| 113 | | | | [REDACTED - 14] | | | | | Golden, Anna | 10/30/2006 11:12 | Stand-Up Call | informed dr of new FDA approval for BD, 300mg qd hs.  dr also requested more [REDACTED] nasal samples. | Seroquel | Efficacy |
| 114 | | | | [REDACTED - 14] | | | | | Golden, Anna | 10/30/2006 11:12 | Stand-Up Call | informed dr of new FDA approval for BD, 300mg qd hs.  dr also requested more [REDACTED] nasal samples. | Seroquel | Improvement of all 11 items YMRS |
| 115 | | | | [REDACTED - 14] | | | | | Lowe, Renee  Nicole | 01/04/2007 08:51 | Follow Up | Dropped off pt ed for [REDACTED - 14.2] and let them know Romeo will be calling on them. | | |
| 116 | | | | [REDACTED - 14] | | | | | Golden, Anna | 01/29/2007 10:28 | Stand-Up Call | review of sero only stypical to have ind for mania and depr mono.  dr asked me if i knew about the symposium this sat. told her no.   [REDACTED] reminders. | Seroquel | Bip dep target dose of 300 mg QD by day 4 qhs |
| 117 | | | | [REDACTED - 14] | | | | | Golden, Anna | 01/29/2007 10:28 | Stand-Up Call | review of sero only stypical to have ind for mania and depr mono.  dr asked me if i knew about the symposium this sat. told her no.   [REDACTED] reminders. | Seroquel | Dosing |
| 118 | | | | [REDACTED - 14] | | | | | Deisler, Jill  Marie | 03/23/2007 15:08 | Office Manager | visited with staff- monday is definitely best time | | |
| 119 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 04/18/2007 10:00 | Stand-Up Call | control of mania and dep in bp | Seroquel | Efficacy |
| 120 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 04/18/2007 10:00 | Stand-Up Call | control of mania and dep in bp | Seroquel | Only monotherapy for both bip dep and mania |
| 121 | | | | [REDACTED - 14] | | | | | Smith, Christopher T | 04/18/2007 10:00 | Stand-Up Call | control of mania and dep in bp | Seroquel | Pts may suffer from a broad range of symptoms |
| 122 | | | | [REDACTED - 14] | | | | | Golden, Anna | 04/23/2007 11:18 | Stand-Up Call | review dosing for BD, 300mg qdhs | Seroquel | Bip dep target dose of 300 mg QD by day 4 qhs |
| 123 | | | | [REDACTED - 14] | | | | | Golden, Anna | 04/23/2007 11:18 | Stand-Up Call | review dosing for BD, 300mg qdhs | Seroquel | Dosing |
| 124 | | | | [REDACTED - 14] | | | | | Golden, AnnaC | 08/28/2007 00:00 | Stand-Up Call | new wero xr. probably will not use in with her pt pop. [REDACTED] reminder. dr asked about receiving a grant for next yr. will give forward her the info. | [REDACTED] | [REDACTED] |
| 125 | | | | [REDACTED - 14] | | | | | Golden, Anna | 10/08/2007 11:31 | Gatekeeper | not in today. | | |