EXHIBIT

C

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 2 | | | [REDACTED - 4] | | | | | Orta, Damaris | 01/21/2004 09:54 | Sit down Call | We went through PET w emphasis in efficacy/safety profile and why SQ is the better choice for elderly patients specially those he is seeing in his practiec w D2 problems. He started 2 patients in Zns and is waiting for feedback. NC: Velligan for cognitive function differentiation, more reasons for stay in adoption stage w Sq. | Seroquel | Accepted! - EPS Differentiation |
| 3 | | | [REDACTED - 4] | | | | | Orta, Damaris | 01/21/2004 09:54 | Sit down Call | We went through PET w emphasis in efficacy/safety profile and why SQ is the better choice for elderly patients specially those he is seeing in his practiec w D2 problems. He started 2 patients in Zns and is waiting for feedback. NC: Velligan for cognitive function differentiation, more reasons for stay in adoption stage w Sq. | Seroquel | Accepted! - Safety and Tolerability |
| 4 | | | [REDACTED - 4] | | | | | Orta, Damaris | 01/21/2004 09:54 | Sit down Call | We went through PET w emphasis in efficacy/safety profile and why SQ is the better choice for elderly patients specially those he is seeing in his practiec w D2 problems. He started 2 patients in Zns and is waiting for feedback. NC: Velligan for cognitive function differentiation, more reasons for stay in adoption stage w Sq. | Seroquel | Well! - Seroquel Efficacy |
| 5 | | | [REDACTED - 4] | | | | | Orta, Damaris | 01/21/2004 09:54 | Sit down Call | We went through PET w emphasis in efficacy/safety profile and why SQ is the better choice for elderly patients specially those he is seeing in his practiec w D2 problems. He started 2 patients in Zns and is waiting for feedback. NC: Velligan for cognitive function differentiation, more reasons for stay in adoption stage w Sq. | Seroquel | Well! Accepted! - Elderly |
| 6 | | | [REDACTED - 4] | | | | | Orta, Damaris | 02/12/2004 11:13 | Sit down Call | SQ for elderly patients trust toolerability specially in patients w dementia and psychotics symptoms. NC: keep md in adoption stage through well accepted than ever message. | Seroquel | Well Accepted! - Elderly |
| 7 | | | [REDACTED - 4] | | | | | Orta, Damaris | 02/12/2004 11:13 | Sit down Call | SQ for elderly patients trust toolerability specially in patients w dementia and psychotics symptoms. NC: keep md in adoption stage through well accepted than ever message. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 8 | | | [REDACTED - 4] | | | | | Orta, Damaris | 02/12/2004 11:13 | Sit down Call | SQ for elderly patients trust toolerability specially in patients w dementia and psychotics symptoms. NC: keep md in adoption stage through well accepted than ever message. | Seroquel | Well Accepted! - Trusted Tolerability |
| 9 | | | [REDACTED - 4] | | | | | Orta, Damaris | 03/17/2004 08:59 | Sit down Call | Bipolar presentation and analogy for PD and psychotic symtoms, increase dosi whenever he needs too without hesitation due no AE dosis related. NC: clinical experience probing w dosis above 200 mg in patients very ill, keep md in adoption through trust in efficacy /safety unique profile. | Seroquel | Average Dose in Responders: 600 mg |
| 10 | | | [REDACTED - 4] | | | | | Orta, Damaris | 03/17/2004 08:59 | Sit down Call | Bipolar presentation and analogy for PD and psychotic symtoms, increase dosi whenever he needs too without hesitation due no AE dosis related. NC: clinical experience probing w dosis above 200 mg in patients very ill, keep md in adoption through trust in efficacy /safety unique profile. | Seroquel | Well Accepted! - Dosing/Administration |
| 11 | | | [REDACTED - 4] | | | | | Orta, Damaris | 03/17/2004 08:59 | Sit down Call | Bipolar presentation and analogy for PD and psychotic symtoms, increase dosi whenever he needs too without hesitation due no AE dosis related. NC: clinical experience probing w dosis above 200 mg in patients very ill, keep md in adoption through trust in efficacy /safety unique profile. | Seroquel | Well Accepted! - EPS Differentiation |
| 12 | | | [REDACTED - 4] | | | | | Orta, Damaris | 03/17/2004 08:59 | Sit down Call | Bipolar presentation and analogy for PD and psychotic symtoms, increase dosi whenever he needs too without hesitation due no AE dosis related. NC: clinical experience probing w dosis above 200 mg in patients very ill, keep md in adoption through trust in efficacy /safety unique profile. | Seroquel | Well Accepted! - Elderly |
| 13 | | | [REDACTED - 4] | | | | | Orta, Damaris | 03/17/2004 08:59 | Sit down Call | Bipolar presentation and analogy for PD and psychotic symtoms, increase dosi whenever he needs too without hesitation due no AE dosis related. NC: clinical experience probing w dosis above 200 mg in patients very ill, keep md in adoption through trust in efficacy /safety unique profile. | Seroquel | Well Accepted! - Favorable Wt. Profile |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 14 | | | [REDACTED - 4] | | | | | Orta, Damaris | 03/17/2004 08:59 | Sit down Call | Bipolar presentation and analogy for PD and psychotic symtoms, increase dosi whenever he needs too without hesitation due no AE dosis related. NC: clinical experience probing w dosis above 200 mg in patients very ill, keep md in adoption through trust in efficacy /safety unique profile. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 15 | | | [REDACTED - 4] | | | | | Orta, Damaris | 03/17/2004 08:59 | Sit down Call | Bipolar presentation and analogy for PD and psychotic symtoms, increase dosi whenever he needs too without hesitation due no AE dosis related. NC: clinical experience probing w dosis above 200 mg in patients very ill, keep md in adoption through trust in efficacy /safety unique profile. | Seroquel | Well Accepted! - Trusted Tolerability |
| 16 | | | [REDACTED - 4] | | | | | Orta, Damaris | 03/17/2004 08:59 | Sit down Call | Bipolar presentation and analogy for PD and psychotic symtoms, increase dosi whenever he needs too without hesitation due no AE dosis related. NC: clinical experience probing w dosis above 200 mg in patients very ill, keep md in adoption through trust in efficacy /safety unique profile. | Seroquel | Works - Broad Range of Mood Symptoms |
| 17 | | | [REDACTED - 4] | | | | | Orta, Damaris | 03/17/2004 08:59 | Sit down Call | Bipolar presentation and analogy for PD and psychotic symtoms, increase dosi whenever he needs too without hesitation due no AE dosis related. NC: clinical experience probing w dosis above 200 mg in patients very ill, keep md in adoption through trust in efficacy /safety unique profile. | Seroquel | Works Early - Mono and Adjunct Therapy |
| 18 | | | [REDACTED - 4] | | | | | Orta, Damaris | 04/15/2004 09:31 | Gatekeeper | Out of office today. | | |
| 19 | | | [REDACTED - 4] | | | | | Orta, Damaris | 04/23/2004 17:34 | Sit down Call | No clinical experience w dosis over 400 mg over the nature of his practice but clear w the fact that no AE dosis related, he also doesn't likes to increase because he likes the somnolence AE wich is H dosis related. NC: cognitive function once the patient gets better, how he position SQ among the other alternatives, Velligan , keep md in adoption stage. | Seroquel | Average Dose in Responders: 600 mg |
| 20 | | | [REDACTED - 4] | | | | | Orta, Damaris | 04/23/2004 17:34 | Sit down Call | No clinical experience w dosis over 400 mg over the nature of his practice but clear w the fact that no AE dosis related, he also doesn't likes to increase because he likes the somnolence AE wich is H dosis related. NC: cognitive function once the patient gets better, how he position SQ among the other alternatives, Velligan , keep md in adoption stage. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 21 | | | [REDACTED - 4] | | | | | Orta, Damaris | 04/23/2004 17:34 | Sit down Call | No clinical experience w dosis over 400 mg over the nature of his practice but clear w the fact that no AE dosis related, he also doesn't likes to increase because he likes the somnolence AE wich is H dosis related. NC: cognitive function once the patient gets better, how he position SQ among the other alternatives, Velligan , keep md in adoption stage. | Seroquel | Well Accepted! - Trusted Tolerability |
| 22 | | | [REDACTED - 4] | | | | | Orta, Damaris | 04/23/2004 17:34 | Sit down Call | No clinical experience w dosis over 400 mg over the nature of his practice but clear w the fact that no AE dosis related, he also doesn't likes to increase because he likes the somnolence AE wich is H dosis related. NC: cognitive function once the patient gets better, how he position SQ among the other alternatives, Velligan , keep md in adoption stage. | Seroquel | Works - Broad Range of Mood Symptoms |
| 23 | | | [REDACTED - 4] | | | | | Orta, Damaris | 04/23/2004 17:34 | Sit down Call | No clinical experience w dosis over 400 mg over the nature of his practice but clear w the fact that no AE dosis related, he also doesn't likes to increase because he likes the somnolence AE wich is H dosis related. NC: cognitive function once the patient gets better, how he position SQ among the other alternatives, Velligan , keep md in adoption stage. | Seroquel | Works Early - Mono and Adjunct Therapy |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 24 | | | [REDACTED - 4] | | | | | Orta, Damaris | 05/13/2004 10:21 | Sit down Call | Bipolar new data using CVA and how effective is SQ in combination as well as monotherapy, he asked for samples of 200 mg as a sign of confidence w AE profile no dosis related. NC: % of bipolar patients in his practice, mean dosis among elderly patients 100 mg better than 25 mg. Keep md in adoption. | Seroquel | Average Dose in Responders: 600 mg |
| 25 | | | [REDACTED - 4] | | | | | Orta, Damaris | 05/13/2004 10:21 | Sit down Call | Bipolar new data using CVA and how effective is SQ in combination as well as monotherapy, he asked for samples of 200 mg as a sign of confidence w AE profile no dosis related. NC: % of bipolar patients in his practice, mean dosis among elderly patients 100 mg better than 25 mg. Keep md in adoption. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 26 | | | [REDACTED - 4] | | | | | Orta, Damaris | 05/13/2004 10:21 | Sit down Call | Bipolar new data using CVA and how effective is SQ in combination as well as monotherapy, he asked for samples of 200 mg as a sign of confidence w AE profile no dosis related. NC: % of bipolar patients in his practice, mean dosis among elderly patients 100 mg better than 25 mg. Keep md in adoption. | Seroquel | Well Accepted! - Trusted Tolerability |
| 27 | | | [REDACTED - 4] | | | | | Orta, Damaris | 05/13/2004 10:21 | Sit down Call | Bipolar new data using CVA and how effective is SQ in combination as well as monotherapy, he asked for samples of 200 mg as a sign of confidence w AE profile no dosis related. NC: % of bipolar patients in his practice, mean dosis among elderly patients 100 mg better than 25 mg. Keep md in adoption. | Seroquel | Works - Broad Range of Mood Symptoms |
| 28 | | | [REDACTED - 4] | | | | | Orta, Damaris | 05/13/2004 10:21 | Sit down Call | Bipolar new data using CVA and how effective is SQ in combination as well as monotherapy, he asked for samples of 200 mg as a sign of confidence w AE profile no dosis related. NC: % of bipolar patients in his practice, mean dosis among elderly patients 100 mg better than 25 mg. Keep md in adoption. | Seroquel | Works Early - Mono and Adjunct Therapy |
| 29 | | | [REDACTED - 4] | | | | | Orta, Damaris | 06/09/2004 10:02 | Sit down Call | Bipolar reprint discussion in adjunct treatment, he had some patients w mania in SQ , dosing titration discussion since he isn't familiar w rapid titration.NC: dosing, check if his patients w bipolar disorder are in the right dose. Keep md in adoption stage. | Seroquel | Average Dose in Responders: 600 mg |
| 30 | | | [REDACTED - 4] | | | | | Orta, Damaris | 06/09/2004 10:02 | Sit down Call | Bipolar reprint discussion in adjunct treatment, he had some patients w mania in SQ , dosing titration discussion since he isn't familiar w rapid titration.NC: dosing, check if his patients w bipolar disorder are in the right dose. Keep md in adoption stage. | Seroquel | Well Accepted! - Elderly |
| 31 | | | [REDACTED - 4] | | | | | Orta, Damaris | 06/09/2004 10:02 | Sit down Call | Bipolar reprint discussion in adjunct treatment, he had some patients w mania in SQ , dosing titration discussion since he isn't familiar w rapid titration.NC: dosing, check if his patients w bipolar disorder are in the right dose. Keep md in adoption stage. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 32 | | | [REDACTED - 4] | | | | | Orta, Damaris | 06/09/2004 10:02 | Sit down Call | Bipolar reprint discussion in adjunct treatment, he had some patients w mania in SQ , dosing titration discussion since he isn't familiar w rapid titration.NC: dosing, check if his patients w bipolar disorder are in the right dose. Keep md in adoption stage. | Seroquel | Well Accepted! - Trusted Tolerability |
| 33 | | | [REDACTED - 4] | | | | | Orta, Damaris | 06/09/2004 10:02 | Sit down Call | Bipolar reprint discussion in adjunct treatment, he had some patients w mania in SQ , dosing titration discussion since he isn't familiar w rapid titration.NC: dosing, check if his patients w bipolar disorder are in the right dose. Keep md in adoption stage. | Seroquel | Works - Broad Range of Mood Symptoms |
| 34 | | | [REDACTED - 4] | | | | | Orta, Damaris | 06/09/2004 10:02 | Sit down Call | Bipolar reprint discussion in adjunct treatment, he had some patients w mania in SQ , dosing titration discussion since he isn't familiar w rapid titration.NC: dosing, check if his patients w bipolar disorder are in the right dose. Keep md in adoption stage. | Seroquel | Works Early - Mono and Adjunct Therapy |
| 35 | | | [REDACTED - 4] | | | | | Orta, Damaris | 07/01/2004 11:15 | Sit down Call | SAS in order to show safety w rapid titration, he said that SQ is his only choice for elderly pstchotic symtoms considering the somnolence which is good and thye AE profile. NC: keep md in adoption stage. BARS. | Seroquel | Average Dose in Responders: 600 mg |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 36 | | | [REDACTED - 4] | | | | | Orta, Damaris | 07/01/2004 11:15 | Sit down Call | SAS in order to show safety w rapid titration, he said that SQ is his only choice for elderly pstchotic symtoms considering the somnolence which is good and thye AE profile. NC: keep md in adoption stage. BARS. | Seroquel | Well Accepted! - Dosing/Administration |
| 37 | | | [REDACTED - 4] | | | | | Orta, Damaris | 07/01/2004 11:15 | Sit down Call | SAS in order to show safety w rapid titration, he said that SQ is his only choice for elderly pstchotic symtoms considering the somnolence which is good and thye AE profile. NC: keep md in adoption stage. BARS. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 38 | | | [REDACTED - 4] | | | | | Orta, Damaris | 07/01/2004 11:15 | Sit down Call | SAS in order to show safety w rapid titration, he said that SQ is his only choice for elderly pstchotic symtoms considering the somnolence which is good and thye AE profile. NC: keep md in adoption stage. BARS. | Seroquel | Well Accepted! - Trusted Tolerability |
| 39 | | | [REDACTED - 4] | | | | | Orta, Damaris | 07/01/2004 11:15 | Sit down Call | SAS in order to show safety w rapid titration, he said that SQ is his only choice for elderly pstchotic symtoms considering the somnolence which is good and thye AE profile. NC: keep md in adoption stage. BARS. | Seroquel | Works - Broad Range of Mood Symptoms |
| 40 | | | [REDACTED - 4] | | | | | Orta, Damaris | 07/01/2004 11:15 | Sit down Call | SAS in order to show safety w rapid titration, he said that SQ is his only choice for elderly pstchotic symtoms considering the somnolence which is good and thye AE profile. NC: keep md in adoption stage. BARS. | Seroquel | Works Early - Mono and Adjunct Therapy |
| 41 | | | [REDACTED - 4] | | | | | Orta, Damaris | 09/14/2004 10:26 | Sit down Call | Left behind YMRS for review of efficacy and symptoms controll, he liked it and said that SQ is definitly his first choice mainly when he find out agreesive behavior. NC:cont. w product differentiation strategy for keeping him in adoption stage. | Seroquel | Well Accepted! - Dosing/Administration |
| 42 | | | [REDACTED - 4] | | | | | Orta, Damaris | 09/14/2004 10:26 | Sit down Call | Left behind YMRS for review of efficacy and symptoms controll, he liked it and said that SQ is definitly his first choice mainly when he find out agreesive behavior. NC:cont. w product differentiation strategy for keeping him in adoption stage. | Seroquel | Well Accepted! - Elderly |
| 43 | | | [REDACTED - 4] | | | | | Orta, Damaris | 09/14/2004 10:26 | Sit down Call | Left behind YMRS for review of efficacy and symptoms controll, he liked it and said that SQ is definitly his first choice mainly when he find out agreesive behavior. NC:cont. w product differentiation strategy for keeping him in adoption stage. | Seroquel | Well Accepted! - Trusted Tolerability |
| 44 | | | [REDACTED - 4] | | | | | Orta, Damaris | 09/14/2004 10:26 | Sit down Call | Left behind YMRS for review of efficacy and symptoms controll, he liked it and said that SQ is definitly his first choice mainly when he find out agreesive behavior. NC:cont. w product differentiation strategy for keeping him in adoption stage. | Seroquel | Works - Broad Range of Mood Symptoms |
| 45 | | | [REDACTED - 4] | | | | | Orta, Damaris | 10/14/2004 11:15 | Sit down Call | [REDACTED - 4]. Brief review using new CVA to reiforce his thoughts about it. NC: CVA inpatient and Now I can message for differentiation keeping md ina adoption stage. | Seroquel | Continues to Work |
| 46 | | | [REDACTED - 4] | | | | | Orta, Damaris | 10/14/2004 11:15 | Sit down Call | [REDACTED - 4]. Brief review using new CVA to reiforce his thoughts about it. NC: CVA inpatient and Now I can message for differentiation keeping md ina adoption stage. | Seroquel | Now I can |
| 47 | | | [REDACTED - 4] | | | | | Orta, Damaris | 10/14/2004 11:15 | Sit down Call | [REDACTED - 4]. Brief review using new CVA to reiforce his thoughts about it. NC: CVA inpatient and Now I can message for differentiation keeping md ina adoption stage. | Seroquel | Target Dose:  600mg |
| 48 | | | [REDACTED - 4] | | | | | Orta, Damaris | 10/14/2004 11:15 | Sit down Call | [REDACTED - 4]. Brief review using new CVA to reiforce his thoughts about it. NC: CVA inpatient and Now I can message for differentiation keeping md ina doption stage. | Seroquel | Trusted Tolerability |
| 49 | | | [REDACTED - 4] | | | | | Orta, Damaris | 10/14/2004 11:15 | Sit down Call | [REDACTED - 4]. Brief review using new CVA to reiforce his thoughts about it. NC: CVA inpatient and Now I can message for differentiation keeping md ina doption stage. | Seroquel | Works Across a Broad Range of Symptoms |
| 50 | | | [REDACTED - 4] | | | | | Orta, Damaris | 10/14/2004 11:15 | Sit down Call | [REDACTED - 4]. Brief review using new CVA to reiforce his thoughts about it. NC: CVA inpatient and Now I can message for differentiation keeping md ina doption stage. | Seroquel | Works Early |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 51 | [REDACTED - 4] | | | | | | | Orta, Damaris | 11/04/2004 10:14 | Sit down Call | Product differentiation through efficacy and dosis related. He agree and said that is going to out the rest of the month. NC: keep m,d in adoption stage, thoughts about other alternatives. | Seroquel | Continues to Work |
| 52 | [REDACTED - 4] | | | | | | | Orta, Damaris | 11/04/2004 10:14 | Sit down Call | Product differentiation through efficacy and dosis related. He agree and said that is going to out the rest of the month. NC: keep m,d in adoption stage, thoughts about other alternatives. | Seroquel | Now I can |
| 53 | [REDACTED - 4] | | | | | | | Orta, Damaris | 11/04/2004 10:14 | Sit down Call | Product differentiation through efficacy and dosis related. He agree and said that is going to out the rest of the month. NC: keep m,d in adoption stage, thoughts about other alternatives. | Seroquel | Target Dose:  600mg |
| 54 | [REDACTED - 4] | | | | | | | Orta, Damaris | 11/04/2004 10:14 | Sit down Call | Product differentiation through efficacy and dosis related. He agree and said that is going to out the rest of the month. NC: keep m,d in adoption stage, thoughts about other alternatives. | Seroquel | Trusted Tolerability |
| 55 | [REDACTED - 4] | | | | | | | Orta, Damaris | 11/04/2004 10:14 | Sit down Call | Product differentiation through efficacy and dosis related. He agree and said that is going to out the rest of the month. NC: keep m,d in adoption stage, thoughts about other alternatives. | Seroquel | Works Across a Broad Range of Symptoms |
| 56 | [REDACTED - 4] | | | | | | | Orta, Damaris | 11/04/2004 10:14 | Sit down Call | Product differentiation through efficacy and dosis related. He agree and said that is going to out the rest of the month. NC: keep m,d in adoption stage, thoughts about other alternatives. | Seroquel | Works Early |
| 57 | [REDACTED - 4] | | | | | | | Orta, Damaris | 11/11/2004 09:44 | Sit down Call | Full SQ review based on profile and clinical experience, he is using it as first choice, wated samples for HIMA. NC: keep md in adoption stage, Now I Can emphasis again for more productt differentiation. | Seroquel | Continues to Work |
| 58 | [REDACTED - 4] | | | | | | | Orta, Damaris | 11/11/2004 09:44 | Sit down Call | Full SQ review based on profile and clinical experience, he is using it as first choice, wated samples for HIMA. NC: keep md in adoption stage, Now I Can emphasis again for more productt differentiation. | Seroquel | Now I can |
| 59 | [REDACTED - 4] | | | | | | | Orta, Damaris | 11/11/2004 09:44 | Sit down Call | Full SQ review based on profile and clinical experience, he is using it as first choice, wated samples for HIMA. NC: keep md in adoption stage, Now I Can emphasis again for more productt differentiation. | Seroquel | Target Dose:  600mg |
| 60 | [REDACTED - 4] | | | | | | | Orta, Damaris | 11/11/2004 09:44 | Sit down Call | Full SQ review based on profile and clinical experience, he is using it as first choice, wated samples for HIMA. NC: keep md in adoption stage, Now I Can emphasis again for more productt differentiation. | Seroquel | Trusted Tolerability |
| 61 | [REDACTED - 4] | | | | | | | Orta, Damaris | 11/11/2004 09:44 | Sit down Call | Full SQ review based on profile and clinical experience, he is using it as first choice, wated samples for HIMA. NC: keep md in adoption stage, Now I Can emphasis again for more productt differentiation. | Seroquel | Works Across a Broad Range of Symptoms |
| 62 | [REDACTED - 4] | | | | | | | Orta, Damaris | 11/11/2004 09:44 | Sit down Call | Full SQ review based on profile and clinical experience, he is using it as first choice, wated samples for HIMA. NC: keep md in adoption stage, Now I Can emphasis again for more productt differentiation. | Seroquel | Works Early |
| 63 | [REDACTED - 4] | | | | | | | Orta, Damaris | 12/14/2004 12:31 | Sit down Call | Now I Can differentiation specially cognitive function in elderly patients and how SQ is the only choice due limbic/receptors affinities that is the ideal drug. NC: keep md in adoption stage prod mean dosis and sell to the need. | Seroquel | Continues to Work |
| 64 | [REDACTED - 4] | | | | | | | Orta, Damaris | 12/14/2004 12:31 | Sit down Call | Now I Can differentiation specially cognitive function in elderly patients and how SQ is the only choice due limbic/receptors affinities that is the ideal drug. NC: keep md in adoption stage prod mean dosis and sell to the need. | Seroquel | Now I can |
| 65 | [REDACTED - 4] | | | | | | | Orta, Damaris | 12/14/2004 12:31 | Sit down Call | Now I Can differentiation specially cognitive function in elderly patients and how SQ is the only choice due limbic/receptors affinities that is the ideal drug. NC: keep md in adoption stage prod mean dosis and sell to the need. | Seroquel | Target Dose:  600mg |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 66 | | | [REDACTED - 4] | | | | | Orta, Damaris | 12/14/2004 12:31 | Sit down Call | Now I Can differentiation specially cognitive function in elderly patients and how SQ is the only choice due limbic/receptors affinities that is the ideal drug. NC: keep md in adoption stage prod mean dosis and sell to the need. | Seroquel | Trusted Tolerability |
| 67 | | | [REDACTED - 4] | | | | | Orta, Damaris | 12/14/2004 12:31 | Sit down Call | Now I Can differentiation specially cognitive function in elderly patients and how SQ is the only choice due limbic/receptors affinities that is the ideal drug. NC: keep md in adoption stage prod mean dosis and sell to the need. | Seroquel | Works Across a Broad Range of Symptoms |
| 68 | | | [REDACTED - 4] | | | | | Orta, Damaris | 12/14/2004 12:31 | Sit down Call | Now I Can differentiation specially cognitive function in elderly patients and how SQ is the only choice due limbic/receptors affinities that is the ideal drug. NC: keep md in adoption stage prod mean dosis and sell to the need. | Seroquel | Works Early |
| 69 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 02/22/2005 10:59 | Sit down Call | He said that the 200 mg and the 300 mg samples are more than wellcome because he is using higher dosis motivated by all the info presented during the last 5 years. NC: keep md enthusiastic about higher dosis. Adoption stage probing. | Seroquel | Continues to Work |
| 70 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 02/22/2005 10:59 | Sit down Call | He said that the 200 mg and the 300 mg samples are more than wellcome because he is using higher dosis motivated by all the info presented during the last 5 years. NC: keep md enthusiastic about higher dosis. Adoption stage probing. | Seroquel | Trusted Tolerability |
| 71 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 02/22/2005 10:59 | Sit down Call | He said that the 200 mg and the 300 mg samples are more than wellcome because he is using higher dosis motivated by all the info presented during the last 5 years. NC: keep md enthusiastic about higher dosis. Adoption stage probing. | Seroquel | Works Across a Broad Range of Symptoms |
| 72 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 03/18/2005 09:52 | Stand-Up Call | Breifly clarification of information plublished in the news regarding sq lack of efficacy in elderly patients. NC: back to his clinical experience , sq first line first choice. | Seroquel | Continues to Work |
| 73 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 03/18/2005 09:52 | Stand-Up Call | Breifly clarification of information plublished in the news regarding sq lack of efficacy in elderly patients. NC: back to his clinical experience , sq first line first choice. | Seroquel | Target Dose: 600mg |
| 74 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 03/18/2005 09:52 | Stand-Up Call | Breifly clarification of information plublished in the news regarding sq lack of efficacy in elderly patients. NC: back to his clinical experience , sq first line first choice. | Seroquel | Trusted Tolerability |
| 75 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 03/18/2005 09:52 | Stand-Up Call | Breifly clarification of information plublished in the news regarding sq lack of efficacy in elderly patients. NC: back to his clinical experience , sq first line first choice. | Seroquel | Works Across a Broad Range of Symptoms |
| 76 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 04/20/2005 17:01 | Sit down Call | Efficacy data in elderly patients, he was worried about the info published by the media regarding sq lack of efficacy in patients w dementia, explained indications and dosing. NC: keepmd in adoption stage, sq better profile for long term outcomes and redifining success. | Seroquel | Target Dose: 600mg |
| 77 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 04/20/2005 17:01 | Sit down Call | Efficacy data in elderly patients, he was worried about the info published by the media regarding sq lack of efficacy in patients w dementia, explained indications and dosing. NC: keepmd in adoption stage, sq better profile for long term outcomes and redifining success. | Seroquel | Works Across a Broad Range of Symptoms |
| 78 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 05/10/2005 10:02 | Sit down Call | [REDACTED] full review, he said he is going touse it also asked about [REDACTED] and complained abouk lackof coverage from SSS. Efficacy in elderly patients w no akathisia, differentiation vs abilify.NC: keep mdin adoption stage through service and dosing titration deph discussion. | Seroquel | Target Dose: 600mg |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 79 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 05/10/2005 10:02 | Sit down Call | **[REDACTED]** full review, he said he is going touse it also asked about **[REDACTED]** and complained abouk lackof coverage from SSS. Efficacy in elderly patients w no akathisia, differentiation vs abilify.NC: keep mdin adoption stage through service and dosing titration deph discussion. | Seroquel | Trusted Tolerability |
| 80 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 05/10/2005 10:02 | Sit down Call | **[REDACTED]** full review, he said he is going touse it also asked about **[REDACTED]** and complained abouk lackof coverage from SSS. Efficacy in elderly patients w no akathisia, differentiation vs abilify.NC: keep mdin adoption stage through service and dosing titration deph discussion. | Seroquel | Works Early |
| 81 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 06/30/2005 10:29 | Sit down Call | Efficacy data discussion, he asked about label change in elderly patients and ,made the statement that sq is going to be consider first line in this population due tolerability and no ae.**[REDACTED]** full review. NC: keepmd in adoption through product differentiation specially vs abilify. | Seroquel | Continues to Work |
| 82 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 06/30/2005 10:29 | Sit down Call | Efficacy data discussion, he asked about label change in elderly patients and ,made the statement that sq is going to be consider first line in this population due tolerability and no ae.**[REDACTED]** full review. NC: keepmd in adoption through product differentiation specially vs abilify. | Seroquel | Now I can |
| 83 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 06/30/2005 10:29 | Sit down Call | Efficacy data discussion, he asked about label change in elderly patients and ,made the statement that sq is going to be consider first line in this population due tolerability and no ae.**[REDACTED]** full review. NC: keepmd in adoption through product differentiation specially vs abilify. | Seroquel | Target Dose:  600mg |
| 84 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 06/30/2005 10:29 | Sit down Call | Efficacy data discussion, he asked about label change in elderly patients and ,made the statement that sq is going to be consider first line in this population due tolerability and no ae.**[REDACTED]** full review. NC: keepmd in adoption through product differentiation specially vs abilify. | Seroquel | Trusted Tolerability |
| 85 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 06/30/2005 10:29 | Sit down Call | Efficacy data discussion, he asked about label change in elderly patients and ,made the statement that sq is going to be consider first line in this population due tolerability and no ae.**[REDACTED]** full review. NC: keepmd in adoption through product differentiation specially vs abilify. | Seroquel | Works Across a Broad Range of Symptoms |
| 86 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 06/30/2005 10:29 | Sit down Call | Efficacy data discussion, he asked about label change in elderly patients and ,made the statement that sq is going to be consider first line in this population due tolerability and no ae.**[REDACTED]** full review. NC: keepmd in adoption through product differentiation specially vs abilify. | Seroquel | Works Early |
| 87 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 07/18/2005 14:20 | Stand-Up Call | **[REDACTED]** full review and label change clarification again, he stillprefferingsq among the atypicals in elderly patients.NC: safety profile differentaition. | Seroquel | Continues to Work |
| 88 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 07/18/2005 14:20 | Stand-Up Call | **[REDACTED]** full review and label change clarification again, he stillprefferingsq among the atypicals in elderly patients.NC: safety profile differentaition. | Seroquel | Now I can |
| 89 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 07/18/2005 14:20 | Stand-Up Call | **[REDACTED]** full review and label change clarification again, he stillprefferingsq among the atypicals in elderly patients.NC: safety profile differentaition. | Seroquel | Target Dose:  600mg |
| 90 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 07/18/2005 14:20 | Stand-Up Call | **[REDACTED]** full review and label change clarification again, he stillprefferingsq among the atypicals in elderly patients.NC: safety profile differentaition. | Seroquel | Trusted Tolerability |
| 91 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 07/18/2005 14:20 | Stand-Up Call | **[REDACTED]** full review and label change clarification again, he stillprefferingsq among the atypicals in elderly patients.NC: safety profile differentaition. | Seroquel | Works Across a Broad Range of Symptoms |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 92 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 07/18/2005 14:20 | Stand-Up Call | [REDACTED] full review and label change clarification again, he stillprefferingsq among the atypicals in elderly patients.NC: safety profile differentaition. | Seroquel | Works Early |
| 93 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 08/01/2005 09:32 | Sit down Call | We went through pi and clarified again sq label change, also [REDACTED] full presentation, he started to use it again w excellent clinical experience. NC: efficacy dta and symptoms controll in manic pateints and how is the similarity w his patient type. | Seroquel | Continues to Work |
| 94 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 08/01/2005 09:32 | Sit down Call | We went through pi and clarified again sq label change, also [REDACTED] full presentation, he started to use it again w excellent clinical experience. NC: efficacy dta and symptoms controll in manic pateints and how is the similarity w his patient type. | Seroquel | Now I can |
| 95 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 08/01/2005 09:32 | Sit down Call | We went through pi and clarified again sq label change, also [REDACTED] full presentation, he started to use it again w excellent clinical experience. NC: efficacy dta and symptoms controll in manic pateints and how is the similarity w his patient type. | Seroquel | Target Dose:  600mg |
| 96 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 08/01/2005 09:32 | Sit down Call | We went through pi and clarified again sq label change, also [REDACTED] full presentation, he started to use it again w excellent clinical experience. NC: efficacy dta and symptoms controll in manic pateints and how is the similarity w his patient type. | Seroquel | Trusted Tolerability |
| 97 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 08/01/2005 09:32 | Sit down Call | We went through pi and clarified again sq label change, also [REDACTED] full presentation, he started to use it again w excellent clinical experience. NC: efficacy dta and symptoms controll in manic pateints and how is the similarity w his patient type. | Seroquel | Works Across a Broad Range of Symptoms |
| 98 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 08/01/2005 09:32 | Sit down Call | We went through pi and clarified again sq label change, also [REDACTED] full presentation, he started to use it again w excellent clinical experience. NC: efficacy dta and symptoms controll in manic pateints and how is the similarity w his patient type. | Seroquel | Works Early |
| 99 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 09/06/2005 11:30 | Sit down Call | Sq tolerability profile discussion,md stayed again that sq is his first choice among the atypicals and he doesn't matter label change. [REDACTED] full review also, started some patients last week and waiting for feedback, commented that is an excellent drug also. NC: keep md in adoption  stage long term data discussion. | Seroquel | Continues to Work |
| 100 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 09/06/2005 11:30 | Sit down Call | Sq tolerability profile discussion,md stayed again that sq is his first choice among the atypicals and he doesn't matter label change. [REDACTED] full review also, started some patients last week and waiting for feedback, commented that is an excellent drug also. NC: keep md in adoption  stage long term data discussion. | Seroquel | Now I can |
| 101 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 09/06/2005 11:30 | Sit down Call | Sq tolerability profile discussion,md stayed again that sq is his first choice among the atypicals and he doesn't matter label change. [REDACTED] full review also, started some patients last week and waiting for feedback, commented that is an excellent drug also. NC: keep md in adoption  stage long term data discussion. | Seroquel | Target Dose:  600mg |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 102 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 09/06/2005 11:30 | Sit down Call | Sq tolerability profile discussion,md stayed again that sq is his first choice among the atypicals and he doesn't matter label change. [REDACTED] full review also, started some patients last week and waiting for feedback, commented that is an excellent drug also. NC: keep md in adoption  stage long term data discussion. | Seroquel | Trusted Tolerability |
| 103 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 09/06/2005 11:30 | Sit down Call | Sq tolerability profile discussion,md stayed again that sq is his first choice among the atypicals and he doesn't matter label change. [REDACTED] full review also, started some patients last week and waiting for feedback, commented that is an excellent drug also. NC: keep md in adoption  stage long term data discussion. | Seroquel | Works Across a Broad Range of Symptoms |
| 104 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 09/06/2005 11:30 | Sit down Call | Sq tolerability profile discussion,md stayed again that sq is his first choice among the atypicals and he doesn't matter label change. [REDACTED] full review also, started some patients last week and waiting for feedback, commented that is an excellent drug also. NC: keep md in adoption  stage long term data discussion. | Seroquel | Works Early |
| 105 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 11/01/2005 08:54 | Stand-up Call | Tolerability profile discussion for both drugs, excellent feedback regarding nasl spray efficacy and onset of action. NC: keep md in adoption stage, mean dosis probing. | Seroquel | Differentiate on Tolerability |
| 106 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 11/29/2005 00:00 | Sit down Call | NEC out service | Seroquel | Differentiate on Tolerability |
| 107 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 11/29/2005 00:00 | Sit down Call | NEC out service | Seroquel | Neutralize Competition |
| 108 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 11/29/2005 00:00 | Sit down Call | NEC out service | Seroquel | Strengthen on Efficacy: Mania |
| 109 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 11/29/2005 00:00 | Sit down Call | NEC out service | Seroquel | Strengthen on Efficacy: Schizophrenia |
| 110 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 12/21/2005 18:28 | Sit down Call | We went briefly through ae profile to reinforce tolerability mesage, no samples because md is going to be on vacations. | Seroquel | Differentiate on Tolerability |
| 111 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 12/21/2005 18:28 | Sit down Call | We went briefly through ae profile to reinforce tolerability mesage, no samples because md is going to be on vacations. | Seroquel | Neutralize Competition |
| 112 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 01/04/2006 14:26 | Stand-Up Call | Efficac/tolerability, [REDACTED] presentation willing to use it instead of Prevacid. NC: follow up clinical experience for all drugs | Seroquel | Differentiate on Tolerability |
| 113 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 01/23/2006 19:35 | Stand-Up Call | Tolerability discussion according patient population for all three drugs, Emphasis in sq unique ae profile. NC: clinical experience folow up open conversation to sell to the need. | Seroquel | Differentiate on Tolerability |
| 114 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 03/09/2006 11:15 | Sit down Call | efficacy tolerability discussioon for all products, new 50 mg tablet more than wellcome. NC; keep md in adoption trial switching from other atypicals . | Seroquel | Differentiate on Tolerability |
| 115 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 03/09/2006 11:15 | Sit down Call | efficacy tolerability discussioon for all products, new 50 mg tablet more than wellcome. NC; keep md in adoption trial switching from other atypicals . | Seroquel | Strengthen on Efficacy: Mania |
| 116 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 05/26/2006 23:19 | Stand-Up Call | Tolerability core message for all drugs. Not sure about sample allocations , repeat call next week. | Seroquel | Differentiate on Tolerability |
| 117 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 05/26/2006 23:19 | Stand-Up Call | Tolerability core message for all drugs. Not sure about sample allocations , repeat call next week. | Seroquel | Neutralize Competition |
| 118 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 05/26/2006 23:19 | Stand-Up Call | Tolerability core message for all drugs. Not sure about sample allocations , repeat call next week. | Seroquel | Strengthen on Efficacy: Mania |
| 119 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 05/26/2006 23:19 | Stand-Up Call | Tolerability core message for all drugs. Not sure about sample allocations , repeat call next week. | Seroquel | Strengthen on Efficacy: Schizophrenia |
| 120 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 05/30/2006 13:07 | Sit down Call | Akathisia emphasis, seroquel unique profile discussion in order to keep in adoption stage. NC; cont differentiation core message. | Seroquel | Differentiate on Tolerability |
| 121 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 06/28/2006 19:48 | Stand-Up Call | No samples, going to be on vacations. Core message discussion. | Seroquel | EPS / Akathisia |
| 122 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 10/03/2006 12:27 | Sit down Call | Full discussion of three drugs, efficacy controlling symtoms along w safety profile. NC: more differentation on tolerability. | Seroquel | EPS / Akathisia |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 123 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 10/03/2006 12:27 | Sit down Call | Full discussion of three drugs, efficacy controlling symtoms along w safety profile. NC: more differentaition on tolerability. | Seroquel | Efficacy |
| 124 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 10/03/2006 12:27 | Sit down Call | Full discussion of three drugs, efficacy controlling symtoms along w safety profile. NC: more differentaition on tolerability. | Seroquel | Reduction in activation and hostility |
| 125 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 11/14/2006 12:18 | Stand-Up Call | No samples, going to out next week. Efficacy/tolerability core message. | Seroquel | EPS / Akathisia |
| 126 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 11/14/2006 12:18 | Stand-Up Call | No samples, going to out next week. Efficacy/tolerability core message. | Seroquel | Efficacy |
| 127 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 11/28/2006 12:46 | Sit down Call | Core message regarding efficacy and tolerability. | Seroquel | EPS / Akathisia |
| 128 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 11/28/2006 12:46 | Sit down Call | Core message regarding efficacy and tolerability. | Seroquel | Efficacy |
| 129 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 01/18/2007 15:05 | Sit down Call | No samples allocation for this call, md wanted samples. PI and Bolder presentation new indication in bipolar depression, md commented that sq is excellent controlling those symtoms associated w deprssion according to his previous clinical experience. | Seroquel | Bip dep symptom improvement as early as wk 1 |
| 130 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 01/18/2007 15:05 | Sit down Call | No samples allocation for this call, md wanted samples. PI and Bolder presentation new indication in bipolar depression, md commented that sq is excellent controlling those symtoms associated w deprssion according to his previous clinical experience. | Seroquel | Bip dep target dose of 300 mg QD by day 4 qhs |
| 131 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 01/18/2007 15:05 | Sit down Call | No samples allocation for this call, md wanted samples. PI and Bolder presentation new indication in bipolar depression, md commented that sq is excellent controlling those symtoms associated w deprssion according to his previous clinical experience. | Seroquel | Improvement in all 10 MADRS items |
| 132 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 01/18/2007 15:05 | Sit down Call | No samples allocation for this call, md wanted samples. PI and Bolder presentation new indication in bipolar depression, md commented that sq is excellent controlling those symtoms associated w deprssion according to his previous clinical experience. | Seroquel | Only monotherapy for both bip dep and mania |
| 133 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 01/18/2007 15:05 | Sit down Call | No samples allocation for this call, md wanted samples. PI and Bolder presentation new indication in bipolar depression, md commented that sq is excellent controlling those symtoms associated w deprssion according to his previous clinical experience. | Seroquel | Pts may suffer from a broad range of symptoms |
| 134 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 02/20/2007 16:29 | Sit down Call | Bipolar depression core message, symptoms controll. | Seroquel | Bip dep symptom improvement as early as wk 1 |
| 135 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 02/20/2007 16:29 | Sit down Call | Bipolar depression core message, symptoms controll. | Seroquel | Bip dep target dose of 300 mg QD by day 4 qhs |
| 136 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 02/20/2007 16:29 | Sit down Call | Bipolar depression core message, symptoms controll. | Seroquel | Efficacy |
| 137 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 02/20/2007 16:29 | Sit down Call | Bipolar depression core message, symptoms controll. | Seroquel | Improvement in all 10 MADRS items |
| 138 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 02/20/2007 16:29 | Sit down Call | Bipolar depression core message, symptoms controll. | Seroquel | Only monotherapy for both bip dep and mania |
| 139 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 02/20/2007 16:29 | Sit down Call | Bipolar depression core message, symptoms controll. | Seroquel | Pts may suffer from a broad range of symptoms |
| 140 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 02/20/2007 16:29 | Sit down Call | Bipolar depression core message, symptoms controll. | Seroquel | Somnolence |
| 141 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 03/12/2007 09:51 | Sit down Call | Commented that both drugas are his choice, diff among ppi and atypicals due tolerability. | Seroquel | EPS / Akathisia |
| 142 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 03/12/2007 09:51 | Sit down Call | Commented that both drugas are his choice, diff among ppi and atypicals due tolerability. | Seroquel | Efficacy |
| 143 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 04/26/2007 17:58 | Stand-Up Call | Core message discusion for bipolar depression indication. | Seroquel | Efficacy |
| 144 | [REDACTED - 4] | | | | | | | Orta, DamarisJ | 05/17/2007 11:35 | Sit down Call | Bipolar depression indication presentation again commented that he had beeing using it before for that and that he is confident regarding efficacy w mood satbilizing properties. | Seroquel | Dosing |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 145 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 05/17/2007 11:35 | Sit down Call | Bipolar depression indication presentation again commented that he had beeing using it before for that and that he is confident regarding efficacy w mood satblizing properties. | Seroquel | EPS / Akathisia |
| 146 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 05/17/2007 11:35 | Sit down Call | Bipolar depression indication presentation again commented that he had beeing using it before for that and that he is confident regarding efficacy w mood satblizing properties. | Seroquel | Efficacy |
| 147 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 05/17/2007 11:35 | Sit down Call | Bipolar depression indication presentation again commented that he had beeing using it before for that and that he is confident regarding efficacy w mood satblizing properties. | Seroquel | Know the Facts |
| 148 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 08/06/2007 10:40 | Stand-Up Call | Asked for [REDACTED] service, sq efficacy controlling symptoms. Core message discussion. NC: keep md in addoption stage. | Seroquel | Pts may suffer from a broad range of symptoms |
| 149 | | | [REDACTED - 4] | | | | | Orta, DamarisJ | 11/09/2007 11:15 | Stand-Up Call | Core message for all promoted drugs. Preffers SQ among atypicals. NC: keep md in adoption stage. | Seroquel | Only monotherapy for both bip dep and mania |