# EXHIBIT D

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 2 | | | [REDACTED - 9] | | | | | Mussenden, Gerald | 03/02/2004 22:02 | Stand-Up Call | Good talk about his comfort level with atypicals & his Rx-ing experience, no comfort & does not Rx these meds especially when he only treats for depression & or anxiet & there he Rx's Zoloft ,Paxil etc. He admitted that the Neuro. drugs are too confusing.  NCO-set up time to discuss, teach more about Seroquel | Seroquel | Well Accepted! - Elderly |
| 3 | | | [REDACTED - 9] | | | | | Mussenden, Gerald | 03/02/2004 22:02 | Stand-Up Call | Good talk about his comfort level with atypicals & his Rx-ing experience, no comfort & does not Rx these meds especially when he only treats for depression & or anxiet & there he Rx's Zoloft ,Paxil etc. He admitted that the Neuro. drugs are too confusing.  NCO-set up time to discuss, teach more about Seroquel | Seroquel | Well Accepted! - Favorable Wt. Profile |
| 4 | | | [REDACTED - 9] | | | | | Mussenden, Gerald | 03/02/2004 22:02 | Stand-Up Call | Good talk about his comfort level with atypicals & his Rx-ing experience, no comfort & does not Rx these meds especially when he only treats for depression & or anxiet & there he Rx's Zoloft ,Paxil etc. He admitted that the Neuro. drugs are too confusing.  NCO-set up time to discuss, teach more about Seroquel | Seroquel | Well Accepted! - Seroquel Efficacy |
| 5 | | | [REDACTED - 9] | | | | | Gibson, Stephanie Campbell | 03/09/2004 00:00 | Lunch and Learn | call on 3/9 to determine location. | | |
| 6 | | | [REDACTED - 9] | | | | | Mussenden, Gerald | 03/30/2004 20:27 | Stand-Up Call | Formulary reminder for [REDACTED] & Seroquel reminder for mania / bi-polar pt's | Seroquel | Well Accepted! - Dosing/Administration |
| 7 | | | [REDACTED - 9] | | | | | Mussenden, Gerald | 03/30/2004 20:27 | Stand-Up Call | Formulary reminder for [REDACTED] & Seroquel reminder for mania / bi-polar pt's | Seroquel | Well Accepted! - EPS Differentiation |
| 8 | | | [REDACTED - 9] | | | | | Mussenden, Gerald | 03/30/2004 20:27 | Stand-Up Call | Formulary reminder for [REDACTED] & Seroquel reminder for mania / bi-polar pt's | Seroquel | Well Accepted! - Elderly |
| 9 | | | [REDACTED - 9] | | | | | Mussenden, Gerald | 03/30/2004 20:27 | Stand-Up Call | Formulary reminder for [REDACTED] & Seroquel reminder for mania / bi-polar pt's | Seroquel | Well Accepted! - Favorable Wt. Profile |
| 10 | | | [REDACTED - 9] | | | | | Mussenden, Gerald | 03/30/2004 20:27 | Stand-Up Call | Formulary reminder for [REDACTED] & Seroquel reminder for mania / bi-polar pt's | Seroquel | Well Accepted! - Seroquel Efficacy |
| 11 | | | [REDACTED - 9] | | | | | Mussenden, Gerald | 03/30/2004 20:27 | Stand-Up Call | Formulary reminder for [REDACTED] & Seroquel reminder for mania / bi-polar pt's | Seroquel | Well Accepted! - Trusted Tolerability |
| 12 | | | [REDACTED - 9] | | | | | Mussenden, Gerald | 03/30/2004 20:27 | Stand-Up Call | Formulary reminder for [REDACTED] & Seroquel reminder for mania / bi-polar pt's | Seroquel | Works - Broad Range of Mood Symptoms |
| 13 | | | [REDACTED - 9] | | | | | Good, Ana  Lorenzo | 04/01/2004 00:00 | Tutorials | | | |
| 14 | | | [REDACTED - 9] | | | | | Mussenden, Gerald | 04/28/2004 07:43 | Stand-Up Call | Cadidate for Seroquel, he signed in his office[REDACTED - 9], invited him to lunch, had plans but he is always willing, NCO lunch with them....ouch | Seroquel | Well Accepted! - Dosing/Administration |
| 15 | | | [REDACTED - 9] | | | | | Herrmann, AndreaJ | 06/24/2005 10:54 | Stand-Up Call | [REDACTED - 9] complained about samples again. but, he had a full bin, plus a box he didn't see that just came in. I came back today to unload & remind him how i've been going out of my way to see that they have enough[REDACTED]. | Seroquel | Target Dose:  600mg |
| 16 | | | [REDACTED - 9] | | | | | Herrmann, AndreaJ | 07/05/2005 15:36 | Stand-Up Call | Got a call that they were out of smpls & needed some, as well as 7 day vouchers. Gave [REDACTED - 9.1] a stack of vouchers for her lab coat. [REDACTED - 9] said to be sure & speak with [REDACTED - 9.2], [REDACTED - 9.3] & other nurses about how to use vouchers since theyare often writing the Rx. Spoke with [REDACTED - 9.2]. | Seroquel | Target Dose:  600mg |
| 17 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 07/12/2005 15:55 | Stand-Up Call | R/ Dr made me wait forever but then escorted me back to meet the GI. He introduced me and said some really kind words (imagine that). Dr received a letter from AZ about Sero's black bow warning and it kinda frightened him.I invited them out to lunch and we will further discuss the issues. | Seroquel | Burden of Bipolar Disorder |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 18 | | | | [REDACTED - 9] | | | | Rafols, JoseJ | 07/14/2005 13:29 | Access Meal | R/ Dr's [REDACTED - 9] and [REDACTED - 9.4] joined me for lunch at the Capital Grill. They are very formulary driven and said they will write more sero and [REDACTED] for their Medicaid patients. I went through the efficacy of one drug vs another and they were impressed with the results | Seroquel | Burden of Bipolar Disorder |
| 19 | | | | [REDACTED - 9] | | | | Rafols, JoseJ | 07/14/2005 13:29 | Access Meal | R/ Dr's [REDACTED - 9] and [REDACTED - 9.4] joined me for lunch at the Capital Grill. They are very formulary driven and said they will write more sero and [REDACTED] for their Medicaid patients. I went through the efficacy of one drug vs another and they were impressed with the results | Seroquel | Target Dose: 600mg |
| 20 | | | | [REDACTED - 9] | | | | Herrmann, AndreaJ | 07/19/2005 15:07 | Stand-Up Call | while waiting to invited [REDACTED - 9.5] to lunch next week, I managed to see every doc but [REDACTED - 9.4]. No takers for Dr. Starr program. Let them know the zyprexa is off medicaid. | Seroquel | Target Dose: 600mg |
| 21 | | | | [REDACTED - 9] | | | | Herrmann, AndreaJ | 07/19/2005 15:07 | Stand-Up Call | while waiting to invited [REDACTED - 9.5] to lunch next week, I managed to see every doc but [REDACTED - 9.4]. No takers for Dr. Starr program. Let them know the zyprexa is off medicaid. | Seroquel | Trusted Tolerability |
| 22 | | | | [REDACTED - 9] | | | | Good, AnaJ | 08/04/2005 16:27 | Gatekeeper | He is on vacation this week. | | |
| 23 | | | | [REDACTED - 9] | | | | Herrmann, AndreaJ | 08/18/2005 09:34 | Stand-Up Call | invied [REDACTED - 9.1] & [REDACTED - 9] to Dr. Edson program. [REDACTED - 9] says he doesn't go to dinner programs, but [REDACTED - 9.1] sounded interested. she said she may even bring the new PA | Seroquel | Burden of Bipolar Disorder |
| 24 | | | | [REDACTED - 9] | | | | Mussenden, GeraldJ | 08/23/2005 11:55 | Stand-Up Call | Detailed them both on United & transitioned to Medicare part D & lost them. | Seroquel | Burden of Bipolar Disorder |
| 25 | | | | [REDACTED - 9] | | | | Herrmann, AndreaJ | 09/13/2005 15:43 | Stand-Up Call | detailed [REDACTED - 9] on EE. He's usual bull about smpls yatty yatty. [REDACTED - 9.5] didn't have time for a detail. I asked why his [REDACTED] are back up & he said it's probably hospital pts. I asked him to Crespo dinner next week. He said he'd try.New doc starts soon so his load may slow down. I will ask him to access meal & try to get the [REDACTED] bizz back. Gave [REDACTED - 9.6] the spanish MDQ she requested. She's been using the english one & liikes it.  She hasn't started anyone on Srql so hasn't used starter pack.I explained how it works & asked her to use it when pt screens bipolar positive. | Seroquel | Burden of Bipolar Disorder |
| 26 | | | | [REDACTED - 9] | | | | Herrmann, AndreaJ | 09/13/2005 15:43 | Stand-Up Call | detailed [REDACTED - 9] on EE. He's usual bull about smpls yatty yatty. [REDACTED - 9.5] didn't have time for a detail. I asked why his [REDACTED] are back up & he said it's probably hospital pts. I asked him to Crespo dinner next week. He said he'd try.New doc starts soon so his load may slow down. I will ask him to access meal & try to get the [REDACTED] bizz back. Gave [REDACTED - 9.6] the spanish MDQ she requested. She's been using the english one & liikes it.  She hasn't started anyone on Srql so hasn't used starter pack.I explained how it works & asked her to use it when pt screens bipolar positive. | Seroquel | Target Dose: 600mg |
| 27 | | | | [REDACTED - 9] | | | | Herrmann, AndreaJ | 11/02/2005 15:45 | Stand-Up Call | the wait to get in & the wait to see all the docs here is getting crazy.  Quick messages to all. They were bone dry on [REDACTED]. I went over vouchers with them again. | Seroquel | Burden of Bipolar Disorder |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 28 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 11/17/2005 10:33 | Stand-Up Call | R/ I did not sample them because they had the sample bin full and a [REDACTED] case on standby. Leaving the sample bottle in the box is helping out to slow down the amount of samples leaving the office. Both Dr's said that they are and prefer writing [REDACTED] and the only reason they write the others is refills or formulary driven. | Seroquel | Burden of Bipolar Disorder |
| 29 | | | [REDACTED - 9] | | | | | Herrmann, AndreaJ | 12/13/2005 15:16 | Stand-Up Call | mad house, but worth the wait b'c lots of docs in. Reminded them that [REDACTED] has the best acid control & asked for holiday heartburn sufferers. | Seroquel | Only atypical with placebo-like EPS |
| 30 | | | [REDACTED - 9] | | | | | Herrmann, AndreaJ | 12/22/2005 14:30 | Stand-Up Call | [REDACTED - 9] gave me an earful about no [REDACTED] smpls. I told him [REDACTED - 9.5] signed for some & shipped on 19th so I'm not sure where they all went.[REDACTED - 9] says [REDACTED - 9.5] steals them for his family.I told him to get onto him for that bad habit. | Seroquel | Only atypical with placebo-like EPS |
| 31 | | | [REDACTED - 9] | | | | | Herrmann, AndreaJ | 01/03/2006 15:53 | Stand-Up Call | set up lunches for next 3 mos so I can get better access. [REDACTED - 9.7] says breakfasts are only beneficial if I want to see [REDACTED - 9]. otherwise [REDACTED - 9.4] doesn't get in until 10:30. And [REDACTED - 9.5] arrives around 1:15p. [REDACTED - 9.1] said to me "oh, you are actually bringing us some [REDACTED]". I replied that I had ordered some last week & then haven't arrived yet. | Seroquel | Only atypical with placebo-like EPS |
| 32 | | | [REDACTED - 9] | | | | | Herrmann, AndreaJ | 01/25/2006 14:03 | Lunch and Learn | Brought lunch in. Went over EE model & Lauritsen with [REDACTED - 9]. Also asked him about SQL. after our discussion he said he may try to use it. He actually took PI out to read it. The rest of the docs strolled in later & I was able to Quickly show EE model & give healing data. Also went over h pylori. | Seroquel | Only atypical with placebo-like EPS |
| 33 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 03/09/2006 08:51 | Stand-Up Call | R/ They go through samples like candy. I again explained that the samples are for new starts and to try to use the 7-Day coupons to offset giving away so many samples. He does see [REDACTED] as the best so I went straight to formulary advanatges. | Seroquel | Burden of Bipolar Disorder |
| 34 | | | [REDACTED - 9] | | | | | Mussenden, GeraldJ | 03/21/2006 21:43 | Stand-Up Call | All SQL samples are gone & she admitted she is giving samples to a pt' that needs it. Need to find out more about that pt'. She said that after our lunch she started a few pt's. Need to find out more about the few new starts she has done. She is looking for some customized forms for :anxiety,, depression, etc...[REDACTED] reminder msg for the rest, decorated that sample closet with [REDACTED] pro mo items BIG TIME! | Seroquel | Burden of Bipolar Disorder |
| 35 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 07/13/2006 14:35 | Access Meal | R/ Jerry and i took bot Dr's out for lunch and had some really good [REDACTED] and Sero discussions. [REDACTED - 9.4] gave us some names of some Psych nurses who work in the hospital psych ward and may be able to help us with switches. Jerry and I planned lunches with them next week to discuss it further. | Seroquel | Burden of Bipolar Disorder |
| 36 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 08/23/2006 09:08 | Stand-Up Call | R/ Dr was the only one here this morning and the conversation was short. I went over acid control and updated him on our formulary coverage. he has even written a Sero script WOW. | Seroquel | Burden of Bipolar Disorder |
| 37 | | | [REDACTED - 9] | | | | | Rumberg, LoriJ | 08/31/2006 13:16 | Stand-Up Call | Introduced myself and 3 products. Dr. had no time. Going back tomorrow so I can leave more samples and met other dr.s | Seroquel | Burden of Bipolar Disorder |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 38 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 09/28/2006 08:45 | Stand-Up Call | R/ Dr said he hates when reps come in and try to teach him chemistry or a slogan that the company has trained him/her to say. I of course took another route and said I just wanted to show him new studies showing differences among the PPI's. We go way back and he gave me time to present [REDACTED] and Sero. Please keep an eye on the Sero samples because the competition keeps moving the sample bin. | Seroquel | Burden of Bipolar Disorder |
| 39 | | | [REDACTED - 9] | | | | | Rumberg, LoriJ | 10/05/2006 09:56 | Stand-Up Call | Dr. did not want to hear about product information. Basically was happy that I was leaving samples and thanked me for stopping by. | Seroquel | Burden of Bipolar Disorder |
| 40 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 10/25/2006 09:55 | Stand-Up Call | R/ Dr sat with me for awile and asked no detail today. We discussed everything and anything but he did not want to discuss Pharma products. I did mention [REDACTED] and Sero at the end of the discussion but I am not sure if he was even paying attention. | Seroquel | Burden of Bipolar Disorder |
| 41 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 11/30/2006 09:36 | Stand-Up Call | R/ I was just in on Monday and their were several sero samples in the sample bin but today Thursday I discovered those samples missing. Dr said that they are using more sero and [REDACTED - 9.4] writes it at the hospital. | Seroquel | Burden of Bipolar Disorder |
| 42 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 11/30/2006 09:36 | Stand-Up Call | R/ I was just in on Monday and their were several sero samples in the sample bin but today Thursday I discovered those samples missing. Dr said that they are using more sero and [REDACTED - 9.4] writes it at the hospital. | Seroquel | Only atypical with placebo-like EPS |
| 43 | | | [REDACTED - 9] | | | | | Rumberg, LoriJ | 12/05/2006 16:12 | Gatekeeper | Waited for rep ahead of me... then they were seeing anymore reps. | | |
| 44 | | | [REDACTED - 9] | | | | | -, AMICJ | 12/12/2006 16:33 | AZ Information Center | This HCP was contacted by the Information Center as part of an Outbound Campaign. | | |
| 45 | | | [REDACTED - 9] | | | | | Rumberg, LoriJ | 12/21/2006 13:04 | Gatekeeper | Will try next week - Dr.s now left to go out of town. | | |
| 46 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 01/18/2007 09:41 | Stand-Up Call | R/ Dr as always was [REDACTED - 9] but happy to find out that I will remain in S-Tampa. I went over formulary coverage with [REDACTED] and better acid control. He did not want to hear the Sero msg because he does not like to write Atypicals. | Seroquel | Efficacy |
| 47 | | | [REDACTED - 9] | | | | | Deisler, JillJ | 01/25/2007 13:56 | Office Manager | spoke to [REDACTED - 9.7] to cancel lunch due to a "conflict" and said i will reschedule at a later date - she was cool with that, mon & fri are good for [REDACTED - 9.4] | | |
| 48 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 02/08/2007 09:35 | Sit down Call | R/ Dr sat with me in his office and we spoke for several minutes. He said that he goes to [REDACTED] first but if their are no samples he will then go ahead to another PPI. He does not like to treat Bi-Polar but he does not screen either so HOW DOES HE KNOW?????? | Seroquel | Dosing |
| 49 | | | [REDACTED - 9] | | | | | Rumberg, LoriJ | 02/20/2007 13:18 | Stand-Up Call | Walks away is then gets on the phone. [REDACTED - 9.8] - waived me over to talk to him. Showed him BPD starter packs and explained dosing. | Seroquel | Only monotherapy for both bip dep and mania |
| 50 | | | [REDACTED - 9] | | | | | Rumberg, LoriJ | 04/10/2007 15:30 | Stand-Up Call | Computer battery went dead as he signed... there were no samples so dr. said he cant/wont Rx without them. Asked him maybe staff were taking them because the sampling doesn't seem right. He brought me in back and then he dictated... had conversation then set access lunch. | Seroquel | Bip dep symptom improvement as early as wk 1 |
| 51 | | | [REDACTED - 9] | | | | | Ramos, RomeoJ | 05/03/2007 14:32 | Gatekeeper | R:On vacation until next week. | | |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 52 | | | [REDACTED - 9] | | | | | Rumberg, LoriJ | 05/08/2007 13:09 | Access Meal | Great talk about switching them to [REDACTED] if appropriate from the Prot. in hospital. Says he is trying to more. Office is in process of learning new software and going paperless. I asked if I could help and load our PAP and other materials onto computer to make it easier. | Seroquel | Bip dep symptom improvement as early as wk 1 |
| 53 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 05/09/2007 14:12 | Stand-Up Call | R/ Upon entering the sample closet I discovered the Sero sample bin moved and all the Sero samples dumped in another bin. I cleaned up the bin and placed it back in its correct spot. The Dr complained about not having enou samples and that our drug is doing great in his practice. I went over efficacy but he just wanted to chat abou other thins going on in the office. | Seroquel | Efficacy |
| 54 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 05/09/2007 14:12 | Stand-Up Call | R/ Upon entering the sample closet I discovered the Sero sample bin moved and all the Sero samples dumped in another bin. I cleaned up the bin and placed it back in its correct spot. The Dr complained about not having enou samples and that our drug is doing great in his practice. I went over efficacy but he just wanted to chat abou other thins going on in the office. | Seroquel | Only monotherapy for both bip dep and mania |
| 55 | | | [REDACTED - 9] | | | | | Deisler, JillJ | 06/29/2007 00:00 | Follow Up | A sample request for this individual has been rejected. Request Date: 06/19/2007. Sample Card ID: 117773300756. Please see the sample history for complete detail. | | |
| 56 | | | [REDACTED - 9] | | | | | Ramos, RomeoJ | 06/29/2007 00:00 | Follow Up | A sample request for this individual has been rejected. Request Date: 06/19/2007. Sample Card ID: 101229300777. Please see the sample history for complete detail. | | |
| 57 | | | [REDACTED - 9] | | | | | Rumberg, LoriJ | 07/27/2007 16:09 | Gatekeeper | | | |
| 58 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 10/09/2007 11:23 | Access Meal | R/ David and I both took Dr's [REDACTED - 9] and [REDACTED - 9.4] out to lunch. We discussed [REDACTED] and why it's different from Advair. [REDACTED - 9] says that he does treat many patients suffering from Asthma and that some meds just don't work or don't work so well. Medicaid is a BIG win with them because they have plenty of Medicaid business. | Seroquel | Bipolar Disorder Dosing |
| 59 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 10/09/2007 11:23 | Access Meal | R/ David and I both took Dr's [REDACTED - 9] and [REDACTED - 9.4] out to lunch. We discussed [REDACTED] and why it's different from Advair. [REDACTED - 9] says that he does treat many patients suffering from Asthma and that some meds just don't work or don't work so well. Medicaid is a BIG win with them because they have plenty of Medicaid business. | Seroquel | Bipolar Disorder Efficacy |
| 60 | | | [REDACTED - 9] | | | | | Rafols, JoseJ | 10/09/2007 11:23 | Access Meal | R/ David and I both took Dr's [REDACTED - 9] and [REDACTED - 9.4] out to lunch. We discussed [REDACTED] and why it's different from Advair. [REDACTED - 9] says that he does treat many patients suffering from Asthma and that some meds just don't work or don't work so well. Medicaid is a BIG win with them because they have plenty of Medicaid business. | Seroquel | Somnolence |