# EXHIBIT E

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 2 | | | | [REDACTED - 3] | | | | | Rodriguez, Sheyla Florence | 01/08/2004 12:09 | Sit down Call | doctor is not starting new pts ,he gave all his pts to [REDACTED - 3.1]. he will leave soon to Spain, but he is finishing the pts who has legal problems before leaving. | Seroquel | Accepted! - EPS Differentiation |
| 3 | | | | [REDACTED - 3] | | | | | Rodriguez, Sheyla Florence | 01/08/2004 12:09 | Sit down Call | doctor is not starting new pts ,he gave all his pts to [REDACTED - 3.1]. he will leave soon to Spain, but he is finishing the pts who has legal problems before leaving. | Seroquel | Accepted! - Favorable Weight Profile |
| 4 | | | | [REDACTED - 3] | | | | | Rodriguez, Sheyla Florence | 01/08/2004 12:09 | Sit down Call | doctor is not starting new pts ,he gave all his pts to [REDACTED - 3.1]. he will leave soon to Spain, but he is finishing the pts who has legal problems before leaving. | Seroquel | Accepted! - Safety and Tolerability |
| 5 | | | | [REDACTED - 3] | | | | | Rodriguez, Sheyla Florence | 01/08/2004 12:09 | Sit down Call | doctor is not starting new pts ,he gave all his pts to [REDACTED - 3.1]. he will leave soon to Spain, but he is finishing the pts who has legal problems before leaving. | Seroquel | Well! - Seroquel Efficacy |
| 6 | | | | [REDACTED - 3] | | | | | Rodriguez, Sheyla Florence | 01/08/2004 12:09 | Sit down Call | doctor is not starting new pts ,he gave all his pts to [REDACTED - 3.1]. he will leave soon to Spain, but he is finishing the pts who has legal problems before leaving. | Seroquel | Well! Accepted! - Dosing and Titration |
| 7 | | | | [REDACTED - 3] | | | | | Rodriguez, Sheyla Florence | 01/08/2004 12:09 | Sit down Call | doctor is not starting new pts ,he gave all his pts to [REDACTED - 3.1]. he will leave soon to Spain, but he is finishing the pts who has legal problems before leaving. | Seroquel | Well! Accepted! - Elderly |
| 8 | | | | [REDACTED - 3] | | | | | Shuford, Kristina | 12-DEC-1101 12:00:00 AM | Business Solutions | Worked with Mari and Eli in presenting the drafts to [REDACTED - 3]. Aftersome minor corrections, [REDACTED - 3] signed off on the forms.  Will have designers finalize  and print. | Non-Product | Customer Needs Analysis |