# EXHIBIT F

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 2 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 01/07/2004 23:51:13 | Sit down Call | doc shared that program was positive and well received.  doc continues to use seroquel at high doses especially in the correctional facility - doc has an interest in the regional teleconference - no samples were needed nco: follow up to secure date for teleconference. | Seroquel | Accepted! - EPS Differentiation |
| 3 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 01/07/2004 23:51:13 | Sit down Call | doc shared that program was positive and well received.  doc continues to use seroquel at high doses especially in the correctional facility - doc has an interest in the regional teleconference - no samples were needed nco: follow up to secure date for teleconference. | Seroquel | Accepted! - Safety and Tolerability |
| 4 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 01/07/2004 23:51:13 | Sit down Call | doc shared that program was positive and well received.  doc continues to use seroquel at high doses especially in the correctional facility - doc has an interest in the regional teleconference - no samples were needed nco: follow up to secure date for teleconference. | Seroquel | Well! - Seroquel Efficacy |
| 5 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 01/07/2004 23:51:13 | Sit down Call | doc shared that program was positive and well received.  doc continues to use seroquel at high doses especially in the correctional facility - doc has an interest in the regional teleconference - no samples were needed nco: follow up to secure date for teleconference. | Seroquel | Well! Accepted! - Dosing and Titration |
| 6 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/10/2004 23:41:31 | Stand-Up Call | he wads busy only able to give him file card on the new dosing will come back next week | Seroquel | Average Dose in Responders: 600 mg |
| 7 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/10/2004 23:41:31 | Stand-Up Call | he wads busy only able to give him file card on the new dosing will come back next week | Seroquel | Well Accepted! - Dosing/Administration |
| 8 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/10/2004 23:41:31 | Stand-Up Call | he wads busy only able to give him file card on the new dosing will come back next week | Seroquel | Well Accepted! - Seroquel Efficacy |
| 9 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/10/2004 23:41:31 | Stand-Up Call | he wads busy only able to give him file card on the new dosing will come back next week | Seroquel | Well Accepted! - Trusted Tolerability |
| 10 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/10/2004 23:41:31 | Stand-Up Call | he wads busy only able to give him file card on the new dosing will come back next week | Seroquel | Works - Broad Range of Mood Symptoms |
| 11 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/10/2004 23:41:31 | Stand-Up Call | he wads busy only able to give him file card on the new dosing will come back next week | Seroquel | Works Early - Mono and Adjunct Therapy |
| 12 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/25/2004 09:57:42 | Stand-Up Call | doc not interested in samples disc new bipolar indication gave dosing card he was very aloof try to get more time w/ doc next visit | Seroquel | Average Dose in Responders: 600 mg |
| 13 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/25/2004 09:57:42 | Stand-Up Call | doc not interested in samples disc new bipolar indication gave dosing card he was very aloof try to get more time w/ doc next visit | Seroquel | Well Accepted! - Dosing/Administration |
| 14 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/25/2004 09:57:42 | Stand-Up Call | doc not interested in samples disc new bipolar indication gave dosing card he was very aloof try to get more time w/ doc next visit | Seroquel | Well Accepted! - EPS Differentiation |
| 15 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/25/2004 09:57:42 | Stand-Up Call | doc not interested in samples disc new bipolar indication gave dosing card he was very aloof try to get more time w/ doc next visit | Seroquel | Well Accepted! - Seroquel Efficacy |
| 16 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/25/2004 09:57:42 | Stand-Up Call | doc not interested in samples disc new bipolar indication gave dosing card he was very aloof try to get more time w/ doc next visit | Seroquel | Well Accepted! - Trusted Tolerability |
| 17 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/25/2004 09:57:42 | Stand-Up Call | doc not interested in samples disc new bipolar indication gave dosing card he was very aloof try to get more time w/ doc next visit | Seroquel | Works - Broad Range of Mood Symptoms |
| 18 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/25/2004 09:57:42 | Stand-Up Call | doc not interested in samples disc new bipolar indication gave dosing card he was very aloof try to get more time w/ doc next visit | Seroquel | Works Early - Mono and Adjunct Therapy |
| 19 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 03/29/2004 22:14:09 | Sit down Call | discussed target dosing and treating symptoms related to schizo. & bipolar | Seroquel | Average Dose in Responders: 600 mg |
| 20 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 03/29/2004 22:14:09 | Sit down Call | discussed target dosing and treating symptoms related to schizo. & bipolar | Seroquel | Well Accepted! - Dosing/Administration |
| 21 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 03/29/2004 22:14:09 | Sit down Call | discussed target dosing and treating symptoms related to schizo. & bipolar | Seroquel | Well Accepted! - Seroquel Efficacy |
| 22 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 03/29/2004 22:14:09 | Sit down Call | discussed target dosing and treating symptoms related to schizo. & bipolar | Seroquel | Well Accepted! - Trusted Tolerability |
| 23 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 03/29/2004 22:14:09 | Sit down Call | discussed target dosing and treating symptoms related to schizo. & bipolar | Seroquel | Works - Broad Range of Mood Symptoms |
| 24 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/31/2004 20:53:02 | Stand-Up Call | went by to remind him of pgm tonight he said that he had late hours so not feasible left bp file card & reminded of dosing | Seroquel | Average Dose in Responders: 600 mg |
| 25 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/31/2004 20:53:02 | Stand-Up Call | went by to remind him of pgm tonight he said that he had late hours so not feasible left bp file card & reminded of dosing | Seroquel | Well Accepted! - Dosing/Administration |
| 26 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/31/2004 20:53:02 | Stand-Up Call | went by to remind him of pgm tonight he said that he had late hours so not feasible left bp file card & reminded of dosing | Seroquel | Well Accepted! - Seroquel Efficacy |
| 27 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 03/31/2004 20:53:02 | Stand-Up Call | went by to remind him of pgm tonight he said that he had late hours so not feasible left bp file card & reminded of dosing | Seroquel | Works Early - Mono and Adjunct Therapy |
| 28 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 04/21/2004 23:08:30 | Sit down Call | disc  the importance of dosing w/ bp i ndication says he sees more of them than schi pat | Seroquel | Average Dose in Responders: 600 mg |

| A<br>CONTACT_ID | B<br>FULL_NAME | C<br>CONTACT_TYPE | D<br>ADDRESS_LINE_1 | G<br>CITY | H<br>STATE | I<br>ZIPCODE | J<br>REP_NAME | K<br>CALL_DATE | L<br>CALL_TYPE | M<br>CALL_NOTES | N<br>PRODUCT | O<br>PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 04/21/2004 23:08:30 | Sit down Call | disc the importance of dosing w/ bp i ndication says he sees more of them than schi pat | Seroquel | Well Accepted! - Dosing/Administration |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 04/21/2004 23:08:30 | Sit down Call | disc the importance of dosing w/ bp i ndication says he sees more of them than schi pat | Seroquel | Well Accepted! - EPS Differentiation |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 04/21/2004 23:08:30 | Sit down Call | disc the importance of dosing w/ bp i ndication says he sees more of them than schi pat | Seroquel | Well Accepted! - Favorable Wt. Profile |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 04/21/2004 23:08:30 | Sit down Call | disc the importance of dosing w/ bp i ndication says he sees more of them than schi pat | Seroquel | Well Accepted! - Seroquel Efficacy |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 04/21/2004 23:08:30 | Sit down Call | disc the importance of dosing w/ bp i ndication says he sees more of them than schi pat | Seroquel | Well Accepted! - Trusted Tolerability |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 04/21/2004 23:08:30 | Sit down Call | disc the importance of dosing w/ bp i ndication says he sees more of them than schi pat | Seroquel | Works - Broad Range of Mood Symptoms |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 04/21/2004 23:08:30 | Sit down Call | disc the importance of dosing w/ bp i ndication says he sees more of them than schi pat | Seroquel | Works Early - Mono and Adjunct Therapy |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 04/28/2004 22:57:44 | Sit down Call | disc dosing & bipolar symptoms he is no longer at [REDACTED - 5] he is now at [REDACTED - 5] set up lunch for 2 weeks w/ othe docs invited to wagle pgm | Seroquel | Average Dose in Responders: 600 mg |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 04/28/2004 22:57:44 | Sit down Call | disc dosing & bipolar symptoms he is no longer at [REDACTED - 5] he is now at [REDACTED - 5] set up lunch for 2 weeks w/ othe docs invited to wagle pgm | Seroquel | Well Accepted! - Dosing/Administration |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 04/28/2004 22:57:44 | Sit down Call | disc dosing & bipolar symptoms he is no longer at [REDACTED - 5] he is now at [REDACTED - 5] set up lunch for 2 weeks w/ othe docs invited to wagle pgm | Seroquel | Well Accepted! - Seroquel Efficacy |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 04/28/2004 22:57:44 | Sit down Call | disc dosing & bipolar symptoms he is no longer at [REDACTED - 5] he is now at [REDACTED - 5] set up lunch for 2 weeks w/ othe docs invited to wagle pgm | Seroquel | Well Accepted! - Trusted Tolerability |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 04/28/2004 22:57:44 | Sit down Call | disc dosing & bipolar symptoms he is no longer at [REDACTED - 5] he is now at [REDACTED - 5] set up lunch for 2 weeks w/ othe docs invited to wagle pgm | Seroquel | Works - Broad Range of Mood Symptoms |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 04/28/2004 22:57:44 | Sit down Call | disc dosing & bipolar symptoms he is no longer at [REDACTED - 5] he is now at [REDACTED - 5] set up lunch for 2 weeks w/ othe docs invited to wagle pgm | Seroquel | Works Early - Mono and Adjunct Therapy |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 05/06/2004 13:56:53 | Sit down Call | they bith came to the wagle pgm at the bulls head inn on thurs they had good questions re the use of seroquel in maintanace wagle was able to facilitat e their quesgtions | Seroquel | Average Dose in Responders: 600 mg |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 05/06/2004 13:56:53 | Sit down Call | they bith came to the wagle pgm at the bulls head inn on thurs they had good questions re the use of seroquel in maintanace wagle was able to facilitat e their quesgtions | Seroquel | Well Accepted! - Dosing/Administration |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 05/06/2004 13:56:53 | Sit down Call | they bith came to the wagle pgm at the bulls head inn on thurs they had good questions re the use of seroquel in maintanace wagle was able to facilitat e their quesgtions | Seroquel | Well Accepted! - Seroquel Efficacy |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 05/06/2004 13:56:53 | Sit down Call | they bith came to the wagle pgm at the bulls head inn on thurs they had good questions re the use of seroquel in maintanace wagle was able to facilitat e their quesgtions | Seroquel | Well Accepted! - Trusted Tolerability |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 05/06/2004 13:56:53 | Sit down Call | they bith came to the wagle pgm at the bulls head inn on thurs they had good questions re the use of seroquel in maintanace wagle was able to facilitat e their quesgtions | Seroquel | Works - Broad Range of Mood Symptoms |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 05/06/2004 13:56:53 | Sit down Call | they bith came to the wagle pgm at the bulls head inn on thurs they had good questions re the use of seroquel in maintanace wagle was able to facilitat e their quesgtions | Seroquel | Works Early - Mono and Adjunct Therapy |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 05/19/2004 16:08:47 | Sit down Call | disc dr wagle pgm w/ him he felt that he did not anwer the questions to his satisfaction asked him to come to another pgm he said he would disc dosing in bp indication said he still uses for schiz but higher doses | Seroquel | Average Dose in Responders: 600 mg |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 05/19/2004 16:08:47 | Sit down Call | disc dr wagle pgm w/ him he felt that he did not anwer the questions to his satisfaction asked him to come to another pgm he said he would disc dosing in bp indication said he still uses for schiz but higher doses | Seroquel | Well Accepted! - Dosing/Administration |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 05/19/2004 16:08:47 | Sit down Call | disc dr wagle pgm w/ him he felt that he did not anwer the questions to his satisfaction asked him to come to another pgm he said he would disc dosing in bp indication said he still uses for schiz but higher doses | Seroquel | Well Accepted! - Seroquel Efficacy |
| | | [REDACTED - 5] | | | | | Sinclair, Deneise | 05/19/2004 16:08:47 | Sit down Call | disc dr wagle pgm w/ him he felt that he did not anwer the questions to his satisfaction asked him to come to another pgm he said he would disc dosing in bp indication said he still uses for schiz but higher doses | Seroquel | Well Accepted! - Trusted Tolerability |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 52 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 05/19/2004 16:08:47 | Sit down Call | disc dr wagle pgm w/ him he felt that he did not anwer the questions to his satisfaction asked him to come to another pgm he said he would disc dosing in bp indication said he still uses for schiz but higher doses | Seroquel | Works - Broad Range of Mood Symptoms |
| 53 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 05/19/2004 16:08:47 | Sit down Call | disc dr wagle pgm w/ him he felt that he did not anwer the questions to his satisfaction asked him to come to another pgm he said he would disc dosing in bp indication said he still uses for schiz but higher doses | Seroquel | Works Early - Mono and Adjunct Therapy |
| 54 | | | | [REDACTED - 5] | | | | Thomas, Melissa A | 05/26/2004 09:54:14 | Sit down Call | doc attended the APA - doc shared that it was not organized as other meetings, but he learned a lot of interesting info. - he is still trying to organize a speaker program with sing sing. he will try again. reviewing side effects and target dosing. | Seroquel | Average Dose in Responders: 600 mg |
| 55 | | | | [REDACTED - 5] | | | | Thomas, Melissa A | 05/26/2004 09:54:14 | Sit down Call | doc attended the APA - doc shared that it was not organized as other meetings, but he learned a lot of interesting info. - he is still trying to organize a speaker program with sing sing. he will try again. reviewing side effects and target dosing. | Seroquel | Well Accepted! - Dosing/Administration |
| 56 | | | | [REDACTED - 5] | | | | Thomas, Melissa A | 05/26/2004 09:54:14 | Sit down Call | doc attended the APA - doc shared that it was not organized as other meetings, but he learned a lot of interesting info. - he is still trying to organize a speaker program with sing sing. he will try again. reviewing side effects and target dosing. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 57 | | | | [REDACTED - 5] | | | | Thomas, Melissa A | 05/26/2004 09:54:14 | Sit down Call | doc attended the APA - doc shared that it was not organized as other meetings, but he learned a lot of interesting info. - he is still trying to organize a speaker program with sing sing. he will try again. reviewing side effects and target dosing. | Seroquel | Well Accepted! - Trusted Tolerability |
| 58 | | | | [REDACTED - 5] | | | | Thomas, Melissa A | 05/26/2004 09:54:14 | Sit down Call | doc attended the APA - doc shared that it was not organized as other meetings, but he learned a lot of interesting info. - he is still trying to organize a speaker program with sing sing. he will try again. reviewing side effects and target dosing. | Seroquel | Works - Broad Range of Mood Symptoms |
| 59 | | | | [REDACTED - 5] | | | | Thomas, Melissa A | 05/26/2004 09:54:14 | Sit down Call | doc attended the APA - doc shared that it was not organized as other meetings, but he learned a lot of interesting info. - he is still trying to organize a speaker program with sing sing. he will try again. reviewing side effects and target dosing. | Seroquel | Works Early - Mono and Adjunct Therapy |
| 60 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 06/16/2004 12:07:53 | Sit down Call | disc doing a prison lunch he disc that the last pgm he felt that his anwers were not fully answered he is ok told him that i will fill out pir for any med info needed disc dosing asked him to remember the 300mg tablet  gave him bp depression invite | Seroquel | Average Dose in Responders: 600 mg |
| 61 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 06/16/2004 12:07:53 | Sit down Call | disc doing a prison lunch he disc that the last pgm he felt that his anwers were not fully answered he is ok told him that i will fill out pir for any med info needed disc dosing asked him to remember the 300mg tablet  gave him bp depression invite | Seroquel | Well Accepted! - Dosing/Administration |
| 62 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 06/16/2004 12:07:53 | Sit down Call | disc doing a prison lunch he disc that the last pgm he felt that his anwers were not fully answered he is ok told him that i will fill out pir for any med info needed disc dosing asked him to remember the 300mg tablet  gave him bp depression invite | Seroquel | Well Accepted! - EPS Differentiation |
| 63 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 06/16/2004 12:07:53 | Sit down Call | disc doing a prison lunch he disc that the last pgm he felt that his anwers were not fully answered he is ok told him that i will fill out pir for any med info needed disc dosing asked him to remember the 300mg tablet  gave him bp depression invite | Seroquel | Well Accepted! - Elderly |
| 64 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 06/16/2004 12:07:53 | Sit down Call | disc doing a prison lunch he disc that the last pgm he felt that his anwers were not fully answered he is ok told him that i will fill out pir for any med info needed disc dosing asked him to remember the 300mg tablet  gave him bp depression invite | Seroquel | Well Accepted! - Favorable Wt. Profile |
| 65 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 06/16/2004 12:07:53 | Sit down Call | disc doing a prison lunch he disc that the last pgm he felt that his anwers were not fully answered he is ok told him that i will fill out pir for any med info needed disc dosing asked him to remember the 300mg tablet  gave him bp depression invite | Seroquel | Well Accepted! - Seroquel Efficacy |
| 66 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 06/16/2004 12:07:53 | Sit down Call | disc doing a prison lunch he disc that the last pgm he felt that his anwers were not fully answered he is ok told him that i will fill out pir for any med info needed disc dosing asked him to remember the 300mg tablet  gave him bp depression invite | Seroquel | Well Accepted! - Trusted Tolerability |
| 67 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 06/16/2004 12:07:53 | Sit down Call | disc doing a prison lunch he disc that the last pgm he felt that his anwers were not fully answered he is ok told him that i will fill out pir for any med info needed disc dosing asked him to remember the 300mg tablet  gave him bp depression invite | Seroquel | Works - Broad Range of Mood Symptoms |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 68 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 06/16/2004 12:07:53 | Sit down Call | disc doing a prison lunch he disc that the last pgm he felt that his anwers were not fully answered he is ok told him that i will fill out pir for any med info needed disc dosing asked him to remember the 300mg tablet  gave him bp depression invite | Seroquel | Works Early - Mono and Adjunct Therapy |
| 69 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 06/23/2004 20:29:03 | Sit down Call | doc shared that seroquel has the less side effects compared to the competition - efficacy is seen but dosing is done gradually - went rapid titration and acute mania symptoms on the ymrs scale. | Seroquel | Average Dose in Responders: 600 mg |
| 70 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 06/23/2004 20:29:03 | Sit down Call | doc shared that seroquel has the less side effects compared to the competition - efficacy is seen but dosing is done gradually - went rapid titration and acute mania symptoms on the ymrs scale. | Seroquel | Well Accepted! - Dosing/Administration |
| 71 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 06/23/2004 20:29:03 | Sit down Call | doc shared that seroquel has the less side effects compared to the competition - efficacy is seen but dosing is done gradually - went rapid titration and acute mania symptoms on the ymrs scale. | Seroquel | Well Accepted! - EPS Differentiation |
| 72 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 06/23/2004 20:29:03 | Sit down Call | doc shared that seroquel has the less side effects compared to the competition - efficacy is seen but dosing is done gradually - went rapid titration and acute mania symptoms on the ymrs scale. | Seroquel | Well Accepted! - Favorable Wt. Profile |
| 73 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 06/23/2004 20:29:03 | Sit down Call | doc shared that seroquel has the less side effects compared to the competition - efficacy is seen but dosing is done gradually - went rapid titration and acute mania symptoms on the ymrs scale. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 74 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 06/23/2004 20:29:03 | Sit down Call | doc shared that seroquel has the less side effects compared to the competition - efficacy is seen but dosing is done gradually - went rapid titration and acute mania symptoms on the ymrs scale. | Seroquel | Well Accepted! - Trusted Tolerability |
| 75 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 06/23/2004 20:29:03 | Sit down Call | doc shared that seroquel has the less side effects compared to the competition - efficacy is seen but dosing is done gradually - went rapid titration and acute mania symptoms on the ymrs scale. | Seroquel | Works - Broad Range of Mood Symptoms |
| 76 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 07/14/2004 00:13:28 | Sit down Call | doc is trying to organize a program - will inform me next month. | Seroquel | Average Dose in Responders: 600 mg |
| 77 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 07/14/2004 00:13:28 | Sit down Call | doc is trying to organize a program - will inform me next month. | Seroquel | Well Accepted! - Dosing/Administration |
| 78 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 07/14/2004 00:13:28 | Sit down Call | doc is trying to organize a program - will inform me next month. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 79 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 07/14/2004 00:13:28 | Sit down Call | doc is trying to organize a program - will inform me next month. | Seroquel | Well Accepted! - Trusted Tolerability |
| 80 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 07/14/2004 00:13:28 | Sit down Call | doc is trying to organize a program - will inform me next month. | Seroquel | Works - Broad Range of Mood Symptoms |
| 81 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 07/21/2004 22:59:56 | Sit down Call | [REDACTED - 5.1]-[REDACTED - 5] ok on samples [REDACTED - 5] trying to get the prison program together will get back to me [REDACTED - 5.2] & [REDACTED - 5.3] spent so much time at this office [REDACTED - 5.2] said that he eventually is going to open the ct office full time he siad that is in the works an he has started a rehab clinic that is an alternative to methadone interesting con today ok on samples reinforced dosin [REDACTED - 5.3] gave good info on [REDACTED - 5] | Seroquel | Average Dose in Responders: 600 mg |
| 82 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 07/21/2004 22:59:56 | Sit down Call | [REDACTED - 5.1]-[REDACTED - 5] ok on samples [REDACTED - 5] trying to get the prison program together will get back to me [REDACTED - 5.2] & [REDACTED - 5.3] spent so much time at this office [REDACTED - 5.2] said that he eventually is going to open the ct office full time he siad that is in the works an he has started a rehab clinic that is an alternative to methadone interesting con today ok on samples reinforced dosin [REDACTED - 5.3] gave good info on [REDACTED - 5] | Seroquel | Well Accepted! - Dosing/Administration |
| 83 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 07/21/2004 22:59:56 | Sit down Call | [REDACTED - 5.1]-[REDACTED - 5] ok on samples [REDACTED - 5] trying to get the prison program together will get back to me [REDACTED - 5.2] & [REDACTED - 5.3] spent so much time at this office [REDACTED - 5.2] said that he eventually is going to open the ct office full time he siad that is in the works an he has started a rehab clinic that is an alternative to methadone interesting con today ok on samples reinforced dosin [REDACTED - 5.3] gave good info on [REDACTED - 5] | Seroquel | Well Accepted! - Seroquel Efficacy |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 84 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 07/21/2004 22:59:56 | Sit down Call | [REDACTED - 5.1]-[REDACTED - 5] ok on samples [REDACTED - 5] trying to get the prison program together will get back to me [REDACTED - 5.2] & [REDACTED - 5.3] spent so much time at this office [REDACTED - 5.2] said that he eventually is going to open the ct office full time he siad that is in the works an he has started a rehab clinic that is an alternative to methadone interesting con today ok on samples reinforced dosin [REDACTED - 5.3] gave good info on [REDACTED - 5] | Seroquel | Well Accepted! - Trusted Tolerability |
| 85 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 07/21/2004 22:59:56 | Sit down Call | [REDACTED - 5.1]-[REDACTED - 5] ok on samples [REDACTED - 5] trying to get the prison program together will get back to me [REDACTED - 5.2] & [REDACTED - 5.3] spent so much time at this office [REDACTED - 5.2] said that he eventually is going to open the ct office full time he siad that is in the works an he has started a rehab clinic that is an alternative to methadone interesting con today ok on samples reinforced dosin [REDACTED - 5.3] gave good info on [REDACTED - 5] | Seroquel | Works - Broad Range of Mood Symptoms |
| 86 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 07/21/2004 22:59:56 | Sit down Call | [REDACTED - 5.1]-[REDACTED - 5] ok on samples [REDACTED - 5] trying to get the prison program together will get back to me [REDACTED - 5.2] & [REDACTED - 5.3] spent so much time at this office [REDACTED - 5.2] said that he eventually is going to open the ct office full time he siad that is in the works an he has started a rehab clinic that is an alternative to methadone interesting con today ok on samples reinforced dosin [REDACTED - 5.3] gave good info on [REDACTED - 5] | Seroquel | Works Early - Mono and Adjunct Therapy |
| 87 | | | | [REDACTED - 5] | | | | Thomas, Melissa  A | 07/28/2004 12:38:57 | Sit down Call | doc is now doing more administrative duties within [REDACTED - 5] - doc is interested in presenting to the committee in the near future - advised doc that our budget is quite limited - a consideration for the new year. | Seroquel | Average Dose in Responders: 600 mg |
| 88 | | | | [REDACTED - 5] | | | | Thomas, Melissa  A | 07/28/2004 12:38:57 | Sit down Call | doc is now doing more administrative duties within [REDACTED - 5] - doc is interested in presenting to the committee in the near future - advised doc that our budget is quite limited - a consideration for the new year. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 89 | | | | [REDACTED - 5] | | | | Thomas, Melissa  A | 07/28/2004 12:38:57 | Sit down Call | doc is now doing more administrative duties within [REDACTED - 5] - doc is interested in presenting to the committee in the near future - advised doc that our budget is quite limited - a consideration for the new year. | Seroquel | Well Accepted! - Trusted Tolerability |
| 90 | | | | [REDACTED - 5] | | | | Thomas, Melissa  A | 07/28/2004 12:38:57 | Sit down Call | doc is now doing more administrative duties within [REDACTED - 5] - doc is interested in presenting to the committee in the near future - advised doc that our budget is quite limited - a consideration for the new year. | Seroquel | Works - Broad Range of Mood Symptoms |
| 91 | | | | [REDACTED - 5] | | | | Thomas, Melissa  A | 07/28/2004 12:38:57 | Sit down Call | doc is now doing more administrative duties within [REDACTED - 5] - doc is interested in presenting to the committee in the near future - advised doc that our budget is quite limited - a consideration for the new year. | Seroquel | Works Early - Mono and Adjunct Therapy |
| 92 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 08/04/2004 00:00:00 | Sit down Call | went back to prison but in [REDACTED - 5] dis dosing for this population | Seroquel | Average Dose in Responders: 600 mg |
| 93 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 08/04/2004 00:00:00 | Sit down Call | went back to prison but in [REDACTED - 5] dis dosing for this population | Seroquel | Well Accepted! - Dosing/Administration |
| 94 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 08/04/2004 00:00:00 | Sit down Call | went back to prison but in [REDACTED - 5] dis dosing for this population | Seroquel | Well Accepted! - EPS Differentiation |
| 95 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 08/04/2004 00:00:00 | Sit down Call | went back to prison but in [REDACTED - 5] dis dosing for this population | Seroquel | Well Accepted! - Favorable Wt. Profile |
| 96 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 08/04/2004 00:00:00 | Sit down Call | went back to prison but in [REDACTED - 5] dis dosing for this population | Seroquel | Well Accepted! - Seroquel Efficacy |
| 97 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 08/04/2004 00:00:00 | Sit down Call | went back to prison but in [REDACTED - 5] dis dosing for this population | Seroquel | Well Accepted! - Trusted Tolerability |
| 98 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 08/04/2004 00:00:00 | Sit down Call | went back to prison but in [REDACTED - 5] dis dosing for this population | Seroquel | Works - Broad Range of Mood Symptoms |
| 99 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 08/04/2004 00:00:00 | Sit down Call | went back to prison but in [REDACTED - 5] dis dosing for this population | Seroquel | Works Early - Mono and Adjunct Therapy |
| 100 | | | | [REDACTED - 5] | | | | Sinclair, Deneise | 08/11/2004 23:53:59 | Sit down Call | disc s/e profile & went over the dosing crucial to pat getting better | Seroquel | Average Dose in Responders: 600 mg |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 101 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 08/11/2004 23:53:59 | Sit down Call | disc s/e profile & went over the dosing crucial to pat getting better | Seroquel | Well Accepted! - Dosing/Administration |
| 102 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 08/11/2004 23:53:59 | Sit down Call | disc s/e profile & went over the dosing crucial to pat getting better | Seroquel | Well Accepted! - Seroquel Efficacy |
| 103 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 08/11/2004 23:53:59 | Sit down Call | disc s/e profile & went over the dosing crucial to pat getting better | Seroquel | Well Accepted! - Trusted Tolerability |
| 104 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 08/11/2004 23:53:59 | Sit down Call | disc s/e profile & went over the dosing crucial to pat getting better | Seroquel | Works - Broad Range of Mood Symptoms |
| 105 | | | [REDACTED - 5] | | | | | Sinclair, Deneise | 08/11/2004 23:53:59 | Sit down Call | disc s/e profile & went over the dosing crucial to pat getting better | Seroquel | Works Early - Mono and Adjunct Therapy |
| 106 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 08/25/2004 20:40:00 | Sit down Call | doc will be closing his private practice in his few weeks - he has been referring his patients to [REDACTED - 5.1] - doc will practice only in [REDACTED - 5] - he is organizing regional programs in oct/nov & april - doc has contact information - went over long term data and discussed sachs trial. | Seroquel | Average Dose in Responders: 600 mg |
| 107 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 08/25/2004 20:40:00 | Sit down Call | doc will be closing his private practice in his few weeks - he has been referring his patients to [REDACTED - 5.1] - doc will practice only in [REDACTED - 5] - he is organizing regional programs in oct/nov & april - doc has contact information - went over long term data and discussed sachs trial. | Seroquel | Well Accepted! - Dosing/Administration |
| 108 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 08/25/2004 20:40:00 | Sit down Call | doc will be closing his private practice in his few weeks - he has been referring his patients to [REDACTED - 5.1] - doc will practice only in [REDACTED - 5] - he is organizing regional programs in oct/nov & april - doc has contact information - went over long term data and discussed sachs trial. | Seroquel | Well Accepted! - EPS Differentiation |
| 109 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 08/25/2004 20:40:00 | Sit down Call | doc will be closing his private practice in his few weeks - he has been referring his patients to [REDACTED - 5.1] - doc will practice only in [REDACTED - 5] - he is organizing regional programs in oct/nov & april - doc has contact information - went over long term data and discussed sachs trial. | Seroquel | Well Accepted! - Favorable Wt. Profile |
| 110 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 08/25/2004 20:40:00 | Sit down Call | doc will be closing his private practice in his few weeks - he has been referring his patients to [REDACTED - 5.1] - doc will practice only in [REDACTED - 5] - he is organizing regional programs in oct/nov & april - doc has contact information - went over long term data and discussed sachs trial. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 111 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 08/25/2004 20:40:00 | Sit down Call | doc will be closing his private practice in his few weeks - he has been referring his patients to [REDACTED - 5.1] - doc will practice only in [REDACTED - 5] - he is organizing regional programs in oct/nov & april - doc has contact information - went over long term data and discussed sachs trial. | Seroquel | Well Accepted! - Trusted Tolerability |
| 112 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 08/25/2004 20:40:00 | Sit down Call | doc will be closing his private practice in his few weeks - he has been referring his patients to [REDACTED - 5.1] - doc will practice only in [REDACTED - 5] - he is organizing regional programs in oct/nov & april - doc has contact information - went over long term data and discussed sachs trial. | Seroquel | Works - Broad Range of Mood Symptoms |
| 113 | | | [REDACTED - 5] | | | | | Thomas, Melissa  A | 08/25/2004 20:40:00 | Sit down Call | doc will be closing his private practice in his few weeks - he has been referring his patients to [REDACTED - 5.1] - doc will practice only in [REDACTED - 5] - he is organizing regional programs in oct/nov & april - doc has contact information - went over long term data and discussed sachs trial. | Seroquel | Works Early - Mono and Adjunct Therapy |
| 114 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 01/20/2005 00:00:00 | Lunch and Learn | time well spent discussing sachetti reprint and their tough to treat population - asked about protocol and disease state. | Seroquel | Continues to Work |
| 115 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 01/20/2005 00:00:00 | Lunch and Learn | time well spent discussing sachetti reprint and their tough to treat population - asked about protocol and disease state. | Seroquel | Now I can |
| 116 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 01/20/2005 00:00:00 | Lunch and Learn | time well spent discussing sachetti reprint and their tough to treat population - asked about protocol and disease state. | Seroquel | Target Dose:  600mg |
| 117 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 01/20/2005 00:00:00 | Lunch and Learn | time well spent discussing sachetti reprint and their tough to treat population - asked about protocol and disease state. | Seroquel | Trusted Tolerability |
| 118 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 01/20/2005 00:00:00 | Lunch and Learn | time well spent discussing sachetti reprint and their tough to treat population - asked about protocol and disease state. | Seroquel | Works Across a Broad Range of Symptoms |
| 119 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 01/20/2005 00:00:00 | Lunch and Learn | time well spent discussing sachetti reprint and their tough to treat population - asked about protocol and disease state. | Seroquel | Works Early |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 120 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 09/20/2005 00:00:00 | Lunch and Learn | Discussion w/ doctors prior to progam presentation - Seroquel eff & tol & dosing.  Presentation by Dr. Citrome - well received and interactive disc | Seroquel | Efficacy: Dosing |
| 121 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 09/20/2005 00:00:00 | Lunch and Learn | Discussion w/ doctors prior to progam presentation - Seroquel eff & tol & dosing.  Presentation by Dr. Citrome - well received and interactive disc | Seroquel | Efficacy: Mania-Euthymia |
| 122 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 09/20/2005 00:00:00 | Lunch and Learn | Discussion w/ doctors prior to progam presentation - Seroquel eff & tol & dosing.  Presentation by Dr. Citrome - well received and interactive disc | Seroquel | Efficacy: Mania-YMRS |
| 123 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 09/20/2005 00:00:00 | Lunch and Learn | Discussion w/ doctors prior to progam presentation - Seroquel eff & tol & dosing.  Presentation by Dr. Citrome - well received and interactive disc | Seroquel | Efficacy: Scz-Hostility/Aggression |
| 124 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 09/20/2005 00:00:00 | Lunch and Learn | Discussion w/ doctors prior to progam presentation - Seroquel eff & tol & dosing.  Presentation by Dr. Citrome - well received and interactive disc | Seroquel | Neutralize Competition: Weight Profile |
| 125 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 09/20/2005 00:00:00 | Lunch and Learn | Discussion w/ doctors prior to progam presentation - Seroquel eff & tol & dosing.  Presentation by Dr. Citrome - well received and interactive disc | Seroquel | Target Dose:  600mg |
| 126 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 09/20/2005 00:00:00 | Lunch and Learn | dr. citrome gave a great presentation on  mania - he highlighted dosing, s/e & efficacy - the audience were very interactive and enjoyed his presentation - doc shared ongoing clinical trials with the state population | Seroquel | Efficacy: Mania-YMRS |
| 127 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 09/20/2005 00:00:00 | Lunch and Learn | dr. citrome gave a great presentation on  mania - he highlighted dosing, s/e & efficacy - the audience were very interactive and enjoyed his presentation - doc shared ongoing clinical trials with the state population | Seroquel | Efficacy: Scz-Hostility/Aggression |
| 128 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 09/20/2005 00:00:00 | Lunch and Learn | dr. citrome gave a great presentation on  mania - he highlighted dosing, s/e & efficacy - the audience were very interactive and enjoyed his presentation - doc shared ongoing clinical trials with the state population | Seroquel | Reset Tolerability: Akathisia |
| 129 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 09/20/2005 00:00:00 | Lunch and Learn | dr. citrome gave a great presentation on  mania - he highlighted dosing, s/e & efficacy - the audience were very interactive and enjoyed his presentation - doc shared ongoing clinical trials with the state population | Seroquel | Reset Tolerability: EPS |
| 130 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 09/20/2005 00:00:00 | Lunch and Learn | dr. citrome gave a great presentation on  mania - he highlighted dosing, s/e & efficacy - the audience were very interactive and enjoyed his presentation - doc shared ongoing clinical trials with the state population | Seroquel | Target Dose:  600mg |
| 131 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 02/24/2006 10:38:23 | Stand-Up Call | Disc on D.O.C. regional meeting and need to change date from 3/14 to later. Dr agreed to push back date to 3/21 and Dr Morris will be able to present.  Disc program presentation and SQL at ther dosing in prison pop | Seroquel | Differentiate on Tolerability |
| 132 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 02/24/2006 10:38:23 | Stand-Up Call | Disc on D.O.C. regional meeting and need to change date from 3/14 to later. Dr agreed to push back date to 3/21 and Dr Morris will be able to present.  Disc program presentation and SQL at ther dosing in prison pop | Seroquel | Strengthen on Efficacy: Mania |
| 133 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 02/24/2006 10:38:23 | Stand-Up Call | Disc on D.O.C. regional meeting and need to change date from 3/14 to later. Dr agreed to push back date to 3/21 and Dr Morris will be able to present.  Disc program presentation and SQL at ther dosing in prison pop | Seroquel | Strengthen on Efficacy: Schizophrenia |
| 134 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/01/2006 08:05:31 | Stand-Up Call | Followed up w/ [REDACTED - 5] on venue - confirmed North Street Grill for DOC meeting.  Disc speaker - Dr. Adrian Morris and prsentation.  Disc his MICA & CAMI pts and probs w/ treating in prison system.  Dr sending out e-mail to members and copy me on it.  Will f/u with secty[REDACTED - 5.4] | Seroquel | Differentiate on Tolerability |
| 135 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/01/2006 08:05:31 | Stand-Up Call | Followed up w/ [REDACTED - 5] on venue - confirmed North Street Grill for DOC meeting.  Disc speaker - Dr. Adrian Morris and prsentation.  Disc his MICA & CAMI pts and probs w/ treating in prison system.  Dr sending out e-mail to members and copy me on it.  Will f/u with secty[REDACTED - 5.4] | Seroquel | Neutralize Competition |
| 136 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/01/2006 08:05:31 | Stand-Up Call | Followed up w/ [REDACTED - 5] on venue - confirmed North Street Grill for DOC meeting.  Disc speaker - Dr. Adrian Morris and prsentation.  Disc his MICA & CAMI pts and probs w/ treating in prison system.  Dr sending out e-mail to members and copy me on it.  Will f/u with secty[REDACTED - 5.4] | Seroquel | Strengthen on Efficacy: Mania |
| 137 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/01/2006 08:05:31 | Stand-Up Call | Followed up w/ [REDACTED - 5] on venue - confirmed North Street Grill for DOC meeting.  Disc speaker - Dr. Adrian Morris and prsentation.  Disc his MICA & CAMI pts and probs w/ treating in prison system.  Dr sending out e-mail to members and copy me on it.  Will f/u with secty[REDACTED - 5.4] | Seroquel | Strengthen on Efficacy: Schizophrenia |
| 138 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/06/2006 15:47:18 | Sit down Call | Visit to [REDACTED - 5] at [REDACTED - 5] Had trouble with e-mail and asked me to stop in. Disc Dr. Morris presentation and SQL bssc. Dosing to eff. Copy of Weiden for his review. | Seroquel | Differentiate on Tolerability |
| 139 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/06/2006 15:47:18 | Sit down Call | Visit to [REDACTED - 5] at [REDACTED - 5] Had trouble with e-mail and asked me to stop in. Disc Dr. Morris presentation and SQL bssc. Dosing to eff. Copy of Weiden for his review. | Seroquel | Neutralize Competition |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 140 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/06/2006 15:47:18 | Sit down Call | Visit to [REDACTED - 5] at [REDACTED - 5] Had trouble with e-mail and asked me to stop in. Disc Dr. Morris presentation and SQL bssc. Dosing to eff. Copy of Weiden for his review. | Seroquel | Strengthen on Efficacy: Mania |
| 141 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/06/2006 15:47:18 | Sit down Call | Visit to [REDACTED - 5] at [REDACTED - 5] Had trouble with e-mail and asked me to stop in. Disc Dr. Morris presentation and SQL bssc. Dosing to eff. Copy of Weiden for his review. | Seroquel | Strengthen on Efficacy: Schizophrenia |
| 142 | | | [REDACTED - 5] | | | | | Bartels, DouglasR | 03/21/2006 00:00:00 | Sit down Call | DOC Dr. Morris mania/schiz speaker program, good conversation, nice talk with Dr. good leads for DOC will follow up. | Seroquel | Differentiate on Tolerability |
| 143 | | | [REDACTED - 5] | | | | | Bartels, DouglasR | 03/21/2006 00:00:00 | Sit down Call | DOC Dr. Morris mania/schiz speaker program, good conversation, nice talk with Dr. good leads for DOC will follow up. | Seroquel | Neutralize Competition |
| 144 | | | [REDACTED - 5] | | | | | Bartels, DouglasR | 03/21/2006 00:00:00 | Sit down Call | DOC Dr. Morris mania/schiz speaker program, good conversation, nice talk with Dr. good leads for DOC will follow up. | Seroquel | Strengthen on Efficacy: Mania |
| 145 | | | [REDACTED - 5] | | | | | Bartels, DouglasR | 03/21/2006 00:00:00 | Sit down Call | DOC Dr. Morris mania/schiz speaker program, good conversation, nice talk with Dr. good leads for DOC will follow up. | Seroquel | Strengthen on Efficacy: Schizophrenia |
| 146 | | | [REDACTED - 5] | | | | | Bartels, DouglasR | 05/09/2006 16:59:52 | Sit down Call | Nice long chat at the CNY State MSO conf. | Seroquel | Differentiate on Tolerability |
| 147 | | | [REDACTED - 5] | | | | | Bartels, DouglasR | 05/09/2006 16:59:52 | Sit down Call | Nice long chat at the CNY State MSO conf. | Seroquel | Neutralize Competition |
| 148 | | | [REDACTED - 5] | | | | | Bartels, DouglasR | 05/09/2006 16:59:52 | Sit down Call | Nice long chat at the CNY State MSO conf. | Seroquel | Strengthen on Efficacy: Mania |
| 149 | | | [REDACTED - 5] | | | | | Bartels, DouglasR | 05/09/2006 16:59:52 | Sit down Call | Nice long chat at the CNY State MSO conf. | Seroquel | Strengthen on Efficacy: Schizophrenia |
| 150 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 07/18/2006 12:34:13 | Stand-Up Call | Followed up w/ [REDACTED - 5] about tomorrow night's program - disc on SQL indic, dosing and tol | Seroquel | EPS / Akathisia |
| 151 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 07/18/2006 12:34:13 | Stand-Up Call | Followed up w/ [REDACTED - 5] about tomorrow night's program - disc on SQL indic, dosing and tol | Seroquel | Improvement in all YMRS items through wk 12 |
| 152 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 07/18/2006 12:34:13 | Stand-Up Call | Followed up w/ [REDACTED - 5] about tomorrow night's program - disc on SQL indic, dosing and tol | Seroquel | Reduction in activation and hostility |
| 153 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 02/15/2007 09:13:00 | Stand-Up Call | Disc w/ [REDACTED - 5] on symptom control and sql efficacy. Followed up on speaker program for 3/20 - will get speaker cv to him via doug | Seroquel | Bip dep target dose of 300 mg QD by day 4 qhs |
| 154 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 02/15/2007 09:13:00 | Stand-Up Call | Disc w/ [REDACTED - 5] on symptom control and sql efficacy. Followed up on speaker program for 3/20 - will get speaker cv to him via doug | Seroquel | Bip mania target dose of 600 mg BID by day 5 |
| 155 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 02/15/2007 09:13:00 | Stand-Up Call | Disc w/ [REDACTED - 5] on symptom control and sql efficacy. Followed up on speaker program for 3/20 - will get speaker cv to him via doug | Seroquel | Efficacy |
| 156 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 02/15/2007 09:13:00 | Stand-Up Call | Disc w/ [REDACTED - 5] on symptom control and sql efficacy. Followed up on speaker program for 3/20 - will get speaker cv to him via doug | Seroquel | Schizophrenia dosing |
| 157 | | | [REDACTED - 5] | | | | | Bartels, DouglasR | 03/20/2007 11:12:48 | Sit down Call | DOC state speaker program | Seroquel | Know the Facts |
| 158 | | | [REDACTED - 5] | | | | | Bartels, DouglasR | 03/20/2007 11:12:48 | Sit down Call | DOC state speaker program | Seroquel | Somnolence |
| 159 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/20/2007 17:15:00 | Inservice | | Seroquel | Dosing |
| 160 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/20/2007 17:15:00 | Inservice | | Seroquel | EPS / Akathisia |
| 161 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/20/2007 17:15:00 | Inservice | | Seroquel | Efficacy |
| 162 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/20/2007 17:15:00 | Inservice | | Seroquel | Metabolic |
| 163 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/20/2007 17:15:00 | Inservice | | Seroquel | Pts may suffer from a broad range of symptoms |
| 164 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/20/2007 17:15:00 | Inservice | | Seroquel | Reduction in activation and hostility |
| 165 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/20/2007 17:15:00 | Inservice | | Seroquel | Schizophrenia dosing |
| 166 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 03/20/2007 17:15:00 | Inservice | | Seroquel | Somnolence |
| 167 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 06/22/2007 22:25:00 | Stand-Up Call | saw doc at [REDACTED - 5] meeting with manager - discussed seroquel xr | Seroquel | Dosing |
| 168 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 06/22/2007 22:25:00 | Stand-Up Call | saw doc at [REDACTED - 5] meeting with manager - discussed seroquel xr | Seroquel | EPS / Akathisia |
| 169 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 06/22/2007 22:25:00 | Stand-Up Call | saw doc at [REDACTED - 5] meeting with manager - discussed seroquel xr | Seroquel | Efficacy |
| 170 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 08/31/2007 14:18:21 | Stand-Up Call | FCF - Seroquel eff & SXR Khan clinical eff - bssc - possibility of sql being pulled off form due to abuses - will f/u to disc | Seroquel | Schizophrenia Efficacy |
| 171 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 08/31/2007 15:47:49 | Stand-Up Call | saw doc in parking lot - discussed new formulation and reviewed bipolar disorder efficacy. | Seroquel | Bipolar Disorder Efficacy |
| 172 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 08/31/2007 15:47:49 | Stand-Up Call | saw doc in parking lot - discussed new formulation and reviewed bipolar disorder efficacy. | Seroquel | Safety/Tolerability |
| 173 | | | [REDACTED - 5] | | | | | Thomas, MelissaR | 08/31/2007 15:47:49 | Stand-Up Call | saw doc in parking lot - discussed new formulation and reviewed bipolar disorder efficacy. | Seroquel | Schizophrenia Efficacy |
| 174 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 10/17/2007 12:36:00 | Stand-Up Call | APA SXR pres - eff in schiz dosing and safety/tolerability | Seroquel | Bipolar Disorder Efficacy |
| 175 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 10/17/2007 12:36:00 | Stand-Up Call | APA SXR pres - eff in schiz dosing and safety/tolerability | Seroquel | Safety/Tolerability |
| 176 | | | [REDACTED - 5] | | | | | Lashway, MaureenR | 10/17/2007 12:36:00 | Stand-Up Call | APA SXR pres - eff in schiz dosing and safety/tolerability | Seroquel | XR: Imprvmnt PANSS agg/host & dep sym clstrs |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 177 | [REDACTED - 5] | | | | | | | Lashway, MaureenR | 10/17/2007 12:36:00 | Stand-Up Call | APA SXR pres - eff in schiz dosing and safety/tolerability | Seroquel | XR: Imprvmnt PANSS pos & neg subscales |
| 178 | [REDACTED - 5] | | | | | | | Lashway, MaureenR | 02/25/2008 10:57:58 | Stand-Up Call | Followed up w/ Docs about SXR - disc advoc for form addtn; docs to attend mendelowitz program - asking for support | Seroquel | Schizophrenia Efficacy |