# EXHIBIT H

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 2 | | | [REDACTED - 12] | | | | | Adams, Tracy | 01/20/2005 13:34 | Lunch and Learn | Great lunch.  Met the new doctor- [REDACTED - 12.1] - sees kids, adol. and adults.  [REDACTED - 12.1] using at low doses.  Discussed advantages of titrating more rapidly and EFFICACIOUSLY with all.  New [REDACTED - 12.1] spoke for Janssen and likes Risperdal.  Tried to detail her and she said not in front of everyone else. | Seroquel | Works Early |
| 3 | | | [REDACTED - 12] | | | | | Muller, Paul  G | 01/25/2005 00:00 | Lunch and Learn | completed appt | Seroquel | Continues to Work |
| 4 | | | [REDACTED - 12] | | | | | Muller, Paul  G | 01/25/2005 00:00 | Lunch and Learn | completed appt | Seroquel | Now I can |
| 5 | | | [REDACTED - 12] | | | | | Muller, Paul  G | 01/25/2005 00:00 | Lunch and Learn | completed appt | Seroquel | Target Dose:  600mg |
| 6 | | | [REDACTED - 12] | | | | | Muller, Paul  G | 01/25/2005 00:00 | Lunch and Learn | completed appt | Seroquel | Trusted Tolerability |
| 7 | | | [REDACTED - 12] | | | | | Muller, Paul  G | 01/25/2005 00:00 | Lunch and Learn | completed appt | Seroquel | Works Across a Broad Range of Symptoms |
| 8 | | | [REDACTED - 12] | | | | | Muller, Paul  G | 01/25/2005 00:00 | Lunch and Learn | completed appt | Seroquel | Works Early |
| 9 | | | [REDACTED - 12] | | | | | Muller, Paul  G | 02/04/2005 09:38 | Sit down Call | disc Now I can IP va OP. Articles and wall chart of atypicals. discussed 600mg BPM targets, | Seroquel | Continues to Work |
| 10 | | | [REDACTED - 12] | | | | | Muller, Paul  G | 02/04/2005 09:38 | Sit down Call | disc Now I can IP va OP. Articles and wall chart of atypicals. discussed 600mg BPM targets, | Seroquel | Now I can |
| 11 | | | [REDACTED - 12] | | | | | Muller, Paul  G | 02/04/2005 09:38 | Sit down Call | disc Now I can IP va OP. Articles and wall chart of atypicals. discussed 600mg BPM targets, | Seroquel | Target Dose:  600mg |
| 12 | | | [REDACTED - 12] | | | | | Muller, Paul  G | 02/04/2005 09:38 | Sit down Call | disc Now I can IP va OP. Articles and wall chart of atypicals. discussed 600mg BPM targets, | Seroquel | Trusted Tolerability |
| 13 | | | [REDACTED - 12] | | | | | Muller, Paul  G | 02/04/2005 09:38 | Sit down Call | disc Now I can IP va OP. Articles and wall chart of atypicals. discussed 600mg BPM targets, | Seroquel | Works Across a Broad Range of Symptoms |
| 14 | | | [REDACTED - 12] | | | | | Muller, Paul  G | 02/04/2005 09:38 | Sit down Call | disc Now I can IP va OP. Articles and wall chart of atypicals. discussed 600mg BPM targets, | Seroquel | Works Early |
| 15 | | | [REDACTED - 12] | | | | | Adams, Tracy | 02/15/2005 10:16 | Lunch and Learn | Treating Bipolar Disorder counseling guide, pt compliance package with seroquel tools tear off sheets, bp d/o tx and management books.  [REDACTED - 12] made my day- told me she listened to me and is starting her pts on 100 mg now- NOT 25!!  Said I was right that they are tolerating just as well and it has helped titrate them to an efficacious dose more timely.  reviewed Yatham and target dose in the adjunct trials as well as response and remission rates. | Seroquel | Continues to Work |
| 16 | | | [REDACTED - 12] | | | | | Adams, Tracy | 02/15/2005 10:16 | Lunch and Learn | Treating Bipolar Disorder counseling guide, pt compliance package with seroquel tools tear off sheets, bp d/o tx and management books.  [REDACTED - 12] made my day- told me she listened to me and is starting her pts on 100 mg now- NOT 25!!  Said I was right that they are tolerating just as well and it has helped titrate them to an efficacious dose more timely.  reviewed Yatham and target dose in the adjunct trials as well as response and remission rates. | Seroquel | Now I can |
| 17 | | | [REDACTED - 12] | | | | | Adams, Tracy | 02/15/2005 10:16 | Lunch and Learn | Treating Bipolar Disorder counseling guide, pt compliance package with seroquel tools tear off sheets, bp d/o tx and management books.  [REDACTED - 12] made my day- told me she listened to me and is starting her pts on 100 mg now- NOT 25!!  Said I was right that they are tolerating just as well and it has helped titrate them to an efficacious dose more timely.  reviewed Yatham and target dose in the adjunct trials as well as response and remission rates. | Seroquel | Target Dose:  600mg |