# EXHIBIT J

| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 10/7/2005 | Stand-Up Call | | Seroquel | Differentiate on Tolerability |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 10/7/2005 | Stand-Up Call | | Seroquel | Neutralize Competition |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 10/7/2005 | Stand-Up Call | | Seroquel | Strengthen on Efficacy: Mania |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 11/8/2005 | Stand-Up Call | | Seroquel | Differentiate on Tolerability |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 11/8/2005 | Stand-Up Call | | Seroquel | Strengthen on Efficacy: Mania |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 12/2/2005 | Roundtable | | Seroquel | Differentiate on Tolerability |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 12/2/2005 | Roundtable | | Seroquel | Neutralize Competition |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 12/2/2005 | Roundtable | | Seroquel | Strengthen on Efficacy: Mania |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 12/2/2005 | Roundtable | | Seroquel | Strengthen on Efficacy: Schizophrenia |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 12/2/2005 | Sit down Call | | Seroquel | Differentiate on Tolerability |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 12/2/2005 | Sit down Call | | Seroquel | Strengthen on Efficacy: Mania |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 12/2/2005 | Sit down Call | | Seroquel | Strengthen on Efficacy: Schizophrenia |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 12/8/2005 | Sit down Call | [REDACTED - 6.1] told me to watch [REDACTED - 6.2] because she is jumping on the abilify bandwagon. Interesting. | Seroquel | Differentiate on Tolerability |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 12/8/2005 | Sit down Call | [REDACTED - 6.1] told me to watch [REDACTED - 6.2] because she is jumping on the abilify bandwagon. Interesting. | Seroquel | Neutralize Competition |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 12/8/2005 | Sit down Call | [REDACTED - 6.1] told me to watch [REDACTED - 6.2] because she is jumping on the abilify bandwagon. Interesting. | Seroquel | Strengthen on Efficacy: Mania |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 12/8/2005 | Sit down Call | [REDACTED - 6.1] told me to watch [REDACTED - 6.2] because she is jumping on the abilify bandwagon. Interesting. | Seroquel | Strengthen on Efficacy: Schizophrenia |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 1/17/2006 | Stand-Up Call | confirmed with all re: meeting on Wed and Thursday with Dr. Trosch. Discussed with **REDACTED - 6.3]** a switch she made from abilify to sql due to dystonic reaction. | Seroquel | Differentiate on Tolerability |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 1/17/2006 | Stand-Up Call | confirmed with all re: meeting on Wed and Thursday with Dr. Trosch. Discussed with **REDACTED - 6.3]** a switch she made from abilify to sql due to dystonic reaction. | Seroquel | Strengthen on Efficacy: Mania |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 1/31/2006 | Stand-Up Call | got great feedback from Trosch program. **[REDACTED - 6.3]** said that it was perfect timing because she has been seeing a lot of eps with abilify and this addressed her concerns. **[REDACTED - 6.4]** loved it and is looking forward to next program. | Seroquel | Differentiate on Tolerability |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 1/31/2006 | Stand-Up Call | got great feedback from Trosch program. **[REDACTED - 6.3]** said that it was perfect timing because she has been seeing a lot of eps with abilify and this addressed her concerns. **[REDACTED - 6.4]** loved it and is looking forward to next program. | Seroquel | Neutralize Competition |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 1/31/2006 | Stand-Up Call | got great feedback from Trosch program. **[REDACTED - 6.3]** said that it was perfect timing because she has been seeing a lot of eps with abilify and this addressed her concerns. **[REDACTED - 6.4]** loved it and is looking forward to next program. | Seroquel | Strengthen on Efficacy: Mania |
| | | [REDACTED - 6] | | | | | LeBlanc, Heather | 4/6/2006 | Stand-Up Call | | Seroquel | Differentiate on Tolerability |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 24 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 4/6/2006 | Stand-Up Call | | Seroquel | Neutralize Competition |
| 25 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 4/6/2006 | Stand-Up Call | | Seroquel | Strengthen on Efficacy: Mania |
| 26 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 5/25/2006 | Sit down Call | Heavy discussions on eps, prolactin,,differentiating from abilify and risperdal. | Seroquel | Differentiate on Tolerability |
| 27 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 5/25/2006 | Sit down Call | Heavy discussions on eps, prolactin,,differentiating from abilify and risperdal. | Seroquel | Neutralize Competition |
| 28 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 5/25/2006 | Sit down Call | Heavy discussions on eps, prolactin,,differentiating from abilify and risperdal. | Seroquel | Strengthen on Efficacy: Mania |
| 29 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 6/14/2006 | Sit down Call | great discussions on akathisia and abilify.  They all have great experience with sql and lack of eps, but are all seeing a lot of eps with abilify.  Feel good about making those switches to sql if so. | Seroquel | Differentiate on Tolerability |
| 30 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 6/14/2006 | Sit down Call | great discussions on akathisia and abilify.  They all have great experience with sql and lack of eps, but are all seeing a lot of eps with abilify.  Feel good about making those switches to sql if so. | Seroquel | Neutralize Competition |
| 31 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 6/14/2006 | Sit down Call | great discussions on akathisia and abilify.  They all have great experience with sql and lack of eps, but are all seeing a lot of eps with abilify.  Feel good about making those switches to sql if so. | Seroquel | Strengthen on Efficacy: Mania |
| 32 | | | [REDACTED - 6] | | | | | Malin, Janet | 6/22/2006 | Stand-Up Call | [REDACTED - 6] is planning to attend 2/19 prog | Seroquel | EPS / Akathisia |
| 33 | | | [REDACTED - 6] | | | | | Malin, Janet | 6/22/2006 | Stand-Up Call | [REDACTED - 6] is planning to attend 2/19 prog | Seroquel | Reduction in activation and hostility |
| 34 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 7/13/2006 | Stand-Up Call | | Seroquel | EPS / Akathisia |
| 35 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 7/13/2006 | Stand-Up Call | | Seroquel | Improvement in all YMRS items through wk 12 |
| 36 | | | [REDACTED - 6] | | | | | Malin, Janet | 8/3/2006 | Stand-Up Call | | Seroquel | EPS / Akathisia |
| 37 | | | [REDACTED - 6] | | | | | Malin, Janet | 8/3/2006 | Stand-Up Call | | Seroquel | Improvement in all YMRS items through wk 12 |
| 38 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 9/6/2006 | Stand-Up Call | | Seroquel | EPS / Akathisia |
| 39 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 9/6/2006 | Stand-Up Call | | Seroquel | Improvement in all YMRS items through wk 12 |
| 40 | | | [REDACTED - 6] | | | | | Malin, Janet | 10/12/2006 | Stand-Up Call | | Seroquel | Efficacy |
| 41 | | | [REDACTED - 6] | | | | | Malin, Janet | 10/12/2006 | Stand-Up Call | | Seroquel | Reduction in activation and hostility |
| 42 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 10/19/2006 | Stand-Up Call | reminders for ak message, invited to programs. | Seroquel | EPS / Akathisia |
| 43 | | | [REDACTED - 6] | | | | | Malin, Janet | 10/25/2006 | Stand-Up Call | | Seroquel | EPS / Akathisia |
| 44 | | | [REDACTED - 6] | | | | | Malin, Janet | 10/25/2006 | Stand-Up Call | | Seroquel | Efficacy |
| 45 | | | [REDACTED - 6] | | | | | Malin, Janet | 12/6/2006 | Sit down Call | | Seroquel | EPS / Akathisia |
| 46 | | | [REDACTED - 6] | | | | | Malin, Janet | 12/6/2006 | Sit down Call | | Seroquel | Efficacy |
| 47 | | | [REDACTED - 6] | | | | | Malin, Janet | 12/20/2006 | Stand-Up Call | | Seroquel | Adherence |
| 48 | | | [REDACTED - 6] | | | | | Malin, Janet | 12/20/2006 | Stand-Up Call | | Seroquel | Efficacy |
| 49 | | | [REDACTED - 6] | | | | | Malin, Janet | 12/22/2006 | Stand-Up Call | | Seroquel | Adherence |
| 50 | | | [REDACTED - 6] | | | | | Malin, Janet | 12/22/2006 | Stand-Up Call | | Seroquel | Efficacy |
| 51 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 1/10/2007 | Stand-Up Call | | Seroquel | EPS / Akathisia |
| 52 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 1/10/2007 | Stand-Up Call | | Seroquel | Efficacy |
| 53 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 1/10/2007 | Stand-Up Call | | Seroquel | Improvement in all YMRS items through wk 12 |
| 54 | | | [REDACTED - 6] | | | | | Malin, Janet | 1/18/2007 | Sit down Call | | Seroquel | Adherence |
| 55 | | | [REDACTED - 6] | | | | | Malin, Janet | 1/18/2007 | Sit down Call | | Seroquel | Bip dep target dose of 300 mg QD by day 4 qhs |

|   | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 56 | | | [REDACTED - 6] | | | | | Malin, Janet | 1/18/2007 | Sit down Call | | Seroquel | Efficacy |
| 57 | | | [REDACTED - 6] | | | | | Malin, Janet | 1/18/2007 | Sit down Call | | Seroquel | Know the Facts |
| 58 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 1/25/2007 | Stand-Up Call | | Seroquel | Bip dep symptom improvement as early as wk 1 |
| 59 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 1/25/2007 | Stand-Up Call | | Seroquel | Improvement in all 10 MADRS items |
| 60 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 1/25/2007 | Stand-Up Call | | Seroquel | Pts may suffer from a broad range of symptoms |
| 61 | | | [REDACTED - 6] | | | | | Malin, Janet | 1/31/2007 | Sit down Call | | Seroquel | Bip dep symptom improvement as early as wk 1 |
| 62 | | | [REDACTED - 6] | | | | | Malin, Janet | 1/31/2007 | Sit down Call | | Seroquel | Bip dep target dose of 300 mg QD by day 4 qhs |
| 63 | | | [REDACTED - 6] | | | | | Malin, Janet | 1/31/2007 | Sit down Call | | Seroquel | Only monotherapy for both bip dep and mania |
| 64 | | | [REDACTED - 6] | | | | | Malin, Janet | 2/14/2007 | Sit down Call | | Seroquel | Bip dep symptom improvement as early as wk 1 |
| 65 | | | [REDACTED - 6] | | | | | Malin, Janet | 2/14/2007 | Sit down Call | | Seroquel | Improvement in all 10 MADRS items |
| 66 | | | [REDACTED - 6] | | | | | Malin, Janet | 2/14/2007 | Sit down Call | | Seroquel | Only monotherapy for both bip dep and mania |
| 67 | | | [REDACTED - 6] | | | | | Malin, Janet | 2/14/2007 | Sit down Call | | Seroquel | Pts may suffer from a broad range of symptoms |
| 68 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 2/28/2007 | Sit down Call | | Seroquel | Bip dep target dose of 300 mg QD by day 4 qhs |
| 69 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 2/28/2007 | Sit down Call | | Seroquel | Bip mania target dose of 600 mg BID by day 5 |
| 70 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 2/28/2007 | Sit down Call | | Seroquel | EPS / Akathisia |
| 71 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 2/28/2007 | Sit down Call | | Seroquel | Pts may suffer from a broad range of symptoms |
| 72 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 3/7/2007 | Sit down Call | | Seroquel | Dosing |
| 73 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 3/7/2007 | Sit down Call | | Seroquel | EPS / Akathisia |
| 74 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 3/7/2007 | Sit down Call | | Seroquel | Efficacy |
| 75 | | | [REDACTED - 6] | | | | | Malin, Janet | 3/14/2007 | Sit down Call | | Seroquel | Dosing |
| 76 | | | [REDACTED - 6] | | | | | Malin, Janet | 3/14/2007 | Sit down Call | | Seroquel | EPS / Akathisia |
| 77 | | | [REDACTED - 6] | | | | | Malin, Janet | 3/14/2007 | Sit down Call | | Seroquel | Efficacy |
| 78 | | | [REDACTED - 6] | | | | | Malin, Janet | 3/28/2007 | Lunch and Learn | | Seroquel | Efficacy |
| 79 | | | [REDACTED - 6] | | | | | Malin, Janet | 3/28/2007 | Lunch and Learn | | Seroquel | Know the Facts |
| 80 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 4/4/2007 | Lunch and Learn | | Seroquel | Bip dep symptom improvement as early as wk 1 |
| 81 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 4/4/2007 | Lunch and Learn | | Seroquel | Bip dep target dose of 300 mg QD by day 4 qhs |
| 82 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 4/4/2007 | Lunch and Learn | | Seroquel | Bip mania target dose of 600 mg BID by day 5 |
| 83 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 4/4/2007 | Lunch and Learn | | Seroquel | Dosing |
| 84 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 4/4/2007 | Lunch and Learn | | Seroquel | Only monotherapy for both bip dep and mania |
| 85 | | | [REDACTED - 6] | | | | | Malin, Janet | 4/12/2007 | Sit down Call | | Seroquel | EPS / Akathisia |
| 86 | | | [REDACTED - 6] | | | | | Malin, Janet | 4/12/2007 | Sit down Call | | Seroquel | Efficacy |
| 87 | | | [REDACTED - 6] | | | | | Malin, Janet | 4/12/2007 | Sit down Call | | Seroquel | Know the Facts |
| 88 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 4/18/2007 | Sit down Call | | Seroquel | Bip mania target dose of 600 mg BID by day 5 |
| 89 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 4/18/2007 | Sit down Call | | Seroquel | Improvement in all 10 MADRS items |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 90 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 4/18/2007 | Sit down Call | | Seroquel | Pts may suffer from a broad range of symptoms |
| 91 | | | [REDACTED - 6] | | | | | Malin, Janet | 4/25/2007 | Sit down Call | | Seroquel | Efficacy |
| 92 | | | [REDACTED - 6] | | | | | Malin, Janet | 4/25/2007 | Sit down Call | | Seroquel | Know the Facts |
| 93 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 5/2/2007 | Stand-Up Call | | Seroquel | Only monotherapy for both bip dep and mania |
| 94 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 5/16/2007 | Stand-Up Call | | Seroquel | Bip dep symptom improvement as early as wk 1 |
| 95 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 5/16/2007 | Stand-Up Call | | Seroquel | Bip dep target dose of 300 mg QD by day 4 qhs |
| 96 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 5/16/2007 | Stand-Up Call | | Seroquel | Bip mania target dose of 600 mg BID by day 5 |
| 97 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 5/16/2007 | Stand-Up Call | | Seroquel | Only monotherapy for both bip dep and mania |
| 98 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 5/16/2007 | Stand-Up Call | | Seroquel | SQL works on a broad range of schiz symptoms |
| 99 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 5/23/2007 | Stand-Up Call | | Seroquel | Bip dep symptom improvement as early as wk 1 |
| 100 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 5/23/2007 | Stand-Up Call | | Seroquel | Bip dep target dose of 300 mg QD by day 4 qhs |
| 101 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 5/23/2007 | Stand-Up Call | | Seroquel | Only monotherapy for both bip dep and mania |
| 102 | | | [REDACTED - 6] | | | | | LeBlanc, Heather | 5/23/2007 | Stand-Up Call | | Seroquel | SQL works on a broad range of schiz symptoms |
| 103 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 5/30/2007 | Sit down Call | | Seroquel | EPS / Akathisia |
| 104 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 5/30/2007 | Sit down Call | | Seroquel | Efficacy |
| 105 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 6/13/2007 | Sit down Call | | Seroquel | Dosing |
| 106 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 6/13/2007 | Sit down Call | | Seroquel | Efficacy |
| 107 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 6/20/2007 | Lunch and Learn | | Seroquel | Bip dep symptom improvement as early as wk 1 |
| 108 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 6/20/2007 | Lunch and Learn | | Seroquel | Bip dep target dose of 300 mg QD by day 4 qhs |
| 109 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 6/20/2007 | Lunch and Learn | | Seroquel | Dosing |
| 110 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 6/20/2007 | Lunch and Learn | | Seroquel | Improvement in all YMRS items through wk 12 |
| 111 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 6/20/2007 | Lunch and Learn | | Seroquel | Only monotherapy for both bip dep and mania |
| 112 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 6/20/2007 | Lunch and Learn | | Seroquel | Schizophrenia dosing |
| 113 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 6/27/2007 | Sit down Call | | Seroquel | Dosing |
| 114 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 6/27/2007 | Sit down Call | | Seroquel | Efficacy |
| 115 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 7/10/2007 | Sit down Call | | Seroquel | Efficacy |
| 116 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 7/18/2007 | Sit down Call | | Seroquel | Efficacy |
| 117 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 7/26/2007 | Stand-Up Call | | Seroquel | Efficacy |
| 118 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 8/1/2007 | Sit down Call | | Seroquel | Dosing |
| 119 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 8/1/2007 | Sit down Call | | Seroquel | EPS / Akathisia |
| 120 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 8/1/2007 | Sit down Call | | Seroquel | Efficacy |
| 121 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 8/9/2007 | Sit down Call | | Seroquel | Dosing |
| 122 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 8/9/2007 | Sit down Call | | Seroquel | Efficacy |
| 123 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 8/22/2007 | Lunch and Learn | | Seroquel | Improvement PANSS agg/host & dep sym clstrs |
| 124 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 8/22/2007 | Lunch and Learn | | Seroquel | Improvement PANSS total pos & neg subscales |
| 125 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 8/22/2007 | Lunch and Learn | | Seroquel | Only monotherapy for both bip dep and mania |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 126 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 8/22/2007 | Lunch and Learn | | Seroquel | Safety/Tolerability |
| 127 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 8/22/2007 | Lunch and Learn | | Seroquel | Schizophrenia Efficacy |
| 128 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 8/22/2007 | Lunch and Learn | | Seroquel | Schizophrenia SQL XR dosing |
| 129 | | | | [REDACTED - 6] | | | | Malin, Janet | 8/30/2007 | Sit down Call | | Seroquel | Schizophrenia Efficacy |
| 130 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 9/5/2007 | Sit down Call | | Seroquel | Schizophrenia Efficacy |
| 131 | | | | [REDACTED - 6] | | | | Malin, Janet | 9/12/2007 | Sit down Call | | Seroquel | Safety/Tolerability |
| 132 | | | | [REDACTED - 6] | | | | Malin, Janet | 9/12/2007 | Sit down Call | | Seroquel | Schizophrenia Efficacy |
| 133 | | | | [REDACTED - 6] | | | | Malin, Janet | 9/12/2007 | Sit down Call | | Seroquel | Schizophrenia SQL XR dosing |
| 134 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 9/18/2007 | Sit down Call | | Seroquel | Bipolar Disorder Efficacy |
| 135 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 9/18/2007 | Sit down Call | | Seroquel | Schizophrenia Efficacy |
| 136 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 10/3/2007 | Stand-Up Call | | Seroquel | Only monotherapy for both bip dep and mania |
| 137 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 10/3/2007 | Stand-Up Call | | Seroquel | Schizophrenia SQL XR dosing |
| 138 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 10/3/2007 | Stand-Up Call | | Seroquel | XR: Imprvmnt PANSS agg/host & dep sym clstrs |
| 139 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 10/3/2007 | Stand-Up Call | | Seroquel | XR: Imprvmnt PANSS pos & neg subscales |
| 140 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 10/5/2007 | Access Meal | | Seroquel | Only monotherapy for both bip dep and mania |
| 141 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 10/5/2007 | Access Meal | | Seroquel | Schizophrenia SQL XR dosing |
| 142 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 10/5/2007 | Access Meal | | Seroquel | XR: Imprvmnt PANSS agg/host & dep sym clstrs |
| 143 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 10/5/2007 | Access Meal | | Seroquel | XR: Imprvmnt PANSS pos & neg subscales |
| 144 | | | | [REDACTED - 6] | | | | Malin, Janet | 10/25/2007 | Sit down Call | | Seroquel | Bipolar Disorder Efficacy |
| 145 | | | | [REDACTED - 6] | | | | Malin, Janet | 10/25/2007 | Sit down Call | | Seroquel | Safety/Tolerability |
| 146 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 10/31/2007 | Stand-Up Call | | Seroquel | Bipolar Disorder Efficacy |
| 147 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 10/31/2007 | Stand-Up Call | | Seroquel | Safety/Tolerability |
| 148 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 10/31/2007 | Stand-Up Call | | Seroquel | Schizophrenia SQL XR dosing |
| 149 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 10/31/2007 | Stand-Up Call | | Seroquel | XR: Imprvmnt PANSS agg/host & dep sym clstrs |
| 150 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 11/7/2007 | Stand-Up Call | | Seroquel | Bipolar Disorder Efficacy |
| 151 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 11/7/2007 | Stand-Up Call | | Seroquel | Only monotherapy for both bip dep and mania |
| 152 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 11/7/2007 | Stand-Up Call | | Seroquel | Safety/Tolerability |
| 153 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 11/7/2007 | Stand-Up Call | | Seroquel | Schizophrenia Efficacy |
| 154 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 11/7/2007 | Stand-Up Call | | Seroquel | Schizophrenia SQL XR dosing |
| 155 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 11/7/2007 | Stand-Up Call | | Seroquel | XR: Imprvmnt PANSS agg/host & dep sym clstrs |
| 156 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 11/14/2007 | Sit down Call | | Seroquel | Bipolar Disorder Efficacy |
| 157 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 11/14/2007 | Sit down Call | | Seroquel | Schizophrenia Efficacy |
| 158 | | | | [REDACTED - 6] | | | | Malin, Janet | 11/21/2007 | Stand-Up Call | | Seroquel | Bipolar Disorder Efficacy |
| 159 | | | | [REDACTED - 6] | | | | Malin, Janet | 11/21/2007 | Stand-Up Call | | Seroquel | Safety/Tolerability |
| 160 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 11/28/2007 | Stand-Up Call | | Seroquel | Safety/Tolerability |
| 161 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 11/28/2007 | Stand-Up Call | | Seroquel | XR: Imprvmnt PANSS agg/host & dep sym clstrs |
| 162 | | | | [REDACTED - 6] | | | | LeBlanc, Heather | 11/28/2007 | Stand-Up Call | | Seroquel | XR: Imprvmnt PANSS pos & neg subscales |
| 163 | | | | [REDACTED - 6] | | | | Malin, Janet | 12/5/2007 | Sit down Call | | Seroquel | Bipolar Disorder Efficacy |
| 164 | | | | [REDACTED - 6] | | | | Malin, Janet | 12/5/2007 | Sit down Call | | Seroquel | Safety/Tolerability |
| 165 | | | | [REDACTED - 6] | | | | Malin, Janet | 12/5/2007 | Sit down Call | | Seroquel | Schizophrenia Efficacy |
| 166 | | | | [REDACTED - 6] | | | | Kleinpeter, Stephenr | 7/22/2008 | Stand-Up Call | | Seroquel | Bipolar Disorder Efficacy |
| 167 | | | | [REDACTED - 6] | | | | Kleinpeter, Stephenr | 7/22/2008 | Stand-Up Call | | Seroquel | Improvement in all 10 MADRS items |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 168 | [REDACTED - 6] | | | | | | | Kleinpeter, Stephenr | 7/22/2008 | Stand-Up Call | | Seroquel | Improvement in all YMRS items through wk 12 |
| 169 | [REDACTED - 6] | | | | | | | Kleinpeter, Stephenr | 7/22/2008 | Stand-Up Call | | Seroquel | Only monotherapy for both bip dep and mania |
| 170 | [REDACTED - 6] | | | | | | | Kleinpeter, Stephenr | 7/22/2008 | Stand-Up Call | | Seroquel | Safety/Tolerability |