# EXHIBIT L

| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:01 | Roundtable | dr cutler spoke in ocala on mania and the treatment of bp. | Seroquel | Well Accepted! - Dosing/Administration |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:01 | Roundtable | dr cutler spoke in ocala on mania and the treatment of bp. | Seroquel | Well Accepted! - EPS Differentiation |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:01 | Roundtable | dr cutler spoke in ocala on mania and the treatment of bp. | Seroquel | Well Accepted! - Elderly |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:01 | Roundtable | dr cutler spoke in ocala on mania and the treatment of bp. | Seroquel | Well Accepted! - Favorable Wt. Profile |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:01 | Roundtable | dr cutler spoke in ocala on mania and the treatment of bp. | Seroquel | Well Accepted! - Seroquel Efficacy |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:01 | Roundtable | dr cutler spoke in ocala on mania and the treatment of bp. | Seroquel | Well Accepted! - Trusted Tolerability |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:01 | Roundtable | dr cutler spoke in ocala on mania and the treatment of bp. | Seroquel | Works - Broad Range of Mood Symptoms |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:01 | Roundtable | dr cutler spoke in ocala on mania and the treatment of bp. | Seroquel | Works Early - Mono and Adjunct Therapy |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:02 | Sit down Call | spoke with drs following the dr cutler program. | Seroquel | Average Dose in Responders: 600 mg |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:02 | Sit down Call | spoke with drs following the dr cutler program. | Seroquel | Well Accepted! - Dosing/Administration |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:02 | Sit down Call | spoke with drs following the dr cutler program. | Seroquel | Well Accepted! - EPS Differentiation |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:02 | Sit down Call | spoke with drs following the dr cutler program. | Seroquel | Well Accepted! - Favorable Wt. Profile |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:02 | Sit down Call | spoke with drs following the dr cutler program. | Seroquel | Well Accepted! - Seroquel Efficacy |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:02 | Sit down Call | spoke with drs following the dr cutler program. | Seroquel | Well Accepted! - Trusted Tolerability |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:02 | Sit down Call | spoke with drs following the dr cutler program. | Seroquel | Works - Broad Range of Mood Symptoms |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/02/2004 09:02 | Sit down Call | spoke with drs following the dr cutler program. | Seroquel | Works Early - Mono and Adjunct Therapy |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/28/2004 10:07 | Stand-Up Call | gave dr a light up pen and a nasrallah book. disc mania indication. | Seroquel | Average Dose in Responders: 600 mg |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/28/2004 10:07 | Stand-Up Call | gave dr a light up pen and a nasrallah book. disc mania indication. | Seroquel | Well Accepted! - Seroquel Efficacy |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/28/2004 10:07 | Stand-Up Call | gave dr a light up pen and a nasrallah book. disc mania indication. | Seroquel | Well Accepted! - Trusted Tolerability |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/28/2004 10:07 | Stand-Up Call | gave dr a light up pen and a nasrallah book. disc mania indication. | Seroquel | Works - Broad Range of Mood Symptoms |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 04/28/2004 10:07 | Stand-Up Call | gave dr a light up pen and a nasrallah book. disc mania indication. | Seroquel | Works Early - Mono and Adjunct Therapy |
| | | [REDACTED - 13] | | | | | McCormack, Catherine | 04/29/2004 10:59 | Stand-Up Call | Dr was swamped w/ pts and [REDACTED - 13.1] was not in. dosing/titraton. | Seroquel | Average Dose in Responders: 600 mg |
| | | [REDACTED - 13] | | | | | McCormack, Catherine | 04/29/2004 10:59 | Stand-Up Call | Dr was swamped w/ pts and [REDACTED - 13.1] was not in. dosing/titraton. | Seroquel | Well Accepted! - Trusted Tolerability |
| | | [REDACTED - 13] | | | | | McCormack, Catherine | 04/29/2004 10:59 | Stand-Up Call | Dr was swamped w/ pts and [REDACTED - 13.1] was not in. dosing/titraton. | Seroquel | Works - Broad Range of Mood Symptoms |
| | | [REDACTED - 13] | | | | | McCormack, Catherine | 04/29/2004 10:59 | Stand-Up Call | Dr was swamped w/ pts and [REDACTED - 13.1] was not in. dosing/titraton. | Seroquel | Works Early - Mono and Adjunct Therapy |
| | | [REDACTED - 13] | | | | | McCormack, Catherine | 05/18/2004 12:01 | Stand-Up Call | Dr was going in for an hour appt, but stopped when she saw me and came up to the window. Went over ymrs vis aid and dosing. She also wanted ore samples. | Seroquel | Average Dose in Responders: 600 mg |
| | | [REDACTED - 13] | | | | | McCormack, Catherine | 05/23/2005 20:51 | Stand-Up Call | I:BP Nec has been down more than up. Delayed call entry. | Seroquel | Target Dose: 600mg |
| | | [REDACTED - 13] | | | | | McCormack, Catherine | 05/23/2005 20:51 | Stand-Up Call | I:BP Nec has been down more than up. Delayed call entry. | Seroquel | Trusted Tolerability |
| | | [REDACTED - 13] | | | | | McCormack, Catherine | 05/23/2005 20:51 | Stand-Up Call | I:BP Nec has been down more than up. Delayed call entry. | Seroquel | Works Across a Broad Range of Symptoms |
| | | [REDACTED - 13] | | | | | McCormack, Catherine | 05/23/2005 20:51 | Stand-Up Call | I:BP Nec has been down more than up. Delayed call entry. | Seroquel | Works Early |
| | | [REDACTED - 13] | | | | | McCormack, Catherine | 05/24/2005 11:40 | Stand-Up Call | I:BP Dr asked for higher dose(300mg!). | Seroquel | Continues to Work |
| | | [REDACTED - 13] | | | | | McCormack, Catherine | 05/24/2005 11:40 | Stand-Up Call | I:BP Dr asked for higher dose(300mg!). | Seroquel | Now I can |
| | | [REDACTED - 13] | | | | | McCormack, Catherine | 05/24/2005 11:40 | Stand-Up Call | I:BP Dr asked for higher dose(300mg!). | Seroquel | Target Dose: 600mg |
| | | [REDACTED - 13] | | | | | McCormack, Catherine | 05/24/2005 11:40 | Stand-Up Call | I:BP Dr asked for higher dose(300mg!). | Seroquel | Trusted Tolerability |
| | | [REDACTED - 13] | | | | | McCormack, Catherine | 05/24/2005 11:40 | Stand-Up Call | I:BP Dr asked for higher dose(300mg!). | Seroquel | Works Across a Broad Range of Symptoms |
| | | [REDACTED - 13] | | | | | McCormack, Catherine | 05/24/2005 11:40 | Stand-Up Call | I:BP Dr asked for higher dose(300mg!). | Seroquel | Works Early |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 06/21/2005 09:51 | Sit down Call | dr said she would like to speak. disc yatham/ymrs and dosing. | Seroquel | Continues to Work |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 06/21/2005 09:51 | Sit down Call | dr said she would like to speak. disc yatham/ymrs and dosing. | Seroquel | Now I can |
| | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 06/21/2005 09:51 | Sit down Call | dr said she would like to speak. disc yatham/ymrs and dosing. | Seroquel | Target Dose: 600mg |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 41 | | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 06/21/2005 09:51 | Sit down Call | dr said she would like to speak. disc yatham/ymrs and dosing. | Seroquel | Trusted Tolerability |
| 42 | | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 06/21/2005 09:51 | Sit down Call | dr said she would like to speak. disc yatham/ymrs and dosing. | Seroquel | Works Across a Broad Range of Symptoms |
| 43 | | | [REDACTED - 13] | | | | | Farrell, Cynthia B | 06/21/2005 09:51 | Sit down Call | dr said she would like to speak. disc yatham/ymrs and dosing. | Seroquel | Works Early |
| 44 | | | [REDACTED - 13] | | | | | McCormack, Catherine | 06/30/2005 16:16 | Gatekeeper | Dr not in. Will return. | | |
| 45 | | | [REDACTED - 13] | | | | | McCormack, Catherine | 07/14/2005 15:16 | Sit down Call | I:BP  Disc her pt types that she uses sero in. Mood disorders/bp. I saw that she has written both abilify and geodon. Said she has had 50/50 success with both in her pts. She volunteerd that Sero has better outcomes w/ her pts/more dependable/ positive results. She is going on vacation in august. She does not take medicaid. | Seroquel | Continues to Work |
| 46 | | | [REDACTED - 13] | | | | | McCormack, Catherine | 07/14/2005 15:16 | Sit down Call | I:BP  Disc her pt types that she uses sero in. Mood disorders/bp. I saw that she has written both abilify and geodon. Said she has had 50/50 success with both in her pts. She volunteerd that Sero has better outcomes w/ her pts/more dependable/ positive results. She is going on vacation in august. She does not take medicaid. | Seroquel | Now I can |
| 47 | | | [REDACTED - 13] | | | | | McCormack, Catherine | 07/14/2005 15:16 | Sit down Call | I:BP  Disc her pt types that she uses sero in. Mood disorders/bp. I saw that she has written both abilify and geodon. Said she has had 50/50 success with both in her pts. She volunteerd that Sero has better outcomes w/ her pts/more dependable/ positive results. She is going on vacation in august. She does not take medicaid. | Seroquel | Target Dose:  600mg |
| 48 | | | [REDACTED - 13] | | | | | McCormack, Catherine | 07/14/2005 15:16 | Sit down Call | I:BP  Disc her pt types that she uses sero in. Mood disorders/bp. I saw that she has written both abilify and geodon. Said she has had 50/50 success with both in her pts. She volunteerd that Sero has better outcomes w/ her pts/more dependable/ positive results. She is going on vacation in august. She does not take medicaid. | Seroquel | Trusted Tolerability |