EXHIBIT M

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 2 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/4/2004 0:00 | Sit down Call | No Nec. Seroquel detail. | Seroquel | Average Dose in Responders: 600 mg |
| 3 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/4/2004 0:00 | Sit down Call | No Nec. Seroquel detail. | Seroquel | Well Accepted! - Dosing/Administration |
| 4 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/4/2004 0:00 | Sit down Call | No Nec. Seroquel detail. | Seroquel | Well Accepted! - EPS Differentiation |
| 5 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/4/2004 0:00 | Sit down Call | No Nec. Seroquel detail. | Seroquel | Well Accepted! - Elderly |
| 6 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/4/2004 0:00 | Sit down Call | No Nec. Seroquel detail. | Seroquel | Well Accepted! - Favorable Wt. Profile |
| 7 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/4/2004 0:00 | Sit down Call | No Nec. Seroquel detail. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 8 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/4/2004 0:00 | Sit down Call | No Nec. Seroquel detail. | Seroquel | Well Accepted! - Trusted Tolerability |
| 9 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/4/2004 0:00 | Sit down Call | No Nec. Seroquel detail. | Seroquel | Works - Broad Range of Mood Symptoms |
| 10 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/4/2004 0:00 | Sit down Call | No Nec. Seroquel detail. | Seroquel | Works Early - Mono and Adjunct Therapy |
| 11 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/27/2004 0:00 | Sit down Call | Seroquel detail. No NEC. | Seroquel | Average Dose in Responders: 600 mg |
| 12 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/27/2004 0:00 | Sit down Call | Seroquel detail. No NEC. | Seroquel | Well Accepted! - Dosing/Administration |
| 13 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/27/2004 0:00 | Sit down Call | Seroquel detail. No NEC. | Seroquel | Well Accepted! - EPS Differentiation |
| 14 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/27/2004 0:00 | Sit down Call | Seroquel detail. No NEC. | Seroquel | Well Accepted! - Elderly |
| 15 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/27/2004 0:00 | Sit down Call | Seroquel detail. No NEC. | Seroquel | Well Accepted! - Favorable Wt. Profile |
| 16 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/27/2004 0:00 | Sit down Call | Seroquel detail. No NEC. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 17 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/27/2004 0:00 | Sit down Call | Seroquel detail. No NEC. | Seroquel | Well Accepted! - Trusted Tolerability |
| 18 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/27/2004 0:00 | Sit down Call | Seroquel detail. No NEC. | Seroquel | Works - Broad Range of Mood Symptoms |
| 19 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 5/27/2004 0:00 | Sit down Call | Seroquel detail. No NEC. | Seroquel | Works Early - Mono and Adjunct Therapy |
| 20 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 6/22/2004 0:00 | Sit down Call | Seroquel detail. | Seroquel | Average Dose in Responders: 600 mg |
| 21 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 6/22/2004 0:00 | Sit down Call | Seroquel detail. | Seroquel | Well Accepted! - Dosing/Administration |
| 22 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 6/22/2004 0:00 | Sit down Call | Seroquel detail. | Seroquel | Well Accepted! - EPS Differentiation |
| 23 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 6/22/2004 0:00 | Sit down Call | Seroquel detail. | Seroquel | Well Accepted! - Elderly |
| 24 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 6/22/2004 0:00 | Sit down Call | Seroquel detail. | Seroquel | Well Accepted! - Favorable Wt. Profile |
| 25 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 6/22/2004 0:00 | Sit down Call | Seroquel detail. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 26 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 6/22/2004 0:00 | Sit down Call | Seroquel detail. | Seroquel | Well Accepted! - Trusted Tolerability |
| 27 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 6/22/2004 0:00 | Sit down Call | Seroquel detail. | Seroquel | Works - Broad Range of Mood Symptoms |
| 28 | [REDACTED - 15] | | | | | | | Vazquez, Manuel  L | 6/22/2004 0:00 | Sit down Call | Seroquel detail. | Seroquel | Works Early - Mono and Adjunct Therapy |
| 29 | [REDACTED - 15] | | | | | | | Rodriguez, Sheyla Florence | 8/9/2004 11:42 | Sit down Call | hand in all the healthbanks promotion, explain everything to her  and personell. they all were excited with this website. touch on bipolar data, gave her the journals she really liked those. she also had pt on mind to use it imediatly. male pt on 800 mg. nco: f up with 12 week data | Seroquel | Average Dose in Responders: 600 mg |
| 30 | [REDACTED - 15] | | | | | | | Rodriguez, Sheyla Florence | 8/9/2004 11:42 | Sit down Call | hand in all the healthbanks promotion, explain everything to her  and personell. they all were excited with this website. touch on bipolar data, gave her the journals she really liked those. she also had pt on mind to use it imediatly. male pt on 800 mg. nco: f up with 12 week data | Seroquel | Well Accepted! - Dosing/Administration |
| 31 | [REDACTED - 15] | | | | | | | Rodriguez, Sheyla Florence | 8/9/2004 11:42 | Sit down Call | hand in all the healthbanks promotion, explain everything to her  and personell. they all were excited with this website. touch on bipolar data, gave her the journals she really liked those. she also had pt on mind to use it imediatly. male pt on 800 mg. nco: f up with 12 week data | Seroquel | Well Accepted! - EPS Differentiation |
| 32 | [REDACTED - 15] | | | | | | | Rodriguez, Sheyla Florence | 8/9/2004 11:42 | Sit down Call | hand in all the healthbanks promotion, explain everything to her  and personell. they all were excited with this website. touch on bipolar data, gave her the journals she really liked those. she also had pt on mind to use it imediatly. male pt on 800 mg. nco: f up with 12 week data | Seroquel | Well Accepted! - Elderly |
| 33 | [REDACTED - 15] | | | | | | | Rodriguez, Sheyla Florence | 8/9/2004 11:42 | Sit down Call | hand in all the healthbanks promotion, explain everything to her  and personell. they all were excited with this website. touch on bipolar data, gave her the journals she really liked those. she also had pt on mind to use it imediatly. male pt on 800 mg. nco: f up with 12 week data | Seroquel | Well Accepted! - Favorable Wt. Profile |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 34 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 8/9/2004 11:42 | Sit down Call | hand in all the healthbanks promotion, explain everything to her  and personell. they all were excited with this website. touch on bipolar data, gave her the journals she really liked. she also had pt on mind to use it imediatly. male pt on 800 mg. nco: f up with 12 week data | Seroquel | Well Accepted - Seroquel Efficacy |
| 35 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 8/9/2004 11:42 | Sit down Call | hand in all the healthbanks promotion, explain everything to her  and personell. they all were excited with this website. touch on bipolar data, gave her the journals she really liked. she also had pt on mind to use it imediatly. male pt on 800 mg. nco: f up with 12 week data | Seroquel | Well Accepted - Trusted Tolerability |
| 36 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 8/9/2004 11:42 | Sit down Call | hand in all the healthbanks promotion, explain everything to her  and personell. they all were excited with this website. touch on bipolar data, gave her the journals she really liked. she also had pt on mind to use it imediatly. male pt on 800 mg. nco: f up with 12 week data | Seroquel | Works - Broad Range of Mood Symptoms |
| 37 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 8/9/2004 11:42 | Sit down Call | hand in all the healthbanks promotion, explain everything to her  and personell. they all were excited with this website. touch on bipolar data, gave her the journals she really liked. she also had pt on mind to use it imediatly. male pt on 800 mg. nco: f up with 12 week data | Seroquel | Works Early - Mono and Adjunct Therapy |
| 38 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 9/8/2004 11:48 | Sit down Call | gave her health banks app reminders, sos mesage, show her demo of starter packs ,she liked them.nco:  fup switches | Seroquel | Average Dose in Responders: 600 mg |
| 39 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 9/8/2004 11:48 | Sit down Call | gave her health banks app reminders, sos mesage, show her demo of starter packs ,she liked them.nco:  fup switches | Seroquel | Well Accepted! - Dosing/Administration |
| 40 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 9/8/2004 11:48 | Sit down Call | gave her health banks app reminders, sos mesage, show her demo of starter packs ,she liked them.nco:  fup switches | Seroquel | Well Accepted - Seroquel Efficacy |
| 41 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 9/8/2004 11:48 | Sit down Call | gave her health banks app reminders, sos mesage, show her demo of starter packs ,she liked them.nco:  fup switches | Seroquel | Well Accepted - Trusted Tolerability |
| 42 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 9/8/2004 11:48 | Sit down Call | gave her health banks app reminders, sos mesage, show her demo of starter packs ,she liked them.nco:  fup switches | Seroquel | Works - Broad Range of Mood Symptoms |
| 43 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 9/8/2004 11:48 | Sit down Call | gave her health banks app reminders, sos mesage, show her demo of starter packs ,she liked them.nco:  fup switches | Seroquel | Works Early - Mono and Adjunct Therapy |
| 44 | | | [REDACTED - 15] | | | | | Vazquez, Manuel L | 9/9/2004 0:00 | Sit down Call | Seroquel efficacy at high doses. Loves it for sleep. | Seroquel | Average Dose in Responders: 600 mg |
| 45 | | | [REDACTED - 15] | | | | | Vazquez, Manuel L | 9/9/2004 0:00 | Sit down Call | Seroquel efficacy at high doses. Loves it for sleep. | Seroquel | Well Accepted! - Dosing/Administration |
| 46 | | | [REDACTED - 15] | | | | | Vazquez, Manuel L | 9/9/2004 0:00 | Sit down Call | Seroquel efficacy at high doses. Loves it for sleep. | Seroquel | Well Accepted! - EPS Differentiation |
| 47 | | | [REDACTED - 15] | | | | | Vazquez, Manuel L | 9/9/2004 0:00 | Sit down Call | Seroquel efficacy at high doses. Loves it for sleep. | Seroquel | Well Accepted! - Favorable Wt. Profile |
| 48 | | | [REDACTED - 15] | | | | | Vazquez, Manuel L | 9/9/2004 0:00 | Sit down Call | Seroquel efficacy at high doses. Loves it for sleep. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 49 | | | [REDACTED - 15] | | | | | Vazquez, Manuel L | 9/9/2004 0:00 | Sit down Call | Seroquel efficacy at high doses. Loves it for sleep. | Seroquel | Well Accepted! - Trusted Tolerability |
| 50 | | | [REDACTED - 15] | | | | | Vazquez, Manuel L | 9/9/2004 0:00 | Sit down Call | Seroquel efficacy at high doses. Loves it for sleep. | Seroquel | Works - Broad Range of Mood Symptoms |
| 51 | | | [REDACTED - 15] | | | | | Vazquez, Manuel L | 9/9/2004 0:00 | Sit down Call | Seroquel efficacy at high doses. Loves it for sleep. | Seroquel | Works Early - Mono and Adjunct Therapy |
| 52 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 9/14/2004 13:46 | Sit down Call | discussed dosaging in mania. also sacks glucose mesurments as part of sos.nco: new starts on higher doses | Seroquel | Continues to Work |
| 53 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 9/14/2004 13:46 | Sit down Call | discussed dosaging in mania. also sacks glucose mesurments as part of sos.nco: new starts on higher doses | Seroquel | Target Dose:  600mg |
| 54 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 9/14/2004 13:46 | Sit down Call | discussed dosaging in mania. also sacks glucose mesurments as part of sos.nco: new starts on higher doses | Seroquel | Works Across a Broad Range of Symptoms |
| 55 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 9/14/2004 13:46 | Sit down Call | discussed dosaging in mania. also sacks glucose mesurments as part of sos.nco: new starts on higher doses | Seroquel | Works Early |
| 56 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 9/21/2004 9:58 | Sit down Call | went into the target dose of 600mg, with the now i can campaing. she is aware of high doses in mania, got feadback that she is going up to it. nco: more on sacks | Seroquel | Continues to Work |
| 57 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 9/21/2004 9:58 | Sit down Call | went into the target dose of 600mg, with the now i can campaing. she is aware of high doses in mania, got feadback that she is going up to it. nco: more on sacks | Seroquel | Now I can |
| 58 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 9/21/2004 9:58 | Sit down Call | went into the target dose of 600mg, with the now i can campaing. she is aware of high doses in mania, got feadback that she is going up to it. nco: more on sacks | Seroquel | Target Dose:  600mg |
| 59 | | | [REDACTED - 15] | | | | | Rodriguez, Sheyla Florence | 9/21/2004 9:58 | Sit down Call | went into the target dose of 600mg, with the now i can campaing. she is aware of high doses in mania, got feadback that she is going up to it. nco: more on sacks | Seroquel | Trusted Tolerability |

|  | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 60 | [REDACTED - 15] | | | | | | | Rodriguez, Sheyla Florence | 9/21/2004 9:58 | Sit down Call | went into the target dose of 600mg, with the now i can campaing. she is aware of high doses in mania, got feedback that she is going up to it. nco: more on sacks | Seroquel | Works Across a Broad Range of Symptoms |
| 61 | [REDACTED - 15] | | | | | | | Rodriguez, Sheyla Florence | 9/21/2004 9:58 | Sit down Call | went into the target dose of 600mg, with the now i can campaing. she is aware of high doses in mania, got feedback that she is going up to it. nco: more on sacks | Seroquel | Works Early |
| 62 | [REDACTED - 15] | | | | | | | Vazquez, Manuel L | 9/29/2004 0:00 | Sit down Call | Very busy. Quick Now i can message. | Seroquel | Continues to Work |
| 63 | [REDACTED - 15] | | | | | | | Vazquez, Manuel L | 9/29/2004 0:00 | Sit down Call | Very busy. Quick Now i can message. | Seroquel | Now I can |
| 64 | [REDACTED - 15] | | | | | | | Vazquez, Manuel L | 9/29/2004 0:00 | Sit down Call | Very busy. Quick Now i can message. | Seroquel | Target Dose:  600mg |
| 65 | [REDACTED - 15] | | | | | | | Vazquez, Manuel L | 9/29/2004 0:00 | Sit down Call | Very busy. Quick Now i can message. | Seroquel | Trusted Tolerability |
| 66 | [REDACTED - 15] | | | | | | | Vazquez, Manuel L | 9/29/2004 0:00 | Sit down Call | Very busy. Quick Now i can message. | Seroquel | Works Across a Broad Range of Symptoms |
| 67 | [REDACTED - 15] | | | | | | | Vazquez, Manuel L | 9/29/2004 0:00 | Sit down Call | Very busy. Quick Now i can message. | Seroquel | Works Early |
| 68 | [REDACTED - 15] | | | | | | | Rodriguez, Sheyla Florence | 10/12/2004 11:57 | Sit down Call | STARTER DEMO, VELLIGAN AND SACKS FOR TARGET DOSE. NCO: FUP USAGE AND SOS | Seroquel | Continues to Work |
| 69 | [REDACTED - 15] | | | | | | | Rodriguez, Sheyla Florence | 10/12/2004 11:57 | Sit down Call | STARTER DEMO, VELLIGAN AND SACKS FOR TARGET DOSE. NCO: FUP USAGE AND SOS | Seroquel | Now I can |
| 70 | [REDACTED - 15] | | | | | | | Rodriguez, Sheyla Florence | 10/12/2004 11:57 | Sit down Call | STARTER DEMO, VELLIGAN AND SACKS FOR TARGET DOSE. NCO: FUP USAGE AND SOS | Seroquel | Target Dose:  600mg |
| 71 | [REDACTED - 15] | | | | | | | Rodriguez, Sheyla Florence | 10/12/2004 11:57 | Sit down Call | STARTER DEMO, VELLIGAN AND SACKS FOR TARGET DOSE. NCO: FUP USAGE AND SOS | Seroquel | Trusted Tolerability |
| 72 | [REDACTED - 15] | | | | | | | Rodriguez, Sheyla Florence | 10/12/2004 11:57 | Sit down Call | STARTER DEMO, VELLIGAN AND SACKS FOR TARGET DOSE. NCO: FUP USAGE AND SOS | Seroquel | Works Across a Broad Range of Symptoms |
| 73 | [REDACTED - 15] | | | | | | | Rodriguez, Sheyla Florence | 10/12/2004 11:57 | Sit down Call | STARTER DEMO, VELLIGAN AND SACKS FOR TARGET DOSE. NCO: FUP USAGE AND SOS | Seroquel | Works Early |