# EXHIBIT C

|   | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Retail and Mail Order Rx Data | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | |
| 3 | NRx Data for Seroquel and Competitors | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | |
| 5 | First Name | Middle | Last Name | Address1 | Address2 | City | State | Zip | IMS-Dr | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 |
| 6 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 7 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 8 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 9 | | | | [REDACTED - 3] | | | | | | SEROQUEL | NRx | | | | | | | | |
| 10 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | |
| 12 | NRx Units for Seroquel and Competitors | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | |
| 14 | First Name | Middle | Last Name | Address1 | Address2 | City | State | Zip | IMS-Dr | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 |
| 15 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 16 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 17 | | | | [REDACTED - 3] | | | | | | SEROQUEL | NRxUnits | | | | | | | | |
| 18 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 19 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | |
| 21 | TRx Data for Seroquel and Competitors | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | |
| 23 | First Name | Middle | Last Name | Address1 | Address2 | City | State | Zip | IMS-Dr | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 |
| 24 | | | | [REDACTED - 3] | | | | | | SEROQUEL | TRx | | | | | | | | |
| 25 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 26 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 27 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 28 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | |
| 30 | TRx Units Data for Seroquel and Competitors | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | |
| 32 | First Name | Middle | Last Name | Address1 | Address2 | City | State | Zip | IMS-Dr | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 |
| 33 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 34 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 35 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 36 | | | | [REDACTED - 3] | | | | | | | | | | | | | | | |
| 37 | | | | [REDACTED - 3] | | | | | | SEROQUEL | TRxUnits | | | | | | | | |

| | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | |
| 5 | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** |
| 6 | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | 1.736 | 0 | 0 |
| 10 | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | |
| 14 | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** |
| 15 | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | 104.13 | 0 | 0 |
| 18 | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | |
| 23 | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** |
| 24 | | | | | | | | | | | | | | | | | | 1.736 | 0 | 0 |
| 25 | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | |
| 32 | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** |
| 33 | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | 104.13 | 0 | 0 |

| | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | |
| 5 | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 6 | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | |
| 9 | 0 | 3.736 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 1.101 | 0 | 0 | 0 | 2.217 | 0 | 0 | 3.102 | 1.356 | 0 |
| 10 | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | |
| 14 | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 15 | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | |
| 17 | 0 | 224.12 | 0 | 0 | 0 | 0 | 0 | 0 | 179.97 | 0 | 66.04 | 0 | 0 | 0 | 66.51 | 0 | 0 | 155.13 | 81.37 | 0 |
| 18 | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | |
| 23 | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 24 | 0 | 3.736 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 1.101 | 0 | 0 | 0 | 2.217 | 0 | 0 | 3.102 | 1.356 | 1.34 |
| 25 | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | |
| 32 | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 33 | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | | | |
| 37 | 0 | 224.12 | 0 | 0 | 0 | 0 | 0 | 0 | 179.97 | 0 | 66.04 | 0 | 0 | 0 | 66.51 | 0 | 0 | 155.13 | 81.37 | 80.4 |

| | BH | BI | BJ | BK | BL | BM | BN | BO | BP | BQ | BR | BS | BT | BU | BV | BW | BX | BY | BZ | CA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | |
| 5 | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** | **May-03** | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** | **Dec-02** | **Nov-02** | **Oct-02** | **Sep-02** | **Aug-02** | **Jul-02** |
| 6 | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | |
| 9 | 0 | 7.472 | 14.46 | 6.282 | 17.842 | 10.814 | 18.745 | 12.559 | 18.112 | 12.913 | 22.221 | 14.336 | 13.733 | 14.819 | 20.363 | 10.822 | 16.357 | 20.192 | 17.37 | 9.333 |
| 10 | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | |
| 14 | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** | **May-03** | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** | **Dec-02** | **Nov-02** | **Oct-02** | **Sep-02** | **Aug-02** | **Jul-02** |
| 15 | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | |
| 17 | 0 | 641.51 | 1909.58 | 677.97 | 2021.02 | 673.66 | 1622.54 | 827.16 | 1535.57 | 1564.48 | 2087.49 | 1538.63 | 1930.96 | 1286.12 | 2087.51 | 1406.63 | 1997.66 | 2310.16 | 1928.18 | 1201.34 |
| 18 | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | |
| 23 | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** | **May-03** | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** | **Dec-02** | **Nov-02** | **Oct-02** | **Sep-02** | **Aug-02** | **Jul-02** |
| 24 | 5.505 | 16.42 | 15.469 | 6.282 | 21.964 | 12.135 | 18.745 | 16.079 | 22.913 | 16.74 | 27.631 | 29.713 | 19.288 | 31.048 | 24.099 | 20.333 | 22.341 | 21.331 | 24.477 | 17.084 |
| 25 | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | |
| 32 | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** | **May-03** | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** | **Dec-02** | **Nov-02** | **Oct-02** | **Sep-02** | **Aug-02** | **Jul-02** |
| 33 | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | | | |
| 37 | 330.31 | 1685.24 | 1939.87 | 677.97 | 2232.85 | 911.46 | 1622.54 | 1173.93 | 1798.89 | 1938.83 | 2871.06 | 2944.73 | 2469.09 | 4020.81 | 2218.27 | 2365.12 | 2798.62 | 2446.84 | 2616.12 | 2178.76 |

| | CB | CC | CD | CE | CF | CG | CH | CI | CJ | CK | CL | CM | CN | CO | CP | CQ | CR | CS | CT | CU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | |
| 5 | **Jun-02** | **May-02** | **Apr-02** | **Mar-02** | **Feb-02** | **Jan-02** | **Dec-01** | **Nov-01** | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** | **Mar-01** | **Feb-01** | **Jan-01** | **Dec-00** | **Nov-00** |
| 6 | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | |
| 9 | 8.852 | 8.533 | 15.004 | 4.271 | 3.18 | 1.187 | 2.764 | 0 | 1.217 | 1.778 | 0 | 2.223 | 1.616 | 1.102 | 0 | 3.039 | 4.806 | 0 | 2.472 | 1.322 |
| 10 | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | |
| 14 | **Jun-02** | **May-02** | **Apr-02** | **Mar-02** | **Feb-02** | **Jan-02** | **Dec-01** | **Nov-01** | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** | **Mar-01** | **Feb-01** | **Jan-01** | **Dec-00** | **Nov-00** |
| 15 | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | |
| 17 | 762.36 | 861.89 | 1991.48 | 309.66 | 230.12 | 142.42 | 288.03 | 0 | 146.1 | 160.01 | 0 | 164.52 | 40.41 | 132.25 | 0 | 189.94 | 576.74 | 0 | 260.01 | 158.66 |
| 18 | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | |
| 23 | **Jun-02** | **May-02** | **Apr-02** | **Mar-02** | **Feb-02** | **Jan-02** | **Dec-01** | **Nov-01** | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** | **Mar-01** | **Feb-01** | **Jan-01** | **Dec-00** | **Nov-00** |
| 24 | 12.864 | 11.679 | 18.165 | 7.276 | 3.18 | 1.187 | 2.764 | 0 | 1.217 | 1.778 | 0 | 2.223 | 2.718 | 1.102 | 1.101 | 3.039 | 4.806 | 1.1 | 2.472 | 1.322 |
| 25 | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | |
| 32 | **Jun-02** | **May-02** | **Apr-02** | **Mar-02** | **Feb-02** | **Jan-02** | **Dec-01** | **Nov-01** | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** | **Mar-01** | **Feb-01** | **Jan-01** | **Dec-00** | **Nov-00** |
| 33 | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | | | |
| 37 | 1195.97 | 1026.38 | 2541.41 | 557.5 | 230.12 | 142.42 | 288.03 | 0 | 146.1 | 160.01 | 0 | 164.52 | 172.64 | 132.25 | 132.16 | 189.94 | 576.74 | 99.01 | 260.01 | 158.66 |

| | CV | CW | CX | CY | CZ | DA | DB | DC | DD | DE | DF | DG | DH | DI | DJ | DK | DL | DM | DN | DO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | |
| 5 | **Oct-00** | **Sep-00** | **Aug-00** | **Jul-00** | **Jun-00** | **May-00** | **Apr-00** | **Mar-00** | **Feb-00** | **Jan-00** | **Dec-99** | **Nov-99** | **Oct-99** | **Sep-99** | **Aug-99** | **Jul-99** | **Jun-99** | **May-99** | **Apr-99** | **Mar-99** |
| 6 | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | |
| 9 | 2.448 | 2.547 | 2.547 | 2.631 | 1.317 | 0 | 1.239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | |
| 14 | **Oct-00** | **Sep-00** | **Aug-00** | **Jul-00** | **Jun-00** | **May-00** | **Apr-00** | **Mar-00** | **Feb-00** | **Jan-00** | **Dec-99** | **Nov-99** | **Oct-99** | **Sep-99** | **Aug-99** | **Jul-99** | **Jun-99** | **May-99** | **Apr-99** | **Mar-99** |
| 15 | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | |
| 17 | 260.29 | 266.86 | 229.19 | 236.75 | 79.03 | 0 | 74.34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | |
| 23 | **Oct-00** | **Sep-00** | **Aug-00** | **Jul-00** | **Jun-00** | **May-00** | **Apr-00** | **Mar-00** | **Feb-00** | **Jan-00** | **Dec-99** | **Nov-99** | **Oct-99** | **Sep-99** | **Aug-99** | **Jul-99** | **Jun-99** | **May-99** | **Apr-99** | **Mar-99** |
| 24 | 2.448 | 2.547 | 2.547 | 2.631 | 1.317 | 1.242 | 1.239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | |
| 32 | **Oct-00** | **Sep-00** | **Aug-00** | **Jul-00** | **Jun-00** | **May-00** | **Apr-00** | **Mar-00** | **Feb-00** | **Jan-00** | **Dec-99** | **Nov-99** | **Oct-99** | **Sep-99** | **Aug-99** | **Jul-99** | **Jun-99** | **May-99** | **Apr-99** | **Mar-99** |
| 33 | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | | | |
| 37 | 260.29 | 266.86 | 229.19 | 236.75 | 79.03 | 74.51 | 74.34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

|   | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Retail and Mail Order Rx Data | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | NRx Data for Seroquel by Strength | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | First Name | Middle | Last Name | Address 1 | Address 2 | City | State | Zip | IMSDR | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 | Aug-07 |
| 6 | | | | [REDACTED - 3] | | | | | | SQL300 | NRx | | | | | | | |
| 7 | | | | [REDACTED - 3] | | | | | | SQL25 | NRx | | | | | | | |
| 8 | | | | [REDACTED - 3] | | | | | | SQL200 | NRx | | | | | | | |
| 9 | | | | [REDACTED - 3] | | | | | | SQL100 | NRx | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | |
| 11 | NRx Units Data for Seroquel by Strength | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | |
| 13 | First Name | Middle | Last Name | Address 1 | Address 2 | City | State | Zip | IMSDR | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 | Aug-07 |
| 14 | | | | [REDACTED - 3] | | | | | | SQL25 | NRxUnits | | | | | | | |
| 15 | | | | [REDACTED - 3] | | | | | | SQL100 | NRxUnits | | | | | | | |
| 16 | | | | [REDACTED - 3] | | | | | | SQL300 | NRxUnits | | | | | | | |
| 17 | | | | [REDACTED - 3] | | | | | | SQL200 | NRxUnits | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | |
| 19 | TRx Data for Seroquel by Strength | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | |
| 21 | First Name | Middle | Last Name | Address 1 | Address 2 | City | State | Zip | IMSDR | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 | Aug-07 |
| 22 | | | | [REDACTED - 3] | | | | | | SQL300 | TRx | | | | | | | |
| 23 | | | | [REDACTED - 3] | | | | | | SQL25 | TRx | | | | | | | |
| 24 | | | | [REDACTED - 3] | | | | | | SQL200 | TRx | | | | | | | |
| 25 | | | | [REDACTED - 3] | | | | | | SQL100 | TRx | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | |
| 27 | TRx Units Data for Seroquel by Strength | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | |
| 29 | First Name | Middle | Last Name | Address 1 | Address 2 | City | State | Zip | IMSDR | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 | Aug-07 |
| 30 | | | | [REDACTED - 3] | | | | | | SQL25 | TRxUnits | | | | | | | |
| 31 | | | | [REDACTED - 3] | | | | | | SQL100 | TRxUnits | | | | | | | |
| 32 | | | | [REDACTED - 3] | | | | | | SQL300 | TRxUnits | | | | | | | |
| 33 | | | | [REDACTED - 3] | | | | | | SQL200 | TRxUnits | | | | | | | |

| | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | |
| 5 | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** |
| 6 | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | 1.736 | 0 |
| 9 | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | |
| 13 | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** |
| 14 | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | 104.13 | 0 |
| 18 | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | |
| 21 | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** |
| 22 | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | 1.736 | 0 |
| 25 | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | |
| 29 | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** |
| 30 | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | 104.13 | 0 |

|    | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | |
| 5 | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 6 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.034 | 1.356 | 0 |
| 8 | 0 | | | | | | | | | | | | | | | | | | | | |
| 9 | | 0 | 3.736 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 1.101 | 0 | 0 | 0 | 2.217 | 0 | 0 | 2.068 | 0 | 0 |
| 10 | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | |
| 13 | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 14 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 119.98 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 62.05 | 81.37 | 0 |
| 15 | | 0 | 224.12 | 0 | 0 | 0 | 0 | 0 | 0 | 59.99 | 0 | 66.04 | 0 | 0 | 0 | 66.51 | 0 | 0 | 93.08 | 0 | 0 |
| 16 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | 0 | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | |
| 21 | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 22 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.034 | 1.356 | 1.34 |
| 24 | 0 | | | | | | | | | | | | | | | | | | | | |
| 25 | | 0 | 3.736 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 1.101 | 0 | 0 | 0 | 2.217 | 0 | 0 | 2.068 | 0 | 0 |
| 26 | | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | | |
| 29 | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 119.98 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 62.05 | 81.37 | 80.4 |
| 31 | | 0 | 224.12 | 0 | 0 | 0 | 0 | 0 | 0 | 59.99 | 0 | 66.04 | 0 | 0 | 0 | 66.51 | 0 | 0 | 93.08 | 0 | 0 |
| 32 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 | 0 | | | | | | | | | | | | | | | | | | | | |

|    | BH | BI | BJ | BK | BL | BM | BN | BO | BP | BQ | BR | BS | BT | BU |
|----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1  |      |      |      |      |      |      |      |      |      |      |      |      |      |      |
| 2  |      |      |      |      |      |      |      |      |      |      |      |      |      |      |
| 3  |      |      |      |      |      |      |      |      |      |      |      |      |      |      |
| 4  |      |      |      |      |      |      |      |      |      |      |      |      |      |      |
| 5  | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 | Apr-03 | Mar-03 | Feb-03 | Jan-03 |
| 6  | 0 | 0 | 0 | 1 | 0 | 5.487 | 0 | 1 | 0 | 1 | 1 | 1.17 | 0 | 1 |
| 7  | 0 | 5.407 | 1 | 2.942 | 1.686 | 1.642 | 1.311 | 3.182 | 3.105 | 6.867 | 8.095 | 11.936 | 10.578 | 7.733 |
| 8  |   |   |   |   | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.155 | 1.376 |
| 9  | 0 | 2.065 | 13.46 | 2.34 | 16.157 | 3.685 | 17.434 | 8.377 | 15.007 | 5.046 | 13.126 | 1.23 | 1 | 4.71 |
| 10 |      |      |      |      |      |      |      |      |      |      |      |      |      |      |
| 11 |      |      |      |      |      |      |      |      |      |      |      |      |      |      |
| 12 |      |      |      |      |      |      |      |      |      |      |      |      |      |      |
| 13 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 | Apr-03 | Mar-03 | Feb-03 | Jan-03 |
| 14 | 0 | 486.67 | 540 | 337.22 | 1.686 | 2.963 | 1.311 | 3.182 | 3.105 | 9.694 | 13.505 | 14.396 | 14.511 | 22.962 |
| 15 | 0 | 154.84 | 1369.58 | 280.75 | 17.157 | 3.685 | 17.434 | 11.897 | 18.808 | 6.046 | 13.126 | 14.147 | 2.622 | 5.71 |
| 16 | 0 | 0 | 0 | 60 | 3.122 | 5.487 | 0 | 1 | 1 | 1 | 1 | 1.17 | 0 | 1 |
| 17 |   |   |   |   | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.155 | 1.376 |
| 18 |      |      |      |      |      |      |      |      |      |      |      |      |      |      |
| 19 |      |      |      |      |      |      |      |      |      |      |      |      |      |      |
| 20 |      |      |      |      |      |      |      |      |      |      |      |      |      |      |
| 21 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 | Apr-03 | Mar-03 | Feb-03 | Jan-03 |
| 22 | 0 | 0 | 0 | 1 | 0 | 132.86 | 0 | 60 | 0 | 60 | 60 | 70.17 | 0 | 60 |
| 23 | 5.505 | 5.407 | 1 | 2.942 | 303.39 | 98.51 | 235.96 | 190.93 | 229.91 | 1013.18 | 753.72 | 1357.72 | 1692.45 | 645.95 |
| 24 |   |   |   |   | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 118.51 | 123.85 |
| 25 | 0 | 11.013 | 14.469 | 2.34 | 1717.63 | 442.29 | 1386.58 | 576.23 | 1305.66 | 491.3 | 1273.77 | 110.74 | 120 | 456.32 |
| 26 |      |      |      |      |      |      |      |      |      |      |      |      |      |      |
| 27 |      |      |      |      |      |      |      |      |      |      |      |      |      |      |
| 28 |      |      |      |      |      |      |      |      |      |      |      |      |      |      |
| 29 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 | Apr-03 | Mar-03 | Feb-03 | Jan-03 |
| 30 | 330.31 | 486.67 | 540 | 337.22 | 303.39 | 336.31 | 235.96 | 190.93 | 229.91 | 1267.53 | 1537.29 | 1601.34 | 2084.64 | 3260.64 |
| 31 | 0 | 1198.57 | 1399.87 | 280.75 | 1837.63 | 442.29 | 1386.58 | 923 | 1508.98 | 611.3 | 1273.77 | 1273.22 | 265.94 | 576.32 |
| 32 | 0 | 0 | 0 | 60 | 91.83 | 132.86 | 0 | 60 | 60 | 60 | 60 | 70.17 | 0 | 60 |
| 33 |   |   |   |   | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 118.51 | 123.85 |

| | A | B | C | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | First Name | Middle | Last Name | Address 2 | City | State | Zip | IMSDR | IMS ADDR | IMS STATE | IMS ZIP | Study Month | SEROQUEL_TRX | SEROQUEL_SCH_TRX | SEROQUEL_BIP_TRX |
| 2 | | | | | [REDACTED - 3] | | | | | | | AUG06 | 0 | 0 | 0 |
| 3 | | | | | [REDACTED - 3] | | | | | | | AUG05 | 0 | 0 | 0 |
| 4 | | | | | [REDACTED - 3] | | | | | | | APR07 | 0 | 0 | 0 |
| 5 | | | | | [REDACTED - 3] | | | | | | | APR06 | 0 | 0 | 0 |
| 6 | | | | | [REDACTED - 3] | | | | | | | DEC05 | 0 | 0 | 0 |
| 7 | | | | | [REDACTED - 3] | | | | | | | SEP07 | 0 | 0 | 0 |
| 8 | | | | | [REDACTED - 3] | | | | | | | SEP06 | 0 | 0 | 0 |
| 9 | | | | | [REDACTED - 3] | | | | | | | SEP05 | 3.308 | 0.32387764 | 0.453306903 |
| 10 | | | | | [REDACTED - 3] | | | | | | | OCT06 | 0 | 0 | 0 |
| 11 | | | | | [REDACTED - 3] | | | | | | | NOV06 | 0 | 0 | 0 |
| 12 | | | | | [REDACTED - 3] | | | | | | | NOV05 | 0 | 0 | 0 |
| 13 | | | | | [REDACTED - 3] | | | | | | | MAY06 | 0 | 0 | 0 |
| 14 | | | | | [REDACTED - 3] | | | | | | | MAY05 | 0 | 0 | 0 |
| 15 | | | | | [REDACTED - 3] | | | | | | | OCT05 | 0 | 0 | 0 |
| 16 | | | | | [REDACTED - 3] | | | | | | | MAR07 | 0 | 0 | 0 |
| 17 | | | | | [REDACTED - 3] | | | | | | | MAY07 | 0 | 0 | 0 |
| 18 | | | | | [REDACTED - 3] | | | | | | | MAR06 | 0 | 0 | 0 |
| 19 | | | | | [REDACTED - 3] | | | | | | | JUN07 | 0 | 0 | 0 |
| 20 | | | | | [REDACTED - 3] | | | | | | | JUN06 | 0 | 0 | 0 |
| 21 | | | | | [REDACTED - 3] | | | | | | | JUN05 | 0 | 0 | 0 |
| 22 | | | | | [REDACTED - 3] | | | | | | | JUL07 | 0 | 0 | 0 |
| 23 | | | | | [REDACTED - 3] | | | | | | | JUL05 | 0 | 0 | 0 |
| 24 | | | | | [REDACTED - 3] | | | | | | | JAN07 | 0 | 0 | 0 |
| 25 | | | | | [REDACTED - 3] | | | | | | | JAN06 | 1.736 | 0.38254505 | 0.372127074 |
| 26 | | | | | [REDACTED - 3] | | | | | | | FEB07 | 0 | 0 | 0 |
| 27 | | | | | [REDACTED - 3] | | | | | | | JUL06 | 0 | 0 | 0 |
| 28 | | | | | [REDACTED - 3] | | | | | | | FEB06 | 0 | 0 | 0 |
| 29 | | | | | [REDACTED - 3] | | | | | | | DEC06 | 0 | 0 | 0 |

| | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|
| 1 | SEROQUEL_DEP_TRX | SEROQUEL_OTH_TRX | SEROQUEL_NEW_RX | SEROQUEL_CONTINUE_RX | SEROQUEL_SWITCH_TO_RX | SEROQUEL_SWITCH_FROM_RX |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | 1.379944866 | 1.150870591 | 3.308 | 0 | 0 | 0 |
| 10 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | 0.463857754 | 0.517470122 | 0.299190041 | 1.32131305 | 0.115496909 | 0 |
| 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | 0 | 0 | 0 | 0 | 0 | 0 |