# EXHIBIT E

|   | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Retail and Mail Order Rx Data | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | NRx Data for Seroquel and Competitors | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | First Name | Middle | Last Name | Address1 | Address2 | City | State | Zip | IMS-Dr | Brand | Type | Mar-08 | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 |
| 6 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 7 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 8 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 9 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 10 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 11 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 12 | | | | [REDACTED - 5] | | | | | | SEROQUEL | NRx | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | |
| 15 | NRx Units for Seroquel and Competitors | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | |
| 17 | First Name | Middle | Last Name | Address1 | Address2 | City | State | Zip | IMS-Dr | Brand | Type | Mar-08 | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 |
| 18 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 19 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 20 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 21 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 22 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 23 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 24 | | | | [REDACTED - 5] | | | | | | SEROQUEL | NRxUnits | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | |
| 27 | TRx Data for Seroquel and Competitors | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | |
| 29 | First Name | Middle | Last Name | Address1 | Address2 | City | State | Zip | IMS-Dr | Brand | Type | Mar-08 | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 |
| 30 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 31 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 32 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 33 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 34 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 35 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 36 | | | | [REDACTED - 5] | | | | | | SEROQUEL | TRx | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 37 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | | |
| 39 | TRx Units Data for Seroquel and Competitors | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | |
| 41 | First Name | Middle | Last Name | Address1 | Address2 | City | State | Zip | IMS-Dr | Brand | Type | Mar-08 | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 |
| 42 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 43 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 44 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 45 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 46 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 47 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |
| 48 | | | | [REDACTED - 5] | | | | | | SEROQUEL | TRxUnits | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 49 | | | | [REDACTED - 5] | | | | | | | | | | | | | | |

| | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | **Aug-07** | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** |
| 6 | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | |
| 12 | 0 | 0 | 1.201 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.375 | 1.208 | 1.703 |
| 13 | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | |
| 17 | **Aug-07** | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** |
| 18 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | |
| 24 | 0 | 0 | 36.02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33.25 | 16.91 | 23.84 |
| 25 | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | |
| 29 | **Aug-07** | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** |
| 30 | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | |
| 36 | 0 | 0 | 1.201 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.375 | 1.208 | 1.703 |
| 37 | | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | |
| 41 | **Aug-07** | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** |
| 42 | | | | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | | | | | |
| 48 | 0 | 0 | 36.02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33.25 | 16.91 | 23.84 |
| 49 | | | | | | | | | | | | | | | | | | |

| | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB | BC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | |
| 5 | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** |
| 6 | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | |
| 12 | 0 | 1.682 | 1.82 | 0 | 2.404 | 1.596 | 1.194 | 0 | 1.858 | 2.312 | 2.618 | 3.413 | 0 | 1.099 | 0 | 0 | 4.036 | 1.115 | 3.665 |
| 13 | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | |
| 17 | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** |
| 18 | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | |
| 24 | 0 | 151.35 | 163.78 | 0 | 33.66 | 22.34 | 53.73 | 0 | 55.72 | 84.23 | 73.3 | 47.78 | 0 | 30.77 | 0 | 0 | 196.28 | 66.92 | 161.93 |
| 25 | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | |
| 29 | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** |
| 30 | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | |
| 36 | 0 | 1.682 | 1.82 | 0 | 2.404 | 1.596 | 1.194 | 0 | 1.858 | 2.312 | 2.618 | 3.413 | 0 | 1.099 | 0 | 1.118 | 5.159 | 2.512 | 3.665 |
| 37 | | | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | |
| 41 | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** |
| 42 | | | | | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | | | | | | |
| 48 | 0 | 151.35 | 163.78 | 0 | 33.66 | 22.34 | 53.73 | 0 | 55.72 | 84.23 | 73.3 | 47.78 | 0 | 30.77 | 0 | 67.07 | 263.68 | 150.71 | 161.93 |
| 49 | | | | | | | | | | | | | | | | | | | |

|    | BD | BE | BF | BG | BH | BI | BJ | BK | BL | BM | BN | BO | BP | BQ | BR | BS | BT | BU | BV | BW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | |
| 5 | Jul-04 | Jun-04 | May-04 | Apr-04 | Mar-04 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 | Apr-03 | Mar-03 | Feb-03 | Jan-03 | Dec-02 |
| 6 | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | |
| 12 | 6.239 | 3.224 | 3.871 | 3.464 | 7.908 | 4.115 | 6.242 | 4.271 | 5.034 | 7.88 | 2.755 | 6.45 | 6.68 | 4.818 | 8.797 | 5.19 | 11.806 | 6.775 | 12.998 | 9.718 |
| 13 | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | |
| 17 | Jul-04 | Jun-04 | May-04 | Apr-04 | Mar-04 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 | Apr-03 | Mar-03 | Feb-03 | Jan-03 | Dec-02 |
| 18 | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | |
| 24 | 291.48 | 343.42 | 168.48 | 237.83 | 589.01 | 460.36 | 377.77 | 303.45 | 417.33 | 697.56 | 207.34 | 875.71 | 821.03 | 523.62 | 820.17 | 515.09 | 1062.55 | 840.02 | 788.3 | 933.17 |
| 25 | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | |
| 29 | Jul-04 | Jun-04 | May-04 | Apr-04 | Mar-04 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 | Apr-03 | Mar-03 | Feb-03 | Jan-03 | Dec-02 |
| 30 | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | |
| 36 | 6.239 | 5.748 | 7.304 | 5.948 | 11.703 | 9.556 | 13.595 | 12.982 | 6.449 | 15.059 | 7.052 | 11.432 | 9.607 | 6.252 | 14.59 | 15.745 | 12.985 | 13.068 | 17.719 | 12.281 |
| 37 | | | | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | |
| 41 | Jul-04 | Jun-04 | May-04 | Apr-04 | Mar-04 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 | Apr-03 | Mar-03 | Feb-03 | Jan-03 | Dec-02 |
| 42 | | | | | | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | | | | | | | |
| 48 | 291.48 | 454.56 | 475.56 | 312.37 | 772.57 | 909.53 | 703.13 | 742.86 | 544.72 | 1132.67 | 538.02 | 1288.78 | 1084.5 | 652.68 | 1110.86 | 1471.4 | 1168.59 | 1313.61 | 1071.97 | 1010.06 |
| 49 | | | | | | | | | | | | | | | | | | | | |

|    | BX | BY | BZ | CA | CB | CC | CD | CE | CF | CG | CH | CI | CJ | CK | CL | CM | CN | CO | CP | CQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | |
| 5 | **Nov-02** | **Oct-02** | **Sep-02** | **Aug-02** | **Jul-02** | **Jun-02** | **May-02** | **Apr-02** | **Mar-02** | **Feb-02** | **Jan-02** | **Dec-01** | **Nov-01** | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** |
| 6 | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | |
| 12 | 6.532 | 5.129 | 9.468 | 14.382 | 13.356 | 8.359 | 8.149 | 5.465 | 9.204 | 9.353 | 4.365 | 9.924 | 17.001 | 21.44 | 2.544 | 10.129 | 17.255 | 19.4 | 9.472 | 8.766 |
| 13 | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | |
| 17 | **Nov-02** | **Oct-02** | **Sep-02** | **Aug-02** | **Jul-02** | **Jun-02** | **May-02** | **Apr-02** | **Mar-02** | **Feb-02** | **Jan-02** | **Dec-01** | **Nov-01** | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** |
| 18 | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | |
| 24 | 439.67 | 657.95 | 966.63 | 1091.39 | 796.69 | 387.96 | 878.36 | 391.25 | 935.68 | 845.3 | 734.06 | 682.51 | 1444.29 | 1793.84 | 226.88 | 1164.39 | 1338.09 | 1114.09 | 605.29 | 503.73 |
| 25 | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | |
| 29 | **Nov-02** | **Oct-02** | **Sep-02** | **Aug-02** | **Jul-02** | **Jun-02** | **May-02** | **Apr-02** | **Mar-02** | **Feb-02** | **Jan-02** | **Dec-01** | **Nov-01** | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** |
| 30 | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | |
| 36 | 16.066 | 10.461 | 12.254 | 23.635 | 16.091 | 12.134 | 9.593 | 14.669 | 12.638 | 21.834 | 14.071 | 14.224 | 19.723 | 27.347 | 5.095 | 16.348 | 25.774 | 22.591 | 13.164 | 14.905 |
| 37 | | | | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | |
| 41 | **Nov-02** | **Oct-02** | **Sep-02** | **Aug-02** | **Jul-02** | **Jun-02** | **May-02** | **Apr-02** | **Mar-02** | **Feb-02** | **Jan-02** | **Dec-01** | **Nov-01** | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** |
| 42 | | | | | | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | | | | | | | |
| 48 | 1349.11 | 984.19 | 1096.11 | 1601.18 | 966.29 | 576.18 | 1008.36 | 956.26 | 1071.07 | 1911.84 | 1408.9 | 1044.19 | 1727.83 | 2207.86 | 506.78 | 1750.09 | 1994.24 | 1373.31 | 802.31 | 724.8 |
| 49 | | | | | | | | | | | | | | | | | | | | |

|   | CR | CS | CT | CU | CV | CW | CX | CY | CZ | DA | DB | DC | DD | DE | DF | DG | DH | DI | DJ |
|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1 | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | |
| 5 | Mar-01 | Feb-01 | Jan-01 | Dec-00 | Nov-00 | Oct-00 | Sep-00 | Aug-00 | Jul-00 | Jun-00 | May-00 | Apr-00 | Mar-00 | Feb-00 | Jan-00 | Dec-99 | Nov-99 | Oct-99 | Sep-99 |
| 6 | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | |
| 12 | 18.506 | 10.24 | 13.049 | 7.843 | 8.45 | 7.606 | 2.302 | 7.363 | 6.724 | 6.255 | 8.324 | 5.445 | 5.493 | 4.759 | 8.1 | 2.847 | 3.614 | 9.657 | 9.389 |
| 13 | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | |
| 17 | Mar-01 | Feb-01 | Jan-01 | Dec-00 | Nov-00 | Oct-00 | Sep-00 | Aug-00 | Jul-00 | Jun-00 | May-00 | Apr-00 | Mar-00 | Feb-00 | Jan-00 | Dec-99 | Nov-99 | Oct-99 | Sep-99 |
| 18 | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | |
| 24 | 1119.97 | 502.36 | 834.24 | 471.53 | 506.65 | 403.48 | 162.15 | 510.73 | 716.88 | 388.12 | 960.63 | 236.62 | 365.88 | 572.02 | 652.78 | 176.75 | 333.09 | 1176.7 | 786.2 |
| 25 | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | |
| 29 | Mar-01 | Feb-01 | Jan-01 | Dec-00 | Nov-00 | Oct-00 | Sep-00 | Aug-00 | Jul-00 | Jun-00 | May-00 | Apr-00 | Mar-00 | Feb-00 | Jan-00 | Dec-99 | Nov-99 | Oct-99 | Sep-99 |
| 30 | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | |
| 36 | 24.739 | 11.339 | 14.31 | 15.039 | 11.023 | 11.744 | 5.744 | 10.391 | 7.871 | 6.255 | 8.324 | 8.065 | 7.754 | 4.759 | 9.231 | 4.068 | 3.614 | 11.597 | 12.48 |
| 37 | | | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | |
| 41 | Mar-01 | Feb-01 | Jan-01 | Dec-00 | Nov-00 | Oct-00 | Sep-00 | Aug-00 | Jul-00 | Jun-00 | May-00 | Apr-00 | Mar-00 | Feb-00 | Jan-00 | Dec-99 | Nov-99 | Oct-99 | Sep-99 |
| 42 | | | | | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | | | | | | |
| 48 | 1492.07 | 634.24 | 872.08 | 824.81 | 675.99 | 785.02 | 402.65 | 793.58 | 854.57 | 388.12 | 960.63 | 468.44 | 644.11 | 572.02 | 754.58 | 323.28 | 333.09 | 1351.28 | 982.71 |
| 49 | | | | | | | | | | | | | | | | | | | |

|    | DK | DL | DM | DN | DO | DP |
|----|------|------|------|------|------|------|
| 1  |  |  |  |  |  |  |
| 2  |  |  |  |  |  |  |
| 3  |  |  |  |  |  |  |
| 4  |  |  |  |  |  |  |
| 5  | **Aug-99** | **Jul-99** | **Jun-99** | **May-99** | **Apr-99** | **Mar-99** |
| 6  |  |  |  |  |  |  |
| 7  |  |  |  |  |  |  |
| 8  |  |  |  |  |  |  |
| 9  |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |
| 11 |  |  |  |  |  |  |
| 12 | 7.43 | 1.125 | 14.125 | 11.32 | 2.489 | 3.537 |
| 13 |  |  |  |  |  |  |
| 14 |  |  |  |  |  |  |
| 15 |  |  |  |  |  |  |
| 16 |  |  |  |  |  |  |
| 17 | **Aug-99** | **Jul-99** | **Jun-99** | **May-99** | **Apr-99** | **Mar-99** |
| 18 |  |  |  |  |  |  |
| 19 |  |  |  |  |  |  |
| 20 |  |  |  |  |  |  |
| 21 |  |  |  |  |  |  |
| 22 |  |  |  |  |  |  |
| 23 |  |  |  |  |  |  |
| 24 | 543.17 | 134.98 | 1148.18 | 710.13 | 156.67 | 309.13 |
| 25 |  |  |  |  |  |  |
| 26 |  |  |  |  |  |  |
| 27 |  |  |  |  |  |  |
| 28 |  |  |  |  |  |  |
| 29 | **Aug-99** | **Jul-99** | **Jun-99** | **May-99** | **Apr-99** | **Mar-99** |
| 30 |  |  |  |  |  |  |
| 31 |  |  |  |  |  |  |
| 32 |  |  |  |  |  |  |
| 33 |  |  |  |  |  |  |
| 34 |  |  |  |  |  |  |
| 35 |  |  |  |  |  |  |
| 36 | 8.553 | 13.908 | 14.125 | 12.413 | 4.915 | 10.684 |
| 37 |  |  |  |  |  |  |
| 38 |  |  |  |  |  |  |
| 39 |  |  |  |  |  |  |
| 40 |  |  |  |  |  |  |
| 41 | **Aug-99** | **Jul-99** | **Jun-99** | **May-99** | **Apr-99** | **Mar-99** |
| 42 |  |  |  |  |  |  |
| 43 |  |  |  |  |  |  |
| 44 |  |  |  |  |  |  |
| 45 |  |  |  |  |  |  |
| 46 |  |  |  |  |  |  |
| 47 |  |  |  |  |  |  |
| 48 | 677.92 | 1322.65 | 1148.18 | 808.43 | 350.07 | 386.09 |
| 49 |  |  |  |  |  |  |

# Retail and Mail Order Rx Data

## NRx Data for Seroquel by Strength

| First Name | Middle | Last Name | Address 1 | Address 2 | City | State | Zip | IMSDR | Brand | Type | Mar-08 | Feb-08 | Jan-08 | Dec-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | [REDACTED - 5] | | | | | | SQL100 | NRx | | | | |
| | | | [REDACTED - 5] | | | | | | SQL200 | NRx | 0 | 0 | 0 | 0 |
| | | | [REDACTED - 5] | | | | | | SQL25 | NRx | | | | |
| | | | [REDACTED - 5] | | | | | | SQL300 | NRx | 0 | 0 | 0 | 0 |

## NRx Units Data for Seroquel by Strength

| First Name | Middle | Last Name | Address 1 | Address 2 | City | State | Zip | IMSDR | Brand | Type | Mar-08 | Feb-08 | Jan-08 | Dec-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | [REDACTED - 5] | | | | | | SQL100 | NRxUnits | | | | |
| | | | [REDACTED - 5] | | | | | | SQL200 | NRxUnits | 0 | 0 | 0 | 0 |
| | | | [REDACTED - 5] | | | | | | SQL25 | NRxUnits | | | | |
| | | | [REDACTED - 5] | | | | | | SQL300 | NRxUnits | 0 | 0 | 0 | 0 |

## TRx Data for Seroquel by Strength

| First Name | Middle | Last Name | Address 1 | Address 2 | City | State | Zip | IMSDR | Brand | Type | Mar-08 | Feb-08 | Jan-08 | Dec-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | [REDACTED - 5] | | | | | | SQL100 | TRx | | | | |
| | | | [REDACTED - 5] | | | | | | SQL200 | TRx | 0 | 0 | 0 | 0 |
| | | | [REDACTED - 5] | | | | | | SQL25 | TRx | | | | |
| | | | [REDACTED - 5] | | | | | | SQL300 | TRx | 0 | 0 | 0 | 0 |

## TRx Units Data for Seroquel by Strength

| First Name | Middle | Last Name | Address 1 | Address 2 | City | State | Zip | IMSDR | Brand | Type | Mar-08 | Feb-08 | Jan-08 | Dec-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | [REDACTED - 5] | | | | | | SQL100 | TRxUnits | | | | |
| | | | [REDACTED - 5] | | | | | | SQL200 | TRxUnits | 0 | 0 | 0 | 0 |
| | | | [REDACTED - 5] | | | | | | SQL25 | TRxUnits | | | | |
| | | | [REDACTED - 5] | | | | | | SQL300 | TRxUnits | 0 | 0 | 0 | 0 |

|  | P | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 | May-07 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 |
| 6 | | | | | | | | | | | | | | | |
| 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | | | | | | | | | | | | | | |
| 9 | 0 | 0 | 0 | 0 | 0 | 1.201 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 | May-07 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 |
| 14 | | | | | | | | | | | | | | | |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | | | | | | | | | | | | | | |
| 17 | 0 | 0 | 0 | 0 | 0 | 36.02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | |
| 21 | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 | May-07 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 |
| 22 | | | | | | | | | | | | | | | |
| 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | | | | | | | | | | | | | | |
| 25 | 0 | 0 | 0 | 0 | 0 | 1.201 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | |
| 29 | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 | May-07 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 |
| 30 | | | | | | | | | | | | | | | |
| 31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 32 | | | | | | | | | | | | | | | |
| 33 | 0 | 0 | 0 | 0 | 0 | 36.02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

|    | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 2  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 3  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 4  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 5  | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** |
| 6  |    |    |    |    |    |    |    |    |    |    | 0 | 1.596 | 1.194 | 0 | 0 |
| 7  | 0 | 0 | 0 | 1.375 | 0 | 0 | 0 | 0 | 0 | 0 | 1.899 | 0 | 0 | 0 | 1.858 |
| 8  |    |    |    |    |    |    |    | 1.682 | 1.82 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9  | 0 | 0 | 0 | 1 | 1.208 | 1.703 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 11 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 12 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 13 | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** |
| 14 |    |    |    |    |    |    |    |    |    |    | 0 | 22.34 | 53.73 | 0 | 0 |
| 15 | 0 | 0 | 0 | 19.25 | 0 | 0 | 0 | 0 | 0 | 0 | 26.59 | 0 | 0 | 0 | 55.72 |
| 16 |    |    |    |    |    |    |    | 151.35 | 163.78 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | 0 | 0 | 0 | 14 | 16.91 | 23.84 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 19 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 20 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 21 | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** |
| 22 |    |    |    |    |    |    |    |    |    |    | 0 | 1.596 | 1.194 | 0 | 0 |
| 23 | 0 | 0 | 0 | 1.375 | 0 | 0 | 0 | 0 | 0 | 0 | 1.899 | 0 | 0 | 0 | 1.858 |
| 24 |    |    |    |    |    |    |    | 1.682 | 1.82 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | 0 | 0 | 0 | 1 | 1.208 | 1.703 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 27 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 28 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 29 | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** |
| 30 |    |    |    |    |    |    |    |    |    |    | 0 | 22.34 | 53.73 | 0 | 0 |
| 31 | 0 | 0 | 0 | 19.25 | 0 | 0 | 0 | 0 | 0 | 0 | 26.59 | 0 | 0 | 0 | 55.72 |
| 32 |    |    |    |    |    |    |    | 151.35 | 163.78 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 | 0 | 0 | 0 | 14 | 16.91 | 23.84 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

|   | AT | AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 6 | 1.148 | 0 | 0 | 0 | 0 | 0 | 0 | 1.346 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| 7 | 1.164 | 0 | 1.771 | 0 | 1.099 | 0 | 0 | 2.69 | 0 | 1.218 | 2.554 | 2.224 | 2.578 | 2.243 | 2.601 |
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.16 | 2.567 | 0 | 0 | 0 | 2.152 |
| 9 | 0 | 2.618 | 1.642 | 0 | 0 | 0 | 0 | 0 | 1.115 | 1.287 | 1.118 | 0 | 1.293 | 1.221 | 3.155 |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 14 | 51.64 | 0 | 0 | 0 | 0 | 0 | 0 | 80.75 | 0 | 0 | 0 | 180 | 0 | 0 | 0 |
| 15 | 32.59 | 0 | 24.79 | 0 | 30.77 | 0 | 0 | 115.53 | 0 | 73.07 | 113.18 | 163.42 | 114.17 | 164.56 | 60.62 |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34.79 | 111.21 | 0 | 0 | 339.11 |
| 17 | 0 | 73.3 | 22.99 | 0 | 0 | 0 | 0 | 0 | 66.92 | 54.07 | 67.09 | 0 | 54.31 | 73.27 | 189.28 |
| 18 | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | |
| 21 | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 22 | 1.148 | 0 | 0 | 0 | 0 | 0 | 0 | 1.346 | 0 | 0 | 0 | 1 | 1.118 | 0 | 1.161 |
| 23 | 1.164 | 0 | 1.771 | 0 | 1.099 | 0 | 0 | 2.69 | 1.397 | 1.218 | 2.554 | 3.567 | 2.578 | 4.727 | 5.235 |
| 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.16 | 2.567 | 0 | 1.127 | 0 | 2.152 |
| 25 | 0 | 2.618 | 1.642 | 0 | 0 | 0 | 1.118 | 1.123 | 1.115 | 1.287 | 1.118 | 1.181 | 2.481 | 1.221 | 3.155 |
| 26 | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | |
| 29 | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 30 | 51.64 | 0 | 0 | 0 | 0 | 0 | 0 | 80.75 | 0 | 0 | 0 | 180 | 100.63 | 0 | 104.53 |
| 31 | 32.59 | 0 | 24.79 | 0 | 30.77 | 0 | 0 | 115.53 | 83.79 | 73.07 | 113.18 | 203.72 | 114.17 | 239.1 | 139.65 |
| 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34.79 | 111.21 | 0 | 135.18 | 0 | 339.11 |
| 33 | 0 | 73.3 | 22.99 | 0 | 0 | 0 | 67.07 | 67.4 | 66.92 | 54.07 | 67.09 | 70.84 | 125.58 | 73.27 | 189.28 |

|   | BI | BJ | BK | BL | BM | BN | BO | BP | BQ | BR | BS | BT | BU | BV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 | Apr-03 | Mar-03 | Feb-03 | Jan-03 |
| 6 | 1.913 | 3.174 | 0 | 1 | 1.375 | 0 | 1 | 2.627 | 3.366 | 0 | 1.184 | 5.164 | 1.511 | 2.301 |
| 7 | 0 | 1.534 | 4.271 | 1 | 2.706 | 2.755 | 4.273 | 4.053 | 1.452 | 4.104 | 1.401 | 3.089 | 1.382 | 7.601 |
| 8 | 2.202 | 1.534 | 0 | 0 | 2.548 | 0 | 1.177 | 0 | 0 | 4.693 | 2.605 | 3.553 | 3.882 | 3.096 |
| 9 | 0 | 0 | 0 | 3.034 | 1.251 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 | Apr-03 | Mar-03 | Feb-03 | Jan-03 |
| 14 | 172.14 | 285.73 | 0 | 90 | 1.375 | 2.962 | 1 | 2.627 | 3.366 | 1.277 | 3.576 | 6.343 | 1.511 | 2.301 |
| 15 | 0 | 46.02 | 303.45 | 180 | 9.885 | 4.09 | 6.939 | 6.98 | 2.886 | 8.62 | 5.991 | 3.089 | 5.677 | 12.322 |
| 16 | 288.22 | 46.02 | 0 | 0 | 2.548 | 0 | 3.493 | 0 | 0 | 4.693 | 6.178 | 3.553 | 5.88 | 3.096 |
| 17 | 0 | 0 | 0 | 147.33 | 1.251 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | |
| 21 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 | Apr-03 | Mar-03 | Feb-03 | Jan-03 |
| 22 | 1.913 | 3.174 | 1.074 | 1 | 82.52 | 0 | 180 | 497.14 | 392.92 | 0 | 106.56 | 464.81 | 272.03 | 99.02 |
| 23 | 4.114 | 4.23 | 6.969 | 2.415 | 121.77 | 207.34 | 377.84 | 323.89 | 130.7 | 369.32 | 84.05 | 277.97 | 82.89 | 503.5 |
| 24 | 3.529 | 2.698 | 0 | 0 | 455.75 | 0 | 317.87 | 0 | 0 | 450.85 | 324.48 | 319.77 | 485.1 | 185.78 |
| 25 | 0 | 3.493 | 4.939 | 3.034 | 37.52 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | |
| 29 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 | Apr-03 | Mar-03 | Feb-03 | Jan-03 |
| 30 | 172.14 | 285.73 | 96.69 | 90 | 82.52 | 266.6 | 180 | 497.14 | 392.92 | 114.91 | 256.26 | 570.85 | 272.03 | 99.02 |
| 31 | 210.29 | 126.91 | 384.39 | 307.39 | 556.88 | 271.42 | 617.87 | 587.36 | 259.76 | 545.1 | 497.2 | 277.97 | 436.59 | 787.17 |
| 32 | 527.1 | 185.69 | 0 | 0 | 455.75 | 0 | 490.91 | 0 | 0 | 450.85 | 717.94 | 319.77 | 604.99 | 185.78 |
| 33 | 0 | 104.8 | 261.78 | 147.33 | 37.52 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | Long Term Care NRX Data for Seroquel and Competitors | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | First Name | Middle | Last Name | Address 1 | Address 2 | City | State | | Zip | IMSDR | Brand | Type | Mar-08 | Feb-08 | Jan-08 | Dec-07 |
| 5 | | | | | [REDACTED - 5] | | | | | | | | | | |
| 6 | | | | | [REDACTED - 5] | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | Long Term Care NRX Units for Seroquel and Competitors | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | First | Middle | Last | Address 1 | Address 2 | City | State | Zip | IMSDR | Brand | Type | Mar-08 | Feb-08 | Jan-08 | Dec-07 |
| 11 | | | | | [REDACTED - 5] | | | | | | | | | | |
| 12 | | | | | [REDACTED - 5] | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | Long Term Care TRX Data for Seroquel and Competitors | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |
| 16 | First | Middle | Last | Address 1 | Address 2 | City | State | Zip | IMSDR | Brand | Type | Mar-08 | Feb-08 | Jan-08 | Dec-07 |
| 17 | | | | | [REDACTED - 5] | | | | | | | | | | |
| 18 | | | | | [REDACTED - 5] | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | |
| 20 | Long Term Care TRX Units for Seroquel and Competitors | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | |
| 22 | First | Middle | Last | Address 1 | Address 2 | City | State | Zip | IMSDR | Brand | Type | Mar-08 | Feb-08 | Jan-08 | Dec-07 |
| 23 | | | | | [REDACTED - 5] | | | | | | | | | | |
| 24 | | | | | [REDACTED - 5] | | | | | | | | | | |

|    | P | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|----|---|---|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|
| 1  |   |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 2  |   |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 3  |   |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 4  | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 | May-07 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 | Aug-06 | Jul-06 | Jun-06 |
| 5  | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 6  | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 7  |   |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 8  |   |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 9  |   |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 10 | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 | May-07 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 | Aug-06 | Jul-06 | Jun-06 |
| 11 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 12 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 13 |   |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 14 |   |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 15 |   |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 16 | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 | May-07 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 | Aug-06 | Jul-06 | Jun-06 |
| 17 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 18 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 19 |   |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 20 |   |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 21 |   |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 22 | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 | May-07 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 | Aug-06 | Jul-06 | Jun-06 |
| 23 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 24 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

|    | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 2  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 3  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 4  | May-06 | Apr-06 | Mar-06 | Feb-06 | Jan-06 | Dec-05 | Nov-05 | Oct-05 | Sep-05 | Aug-05 | Jul-05 | Jun-05 | May-05 | Apr-05 | Mar-05 | Feb-05 | Jan-05 | Dec-04 | Nov-04 |
| 5  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 6  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 7  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 8  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 9  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 10 | May-06 | Apr-06 | Mar-06 | Feb-06 | Jan-06 | Dec-05 | Nov-05 | Oct-05 | Sep-05 | Aug-05 | Jul-05 | Jun-05 | May-05 | Apr-05 | Mar-05 | Feb-05 | Jan-05 | Dec-04 | Nov-04 |
| 11 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 12 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 13 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 14 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 15 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 16 | May-06 | Apr-06 | Mar-06 | Feb-06 | Jan-06 | Dec-05 | Nov-05 | Oct-05 | Sep-05 | Aug-05 | Jul-05 | Jun-05 | May-05 | Apr-05 | Mar-05 | Feb-05 | Jan-05 | Dec-04 | Nov-04 |
| 17 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 18 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 19 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 20 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 21 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 22 | May-06 | Apr-06 | Mar-06 | Feb-06 | Jan-06 | Dec-05 | Nov-05 | Oct-05 | Sep-05 | Aug-05 | Jul-05 | Jun-05 | May-05 | Apr-05 | Mar-05 | Feb-05 | Jan-05 | Dec-04 | Nov-04 |
| 23 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 24 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

|    | BA | BB | BC | BD | BE | BF | BG | BH | BI | BJ | BK | BL | BM |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1  |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 2  |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 3  |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 4  | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** |
| 5  | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 6  | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 7  |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 8  |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 9  |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 10 | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** |
| 11 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 12 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 13 |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 14 |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 15 |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 16 | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** |
| 17 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 18 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 19 |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 20 |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 21 |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 22 | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** |
| 23 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 24 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

|   | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | First Name | Middle | Last Name | Address 1 | Address 2 | City | State | Zip | IMSDR | IMS ADDR | IMS STATE | IMS ZIP | Study Month | SEROQUEL_TRX | SEROQUEL_SCH_TRX |
| 2 | | | | | [REDACTED - 5] | | | | | | | | MAY06 | 2.375 | 0.703269666 |
| 3 | | | | | [REDACTED - 5] | | | | | | | | MAY05 | 2.498 | 0.777066368 |
| 4 | | | | | [REDACTED - 5] | | | | | | | | MAR07 | 0 | 0 |
| 5 | | | | | [REDACTED - 5] | | | | | | | | JUN07 | 1.201 | 0.116940684 |
| 6 | | | | | [REDACTED - 5] | | | | | | | | JUN06 | 0 | 0 |
| 7 | | | | | [REDACTED - 5] | | | | | | | | JUN05 | 1.768 | 0.393355342 |
| 8 | | | | | [REDACTED - 5] | | | | | | | | JUL07 | 0 | 0 |
| 9 | | | | | [REDACTED - 5] | | | | | | | | JUL06 | 0 | 0 |
| 10 | | | | | [REDACTED - 5] | | | | | | | | JUL05 | 0 | 0 |
| 11 | | | | | [REDACTED - 5] | | | | | | | | JAN07 | 0 | 0 |
| 12 | | | | | [REDACTED - 5] | | | | | | | | MAR06 | 1.703 | 0.479954004 |
| 13 | | | | | [REDACTED - 5] | | | | | | | | JAN06 | 1.682 | 0.370288998 |
| 14 | | | | | [REDACTED - 5] | | | | | | | | FEB07 | 0 | 0 |
| 15 | | | | | [REDACTED - 5] | | | | | | | | FEB06 | 0 | 0 |
| 16 | | | | | [REDACTED - 5] | | | | | | | | DEC06 | 0 | 0 |
| 17 | | | | | [REDACTED - 5] | | | | | | | | DEC05 | 1.82 | 0.398148438 |
| 18 | | | | | [REDACTED - 5] | | | | | | | | AUG07 | 0 | 0 |
| 19 | | | | | [REDACTED - 5] | | | | | | | | AUG06 | 0 | 0 |
| 20 | | | | | [REDACTED - 5] | | | | | | | | AUG05 | 1.22 | 0.379511997 |
| 21 | | | | | [REDACTED - 5] | | | | | | | | APR07 | 0 | 0 |
| 22 | | | | | [REDACTED - 5] | | | | | | | | APR06 | 1.208 | 0.4042053 |
| 23 | | | | | [REDACTED - 5] | | | | | | | | OCT06 | 0 | 0 |
| 24 | | | | | [REDACTED - 5] | | | | | | | | NOV05 | 0 | 0 |
| 25 | | | | | [REDACTED - 5] | | | | | | | | MAY07 | 0 | 0 |
| 26 | | | | | [REDACTED - 5] | | | | | | | | SEP07 | 0 | 0 |
| 27 | | | | | [REDACTED - 5] | | | | | | | | OCT05 | 2.404 | 0.98999017 |
| 28 | | | | | [REDACTED - 5] | | | | | | | | SEP06 | 0 | 0 |
| 29 | | | | | [REDACTED - 5] | | | | | | | | NOV06 | 0 | 0 |
| 30 | | | | | [REDACTED - 5] | | | | | | | | SEP05 | 1.454 | 0.418394551 |

| | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|
| | SEROQUEL_BIP_TRX | SEROQUEL_DEP_TRX | SEROQUEL_OTH_TRX | SEROQUEL_NEW_RX | SEROQUEL_CONTINUE_RX | SEROQUEL_SWITCH_TO_RX | SEROQUEL_SWITCH_FROM_RX |
| 1 | | | | | | | |
| 2 | 0.371309927 | 0.778701408 | 0.521718999 | 2.375 | 0 | 0 | 0 |
| 3 | 0.515972924 | 0.524110891 | 0.680849817 | 0 | 2.498 | 0 | 0 |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0.133760391 |
| 5 | 0.345787996 | 0.340669056 | 0.397602264 | 0 | 1.201 | 0 | 0.121545472 |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | 0.387141311 | 0.489302691 | 0.498200656 | 0.250195136 | 1.380109319 | 0.137695545 | 0 |
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0.112357472 |
| 12 | 0.546910892 | 0.343099509 | 0.333035595 | 1.703 | 0 | 0 | 0 |
| 13 | 0.374322721 | 0.464834625 | 0.472553657 | 0.270984657 | 1.284146295 | 0.126869048 | 0 |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0.113431027 |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.057805127 |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0.100550562 |
| 17 | 0.40475982 | 0.503636684 | 0.513455057 | 0.24649083 | 1.443821838 | 0.129687332 | 0 |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0.132704888 |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | 0.251996384 | 0.255970891 | 0.332520728 | 0 | 1.22 | 0 | 0 |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0.121558897 |
| 22 | 0.406515954 | 0.207169272 | 0.190109474 | 1.208 | 0 | 0 | 0 |
| 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0.16306019 |
| 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0.040444635 |
| 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0.148197657 |
| 27 | 0.421930643 | 0.562822799 | 0.429256388 | 2.404 | 0 | 0 | 0 |
| 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0.106217029 |
| 30 | 0.604111635 | 0.236800266 | 0.194693548 | 1.454 | 0 | 0 | 0 |