# EXHIBIT F

|   | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Retail and Mail Order Rx Data | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | NRx Data for Seroquel and Competitors | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | First Name | Middle | Last Name | Address1 | Address2 | City | State | Zip | IMS-Dr | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 |
| 6 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 7 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 8 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 9 | | | | [REDACTED - 4] | | | | | | SEROQUEL | NRx | 0 | 0 | 0 | 0 | 0 |
| 10 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 11 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 12 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |
| 14 | NRx Units for Seroquel and Competitors | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | |
| 16 | First Name | Middle | Last Name | Address1 | Address2 | City | State | Zip | IMS-Dr | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 |
| 17 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 18 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 19 | | | | [REDACTED - 4] | | | | | | SEROQUEL | NRxUnits | 0 | 0 | 0 | 0 | 0 |
| 20 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 21 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 22 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 23 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | |
| 25 | TRx Data for Seroquel and Competitors | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | |
| 27 | First Name | Middle | Last Name | Address1 | Address2 | City | State | Zip | IMS-Dr | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 |
| 28 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 29 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 30 | | | | [REDACTED - 4] | | | | | | SEROQUEL | TRx | 0 | 0 | 0 | 0 | 0 |
| 31 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 32 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 33 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 34 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | |
| 36 | TRx Units Data for Seroquel and Competitors | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | |
| 38 | First Name | Middle | Last Name | Address1 | Address2 | City | State | Zip | IMS-Dr | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 |
| 39 | | | | [REDACTED - 4] | | | | | | SEROQUEL | TRxUnits | 0 | 0 | 0 | 0 | 0 |
| 40 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 41 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 42 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 43 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 44 | | | | [REDACTED - 4] | | | | | | | | | | | | |
| 45 | | | | [REDACTED - 4] | | | | | | | | | | | | |

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | |
| 5 | **Sep-07** | **Aug-07** | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** |
| 6 | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | |
| 9 | 0 | 0 | 0 | 1.003 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.063 | 1.99 | 1.105 | 1.077 | 1 |
| 10 | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | |
| 16 | **Sep-07** | **Aug-07** | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** |
| 17 | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | |
| 19 | 0 | 0 | 0 | 15.05 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 63.78 | 119.37 | 66.29 | 64.63 | 30.01 |
| 20 | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | |
| 27 | **Sep-07** | **Aug-07** | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** |
| 28 | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | |
| 30 | 0 | 0 | 0 | 1.003 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.063 | 1.99 | 1.105 | 1.077 | 1 |
| 31 | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | |
| 38 | **Sep-07** | **Aug-07** | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** |
| 39 | 0 | 0 | 0 | 15.05 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 63.78 | 119.37 | 66.29 | 64.63 | 30.01 |
| 40 | | | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | | | |

|  | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | Apr-06 | Mar-06 | Feb-06 | Jan-06 | Dec-05 | Nov-05 | Oct-05 | Sep-05 | Aug-05 | Jul-05 | Jun-05 | May-05 | Apr-05 | Mar-05 | Feb-05 | Jan-05 | Dec-04 | Nov-04 |
| 6 | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | |
| 9 | 0 | 0 | 1.011 | 0 | 0 | 1 | 0 | 1.021 | 1 | 1 | 3.2 | 3.6 | 0 | 3.296 | 4.068 | 5.389 | 3.063 | 1.101 |
| 10 | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | |
| 16 | Apr-06 | Mar-06 | Feb-06 | Jan-06 | Dec-05 | Nov-05 | Oct-05 | Sep-05 | Aug-05 | Jul-05 | Jun-05 | May-05 | Apr-05 | Mar-05 | Feb-05 | Jan-05 | Dec-04 | Nov-04 |
| 17 | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | |
| 19 | 0 | 0 | 60.66 | 0 | 0 | 30 | 0 | 30.62 | 90 | 60 | 131.2 | 168.07 | 0 | 98.85 | 182.96 | 226.67 | 153.14 | 33.02 |
| 20 | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | |
| 27 | Apr-06 | Mar-06 | Feb-06 | Jan-06 | Dec-05 | Nov-05 | Oct-05 | Sep-05 | Aug-05 | Jul-05 | Jun-05 | May-05 | Apr-05 | Mar-05 | Feb-05 | Jan-05 | Dec-04 | Nov-04 |
| 28 | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | |
| 30 | 2.099 | 1.011 | 4.066 | 1.033 | 1.002 | 2 | 0 | 2.021 | 4.193 | 2.175 | 3.2 | 5.629 | 1.023 | 4.326 | 5.113 | 7.556 | 6.914 | 10.622 |
| 31 | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | |
| 38 | Apr-06 | Mar-06 | Feb-06 | Jan-06 | Dec-05 | Nov-05 | Oct-05 | Sep-05 | Aug-05 | Jul-05 | Jun-05 | May-05 | Apr-05 | Mar-05 | Feb-05 | Jan-05 | Dec-04 | Nov-04 |
| 39 | 125.92 | 60.65 | 243.95 | 61.96 | 30.05 | 60 | 0 | 60.62 | 220.86 | 130.49 | 131.2 | 228.95 | 30.67 | 129.75 | 214.31 | 324.17 | 353.55 | 457.59 |
| 40 | | | | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | | | | |

| | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI | BJ | BK | BL | BM | BN | BO | BP | BQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | Oct-04 | Sep-04 | Aug-04 | Jul-04 | Jun-04 | May-04 | Apr-04 | Mar-04 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 |
| 6 | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | |
| 9 | 6.26 | 3.06 | 1.083 | 1 | 5.135 | 3.056 | 4.206 | 1.1 | 2.181 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3.097 | 0 |
| 10 | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | |
| 16 | Oct-04 | Sep-04 | Aug-04 | Jul-04 | Jun-04 | May-04 | Apr-04 | Mar-04 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 |
| 17 | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | |
| 19 | 289.45 | 153.12 | 64.96 | 60 | 278.06 | 152.74 | 160.53 | 33 | 96.18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 56.29 | 0 |
| 20 | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | |
| 27 | Oct-04 | Sep-04 | Aug-04 | Jul-04 | Jun-04 | May-04 | Apr-04 | Mar-04 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 |
| 28 | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | |
| 30 | 8.367 | 4.135 | 3.304 | 4.215 | 6.153 | 4.056 | 6.382 | 2.115 | 2.181 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3.097 | 8.24 |
| 31 | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | |
| 38 | Oct-04 | Sep-04 | Aug-04 | Jul-04 | Jun-04 | May-04 | Apr-04 | Mar-04 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 |
| 39 | 385.47 | 217.62 | 198.18 | 252.93 | 339.15 | 182.74 | 256.34 | 93.91 | 96.18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 56.29 | 188.43 |
| 40 | | | | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | | | | |

| | BR | BS | BT | BU | BV | BW | BX | BY | BZ | CA | CB | CC | CD | CE | CF | CG | CH | CI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | Apr-03 | Mar-03 | Feb-03 | Jan-03 | Dec-02 | Nov-02 | Oct-02 | Sep-02 | Aug-02 | Jul-02 | Jun-02 | May-02 | Apr-02 | Mar-02 | Feb-02 | Jan-02 | Dec-01 | Nov-01 |
| 6 | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | |
| 9 | 3.56 | 1.296 | 0 | 1.086 | 0 | 0 | 1.578 | 1.492 | 1.682 | 1.174 | 6.185 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | |
| 16 | Apr-03 | Mar-03 | Feb-03 | Jan-03 | Dec-02 | Nov-02 | Oct-02 | Sep-02 | Aug-02 | Jul-02 | Jun-02 | May-02 | Apr-02 | Mar-02 | Feb-02 | Jan-02 | Dec-01 | Nov-01 |
| 17 | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | |
| 19 | 59.42 | 38.88 | 0 | 65.15 | 0 | 0 | 47.33 | 89.5 | 100.94 | 23.49 | 101.53 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | |
| 27 | Apr-03 | Mar-03 | Feb-03 | Jan-03 | Dec-02 | Nov-02 | Oct-02 | Sep-02 | Aug-02 | Jul-02 | Jun-02 | May-02 | Apr-02 | Mar-02 | Feb-02 | Jan-02 | Dec-01 | Nov-01 |
| 28 | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | |
| 30 | 5.612 | 1.296 | 1.443 | 1.086 | 0 | 4.319 | 2.905 | 2.797 | 6.866 | 2.349 | 7.581 | 0 | 1.696 | 7.037 | 7.259 | 4.982 | 11.858 | 10.652 |
| 31 | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | |
| 38 | Apr-03 | Mar-03 | Feb-03 | Jan-03 | Dec-02 | Nov-02 | Oct-02 | Sep-02 | Aug-02 | Jul-02 | Jun-02 | May-02 | Apr-02 | Mar-02 | Feb-02 | Jan-02 | Dec-01 | Nov-01 |
| 39 | 90.21 | 38.88 | 28.85 | 65.15 | 0 | 205.49 | 73.87 | 115.6 | 204.62 | 46.98 | 122.47 | 0 | 152.62 | 259.66 | 274.77 | 74.72 | 339.81 | 289.65 |
| 40 | | | | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | | | | |

| | CJ | CK | CL | CM | CN | CO | CP | CQ | CR | CS | CT | CU | CV | CW | CX | CY | CZ | DA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** | **Mar-01** | **Feb-01** | **Jan-01** | **Dec-00** | **Nov-00** | **Oct-00** | **Sep-00** | **Aug-00** | **Jul-00** | **Jun-00** | **May-00** |
| 6 | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | |
| 9 | 3.575 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | |
| 16 | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** | **Mar-01** | **Feb-01** | **Jan-01** | **Dec-00** | **Nov-00** | **Oct-00** | **Sep-00** | **Aug-00** | **Jul-00** | **Jun-00** | **May-00** |
| 17 | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | |
| 19 | 224 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | |
| 27 | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** | **Mar-01** | **Feb-01** | **Jan-01** | **Dec-00** | **Nov-00** | **Oct-00** | **Sep-00** | **Aug-00** | **Jul-00** | **Jun-00** | **May-00** |
| 28 | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | |
| 30 | 10.35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 31 | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | |
| 38 | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** | **Mar-01** | **Feb-01** | **Jan-01** | **Dec-00** | **Nov-00** | **Oct-00** | **Sep-00** | **Aug-00** | **Jul-00** | **Jun-00** | **May-00** |
| 39 | 319.51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 40 | | | | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | | | | |

| | DB | DC | DD | DE | DF | DG | DH | DI | DJ | DK | DL | DM | DN | DO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | **Apr-00** | **Mar-00** | **Feb-00** | **Jan-00** | **Dec-99** | **Nov-99** | **Oct-99** | **Sep-99** | **Aug-99** | **Jul-99** | **Jun-99** | **May-99** | **Apr-99** | **Mar-99** |
| 6 | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |
| 16 | **Apr-00** | **Mar-00** | **Feb-00** | **Jan-00** | **Dec-99** | **Nov-99** | **Oct-99** | **Sep-99** | **Aug-99** | **Jul-99** | **Jun-99** | **May-99** | **Apr-99** | **Mar-99** |
| 17 | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | |
| 27 | **Apr-00** | **Mar-00** | **Feb-00** | **Jan-00** | **Dec-99** | **Nov-99** | **Oct-99** | **Sep-99** | **Aug-99** | **Jul-99** | **Jun-99** | **May-99** | **Apr-99** | **Mar-99** |
| 28 | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | |
| 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 31 | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | |
| 38 | **Apr-00** | **Mar-00** | **Feb-00** | **Jan-00** | **Dec-99** | **Nov-99** | **Oct-99** | **Sep-99** | **Aug-99** | **Jul-99** | **Jun-99** | **May-99** | **Apr-99** | **Mar-99** |
| 39 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 40 | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Retail and Mail Order Rx Data | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | NRx Data for Seroquel by Strength | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | First Name | Middle | Last Name | Address 1 | Address 2 | City | State | Zip | IMSDR | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 | Aug-07 |
| 6 | | | | [REDACTED - 4] | | | | | | SQL100 | NRx | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | | | [REDACTED - 4] | | | | | | SQL25 | NRx | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | | | [REDACTED - 4] | | | | | | SQL200 | NRx | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | | | | | | | | | | | | | | | | | |
| 10 | NRx Units Data for Seroquel by Strength | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | |
| 12 | First Name | Middle | Last Name | Address 1 | Address 2 | City | State | Zip | IMSDR | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 | Aug-07 |
| 13 | | | | [REDACTED - 4] | | | | | | SQL100 | NRxUnits | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | | | [REDACTED - 4] | | | | | | SQL200 | NRxUnits | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | | | [REDACTED - 4] | | | | | | SQL25 | NRxUnits | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | | | | | | | | | | | | | | | | | |
| 17 | TRx Data for Seroquel by Strength | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | |
| 19 | First Name | Middle | Last Name | Address 1 | Address 2 | City | State | Zip | IMSDR | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 | Aug-07 |
| 20 | | | | [REDACTED - 4] | | | | | | SQL100 | TRx | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | | | [REDACTED - 4] | | | | | | SQL25 | TRx | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | | | [REDACTED - 4] | | | | | | SQL200 | TRx | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | | | | | | | | | | | | | | | | | |
| 24 | TRx Units Data for Seroquel by Strength | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | |
| 26 | First Name | Middle | Last Name | Address 1 | Address 2 | City | State | Zip | IMSDR | Brand | Type | Feb-08 | Jan-08 | Dec-07 | Nov-07 | Oct-07 | Sep-07 | Aug-07 |
| 27 | | | | [REDACTED - 4] | | | | | | SQL100 | TRxUnits | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | | | [REDACTED - 4] | | | | | | SQL200 | TRxUnits | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | | | [REDACTED - 4] | | | | | | SQL25 | TRxUnits | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | |
| 5 | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.063 | 1.99 | 1.105 | 1.077 | 1 | 0 | 0 | 0 | 0 | 0 |
| 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.011 | 0 | 0 |
| 8 | 0 | 1.003 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | |
| 12 | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 63.78 | 119.37 | 66.29 | 64.63 | 30.01 | 0 | 0 | 0 | 0 | 0 |
| 14 | 0 | 15.05 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60.66 | 0 | 0 |
| 16 | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | |
| 19 | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.063 | 1.99 | 1.105 | 1.077 | 1 | 0 | 0 | 0 | 0 | 1.002 |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.099 | 1.011 | 4.066 | 1.033 | 0 |
| 22 | 0 | 1.003 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | | | |
| 26 | **Jul-07** | **Jun-07** | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** | **Jan-06** | **Dec-05** |
| 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 63.78 | 119.37 | 66.29 | 64.63 | 30.01 | 0 | 0 | 0 | 0 | 30.05 |
| 28 | 0 | 15.05 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 125.92 | 60.65 | 243.95 | 61.96 | 0 |

| | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | |
| 5 | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 6 | 1 | 0 | 1.021 | 0 | 0 | 1 | 0 | 0 | 2.044 | 2.038 | 2.166 | 1.021 | 1.101 | 2.258 | 0 | 1.083 | 0 | 0 | 1.02 | 2.03 | 0 |
| 7 | 0 | 0 | 0 | 1 | 1 | 2.2 | 1.065 | 0 | 1.252 | 2.03 | 3.223 | 2.042 | 0 | 2.807 | 3.06 | 0 | 1 | 5.135 | 2.036 | 2.176 | 1.1 |
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 2.535 | 0 | 0 | 0 | 0 | 0 | 0 | 1.195 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | |
| 12 | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 13 | 30 | 0 | 30.62 | 0 | 0 | 30 | 0 | 0 | 61.3 | 61.16 | 64.99 | 30.63 | 33.02 | 85.18 | 0 | 64.96 | 0 | 0 | 30.59 | 60.89 | 0 |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 152.09 | 0 | 0 | 0 | 0 | 0 | 0 | 35.85 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | 0 | 0 | 0 | 90 | 60 | 101.2 | 15.98 | 0 | 37.55 | 121.8 | 161.68 | 122.51 | 0 | 168.42 | 153.12 | 0 | 60 | 278.06 | 122.15 | 99.64 | 33 |
| 16 | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | |
| 19 | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 20 | 2 | 0 | 2.021 | 2.023 | 0 | 1 | 1.029 | 1.023 | 2.044 | 2.038 | 3.249 | 2.042 | 5.568 | 2.258 | 1.075 | 1.083 | 0 | 0 | 1.02 | 2.03 | 0 |
| 21 | 0 | 0 | 0 | 2.17 | 2.175 | 2.2 | 2.065 | 0 | 2.282 | 3.075 | 4.307 | 4.872 | 5.054 | 4.914 | 3.06 | 2.221 | 4.215 | 6.153 | 3.036 | 4.352 | 2.115 |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 2.535 | 0 | 0 | 0 | 0 | 0 | 0 | 1.195 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | | | | |
| 26 | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** |
| 27 | 60 | 0 | 60.62 | 60.69 | 0 | 30 | 30.88 | 30.67 | 61.3 | 61.16 | 97.49 | 61.26 | 184.52 | 85.18 | 64.5 | 64.96 | 0 | 0 | 30.59 | 60.89 | 0 |
| 28 | 0 | 0 | 0 | 0 | 0 | 0 | 152.09 | 0 | 0 | 0 | 0 | 0 | 0 | 35.85 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | 0 | 0 | 0 | 160.17 | 130.49 | 101.2 | 45.98 | 0 | 68.45 | 153.15 | 226.68 | 292.29 | 273.07 | 264.44 | 153.12 | 133.22 | 252.93 | 339.15 | 152.15 | 195.45 | 93.91 |

| | BH | BI | BJ | BK | BL | BM | BN | BO | BP | BQ | BR | BS | BT | BU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** | **May-03** | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.296 | 0 | 0 |
| 7 | 2.181 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3.097 | 0 | 3.56 | 0 | 0 | 1.086 |
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** | **May-03** | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.296 | 0 | 0 |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | 96.18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3.097 | 8.24 | 5.612 | 0 | 1.443 | 1.086 |
| 16 | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | |
| 19 | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** | **May-03** | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 38.88 | 0 | 0 |
| 21 | 2.181 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 56.29 | 0 | 59.42 | 0 | 0 | 65.15 |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | |
| 26 | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** | **May-03** | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** |
| 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 38.88 | 0 | 0 |
| 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | 96.18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 56.29 | 188.43 | 90.21 | 0 | 28.85 | 65.15 |

| | A | B | C | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | First Name | Middle | Last Name | Address 2 | City | State | Zip | IMSDR | IMS ADDR | IMS STATE | IMS ZIP | Study Month | SEROQUEL_TRX | SEROQUEL_SCH_TRX |
| 2 | | | | | | [REDACTED - 4] | | | | | | SEP07 | 0 | 0 |
| 3 | | | | | | [REDACTED - 4] | | | | | | SEP06 | 1.063 | 0.157581972 |
| 4 | | | | | | [REDACTED - 4] | | | | | | SEP05 | 2.042 | 0.348457257 |
| 5 | | | | | | [REDACTED - 4] | | | | | | OCT06 | 0 | 0 |
| 6 | | | | | | [REDACTED - 4] | | | | | | NOV06 | 0 | 0 |
| 7 | | | | | | [REDACTED - 4] | | | | | | NOV05 | 2 | 0.363396731 |
| 8 | | | | | | [REDACTED - 4] | | | | | | MAY07 | 0 | 0 |
| 9 | | | | | | [REDACTED - 4] | | | | | | MAY05 | 5.229 | 1.297023764 |
| 10 | | | | | | [REDACTED - 4] | | | | | | MAR07 | 0 | 0 |
| 11 | | | | | | [REDACTED - 4] | | | | | | MAR06 | 1.011 | 0.14286123 |
| 12 | | | | | | [REDACTED - 4] | | | | | | JUN07 | 1.003 | 0.161530265 |
| 13 | | | | | | [REDACTED - 4] | | | | | | JUN06 | 1.077 | 0.162419224 |
| 14 | | | | | | [REDACTED - 4] | | | | | | JUN05 | 3.317 | 0.680169519 |
| 15 | | | | | | [REDACTED - 4] | | | | | | JUL07 | 0 | 0 |
| 16 | | | | | | [REDACTED - 4] | | | | | | JUL06 | 1.105 | 0.163642361 |
| 17 | | | | | | [REDACTED - 4] | | | | | | JUL05 | 2.288 | 0.483842042 |
| 18 | | | | | | [REDACTED - 4] | | | | | | JAN07 | 0 | 0 |
| 19 | | | | | | [REDACTED - 4] | | | | | | JAN06 | 1.033 | 0.161179001 |
| 20 | | | | | | [REDACTED - 4] | | | | | | MAY06 | 1 | 0.148116724 |
| 21 | | | | | | [REDACTED - 4] | | | | | | OCT05 | 0 | 0 |
| 22 | | | | | | [REDACTED - 4] | | | | | | FEB07 | 0 | 0 |
| 23 | | | | | | [REDACTED - 4] | | | | | | FEB06 | 4.066 | 0.55840702 |
| 24 | | | | | | [REDACTED - 4] | | | | | | DEC06 | 0 | 0 |
| 25 | | | | | | [REDACTED - 4] | | | | | | DEC05 | 1.002 | 0.147395194 |
| 26 | | | | | | [REDACTED - 4] | | | | | | AUG07 | 0 | 0 |
| 27 | | | | | | [REDACTED - 4] | | | | | | AUG06 | 1.99 | 0.326432044 |
| 28 | | | | | | [REDACTED - 4] | | | | | | AUG05 | 4.281 | 0.695227122 |
| 29 | | | | | | [REDACTED - 4] | | | | | | APR07 | 0 | 0 |
| 30 | | | | | | [REDACTED - 4] | | | | | | APR06 | 2.099 | 0.256409559 |

| | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|
| 1 | SEROQUEL_BIP_TRX | SEROQUEL_DEP_TRX | SEROQUEL_OTH_TRX | SEROQUEL_NEW_RX | SEROQUEL_CONTINUE_RX | SEROQUEL_SWITCH_TO_RX | SEROQUEL_SWITCH_FROM_RX |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | 0.275054306 | 0.255758756 | 0.374604966 | 0.174747164 | 0.86644046 | 0.021812375 | 0 |
| 4 | 0.47343692 | 0.525293137 | 0.694812685 | 0.103928769 | 1.726229529 | 0.211841702 | 0 |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | 0.419416905 | 0.494172093 | 0.723014271 | 0 | 2 | 0 | 0 |
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | 0.965365418 | 1.587288576 | 1.379322242 | 0 | 4.611279132 | 0.617720868 | 0 |
| 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | 0.268114487 | 0.245555915 | 0.354468369 | 0.12139264 | 0.81361156 | 0.075995799 | 0 |
| 12 | 0.220010099 | 0.260428263 | 0.361031372 | 0.368783078 | 0.59120993 | 0.043006992 | 0 |
| 13 | 0.275748186 | 0.274509238 | 0.364323352 | 0.143346919 | 0.933653081 | 0 | 0 |
| 14 | 0.740120154 | 1.085857969 | 0.810852359 | 0.196850547 | 3.120149453 | 0 | 0 |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | 0.277391057 | 0.266782248 | 0.397184333 | 0.177468094 | 0.883138046 | 0.04439386 | 0 |
| 17 | 0.132355883 | 0.689837489 | 0.981964587 | 0 | 2.288 | 0 | 0 |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | 0.255452757 | 0.247724149 | 0.368644093 | 0.181932306 | 0.851067694 | 0 | 0 |
| 20 | 0.258458956 | 0.243953581 | 0.349470738 | 0.176378157 | 0.814635816 | 0.008986027 | 0 |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | 1.142758298 | 0.940758968 | 1.424075714 | 0.584865488 | 3.152553038 | 0.328581474 | 0 |
| 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | 0.251162261 | 0.238462315 | 0.36498023 | 0.15898371 | 0.84301629 | 0 | 0 |
| 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | 0.482917577 | 0.4771271 | 0.703523279 | 0.014571103 | 1.975428897 | 0 | 0 |
| 28 | 1.056769755 | 1.071132348 | 1.457870775 | 0.98521743 | 2.912133671 | 0.3836489 | 0 |
| 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | 0.551106207 | 0.523664168 | 0.767820066 | 0.185889766 | 1.725183536 | 0.187926698 | 0 |