# EXHIBIT G

|   | A | B | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Retail and Mail Order Rx Data | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | NRx Data for Seroquel and Competitors | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | Last_Name | First_Name_ | Address_1 | Address_2 | City | State_ | Zip_Code | IMSDR | BRAND_NM | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 |
| 6 | | | [REDACTED - 14] | | | | | | | | | | | | |
| 7 | | | [REDACTED - 14] | | | | | | SEROQUEL | 4.211 | 5.393 | 2.12 | 4.238 | 4.351 | 3.437 |
| 8 | | | [REDACTED - 14] | | | | | | | | | | | | |
| 9 | | | [REDACTED - 14] | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | NRx Units Data for Seroquel and Competitors | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | Last_Name | First_Name_ | Address_1 | Address_2 | City | State_ | Zip_Code | IMSDR | BRAND_NM | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 |
| 14 | | | [REDACTED - 14] | | | | | | | | | | | | |
| 15 | | | [REDACTED - 14] | | | | | | SEROQUEL | 379 | 472.27 | 160.1 | 162.81 | 280.55 | 214.93 |
| 16 | | | [REDACTED - 14] | | | | | | | | | | | | |
| 17 | | | [REDACTED - 14] | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | |
| 19 | | TRx Data for Seroquel and Competitors | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | |
| 21 | Last_Name | First_Name_ | Address_1 | Address_2 | City | State_ | Zip_Code | IMSDR | BRAND_NM | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 |
| 22 | | | [REDACTED - 14] | | | | | | | | | | | | |
| 23 | | | [REDACTED - 14] | | | | | | SEROQUEL | 6.256 | 9.011 | 6.275 | 8.757 | 7.467 | 7.706 |
| 24 | | | [REDACTED - 14] | | | | | | | | | | | | |
| 25 | | | [REDACTED - 14] | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | |
| 27 | | TRx Units Data for Seroquel and Competitors | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | |
| 29 | Last_Name | First_Name_ | Address_1 | Address_2 | City | State_ | Zip_Code | IMSDR | BRAND_NM | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 |
| 30 | | | [REDACTED - 14] | | | | | | | | | | | | |
| 31 | | | [REDACTED - 14] | | | | | | | | | | | | |
| 32 | | | [REDACTED - 14] | | | | | | SEROQUEL | 471.51 | 701.75 | 348.74 | 416.14 | 407.3 | 440.3 |
| 33 | | | [REDACTED - 14] | | | | | | | | | | | | |

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** |
| 6 | | | | | | | | | | | | | | | | |
| 7 | 1.089 | 1.001 | 2.388 | 2.03 | 1.04 | 2.113 | 0 | 7.255 | 5.261 | 4.347 | 5.198 | 5.553 | 9.935 | 11.761 | 9.472 | 7.219 |
| 8 | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** |
| 14 | | | | | | | | | | | | | | | | |
| 15 | 130.72 | 30.04 | 104.6 | 153.14 | 31.19 | 63.4 | 0 | 317.09 | 353.88 | 196.44 | 204.42 | 307.08 | 414.18 | 718.18 | 330.58 | 432.12 |
| 16 | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | |
| 21 | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** |
| 22 | | | | | | | | | | | | | | | | |
| 23 | 5.507 | 6.516 | 7.866 | 6.417 | 7.317 | 8.227 | 5.161 | 11.571 | 12.912 | 9.804 | 18.371 | 17.347 | 18.436 | 24.906 | 23.379 | 17.119 |
| 24 | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | |
| 29 | **May-07** | **Apr-07** | **Mar-07** | **Feb-07** | **Jan-07** | **Dec-06** | **Nov-06** | **Oct-06** | **Sep-06** | **Aug-06** | **Jul-06** | **Jun-06** | **May-06** | **Apr-06** | **Mar-06** | **Feb-06** |
| 30 | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | |
| 32 | 296.59 | 355.49 | 427.21 | 350.57 | 343.93 | 521.65 | 247.48 | 605.1 | 668.93 | 380.75 | 753.83 | 802.28 | 948.55 | 1522.09 | 1189.55 | 1080.87 |
| 33 | | | | | | | | | | | | | | | | |

|   | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** |
| 6 | | | | | | | | | | | | | | | | |
| 7 | 11.749 | 6.286 | 5.187 | 10.032 | 8.332 | 11.713 | 13.586 | 9.466 | 14.75 | 15.547 | 19.026 | 21.598 | 11.61 | 18.593 | 8.198 | 15.925 |
| 8 | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** |
| 14 | | | | | | | | | | | | | | | | |
| 15 | 603.48 | 371.38 | 193.03 | 851.25 | 431.33 | 464.13 | 527.71 | 561.15 | 655.57 | 710.09 | 1222.86 | 944.43 | 540.23 | 1030.38 | 424.12 | 922.41 |
| 16 | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | |
| 21 | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** |
| 22 | | | | | | | | | | | | | | | | |
| 23 | 23.107 | 18.644 | 20.637 | 29.348 | 21.092 | 27.173 | 27.913 | 27.379 | 26.265 | 35.518 | 40.407 | 36.432 | 30.783 | 31.018 | 27.29 | 45.072 |
| 24 | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | |
| 29 | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** |
| 30 | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | |
| 32 | 1495.65 | 1159.89 | 891.47 | 1903.2 | 1090.72 | 1198.56 | 1472.18 | 1676.96 | 1221.88 | 1861.2 | 2064.8 | 1880.76 | 1644.33 | 1682.23 | 1558.87 | 2403.98 |
| 33 | | | | | | | | | | | | | | | | |

|    | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI | BJ | BK | BL |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 2  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 3  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 4  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 5  | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** |
| 6  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 7  | 10.724 | 10.654 | 14.95 | 8.535 | 14.248 | 15.057 | 13.386 | 11.436 | 6.522 | 6.145 | 11.415 | 9.173 | 5.17 | 2 | 11.669 | 13.079 |
| 8  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 9  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 10 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 11 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 12 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 13 | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** |
| 14 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 15 | 387.67 | 415.74 | 777.65 | 479.44 | 499.9 | 827.28 | 743.14 | 705.25 | 225.65 | 458.45 | 583.42 | 374.63 | 155.09 | 150 | 481.25 | 829.04 |
| 16 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 17 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 18 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 19 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 20 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 21 | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** |
| 22 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 23 | 32.65 | 32.37 | 27.862 | 36.748 | 48.184 | 31.561 | 30.083 | 21.164 | 18.162 | 24.252 | 24.646 | 19.565 | 18.343 | 15.081 | 24.709 | 27.901 |
| 24 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 25 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 26 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 27 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 28 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 29 | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** |
| 30 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 31 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 32 | 1548.44 | 2120 | 1340.36 | 1659.95 | 2271.85 | 1563.88 | 1351.37 | 1352.88 | 802.81 | 1266.26 | 1338.09 | 898.94 | 890.85 | 735.84 | 1097.58 | 1651.12 |
| 33 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

| | BM | BN | BO | BP | BQ | BR | BS | BT | BU | BV | BW | BX | BY | BZ | CA | CB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | **May-03** | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** | **Dec-02** | **Nov-02** | **Oct-02** | **Sep-02** | **Aug-02** | **Jul-02** | **Jun-02** | **May-02** | **Apr-02** | **Mar-02** | **Feb-02** |
| 6 | | | | | | | | | | | | | | | | |
| 7 | 7.521 | 6.025 | 15.736 | 11.635 | 11.355 | 10.115 | 15.176 | 8.088 | 18.048 | 15.002 | 21.783 | 19.927 | 24.545 | 36.578 | 28.436 | 11.003 |
| 8 | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | **May-03** | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** | **Dec-02** | **Nov-02** | **Oct-02** | **Sep-02** | **Aug-02** | **Jul-02** | **Jun-02** | **May-02** | **Apr-02** | **Mar-02** | **Feb-02** |
| 14 | | | | | | | | | | | | | | | | |
| 15 | 366.86 | 329.87 | 807.64 | 661.31 | 403.64 | 540.01 | 705.27 | 408.94 | 703.91 | 785.81 | 1000.63 | 969.86 | 1538.69 | 2077.84 | 1317.91 | 703.7 |
| 16 | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | |
| 21 | **May-03** | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** | **Dec-02** | **Nov-02** | **Oct-02** | **Sep-02** | **Aug-02** | **Jul-02** | **Jun-02** | **May-02** | **Apr-02** | **Mar-02** | **Feb-02** |
| 22 | | | | | | | | | | | | | | | | |
| 23 | 29.521 | 28.944 | 42.074 | 24.416 | 40.76 | 29.783 | 36.475 | 30.348 | 37.752 | 33.791 | 42.134 | 38.263 | 41.98 | 49.446 | 35.937 | 15.389 |
| 24 | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | |
| 29 | **May-03** | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** | **Dec-02** | **Nov-02** | **Oct-02** | **Sep-02** | **Aug-02** | **Jul-02** | **Jun-02** | **May-02** | **Apr-02** | **Mar-02** | **Feb-02** |
| 30 | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | |
| 32 | 1405.18 | 1310.22 | 2085.51 | 1306.58 | 2004.09 | 1809.16 | 2048.96 | 1521.97 | 1919.89 | 1903.51 | 2014.55 | 1911.39 | 2401.7 | 2747.98 | 1689.35 | 895.27 |
| 33 | | | | | | | | | | | | | | | | |

| | CC | CD | CE | CF | CG | CH | CI | CJ | CK | CL | CM | CN | CO | CP | CQ | CR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | **Jan-02** | **Dec-01** | **Nov-01** | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** | **Mar-01** | **Feb-01** | **Jan-01** | **Dec-00** | **Nov-00** | **Oct-00** |
| 6 | | | | | | | | | | | | | | | | |
| 7 | 7.399 | 11.856 | 3.027 | 1.222 | 4.247 | 0 | 2.161 | 0 | 2.317 | 0 | 1.188 | 1.351 | 0 | 0 | 0 | 0 |
| 8 | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | **Jan-02** | **Dec-01** | **Nov-01** | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** | **Mar-01** | **Feb-01** | **Jan-01** | **Dec-00** | **Nov-00** | **Oct-00** |
| 14 | | | | | | | | | | | | | | | | |
| 15 | 487.32 | 638.05 | 121.64 | 36.67 | 132.7 | 0 | 64.84 | 0 | 105.63 | 0 | 35.64 | 20.27 | 0 | 0 | 0 | 0 |
| 16 | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | |
| 21 | **Jan-02** | **Dec-01** | **Nov-01** | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** | **Mar-01** | **Feb-01** | **Jan-01** | **Dec-00** | **Nov-00** | **Oct-00** |
| 22 | | | | | | | | | | | | | | | | |
| 23 | 12.777 | 14.882 | 4.158 | 2.222 | 6.626 | 1.085 | 2.161 | 0 | 2.317 | 0 | 4.017 | 1.351 | 0 | 0 | 0 | 0 |
| 24 | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | |
| 29 | **Jan-02** | **Dec-01** | **Nov-01** | **Oct-01** | **Sep-01** | **Aug-01** | **Jul-01** | **Jun-01** | **May-01** | **Apr-01** | **Mar-01** | **Feb-01** | **Jan-01** | **Dec-00** | **Nov-00** | **Oct-00** |
| 30 | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | |
| 32 | 683.2 | 789.64 | 189.5 | 66.67 | 190.98 | 32.56 | 64.84 | 0 | 105.63 | 0 | 62.52 | 20.27 | 0 | 0 | 0 | 0 |
| 33 | | | | | | | | | | | | | | | | |

| | CS | CT | CU | CV | CW | CX | CY | CZ | DA | DB | DC | DD | DE | DF | DG | DH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | Sep-00 | Aug-00 | Jul-00 | Jun-00 | May-00 | Apr-00 | Mar-00 | Feb-00 | Jan-00 | Dec-99 | Nov-99 | Oct-99 | Sep-99 | Aug-99 | Jul-99 | Jun-99 |
| 6 | | | | | | | | | | | | | | | | |
| 7 | 0 | 0 | 1.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | Sep-00 | Aug-00 | Jul-00 | Jun-00 | May-00 | Apr-00 | Mar-00 | Feb-00 | Jan-00 | Dec-99 | Nov-99 | Oct-99 | Sep-99 | Aug-99 | Jul-99 | Jun-99 |
| 14 | | | | | | | | | | | | | | | | |
| 15 | 0 | 0 | 35.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | |
| 21 | Sep-00 | Aug-00 | Jul-00 | Jun-00 | May-00 | Apr-00 | Mar-00 | Feb-00 | Jan-00 | Dec-99 | Nov-99 | Oct-99 | Sep-99 | Aug-99 | Jul-99 | Jun-99 |
| 22 | | | | | | | | | | | | | | | | |
| 23 | 0 | 0 | 1.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | |
| 29 | Sep-00 | Aug-00 | Jul-00 | Jun-00 | May-00 | Apr-00 | Mar-00 | Feb-00 | Jan-00 | Dec-99 | Nov-99 | Oct-99 | Sep-99 | Aug-99 | Jul-99 | Jun-99 |
| 30 | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | |
| 32 | 0 | 0 | 35.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 | | | | | | | | | | | | | | | | |

|    | DI | DJ | DK | DL |
|----|----|----|----|----|
| 1  |    |    |    |    |
| 2  |    |    |    |    |
| 3  |    |    |    |    |
| 4  |    |    |    |    |
| 5  | **May-99** | **Apr-99** | **Mar-99** | type |
| 6  | ■ | ■ | ■ | NRx |
| 7  | 0 | 0 | 0 | NRx |
| 8  | ■ | ■ | ■ | NRx |
| 9  | ■ | ■ | ■ | NRx |
| 10 |    |    |    |    |
| 11 |    |    |    |    |
| 12 |    |    |    |    |
| 13 | **May-99** | **Apr-99** | **Mar-99** | type |
| 14 | ■ | ■ | ■ | NRxUnits |
| 15 | 0 | 0 | 0 | NRxUnits |
| 16 | ■ | ■ | ■ | NRxUnits |
| 17 | ■ | ■ | ■ | NRxUnits |
| 18 |    |    |    |    |
| 19 |    |    |    |    |
| 20 |    |    |    |    |
| 21 | **May-99** | **Apr-99** | **Mar-99** | type |
| 22 | ■ | ■ | ■ | TRx |
| 23 | 0 | 0 | 0 | TRx |
| 24 | ■ | ■ | ■ | TRx |
| 25 | ■ | ■ | ■ | TRx |
| 26 |    |    |    |    |
| 27 |    |    |    |    |
| 28 |    |    |    |    |
| 29 | **May-99** | **Apr-99** | **Mar-99** | type |
| 30 | ■ | ■ | ■ | TRxUnits |
| 31 | ■ | ■ | ■ | TRxUnits |
| 32 | 0 | 0 | 0 | TRxUnits |
| 33 | ■ | ■ | ■ | TRxUnits |

|   | A | B | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | Retail and Mail Order Rx Data | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | NRx Data for Seroquel by Strength | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | Last_Name | First_Name_ | Address_1 | Address_2 | City | State_ | Zip_Code | IMSDR | BRAND_NM | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 | May-07 |
| 7 | | | | [REDACTED - 14] | | | | | SQL50 | 0 | 0 | 0 | 0 | 1.178 | 1.299 | 0 |
| 8 | | | | [REDACTED - 14] | | | | | SQL300 | | | | | | | |
| 9 | | | | [REDACTED - 14] | | | | | SQL25 | 4.211 | 5.393 | 2.12 | 3.238 | 3.173 | 2.138 | 1.089 |
| 10 | | | | [REDACTED - 14] | | | | | SQL200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | | | [REDACTED - 14] | | | | | SQL100 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | NRx Units Data for Seroquel by Strength | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | |
| 15 | Last_Name | First_Name_ | Address_1 | Address_2 | City | State_ | Zip_Code | IMSDR | BRAND_NM | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 | May-07 |
| 16 | | | | [REDACTED - 14] | | | | | SQL100 | 0 | 0 | 0 | 30 | 0 | 0 | 0 |
| 17 | | | | [REDACTED - 14] | | | | | SQL50 | 0 | 0 | 0 | 0 | 35.35 | 116.92 | 0 |
| 18 | | | | [REDACTED - 14] | | | | | SQL300 | | | | | | | |
| 19 | | | | [REDACTED - 14] | | | | | SQL25 | 379 | 472.27 | 160.1 | 132.81 | 245.2 | 98.01 | 130.72 |
| 20 | | | | [REDACTED - 14] | | | | | SQL200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | | | | | | | | | | | | | | | |
| 22 | | TRx Data for Seroquel by Strength | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | |
| 24 | Last_Name | First_Name_ | Address_1 | Address_2 | City | State_ | Zip_Code | IMSDR | BRAND_NM | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 | May-07 |
| 25 | | | | [REDACTED - 14] | | | | | SQL50 | 0 | 1.413 | 0 | 1.414 | 1.178 | 2.479 | 1.217 |
| 26 | | | | [REDACTED - 14] | | | | | SQL300 | | | | | | | |
| 27 | | | | [REDACTED - 14] | | | | | SQL25 | 5.25 | 6.598 | 5.269 | 6.343 | 6.289 | 5.227 | 4.29 |
| 28 | | | | [REDACTED - 14] | | | | | SQL200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | | | [REDACTED - 14] | | | | | SQL100 | 1.006 | 1 | 1.006 | 1 | 0 | 0 | 0 |
| 30 | | | | | | | | | | | | | | | | |
| 31 | | TRx Units Data for Seroquel by Strength | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | |
| 33 | Last_Name | First_Name_ | Address_1 | Address_2 | City | State_ | Zip_Code | IMSDR | BRAND_NM | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 | May-07 |
| 34 | | | | [REDACTED - 14] | | | | | SQL50 | 0 | 127.18 | 0 | 127.3 | 35.35 | 152.32 | 36.5 |
| 35 | | | | [REDACTED - 14] | | | | | SQL300 | | | | | | | |
| 36 | | | | [REDACTED - 14] | | | | | SQL25 | 441.33 | 544.57 | 318.57 | 258.84 | 371.95 | 287.98 | 260.09 |
| 37 | | | | [REDACTED - 14] | | | | | SQL200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 38 | | | | [REDACTED - 14] | | | | | SQL100 | 30.18 | 30 | 30.17 | 30 | 0 | 0 | 0 |

| | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 | Aug-06 | Jul-06 | Jun-06 | May-06 | Apr-06 | Mar-06 | Feb-06 | Jan-06 |
| 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.187 | 0 | 0 | 0 | 0 |
| 8 | | | | | | | | | | | | | | | | |
| 9 | 1.001 | 2.388 | 2.03 | 1.04 | 2.113 | 0 | 7.255 | 4.189 | 3.323 | 4.192 | 3.426 | 5.471 | 8.308 | 6.241 | 7.219 | 8.509 |
| 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.407 | 1.157 | 0 | 0 |
| 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.072 | 1.024 | 1.006 | 2.127 | 3.277 | 1.046 | 2.074 | 0 | 3.24 |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | |
| 15 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 | Aug-06 | Jul-06 | Jun-06 | May-06 | Apr-06 | Mar-06 | Feb-06 | Jan-06 |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32.17 | 30.73 | 15.09 | 128.35 | 82.5 | 31.38 | 62.21 | 0 | 97.19 |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 71.22 | 0 | 0 | 0 | 0 |
| 18 | | | | | | | | | | | | | | | | |
| 19 | 30.04 | 104.6 | 153.14 | 31.19 | 63.4 | 0 | 317.09 | 321.71 | 165.71 | 189.33 | 178.73 | 260.46 | 538.16 | 233.66 | 432.12 | 506.29 |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 148.64 | 34.71 | 0 | 0 |
| 21 | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | |
| 24 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 | Aug-06 | Jul-06 | Jun-06 | May-06 | Apr-06 | Mar-06 | Feb-06 | Jan-06 |
| 25 | 1.208 | 1.208 | 1.186 | 0 | 0 | 0 | 0 | 1.202 | 0 | 1.197 | 0 | 1.187 | 0 | 0 | 0 | 0 |
| 26 | | | | | | | | | | | | | | | | |
| 27 | 5.308 | 6.658 | 5.231 | 6.209 | 8.227 | 4.095 | 10.483 | 8.411 | 6.639 | 11.789 | 11.995 | 11.813 | 18.107 | 17.917 | 13.723 | 16.645 |
| 28 | 0 | 0 | 0 | 1.108 | 0 | 0 | 0 | 0 | 1.118 | 1.139 | 1.143 | 1.138 | 2.407 | 1.157 | 1.158 | 1.142 |
| 29 | 0 | 0 | 0 | 0 | 0 | 1.066 | 1.088 | 3.299 | 2.047 | 4.246 | 4.209 | 4.298 | 4.392 | 4.305 | 2.238 | 5.32 |
| 30 | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | |
| 33 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 | Aug-06 | Jul-06 | Jun-06 | May-06 | Apr-06 | Mar-06 | Feb-06 | Jan-06 |
| 34 | 36.23 | 36.24 | 35.59 | 0 | 0 | 0 | 0 | 72.09 | 0 | 71.85 | 0 | 71.22 | 0 | 0 | 0 | 0 |
| 35 | | | | | | | | | | | | | | | | |
| 36 | 319.26 | 390.97 | 314.98 | 310.7 | 521.65 | 215.5 | 572.47 | 513.24 | 301.12 | 552.68 | 591.88 | 668.76 | 1273.51 | 964.42 | 979 | 1271.46 |
| 37 | 0 | 0 | 0 | 33.23 | 0 | 0 | 0 | 0 | 33.55 | 34.17 | 34.29 | 34.14 | 148.64 | 34.71 | 34.74 | 34.27 |
| 38 | 0 | 0 | 0 | 0 | 0 | 31.98 | 32.63 | 83.6 | 46.08 | 95.13 | 176.11 | 174.43 | 99.94 | 190.42 | 67.13 | 189.92 |

| | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** |
| 7 | 0 | 0 | | | | | | | | | | | | | | |
| 8 | | 0 | 0 | 1.021 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | 2.024 | 5.187 | 5.247 | 5.22 | 7.554 | 6.123 | 4.25 | 8.243 | 12.388 | 13.67 | 13.039 | 9.338 | 12.959 | 8.198 | 11.077 | 6.783 |
| 10 | 2.252 | 0 | 0 | 1.087 | 0 | 5.463 | 1 | 4.487 | 0 | 2.356 | 5.552 | 0 | 1.184 | 0 | 1 | 2.924 |
| 11 | 2.01 | 0 | 1 | 1.004 | 4.159 | 2 | 4.216 | 2.02 | 3.159 | 2 | 3.007 | 2.272 | 4.45 | 0 | 3.848 | 1.017 |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | |
| 15 | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** |
| 16 | 91.52 | 0 | 90 | 30.12 | 124.76 | 90 | 159.12 | 90.59 | 128.54 | 61 | 105.2 | 68.15 | 133.5 | 0 | 115.46 | 30.52 |
| 17 | 0 | 0 | | | | | | | | | | | | | | |
| 18 | | 0 | 0 | 30.62 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | 212.3 | 193.03 | 419.15 | 337.99 | 339.37 | 243.85 | 372.03 | 400.18 | 581.55 | 1090.2 | 699.66 | 472.08 | 861.36 | 424.12 | 776.95 | 269.42 |
| 20 | 67.56 | 0 | 0 | 32.6 | 0 | 193.86 | 30 | 164.8 | 0 | 70.66 | 139.57 | 0 | 35.52 | 0 | 30 | 87.73 |
| 21 | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | |
| 24 | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** |
| 25 | 0 | 0 | | | | | | | | | | | | | | |
| 26 | | 1.029 | 2.03 | 1.021 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | 12.21 | 14.29 | 14.624 | 12.544 | 16.621 | 16.398 | 16.963 | 15.576 | 24.809 | 29.798 | 26.75 | 23.193 | 23.374 | 24.283 | 37.182 | 25.654 |
| 28 | 2.252 | 2.27 | 2.318 | 3.355 | 5.36 | 5.463 | 1 | 4.487 | 2.354 | 2.356 | 5.552 | 1.181 | 1.184 | 1 | 2.948 | 2.924 |
| 29 | 4.182 | 3.048 | 6.17 | 4.172 | 5.192 | 6.052 | 9.416 | 6.202 | 8.355 | 7.253 | 4.13 | 6.409 | 6.46 | 2.007 | 4.942 | 4.072 |
| 30 | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | |
| 33 | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** | **Nov-04** | **Oct-04** | **Sep-04** |
| 34 | 0 | 0 | | | | | | | | | | | | | | |
| 35 | | 30.86 | 60.92 | 30.62 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 | 935.66 | 670.77 | 1096.96 | 804.29 | 882.03 | 1066.78 | 1301.84 | 841.04 | 1498.25 | 1774.57 | 1602.29 | 1446.63 | 1452.92 | 1468.65 | 2167.28 | 1350.73 |
| 37 | 67.56 | 68.12 | 69.52 | 100.66 | 160.78 | 193.86 | 30 | 164.8 | 63.56 | 70.66 | 139.57 | 35.44 | 35.52 | 30 | 88.43 | 87.73 |
| 38 | 156.67 | 121.72 | 275.11 | 155.15 | 155.75 | 211.54 | 345.12 | 216.04 | 299.39 | 218.57 | 138.9 | 162.26 | 193.79 | 60.22 | 148.27 | 109.98 |

| | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI | BJ | BK | BL | BM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** | **May-03** |
| 7 | | | | | | | | | | | | | | | | |
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 9 | 7.331 | 12.852 | 7.44 | 14.248 | 15.057 | 10.207 | 10.425 | 4.298 | 6.145 | 11.415 | 7.365 | 4 | 2 | 11.669 | 11.389 | 6.519 |
| 10 | 0 | 1.098 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.002 |
| 11 | 3.323 | 1 | 1.095 | 0 | 0 | 3.179 | 1.011 | 2.224 | 0 | 0 | 1.808 | 1.17 | 0 | 0 | 1.69 | 0 |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | |
| 15 | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** | **May-03** |
| 16 | 74.34 | 30 | 32.84 | 0 | 0 | 95.37 | 30.32 | 66.72 | 0 | 0 | 2.976 | 2.933 | 2.746 | 2.699 | 2.709 | 4.861 |
| 17 | | | | | | | | | | | | | | | | |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 19 | 341.4 | 714.7 | 446.6 | 499.9 | 827.28 | 647.77 | 674.93 | 158.93 | 458.45 | 583.42 | 16.589 | 15.41 | 12.335 | 22.01 | 25.192 | 23.658 |
| 20 | 0 | 32.95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.002 |
| 21 | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | |
| 24 | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** | **May-03** |
| 25 | | | | | | | | | | | | | | | | |
| 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 27 | 23.985 | 25.765 | 28.402 | 44.24 | 31.561 | 25.89 | 19.142 | 15.938 | 23.059 | 23.457 | 320.38 | 120 | 150 | 481.25 | 778.34 | 336.8 |
| 28 | 0 | 1.098 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30.06 |
| 29 | 8.385 | 1 | 8.346 | 3.944 | 0 | 4.193 | 2.022 | 2.224 | 1.193 | 1.189 | 54.25 | 35.09 | 0 | 0 | 50.7 | 0 |
| 30 | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | |
| 33 | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | **Sep-03** | **Aug-03** | **Jul-03** | **Jun-03** | **May-03** |
| 34 | | | | | | | | | | | | | | | | |
| 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 36 | 1934.28 | 1277.41 | 1409.62 | 2153.53 | 1563.88 | 1225.58 | 1292.23 | 736.09 | 1230.46 | 1302.41 | 809.66 | 802.86 | 653.47 | 1016.6 | 1569.85 | 1229.28 |
| 37 | 0 | 32.95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30.06 |
| 38 | 185.72 | 30 | 250.33 | 118.32 | 0 | 125.79 | 60.65 | 66.72 | 35.8 | 35.68 | 89.28 | 87.99 | 82.37 | 80.98 | 81.27 | 145.84 |

|    | BN | BO | BP | BQ | BR |
|----|----|----|----|----|----|
| 1  |    |    |    |    |    |
| 2  |    |    |    |    |    |
| 3  |    |    |    |    |    |
| 4  |    |    |    |    |    |
| 5  |    |    |    |    |    |
| 6  | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** | type |
| 7  |    |    |    |    | NRx |
| 8  |    |    |    |    | NRx |
| 9  | 6.025 | 13.156 | 11.635 | 8.673 | NRx |
| 10 | 0 | 1.178 | 0 | 1.682 | NRx |
| 11 | 0 | 1.402 | 0 | 1 | NRx |
| 12 |    |    |    |    |    |
| 13 |    |    |    |    |    |
| 14 |    |    |    |    |    |
| 15 | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** | type |
| 16 | 1.947 | 5.432 | 1.999 | 3.049 | NRxUnits |
| 17 |    |    |    |    | NRxUnits |
| 18 |    |    |    |    | NRxUnits |
| 19 | 25.124 | 33.621 | 22.417 | 34.348 | NRxUnits |
| 20 | 1.873 | 3.021 | 0 | 3.363 | NRxUnits |
| 21 |    |    |    |    |    |
| 22 |    |    |    |    |    |
| 23 |    |    |    |    |    |
| 24 | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** | type |
| 25 |    |    |    |    | TRx |
| 26 |    |    |    |    | TRx |
| 27 | 329.87 | 730.24 | 661.31 | 323.19 | TRx |
| 28 | 0 | 35.33 | 0 | 50.45 | TRx |
| 29 | 0 | 42.07 | 0 | 30 | TRx |
| 30 |    |    |    |    |    |
| 31 |    |    |    |    |    |
| 32 |    |    |    |    |    |
| 33 | **Apr-03** | **Mar-03** | **Feb-03** | **Jan-03** | type |
| 34 |    |    |    |    | TRxUnits |
| 35 |    |    |    |    | TRxUnits |
| 36 | 1195.61 | 1831.91 | 1246.61 | 1811.73 | TRxUnits |
| 37 | 56.2 | 90.63 | 0 | 100.89 | TRxUnits |
| 38 | 58.41 | 162.97 | 59.97 | 91.47 | TRxUnits |

|   | A | B | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | **Long Term Care NRx Data for Seroquel and Competitors** | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | Last Name | First Name | Address_1 | Address_2 | City | State_ | Zip_Code | imsdr | BRAND_NM | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 |
| 5 | | | | [REDACTED - 14] | | | | | SEROQUEL | 0 | 0 | 0 | 0 | 1.011 | 0 |
| 6 | | | | | | | | | | | | | | | |
| 7 | | **Long Term Care NRx Units Data for Seroquel and Competitors** | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | Last Name | First Name | Address_1 | Address_2 | City | State_ | Zip_Code | imsdr | BRAND_NM | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 |
| 10 | | | | [REDACTED - 14] | | | | | SEROQUEL | 0 | 0 | 0 | 0 | 30.32 | 0 |
| 11 | | | | | | | | | | | | | | | |
| 12 | | **Long Term Care TRx Data for Seroquel and Competitors** | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | Last Name | First Name | Address_1 | Address_2 | City | State_ | Zip_Code | imsdr | BRAND_NM | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 |
| 15 | | | | [REDACTED - 14] | | | | | SEROQUEL | 0 | 0 | 0 | 0 | 1.011 | 0 |
| 16 | | | | | | | | | | | | | | | |
| 17 | | **Long Term Care TRx Units Data for Seroquel and Competitors** | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | |
| 19 | Last Name | First Name | Address_1 | Address_2 | City | State_ | Zip_Code | imsdr | BRAND_NM | Nov-07 | Oct-07 | Sep-07 | Aug-07 | Jul-07 | Jun-07 |
| 20 | | | | [REDACTED - 14] | | | | | SEROQUEL | 0 | 0 | 0 | 0 | 30.32 | 0 |

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | May-07 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 | Aug-06 | Jul-06 | Jun-06 | May-06 | Apr-06 | Mar-06 |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | May-07 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 | Aug-06 | Jul-06 | Jun-06 | May-06 | Apr-06 | Mar-06 |
| 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | May-07 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 | Aug-06 | Jul-06 | Jun-06 | May-06 | Apr-06 | Mar-06 |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | |
| 19 | May-07 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 | Aug-06 | Jul-06 | Jun-06 | May-06 | Apr-06 | Mar-06 |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

|    | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 2  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 3  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 4  | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** |
| 5  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 7  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 8  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 9  | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** |
| 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 12 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 13 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 14 | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 16 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 17 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 18 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 19 | **Feb-06** | **Jan-06** | **Dec-05** | **Nov-05** | **Oct-05** | **Sep-05** | **Aug-05** | **Jul-05** | **Jun-05** | **May-05** | **Apr-05** | **Mar-05** | **Feb-05** | **Jan-05** | **Dec-04** |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 30 |

|   | AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | type |
| 5 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | NRx |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | type |
| 10 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | NRxUnits |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | type |
| 15 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | TRx |
| 16 | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | |
| 19 | **Nov-04** | **Oct-04** | **Sep-04** | **Aug-04** | **Jul-04** | **Jun-04** | **May-04** | **Apr-04** | **Mar-04** | **Feb-04** | **Jan-04** | **Dec-03** | **Nov-03** | **Oct-03** | type |
| 20 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | TRxUnits |

|   | A | B | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Last_Name | First_Name | Address_1 | Address_2 | City | State_ | Zip_Code | IMSDR | IMS_ADDR | IMS_STATE | IMS_ZIP | study_month | SEROQUEL_TRX | SEROQUEL_SCH_TRX | SEROQUEL_BIP_TRX |
| 2 | | | | | [REDACTED - 14] | | | | | | | JAN06 | 21.903 | 3.790378 | 4.744964 |
| 3 | | | | | [REDACTED - 14] | | | | | | | FEB06 | 16.119 | 1.504555 | 1.40338 |
| 4 | | | | | [REDACTED - 14] | | | | | | | JAN07 | 7.317 | 1.105281 | 0.635661 |
| 5 | | | | | [REDACTED - 14] | | | | | | | JUN07 | 6.407 | 0.978239 | 0.552827 |
| 6 | | | | | [REDACTED - 14] | | | | | | | JUN06 | 17.347 | 2.487393 | 1.49425 |
| 7 | | | | | [REDACTED - 14] | | | | | | | NOV06 | 5.161 | 0.856972 | 0.536438 |
| 8 | | | | | [REDACTED - 14] | | | | | | | SEP06 | 12.912 | 1.867991 | 1.121056 |
| 9 | | | | | [REDACTED - 14] | | | | | | | OCT05 | 26.329 | 2.823193 | 4.143818 |
| 10 | | | | | [REDACTED - 14] | | | | | | | MAY06 | 18.436 | 2.828752 | 2.129584 |
| 11 | | | | | [REDACTED - 14] | | | | | | | JUL06 | 18.371 | 2.747413 | 2.226963 |
| 12 | | | | | [REDACTED - 14] | | | | | | | NOV05 | 20.637 | 0.751784 | 3.834461 |
| 13 | | | | | [REDACTED - 14] | | | | | | | MAR07 | 7.866 | 1.191477 | 0.798323 |
| 14 | | | | | [REDACTED - 14] | | | | | | | AUG06 | 9.804 | 1.556863 | 1.16381 |
| 15 | | | | | [REDACTED - 14] | | | | | | | DEC06 | 7.227 | 0.80508 | 0.616248 |
| 16 | | | | | [REDACTED - 14] | | | | | | | DEC05 | 18.644 | 2.460054 | 2.441008 |
| 17 | | | | | [REDACTED - 14] | | | | | | | AUG07 | 7.343 | 1.444294 | 0.738053 |
| 18 | | | | | [REDACTED - 14] | | | | | | | MAR06 | 23.379 | 2.486477 | 3.772421 |
| 19 | | | | | [REDACTED - 14] | | | | | | | MAY07 | 5.507 | 0.943612 | 0.485588 |
| 20 | | | | | [REDACTED - 14] | | | | | | | AUG05 | 30.239 | 2.95918 | 3.432685 |
| 21 | | | | | [REDACTED - 14] | | | | | | | APR07 | 6.516 | 0.97987 | 0.68163 |
| 22 | | | | | [REDACTED - 14] | | | | | | | SEP07 | 6.275 | 0.651278 | 0.62241 |
| 23 | | | | | [REDACTED - 14] | | | | | | | OCT06 | 10.571 | 1.552177 | 1.121577 |
| 24 | | | | | [REDACTED - 14] | | | | | | | JUL07 | 6.467 | 1.230011 | 0.556544 |
| 25 | | | | | [REDACTED - 14] | | | | | | | SEP05 | 20.307 | 1.445443 | 0.752005 |
| 26 | | | | | [REDACTED - 14] | | | | | | | FEB07 | 5.31 | 0.920644 | 0.343434 |
| 27 | | | | | [REDACTED - 14] | | | | | | | MAY05 | 31.352 | 2.809873 | 3.982459 |
| 28 | | | | | [REDACTED - 14] | | | | | | | JUN05 | 30.028 | 2.691211 | 3.814279 |
| 29 | | | | | [REDACTED - 14] | | | | | | | APR06 | 23.906 | 3.024898 | 2.319045 |
| 30 | | | | | [REDACTED - 14] | | | | | | | JUL05 | 30.758 | 3.051777 | 5.710377 |

|    | Q | R | S | T | U | V |
|----|---|---|---|---|---|---|
|    | SEROQUEL_DEP_TRX | SEROQUEL_OTH_TRX | SEROQUEL_NEW_RX | SEROQUEL_CONTINUE_RX | SEROQUEL_SWITCH_TO_RX | SEROQUEL_SWITCH_FROM_RX |
| 1  |   |   |   |   |   |   |
| 2  | 2.74743 | 10.62023 | 21.903 | 0 | 0 | 0.078413 |
| 3  | 3.05978 | 10.15128 | 16.119 | 0 | 0 | 0.129981 |
| 4  | 1.803281 | 3.772776 | 1.82925 | 5.48775 | 0 | 0 |
| 5  | 1.717487 | 3.158446 | 0 | 6.407 | 0 | 0 |
| 6  | 4.693454 | 8.671902 | 3.4694 | 13.8776 | 0 | 0 |
| 7  | 1.269181 | 2.498409 | 0 | 5.161 | 0 | 0 |
| 8  | 3.338189 | 6.584764 | 0 | 12.912 | 0 | 0.032563 |
| 9  | 6.054841 | 13.30715 | 8.776333 | 17.55267 | 0 | 0.028695 |
| 10 | 4.21054 | 9.267124 | 5.5308 | 12.9052 | 0 | 0.167794 |
| 11 | 4.619439 | 8.777185 | 2.624429 | 15.74657 | 0 | 0.07109 |
| 12 | 3.912753 | 12.138 | 0 | 20.637 | 0 | 0.071883 |
| 13 | 2.004254 | 3.871947 | 0 | 7.866 | 0 | 0 |
| 14 | 2.308054 | 4.775273 | 0 | 9.804 | 0 | 0 |
| 15 | 1.979571 | 3.826101 | 0 | 7.227 | 0 | 0 |
| 16 | 6.063376 | 7.679562 | 0 | 0 | 18.644 | 0 |
| 17 | 2.090477 | 3.070176 | 0 | 7.343 | 0 | 0 |
| 18 | 3.888533 | 13.23157 | 11.6895 | 11.6895 | 0 | 0.737089 |
| 19 | 1.465472 | 2.612328 | 2.7535 | 2.7535 | 0 | 0 |
| 20 | 8.164185 | 15.68295 | 10.07967 | 20.15933 | 0 | 0.007453 |
| 21 | 1.711314 | 3.143186 | 0 | 6.516 | 0 | 0 |
| 22 | 1.673134 | 3.328178 | 0 | 6.275 | 0 | 0 |
| 23 | 2.52602 | 5.371226 | 2.64275 | 7.92825 | 0 | 0 |
| 24 | 1.757198 | 2.923247 | 4.311333 | 2.155667 | 0 | 0 |
| 25 | 7.195961 | 10.91359 | 0 | 20.307 | 0 | 0.067724 |
| 26 | 1.450905 | 2.595017 | 0 | 5.31 | 0 | 0 |
| 27 | 9.372616 | 15.18705 | 0 | 31.352 | 0 | 0.11789 |
| 28 | 8.976809 | 14.5457 | 0 | 30.028 | 0 | 0.127087 |
| 29 | 5.8237 | 12.73836 | 23.906 | 0 | 0 | 0.133924 |
| 30 | 9.012559 | 12.98329 | 20.50533 | 10.25267 | 0 | 0.083124 |