**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**PAULA BOWER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17081-Orl-22DAB**

**SIDNEY DAVIS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17086-Orl-22DAB**

**ERIC GUYER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17091-Orl-22DAB**

**MARK MIYASHIRO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17097-Orl-22DAB**

**DEBRA MORTON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17099-Orl-22DAB**

**GWEN PEREGRIN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17101-Orl-22DAB**

**LAZARO PEREZ v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17102-Orl-22DAB**

**JERRI WALKER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17109-Orl-22DAB**

_____

**ORDER**

Upon review of the above-captioned cases, it is **ORDERED** as follows:

1. Having failed to file a timely motion to reinstate their cases pursuant to this Court's Order of June 23, 2009 (Doc. 1468), the claims of all Plaintiffs in the above-captioned cases are hereby **DISMISSED WITH PREJUDICE**.

2. The Clerk is directed to file a copy of this Order in each of the above-captioned cases, and is additionally instructed to **CLOSE** these cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 18, 2009.

Copies furnished to:

Counsel of Record

*[signature]*
ANNE C. CONWAY
United States District Judge