Joint Proposal for Informing Jurors With Respect to
Discrepancies Between Trial and Deposition Exhibit Numbers

For certain exhibits identified in depositions, there may be discrepancies between the exhibit numbers used at the deposition and the exhibit numbers used on the parties' joint list of trial exhibits. The parties propose that the Court inform jurors of any such discrepancies as follows:

1. Immediately before the first deposition is played or read to the jury, the Court will give its standard instruction to jurors about the purpose and use of depositions. As part of that instruction, the Court will inform jurors that because of the nature of the process, there may be some discrepancies in the numbers assigned to some exhibits. The Court will further inform the jurors that before they begin their deliberations, (i) they will be given a sheet that identifies the discrepancies so that they can readily find any exhibit they wish to review, and (ii) any exhibits having discrepant numbers will have both numbers written on the exhibit.

2. Before the jurors begin their deliberations, the parties will prepare a sheet that identifies all admitted exhibits having discrepant numbers. The sheet will list both the exhibit number used at the deposition and the corresponding trial exhibit number. In addition, the Clerk will write both numbers on the exhibit itself to allow jurors readily to find any particular exhibit.

15742874.1

| | |
|---|---|
| Filename: | Joint Proposal as to Protocol for Cross Referencing Deposition Exhibits.DOC |
| Directory: | C:\Documents and Settings\rkemp\Local Settings\Temporary Internet Files\OLKF |
| Template: | C:\Program Files\MacPac\Personal\Normal.dot |
| Title: | |
| Subject: | |
| Author: | |
| Keywords: | |
| Comments: | |
| Creation Date: | 9/30/2009 3:26:00 PM |
| Change Number: | 2 |
| Last Saved On: | 9/30/2009 3:26:00 PM |
| Last Saved By: | CF |
| Total Editing Time: | 1 Minute |
| Last Printed On: | 9/30/2009 8:41:00 PM |
| As of Last Complete Printing | |
|    Number of Pages: | 1 |
|    Number of Words: | 225 (approx.) |
|    Number of Characters: | 1,223 (approx.) |