# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

Upon the Court's review of this case, it is **ORDERED** as follows: AstraZeneca's Motion for Leave to File a Reply in Support of its Motion to Dismiss Claims of Non-Diverse Plaintiffs (Doc. 1527) is **GRANTED**. The reply shall be filed no later than Friday, October 16, 2009, and shall not exceed 5 pages in length.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 9, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge