UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to All Cases

_____

**JOINT MOTION REGARDING SCHEDULING PRESERVATION TESTIMONY OF GENERIC EXPERT PAUL D. WOOLF, M.D., AND NOTICE BY ASTRAZENECA WITHDRAWING PRESERVATION TESTIMONY OF EUGENE J. BARRETT M.D.**

In its July 23, 2009 Order, this Court set aside the week of November 16, 2009 for the preservation of trial testimony of general causation expert witnesses that the parties wish to present via video at individual federal Seroquel trials.  *See* Doc. No. 1482.  On August 31, 2009, AstraZeneca identified two expert witnesses whom it intended to present before this Court during the week of November 16 in order to preserve their testimony for trial:  Paul D. Woolf, M.D., and Eugene J. Barrett, M.D.  *See* Doc. No. 1506.  No plaintiff identified any expert witness whose testimony he or she wished to preserve.

AstraZeneca and plaintiffs' liaison counsel hereby respectfully request that the Court schedule the preservation testimony of Paul D. Woolf, M.D. for November 19, 2009, a date on which Dr. Woolf and counsel for the parties are all available.

AstraZeneca no longer intends to present preservation testimony from Eugene J. Barrett, M.D.

Respectfully submitted on this the 12th day of October, 2009,

<u>/s/ Larry M. Roth</u>
Larry Roth
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
(407) 872-2239
LROTH@roth-law.com

*Plaintiffs' Liaison Counsel*

<u>/s/ Fred T. Magaziner</u>
Fred T. Magaziner
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on October 12, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on Plaintiffs' Liaison Counsel, who is charged with serving non-CM/ECF participants on the attached Service List.

                                                         /s/ Shane T. Prince

## SERVICE LIST

### In re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Camp Bailey<br>Michael W. Perrin<br>Fletcher Trammell<br>Laurence Tien<br>Robert W. Cowan<br>F. Kenneth Bailey, Jr.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>(713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>ltien@bpblaw.com<br>rcowan@bpblaw.com<br>kbailey@bpblaw.com<br>***Plaintiffs' Lead Counsel*** | Paul J. Pennock<br>Michael E. Pederson<br>Ellen Relkin<br>Weitz & Luxenberg, P.C.<br>700 Broadway<br>New York, NY 10003<br>(212) 558-5500<br>ppennock@weitzlux.com<br>mpederson@weitzlux.com<br>erelkin@weitzlux.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>(407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>(713) 751-0025<br>tfibich@fhl-law.com |
| Robert L. Ciotti<br>Chris S. Coutroulis<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>(813) 223-7000<br>rciotti@carltonfields.com<br>ccoutroulis@carltonfields.com | E. Ashley Cranford<br>Michael M. Breit<br>Whatley Drake & Kallas, LLC<br>2001 Park Place N – Ste 1000<br>PO Box 10647<br>Birmingham, AL 35203<br>(205) 328-9576<br>mbreit@whatleydrake.com<br>ecf@whatleydrake.com |
| Keith M. Jensen<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>(817) 334-0762<br>kj@kjensenlaw.com | Scott Allen<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019<br>(713) 650-6600<br>sallen@crusescott.com |

| | |
|---|---|
| Matthew E. Lundy<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>(281) 272-0797<br>mlundy@lundydavis.com | Robert L. Salim<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>(318) 352-5999<br>robertsalim@cp-tel.net |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>(816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>(281) 335-7744<br>bschwartz@galyen.com |
| John Driscoll<br>Seth S. Webb<br>Brown & Crouppen, PC<br>Suite 1800<br>720 Olive St.<br>St. Louis, MO 63101<br>(314) 421-0216<br>jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com<br>swebb@brownandcrouppen.com | Mark P. Robinson, Jr.<br>Ted B. Wacker<br>Karen Barth Menzies<br>Carlos A. Prietto, III<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>(949) 720-1288<br>mrobinson@rcrlaw.net<br>twacker@rcrlaw.net<br>kbmenzies@rcrlaw.net |
| Elizabeth Raines<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>(816) 471-2121<br>raines@bscr-law.com | Todd S. Hageman<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>(314) 241-2929<br>thageman@spstl-law.com |

| | |
|---|---|
| Thomas F. Campion<br>Steven M. Selna<br>Heidi Elizabeth Hilgendorff<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047<br>(973) 360-1100<br>thomas.campion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Bryan Frederick Aylstock<br>Debra Renee Sherrer Baggett<br>Daniel J. Thornburgh<br>Justin Witkin<br>Aylstock, Witkin & Sasser, PLC<br>803 N Palafox St<br>Pensacola, FL 32503<br>(850) 916-7450<br>baylstck@awkolaw.com<br>jwitkin@awkolaw.com<br>ablankenship@aws-law.com<br>noverholtz@aws-law.com<br>rbaggett@awkolaw.com |
| Kenneth W. Bean<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>(314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | Timothy Reese Balducci<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>(662) 728-3138<br>tbalducci@langstonlaw.com |
| Aaron K. Dickey<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>(618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>(215) 981-4000<br>hamiltonm@pepperlaw.com |
| Gregory P. Forney<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>(816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** | David P. Matthews<br>Lizy Santiago<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>(713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>(281) 335-7744 | Jona R. Hefner<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>(405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>(713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Margaret S. Osborne<br>Brennan J. Torregrossa<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>elizabeth.balakhani@dechert.com<br>margaret.osborne@dechert.com<br>brennen.torregrosssa@dechert.com | Lawrence J. Gornick<br>William A. Levin<br>Dennis J. Canty<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>(415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>(713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |
| John C. Evans<br>Specter Specter Evans & Manogue, P.C.<br>26th Floor, Koppers Building<br>Pittsburg, PA 15219<br>(412) 642-2300<br>jce@ssem.com | Rhett A. McSweeney<br>McSweeney & Fay<br>2116 Second Avenue South<br>Minneapolis, MN 55404<br>(612) 333-6900 |
| Michael Davis<br>James Mizgala<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com | Philip Bohrer<br>Scott E. Brady<br>Bohrer Law Firm, L.L.C<br>8712 Jefferson Hwy, Suite B<br>Baton Rogue, LA 70809<br>(225) 925-5297<br>phil@bohrerlaw.com<br>scott@bohrerlaw.com |
| Christopher Thomas Kirchmer<br>Provost Umphrey, LLP<br>490 Park St<br>PO Box 4905<br>Beaumont, TX 77704<br>(409) 835-6000<br>ckrichmer@provostumphrey.com | Ed Blizzard<br>Holly M. Wheeler<br>J. Scott Nabers<br>Blizzard McCarthy & Nabers, LLP<br>440 Louisiana St., Suite 1710<br>Houston, TX 77002-1689<br>eblizzardlaw.com |

| | |
|---|---|
| Brian J. McCormick<br>Sheller, PC<br>1528 Walnut Street, 3rd Floor<br>Philadelphia, PA 19102<br>(215) 790-7325<br>bjmccormick@sheller.com | Brian S. Kaplan<br>Kasowitz, Benson, Torres & Friedman<br>1633 Broadway<br>New York, NY 10019-6022<br>(212) 506-1700<br>bkaplan@kasowitz.com |
| Matthew F. Pawa<br>Benjamin A. Krass<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>(617) 641-9550<br>mp@pawalaw.com<br>bkrass@pawalaw.com | David L. Friend<br>Hissey Kientz, LLP<br>Arboretum Plaza One<br>9442 Capital of Texas Highway N.,<br>Suite 400<br>Austin, TX 78759<br>(512) 320-9100<br>dfriend@hkllp.com |
| James T. Capretz<br>Don K. Ledgard<br>Capretz & Associates<br>Suite 2500<br>5000 Birch St<br>Newport Beach, CA 92660<br>DLedgard@capretz.com | Edward T. Krumeich<br>Ivey, Barnum & O'Mara, LLC<br>170 Mason St<br>PO Box 1689<br>Greenwich, CT 06830<br>(203) 661-6000<br>ekrumeich@ibolaw.com |
| Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett St.<br>Houston, TX 77098<br>(713) 222-8080<br>shawnaf@gld-law.com | J.H. Trey Allen<br>Allen Law Firm<br>4514 Cole Avenue, Suite 705<br>Dallas, TX 75205<br>(214) 521-2300<br>trey@allenfirm.net |
| Jamie R. Kendall<br>William N. Riley<br>Price, Waicukauski, Riley & DeBrota, LLC<br>301 Massachusetts Ave<br>Indianapolis, IN 46204<br>jkendall@price-law.com<br>wriley@price-law.com | Joshua Aaron Machlus<br>Rumberger, Kirk & Caldwell, PA<br>300 S Orange Ave – Suite 1400<br>PO Box 1873<br>Orlando, FL 32802-1873<br>(407) 872-7300<br>jmachlus@rumberger.com |
| Kurt S. Kusiak<br>Robert Mendillo<br>Sally & Fitch, LLP<br>One Beacon St., 16th Floor<br>Boston, MA 02108<br>(617) 542-5542<br>ksk@sally-fitch.com<br>rmm@sally-fitch.com | W. Lewis Garrison, Jr.<br>William Louis Bross<br>Heninger Garrison Davis, LLC<br>2224 First Ave N<br>PO Box 11310<br>Birmingham, AL 35202<br>wlgarrison@hgdlawfirm.com<br>wlbross@hgdlawfirm.com |

| | |
|---|---|
| Mark. A. Koehn<br>Mark Allen Koehn, PC<br>429 Kansas City St – Ste 14<br>PO Box 9655<br>Rapid City, SD 57709-9655<br>(605) 394-5941<br>Whrfrat42@yahoo.com | L. Leonard Lundy<br>Lundy Law<br>19th Floor<br>1635 Market St.<br>Philadelphia, PA 19103<br>(215) 567-3000<br>llundy@lundylaw.com |
| Orran L. Brown<br>BrownGreer, PLC<br>Suite 400<br>115 S 15th St<br>Richmond, VA 23219-4209<br>(804) 521-7201<br>obrown@browngreer.com | Rachel G. Balaban<br>Sonnenschein, Nath & Rosenthal, LLP<br>24th Floor<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>(212) 768-6700<br>rbalaban@sonnenschein.com |
| Scott Elder<br>Alston & Bird, LLP<br>1201 W Peachtree St<br>Atlanta, GA 30309-3424<br>(404) 881-7000<br>scott.elder@alston.com | Sean K. McElligott<br>Koskoff, Koskoff & Bieder, PC<br>350 Fairfield Ave<br>Bridgeport, CT 066604<br>(203) 336-4421<br>smcelligott@koskoff.com |
| Spencer P. Browne<br>Heygood, Orr, Reyes, Pearson & Bartolomei<br>2331 W. Northwest Hwy., 2nd Floor<br>Dallas, TX 75220<br>(214) 526-7900<br>spencer@reyeslaw.com | Stephen A. Saltzburg<br>George Washington University Law School<br>2000 H Street NW<br>Washington, DC 20052<br>(202) 994-7089<br>ssaltz@law.gwu.edu |
| Windle Turley<br>T Nguyen<br>Turley Law Firm<br>1000 Turley Law Center<br>6440 N. Center Expwy.<br>Dallas, TX 75206<br>(214) 691-4025<br>win@wturley.com<br>tn@wturley.com | Eli Lilly & Company<br>Francis Edmund Pierce, III<br>Cooney, Mattson, Lance, Blackburn,<br>Richards & O'Connor<br>111 N Orange Ave – Ste 850<br>PO Box 4850<br>Orlando, FL 32802-4580<br>(407) 843-2100<br>fpierce@cmlbro.com |
| Tobias L. Millrood<br>Pogust, Braslow & Millrood, LLC<br>161 Washington St., Suite 1520<br>Conshohocken, PA 19428<br>(610) 641-4204<br>tmillrood@pbmattorneys.com | Tim K. Goss<br>Freese & Goss, PLLC<br>1031 Allen St., Suite 100<br>Dallas, TX 75204<br>(214) 550-5226<br>goss39587@aol.com |

| | |
|---|---|
| Thomas R. Julin<br>Hunton & Williams, LLP<br>Suite 2500<br>1111 Bricknell Ave.<br>Miami, FL 33131-1802<br>(305) 810-2500<br>tjulin@hunton.com | Tor A. Hoerman<br>SimmonsCooper, LLC<br>707 E. Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024<br>(618) 259-2222<br>thoerman@simmonscooper.com |
| William G. Rosch, III<br>Edward Repp<br>Rosch & Ross<br>4605 Post Oak Place Dr., Suite 224<br>Houston, TX 77027<br>(713) 222-9595<br>rosch@rosch-ross.com | W. Todd Harvey<br>Burke Harvey & Frankowski LLC<br>One Highland Place<br>2151 Highland Avenue, Suite 120<br>Birmingham, AL 35205<br>(205) 930-9091<br>tharvey@bhflegal.com |
| Russell O. Stewart<br>Nadia G. Malik<br>Faegre & Benson, LLP<br>Suite 3200<br>1700 Lincoln St<br>Denver, CO 80203-4532<br>(303) 607-3702<br>nmalik@faegre.com<br>mbeliveau@faegre.com<br>rstewart@faegre.com<br>lmcwhirt@faegre.com | Brett Austin Hiser<br>Patrick J. Mulligan<br>Eric Roberson<br>Reid Stewart<br>The Mulligan Law Firm<br>4514 Cole Avenue, Suite 300<br>Dallas, TX 75205-5412<br>(214) 219-9779<br>bhiser@mulliganlaw.com<br>pmulligan@mulliganlaw.com |
| Kenneth W. Smith<br>Sheller, PC<br>225 Reinekers Lane, Suite 690<br>Alexandria, VA 22314<br>(703) 778-5978<br>ksmith@sheller.com | Craig Ball<br>Craig D. Ball, PC<br>1101 Ridgecrest Drive<br>Austin, TX 78746<br>(512) 514-0182<br>craig@ball.net |
| Joe R. Whatley, Jr.<br>Whatley, Drake & Kallas, LLC<br>37th Floor<br>1540 Broadway<br>New York, NY 10036<br>(212) 447-7070<br>jwhatley@whatleydrake.com | Jason A. Perkins<br>Carlton Fields, PA<br>450 S. Orange Ave, Suite 500<br>P.O. Box 1171<br>Orlando, FL 32802-1171<br>(407) 849-0300<br>jperkins@carltonfields.com |