# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

*IN RE:*

*SEROQUIL LIABILITY LITIGATION*
*ASTRAZENECA PHARMACEUTICALS*

| JUDGE: | Anne C. Conway<br>U.S. District Judge | DATE: | October 5, 2009<br>10:05 AM 12:07 PM<br>1:15 PM - 4:30 PM |
|---|---|---|---|
| DEPUTY CLERK: | Celeste Herdeman | COURT REPORTER: | Sandy Tremel |
| COUNSEL FOR PLTFS: | Ed Blizard<br>Larry Roth<br>Fletch Trammell<br>Robert Cowan<br>Paul Pennock<br>Holy Gibson | COUNSEL FOR DEFTS: | Chris S. Coutroulis<br>Robert L. Ciotti<br>Andrew Stillefsen<br>Mike Brock<br>Don Scott |

**CIVIL HEARINGS - TRIAL WITNESS TESTIMONY FOR DEFENDANT**

Appearances.
Plaintiff's witness John Simon Patterson, MD, placed under oath.
Defendant's exhibits received - 1, 40, 42, 46, 62, 100, 113, 116, 128, 221, 1531, 1532, 1553, 1638
1:55 PM Cross Examination
Defendant's exhibits received - 7, 85, 98, 99, 687, 699, 1232, 1566
Plaintiff's exhibit P1, P4, P14, P36, P242, P266, P414, P485, P486, P508, P551, P1232, P1420.
4:05 PM Re-direct.
Joint Exhibit 4,
4:30 PM Court Adjourned.