# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

**Case No. 6:06-md-1769-Orl-22DAB**

_____

## ORDER

Upon the Court's review of this case, it is **ORDERED** that the Joint Motion Regarding Scheduling Preservation Testimony of Generic Expert Paul D. Woolf, M.D. (Doc. 1531) is **GRANTED**. The testimony of Dr. Woolf shall be taken on November 19, 2009 at 9:00 AM in Orlando Courtroom 6A before the undersigned.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 15, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge