**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

IN RE: SEROQUEL PRODUCTS
LIABILITY LITIGATION

This document relates to:

ALL CASES

MDL DOCKET NO:
6:06-MDL-1769-ACC-DAB

**PLAINTIFFS' RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION
REQUESTING A STATUS CONFERENCE ON REMAND ISSUES**

On May 1, 2009, the Court issued an Order, remarking that it had held a hearing on April 22, 2009 "at which the parties submitted their views on the method and timetable for remand of the approximately 6,000 cases in this MDL."  (Order of May 1, 2009 (Doc. 1419) at 1.)  Prior to the April 22, 2009 hearing, the Court afforded the parties ample opportunities to brief their positions regarding the "[r]eturn of [n]on-Florida [c]ases to [t]heir [h]ome [d]istricts."  (*See* Order of Feb. 11, 2009 (Doc. 1270) at 1.)

By its recent Motion Requesting a Status Conference on Remand Issues and incorporated Supporting Memorandum (the "Motion"), AstraZeneca essentially asks that the April 22, 2009 hearing be reconvened so that AstraZeneca can *now* make its arguments regarding the method and timetable for remand—*six months* late and *only* after resigning itself to the fact "that the Court has a different view" regarding remand than does AstraZeneca."  (Mot. at 1.)  "The purpose of the conference," submits AstraZeneca's lawyers, "would not be to re-argue the propriety of remand, but to discuss the alternatives for

1

a remand plan, including the manner and timing of such a plan as to assist the Court." (Mot. at 2.)

Plaintiffs' position is as follows:  At AstraZeneca's initial urging (Hr'g Tr. (Jan. 28, 2009) at 26:17-21), the Court granted leave for the parties to provide input to the Court on the "orderly and efficient remand of the non-Florida cases." (Order of Feb. 11, 2009 (Doc. 1270) at 2.)  Adhering to the Court's Order, Plaintiffs addressed that precise subject matter both in written submissions and at oral argument on April 22, 2009, presenting at oral argument a detailed, orderly remand plan. (Docs. 1387 & 1394; Hr'g Tr. (Apr. 22, 2009) at 41-74.)  AstraZeneca made the conscious, tactical decision *not* to present written or oral argument on the method and timetable for remand, but instead used the opportunities afforded it by the Court to argue *against the near-term remand of the non-Florida cases at all*. (*See* Doc.1451, which is incorporated herein by reference as if repeated in full, at 1-2.)

When Plaintiffs objected to AstraZeneca's ex post facto attempts to address remand "protocol" issues through out-of-turn, unsolicited briefing (Doc. 1451 at 1-2 (arguing that AstraZeneca's June 1, 2009 submission was an untimely, transparent attempt to correct its strategic error in failing to address remand protocol when the Court had asked)), the Court denied Plaintiffs' request to submit similar supplemental briefing on the subject of remand procedure—stating that "the Court is capable of screening out any unsolicited or irrelevant discussion or argument contained within either party's submission regarding post-remand discovery." (Order of June 11, 2009 (Doc. 1458) at 1.)  Plaintiffs understood the Court to mean, in part, that it had collected all the information and input it needed from the parties on the subject of remand.  Half a year later, Plaintiffs would not be surprised that the Court is

already significantly down the road of crafting and even finalizing its Suggestion of Remand

as well as any attendant orders, and the time for AstraZeneca to have further input on that

process is well past.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs ask that the Court deny

AstraZeneca's Motion requesting a status conference to reprise the subject of remand

procedures.

DATED:  October 16, 2009                           Respectfully submitted,


By:     /s/ K. Camp Bailey
            F. Kenneth Bailey Jr.
            K. Camp Bailey
            Fletcher V. Trammell
            Robert W. Cowan
            **BAILEY PERRIN BAILEY**
            440 Louisiana St., Suite 2100
            Houston, Texas 77002
            (713) 425-7100 Telephone
            (713) 425-7101 Facsimile
            kbailey@bpblaw.com
            cbailey@bpblaw.com
            ftrammell@bpblaw.com
            rcowan@bpblaw.com
            **Co-Lead Counsel for Plaintiffs**


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of October, 2009, I electronically filed the foregoing: PLAINTIFFS' RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION REQUESTING A STATUS CONFERENCE ON REMAND ISSUES with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/  Robert W. Cowan
Robert W. Cowan