# FEDERAL JUDICIAL DISTRICTS IN WHICH
# MORE THAN 100 PLAINTIFFS RESIDE (IN ALPHABETICAL ORDER)

|     | Districts With 100+ Resident Plaintiffs |
| --- | --- |
| 1.  | California, Central |
| 2.  | California, Eastern |
| 3.  | Florida, Middle |
| 4.  | Georgia, Middle |
| 5.  | Georgia, Northern |
| 6.  | Illinois, Northern |
| 7.  | Minnesota |
| 8.  | Mississippi, Southern |
| 9.  | Missouri, Eastern |
| 10. | Missouri, Western |
| 11. | North Carolina, Eastern |
| 12. | North Carolina, Middle |
| 13. | North Carolina, Western |
| 14. | Ohio, Northern |
| 15. | Ohio, Southern |
| 16. | Oregon Western |
| 17. | South Carolina |
| 18. | Texas, Southern |
| 19. | Washington |
| 20. | West Virginia, Southern |
| 21. | Wisconsin, Eastern |

EXHIBIT 1