A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Oct 09, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Sep 23, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

MDL No. 1769

FILED
October 23, 2009
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

CONDITIONAL TRANSFER ORDER (CTO-93)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 828 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 09, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769

## SCHEDULE CTO-93 - TAG-ALONG ACTIONS

**DIST.DIV.C.A. #**          **CASE CAPTION**

CALIFORNIA NORTHERN
~~CAN  3  09-4147~~          ~~Lisa Bain, et al. v. AstraZeneca LP, et al.~~   Opposed 10/8/09
~~CAN  3  09-4148~~          ~~Lisa Saunders, et al. v. AstraZeneca LP, et al.~~ Opposed 10/8/09
~~CAN  3  09-4149~~          ~~Kimberly Kessler, et al. v. AstraZeneca LP, et al.~~ Opposed 10/8/09
~~CAN  3  09-4150~~          ~~Donald Bates, Jr., et al. v. AstraZeneca LP, et al.~~ Opposed 10/8/09
~~CAN  3  09-4151~~          ~~Carolyn Harrison, et al. v. AstraZeneca LP, et al.~~ Opposed 10/8/09
~~CAN  3  09-4157~~          ~~Cynthia Arnold, et al. v. AstraZeneca LP, et al.~~ Opposed 10/8/09
~~CAN  3  09-4158~~          ~~Angel Colon, et al. v. AstraZeneca LP, et al.~~ Opposed 10/8/09
~~CAN  3  09-4159~~          ~~Todd Boggis, et al. v. AstraZeneca LP, et al.~~ Opposed 10/8/09
~~CAN  3  09-4160~~          ~~Paul Trim, et al. v. AstraZeneca LP, et al.~~ Opposed 10/8/09
~~CAN  3  09-4161~~          ~~Mark Coffey, et al. v. AstraZeneca LP, et al.~~ Opposed 10/8/09
~~CAN  3  09-4162~~          ~~Antonio Burton, et al. v. AstraZeneca LP, et al.~~ Opposed 10/8/09
~~CAN  3  09-4163~~          ~~Gloria Miller, et al. v. AstraZeneca LP, et al.~~ Opposed 10/8/09
~~CAN  3  09-4164~~          ~~David Marte, et al. v. AstraZeneca LP, et al.~~ Opposed 10/8/09
~~CAN  3  09-4165~~          ~~Sharon Diston, et al. v. AstraZeneca LP, et al.~~ Opposed 10/8/09
~~CAN  3  09-4166~~          ~~Bong Nguygen, et al. v. AstraZeneca LP, et al.~~ Opposed 10/8/09

LOUISIANA EASTERN
  LAE  2  09-6061          Joseph L. Roy v. AstraZeneca Pharmaceuticals, LP