**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL DOCKET NO:<br>6:06-MDL-1769-ACC-DAB |

## UNOPPOSED MOTION TO EXTEND TIME

Plaintiffs file this Unopposed Motion to Extend Time, requesting that the Court grant Plaintiffs a one-week extension of their deadline to respond to AstraZeneca's Motion and Memorandum of Law Proposing a Plan for Remand (Doc. 1539, the "Motion"). The current deadline for Plaintiffs to respond to AstraZeneca's Motion is Friday, October 30, 2009. Plaintiffs request an extension of the time to respond to the Motion until and including November 6, 2009. AstraZeneca does not oppose such an extension. Plaintiffs request this extension to afford the parties additional time to explore whether an agreement may be reached on any aspects of a proposed "Remand Plan." Plaintiffs' request to extend time is for good cause and is not intended to delay these proceedings.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs ask that the Court grant this Unopposed Motion to Extend Time, and permit Plaintiffs until and including November 6, 2009 to respond to AstraZeneca's Motion and Memorandum of Law Proposing a Plan for Remand (Doc. 1539).

DATED:  October 29, 2009                            Respectfully submitted,

By:   /s/ K. Camp Bailey
F. Kenneth Bailey Jr.
K. Camp Bailey
Fletcher V. Trammell
Robert W. Cowan
**BAILEY PERRIN BAILEY**
440 Louisiana St., Suite 2100
Houston, Texas 77002
(713) 425-7100 Telephone
(713) 425-7101 Facsimile
kbailey@bpblaw.com
cbailey@bpblaw.com
ftrammell@bpblaw.com
rcowan@bpblaw.com
**Co-Lead Counsel for Plaintiffs**

### CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 3.01(g)

I HEREBY CERTIFY that on this 29th day of October, 2009, I conferred with legal counsel for AstraZeneca regarding the subject matter of this motion, who stated that AstraZeneca was unopposed to the relief sought in this motion.

/s/  F. Kenneth Bailey Jr.
F. Kenneth Bailey Jr.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October, 2009, I electronically filed the foregoing: UNOPPOSED MOTION TO EXTEND TIME with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/  Robert W. Cowan
Robert W. Cowan