**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

**Case No.  6:06-md-1769-Orl-22DAB**

_____

## ORDER

Upon the Court's review of this case, it is **ORDERED** that AstraZeneca's Motion Requesting a Status Conference on Remand Issues (Doc. 1532), to which Plaintiffs responded in opposition (Doc. 1537), is **GRANTED**. The status conference shall take place on November 18, 2009 at 1:15 PM in Orlando Courtroom 6A before the undersigned.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 30, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge