A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Oct 29, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
Date October 30, 2009  Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 13, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION           MDL No. 1769

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-94)**

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 829 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 29, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION					MDL No. 1769

## SCHEDULE CTO-94 - TAG-ALONG ACTIONS

**DIST.DIV.C.A. #**					**CASE CAPTION**

**NORTH CAROLINA WESTERN**
  NCW 3 09-397					David L. Parton v. AstraZeneca Pharmaceuticals, LP, et al.

**NEW JERSEY**
  NJ 3 09-3616					Lefton Adams v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3617					Steven Anderson v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3618					Craig Bradshaw v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3619					Norma Burnson v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3620					Walter Clay, Sr. v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3621					Dolores Collins v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3623					Anthony Fallstead v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3624					Angela Flannigan v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3625					Kimberly Fritts v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3626					Ladalia Green v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3627					Jerry Huffman v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3628					Sherry Littlepage v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3629					Richard Massa v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3631					Daryall Miller v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3632					Sharon L. Mills v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3634					Virginia Odum v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3635					Kelly Oldfield v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3636					Barbara Wigen v. AstraZeneca Pharmeceuticals, LP, et al.
  NJ 3 09-3637					Rick Olsen v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ 3 09-3644					David Parker v. AstraZeneca Pharmaceuticals, LP, et al.