# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation.

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOVANT BLOOMBERG L.P.'S MOTION TO RECONSIDER ORDER GRANTING IN PART MOTION TO UNSEAL REMAINING CONFIDENTIAL DOCUMENTS (Doc. No. 1501)
>
> **FILED:** August 29, 2009
>
> **THEREON** it is **ORDERED** that the Motion is **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on November 6, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record