# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability
Litigation**

**Case No.  6:06-md-1769-Orl-22DAB**

**This document relates to:**

**DOUGLAS HOFFMAN v. ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA LP
MDL Case No. 6:09-cv-17180-Orl-22DAB**

**KAREN KIRCHNER v. ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA LP
MDL Case No. 6:09-cv-17112-Orl-22DAB**

**BUFORD LUCAS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA
LP
MDL Case No. 6:09-cv-17172-Orl-22DAB**

**LISA MITCHELL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA
LP
MDL Case No. 6:09-cv-17131-Orl-22DAB**

**ROBERT MOREHEAD v. ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA LP
MDL Case No. 6:09-cv-17168-Orl-22DAB**

**HELEN PINEO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP
MDL Case No. 6:09-cv-17182-Orl-22DAB**

**NORMA WILT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP
MDL Case No. 6:09-cv-17137-Orl-22DAB**

_____

## ORDER

Upon review of the above-captioned cases, it is **ORDERED** as follows:

1.     Having failed to file a timely motion to reinstate their cases pursuant to this Court's Order of August 11, 2009 (Doc. 1498), the claims of all Plaintiffs in the above-captioned cases are hereby **DISMISSED WITH PREJUDICE**.

2.     The Clerk is directed to file a copy of this Order in each of the above-captioned cases, and is additionally instructed to **CLOSE** these cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 10, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge