# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability
Litigation.**

**Case No.  6:06-md-1769-Orl-22DAB**

_____/

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment  into the George C. Young United States Courthouse for use in connection with a hearing in this case, the most recent Joint Motions to Allow Electronic Equipment (Doc. Nos. 1552, 1553) are **GRANTED** and it is **ORDERED** as follows:

1.      Mike Brock, Earl Austin, Robert L. Ciotti, Chris S. Coutroulis, John Sullivan, Fred Magaziner, Mariam Koohdary, Arthur Brown, Andrew Stillusfsen, Christin Bassett, Renee Kemper, Don Scott, Lester Houtz, and Paul D. Woolf are each allowed to bring one PDA or "Blackberry" email device **and/or** cell phone **and** one laptop computer into the George C. Young United States Courthouse on **WEDNESDAY AND THURSDAY, NOVEMBER 18 & 19, 2009,** for use in hearings before Chief Judge Anne C. Conway.

2.      Pursuant to Judge Conway's July 15, 2009 Order (Doc. No. 1478) allowing the video-taping of the testimony of Dr. Paul D. Woolf, Eric Pubentz is allowed to bring a cell phone, BlackBerry, 2 laptop computers, VGA switch, and miscellaneous cables[1]; and Ron Fleming and Jake Vigliotti are allowed to bring a cell phone, BlackBerry, laptop computer, Sony Mini-DV camera,

---

[1]Connection with and use of the courtroom equipment is subject to the direction of courtroom personnel and the presiding District Judge.

DVD recorder, Audio Technia Mic Mixer, Sony DSC-1024G scan converter, video switcher, DV cam recorder, Monitor, 6 XLR cables (long and short), 4 lavaliere microphones, tripod, light stand with light, Mini-DV tapes, DVD-Rs, miscellaneous cables (including s-video cables, audio cables, and RCA-to composite cables), headphones, power strip, extension cord, 2 equipment bags, and cart for equipment into the George C. Young United States Courthouse on **WEDNESDAY AND THURSDAY, NOVEMBER 18 & 19, 2009,** for use in hearings before Chief Judge Anne C. Conway.

3.      Ken Bailey, Camp Bailey, Scott Allen, Larry Roth, Fletch Trammell, Rick Laminack, Buffy Martines, Robert Cowan, Holly Gibson, and Paul Pennock are hereby each granted permission to bring a BlackBerry email device **and/or** cell phone; and Camp Bailey, Fletch Trammell, Rick Laminack, Buffy Martines, Robert Cowan, Holly Gibson, and Paul Pennock each one laptop computer into  the George C. Young United States Courthouse on  **WEDNESDAY AND THURSDAY, NOVEMBER 18 & 19, 2009,** for use in hearings before Chief Judge Anne C. Conway.

5.      The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment.  In their discretion, courthouse security personnel may require those listed to present picture identification at the time of entry.

6.      The equipment described above is subject to inspection at any time by courthouse security personnel.  Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

**DONE** and **ORDERED** in Orlando, Florida on November 16, 2009.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers