# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

*IN RE:*

*SEROQUIL LIABILITY LITIGATION*
*ASTRAZENECA PHARMACEUTICALS*

| JUDGE: | Anne C. Conway<br>U.S. District Judge | DATE: | November 18, 2009<br>1:23 PM - 1:47 PM |
|---|---|---|---|
| DEPUTY CLERK: | Celeste Herdeman | COURT REPORTER: | Sandy Tremel |
| COUNSEL FOR PLTFS: | Camp Bailey<br>Larry Roth<br>Paul Pennock | COUNSEL FOR DEFTS: | Chris S. Coutroulis<br>Robert L. Ciotti<br>Fred T. Magaziner<br>Stephen J. McConnell<br>Mike Brock |

**STATUS CONFERENCE ON REMAND ISSUES**

Appearances.
The Court addressed the parties.
Counsel for the Defendant presented argument on remand issue.
Plaintiff's counsel responded and offered argument on the remand issue.
The Court addressed the parties.
Court Order to follow forthwith.