UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| VICTORIA AMIRAULT,<br>   Plaintiff<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, LP,<br>ASTRAZENECA, LP,<br>ASTRAZENECA, AB,<br>ASTRAZENECA, PLC and<br>ASTRAZENECA, UK LIMITED,<br>   Defendants | §<br>§<br>§   Civil Action No. 6:09-CV-00934<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Victoria Amirault, by and through her counsel, Hissey Kientz, LLP, 9442 Capital of Texas Highway N., Suite 400, Austin, Texas 78759, files this Notice of Dismissal Without Prejudice, and states as follows:

Plaintiff filed her Complaint with Jury Demand on June 4, 2009. As of the date of the filing of this Notice of Dismissal Without Prejudice, no Defendant has been served and no Defendant has filed an Answer or a Motion for Summary Judgment. Plaintiff files this Notice of Dismissal Without Prejudice with the intention of dismissing the case under FRCP 41(a)(1)(i) without prejudice to re-filing.

Dated: November 18, 2009

Respectfully submitted,

HISSEY ✶ KIENTZ, L.L.P

/s/ David L. Friend
By:   David L. Friend
      Texas Bar No. 00796583
      9442 Capital of Texas Highway N.
      Suite 400
      Austin, Texas 78759
      (512) 320-9100
      (512) 320-9101 (Fax)