UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| GREGORIO VALADEZ, JR,<br>Plaintiff<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, LP,<br>ASTRAZENECA, LP,<br>ASTRAZENECA, AB,<br>ASTRAZENECA, PLC and<br>ASTRAZENECA, UK LIMITED,<br>Defendants | Civil Action No. 6:09-CV-01073 |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Gregorio Valadez, Jr., by and through his counsel, Hissey Kientz, LLP, 9442 Capital of Texas Highway N., Suite 400, Austin, Texas 78759, files this Notice of Dismissal Without Prejudice, and states as follows:

Plaintiff filed his Complaint with Jury Demand on June 22, 2009. As of the date of the filing of this Notice of Dismissal Without Prejudice, no Defendant has been served and no Defendant has filed an Answer or a Motion for Summary Judgment. Plaintiff files this Notice of Dismissal Without Prejudice with the intention of dismissing the case under FRCP 41(a)(1)(i) without prejudice to re-filing.

Dated: November 18, 2009

Respectfully submitted,

HISSEY ✶ KIENTZ, L.L.P

　　/s/ David L. Friend　　
By:　David L. Friend
　　Texas Bar No. 00796583
　　9442 Capital of Texas Highway N.
　　Suite 400
　　Austin, Texas 78759
　　(512) 320-9100
　　(512) 320-9101 (Fax)