# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

### *IN RE:*

### *SEROQUIL LIABILITY LITIGATION*
### *ASTRAZENECA PHARMACEUTICALS*

| JUDGE: | Anne C. Conway<br>U.S. District Judge | DATE: | November 19, 2009<br>9:09 AM - 3:15 PM |
|---|---|---|---|
| DEPUTY CLERK: | Celeste Herdeman | COURT REPORTER: | Sandy Tremel |
| COUNSEL FOR PLTFS: | Paul Pennock (Speaker)<br>Camp Bailey | COUNSEL FOR DEFTS: | Donald E. Scott (Speaker)<br>Chris S. Coutroulis<br>Robert L. Ciotti<br>Stephen J. McConnell |

### CIVIL HEARING - EXPERT WITNESS TESTIMONY
DOCTOR PAUL WOOLF

Appearances.
Patterson testimony and exhibits house keeping matter.
The Court addressed nine additional Cases filed other cases dismissed.
Exhibit list house keeping matter.( Exhibit 1711) page numbers to be used to identify specific parts of the exhibit..
Doctor Wolf's exhibits that are not listed in the joint exhibit list will be included on the exhibit list.
Three additional exhibits to be added.

9:21 AM Expert witness Paul Daniel Wolf placed under oath (Endocrinologist)
Direct examination ( by Donald E. Scott)
Defendant exhibit 125 (study code) Cover page, Page 152 ( figure 3 & 4)
    Page 152 - figure 3 -4
10:30 AM Cross examination ( by Paul Pennock)
    Plaintiff's exhibits P2175, P2176 received into evidence.
    Plaintiffs 1711 (Defendant's 125) Pages 150, 156, 163, 330, 154, 335, 342, 344, 345-348 and
    722(P1583 original exhibit list).
    Joint exhibit (previously stipulated to on the Joint exhibit list) Pages 329-339
11:45 AM Recess for lunch
1:20 PM Court reconvened
    Plaintiffs 2194-2195- objection as to foundation.

2:02 PM Re-direct examination of the witness.
 Defendant's 125 - Page 329, 164, 722
2:45 PM ReCross
 Plaintiff's exhibit 2194 page 22.
3:00 PM final direct