```
 1                    UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
 2                         ORLANDO DIVISION

 3               Docket No.6:06-MD-1769-Orl-22DAB

 4     . . . . . . . . . . . . . . ..
       IN RE:                       :
 5     SEROQUEL PRODUCTS LIABILITY  :
       LITIGATION                   :          Orlando, Florida
 6     MDL DOCKET No. 1769          :          November 19, 2009
                                    :          9:15 a.m.
 7     ALL CASES                    :
                                    :
 8     . . . . . . . . . . . . . . .:

 9
                 TRANSCRIPT OF TESTIMONY OF DR. PAUL WOOLF
10             BEFORE THE HONORABLE ANNE C. CONWAY
                   UNITED STATES DISTRICT JUDGE
11

12     APPEARANCES:

13     For The Plaintiffs:          Paul Pennock

14                                  Camp Bailey

15     For the Defendant

16     AstraZeneca:                 Donald E. Scott

17                                  Stephen J. McConnell

18                                  Robert Ciotti

19                                  Chris Coutroulis

20

21

22     Court Reporter:  Sandra K. Tremel

23

24     Proceedings recorded by mechanical stenography, transcript

25     produced by computer-aided transcription.
```

```
 1              P R O C E E D I N G S

 2         THE COURT:  Case number 06-MD 1769 In Re

 3    Seroquel Products Liability Litigation.

 4       Could we have appearances, please.

 5         MR. PENNOCK:  Paul Pennock for the plaintiffs,

 6    Your Honor.

 7         MR. SCOTT:  Don Scott for AstraZeneca, Your

 8    Honor.

 9         MR. CIOTTI:  Robert Ciotti for AstraZeneca.

10         MR. COUTROULIS:  Chris Coutroulis for

11    AstraZeneca.

12         MR. MCCONNELL:  Good morning, Your Honor.  Steve

13    McConnell on behalf of the AstraZeneca.

14       Also, Your Honor, yesterday your staff had told me

15    that there was a minor housekeeping exhibit matter I

16    should raise this morning.  It takes all of one or two

17    minutes.  We can do it now or later.

18         THE COURT:  Okay.  You can do it now.

19         MR. McCONNELL:  Pardon me for standing somewhat

20    askew here, Your Honor.

21       At the end of the Patterson testimony, there was an

22    issue about certain exhibits that were introduced by the

23    plaintiffs and there was some discussion at the end with

24    Your Honor about the need to substitute certain versions

25    of documents that were used if there could be an
```

1    agreement.

2        We have reached an agreement with the plaintiffs on

3    four of the documents, and here they are.  Copies have

4    been provided to the plaintiffs.  And with Your Honor's

5    permission, we'd ask if they could be substituted.

6            THE COURT:  Okay.

7            MR. McCONNELL:  May I approach?

8            THE COURT:  Yes.

9        We will substitute that.  What are the exhibit

10   numbers?

11           THE DEPUTY CLERK:  14, 485 -- these are

12   plaintiffs' 14, plaintiffs' 485, plaintiffs' 484, and

13   plaintiffs' 486.

14           THE COURT:  Okay.

15           MR. McCONNELL:  Thank you, Your Honor.

16           MR. COUTROULIS:  Your Honor, before we call

17   Dr. Woolf, may I very briefly raise a question coming out

18   of yesterday's hearing?

19           THE COURT:  Yes.

20           MR. COUTROULIS:  Your Honor, after you

21   identified the cases and the categories that you

22   identified yesterday, we went back and checked our records

23   as well.  There are thousands of cases here, and it's

24   possible that our records are not correct.

25       But we did identify nine additional cases that were

1  filed in the 11th Circuit, seven in Florida and two in

2  Alabama, that we believe meet the criteria that the Court

3  said the Court was utilizing for the cases that would be

4  subject to this initial litigation.

5      And so with the Court's permission, I'd like to hand

6  up the list of the additional cases that we came up with.

7  And may I suggest that perhaps plaintiffs' counsel and one

8  of us could contact the clerk to see whether or not these

9  cases are properly added to that list or perhaps some of

10  them have been dismissed unbeknownst to us, but our

11  records indicate there are nine more.

12          THE COURT:  Okay.

13          MR. COUTROULIS:  I'd like to hand those up to

14  the Court.

15          THE COURT:  Did you give Mr. Pennock a copy?

16          MR. COUTROULIS:  I will right now.

17          THE COURT:  And I understand a number of cases

18  were dismissed last night.

19          MR. COUTROULIS:  Yes, Your Honor.  We think that

20  between 3:00 and 7:00 yesterday, 19 cases were dismissed.

21  I think Your Honor had identified 42 filings in the Middle

22  District of Florida.  That number is now 23 because of the

23  19 dismissals.

24      And I would like to ask that if the plaintiffs are

25  intending to dismiss other cases, that they let us know

1    pretty quickly because Your Honor set a December 1 date

2    for answering these complaints, and basically 45 percent

3    of the Middle District filings fell off the radar screen

4    yesterday.

5        I don't know if they're planning to dismiss more.  It

6    may be that these nine cases or some portion of them that

7    I've identified need to be added to the list.  But we

8    would like to know what we're dealing with.

9            THE COURT:  Well, if you file an answer, they

10   can't just voluntarily dismiss them without a motion.  So

11   it would be in their best interest to do it, if they're

12   going to, before you answer.

13           MR. PENNOCK:  Your Honor, if I may just reply to

14   that.

15       I don't know what the law firm that filed those

16   dismissals that I got an e-mail on, I've never had

17   anything to do with that law firm or anyone in that law

18   firm.

19       There are a number of firms that have cases here

20   filed in this MDL that have not participated in any way to

21   this date.  So -- but what I will do is I'll speak to

22   Mr. Roth today and ask him to please send out notice to

23   all of these other plaintiffs' counsel that if you're

24   intending to dismiss any more cases, to let Mr. Coutroulis

25   know immediately.

1        And obviously I don't think we have any cases on that

2   list.  So --

3            THE COURT:  Okay.

4            MR. COUTROULIS:  Thank you.

5            THE COURT:  On that list?  Which list?

6            MR. PENNOCK:  I don't believe Weitz & Luxenberg

7   have any cases that were on the 11th Circuit list.

8            THE COURT:  Okay.

9            MR. COUTROULIS:  Thank you.

10            MR. PENNOCK:  Your Honor, may I just address a

11   housekeeping issue regarding the exhibit list?  I know

12   that the exhibit list and its continuity and integrity is

13   extremely important to this entire process, especially

14   because of the remands that are going to occur.

15        There are three -- when I cross-examine later this

16   morning, there are three categories of issues on the

17   exhibit list that I'm afraid I need to address with Your

18   Honor.  I think you will agree that these are not through

19   anyone's failing that these issues have arisen.

20        The first issue is that the -- what's known as the

21   clinical study report 125 that we're here about today,

22   that report was on the original exhibit list, and it is

23   Exhibit P1711.  I intend to discuss, as probably Mr. Scott

24   will as well, pages out of that enormous exhibit with the

25   witness today.

1        The exhibit comprises several thousand pages because

2   it's the report and all the appendices and tables and so

3   forth.  I've had -- so I needed some guidance on how the

4   Court wanted me to proceed with that, and I spoke to the

5   clerk earlier just to alert her to this issue.

6        I thought perhaps Your Honor would want to have the

7   individual pages -- let's say it's page 1 from the CSR

8   marked as 1711A, table 11.9264 marked as 1711B, and so

9   forth.  I don't know, I can do it in any fashion that the

10  Court prefers.

11           THE COURT:  Are the pages numbered now?  Or are

12  they Bates-stamped or --

13           MR. PENNOCK:  That's a good question, Judge,

14  because some of these are off of a control --

15       Do you know if they're Bates-stamped or control

16  number?

17       It's a control number.  That's what I thought, Judge.

18       In the process of discovery, there were certain

19  documents that were Bates-numbered so when you print the

20  document up, the Bates number is on it.  But then there

21  was a whole set of -- enormous set of data, a terabyte or

22  more, where there is no Bates number on the document,

23  there's a separate control number in what's called the

24  metadata.

25       This was a process we went through with much

1    consternation with Judge Baker that he worked out and it's

2    actually worked very well, but as a result, there's no

3    number actually on the page for the control number

4    documents.  And that's what presents the problem.

5              THE COURT:  All right.  Well, do you have them

6    separated, the documents that you intend to use?

7              MR. PENNOCK:  I have them separated out.  And

8    I -- what I was -- I had prepared an addendum to the

9    exhibit list that included where we would put P1711B and

10   A, or whatever it turned out to be.  A, B, C, D, E.

11             THE COURT:  All right.  Is there any objection

12   to that, Mr. Scott?

13             MR. SCOTT:  No, Your Honor.

14      I would note that the clinical study report for

15   study 125, which is also our Exhibit 125, does have page

16   numbers on it, at least through many hundreds of pages.

17   And that's how I intend to use it.  But I have no

18   objection to what Mr. Pennock proposes.

19             THE COURT:  Well, if the page is numbered, we

20   should use the page number.  If it's not numbered, then we

21   can add an A, B, C.

22             MR. SCOTT:  I was going to say, as I mentioned

23   to Mr. Pennock earlier before court convened, it is

24   several -- the CSR for study 125 comprises several

25   thousands of pages because it -- they have lots of

1    attachments, the protocols, individual data.  The portions

2    that we would use, I have made hard copies of pages 1

3    through 366 or so which include all the text, all the

4    relevant tables.  Those pages are uniquely numbered in the

5    CSR, and I thought that would be a most convenient way to

6    make it part of the record.

7         And that's -- that's the paperwork that's on the

8    table in front of the reporter's desk.  That would serve

9    us just as well, but if Mr. Pennock wishes to proceed

10   differently with the Court's permission, I have no

11   objection.

12             THE COURT:  Well, I want you both to be

13   consistent.  Are you going to be using documents that are

14   not within the pages he has that are numbered?

15             MR. PENNOCK:  I don't know.

16             THE COURT:  That came out of 125?

17             MR. PENNOCK:  I'm only using -- these documents

18   are only out of 125.  I don't know if he will go as deep

19   into 125 as I will, but the pages that I have aren't

20   all -- they are all numbered.

21             THE COURT:  They are numbered?

22             MR. PENNOCK:  They are numbered.

23             THE COURT:  All right.  Well, then let's use the

24   number on the page.  That will make it easier for anyone

25   to find it later.

1          MR. PENNOCK:  Right.  Okay.  Thank you, Judge.

2      The other two issues are as follow:  Dr. Woolf's

3  file, which comprised about 10 to 12 banker's boxes, was

4  produced last Thursday as -- that was not tardy or

5  anything like that.  I deposed him on Monday in

6  Philadelphia with was some limited additional documents,

7  again, nothing that was unusual for the course of this

8  case that were given to me at that time.

9      Mr. Scott has agreed that any documents -- obviously

10  with Your Honor's consent -- but any documents that came

11  out of his file which we just received, he has consented

12  at least to any motion that I might make to Your Honor to

13  add those to the master exhibit list.  There are -- I've

14  already alerted him this morning as to which ones I may

15  move into evidence.  They are very limited.

16      I have a list of them.  I have added numbers to them

17  in sequence from the last number of the exhibit list that

18  exists.  Again, these are documents that we've just

19  received.  It's very limited in number, and I'm not even

20  sure how many of them will actually be moved into

21  evidence, but they are items that came out of his -- came

22  out of Dr. Woolf's file.

23          THE COURT:  Is there any objection to that,

24  Mr. Scott?

25          MR. SCOTT:  There is no objection on the grounds

1    that they are not already in the exhibit list.

2    Mr. Pennock correctly states that agreement.  There could

3    be other objections depending upon particular documents

4    but not on that basis.

5             THE COURT:  All right.  So they'll be included

6    on the exhibit list.

7             MR. PENNOCK:  Thank you, Your Honor.

8        The third category is Mr. Scott and I have had a

9    discussion.  As Your Honor may be aware, I had -- when we

10   realized that this -- that this testimony was going to be

11   limited to study 125 only, we had hoped to add a large

12   number of exhibits regarding 125.

13       I've culled that down to three documents which I've

14   alerted Mr. Scott, and Mr. Scott has not objected.  He's

15   agreed that I can use those documents subject to any other

16   objections.  But he will not object based on the fact that

17   they were not on the exhibit list.

18       These are -- these are three documents that were part

19   of the massive production.  We have had them.  We have

20   discovered them, so to speak, in terms of preparing over

21   the last few weeks for this 125 testimony.

22       I don't want to -- my -- my statements to be

23   misconstrued.  We had -- we had these before

24   September 30th.  But Mr. Scott has agreed with -- again

25   with Your Honor's consent, of course, if I could add those

1    three to the exhibit list to be used today.

2            THE COURT:  All right.  You may add those if

3    there is no objection.

4            MR. PENNOCK:  Thank you, Your Honor.  I

5    appreciate your indulgence.

6            THE COURT:  Are we ready?

7            MR. PENNOCK:  Yes, Your Honor.

8            THE COURT:  Go ahead.

9            MR. SCOTT:  If it please the Court, this is my

10   first appearance here.  My name is Donald Scott.  I'm from

11   Denver, Colorado.  And I'm with the firm Bartlit, Beck,

12   Herman, Palenchar & Scott.  I'm one of the attorneys for

13   AstraZeneca.

14       Thank you very much.

15           THE COURT:  All right.

16           MR. SCOTT:  AstraZeneca has called Dr. Paul

17   Woolf.

18       And, Your Honor, may I proceed?

19           THE COURT:  Would you swear Mr. Woolf --

20   Dr. Woolf.

21           **PAUL DANIEL WOOLF, DEFENDANTS' WITNESS, SWORN**

22           THE WITNESS:  Yes.

23           THE DEPUTY CLERK:  Thank you.  You may be

24   seated.

25           MR. SCOTT:  Thank you very much, Your Honor.

```
 1                    DIRECT EXAMINATION
 2   BY MR. SCOTT:
 3   Q    Dr. Woolf, my name is Don Scott.  We have met before,
 4   and I am one of the attorneys for AstraZeneca in these
 5   cases.
 6        Would you please state your full name for the Court
 7   and jury and spell your last name.
 8   A    My name is Paul Daniel Woolf, and "Woolf" is spelled
 9   W-O-O-L-F.
10   Q    What is your occupation, Dr. Woolf?
11   A    I'm a physician.
12   Q    Do you have a specialty in the field of medicine?
13   A    I'm an endocrinologist.
14   Q    And what is the specialty of endocrinology?
15   A    Endocrinology is a subspeciality of internal medicine
16   dealing with diseases in patients, in adults with
17   diabetes, thyroid disease, pituitary disorders, mental
18   disorders, growth irregularities.
19   Q    We'll come back in a few moments to your
20   qualifications in medicine and endocrinology.
21        First, however, as an introductory matter, do you
22   have any institutional affiliations?
23   A    Yes.  Two.  I'm chairman of medicine at Crozer
24   Chester Medical Center.  I'm associate chair of medicine
25   at Temple University School of Medicine where I'm also a
```

1    professor of medicine.

2    Q    Taking those one at a time, what is the Crozer

3    Chester Medical Center?

4    A    We're a roughly 350-bed tertiary care community

5    hospital in suburban Philadelphia in the county between

6    Philadelphia and the Delaware border.

7    Q    What is a tertiary care hospital?

8    A    It is a hospital that takes care of patients with

9    complicated disorders that cannot be taken care of in a

10   routine community hospital.

11   Q    You said you were also a professor of medicine and

12   associate chair at Temple University Medical School?

13   A    That's correct.

14   Q    Where is Temple University?

15   A    In Philadelphia.

16   Q    Returning to Crozer Chester Medical Center, what is

17   your position with that medical center south of

18   Philadelphia?

19   A    I am chairman of its department of medicine.

20   Q    In your testimony today -- and you understand this is

21   being recorded on videotape?

22   A    Yes, I do.

23   Q    In testimony today, my questions will focus on

24   AstraZeneca's clinical study number 125.

25        Are you familiar with study 125?

1    A     Yes, I am.

2    Q     What is that study?

3    A     That study was a 24-week, three-arm study

4    specifically designed to look at the effects of

5    quetiapine, olanzapine, and risperidone on changes in

6    glucose metabolism during that 24-week study.

7    Q     Quetiapine is Seroquel?

8    A     Yes, it is.

9    Q     And then olanzapine and risperidone are two other

10   antipsychotic drugs?

11   A     That's correct.

12   Q     And when you say a "three-arm study," are you

13   referring to the fact the patients are taking -- divided

14   into three groups and taking one of those three medicines?

15   A     They're randomized to one of those three groups, yes.

16   Q     What was the primary outcome that was being studied

17   in clinical trial number 125?

18   A     The primary outcome was to compare the changes in

19   glucose tolerance in the arm -- in patients treated with

20   quetiapine versus those treated with olanzapine.

21   Q     Why are changes in glucose tolerance important in

22   endocrinology?

23   A     They're frequently the precursor for the development

24   of diabetes.

25   Q     "Precursor" meaning they're the early signs or early

1    changes that lead to diabetes?

2    A    Yes.

3    Q    How was the basic idea of clinical study number 125

4    different, if at all, from AstraZeneca's other clinical

5    trials of Seroquel?

6    A    This was their only study designed specifically for

7    the purposes of looking at glucose regulation and

8    metabolism.  The previous studies were for efficacy of the

9    drug in a psychiatric population with the glucose

10   measurements being looked at as adverse events or -- but

11   not as their primary objective, they were efficacy.

12   Q    Now, the jury has heard or will hear of other

13   clinical trials besides 125.  You said the other ones

14   focused on efficacy as the primary measure.

15        What does that mean?

16   A    The drugs were given to patients with mental illness

17   in an attempt to determine whether the drug would

18   successfully treat that illness.

19   Q    Whether the drug worked for the illness?

20   A    Yes.

21   Q    And then in those other clinical trials, not 125, in

22   the other trials, data on glucose, for example, was a

23   secondary measurement that was taken?

24   A    It was one of multiple safety measurements.

25   Q    However, in contrast to those, study 125 focused on

1    glucose metabolism and glucose tolerance?

2    A    Yes.

3    Q    What role, if any, did you, Dr. Paul Woolf, have in

4    the idea and planning for study 125 at AstraZeneca?

5    A    I was a consultant to the company who in that role

6    analyzed some of the previous glucose data and recommended

7    to the company that they do a study that looked at glucose

8    regulation specifically and to use a better index of

9    glucose tolerance -- changes in glucose -- name of the

10   glucose tolerance test --

11   Q    Go ahead.  Please finish.

12   A    -- as a better indicator.

13   Q    Now, you are not an employee of AstraZeneca?

14   A    No.

15   Q    Nor have you ever been?

16   A    No.

17   Q    At the time that you worked with AstraZeneca on the

18   idea for study 125, what was your relationship to the

19   company?

20   A    I was a consultant.

21   Q    Were you paid for your time?

22   A    Yes.

23   Q    In your appearance here today for testimony, are you

24   prepared to talk to us about -- answer questions about

25   your recommendations for conducting the study that became

1    125 and the outcome in that study?

2    A     I am.

3    Q     Before we do that, I have questions just about your

4    personal and professional background.

5          Briefly, Dr. Woolf, where did you grow up?

6    A     New York City, and then suburban New York City in

7    northern New Jersey.

8    Q     And at the time, do you have a family?

9    A     I do.  I'm married, have two children and three

10   grandchildren.

11   Q     Turning to your professional background, would you

12   summarize for the Court and jury, please, your higher

13   education.

14   A     My -- my undergraduate education was at the

15   University of Pennsylvania where I was a chemistry major.

16   I went to medical school at NYU School of Medicine.  I was

17   an intern and resident at Bellevue Hospital, university

18   hospital combination program.  I then did my postgraduate

19   training in endocrinology at University of Rochester

20   Medical Center.

21   Q     University of Rochester is in upstate New York?

22   A     Yes.  Rochester, New York.

23   Q     And in your residency, did you begin your focus upon

24   the field of endocrinology, the subspeciality?

25   A     No.  The residency was internal medicine, but that's

 1   where I devote my interest, in endocrinology.

 2   Q    Okay.  You spent a period of time in the Naval

 3   Reserve in the medical corps?

 4   A    I was a member of the U.S. Navy.  I was a lieutenant

 5   commander at the Portsmouth Naval Hospital.

 6   Q    And then did you return to your medical interests at

 7   the University of Rochester in New York?

 8   A    I did, and I stayed there for 24 years.

 9   Q    What series of positions did you have at the Strong

10   Memorial Hospital and University of Rochester Medical

11   Center during those 24 years?

12   A    I started off as an assistant professor of medicine,

13   and rose through the ranks to become professor of medicine

14   and professor of pathology in laboratory medicine.  I also

15   ran their endocrinology laboratory.

16   Q    You were there for 24 years.  And what did you do

17   next?

18   A    I moved to Crozer Chester Medical Center, March 1 of

19   1999.

20   Q    Let's just take a moment and spell Crozer Chester

21   Medical Center.

22   A    C-R-O-Z-E-R, C-H-E-S-T-E-R Medical Center.

23   Q    C-R-O-Z-E-R?

24   A    Yes.

25   Q    Thank you.  And you have been, then, at the Crozer

1    Chester Medical Center and Temple University since that

2    time?

3    A     That's correct.

4    Q     Are you board-certified in any field of medicine?

5    A     I'm board-certified in both internal medicine and in

6    endocrinology metabolism.

7    Q     What is the American Board of Internal Medicine,

8    Doctor?

9    A     It's the parent board of internal medicine that

10   regulates the training and requirements for internal

11   medicine training.

12   Q     Is that a national organization?

13   A     Yes, it is.

14   Q     Have you held any positions with the American Board

15   of Internal Medicine?

16   A     I'm a member of the self-evaluation program for

17   endocrinology.

18   Q     And have you done editorial work for any of the

19   professional journals of the medical field?

20   A     I have reviewed innumerable articles for many

21   journals, including *JAMA*, *New England Journal*, *Journal of*

22   *Clinical Endocrinology Metabolism, Critical Care Medicine,*

23   *Thyroid*, to name a few.

24   Q     Have you done any work as an advisor or member of

25   committees for the U.S. Food and Drug Administration?

1   A    Yes.  From 2002 to the beginning of 2007, I was a

2   member of the FDA's advisory committee, the Endocrinology

3   Metabolism Drug Advisory Committee.

4   Q    And what kind of work, in general, did you do as a

5   member of FDA's advisory committee?

6   A    We -- the committee was asked to do one of two roles:

7   Either to provide guidance in the development of

8   guidelines for specific illness, the one that comes to

9   mind was for obesity; and the second was to provide

10  recommendations to the FDA about whether drugs in -- for

11  diabetes for -- for growth -- for treatment of some rare

12  diseases should be approved by the agency.

13  Q    As a member of the FDA's advisory committee, did you

14  in fact work on any drugs that were proposed for therapy

15  of diabetes?

16  A    There were at least three that I can think of.

17  Q    And finally on the subject of your credentials, do

18  you have a medical practice, Doctor?

19  A    Yes, I do.

20  Q    Would you describe that, please, for the Court and

21  jury.

22  A    It's a general medical practice.  About half my

23  patients are diabetes.  The majority of the rest of the

24  patients have thyroid disease.  Those are the two most

25  common disorders.  But there is a smattering of patients

1    with osteoporosis, adrenal tumors, pituitary tumors.

2    Q    And just looking back over time just in summary, how

3    many years have you been engaged in practice of medicine?

4    A    Well, I've been -- had a private practice since 1975,

5    but I started my training in 1968.

6    Q    Thank you very much.

7         There came a time when you began to do some

8    consulting work for AstraZeneca or its predecessor

9    companies?

10   A    That's correct.

11   Q    How did that begin, Dr. Woolf?

12   A    One of my former fellows was working for ICI, which

13   was a precursor for AstraZeneca, and was asked whether he

14   knew anybody who could provide AstraZeneca with -- or ICI

15   with some help relating to thyroid, some changes in the

16   thyroid function test.

17   Q    You referred to one of your fellows.

18        What does that mean?

19   A    Well, you know, medicine is a profession where we

20   train by doing, and a fellow is somebody who's -- who has

21   an interest in endocrinology but no special expertise, and

22   over the course of two years we train them to go out and

23   become an expert in endocrinology metabolism.

24   Q    And your reference to one of your fellows is to a

25   younger medical doctor?

1    A    That's correct.

2    Q    And did your initial consulting work for AstraZeneca,

3    or ICI as it was then, concern Seroquel?

4    A    Not by name but by number.

5    Q    It had an experimental drug number at that time?

6    A    That's correct.

7    Q    And that came before -- in time, that was, your work

8    then was before it was approved for sale by the FDA?

9    A    Yes.

10   Q    Then later after Seroquel was FDA-approved, did you

11   become involved specifically consulting with the company

12   on glucose issues related to Seroquel?

13   A    Yes, I was.

14   Q    Please tell us how that started.

15   A    I was continuing to help AstraZeneca with the thyroid

16   issues, and I was asked by a member of the company to look

17   at their -- their weight data and then ultimately their

18   glucose data in trials that had been completed.

19   Q    And did you at that time -- can you give us an

20   approximate time, approximate year?

21   A    That probably was in 2002-ish, maybe a little before.

22   Q    Did you at that time look at any of the data that

23   AstraZeneca had obtained from its clinical trial program

24   on Seroquel?

25   A    I looked at the primary data for 41 at that time.  I

 1    don't know whether the primary data for Bolder was

 2    available, but certainly for 41 and then summary weight

 3    data.

 4    Q    You said 41 and Bolder?

 5    A    Yes.

 6    Q    And in your dealings with the company, did you give

 7    them any advice concerning their effort to gather glucose

 8    data -- blood glucose data on Seroquel?

 9    A    It became quite clear to me that the data they were

10    obtaining for glucose was not fasting, and therefore it

11    would make any interpretation about effects of Seroquel on

12    glucose very difficult to determine.

13    Q    At the time you began consulting with AstraZeneca on

14    glucose issues in 2002 -- is that right so far?

15    A    Yes.

16    Q    Did you see studies in which the company was trying

17    to obtain fasting glucose on the patients?

18    A    I did.

19    Q    And was your observation that it was not, in fact,

20    fasting data?

21          MR. PENNOCK:  Your Honor, may I object.  This is

22    beyond the scope of designation of this witness.  He's

23    here to testify regarding study 125.

24          MR. SCOTT:  Your Honor, this is the origin of

25    the recommendation.  This is the -- probably the next

1    question I'm about to ask.

2          THE COURT:  Okay.  The objection is overruled.

3    BY MR. SCOTT:

4    Q    Do you have the question in mind, Dr. Woolf?

5    A    Mr. Scott, could you repeat the question?

6    Q    I'll just rephrase it.

7          You saw data from their studies, and some of it you

8    said the company had attempted to gather fasting data.

9    Was it your observation that data was not, in fact,

10   fasting?

11   A    That's true.  That's correct, yes.

12   Q    Did you then make recommendations to the company for

13   improving their methods?

14   A    We did.  We recommended that the company focus

15   specifically on glucose and to ensure that the patients

16   were indeed fasting.

17   Q    Did you make specific recommendations for how

18   AstraZeneca might actually achieve that goal in how it

19   conducted future clinical trials?

20   A    That's really a two-part question.  The first part is

21   yes, that they conducted a specific trial designed to look

22   at glucose as the primary effect rather than efficacy, and

23   that in -- the second part of the question was that in all

24   future efficacy trials that they make better efforts to

25   obtain fasting levels.

1    Q    Let's focus on the first part.  Is that the prong or

2    part of your recommendation that turned into study 125?

3    A    It is.

4    Q    Okay.  What recommendations did you make to

5    AstraZeneca for how to do a study focused upon glucose

6    intolerance?

7    A    That the patients be fasting and that the best way to

8    ensure they were fasting would be to hospitalize them

9    overnight, that instead of simply looking at a fasting

10   blood glucose, that they would perform an oral glucose

11   tolerance test, which is the accepted method to determine

12   carbohydrate intolerance for a diagnosis of diabetes or

13   impaired glucose tolerance, and that they perform this

14   test before they start the patients on therapy and after

15   the completion of therapy.

16   Q    You refer to an oral glucose tolerance test; is that

17   right?

18   A    That's correct.

19   Q    And I will ask you questions in a few moments.  Will

20   you be able to explain exactly what that test is?

21   A    I will.

22   Q    And before we come to that, in your recommendations

23   to AstraZeneca, did you speak about any additional

24   analyses they might do with the data to -- to evaluate

25   this question of insulin resistance, insulin sensitivity?

1  A    Sure.  It would be very important to measure insulin

2  as well as glucose.  Insulin is the hormone that's

3  responsible for storing glucose in the body.  And that

4  they use both insulin and glucose measurements to develop

5  indices for growth -- for insulin sensitivity and insulin

6  resistance.

7  Q    Now, in your proposal for this study that became

8  trial 125, you've not mentioned having a placebo control

9  group.

10      Did you make a recommendation for a placebo control

11  group?

12  A    I did not.

13  Q    Why not, Doctor?

14  A    Placebo, that is, an inactive drug, given to a

15  mentally ill population for 24 weeks, in my opinion, is

16  unethical.  These are patients who are sick.  They'd be

17  going untreated, and that would be totally inappropriate.

18  Q    Mentally ill population, are you referring to what

19  became a schizophrenia trial?

20  A    Yes.

21  Q    And 24 weeks is a six-month period in which people,

22  if they were taking a placebo, what could be the

23  consequence?

24  A    Their schizophrenia would worsen, perhaps

25  sufficiently to require hospitalization.

1    Q    Now, in these discussions with AstraZeneca about a

2    study, did you have discussions concerning a method known

3    as the glucose clamp?

4    A    I did.

5    Q    What -- what was the give and take on that subject?

6    A    The glucose clamp is, quote, "the gold standard,"

7    unquote, for determining insulin sensitivity.  However, it

8    is a very complex research tool that is not -- not

9    applicable to a population study, but would be applicable

10   to a small subset of individuals.

11   Q    If I understand you, a population study is when

12   you're studying a large number of people?

13   A    That's correct.

14   Q    In the case of study 125, hundreds of people?

15   A    That's correct.

16   Q    You said it could be used in a small subset, meaning

17   a small group of people?

18   A    Ten to 20 people.

19   Q    Would you just illustrate or explain for the Court

20   and jury what makes the glucose clamp into that complex of

21   a test.

22   A    Okay.  I'll try to keep it simple.

23        It's a study that takes place over several hours.

24   Patients need to have three intravenous lines.  The

25   patient is infused with insulin which, without a

 1  concomitant infusion of glucose, will --

 2  Q     Meaning at the same time?

 3  A     At the same time, would lead to disastrous --

 4  disastrously low glucose levels.  So glucose is infused to

 5  maintain glucose levels at constant levels.

 6        In order to do that, you have to measure blood

 7  glucose every five minutes and adjust the glucose infusion

 8  rate.  And so you have to have a lab that can turn around

 9  the glucose values virtually instantaneously, and you have

10  to have a way -- an algorithm to adjust the glucose

11  infusion rate.  And lastly, you need to have, obviously, a

12  third intravenous line so that you can draw blood.

13        You need a skilled nurse.  You need a physician

14  nearby.  And this can only be done in a clinical research

15  center, and there are about 100 of those in this country.

16  Q     And just part of what you said there in that

17  description, Dr. Woolf, in the glucose clamp test

18  procedure, the patient needs to be simultaneously having

19  the blood glucose measured and simultaneously having

20  infusions or injections of more glucose?

21  A     That's correct.

22  Q     And other things going on?

23  A     Yes.

24  Q     All right.  So that was the nature of the glucose

25  clamp test.  Did you talk to AstraZeneca doctors about the

1  extent to which that might play a role in their study 125?

2  A    I suggested that might be a possibility, teaming up

3  with a research team outside of AstraZeneca.

4  Q    As you discussed this subject with AstraZeneca's

5  doctors, their internal doctors, did you find any more

6  information or literature concerning what you might do in

7  place of a glucose clamp?

8  A    I came across an article in *Diabetes Care*, I believe

9  from 1994 by Matsuda and DeFronzo, that performed an

10 analysis, a comparison of data obtained from a glucose

11 tolerance test with an insulin clamp in roughly 150

12 patients, and they found that there was an excellent

13 correlation.

14 Q    Did you know anything about these authors?

15 A    DeFronzo is an internationally renowned

16 diabetologist.  I don't know anything about Matsuda.

17 Q    Did the result of this article give you any thoughts

18 for what could be done in place of a glucose clamp to get

19 good data?

20 A    I suggested that they might want to use this

21 measurement which they called the insulin sensitivity

22 index, or ISI.

23 Q    Now, as an expert for AstraZeneca -- and you are

24 retained as an expert for the company in these Seroquel

25 litigations?

1    A    I am.

2    Q    Have you had the opportunity to review the clinical

3    study report for 125 that was written after the study was

4    performed?

5    A    I did.

6    Q    And from that review, Dr. Woolf, have you determined

7    whether the company did or did not implement your

8    recommendations to make a specific study of glucose

9    tolerance?

10   A    It was very close to the study I had recommended,

11   yes.

12          MR. SCOTT:  Your Honor, at this time, with the

13   Court's permission, I'd move back to the audio visual

14   stand to show documents, if that is acceptable?

15          THE COURT:  All right.  Go ahead.

16          MR. SCOTT:  And I will be using Exhibit 125 from

17   the defense list, which is the clinical study report for

18   study 125.

19      As we discussed earlier this morning, I have made a

20   copy of a portion which is pages 1 through 366

21   continuously.  The clinical study report itself is several

22   thousand pages long because of the inclusion of protocols,

23   attachments, individual data and things, which is

24   unwieldy, but I have this copy for the record and I will

25   be offering that at the end of his testimony.

1        If you do not need the copy at this point, Your

2   Honor, I'll just move back and show it electronically.

3            THE COURT:  You can go ahead and move back.

4            MR. SCOTT:  Thank you.

5        And thank you, Celeste.

6   BY MR. SCOTT:

7   Q    Dr. Woolf, can you hear me all right from here?

8   A    Yes, I can.

9   Q    Thank you.

10       And on the display monitor is the first page of a

11  document which is labeled at the bottom "Defendant

12  Exhibit 125."

13       What is this document?

14  A    This is the cover page for the CSR for 125.

15  Q    Is -- and here we see in the upper right-hand corner

16  a study code number, and that is the reference to 125 that

17  we've been using?

18  A    That's correct.

19  Q    Okay.  Now, earlier you described the idea for

20  study 125.  Let's just look at the title before we move

21  into the document.

22       "A 24-week," that's six months, "international

23  multicenter, open label, flexible dose, randomized

24  parallel group, phase IV study to compare the effect on

25  glucose metabolism of quetiapine, olanzapine and

1    risperidone in the treatment of patients with

2    schizophrenia."

3         Is that the study that you reviewed?

4    A    Yes, it is.

5    Q    What was the focus of this study?  What outcome was

6    it focusing upon for its assessment?

7    A    The primary objective was to compare changes in

8    glucose tolerance in the quetiapine group over the

9    24 weeks with changes that could occur in patients treated

10   with olanzapine during the same period of time.

11   Q    Okay.  And I'm going to go to page 152 of this

12   Exhibit No. 125.  And we'll take this step by step, but

13   I'm looking here at figure 3 at the top.  And in a few

14   moments, will you help me explain this graph that appears

15   on that page?

16   A    Sure.

17   Q    Okay.  Before we do that, the OGTT, is that the test

18   that you referred to earlier that you recommended to

19   AstraZeneca?

20   A    Yes.  That's the shortcut for the oral glucose

21   tolerance test, the OGTT.

22   Q    This says, "OGTT at randomization."

23        At what point in time is the data collected which is

24   shown in figure 3?

25   A    That is before any of the patients were started on

1   any medication.

2   Q    At that time, are the patients divided into three

3   groups to receive three different medicines?

4   A    Yes.  They are placed in any of the three groups.

5   Q    Which of those is Seroquel?

6   A    The solid line.

7   Q    The quetiapine?

8   A    Yes.

9   Q    With the solid line right here?

10  A    Yes.

11  Q    Okay.  So figure 3 is data collected before the

12  patients have taken any of the antipsychotic drugs; is

13  that correct?

14  A    Yes, it is.

15  Q    And how long does the test procedure take which is

16  shown by this figure?

17  A    It's 120 minutes, or two hours, in duration.

18  Q    Okay.  The bottom part says "MIN" for minutes,

19  120 minutes, correct?

20  A    Yes, it is.

21  Q    Okay.  Now I'm going to look at the same graph over

22  on the ELMO so that I can draw.

23       MR. SCOTT:  Celeste, if we could switch over to

24  the ELMO, please.

25       Your Honor, this continues page 152 of the same

1    exhibit, the top half.

2    BY MR. SCOTT::

3    Q    And Dr. Woolf, if you would work with me to explain

4    step by step what is happening here in the test done at

5    randomization.

6         This, you said, is before taking any drug?

7    A    That's correct.

8    Q    And you said that the solid line, this one right

9    here, is Seroquel.

10   A    Yes.

11   Q    Let's go to the left-hand side where it's time zero.

12        First of all, do the graph -- does the graph show the

13   results for an individual patient or for a group of

14   patients?

15   A    These are results of -- of -- these are the mean

16   results of patients in each of the three categories.

17   Q    The "mean" being the average?

18   A    Yes.

19   Q    And what do the patients do before they come in to

20   take the test at time zero?

21   A    They need to be fasting for between eight and 12

22   hours before they come into the study, having eaten well

23   prior to that.  And then blood is taken.

24   Q    Are they hospitalized overnight in this study?

25   A    In this study, they were, yes.

36

1    Q    And at time zero, is their blood glucose measured?

2    A    It was.

3    Q    That was called fasting glucose?

4    A    It is.

5    Q    Now, at this point, we're just going to follow the

6    line for Seroquel, the solid line, and describe what

7    happens.

8         Was it the same procedure for patients taking each of

9    the three drugs?

10   A    It was.

11   Q    Okay.  Now, in the first part of this line, which is

12   going up here, what happened to the patients resulting in

13   that line?

14   A    Shortly after getting the blood taken for the fasting

15   blood glucose, they were given 75 grams of glucose in

16   250 MLs, or approximately one glass, of a noncaloric

17   beverage which they must drink in five minutes.  And what

18   you're seeing here over the 30 minutes is the absorption

19   of glucose into the body.

20   Q    Can you relate that amount of glucose to a can or

21   bottle of normal nondiet soda?

22   A    A 20-ounce bottle of coke contains roughly 60 grams

23   of carbohydrates.

24   Q    Sixty.  So this is more than a 20-ounce bottle of

25   sugared Coca-Cola?

Direct Examination – Dr. Paul Woolf                    37

```
 1    A    Yes.

 2    Q    Over five minutes, then the line goes up because

 3    what's happening?

 4    A    The body is absorbing the blood sugar and has not yet

 5    had a response -- an ability to store it.

 6    Q    How does the body then respond to that blood sugar as

 7    it is detected going into the blood stream?

 8    A    The primary response is secretion of insulin by the

 9    pancreas.

10    Q    And what does that do then to the sugar -- let's just

11    be clear.  Let me stop for one second.

12         The left-hand side of this graph is showing how much

13    of what?  What's on the left-hand side?

14    A    That's the blood sugar in -- measured in European

15    units.

16    Q    Blood sugar.  And you said "European units."  Down

17    here at the fasting glucose, before drinking the glucose

18    in water, it says 5.2 or something like that; is that

19    right?

20    A    Yes.  Approximately right, yes.

21    Q    For those of us who have some idea of our own blood

22    glucose in a different unit of measure, could you relate

23    that to a unit that's more familiar to Americans?

24    A    That's approximately 94 milligrams per deciliter,

25    which is the American units.
```

1   Q    The European measure up here, the mmol times 18 --

2   A    Yes.

3   Q    -- is that right?

4   A    That's correct.

5   Q    Okay.  So that's the average.  People drink the sugar

6   in that group, in the water.  Their blood glucose goes up,

7   and the body starts creating insulin.

8        What happens next?

9   A    The insulin is being stored, and so initially --

10  well, the glucose levels level off and then ultimately

11  fall.

12  Q    The next part, then, after 30 minutes -- there's a

13  test at 30 minutes, and there's a test again at

14  60 minutes.  And we see the line has gone down somewhat.

15       What is happening in the body?

16  A    The glucose is absorbed and is now being stored.

17  Q    Thirty minutes later there is another test,

18  90 minutes or an hour and a half into the study, and

19  what's happening then?

20  A    The glucose is continuing to be stored and the

21  glucose levels are returning toward pre-glucose tolerance

22  test levels.

23  Q    And then another test at the 120-minute, or two-hour,

24  point; is that right?

25  A    That's correct.

1    Q    And is there -- in terms of a study, is there a name

2    given to the -- the final value arrived at, at two hours?

3    A    That's called sometimes the two-hour postprandial, or

4    PP.

5    Q    Postprandial P --

6    A    Glucose.

7    Q    Glucose.  Okay.

8    A    "PP" for short.

9    Q    May I call it the two-hour glucose?

10   A    Sure.

11   Q    Okay.  And all of this test is done before the

12   patients have taken any Seroquel or other drug; is that

13   right?

14   A    Yes, that's correct.

15   Q    Now, anticipate for us, help us look ahead a little

16   bit how this data will be used at the end of study 125.

17   A    There are a couple of ways to look at this data, but

18   perhaps the best way is to -- is to look at the entire

19   excursion or elevation of blood glucose throughout the

20   test, and that's called the area under the curve.

21   Q    And that's where I'm writing at this point?

22   A    That's correct.

23   Q    "The area under the curve."  And in the clinical

24   trial report, the CSR, is it sometimes referred to as AUC?

25   A    Yes, it is.

1   Q    That is adding up the total glucose for the entire

2   two hours?

3   A    Yes, it is.

4   Q    Now, will the data on the screen from figure 3

5   eventually be used for any comparison purpose?

6   A    It is.

7   Q    Would you just explain to us, look ahead a moment so

8   we see how this is going to be important.

9   A    These are the baseline data for the -- for the three

10  drugs.  A similar test will be performed 24 weeks later to

11  see whether there is any effect after six months of

12  treatment.

13  Q    Okay.  And you said "baseline."  That -- that means

14  the beginning of the study?

15  A    Yes.

16  Q    That means the same thing as the time of

17  randomization up here?

18  A    It is.

19  Q    Okay.  Now, AstraZeneca then did the study in three

20  different groups of patients; is that correct?

21  A    Yes, it is.

22  Q    And have you reviewed that data?

23  A    I have.

24  Q    We're going to come back to figure 4 in just one

25  moment, but lower on that page -- and this is from the

1    bottom half of the same page 152 of exhibit 125 -- is

2    figure 4.

3         And please tell us, Dr. Woolf, what this graph,

4    figure 4, is showing.

5    A    This is an oral glucose tolerance test performed

6    24 weeks after treatment with each of the three drugs in

7    contra -- this syncs into the previous one which was

8    before they received any.

9    Q    So this is after 24 weeks on the drugs.

10   A    Yes.

11   Q    Meaning one of the three up here?

12   A    Yes.

13   Q    And again, is the solid line the average blood

14   glucose for the people taking Seroquel in the study?

15   A    It is.

16   Q    You said in an earlier answer that the data in

17   figure 3 would be used for comparison.

18        Have you made that comparison as you look at the data

19   in 125?

20   A    I have.

21   Q    Let me put figure 3 back up on the screen.  This is

22   before taking the drug.  And then I'm going to put -- this

23   is like putting the two halves of the page together, one

24   on top of each other, and just right on there, and I will

25   use a green pen just so that we can see the difference.

1       And do we see here the solid line is for the Seroquel

2   folks?

3   A     Yes.

4   Q     And again, it starts, it goes up, it goes down, and

5   it goes down and continues going down.

6       Have I correctly shown the Seroquel line of the data

7   for after 24 weeks?

8   A     You did.

9   Q     Now, in statistical terms -- I'm trying to keep this

10  right on top.  Right there -- take my hands off it so I

11  don't mess it up.

12      In statistical terms, was there a difference in the

13  blood glucose after 24 weeks or six months on Seroquel

14  compared to the baseline before taking any of the drug?

15  A     There were several parts to that question.  There was

16  a tiny but significant increase in the fasting blood

17  glucose.  There was no change in the area under the curve

18  in the Seroquel group before -- from -- after taking the

19  drug compared to before.  And there was a small decrease

20  in the two-hour value.

21  Q     And taking the three parts of your answer, you say

22  there was a small increase in the fasting glucose over

23  here at the beginning of the test?

24  A     Yes.

25  Q     So that is when the patients come in after overnight

1    hospitalization for their fasting glucose before drinking

2    sugar?

3    A    Yes.

4    Q    And that went up -- did you say it was significant --

5    was it -- was it a large amount?

6    A    No, it was a very small amount.

7    Q    You said there was no statistical increase in the

8    area under the curve; is that right?

9    A    That's correct.

10   Q    And then you said there was a decline.  Was that this

11   one over here?

12   A    Yes.

13   Q    The two-hour glucose.  That actually went down?

14   A    Yes, it did.

15   Q    Would you explain for the Court and jury, Dr. Woolf,

16   as an endocrinologist, what test here was the more

17   sensitive measure of any glucose intolerance?  The fasting

18   glucose over here or the two-hour glucose over here?

19   A    It's the two-hour.  The two-hour value changes.  In

20   somebody who is going to become diabetic, the two-hour

21   value is much more sensitive than the fasting level.

22   Q    Were you able to reach a conclusion as an

23   endocrinologist from the data in study 125 whether

24   Seroquel was causing any insulin resistance or glucose

25   intolerance, one of those things, in the 24-week period of

1    the study?

2    A    During this period of time, there was no

3    deterioration in glucose tolerances in the

4    Seroquel-treated population.

5    Q    And what did that mean to you in terms of the

6    effects, if any, of Seroquel upon glucose regulation?

7    A    That there weren't any.

8    Q    That there were not any?

9    A    That's correct.

10            MR. SCOTT:  Your Honor, I'm now going to move

11   back to the lectern.

12       And we could take the ELMO off the screen for a

13   moment.

14       Thank you.

15   BY MR. SCOTT:

16   Q    Dr. Woolf, so far you and I have focused on fasting

17   glucose, area under the curve, and two-hour glucose.

18       Were other tests taken during study 125 of various

19   metabolic measurements of the patients in the study?

20   A    There were several.  Insulin was clearly one of them.

21   The hemoglobin A1c.  There were several measurements of

22   variety of lipids.

23   Q    Lipids are we what know as cholesterol and

24   triglycerides?

25   A    Yes.  C-peptide which is a part of the insulin

1    molecule.  And I don't recall what it is.  And then there

2    were a variety of indices derived from glucose and

3    insulin.

4    Q    When you say "indices derived," you're saying that

5    the data was calculated in different ways?

6    A    Yes.

7    Q    You had mentioned earlier before I went over to the

8    audiovisual stand that at one point you looked at an

9    article by Matsuda and DeFronzo comparing different

10   measurements to the glucose clamp.

11        Do you remember that?

12   A    Yes, I do.

13   Q    Was the measurement that they recommended one that

14   was included in the array of calculations done by

15   AstraZeneca in 125?

16   A    It was.

17   Q    Did that show any deterioration in glucose tolerance

18   for the patients on Seroquel?

19   A    It did not.  There were no significant differences.

20   Q    Did some of the glucose or lipid measurements in

21   study 125 change, in fact, in a direction that an

22   endocrinologist would not -- would not want to see?

23   A    Yes.  There were several that went in that direction.

24   Q    Could you -- in order to be complete, can you mention

25   some that went in that direction?

1    A    The total LDL cholesterol went in, quote, "the wrong

2    direction," unquote, the fasting blood sugar went in the

3    wrong direction, the A1c went in the wrong direction.

4    Q    Did other measurements remain unchanged?

5    A    There were some that went in the right direction.

6    If -- I'm not sure whether you mean numerically unchanged

7    or statistically unchanged.

8    Q    Statistically.

9    A    They were -- the various majority were statistically

10   unchanged.

11   Q    Were the changes in metabolic status, whether they

12   were direction -- a good direction or bad direction, were

13   they large changes?

14   A    No, they were all tiny.

15   Q    Did any of the changes in the glucose measurements

16   that went in what you call the wrong direction, did -- did

17   they change your view that this study showed no effect of

18   Seroquel?

19   A    No, it did not.

20   Q    Why not?

21   A    Couple of factors.  First of all, as we talked about

22   earlier, there was no placebo group.  It was not possible

23   to have a placebo group, and we're talking about a patient

24   population, a vulnerable population that is much more

25   prone to develop diabetes than the general population.

1    And it's entirely consistent that over this period of time

2    those patients might have shown some small deterioration

3    in their glucose tolerance test.

4    Q    You're referring to the six-month period of the

5    study -- in study -- in tests like the fasting glucose we

6    saw?

7    A    Yes.

8    Q    Okay.  And you said there were several factors in

9    your judging that this data did not change your view.

10   A    That's correct.

11   Q    What were the other factors?

12   A    The principal test was -- was the -- was the area

13   under the curve.  I mean, that is by far the most dynamic,

14   the most robust of all the tests, and that showed no

15   change whatsoever.

16   Q    Let's pause that for a second there.  There are a

17   number of tests.  You called that one the most dynamic and

18   the most robust.

19        Please elaborate on what you mean by that.

20   A    Well, if you -- if you look at the American Diabetes

21   Association's definition for the -- for diabetes, they use

22   the results of the glucose tolerance test to make that

23   diagnosis.  If you want, I can elaborate.

24   Q    No, that's fine.  Thank you very much.

25        One last thing I was going to do before I even go

1    back to the audiovisual stand in a moment, the study 125

2    included the other two drugs that we saw in the graph; is

3    that right?

4    A    It did.

5    Q    Had that been your recommendation?

6    A    No, it was not.

7    Q    That was something the company added?

8    A    Yes.

9    Q    Did the study over six months show a different result

10   for those drugs than for Seroquel?

11   A    It did.  The olanzapine group showed significant

12   deterioration at glucose tolerance test that -- over the

13   24 weeks, that is, the area under the curve significantly

14   increased.

15        MR. SCOTT:  Let me just go back and show that on

16   the graph with the Court's permission.

17   BY MR. SCOTT:

18   Q    Dr. Woolf, in figure 3, which is page 152 of

19   Exhibit 125, this is before any drugs.

20        Do you see that the lines, one each for the three

21   drugs, are fairly close together?

22   A    I do.

23   Q    Had that changed after six months?

24   A    It did.

25   Q    Looking now at the results at six months, you told us

1   that the two-hour glucose for Seroquel had gone down a

2   little bit; am I right?

3   A     Yes, it did.

4   Q     What had happened to the curves for olanzapine and

5   risperidone?

6   A     Starting at roughly 60 minutes and continuing through

7   the 120-minute time period, there was a separation of the

8   other two drugs from quetiapine, that is, they -- the

9   patients taking these two drugs did not store their

10  glucose as efficiently as those taking quetiapine.

11  Q     And as a consequence, these curves moved up for the

12  other two drugs?

13  A     That's correct.

14  Q     What, if anything, did that fact -- that finding tell

15  you about the suitability of the OGTT test for evaluating

16  Seroquel's effect upon glucose?

17  A     That it was certainly capable of finding a change in

18  a patient population on antipsychotic medication, that is,

19  two drugs had a change and therefore the drug -- the test

20  was extensive enough to pick up those changes in patients

21  taking those two medications.

22  Q     Dr. Woolf, I'm back over here now.  Thank you.

23        Based upon study 125 and your years of experience in

24  practice of medicine as an endocrinologist, do you find in

25  this data in 125 that Seroquel adversely affects the

```
 1    glucose metabolism or insulin resistance of the patients
 2    within the time frame of that study?
 3    A    I did not.
 4    Q    Thank you.
 5             MR. SCOTT:  Your Honor, I pass the witness.
 6             MR. PENNOCK:  Your Honor, could we take a break
 7    real quick?
 8             THE COURT:  All right.
 9         We'll be in recess until 25 after.
10         (Recess.)
11                      CROSS-EXAMINATION
12    BY MR. PENNOCK:
13    Q    Good morning, Dr. Woolf.
14    A    Good morning.
15    Q    Dr. Woolf, you mentioned on direct with counsel for
16    AstraZeneca --
17             THE COURT:  Mr. Pennock, hold on a second.
18    BY MR. PENNOCK:
19    Q    Dr. Woolf, you mentioned on direct with counsel for
20    AstraZeneca that you have a clinical practice, right,
21    treating patients with diabetes?
22    A    I do.
23    Q    And you also said you were the chair of the
24    department of medicine at a hospital?
25    A    That's correct.
```

1   Q    And you said that -- or I think I noticed on your

2   curriculum vitae you are the director of the office of

3   clinical research?

4   A    That's a job that has disappeared.

5   Q    Okay.  So it indicates on your CV that you are

6   currently also the director of clinical research?

7   A    That job disappeared as well.

8   Q    Okay.  Disappeared.  So you're not doing that

9   anymore.

10  A    There is no such office at Crozer anymore.

11  Q    You indicated on direct you're a professor of

12  medicine?

13  A    That's correct.

14  Q    And I saw on your CV that you belong to another -- a

15  number of medical organizations.

16  A    I am.

17  Q    Are these things that you actively participate in?

18  A    I do.

19  Q    And I saw that -- or I heard on -- on your direct

20  that you said that you perform editorial duties for some

21  medical journals?

22  A    That's correct.

23  Q    And those are things that you're currently doing?

24  A    Yes.

25  Q    Those things you've been doing the last couple of

1    years?

2    A    Yes.

3    Q    Okay.  So -- so as far as I understand it, then, if

4    you look at your -- how you spend your time and your

5    profession, you've got a clinical practice, how many

6    patients do you treat a week?

7    A    I see patients three half days a week.

8    Q    And you are a professor of medicine, you spend time

9    on that, right?

10   A    Yes, I do.

11   Q    Spent time in this administrative position as the

12   chair of medicine, right?

13   A    I do.

14   Q    And you spend time in your organizations that you

15   listed that you're still current in, right?

16   A    Yes.

17   Q    And you spend time on these editorial boards that you

18   said you still work on.

19   A    No, I did not say I was a member of editorial

20   boards --

21   Q    I'm --

22   A    -- I read manuscripts.

23   Q    I'm sorry.  You -- you -- you've -- you've reviewed

24   manuscripts for medical journals?

25   A    That's correct.

Cross-examination - Dr. Paul Woolf                    53

1    Q    Doctor, you have been involved with AstraZeneca for

2    about 14 years, right?

3    A    Since roughly 1992.

4    Q    Okay.  So about 17 years, correct?  And for that --

5    during that 17-year period -- withdrawn.

6         Since that time period, you have been receiving

7    compensation from AstraZeneca for one reason or another,

8    correct?

9    A    That's correct.

10   Q    Okay.  And anything that you did with regard to

11   study 125, you were compensated as an outside consultant,

12   correct?

13   A    Yes, sir.  I was paid for my time, yes.

14   Q    And in addition to Seroquel, you actually also helped

15   AstraZeneca with another one of its medications, right?

16   A    That's correct.

17   Q    I think you sat at what you call a mock trial for the

18   CRESTOR drug, right?

19   A    There was a mock advisory committee meeting for

20   CRESTOR, yes.

21   Q    Okay.  So you -- you -- AstraZeneca paid you to sit

22   and pretend, essentially, that you were with the FDA

23   asking questions of their folks that were going to go down

24   to the FDA, correct?

25   A    Yes.

1    Q     And as I understand it, Dr. Woolf, you've been a

2    litigation consultant for Seroquel for AstraZeneca since

3    2003.

4    A     That's correct.

5    Q     Were you a litigation consultant for AstraZeneca when

6    you advised AstraZeneca on some of these suggestions you

7    had for how they should conduct study 125?

8    A     I believe those suggestions preceded that.

9    Q     Okay.  So in any event, for the last about more than

10   six years, you've been involved as a litigation consultant

11   for AstraZeneca, correct?

12   A     Yes.

13   Q     And from April of 2008 until October -- this past

14   October 2009, you've earned how much money consulting in

15   litigation by Seroquel?

16   A     About $200,000.

17   Q     About $200,000?

18   A     Yes.

19   Q     Does that include the last month, this month of

20   November?

21   A     I don't have a tally.  I can't tell you.  It was in

22   that neighborhood.

23   Q     It's in the neighborhood of 200,000?

24   A     Yes.

25   Q     Okay.  Dr. Woolf, let me show you what's been

1    premarked as Exhibit P2175.

2              MR. PENNOCK:  May I approach the witness, Your

3    Honor?

4              THE COURT:  Yes.

5    BY MR. PENNOCK:

6    Q    Dr. Woolf, do you recognize P2175?

7    A    Yes, I do.

8    Q    These are invoices that you submitted for your

9    litigation consulting work for Seroquel, correct?

10   A    Yes, they are.

11   Q    Okay.  And they run from May of 2008 through October

12   of 2009, correct?

13   A    They run through November 2009.

14   Q    Well, the date is November, but the billing is only

15   through October, correct?

16   A    Yes, that's correct.

17   Q    Okay.  And you said that you've earned roughly

18   $200,000 from this work that you've done, right?

19   A    That's correct.

20   Q    Okay.  Dr. Woolf, would you disagree with me if I

21   told you that what you earned was -- through October it

22   was $216,300?

23   A     If -- if -- I'm assuming that your addition is

24   correct.

25   Q    Okay.  And that doesn't include what you've done in

1    November, right?

2    A    That's correct.

3    Q    Okay.  So I noted that in the month of April 2008 --

4    and please feel free to look at the Exhibit P2175 -- you

5    billed for -- your charges were $9,200.

6         You see that?

7    A    Yes, I do.

8    Q    And then in May 2008, it was $6,500?

9    A    Yes.

10   Q    And then in June of 2008, it was $19,800?

11   A    Yes.

12   Q    And in July, it was $19,700?

13   A    Yes.

14   Q    And in August, it was $24,700?

15   A    900.  But, yes.

16   Q    $900.

17        And in -- in September of 2008, it was $32,700?

18   A    Yes.

19   Q    In October of 2008, it was $41,800?

20   A    Yes.

21   Q    They continue, we won't go through all of them, but

22   these are -- those are -- the billings that I just stated

23   are accurate for those ones?

24   A    Yes, they are.

25   Q    Okay.  And I think the last one, October 2009, was

1    $23,000?

2    A    Yes.

3    Q    Doctor, starting in about -- withdrawn.

4         During this entire time period, you have met with

5    AstraZeneca lawyers numerous times, correct?

6    A    No, I have not met with any AstraZeneca lawyers.  I

7    met with counsel.  No one employed.

8    Q    I see.  You have met with lawyers who have been

9    engaged -- outside counsel who have been engaged by

10   AstraZeneca numerous times, correct?

11   A    That's correct.

12   Q    And in fact, you have met with AstraZeneca lawyers

13   for more than 100 hours probably, correct?

14   A    I haven't added it up, but it was a great deal of

15   time, yes.

16   Q    Okay.  I think that would -- one lawyer that you --

17   Mr. Legower from the Dechert law firm, you met with him

18   for as long as 50 to 100 hours, true?

19   A    Yes.

20   Q    And with respect to counsel who's here today for

21   AstraZeneca, Mr. Scott, you've met with him in preparing

22   for your deposition and your testimony here today over

23   20 hours.

24   A    That's probably correct.

25   Q    Doctor, you -- you have met with so many lawyers from

1   AstraZeneca that you described it as too many to count,

2   correct?

3   A    That was being a bit facetious.  There was about a

4   dozen.

5   Q    Okay.  Well, when -- when we had your deposition in

6   this case, you indicated that it was too many to count,

7   did you not?

8   A    I did.

9   Q    And you indicated that you could not remember any

10  names of any other lawyers other than Mr. Scott,

11  Mr. Legower, Ms. Hope Freiwald, and another lawyer whose

12  first name is Les and his last name escapes me.

13       Do you remember that?

14  A    Yes, I do.

15  Q    Okay.  And other than that, the other names of all

16  the AstraZeneca lawyers, outside counsel, were a blur to

17  you?

18  A    That's correct.

19  Q    Now, looking at Exhibit P2175, Doctor, and looking

20  at -- starting in -- for the bill for your -- for your

21  work in June of 2008, that's the third page in, Doctor.

22  A    Okay.

23  Q    Okay.  You submitted a bill for $19,800 for 48-1/2

24  hours, correct?

25  A    Forty-nine, yes.

1    Q    Sorry.  Forty-nine and a half.  And that was at $400

2    an hour, right?

3    A    That's correct.

4    Q    Okay.  Now, I noted that you did not indicate to the

5    lawyers what you did for that 49-1/2 hours, right?

6    A    I wasn't asked to.

7    Q    Okay.  And in all the rest of these bills, starting

8    with June of 2008 forward, you did not put anything in any

9    one of these bills as to what you did for the amount being

10   requested, correct?

11   A    Yes.

12   Q    So you would submit to them this document which

13   states, "Per my agreement with Dechert LLP," that's the

14   law firm, correct?

15   A    That's correct.

16   Q    "I am submitting my bill for $19,800 for work on

17   behalf of AstraZeneca performed during the time period."

18   A    Correct.

19   Q    You'd do that each and every time?

20   A    Yes.

21   Q    And you did not have to specify what that bill was

22   for, correct?

23   A    That's correct.

24   Q    Doctor, the bills that we marked as P2175, those are

25   bills prepared by you, correct?

1    A    That's correct.

2    Q    And they were prepared by you in the regular course

3    of your business as a litigation consultant, correct?

4    A    That's correct.

5    Q    And, Doctor --

6             MR. PENNOCK:  Your Honor, I'd like to move 2 --

7    2P -- I'm sorry, P2175 into evidence, please.

8             MR. SCOTT:  There's no objection.

9             THE COURT:  It will be received.

10        (Exhibit P2175 received in evidence.)

11            MR. PENNOCK:  Thank you, Your Honor.

12   BY MR. PENNOCK:

13   Q    Doctor, you were -- you issued an expert report in

14   this litigation, correct?

15   A    I did.

16   Q    And attached to that expert report was a "materials

17   reviewed" list.  Do you recall that?

18   A    I do.

19   Q    And that listed numerous items that you have

20   indicated you looked at in coming to your opinions in this

21   case, right?

22   A    That's correct.

23   Q    Included medical literature, correct?

24   A    Yes.

25   Q    Included clinical trials that AstraZeneca conducted,

 1    correct?

 2    A     Yes.

 3    Q     And some other items as well, correct?

 4    A     That's correct.

 5    Q     And that -- those materials that you reviewed on that

 6    list, those are -- those are materials upon which you

 7    relied in coming to your opinions, correct?

 8    A     That's correct.

 9    Q     Okay.  A few more questions, if you will, Doctor,

10    about your retention as an expert by AstraZeneca.

11          You were retained, as we noted, in 2003, right?

12    A     That's correct.

13    Q     You were retained as a litigation expert on

14    October 24th, 2003, correct?

15    A     Yes.

16    Q     And there was a -- there was actually a -- an

17    agreement that you signed with one of the law firms

18    representing AstraZeneca at that time, correct?

19    A     Yes.

20          MR. PENNOCK:  Your Honor, may I approach?

21          THE COURT:  Yes.

22    BY MR. PENNOCK:

23    Q     Now, we've premarked this exhibit as P217 -- excuse

24    me -- P2176.  I apologize, that's the wrong exhibit.  I

25    apologize.

```
 1              MR. PENNOCK:  I'm sorry, Your Honor.  I must

 2    have misread my column here.  It's P2176.  I think I

 3    pulled the wrong one out.

 4         Again, Your Honor, my apologies, it is P2176.

 5         May I approach again?

 6              THE COURT:  Yes.

 7    BY MR. PENNOCK:

 8    Q    Dr. Scott, that is the -- excuse me.  Dr. Woolf, that

 9    is the retainer agreement that you signed to become an

10    expert in the Seroquel litigation in October of 2003,

11    right?

12    A    That's correct.

13    Q    And you were agreeing -- it says in the first

14    sentence, correct me if I'm reading this wrong, it says,

15    "Dear Dr. Woolf, this is to confirm that you have agreed

16    to serve as a consultant to the law firm of Sidley,

17    Austin, Brown & Wood LLP in litigation -- potential

18    litigation and in other matters involving or relating to

19    Seroquel."

20         Do you see that?

21    A    I do.

22    Q    And it goes on to say, "and to provide us with your

23    views on issues within your area of expertise that arise

24    from those matters," correct?

25    A    Yes.
```

1   Q    Now, that's your signature that appears on the next

2   page, correct?

3   A    Yes.

4   Q    Second page?

5   A    Yes.

6   Q    That's your signature?  I'm sorry, Doctor.

7        So you understood at that time that you were being

8   engaged as a litigation expert to defend lawsuits and

9   potential lawsuits regarding whether or not Seroquel can

10  cause diabetes, correct?

11  A    Yes.

12  Q    Now, at that time -- withdrawn.

13       In -- in fact in your -- in this agreement on the

14  second page in the second full paragraph, it specifies

15  that anything you authored in the course of this

16  litigation consultancy belonged to the law firm, right?

17  A    Yes, sir.

18  Q    It says -- correct me if I'm reading this wrong, it

19  says in the second sentence, quote, if authored by you,

20  "they will be considered," quote, "works made for hire,"

21  end quote, right?

22  A    Yes.

23  Q    "And all rights, title and interest to such works are

24  hereby assigned" by you to Sidley, Austin, Brown & Wood

25  LLP?

```
 1    A    I see that.

 2    Q    Okay.  So now, at -- at this time that you -- after

 3    you had become a -- withdrawn.

 4              MR. PENNOCK:  Your Honor, I would move into

 5    evidence Plaintiffs' Exhibit P2176.

 6              MR. SCOTT:  No objection.

 7              THE COURT:  P2176 will be received.

 8         (Exhibit P2176 received in evidence.)

 9              MR. PENNOCK:  Thank you, Your Honor.

10    BY MR. PENNOCK:

11    Q    At this time, Doctor, you had not reviewed all of the

12    materials on the materials review list that you reviewed

13    for your expert report, right?

14    A    You mean 2003?

15    Q    Uh-huh.

16    A    No.

17    Q    The vast majority of the materials that you reviewed

18    didn't even exist at that time, correct?

19    A    Some of the manuscripts did, but the materials did

20    not.

21    Q    So when you signed on to become an expert for this

22    Seroquel litigation, study 125 had not been finished yet,

23    right?

24    A    That's correct.

25    Q    In fact, study 125 had only begun a few months
```

1    earlier in 2003, correct?

2    A     Yes.

3    Q     And all -- other clinical trials had not been

4    completed yet, right?

5    A     That's true.

6    Q     And in fact, the only clinical trial that had been --

7    withdrawn.

8          There had been some clinical trials including

9    study 41 that had been completed, right?

10   A     I believe so.

11   Q     But at that time, you had very little information on

12   whether or not Seroquel had any propensity to cause

13   glucose problems, right?

14   A     That's correct.

15   Q     And in fact, you had, yourself, according to your

16   testimony earlier today, advised AstraZeneca that they

17   should conduct this 125 study in a particular way so they

18   could figure out the question of whether Seroquel could

19   cause glucose problems, right?

20   A     That's right.

21   Q     And you were -- so at the time you became a

22   litigation consultant to defend Seroquel in any

23   allegations that it could cause glucose problems, you

24   didn't know whether it could cause them or not, correct?

25   A     That's true.

1   Q    Doctor, in addition to that, in October of 2005,

2   you -- you were asked by AstraZeneca to consult with them

3   regarding the data that had come out of study 125.

4        Do you remember that?

5   A    I guess.

6   Q    I'm sorry?

7   A    Yes.

8   Q    You do remember that?

9   A    I was asked to participate.  I'm not sure that I did.

10  Q    Okay.  You were asked -- AstraZeneca contacted you to

11  help them evaluate the data that had come out of

12  study 125, right?

13  A    Yes.

14  Q    And they asked you to participate in a meeting that

15  you were unable to attend.  Right?

16  A    Yes.

17  Q    And so they changed it to a conference call meeting,

18  correct?

19  A    I don't know.

20  Q    You don't recall?

21  A    That's correct.

22  Q    Doctor, at the time that AstraZeneca asked you to

23  participate in a consultancy regarding the 125 data, you

24  were already serving as a litigation expert, correct?

25  A    That's correct.

1   Q    Did you raise any objection to them about that at

2   that time?

3   A    No.

4   Q    We're going to move into study 125 details in a

5   moment, Doctor, but I'd like to make sure I'm clear on a

6   couple of things.

7        You have never published any articles on

8   antipsychotics, correct?

9   A    That's correct.

10  Q    You've never published any articles on Seroquel?

11  A    That's correct.

12  Q    You've never published any articles on any

13  second-generation antipsychotics in the class with

14  Seroquel?

15  A    That's correct.

16  Q    You have never published any articles on drug-induced

17  diabetes, correct?

18  A    That's correct.

19  Q    You've never published any articles regarding

20  clinical trial design for drug-induced diabetes, have you?

21  A    No, I have haven't.

22  Q    Doctor, you would agree with me that Seroquel --

23  withdrawn.

24       You would agree that there is evidence that Seroquel

25  can cause glucose or other metabolic disorders, but that

 1   you do not find that evidence to be convincing; is that

 2   fair?

 3   A    Yes, that's true.

 4   Q    Now, you would also agree with me that in study 125,

 5   there is evidence that Seroquel can cause metabolic

 6   disorders, but you do not find that evidence to be

 7   significant; is that fair?

 8   A    That's fair.

 9   Q    Okay.  Let's turn specifically to the 125

10   information, okay, Doctor?

11        125, as you mentioned earlier, was -- the primary

12   outcome that the study was designed for was to compare

13   Seroquel with Zyprexa and this other drug, Risperdal,

14   right?

15   A    Yes.

16   Q    Okay.  The main real focus for AstraZeneca, though,

17   was comparing Seroquel to Zyprexa --

18   A    Yes.

19   Q    -- agreed?

20   A    Yes.

21   Q    So the study was not designed to look at whether

22   Seroquel -- whether Seroquel patients from their baseline,

23   from the beginning of the study, developed glucose

24   abnormalities; it was intended and designed for a

25   comparative relationship?

1   A     That's true.

2   Q     Okay.  So in addition, and I think you mentioned

3   this, there was not a placebo control to this study?

4   A     Yes, that's what I said.

5   Q     And so you agree with me that a placebo-controlled

6   trial is the highest level of clinical trial, right?

7   A     Yes.

8   Q     So this 125 is not the highest and best evidence for

9   clinical trial evidence, correct?

10  A     That's correct.

11  Q     Okay.  Do you know what an open-label trial is,

12  Doctor?

13  A     That the patients and the physicians know the drug

14  that they're taking.

15  Q     Okay.  And meaning that -- so that someone's coming

16  like with a mental illness, for example, the physicians

17  will know whether they're taking placebo or a drug, right?

18  A     It wouldn't have an open-label placebo trial.

19  Q     Okay.  Are you familiar with studies 126, 127, and

20  144?

21  A     I am.

22  Q     Okay.  What types of studies were those?

23  A     Well, 126 and 127 were withdrawal trials.

24  Q     They were open-label withdrawal trials, correct?

25  A     I don't know whether they were open-label or not.

1    Q    Okay.  They were placebo-controlled trials, correct?

2    A    Yes.

3    Q    And they were placebo-controlled in a mentally ill

4    population, correct?

5    A    The patients were stabilized on drug and then they

6    were randomized, yes.

7    Q    Okay.  They were -- they -- that's right.  It was a

8    withdrawal trial, meaning first they're given a drug,

9    they're stabilized, and then they are randomized to either

10   placebo or a drug, correct?

11   A    Correct.

12   Q    And those patients were mentally ill, correct?

13   A    Yes, they were.

14   Q    And those trials -- tell the jury how long studies

15   126 and 127 and 144 continued for.

16   A    I'm not familiar with a number.  144, 126, and 127

17   went out to, at most, 104 weeks.

18   Q    So in those placebo-controlled trials that

19   AstraZeneca conducted went for two years in mentally ill

20   populations, correct?

21   A    Up to two years.

22   Q    Up to two years.  Right.  Some patients were taking

23   placebo for as long as two years, correct?

24   A    And some relapsed before that, yes.

25   Q    So, Doctor, we agree at least that there is a way to

Cross-examination - Dr. Paul Woolf                    71

1   design a trial in a mentally ill population to give them a

2   placebo and look at effects of the drug, right?

3   A    To determine efficacy, that's correct.

4   Q    Okay.  Well, if -- the big concern that you were

5   raising on direct was an efficacy concern, wasn't it?

6   A    No.  My concern was on glucose.

7   Q    You -- you -- you -- you indicated -- on direct you

8   indicated to the jury that you could not do a study that

9   was placebo-controlled in a mentally ill population

10  because it would be unethical for them to get a drug that

11  was helping them, correct?

12  A    Yes.  What I meant to say was that in a patient

13  starting off with a -- in a baseline comparing active drug

14  versus placebo, it's different from a withdrawal trial.

15  Q    Okay.  But the point is, Doctor, you -- you can --

16  and at the time AstraZeneca has designed and conducted

17  trials where a placebo is used in a mentally ill

18  population?

19  A    In withdrawal trials, that's correct, yes, sir.

20  Q    Okay.  And -- and a withdrawal trial could have been

21  conducted with a placebo control looking specifically at

22  glucose issues, correct?

23  A    No.

24  Q    Okay.

25  A    Absolutely not.

1   Q    You could put patients on a drug, stabilize them on

2   the drug, and then withdraw them and then compare what

3   happened from baseline, could you not?

4   A    You have -- counsel, you have multiple problems if

5   you do that.

6   Q    Okay.  Let me turn to this area under the curve.

7          MR. PENNOCK:  And Your Honor, may I use the

8   ELMO?

9          THE COURT:  Yes.

10  BY MR. PENNOCK:

11  Q    Dr. Woolf, I would like to just make sure that I'm

12  clear on what area under the curve measures.  So first of

13  all, in study 125 they were conducting this -- what's

14  called this oral glucose tolerance test, correct?

15  A    Yes.

16  Q    And they were -- and the nature of this test is that

17  you take -- you give somebody the sugar load and then you

18  measure their blood, 30, 60, 90, two hours, correct?

19  A    That's correct.

20  Q    And they did that at the beginning of -- they did

21  that test at the beginning of 125 and then they did it at

22  the end of 125 as well, correct?

23  A    That's correct.

24  Q    All right.  So when we're talking about this oral

25  glucose tolerance test, one of the things that we look at

1    is this area under the curve.

2        So let's say that's the two hour mark, and what we're

3    looking at is whether or not this space is -- area or

4    space underneath this curve is bigger or smaller compared

5    to the next time you do the test.

6        Is that a reasonable way of describing it?

7    A    Yes, it is.

8    Q    So we're looking at this space to see if this --

9    let's say this is the 24-week and let's say this is the

10   baseline, we're looking to see if this space at 24 weeks

11   is bigger than this space?

12   A    That's correct.

13   Q    And if this space is bigger than this space, then

14   that means that there has been potentially an effect on

15   glucose regulation, correct?

16   A    Yes.

17   Q    And if the study is sufficiently designed and well

18   implemented, and this space is bigger than this space, you

19   can conclude that there was an effect on glucose

20   regulation from the drug, correct?

21   A    All you need to do is look at the data to make that

22   conclusion.

23   Q    Okay.  Looking at the data which reflects the

24   measurements for the area under the curve --

25   A    Yes.

1    Q     -- right?

2          So the -- this area under the curve or this space

3    under the curve, there are calculations that are made to

4    measure that and it comes out with a number, there's a

5    value that's given?

6    A     That's correct.

7    Q     It's measured and it comes out with a specific number

8    by whatever formula they have to do that, correct?

9    A     Yes.

10   Q     Now -- and you said on direct that if there are

11   changes in this area under the curve, then that would

12   reflect changes in glucose tolerance, right?

13   A     If I said glucose tolerance, it's certainly glucose

14   regulation.

15   Q     Glucose regulation.  And you also used the word or

16   the phrase that if there are increases in this area under

17   the curve in a properly designed and conducted study, then

18   that would indicate a precursor to diabetes.

19         Do you remember saying that?

20   A     It could, yes.

21   Q     Okay.  And I think you said by "precursor," you meant

22   early signs that diabetes was developing.

23         Do you remember that?

24   A     I'm not sure whether it was the area under the curve

25   or the two-hour sample we were talking about.

1   Q    Okay.  In any event, if you're conducting an oral

2   glucose tolerance test study and you're looking at the

3   results, what you're looking for is precursors to

4   diabetes, correct?

5   A    No.  You're looking to determine whether at that

6   point in time the patient has normal or impaired glucose

7   tolerance.

8   Q    Well, earlier this morning in discussing with

9   Mr. Scott study 125, you mentioned the phrase "precursor

10  to diabetes" in conjunction with the study results.

11       Do you remember that?

12  A    If compared -- if the studies -- if the data show

13  that the glucose is impaired, that is a precursor for

14  diabetes, yes.

15  Q    Okay.  And with respect to Zyprexa, it's your opinion

16  that this data showed that Zyprexa clearly had an effect

17  on glucose regulation?

18  A    Yes.

19  Q    And you mentioned this morning, specifically I wrote

20  it down, that -- that Zyprexa caused a significant, quote,

21  "deterioration of the area under the curve," end quote.

22  A    That's correct.

23  Q    Now, let me pull out a table I want to show you

24  regarding Zyprexa.  I'm not sure that this has been

25  established yet.  Zyprexa is another second-generation

1    antipsychotic, right?

2    A    Yes.

3    Q    It's in the same class as Seroquel, you agree?

4    A    Yes.

5    Q    Okay.

6         MR. PENNOCK:  Your Honor, study -- clinical

7    study report 125 that we're discussing is on plaintiff's

8    exhibit list at P1711.  I would like to discuss pages from

9    that report which I'll refer to by pages Your Honor has

10   requested, okay?  And I would -- at this time I would like

11   to move P1711, the clinical study report 125, into

12   evidence.

13        MR. SCOTT:  There's no objection, Your Honor.

14   In fact I was planning to move that in as a defense

15   Exhibit 125, which is a little easier to remember.

16   They're the same exhibit.

17        THE COURT:  All right.  We'll take it as

18   Exhibit 125.

19      (Exhibit 125 received in evidence.)

20        MR. PENNOCK:  Your Honor, may I just note, I

21   have not looked at what Defense Exhibit 125 is comprised

22   of and whether it includes the entire clinical study

23   report and all the appendices.

24      But I'm assuming we're talking about the same thing

25   here, right?

1          MR. SCOTT:  Yes, it's the entirety of the study.

2          MR. PENNOCK:  Okay.  Thank you, Your Honor.

3     Thank you.

4  BY MR. PENNOCK:

5  Q    Doctor --

6          MR. PENNOCK:  May I approach?

7          THE COURT:  Yes.

8  BY MR. PENNOCK:

9  Q    Let me show you, if I may, Exhibit P1711, page 150.

10     Dr. Woolf, this is a page out of the study 125

11 clinical study report, correct?

12 A    Yes, it is.

13 Q    And you've reviewed this page before, correct?

14 A    I have.

15 Q    Now, I'd like to direct your attention to table 55.

16         MR. PENNOCK:  Your Honor, may I go to the ELMO?

17         THE COURT:  Yes.

18 BY MR. PENNOCK:

19 Q    Do you have table 55 in front of you, Dr. Woolf?

20 A    I do.

21 Q    Table 55 gives us the data for area under the curve,

22 "Zero to 2-hour plasma glucose values following oral

23 glucose tolerance test, change from randomization," right?

24 A    Yes, it does.

25 Q    And this is in the primary analysis population?

1    A    That's correct.

2    Q    There was more than one population reported on in

3    125, right?

4    A    The data was analyzed multiple different ways.

5    Q    This is just one of the populations, this primary

6    analysis population, right?

7    A    That's correct.

8    Q    There's also something called the per-protocol

9    population, correct?

10   A    That's correct.

11   Q    I don't think -- we did not discuss that on your

12   direct this morning, right?

13   A    I did not.

14   Q    Now, in the primary analysis population that we see

15   for Zyprexa, that's -- olanzapine is Zyprexa, right?

16   A    Yes.

17   Q    We see for Zyprexa this value, these numbers, 1.218.

18        You see that?

19   A    I do.

20   Q    I'll see if I can zoom this in.  Okay.

21        Now, that value is the measurement of the area under

22   the curve for Zyprexa, right?

23   A    I believe that's the change in the area under the

24   curve.

25   Q    Sorry.  Thank you, Dr. Woolf.  That's the change, in

1    other words, the increase in the space, the area under the

2    curve for Zyprexa during the study 125, right?

3    A    Yes.

4    Q    So they took that measurement at baseline and then

5    they measured it at the end and they've calculated how

6    much increase there was in the space and that's the

7    number, right?

8    A    Yes.

9    Q    And according to your view, this is -- we know this

10   is statistically significant because it -- the confidence,

11   what's called the confidence interval is -- is correct,

12   right?

13   A    Because the confidence interval does not contain

14   zero, yes.

15   Q    The confidence interval does not contain zero.  Okay.

16   Because .638 is above zero?

17   A    Yes.

18   Q    And if it contains zero, it would be like it is over

19   here for Seroquel which is negative 0.13, right?

20   A    Yes.

21   Q    So you'd cross -- you've crossed the positive numbers

22   into the negative numbers and you've crossed zero, right?

23   A    Yes.

24   Q    All right.  So this is what tells you that Zyprexa --

25   that the Zyprexa data is clearly showing a metabolic

 1   effect in the patients that took it, true?

 2   A    No.  It's a confidence interval that shows that it's

 3   a -- that the increase is statistically significant.

 4   Q    Okay.  Thank you.

 5        But in any -- this -- this value in combination with

 6   the fact that it is statistically significant as indicated

 7   in this confidence interval, that tells us that this --

 8   that Zyprexa was, as you put it, clearly shown to have had

 9   an effect on glucose regulation?

10   A    Yes.

11   Q    True?

12        Now, you mentioned on direct this morning with

13   Mr. Scott, and I believe I wrote it down correctly, you

14   recall saying "no glucose deterioration in the

15   Seroquel-treated population"?  That's what you said

16   earlier today.

17   A    I'll assume that's a correct quote.

18   Q    Do you stand by that statement?

19   A    Yes.

20   Q    Doctor, in fact with certain Seroquel populations in

21   this study, there was a change in their area under the

22   curve, wasn't there?

23   A    I believe in one set of analyses that's correct.

24   Q    In fact, the -- if we look at the per-protocol

25   population, we would see that Seroquel had an effect on

1    the patients taking it, correct?

2    A    That's a subset of the patients, yes.

3    Q    And, Doctor, you -- you've not considered the

4    per-protocol population for this data because you don't

5    think it's the correct data set to look at; is that fair?

6    A    No.  It's one of multiple different data sets to look

7    at.

8    Q    So it is one of the data sets we can look at?

9    A    Yes, it is.

10   Q    Okay.  We'll look at that in a minute.

11        Now, the primary analysis population which is what we

12   were looking at here, it's your opinion that Seroquel was

13   not shown to have an effect, right?

14   A    Yes.

15   Q    And again, that's because this value for the

16   difference or the change in the area under the curve for

17   Seroquel is increased -- withdrawn.

18        That's an increase in the area under the curve for

19   Seroquel, correct?

20   A    It is.

21   Q    So the Seroquel curve got bigger, and we saw that

22   actually in the graph that Mr. Scott showed you earlier,

23   right?

24   A    It is.

25   Q    But what you're saying is that because this is

1    negative and crosses zero, it's not statistically

2    significant and therefore we shouldn't pay attention to

3    it?

4    A    It's not the fact that it's negative, it's that the

5    two numbers do not bracket zero.

6    Q    What do you mean --

7    A    Excuse me.  The two numbers do bracket zero.

8    Q    They do bracket zero?

9    A    They do bracket zero, yes.  I misspoke, yes.

10   Q    So the numbers bracket zero, meaning zero is

11   included?

12   A    That the possible range in the area under the curve

13   could be anywhere from minus 0.13 to a positive 1.139.

14   And this -- the data is perfectly consistent with any

15   number within that range.

16   Q    Doctor, there was a -- study 125 was conducted at

17   numerous locations, right?

18   A    Yes, it was.

19   Q    They were called centers?

20   A    Yes.

21   Q    And you agree that controlling for where a study is

22   taking place, the centers, is important, right?

23   A    It has to be taken into consideration, yes.

24   Q    It has to be taken into consideration because

25   there -- because if you have it at different locations,

1   you could have different study populations, right?

2   A    Yes.

3   Q    You could have -- they could be from different

4   countries?

5   A    Absolutely.

6   Q    They could be from different ethnicities?

7   A    Absolutely.

8   Q    And all of these things could affect the analysis?

9   A    Yes.

10   Q    Well, actually could affect the data that you're

11   collecting, right?

12   A    Yes.

13   Q    So it could skew the results, right?

14   A    I wouldn't say it skews the results.  It makes it

15   more generalizable.

16   Q    Well, it could -- it could make the -- if you do not

17   control for location, the results could be different than

18   if you do control for location, correct?

19   A    One can take that into account during the analysis.

20   Q    They can take it into account during the analysis.

21       Okay.

22       Did you review -- let me pull it out --

23           MR. PENNOCK:  May I approach, Your Honor?

24           THE COURT:  Yes.

25

1    BY MR. PENNOCK:

2    Q    Doctor, I'd like to show you page 330 of clinical

3    study report 125 that we've been talking about.  This is

4    again page 330 of P1711 or D125.

5            MR. PENNOCK:  Your Honor, I apologize for having

6    to walk back and forth to the ELMO.  Is that okay?

7            THE COURT:  Yes.

8    BY MR. PENNOCK:

9    Q    You reviewed the entirety of study 125, didn't you?

10   A    I have not -- I don't believe I looked at all of the

11   appendices, but this page, yes.

12   Q    You did look at this table?

13   A    Yes.

14   Q    When you were reviewing the clinical study report for

15   125, the text portion -- let me just clarify, these are

16   the -- these are tables, right?  These are tables from

17   125?

18   A    They are.

19   Q    Data tables, right?

20   A    Yes.

21   Q    But there's also a text section of 125 where

22   descriptions were written up by the authors, right?

23   A    Yes.

24   Q    Okay.  And when you were reviewing the text portion

25   of 125, you noted that -- you had some concerns as to

1   whether or not they controlled for locations, didn't you?

2   A    As I was reading the text, that was one of the things

3   that I made a note to myself to look at, yes.

4   Q    You made a note that they needed to include the

5   change in country and you put, "different ethnicities."

6        Do you remember that?

7   A    Yes, I wrote that.

8   Q    Okay.  And the reason you made a note when you were

9   reading -- starting to read 125 is because of what we just

10  talked about, that the change in location or the different

11  locations can have an effect on the data?

12  A    Yes, they might.

13  Q    Uh-huh.  Okay.  Now let's -- if I could direct your

14  attention to the middle table on this page,

15  table 11.3.7.1-10.  Okay?

16  A    Yes.

17  Q    And this is an area under the curve, zero to 2-hour

18  plasma glucose value following the oral glucose tolerance

19  test, treatment differences in change from randomization,

20  meaning from baseline, right?

21  A    Yes.

22  Q    "Center is covariate."

23  A    Yes.

24  Q    You see that?

25  A    I do.

1    Q    That means that they controlled for the center where

2    the study was conducted, right?

3    A    They were using the center as a measure of analysis.

4    Q    Okay.  They were trying to control for this -- for

5    the location by this analysis, correct?

6    A    No.  They were trying to determine whether in fact

7    there was a difference in the area of the curve by

8    location.

9    Q    Well, all right.  Maybe we're saying the same thing

10   differently.  They were analyzing whether or not there was

11   an effect depending on where the patients came from?

12   A    Yes, that's correct.

13   Q    It's because they wanted to find out if they needed

14   to evaluate the data not as a whole with everybody put

15   together, but whether they needed to evaluate it with

16   taking into account where the data came from, right?

17   A    They needed -- they wanted to take into account

18   whether there was a difference in location, yes.

19   Q    And -- all right.  So we're going to look at the

20   Seroquel versus olanzapine, Zyprexa comparison.

21        Do you see that?

22   A    I do.

23   Q    Okay.  Now, this is -- we see from this that there

24   was actually an effect -- withdrawn.

25        We see from this that with regard to the Seroquel

1   population and the olanzapine population, there was no

2   significant difference between them.

3   A     I'm sorry.  Are we talking about the quetiapine and

4   olanzapine difference?

5   Q     If I misspoke, I apologize.  Between -- in comparing

6   Seroquel to Zyprexa, in looking at this table, they're not

7   shown to be statistically -- to a statistically

8   significant degree, they're not shown to be different?

9   A     Actually the P value is .05 which is the nominal

10  value for significance.

11  Q     It's your belief that the data from this study --

12  well, let me back up.

13        First of all, there does not appear to be -- okay.

14        You read the CSR, right?

15  A     I did.

16  Q     You read the text portion.

17        This is page 154 of Defendant's Exhibit 125.

18              MR. PENNOCK:  May I approach, Your Honor?

19              THE COURT:  Yes.

20  BY MR. PENNOCK:

21  Q     Dr. Woolf, you read the -- you read this, didn't you?

22  A     Yes, I did.

23  Q     Okay.  And if we look at what I've highlighted on the

24  screen, this -- well, this section analysis with center as

25  covariate, it's talking about this analysis of the data

1   from the different locations, correct?

2   A    Yes.

3   Q    And it says right here in this -- in CSR 125 that the

4   P value for comparison between Seroquel and Zyprexa was

5   slightly above 5.

6        You see that?

7   A    That's what it says.

8   Q    Okay.  So in the text, we know now that the -- that

9   there was no statistically significant difference from --

10  between Zyprexa and Seroquel in the -- when you included

11  the center as a covariate, correct?

12  A    With the additional information provided in the text,

13  yes.

14  Q    With the additional information provided in the text,

15  you now see that in fact when you controlled for center as

16  a covariate, there was no statistically significant

17  difference between Zyprexa and Seroquel, right?  That's

18  what it says.

19  A    May I read it?

20  Q    Of course.

21  A    Yes, when controlling for this one of multiple

22  different variables, there was no significant difference.

23  Q    There was no significant difference between Seroquel

24  and the drug that you have yourself said there was clearly

25  an effect on glucose regulation from this study, right?

1            MR. SCOTT:  Objection to form, Your Honor.

2            THE COURT:  Sustained.  Rephrase the question.

3    BY MR. PENNOCK:

4    Q    Dr. Woolf, you yourself have said, have you not, that

5    it is important to control for location?

6    A    That the location needs to be taken into account,

7    yes.

8    Q    Of course.  That's right.  And so when we look at

9    this, we see that there is no statistically significant

10   difference between Zyprexa and olanzapine in the data when

11   they control for location, correct?

12   A    That is correct.  There's no difference between the

13   two drugs when location is controlled for.

14   Q    Thank you, Dr. Woolf.

15        In addition to the data that was reported in 125,

16   were there not numerous protocol violations for 125?

17   A    I wouldn't characterize it as numerous.  There are

18   always protocol violations.  I think there were in the

19   order of 17 to 20.

20   Q    Seventeen to 20 protocol violations?

21   A    In the Seroquel arm, yes.

22   Q    What were those 17 to 20 protocol violations?

23   A    There were three patients who should not have been

24   included in the trial because they had diabetes, but the

25   central laboratory, for whatever reason, didn't tell the

1    investigators to exclude them.

2         There were a number of patients who did not take the

3    requisite amount of Seroquel.  They either took too much

4    or too little.

5    Q    Anything else?

6    A    And there was one patient who was supposed to be

7    randomized to another group, was randomized to the

8    Seroquel group.

9    Q    Let's make sure we are -- we have clear what we're

10   talking about.

11        There's the -- study 125 was designed, right?  There

12   was a design for study 125?

13   A    Yes.

14   Q    There was a protocol -- as part of the design,

15   there's a protocol for how you do things and what patients

16   can be included and not included and what drugs they could

17   be on, et cetera, right?

18   A    That's correct.

19   Q    There's lots of rules that were supposed to be

20   followed in collecting the data from the patients that

21   were being given the drugs, right?

22   A    Yes.

23   Q    And there were -- when study 125 was all said and

24   done, there was a protocol violation entitled "Prohibited

25   Medications," right?

1   A     Yes.

2   Q     And that means that the patient was taking a

3   medication that the protocol said they weren't supposed to

4   take?

5   A     That's correct.

6   Q     Okay.  And before I go into all these protocol

7   violations, all of the protocol violation patients were

8   included in the primary analysis population --

9   A     Yes.

10  Q     -- right?

11        They were included in the population that you have --

12  from which you've used the data to base your opinions,

13  correct?

14  A     Yes.

15  Q     There were also patients who were not compliant with

16  drug treatment; did you know that?

17  A     Yes.

18  Q     There were also patients who did not appear to be

19  taking a fasting oral glucose tolerance test?

20  A     There were some patients who didn't complete the

21  study.  That's their prerogative.

22  Q     There was -- well, there were some patients who were

23  found to be not fasting when the oral glucose tolerance

24  test was done, right?

25  A     Yes.

1  Q    Do you know whether they were in the Seroquel group

2  or the Zyprexa group?

3  A    I have no idea.

4  Q    There were some patients for whom it was determined

5  that the oral glucose tolerance test was invalid.

6  A    I'm not sure what those were.  I don't know.

7  Q    You didn't see that?

8  A    I don't recall that.

9  Q    There were some patients where it was determined that

10 the overall compliance could not be verified.

11      Do you remember that?

12 A    Yes.

13 Q    In other words, just generally speaking, we don't

14 know if they were complying with what was going on in the

15 study?

16 A    We don't know that they took the appropriate amount

17 of medicines, that's correct.

18 Q    There were patients where their actual eligibility

19 under the eligible -- the eligibility criteria could not

20 be verified?

21 A    That's correct.

22 Q    And there were patients that had missing data, right?

23 A    Yes.

24 Q    And there were also patients included in this study

25 who had diabetes even though they weren't supposed to

Cross-examination - Dr. Paul Woolf                    93

1  start this study with diabetes?

2  A    Yes.

3  Q    And with respect to all of these protocol violations,

4  study -- AstraZeneca nevertheless went ahead and analyzed

5  the entire population with the protocol violation people

6  in it, correct?

7  A    Yes, it did.

8  Q    Okay.  And when they did that, as we've established,

9  your testimony is they did not find that there was a

10 change, in effect, on glucose from Seroquel, right?

11 A    That's true.

12 Q    But if you take out the dia -- well, let me back up.

13     You don't want diabetics in a study where you're

14 trying to determine whether somebody is -- might be

15 getting diabetes from a drug, right?

16 A    That's true.

17 Q    And you don't want them in there because that will

18 skew your results, right?

19 A    You don't know what they're going to do.

20 Q    Okay.  It will -- it clearly presents a major risk

21 for messing up your results, doesn't it?

22 A    Yes.  They all need to be taken into account.

23 Q    Okay.  So in study 125, I think you mentioned you

24 reviewed most of study 125 but you didn't necessarily

25 review all the appendices tables, right?  You mentioned

1    that a few minutes ago?

2    A    Yes.

3    Q    Let me show you page 335 of 125.  And again, that's

4    Defendant's Exhibit 125, page 335.

5            MR. PENNOCK:  I'm sorry, Your Honor, may I

6    approach?

7            THE COURT:  Yes.

8            MR. PENNOCK:  I forgot to ask you.  I'm sorry.

9    BY MR. PENNOCK:

10   Q    Dr. Woolf, before you came here this morning to

11   testify on this video that will be played to the jury, you

12   had reviewed this table?

13   A    I did.

14   Q    And we know that you did because this page 335 came

15   out of your file and that's your highlight, right?

16   A    I'll take your word for it.

17   Q    Here's a -- so this table in study 125, area under

18   the curve, two-hour plasma glucose value following oral

19   glucose tolerance test, is by diabetic -- I'm sorry, I'm

20   looking at the wrong one.  I'm looking on the screen

21   wrong.

22       This is area under the curve by diabetic status,

23   change from randomization, change from baseline?

24   A    Yes, that's correct.

25   Q    And so they -- here's the data for all patients,

1    right?

2    A    Yes, correct.

3    Q    And this data table broke out nondiabetic patients?

4    A    I believe it took out all the patients with diabetic

5    risk as well as those with diabetes.

6    Q    Got every one that was a diabetic risk as well as

7    those people with diabetes that weren't supposed to be in

8    the study, right?

9    A    Patients with diabetic risk were included.  They were

10   permitted to be part of the trial.

11   Q    Patients with diabetic risk were, meaning patients

12   that had a fasting glucose of over 100 but less than 125?

13   A    That was one of the criteria, yes.

14   Q    They were allowed in the study, but patients with

15   diabetes were not allowed in the study?

16   A    They were not supposed to be there.

17   Q    Okay.  And the "all patients" part of this is what

18   we're talk -- what we talked about is that the diabetes

19   patients are in this data?

20   A    Yes, they are.

21   Q    Okay.  But down here, the diabetes patients are not

22   in this data?

23   A    I'm sorry.  I didn't see --

24   Q    I'm sorry.  The -- fair enough.

25        Down here, this part of the table, the diabetes

1   patients are not in it, right?

2   A     Yes, that's correct.

3   Q     Okay.  And when we look at the nondiabetic patients

4   for Seroquel, when you've taken out those violators, those

5   protocol violations including patients with diabetes,

6   here's the area-under-the-curve value, correct?

7   A     You also took out the patients at diabetic risk, and

8   so it was the patients with diabetes, the patients with

9   diabetic risk were removed, and then the patients with

10  normal glucose tolerance or patients who had no evidence

11  of diabetes or of prediabetes, in fact there was an

12  increase.

13  Q     But let me see if I can clarify that.

14        So you're taking the people that are the most normal

15  in the whole study in terms of glucose regulation, right?

16  A     Yes.

17  Q     Okay.  So you mentioned earlier in your direct

18  that -- that some of these -- in your opinion that

19  schizophrenics may be at increased risk for glucose

20  disregulation even in a six-month period of time?

21  A     That's correct.

22  Q     Okay.  That's -- okay.  You're not a -- you have not

23  published on that, have you, Doctor?

24  A     No, I have not.

25  Q     Okay.  You've not -- you've not studied it, correct?

1    A    That's correct.

2    Q    Okay.  You're not a psychiatrist either, right?

3    A    No, I am not.

4    Q    So in any event, in study -- when you take the most

5    normal glucose-regulated patients from study 125 and you

6    look just at that data, there is an increase in the area

7    under the curve for the Seroquel patients and it is

8    statistically significant, correct?

9    A    That's correct.

10    Q    And going back to table -- excuse me -- 55, I

11    think -- you have 55 in front of you?

12    A    I do now, yes.

13    Q    I think it was 50 -- 55 is the table -- that's --

14    that's the number for the area under the curve for Zyprexa

15    that you have said tells you that Zyprexa was clearly

16    having an effect on glucose, correct?

17    A    That's correct.

18    Q    And here is the number for Seroquel, also

19    statistically significant in the normal glycemic patients,

20    the patients with normal blood sugars, right?

21    A    Yes, sir.

22    Q    Okay.  So in the patients with normal blood sugars,

23    there was a statistically significant increase in the area

24    under the curve and therefore the effects of glucose in

25    these patients by Seroquel, correct?

1    A    Yes.

2    Q    That's what that data shows.

3        Doctor, there were numerous positive findings, in

4    fact, in study 125 regarding Seroquel and glucose

5    regulation, weren't there?

6    A    Please define what you mean by "positive."

7    Q    Thank you.  Dr. Woolf, you agree that there was data

8    in study 125 that Seroquel was having a metabolic effect,

9    correct?

10   A    Yes.

11   Q    Okay.  And you agree that there were some very

12   important findings other than the ones that you discussed

13   on direct which indicate that Seroquel was having a

14   metabolic effect, correct?

15   A    There were some parameters, yes, that had an effect.

16   Q    Well, you -- you mentioned on direct, I think I wrote

17   it down correctly, that it's very important to measure

18   insulin.

19   A    Yes, that's correct.

20   Q    And it was very important to measure insulin because

21   it change -- if insulin rises, then that could reflect

22   that the insulin is not getting into the cells with the

23   glucose, right?

24   A    No.

25   Q    Okay.  It's very -- also very important to measure

1   insulin to determine if the insulin has decreased at any

2   point showing that there is a reduction in beta cell

3   function, correct?

4   A    It's impossible to determine -- to understand the --

5   the reason I said it was important to measure insulin is

6   because it's -- you have to know the fasting or nonfasting

7   status of the patient and what their glucose is.  Because,

8   for instance, a patient who is Type 1 diabetes has very

9   low insulin levels, patients with Type 2 diabetes have

10  very high insulin levels, and you need to know --

11  understand -- you can't understand insulin without knowing

12  both the glucose as well as the condition under which they

13  were measured -- both were measured.

14  Q    Doctor, changes in insulin in a person's production

15  of insulin can reflect that the insulin is not getting

16  into the cells with the sugar, right?  Is that not true?

17  A    We're going to get technical.  Number one, insulin

18  doesn't get into the cells.  Number two, you need insulin

19  in order -- in insulin-sensitive tissues such as muscle

20  and fat, in order to get the sugars -- the glucose into

21  the cell, it won't go in very well without it.

22       And so without knowing, as I said before, what the

23  glucose status of the patient is, what the glucose level

24  is, and what their -- what their -- the conditions under

25  which those -- those two parameters, glucose and insulin,

Cross-examination – Dr. Paul Woolf

1    were measured, it's not possible to understand with the

2    insulin standing by itself.

3    Q    Doctor, I'm sorry.  Is it your testimony that looking

4    at insulin measurements in evaluating whether a drug is

5    having a metabolic effect is not something we should be

6    concerned with?

7    A    Oh, I didn't say that at all.

8    Q    Okay.  And you have agreed, have you not, that in

9    study 125 there was a significant increase in something

10   called C-peptide?

11   A    Yes.

12   Q    And you have -- and you have agreed that C-peptide is

13   a surrogate measurement for effects that are occurring in

14   insulin, have you not?

15   A    No, I did not say that.

16   Q    Okay.  Let me take a look at your deposition.

17        You agree that C-peptide is a measurement that is

18   related to insulin, correct?

19   A    Absolutely.

20   Q    It is a measurement --

21   A    Absolutely.

22   Q    -- related to insulin.

23        And you can make some assessments of what's going on

24   with insulin based on the review of the C-peptide,

25   correct?

Cross-examination – Dr. Paul Woolf

101

1    A    Insulin and C-peptide are created by the body

2    separately.  You need to take that into account.

3    C-peptide is secreted molecule-for-molecule with insulin.

4    When insulin is secreted, for every molecule of insulin

5    that's being secreted, C-peptide is secreted.

6    Q    So you can make some assessment what's going on with

7    insulin by looking at C-peptide?

8    A    It's not quite that simple.

9    Q    Do you remember at your deposition -- do you remember

10   giving the deposition in this litigation?

11   A    Yes, I certainly do.

12   Q    Okay.

13          MR. PENNOCK:  And may I approach, Your Honor?

14          THE COURT:  Yes.

15          MR. SCOTT:  May I have the page number?

16          THE COURT:  He will give a page number when he

17   asks the question.

18   BY MR. PENNOCK:

19   Q    Dr. Woolf, have you looked at your -- there was a

20   deposition transcript of your deposition, right?

21   A    I looked at it briefly, yes.

22   Q    You looked at it?

23   A    Uh-huh.

24   Q    That's your deposition?

25   A    It is.

Cross-examination - Dr. Paul Woolf                  102

1   Q     Now, you're talking about C-peptide and insulin,

2   right?

3   A     Yes.

4   Q     Could you please turn to page -- let me withdraw

5   that.

6         You -- and you're -- we're talking about C-peptide in

7   insulin, and -- and you were trying to draw some

8   distinction between C-peptide and insulin, right?

9   A     Uh-huh.  Yes.

10  Q     Okay.  Turn to page 38, line 9 and tell me if I'm

11  reading this question and answer correctly.  And I ask if

12  you remember hearing this question and giving this answer

13  in your deposition.

14        Question -- withdrawn.

15        By the way, Doctor, I took your deposition, right?

16  A     You did.

17  Q     So I asked you:

18        "Q   Were there any other insulin measurements

19        in 125 other than that measurement?"

20        Referring to one you had been discussing.

21        "A   There was a measurement of C-peptide."

22        Do you see that?

23  A     I do.

24  Q     Uh-huh.

25        "Q   Okay.  And were there any changes from

Cross-examination - Dr. Paul Woolf                        103

1         baseline in the Seroquel population with

2         C-peptide?

3         "A   Yes, there -- yes, there were."

4         Do you see that?

5    A    I do.

6    Q    "Q   What were those changes?

7         "I believe there was a significant increase."

8         Do you see that?

9    A    I do.

10   Q    You're not -- you stand by that testimony?

11   A    Yes, I certainly do.

12   Q    Okay.  So there clearly was a significant increase in

13   C-peptide in the Seroquel population?

14   A    Yes.

15   Q    Okay.  In addition to that, Doctor, there was also

16   increases in weight in the Seroquel population, correct?

17   A    Yes, there were.

18   Q    And weight is an important thing to look at when

19   evaluating metabolic status; isn't that true?

20   A    Yes, it is.

21   Q    I'm not sure that we defined it here today, although

22   it probably will have been when this is played at a trial,

23   but metabolic status means things having to do with -- in

24   our sense, things having to do with diabetes development,

25   right?

Cross-examination – Dr. Paul Woolf

1    A    It's broader than that, yes.

2    Q    It's broader than that, but when I'm talking about

3    metabolic status, can you and I have an agreement I'm

4    referring to things having to do with the development of

5    diabetes?

6    A    We can define it that way.

7    Q    Thank you.

8         And so weight is important because if you gain -- if

9    you gain weight and you gain enough weight, it can

10   affect -- it can affect your risk for diabetes?  It can

11   increase it?

12   A    As far as I'm aware, there are no studies

13   demonstrating that an acute weight gain over this period

14   of time will cause diabetes.

15   Q    Okay.  In any event, if a drug is causing you to gain

16   weight -- withdrawn.

17        This study was only a six-month study, right?

18   A    That's correct.

19   Q    Okay.  And in this six-month time period, it was

20   shown that Seroquel was -- had an effect on the weights of

21   the people taking it, correct?

22   A    Yes, it did.

23   Q    Statistically significant, correct?

24   A    Yes.  Yes.

25   Q    And there's something known as the body mass index,

Cross-examination – Dr. Paul Woolf                    105

1   right?

2   A     That's correct.

3   Q     And a body mass index is where you take a person's

4   weight and their height and you do a calculation to give

5   you a better idea of whether they're too heavy or too

6   thin --

7   A     That's correct.

8   Q     -- or just right?

9   A     Uh-huh.

10  Q     And in this study 125, there was also statistically

11  significant increase in BMI, right?  Body mass index?

12  A     Sure, because their weight stayed the same.

13  Q     Because their weight stayed the same.

14  A     Excuse me.  Their height stayed the same.  I

15  misspoke.

16  Q     Their height stayed --

17  A     Stayed the same.

18  Q     Right.  But they -- they gained weight and they --

19  there was an increase of -- it was described as

20  1.3 kilograms per meter squared.

21        Do you remember that?

22  A     Yes.

23  Q     There was also an increase in waist circumference.

24  A     Yes.

25  Q     And waist circumference is important in evaluating

Cross-examination - Dr. Paul Woolf                106

1   these metabolic issues because it's believed that the more

2   central adiposity you have, meaning fat around the waist

3   and the belly, the higher your -- your risk is for

4   diabetes?

5   A    That's correct.

6   Q    And the waist circumference increased in these

7   people?

8   A    Yes, it did.

9   Q    There was also an increase in these -- in the

10  Seroquel patients in hemoglobin A1c?

11  A    Yes, there was a tiny increase.

12  Q    Well, let's talk about that for a second.  You say

13  there was a tiny increase.  Hemoglobin A1c measures how

14  your glucose was being regulated over about a three-month

15  period; is that fair?

16  A    That's fair.

17  Q    Okay.  And it's -- it's -- the -- there was a

18  statistically significant increase in hemoglobin A1c in

19  the Seroquel population, correct?

20  A    There was, but it was of minimal clinical

21  significance, yes.

22  Q    Well, Doctor, when -- it would be of minimal clinical

23  significance in your opinion if one patient had that

24  increase during a six-month period; is that correct?

25  A    I'm sorry?

Cross-examination - Dr. Paul Woolf                    107

1   Q    If you had a patient who had an increase such as was

2   found in the Seroquel patients in a six-month period, that

3   would be of minimal clinical significance to you; is that

4   what you're saying?

5   A    I'm saying these patients started with a hemoglobin

6   A1c of 5.3, I think we'll all agree that that was their

7   starting point, they added .12 to that, or 5.4, which is

8   still well within -- well, well within the normal range.

9   Q    Okay.  But, Doctor, we were -- study -- clinical

10  trials are designed to look at averages, right?  Usually?

11  A    Yes.

12  Q    So you're looking at what's called the mean or the

13  average, right?

14  A    Yes.

15  Q    And you're -- and what you're trying to assess,

16  generally speaking in clinical trials, is to whether that

17  mean is changing, right?

18  A    Yes.

19  Q    So you're not -- you don't -- do -- do you go in and

20  look at individual patients and see what happened to them

21  and draw any conclusions from them in a clinical trial?

22  A    To the extent that they meet the criteria for an

23  adverse event, yes, you do.

24  Q    Okay.  We'll come back to that.

25       But in any event, the trials -- the mandate and all

1    the data we've been looking at is the mean data, correct?

2    A    That's correct.

3    Q    The average data?

4    A    Yes.

5    Q    And so on average, Seroquel popula -- the Seroquel

6    patients had an increase in HbA1c in this six-month

7    period, correct?

8    A    Yes.

9    Q    Statistically significant?

10   A    Yes.

11   Q    There was -- you had mentioned earlier today that,

12   quote, "There was no glucose deterioration in the

13   Seroquel-treated population," end quote.

14       You mentioned that, right?

15   A    Yes.

16   Q    Okay.  But in fact, there was an increase in the

17   Seroquel population of the fasting plasma glucose?

18   A    Yes.

19            THE COURT:  Counsel, I think this is a good time

20   to break for lunch.

21            MR. PENNOCK:  Oh, yes, Your Honor.

22            THE COURT:  We'll be in recess until 1:15 p.m.

23            MR. PENNOCK:  Thank you.

24                     (Lunch recess.)

25

Cross-examination – Dr. Paul Woolf                109

```
 1                    CROSS-EXAMINATION (Resumed)

 2   BY MR. PENNOCK:

 3   Q    Dr. Woolf, before the break, I mentioned I wanted to

 4   talk to you about fasting plasma glucose readings in

 5   study 125, okay?  The data, all right?

 6   A    Yes.

 7   Q    It was, in fact, determined from -- that in the

 8   Seroquel population in study 125, there was a

 9   statistically significant increase of fasting plasma

10   glucose, correct?

11   A    Yes, that's correct.

12   Q    And the increase was approximately 3.2 milligrams per

13   deciliter?

14   A    Yes.

15   Q    Now, I think you've testified earlier today that in

16   your opinion, those -- that increase was insignificant.

17   A    I said it was -- it was not clinically significant.

18   Q    It's statistically significant, right?

19   A    Yes.

20   Q    But in terms of clinically significant, you believe

21   it is not clinically significant?

22   A    That's correct.

23   Q    When you say it's not clinically significant, what do

24   you mean by that?

25   A    Meaning that during 35 years plus of practice, an
```

Cross-examination - Dr. Paul Woolf                    110

1    increase of that magnitude would have no impact on how I

2    would manage a patient.

3    Q    But an increase of that magnitude -- withdrawn.

4         In your opinion, can an increase of that magnitude

5    increase risk for diabetes?

6    A    I'm not aware of data of an increase of that

7    magnitude in patients who already have -- who have normal

8    glucose values will increase their risk for diabetes.  So

9    the answer to that is no.

10   Q    So when you say "who have normal glucose values," do

11   you mean less than 100?

12   A    Fasting, yes.

13   Q    Well, the number that we're talking about, the

14   3.2 milligram per deciliter from study 125, that was in

15   all of the patients in 125, right?

16   A    That's correct.

17   Q    So it included patients who did not have normal

18   glucose, right?

19   A    Yes, that's true.

20   Q    So in terms of a population that have glucoses that

21   range up to 125, not crossing 126 but up to 125, is it

22   your opinion that an increase of that magnitude does not

23   increase risk of diabetes?

24   A    Are you talking about a population with -- in people

25   with impaired fasting glucose?

Cross-examination – Dr. Paul Woolf                    111

1   Q    I'm speaking in a -- if you take a population of

2   people that have both -- you have -- in the population you

3   have people that have impaired fasting glucose and you

4   also have a population -- or in that population, you have

5   people that do not have impaired fasting glucose.

6        In such a population, which is what 125 was, do you

7   think that a risk of that magnitude can increase their

8   risk for diabetes?

9   A    It's a multipart question.  And because the overall

10  majority of patients had normal glucose -- had glucose

11  values less than 100, and I'm not concerned about that

12  population.  What I'd like to know is what the glucose --

13  what the glucose changes were in the people who had

14  impaired glucose tolerance when they're fasting, and I

15  don't have that information.  Or if it's there, I don't

16  recall it.

17  Q    Okay.  Let's just take the population that you are

18  concerned with, those with impaired fasting glucose.

19       Do you think that an increase of 3.2 milligrams per

20  deciliter in fasting plasma glucose, as it was found in

21  study 125 for the entire population, do you think that

22  increases one's risk for diabetes?

23  A    Perhaps, yes.

24  Q    Okay.  Doctor, have you, in fact, seen data that a

25  one milligram increase per deciliter in fasting plasma

1   glucose can increase one's risk for ultimately developing

2   diabetes?

3   A    No, I do not.

4   Q    Okay.

5        MR. PENNOCK:  Excuse me, Your Honor, I seem to

6   have misplaced my exhibit list for the number for the next

7   exhibit.  Just give me a moment, please.

8        THE COURT:  Yes.

9        MR. PENNOCK:  Thank you, Your Honor.

10   The next exhibit, Your Honor, is P2192.

11   May I approach?

12        THE COURT:  Yes.

13  BY MR. PENNOCK:

14  Q    Dr. Woolf, you had a number of materials that you

15  reviewed at AstraZeneca's behest regarding the Seroquel

16  litigation, correct?

17  A    Yes.

18  Q    And do you recall reviewing a study entitled "Normal

19  Fasting Plasma Glucose and Risk of Type 2 Diabetes

20  Diagnosis," lead author Nichols?

21  A    I would like to see the article.

22  Q    Let me show you that.  Again, it was -- it will be

23  marked as P2192.

24   Dr. Woolf, now that I've shown you this article, do

25  you recall reading this article?

Cross-examination – Dr. Paul Woolf                    113

1    A    Yes, I do.

2    Q    I'm sorry, sir?

3    A    Yes, I do.

4    Q    Is that your handwriting that appears at the top of

5    the article?

6    A    It is.

7    Q    Now, this article studied patients who had normal

8    fasting blood glucose and tried to evaluate whether or not

9    each milligram per deciliter of fasting plasma glucose

10   increased diabetes risk at all, correct?

11   A    Yes.

12   Q    Okay.  And this article, which was in your materials

13   that you reviewed, found that each milligram per deciliter

14   of fasting plasma glucose increased diabetes risk by six

15   percent, did it?

16   A    Can I finish reading the answer to that question?

17   Q    Sure.

18        (Pause.)

19        THE WITNESS:  Yes.

20   BY MR. PENNOCK:

21   Q    And that was a statistically significant result,

22   correct?

23   A    Yes.

24   Q    And in those patients who had higher baseline fasting

25   plasma glucose -- well, may I direct your attention,

Cross-examination – Dr. Paul Woolf                114

1    please, to page 523 of the article.

2    A    Okay.

3    Q    Okay.  And in the subgroup analysis, they looked at

4    patients who had 90 to 94 milligrams per deciliter

5    baseline fasting plasma glucose.

6         Do you see that bar graph?

7    A    I'm sorry.  Could you repeat the question?

8    Q    Do you see the bar graph at the top of page 523?

9    A    Yes, I do.

10   Q    And the -- one of the subgroups of the population had

11   baseline values of 90 to 94 milligrams per deciliter.

12        Do you see that?

13   A    Yes, I do.

14   Q    And in those patients, the risk for diabetes for each

15   milligram per deciliter of increase in fasting plasma

16   glucose increased 49 percent.  Do you see that?

17   A    Over whatever the period of time was of this study,

18   yes.

19   Q    Uh-huh.  And for patients -- well, by the way, the 90

20   to 94, that's normal fasting glucose?

21   A    Yes, it is.

22   Q    And the other category of normal fasting glucose

23   patients to the right on this graph 8523 on page -- I'm

24   sorry, in this article on page 523, the patients had 90 to

25   99 milligrams per deciliter fasting plasma glucose at

Cross-examination – Dr. Paul Woolf                    115

```
 1    baseline.  That was normal, correct?
 2    A    That was normal -- yes, 90 to 95 is normal, yes
 3    that's correct.
 4    Q    And in those patients, each milligram of fasting
 5    plasma glucose increase increased the risk of diabetes
 6    2.33 times.
 7         Do you see that?
 8    A    Yes.  Over the period of time in this study, yes.
 9    Q    And do you now -- having had an opportunity to see
10    that article again, do you now agree that an increase of
11    even a single milligram of fasting plasma glucose can
12    increase your risk of diabetes, correct?
13    A    Yes, I do.
14    Q    And in fact --
15              MR. PENNOCK:  May I go to the ELMO, Your Honor?
16              THE COURT:  Yes.
17    BY MR. PENNOCK:
18    Q    And, Dr. Woolf, when you reviewed this study, you
19    wrote at the top of it "great study"?
20    A    Yes, I did.
21    Q    The 3.2 milligrams increase of fasting plasma glucose
22    in study 125 was not the only finding of increase of
23    fasting plasma glucose, correct?
24    A    I'm sorry.  Could you --
25    Q    Yes.  The 3.2 milligrams increase that was found in
```

Cross-examination – Dr. Paul Woolf

1    study 125 was in the entire population, in the primary

2    analysis population, but that was not the only finding of

3    increased plasma fasting glucose in 125?

4    A    If you're asking me whether the data was evaluated by

5    different patient populations, then the answer to that

6    question is yes.

7    Q    Right.  And in the nondiabetic patients, which -- in

8    the nondiabetic patients in the study 125, there was an

9    eight milligram per deciliter increase in fasting plasma

10   glucose.

11       Do you remember that?

12   A    No, I don't.

13       Let me show you from defendant Exhibit 125, page 342.

14            MR. PENNOCK:  May I approach?

15            THE COURT:  Yes.

16   BY MR. PENNOCK:

17   Q    Page 342.

18            MR. PENNOCK:  Your Honor, I'm going to move to

19   the ELMO.

20   BY MR. PENNOCK:

21   Q    Dr. Woolf, this table is fasting plasma glucose by

22   diabetic status change from randomization, right?

23   A    I guess it is.

24   Q    That's in the primary analysis population, correct?

25   A    Yes, it is.

Cross-examination - Dr. Paul Woolf

1    Q    And if we look down to the table for nondiabetics,

2    change at 24 weeks, the fasting plasma glucose for

3    Seroquel is approximately eight milligrams per deciliter,

4    correct?

5    A    Yes.

6    Q    That was an increase?

7    A    It is.

8    Q    In addition to those findings, Doctor, fasting plasma

9    glucose, there were also patients that crossed from --

10   withdrawn.

11        In addition to those patients from fasting -- of

12   fasting plasma glucose, there were also patients in 125

13   who were normal at baseline and became diabetics in the

14   study, right?

15   A    As well as the reverse, yes.

16   Q    Well, you had mentioned earlier that you can look at

17   individual cases in a clinical study report if there's an

18   adverse event of interest.  Didn't you tell me that

19   earlier?

20   A    I certainly did.

21   Q    And in fact, in study 125, there were six patients

22   who started out normal and ended up being diabetic after

23   taking Seroquel, correct?

24   A    I can't verify that number.

25        MR. PENNOCK:  May I, Your Honor?

Cross-examination - Dr. Paul Woolf                 118

1                 THE COURT:  Yes.

2    BY MR. PENNOCK:

3    Q    Dr. Woolf, I'm going to show you what's pages --

4    page 344, 345 through 348 from Defendant's Exhibit 125.

5         I put up on the screen, Dr. Woolf, the exhibit that I

6    have just handed you.  And taking a look at that, does

7    that refresh your recollection that individuals with

8    normal values at randomization but with diabetes-range

9    values at the end of Seroquel treatment were found in the

10   Seroquel data?

11   A    Counsel, I think we need to go through each of these

12   patients because I don't agree with the generalization.

13   Q    Okay.  Well, let's start with the first one, patient

14   80055.

15   A    Okay.

16   Q    What was the baseline glucose value for that patient?

17   A    5.4 millimoles per liter.

18   Q    Okay.  And what was the glucose at conclusion?

19   A    5.5 millimoles per liter.

20   Q    Okay.  What about --

21   A    That is not in the diabetic range.

22   Q    Well --

23   A    5.5 is not in the diabetic range.

24   Q    You're correct, Doctor.  I highlighted, I think, one

25   of the incorrect ones.

Cross-examination – Dr. Paul Woolf                    119

```
 1        If you look at -- if you look all the way over for

 2   patient 30009, that patient ended up with a HbA1c of over

 3   6, didn't they?

 4   A    Yes, they did.

 5   Q    And if you look at patient --

 6   A    But let me remind you that -- okay, that's fine.

 7   Never mind.  That's fine.

 8   Q    In fact, the HbA1c in that patient was 8.4.

 9   A    Yes.  But three weeks -- at the visit nine, it was

10   back down to 5.4.

11   Q    Doctor, how many patients do you think went from

12   normal -- normal fasting glucose to diabetic range in

13   study 125 that were on Seroquel?

14   A    I would need to look at this table and analyze it.

15   Q    Please do that.

16        (Pause.)

17   BY MR. PENNOCK:

18   Q    Have you had an opportunity to do that, Dr. Woolf, to

19   see how many patients crossed to diabetic range?

20   A    Yes, I did.

21   Q    How many were there?

22   A    Two.

23   Q    Okay.  Well, why don't you tell me which two that you

24   think it was?

25   A    Patient 30009 and patient 5007.
```

Cross-examination - Dr. Paul Woolf

120

1    Q    Okay.

2    A    They both meet the criteria for diabetes.

3    Q    Okay.  And what about patient 30023?

4    A    That patient's fasting blood shows as 6.7.  The

5    definition of diabetes is 7.  This is 6.7.

6    Q    Looking at the glucose millimoles per liter, 120

7    minutes, at the two-hour -- the two-hour column.

8         Do you have that?

9    A    Let me get a chance to look at it.

10        Yes.

11   Q    I think you had testified earlier that the

12   two-hour --

13   A    Yes.

14   Q    -- glucose for the -- in the OGTT was the best test

15   for making a diagnosis of diabetes, correct?

16   A    Yes.  But you asked me originally to look at the zero

17   time.

18   Q    Okay.  Looking at the two-hour glucose time, could

19   you take a moment and tell me how many patients meet the

20   criteria for diabetes at the two-hour glucose time?

21   A    It's slipped my mind.  What is the milli -- it's

22   the -- it's 200 milligrams per deciliter.  I'm not sure

23   what that is in millimoles.  If somebody can give me a

24   calculator.

25   Q    So this table that we have up is in millimoles per

Cross-examination - Dr. Paul Woolf

1  liter, right, mmol/L, right?

2  A    Yes.

3  Q    And there's a -- there's a translation of that into

4  milligrams per deciliter that would tell you whether those

5  people were at 200 milligrams per deciliter or higher,

6  which would mean they have diabetes, correct?

7  A    Yes.

8  Q    And at the moment, you can't recall what that is; is

9  that correct?

10  A    I'd like somebody to divide 200 by 18 for me, please.

11  It's roughly 11, I think.

12  Q    So as we look at this table right now from 125,

13  you're not able to tell me how many patients crossed into

14  diabetic range because you're unable to do the calculation

15  on the millimoles per liter that's reported to give you

16  that information, correct?

17  A    I just did, and there are two other patients.

18  Q    So what was the calculation that you did?

19  A    Roughly 11.

20  Q    You believe that it's 11?

21  A    Yes.

22  Q    This was -- there are two other -- so all total, in

23  your opinion, there are at least four patients that

24  crossed into diabetic range, right?

25  A    There are four patients who meet the criteria for

 1    diabetes.

 2    Q    They didn't have diabetes before they started

 3    Seroquel and they had diabetes after they used Seroquel,

 4    correct?

 5    A    I do not have any glucose data on these folks from

 6    before the trial, so during the trial -- let me rephrase

 7    your question.

 8         During the trial, there was a change in their glucose

 9    tolerance in four patients from normal to diabetic.

10    Q    Doctor, are you familiar with the term "beta cell

11    burnout"?

12    A    I am.

13    Q    You've used that term before?

14    A    Yes, I have.

15    Q    And I believe that -- withdrawn.

16         Do you agree with me that "beta cell burnout" would

17    refer to a situation when one's beta cells have been

18    compromised in some way so that they are not producing

19    adequate insulin?  Do you agree with that?

20    A    Yes.

21    Q    And in terms of beta cell burnout, that means that

22    you are going to have problems with glucose regulation,

23    correct?

24    A    Yes.

25    Q    Were you -- you were provided quite a volume of

Cross-examination – Dr. Paul Woolf                123

```
 1   materials to review regarding study 125 by AstraZeneca's

 2   counsel, were you not?

 3   A    I was provided the CSR.

 4   Q    Were you provided anything other than the CSR

 5   regarding 125?

 6   A    The manuscript that was published, the data that was

 7   present in the SERM, that's S-E-R-M.

 8   Q    Anything else that you can recall?  I'll withdraw

 9   that.

10       Let me ask you:  Did -- were you provided, in order

11   to review the data from study 125 -- well, where's that

12   exhibit list?

13            MR. PENNOCK:  Your Honor, I'd like to mark and

14   introduce -- this is one of the stipulated-to exhibits

15   from this morning, one of the three that counsel had no

16   objection because it wasn't on the exhibit list but may

17   have other objections.

18       Before I read the title, I want to alert counsel that

19   I am marking and putting into -- would like to offer into

20   evidence Plaintiff Exhibit -- I apologize, Judge.

21       I'm sorry, Your Honor.  I really apologize for that

22   delay.  I'd like to mark P2195 which is an AstraZeneca

23   document regarding study 125.  Any objection?

24            THE COURT:  He needs to see what it is.

25            MR. PENNOCK:  Okay.
```

Cross-examination - Dr. Paul Woolf                    124

1    BY MR. PENNOCK:

2    Q     Doctor, let me show you this --

3          MR. PENNOCK:  I gave it to you last night.

4    BY MR. PENNOCK:

5    Q     Let me show you this and see if you recognize that.

6          Have you ever seen this document before?

7    A     First time was this morning.

8    Q     First time you saw it was this morning?

9    A     That's correct.

10   Q     This is a document entitled "Stage Study

11   D1441C001125, Additionally Tables and Figures Not Included

12   in the Clinical Study Report."

13         Do you see that?

14   A     I do.

15   Q     So when you had a chance to look at it this morning,

16   did you see that these were tables that -- some of which

17   related to the data from 125?

18   A     Yes.

19   Q     And could you turn to page 3 of this exhibit.

20   A     Okay.

21   Q     I'm looking at a table that's entitled "Patients With

22   Decreased Beta Cell Function.  Insulinogenic index at 30

23   minutes, change from randomization, primary analysis

24   population."

25   A     Yes.

Cross-examination – Dr. Paul Woolf                    125

1   Q    Okay.  Do you understand that this table is coming

2   from data from 125?

3   A    I do.

4          MR. PENNOCK:  May I go to the ELMO, Your Honor?

5          THE COURT:  Yes.

6   BY MR. PENNOCK:

7   Q    And what this table reports is that it reports the

8   proportion of patients with decreased insulinogenic index,

9   right?

10  A    Yes.

11  Q    And that is a measurement which can be interpreted as

12  decreased beta cell function, correct?

13  A    Yes.

14  Q    And it found that the change from randomization from

15  baseline in the Seroquel population was that 50 percent of

16  Seroquel patients had decreased beta cell function.

17       That's what it says, correct?

18  A    Yes.  But this is taken in isolation.  There are

19  other studies that do not show this.  And furthermore

20  there's no placebo, as we discussed earlier this morning.

21  So I have no idea what this patient -- what would have

22  happened to this patient population in the absence of

23  Seroquel treatment.

24  Q    Okay.  We do know what happened during Seroquel

25  treatment, and that is they started out, and at the end --

Cross-examination – Dr. Paul Woolf

126

1    without decreased beta cell function, and they ended up

2    with -- 50 percent of them ended up with decreased beta

3    cell function, correct?

4    A    Yes.  I'd also like to know what proportion of them

5    had improved beta cell function.  That data is not

6    provided.

7    Q    Doctor, you said this data is taken in isolation?

8    A    It's one table out of literally hundreds of tables.

9    Q    Okay.  But you're aware, are you not, that there was

10   a pooling of studies that were placebo-controlled

11   regarding Seroquel and its effects on metabolism, are you

12   not?

13   A    Yes, I am.

14   Q    Okay.  In fact, you reviewed those in coming to your

15   opinions, correct?

16   A    Yes.

17   Q    And those -- when I said "pooling," meaning that --

18   that AstraZeneca was asked to put together all of its

19   placebo-controlled data, put it together and see what the

20   effects were on the Seroquel population, right?

21   A    Yes.

22   Q    Let me show you, Doctor, what is Defendant 125,

23   page 722.  I'll withdraw that.  I'm sorry.

24        This is from exhibit -- do you have that exhibit

25   number -- this is from Exhibit P1583 on the original

1    exhibit list.  Page 722.

2              MR. SCOTT:  Your Honor, may I have the exhibit

3    number again, some verbal description of what it is?

4    BY MR. PENNOCK:

5    Q    Doctor, this what I put on the screen there.  Do you

6    recognize this as a table that was in AstraZeneca's

7    submission to the FDA in June of 2008?

8    A    Yes, I do.

9    Q    And this was the -- part of the tables for pooled

10   analysis of their placebo-controlled trials, right?

11   A    Yes, it is.

12   Q    And we already talked about earlier today that

13   placebo-controlled trials are, even in your hierarchy, the

14   highest level of clinical trial, correct?

15   A    Yes.

16   Q    And in the placebo-controlled trials, to a

17   statistical -- to a degree of statistical significance,

18   there was an increase in the fasting glucose in Seroquel

19   patients as compared to baseline, true?

20   A    Yes.  There was a difference of .8 milligrams per

21   deciliter from placebo.

22   Q    .8 milligrams per deciliter from placebo across all

23   of their placebo-controlled trials, right?

24   A    That's correct.

25   Q    And we've already seen that in an article that you

Cross-examination - Dr. Paul Woolf                    128

1    studied that you characterized as a great study, that a

2    one milligram increase per deciliter in fasting plasma

3    glucose increases risk of diabetes, correct?

4    A    With a -- by a very small amount, yes.

5    Q    Mm-hmm.  In any event, this table 329 from the FDA

6    submission by AstraZeneca in June of 2008, that's not data

7    taken in isolation, is it?

8    A    No.

9    Q    And there was also another submission by

10   AstraZeneca -- or in that same submission by AstraZeneca,

11   there was another table that you've seen, table 339.

12        Do you remember this table?

13   A    May I look at it, please?

14   Q    Yes.  Let me bring -- let me open it up.  I'll bring

15   you a copy, Doctor.

16   A    Please, I'd appreciate that.

17   Q    Okay.  Doctor, across all placebo-controlled trials,

18   when you looked at the Seroquel group as compared to

19   baseline, in those patients that had normal fasting

20   glucose, the percentage of patients that became diabetic

21   was .8 percent higher than the placebo patients.

22        Do you see that?

23   A    Let me get my bearings.

24   Q    Sorry.  One percent higher.

25   A    Yes, that's true.

1   Q    Okay.  And the -- in fact, this -- this one percent

2   reflects that the Seroquel patients who went from normal

3   fasting glucose to diabetic range were about -- there were

4   approximately 58 percent higher than those who were in

5   placebo, correct?

6   A    Counsel, you're using a tyranny of small numbers.  If

7   I go from 2 to -- from 1 to 2, I double my -- my load of

8   risk.  So we have a small number here.

9   Q    Well, this is not a doubling.

10  A    No.  But you're taking a small number and you're

11  dividing it by a small number, and you're coming up with a

12  large percentage.

13  Q    Okay.  Well, let's talk in terms of doubling or not.

14  If this were -- if this number here were 2.8 percent, that

15  would be a doubling of the placebo group, correct?

16  A    It would be, but you're starting with a small --

17  with -- with a small population, and you're still winding

18  up with a small absolute effect.  You're looking at a

19  relative effect versus an absolute effect.  In essence,

20  there are very, very few patients who were affected.

21  Q    Well, if -- as to the patients that were affected,

22  they would undoubtedly consider that an absolute effect,

23  not a relative effect, correct?

24           MR. SCOTT:  Objection to form, Your Honor.

25           THE COURT:  Sustained.  Rephrase the question.

Cross-examination – Dr. Paul Woolf                    130

1    BY MR. PENNOCK:

2    Q    Doctor, the fact remains that according to the data

3    across all placebo-controlled clinical trials, there were

4    a significantly more number of -- larger percentage of

5    patients on Seroquel who were normal before taking

6    Seroquel but had diabetes after Seroquel, correct?

7    A    Yes.

8    Q    Study 125, Doctor, was not a definitive study by any

9    means in terms of evaluating the metabolism risk of

10   Seroquel, true?

11   A    I'm not sure what you mean.

12   Q    Let me try and rephrase that.

13        Do you agree with me that study 125 was not a

14   definitive study in terms of evaluating the issues of

15   glucose metabolism in Seroquel patients?  Do you not?

16   A    It was a very well-done study.  I'm not sure what you

17   mean by "definitive."

18   Q    Doctor, do you still have your deposition available

19   to you?

20   A    I do.

21   Q    I ask you to turn, please, to page 145.

22   A    Okay.

23   Q    Sorry.  Page 146.

24   A    Okay.

25   Q    Line 9.

1       Do you remember being asked this question and giving

2    this answer:

3       "So far as you are concerned, a definitive

4       diabetes outcome trial has not yet been

5       conducted, correct?"

6    A    Yes.

7    Q    "A   That's correct."

8    A    Yes.

9    Q    So you agree with me that study 125 is not a

10   definitive trial for evaluating glucose metabolism issues

11   in Seroquel?

12   A    I do.

13          MR. SCOTT:  Object, Your Honor, that's a

14   different question.  Definitive diabetes outcome study is

15   a different question.

16          THE COURT:  Well, sustained.

17          MR. PENNOCK:  Okay.

18          THE COURT:  It is a different question.

19   BY MR. PENNOCK:

20   Q    Doctor, you do agree that this study 125 was not a

21   definitive diabetes outcome trial?

22   A    I do.

23   Q    And in fact, you agree that no such definitive

24   diabetes outcome trial has been conducted, right?

25   A    That's correct.

Cross-examination - Dr. Paul Woolf                    132

1   Q    And by "diabetes outcome trial," you mean that no

2   trial has yet been conducted to determine definitively in

3   your mind whether Seroquel can cause diabetes, correct?

4   A    That's correct.

5   Q    And even as to study 125, Doctor, in your opinion,

6   study 125 does not address the question of whether someone

7   taking Seroquel for longer than six months could get

8   diabetes from Seroquel, correct?

9   A    That's correct.

10  Q    Coming back, one last thing, Doctor, is this

11  taken-in-isolation point that you mentioned.

12       Your conclusions from study 125, Doctor, are based on

13  the area under the curve glucose data in the primary

14  analysis population only, correct?

15  A    No.  There are several other -- there were several

16  other analyses that were comparable.

17  Q    Okay.  You did not take into account in terms of

18  coming to your opinion as to what study 125 shows us or

19  doesn't show us the per-protocol population analysis, did

20  you?

21  A    I looked at that data, yes.

22  Q    You looked at that data, but as we've already

23  established, the findings from that data from the

24  per-protocol population, the population that didn't have

25  the violators in it, that the data showing Seroquel was

Cross-examination - Dr. Paul Woolf                    133

1    having a metabolic effect did not persuade you, right?

2    A    I would like to see that data again, please.

3    Q    Okay.  I'll withdraw that question.

4         Doctor, you mentioned earlier that the data cell

5    function table that I showed you was something taken in

6    isolation.

7         Do you remember that?

8    A    Yes, I do.

9    Q    Okay.  This is a -- I'd like to go over this.  I

10   believe this is a -- I'm going to show you what -- this

11   summary of what we talked about today.

12        You've agreed that there was a change in fasting

13   plasma glucose in the per-protocol population, an increase

14   in Seroquel, right?

15   A    Yes.

16   Q    And it was statistically significant?

17   A    Yes.

18   Q    Did you see, Doctor, in the per-protocol population

19   that the proportion of patients with hyperglycemia also

20   increased?

21   A    Yes.

22   Q    Did you see that the proportion of patients with

23   impaired fasting glucose or impaired glucose tolerance

24   also increased?

25   A    Yes.

Cross-examination – Dr. Paul Woolf                        134

1   Q    And we already discussed that there was a change in

2   HbA1c that was statistically significant that you thought

3   was not clinically significant?

4   A    Yes.

5   Q    All right.  That there was an increase, right?

6   A    Yes.

7   Q    And did you see that the proportion of patients with

8   HbA1c greater than 6.05, there was an increase in the

9   Seroquel population?

10  A    Yes.

11  Q    And there was, as we discussed, there was a

12  statistically increase -- increase in C-peptide?

13  A    Yes.

14  Q    Weight?

15  A    Yes.

16  Q    BMI?

17  A    Yes.

18  Q    Waist circumference?

19  A    Yes.

20  Q    And area under the curve glucose for nondiabetics?

21  A    Yes.

22  Q    And fasting plasma glucose for nondiabetics?

23  A    Yes.

24  Q    Okay.

25          MR. PENNOCK:  I apologize.  If we can cut that

Cross-examination - Dr. Paul Woolf                    135

1    out.

2    BY MR. PENNOCK:

3    Q    And this was all in the primary analysis population?

4    A    Yes.

5    Q    And additionally, I can add to this list what we

6    talked about today was the beta cell function reduction we

7    just looked at.  That was additional data that -- from

8    125, right?

9    A    Yes.

10        Excuse me, I lost the microphone.  Actually, I lost

11   the connection to the microphone.

12   Q    Doctor, we also looked today at area under the curve

13   change in -- the change in area under the curve for -- in

14   the oral glucose tolerance test when study location was a

15   covariate.

16        Do you remember that?

17   A    I do.  But I believe you misquoted that data.

18   Q    Well, I'll let you -- you -- you can address that in

19   a moment.

20        We looked at that data, and you stated that you

21   agreed that it was statistically significant that Seroquel

22   was no different than Zyprexa when you control for

23   location.

24        Do you remember that?

25   A    Yes.  There was no difference between the two drugs.

Cross-examination – Dr. Paul Woolf

1  Q    Mm-hmm.  And we also talked today about -- well, we

2  talked -- I -- we already wrote this one down, area under

3  the curve glucose for nondiabetics.

4       So it's your testimony, Doctor, that all of this for

5  study -- from study 125, all of this data is data taken in

6  isolation.  Is that your opinion?

7  A    Counsel, as I discussed earlier this morning, I think

8  it was very early this morning, by the very nature of the

9  trial, there were no placebos.  In a vulnerable

10  population, as a schizophrenic population is, they're

11  quite likely to develop carbohydrate intolerance

12  independently of any schizophrenic treatment.  They're at

13  risk for diabetes.  They are two to four times more at

14  risk for diabetes.  And it would not be unusual to see

15  small changes that are of no clinical significance, that

16  are not of statistical significance occurring during this

17  24-week period of time.

18  Q    Doctor, with respect to this population, although it

19  was not placebo-controlled, you've already told us that

20  Seroquel was -- that there was no difference between

21  Seroquel in terms of statistical significance, in terms of

22  area under the curve for a population that was controlled

23  by location, true?

24  A    Um, what I said was that there is no statistical

25  difference between Seroquel and olanzapine when controlled

Cross-examination - Dr. Paul Woolf                137

1  for location.  You're slicing and dicing the data.  There

2  are multiple tables showing changes of area under the

3  curve by weight, by gender, by age that you didn't show us

4  that show no difference.

5  Q   Let's slice -- let's talk about slicing and dicing

6  the data for one second.

7       Each and every one of these indicate that there was a

8  metabolic effect by Seroquel on individuals taking

9  Seroquel.  You've already agreed with that much earlier

10  today.

11  A   Well, there -- yes.

12  Q   Okay.  So you're not changing your testimony from

13  earlier today that in study 125, there was evidence that

14  there was a metabolic effect from Seroquel, correct?

15  A   There were some evi -- there was some -- in some of

16  the parameters measured, there were evidence of

17  clinical -- of changes in metabolic function, yes.

18          MR. PENNOCK:  No further questions, Your Honor.

19          THE COURT:  Redirect?

20          MR. SCOTT:  Your, Honor I believe I'll be

21  showing exhibits.  May I examine from the stand?

22          THE COURT:  Yes.

23          MR. SCOTT:  May I proceed, Your Honor?

24          THE COURT:  Yes.

25

```
 1                       REDIRECT EXAMINATION

 2    BY MR. SCOTT:

 3    Q    Dr. Woolf, it's been a few hours since I spoke with

 4    you, so I'm going to be going over some of the matters

 5    Mr. Pennock covered.

 6         First, do you remember that you were questioned about

 7    the consulting agreement you entered into with outside

 8    counsel for AstraZeneca back in 2003?

 9    A    Yes, I do.

10    Q    And you were questioned on how much you had read from

11    the clinical trials at the time that you agreed to consult

12    with AstraZeneca in the defense of Seroquel suit.

13         Do you recall that?

14    A    Yes.

15    Q    I would like to show you again that letter which

16    Mr. Pennock marked as Exhibit P2176, if I may, on the

17    ELMO, please.

18         Portions I marked while you were testifying are the

19    ones I want to ask you about on the first page.  It says

20    in the first sentence, "This is to confirm you've agreed

21    to serve as a consultant to," a law firm, and then it goes

22    down to say -- I'm leaving out some portions -- "to

23    provide us with your views on issues within your area of

24    expertise that arise from those matters."

25         Was that in fact what you agreed to do, Dr. Woolf?
```

Redirect examination – Dr. Paul Woolf                139

1   A    Absolutely.

2   Q    Did you know at that time what your views would be on

3   all matters concerning Seroquel?

4   A    There's no way I could.

5   Q    At the end of the same paragraph in a portion

6   plaintiff's counsel did not show you, it writes, quote,

7   "We will not ask you to testify as an expert witness in

8   litigation absent your express agreement."  Closed quote.

9        Was that part of your agreement?

10  A    Yes, it was.

11  Q    In fact, did you agree to give any testimony of any

12  kind on behalf of AstraZeneca prior to seeing the data

13  concerning Seroquel?

14  A    No.

15  Q    Following this arrangement in October of 2003, did

16  you receive and review results of a variety of clinical

17  trials concerning Seroquel?

18  A    I did.

19  Q    Including trial number 125 that we've talked about at

20  length today?

21  A    Yes.

22  Q    At the time you entered into your consulting

23  agreement with AstraZeneca's outside counsel, did you know

24  what that study would show?

25  A    I had no idea.

1    Q    Did you know what you would be saying about it?

2    A    No.

3    Q    Following your entering into the consulting

4    agreement, you did work for AstraZeneca, correct?

5    A    Yes.

6    Q    Did you bill by the hour for the time you spent?

7    A    Yes, I did.

8    Q    Did you spend a lot of time reading studies?

9    A    I -- I'm not sure what you mean by "a lot," but I

10   spent a fair amount of time, yes.

11   Q    I think we've heard the complete clinical study

12   report for 125 is several thousand pages?

13   A    It's quite ponderous, yes.

14   Q    Next, sir --

15             MR. SCOTT:  Mr. Pennock, could I borrow the

16   summary sheet you were just showing the witness before you

17   sat down?  The summary sheet with your handwriting.

18   BY MR. SCOTT:

19   Q    I'll ask the question while Mr. Pennock is looking

20   for that sheet, Doctor.

21        You mentioned in your last answers with plaintiff's

22   counsel that study 125 did not have a placebo-controlled

23   group, and you'd mentioned the same thing to me.

24        Do you recall that?

25   A    I do.

1   Q    Dr. Woolf, what is it about the population group in

2   study 125 that -- strike that.

3        Plaintiff's counsel pointed to you some results from

4   study 125 that were changes in patients' average metabolic

5   status such as their C-peptide or fasting glucose.

6        Do you recall that?

7   A    Yes, I do.

8   Q    Can you interpret those small changes without having

9   a placebo group to compare?

10  A    I'd have no idea what they mean.

11  Q    Why is it in study 125 of that patient group that

12  it's hard to interpret those small changes over six months

13  without a placebo group to compare it with?

14  A    We don't know what's happening with time.  Time is

15  clearly a factor in the development of diabetes, and this

16  location of population that we've already discussed is far

17  more likely to develop diabetes than the general

18  population.  And so it would not be unexpected to see some

19  minor deterioration in a variety of metabolic factors over

20  this period of time.

21  Q    And I don't know if we have that summary sheet from

22  Mr. Pennock but --

23        MR. SCOTT:  Maybe the copy that doesn't have

24  your markings on it.

25        MR. PENNOCK:  I'll find it.

Redirect examination – Dr. Paul Woolf

1   BY MR. SCOTT:

2   Q    Back on the ELMO, Mr. Pennock was showing you this

3   table, then he was marking on that.

4        Do you recall?

5   A    I do.

6   Q    All right.  Are small changes over time in the kinds

7   of measurements shown on this sheet the kind that might

8   occur in a schizophrenic population in six months with or

9   without any kind of medication?

10  A    Certainly.  Certainly.

11  Q    I'm sorry?

12  A    Yes.

13  Q    And why does that happen, Doctor, as an

14  endocrinologist?

15  A    Well, these patients, we'll say for want of a better

16  term, will have an accelerated progression to diabetes

17  compared to a general population.  They are more likely to

18  develop diabetes in a shorter period of time than a

19  nonmentally ill population.

20  Q    Similarly, Mr. Pennock showed you a sheet for

21  individuals -- I'm off the screen right now -- a sheet for

22  individual patients in study 125 and asked you about

23  individuals who had diabetic glucose readings at some time

24  during the study.

25       Do you recall that?

Redirect examination - Dr. Paul Woolf                143

1    A    I do.

2    Q    What kind of conclusions, if any, can you draw from

3    that individual data on the question whether or not

4    Seroquel is causing some change in those patients?

5    A    I can't.  All I know is that during that six-month

6    period of time, two of them developed elevated fasting

7    blood sugar and two of them developed elevated blood

8    sugars.

9    Q    Is that different than what you might expect in a

10   population of -- large population of schizophrenic

11   patients over six months?

12   A    I don't know whether this is just random chance or

13   due to the drug.  There's no way of knowing.

14   Q    Over the same period of time in the same study, did

15   some patients go from diabetic status to normal status?

16   A    Their blood sugars normalized, yes.

17   Q    Now, you were questioned on why there was not a

18   placebo group in study 125.

19        Do you remember that?

20   A    Yes.

21   Q    And you were questioned specifically about a

22   placebo-controlled study called 126 and another called

23   127.

24   A    Yes.

25   Q    Do you remember that?

Redirect examination - Dr. Paul Woolf

1   A    Yes.

2   Q    Was there any difference between the way that study

3   was conducted and the study 125 that you testified about

4   when I questioned you this morning?

5   A    There are multiple differences.  In studies 125 and

6   126 --

7   Q    I'm sorry, 125 and 126?

8   A    126 and 127, I'm sorry, I can't add -- that the

9   patients were stabilized for a significant period of time

10  on both quetiapine as well as a mood stabilizer, either

11  lithium or valproic acid.  Once they were stabilized, and

12  it was for about, I think, four months, they were then

13  randomized to withdrawal of the Seroquel, but they

14  remained on either the valproic acid or lithium, whichever

15  they had been started.  So in fact they were never

16  drug-free.  They were always on an active drug.

17       In 125, a placebo would have been no treatment versus

18  an active drug, putting these patients at risk for relapse

19  of their schizophrenic symptoms.

20  Q    Let me pause us right there.  Studies 126 and 127

21  were designed for a different purpose, and what was that

22  purpose?

23  A    It was basically to see what the efficacy was of

24  Seroquel in patients who were on -- or who were taking

25  mood stabilizers and to see whether quetiapine would delay

Redirect examination – Dr. Paul Woolf                    145

1    their relapse, which it did.

2    Q    And studies 126 and 127 that plaintiffs' counsel

3    asked you about, the plaintiffs all were taking other

4    antipsychotic drugs at the same time?

5    A    Yes.  They were taking either lithium or valproic

6    acid.

7    Q    So they were never drug-free?

8    A    Absolutely.

9    Q    And would those kinds of studies raise the same kind

10   of ethical problem as just leaving a schizophrenic patient

11   untreated for six months on a placebo?

12   A    It raises a different ethical issue, but they were

13   certainly under active treatment.

14   Q    They were under active treatment.

15        Now, what kinds of difficulties, if any, does it pose

16   for interpreting the results in a study when the patients

17   are taking other -- other medications like valproid and

18   lithium?

19   A    Those agents also have some effects on glucose

20   metabolism.  And so what you would be studying would be

21   the interaction of Seroquel on a population that already

22   has other confounding -- medications that are confounding.

23   Q    Let's turn back to study 125.  Plaintiffs' counsel

24   asked you questions about different kinds of populations

25   like the per-protocol.

Redirect examination - Dr. Paul Woolf

1          Now, Dr. Woolf, the primary analysis population in

2     the study compared to the per-protocol population, would

3     you explain for us the difference between those two

4     groupings, as you understand it?

5     A     The PAP, the primary analysis population, included

6     people who completed the study, that is, they went the --

7     roughly the 24 weeks.  The per-protocol were people, as we

8     discussed earlier, who in -- in -- in whom -- let me

9     rephrase it.

10         There were people in the primary analysis population

11    who didn't meet certain prespecified criteria.  There were

12    a few who were diabetic who managed to slip in because of

13    a problem with the laboratory.  There were patients who

14    didn't take their meds as prescribed.  There was one

15    patient who was prescribed Seroquel when they were

16    supposed to be taking one of the other two drugs.  And

17    there was some patients who took medications that were not

18    part of the protocol, they were supposed to have been

19    omitted.  And then of course there were some patients who

20    didn't get their insulin -- excuse me, their glucose

21    tolerance test.

22    Q     Now, you did look at the results for the

23    per-protocol, the PP analysis, did you not?

24    A     Yes, I -- yes, I did.

25    Q     And do you remember that there was a summary in the

Redirect examination - Dr. Paul Woolf

 1   study report of what happened to the glucose area under

 2   the curve analysis if all the protocol violations were

 3   left out?

 4        Do you remember that?

 5   A    Yes, I do.

 6   Q    Going to Exhibit 125 to page 329, the table at the

 7   top, is this an analysis of the per-protocol population

 8   which is the one that leaves out all the protocol

 9   violations?

10   A    It's not on my screen.

11            MR. SCOTT:  Oh, could we -- I'm sorry.  Okay.

12   BY MR. SCOTT:

13   Q    We have Exhibit 125 on the screen, page 329, table at

14   the top.

15        Is that table at the top the one that analyzes the

16   glucose change from baseline over 24 weeks leaving out all

17   the people who have protocol violations?

18   A    It is.

19   Q    And was there any statistically significant change in

20   the area under the curve glucose for the quetiapine, or

21   Seroquel, group?

22   A    No, there was not.

23   Q    You mentioned during Mr. Pennock's cross-examination

24   that you felt he was slicing the data.  What did you mean

25   by that?

Redirect examination – Dr. Paul Woolf

1    A    There were literally hundreds of tables in this

2    document, some of which show benefits of Seroquel and some

3    of which do not.  And he was showing me the data that

4    showed that Seroquel had a deleterious effect.  There were

5    others that showed no effect that he did not show me.

6    Q    Do those differences show that Seroquel is causing

7    some change?

8    A    These are subgroup analyses from a large data set,

9    and without some consistency across all these things, it's

10   very difficult to interpret the data to show that Seroquel

11   has an effect on the oral glucose tolerance test.

12   Q    One thing Mr. Pennock asked you about was whether in

13   certain populations, he said, whether in certain

14   populations there was a change in the area under the curve

15   glucose.

16        Do you remember that subject?

17   A    Yes, I remember.

18   Q    Let me take you, then --

19   A    I've lost my connection.  Sorry.

20   Q    Are you back?  Okay.

21        He asked you specifically about a table on page 335

22   of Exhibit 125 there on the screen.  This is the study

23   report for trial 125.  Make sure I have the right one

24   here.

25        And he asked you about the nondiabetic patients.

Redirect examination – Dr. Paul Woolf

149

1       Do you remember that?

2   A    I do.

3   Q    And when the patient population is separated into

4   just the nondiabetic patients, was there an increase in

5   the area under the curve glucose for that one group?

6   A    Yes, there is.

7   Q    That's what we see down here where I'm marking the

8   .967?

9   A    Yes.

10  Q    Let's look up at some parts of this table Mr. Pennock

11  did not ask you about.

12      Do you remember that there was again an analysis of

13  the group called the diabetic risk popula -- patients?

14  A    I do.

15  Q    Now, Dr. Woolf, as an endocrinologist, if a drug were

16  causing glucose intolerance or insulin resistance in a

17  patient, would you expect to see it first in the patients

18  who are normal or the patients who are at risk?

19  A    At risk.

20  Q    Why?

21  A    Because they've already demonstrated either an

22  inability to handle glucose normally or we know from other

23  data that they're very high -- have a very high chance of

24  developing diabetes in the next few years.

25  Q    Okay.  Let's look at these diabetic risk patients.

Redirect examination - Dr. Paul Woolf

1   And do you know how those are defined in study 125?

2   A    They were three -- any one of three criteria.  Either

3   they had to have impaired fasting blood glucose, that is,

4   glucoses between 100 and 125, or they had gestational

5   diabetes, that is, diabetes during pregnancy, or their BMI

6   was 35, which puts them in -- in the very obese category.

7   Q    Now, was there any -- in the group for Seroquel or

8   quetiapine, was there any statistically significant change

9   in the area under the curve glucose for the patients who

10  were at risk for diabetes?

11  A    There was none.  And in fact, there was a nominal

12  decrease.

13  Q    In fact, you say a nominal decrease.  So here for the

14  people most at risk, the number went down?

15  A    That's correct.

16  Q    Is that what you'd expect to see if the drug were

17  actually causing these changes up and down in different

18  subgroups?

19  A    No.  I would expect the reverse.

20  Q    You see above that another line Mr. Pennock did not

21  ask you about, people who were diabetic patients who

22  probably should have been excluded from the study; is that

23  right?

24  A    Yes.

25  Q    And are the patients already diabetic more or less

Redirect examination - Dr. Paul Woolf

1  vulnerable to these changes than normal patients?

2  A    If quetiapine was affecting a glucose tolerance, I'd

3  expect to see a worsening in the patients with diabetes.

4  Q    What, in fact, happened to the diabetic subgroup

5  taking Seroquel in the study?

6  A    There was a nominal decrease.

7  Q    Was that good or bad?

8  A    That's good.

9  Q    Was it, in fact, a decrease that was greater than the

10 increase Mr. Pennock talked about in the normal patients?

11 A    By about 50 percent.

12 Q    Dr. Woolf, you were talking earlier about slicing and

13 dicing data in many different studies.  Should we be

14 trying to draw conclusions about Seroquel causing these

15 changes up and down in these subgroups in the study?

16 A    I think they're useful -- it's very useful

17 information to generate hypotheses for future studies

18 designed to answer that question, but by themselves

19 they're not definitive.

20 Q    If we were to look at the subgroup, the slicing and

21 dicing of the data by gender, let's say, who would we

22 expect to be more vulnerable to diabetes' precursors, men

23 or women?

24 A    Women are much more likely to develop diabetes.

25 Q    Do you recall there is such an analysis in this

Redirect examination – Dr. Paul Woolf

1   study?

2   A    I do.

3   Q    Page 333 of the same exhibit, the table at the top

4   which breaks down the data by male and female, have you

5   read this before, Dr. Woolf?

6   A    Yes, I've seen it.

7   Q    And what happens to the females, the more susceptible

8   gender to diabetes precursors, in this analysis?

9   A    In essence, nothing.

10  Q    This negative 0.01?

11  A    That's correct.

12  Q    As between older and younger people, who is more

13  susceptible to developing diabetes?

14  A    The older group.

15  Q    Was that breakout, that subgroup analysis done in

16  this study as well?

17  A    Yes.  It was.

18  Q    Mr. Pennock show that one to you either?

19  A    No, he did not.

20  Q    Bottom of page 333, do you see that it's right there?

21  A    I do.

22  Q    And who has their blood glucose actually go down over

23  six months, the older folks or the younger ones?

24  A    The ones between 55 and 65 years of age.

25  Q    Is this the pattern you would expect to see if, in

1   fact, the drug were causing changes in anybody's glucose

2   in that group?

3   A    No, it is not.

4   Q    It's the reverse?

5   A    Yes.

6   Q    If you have a subgroup analysis by baseline, that's

7   kind of the starting body weight, body mass index, who's

8   most susceptible to changes, the people who are thin or

9   the people who are obese at the beginning?

10  A    Obese.

11  Q    Why?

12  A    People who are obese already have insulin resistance,

13  and we know that these folks are much more likely to

14  develop diabetes in the near future.

15  Q    And was this analysis also done in the slicing and

16  dicing in study 125?

17  A    Yes, it was.

18  Q    Here on page 332, is this a table that separates

19  people by their baseline, their starting-out body mass?

20  A    It does.

21  Q    And which is the group that actually has a decline in

22  their average glucose area under the curve in six months?

23  A    It's a group that's greater than -- their body's mass

24  index is greater than 30 kilograms per meter squared.

25  Q    Is that a threshold for obesity?

Redirect examination - Dr. Paul Woolf

1    A    It is.

2    Q    And would the pattern you see in this table lead you

3    to believe that Seroquel is causing the changes, whether

4    they're up or down, in these patient groups?

5    A    I don't think Seroquel has any effect here.

6    Q    Dr. Woolf, what is, in your view, the hazard to us in

7    trying to read some cause and effect from a drug into

8    these detailed analyses done after the fact in a study?

9    A    They can give you -- if you only look at one or two

10   of the multiplicity of values of analyses here, you can be

11   led to the wrong conclusion.

12   Q    Now, one area that Mr. Pennock asked you about was

13   insulin.  In fact, did the investigators in study 125

14   collect insulin data as part of the oral glucose tolerance

15   test?

16   A    They did.

17   Q    I want to show you in the text of the report

18   page 164.  Is page 164 on the screen an entire section

19   about insulin?

20   A    It is.

21   Q    Does study 125 find any statistically significant

22   change in the key insulin measures for the people taking

23   Seroquel over six months?

24   A    It did not.

25   Q    Here we have a table 67, fasting plasma insulin,

1    indices of insulin sensitivity, a table for Seroquel,

2    quetiapine.

3        Was there any statistically significant change in the

4    fasting plasma insulin --

5    A    There was not.

6    Q    -- at the beginning of the OGTT?

7    A    There was not.

8    Q    Was there any in the area under the curve that took

9    all the values for insulin over the two-hour course of

10   that test?

11   A    It did not.

12   Q    Was there any statistically significant change in the

13   index of insulin sensitivity?

14   A    No.

15   Q    Any statistically significant change in the test

16   called the HOMA-R test?  The homeo -- I won't try to

17   pronounce it.

18   A    Homeostasis.  No.

19   Q    You were questioned about C-peptide which has some

20   relationship to insulin.  Is that a test to use to

21   determine whether or not patients are becoming insulin

22   resistant?

23   A    Not to my knowledge, no.

24   Q    I'm going to go back now to within the same study the

25   test done for the entire Seroquel population, table 58.

1   Is this a subgroup, Dr. Woolf, or is this the entire

2   patient sample?

3   A    It's the entire patient sample.

4   Q    Is this the one you'd use to evaluate your

5   conclusions, or would you use a subgroup?

6   A    I would use this table.

7   Q    Why?

8   A    Because it includes all data.

9   Q    Now, this report that there was a fasting plasma

10  glucose increase, which is the one that is taken at the

11  beginning of the test before the patients drink sugar; is

12  that right?

13  A    Yes, it is.

14  Q    And that was a little higher at the end of six

15  months, right?

16  A    Yes.

17  Q    But there was a decline in the two-hour glucose test

18  which is the test given two hours after they've taken

19  sugar; is that right?

20  A    Yes.

21  Q    And that went down?

22  A    Yes.

23  Q    Which of these tells you more, as an endocrinologist,

24  about whether or not the medication Seroquel is inducing

25  insulin resistance?

Redirect examination - Dr. Paul Woolf          157

1   A    The two-hour test after glucose is a more sensitive

2   indicator of future development of diabetes than is the

3   fasting blood glucose.

4   Q    And why is it more sensitive, sir?

5   A    Because it finds the patients who have diabetes much

6   earlier than those who have fasting -- elevated fasting

7   levels.

8   Q    Finally --

9          THE DEPUTY CLERK:  We have five more minutes

10  left on the tape.

11         MR. SCOTT:  Your Honor, I am getting close to

12  the end, probably not quite five minutes.

13         THE COURT:  Why -- do you want to go ahead and

14  change it now?

15     (Pause.)

16         MR. SCOTT:  Okay.

17  BY MR. SCOTT:

18  Q    Dr. Woolf, we've spent most of our time talking about

19  study 125, and you've explained why this was not and could

20  not have been placebo-controlled.

21     Do you recall that?

22  A    I do.

23  Q    Now, towards the end of his cross-examination,

24  Mr. Pennock was asking you about a report that contained

25  results from AstraZeneca's placebo-controlled studies of

1    Seroquel.

2        Do you remember that subject?

3    A    Yes, I do.

4    Q    Before we look at those data, could you tell us

5    whether the data in AstraZeneca's placebo-controlled

6    studies of Seroquel give us the same kind of information

7    as study 125 for purposes of determining whether Seroquel

8    is inducing insulin resistance or glucose changes?

9            MR. PENNOCK:  Objection to the form, Your Honor.

10           THE COURT:  Sustained.  Rephrase the question.

11           MR. SCOTT:  Yes, Your Honor.

12   BY MR. SCOTT:

13   Q    Do the placebo-controlled trials in that report

14   provide the same kind of data on insulin resistance as

15   study 125?

16   A    It does not.

17   Q    In what respect does it not do so?

18   A    The placebo-controlled trials, the data was obtained

19   irrespective of whether the patient was fasting or not,

20   number one.  Number two, those trials were typically

21   weeks, occasional 12 weeks as opposed to the 24 weeks in

22   125.  They were using single blood sugar samples as

23   opposed to the oral glucose tolerance test in 125.

24   Q    And given those limitations of the placebo-controlled

25   studies, have you looked at the data nonetheless in

1    considering your views on the medicine Seroquel?

2    A    I did.

3    Q    I'm going to call your attention to Exhibit 99, which

4    is the one that -- Mr. Pennock referred to it by some

5    number I didn't get a chance to write down.  This is the

6    June 2008 submission by AstraZeneca to the Food and Drug

7    Administration.

8         Do you know this document?

9    A    Yes, I do.

10   Q    And he asked you about a couple of tables -- hold on

11   one second while I get the right number here.  This is

12   just to remind us of what it was.

13        Well, what was this document, in your own words,

14   Doctor?

15   A    This is a shift table.

16   Q    Let me interrupt you.  What is the document?  Don't

17   come to the table yet.  What is the document itself?

18   A    Oh, I'm sorry.  This is AstraZeneca's reply to the

19   FDA's request from roughly six months earlier.

20   Q    Uh-huh.  All right.  And this was a request by the

21   Food and Drug Administration for AstraZeneca to submit --

22   combine and submit its data from its Seroquel trials?

23   A    I believe it only contained -- it only requested data

24   for the mono -- the mono treatments.

25   Q    Meaning taking no other drug at the same time?

1    A    That's correct.

2    Q    I believe counsel began --

3         MR. SCOTT:  Pardon me one second, Your Honor.

4    Table 339.  I'm missing my note, Your Honor.  As to the

5    table number that had the mean data.

6         Mr. Pennock, can you tell me what the table number

7    was?  You did two tables in here.

8         MR. PENNOCK:  329 and 339.

9         MR. SCOTT:  329.  Thank you.

10   BY MR. SCOTT:

11   Q    Here we go.  All right.

12        Dr. Woolf, at page 722 of Exhibit 99, there's a table

13   329 that is "Changes in Fasting Glucose from Baseline."

14   A    Right.

15   Q    And Mr. Pennock asked you about the difference

16   between the quetiapine or Seroquel average of 1.2 and that

17   for placebo of 1.6.

18        Do you remember that?

19   A    I do.

20   Q    Now, you and I discussed whether or not

21   the 0.8 milligram per deciliter difference there was

22   clinically significant.

23        Do you remember that discussion?

24   A    I do.

25   Q    Do you, in fact, know whether or not the length of

1   time of the patients who are on placebo in those pooled

2   studies was the same, as long as the length of time of

3   those taking quetiapine?

4   A    No, as a matter of fact, I don't.  I believe that the

5   quetiapine -- in some of the studies, quetiapine -- the

6   patients on quetiapine longer in this particular data set.

7   I'm not sure.

8   Q    Are you aware that patients in studies 126 and 127

9   were followed on quetiapine longer than on placebo?

10  A    Yes, but I'm not sure that's in this data set.

11  Q    Were the patients in the PRINCESS study followed

12  longer on Seroquel than on placebo?

13  A    They were on the drug roughly twice as long.

14  Q    Would the length of time on the drug have some effect

15  upon the average of any change in the Seroquel, the

16  fasting -- fasting glucose -- pardon me -- change in the

17  fasting glucose?

18  A    Sure.  There are more measurements, more time.  In a

19  patient population that we'd said earlier is vulnerable to

20  the development of diabetes, one might expect a greater

21  change in the quetiapine group than in the placebo group

22  by virtue of duration.

23  Q    So if as in the PRINCESS study, the patients were

24  being followed on Seroquel twice as long as placebo, would

25  you expect to see greater changes in their fasting

Redirect examination – Dr. Paul Woolf

1    glucose?

2    A    Yes, I might.

3    Q    Now, that was on averages here in table 329.

4         Going back to the other table Mr. Pennock showed you,

5    this was the percentage of patients who shifted, page 748,

6    to a high level of above 126 milligrams per deciliter.

7         Do you recall that?

8    A    I do.

9    Q    And he showed you the first line.

10        Do you see that, sir?

11   A    Yes, I do.

12   Q    And that shows that for the people on Seroquel, about

13   2.4 percent shifted from levels below 100 to high fasting

14   glucose.  While on placebo, the number was 1.4 percent.

15        Do you see that?

16   A    I do.

17   Q    Would those results also be affected by the length of

18   time the patients were being followed on Seroquel compared

19   to how long they were followed on placebo?

20   A    Sure.

21   Q    I'd like to look at the next line.  Who are the

22   patients represented by the next line that says "Greater

23   than 100 to less than 126"?

24   A    Those are patients with impaired fasting blood

25   glucose, or "prediabetes" is another term.

Redirect examination - Dr. Paul Woolf                    163

1   Q    If the drug were causing the differences between the

2   Seroquel group and the placebo group that we see, who

3   would you expect to see showing the results first, the

4   ones who start below 100 or the ones who are impaired

5   above 100?

6   A    The latter group.

7   Q    What do you see here?

8   A    Nothing.  In fact, the numbers are virtually

9   identical.

10  Q    Are you looking at the 1.7 -- I'm sorry.  The

11  11.7-percent shift on Seroquel and 11.8-percent shift on

12  placebo?

13  A    I am.

14  Q    From the -- not the -- just taking one line at a

15  time, but from the pattern of data on this table, do you

16  conclude that Seroquel is causing the differences that we

17  see up or down in the patients?

18  A    I do not.

19          MR. SCOTT:  That is all, Your Honor.  Thank you

20  very much.

21          MR. PENNOCK:  Very briefly, Your Honor.

22          THE COURT:  All right.

23                    RECROSS EXAMINATION

24  BY MR. PENNOCK:

25  Q    Dr. Woolf, is there something different about

 1    people -- schizophrenics taking Zyprexa in terms of their

 2    glucose regulation and baseline from the people taking

 3    Seroquel?

 4    A    Do you mean --

 5              MR. SCOTT:  I'd object on scope.  I didn't ask

 6    questions about Zyprexa.

 7              THE COURT:  Sustained.  It needs to be related

 8    to the questions he asked on redirect.

 9              MR. PENNOCK:  It is, Your Honor.

10              THE COURT:  Well, then rephrase it so it's

11    obvious.

12              MR. PENNOCK:  So it's clear.  I'm sorry, Judge.

13    BY MR. PENNOCK:

14    Q    Doctor, you gave testimony to Mr. Scott that you

15    would expect to see the Seroquel patients having these

16    metabolic changes during the six-month period in study 125

17    because they were schizophrenic and they were therefore at

18    risk for that.

19         Do you remember that?

20    A    That they may develop some of these slight changes,

21    yes.

22    Q    That they could have developed them because they --

23    because, in your opinion, based on their mental illness

24    status?

25    A    No, because those patients are more at risk for

Recross examination – Dr. Paul Woolf                165

1    developing diabetes.

2    Q    Okay.  Because they're schizophrenic?

3    A    Yes.

4    Q    Okay.  The Zyprexa patients were also schizophrenic?

5    A    Yes.

6    Q    And the Zyprexa patients developed changes in

7    study 125 that you have said clearly show that Zyprexa was

8    having an effect on them, correct?

9           MR. SCOTT:  Your Honor, I'd object.  It's not

10   within the scope.

11          THE COURT:  Overruled.

12          THE WITNESS:  Could you rephrase, please?

13   BY MR. PENNOCK:

14   Q    Yes.  The Zyprexa patients had changes in their

15   glucose metabolism, as shown in 125, and you say that

16   clearly shows Zyprexa was having an effect, correct?

17   A    Yes.  They had a change in their glucose -- area

18   under the curve in their glucose tolerance test.

19   Q    All right.  And they were also schizophrenic just

20   like the Seroquel patients, right?

21   A    Yes, they were.

22   Q    And there is no difference in terms of people's risk

23   taking Zyprexa at baseline from the Seroquel patients at

24   baseline, right?

25   A    That's correct.

1    Q    So you've accepted the changes in the 125 data for

2    the Zyprexa patients to say that clearly shows that

3    Zyprexa is having an effect, but you've rejected it for

4    the Seroquel patients and said that could have happened

5    anyway because they were schizophrenics, correct?

6    A    No, counsel --

7              MR. SCOTT:  Object, just too complex.

8              THE COURT:  Sustained.

9    BY MR. PENNOCK:

10   Q    Doctor, you've accepted the data for the Seroquel --

11   you've accepted the data for the Zyprexa patients in terms

12   of their glucose changes, right?

13   A    Yes.

14   Q    You talked a good deal just now on redirect about

15   slicing and dicing data, right?

16   A    Yes.

17   Q    And correct me if I'm wrong, I think you were saying

18   that I had been slicing and dicing data during my

19   cross-examination of you.

20   A    I did.

21   Q    During my entire cross-examination of you, Doctor, I

22   talked to you about the entire patient population, right?

23   Talked to you about data from the entire population,

24   didn't I?

25              MR. SCOTT:  Your Honor, I'll object to the form.

```
 1    Did he include those or did he also ask about the

 2    subgroups?  And I don't know what --

 3              THE COURT:  Well, he's asked a question that

 4    wasn't answered.  So he needs to answer -- ask a question

 5    at this point.

 6    BY MR. PENNOCK:

 7    Q    Did I speak to you about the data from the entire

 8    population study 125?

 9    A    Yes, you did.

10    Q    Okay.  Did I speak to you about the data from the

11    primary analysis population?

12    A    You did.

13    Q    Okay.  And that was everybody, including the

14    violators, right?

15    A    Yes.

16    Q    And did I speak to you about the per-protocol

17    population?

18    A    Part of those -- part of that population.

19    Q    I spoke to you about data from the per-protocol

20    population?

21    A    Yes, you did.  You did.

22    Q    Did I speak to you about the nondiabetic population?

23    A    Yes, you did.

24    Q    And those were the different categories of

25    populations that I spoke to you about, correct?
```

1    A    Yes.

2    Q    Okay.

3    A    Excuse me, I take it -- no, there were additional

4    populations.  You also talked about populations based upon

5    the location.

6    Q    Oh, okay.  But that was the entire population with

7    the covariate of center, correct?

8    A    Yes.

9    Q    Okay.  Still the entire population -- that data was

10   still from the entire population?

11   A    Yes, it was -- but it was an analysis.  It was one

12   analysis among many for the entire population.

13   Q    Okay.  So, but when you were just answering

14   Mr. Scott's questions, Mr. Scott was taking the entire

15   population and breaking it down into subcategories, wasn't

16   he?

17   A    He did.

18   Q    BMI, right?  He broke out -- excuse me -- he broke

19   out BMI, didn't he?

20   A    He did.

21   Q    He broke out age, right?

22   A    Yes.

23   Q    He broke out weight?

24   A    Yes.

25   Q    He broke out male?  Hmm?

Recross examination - Dr. Paul Woolf                    169

```
 1   A     Yes.

 2   Q     And he broke out female?

 3   A     Yes.

 4   Q     These were all sliced and diced out of the entire

 5   population, weren't they?

 6   A     They came from the entire population.

 7   Q     Okay.  Doctor, you were just discussing the -- the --

 8   table 339.

 9         Do you remember that?

10   A     Yes.

11   Q     Okay.  And Mr. Scott asked you whether or not

12   length -- he was talking to you about whether length of

13   time on the drug as compared to the length of time the

14   people were using the placebo might affect those results.

15         Do you remember that?

16   A     Yes.

17   Q     Okay.  And he also was saying -- or asking you the

18   same questions about table 329, right?

19   A     I believe so.  I don't have that handy.

20   Q     Well, he was asking you those questions about 339.

21   Right?

22   A     Yes.  Yes.  All right.

23   Q     And when he asked you about studies 126 and 127 and

24   the length of time that people had been on Seroquel in

25   that -- in those two studies, you pointed out to him that
```

1    those studies weren't included in table 339, right?

2    A    I said I wasn't sure that they were, yes.

3    Q    Okay.  And if you look at the subscript for

4    table 339, those studies are not included, 126 and 127.

5         Do you agree with me?

6    A    I don't see them there.

7    Q    Okay.  And he also asked you about the PRINCESS study

8    and that its inclusion in table 339 could have affected

9    the results again because of this length-of-time-on-

10   Seroquel issue, didn't he?

11   A    He did.

12   Q    Okay.  The PRINCESS study was not included in

13   table 339 either, was it?

14   A    I don't know what the number is.  But --

15   Q    PRINCESS study was D144 -- excuse me.  D1444, "C," as

16   in "Charlie," 00004.

17   A    No, I don't see it.

18   Q    So neither of those studies that were being raised as

19   somehow confounding table 339 were actually in table 339?

20        MR. SCOTT:  Object, Your Honor --

21   BY MR. PENNOCK:

22   Q    Correct?

23        MR. SCOTT:  -- counsel made representation.  Now

24   he's asking the witness's -- if the witness knows of his

25   own knowledge.  He's just rattled out a number to him.

1          THE COURT:  Well, rephrase the question so

2     that --

3     BY MR. PENNOCK:

4     Q    Let me --

5          MR. PENNOCK:  Do we have the exhibit number for

6     this?

7     BY MR. PENNOCK:

8     Q    Doctor, in your materials reviewed, you've reviewed

9     the discussion document "Seroquel and Glucose

10    Disregulation Drug Named Seroquel" from June 2007.  You

11    referred to it earlier as the SERM document.

12         Do you remember that?

13    A    I did.

14    Q    Okay.  And so page 137 of that discussion document

15    from your materials that you reviewed sets forth the

16    PRINCESS study and with the number that I recited to you.

17         Do you see that?

18    A    I do.

19    Q    Okay.  So, we now established that the PRINCESS study

20    also was not in 126 -- was not in table 339, correct?

21    A    Yes.

22    Q    Now, Mr. Scott asked you some questions about

23    insulin, fasting of plasma insulin and indices of insulin

24    sensitivity, change from randomization, area under the

25    curve.

Recross examination - Dr. Paul Woolf                    172

1          Do you remember talking about this table here?

2     A     I do.

3     Q     Mm-hmm.  And this is -- this is -- table 67 is from

4     the primary analysis population, right?

5     A     Yes.

6     Q     And he pointed out this data to you where it

7     suggested by this data that there was not a statistically

8     significant increase in the Seroquel population.

9          Do you remember that?

10    A     Yes.

11    Q     Now, let me point -- direct your attention, if I

12    could, to -- did you review the per-protocol data for

13    this?

14    A     I looked at it.  I don't remember what it said.

15    Q     Let me ask you to take a look at this, please.

16          MR. PENNOCK:  May I approach, Your Honor?

17          THE COURT:  Yes.

18          MR. PENNOCK:  Your Honor, presenting to the

19    witness Exhibit P2194.  This is one of the three exhibits

20    from this morning.

21    BY MR. PENNOCK:

22    Q     Now, this exhibit, "AstraZeneca, For Internal Use

23    Only, Seroquel, Commercial Support Team, Technical

24    Document TD 348."

25          Do you see that?

Recross examination - Dr. Paul Woolf                    173

1    A    I do.

2    Q    Okay.  And we -- just so we can refresh; the

3    per-protocol population is the population where the

4    patients did not violate the protocol that had been set up

5    for the study, correct?

6    A    Yes.

7    Q    And when you look at the -- look at table 10, if you

8    would, Doctor, page 22.

9         Are you with me, Doctor?

10   A    I'm on the page.

11   Q    This is the -- this table from the per-protocol

12   population is identical to the table that Mr. Scott was

13   showing you for the other population, right?

14   A    It's the same format with a different population.

15   Q    Same format.  This is the entire population.  This is

16   the primary analysis population that -- withdrawn.

17        The per-protocol population is the one without the

18   violators, this is one with the violators, correct?

19   A    That's correct.

20   Q    Okay.  And when we look at the per-protocol

21   population, we see a 15 percent increase in the Seroquel

22   population from baseline and it's statistically

23   significant.  That's what it shows, correct?

24   A    In the insulin area under the curve, yes.

25   Q    In the insulin area under the curve, right?  Which is

Recross examination - Dr. Paul Woolf

1    what -- one of the things that you discussed with

2    Mr. Scott?

3    A    Yes.

4    Q    Because it's an important metabolic parameter,

5    correct?

6    A    Yes.

7    Q    Doctor, you looked at table 339 with all of those

8    placebo-controlled trials and you've already identified

9    the increases in the Seroquel population that's reflected

10   in those pools -- placebo-controlled trials, right?

11   A    Yes.

12   Q    And as you have said, placebo-controlled trials, not

13   trials such as 125, but placebo-controlled trials are at

14   the top of the hierarchy for clinical trial evidence,

15   correct?

16   A    I did.

17            MR. PENNOCK:  Thank you.  I have no further

18   questions, Your Honor.

19            THE COURT:  All right.

20            MR. SCOTT:  Your Honor, we were shown this

21   document for the first time, this table.  May I just

22   follow up on this one table?

23            THE COURT:  All right.  Only on the table.

24            MR. SCOTT:  Only on that table.  Let me be very

25   quick here.  Thank you, Your Honor.

Case 6:06-md-01769-ACC-DAB   Document 1584   Filed 11/24/09   Page 175 of 181 PageID
129721
Further redirect examination – Dr. Paul Woolf          175

1                    FURTHER REDIRECT EXAMINATION

2     BY MR. SCOTT:

3     Q    This last document that Mr. Pennock was showing you

4     for the per-protocol, Dr. Woolf, do you see that?

5     A    Yes, I do.

6     Q    When I was questioning you, you reviewed the table in

7     the CSR that included all the patients, the primary

8     analysis population; is that right?

9     A    Yes, I did.

10    Q    And when you did that, on any of these four insulin

11    measurements in the table, was there a statistically

12    significant change on Seroquel over six months?

13    A    No, there were not.

14    Q    Now Mr. Pennock has showed you in this table, where

15    limited to a portion of that population called PP, that

16    there is a statistically significant increase in the area

17    under the curve.

18         Do you see that?

19    A    Yes, I do.

20    Q    Is that a data point where you might want to have a

21    placebo comparison?

22    A    Yes.

23    Q    Is there a statistically significant change in any of

24    the other three-out-of-four insulin measurements even in

25    the population chosen by Mr. Pennock?

1   A     No, they are not.

2   Q     Which of those is the one that the experts DeFronzo

3   and Matsuda said was the closest comparison to the glucose

4   clamp?

5   A     The third one down, the index of insulin sensitivity,

6   or ISI.

7   Q     Any significant change in that test by either

8   population, the one I showed you or the one Mr. Pennock

9   showed you?

10  A     No.

11          MR. SCOTT:  Thank you.  That's all, Your Honor.

12          MR. PENNOCK:  Your Honor, may I move into

13  evidence exhibits that I neglected to mention that I have

14  marked?

15          THE COURT:  Yes.

16          MR. PENNOCK:  I'd like moved --

17          THE COURT:  Well, the ones that he's discussed?

18          MR. PENNOCK:  Yes, Your Honor, the ones that

19  have been marked and identified.

20          THE COURT:  All right.  What are the numbers

21  that you wish to move in?

22          MR. PENNOCK:  P2194, which is the technical

23  document 348.

24      I have P2192, which is the medical article, "Normal

25  Fasting Plasma Glucose."

Case 6:06-md-01769-ACC-DAB   Document 1584   Filed 11/24/09   Page 177 of 181 PageID
129723
Further redirect examination – Dr. Paul Woolf        177

1          I also had the tables 329 and 339 from the FDA

2     June 2008 FDA submission.

3               MR. SCOTT:  It would be helpful, Your Honor, if

4     we take these one at a time.  I think that the -- first of

5     all, the CSR for 125, Exhibit 125 is already in.  And if

6     not, I move that in.

7               THE COURT:  125 is in.

8               MR. PENNOCK:  125 is in.

9               MR. SCOTT:  I have no objection to the tables.

10    Exhibit 99 is a June 2008 submission of the FDA.

11        Was that a part of your motion?

12              MR. PENNOCK:  Yes.

13              MR. SCOTT:  No objection there.

14              THE COURT:  All right.  That will be received.

15        (Exhibit 99 received in evidence.)

16              MR. SCOTT:  I do have an objection to the

17    receipt of a medical article without more foundation

18    because certain portions of it were read with the witness.

19    Those are part of the record, the portions that were used

20    with him, but the article itself otherwise is subject to

21    hearsay.

22              MR. PENNOCK:  I'll withdraw the offer on the

23    article, Your Honor.

24              THE COURT:  Okay.  That's 2194 or 2192?

25              MR. PENNOCK:  That was 2192.  But based on

 1  Mr. Scott's indication, he has no objection to use of the

 2  article during the testimony.

 3              MR. SCOTT:  And that is the record.

 4              THE COURT:  Right.

 5              MR. SCOTT:  What else is there?

 6              MR. PENNOCK:  2194.

 7              MR. SCOTT:  No objection to 2194.

 8              THE COURT:  2194 will be received.

 9        (Exhibit 2194 received in evidence.)

10              MR. PENNOCK:  With the others I moved in, Your

11  Honor, earlier.

12              THE DEPUTY CLERK:  Is table 329 and 339 part of

13  2192?

14              MR. PENNOCK:  Table 329 and 339 are part of D99,

15  correct.

16              THE DEPUTY CLERK:  D99, thanks.

17              MR. PENNOCK:  I'm sorry.

18              THE DEPUTY CLERK:  And what is table 58 and what

19  is table 66?

20              MR. SCOTT:  Those sound like numbers that are

21  out of the CSR for 125.  That -- that range of numbers

22  are --

23              THE DEPUTY CLERK:  But I don't have pages for

24  them so how would anybody ever find them other than

25  looking for a table number?

Case 6:06-md-01769-ACC-DAB   Document 1584   Filed 11/24/09   Page 179 of 181 PageID
129725
Further redirect examination – Dr. Paul Woolf          179

1          MR. SCOTT:  Forgive us for that.  All those

2     tables are in a page range right around 160.  I tried to

3     read off page numbers when I was introducing them, but I

4     must have missed some, Celeste.  I'm sorry.

5          THE DEPUTY CLERK:  No, it's okay.  It was

6     actually plaintiff that did 58 and 66, but I just didn't

7     know what pages they were on.

8          THE COURT:  Do you have page numbers for 58 and

9     66?

10          MR. PENNOCK:  I think I can find them for

11     Mr. Scott.  We're looking them up right now.

12       Your Honor, there was one other exhibit, and forgive

13     me, I don't remember if I moved this in it.  It was P2195.

14     That was the additional tables and figures not included in

15     the clinical study report, the beta cell table that had

16     the beta cell table on it.

17          MR. SCOTT:  I just don't think there was a

18     foundation laid for this witness for what that was.  I

19     mean, it was one that he was shown by counsel, and he saw

20     it for the first time this morning, as he testified.

21          MR. PENNOCK:  Your Honor, the unusual situation

22     is that this deposition will be shown weeks into trial

23     after foundation for these documents, and they would have

24     come in through many different mechanisms.

25       So while this particular witness could not

Case 6:06-md-01769-ACC-DAB   Document 1584   Filed 11/24/09   Page 180 of 181 PageID
129726
Further redirect examination – Dr. Paul Woolf          180

1  authenticate the document or lay a business record

2  foundation for it, this is straight out of the defendant's

3  production in this case as control numbers, and it clearly

4  is a business record that I believe will -- ultimately

5  will be a stipulation that all of these are authenticated

6  so --

7          THE COURT:  We'll leave it with an objection as

8  to the foundation.

9          MR. PENNOCK:  Thank you, Your Honor.

10          MR. SCOTT:  Your Honor, I have --

11          MR. PENNOCK:  I have your pages.

12          MR. SCOTT:  Table 58 is page 156 of Exhibit 125.

13  What was the other table number?

14          THE DEPUTY CLERK:  66.

15          MR. PENNOCK:  Table 66 is page 163.

16          THE DEPUTY CLERK:  Thank you.

17          THE COURT:  All right.  Anything further?

18          MR. PENNOCK:  No, Your Honor.

19          MR. SCOTT:  Thank you very much, Your Honor.

20          MR. PENNOCK:  Thank you, Your Honor.

21           (Proceedings concluded at 3:06 p.m.)

22

23

24

25

1                    C E R T I F I C A T E

2           I certify that the foregoing is a correct

3    transcript from the record of proceedings in the

4    above-entitled matter.

5

6    s\Sandra K. Tremel  November 24, 2009

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25