**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

This cause comes before the Court on the status conference held November 18, 2009. At the conference, the Court stated its intent to expeditiously move toward trial several dozen cases that were filed in district courts within the Eleventh Circuit by plaintiffs who are citizens of states other than Florida (hereinafter referred to as the "Eleventh Circuit Trial Group").[1] These cases were either filed directly in the Middle District of Florida or may come under the Court's jurisdiction via intra-circuit assignment. The Court further directed the parties to promptly schedule a conference with Professor Saltzburg, the Special Master for ADR, to discuss the possibility of a global settlement.

To reiterate and clarify the instructions given at the status conference, the Court **ORDERS** as follows:

1. On or before December 1, 2009, AstraZeneca shall file an answer or motion to dismiss in the Eleventh Circuit Trial Group cases if no such pleading has yet been filed.

---

[1] At the conference, the Court provided the parties with a list of fifty-four cases that were to be prepared for trial on an expedited basis. That evening, nineteen of those cases were voluntarily dismissed. The following day, counsel for AstraZeneca provided the Court with a list of nine additional cases that it felt would qualify for inclusion in the trial group. After a review of court records, however, the Court deems only three of those cases appropriate for inclusion. An amended case list reflecting the thirty-eight remaining cases is attached to this Order.

2. Case-specific discovery in these cases shall be complete by May 1, 2010. Such discovery shall be conducted in accordance with the Federal Rules of Civil Procedure, except as altered or amended by the case-specific discovery provisions of the Court's prior case management and administrative orders. *See, e.g.*, Case Management Order No. 5 (Doc. 792); Amended CS Administrative Order No. 4 (Doc. 1000); CS Administrative Order No. 5 (Doc. 1006). The parties shall continue to employ the services of the SM-PMO to supervise and coordinate case-specific discovery. In addition, the parties shall promptly request a status conference or hearing with Magistrate Judge Baker in the event additional guidance or dispute resolution related to case-specific discovery is needed.

3. Any dispositive motions shall be filed in these cases no later than July 1, 2010. A case management and scheduling order setting forth additional deadlines and requirements with respect to these cases will be entered separately.

4. No later than January 22, 2010, the parties shall conduct a conference with the SM-ADR. By separate order, the Court will provide the parties with a list of dates on which Professor Saltzburg is available. If the parties cannot agree to meet on any of these dates, the Court will select one for them.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 23, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge

## Eleventh Circuit Trial Group

1. Gloria Grayson v. AstraZeneca Pharms. LP, No. 6:06-cv-1135-Orl-22DAB

2. Cody Tokheim v. AstraZeneca Pharms. LP, et al., No. 6:07-cv-544-Orl-22DAB

3. Cathy Church v. AstraZeneca Pharms. LP, et al., No. 6:07-cv-1698-Orl-22DAB

4. David McCormick v. AstraZeneca Pharms. LP, et al., No. 6:08-cv-352-Orl-22DAB

5. Robert Stickney v. AstraZeneca Pharms. LP, et al., No. 6:08-cv-621-Orl-22DAB

6. Kendra Harper-Howell v. AstraZeneca Pharms. LP, et al., No. 6:08-cv-622-22DAB

7. Susan Courts v. AstraZeneca Pharms. LP, et al., No. 6:08-cv-623-Orl-22DAB

8. Sandra Scott v. AstraZeneca Pharms. LP, et al., No. 6:08-cv-625-Orl-22DAB

9. Steven D'Angelo v. AstraZeneca Pharms LP, et al., No. 6:08-cv-626-Orl-22DAB

10. Shari Harris v. AstraZeneca Pharms. LP, et al., No. 6:08-cv-627-Orl-22DAB

11. Judy Itter-Caldwell v. AstraZeneca Pharms. LP, et al., No. 6:08-cv-848-Orl-22DAB

12. Tammy Butler v. AstraZeneca Pharms. LP, et al., No. 6:08-cv-1309-Orl-22DAB

13. Theresa Robinson v. AstraZeneca Pharms. LP, et al., No. 6:08-cv-1411-Orl-22DAB

14. Terry Johnson v. AstraZeneca Pharms. LP, et al., No. 6:08-cv-1414-Orl-22DAB

15. Mary Crooks-Hall v. AstraZeneca Pharms. LP, et al., No. 6:08-cv-2095-Orl-22DAB

16. Rebecca Dickerson v. AstraZeneca Pharms LP, et al., No. 6:09-cv-111-Orl-22DAB

17. Robert Reedy v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-112-Orl-22DAB

18. Jimmie Varju v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-113-Orl-22DAB

19. Darius Malachi v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-114-Orl-22DAB

20. Roger Courson v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-115-Orl-22DAB

21. Matthew Young v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-116-Orl-22DAB

22. Amy O'Neal v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-117-Orl-22DAB

23. Kathleen Howard v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-118-Orl-22DAB

24. Melissa Murawski v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-119-Orl-22DAB

25. Tammy Ledbetter v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-120-Orl-22DAB

26. Alice Lawson-Harper v. AstraZeneca Pharms. LP, et al, No. 6:09-cv-121-Orl-22DAB

27. Mary Canchola v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-238-Orl-22DAB

28. Debra Payne v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-239-Orl-22DAB

29. Robert Burgett, Jr. v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-520-Orl-22DAB

30. Leonard Burckhard v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-571-Orl-22DAB

31. Michael Davis, Sr. v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-758-Orl-22DAB

32. Sherrie Orr v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-834-Orl-22DAB

33. Oretha Reese v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-956-Orl-22DAB

34. Anne Hebbler v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-1192-Orl-22DAB

35. Shirley Nelson v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-1193-Orl-22DAB

36. Wayne Williams v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-1261-Orl-22DAB

37. Carolyn Morales v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-1282-Orl-22DAB

38. William Lindsey v. AstraZeneca Pharms. LP, et al., No. 6:09-cv-1495-Orl-22DAB