# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability
Litigation**

**Case No.  6:06-md-1769-Orl-22DAB**

_____

## ORDER

At the November 18, 2009 Status Conference, the Court directed the parties to promptly schedule a conference with Professor Saltzburg, the Special Master for ADR, to discuss the possibility of a global settlement.  To facilitate the scheduling of these discussions, the Court **ORDERS** as follows:

1.      Mr. Roth and Mr. Coutroulis shall promptly contact the SM-ADR to schedule a settlement conference on one of the following dates:  December 14, 2009; January 4, 2010; or January 19, 2010.  If the parties cannot agree on one of these three dates, they shall promptly inform the Court. The Court will then select a date for the parties.  Should the parties or the SM-ADR wish to extend their settlement discussion beyond the chosen day, they shall continue the conference to the SM-ADR's next available date.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 23, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge