```
A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Dec 04, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Nov 18, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

MDL No. 1769

**FILED**
December 4, 2009
Date                    Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**CONDITIONAL TRANSFER ORDER (CTO-97)**

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 852 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 04, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION                    MDL No. 1769

## SCHEDULE CTO-97 - TAG-ALONG ACTIONS

**DIST. DIV.C.A. #**           **CASE CAPTION**

FLORIDA SOUTHERN
   FLS  9   09-81544        Ariel Gomez v. AstraZeneca Pharmaceuticals, LP, et al.

MINNESOTA
   MN  0   09-244          Danielle N. Percell v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0   09-3122         Timothy Cote v. AstraZeneca LP, et al.
   MN  0   09-3123         Linda Spurgeon v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0   09-3124         Mayra Soler v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0   09-3125         Mary Evans v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0   09-3126         John Hardy v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0   09-3127         Daniel Whiting v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0   09-3128         Autumn Williams v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0   09-3129         Loretta Swanzy v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0   09-3130         Richard Stout v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0   09-3131         Heather McCarter v. AstraZeneca Pharmaceuticals, et al.
   MN  0   09-3132         Joann Lanza v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0   09-3133         Michael Lower v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0   09-3134         Tina Johnson v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0   09-3135         Deanna Greek v. AstraZeneca Pharmaceuticals, LP, et al.