**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

This document relates to:

LEFTON ADAMS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:09-cv-1856-Orl-22DAB

STEVEN ANDERSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:09-cv-1857-Orl-22DAB

CRAIG BRADSHAW v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:09-cv-1858-Orl-22DAB

NORMA BURNSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:09-cv-1859-Orl-22DAB

WALTER CLAY, SR. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:09-cv-1860-Orl-22DAB

DOLORES COLLINS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:09-cv-1861-Orl-22DAB

ANTHONY FALLSTEAD v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:09-cv-1862-Orl-22DAB

ANGELA FLANNIGAN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:09-cv-1863-Orl-22DAB

KIMBERLY FRITTS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:09-cv-1864-Orl-22DAB

LADALIA GREEN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:09-cv-1865-Orl-22DAB

JERRY HUFFMAN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:09-cv-1866-Orl-22DAB

**SHERRY LITTLEPAGE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-1867-Orl-22DAB**

**RICHARD MASSA v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-1868-Orl-22DAB**

**DARYALL MILLER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-1869-Orl-22DAB**

**SHARON MILLS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-1870-Orl-22DAB**

**VIRGINIA ODUM v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-1871-Orl-22DAB**

**KELLY OLDFIELD v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-1872-Orl-22DAB**

**BARBARA WIGEN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-1873-Orl-22DAB**

**RICK OLSEN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-1874-Orl-22DAB**

**DAVID PARKER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-1875-Orl-22DAB**

## ORDER

Upon the Court's review of the above-captioned cases, the Court observed that Plaintiffs did not identify their states of citizenship in their complaints.[1] Under federal law, "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between . . . citizens of different States."

---

[1] Plaintiffs provided only their current states of residence. This is insufficient for diversity jurisdiction purposes because a plaintiff's state of residence does not definitively establish his or her state of citizenship under 28 U.S.C. § 1332. *Mas v. Perry*, 489 F.2d 1396, 1399 (5th Cir. 1974) ("For diversity purposes, citizenship means domicile; mere residence in the State is not sufficient.").

28 U.S.C. § 1332. Without knowing the citizenship of the plaintiffs in these actions, the Court is unable to assess whether it has jurisdiction over their claims.

Accordingly, it is **ORDERED** as follows:

1. On or before January 4, 2010, Plaintiffs in the above-captioned cases shall electronically file a notice indicating their respective states of citizenship. Such notice shall be filed in each plaintiff's individual docket.

2. The Clerk is directed to file a copy of this order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 17, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge