# EXHIBIT 1

**LIST OF PLAINTIFFS RIPE FOR DISMISSAL**

|     | **Plaintiff Last Name** | **Plaintiff First Name** | **MDL Case No.** | **Missing Documents** |
| --- | --- | --- | --- | --- |
| 1.  | Elam     | Vicki    | 09-cv-17247 | Plaintiff Fact Sheet, Verification, and Authorization |
| 2.  | Ingle    | Joshua   | 09-cv-17252 | Plaintiff Fact Sheet, Verification, and Authorization |
| 3.  | Lane     | Joseph   | 09-cv-17254 | Plaintiff Fact Sheet, Verification, and Authorization |
| 4.  | Montana  | Hector   | 09-cv-17256 | Plaintiff Fact Sheet, Verification, and Authorization |
| 5.  | Rice     | Paul     | 09-cv-17257 | Plaintiff Fact Sheet, Verification, and Authorization |
| 6.  | Sizemore | Cledith  | 09-cv-17259 | Plaintiff Fact Sheet, Verification, and Authorization |
| 7.  | Stanley  | Christina | 09-cv-17261 | Plaintiff Fact Sheet, Verification, and Authorization |
| 8.  | Turner   | Macine   | 09-cv-17263 | Plaintiff Fact Sheet, Verification, and Authorization |
| 9.  | Vidito   | Glenn    | 09-cv-17264 | Plaintiff Fact Sheet, Verification, and Authorization |