**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation.
                                            Case No. 6:06-md-1769-Orl-22DAB

This document relates to:

**MARGARET SHEARMAN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:06-cv-1289-Orl-22DAB

**RONALD DRUMMOND v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10028-Orl-22DAB

**LORIER ASHBURN v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10115-Orl-22DAB

**KARL FOLEY v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10135-Orl-22DAB

**ANNIE MACKENZIE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-11358-Orl-22DAB

**STEPHANIE LASH v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-11731-Orl-22DAB

**JOELLEN PIERSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-15258-Orl-22DAB

**ANITA THOMAS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15419-Orl-22DAB

**CAROL BRADLEY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15931-Orl-22DAB

**CARL TOBIE v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:08-cv-16798-Orl-22DAB
_____/

**ORDER TO SHOW CAUSE**

Upon the Court's review of the above-captioned cases, the Court observed that Plaintiffs alleged in their complaints[1] that they were citizens of either New Jersey or New York. Based on Defendants' prior representations to the Court regarding their states of citizenship,[2] the Court has reason to believe that full diversity may not exist in these cases. Accordingly, it is **ORDERED** as follows: On or before January 8, 2010, the parties shall show cause why the above-captioned cases should not be dismissed for lack of subject matter jurisdiction. Failure to timely respond will result in dismissal of these cases without further notice.

**DONE** and **ORDERED** in Orlando, Florida on December 23, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge

---

[1] Plaintiffs Mackenzie, Tobie, Drummond, Ashburn and Foley all alleged in their amended short-form complaints that they are citizens of New Jersey. Plaintiff Lash alleged in her amended short-form complaint that she is a citizen of New York. Plaintiff Shearman alleged in her amended short-form complaint that she is a citizen of Pennsylvania; however, the parties stipulated in a joint notice filed on March 16, 2009 (Doc. 1385) that Shearman is a citizen of New York. Likewise, Plaintiffs Pierson, Thomas and Bradley alleged in their amended short-form complaints that they are citizens of South Carolina, North Carolina, and Ohio, respectively; however, the parties' joint notice indicated that Plaintiff Pierson is a citizen of New Jersey and Plaintiffs Thomas and Bradley are citizens of New York.

[2] *See, e.g.*, Doc. 1509.