**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation.**

_____/

**Case No. 6:06-md-1769-Orl-22DAB**

### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** ASTRAZENECA'S MOTION TO PRECLUDE ADDITIONAL FACT DISCOVERY ON GENERAL ISSUES RELATING TO ALLEGED INJURIES OTHER THAN DIABETES (Doc. No. 1476)
>
> **FILED:** July 14, 2009
>
> **THEREON** it is **ORDERED** that the Motion is **DENIED without prejudice to the extent not moot.**

AstraZeneca seeks an order precluding Plaintiffs from taking in *the transferor courts* general fact discovery of AstraZeneca regarding its knowledge of, and conduct with respect to, the alleged relationship between Seroquel and alleged injuries other than diabetes. Doc. No. 1476. Plaintiffs argue that discovery in this transferee Court has been limited to "generic witnesses," *i.e.*, "those witnesses who will offer testimony on issues common to all cases in this MDL." Doc. No. 1419 at 2 n.1. Accordingly, Plaintiffs have not considered cases involving injuries consisting of NMS, blood pressure or cholesterol issues, and cardiovascular problems to be cases involving common-issue discovery as compared to the overwhelming majority of diabetes-related injury cases. Doc. No. 1488.

Pursuant to Chief Judge Conway's Order of May 1, 2009, all general discovery is complete, and determinations concerning any other case-specific discovery is reserved for the transferor courts after remand. Doc. No. 1419 at 1. "Defendants have not articulated any compelling reason why this Court's oversight of case-specific discovery would be superior to that of the transferor courts. Indeed, it is physically impossible for this court to manage case-specific motion practice on nearly 6,000 cases. The Court believes that the transferor courts are in the best position to effectively and efficiently manage discovery on a case-by-case basis." Doc. No. 1419. Decisions as to the scope of any additional discovery will be left to the transferor courts.

**DONE** and **ORDERED** in Orlando, Florida on December 31, 2009.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record