A CERTIFIED TRUE COPY

ATTEST

By Darion Payne on Jan 05, 2010

————————————————

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Dec 17, 2009**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**               MDL No. 1769

(SEE ATTACHED SCHEDULE)

FILED
January 5, 2010
Date                          Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**CONDITIONAL TRANSFER ORDER (CTO-100)**

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 868 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jan 05, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**                    MDL No. 1769

## SCHEDULE CTO-98 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **MINNESOTA** | | | |
| MN | 0 | 09-3342 | Victoria Amirault v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3343 | Christal Anderson v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3344 | Kim M. Clark v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3345 | Victoria Turner v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3346 | Gregorio Valadez, Jr. v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3359 | Cynthia Brooks v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3360 | Shirley Wachlin v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3364 | Matthew Q. Dawson v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3365 | Christina English v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3366 | Jesse Haney, III v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3367 | Thomas Hobson v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3368 | Dennis W. Rice v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3369 | Suann M. Rice v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3370 | Burt W. Simmons v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3371 | Tami S. Terry v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3372 | Rosemary P. Josefowicz v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3373 | Crystal Nichols v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3374 | Eric L. Rector v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 09-3375 | Susie H. Rhoades v. AstraZeneca Pharmaceuticals, LP, et al. |
| **NEW JERSEY** | | | |
| NJ | 3 | 09-3117 | Richard L. Jackson v. AstraZeneca Pharmaceuticals, LP, et al. |
| **OKLAHOMA WESTERN** | | | |
| OKW | 5 | 09-1206 | Lynn Marie Malone v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TEXAS EASTERN** | | | |
| TXE | 1 | 09-912 | Misty Peters v. AstraZeneca Pharmaceuticals, LP, et al. |