# EXHIBIT A

# CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

## CERTIFICATE OF DEATH
### STATE OF CALIFORNIA

STATE FILE NUMBER: 3200637009149
LOCAL REGISTRATION NUMBER:

**DECEDENT'S PERSONAL DATA**
- 1. NAME OF DECEDENT – FIRST (Given): REBECCA
- 2. MIDDLE: LEIGH
- 3. LAST (Family): ALLISON
- 4. DATE OF BIRTH: 05/28/1973
- 5. AGE: 33
- 6. SEX: F
- 8. BIRTH STATE/FOREIGN COUNTRY: CA
- 11. EVER IN U.S. ARMED FORCES? NO
- 12. MARITAL STATUS: NEVER MARRIED
- 7. DATE OF DEATH: 06/10/2006
- 8. HOUR: 1728
- 13. EDUCATION: HS GRADUATE
- 14/15. HISPANIC/LATINO: NO
- 16. DECEDENT'S RACE: WHITE
- 17. USUAL OCCUPATION: SECRETARY
- 18. KIND OF BUSINESS OR INDUSTRY: INSURANCE
- 19. YEARS IN OCCUPATION: 2

**USUAL RESIDENCE**
- 20. RESIDENCE: 8083 ANZA DR.
- 21. CITY: SAN DIEGO
- 22. COUNTY: SAN DIEGO
- 23. ZIP CODE: 92114
- 24. YEARS IN COUNTY: 6
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
- 26. INFORMANT'S NAME, RELATIONSHIP: STEVE ALLISON, FATHER
- 27. MAILING ADDRESS: 2294 HILTON HEAD RD., CHULA VISTA, CA 91915

**SPOUSE AND PARENT INFORMATION**
- 28-30. SURVIVING SPOUSE: –
- 31. FATHER FIRST: DONALD
- 32. MIDDLE: STEVEN
- 33. LAST: ALLISON
- 34. BIRTH STATE: CA
- 35. MOTHER FIRST: ANNIE
- 36. MIDDLE: LAURIE
- 37. LAST (Maiden): MACKENZIE
- 38. BIRTH STATE: GA

**FUNERAL DIRECTOR / LOCAL REGISTRAR**
- 39. DISPOSITION DATE: 06/15/2006
- 40. PLACE OF FINAL DISPOSITION: RES-STEVE ALLISON, 2294 HILTON HEAD RD., CHULA VISTA, CA 91915
- 41. TYPE OF DISPOSITION: CR/RES
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 44. NAME OF FUNERAL ESTABLISHMENT: HUMPHREY MORTUARY
- 45. LICENSE NUMBER: FD964
- 46. SIGNATURE OF LOCAL REGISTRAR: NANCY L BOWEN, MD
- 47. DATE: 06/14/2006

**PLACE OF DEATH**
- 101. PLACE OF DEATH: HOME (OTHER'S)
- 103. OTHER THAN HOSPITAL: Decedent's Home (X)
- 104. COUNTY: SAN DIEGO
- 105. FACILITY ADDRESS OR LOCATION: 8083 ANZA DRIVE
- 106. CITY: SAN DIEGO

**CAUSE OF DEATH**
- R99
- R99
- 107. CAUSE OF DEATH – IMMEDIATE CAUSE: PENDING
- 108. DEATH REPORTED TO CORONER: YES — 06-01230
- 109. BIOPSY PERFORMED? NO
- 110. AUTOPSY PERFORMED? YES
- 111. USED IN DETERMINING CAUSE? YES

**PHYSICIAN'S CERTIFICATION** – (blank)

**CORONER'S USE ONLY**
- 119. MANNER OF DEATH: Pending Investigation
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: JONATHAN LUCAS
- 127. DATE: 06/13/2006
- 128. TYPE NAME, TITLE OF CORONER: JONATHAN LUCAS, MD, DME

STATE REGISTRAR:

"012006000251579"



*A01919112*

County of San Diego - Department of Health Services - 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. Required fee paid.

DATE ISSUED: June 3, 2008

WILMA J. WOOTEN, M.D.
REGISTRAR OF VITAL RECORDS
County of San Diego

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



# CERTIFICATION OF VITAL RECORD

## COUNTY OF SAN DIEGO

### PHYSICIAN/CORONER'S AMENDMENT
### DEATHS AFTER 1-1994

NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS
USE BLACK INK ONLY

STATE FILE NUMBER: 1 1
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER: 3200637009149

**PART I — INFORMATION TO LOCATE RECORD**

| 1. NAME—FIRST | 2. MIDDLE | 3. LAST | 4. SEX |
|---|---|---|---|
| REBECCA | LEIGH | ALLISON | F |

| 5. DATE OF EVENT | 6. CITY OF OCCURRENCE | 7. COUNTY OF OCCURRENCE |
|---|---|---|
| 06/10/2006 | SAN DIEGO | SAN DIEGO |

**PART II — STATEMENT OF CORRECTIONS**

| Certificated Item Number | Information as it Appears on Original Record | Information as it Should Appear |
|---|---|---|
| 107A | PENDING | ACUTE COMBINED PRESCRIPTION MEDICATION INTOXICATION |
| 107AT | -- | UNK |
| 112 | -- | OBESITY |
| 113 | -- | NO |
| 119 | PENDING INVESTIGATION | ACCIDENT |
| 120 | | NO |
| 121 | | UNK |
| 122 | | UNK |
| 123 | | HOME |
| 124 | | SELF-ADMINISTERED MANY PRESCRIPTION MEDICATIONS |
| 125 | | 8083 ANZA DRIVE, SAN DIEGO, CA 92114 |

2 of 2

I HEREBY DECLARE, UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**DECLARATION OF CERTIFYING PHYSICIAN OR CORONER**

| 11. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER | 12. DATE SIGNED | 13. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER |
|---|---|---|
| ▶ JONATHAN LUCAS | 07/25/2006 | MD, DME |

| 14. ADDRESS—STREET AND NUMBER | 15. CITY | 16. STATE | 17. ZIP CODE |
|---|---|---|---|
| 5555 OVERLAND AVE, BLDG 14 | SAN DIEGO | CA | 92123 |

**STATE/LOCAL REGISTRAR USE ONLY**

| 18. OFFICE OF VITAL RECORDS OR SIGNATURE OF LOCAL REGISTRAR | 19. DATE ACCEPTED FOR REGISTRATION |
|---|---|
| ▶ NANCY L BOWEN, MD | 07/27/2006 |

STATE OF CALIFORNIA  DEPARTMENT OF HEALTH SERVICES  OFFICE OF VITAL RECORDS

*022006000005507*

VS 74A (REV 10/03)

1.1

*A01919111*

County of San Diego - Department of Health Services - 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED  Required fee paid

DATE ISSUED: June 3, 2008

WILMA J WOOTEN, M.D.
REGISTRAR OF VITAL RECORDS
County of San Diego

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE