UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

**This Document Relates to:**

**MARGARET SHEARMAN v. ASTRAZENECA PHARM. LP, ET AL.**
MDL Case No. 6:06-cv-1289-Orl-22DAB

**RONALD DRUMMOND v. ASTRAZENECA PHARM. LP**
MDL Case No. 6:07-cv-10028-Orl-22DAB

**LORIER ASHBURN v. ASTRAZENECA PHARM. LP**
MDL Case No. 6:07-cv-10115-Orl-22DAB

**KARL FOLEY v. ASTRAZENECA PHARM. LP**
MDL Case No. 6:07-cv-10135-Orl-22DAB

**ANNIE MACKENZIE v. ASTRAZENECA PHARM. LP, ET AL.**
MDL Case No. 6:07-cv-11358-Orl-22DAB

**STEPHANIE LASH v. ASTRAZENECA PHARM. LP, ET AL.**
MDL Case No. 6:07-cv-11731-Orl-22DAB

**JOELLEN PIERSON v. ASTRAZENECA PHARM. LP, ET AL.**
MDL Case No. 6:07-cv-15258-Orl-22DAB

**ANITA THOMAS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15419-Orl-22DAB

**CAROL BRADLEY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15931-Orl-22DAB

**CARL TOBIE v. ASTRAZENECA PHARM. LP**
MDL Case No. 6:08-cv-16798-Orl-22DAB

### RESPONSE TO ORDER TO SHOW CAUSE

In response to the Court's December 23, 2009 Order to Show Cause (MDL Doc. No. 1592), defendant AstraZeneca hereby asserts that complete diversity exists in all of the cases identified in the Court's Order because, according to plaintiffs' original complaints, each

plaintiff was a citizen of a different state from that of each defendant named in his/her complaint at the time the original complaints were filed. Consequently, these plaintiffs' cases should remain in federal court. In further support of its response, AstraZeneca states as follows.

1. Pursuant to 28 U.S.C. § 1332, federal courts have original subject-matter jurisdiction of civil cases in which (a) the amount in controversy exceeds $75,000.00[1] and (b) complete diversity of citizenship exists among the parties. *See Caterpillar Inc. v. Lewis*, 519 U.S. 61, 67-68 (1996). Complete diversity exists when the parties "on one side of the controversy are citizens of different states from all parties on the other side." *Northbrook Nat'l Ins. Co. v. Brewer*, 493 U.S. 6, 18 n.5 (1989).

2. It is well settled that the existence of diversity jurisdiction in federal courts is determined by examining the citizenship of the parties at the time a lawsuit is commenced by filing a complaint. *See* 13E Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 3608 (3d ed. 2009); *see also, e.g., Freeport-McMoRan, Inc. v. KN Energy, Inc.*, 498 U.S. 426, 428 (1991) (noting that it is a "well-established rule that diversity of citizenship is assessed at the time the action is filed"); *Mollan v. Torrance,* 22 U.S. 537, 539 (1824) ("It is quite clear, that the jurisdiction of the Court depends upon the state of things at the time of the action brought, and that after vesting, it cannot be ousted by subsequent events.").

---

[1] All of these plaintiffs allege in their original complaints that the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as required by 28 U.S.C. § 1332.

3. Once diversity jurisdiction has established, it may not be divested by subsequent occurrences such as the change in citizenship of a party. *See Freeport-McMoRan*, 498 U.S. at 428 ("We have consistently held that if jurisdiction exists at the time an action is commenced, such jurisdiction may not be divested by subsequent events."), citing *Wichita R.R. & Light Co. v. Public Utils. Comm'n of Kansas,* 260 U.S. 48, 54 (1922) ("Jurisdiction once acquired ... is not divested by a subsequent change in the citizenship of the parties." (citations omitted)); *Clarke v. Mathewson,* 37 U.S. 164 (1838); *Mollan*, 22 U.S. 537; *see also Dery v. Wyer*, 265 F.2d 804, 808 (2d Cir. 1959) ("[I]f jurisdictional prerequisites are satisfied when the suit is begun, subsequent events will not work an ouster of jurisdiction. This result … stems rather from the general notion that the sufficiency of jurisdiction should be determined once and for all at the threshold and if found to be present then should continue until final disposition of the action." (citations omitted)); *Napletana v. Hillsdale Coll.*, 385 F.2d 871 (6th Cir. 1967).

4. Even the substitution of a diverse deceased party with a non-diverse representative will not divest a federal court of subject-matter jurisdiction so long as there is no change in the nature of the claims asserted in the case. *See Smith v. Sperling*, 354 U.S. 91, 93 n.1 (U.S. 1957); *Dunn v. Clarke*, 33 U.S. 1 (1834); *see also Brough v. Strathmann Supply Co.*, 358 F.2d 374 (3d Cir. 1966).

A. **Complete Diversity Exists Between AstraZeneca Pharmaceuticals LP and Citizens of New Jersey**

5. Complete diversity exists in those cases in which a New Jersey citizen has sued only AstraZeneca Pharmaceuticals LP because AstraZeneca Pharmaceuticals LP is not a citizen of New Jersey.

6. Plaintiffs Ronald Drummond, Lorier Ashburn, Karl Foley, and Carl Tobie have sued only AstraZeneca Pharmaceuticals LP. Plaintiffs' complaints name no other defendants. *See* MDL Case No. 6:07-cv-10028; MDL Case No. 6:07-cv-10115; MDL Case No. 6:07-cv-10135; MDL Case No. 6:08-cv-16798.

7. All four of these plaintiffs allege in their original complaints that they are citizens of New Jersey. *See* 2/8/06 Complaint, *Campbell v. AstraZeneca Pharm. LP*, E.D. Mo. Case No. 4:06-cv-00180 (Doc. No. 1); 3/24/06 Complaint, *Flores v. AstraZeneca Pharm. LP*, S.D. Tex. Case No. 4:06-cv-01013 (Doc. No. 1);[2] 2/11/08 Complaint, *Tobie v. AstraZeneca Pharm. LP*, MDL Case No. 6:08-cv- 16798 (Doc. No. 2). Plaintiffs have not alleged citizenship of any other state, neither in their amended complaints nor in the parties' Joint Notice Identifying Plaintiff Information (MDL Doc. No. 1385).[3]

8. AstraZeneca Pharmaceuticals LP is a Delaware limited partnership with a principal place of business in Wilmington, Delaware. AstraZeneca Pharmaceuticals LP is not a citizen of New Jersey.[4]

---

[2] Plaintiff Drummond's original complaint was filed in the Eastern District of Missouri on behalf of multiple plaintiffs. *See Campbell*, E.D. Mo. Case No. 4:06-cv-00180. The original complaint of plaintiffs Ashburn and Foley was filed in the Southern District of Texas, also on behalf of multiple plaintiffs. *See Flores*, S.D. Tex. Case No. 4:06-cv-01013. Plaintiffs' cases were severed upon their transfer to this MDL.

[3] The parties' Joint Notice identified the most up-to-date citizenship and residence information they had for plaintiffs (*i.e.*, plaintiffs' states of citizenship as of March 2009), as opposed to plaintiffs' citizenship and residence information at the time plaintiffs filed their cases.

[4] In contrast, AstraZeneca LP, a defendant in a number of Seroquel cases, is a citizen of New Jersey because one of its partners has a principal place of business in New Jersey. *See* MDL Doc. No. 1509. AstraZeneca LP is not a defendant in these four cases, however.

9. Accordingly, since plaintiffs Drummond, Ashburn, Foley, and Tobie are citizens of a different state from that of the only defendant named in their cases – AstraZeneca Pharmaceuticals LP – there is complete diversity between the parties and plaintiffs' cases should remain in federal court.[5] *See Caterpillar*, 519 U.S. at 67-68; *Northbrook Nat'l Ins. Co.*, 493 U.S. at 18 n.5.

**B. Complete Diversity Exists When the Parties Were Citizens of Different States at the Time a Case Was Filed**

10. Complete diversity exists in those cases in which the plaintiffs were citizens of different states from the defendants when the cases were commenced (*i.e.*, when plaintiffs filed their original complaints).

11. Plaintiffs Margaret Shearman, Stephanie Lash, JoEllen Pierson, Anita Thomas, and Carol Bradley allege their citizenship in their original complaints as follows:

- Margaret Shearman – Pennsylvania
- Stephanie Lash – California
- JoEllen Pierson – South Carolina
- Anita Thomas – North Carolina
- Carol Bradley – Ohio

*See* Complaints, MDL Case No. 6:06-cv-1289 (Doc. No. 2); MDL Case No. 6:07-cv-11731 (Doc. No. 2); MDL Case No. 6:07-cv-15258 (Doc. No. 2); MDL Case No. 6:07-cv-15419 (Doc. No. 2); MDL Case No. 6:07-cv-15931 (Doc. No. 2).

---

[5] Counsel for AstraZeneca has conferred with counsel for plaintiff Tobie, and counsel agree that plaintiff Tobie's case should not be dismissed but should remain in federal court. Counsel for plaintiff Tobie has responded to the Court's Order on plaintiff's behalf. *See* 1/8/10 Response, MDL Case No. 6:08-cv-16798 (Doc. No. 9).

12. Representative plaintiff Annie MacKenzie is the proposed administrator of the estate of Rebecca Allison. *See* Amended Complaint, MDL Case No. 6:07-cv-11358 (Doc. No. 9). The original complaint in representative plaintiff MacKenzie's case – which was not initially filed as a representative action because Rebecca Allison was still alive at the time of filing – alleged that plaintiff Allison was a citizen of California. *See* Complaint, MDL Case No. 6:07-cv-11358 (Doc. No. 2). Representative plaintiff MacKenzie's Amended Complaint, filed on behalf of plaintiff Allison's estate, did not allege any new causes of action. *See* Amended Complaint, MDL Case No. 6:07-cv-11358 (Doc. No. 9) (incorporating all allegations and causes of action "as originally set forth in Plaintiffs' Original Complaint").

13. None of the defendants named in these six plaintiffs' original complaints was a citizen of Pennsylvania, California, South Carolina, North Carolina, or Ohio at the time the complaints were filed. Accordingly, there was complete diversity between the parties when plaintiffs' lawsuits were commenced. *See Caterpillar*, 519 U.S. at 67-68; *Northbrook Nat'l Ins. Co.*, 493 U.S. at 18 n.5.

14. The fact that plaintiffs Shearman, Lash, Pierson, Thomas, and Bradley apparently have moved since their cases were filed, and plaintiffs now are citizens of the same state as a named defendant, does not divest the federal courts of subject matter jurisdiction over their cases. *See Freeport-McMoRan*, 498 U.S. at 428; *Wichita R.R. & Light Co.,* 260 U.S. at 54; *Clarke,* 37 U.S. 164.

15. Moreover, the fact that representative plaintiff MacKenzie shares her state citizenship with a named defendant does not affect the federal courts' jurisdiction over her

6

case because her Amended Complaint in no way changed the nature of plaintiff Allison's original lawsuit. *See Dunn*, 33 U.S. 1.

16. Accordingly, complete diversity exists between the parties in the cases of plaintiffs Shearman, Lash, Pierson, Thomas, Bradley, and MacKenzie, and plaintiffs' cases therefore should remain in federal court.[6]

WHEREFORE, because complete diversity exists in all of the cases identified in the Court's Order to Show Cause, as demonstrated herein, the cases should not be dismissed but should remain in federal court.

DATED:  January 8, 2010                    Respectfully Submitted,

/s/ Fred T. Magaziner
Fred T. Magaziner
Shane T. Prince
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
fred.magaziner@dechert.com
shane.prince@dechert.com

---

[6] Counsel for AstraZeneca has conferred with counsel for plaintiffs Lash, Pierson, Thomas, Bradley, and MacKenzie, and counsel agree that these plaintiffs' cases should not be dismissed but should remain in federal court. Counsel for these plaintiffs have responded to the Court's Order on plaintiffs' behalf. *See* 1/8/10 Response (MDL Doc. No. 1595).

*/s/ Chris S. Coutroulis*
Chris S. Coutroulis (Fla. Bar No. 300705)
Robert L. Ciotti (Fla. Bar No. 333141)
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, FL 22607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
ccoutroulis@carltonfields.com
rciotti@carltonfields.com

*Counsel for AstraZeneca LP and AstraZeneca Pharmaceuticals LP*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on January 8, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

                          /s/ *Shane T. Prince*

## SERVICE LIST

### In re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Camp Bailey<br>Michael W. Perrin<br>Fletcher Trammell<br>Laurence Tien<br>Robert W. Cowan<br>F. Kenneth Bailey, Jr.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>(713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>ltien@bpblaw.com<br>rcowan@bpblaw.com<br>kbailey@bpblaw.com<br>***Plaintiffs' Lead Counsel*** | Paul J. Pennock<br>Michael E. Pederson<br>Ellen Relkin<br>Weitz & Luxenberg, P.C.<br>700 Broadway<br>New York, NY 10003<br>(212) 558-5500<br>ppennock@weitzlux.com<br>mpederson@weitzlux.com<br>erelkin@weitzlux.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>(407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>(713) 751-0025<br>tfibich@fhl-law.com |
| Robert L. Ciotti<br>Chris S. Coutroulis<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>(813) 223-7000<br>rciotti@carltonfields.com<br>ccoutroulis@carltonfields.com | E. Ashley Cranford<br>Michael M. Breit<br>Whatley Drake & Kallas, LLC<br>2001 Park Place N – Ste 1000<br>PO Box 10647<br>Birmingham, AL 35203<br>(205) 328-9576<br>mbreit@whatleydrake.com<br>ecf@whatleydrake.com |
| Keith M. Jensen<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>(817) 334-0762<br>kj@kjensenlaw.com | Scott Allen<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019<br>(713) 650-6600<br>sallen@crusescott.com |

| | |
|---|---|
| Matthew E. Lundy<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>(281) 272-0797<br>mlundy@lundydavis.com | Robert L. Salim<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>(318) 352-5999<br>robertsalim@cp-tel.net |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>(816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>(281) 335-7744<br>bschwartz@galyen.com |
| John Driscoll<br>Seth S. Webb<br>Brown & Crouppen, PC<br>Suite 1800<br>720 Olive St.<br>St. Louis, MO 63101<br>(314) 421-0216<br>jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com<br>swebb@brownandcrouppen.com | Mark P. Robinson, Jr.<br>Ted B. Wacker<br>Karen Barth Menzies<br>Carlos A. Prietto, III<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>(949) 720-1288<br>mrobinson@rcrlaw.net<br>twacker@rcrlaw.net<br>kbmenzies@rcrlaw.net |
| Elizabeth Raines<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>(816) 471-2121<br>raines@bscr-law.com | Todd S. Hageman<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>(314) 241-2929<br>thageman@spstl-law.com |

| | |
|---|---|
| Thomas F. Campion<br>Steven M. Selna<br>Heidi Elizabeth Hilgendorff<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047<br>(973) 360-1100<br>thomas.campion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Bryan Frederick Aylstock<br>Debra Renee Sherrer Baggett<br>Daniel J. Thornburgh<br>Justin Witkin<br>Aylstock, Witkin & Sasser, PLC<br>803 N Palafox St<br>Pensacola, FL 32503<br>(850) 916-7450<br>baylstck@awkolaw.com<br>jwitkin@awkolaw.com<br>ablankenship@aws-law.com<br>noverholtz@aws-law.com<br>rbaggett@awkolaw.com |
| Kenneth W. Bean<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>(314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | Timothy Reese Balducci<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>(662) 728-3138<br>tbalducci@langstonlaw.com |
| Aaron K. Dickey<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>(618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>(215) 981-4000<br>hamiltonm@pepperlaw.com |
| Gregory P. Forney<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>(816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** | David P. Matthews<br>Lizy Santiago<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>(713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>(281) 335-7744 | Jona R. Hefner<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>(405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>(713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Margaret S. Osborne<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>elizabeth.balakhani@dechert.com<br>margaret.osborne@dechert.com | Lawrence J. Gornick<br>William A. Levin<br>Dennis J. Canty<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>(415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>(713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |
| John C. Evans<br>Specter Specter Evans & Manogue, P.C.<br>26th Floor, Koppers Building<br>Pittsburg, PA 15219<br>(412) 642-2300<br>jce@ssem.com | Rhett A. McSweeney<br>McSweeney & Fay<br>2116 Second Avenue South<br>Minneapolis, MN 55404<br>(612) 333-6900 |
| Michael Davis<br>James Mizgala<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com | Philip Bohrer<br>Scott E. Brady<br>Bohrer Law Firm, L.L.C<br>8712 Jefferson Hwy, Suite B<br>Baton Rogue, LA 70809<br>(225) 925-5297<br>phil@bohrerlaw.com<br>scott@bohrerlaw.com |
| Christopher Thomas Kirchmer<br>Provost Umphrey, LLP<br>490 Park St<br>PO Box 4905<br>Beaumont, TX 77704<br>(409) 835-6000<br>ckrichmer@provostumphrey.com | Ed Blizzard<br>Holly M. Wheeler<br>J. Scott Nabers<br>Blizzard McCarthy & Nabers, LLP<br>440 Louisiana St., Suite 1710<br>Houston, TX 77002-1689<br>eblizzardlaw.com |

| | |
|---|---|
| Brian J. McCormick<br>Sheller, PC<br>1528 Walnut Street, 3rd Floor<br>Philadelphia, PA 19102<br>(215) 790-7325<br>bjmccormick@sheller.com | Brian S. Kaplan<br>Kasowitz, Benson, Torres & Friedman<br>1633 Broadway<br>New York, NY 10019-6022<br>(212) 506-1700<br>bkaplan@kasowitz.com |
| Matthew F. Pawa<br>Benjamin A. Krass<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>(617) 641-9550<br>mp@pawalaw.com<br>bkrass@pawalaw.com | David L. Friend<br>Hissey Kientz, LLP<br>Arboretum Plaza One<br>9442 Capital of Texas Highway N.,<br>Suite 400<br>Austin, TX 78759<br>(512) 320-9100<br>dfriend@hkllp.com |
| James T. Capretz<br>Don K. Ledgard<br>Capretz & Associates<br>Suite 2500<br>5000 Birch St<br>Newport Beach, CA 92660<br>DLedgard@capretz.com | Edward T. Krumeich<br>Ivey, Barnum & O'Mara, LLC<br>170 Mason St<br>PO Box 1689<br>Greenwich, CT 06830<br>(203) 661-6000<br>ekrumeich@ibolaw.com |
| Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett St.<br>Houston, TX 77098<br>(713) 222-8080<br>shawnaf@gld-law.com | J.H. Trey Allen<br>Allen Law Firm<br>4514 Cole Avenue, Suite 705<br>Dallas, TX 75205<br>(214) 521-2300<br>trey@allenfirm.net |
| Jamie R. Kendall<br>William N. Riley<br>Price, Waicukauski, Riley & DeBrota, LLC<br>301 Massachusetts Ave<br>Indianapolis, IN 46204<br>jkendall@price-law.com<br>wriley@price-law.com | Joshua Aaron Machlus<br>Rumberger, Kirk & Caldwell, PA<br>300 S Orange Ave – Suite 1400<br>PO Box 1873<br>Orlando, FL 32802-1873<br>(407) 872-7300<br>jmachlus@rumberger.com |
| Kurt S. Kusiak<br>Robert Mendillo<br>Sally & Fitch, LLP<br>One Beacon St., 16th Floor<br>Boston, MA 02108<br>(617) 542-5542<br>ksk@sally-fitch.com<br>rmm@sally-fitch.com | W. Lewis Garrison, Jr.<br>William Louis Bross<br>Heninger Garrison Davis, LLC<br>2224 First Ave N<br>PO Box 11310<br>Birmingham, AL 35202<br>wlgarrison@hgdlawfirm.com<br>wlbross@hgdlawfirm.com |

| | |
|---|---|
| Mark. A. Koehn<br>Mark Allen Koehn, PC<br>429 Kansas City St – Ste 14<br>PO Box 9655<br>Rapid City, SD 57709-9655<br>(605) 394-5941<br>Whrfrat42@yahoo.com | L. Leonard Lundy<br>Lundy Law<br>19th Floor<br>1635 Market St.<br>Philadelphia, PA 19103<br>(215) 567-3000<br>llundy@lundylaw.com |
| Orran L. Brown<br>BrownGreer, PLC<br>Suite 400<br>115 S 15th St<br>Richmond, VA 23219-4209<br>(804) 521-7201<br>obrown@browngreer.com | Rachel G. Balaban<br>Sonnenschein, Nath & Rosenthal, LLP<br>24th Floor<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>(212) 768-6700<br>rbalaban@sonnenschein.com |
| Scott Elder<br>Alston & Bird, LLP<br>1201 W Peachtree St<br>Atlanta, GA 30309-3424<br>(404) 881-7000<br>scott.elder@alston.com | Sean K. McElligott<br>Koskoff, Koskoff & Bieder, PC<br>350 Fairfield Ave<br>Bridgeport, CT 066604<br>(203) 336-4421<br>smcelligott@koskoff.com |
| Spencer P. Browne<br>Heygood, Orr, Reyes, Pearson & Bartolomei<br>2331 W. Northwest Hwy., 2nd Floor<br>Dallas, TX 75220<br>(214) 526-7900<br>spencer@reyeslaw.com | Stephen A. Saltzburg<br>George Washington University Law School<br>2000 H Street NW<br>Washington, DC 20052<br>(202) 994-7089<br>ssaltz@law.gwu.edu |
| Windle Turley<br>T Nguyen<br>Turley Law Firm<br>1000 Turley Law Center<br>6440 N. Center Expwy.<br>Dallas, TX 75206<br>(214) 691-4025<br>win@wturley.com<br>tn@wturley.com | Eli Lilly & Company<br>Francis Edmund Pierce, III<br>Cooney, Mattson, Lance, Blackburn,<br>Richards & O'Connor<br>111 N Orange Ave – Ste 850<br>PO Box 4850<br>Orlando, FL 32802-4580<br>(407) 843-2100<br>fpierce@cmlbro.com |
| Tobias L. Millrood<br>Pogust, Braslow & Millrood, LLC<br>161 Washington St., Suite 1520<br>Conshohocken, PA 19428<br>(610) 641-4204<br>tmillrood@pbmattorneys.com | Tim K. Goss<br>Freese & Goss, PLLC<br>1031 Allen St., Suite 100<br>Dallas, TX 75204<br>(214) 550-5226<br>goss39587@aol.com |

| | |
|---|---|
| Thomas R. Julin<br>Hunton & Williams, LLP<br>Suite 2500<br>1111 Bricknell Ave.<br>Miami, FL 33131-1802<br>(305) 810-2500<br>tjulin@hunton.com | Tor A. Hoerman<br>SimmonsCooper, LLC<br>707 E. Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024<br>(618) 259-2222<br>thoerman@simmonscooper.com |
| William G. Rosch, III<br>Edward Repp<br>Rosch & Ross<br>4605 Post Oak Place Dr., Suite 224<br>Houston, TX 77027<br>(713) 222-9595<br>rosch@rosch-ross.com | W. Todd Harvey<br>Burke Harvey & Frankowski LLC<br>One Highland Place<br>2151 Highland Avenue, Suite 120<br>Birmingham, AL 35205<br>(205) 930-9091<br>tharvey@bhflegal.com |
| Russell O. Stewart<br>Nadia G. Malik<br>Faegre & Benson, LLP<br>Suite 3200<br>1700 Lincoln St<br>Denver, CO 80203-4532<br>(303) 607-3702<br>nmalik@faegre.com<br>mbeliveau@faegre.com<br>rstewart@faegre.com<br>lmcwhirt@faegre.com | Brett Austin Hiser<br>Patrick J. Mulligan<br>Eric Roberson<br>Reid Stewart<br>The Mulligan Law Firm<br>4514 Cole Avenue, Suite 300<br>Dallas, TX 75205-5412<br>(214) 219-9779<br>bhiser@mulliganlaw.com<br>pmulligan@mulliganlaw.com |
| Kenneth W. Smith<br>Sheller, PC<br>225 Reinekers Lane, Suite 690<br>Alexandria, VA 22314<br>(703) 778-5978<br>ksmith@sheller.com | Craig Ball<br>Craig D. Ball, PC<br>1101 Ridgecrest Drive<br>Austin, TX 78746<br>(512) 514-0182<br>craig@ball.net |
| Joe R. Whatley, Jr.<br>Whatley, Drake & Kallas, LLC<br>37th Floor<br>1540 Broadway<br>New York, NY 10036<br>(212) 447-7070<br>jwhatley@whatleydrake.com | Jason A. Perkins<br>Carlton Fields, PA<br>450 S. Orange Ave, Suite 500<br>P.O. Box 1171<br>Orlando, FL 32802-1171<br>(407) 849-0300<br>jperkins@carltonfields.com |