# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

VICKI ELAM v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP
MDL Case No. 6:09-cv-17247-Orl-22DAB

JOSHUA INGLE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP
MDL Case No. 6:09-cv-17252-Orl-22DAB

JOSEPH LANE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP
MDL Case No. 6:09-cv-17254-Orl-22DAB

HECTOR MONTANA v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP
MDL Case No. 6:09-cv-17256-Orl-22DAB

PAUL RICE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP
MDL Case No. 6:09-cv-17257-Orl-22DAB

CLEDITH SIZEMORE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP
MDL Case No. 6:09-cv-17259-Orl-22DAB

CHRISTINA STANLEY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP
MDL Case No. 6:09-cv-17261-Orl-22DAB

MACINE TURNER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP
MDL Case No. 6:09-cv-17263-Orl-22DAB

GLENN VIDITO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP
MDL Case No. 6:09-cv-17264-Orl-22DAB

_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion to Dismiss Cases of Plaintiffs Who Have Failed to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 1591), filed December 21, 2009, to which Plaintiffs in the above-captioned cases have not responded in opposition. Having considered the motion, the Court **ORDERS** as follows:

1. The Motion to Dismiss (Doc. 1591) is **GRANTED**.

2. All claims of Plaintiffs in the above-captioned cases are **DISMISSED WITHOUT PREJUDICE** for failure to timely serve upon Defendants verified Plaintiff Fact Sheets and records authorizations. No later than **80 days** from the date of this Order, Plaintiffs may file a motion to reinstate their claims provided they have served Defendants with a verified Plaintiff Fact Sheet and records authorizations. Plaintiffs shall attach to the motion a certification that AstraZeneca has been provided with all requested documents and shall also attach documentation of receipt of those documents. If Plaintiffs fail to properly move for reinstatement within the established time limit, their cases shall be dismissed with prejudice and closed without further notice.

3. The Clerk is directed to file a copy of this Order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 12, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge