UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____

This Document Relates to ALL CASES

_____

REPORT OF THE SPECIAL MASTER AND PROJECT
MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

REPORT NUMBER:  29

DATE:  JANUARY 15, 2010

## CONTENTS

**PAGE**

I.  INTRODUCTION ........................................................................................1

II. REPORT ON STATUS .............................................................................. 2

    A.  Case-Specific Discovery Program for Eleventh Circuit
        Trial Group.......................................................................................... 2

    B.  Actions by the PMO Relating to the Eleventh Circuit
        Trial Group.......................................................................................... 2

        1.  Contact Counsel for Case-Specific Discovery and
            Weekly Status Calls ................................................................... 2
        2.  Medical Records Acquisition and Scheduling of
            Physician Depositions................................................................ 3
        3.  Standard PMO Reports .............................................................. 3
        4.  Enhancements to the PMO Seroquel Website .......................... 4

    C.  Suspended Cases.................................................................................. 5

    D.  Special Master Escrow Account Information ....................................... 5

<div style="border:1px solid black; text-align:center">

**I.  INTRODUCTION**

</div>

At the Status Conference on August 22, 2007, the Court directed the Special

Master to submit a monthly report to the Court by the 15th of each month summarizing

the activities of the Special Master and the Project Management Office.  The Special

Master has filed the Reports identified in Table 1:

| Table 1 | SPECIAL MASTER REPORTS |
|---|---|
| **REPORT** | **DATE** |
| Report No. 1 | 9/14/08 |
| Report No. 2 | 10/15/07 |
| Report No. 3 | 11/13/07 |
| Report No. 4 and Supplemental Report | 12/14/07 12/18/07 |
| Report No. 5 | 1/15/08 |
| Report No. 6 | 2/15/08 |
| Report No. 7 | 3/14/08 |
| Report No. 8 | 4/15/08 |
| Report No. 9 | 5/15/08 |
| Report No. 10 | 6/16/08 |
| Report No. 11 | 7/15/08 |
| Report No. 12 | 8/15/08 |
| Report No. 13 | 9/15/08 |
| Report No. 14 | 10/15/08 |
| Report No. 15 | 11/14/08 |
| Report No. 16 | 12/15/08 |
| Report No. 17 | 1/15/09 |
| Report No. 18 | 2/13/09 |
| Report No. 19 | 3/13/09 |
| Report No. 20 | 4/15/09 |
| Report No. 21 | 5/15/09 |
| Report No. 22 | 6/15/09 |
| Report No. 23 | 7/15/09 |

| Table 1 | SPECIAL MASTER REPORTS |
|---------|------------------------|
| Report No. 24 | 8/12/09 |
| Report No. 25 | 9/15/09 |
| Report No. 26 | 10/15/09 |
| Report No. 27 | 11/13/09 |
| Report No. 28 | 12/15/09 |

## II.  REPORT ON STATUS

A.      **Case-Specific Discovery Program for Eleventh Circuit Trial Group.**

On November 23, 2009, the Court entered an Order designating thirty-eight

plaintiffs for trial and directing the Parties to employ the services of the Special Master

Plaintiff Management Office to supervise and coordinate case-specific discovery.  The

Special Master and the PMO then revived the processes for acquisition of medical

records for physicians in these cases and for scheduling depositions of physicians in these

cases.

B.      **Actions by the PMO Relating to the Eleventh Circuit Trial Group.**

1.      **Contact Counsel for Case-Specific Discovery and Weekly
        Status Calls.**

Holly W. Gibson of Blizzard, McCarthy & Nabers, LLP, has replaced Buffy

Martines as Plaintiff Contact Counsel for the program.  Russell O. Stewart of Faegre &

Benson LLP remains the Defendant Contact Counsel.  On December 18, 2009, the

Special Master resumed weekly status conferences by telephone with counsel for

Plaintiffs and counsel for Defendants to facilitate document production, deposition

scheduling, and other matters related to the Eleventh Circuit Trial Group.

      2.       **Medical Records Acquisition and Scheduling of Physician Depositions.**

On December 11, 2009, the Parties began submitting Physician information to the PMO for purposes of medical records collection.  The PMO is obtaining medical records from such physicians unless Defendants have notified the PMO that the Defendants have already obtained such records through their own service provider.

On January 7, 2010, the PMO received the first set of physician designations for depositions in the Eleventh Circuit Trial Group.  The PMO is currently working to schedule these first four depositions in the Gloria Grayson case.

The PMO has resumed posting the Seroquel Case-Specific Depositions Master Calendar on the website designed and hosted by the PMO to indicate the time, place and status of all depositions scheduled and taken in the Eleventh Circuit Trial Group.  The Parties are using this secure website to select physicians for deposition.

      3.       **Standard PMO Reports.**

The PMO has designed and coded into the PMO's Seroquel database application a set of standard Reports to apprise the Court and the parties of critical information on the activities of the PMO and the progress of case-specific discovery.  The PMO will post these Reports on the PMO website.  An authorized user of the website will be able to click on a Reports section of the Master Calendar home page and view the current version of each Report.  The following Table 2 identifies and describes these standard Reports.  A full set of the current Reports is attached to this Report as Exhibit 1.

| TABLE 2 | Seroquel PMO Summary Reports |
|---|---|
| **Physician Depositions Scheduling** | **SQ106**<br><br>**Seroquel PMO:  Physician Depositions Scheduling Report**<br><br>(Reports on the number of Physicians designated for cases in the months shown, and the progress of the PMO in scheduling such depositions.) |
| **Medical Records** | **SQ200A**<br><br>**Seroquel PMO:  Medical Records Status (*By Physician*)**<br><br>(Reports on the status of the PMO's acquisition of Medical Records from Physicians whose depositions have been scheduled but have not yet occurred, listed in alphabetical order by Physician last name.) |
| **Payments to Physicians** | **SQ300A**<br><br>**Seroquel PMO:  Special Master Escrow Account Summary**<br><br>(Reports a summary of deposits and payments made from the Special Master Escrow Account.) |

### 4.      Enhancements to the PMO Seroquel Website.

On January 11, 2010, the PMO began posting medical records to the secure PMO Seroquel website.  An authorized user of the website will be able to access and download these medical records for all Plaintiffs in the Eleventh Circuit Trial Group for whom records are collected by the PMO.  Access to the medical records is currently restricted to lead counsel for Plaintiffs and Defendants.  This process which provides medical records electronically to counsel will reduce the costs associated with copying and mailing paper copies of these records.

C.      **Suspended Cases.**

At the direction of the Parties, the PMO has placed on hold the cases of five

Plaintiffs listed in Table 3 and suspended any further work on these cases, as the Parties

have indicated that the case is subject to a dismissal motion or some question about

whether the action will proceed or will go forward in this forum:

| TABLE 3 | Suspended Cases | |
|---|---|---|
| | **Plaintiff** | **Case Number** |
| **1.** | Susan Courts | 6:08-cv-623-Orl-22DAB |
| **2.** | Judy Itter-Caldwell | 6:08-cv-848-Orl-22DAB |
| **3.** | William Lindsey | 6:08-cv-1495-Orl-22DAB |
| **4.** | Robert Stickney | 6:08-cv-621-Orl-22DAB |
| **5.** | Cody Tokheim | 6:08-cv-544-Orl-22DAB |

D.      **Special Master Escrow Account Information.**

The Special Master Escrow Account Summary Report (SQ300A, attached as

Exhibit 1) reflects that a total of $15,000 has been deposited into the Special Master

Escrow account since January 1, 2010 for work on the Eleventh Circuit Trial Group

cases.  From that amount, $2,294 has been paid to reimburse physicians for the cost of

copying their Medical Records.  The balance as of January 14, 2010, in the Special

Master Escrow account is $12,735.

The Special Master Escrow Account Physician Payment Details Report

(SQ301A) is available on-line at https://www.browngreer.com/seroquel.  This report

provides details of each payment made to each physician, the reason for the payment, and

the case to which the payment is related.

Respectfully submitted,

BROWNGREER PLC

By:      **s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

6

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2010, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a

copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and

Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.


           **s/ Orran L. Brown**

           Orran L. Brown
           Virginia State Bar No. 25832
           BrownGreer PLC
           115 South 15th Street, Suite 400
           Richmond, Virginia  23219
           Telephone:  (804) 521-7201
           Facsimile:  (804) 521-7299
           Email:  obrown@browngreer.com

## SERVICE LIST

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com |