*Confidential Information*

| SQ106 | Seroquel PMO: Physician Depositions Scheduling Report for 11th Circuit Trial Group (As of 1/15/10) | | |
|---|---|---|---|
| | **Status** | **Status Detail** | |
| 1. | Scheduled/ Concluded | Scheduled by Parties | 0 |
| 2. | | Scheduled/Rescheduled | 0 |
| 3. | | **Scheduled/Concluded Total** | **0** |
| 4. | Scheduled/ Pending | Scheduled/Rescheduled | 2 |
| 5. | | **Scheduled/Pending Total** | **2** |
| 6. | Currently Unable to Schedule | Hold Scheduling Efforts for Directions from Parties | 0 |
| 7. | | Unable to Locate Physician | 0 |
| 8. | | Physician Deceased | 0 |
| 9. | | **Currently Unable to Schedule Total** | **0** |
| 10. | Not Yet Scheduled | 48-Hour Packet Sent | 0 |
| 11. | | Contact Made/Awaiting Date from Physician | 1 |
| 12. | | Fees/Other Questions Delaying Scheduling | 0 |
| 13. | | Designation Received by PMO | 0 |
| 14. | | Messages Left for Return Call | 1 |
| 15. | | **Not Yet Scheduled Total** | **2** |
| 16. | | **Grand Total** | **4** |

# EXHIBIT 1

| SQ200A | Seroquel PMO:<br>Medical Records Status (By Physician)<br>(As of 1/15/10) | | | | |
|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/Prescriber** | **Deposition Date** | **Records Status** | **Date Sent to Parties** |
| 1. | Burckhard, Leonard | Brownshield, Lori | Prescribing | | Due at PMO 1/18/10 | |
| 2. | Burckhard, Leonard | Cabochan, Alberto V. | Treating | | Records Requested 1/14/10 | |
| 3. | Burckhard, Leonard | Faul, Jennifer | Prescribing | | Due at PMO 1/18/10 | |
| 4. | Burckhard, Leonard | Hamisch, Stephanie | Prescribing | | Due at PMO 1/18/10 | |
| 5. | Burckhard, Leonard | Kenney, Emmett | Prescribing | | Due at PMO 1/18/10 | |
| 6. | Burckhard, Leonard | Vetter, Richard T. | Treating | | Records Requested 1/14/10 | |
| 7. | Burgett, Robert | Brookwood Medical Center, Brookwood | Treating | | Due at PMO 1/21/10 | |
| 8. | Burgett, Robert | Carraway Hospital, Carraway Hospital | Treating | | Records Requested 1/12/10 | |
| 9. | Burgett, Robert | Harper, Christoper | Treating | | Received at PMO 12/31/09 | 1/3/10 |
| 10. | Burgett, Robert | Hillcrest Hospital, Hillcrest Hospital | Treating | | Due at PMO 1/19/10 | |
| 11. | Burgett, Robert | Hudson, Nolan | Treating | | Received at PMO 12/11/09 | 12/29/09 |
| 12. | Burgett, Robert | Julian, Joel | Treating | | Due at PMO 1/15/10 | |
| 13. | Burgett, Robert | Lacy, Lawrence | Treating | | Due at PMO 1/20/10 | |
| 14. | Burgett, Robert | LaRussa, Paul | Prescribing | | Received at PMO 12/30/09 | 12/30/09 |
| 15. | Burgett, Robert | Lucas, Joseph | Treating | | Due at PMO 1/15/10 | |
| 16. | Butler, Tammy | Merrill, Karis | Prescribing | | Records Requested 1/13/10 | |
| 17. | Butler, Tammy | Mumford, Amanda | Prescribing | | Records Requested 1/13/10 | |
| 18. | Butler, Tammy | The Kirklin, Clinic | Treating | | Due at PMO 1/19/10 | |
| 19. | Church, Cathy | Googe, Joseph | Treating | | PMO Not Requesting Records | |
| 20. | Courson, Roger | Bejamunde, Lupic | Treating | | Received at PMO 12/30/09 | 12/30/09 |
| 21. | Courson, Roger | Bettman, Elliott | Prescribing and Treating | | Received at PMO 1/5/10 | 1/5/10 |
| 22. | Courson, Roger | David, Charles | Treating | | Received at PMO 12/30/09 | 12/30/09 |
| 23. | Courson, Roger | Didenko, Taras | Prescribing | | Received at PMO 1/8/10 | 1/8/10 |
| 24. | Courson, Roger | Etter, Kevin M. | Prescribing | | Received at PMO 12/30/09 | 12/30/09 |
| 25. | Courson, Roger | Hines, VA Hospital | Treating | | Received at PMO 1/8/10 | 1/8/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 1/15/10) | | | | |
|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** | **Date Sent to Parties** |
| 26. | Courson, Roger | Irizarry, Eduard | Treating | | Received at PMO 12/30/09 | 12/30/09 |
| 27. | Courson, Roger | Kennedy, Richard | Treating | | Received at PMO 12/30/09 | 12/30/09 |
| 28. | Courson, Roger | Mouratev, Gueorgue I. | Treating | | Received at PMO 12/30/09 | 12/30/09 |
| 29. | Courson, Roger | Skibba, Carla | Treating | | Received at PMO 12/30/09 | 12/30/09 |
| 30. | Courson, Roger | Snoddy, Warren | Treating | | Received at PMO 12/30/09 | 12/30/09 |
| 31. | Courson, Roger | Thorne, Diane L. | Prescribing | | Records Requested 12/30/09 | |
| 32. | Courson, Roger | VAMC, Asheville | Treating | | Records Requested 1/13/10 | |
| 33. | Courson, Roger | VAMC, Dorn | Treating | | Received at PMO 12/30/09 | 12/30/09 |
| 34. | Courson, Roger | VAMC, Murfreesboro | Treating | | Due at PMO 4/15/10 | |
| 35. | Courson, Roger | VAMC, Salisbury | Treating | | Records Requested 1/13/10 | |
| 36. | Crooks-Hall, Mary H. | Jaouni, Hani | Treating | | Records Requested 1/8/10 | |
| 37. | Crooks-Hall, Mary H. | Moore, Karen | Treating | | Records Requested 1/8/10 | |
| 38. | Crooks-Hall, Mary H. | Srilata, Anne | Prescribing | | Records Requested 1/13/10 | |
| 39. | D'Angelo, Steven A | Paoli Hospital, Paoli | Treating | | Records Requested 1/5/10 | |
| 40. | D'Angelo, Steven A | Sparrow, Francis | Prescribing | | Records Requested 1/13/10 | |
| 41. | Davis, Michael | Abdulrauf, Ademola | Prescribing | | Received at PMO 12/30/09 | 1/14/10 |
| 42. | Davis, Michael | Ban, Martha | Prescribing | | Received at PMO 12/30/09 | |
| 43. | Davis, Michael | VA Hospital, VA Hospital - Cleveland | Treating | | Records Requested 1/12/10 | |
| 44. | Davis, Michael | VA Hospital, VA Hospital - San Diego | Treating | | Records Requested 1/12/10 | |
| 45. | Davis, Michael | VAMC, VAMC - Birmingham AL | Treating | | Due at PMO 2/9/10 | |
| 46. | Davis, Michael | VAMC, VAMC - Tuscaloosa AL | Treating | | Received at PMO 12/30/09 | 1/3/10 |
| 47. | Dickerson, Rebecca | Cates, Daphne | Treating | | Records Requested 1/6/10 | |
| 48. | Dickerson, Rebecca | Christ-Clement, Tracy | Treating | | Records Requested 1/6/10 | |
| 49. | Dickerson, Rebecca | Fenn, Tracy | Treating | | Records Requested 1/6/10 | |
| 50. | Dickerson, Rebecca | Keeler, Nancy | Treating | | Records Requested 1/6/10 | |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 1/15/10) | | | | |
|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** | **Date Sent to Parties** |
| 51. | Dickerson, Rebecca | Lawson, J.H. | Treating | | Records Requested 1/12/10 | |
| 52. | Dickerson, Rebecca | Scontsas, George J. | Prescribing | | Records Requested 1/6/10 | |
| 53. | Dickerson, Rebecca | Vu, Khanh | Treating | | Records Requested 1/6/10 | |
| 54. | Dickerson, Rebecca | Wilson, Darleane | Treating | | Records Requested 1/6/10 | |
| 55. | Grayson, Gloria J.A. | Buchanan, Connie | Prescribing | | PMO Not Requesting Records | 1/7/10 |
| 56. | Grayson, Gloria J.A. | Feldman, Jacqueline | Prescribing | | PMO Not Requesting Records | 1/7/10 |
| 57. | Grayson, Gloria J.A. | Foster, Anjanetta | Prescribing | | PMO Not Requesting Records | |
| 58. | Grayson, Gloria J.A. | Foster, Jill | Prescribing | | PMO Not Requesting Records | |
| 59. | Grayson, Gloria J.A. | Glaser, Wolfram | Prescribing | 1/28/10   9:00 AM | PMO Not Requesting Records | |
| 60. | Grayson, Gloria J.A. | Grayson, Garry S. | Treating | | Records Requested 1/14/10 | |
| 61. | Grayson, Gloria J.A. | Ifediba, Patrick E. | Treating | | PMO Not Requesting Records | |
| 62. | Grayson, Gloria J.A. | Kennedy, Amy | Prescribing | | PMO Not Requesting Records | |
| 63. | Grayson, Gloria J.A. | Moyo, Edwin | Prescribing | | PMO Not Requesting Records | |
| 64. | Grayson, Gloria J.A. | Schachter, Armand | Prescribing | | Records Requested 1/14/10 | |
| 65. | Harper-Howell, Kendra G. | Creson, Daniel | Prescribing | | Records Requested 12/29/09 | |
| 66. | Harper-Howell, Kendra G. | Cruz, Ramon | Treating | | Due at PMO 1/20/10 | |
| 67. | Harper-Howell, Kendra G. | Denton County, MHMR Center | Prescribing | | Received at PMO 1/7/10 | 1/7/10 |
| 68. | Harper-Howell, Kendra G. | Moolamalla, Praveen | Treating | | Received at PMO 12/23/09 | 12/29/09 |
| 69. | Harris, Shari L. | Bahrani, Khosrow | Treating | | Received at PMO 1/8/10 | |
| 70. | Harris, Shari L. | Benfield, II, Edward | Prescribing | | Records Requested 1/13/10 | |
| 71. | Harris, Shari L. | Cate, Louise | Treating | | Received at PMO 1/8/10 | |
| 72. | Harris, Shari L. | Crosby, Barbara | Treating | | Received at PMO 1/8/10 | |
| 73. | Harris, Shari L. | Gregory, Jerry | Treating | | Received at PMO 1/8/10 | |
| 74. | Harris, Shari L. | Motley, Maureen | Treating | | Received at PMO 1/8/10 | |
| 75. | Harris, Shari L. | Rajkumar, Sarala | Treating | | Records Requested 1/14/10 | |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 1/15/10) | | | | |
|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** | **Date Sent to Parties** |
| 76. | Harris, Shari L. | Sparks, E. Wayne | Prescribing | | Records Requested 1/13/10 | |
| 77. | Hebbler, Anna | Bradford Health Center, Bradford Health Center | Treating | | Records Requested 1/6/10 | |
| 78. | Hebbler, Anna | Bryce Hospital, Bryce Hospital | Treating | | Records Requested 1/14/10 | |
| 79. | Hebbler, Anna | Contreras, Rafael | Treating | | Received at PMO 1/12/10 | |
| 80. | Hebbler, Anna | Lakshimikantha, Kumbla | Prescribing | | Received at PMO 1/2/10 | 1/4/10 |
| 81. | Hebbler, Anna | Parthenia, CRNP, Oliver | Treating | | Received at PMO 1/12/10 | |
| 82. | Hebbler, Anna | Samson, Florino | Prescribing | | Received at PMO 1/2/10 | 1/4/10 |
| 83. | Howard, Kathleen | Artis, Jr., Issac A. | Treating | | Records Requested 1/7/10 | |
| 84. | Howard, Kathleen | Shanmugam, Kalpana | Prescribing | | Records Requested 1/7/10 | |
| 85. | Howard, Kathleen | Shelton, Pheston | Prescribing | | Records Requested 1/7/10 | |
| 86. | Howard, Kathleen | Venkataraman, Srimathi | Prescribing | | Records Requested 1/7/10 | |
| 87. | Howard, Kathleen | Wright, Marion E. | Prescribing | | Records Requested 1/7/10 | |
| 88. | Johnson, Terri L. | Ailing, Jeff B. | Treating | | Records Requested 1/7/10 | |
| 89. | Johnson, Terri L. | Richardson, John | Treating | | Records Requested 1/7/10 | |
| 90. | Johnson, Terri L. | Snow, Diane | Prescribing | | Records Requested 1/7/10 | |
| 91. | Johnson, Terri L. | Suppes, Patricia | Prescribing | | Records Requested 1/7/10 | |
| 92. | Lawson-Harper, Alice | Akfaly, N/A | Treating | | Received at PMO 1/7/10 | 1/8/10 |
| 93. | Lawson-Harper, Alice | Buggs, Mabelene | Treating | | Received at PMO 1/7/10 | 1/8/10 |
| 94. | Lawson-Harper, Alice | Lal, Roop | Treating | | Received at PMO 1/7/10 | 1/8/10 |
| 95. | Lawson-Harper, Alice | Meyer, John | Treating | | Received at PMO 1/7/10 | 1/8/10 |
| 96. | Lawson-Harper, Alice | Wallace, David | Treating | | Received at PMO 1/7/10 | 1/8/10 |
| 97. | Ledbetter, Tammy | Cleveland Regional Medical Center, Cleveland Regional Medical Center | Treating | | Due at PMO 1/22/10 | |
| 98. | Ledbetter, Tammy | Karner, Steve | Treating | | Records Requested 1/14/10 | |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 1/15/10) | | | | |
|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** | **Date Sent to Parties** |
| 99. | Ledbetter, Tammy | Knoelke, Michael | Prescribing | | Received at PMO 1/7/10 | 1/7/10 |
| 100. | Ledbetter, Tammy | Talbert, Philip | Treating | | Records Requested 1/14/10 | |
| 101. | Malachi, Darius | Chowdhury, Shabbir | Treating | | Records Requested 1/7/10 | |
| 102. | Malachi, Darius | Dalvi, Sanjiv | Prescribing | | Records Requested 1/7/10 | |
| 103. | Malachi, Darius | Ekechukwu, Chimona | Prescribing | | Records Requested 1/7/10 | |
| 104. | Malachi, Darius | Grello, Anthony | Treating | | Records Requested 1/7/10 | |
| 105. | Malachi, Darius | Khasru, Muhammed | Treating | | Records Requested 1/7/10 | |
| 106. | Malachi, Darius | Patel, Kamlesh | Prescribing | | Received at PMO 1/5/10 | 1/5/10 |
| 107. | McCormick, David | Ahmed, Bilal | Prescribing | | Records Requested 1/6/10 | |
| 108. | McCormick, David | Barada, M | Treating | | Received at PMO 1/12/10 | |
| 109. | McCormick, David | County Hospital, Claiborne | Treating | | Received at PMO 12/30/09 | 1/3/10 |
| 110. | McCormick, David | Debusk, Charles | Treating | | Received at PMO 1/12/10 | |
| 111. | McCormick, David | Quigley, Kimberly | Prescribing | | Records Requested 1/8/10 | |
| 112. | McCormick, David | Smith, William | Treating | | Received at PMO 1/12/10 | |
| 113. | Morales, Carolyn S. | Douglass, Doug | Treating | | Received at PMO 1/6/10 | 1/7/10 |
| 114. | Morales, Carolyn S. | Harrell, Angelica | Prescribing | | Received at PMO 1/13/10 | 1/13/10 |
| 115. | Morales, Carolyn S. | Larned, David L | Prescribing | | Received at PMO 1/6/10 | 1/7/10 |
| 116. | Morales, Carolyn S. | Le, David | Treating | | Records Requested 1/13/10 | |
| 117. | Morales, Carolyn S. | Payne, Janet | Prescribing | | Received at PMO 1/13/10 | 1/13/10 |
| 118. | Morales, Carolyn S. | Simpson, Sherrie M | Prescribing | | Received at PMO 1/13/10 | 1/13/10 |
| 119. | Morales, Carolyn S. | Sneed, Jonathan | Prescribing | | Received at PMO 1/13/10 | 1/13/10 |
| 120. | Morales, Carolyn S. | St. Laurent, Matthew | Treating | | Records Requested 1/7/10 | |
| 121. | Morales, Carolyn S. | Stuart, James H. | Prescribing | | Due at PMO 1/18/10 | |
| 122. | Murawski, Melissa | Bernstein, Jerry | Treating | | Received at PMO 1/7/10 | 1/7/10 |
| 123. | Murawski, Melissa | Schwartz, Marvin | Prescribing | | Records Requested 1/6/10 | |
| 124. | Nelson, Shirley | Bobet, Myrna | Prescribing | | Records Requested 1/6/10 | |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 1/15/10) | | | | |
|---|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** | **Date Sent to Parties** |
| 125. Nelson, Shirley | Massey, George | Treating | | Received at PMO 1/5/10 | 1/5/10 |
| 126. Nelson, Shirley | Yeager, Charles | Treating | | Received at PMO 1/5/10 | 1/5/10 |
| 127. O'Neal, Amy | Brown, Kevin | Treating | | Records Requested 1/6/10 | |
| 128. O'Neal, Amy | Cezar, Teresa | Treating | | Records Requested 1/6/10 | |
| 129. O'Neal, Amy | Faulk, David | Treating | | Received at PMO 1/14/10 | 1/14/10 |
| 130. O'Neal, Amy | Headley, William | Treating | | Received at PMO 1/2/10 | 1/4/10 |
| 131. O'Neal, Amy | Mohr, Janet | Prescribing | | Records Requested 1/13/10 | |
| 132. O'Neal, Amy | Phillips, Robert | Treating | | Received at PMO 1/2/10 | 1/4/10 |
| 133. Orr, Sherrie L. | Burger, Charles | Treating | | Received at PMO 1/12/10 | |
| 134. Orr, Sherrie L. | Wadley, C. Hughes | Treating | | Received at PMO 1/13/10 | 1/13/10 |
| 135. Orr, Sherrie L. | Yank, Glenn R. | Prescribing | | Records Requested 1/6/10 | |
| 136. Payne, Debra | Concepcion, Noel | Treating | | Received at PMO 1/4/10 | |
| 137. Payne, Debra | Kerwin, David | Prescribing | | Received at PMO 1/5/10 | 1/5/10 |
| 138. Payne, Debra | Ross, Charles | Treating | | Received at PMO 1/4/10 | 1/4/10 |
| 139. Reedy, Robert | Jarrett, David B. | Prescribing | | Records Requested 1/12/10 | |
| 140. Reedy, Robert | Jones, Ed | Prescribing | | Records Requested 1/14/10 | |
| 141. Reedy, Robert | Joye, David B. | Prescribing | | Records Requested 1/6/10 | |
| 142. Reedy, Robert | Leonard, Cynthia | Prescribing | | Records Requested 1/11/10 | |
| 143. Reedy, Robert | McClean, James | Treating | | Records Requested 1/11/10 | |
| 144. Reedy, Robert | Nifong, Ted | Prescribing | | Received at PMO 1/12/10 | |
| 145. Reedy, Robert | Palmer, William | Treating | | Records Requested 1/6/10 | |
| 146. Reese, Oretha | Billett, William | Prescribing | | Received at PMO 1/7/10 | 1/8/10 |
| 147. Reese, Oretha | Franklin, James | Prescribing | | Records Requested 1/12/10 | |
| 148. Reese, Oretha | Hamilton, Walter D. | Treating | | Records Requested 1/12/10 | |
| 149. Reese, Oretha | Maxwell, David | Prescribing | | Records Requested 1/6/10 | |
| 150. Reese, Oretha | Overstreet, Danette | Prescribing | | Received at PMO 1/7/10 | 1/8/10 |
| 151. Robinson, Theresa | Eades, James F. | Treating | | Due at PMO 1/18/10 | |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 1/15/10) | | | | |
|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** | **Date Sent to Parties** |
| 152. | Robinson, Theresa | Krell, Ted | Prescribing | | Received at PMO 12/31/09 | 1/3/10 |
| 153. | Robinson, Theresa | Medical Branch, University of Texas | Treating | | Records Requested 1/14/10 | |
| 154. | Robinson, Theresa | Methodist Hospital, San Jacinto | Treating | | Records Requested 12/28/09 | |
| 155. | Robinson, Theresa | Rollo, Roberto | Treating | | Records Requested 1/7/10 | |
| 156. | Robinson, Theresa | Ward, Phillip | Treating | | Records Requested 1/7/10 | |
| 157. | Scott, Sandra H. | Gill, Satwant | Prescribing | | Records Requested 1/7/10 | |
| 158. | Scott, Sandra H. | Kumaran, Thurai | Treating | | Records Requested 1/7/10 | |
| 159. | Scott, Sandra H. | Pfeiffer, Paul | Treating | | Records Requested 1/12/10 | |
| 160. | Scott, Sandra H. | Zeitouni, Nader | Treating | | Due at PMO 1/18/10 | |
| 161. | Varju, Jimmie | Beam, Brian | Treating | | Records Requested 1/8/10 | |
| 162. | Varju, Jimmie | Brown, Nicholas | Treating | | Records Requested 1/8/10 | |
| 163. | Varju, Jimmie | Cebul, Frank | Treating | | Records Requested 1/8/10 | |
| 164. | Varju, Jimmie | Helmuth, Dennis | Prescribing | | Received at PMO 1/11/10 | |
| 165. | Varju, Jimmie | Morris, Gene | Treating | | Records Requested 1/8/10 | |
| 166. | Varju, Jimmie | Sanford, Peter | Treating | | Records Requested 1/8/10 | |
| 167. | Varju, Jimmie | Syed, Asma | Treating | | Records Requested 1/8/10 | |
| 168. | Williams, Wayne | Abrams, Richard | Prescribing | | Received at PMO 1/7/10 | 1/8/10 |
| 169. | Williams, Wayne | Awosika, Olukayode O. | Prescribing | | Received at PMO 1/4/10 | 1/4/10 |
| 170. | Williams, Wayne | Kayali, Muhanned | Treating | | Received at PMO 1/7/10 | 1/8/10 |
| 171. | Williams, Wayne | Lincoln Park Hospital, Lincoln Park Hospital | Treating | | Received at PMO 1/12/10 | 1/13/10 |
| 172. | Williams, Wayne | Sadek, Hisham | Prescribing | | Received at PMO 1/7/10 | 1/8/10 |
| 173. | Williams, Wayne | St. Anthony Hospital, St. Anthony Hospital | Treating | | Due at PMO 1/18/10 | |
| 174. | Young, Matthew | Allsop, Jennifer | Treating | | Received at PMO 1/4/10 | 1/4/10 |
| 175. | Young, Matthew | Lee, Han | Prescribing | | Received at PMO 12/30/09 | 12/30/09 |

*Confidential Information*

| SQ300A | Seroquel PMO: Special Master Escrow Account Summary (As of 1/15/10) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | Beginning Balance | $29.67 |
| 2. | Deposits | $15,000.00 |
| 3. | Physician Fee Payments | ($0.00) |
| 4. | Physician Costs for Medical Records | ($2,294.18) |
| 5. | Federal Express Expenses | ($0.00) |
| 6. | Bank Fees | ($0.00) |
| 7. | Ending Balance   (1/15/10) | $12,735.49 |