# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

This Order relates to the thirty-eight cases scheduled for trial in the Middle District of Florida in 2011. *See* Doc. 1586. In lieu of holding an in-person status conference, the Court **ORDERS** as follows:

1. On or before February 15, 2010, the parties shall submit a joint status report detailing the progress of case specific discovery and trial preparation in these cases. The parties shall describe any substantive or procedural pretrial issues that require immediate attention by the Court with regard to these cases, and shall inform the Court whether and to what extent the PMO is being employed for case-specific discovery.

2. Having thoroughly reviewed the parties' briefs with regard to federal preemption, the Court is considering addressing the issue via jury trial by employing a panel of jurors to consider preemption apart from a full jury trial. As part of their joint status report, the parties are instructed to submit their views on the feasibility of this approach.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 14, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge