# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | MDL DOCKET No. 1769<br>6:06-MD-1769-ORL-22DAB |
| This document relates to:<br><br>No. 6:10-cv-00031-ACC-DAB<br>*Lynn Marie Malone v. Astrazeneca Pharmaceuticals, LP, et al.* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David P. Matthews hereby enters his appearance as counsel of record for Plaintiff, Lynn Marie Malone, in the above-referenced cause of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Respectfully submitted on this, the 19th day of January, 2010.

> */s/ David P. Matthews*
> DAVID P. MATTHEWS
> Federal Bar No.: 11816
> MATTHEWS & ASSOCIATES
> 2905 Sackett St.
> Houston, Texas 77098
> Phone:     713/222-8080
> Facsimile:  713/222-0066
> dmatthews@thematthewslawfirm.com
>
> **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel on the Service List for this case.

*/s/ David P. Matthews*
DAVID P. MATTHEWS
Federal Bar No.: 11816
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, Texas 77098
Phone:    713/222-8080
Facsimile: 713/222-0066
dmatthews@thematthewslawfirm.com

**Attorney for Plaintiff**