**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation
MDL Docket No. 1769**

**This Document Relates to:**

| | |
|---|---|
| *Victoria Amirault v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00011* |
| *Christal Anderson v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00012* |
| *Kim M. Clark v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00013* |
| *Victoria Turner v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00014* |
| *Gregorio Valadez, Jr. v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00015* |
| *Cynthia Brooks v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00016* |
| *Shirley Wachlin v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00017* |
| *Matthew Q. Dawson v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00018* |
| *Christina English v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00019* |
| *Jesse Haney, III v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00020* |
| *Thomas Hobson v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00021* |
| *Dennis W. Rice v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00022* |
| *Suann M. Rice v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00023* |
| *Burt W. Simmons v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00024* |
| *Tami S. Terry v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00025* |
| *Rosemary P. Josefowicz v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00026* |
| *Crystal Nichols v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00027* |
| *Eric L. Rector v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00028* |
| *Susie H. Rhoades v. AstraZeneca Pharm., LP, et al.* | *Case No. 6:10-cv-00029* |

**MOTION AND SUPPORTING MEMORANDUM TO RETURN TO THE
TRIAL GROUP THE 19 PLAINTIFFS WHO VOLUNTARILY DISMISSED
THEIR CASES BUT THEN RE-FILED IN ANOTHER COURT**

As the Court will recall, the 19 plaintiffs identified above unilaterally dismissed their cases within four hours of the Court's announcing that they would be included in the Eleventh Circuit Trial Group (along with 35 other plaintiffs). Within seven days of dismissing their cases, however, these 19 plaintiffs re-filed in another federal district court, and plaintiffs' cases have since been transferred once again to this MDL. Accordingly,

AstraZeneca hereby moves this Court to return these 19 plaintiffs to the Eleventh Circuit Trial Group and subject their cases to case-specific discovery, as the Court originally contemplated. In support of its motion, AstraZeneca states as follows:

1.      At the status conference on November 18, 2009, this Court announced its creation of the Eleventh Circuit Trial Group bellwether program, in which 54 cases filed in district courts in the Eleventh Circuit by non-Florida residents would be subject to case-specific discovery, *Daubert* and dispositive motions, and, if necessary, trial. *See* 11/18/09 Hearing Tr. at 25:3-28:16.

2.      Within four hours of the Court's announcement, 19 of the 54 plaintiffs (identified in the caption of this Motion) unilaterally dismissed their cases.[1]

3.      Within seven days of dismissing their cases, the very same 19 plaintiffs re-filed their cases in the United States District Court for the District of Minnesota. (Plaintiffs did so even though only 2 of the 19 reside in Minnesota.[2]) The Complaints that plaintiffs filed in Minnesota essentially are duplicates of the Complaints that plaintiffs had filed in the Middle District of Florida and then dismissed. *Compare, e.g.,* Complaint, *Amirault v. AstraZeneca Pharm. LP, et al.*, MDL Case No. 6:09-cv-934 (Doc. No. 2) *with* Complaint, *Amirault v. AstraZeneca Pharm. LP, et al.*, MDL Case No. 6:10-cv-00011 (Doc. No. 2).

---

[1] Because these plaintiffs had not served AstraZeneca with their Complaints and, therefore, AstraZeneca had not yet answered the Complaints, plaintiffs were able to dismiss their cases voluntarily without AstraZeneca's consent or the Court's permission, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

[2] The other 17 plaintiffs reside in Alabama, California, Indiana, Kansas, Massachusetts, Maine, Michigan, North Carolina, Oklahoma, Pennsylvania, South Carolina, Tennessee, and Texas.

4.  On December 17, 2009, the Judicial Panel on Multidistrict Litigation entered a Conditional Transfer Order (CTO-98) that transferred these 19 plaintiffs' cases back to this MDL. CTO-98 was entered in this MDL on January 6, 2010. *See* 1/6/10 Conditional Transfer Order (CTO-98) (MDL Doc. No. 1594).

5.  Throughout this litigation, plaintiffs repeatedly have proclaimed their desire to move forward as expeditiously as possible with discovery and trial, and have accused AstraZeneca of promoting delay. The moment their cases were selected for discovery, motion practice, and possible trial, however, these 19 plaintiffs executed a blatant "end run" around this Court's plan for the prompt resolution of their cases, pulling them out of the bellwether program in an apparent attempt to avoid case-specific discovery and summary judgment motions.

6.  AstraZeneca submits that this Court should return these 19 cases to the Eleventh Circuit Trial Group so that the Court can oversee discovery, decide *Daubert* motions, and resolve any summary judgment motions, as it originally contemplated.[3] If these plaintiffs believe in their cases, they should be willing to litigate them; if the cases are meritless, plaintiffs should dismiss them with prejudice, not attempt by dismissing and re-filing to circumvent the procedures this Court has established.

---

[3] Although this Court need not address this issue now, it should be noted that if the Court were so inclined, it still could most likely try any of these 19 cases that survive summary judgment. Plaintiffs' procedural maneuver has deprived this Court of the ability to try their cases *before* remand, *see Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998), but the Court could seek appointment as a visiting judge in the Eighth Circuit to try the cases *after* remand. *See* 28 U.S.C. § 292(d).

7. The Court's Orders of December 16, 2009 divided the Eleventh Circuit Trial Group into two subgroups, subject to different schedules. *See, e.g.,* MDL Case No. 6:06-cv-1135, Doc. No. 6; MDL Case No. 6:09-cv-111, Doc. No. 6. Because these 19 plaintiffs have not yet even served Fact Sheets, AstraZeneca suggests that their cases be included in the subgroup with the later deadlines. *See* MDL Case No. 6:09-cv-111, Doc. No. 6.

WHEREFORE, AstraZeneca respectfully requests that the 19 cases identified herein be reinstated as part of the Eleventh Circuit Trial Group, and that they be subject to case-specific discovery and *Daubert* and dispositive motion practice in this MDL.

DATED: January 22, 2010                    Respectfully Submitted,


/s/ Fred T. Magaziner
Fred T. Magaziner
Shane T. Prince
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
fred.magaziner@dechert.com
shane.prince@dechert.com

*/s/ Chris S. Coutroulis*
Chris S. Coutroulis (Fla. Bar No. 300705)
Robert L. Ciotti (Fla. Bar No. 333141)
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, FL  22607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
ccoutroulis@carltonfields.com
rciotti@carltonfields.com

*Counsel for AstraZeneca LP and AstraZeneca Pharmaceuticals LP*

## CERTIFICATE OF CONFERENCE

In accordance with Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, I hereby certify that moving counsel has conferred with plaintiffs' counsel regarding the issues raised by this Motion, but counsel have not agreed on the resolution of those issues.

/s/ *Shane T. Prince*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 22, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on Plaintiffs' Liaison Counsel, who is charged with serving non-CM/ECF participants on the attached Service List.

/s/ *Shane T. Prince*

# SERVICE LIST

## In re: Seroquel Products Liability Litigation
## MDL Docket No. 1769

| | |
|---|---|
| Camp Bailey<br>Michael W. Perrin<br>Fletcher Trammell<br>Laurence Tien<br>Robert W. Cowan<br>F. Kenneth Bailey, Jr.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>(713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>ltien@bpblaw.com<br>rcowan@bpblaw.com<br>kbailey@bpblaw.com<br>*Plaintiffs' Lead Counsel* | Paul J. Pennock<br>Michael E. Pederson<br>Ellen Relkin<br>Weitz & Luxenberg, P.C.<br>700 Broadway<br>New York, NY 10003<br>(212) 558-5500<br>ppennock@weitzlux.com<br>mpederson@weitzlux.com<br>erelkin@weitzlux.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>(407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>(713) 751-0025<br>tfibich@fhl-law.com |
| Robert L. Ciotti<br>Chris S. Coutroulis<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>(813) 223-7000<br>rciotti@carltonfields.com<br>ccoutroulis@carltonfields.com | E. Ashley Cranford<br>Michael M. Breit<br>Whatley Drake & Kallas, LLC<br>2001 Park Place N – Ste 1000<br>PO Box 10647<br>Birmingham, AL 35203<br>(205) 328-9576<br>mbreit@whatleydrake.com<br>ecf@whatleydrake.com |
| Keith M. Jensen<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>(817) 334-0762<br>kj@kjensenlaw.com | Scott Allen<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019<br>(713) 650-6600<br>sallen@crusescott.com |

| | |
|---|---|
| Matthew E. Lundy<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>(281) 272-0797<br>mlundy@lundydavis.com | Robert L. Salim<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>(318) 352-5999<br>robertsalim@cp-tel.net |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>(816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>(281) 335-7744<br>bschwartz@galyen.com |
| John Driscoll<br>Seth S. Webb<br>Brown & Crouppen, PC<br>Suite 1800<br>720 Olive St.<br>St. Louis, MO 63101<br>(314) 421-0216<br>jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com<br>swebb@brownandcrouppen.com | Mark P. Robinson, Jr.<br>Ted B. Wacker<br>Karen Barth Menzies<br>Carlos A. Prietto, III<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>(949) 720-1288<br>mrobinson@rcrlaw.net<br>twacker@rcrlaw.net<br>kbmenzies@rcrlaw.net |
| Elizabeth Raines<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>(816) 471-2121<br>raines@bscr-law.com | Todd S. Hageman<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>(314) 241-2929<br>thageman@spstl-law.com |

| | |
|---|---|
| Thomas F. Campion<br>Steven M. Selna<br>Heidi Elizabeth Hilgendorff<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047<br>(973) 360-1100<br>thomas.campion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Bryan Frederick Aylstock<br>Debra Renee Sherrer Baggett<br>Daniel J. Thornburgh<br>Justin Witkin<br>Aylstock, Witkin & Sasser, PLC<br>803 N Palafox St<br>Pensacola, FL 32503<br>(850) 916-7450<br>baylstck@awkolaw.com<br>jwitkin@awkolaw.com<br>ablankenship@aws-law.com<br>noverholtz@aws-law.com<br>rbaggett@awkolaw.com |
| Kenneth W. Bean<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>(314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | Timothy Reese Balducci<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>(662) 728-3138<br>tbalducci@langstonlaw.com |
| Aaron K. Dickey<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>(618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>(215) 981-4000<br>hamiltonm@pepperlaw.com |
| Gregory P. Forney<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>(816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** | David P. Matthews<br>Lizy Santiago<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>(713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>(281) 335-7744 | Jona R. Hefner<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>(405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>(713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Margaret S. Osborne<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>elizabeth.balakhani@dechert.com<br>margaret.osborne@dechert.com | Lawrence J. Gornick<br>William A. Levin<br>Dennis J. Canty<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>(415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>(713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |
| John C. Evans<br>Specter Specter Evans & Manogue, P.C.<br>26th Floor, Koppers Building<br>Pittsburg, PA 15219<br>(412) 642-2300<br>jce@ssem.com | Rhett A. McSweeney<br>McSweeney & Fay<br>2116 Second Avenue South<br>Minneapolis, MN 55404<br>(612) 333-6900 |
| Michael Davis<br>James Mizgala<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com | Philip Bohrer<br>Scott E. Brady<br>Bohrer Law Firm, L.L.C<br>8712 Jefferson Hwy, Suite B<br>Baton Rogue, LA 70809<br>(225) 925-5297<br>phil@bohrerlaw.com<br>scott@bohrerlaw.com |
| Christopher Thomas Kirchmer<br>Provost Umphrey, LLP<br>490 Park St<br>PO Box 4905<br>Beaumont, TX 77704<br>(409) 835-6000<br>ckrichmer@provostumphrey.com | Ed Blizzard<br>Holly M. Wheeler<br>J. Scott Nabers<br>Blizzard McCarthy & Nabers, LLP<br>440 Louisiana St., Suite 1710<br>Houston, TX 77002-1689<br>eblizzardlaw.com |

| | |
|---|---|
| Brian J. McCormick<br>Sheller, PC<br>1528 Walnut Street, 3rd Floor<br>Philadelphia, PA 19102<br>(215) 790-7325<br>bjmccormick@sheller.com | Brian S. Kaplan<br>Kasowitz, Benson, Torres & Friedman<br>1633 Broadway<br>New York, NY 10019-6022<br>(212) 506-1700<br>bkaplan@kasowitz.com |
| Matthew F. Pawa<br>Benjamin A. Krass<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>(617) 641-9550<br>mp@pawalaw.com<br>bkrass@pawalaw.com | David L. Friend<br>Hissey Kientz, LLP<br>Arboretum Plaza One<br>9442 Capital of Texas Highway N.,<br>Suite 400<br>Austin, TX 78759<br>(512) 320-9100<br>dfriend@hkllp.com |
| James T. Capretz<br>Don K. Ledgard<br>Capretz & Associates<br>Suite 2500<br>5000 Birch St<br>Newport Beach, CA 92660<br>DLedgard@capretz.com | Edward T. Krumeich<br>Ivey, Barnum & O'Mara, LLC<br>170 Mason St<br>PO Box 1689<br>Greenwich, CT 06830<br>(203) 661-6000<br>ekrumeich@ibolaw.com |
| Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett St.<br>Houston, TX 77098<br>(713) 222-8080<br>shawnaf@gld-law.com | J.H. Trey Allen<br>Allen Law Firm<br>4514 Cole Avenue, Suite 705<br>Dallas, TX 75205<br>(214) 521-2300<br>trey@allenfirm.net |
| Jamie R. Kendall<br>William N. Riley<br>Price, Waicukauski, Riley & DeBrota, LLC<br>301 Massachusetts Ave<br>Indianapolis, IN 46204<br>jkendall@price-law.com<br>wriley@price-law.com | Joshua Aaron Machlus<br>Rumberger, Kirk & Caldwell, PA<br>300 S Orange Ave – Suite 1400<br>PO Box 1873<br>Orlando, FL 32802-1873<br>(407) 872-7300<br>jmachlus@rumberger.com |
| Kurt S. Kusiak<br>Robert Mendillo<br>Sally & Fitch, LLP<br>One Beacon St., 16th Floor<br>Boston, MA 02108<br>(617) 542-5542<br>ksk@sally-fitch.com<br>rmm@sally-fitch.com | W. Lewis Garrison, Jr.<br>William Louis Bross<br>Heninger Garrison Davis, LLC<br>2224 First Ave N<br>PO Box 11310<br>Birmingham, AL 35202<br>wlgarrison@hgdlawfirm.com<br>wlbross@hgdlawfirm.com |

| | |
|---|---|
| Mark. A. Koehn<br>Mark Allen Koehn, PC<br>429 Kansas City St – Ste 14<br>PO Box 9655<br>Rapid City, SD 57709-9655<br>(605) 394-5941<br>Whrfrat42@yahoo.com | L. Leonard Lundy<br>Lundy Law<br>19th Floor<br>1635 Market St.<br>Philadelphia, PA 19103<br>(215) 567-3000<br>llundy@lundylaw.com |
| Orran L. Brown<br>BrownGreer, PLC<br>Suite 400<br>115 S 15th St<br>Richmond, VA 23219-4209<br>(804) 521-7201<br>obrown@browngreer.com | Rachel G. Balaban<br>Sonnenschein, Nath & Rosenthal, LLP<br>24th Floor<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>(212) 768-6700<br>rbalaban@sonnenschein.com |
| Scott Elder<br>Alston & Bird, LLP<br>1201 W Peachtree St<br>Atlanta, GA 30309-3424<br>(404) 881-7000<br>scott.elder@alston.com | Sean K. McElligott<br>Koskoff, Koskoff & Bieder, PC<br>350 Fairfield Ave<br>Bridgeport, CT 066604<br>(203) 336-4421<br>smcelligott@koskoff.com |
| Spencer P. Browne<br>Heygood, Orr, Reyes, Pearson & Bartolomei<br>2331 W. Northwest Hwy., 2nd Floor<br>Dallas, TX 75220<br>(214) 526-7900<br>spencer@reyeslaw.com | Stephen A. Saltzburg<br>George Washington University Law School<br>2000 H Street NW<br>Washington, DC 20052<br>(202) 994-7089<br>ssaltz@law.gwu.edu |
| Windle Turley<br>T Nguyen<br>Turley Law Firm<br>1000 Turley Law Center<br>6440 N. Center Expwy.<br>Dallas, TX 75206<br>(214) 691-4025<br>win@wturley.com<br>tn@wturley.com | Eli Lilly & Company<br>Francis Edmund Pierce, III<br>Cooney, Mattson, Lance, Blackburn,<br>Richards & O'Connor<br>111 N Orange Ave – Ste 850<br>PO Box 4850<br>Orlando, FL 32802-4580<br>(407) 843-2100<br>fpierce@cmlbro.com |
| Tobias L. Millrood<br>Pogust, Braslow & Millrood, LLC<br>161 Washington St., Suite 1520<br>Conshohocken, PA 19428<br>(610) 641-4204<br>tmillrood@pbmattorneys.com | Tim K. Goss<br>Freese & Goss, PLLC<br>1031 Allen St., Suite 100<br>Dallas, TX 75204<br>(214) 550-5226<br>goss39587@aol.com |

| | |
|---|---|
| Thomas R. Julin<br>Hunton & Williams, LLP<br>Suite 2500<br>1111 Bricknell Ave.<br>Miami, FL 33131-1802<br>(305) 810-2500<br>tjulin@hunton.com | Tor A. Hoerman<br>SimmonsCooper, LLC<br>707 E. Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024<br>(618) 259-2222<br>thoerman@simmonscooper.com |
| William G. Rosch, III<br>Edward Repp<br>Rosch & Ross<br>4605 Post Oak Place Dr., Suite 224<br>Houston, TX 77027<br>(713) 222-9595<br>rosch@rosch-ross.com | W. Todd Harvey<br>Burke Harvey & Frankowski LLC<br>One Highland Place<br>2151 Highland Avenue, Suite 120<br>Birmingham, AL 35205<br>(205) 930-9091<br>tharvey@bhflegal.com |
| Russell O. Stewart<br>Nadia G. Malik<br>Faegre & Benson, LLP<br>Suite 3200<br>1700 Lincoln St<br>Denver, CO 80203-4532<br>(303) 607-3702<br>nmalik@faegre.com<br>mbeliveau@faegre.com<br>rstewart@faegre.com<br>lmcwhirt@faegre.com | Brett Austin Hiser<br>Patrick J. Mulligan<br>Eric Roberson<br>Reid Stewart<br>The Mulligan Law Firm<br>4514 Cole Avenue, Suite 300<br>Dallas, TX 75205-5412<br>(214) 219-9779<br>bhiser@mulliganlaw.com<br>pmulligan@mulliganlaw.com |
| Kenneth W. Smith<br>Sheller, PC<br>225 Reinekers Lane, Suite 690<br>Alexandria, VA 22314<br>(703) 778-5978<br>ksmith@sheller.com | Craig Ball<br>Craig D. Ball, PC<br>1101 Ridgecrest Drive<br>Austin, TX 78746<br>(512) 514-0182<br>craig@ball.net |
| Joe R. Whatley, Jr.<br>Whatley, Drake & Kallas, LLC<br>37th Floor<br>1540 Broadway<br>New York, NY 10036<br>(212) 447-7070<br>jwhatley@whatleydrake.com | Jason A. Perkins<br>Carlton Fields, PA<br>450 S. Orange Ave, Suite 500<br>P.O. Box 1171<br>Orlando, FL 32802-1171<br>(407) 849-0300<br>jperkins@carltonfields.com |