A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Jan 28, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 13, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION                    MDL No. 1769

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-99)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 890 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 28, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**         MDL No. 1769

### SCHEDULE CTO-99 - TAG-ALONG ACTIONS

**DIST.DIV.C.A. #**          **CASE CAPTION**

**MINNESOTA**
  MN  0  08-5977          Michael Frayne v. AstraZeneca Pharmaceuticals, LP, et al.

**NORTH CAROLINA WESTERN**
  NCW 3  09-525           Kevin Glover v. AstraZeneca Pharmaceuticals, LP, et al.

**NEW JERSEY**
  NJ  3  09-2248          Dawna Duncombe v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2249          Wangosha Feemster v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2250          Amy Hatch v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2251          Jason Nennig v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2252          James Pittman v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2253          Lyneal Mikel v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2254          Juanita Pollard v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2255          Ken Potter v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2256          Edward Price v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2257          Jimmy E. Smith, Jr. v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2258          Barbara Tayamen-Ballin, etc. v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2291          Nancy Mancini v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2293          Victoria Ripley v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2295          Joseph Thornton v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2296          Jeanne Weisz v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2297          Brenda Warren v. AstraZeneca Pharmaceuticals, LP, et al.
  NJ  3  09-2496          Patricia Ann Temple-Thrash v. AstraZeneca Pharmaceuticals, LP, et al.