# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____

This Document Relates to ALL CASES

_____

# REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

REPORT NUMBER:  30

DATE:  FEBRUARY 15, 2010

## **CONTENTS**

**PAGE**

I. INTRODUCTION .................................................................................................. 1

II. REPORT ON STATUS ......................................................................................... 2

    A. Case-Specific Discovery Program for Eleventh Circuit Trial Group.......................................................................................... 2

    B. Suspended Cases ................................................................................. 3

    C. Actions by the PMO Relating to the Eleventh Circuit Trial Group.......................................................................................... 3

        1. Contact Counsel for Case-Specific Discovery and Weekly Status Calls……………………………………………….3
        2. Medical Records Acquisition and Scheduling of Physician Depositions .................................................................. 4
        3. Standard PMO Reports ................................................................ 4
        4. Enhancements to the PMO Seroquel Website…………………..5

    D. Special Master Escrow Account Information ........................................ 6

# I. INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office. The Special Master has filed the Reports identified in Table 1:

| Table 1 | SPECIAL MASTER REPORTS |
|---|---|
| REPORT | DATE |
| Report No. 1 | 9/14/08 |
| Report No. 2 | 10/15/07 |
| Report No. 3 | 11/13/07 |
| Report No. 4 and Supplemental Report | 12/14/07 12/18/07 |
| Report No. 5 | 1/15/08 |
| Report No. 6 | 2/15/08 |
| Report No. 7 | 3/14/08 |
| Report No. 8 | 4/15/08 |
| Report No. 9 | 5/15/08 |
| Report No. 10 | 6/16/08 |
| Report No. 11 | 7/15/08 |
| Report No. 12 | 8/15/08 |
| Report No. 13 | 9/15/08 |
| Report No. 14 | 10/15/08 |
| Report No. 15 | 11/14/08 |
| Report No. 16 | 12/15/08 |
| Report No. 17 | 1/15/09 |
| Report No. 18 | 2/13/09 |
| Report No. 19 | 3/13/09 |
| Report No. 20 | 4/15/09 |
| Report No. 21 | 5/15/09 |
| Report No. 22 | 6/15/09 |
| Report No. 23 | 7/15/09 |

| Table 1 | SPECIAL MASTER REPORTS |
|---|---|
| Report No. 24 | 8/12/09 |
| Report No. 25 | 9/15/09 |
| Report No. 26 | 10/15/09 |
| Report No. 27 | 11/13/09 |
| Report No. 28 | 12/15/09 |
| Report No. 29 | 1/15/10 |

## II.  REPORT ON STATUS

**A.     Case-Specific Discovery Program for Eleventh Circuit Trial Group.**

On November 23, 2009, the Court entered an Order designating thirty-eight plaintiffs for trial and directing the Parties to employ the services of the Special Master Plaintiff Management Office to supervise and coordinate case-specific discovery.  The Special Master and the PMO then revived the processes for acquisition of medical records for physicians in these cases and for scheduling depositions of physicians in these cases.

On December 16, 2009, the Court entered Orders assigning deadlines for completion of discovery in these cases.  Fifteen plaintiffs were assigned a discovery deadline of May 3, 2010 (Group 1) and twenty-three plaintiffs were assigned a discovery deadline of August 2, 2010 (Group 2).

On February 2, 2010, the Court entered an Order returning 19 Plaintiffs to the Eleventh Circuit Trial Group.  On February 3, 2010, the Court entered an Order assigning a discovery deadline for these cases of August 2, 2010.  The PMO is working with the Parties to begin records collection and deposition scheduling for these additional cases in Group 2.

2

B.    **Suspended Cases.**

At the direction of the Parties, the PMO has placed on hold the cases of six Plaintiffs listed in Table 2 and suspended any further work on these cases. The Parties have notified the PMO that the Susan Courts case has been dismissed; the Cody Tokheim case has been transferred to another court; counsel for Ms. Crooks-Hall has indicated the case may be dismissed; and for the remaining cases there is some question about whether the action will proceed or will go forward in this forum.

| TABLE 2 | Suspended Cases | | |
|---|---|---|---|
| Row | Plaintiff | Case Number | Discovery Group |
| 1. | Susan Courts | 6:08-cv-623-Orl-22DAB | Group 1 |
| 2. | Mary Crooks-Hall | 6:08-cv-2095-Orl-22DAB | Group 1 |
| 3. | Judy Itter-Caldwell | 6:08-cv-848-Orl-22DAB | Group 1 |
| 4. | William Lindsey | 6:08-cv-1495-Orl-22DAB | Group 2 |
| 5. | Robert Stickney | 6:08-cv-621-Orl-22DAB | Group 1 |
| 6. | Cody Tokheim | 6:08-cv-544-Orl-22DAB | Group 1 |

C.    **Actions by the PMO Relating to the Eleventh Circuit Trial Group.**

1.    **Contact Counsel for Case-Specific Discovery and Weekly Status Calls.**

Holly W. Gibson of Blizzard, McCarthy & Nabers, LLP, has replaced Buffy Martines as Plaintiff Contact Counsel for the program. Russell O. Stewart of Faegre & Benson LLP remains the Defendant Contact Counsel. On December 18, 2009, the Special Master resumed weekly status conferences by telephone with counsel for

3

Plaintiffs and counsel for Defendants to facilitate document production, deposition scheduling, and other matters related to the Eleventh Circuit Trial Group.

### 2. Medical Records Acquisition and Scheduling of Physician Depositions.

On December 11, 2009, the Parties began submitting Physician information to the PMO for purposes of medical records collection. The PMO is obtaining medical records from such physicians unless Defendants have notified the PMO that the Defendants have already obtained such records through their own service provider. To date, the PMO has received direction from the Parties to obtain records from 326 physicians or facilities. Of the 326, 85 are for active Group 1 cases. The PMO has obtained records from all but 33 of the 85 physicians or facilities. As of this report, the PMO is working to obtain records from 20 physicians or facilities for Group 1 cases. The PMO has not been able to collect records for the remaining 13 physicians or facilities because the records have been destroyed or the office can find no records for the patient.

On January 7, 2010, the PMO received the first set of physician designations for depositions in the Eleventh Circuit Trial Group. To date, the PMO has received 41 deponent designations in nine of the ten active cases in Group 1. Of the 41 designations, the PMO has enough information from the Parties to schedule 27 depositions. As of this report, the PMO has scheduled ten of these depositions. At this time, \no designations have been made in the Group 2 cases.

### 3. Standard PMO Reports.

The PMO has designed and coded into the PMO's Seroquel database application a set of standard Reports to apprise the Court and the parties of critical information on the activities of the PMO and the progress of case-specific discovery. The PMO will post

4

these Reports on the PMO website. An authorized user of the website will be able to click on a Reports section of the Master Calendar home page and view the current version of each Report. The following Table 3 identifies and describes these standard Reports. A full set of the current Reports is attached to this Report as Exhibit 1.

| TABLE 3 | | Seroquel PMO Summary Reports |
|---|---|---|
| **Physician Depositions Scheduling** | **SQ106** | **Seroquel PMO: Physician Depositions Scheduling Report**<br><br>(Reports on the number of Physicians designated for cases in the months shown, and the progress of the PMO in scheduling such depositions.) |
| **Medical Records** | **SQ200A** | **Seroquel PMO: Medical Records Status (*By Physician*)**<br><br>(Reports on the status of the PMO's acquisition of Medical Records from Physicians whose depositions have been scheduled but have not yet occurred, listed in alphabetical order by Physician last name.) |
| **Payments to Physicians** | **SQ300A** | **Seroquel PMO: Special Master Escrow Account Summary**<br><br>(Reports a summary of deposits and payments made from the Special Master Escrow Account.) |

### 4. Enhancements to the PMO Seroquel Website.

The PMO maintains a Master Calendar for use by the PMO and the parties to remain informed of the case-specific deposition calendar. The PMO provides secure passwords for access to the Calendar to those users designated by the Parties. The Master Calendar appears as a monthly grid calendar, with each date showing the time, deponent

5

name, and case number of any Plaintiff, Sales Representative, Physician, or other deposition set for each day. Registered users may choose any Calendar entry to see another screen providing detail on the case, the place of the deposition, the type of deponent being deposed, and when the medical records for the deposition were collected by the PMO. Users are able to navigate from month to month, including viewing previous months to see the depositions conducted on the dates shown. Users have the ability to search the Calendar by Plaintiff Name, Case Number or Deponent Name.

The Master Calendar also provides a screen for the Parties to use in entering deponent designations online. The Parties each enter their designations through the Web Calendar, along with hours required at the deposition and indicate need of video or medical records. This data is captured by the PMO Seroquel Database and allows the PMO to promptly begin work on scheduling depositions for designated deponents.

On January 11, 2010, the PMO began posting medical records to the secure PMO Seroquel website. An authorized user of the website will be able to access and download these medical records for all Plaintiffs in the Eleventh Circuit Trial Group for whom records are collected by the PMO. Access to the medical records is currently restricted to lead counsel for Plaintiffs and Defendants. This process provides medical records electronically to counsel and will reduce the costs associated with copying and mailing paper copies of the files.

    **D.**    **Special Master Escrow Account Information.**

The Special Master Escrow Account Summary Report (SQ300A, attached as Exhibit 1) reflects that a total of $15,000 has been deposited into the Special Master Escrow account since January 1, 2010 for work on the Eleventh Circuit Trial Group

6

cases. From that amount, $9,602 has been paid to reimburse physicians for the cost of copying their Medical Records and $1,743 has been paid in shipping charges incurred by physicians in sending records to the PMO. The balance as of February 15, 2010, in the Special Master Escrow account is $3,685.

The Special Master Escrow Account Physician Payment Details Report (SQ301A) is available on-line at https://www.browngreer.com/seroquel. This report provides details of each payment made to each physician, the reason for the payment, and the case to which the payment is related.

Respectfully submitted,

BROWNGREER PLC

By: **s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia 23219
Telephone: (804) 521-7201
Facsimile: (804) 521-7299
Email: obrown@browngreer.com

7

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

                                          **s/ Orran L. Brown**
                                          Orran L. Brown
                                          Virginia State Bar No. 25832
                                          BrownGreer PLC
                                          115 South 15th Street, Suite 400
                                          Richmond, Virginia  23219
                                          Telephone:  (804) 521-7201
                                          Facsimile:  (804) 521-7299
                                          Email:  obrown@browngreer.com

# SERVICE LIST

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

1

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

2

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>*Attorney for Defendant Dr. Asif Habib* | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

3

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com |