*Confidential Information*

| SQ106 | Seroquel PMO:<br>Physician Depositions Scheduling Report<br>for 11th Circuit Trial Group<br>(As of 2/15/10) | |
|---|---|---|
| | **Status** | **Status Detail** |
| 1. | Scheduled/<br>Concluded | Scheduled by Parties | 0 |
| 2. | | Scheduled/Rescheduled | 1 |
| 3. | | **Scheduled/Concluded Total** | **1** |
| 4. | Scheduled/<br>Pending | Scheduled/Rescheduled | 9 |
| 5. | | **Scheduled/Pending Total** | **9** |
| 6. | Currently Unable<br>to Schedule | Hold Scheduling Efforts for Directions from Parties | 7 |
| 7. | | Unable to Locate Physician | 0 |
| 8. | | Physician Deceased | 0 |
| 9. | | **Currently Unable to Schedule Total** | **7** |
| 10. | Not Yet<br>Scheduled | 48-Hour Packet Sent | 0 |
| 11. | | Contact Made/Awaiting Date from Physician | 6 |
| 12. | | Fees/Other Questions Delaying Scheduling | 2 |
| 13. | | Designation Received by PMO | 19 |
| 14. | | Messages Left for Return Call | 4 |
| 15. | | **Not Yet Scheduled Total** | **31** |
| 16. | | **Grand Total** | **48** |

| SQ200A | Seroquel PMO:<br>Medical Records Status (By Physician)<br>(As of 2/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/Prescriber** | **Deposition Date** | **Records Status** |
| 1. Burckhard, Leonard | Brownshield, Lori | Prescribing | | Received at PMO 1/15/10 |
| 2. Burckhard, Leonard | Cabochan, Alberto V. | Treating | | Received at PMO 1/15/10 |
| 3. Burckhard, Leonard | Faul, Jennifer | Prescribing | | Received at PMO 1/15/10 |
| 4. Burckhard, Leonard | Hanisch, Stefanie | Prescribing | | Received at PMO 1/15/10 |
| 5. Burckhard, Leonard | Innovis, Hospital | Treating | | Received at PMO 2/1/10 |
| 6. Burckhard, Leonard | Kenney, Emmett | Prescribing | | Received at PMO 1/15/10 |
| 7. Burckhard, Leonard | Merit Care, Broadway | Treating | | Records Requested 2/2/10 |
| 8. Burckhard, Leonard | Olson, Robert J. | Treating | | Records Requested 2/2/10 |
| 9. Burckhard, Leonard | Swenson, Rodney | Treating | | Received at PMO 2/4/10 |
| 10. Burckhard, Leonard | Vetter, Richard T. | Treating | | Received at PMO 1/15/10 |
| 11. Burckhard, Leonard | Wick, Ron | Treating | | Records Requested 2/2/10 |
| 12. Burgett, Robert | Brookwood Medical Center, Brookwood | Treating | | Received at PMO 1/18/10 |
| 13. Burgett, Robert | Carraway Hospital, Carraway Hospital | Treating | | Records Requested 2/11/10 |
| 14. Burgett, Robert | Harper, Christoper | Treating | | Received at PMO 12/31/09 |
| 15. Burgett, Robert | Hillcrest Behavioral, Health Services | Treating | | Received at PMO 1/20/10 |
| 16. Burgett, Robert | Hudson, Nolan | Treating | | Received at PMO 12/23/09 |
| 17. Burgett, Robert | Julian, Joel | Treating | | Received at PMO 1/19/10 |
| 18. Burgett, Robert | Lacy, Lawrence | Treating | | Received at PMO 1/20/10 |
| 19. Burgett, Robert | LaRussa, Paul | Prescribing | | Received at PMO 12/30/09 |
| 20. Burgett, Robert | Lucas, Joseph | Treating | | Received at PMO 1/19/10 |
| 21. Butler, Tammy | Crestwood, Medical Center | Treating | | Records Requested 2/12/10 |
| 22. Butler, Tammy | Eliza Coffee Memorial Hospital, Eliza Coffee Memorial Hospital | Treating | | Received at PMO 2/1/10 |
| 23. Butler, Tammy | Helen KellerHospital, Helen Keller Hospital | Treating | | Received at PMO 1/25/10 |
| 24. Butler, Tammy | Merrill, Karis | Prescribing | | Received at PMO 2/11/10 |
| 25. Butler, Tammy | Mumford, Amanda | Prescribing | | Received at PMO 2/11/10 |

| SQ200A | Seroquel PMO:<br>Medical Records Status (By Physician)<br>(As of 2/15/10) | | | |
|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/Prescriber** | **Deposition Date** | **Records Status** |
| 26. | Butler, Tammy | Scott, Warren | Treating | | Received at PMO 1/20/10 |
| 27. | Butler, Tammy | Shoals, Hospital | Treating | | Received at PMO 1/18/10 |
| 28. | Butler, Tammy | Syed, Faizullah | Treating | | Received at PMO 1/15/10 |
| 29. | Butler, Tammy | The Kirklin, Clinic | Treating | | Received at PMO 1/25/10 |
| 30. | Canchola obo Johnny David Canchola, Mary | Adeyemo, Oluwafemi A | Treating | | Records Requested 1/12/10 |
| 31. | Canchola obo Johnny David Canchola, Mary | Chaturvedi, Yogeshwar | Treating | | Records Requested 2/3/10 |
| 32. | Canchola obo Johnny David Canchola, Mary | Khajavi, Sohelia S | Prescribing | | Due at PMO 2/17/10 |
| 33. | Canchola obo Johnny David Canchola, Mary | Thu, Aung | Prescribing | | Records Requested 1/12/10 |
| 34. | Church, Cathy Ruth | Agbenhovi, Rexford | Treating | 3/16/10  9:00 AM | Records Requested 1/8/10 |
| 35. | Church, Cathy Ruth | Cutler, Andrew | Prescribing | | Received at PMO 2/2/10 |
| 36. | Church, Cathy Ruth | Fountain, Chip H. | Prescribing | | Received at PMO 1/15/10 |
| 37. | Church, Cathy Ruth | Hall, Danny | Treating | 3/23/10  8:30 AM | Received at PMO 1/26/10 |
| 38. | Church, Cathy Ruth | Kessler, Susan | Prescribing | | Records Requested 1/26/10 |
| 39. | Church, Cathy Ruth | Meloukheia, Aysha | Prescribing | | Records Requested 1/8/10 |
| 40. | Church, Cathy Ruth | Rainey, Susan | Prescribing | | Records Requested 2/9/10 |
| 41. | Church, Cathy Ruth | Remsing, Nile | Prescribing and Treating | | Received at PMO 2/10/10 |
| 42. | Courson, Roger | Bejamunde, Lupic | Treating | | Received at PMO 12/30/09 |
| 43. | Courson, Roger | Bettman, Elliott | Prescribing and Treating | | Received at PMO 1/5/10 |
| 44. | Courson, Roger | David, Charles | Treating | | Received at PMO 12/30/09 |
| 45. | Courson, Roger | Didenko, Taras | Prescribing | | Received at PMO 1/8/10 |
| 46. | Courson, Roger | Etter, Kevin M. | Prescribing | | Received at PMO 12/30/09 |
| 47. | Courson, Roger | Hines, VA Hospital | Treating | | Received at PMO 1/8/10 |
| 48. | Courson, Roger | Irizarry, Eduard | Treating | | Received at PMO 12/30/09 |
| 49. | Courson, Roger | Kennedy, Richard | Treating | | Received at PMO 12/30/09 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 2/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 50. Courson, Roger | Mouratev, Gueorgue I. | Treating | | Received at PMO 12/30/09 |
| 51. Courson, Roger | Skibba, Carla | Treating | | Received at PMO 12/30/09 |
| 52. Courson, Roger | Snoddy, Warren | Treating | | Received at PMO 12/30/09 |
| 53. Courson, Roger | Thorne, Diane L. | Prescribing | | Received at PMO 12/30/09 |
| 54. Courson, Roger | VAMC, Asheville | Treating | | Records Requested 1/6/10 |
| 55. Courson, Roger | VAMC, Dorn | Treating | | Received at PMO 12/30/09 |
| 56. Courson, Roger | VAMC, Murfreesboro | Treating | | Due at PMO 4/15/10 |
| 57. Courson, Roger | VAMC, Salisbury | Treating | | Records Requested 1/4/10 |
| 58. Crooks-Hall, Mary H. | DCH, Medical | Treating | | Records Requested 1/29/10 |
| 59. Crooks-Hall, Mary H. | Greene, County Hospital | Treating | | Records Requested 2/4/10 |
| 60. Crooks-Hall, Mary H. | Hwangpo, Inkil | Treating | | Due at PMO 2/19/10 |
| 61. Crooks-Hall, Mary H. | Jaouni, Hani | Treating | | Received at PMO 1/15/10 |
| 62. Crooks-Hall, Mary H. | Moore, Karen | Treating | | Received at PMO 1/15/10 |
| 63. Crooks-Hall, Mary H. | Mushannen, Bassam | Treating | | Received at PMO 2/8/10 |
| 64. Crooks-Hall, Mary H. | Srilata, Anne | Prescribing | | Records Requested 12/18/09 |
| 65. Crooks-Hall, Mary H. | Tobing-Ruiz, Beth | Treating | | Records Requested 1/29/10 |
| 66. D'Angelo, Steven A | Brandywine, Hospital | Treating | | Received at PMO 2/1/10 |
| 67. D'Angelo, Steven A | Briones, Mariele | Treating | | Received at PMO 1/29/10 |
| 68. D'Angelo, Steven A | Koenig, Richard | Treating | | Records Requested 1/26/10 |
| 69. D'Angelo, Steven A | Morse, Alan | Treating | | Records Requested 2/2/10 |
| 70. D'Angelo, Steven A | Paoli Hospital, Paoli | Treating | | Received at PMO 1/29/10 |
| 71. D'Angelo, Steven A | Preble, Debbie | Treating | | Received at PMO 1/29/10 |
| 72. D'Angelo, Steven A | Sparrow, Francis | Prescribing | | Received at PMO 1/26/10 |
| 73. Davis, Michael | Abdulrauf, Ademola | Prescribing | | Received at PMO 12/30/09 |
| 74. Davis, Michael | Ban, Martha | Prescribing | | Received at PMO 12/30/09 |
| 75. Davis, Michael | VA Hospital, VA Hospital - Cleveland | Treating | | Received at PMO 2/10/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 2/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 76. Davis, Michael | VA Hospital, VA Hospital - San Diego | Treating | | Due at PMO 2/16/10 |
| 77. Davis, Michael | VAMC, VAMC - Birmingham AL | Treating | | Due at PMO 2/25/10 |
| 78. Davis, Michael | VAMC, VAMC - Tuscaloosa AL | Treating | | Received at PMO 2/12/10 |
| 79. Dickerson, Rebecca Arthur | Caring, Family Network | Treating | | Records Requested 2/9/10 |
| 80. Dickerson, Rebecca Arthur | Cates, Daphne | Treating | | Received at PMO 2/4/10 |
| 81. Dickerson, Rebecca Arthur | Christ-Clement, Tracy | Treating | | Received at PMO 1/29/10 |
| 82. Dickerson, Rebecca Arthur | Cinocca, Ronald J. | Treating | | Received at PMO 2/4/10 |
| 83. Dickerson, Rebecca Arthur | Dubinski, Mark | Treating | | Received at PMO 2/4/10 |
| 84. Dickerson, Rebecca Arthur | Duke University, Medical Center | Treating | | Records Requested 2/8/10 |
| 85. Dickerson, Rebecca Arthur | Fenn, Tracy | Treating | | Received at PMO 1/29/10 |
| 86. Dickerson, Rebecca Arthur | Keeler, Nancy | Treating | | Received at PMO 1/29/10 |
| 87. Dickerson, Rebecca Arthur | Lawson, J.H. | Treating | | Received at PMO 1/21/10 |
| 88. Dickerson, Rebecca Arthur | Mariah Parham, Medical Center | Treating | | Received at PMO 2/4/10 |
| 89. Dickerson, Rebecca Arthur | Powell, Marcy S. | Treating | | Records Requested 1/29/10 |
| 90. Dickerson, Rebecca Arthur | Scontsas, George J. | Prescribing | | Records Requested 1/12/10 |
| 91. Dickerson, Rebecca Arthur | Vu, Khanh | Treating | | Received at PMO 1/29/10 |
| 92. Dickerson, Rebecca Arthur | Wilson, Darleane | Treating | | Received at PMO 1/29/10 |
| 93. Grayson, Gloria J.A. | Bradford, Health Services | Treating | | Records Requested 2/11/10 |
| 94. Grayson, Gloria J.A. | Buchanan, Connie | Prescribing | | PMO Not Requesting Records |
| 95. Grayson, Gloria J.A. | Feldman, Jacqueline | Prescribing | | PMO Not Requesting Records |
| 96. Grayson, Gloria J.A. | Foster, Anjanetta | Prescribing | 2/20/10 12:00 PM | PMO Not Requesting Records |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 2/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 97. Grayson, Gloria J.A. | Foster, Jill | Prescribing | 2/26/10  8:30 AM | PMO Not Requesting Records |
| 98. Grayson, Gloria J.A. | Glaser, Wolfram | Prescribing | 1/28/10  9:00 AM | PMO Not Requesting Records |
| 99. Grayson, Gloria J.A. | Grayson, Garry S. | Treating | | Due at PMO 2/15/10 |
| 100. Grayson, Gloria J.A. | Ifediba, Patrick E. | Treating | | PMO Not Requesting Records |
| 101. Grayson, Gloria J.A. | Kennedy, Amy | Prescribing | | PMO Not Requesting Records |
| 102. Grayson, Gloria J.A. | Moyo, Edwin | Prescribing | | PMO Not Requesting Records |
| 103. Grayson, Gloria J.A. | Schachter, Armand | Prescribing | | Due at PMO 2/15/10 |
| 104. Grayson, Gloria J.A. | St. Vincent's, East Family Medicine Clinic | Treating | | Records Requested 2/8/10 |
| 105. Harper-Howell, Kendra G. | Adugba, Ikenna | Treating | | Records Requested 1/15/10 |
| 106. Harper-Howell, Kendra G. | Akram, Javed | Treating | | Received at PMO 1/20/10 |
| 107. Harper-Howell, Kendra G. | Anderson, James | Treating | | Records Requested 2/15/10 |
| 108. Harper-Howell, Kendra G. | Creson, Daniel | Prescribing | | Received at PMO 1/7/10 |
| 109. Harper-Howell, Kendra G. | Cruz, Ramon | Prescribing and Treating | | Received at PMO 1/20/10 |
| 110. Harper-Howell, Kendra G. | Denton County, MHMR Center | Prescribing | | Received at PMO 1/7/10 |
| 111. Harper-Howell, Kendra G. | Medical Center, of Lewisville | Treating | | Records Requested 2/8/10 |
| 112. Harper-Howell, Kendra G. | Moolamalla, Praveen | Treating | 2/23/10  9:00 AM | Received at PMO 12/23/09 |
| 113. Harper-Howell, Kendra G. | Moore, Pamela | Treating | | Records Requested 1/15/10 |
| 114. Harper-Howell, Kendra G. | Nguyen, An | Treating | | Received at PMO 1/20/10 |
| 115. Harper-Howell, Kendra G. | Patel, Bharat | Prescribing | 3/1/10  1:00 PM | Received at PMO 1/6/10 |
| 116. Harper-Howell, Kendra G. | People's Clinic of, Denton County | Treating | | Records Requested 1/28/10 |
| 117. Harper-Howell, Kendra G. | Perry, Richard J. | Prescribing | | Received at PMO 1/20/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 2/15/10) | | | |
|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 118. | Harper-Howell, Kendra G. | Presbyterian, Hospital of Denton | Treating | | Received at PMO 1/20/10 |
| 119. | Harper-Howell, Kendra G. | Reddy, Muddasani V. | Treating | | PMO Not Requesting Records |
| 120. | Harper-Howell, Kendra G. | Thomas, Vettikompil | Treating | | PMO Not Requesting Records |
| 121. | Harper-Howell, Kendra G. | Umoru, Benedicta | Treating | | PMO Not Requesting Records |
| 122. | Harper-Howell, Kendra G. | Vasavada, Nishendu | Treating | | Records Requested 1/15/10 |
| 123. | Harper-Howell, Kendra G. | Vyas, Meena | Prescribing | 3/1/10   8:00 AM | Received at PMO 1/20/10 |
| 124. | Harris, Shari L. | Bahrani, Khosrow | Treating | | Received at PMO 1/8/10 |
| 125. | Harris, Shari L. | Benfield, II, Edward | Prescribing | | Received at PMO 2/9/10 |
| 126. | Harris, Shari L. | Cate, Louise | Treating | | Received at PMO 1/8/10 |
| 127. | Harris, Shari L. | Crosby, Barbara | Treating | | Received at PMO 1/8/10 |
| 128. | Harris, Shari L. | Gregory, Jerry | Treating | | Received at PMO 1/8/10 |
| 129. | Harris, Shari L. | Motley, Maureen | Treating | | Received at PMO 1/8/10 |
| 130. | Harris, Shari L. | Rajkumar, Sarala | Treating | | Received at PMO 2/1/10 |
| 131. | Harris, Shari L. | Sparks, E. Wayne | Prescribing | | Received at PMO 2/9/10 |
| 132. | Hebbler, Anna | Bradford Health Center, Bradford Health Center | Treating | | Records Requested 1/5/10 |
| 133. | Hebbler, Anna | Bryce Hospital, Bryce Hospital | Treating | | Records Requested 1/14/10 |
| 134. | Hebbler, Anna | Contreras, Rafael | Treating | | Received at PMO 1/12/10 |
| 135. | Hebbler, Anna | Lakshimikantha, Kumbla | Prescribing | | Received at PMO 1/2/10 |
| 136. | Hebbler, Anna | North Alabama, Regional Hospital | Treating | | Received at PMO 2/2/10 |
| 137. | Hebbler, Anna | Parthenia, CRNP, Oliver | Treating | | Received at PMO 1/12/10 |
| 138. | Hebbler, Anna | Samson, Florino | Prescribing | | Received at PMO 1/2/10 |
| 139. | Hebbler, Anna | St. Francis, Hospital | Treating | | Due at PMO 2/22/10 |
| 140. | Hebbler, Anna | University of Alabama, Medical Center | Treating | | Records Requested 1/22/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 2/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 141. Hebbler, Anna | Walker Baptist, Medical Center at Jasper | Treating | | Records Requested 2/3/10 |
| 142. Hebbler, Anna | Whatley, Health Services | Treating | | Records Requested 1/22/10 |
| 143. Howard, Kathleen | Artis, Jr., Issac A. | Treating | | Received at PMO 2/9/10 |
| 144. Howard, Kathleen | Schwartz, Marvin | Prescribing | | Records Requested 1/13/10 |
| 145. Howard, Kathleen | Shanmugam, Kalpana | Prescribing | | Records Requested 12/30/09 |
| 146. Howard, Kathleen | Shelton, Pheston | Prescribing | | Received at PMO 1/27/10 |
| 147. Howard, Kathleen | Venkataraman, Srimathi | Prescribing | | Received at PMO 1/27/10 |
| 148. Howard, Kathleen | Wright, Marion E. | Prescribing | | Received at PMO 1/27/10 |
| 149. Johnson, Terry L. | Aaron, Larry M. | Treating | | Records Requested 2/8/10 |
| 150. Johnson, Terry L. | Ailing, Jeff B. | Treating | | Received at PMO 1/29/10 |
| 151. Johnson, Terry L. | Medical Center, UT Southwestern Medical Center Hospitals | Treating | | Due at PMO 2/19/10 |
| 152. Johnson, Terry L. | Richardson, John | Treating | | Received at PMO 1/29/10 |
| 153. Johnson, Terry L. | Snow, Diane | Prescribing | | Due at PMO 2/19/10 |
| 154. Johnson, Terry L. | Suppes, Patricia | Prescribing | | Due at PMO 2/19/10 |
| 155. Johnson, Terry L. | Wise Regional Health Care System, Wise | Treating | | Received at PMO 1/27/10 |
| 156. Lawson-Harper, Alice | Akfaly, N/A | Treating | | Received at PMO 1/7/10 |
| 157. Lawson-Harper, Alice | Buggs, Mabelene | Treating | | Received at PMO 1/7/10 |
| 158. Lawson-Harper, Alice | Lal, Roop | Treating | | Received at PMO 1/7/10 |
| 159. Lawson-Harper, Alice | Meyer, John | Treating | | Received at PMO 1/7/10 |
| 160. Lawson-Harper, Alice | Reddy, Muddasani V. | Treating | | Records Requested 2/11/10 |
| 161. Lawson-Harper, Alice | Thomas, Jose V. | Prescribing | | Records Requested 1/5/10 |
| 162. Lawson-Harper, Alice | Umoru, Benedicta | Treating | | Records Requested 2/11/10 |
| 163. Lawson-Harper, Alice | Wallace, David | Treating | | Received at PMO 1/7/10 |
| 164. Ledbetter, Tammy | Besson, Gideon | Treating | | Received at PMO 2/2/10 |
| 165. Ledbetter, Tammy | Carolinas, Medical Center | Treating | | Records Requested 2/15/10 |

| SQ200A | Seroquel PMO:<br>Medical Records Status (By Physician)<br>(As of 2/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 166. Ledbetter, Tammy | Cleveland Regional Medical Center, Cleveland Regional Medical Center | Treating | | Received at PMO 1/21/10 |
| 167. Ledbetter, Tammy | Cloninger, Rowell | Treating | | Due at PMO 2/19/10 |
| 168. Ledbetter, Tammy | Connor, Patrick | Treating | | Received at PMO 1/26/10 |
| 169. Ledbetter, Tammy | Jubane, Alan | Treating | | Records Requested 2/2/10 |
| 170. Ledbetter, Tammy | Karner, Steve | Treating | | Received at PMO 1/29/10 |
| 171. Ledbetter, Tammy | Knoelke, Michael | Prescribing | | Received at PMO 1/7/10 |
| 172. Ledbetter, Tammy | Lampley, Charles G. | Treating | | Records Requested 2/15/10 |
| 173. Ledbetter, Tammy | McDowell, Cathy | Treating | | Received at PMO 2/11/10 |
| 174. Ledbetter, Tammy | Roberts, Michael | Treating | | Received at PMO 1/15/10 |
| 175. Ledbetter, Tammy | Rybnicek, Karel | Treating | | Received at PMO 1/19/10 |
| 176. Ledbetter, Tammy | Saluke, Julia | Treating | | Records Requested 1/14/10 |
| 177. Ledbetter, Tammy | Zeller, Frederick | Treating | | Received at PMO 1/15/10 |
| 178. Malachi, Darius | Chowdhury, Shabbir | Treating | | Records Requested 1/8/10 |
| 179. Malachi, Darius | Dalvi, Sanjiv | Prescribing | | Received at PMO 1/18/10 |
| 180. Malachi, Darius | Ekechukwu, Chimona | Prescribing | | Received at PMO 2/5/10 |
| 181. Malachi, Darius | Evergreen, Behavioral Management | Treating | | Received at PMO 2/5/10 |
| 182. Malachi, Darius | Grello, Anthony | Treating | | Received at PMO 1/18/10 |
| 183. Malachi, Darius | Gupta, Manjo | Treating | | Received at PMO 1/18/10 |
| 184. Malachi, Darius | Khasru, Muhammed | Treating | | Records Requested 1/8/10 |
| 185. Malachi, Darius | Patel, Kamlesh | Prescribing | | Received at PMO 1/5/10 |
| 186. Malachi, Darius | Patel, Sheel | Treating | | Records Requested 2/3/10 |
| 187. Malachi, Darius | Wilkenfeld, Byron | Prescribing | | Records Requested 12/23/09 |
| 188. McCormick, David A. | Ahmed, Bilal | Prescribing | 3/25/10   8:30 AM | Records Requested 1/28/10 |
| 189. McCormick, David A. | Barada, M | Treating | | Received at PMO 1/12/10 |
| 190. McCormick, David A. | County Hospital, Claiborne | Treating | | Received at PMO 2/10/10 |
| 191. McCormick, David A. | Debusk, Charles | Treating | | Received at PMO 1/12/10 |

| SQ200A | Seroquel PMO:<br>Medical Records Status (By Physician)<br>(As of 2/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/Prescriber** | **Deposition Date** | **Records Status** |
| 192. McCormick, David A. | Greenwood, Kenneth | Treating | | Records Requested 1/15/10 |
| 193. McCormick, David A. | Khanna, Manju | Treating | | Records Requested 1/15/10 |
| 194. McCormick, David A. | Leftwich, Lanny | Prescribing | | Records Requested 1/27/10 |
| 195. McCormick, David A. | Quigley, Kimberly | Prescribing | | Records Requested 1/26/10 |
| 196. McCormick, David A. | Smith, William | Treating | | Received at PMO 1/12/10 |
| 197. McCormick, David A. | VAMC, Murfreesboro | Prescribing | | Received at PMO 1/25/10 |
| 198. McCormick, David A. | Zemichael, Dawit | Treating | | Records Requested 2/2/10 |
| 199. Morales, Carolyn S. | Douglass, Doug | Treating | | Received at PMO 1/6/10 |
| 200. Morales, Carolyn S. | Harrell, Angelica | Prescribing | | Received at PMO 1/25/10 |
| 201. Morales, Carolyn S. | Larned, David L | Prescribing | | Received at PMO 1/6/10 |
| 202. Morales, Carolyn S. | Le, David | Treating | | Received at PMO 1/15/10 |
| 203. Morales, Carolyn S. | Payne, Janet | Prescribing | | Received at PMO 1/13/10 |
| 204. Morales, Carolyn S. | Simpson, Sherrie M | Prescribing | | Received at PMO 1/13/10 |
| 205. Morales, Carolyn S. | Sneed, Jonathan | Prescribing | | Received at PMO 1/13/10 |
| 206. Morales, Carolyn S. | St. Laurent, Matthew | Treating | | Records Requested 1/20/10 |
| 207. Morales, Carolyn S. | Stuart, Hubert James | Prescribing | | Received at PMO 1/15/10 |
| 208. Murawski, Melissa | Alavi, Adil | Treating | | Received at PMO 1/27/10 |
| 209. Murawski, Melissa | Berger, Ceil | Treating | | Received at PMO 2/11/10 |
| 210. Murawski, Melissa | Bernstein, Jerry | Treating | | Received at PMO 1/7/10 |
| 211. Murawski, Melissa | Bovis, George | Treating | | Received at PMO 1/25/10 |
| 212. Murawski, Melissa | Bregman, Harold | Treating | | Received at PMO 2/1/10 |
| 213. Murawski, Melissa | Brookfield, Leslie | Treating | | Received at PMO 1/27/10 |
| 214. Murawski, Melissa | Chams, Albert | Treating | | Received at PMO 1/26/10 |
| 215. Murawski, Melissa | Domont, Lawrence | Treating | | Received at PMO 1/27/10 |
| 216. Murawski, Melissa | Evanston, Hospital | Treating | | Records Requested 2/8/10 |
| 217. Murawski, Melissa | Glen Oaks, Hospital | Treating | | Received at PMO 1/26/10 |
| 218. Murawski, Melissa | Highland Park, Hospital | Treating | | Records Requested 1/28/10 |

| SQ200A | Seroquel PMO:<br>Medical Records Status (By Physician)<br>(As of 2/15/10) | | | |
|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/Prescriber** | **Deposition Date** | **Records Status** |
| 219. | Murawski, Melissa | Hozman, Robert | Treating | | Records Requested 2/2/10 |
| 220. | Murawski, Melissa | Iannucci, Thomas | Treating | | Received at PMO 1/27/10 |
| 221. | Murawski, Melissa | Mueller, Rebecca | Treating | | Received at PMO 1/26/10 |
| 222. | Murawski, Melissa | Najaffi, Christopher | Treating | | Records Requested 1/18/10 |
| 223. | Murawski, Melissa | Rush University, Medical Center | Treating | | Due at PMO 3/2/10 |
| 224. | Murawski, Melissa | Rush-North Shore, Medical Center | Treating | | Records Requested 2/9/10 |
| 225. | Murawski, Melissa | Schwartz, Marvin | Prescribing | | Records Requested 1/4/10 |
| 226. | Murawski, Melissa | Sinsheimer, Erica | Treating | | Records Requested 1/19/10 |
| 227. | Murawski, Melissa | Stewart, Maria | Treating | | Due at PMO 2/19/10 |
| 228. | Nelson, Shirley | Alabama, Orthopedic Clinics | Treating | | Records Requested 2/9/10 |
| 229. | Nelson, Shirley | AltaPointe, Health Systems-Bayview | Treating | | Records Requested 2/8/10 |
| 230. | Nelson, Shirley | Bobet, Myrna | Prescribing | | Received at PMO 1/26/10 |
| 231. | Nelson, Shirley | Dhaliwal, Gagandeep | Treating | | Records Requested 1/29/10 |
| 232. | Nelson, Shirley | Fleet, William | Prescribing | | Records Requested 1/6/10 |
| 233. | Nelson, Shirley | Jeansonne, William O. | Treating | | Records Requested 2/10/10 |
| 234. | Nelson, Shirley | Luellen, Todd | Prescribing | | Records Requested 12/30/09 |
| 235. | Nelson, Shirley | Massey, George | Treating | | Received at PMO 1/5/10 |
| 236. | Nelson, Shirley | Shaikh, Ilyas A | Treating | | Records Requested 1/29/10 |
| 237. | Nelson, Shirley | USA, Medical Center | Treating | | Records Requested 2/8/10 |
| 238. | Nelson, Shirley | Yeager, Charles | Treating | | Received at PMO 1/5/10 |
| 239. | O'Neal, Amy | Brown, Kevin | Treating | | Received at PMO 2/10/10 |
| 240. | O'Neal, Amy | Cezar, Teresa | Treating | | Records Requested 1/19/10 |
| 241. | O'Neal, Amy | Faulk, David | Treating | | Received at PMO 1/14/10 |
| 242. | O'Neal, Amy | Headley, William | Treating | | Received at PMO 1/2/10 |
| 243. | O'Neal, Amy | Hurayt, Andrew | Treating | | Records Requested 1/26/10 |
| 244. | O'Neal, Amy | Mohr, Janet | Prescribing | | Records Requested 1/5/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 2/15/10) | | | |
|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 245. | O'Neal, Amy | Phillips, Robert | Treating | | Received at PMO 1/2/10 |
| 246. | Orr, Sherrie L. | Burger, Charles | Treating | | Received at PMO 1/12/10 |
| 247. | Orr, Sherrie L. | Huntsville Hospital, Huntsville Hospital | Treating | | Received at PMO 2/5/10 |
| 248. | Orr, Sherrie L. | Rodriguez, Emilio J | Treating | | Received at PMO 1/26/10 |
| 249. | Orr, Sherrie L. | Savage, Stephen R | Treating | | Received at PMO 2/5/10 |
| 250. | Orr, Sherrie L. | Wadley, C. Hughes | Treating | | Received at PMO 1/13/10 |
| 251. | Orr, Sherrie L. | Yank, Glenn R. | Prescribing | | Received at PMO 1/20/10 |
| 252. | Payne, Debra | AMG, Aspen Medical Group | Treating | | Received at PMO 1/29/10 |
| 253. | Payne, Debra | Concepcion, Noel | Treating | | Received at PMO 1/4/10 |
| 254. | Payne, Debra | Dagher, Oussama | Treating | | Records Requested 1/19/10 |
| 255. | Payne, Debra | DMC, Doctors Medical Center | Treating | | Records Requested 1/18/10 |
| 256. | Payne, Debra | EMC, Emanuel Medical Center | Treating | | Received at PMO 2/12/10 |
| 257. | Payne, Debra | Fine, Frank | Treating | | Due at PMO 2/17/10 |
| 258. | Payne, Debra | Kerwin, David | Prescribing | | Received at PMO 1/28/10 |
| 259. | Payne, Debra | MHA, Memorial Hospital Associates | Treating | | Records Requested 1/18/10 |
| 260. | Payne, Debra | Rai, Nirmal | Treating | | Due at PMO 2/17/10 |
| 261. | Payne, Debra | Ross, Charles | Treating | | Received at PMO 1/4/10 |
| 262. | Reedy, Robert | Jarrett, David B. | Prescribing | | Records Requested 1/6/10 |
| 263. | Reedy, Robert | Jarrett, Thomas | Prescribing | | Records Requested 1/6/10 |
| 264. | Reedy, Robert | Jones, Ed | Prescribing | | Records Requested 1/19/10 |
| 265. | Reedy, Robert | Joye, David B. | Prescribing | | Records Requested 1/20/10 |
| 266. | Reedy, Robert | Leonard, Cynthia | Prescribing | | Received at PMO 1/28/10 |
| 267. | Reedy, Robert | McClean, James | Treating | | Received at PMO 1/28/10 |
| 268. | Reedy, Robert | Meyer, David | Treating | | Received at PMO 1/21/10 |
| 269. | Reedy, Robert | Mitchell, Mark | Treating | | Records Requested 1/19/10 |
| 270. | Reedy, Robert | Morgan, Lon | Treating | | Received at PMO 1/21/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 2/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 271. Reedy, Robert | Newsome, Suzanne | Treating | | Received at PMO 1/20/10 |
| 272. Reedy, Robert | Nifong, Ted | Prescribing | | Received at PMO 1/12/10 |
| 273. Reedy, Robert | Palmer, William | Treating | | Received at PMO 1/28/10 |
| 274. Reedy, Robert | Pannell, Christa R. | Treating | | Received at PMO 1/22/10 |
| 275. Reedy, Robert | Salem, Chest Specialists | Treating | | Received at PMO 1/18/10 |
| 276. Reedy, Robert | Workman, Ray | Treating | | Records Requested 1/19/10 |
| 277. Reese, Oretha | Billett, William | Prescribing | | Received at PMO 1/7/10 |
| 278. Reese, Oretha | Franklin, James | Prescribing | | Received at PMO 2/8/10 |
| 279. Reese, Oretha | Hamilton, Walter D. | Treating | | Received at PMO 2/8/10 |
| 280. Reese, Oretha | Maxwell, David | Prescribing | | Records Requested 12/23/09 |
| 281. Reese, Oretha | Overstreet, Danette | Prescribing | | Received at PMO 1/7/10 |
| 282. Robinson, Theresa | Eades, James F. | Treating | | Received at PMO 2/8/10 |
| 283. Robinson, Theresa | Health Center, Grimes St. Joseph | Treating | | Records Requested 1/15/10 |
| 284. Robinson, Theresa | Krell, Ted | Prescribing | | Received at PMO 12/31/09 |
| 285. Robinson, Theresa | Medical Branch, University of Texas | Treating | | Received at PMO 2/2/10 |
| 286. Robinson, Theresa | Methodist Hospital, San Jacinto | Treating | | Received at PMO 2/11/10 |
| 287. Robinson, Theresa | Mitchell, Bruce | Treating | | Records Requested 12/18/09 |
| 288. Robinson, Theresa | Rollo, Roberto | Treating | | Records Requested 12/18/09 |
| 289. Robinson, Theresa | Ward, Phillip | Treating | | Records Requested 12/18/09 |
| 290. Robinson, Theresa | Winnie, Community Hospital | Treating | | Received at PMO 1/27/10 |
| 291. Scott, Sandra H. | Cordelia Martin, Health Center | Treating | | Records Requested 1/25/10 |
| 292. Scott, Sandra H. | Gill, Satwant | Prescribing | | Received at PMO 2/11/10 |
| 293. Scott, Sandra H. | Hall, Darrell | Treating | | Due at PMO 2/16/10 |
| 294. Scott, Sandra H. | Kumaran, Thurai | Treating | | Received at PMO 1/25/10 |
| 295. Scott, Sandra H. | Pfeiffer, Paul | Treating | | Records Requested 1/21/10 |
| 296. Scott, Sandra H. | Reeves, Robert S. | Treating | | Records Requested 1/25/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 2/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 297. Scott, Sandra H. | Zeitouni, Nader | Treating | | Received at PMO 1/25/10 |
| 298. Varju, Jimmie | Angerman, Dale | Treating | | Received at PMO 1/29/10 |
| 299. Varju, Jimmie | Beam, Brian | Treating | | Received at PMO 1/29/10 |
| 300. Varju, Jimmie | Brown, Nicholas | Treating | | Received at PMO 1/18/10 |
| 301. Varju, Jimmie | Cebul, Frank | Treating | | Received at PMO 1/18/10 |
| 302. Varju, Jimmie | Codsi, Michael | Treating | | Received at PMO 2/5/10 |
| 303. Varju, Jimmie | Counseling, Center of Wayne | Treating | | Received at PMO 2/9/10 |
| 304. Varju, Jimmie | DeVente, Jason | Treating | | Received at PMO 2/5/10 |
| 305. Varju, Jimmie | Dhillon-Gill, Raman | Treating | | Due at PMO 2/26/10 |
| 306. Varju, Jimmie | Helmuth, Dennis | Prescribing | | Received at PMO 1/11/10 |
| 307. Varju, Jimmie | Jones, Mary A | Treating | | Records Requested 1/14/10 |
| 308. Varju, Jimmie | Lundeen, James | Treating | | Received at PMO 1/27/10 |
| 309. Varju, Jimmie | Morris, Gene | Treating | | Received at PMO 1/18/10 |
| 310. Varju, Jimmie | Murphy, James | Treating | | Received at PMO 1/18/10 |
| 311. Varju, Jimmie | Reddy, Nukal | Treating | | Received at PMO 2/9/10 |
| 312. Varju, Jimmie | Sanford, Peter | Treating | | Received at PMO 1/18/10 |
| 313. Varju, Jimmie | Shewmon, David | Treating | | Received at PMO 1/18/10 |
| 314. Varju, Jimmie | Sibilia, Robert | Treating | | Records Requested 1/19/10 |
| 315. Varju, Jimmie | Steed, James | Treating | | Received at PMO 1/29/10 |
| 316. Varju, Jimmie | Syed, Asma | Treating | | PMO Not Requesting Records |
| 317. Varju, Jimmie | Unger, Remus | Treating | | Received at PMO 1/29/10 |
| 318. Varju, Jimmie | Zara, Barbara | Prescribing | | Received at PMO 2/9/10 |
| 319. Williams, Wayne | Abrams, Richard | Prescribing | | Received at PMO 1/7/10 |
| 320. Williams, Wayne | Awosika, Olukayode O. | Prescribing | | Received at PMO 1/4/10 |
| 321. Williams, Wayne | Community Mental, Health Council | Treating | | Records Requested 1/25/10 |
| 322. Williams, Wayne | Consalter, Mauricio | Treating | | Records Requested 1/25/10 |

| SQ200A | Seroquel PMO:<br>Medical Records Status (By Physician)<br>(As of 2/15/10) | | | |
|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 323. | Williams, Wayne | Elgin, Mental Health Center | Treating | | Due at PMO 2/16/10 |
| 324. | Williams, Wayne | Hayek, Richard | Prescribing | | Records Requested 12/30/09 |
| 325. | Williams, Wayne | Hermosa, Medical & Diagnostic Center | Treating | | Records Requested 2/11/10 |
| 326. | Williams, Wayne | Kayali, Muhanned | Treating | | Received at PMO 1/7/10 |
| 327. | Williams, Wayne | Lincoln Park Hospital, Lincoln Park Hospital | Treating | | Received at PMO 1/12/10 |
| 328. | Williams, Wayne | Loyola, University Hospital | Treating | | Due at PMO 2/19/10 |
| 329. | Williams, Wayne | Medical Center, Mount Sinai Hospital | Treating | | Due at PMO 2/19/10 |
| 330. | Williams, Wayne | Mount Sinai Psychiatry &, Behavioral Health | Treating | | Records Requested 1/25/10 |
| 331. | Williams, Wayne | Pinckneyville Correctional Center, CDOC #NO4371 | Treating | | Records Requested 2/11/10 |
| 332. | Williams, Wayne | Resurrection, Medical Center | Treating | | Records Requested 2/11/10 |
| 333. | Williams, Wayne | Sadek, Hisham | Prescribing | | Received at PMO 1/7/10 |
| 334. | Williams, Wayne | St. Anthony Hospital, St. Anthony Hospital | Treating | | Received at PMO 2/5/10 |
| 335. | Young, Matthew M. | Allsop, Jennifer | Treating | | Received at PMO 1/29/10 |
| 336. | Young, Matthew M. | Firelands, Regional Medical Center | Treating | | Received at PMO 1/28/10 |
| 337. | Young, Matthew M. | Lee, Han | Prescribing | | Received at PMO 1/29/10 |

*Confidential Information*

| SQ300A | Seroquel PMO:<br>Special Master Escrow Account Summary<br>(As of 2/15/10) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | **Beginning Balance** | $29.67 |
| 2. | **Deposits** | $15,000.00 |
| 3. | **Physician Fee Payments** | ($0.00) |
| 4. | **Physician Costs for Medical Records** | ($9,602.47) |
| 5. | **Federal Express Expenses** | ($1,742.58) |
| 6. | **Bank Fees** | ($0.00) |
| 7. | **Ending Balance   (2/15/10)** | $3,684.62 |