**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: SEROQUEL PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1769

This document relates to:
ELEVENTH CIRCUIT TRIAL GROUP CASES

---

**NOTICE OF ERRATA**

On behalf of the Eleventh Circuit Trial Group ("ECTG") Plaintiffs, the undersigned counsel files this Notice of Errata with respect to the Parties' Joint Status Report Regarding Case-Specific Discovery and Feasibility of a Preemption Trial (Doc. 1609, hereinafter, the "Status Report"), filed yesterday, February 16, 2010.  A typographical error appears in the second-to-last sentence on page 14 in Plaintiffs' section of the Status Report.  Although the context may make clear the sentence's intended meaning, the conclusive nature of the sentence warrants filing this notice.  That sentence should read:  "Therefore, in line with AstraZeneca's grave reservations regarding a separate preemption trial, ECTG Plaintiffs contend that a special trial on the federal preemption issue alone may *not* be had without producing procedurally and/or constitutionally infirm results."  (Emphasis indicated inadvertently omitted word.)  If the Court desires for the parties to resubmit an amended Status Report, please do not hesitate to let counsel know.

1

2

DATED:  February 17, 2010                    Respectfully submitted,


By: /s/ Holly W. Gibson
    Edward F. Blizzard
    Holly W. Gibson
    BLIZZARD, MCCARTHY & NABERS, LLP
    440 Louisiana Street, Suite 1710
    Houston, Texas 77002
    Telephone: (713) 581-8451
    hgibson@blizzardlaw.com

    COUNSEL FOR CERTAIN ELEVENTH
    CIRCUIT TRIAL GROUP PLAINTIFFS
    AND PLAINTIFF CONTACT PERSON
    FOR CASE-SPECIFIC DISCOVERY


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of February, 2010, I electronically filed the foregoing: NOTICE OF ERRATA with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.


                                    /s/  Holly W. Gibson
                                    Holly W. Gibson