# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

It is **ORDERED** as follows:

1. AstraZeneca's Motion to Set Status Conference to Discuss Future Transfers into the MDL (Doc. 1608)[1] is **DENIED**. Whether inclusion of new cases in the MDL at this late stage would promote the purposes of 28 U.S.C. § 1407 is for the Judicial Panel on Multidistrict Litigation to decide. Furthermore, AstraZeneca has failed to demonstrate that a status conference in this Court will be of any benefit to the Panel in its endeavor to resolve AstraZeneca's pending motion for reconsideration. In the meantime, the Court stands ready to accept new cases should the Panel ultimately decide that their transfer is necessary to achieve the just and efficient conduct of the litigation.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 18, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Parties

ANNE C. CONWAY
United States District Judge

---

[1] The Local Rule 3.01(g) Certificate of Conference indicates that plaintiffs oppose the relief requested.