*Confidential Information*

| SQ300A | Seroquel PMO: Special Master Escrow Account Summary (As of 3/15/10) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | Beginning Balance | $29.67 |
| 2. | Deposits | $30,000.00 |
| 3. | Physician Fee Payments | ($2,550.00) |
| 4. | Physician Costs for Medical Records | ($14,753.93) |
| 5. | Federal Express Expenses | ($3,011.10) |
| 6. | Bank Fees | ($0.00) |
| 7. | Ending Balance   (3/15/10) | $9,714.64 |

# EXHIBIT 2

| SQ301A | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 3/15/10) | | | | | |
|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| 1. | 1/14/10 | 1349 | **Payee:** Denton County, MHMR Center<br>**Physician:** MHMR Center Denton County | Harper-Howell, Kendra<br>6:08-cv-00622 | $ - | $ 413.10 | $ 413.10 |
| 2. | 1/14/10 | 1350 | **Payee:** Praveen Moolamalla, M.D.<br>**Physician:** Dr. Praveen Moolamalla | Harper-Howell, Kendra<br>6:08-cv-00622 | $ - | $ 25.00 | $ 25.00 |
| 3. | 1/14/10 | 1351 | **Payee:** Gardendale Physician Associates, P.C.<br>**Physician:** Dr. Nolan Hudson | Burgett, Robert<br>6:09-cv-00520 | $ - | $ 15.00 | $ 15.00 |
| 4. | 1/14/10 | 1352 | **Payee:** Acton Corporation<br>**Physician:** Dr. Rafael Contreras | Hebbler, Anna<br>6:09-cv-01192 | $ - | $ 54.75 | $ 54.75 |
| 5. | 1/14/10 | 1354 | **Payee:** The Renaissance Center, P.C.<br>**Physician:** Dr. Paul LaRussa | Burgett, Robert<br>6:09-cv-00520 | $ - | $ 15.00 | $ 15.00 |
| 6. | 1/14/10 | 1355 | **Payee:** HealthPort<br>**Physician:** Dr. Charles Yeager | Nelson, Shirley<br>6:09-cv-01193 | $ - | $ 16.00 | $ 16.00 |
| 7. | 1/14/10 | 1356 | **Payee:** Acton Corporation<br>**Physician:** Dr. Florino Samson | Hebbler, Anna<br>6:09-cv-01192 | $ - | $ 127.25 | $ 127.25 |
| 8. | 1/14/10 | 1357 | **Payee:** David S. Kerwin, M.D. Inc.<br>**Physician:** Dr. David Kerwin | Payne, Debra<br>6:09-cv-00239 | $ - | $ 766.00 | $ 766.00 |
| 9. | 1/14/10 | 1358 | **Payee:** Kamlesh P. Patel, MD, PA<br>**Physician:** Dr. Kamlesh Patel | Malachi, Darius<br>6:09-cv-00114 | $ - | $ 55.50 | $ 55.50 |
| 10. | 1/14/10 | 1359 | **Payee:** Ted W. Krell<br>**Physician:** Dr. Ted Krell | Robinson, Theresa<br>6:08-cv-01411 | $ - | $ 35.00 | $ 35.00 |

| SQ301A | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 3/15/10) | | | | | |
|---|---|---|---|---|---|---|
| | Date | Check No. | Description | Lawsuit | Fees | Expenses | Total Payment |
| 11. | 1/14/10 | 1360 | **Payee:** Burke Center<br>**Physician:** Dr. David L Larned | Morales, Carolyn<br>6:09-cv-1282-Orl-22DAB | $ - | $ 25.00 | $ 25.00 |
| 12. | 1/14/10 | 1361 | **Payee:** Wayne Family Practice Association<br>**Physician:** Dr. Robert Phillips | O'Neal, Amy<br>6:09-cv-00117 | $ - | $ 104.00 | $ 104.00 |
| 13. | 1/14/10 | 1362 | **Payee:** Norwalk Family Practice, Inc.<br>**Physician:** Dr. Jennifer Allsop | Young, Matthew<br>6:09-cv-00116 | $ - | $ 34.60 | $ 34.60 |
| 14. | 1/14/10 | 1363 | **Payee:** Warrior Medical Associates<br>**Physician:** Dr. Christoper Harper | Burgett, Robert<br>6:09-cv-00520 | $ - | $ 86.00 | $ 86.00 |
| 15. | 1/14/10 | 1364 | **Payee:** Tammy Harbin<br>**Physician:** Dr. Connie Buchanan | Grayson, Gloria<br>6:06-cv-01135 | $ - | $ 92.50 | $ 92.50 |
| 16. | 1/14/10 | 1366 | **Payee:** Diversified Medical Records Services<br>**Physician:** Dr. Jerry Bernstein | Murawski, Melissa<br>6:09-cv-00119 | $ - | $ 142.13 | $ 142.13 |
| 17. | 1/14/10 | 1367 | **Payee:** Dennis Helmuth, M.D.<br>**Physician:** Dr. Dennis Helmuth | Varju, Jimmie<br>6:09-cv-00113 | $ - | $ 50.52 | $ 50.52 |
| 18. | 1/14/10 | 1368 | **Payee:** Universata, Inc.<br>**Physician:** Dr. Richard Abrams | Williams, Wayne<br>6:09-cv-01261 | $ - | $ 65.78 | $ 65.78 |
| 19. | 1/14/10 | 1369 | **Payee:** Western Highlands Network<br>**Physician:** Dr. Khosrow Bahrani | Harris, Shari<br>6:08-cv-00627 | $ - | $ 36.25 | $ 36.25 |
| 20. | 1/14/10 | 1370 | **Payee:** HealthPort<br>**Physician:** Dr. John Meyer | Lawson-Harper, Alice<br>6:09-cv-00121 | $ - | $ 134.80 | $ 134.80 |

| SQ301A | | | Seroquel PMO:<br>Special Master Escrow Account Physician Payment Details<br>(As of 3/15/10) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| 21. | 1/19/10 | 1373 | **Payee:** Lakeside Behavioral Healthcare<br>**Physician:** Andrew Cutler | Church, Cathy<br>6:07-cv-1698 | $ - | $ 35.67 | $ 35.67 |
| 22. | 1/19/10 | 1374 | **Payee:** Advocate Medical Group<br>**Physician:** Dr. Thomas Iannucci | Murawski, Melissa<br>6:09-cv-00119 | $ - | $ 25.00 | $ 25.00 |
| 23. | 1/19/10 | 1375 | **Payee:** Department of Veterans Affairs<br>**Physician:** Dr. Sarala Rajkumar | Harris, Shari<br>6:08-cv-00627 | $ - | $ 5.00 | $ 5.00 |
| 24. | 1/19/10 | 1376 | **Payee:** UTMB - HIM<br>**Physician:** University of Texas Medical Branch | Robinson, Theresa<br>6:08-cv-01411 | $ - | $ 1,232.41 | $ 1,232.41 |
| 25. | 1/19/10 | 1377 | **Payee:** MRO<br>**Physician:** Paoli Paoli Hospital | D'Angelo, Steven<br>6:08-cv-00626 | $ - | $ 72.57 | $ 72.57 |
| 26. | 1/19/10 | 1379 | **Payee:** Vance Family Medicine, P.A.<br>**Physician:** Dr. Tracy Fenn | Dickerson, Rebecca<br>6:09-cv-00111 | $ - | $ 50.00 | $ 50.00 |
| 27. | 1/21/10 | 1380 | **Payee:** Innovis Health<br>**Physician:** Dr. Alberto V. Cabochan | Burckhard, Leonard<br>6:09-cv-00571 | $ - | $ 103.25 | $ 103.25 |
| 28. | 1/21/10 | 1381 | **Payee:** Riverbend Center for Mental Health<br>**Physician:** Dr. Warren Scott | Butler, Tammy<br>6:08-cv-01309 | $ - | $ 109.50 | $ 109.50 |
| 29. | 1/21/10 | 1382 | **Payee:** Family Therapy Center, PLC<br>**Physician:** Dr. Glenn R. Yank | Orr, Sherrie<br>6:09-cv-00834 | $ - | $ 47.50 | $ 47.50 |
| 30. | 1/21/10 | 1383 | **Payee:** HealthPort<br>**Physician:** Hospital of Denton Presbyterian | Harper-Howell, Kendra<br>6:08-cv-00622 | $ - | $ 188.80 | $ 188.80 |

| SQ301A | | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 3/15/10) | | | | |
|---|---|---|---|---|---|---|---|
| | Date | Check No. | Description | Lawsuit | Fees | Expenses | Total Payment |
| 31. | 1/21/10 | 1384 | **Payee:** Cleveland Gastroenterology Associates<br>**Physician:** Karel Rybnicek | Ledbetter, Tammy<br>6:09-cv-00120 | $ - | $ 10.00 | $ 10.00 |
| 32. | 1/21/10 | 1385 | **Payee:** DMC, Doctors Medical Center<br>**Physician:** Doctors Medical Center DMC | Payne, Debra<br>6:09-cv-00239 | $ - | $ 25.00 | $ 25.00 |
| 33. | 1/27/10 | 1386 | **Payee:** Wise COunty Medical and Surgical Association<br>**Physician:** Dr. Jeff B. Alling | Johnson, Terry<br>6:08-cv-01414 | $ - | $ 120.50 | $ 120.50 |
| 34. | 1/27/10 | 1387 | **Payee:** Health Wise Clinic<br>**Physician:** Dr. John Richardson | Johnson, Terry<br>6:08-cv-01414 | $ - | $ 25.00 | $ 25.00 |
| 35. | 1/27/10 | 1388 | **Payee:** HealthPort<br>**Physician:** Dr. Lon Morgan | Reedy, Robert<br>6:09-cv-00112 | $ - | $ 18.00 | $ 18.00 |
| 36. | 1/27/10 | 1389 | **Payee:** Shelby Medical Associates<br>**Physician:** Gideon Besson | Ledbetter, Tammy<br>6:09-cv-00120 | $ - | $ 10.00 | $ 10.00 |
| 37. | 1/27/10 | 1390 | **Payee:** Emanuel Medical Center<br>**Physician:** Emanuel Medical Center EMC | Payne, Debra<br>6:09-cv-00239 | $ - | $ 12.50 | $ 12.50 |
| 38. | 1/27/10 | 1391 | **Payee:** Mental Health Board of Cholton & Shelby Counties, Inc.<br>**Physician:** Dr. Joel Julian | Burgett, Robert<br>6:09-cv-00520 | $ - | $ 38.50 | $ 38.50 |
| 39. | 1/27/10 | 1392 | **Payee:** Salem Chest Specialists<br>**Physician:** Chest Specialists Salem | Reedy, Robert<br>6:09-cv-00112 | $ - | $ 13.00 | $ 13.00 |
| 40. | 1/27/10 | 1393 | **Payee:** Richard J. Perry, D.O., P.A.<br>**Physician:** Dr. Richard J. Perry | Harper-Howell, Kendra<br>6:08-cv-00622 | $ - | $ 15.00 | $ 15.00 |

| SQ301A | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 3/15/10) | | | | |
|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **41.** | 1/27/10 | 1394 | **Payee:** David Faulk <br> **Physician:** Dr. David Faulk | O'Neal, Amy <br> 6:09-cv-00117 | $ - | $ 15.00 | $ 15.00 |
| **42.** | 1/27/10 | 1395 | **Payee:** C. Hughes Wadley <br> **Physician:** Dr. C. Hughes Wadley | Orr, Sherrie <br> 6:09-cv-00834 | $ - | $ 50.00 | $ 50.00 |
| **43.** | 2/3/10 | 1396 | **Payee:** Tri-County MHMR Services <br> **Physician:** Dr. Jonathan Sneed | Morales, Carolyn <br> 6:09-cv-1282-Orl-22DAB | $ - | $ 169.00 | $ 169.00 |
| **44.** | 2/3/10 | 1397 | **Payee:** Medi-Copy Services, Inc. <br> **Physician:** Dr. Charles Burger | Orr, Sherrie <br> 6:09-cv-00834 | $ - | $ 50.00 | $ 50.00 |
| **45.** | 2/3/10 | 1398 | **Payee:** Heartland Medical Center <br> **Physician:** Dr. Charles Debusk | McCormick, David <br> 6:08-cv-000352 | $ - | $ 137.30 | $ 137.30 |
| **46.** | 2/3/10 | 1399 | **Payee:** Cedar Creek Family Medical <br> **Physician:** Dr. Ted Nifong | Reedy, Robert <br> 6:09-cv-00112 | $ - | $ 56.25 | $ 56.25 |
| **47.** | 2/3/10 | 1400 | **Payee:** Canal Street Self Storage <br> **Physician:** Dr. Lincoln Park Hospital Lincoln Park Hospital | Williams, Wayne <br> 6:09-cv-01261 | $ - | $ 654.48 | $ 654.48 |
| **48.** | 2/3/10 | 1401 | **Payee:** HealthPort <br> **Physician:** Dr. Sanjiv Dalvi | Malachi, Darius <br> 6:09-cv-00114 | $ - | $ 62.25 | $ 62.25 |
| **49.** | 2/3/10 | 1402 | **Payee:** HealthPort <br> **Physician:** Dr. Brian Beam | Varju, Jimmie <br> 6:09-cv-00113 | $ - | $ 60.82 | $ 60.82 |
| **50.** | 2/3/10 | 1404 | **Payee:** Mid South County Services, Inc. <br> **Physician:** Hospital Shoals | Butler, Tammy <br> 6:08-cv-01309 | $ - | $ 52.51 | $ 52.51 |

| SQ301A | | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 3/15/10) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| 51. | 2/3/10 | 1405 | **Payee:** Databank Business Services, Inc <br> **Physician:** Dr. Joseph Lucas | Burgett, Robert <br> 6:09-cv-00520 | $ - | $ 128.50 | $ 128.50 |
| 52. | 2/3/10 | 1406 | **Payee:** Lister Healthcare Corp. <br> **Physician:** Dr. Faizullah Syed | Butler, Tammy <br> 6:08-cv-01309 | $ - | $ 116.25 | $ 116.25 |
| 53. | 2/3/10 | 1407 | **Payee:** Prarie St. Johns <br> **Physician:** Dr. Emmett Kenney | Burckhard, Leonard <br> 6:09-cv-00571 | $ - | $ 444.50 | $ 444.50 |
| 54. | 2/3/10 | 1408 | **Payee:** David T. Le, M.D. <br> **Physician:** Dr. David Le | Morales, Carolyn <br> 6:09-cv-1282-Orl-22DAB | $ - | $ 35.50 | $ 35.50 |
| 55. | 2/4/10 | 1409 | **Payee:** San Jacinto Methodist Hospital <br> **Physician:** San Jacinto Methodist Hospital | Robinson, Theresa <br> 6:08-cv-01411 | $ - | $ 796.00 | $ 796.00 |
| 56. | 2/12/10 | 1410 | **Payee:** Southwestern Medical Center <br> **Physician:** UT Southwestern Medical Center Hospitals Medical Center | Johnson, Terry <br> 6:08-cv-01414 | $ - | $ 25.00 | $ 25.00 |
| 57. | 2/12/10 | 1411 | **Payee:** HealthPort <br> **Physician:** Dr. St. Anthony Hospital St. Anthony Hospital | Williams, Wayne <br> 6:09-cv-01261 | $ - | $ 204.25 | $ 204.25 |
| 58. | 2/12/10 | 1412 | **Payee:** Core Physicians <br> **Physician:** Dr. Emilio J Rodriguez | Orr, Sherrie <br> 6:09-cv-00834 | $ - | $ 20.00 | $ 20.00 |
| 59. | 2/12/10 | 1413 | **Payee:** HealthPort <br> **Physician:** Remus Unger | Varju, Jimmie <br> 6:09-cv-00113 | $ - | $ 63.22 | $ 63.22 |
| 60. | 2/12/10 | 1414 | **Payee:** Diversified Medical Records Services <br> **Physician:** Dr. Nader Zeitouni | Scott, Sandra <br> 6:08-cv-00625 | $ - | $ 50.00 | $ 50.00 |

| SQ301A | | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 3/15/10) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| 61. | 2/12/10 | 1415 | **Payee:** HealthPort <br> **Physician:** Clinic The Kirklin | Butler, Tammy <br> 6:08-cv-01309 | $ - | $ 10.00 | $ 10.00 |
| 62. | 2/12/10 | 1416 | **Payee:** Drake Enterprises, LLC <br> **Physician:** Helen Keller Hospital Helen KellerHospital | Butler, Tammy <br> 6:08-cv-01309 | $ - | $ 10.00 | $ 10.00 |
| 63. | 2/12/10 | 1417 | **Payee:** Action Corporation <br> **Physician:** Dr. Myrna Bobet | Nelson, Shirley <br> 6:09-cv-01193 | $ - | $ 37.40 | $ 37.40 |
| 64. | 2/12/10 | 1418 | **Payee:** MVP Record Retrieval <br> **Physician:** Emanuel Medical Center EMC | Payne, Debra <br> 6:09-cv-00239 | $ - | $ 80.90 | $ 80.90 |
| 65. | 2/12/10 | 1419 | **Payee:** Center for Brain & Spine Surgery <br> **Physician:** Dr. George Bovis | Murawski, Melissa <br> 6:09-cv-00119 | $ - | $ 31.81 | $ 31.81 |
| 66. | 2/12/10 | 1420 | **Payee:** James E. Lundeen, Sr., M.D. <br> **Physician:** James Lundeen | Varju, Jimmie <br> 6:09-cv-00113 | $ - | $ 10.00 | $ 10.00 |
| 67. | 2/12/10 | 1421 | **Payee:** WinnieCommunity Hospital <br> **Physician:** Community Hospital Winnie | Robinson, Theresa <br> 6:08-cv-01411 | $ - | $ 44.00 | $ 44.00 |
| 68. | 2/12/10 | 1422 | **Payee:** Chams Women's Health Care <br> **Physician:** Dr. Albert Chams | Murawski, Melissa <br> 6:09-cv-00119 | $ - | $ 35.00 | $ 35.00 |
| 69. | 2/12/10 | 1423 | **Payee:** HealthPort <br> **Physician:** Dr. James McClean | Reedy, Robert <br> 6:09-cv-00112 | $ - | $ 241.00 | $ 241.00 |
| 70. | 2/12/10 | 1424 | **Payee:** Firelands Regional Medical Center <br> **Physician:** Regional Medical Center Firelands | Young, Matthew <br> 6:09-cv-00116 | $ - | $ 209.78 | $ 209.78 |

| SQ301A | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 3/15/10) | | | | |
|---|---|---|---|---|---|---|
| | Date | Check No. | Description | Lawsuit | Fees | Expenses | Total Payment |
| 71. | 2/12/10 | 1425 | **Payee:** Memorial Medical Center <br> **Physician:** Memorial Hospital Associates MHA | Payne, Debra <br> 6:09-cv-00239 | $ - | $ 24.01 | $ 24.01 |
| 72. | 2/12/10 | 1426 | **Payee:** HealthPort <br> **Physician:** Wise Wise Regional Health Care System | Johnson, Terry <br> 6:08-cv-01414 | $ - | $ 231.57 | $ 231.57 |
| 73. | 2/12/10 | 1427 | **Payee:** Databank Business Services, Inc. <br> **Physician:** Armand Schachter | Grayson, Gloria <br> 6:06-cv-01135 | $ - | $ 283.50 | $ 283.50 |
| 74. | 2/12/10 | 1428 | **Payee:** Eliza Coffee Memorial Hospital <br> **Physician:** Eliza Coffee Memorial Hospital Eliza Coffee Memorial Hospital | Butler, Tammy <br> 6:08-cv-01309 | $ - | $ 417.41 | $ 417.41 |
| 75. | 2/12/10 | 1429 | **Payee:** IOD Incorporated <br> **Physician:** Dr. Michael Goldis | D'Angelo, Steven <br> 6:08-cv-00626 | $ - | $ 293.88 | $ 293.88 |
| 76. | 2/24/10 | 1430 | **Payee:** Cross Creek Neurology <br> **Physician:** Dr. Muhammed Khasru | Malachi, Darius <br> 6:09-cv-00114 | $ - | $ 24.25 | $ 24.25 |
| 77. | 2/24/10 | 1431 | **Payee:** Mariah Parham Medical Center <br> **Physician:** Medical Center Mariah Parham | Dickerson, Rebecca <br> 6:09-cv-00111 | $ - | $ 20.00 | $ 20.00 |
| 78. | 2/24/10 | 1432 | **Payee:** Hale County Hospital Clinic <br> **Physician:** Hospital Clinic Hale County | Crooks-Hall, Mary <br> 6:08-cv-02095 | $ - | $ 340.50 | $ 340.50 |
| 79. | 2/24/10 | 1433 | **Payee:** Hale County Hospital Clinic <br> **Physician:** Hospital Clinic Hale County | Crooks-Hall, Mary <br> 6:08-cv-02095 | $ - | $ 49.00 | $ 49.00 |
| 80. | 2/24/10 | 1434 | **Payee:** Komed Health Center <br> **Physician:** Komed Health Center . | Williams, Wayne <br> 6:09-cv-01261 | $ - | $ 25.00 | $ 25.00 |

| SQ301A | | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 3/15/10) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| 81. | 2/24/10 | 1436 | **Payee:** Gateway Medical Associates, P.C.<br>**Physician:** Debbie Preble | D'Angelo, Steven<br>6:08-cv-00626 | $ - | $ 49.47 | $ 49.47 |
| 82. | 2/24/10 | 1437 | **Payee:** Volunteer Behavioral Healthcare System<br>**Physician:** Dr. Chip H. Fountain | Church, Cathy<br>6:07-cv-1698 | $ - | $ 66.25 | $ 66.25 |
| 83. | 2/24/10 | 1438 | **Payee:** MRO<br>**Physician:** Dr. Cleveland Regional Medical Center Cleveland Regional Medical Center | Ledbetter, Tammy<br>6:09-cv-00120 | $ - | $ 176.25 | $ 176.25 |
| 84. | 2/24/10 | 1439 | **Payee:** The Gulf Coast Center<br>**Physician:** James Eades | Robinson, Theresa<br>6:08-cv-01411 | $ - | $ 234.84 | $ 234.84 |
| 85. | 2/24/10 | 1440 | **Payee:** Claiborne County Hospital Medical Records<br>**Physician:** Claiborne County Hospital | McCormick, David<br>6:08-cv-000352 | $ - | $ 35.25 | $ 35.25 |
| 86. | 2/24/10 | 1441 | **Payee:** Alabama Psychiatric Services<br>**Physician:** Dr. Amanda Mumford | Butler, Tammy<br>6:08-cv-01309 | $ - | $ 203.50 | $ 203.50 |
| 87. | 2/24/10 | 1442 | **Payee:** HealthPort<br>**Physician:** Dr. Paul Pfeiffer | Scott, Sandra<br>6:08-cv-00625 | $ - | $ 150.89 | $ 150.89 |
| 88. | 2/24/10 | 1443 | **Payee:** St. Vincent's East Family Medicine Clinic<br>**Physician:** East Family Medicine Clinic St. Vincent's | Grayson, Gloria<br>6:06-cv-01135 | $ - | $ 15.00 | $ 15.00 |
| 89. | 2/24/10 | 1444 | **Payee:** Archivus, LLC<br>**Physician:** Patrick Connor | Ledbetter, Tammy<br>6:09-cv-00120 | $ - | $ 10.44 | $ 10.44 |
| 90. | 2/24/10 | 1445 | **Payee:** Archivus, LLC<br>**Physician:** Steve Karner | Ledbetter, Tammy<br>6:09-cv-00120 | $ - | $ 12.70 | $ 12.70 |

| SQ301A | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 3/15/10) | | | | |
|---|---|---|---|---|---|---|
| | Date | Check No. | Description | Lawsuit | Fees | Expenses | Total Payment |
| 91. | 2/25/10 | 1446 | **Payee:** North Alabama Regional Hospital<br>**Physician:** Regional Hospital North Alabama | Hebbler, Anna<br>6:09-cv-01192 | $ - | $ 85.00 | $ 85.00 |
| 92. | 2/25/10 | 1447 | **Payee:** Advocate Medical Group<br>**Physician:** Dr. Adil Alavi | Murawski, Melissa<br>6:09-cv-00119 | $ - | $ 31.90 | $ 31.90 |
| 93. | 2/25/10 | 1448 | **Payee:** Advocate Medical Group<br>**Physician:** Dr. Leslie Brookfield | Murawski, Melissa<br>6:09-cv-00119 | $ - | $ 33.25 | $ 33.25 |
| 94. | 2/25/10 | 1449 | **Payee:** Advocate Medical Group<br>**Physician:** Dr. Thomas Iannucci | Murawski, Melissa<br>6:09-cv-00119 | $ - | $ 9.75 | $ 9.75 |
| 95. | 2/25/10 | 1450 | **Payee:** Innovis Hospital<br>**Physician:** Hospital Innovis | Burckhard, Leonard<br>6:09-cv-00571 | $ - | $ 167.00 | $ 167.00 |
| 96. | 2/25/10 | 1451 | **Payee:** Evergreen Behavioral Management<br>**Physician:** Behavioral Management Evergreen | Malachi, Darius<br>6:09-cv-00114 | $ - | $ 21.25 | $ 21.25 |
| 97. | 2/25/10 | 1452 | **Payee:** Mariah Parham Medical Center<br>**Physician:** Medical Center Mariah Parham | Dickerson, Rebecca<br>6:09-cv-00111 | $ - | $ 78.00 | $ 78.00 |
| 98. | 2/25/10 | 1453 | **Payee:** HealthPort<br>**Physician:** Michael Codsi | Varju, Jimmie<br>6:09-cv-00113 | $ - | $ 30.45 | $ 30.45 |
| 99. | 2/25/10 | 1454 | **Payee:** Fuquay Varina Family Practice<br>**Physician:** Dr. Jason DeVente | Varju, Jimmie<br>6:09-cv-00113 | $ - | $ 34.75 | $ 34.75 |
| 100. | 2/25/10 | 1455 | **Payee:** Stephen R. Savage, M.D.<br>**Physician:** Dr. Stephen R Savage | Orr, Sherrie<br>6:09-cv-00834 | $ - | $ 57.00 | $ 57.00 |

| SQ301A | | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 3/15/10) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| 101. | 2/25/10 | 1456 | **Payee:** Southern Records Management Corp<br>**Physician:** Huntsville Hospital Huntsville Hospital | Orr, Sherrie<br>6:09-cv-00834 | $ - | $ 129.66 | $ 129.66 |
| 102. | 2/25/10 | 1457 | **Payee:** Maysville Medical Center<br>**Physician:** Dr. Walter D. Hamilton | Reese, Oretha<br>6:09-cv-00956 | $ - | $ 36.00 | $ 36.00 |
| 103. | 2/25/10 | 1458 | **Payee:** Neuropsychology Associates<br>**Physician:** Dr. Rodney Swenson | Burckhard, Leonard<br>6:09-cv-00571 | $ - | $ 20.00 | $ 20.00 |
| 104. | 2/25/10 | 1459 | **Payee:** Klein Neurology, P.A.<br>**Physician:** Cathy McDowell | Ledbetter, Tammy<br>6:09-cv-00120 | $ - | $ 22.50 | $ 22.50 |
| 105. | 2/25/10 | 1460 | **Payee:** Action Corporation<br>**Physician:** Health Systems-Bayview AltaPointe | Nelson, Shirley<br>6:09-cv-01193 | $ - | $ 20.22 | $ 20.22 |
| 106. | 2/25/10 | 1461 | **Payee:** ABC Legal Copy Service<br>**Physician:** Dr. Frank Fine | Payne, Debra<br>6:09-cv-00239 | $ - | $ 55.80 | $ 55.80 |
| 107. | 2/25/10 | 1462 | **Payee:** ABC Legal Copy Service<br>**Physician:** Dr. Nirmal Rai | Payne, Debra<br>6:09-cv-00239 | $ - | $ 76.80 | $ 76.80 |
| 108. | 2/25/10 | 1463 | **Payee:** Counseling Center of Wayne & Holmes Counties<br>**Physician:** Center of Wayne Counseling | Varju, Jimmie<br>6:09-cv-00113 | $ - | $ 52.40 | $ 52.40 |
| 109. | 3/12/10 | 1466 | **Payee:** Global Technology Solution Imaging<br>**Physician:** Dr. Benedicta Umoru | Lawson-Harper, Alice<br>6:09-cv-00121 | $ - | $ 61.79 | $ 61.79 |
| 110. | 3/12/10 | 1467 | **Payee:** Questcare Medical Services, P.A.<br>**Physician:** Dr. Lisa Kohler | Harper-Howell, Kendra<br>6:08-cv-00622 | $ - | $ 25.00 | $ 25.00 |

| SQ301A | |  | **Seroquel PMO:<br>Special Master Escrow Account Physician Payment Details<br>(As of 3/15/10)** | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| 111. | 3/12/10 | 1468 | **Payee:** Merit Medical Group<br>**Physician:** Broadway Merit Care | Burckhard, Leonard<br>6:09-cv-00571 | $ - | $ 641.75 | $ 641.75 |
| 112. | 3/12/10 | 1469 | **Payee:** MRO<br>**Physician:** Dr. Cleveland Regional Medical Center Cleveland Regional Medical Center | Ledbetter, Tammy<br>6:09-cv-00120 | $ - | $ 20.00 | $ 20.00 |
| 113. | 3/12/10 | 1470 | **Payee:** Lakeshore Mental Heath Institute<br>**Physician:** Mental Heath Institute Lakeshore | McCormick, David<br>6:08-cv-000352 | $ - | $ 34.25 | $ 34.25 |
| 114. | 3/12/10 | 1471 | **Payee:** Northport Medical Center<br>**Physician:** . Northport Medical Center | Hebbler, Anna<br>6:09-cv-01192 | $ - | $ 88.60 | $ 88.60 |
| 115. | 3/12/10 | 1472 | **Payee:** DCH Regional Medical Center<br>**Physician:** DCH Regional Medical Center | Hebbler, Anna<br>6:09-cv-01192 | $ - | $ 174.06 | $ 174.06 |
| 116. | 3/12/10 | 1473 | **Payee:** Internal Medicine Clinic<br>**Physician:** Danny Martin | Butler, Tammy<br>6:08-cv-01309 | $ - | $ 27.56 | $ 27.56 |
| 117. | 3/12/10 | 1474 | **Payee:** Pathology Laboratories<br>**Physician:** Laboratories Pathology | Scott, Sandra<br>6:08-cv-00625 | $ - | $ 36.75 | $ 36.75 |
| 118. | 3/12/10 | 1475 | **Payee:** Southwestern Medical Center<br>**Physician:** UT Southwestern Medical Center Hospitals Medical Center | Johnson, Terry<br>6:08-cv-01414 | $ - | $ 487.50 | $ 487.50 |
| 119. | 3/12/10 | 1476 | **Payee:** Cherokee Health System<br>**Physician:** Dr. Kimberly Quigley | McCormick, David<br>6:08-cv-000352 | $ - | $ 66.75 | $ 66.75 |
| 120. | 3/12/10 | 1477 | **Payee:** Data Management Company<br>**Physician:** Dr. Bruce Cheatham | Harper-Howell, Kendra<br>6:08-cv-00622 | $ - | $ 12.00 | $ 12.00 |

| SQ301A | | | Seroquel PMO:<br>Special Master Escrow Account Physician Payment Details<br>(As of 3/15/10) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| 121. | 3/12/10 | 1478 | **Payee:** Texana Behavioral Healthcare Clinic<br>**Physician:** Dr. Hubert James Stuart | Morales, Carolyn<br>6:09-cv-1282-Orl-22DAB | $ - | $ 50.00 | $ 50.00 |
| 122. | 3/12/10 | 1479 | **Payee:** HealthPort<br>**Physician:** Hospital Medical Center Mt. Sinai | Williams, Wayne<br>6:09-cv-01261 | $ - | $ 35.64 | $ 35.64 |
| 123. | 3/12/10 | 1480 | **Payee:** HealthPort<br>**Physician:** Madden Mental Health Center | Williams, Wayne<br>6:09-cv-01261 | $ - | $ 76.78 | $ 76.78 |
| 124. | 3/12/10 | 1481 | **Payee:** HealthPort<br>**Physician:** Madden Mental Health Center | Williams, Wayne<br>6:09-cv-01261 | $ - | $ 89.80 | $ 89.80 |
| 125. | 3/12/10 | 1482 | **Payee:** HealthPort<br>**Physician:** Dr. Emilio J Rodriguez | Orr, Sherrie<br>6:09-cv-00834 | $ - | $ 22.00 | $ 22.00 |
| 126. | 3/12/10 | 1483 | **Payee:** HealthPort<br>**Physician:** Medical Center Rush-North Shore | Murawski, Melissa<br>6:09-cv-00119 | $ - | $ 61.64 | $ 61.64 |
| 127. | 3/12/10 | 1484 | **Payee:** HealthPort<br>**Physician:** Medical Center at Jasper Walker Baptist | Hebbler, Anna<br>6:09-cv-01192 | $ - | $ 263.75 | $ 263.75 |
| 128. | 3/12/10 | 1485 | **Payee:** HealthPort<br>**Physician:** Medical Center Crestwood | Orr, Sherrie<br>6:09-cv-00834 | $ - | $ 36.00 | $ 36.00 |
| 129. | 3/12/10 | 1486 | **Payee:** HealthPort<br>**Physician:** Dr. Mark Mitchell | Reedy, Robert<br>6:09-cv-00112 | $ - | $ 2.00 | $ 2.00 |
| 130. | 3/12/10 | 1487 | **Payee:** HealthPort<br>**Physician:** Regional Medical Center Maury | Orr, Sherrie<br>6:09-cv-00834 | $ - | $ 173.45 | $ 173.45 |

| SQ301A | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 3/15/10) | | | | |
|---|---|---|---|---|---|---|
| | Date | Check No. | Description | Lawsuit | Fees | Expenses | Total Payment |
| 131. | 3/12/10 | 1488 | **Payee:** HealthPort<br>**Physician:** Medical Center Crestwood | Hebbler, Anna<br>6:09-cv-01192 | $ - | $ 8.00 | $ 8.00 |
| 132. | 3/12/10 | 1489 | **Payee:** Mobile Bay On-Gyn Center, PC<br>**Physician:** Dr. William O. Jeansonne | Nelson, Shirley<br>6:09-cv-01193 | $ - | $ 117.50 | $ 117.50 |
| 133. | 3/12/10 | 1490 | **Payee:** Salem Surgical Associates<br>**Physician:** Dr. Ray Workman | Reedy, Robert<br>6:09-cv-00112 | $ - | $ 10.00 | $ 10.00 |
| 134. | 3/12/10 | 1491 | **Payee:** Action Corporation<br>**Physician:** Orthopedic Clinics Alabama | Nelson, Shirley<br>6:09-cv-01193 | $ - | $ 62.00 | $ 62.00 |
| 135. | 3/12/10 | 1492 | **Payee:** Grace Hospital<br>**Physician:** Hospital Grace | Ledbetter, Tammy<br>6:09-cv-00120 | $ - | $ 10.00 | $ 10.00 |
| 136. | 3/12/10 | 1493 | **Payee:** Action Corporation<br>**Physician:** Health Systems-Bayview AltaPointe | Nelson, Shirley<br>6:09-cv-01193 | $ - | $ 54.57 | $ 54.57 |
| 137. | 3/12/10 | 1494 | **Payee:** Carolina GI<br>**Physician:** Dr. Mark Dubinski | Dickerson, Rebecca<br>6:09-cv-00111 | $ - | $ 27.25 | $ 27.25 |
| 138. | 3/12/10 | 1495 | **Payee:** Western Mental Health Center<br>**Physician:** Dr. Wolfram Glaser | Grayson, Gloria<br>6:06-cv-01135 | $ 1,750.00 | $ - | $ 1,750.00 |
| 139. | 3/12/10 | 1496 | **Payee:** Jill A. Foster<br>**Physician:** Dr. Jill Foster | Grayson, Gloria<br>6:06-cv-01135 | $ 800.00 | $ - | $ 800.00 |
| 140. | | | **Total** | | $ 2,550.00 | $ 14,753.93 | $ 17,303.93 |