## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

**This Document Relates to ALL CASES**

---

# REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

**REPORT NUMBER: 31**

**DATE: MARCH 15, 2010**


# **CONTENTS**

**PAGE**

I.     INTRODUCTION ............................................................................................... 1

II.    REPORT ON STATUS .................................................................................... 2

       A.     Case-Specific Discovery Program for Eleventh Circuit
                Trial Group ......................................................................................... 2

       B.     Suspended Cases ................................................................................ 3

       C.     Actions by the PMO Relating to the Eleventh Circuit
                Trial Group ......................................................................................... 4

                1.       Weekly Status Calls……………………………………………….4
                2.       Medical Records Acquisition and Scheduling of
                            Physician Depositions ................................................................ 4
                3.       Standard PMO Reports .............................................................. 5

       D.     Special Master Escrow Account Information ....................................... 6

# I.  INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office.  The Special Master has filed the Reports identified in Table 1:

| Table 1 | SPECIAL MASTER REPORTS |
|---|---|
| REPORT | DATE |
| Report No. 1 | 9/14/08 |
| Report No. 2 | 10/15/07 |
| Report No. 3 | 11/13/07 |
| Report No. 4 and Supplemental Report | 12/14/07 12/18/07 |
| Report No. 5 | 1/15/08 |
| Report No. 6 | 2/15/08 |
| Report No. 7 | 3/14/08 |
| Report No. 8 | 4/15/08 |
| Report No. 9 | 5/15/08 |
| Report No. 10 | 6/16/08 |
| Report No. 11 | 7/15/08 |
| Report No. 12 | 8/15/08 |
| Report No. 13 | 9/15/08 |
| Report No. 14 | 10/15/08 |
| Report No. 15 | 11/14/08 |
| Report No. 16 | 12/15/08 |
| Report No. 17 | 1/15/09 |
| Report No. 18 | 2/13/09 |
| Report No. 19 | 3/13/09 |
| Report No. 20 | 4/15/09 |
| Report No. 21 | 5/15/09 |
| Report No. 22 | 6/15/09 |
| Report No. 23 | 7/15/09 |

| Table 1 | SPECIAL MASTER REPORTS |
|---|---|
| Report No. 24 | 8/12/09 |
| Report No. 25 | 9/15/09 |
| Report No. 26 | 10/15/09 |
| Report No. 27 | 11/13/09 |
| Report No. 28 | 12/15/09 |
| Report No. 29 | 1/15/10 |
| Report No. 30 | 2/15/10 |

## II.  REPORT ON STATUS

A.  **Case-Specific Discovery Program for Eleventh Circuit Trial Group.**

On November 23, 2009, the Court entered an Order designating thirty-eight plaintiffs for trial and directing the Parties to employ the services of the Special Master Plaintiff Management Office to supervise and coordinate case-specific discovery.  The Special Master and the PMO then revived the processes for acquisition of medical records for physicians in these cases and for scheduling depositions of physicians in these cases.

On December 16, 2009, the Court entered Orders setting deadlines for completion of discovery in these cases.  The 15 cases in Group 1 have a discovery deadline of May 3, 2010, while the 23 cases in Group were assigned a discovery deadline of August 2, 2010 (Group 2).

On February 2, 2010, the Court entered an Order returning 19 Plaintiffs to the Eleventh Circuit Trial Group.  By Order of February 3, 2010, the Court set August 2, 2010 as the discovery deadline for these cases.  The PMO is working with the Parties to begin records collection and deposition scheduling for these additional cases in Group 2.

**B.     Suspended Cases.**

At the direction of the Parties, the PMO has placed on hold the cases of 23 Plaintiffs listed in Table 2 and suspended any further work on these cases. The Parties have notified the PMO that the Susan Courts case has been dismissed; the Cody Tokheim case has been transferred to another court; counsel for Ms. Crooks-Hall has indicated the case may be dismissed; Stipulations of Dismissal with Prejudice were filed on March 5, 2010 for Leonard Burckhard, Mary Canchola (individually and as representative of the estate of Johnny Canchola), Roger Courson, Tammy Ledbetter, Carolyn Morales, and Jimmie Varju; and for the remaining cases there is some question about whether the action will proceed or will go forward in this forum.

| TABLE 2 | Suspended Cases | | | |
|---|---|---|---|---|
| Row | Plaintiff Last Name | Plaintiff First Name | Case Number | Discovery Group |
| 1. | Burckhard | Leonard | 6:09-cv-00571-Orl-22DAB | Group 2 |
| 2. | Canchola | Mary | 6:09-cv-238-Orl-22DAB | Group 2 |
| 3. | Courson | Roger | 6:09-cv-00115-Orl22DAB | Group 2 |
| 4. | Courts | Susan | 6:08-cv-623-Orl-22DAB | Group 1 |
| 5. | Crooks-Hall | Mary | 6:08-cv-2095-Orl-22DAB | Group 1 |
| 6. | Dickerson | Rebecca | 6:09-cv-00111-Orl-22DAB | Group 2 |
| 7. | Harris | Shari | 6:08-cv-00627-Orl-22DAB | Group 1 |
| 8. | Howard | Kathleen | 6:09-cv-01192-Orl-22DAB | Group 2 |
| 9. | Itter-Caldwell | Judy | 6:08-cv-848-Orl-22DAB | Group 1 |
| 10. | Lawson-Harper | Alice | 6:09-cv-00121-Orl-22DAB | Group 2 |
| 11. | Ledbetter | Tammy | 6:09-cv-00120-Orl-22DAB | Group 2 |
| 12. | Lindsey | William | 6:08-cv-1495-Orl-22DAB | Group 2 |
| 13. | Malachi | Darius | 6:09-cv-00114-Orl-22DAB | Group 2 |
| 14. | Morales | Caroline | 6:09-cv-1282-Orl-22DAB | Group 2 |
| 15. | Murawski | Melissa | 6:09-cv-00119-Orl-22DAB | Group 2 |
| 16. | O'Neal | Amy | 6:09-cv-00117-Orl-22DAB | Group 2 |
| 17. | Payne | Debra | 6:09-cv-00239-Orl-22DAB | Group 2 |
| 18. | Reedy | Robert | 6:09-cv-00112-Orl-22DAB | Group 2 |
| 19. | Robinson | Theresa | 6:08-cv-01411-Orl-22DAB | Group 1 |
| 20. | Stickney | Robert | 6:08-cv-621-Orl-22DAB | Group 1 |
| 21. | Tokheim | Cody | 6:08-cv-544-Orl-22DAB | Group 1 |
| 22. | Varju | Jimmie | 6:09-cv-00113-Orl-22DAB | Group 2 |
| 23. | Young | Matthew | 6:09-cv-00116-Orl-22DAB | Group 2 |

### C. Actions by the PMO Relating to the Eleventh Circuit Trial Group.

#### 1. Weekly Status Calls.

The Special Master continues to conduct status conferences by telephone with counsel for Plaintiffs and counsel for Defendants to facilitate document production, deposition scheduling, and other matters related to the Eleventh Circuit Trial Group. These calls occur every Friday, unless the Special Master and the Parties determine that a call is not needed, or the conference is moved to another day to accommodate scheduling issues.

During the weekly status conference on February 12, 2010, the Special Master discussed with the Parties an issue Plaintiffs had raised concerning the manner in which the PMO assigns Plaintiffs or Defendants responsibility for a physician deposition where both parties have designated the same physician for deposition. After review of the positions of the Parties, the Special Master prepared and issued Report and Recommendation No. 9 on March 9, 2010, attached to this Report as Exhibit 1, to resolve the issue.

#### 2. Medical Records Acquisition and Scheduling of Physician Depositions.

On December 11, 2009, the Parties began submitting Physician information to the PMO for purposes of medical records collection. The PMO is obtaining medical records from such physicians unless Defendants have notified the PMO that the Defendants have already obtained such records through their own service provider. To date, the PMO has received direction from the Parties to obtain records from 372 physicians or facilities. Of the 372, 107 are for active Group 1 cases. The PMO has obtained records from all but 39

of the 107 physicians or facilities provided for Group 1 cases. As of this report, the PMO is working to obtain records from 12 physicians or facilities for Group 1 cases. The PMO has not been able to collect records from the remaining 27 physicians or facilities in Group 1 cases because the records have been destroyed or the office can find no records for the patient. Of the 372 physicians or facilities provided to the PMO, 112 are for active Group 2 cases. The PMO has obtained records from all but 56 of the 112 physicians or facilities provided for Group 2. The PMO is working to obtain records from all 56 of these offices.

On January 7, 2010, the PMO received the first set of physician designations for depositions in the Eleventh Circuit Trial Group. To date, the PMO has received 39 deponent designations in the eight active Group 1 cases. Of the 39 designations, the PMO has enough information from the Parties to schedule 36 depositions. As of this report, the PMO has scheduled 22 of these depositions. In addition, the PMO has received three designations in one of the 26 active Group 2 cases and is working to schedule depositions for these Physicians.

### 3. **Standard PMO Reports.**

The PMO has designed and coded into the PMO's Seroquel database application a set of standard Reports to apprise the Court and the parties of critical information on the activities of the PMO and the progress of case-specific discovery. The PMO posts these Reports on the PMO website. An authorized user of the website can click on a Reports section of the Master Calendar home page and view the current version of each Report. The following Table 3 identifies and describes these standard Reports. A full set of the current Reports is attached to this Report as Exhibit 2.

5

| TABLE 3 | | Seroquel PMO Summary Reports |
|---|---|---|
| **Physician Depositions Scheduling** | SQ106 | **Seroquel PMO: Physician Depositions Scheduling Report**<br><br>(Reports on the number of Physicians designated for cases in the months shown, and the progress of the PMO in scheduling such depositions.) |
| **Medical Records** | SQ200A | **Seroquel PMO: Medical Records Status (*By Physician*)**<br><br>(Reports on the status of the PMO's acquisition of Medical Records from Physicians whose depositions have been scheduled but have not yet occurred, listed in alphabetical order by Physician last name.) |
| **Payments to Physicians** | SQ300A | **Seroquel PMO: Special Master Escrow Account Summary**<br><br>(Reports a summary of deposits and payments made from the Special Master Escrow Account.) |

### D.     Special Master Escrow Account Information.

The Special Master Escrow Account Summary Report (SQ300A, attached in Exhibit 2) reflects that a total of $30,000 has been deposited into the Special Master Escrow account since January 1, 2010 for work on the Eleventh Circuit Trial Group cases. From that amount, $2,550 has been paid to compensate physician deponents for deposition time; $14,754 has been paid to reimburse physicians for the cost of copying

6

their Medical Records; and $3,011 has been paid in shipping charges incurred by physicians in sending records to the PMO. The balance as of March 15, 2010, in the Special Master Escrow account is $9,715.

The Special Master Escrow Account Physician Payment Details Report (SQ301A) is available on-line at https://www.browngreer.com/seroquel. This report provides details of each payment made to each physician, the reason for the payment, and the case to which the payment is related.

Respectfully submitted,

BROWNGREER PLC

By: **s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia 23219
Telephone: (804) 521-7201
Facsimile: (804) 521-7299
Email: obrown@browngreer.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

                              **s/ Orran L. Brown**
                              Orran L. Brown
                              Virginia State Bar No. 25832
                              BrownGreer PLC
                              115 South 15th Street, Suite 400
                              Richmond, Virginia  23219
                              Telephone:  (804) 521-7201
                              Facsimile:  (804) 521-7299
                              Email:  obrown@browngreer.com

**SERVICE LIST**

In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

2

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>*Attorney for Defendant Dr. Asif Habib* | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com |