*Confidential Information*

| SQ106 | Seroquel PMO: Physician Depositions Scheduling Report for 11th Circuit Trial Group (As of 3/15/10) | | |
|---|---|---|---|
| | **Status** | **Status Detail** | |
| 1. | Scheduled/ Concluded | Scheduled by Parties | 0 |
| 2. | | Scheduled/Rescheduled | 2 |
| 3. | | **Scheduled/Concluded Total** | **2** |
| 4. | Scheduled/ Pending | Scheduled/Rescheduled | 20 |
| 5. | | **Scheduled/Pending Total** | **20** |
| 6. | Currently Unable to Schedule | Hold Scheduling Efforts for Directions from Parties | 9 |
| 7. | | Unable to Locate Physician | 0 |
| 8. | | Physician Deceased | 0 |
| 9. | | **Currently Unable to Schedule Total** | **9** |
| 10. | Not Yet Scheduled | 48-Hour Packet Sent | 2 |
| 11. | | Contact Made/Awaiting Date from Physician | 9 |
| 12. | | Fees/Other Questions Delaying Scheduling | 2 |
| 13. | | Designation Received by PMO | 6 |
| 14. | | Messages Left for Return Call | 1 |
| 15. | | **Not Yet Scheduled Total** | **20** |
| 16. | | **Grand Total** | **51** |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 3/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 1. Burckhard, Leonard | Wick, Ron | Treating | | Records Requested 2/2/10 |
| 2. Burgett, Robert | Brookwood Medical Center, Brookwood | Treating | | Received at PMO 1/18/10 |
| 3. Burgett, Robert | Carraway Hospital, Carraway Hospital | Treating | | Records Requested 2/11/10 |
| 4. Burgett, Robert | Harper, Christoper | Treating | | Received at PMO 12/31/09 |
| 5. Burgett, Robert | Hillcrest Behavioral, Health Services | Treating | | Received at PMO 1/20/10 |
| 6. Burgett, Robert | Hudson, Nolan | Treating | | Received at PMO 12/23/09 |
| 7. Burgett, Robert | Julian, Joel | Treating | | Received at PMO 1/19/10 |
| 8. Burgett, Robert | Lacy, Lawrence | Treating | | Received at PMO 1/20/10 |
| 9. Burgett, Robert | LaRussa, Paul | Prescribing | | Received at PMO 12/30/09 |
| 10. Burgett, Robert | Lucas, Joseph | Treating | | Received at PMO 1/19/10 |
| 11. Butler, Tammy | Berkeley, Heart Lab | Treating | | Records Requested 3/15/10 |
| 12. Butler, Tammy | Chappell, Seaborn M. | Treating | | Received at PMO 3/15/10 |
| 13. Butler, Tammy | Crestwood, Medical Center | Treating | | Received at PMO 3/11/10 |
| 14. Butler, Tammy | Eliza Coffee Memorial Hospital, Eliza Coffee Memorial Hospital | Treating | | Received at PMO 2/1/10 |
| 15. Butler, Tammy | Gillis, Francis | Treating | | Records Requested 3/10/10 |
| 16. Butler, Tammy | Helen KellerHospital, Helen Keller Hospital | Treating | | Received at PMO 1/25/10 |
| 17. Butler, Tammy | Kirchler, Rita K. | Treating | | Received at PMO 3/15/10 |
| 18. Butler, Tammy | Knight, Karis | Prescribing | | Received at PMO 2/11/10 |
| 19. Butler, Tammy | Martin, Danny | Treating | | Received at PMO 2/26/10 |
| 20. Butler, Tammy | Med, Plus | Treating | | Records Requested 3/15/10 |
| 21. Butler, Tammy | Mumford, Amanda | Prescribing | 3/25/10  1:00 PM | Received at PMO 2/11/10 |
| 22. Butler, Tammy | Scott, Warren | Treating | 4/21/10  9:00 AM | Received at PMO 1/20/10 |
| 23. Butler, Tammy | Shoals, Hospital | Treating | | Received at PMO 1/18/10 |
| 24. Butler, Tammy | Syed, Faizullah | Treating | 4/9/10  1:00 PM | Received at PMO 1/15/10 |
| 25. Butler, Tammy | The Kirklin, Clinic | Treating | | Received at PMO 1/25/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 3/15/10) | | | |
|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 26. | Church, Cathy Ruth | Agbenhovi, Rexford | Treating | | Received at PMO 3/2/10 |
| 27. | Church, Cathy Ruth | Cutler, Andrew | Prescribing | | Records Requested 1/8/10 |
| 28. | Church, Cathy Ruth | Donovan, Daniel | Treating | | Received at PMO 3/10/10 |
| 29. | Church, Cathy Ruth | Fountain, Chip H. | Prescribing | 4/16/10 11:00 AM | Received at PMO 1/15/10 |
| 30. | Church, Cathy Ruth | Hall, Danny | Treating | 3/23/10 8:30 AM | Received at PMO 1/26/10 |
| 31. | Church, Cathy Ruth | Kessler, Susan | Prescribing | | Received at PMO 3/12/10 |
| 32. | Church, Cathy Ruth | Meloukheia, Aysha | Prescribing | 4/30/10 9:00 AM | Received at PMO 2/2/10 |
| 33. | Church, Cathy Ruth | Rainey, Susan | Prescribing | | Received at PMO 1/15/10 |
| 34. | Church, Cathy Ruth | Remsing, Nile | Prescribing and Treating | 4/14/10 1:00 PM | Received at PMO 2/10/10 |
| 35. | Church, Cathy Ruth | Silverstein, Eugene | Treating | | Records Requested 3/9/10 |
| 36. | Crooks-Hall, Mary H. | DCH, Medical | Treating | | Records Requested 1/29/10 |
| 37. | Crooks-Hall, Mary H. | Greene, County Hospital | Treating | | Records Requested 2/4/10 |
| 38. | Crooks-Hall, Mary H. | Hale County, Hospital Clinic | Treating | | Records Requested 2/18/10 |
| 39. | Crooks-Hall, Mary H. | Hwangpo, Inkil | Treating | | Received at PMO 3/11/10 |
| 40. | Crooks-Hall, Mary H. | Jaouni, Hani | Treating | | Received at PMO 1/15/10 |
| 41. | Crooks-Hall, Mary H. | Moore, Karen | Treating | | Received at PMO 1/15/10 |
| 42. | Crooks-Hall, Mary H. | Mushannen, Bassam | Treating | | Received at PMO 2/8/10 |
| 43. | Crooks-Hall, Mary H. | Srilata, Anne | Prescribing | | Records Requested 12/18/09 |
| 44. | Crooks-Hall, Mary H. | Tobing-Ruiz, Beth | Treating | | Records Requested 1/29/10 |
| 45. | D'Angelo, Steven A | Arbuckle, Michael | Treating | 4/20/10 9:00 AM | PMO Not Requesting Records |
| 46. | D'Angelo, Steven A | Bonaccorsi, Diane | Treating | | PMO Not Requesting Records |
| 47. | D'Angelo, Steven A | Briones, Mariele | Treating | | Received at PMO 1/29/10 |
| 48. | D'Angelo, Steven A | Goldis, Michael | Treating | 3/18/10 9:00 AM | Received at PMO 2/1/10 |
| 49. | D'Angelo, Steven A | Koenig, Richard | Treating | | Records Requested 1/26/10 |
| 50. | D'Angelo, Steven A | Morse, Alan | Treating | | Received at PMO 2/15/10 |
| 51. | D'Angelo, Steven A | Paoli Hospital, Paoli | Treating | | Received at PMO 1/29/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 3/15/10) | | | | |
|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 52. | D'Angelo, Steven A | Preble, Debbie | Treating | | Received at PMO 1/29/10 |
| 53. | D'Angelo, Steven A | Sparrow, Francis | Prescribing | | Received at PMO 1/26/10 |
| 54. | Davis, Michael | Abdulrauf, Ademola | Prescribing | | Received at PMO 12/30/09 |
| 55. | Davis, Michael | Ban, Martha | Prescribing | | Received at PMO 12/30/09 |
| 56. | Davis, Michael | VA Hospital, VA Hospital - Cleveland | Treating | | Received at PMO 2/10/10 |
| 57. | Davis, Michael | VA Hospital, VA Hospital - San Diego | Treating | | Received at PMO 2/17/10 |
| 58. | Davis, Michael | VAMC, VAMC - Birmingham AL | Treating | | Received at PMO 3/15/10 |
| 59. | Davis, Michael | VAMC, VAMC - Tuscaloosa AL | Treating | | Received at PMO 2/12/10 |
| 60. | Dickerson, Rebecca Arthur | Bailey, Angela | Treating | | PMO Not Requesting Records |
| 61. | Dickerson, Rebecca Arthur | Caring, Family Network | Treating | | Records Requested 2/9/10 |
| 62. | Dickerson, Rebecca Arthur | Cates, Daphne | Treating | | Received at PMO 2/4/10 |
| 63. | Dickerson, Rebecca Arthur | Christ-Clement, Tracy | Treating | | Received at PMO 1/29/10 |
| 64. | Dickerson, Rebecca Arthur | Cinocca, Ronald J. | Treating | | Received at PMO 2/4/10 |
| 65. | Dickerson, Rebecca Arthur | Douglas-Lewis, Yvetter | Prescribing and Treating | | PMO Not Requesting Records |
| 66. | Dickerson, Rebecca Arthur | Dubinski, Mark | Treating | | Received at PMO 3/2/10 |
| 67. | Dickerson, Rebecca Arthur | Duke University, Medical Center | Treating | | Records Requested 2/8/10 |
| 68. | Dickerson, Rebecca Arthur | Durham Women's, Clinic | Treating | | PMO Not Requesting Records |
| 69. | Dickerson, Rebecca Arthur | Fenn, Tracy | Treating | | Received at PMO 1/29/10 |
| 70. | Dickerson, Rebecca Arthur | Healthco, Inc. | Treating | | PMO Not Requesting Records |
| 71. | Dickerson, Rebecca Arthur | Keeler, Nancy | Treating | | Received at PMO 1/29/10 |
| 72. | Dickerson, Rebecca Arthur | Lawson, J.H. | Treating | | Received at PMO 1/21/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 3/15/10) | | | |
|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 73. | Dickerson, Rebecca Arthur | Mariah Parham, Medical Center | Treating | | Received at PMO 2/25/10 |
| 74. | Dickerson, Rebecca Arthur | Pitts, Venus | Treating | | PMO Not Requesting Records |
| 75. | Dickerson, Rebecca Arthur | Powell, Marcy S. | Treating | | Records Requested 2/16/10 |
| 76. | Dickerson, Rebecca Arthur | Scontsas, George J. | Prescribing | | Records Requested 1/12/10 |
| 77. | Dickerson, Rebecca Arthur | Vance, Family Medicine | Treating | | PMO Not Requesting Records |
| 78. | Dickerson, Rebecca Arthur | Vu, Khanh | Treating | | Received at PMO 1/29/10 |
| 79. | Dickerson, Rebecca Arthur | Wilson, Darleane | Treating | | Received at PMO 1/29/10 |
| 80. | Grayson, Gloria J.A. | Bradford, Health Services | Treating | | Due at PMO 3/19/10 |
| 81. | Grayson, Gloria J.A. | Brookwood, Medical Center | Treating | | Received at PMO 2/22/10 |
| 82. | Grayson, Gloria J.A. | Buchanan, Connie | Prescribing | | PMO Not Requesting Records |
| 83. | Grayson, Gloria J.A. | Faber, H. David | Prescribing | | Received at PMO 3/12/10 |
| 84. | Grayson, Gloria J.A. | Feldman, Jacqueline | Prescribing | | PMO Not Requesting Records |
| 85. | Grayson, Gloria J.A. | Foster, Anjanetta | Prescribing | | PMO Not Requesting Records |
| 86. | Grayson, Gloria J.A. | Foster, Jill | Prescribing | | PMO Not Requesting Records |
| 87. | Grayson, Gloria J.A. | Glaser, Wolfram | Prescribing | | PMO Not Requesting Records |
| 88. | Grayson, Gloria J.A. | Grayson, Garry S. | Treating | | Records Requested 1/22/10 |
| 89. | Grayson, Gloria J.A. | Ifediba, Patrick E. | Treating | | PMO Not Requesting Records |
| 90. | Grayson, Gloria J.A. | Kennedy, Amy | Prescribing | | PMO Not Requesting Records |
| 91. | Grayson, Gloria J.A. | Moyo, Edwin | Prescribing | 4/12/10 9:00 AM | PMO Not Requesting Records |
| 92. | Grayson, Gloria J.A. | Schachter, Armand | Prescribing | | Records Requested 1/22/10 |
| 93. | Grayson, Gloria J.A. | St. Vincent's, East Family Medicine Clinic | Treating | | Received at PMO 2/23/10 |
| 94. | Harper-Howell, Kendra G. | Adugba, Ikenna | Treating | | Records Requested 1/15/10 |
| 95. | Harper-Howell, Kendra G. | Akram, Javed | Treating | | Received at PMO 1/20/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 3/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 96. Harper-Howell, Kendra G. | Anderson, James | Treating | | Records Requested 2/15/10 |
| 97. Harper-Howell, Kendra G. | Carenza, Jeffrey | Treating | | Records Requested 3/1/10 |
| 98. Harper-Howell, Kendra G. | Cheatham, Bruce | Treating | | Received at PMO 3/11/10 |
| 99. Harper-Howell, Kendra G. | Creson, Daniel | Prescribing | 3/20/10  8:00 AM | Received at PMO 1/7/10 |
| 100. Harper-Howell, Kendra G. | Cruz, Ramon | Prescribing and Treating | 4/15/10  9:00 AM | Received at PMO 1/20/10 |
| 101. Harper-Howell, Kendra G. | Denton County, MHMR Center | Prescribing | | Received at PMO 1/7/10 |
| 102. Harper-Howell, Kendra G. | Divine, Home Health | Treating | | Records Requested 2/25/10 |
| 103. Harper-Howell, Kendra G. | Doyle, James | Treating | | Records Requested 2/25/10 |
| 104. Harper-Howell, Kendra G. | Elieff, Steven | Treating | | Received at PMO 2/26/10 |
| 105. Harper-Howell, Kendra G. | Farmer, Kandace | Treating | | Received at PMO 2/26/10 |
| 106. Harper-Howell, Kendra G. | Homer, Gregory | Treating | | Records Requested 3/12/10 |
| 107. Harper-Howell, Kendra G. | Kohler, Lisa | Treating | | Records Requested 2/25/10 |
| 108. Harper-Howell, Kendra G. | Ku, Stephen | Treating | | Received at PMO 2/26/10 |
| 109. Harper-Howell, Kendra G. | Lilly, Travis | Treating | | Records Requested 2/25/10 |
| 110. Harper-Howell, Kendra G. | Ma, Jason | Treating | | Records Requested 3/3/10 |
| 111. Harper-Howell, Kendra G. | Medical Center, of Lewisville | Treating | | Records Requested 2/8/10 |
| 112. Harper-Howell, Kendra G. | Methodist Dallas, Medical Center | Treating | | Records Requested 3/9/10 |
| 113. Harper-Howell, Kendra G. | Moolamalla, Praveen | Treating | | Received at PMO 12/23/09 |
| 114. Harper-Howell, Kendra G. | Moore, Pamela | Treating | | Received at PMO 1/20/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 3/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 115. Harper-Howell, Kendra G. | Nguyen, An | Treating | | Received at PMO 1/20/10 |
| 116. Harper-Howell, Kendra G. | Patel, Bharat | Prescribing | 3/1/10  1:00 PM | Received at PMO 1/6/10 |
| 117. Harper-Howell, Kendra G. | People's Clinic of, Denton County | Treating | | Records Requested 1/28/10 |
| 118. Harper-Howell, Kendra G. | Perry, Richard J. | Prescribing | | Received at PMO 1/20/10 |
| 119. Harper-Howell, Kendra G. | Presbyterian, Hospital of Denton | Treating | | Received at PMO 1/20/10 |
| 120. Harper-Howell, Kendra G. | Quan, Gang | Treating | | Records Requested 2/25/10 |
| 121. Harper-Howell, Kendra G. | Reddy, Muddasani V. | Treating | | PMO Not Requesting Records |
| 122. Harper-Howell, Kendra G. | Snook, Russell | Treating | | Received at PMO 2/26/10 |
| 123. Harper-Howell, Kendra G. | Thomas, Vettikompil | Treating | | PMO Not Requesting Records |
| 124. Harper-Howell, Kendra G. | Umoru, Benedicta | Treating | | PMO Not Requesting Records |
| 125. Harper-Howell, Kendra G. | Valor VA Laboratory, Outreach Referral Services | Treating | | Records Requested 2/16/10 |
| 126. Harper-Howell, Kendra G. | Vasavada, Nishendu | Treating | | Records Requested 1/15/10 |
| 127. Harper-Howell, Kendra G. | Vyas, Meena | Prescribing | 3/1/10  8:00 AM | Received at PMO 1/20/10 |
| 128. Harris, Shari L. | A Hope, Hospitality House | Treating | | Records Requested 2/8/10 |
| 129. Harris, Shari L. | Bahrani, Khosrow | Treating | | Received at PMO 1/8/10 |
| 130. Harris, Shari L. | Benfield, II, Edward | Prescribing | | Received at PMO 2/9/10 |
| 131. Harris, Shari L. | Cate, Louise | Treating | | Received at PMO 1/8/10 |
| 132. Harris, Shari L. | Crosby, Barbara | Treating | | Received at PMO 1/8/10 |
| 133. Harris, Shari L. | Gregory, Jerry | Treating | | Received at PMO 1/8/10 |
| 134. Harris, Shari L. | Leciejewski, Russell | Prescribing | | PMO Not Requesting Records |
| 135. Harris, Shari L. | Motley, Maureen | Treating | | Received at PMO 1/8/10 |
| 136. Harris, Shari L. | Rajkumar, Sarala | Treating | | Received at PMO 2/1/10 |

| SQ200A | Seroquel PMO:<br>Medical Records Status (By Physician)<br>(As of 3/15/10) | | | | |
|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/Prescriber** | **Deposition Date** | **Records Status** |
| 137. | Harris, Shari L. | Sparks, E. Wayne | Prescribing | | Received at PMO 2/9/10 |
| 138. | Hebbler, Anna | Banks, Carroll | Treating | | Records Requested 2/25/10 |
| 139. | Hebbler, Anna | Blalock, Jack | Treating | | Records Requested 2/25/10 |
| 140. | Hebbler, Anna | Boyd, Allie C. | Treating | | PMO Not Requesting Records |
| 141. | Hebbler, Anna | Bradford Health Center, Bradford Health Center | Treating | | Records Requested 1/5/10 |
| 142. | Hebbler, Anna | Bradley Center, St. Francis Hospital | Treating | | Records Requested 2/26/10 |
| 143. | Hebbler, Anna | Bryce Hospital, Bryce Hospital | Treating | | Records Requested 1/14/10 |
| 144. | Hebbler, Anna | Carraway Hospital, Carraway Hospital | Treating | | Records Requested 3/1/10 |
| 145. | Hebbler, Anna | Center, Trinity Medical | Treating | | Records Requested 2/25/10 |
| 146. | Hebbler, Anna | Contreras, Rafael | Treating | | Received at PMO 1/12/10 |
| 147. | Hebbler, Anna | Crestwood, Medical Center | Treating | | Records Requested 2/22/10 |
| 148. | Hebbler, Anna | Hillcrest Behavioral, Health Services | Treating | | Records Requested 2/22/10 |
| 149. | Hebbler, Anna | Holland, Claude M. | Treating | | Records Requested 2/26/10 |
| 150. | Hebbler, Anna | Howell, William J. | Treating | | Records Requested 3/2/10 |
| 151. | Hebbler, Anna | Lakshimikantha, Kumbla | Prescribing | | Received at PMO 1/2/10 |
| 152. | Hebbler, Anna | Langley, John O. | Treating | | Records Requested 2/26/10 |
| 153. | Hebbler, Anna | Lawson, Verona D. | Treating | | Records Requested 1/5/10 |
| 154. | Hebbler, Anna | Medical Center, DCH Regional | Treating | | Records Requested 2/25/10 |
| 155. | Hebbler, Anna | Mohabbat, Mohammad O. | Treating | | Records Requested 2/26/10 |
| 156. | Hebbler, Anna | North Alabama, Regional Hospital | Treating | | Received at PMO 2/2/10 |
| 157. | Hebbler, Anna | Northport Medical Center, . | Treating | | Records Requested 2/25/10 |
| 158. | Hebbler, Anna | Parthenia, CRNP, Oliver | Treating | | Received at PMO 1/12/10 |
| 159. | Hebbler, Anna | Samson, Florino | Prescribing | | Received at PMO 1/2/10 |
| 160. | Hebbler, Anna | Simpson, Marshall A. | Treating | | Records Requested 2/26/10 |
| 161. | Hebbler, Anna | St. Francis, Hospital | Treating | | Records Requested 2/11/10 |

| SQ200A | Seroquel PMO:<br>Medical Records Status (By Physician)<br>(As of 3/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/<br>Prescriber** | **Deposition Date** | **Records Status** |
| 162. Hebbler, Anna | St. Vincent's, Hospital | Treating | | Records Requested 2/25/10 |
| 163. Hebbler, Anna | Tynes, Bayard S. | Treating | | Records Requested 2/26/10 |
| 164. Hebbler, Anna | University of Alabama, Medical Center | Treating | | Records Requested 1/22/10 |
| 165. Hebbler, Anna | Walker Baptist, Medical Center at Jasper | Treating | | Received at PMO 2/18/10 |
| 166. Hebbler, Anna | Whatley, Health Services | Treating | | Records Requested 1/22/10 |
| 167. Howard, Kathleen | Artis, Jr., Issac A. | Treating | | Received at PMO 2/9/10 |
| 168. Howard, Kathleen | Schwartz, Marvin | Prescribing | | Records Requested 1/13/10 |
| 169. Howard, Kathleen | Shanmugam, Kalpana | Prescribing | | Records Requested 12/30/09 |
| 170. Howard, Kathleen | Shelton, Pheston | Prescribing | | Received at PMO 1/27/10 |
| 171. Howard, Kathleen | Venkataraman, Srimathi | Prescribing | | Received at PMO 1/27/10 |
| 172. Howard, Kathleen | Wright, Marion E. | Prescribing | | Received at PMO 1/27/10 |
| 173. Johnson, Terry L. | Aaron, Larry M. | Treating | | Records Requested 2/8/10 |
| 174. Johnson, Terry L. | Alling, Jeff B. | Treating | 4/23/10   9:00 AM | Received at PMO 1/29/10 |
| 175. Johnson, Terry L. | Majeres, Kevin | Treating | | Records Requested 3/2/10 |
| 176. Johnson, Terry L. | Medical Center, UT Southwestern Medical Center Hospitals | Treating | | Received at PMO 3/2/10 |
| 177. Johnson, Terry L. | Mora, Pablo | Treating | 4/14/10   9:00 AM | PMO Not Requesting Records |
| 178. Johnson, Terry L. | Richardson, John | Treating | 3/31/10   1:00 PM | Received at PMO 1/29/10 |
| 179. Johnson, Terry L. | Snow, Diane | Prescribing | | Received at PMO 3/2/10 |
| 180. Johnson, Terry L. | Suppes, Patricia | Prescribing | 3/26/10   9:30 AM | Received at PMO 3/12/10 |
| 181. Johnson, Terry L. | Wise Regional Health Care System, Wise | Treating | | Received at PMO 1/27/10 |
| 182. Lawson-Harper, Alice | Akfaly, N/A | Treating | | Received at PMO 1/7/10 |
| 183. Lawson-Harper, Alice | Buggs, Mabelene | Treating | | Received at PMO 1/7/10 |
| 184. Lawson-Harper, Alice | Lal, Roop | Treating | | Received at PMO 1/7/10 |
| 185. Lawson-Harper, Alice | Meyer, John | Treating | | Received at PMO 1/7/10 |
| 186. Lawson-Harper, Alice | Reddy, Muddasani V. | Treating | | Records Requested 2/16/10 |

| SQ200A | Seroquel PMO:<br>Medical Records Status (By Physician)<br>(As of 3/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/Prescriber** | **Deposition Date** | **Records Status** |
| 187. Lawson-Harper, Alice | Thomas, Vettikompil Jose | Prescribing | | Records Requested 1/5/10 |
| 188. Lawson-Harper, Alice | Umoru, Benedicta | Treating | | Records Requested 2/16/10 |
| 189. Lawson-Harper, Alice | Wallace, David | Treating | | Received at PMO 1/7/10 |
| 190. Malachi, Darius | Chowdhury, Shabbir | Treating | | Records Requested 1/8/10 |
| 191. Malachi, Darius | Dalvi, Sanjiv | Prescribing | | Received at PMO 1/18/10 |
| 192. Malachi, Darius | Ekechukwu, Chimona | Prescribing | | Received at PMO 2/5/10 |
| 193. Malachi, Darius | Evergreen, Behavioral Management | Treating | | Received at PMO 2/5/10 |
| 194. Malachi, Darius | Grello, Anthony | Treating | | Received at PMO 1/18/10 |
| 195. Malachi, Darius | Gupta, Manjo | Treating | | Received at PMO 1/18/10 |
| 196. Malachi, Darius | Khasru, Muhammed | Treating | | Records Requested 1/8/10 |
| 197. Malachi, Darius | Patel, Kamlesh | Prescribing | | Received at PMO 1/5/10 |
| 198. Malachi, Darius | Patel, Sheel | Treating | | Records Requested 2/3/10 |
| 199. Malachi, Darius | Wilkenfeld, Byron | Prescribing | | Records Requested 12/23/09 |
| 200. McCormick, David A. | Ahmed, Bilal | Prescribing | 3/25/10   8:30 AM | Received at PMO 3/8/10 |
| 201. McCormick, David A. | Anderson, Mark | Treating | | Records Requested 3/15/10 |
| 202. McCormick, David A. | ARH Daniel Boone, Clinic - Harlan | Treating | | Records Requested 3/11/10 |
| 203. McCormick, David A. | Barada, M | Treating | | Received at PMO 1/12/10 |
| 204. McCormick, David A. | County Hospital, Claiborne | Treating | | Received at PMO 3/4/10 |
| 205. McCormick, David A. | Debusk, Charles | Treating | 4/13/10   8:00 AM | Received at PMO 1/12/10 |
| 206. McCormick, David A. | Ellis, Michael | Treating | | Records Requested 3/11/10 |
| 207. McCormick, David A. | Greenwood, Kenneth | Treating | | Received at PMO 3/8/10 |
| 208. McCormick, David A. | Harris, Blase | Treating | | Records Requested 1/26/10 |
| 209. McCormick, David A. | Harrogate, Family Practice | Treating | | Records Requested 3/11/10 |
| 210. McCormick, David A. | Jacques, Julie | Treating | | Records Requested 3/11/10 |
| 211. McCormick, David A. | Khanna, Manju | Treating | | Received at PMO 3/8/10 |
| 212. McCormick, David A. | Lakeshore, Mental Heath Institute | Treating | | Received at PMO 3/11/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 3/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 213. McCormick, David A. | Leftwich, Lanny | Prescribing | | Received at PMO 3/8/10 |
| 214. McCormick, David A. | Quigley, Kimberly | Prescribing | 4/24/10   8:00 AM | Received at PMO 3/8/10 |
| 215. McCormick, David A. | Smith, William | Treating | | Received at PMO 1/12/10 |
| 216. McCormick, David A. | VAMC, Murfreesboro | Prescribing | | Received at PMO 1/25/10 |
| 217. McCormick, David A. | Zemichael, Dawit | Treating | | Records Requested 2/2/10 |
| 218. Murawski, Melissa | Alavi, Adil | Treating | | Received at PMO 1/27/10 |
| 219. Murawski, Melissa | Berger, Ceil | Treating | | Received at PMO 2/11/10 |
| 220. Murawski, Melissa | Bernstein, Jerry | Treating | | Received at PMO 1/7/10 |
| 221. Murawski, Melissa | Bovis, George | Treating | | Received at PMO 1/25/10 |
| 222. Murawski, Melissa | Bregman, Harold | Treating | | Received at PMO 2/1/10 |
| 223. Murawski, Melissa | Brookfield, Leslie | Treating | | Received at PMO 1/27/10 |
| 224. Murawski, Melissa | Chams, Albert | Treating | | Received at PMO 1/26/10 |
| 225. Murawski, Melissa | Domont, Lawrence | Treating | | Received at PMO 1/27/10 |
| 226. Murawski, Melissa | Evanston, Hospital | Treating | | Records Requested 2/8/10 |
| 227. Murawski, Melissa | Glen Oaks, Hospital | Treating | | Received at PMO 1/26/10 |
| 228. Murawski, Melissa | Highland Park, Hospital | Treating | | Records Requested 1/28/10 |
| 229. Murawski, Melissa | Hozman, Robert | Treating | | Records Requested 2/2/10 |
| 230. Murawski, Melissa | Iannucci, Thomas | Treating | | Received at PMO 1/27/10 |
| 231. Murawski, Melissa | Mueller, Rebecca | Treating | | Received at PMO 1/26/10 |
| 232. Murawski, Melissa | Najaffi, Christopher | Treating | | Records Requested 1/18/10 |
| 233. Murawski, Melissa | Rush University, Medical Center | Treating | | Records Requested 2/9/10 |
| 234. Murawski, Melissa | Rush-North Shore, Medical Center | Treating | | Received at PMO 2/19/10 |
| 235. Murawski, Melissa | Schroeder, Robert | Treating | | Records Requested 2/1/10 |
| 236. Murawski, Melissa | Schwartz, Marvin | Prescribing | | Records Requested 1/4/10 |
| 237. Murawski, Melissa | Sinsheimer, Erica | Treating | | Records Requested 1/19/10 |
| 238. Murawski, Melissa | Stewart, Maria | Treating | | Received at PMO 2/19/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 3/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 239. Nelson, Shirley | Alabama, Orthopedic Clinics | Treating | | Received at PMO 2/23/10 |
| 240. Nelson, Shirley | AltaPointe, Health Systems-Bayview | Treating | | Received at PMO 2/26/10 |
| 241. Nelson, Shirley | Bobet, Myrna | Prescribing | | Received at PMO 2/15/10 |
| 242. Nelson, Shirley | Dhaliwal, Gagandeep | Treating | | Records Requested 1/29/10 |
| 243. Nelson, Shirley | Fleet, William | Prescribing | | Records Requested 1/6/10 |
| 244. Nelson, Shirley | Jeansonne, William O. | Treating | | Received at PMO 3/15/10 |
| 245. Nelson, Shirley | Luellen, Todd | Prescribing | | Records Requested 12/30/09 |
| 246. Nelson, Shirley | Massey, George | Treating | | Received at PMO 1/5/10 |
| 247. Nelson, Shirley | Shaikh, Ilyas A | Treating | | Records Requested 3/5/10 |
| 248. Nelson, Shirley | USA, Medical Center | Treating | | Due at PMO 3/16/10 |
| 249. Nelson, Shirley | Yeager, Charles | Treating | | Received at PMO 1/5/10 |
| 250. O'Neal, Amy | Brown, Kevin | Treating | | Received at PMO 2/10/10 |
| 251. O'Neal, Amy | Cezar, Teresa | Treating | | Records Requested 1/19/10 |
| 252. O'Neal, Amy | Faulk, David | Treating | | Received at PMO 1/14/10 |
| 253. O'Neal, Amy | Headley, William | Treating | | Received at PMO 1/2/10 |
| 254. O'Neal, Amy | Hurayt, Andrew | Treating | | Records Requested 1/26/10 |
| 255. O'Neal, Amy | Mohr, Janet | Prescribing | | Records Requested 1/5/10 |
| 256. O'Neal, Amy | Phillips, Robert | Treating | | Received at PMO 1/2/10 |
| 257. Orr, Sherrie L. | Beasley, Jerry S | Treating | | Records Requested 2/17/10 |
| 258. Orr, Sherrie L. | Burger, Charles | Treating | | Received at PMO 1/12/10 |
| 259. Orr, Sherrie L. | City Of Huntsville, Hospital Board | Treating | | Records Requested 2/16/10 |
| 260. Orr, Sherrie L. | Columbia, Oncology | Treating | | Records Requested 2/16/10 |
| 261. Orr, Sherrie L. | Columbia, Regional Medical Center | Treating | | Received at PMO 2/19/10 |
| 262. Orr, Sherrie L. | Crestwood, Medical Center | Treating | | Received at PMO 2/22/10 |
| 263. Orr, Sherrie L. | Faour, Muhamed | Treating | | Records Requested 2/18/10 |
| 264. Orr, Sherrie L. | Fletcher, Larry | Treating | | Records Requested 2/17/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 3/15/10) | | | | |
|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 265. | Orr, Sherrie L. | Foronda, Armando | Treating | | Records Requested 2/16/10 |
| 266. | Orr, Sherrie L. | Giles, Orthopaedic Clinic | Treating | | Records Requested 2/16/10 |
| 267. | Orr, Sherrie L. | Huntsville Hospital, Huntsville Hospital | Treating | | Received at PMO 2/5/10 |
| 268. | Orr, Sherrie L. | Huntsville, Endoscopy Center | Treating | | Received at PMO 2/23/10 |
| 269. | Orr, Sherrie L. | Maury, Regional Medical Center | Treating | | Received at PMO 3/1/10 |
| 270. | Orr, Sherrie L. | Middle, Tennessee ENT | Treating | | Received at PMO 2/17/10 |
| 271. | Orr, Sherrie L. | Myles, Clifford | Treating | | Received at PMO 2/18/10 |
| 272. | Orr, Sherrie L. | Plunk, Otis | Treating | | Records Requested 2/18/10 |
| 273. | Orr, Sherrie L. | Rodriguez, Emilio J | Treating | | Received at PMO 2/19/10 |
| 274. | Orr, Sherrie L. | Savage, Stephen R | Treating | | Received at PMO 2/5/10 |
| 275. | Orr, Sherrie L. | Southern, Tennessee Orthopaedic and Hand Surgery | Treating | | Received at PMO 3/2/10 |
| 276. | Orr, Sherrie L. | Wadley, C. Hughes | Treating | | Received at PMO 1/13/10 |
| 277. | Orr, Sherrie L. | Worthman, John | Treating | | Records Requested 2/16/10 |
| 278. | Orr, Sherrie L. | Yank, Glenn R. | Prescribing | | Received at PMO 1/20/10 |
| 279. | Payne, Debra | AMG, Aspen Medical Group | Treating | | Received at PMO 1/29/10 |
| 280. | Payne, Debra | Concepcion, Noel | Treating | | Received at PMO 1/4/10 |
| 281. | Payne, Debra | Cushman, Philip M. | Treating | | Records Requested 2/19/10 |
| 282. | Payne, Debra | Dagher, Oussama | Treating | | Records Requested 1/19/10 |
| 283. | Payne, Debra | DMC, Doctors Medical Center | Treating | | Received at PMO 1/4/10 |
| 284. | Payne, Debra | EMC, Emanuel Medical Center | Treating | | Received at PMO 2/12/10 |
| 285. | Payne, Debra | Fine, Frank | Treating | | Received at PMO 2/15/10 |
| 286. | Payne, Debra | Hoile, Philip C. | Treating | | Records Requested 2/19/10 |
| 287. | Payne, Debra | Kerwin, David | Prescribing | | Received at PMO 1/28/10 |
| 288. | Payne, Debra | MHA, Memorial Hospital Associates | Treating | | Received at PMO 1/28/10 |
| 289. | Payne, Debra | Rai, Nirmal | Treating | | Received at PMO 2/15/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 3/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/Prescriber** | **Deposition Date** | **Records Status** |
| 290. Payne, Debra | Ross, Charles | Treating | | Received at PMO 1/4/10 |
| 291. Payne, Debra | THVI, Turlock Heart & Vascular Inst. | Treating | | PMO Not Requesting Records |
| 292. Reedy, Robert | Jarrett, David B. | Prescribing | | Records Requested 1/6/10 |
| 293. Reedy, Robert | Jarrett, Thomas | Prescribing | | Records Requested 1/6/10 |
| 294. Reedy, Robert | Jones, Ed | Prescribing | | Records Requested 1/19/10 |
| 295. Reedy, Robert | Joye, David B. | Prescribing | | Records Requested 1/20/10 |
| 296. Reedy, Robert | Leonard, Cynthia | Prescribing | | Received at PMO 1/28/10 |
| 297. Reedy, Robert | McClean, James | Treating | | Received at PMO 1/28/10 |
| 298. Reedy, Robert | Meyer, David | Treating | | Received at PMO 1/21/10 |
| 299. Reedy, Robert | Mitchell, Mark | Treating | | Records Requested 2/19/10 |
| 300. Reedy, Robert | Morgan, Lon | Treating | | Received at PMO 1/21/10 |
| 301. Reedy, Robert | Newsome, Suzanne | Treating | | Received at PMO 1/20/10 |
| 302. Reedy, Robert | Nifong, Ted | Prescribing | | Received at PMO 1/12/10 |
| 303. Reedy, Robert | Palmer, William | Treating | | Received at PMO 1/28/10 |
| 304. Reedy, Robert | Pannell, Christa R. | Treating | | Received at PMO 1/22/10 |
| 305. Reedy, Robert | Salem, Chest Specialists | Treating | | Received at PMO 1/18/10 |
| 306. Reedy, Robert | Stefano, Frank | Prescribing | | PMO Not Requesting Records |
| 307. Reedy, Robert | Workman, Ray | Treating | | Received at PMO 2/19/10 |
| 308. Reese, Oretha | Billett, William | Prescribing | | Received at PMO 1/7/10 |
| 309. Reese, Oretha | Franklin, James | Prescribing | | Received at PMO 2/8/10 |
| 310. Reese, Oretha | Hamilton, Walter D. | Treating | | Received at PMO 2/8/10 |
| 311. Reese, Oretha | Hollensworth, D. Wayne | Treating | | PMO Not Requesting Records |
| 312. Reese, Oretha | King-Parker, Sandra | Treating | | Received at PMO 3/9/10 |
| 313. Reese, Oretha | Maxwell, David | Prescribing | | Records Requested 12/23/09 |
| 314. Reese, Oretha | Millender, Karen | Treating | | Records Requested 2/22/10 |
| 315. Reese, Oretha | Overstreet, Danette | Prescribing | | Received at PMO 1/7/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 3/15/10) | | | |
|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 316. | Robinson, Theresa | Eades, James F. | Treating | | PMO Not Requesting Records |
| 317. | Robinson, Theresa | Health Center, Grimes St. Joseph | Treating | | Records Requested 1/15/10 |
| 318. | Robinson, Theresa | Krell, Ted | Prescribing | | Received at PMO 12/31/09 |
| 319. | Robinson, Theresa | Medical Branch, University of Texas | Treating | | Received at PMO 2/2/10 |
| 320. | Robinson, Theresa | Methodist Hospital, San Jacinto | Treating | | Received at PMO 2/11/10 |
| 321. | Robinson, Theresa | Mitchell, Bruce | Treating | | Records Requested 12/18/09 |
| 322. | Robinson, Theresa | Rollo, Roberto | Treating | | Records Requested 12/18/09 |
| 323. | Robinson, Theresa | Ward, Family Practice | Treating | | Records Requested 1/15/10 |
| 324. | Robinson, Theresa | Ward, Phillip | Treating | | Records Requested 12/18/09 |
| 325. | Robinson, Theresa | Winnie, Community Hospital | Treating | | Received at PMO 1/27/10 |
| 326. | Scott, Sandra H. | Cordelia Martin, Health Center | Treating | | Records Requested 1/25/10 |
| 327. | Scott, Sandra H. | Gill, Satwant | Prescribing | | Received at PMO 2/11/10 |
| 328. | Scott, Sandra H. | Hall, Darrell | Treating | | Records Requested 1/26/10 |
| 329. | Scott, Sandra H. | Kumaran, Thurai | Treating | | Received at PMO 2/16/10 |
| 330. | Scott, Sandra H. | Pathology, Laboratories | Treating | | Received at PMO 3/1/10 |
| 331. | Scott, Sandra H. | Pfeiffer, Paul | Treating | | Received at PMO 2/16/10 |
| 332. | Scott, Sandra H. | Reeves, Robert S. | Treating | | Records Requested 1/25/10 |
| 333. | Scott, Sandra H. | Retholz, Joel | Treating | | Records Requested 1/4/10 |
| 334. | Scott, Sandra H. | Sheldon, Charles | Treating | | Records Requested 1/5/10 |
| 335. | Scott, Sandra H. | Stierwalt, Robert J | Treating | | PMO Not Requesting Records |
| 336. | Scott, Sandra H. | Toledo, Hospital | Treating | | Records Requested 3/9/10 |
| 337. | Scott, Sandra H. | Worthington, Richard D. | Treating | | Received at PMO 2/16/10 |
| 338. | Scott, Sandra H. | Zeitouni, Nader | Treating | 4/13/10  1:00 PM | Received at PMO 2/16/10 |
| 339. | Williams, Wayne | ., Komed Health Center | Treating | | Records Requested 2/23/10 |
| 340. | Williams, Wayne | Abrams, Richard | Prescribing | | Received at PMO 1/7/10 |
| 341. | Williams, Wayne | Advocate Bethany, Hospital | Treating | | Records Requested 2/24/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 3/15/10) | | | | |
|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 342. | Williams, Wayne | Awosika, Olukayode O. | Prescribing | | Received at PMO 1/4/10 |
| 343. | Williams, Wayne | Badlani, Ravi | Treating | | Received at PMO 3/10/10 |
| 344. | Williams, Wayne | Community Mental, Health Council | Treating | | Records Requested 1/25/10 |
| 345. | Williams, Wayne | Consalter, Mauricio | Treating | | Records Requested 1/25/10 |
| 346. | Williams, Wayne | Cook County, Hospital | Treating | | PMO Not Requesting Records |
| 347. | Williams, Wayne | Gateway Alcohol & Drug, Rehab Headquarters | Treating | | Records Requested 2/11/10 |
| 348. | Williams, Wayne | Gateway Foundation, Taylor Street | Treating | | Records Requested 2/23/10 |
| 349. | Williams, Wayne | Hayek, Richard | Prescribing | | Records Requested 12/30/09 |
| 350. | Williams, Wayne | Health Center, Madden Mental | Treating | | Received at PMO 2/18/10 |
| 351. | Williams, Wayne | Hermosa, Medical & Diagnostic Center | Treating | | Received at PMO 1/7/10 |
| 352. | Williams, Wayne | Illinois Department, of Human Services | Treating | | Records Requested 3/5/10 |
| 353. | Williams, Wayne | Kayali, Muhanned | Treating | | Received at PMO 1/7/10 |
| 354. | Williams, Wayne | Lawndale, Mental Health | Treating | | Records Requested 2/23/10 |
| 355. | Williams, Wayne | Lincoln Park Hospital, Lincoln Park Hospital | Treating | | Received at PMO 1/12/10 |
| 356. | Williams, Wayne | Loretto, Hospital | Treating | | Records Requested 3/2/10 |
| 357. | Williams, Wayne | Loyola, University Hospital | Treating | | Received at PMO 3/10/10 |
| 358. | Williams, Wayne | Medical Center, Mount Sinai Hospital | Treating | | Records Requested 1/25/10 |
| 359. | Williams, Wayne | Mount Sinai Psychiatry &, Behavioral Health | Treating | | Records Requested 1/25/10 |
| 360. | Williams, Wayne | Mt. Sinai, Hospital Medical Center | Treating | | Received at PMO 2/17/10 |
| 361. | Williams, Wayne | New Hope, Recovery Center | Treating | | Records Requested 2/18/10 |
| 362. | Williams, Wayne | Pinckneyville Correctional Center, CDOC #NO4371 | Treating | | Records Requested 3/1/10 |
| 363. | Williams, Wayne | Resurrection, Medical Center | Treating | | Records Requested 2/11/10 |
| 364. | Williams, Wayne | Sadek, Hisham | Prescribing | | Received at PMO 1/7/10 |

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 3/15/10) | | | |
|---|---|---|---|---|
| **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** |
| 365. Williams, Wayne | Salvation, Army | Treating | | Due at PMO 3/18/10 |
| 366. Williams, Wayne | Sheridan Correctional Center, CDOC #NO4371 | Treating | | Records Requested 3/1/10 |
| 367. Williams, Wayne | St. Anthony Hospital, St. Anthony Hospital | Treating | | Received at PMO 2/5/10 |
| 368. Williams, Wayne | Statesville Correctional Center, CDOC #NO4371 | Treating | | Records Requested 3/1/10 |
| 369. Young, Matthew M. | Allsop, Jennifer | Treating | | Received at PMO 1/29/10 |
| 370. Young, Matthew M. | Davies, Richard O. | Treating | | Records Requested 1/25/10 |
| 371. Young, Matthew M. | Firelands, Regional Medical Center | Treating | | Received at PMO 1/28/10 |
| 372. Young, Matthew M. | Lee, Han | Prescribing | | Received at PMO 1/29/10 |

*Confidential Information*

| SQ300A | Seroquel PMO:<br>Special Master Escrow Account Summary<br>(As of 3/15/10) | |
|---|---|---|
| | **Description** | **Available Funds** |
| **1.** | **Beginning Balance** | $29.67 |
| **2.** | **Deposits** | $30,000.00 |
| **3.** | **Physician Fee Payments** | ($2,550.00) |
| **4.** | **Physician Costs for Medical Records** | ($14,753.93) |
| **5.** | **Federal Express Expenses** | ($3,011.10) |
| **6.** | **Bank Fees** | ($0.00) |
| **7.** | **Ending Balance   (3/15/10)** | $9,714.64 |