FILED

**UNITED STATES DISTRICT COURT** 25 AM 10: 34
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation.

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

Upon the Court's review of the individual case files in this MDL, the Court noticed that in several cases, at least one dating back to 2006, Plaintiffs' complaints have gone unanswered. A list of these cases is attached as Exhibit A. Furthermore, the Court notes that in several severed cases, no short-form complaint or answer has been filed. A list of these cases is attached as Exhibit B. The Court has only reviewed the files of cases originating in districts other than the District of Massachusetts; however, the Court suspects that some of the Massachusetts cases also lack answers or short-form pleadings.

To remedy this situation prior to remand, the Court **ORDERS** as follows:

1. Within fourteen days of the date of this Order, Defendants shall: (a) file answers in all of the cases listed in Exhibit A; and (b) review the individual case files of all Plaintiffs whose cases originated in the District of Massachusetts and file answers (including short-form answers, where appropriate) in any of those cases in which an answer has not already been filed.

2. Within fourteen days of the date of this Order, Plaintiffs shall: (a) file short-form complaints in all of the cases listed in Exhibit B; and (b) review the individual files of all cases that originated in the District of Massachusetts and file short-form complaints in any of those cases in

which no short-form complaint has been filed. Defendants, shall, in turn, file short-form answers within ten days after any new short-form complaint has been filed.

**DONE** and **ORDERED** in Orlando, Florida on March 25, 2010.

_____
ANNE C. CONWAY
CHIEF UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

## EXHIBIT A

| Plaintiff's Name | MDFL Case No. |
|---|---|
| Michael Middleton | 06-1384 |
| Thomas Bush | 07–1274 |
| Seketha Wonzer | 07-1838 |
| Priscilla L. Cook | 07-2049 |
| Sheila Varnado | 07-2050 |
| Walterine Sandifer | 07-2051 |
| Florastine Longs | 07-2052 |
| Ralph Fleming | 07-2053 |
| Rebecca Bellamy | 08-112 |
| Vincent Reyes | 08-113 |
| Jean Thomas | 08-164 |
| Deirdre Tindull | 08-165 |
| Forrest Cadwallader | 08-645 |
| Christine Briglia | 08-646 |
| Timothy Deremer | 08-647 |
| Diane Craig | 08-1311 |
| Lynette Boyce | 08-1312 |
| Frank W. Richards | 08-1313 |
| Joseph Gutierrez | 08-1314 |
| Veda Pope | 08-1315 |
| Everleaner Fuller | 08-1316 |
| Christopher Lovell | 08-1317 |
| David Perry | 08-1318 |
| David Sargent | 08-1319 |

| | |
|---|---|
| Diana Ashcraft | 08-1507 |
| Lynette Boyce | 08-1508 |
| Trudi Babb | 08-1509 |
| Luis Agosto | 08-1510 |
| Pablo Serrano | 08-1511 |
| Nick Douglas Saywers | 08-1512 |
| Kirby Sims | 08-1513 |
| Gena Shade | 08-1514 |
| Julia Greenup | 08-1551 |
| Tony Bearden | 08-1554 |
| Dolores W. Lee | 08-1716 |
| David Johnson | 08-1733 |
| Rachel McCoy | 08-2013 |
| Lori Anne Hoffmeister | 08-2014 |
| John Bennett | 08-2015 |
| Bobbie Talley | 08-2016 |
| Shirley Scholz | 08-2096 |
| Joseph Cinitis | 08-2097 |
| Shonda Jackson | 08-2098 |
| Connie Walker | 08-2100 |
| Cindy Bleichner | 08-2101 |
| Gary Desjarlais | 08-2102 |
| Jeffery Poe | 08-2103 |
| Andre Brass | 08-2104 |
| Ronald Holt | 08-2105 |
| Brooke Bailey | 09-16 |

| | |
|---|---|
| Lorie Eiffert | 09-17 |
| Sophia Burrell | 09-248 |
| Celeste A. Estep | 09-249 |
| Darra Kitchen | 09-250 |
| Delia Ovrebo | 09-251 |
| Jimmy Russell | 09-252 |
| Eugenia Sliman | 09-253 |
| Lillian Walls | 09-254 |
| Trenda L. Wright | 09-255 |
| Sandra Suttle | 09-371 |
| Molli Bisson | 09-527 |
| Zenia Francisco | 09-1162 |
| Lisa Batchelor | 09-1264 |
| Annie Roden | 09-1265 |
| Lefton Adams | 09-1856 |
| Steven Anderson | 09-1857 |
| Craig Bradshaw | 09-1858 |
| Norma Burnson | 09-1859 |
| Walter Clay, Sr. | 09-1860 |
| Dolores Collins | 09-1861 |
| Anthony Fallstead | 09-1862 |
| Angela Flannigan | 09-1863 |
| Kimberly Fritts | 09-1864 |
| Ladalia Green | 09-1865 |
| Jerry Huffman | 09-1866 |
| Sherry Littlepage | 09-1867 |

| | |
|---|---|
| Richard Massa | 09-1868 |
| Daryall Miller | 09-1869 |
| Sharon Mills | 09-1870 |
| Virginia Odum | 09-1871 |
| Kelly Oldfield | 09-1872 |
| Barbara Wigen | 09-1873 |
| Rick Olsen | 09-1874 |
| David Parker | 09-1875 |
| Danielle Percell | 09-2063 |
| Timothy Cote | 09-2064 |
| Linda Spurgeon | 09-2065 |
| Mayra Soler | 09-2066 |
| Mary Evans | 09-2067 |
| John Hardy | 09-2068 |
| Daniel Whiting | 09-2069 |
| Autumn Williams | 09-2070 |
| Loretta Swanzy | 09-2071 |
| Richard Stout | 09-2072 |
| Heather McCarter | 09-2073 |
| Joann Lanza | 09-2074 |
| Michael Lower | 09-2075 |
| Tina Johnson | 09-2076 |
| Deanna Greek | 09-2077 |
| Richard L. Jackson | 10-30 |
| Lynn Marie Malone | 10-31 |

## EXHIBIT B

| Plaintiff's Name | MDFL Case No. |
|---|---|
| Carl Anderson | 07-10114 |
| Zaida Aranda | 09-17078 |
| Milan Banjanin | 09-17079 |
| William Bernard | 09-17080 |
| Phoebia Boman | 09-17082 |
| Senta Clark | 09-17083 |
| Susan Cooper | 09-17084 |
| Brenda Cruz | 09-17085 |
| Sidney Davis | 09-17086 |
| Daniel Dyer | 09-17087 |
| Dorothea Esposito | 09-17088 |
| Linda Gilbert | 09-17089 |
| Carolyn Gorman | 09-17090 |
| Lori Hobbs | 09-17092 |
| Curtis Hunter | 09-17093 |
| Ted Johnson | 09-17094 |
| David Marino | 09-17095 |
| Michael Mitchell | 09-17096 |
| Judy Moody | 09-17098 |
| Marcie Patterson | 09-17100 |
| Kim Plunk | 09-17103 |
| Michael Rodriguez | 09-17104 |
| Omayra Santos | 09-17105 |
| Jason Shupp | 09-17106 |

| | |
|---|---|
| Jonathan Spilker | 09-17107 |
| Shelia Swindells | 09-17108 |
| Rita Walsh | 09-17110 |
| Joanne Bowen | 09-17190 |
| Sharman Bowles | 09-17191 |
| Judy Burgett | 09-17192 |
| Janay Burke | 09-17193 |
| Lauran Bush | 09-17194 |
| Darrell Collins | 09-17196 |
| Nanette Collins | 09-17197 |
| Kenneth Dawson | 09-17198 |
| Sharrell Dickens | 09-17199 |
| Tammy Draggee | 09-17200 |
| Marquita Fahrney | 09-17201 |
| Penny Fore-Butler | 09-17202 |
| Denise Hammerschmidt | 09-17204 |
| Michael Hardee | 09-17205 |
| Amy Hatch | 09-17206 |
| Anthony Hunnicutt | 09-17207 |
| Ronald Dangelo | 09-17208 |
| Darla Davidson | 09-17209 |
| Susan DiVenuto | 09-17210 |
| Paula Downey | 09-17211 |
| Jay E. Ford, Jr. | 09-17212 |
| Dorothy Gomoll | 09-17213 |
| Barbara Griffis | 09-17214 |

| | |
|---|---|
| Amilcar Guzman | 09-17215 |
| Forrest Malmin | 09-17216 |
| Joanne Muir | 09-17217 |
| Hardey Sappal | 09-17218 |
| Debbie Tyner | 09-17219 |
| Andreanna Wilson | 09-17220 |
| Myrtle Collins | 09-17221 |
| Ardelia Sturges | 09-17222 |
| Yolanda Williams | 09-17223 |
| Patti Jean Hammond | 09-17224 |
| Daniel Williamson | 09-17225 |
| Matthew Woolslayer | 09-17226 |
| Michael Overton | 09-17227 |
| Johnnie Pereira | 09-17228 |
| Laverne Berry | 09-17229 |
| Kelly Webler | 09-17230 |
| Gabriel Nava | 09-17231 |
| Lucitha Mitchell | 09-17232 |
| Lisa Williams | 09-17233 |
| John Hughes | 09-17234 |
| Gregory Gary | 09-17235 |
| Mary Jane Feagan | 09-17236 |
| Veronica Turner | 09-17237 |
| Janice Moore | 09-17238 |
| Tim Knapp | 09-17239 |
| Jimmie Hughes | 09-17240 |

| | |
|---|---|
| Susan Brown | 09-17241 |
| Larry Anderson | 09-17242 |
| Jennifer Bean | 09-17243 |
| Sarah Davis | 09-17244 |
| Tammy Deunow | 09-17245 |
| Traci Eburg | 09-17246 |
| Jan Frank | 09-17248 |
| Kevin Furutani | 09-17249 |
| John Gullett | 09-17250 |
| Deborah Harrison | 09-17251 |
| Patti McBride | 09-17255 |
| Jeanne Sittler | 09-17258 |
| Danny Sprinkle | 09-17260 |
| Nadine Tessman | 09-17262 |
| Bobby Waddle | 09-17265 |
| Clyde Jackson | 09-17266 |
| May Xiong | 09-17267 |
| Frank Armijo | 09-17268 |
| Algerine Clark | 09-17269 |
| Willie Townsend | 09-17270 |
| Michael Saiz | 09-17271 |