**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**JOANNE BOWEN v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17190-Orl-22DAB**

**SHARMAN BOWLES v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17191-Orl-22DAB**

**JUDY BURGETT v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17192-Orl-22DAB**

**JANAY BURKE v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17193-Orl-22DAB**

**LAURAN BUSH v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17194-Orl-22DAB**

**DARRELL COLLINS v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17196-Orl-22DAB**

**NANNETTE COLLINS v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17197-Orl-22DAB**

**KENNETH DAWSON v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17198-Orl-22DAB**

**SHARREL DICKENS v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17199-Orl-22DAB**

**TAMMY DRAGGEE v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17200-Orl-22DAB**

**MARQUITA FAHRNEY v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17201-Orl-22DAB**

**PENNY FORE-BUTLER v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17202-Orl-22DAB

**DENISE HAMMERSCHMIDT v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17204-Orl-22DAB

**MICHAEL HARDEE v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17205-Orl-22DAB

**AMY HATCH v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17206-Orl-22DAB

**ANTHONY HUNNICUTT v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17207-Orl-22DAB

**RONALD DANGELO v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17208-Orl-22DAB

**DARLA DAVIDSON v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17209-Orl-22DAB

**SUSAN DIVENUTO v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17210-Orl-22DAB

**PAULA DOWNEY v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17211-Orl-22DAB

**JAY E. FORD, JR. v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17212-Orl-22DAB

**DOROTHY GOMOLL v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17213-Orl-22DAB

**BARBARA GRIFFIS v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17214-Orl-22DAB

**AMILCAR GUZMAN v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17215-Orl-22DAB

**FORREST MALMIN v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17216-Orl-22DAB

**JOANNE MUIR v. ASTRAZENECA PHARMS. LP, ET AL.**

**MDL Case No. 6:09-cv-17217-Orl-22DAB**

**HARDEY SAPPAL v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17218-Orl-22DAB**

**DEBBIE TYNER v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17219-Orl-22DAB**

**ANDREANNA WILSON v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17220-Orl-22DAB**

**MYRTLE COLLINS v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17221-Orl-22DAB**

**ARDELIA STURGES v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17222-Orl-22DAB**

**YOLANDA WILLIAMS v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17223-Orl-22DAB**

**PATTI JEAN HAMMOND v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17224-Orl-22DAB**

**DANIEL WILLIAMSON v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17225-Orl-22DAB**

**MATTHEW WOOLSLAYER v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17226-Orl-22DAB**

**MICHAEL OVERTON v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17227-Orl-22DAB**

**JOHNNIE PEREIRA v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17228-Orl-22DAB**

**LAVERNE BERRY v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17229-Orl-22DAB**

**KELLY WEBLER v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17230-Orl-22DAB**

**GABRIEL NAVA v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17231-Orl-22DAB**

**LUCITHA MITCHELL v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17232-Orl-22DAB**

**LISA WILLIAMS v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17233-Orl-22DAB**

**JOHN HUGHES v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17234-Orl-22DAB**

**GREGORY GARY v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17235-Orl-22DAB**

**MARY JANE FEAGAN v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17236-Orl-22DAB**

**VERONICA TURNER v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17237-Orl-22DAB**

**JANICE MOORE v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17238-Orl-22DAB**

**TIM KNAPP v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17239-Orl-22DAB**

**JIMMIE HUGHES v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17240-Orl-22DAB**

**SUSAN BROWN v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17241-Orl-22DAB**

**CLYDE JACKSON v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17266-Orl-22DAB**

**MAY XIONG v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17267-Orl-22DAB**

**FRANK ARMIJO v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17268-Orl-22DAB**

**ALGERINE CLARK v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17269-Orl-22DAB**

**WILLIE TOWNSEND v. ASTRAZENECA PHARMS. LP, ET AL.**

**MDL Case No. 6:09-cv-17270-Orl-22DAB**

**MICHAEL SAIZ v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17271-Orl-22DAB**

_____

## ORDER

Case Management Order No. 2 (Doc. 129) requires all plaintiffs whose cases have been severed upon transfer to this MDL to pay a separate filing fee. This fee is due to be paid within 15 days of service of a Plaintiff Fact Sheet or within 10 days of severance, whichever is later. *See* Doc. 180. Plaintiff Fact Sheets are due to be filed within 45 days following the docketing of the complaint. Doc. 129.

It has recently come to the Court's attention that several plaintiffs whose cases have been severed have not timely paid the required filing fee. Accordingly, it is **ORDERED** as follows:

1. No later than April 15, 2010, Plaintiffs in each of the above-captioned cases shall pay a filing fee.

2. The failure of any plaintiff to timely comply with this Order will result in dismissal of his or her case without prejudice, without further notice, absent a showing of extraordinary cause for noncompliance.

3. The Clerk is directed to file a copy of this Order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 29, 2010.

Copies furnished to:

Counsel of Record

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge