# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                **Case No. 6:06-md-1769-Orl-22DAB**

**This document relates to:**

**VICKI ELAM v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17247-Orl-22DAB**

**JOSHUA INGLE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17252-Orl-22DAB**

**JOSEPH LANE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17254-Orl-22DAB**

**HECTOR MONTANA v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17256-Orl-22DAB**

**PAUL RICE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17257-Orl-22DAB**

**CLEDITH SIZEMORE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17259-Orl-22DAB**

**CHRISTINA STANLEY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17261-Orl-22DAB**

**MACINE TURNER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17263-Orl-22DAB**

**GLENN VIDITO v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:09-cv-17264-Orl-22DAB**

_____

## ORDER

Upon review of the above-captioned cases, it is **ORDERED** as follows:

1. Having failed to file a timely motion to reinstate their cases pursuant to this Court's Order of January 12, 2010 (Doc. 1597), the claims of all Plaintiffs in the above-captioned cases are hereby **DISMISSED WITH PREJUDICE**.

2. The Clerk is directed to file a copy of this Order in each of the above-captioned cases, and is additionally instructed to **CLOSE** these cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 8, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge