**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

In his most recent status report (Doc. 1617), the SM-ADR indicated that certain Plaintiffs' firms have been slow to comply with his Mediation Protocol for Medical Records and, thus, he has requested assistance from the Court in garnering compliance. Plaintiffs collectively responded to the report (Doc. 1618), arguing that AstraZeneca already has access to medical records in the vast majority of MDL cases as a result of Plaintiffs' Court-imposed duty to hand over medical records authorizations and Plaintiff Fact Sheets in all MDL cases shortly after they are transferred. Thus, Plaintiffs contend, re-production of medical records in certain cases designated by the Mediator is unnecessary and entirely too burdensome on the parties.

AstraZeneca's response in support of the Mediator's request for Court intervention (Doc. 1619) contradicts Plaintiffs' assertions that medical record production is substantially complete in the MDL cases. AstraZeneca instead claims that no medical records have been produced in approximately 63% of MDL cases. AstraZeneca further points out that the Mediator's protocol only requires Plaintiffs' counsel to hand over records that are presumably already in their possession, which should not, in turn, create a substantial burden on counsel at this late stage of the litigation.

In light of the Mediator's belief that exchange of medical records in cases falling under his protocol is a necessary precursor to serious settlement negotiations, and AstraZeneca's representation

that it does not currently have access to some of these medical records, the Court will direct Plaintiffs to comply with the Mediator's protocol. In doing so, the Court trusts that AstraZeneca has reported protocol deficiencies to the Mediator using its best efforts to avoid duplication of records and fact sheets previously produced pursuant to Case Management Order No. 2.

Based on the foregoing, it is **ORDERED** as follows:

1. All Plaintiffs' law firms with cases pending in this MDL who have not already complied with the SM-ADR's Mediation Protocol for Medical Records shall do so within 45 days of the date of this Order.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 8, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge