EXHIBIT A

UN-SERVED CASES

|  | Plaintiff's Name | MDFL Case No. |
|---|---|---|
| 1. | Cook, Priscilla L. | 07-2049 |
| 2. | Varnado, Sheila | 07-2050 |
| 3. | Sandifer, Walterine | 07-2051 |
| 4. | Longs, Florastine | 07-2052 |
| 5. | Fleming, Ralph | 07-2053 |
| 6. | Bellamy, Rebecca | 08-112 |
| 7. | Reyes, Vincent | 08-113 |
| 8. | Thomas, Jean | 08-164 |
| 9. | Tindull, Deidre | 08-165 |
| 10. | Cadwallader, Forrest | 08-645 |
| 11. | Briglia, Christine | 08-646 |
| 12. | Deremer, Timothy | 08-647 |
| 13. | Craig, Diane | 08-1311 |
| 14. | Boyce, Lynette | 08-1312 |
| 15. | Richards, Frank W. | 08-1313 |
| 16. | Gutierrez, Joseph | 08-1314 |
| 17. | Pope, Veda | 08-1315 |
| 18. | Fuller, Everleaner | 08-1316 |
| 19. | Lovell, Christopher | 08-1317 |
| 20. | Perry, David | 08-1318 |
| 21. | Sargent, David | 08-1319 |
| 22. | Ashcraft, Diana | 08-1507 |
| 23. | Boyce, Lynette | 08-1508 |
| 24. | Babb, Trudi | 08-1509 |
| 25. | Agosto, Luis | 08-1510 |
| 26. | Serrano, Pablo | 08-1511 |
| 27. | Saywers, Nick Douglas | 08-1512 |
| 28. | Sims, Kirby | 08-1513 |
| 29. | Shade, Gena | 08-1514 |
| 30. | Greenup, Julia | 08-1551 |
| 31. | Bearden, Tony | 08-1554 |
| 32. | Lee, Dolores W. | 08-1716 |
| 33. | Johnson, David | 08-1733 |
| 34. | McCoy, Rachel | 08-2013 |
| 35. | Hoffmeister, Lori Anne | 08-2014 |
| 36. | Bennett, John | 08-2015 |
| 37. | Talley, Bobbie | 08-2016 |

1

# EXHIBIT A
## UN-SERVED CASES

| | | |
|---|---|---|
| 38. | Scholz, Shirley | 08-2096 |
| 39. | Cinitis, Joseph | 08-2097 |
| 40. | Jackson, Shonda | 08-2098 |
| 41. | Walker, Connie | 08-2100 |
| 42. | Bleichner, Cindy | 08-2101 |
| 43. | Desjarlais, Gary | 08-2102 |
| 44. | Poe, Jeffery | 08-2103 |
| 45. | Brass, Andre | 08-2104 |
| 46. | Holt, Ronald | 08-2105 |
| 47. | Bailey, Brooke | 09-16 |
| 48. | Eiffert, Lorie | 09-17 |
| 49. | Burrell, Sophia | 09-248 |
| 50. | Estep, Celeste A. | 09-249 |
| 51. | Kitchen, Darra | 09-250 |
| 52. | Ovrebo, Delia | 09-251 |
| 53. | Russell, Jimmy | 09-252 |
| 54. | Sliman, Eugenia | 09-253 |
| 55. | Walls, Lillian | 09-254 |
| 56. | Wright, Trenda L. | 09-255 |
| 57. | Suttle, Sandra | 09-371 |
| 58. | Bisson, Molli | 09-527 |
| 59. | Francisco, Zenia | 09-1162 |
| 60. | Batchelor, Lisa | 09-1264 |
| 61. | Roden, Annie | 09-1265 |
| 62. | Adams, Lefton | 09-1856 |
| 63. | Anderson, Steven | 09-1857 |
| 64. | Bradshaw, Craig | 09-1858 |
| 65. | Burnson, Norma | 09-1859 |
| 66. | Clay, Walter, Sr. | 09-1860 |
| 67. | Collins, Dolores | 09-1861 |
| 68. | Fallstead, Anthony | 09-1862 |
| 69. | Flannigan, Angela | 09-1863 |
| 70. | Fritts, Kimberly | 09-1864 |
| 71. | Green, Ladalia | 09-1865 |
| 72. | Huffman, Jerry | 09-1866 |
| 73. | Littlepage, Sherry | 09-1867 |
| 74. | Massa, Richard | 09-1868 |
| 75. | Miller, Daryall | 09-1869 |

# EXHIBIT A
## UN-SERVED CASES

| | | |
|---|---|---|
| 76. | Mills, Sharon | 09-1870 |
| 77. | Odum, Virginia | 09-1871 |
| 78. | Oldfield, Kelly | 09-1872 |
| 79. | Wigen, Barbara | 09-1873 |
| 80. | Olsen, Rick | 09-1874 |
| 81. | Parker, David | 09-1875 |
| 82. | Percell, Danielle | 09-2063 |
| 83. | Cote, Timothy | 09-2064 |
| 84. | Spurgeon, Linda | 09-2065 |
| 85. | Soler, Mayra | 09-2066 |
| 86. | Evans, Mary | 09-2067 |
| 87. | Hardy, John | 09-2068 |
| 88. | Whiting, Daniel | 09-2069 |
| 89. | Williams, Autumn | 09-2070 |
| 90. | Swanzy, Loretta | 09-2071 |
| 91. | Stout, Richard | 09-2072 |
| 92. | McCarter, Heather | 09-2073 |
| 93. | Lanza, Joann | 09-2074 |
| 94. | Lower, Michael | 09-2075 |
| 95. | Johnson, Tina | 09-2076 |
| 96. | Greek, Deanna | 09-2077 |
| 97. | Jackson, Richard L. | 10-30 |
| 98. | Malone, Lynn Marie | 10-31 |