**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

**ORDER**

On April 9, 2010, the Special Master in charge of coordinating case-specific discovery in the Eleventh Circuit Trial Group filed his Report and Recommendation No. 10 (Doc. 1622). In the Report and Recommendation, the Special Master advised the Court that, for various reasons, depositions of two critical physician witnesses in *Steven D'Angelo v. AstraZeneca Pharms. LP, et al.*, No. 6:08-cv-626-Orl-22DAB, likely could not take place until after the discovery deadline of May 3, 2010. The Special Master further asserted that should the Court merely extend the discovery deadline in the *D'Angelo* case, the parties would then have difficulty meeting subsequent expert disclosure and dispositive motion deadlines. Thus, the Special Master recommended that the Court simply transfer the *D'Angelo* case to Group Two of the Eleventh Circuit Trial Group, thereby allowing the parties until August 2, 2010 to complete discovery and alleviating the time-crunch of subsequent Group One deadlines.

In light of the compelling reasons given by the Special Master, and the parties' agreement as to the relief sought, the recommendation set forth in Report and Recommendation No. 10 is approved. Accordingly, it is **ORDERED** as follows:

1. The Special Master's Motion for Extension of Time to Complete Discovery (Doc. 1622) is **GRANTED**.

2. The *D'Angelo* case shall be moved from Group One of the Eleventh Circuit Trial Group to Group Two. An Amended Case Management and Scheduling Order setting forth new pretrial deadlines will be entered separately in Case No. 6:08-cv-626-Orl-22DAB.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 12, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Parties

ANNE C. CONWAY
United States District Judge