# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

**This Document Relates to ALL CASES**

_____

---

# REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

---

**REPORT NUMBER: 32**

**DATE: APRIL 15, 2010**

# CONTENTS

**PAGE**

I. INTRODUCTION ..................................................................................................1

II. REPORT ON STATUS .........................................................................................2

    A. Case-Specific Discovery Program for Eleventh Circuit
        Trial Group...................................................................................................2

    B. Suspended Cases.........................................................................................2

    C. The *D'Angelo* Suit .....................................................................................3

    D. The Status of Records Collection and Depositions in the Active Cases........4

        1. Group 1 Cases ................................................................................4
        2. Group 2 Cases ................................................................................7

    E. Standard PMO Reports ...............................................................................8

    F. Special Master Escrow Account Information..............................................9

# I.  INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office.  The Special Master has filed the Reports identified in Table 1:

| TABLE 1 | Special Master Reports |
|---|---|
| **Report** | **Date** |
| Report No. 1 | 9/14/08 |
| Report No. 2 | 10/15/07 |
| Report No. 3 | 11/13/07 |
| Report No. 4 and Supplemental Report | 12/14/07<br>12/18/07 |
| Report No. 5 | 1/15/08 |
| Report No. 6 | 2/15/08 |
| Report No. 7 | 3/14/08 |
| Report No. 8 | 4/15/08 |
| Report No. 9 | 5/15/08 |
| Report No. 10 | 6/16/08 |
| Report No. 11 | 7/15/08 |
| Report No. 12 | 8/15/08 |
| Report No. 13 | 9/15/08 |
| Report No. 14 | 10/15/08 |
| Report No. 15 | 11/14/08 |
| Report No. 16 | 12/15/08 |
| Report No. 17 | 1/15/09 |
| Report No. 18 | 2/13/09 |
| Report No. 19 | 3/13/09 |
| Report No. 20 | 4/15/09 |
| Report No. 21 | 5/15/09 |
| Report No. 22 | 6/15/09 |
| Report No. 23 | 7/15/09 |
| Report No. 24 | 8/12/09 |

| TABLE 1 | Special Master Reports |
|---|---|
| Report No. 25 | 9/15/09 |
| Report No. 26 | 10/15/09 |
| Report No. 27 | 11/13/09 |
| Report No. 28 | 12/15/09 |
| Report No. 29 | 1/15/10 |
| Report No. 30 | 2/15/10 |
| Report No. 31 | 3/15/10 |

## II.  STATUS REPORT

**A.     Case-Specific Discovery Program for Eleventh Circuit Trial Group.**

The PMO continues to work with the Parties to collect medical records from physicians and to set the depositions of physicians as designated by the Parties in the cases that the Court placed in Group 1 and Group 2 of the Eleventh Circuit Trial Group. The cases in Group 1 have a discovery deadline of May 3, 2010, while those in Group 2 were assigned a discovery deadline of August 2, 2010.

**B.     Suspended Cases.**

At the direction of the Parties, the PMO has placed on hold the 30 cases listed in Table 2 and suspended any further work on them.  The Parties have notified the PMO that the Gloria Grayson case is likely to be dismissed; the Cody Tokheim case has been transferred to another court; the cases of Susan Courts and Robert Stickney have been dismissed; Stipulations of Dismissal with Prejudice were filed on March 5, 2010 for Leonard Burckhard, Mary Canchola (individually and as representative of the estate of Johnny Canchola), Roger Courson, Tammy Ledbetter, Carolyn Morales, and Jimmie Varju; Stipulations of Dismissal with Prejudice were filed on April 6, 2010 for Cynthia Brooks and Thomas Hobson; and Stipulations of Dismissal with Prejudice were filed on

2

April 9, 2010 for Kim Clark and Gregorio Valdez. In the other cases, there is some question about whether the action will proceed or will go forward in this forum.

| TABLE 2 | Suspended Cases | | | |
|---|---|---|---|---|
| Row | Plaintiff Last Name | Plaintiff First Name | Case Number | Discovery Group |
| 1. | Brooks | Cynthia | 6:10-cv-00016-ACC-DAB | Group 2 |
| 2. | Butler | Tammy | 6:08-cv-1309-Orl-22DAB | Group 1 |
| 3. | Burckhard | Leonard | 6:09-cv-00571-Orl-22DAB | Group 2 |
| 4. | Canchola | Mary | 6:09-cv-238-Orl-22DAB | Group 2 |
| 5. | Courson | Roger | 6:09-cv-00115-Orl22DAB | Group 2 |
| 6. | Clark | Kim | 6:10-cv-00013-ACC-DAB | Group 2 |
| 7. | Courts | Susan | 6:08-cv-623-Orl-22DAB | Group 1 |
| 8. | Crooks-Hall | Mary | 6:08-cv-2095-Orl-22DAB | Group 1 |
| 9. | Dickerson | Rebecca | 6:09-cv-00111-Orl-22DAB | Group 2 |
| 10. | Grayson | Gloria | 6:06-cv-01135-Ord-22DAB | Group 1 |
| 11. | Harris | Shari | 6:08-cv-00627-Orl-22DAB | Group 1 |
| 12. | Hobson | Thomas | 6:10-cv-00021-ACC-DAB | Group 2 |
| 13. | Howard | Kathleen | 6:09-cv-01192-Orl-22DAB | Group 2 |
| 14. | Itter-Caldwell | Judy | 6:08-cv-848-Orl-22DAB | Group 1 |
| 15. | Lawson-Harper | Alice | 6:09-cv-00121-Orl-22DAB | Group 2 |
| 16. | Ledbetter | Tammy | 6:09-cv-00120-Orl-22DAB | Group 2 |
| 17. | Lindsey | William | 6:08-cv-1495-Orl-22DAB | Group 2 |
| 18. | Malachi | Darius | 6:09-cv-00114-Orl-22DAB | Group 2 |
| 19. | Morales | Caroline | 6:09-cv-1282-Orl-22DAB | Group 2 |
| 20. | Murawski | Melissa | 6:09-cv-00119-Orl-22DAB | Group 2 |
| 21. | O'Neal | Amy | 6:09-cv-00117-Orl-22DAB | Group 2 |
| 22. | Payne | Debra | 6:09-cv-00239-Orl-22DAB | Group 2 |
| 23. | Reedy | Robert | 6:09-cv-00112-Orl-22DAB | Group 2 |
| 24. | Robinson | Theresa | 6:08-cv-01411-Orl-22DAB | Group 1 |
| 25. | Simmons | Burt | 6:10-cv-24-Orl-22DAB | Group 2 |
| 26. | Stickney | Robert | 6:08-cv-621-Orl-22DAB | Group 1 |
| 27. | Tokheim | Cody | 6:08-cv-544-Orl-22DAB | Group 1 |
| 28. | Valadez | Gregorio | 6:10-cv-00015-ACC-DAB | Group 2 |
| 29. | Varju | Jimmie | 6:09-cv-00113-Orl-22DAB | Group 2 |
| 30. | Young | Matthew | 6:09-cv-00116-Orl-22DAB | Group 2 |

C. **The *D'Angelo* Suit.**

During the weekly status conference call with counsel for Plaintiffs and counsel for Defendants on April 2, 2010, the Special Master discussed with the Parties an issue concerning the ability to complete discovery by the May 3, 2010 deadline in the suit by

Group 1 plaintiff Steven D'Angelo. After review of the circumstances surrounding difficulty in scheduling two physicians in the *D'Angelo* case, the Special Master prepared and filed Report and Recommendation No. 10 on April 9, 2010 (Document No. 1622), requesting that the Court move the *D'Angelo* case from Group 1 to Group 2 to allow the Parties until August 2, 2010 to finish the case-specific discovery in this case. On April 13, 2010, the Court entered an Order (Document No. 1624) granting the request that the *D'Angelo* case be moved from Group 1 to Group 2.

### D.      The Status of Records Collection and Depositions in the Active Cases.

#### 1.      Group 1 Cases.

The PMO has received direction from the Parties to obtain records from 595 physicians or facilities. Of the 595, 100 are for active Group 1 cases. The PMO successfully obtained records from 57 of these 100 physicians or facilities. The PMO is working to obtain records from five more of these physicians or facilities for Group 1 cases. The PMO expects to receive records in response to all five of the outstanding requests by May 3, 2010. The PMO was not able to collect records from the remaining 38 physicians or facilities in Group 1 cases because the records have been destroyed or the office can find no records for the patient.

The PMO has received 29 deponent designations in the five active Group 1 cases. At direction from the Parties, the PMO ceased efforts to schedule two of the 29 designated deponents. Of the remaining 27 designations, the PMO has successfully scheduled to occur before the May 3, 2010 cut-off all but two of these depositions: Nurse Practitioner Susan Rainey in the *Church* case and Dr. Nader Zeitouni in the *Scott* case.

The PMO began its steps to locate and contact NP Rainey on February 2, 2010. After considerable efforts, the PMO found a home phone number for NP Rainey in West

4

Virginia. The PMO made numerous attempts to call NP Rainey over the following weeks. On March 12, 2010, the PMO spoke with NP Rainey for the first time. NP Rainey explained that she had not been home because of illness and death in her family. NP Rainey further explained that she is disabled and did not feel she could participate in a deposition, in light of her personal circumstances. The PMO notified the Parties of NP Rainey's reluctance to schedule a deposition. Efforts to schedule this deposition were put on hold temporarily as the Parties assessed the need to depose this witness.

Dr. Zeitouni has presented a different challenge. When the PMO first spoke with him on March 11, 2010, Dr. Zeitouni indicated that he was available for a deposition on April 13, 2010. The PMO sent a Deposition Notice to Dr. Zeitouni on March 11, 2010, setting his deposition for April 13, 2010, at 1:00 p.m. ET. The PMO continued its efforts to collect records from Neighborhood Health Association in Toledo, Ohio, where Dr. Zeitouni was no longer employed, but where he had treated Sandra Scott. The PMO provided copies of medical records received from Neighborhood Health Association to Dr. Zeitouni on March 23, 2010 and March 25, 2010, for he requested such copies to prepare for his testimony. The PMO had no further contact with Dr. Zeitouni.

Instead, on April 6, 2010, the Special Master received a letter from William Biglow, Acting Deputy General Counsel with the Department of Health & Human Services in Washington, D.C. According to the letter, Neighborhood Health Association is covered by the Federally Supported Health Centers Assistance Act of 1992 (codified at 42 U.S.C. § 233(g)(n). Mr. Biglow took the position that pursuant to 45 C.F.R. Part 2, the Department of Health and Human Services requires approval by an Agency Head in before anyone can take the deposition testimony of Dr. Zeitouni, because while no longer

5

employed there, he was an employee of a facility that received HHS assistance at the time he treated Ms. Scott.

The PMO and the Special Master immediately took the steps dictated by Mr. Biglow to secure approval by an HHS agency head of Dr. Zeitouni's deposition. On April 9, 2010, the PMO sent a formal written request to take Dr. Zeitouni's deposition to Mary Wakefield, Administrator of the Health Resources and Services Administration. Since then, the PMO and the Special Master have persistently followed up with representatives at Neighborhood Health Association and the Department of Health and Human Services in an attempt to schedule Dr. Zeitouni's deposition before May 3, 2010, but has had considerable difficulty getting through the various agency and staff layers involved in this process on behalf of the Department of Health and Human Services. The Special Master has impressed upon Mr. Biglow's staff (Mr. Biglow himself has not returned calls from the PMO or the Special Master) the urgency of the situation and the existence of a Court-ordered deadline of May 3, 2010 to conduct this deposition. On April 14, 2010, Mr. Biglow's assistant held out the possibility that she could get this issue in front of Ms. Wakefield by or on April 16, 2010, and some possibility that she may have a decision for us by April 23, 2010, leaving some hope that this deposition can occur by May 3, 2010. She has refused to set a deposition date or to arrange the US Attorney's availability in anticipation of such approval. She also has indicated that there are no options available to us to expedite the HHS process. As of this report, the PMO has not received notification that the request is approved. We will keep the Court and the Parties apprised.

6

### 2. Group 2 Cases.

Of the 595 physicians or facilities provided to the PMO for records collection, 354 are for active Group 2 cases. The PMO has obtained records from 106 of the 354 physicians or facilities provided for Group 2. The PMO is working to obtain records from another 192 of these offices. The PMO has not been able to collect records from the remaining 56 physicians or facilities in Group 2 cases because the records have been destroyed or the office can find no records for the patient.

The PMO has received 38 designations in eight of the 22 active Group 2 cases. Of the 38 designations, the PMO has enough information from the Parties to schedule eight depositions. One of these depositions was scheduled and completed in March. The PMO is working to schedule depositions for the remaining depositions. Table 3 shows the progress made on records collection and deposition scheduling in the remaining active Group 2 cases:

| TABLE 3 | Status of Records Collection and Deposition Scheduling for Group Two | | | |
|---|---|---|---|---|
| Row | Plaintiff Name | Medical Records Obtained | Deponent Designations Complete | Depositions Scheduled |
| 1. | Amirault, Victoria | | No | |
| 2. | Anderson, Christal | | No | |
| 3. | Burgett, Robert | 9 | No | |
| 4. | D'Angelo, Steven A | 6 | Yes | 2 |
| 5. | Davis, Michael | 6 | No | |
| 6. | Dawson, Matthew Q. | | No | |
| 7. | English, Christina | 5 | No | |
| 8. | Haney, Jesse | 1 | No | |
| 9. | Hebbler, Anna | 8 | No | |
| 10. | Josefowicz, Rosemary | 1 | No | |
| 11. | Nelson, Shirley | 7 | No | |
| 12. | Nichols, Crystal M. | | No | |
| 13. | Orr, Sherrie L. | 15 | Yes | 2 |
| 14. | Rector, Eric L. | 11 | No | |
| 15. | Reese, Oretha | 6 | No | |
| 16. | Rhoades, Susie H. | | No | |
| 17. | Rice, Dennis W. | 1 | No | |

| TABLE 3 | Status of Records Collection and Deposition Scheduling for Group Two | | | |
|---|---|---|---|---|
| Row | Plaintiff Name | Medical Records Obtained | Deponent Designations Complete | Depositions Scheduled |
| 18. | Rice, Susanne M. | | No | |
| 19. | Terry, Tami S. | 2 | No | |
| 20. | Turner, Victoria | 2 | No | |
| 21. | Wachlin, Shirley | 8 | No | |
| 22. | Williams, Wayne | 17 | No | |

E. **Standard PMO Reports.**

The PMO has designed and coded into the PMO's Seroquel database application a set of standard Reports to apprise the Court and the parties of critical information on the activities of the PMO and the progress of case-specific discovery. The PMO posts these Reports on the PMO website. An authorized user of the website can click on a Reports section of the Master Calendar home page and view the current version of each Report. Table 4 identifies and describes these standard Reports. A full set of the current Reports is attached to this Report as Exhibit 1.

| TABLE 4 | | Seroquel PMO Summary Reports |
|---|---|---|
| **Physician Depositions Scheduling** | **SQ106** | **Seroquel PMO: Physician Depositions Scheduling Report**<br><br>(Reports on the number of Physicians designated for cases in the months shown, and the progress of the PMO in scheduling such depositions.) |
| **Medical Records** | **SQ200A** | **Seroquel PMO: Medical Records Status (By Plaintiff)**<br><br>(Reports on the status of the PMO's acquisition of Medical Records from Physicians, listed in alphabetical order by Plaintiff last name.) |
| **Payments to Physicians** | **SQ300A** | **Seroquel PMO: Special Master Escrow Account Summary**<br><br>(Reports a summary of deposits and payments made from the Special Master Escrow Account.) |

### F. Special Master Escrow Account Information.

The Special Master Escrow Account Summary Report (SQ300A, attached in Exhibit 1) reflects that a total of $45,000 has been deposited into the Special Master Escrow account since January 1, 2010 for work on the Eleventh Circuit Trial Group cases. From that amount, $20,225 has been paid to compensate physician deponents for deposition time; $15,747.02 has been paid to reimburse physicians for the cost of copying their Medical Records; and $3,127.63 has been paid in shipping charges incurred by physicians in sending records to the PMO. The balance as of April 15, 2010, in the Special Master Escrow account is $5,930.02.

The Special Master Escrow Account Physician Payment Details Report (SQ301A) is available on-line at https://www.browngreer.com/seroquel. This report provides details of each payment made to each physician, the reason for the payment, and the case to which the payment is related.

                                        Respectfully submitted,

                                        BROWNGREER PLC

By:    **s/ Orran L. Brown**
        Orran L. Brown
        Virginia State Bar No. 25832
        BrownGreer PLC
        115 South 15th Street, Suite 400
        Richmond, Virginia 23219
        Telephone: (804) 521-7201
        Facsimile: (804) 521-7299
        Email: obrown@browngreer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

                                          **s/ Orran L. Brown**
                                          Orran L. Brown
                                          Virginia State Bar No. 25832
                                          BrownGreer PLC
                                          115 South 15th Street, Suite 400
                                          Richmond, Virginia  23219
                                          Telephone:  (804) 521-7201
                                          Facsimile:  (804) 521-7299
                                          Email:  obrown@browngreer.com

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

2

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>*Attorney for Defendant Dr. Asif Habib* | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |

4