UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | |
| This document relates to: | MDL DOCKET NO: 6:06-MDL-1769-ACC-DAB |
| *All Cases Listed in Exhibit "A" of AstraZeneca's Motion* | |

**MDL PLAINTIFFS' RESPONSE TO ASTRAZENECA'S MOTION FOR RELIEF FROM ORDER AND INCORPORATED MEMORANDUM**

With respect to the Court's March 25, 2010 Order requiring AstraZeneca to file answers in 101 identified cases (MDL Doc. No. 1615, hereinafter the "Order"), AstraZeneca's Motion for Relief from Order and Incorporated Memorandum (MDL Doc. No. 1623, hereinafter the "Motion") seeks relief from the Order as to 98 out of the 101 cases for which it claims it was never served with a summons or a complaint, or that it never waived service.

The Motion includes as purported bases for the relief sought allegations that the 98 reportedly un-served complaints "show once again" a purported lack of interest by Plaintiffs' counsel "in actually engaging in any litigation." (Defs.' Mot. at 2.) The reportedly un-served complaints are also symptomatic—according to the Motion—of Plaintiffs' "mass filing of complaints with insufficient individual scrutiny." (*Id.*) No support is offered for the self-serving commentary, which is curiously out of sync with and devalues years of hard work accomplished by the Court and MDL counsel. Moreover, MDL Plaintiffs' desire to "actually engag[e] in . . . litigation" should most accurately be measured by their to-be-filed

1

motion requesting that the Court suggest remand.  Lastly, regarding alleged "symptoms" of mass filings, AstraZeneca's counsel ignores the Court's finding last May that "Plaintiffs' attorneys have already evaluated the viability of their cases, consistent with their duties under Rule 11 of the Federal Rules of Civil Procedure."  (MDL Doc. No. 1419 at 1.)

Notwithstanding the Motion's attacks on MDL Plaintiffs' counsel, Plaintiffs do not object to the general procedural rule expressed in the Motion that un-served complaints need not be answered.  However, AstraZeneca has not challenged process or service through a proper Rule 12(b)(4) or 12(b)(5) motion, and it is at least arguable that it may have waived that opportunity given the advanced stage of the litigation.  As the files of the 98 cases and potential evidence of service contained therein reside with firms other than MDL Plaintiffs' Co-Lead and Liaison Counsel, resolution of that and related issues must await another day.[1]

WHEREFORE, PREMISES CONSIDERED, MDL Plaintiffs do not oppose the relief sought by AstraZeneca at least until such time as the issue of adequate process and/or service may be resolved.

---

[1] AstraZeneca's Motion raises another instance of filings in the main MDL docket that pertain to a subset of the cases on the docket, none of which are represented by MDL Co-Lead or Liaison Counsel except presumably in a capacity established by Case Management Order No. 1 ("CMO1").  MDL Co-Lead and Liaison Counsel have previously addressed the issue of the scope and tenure of their roles as the MDL winds down and issues become more particularized to cases not involving MDL Co-Lead or Liaison Counsel (MDL Doc. No. 1610 at ¶¶ 4, 6), and welcome the opportunity to further address that issue with the Court at the appropriate time.

DATED:  April 19, 2010                              Respectfully submitted,


                                              By:  /s/ K. Camp Bailey
          F. Kenneth Bailey, Jr.
          K. Camp Bailey
          Fletcher V. Trammell
          Robert W. Cowan
          BAILEY PERRIN BAILEY
          The Lyric Centre
          440 Louisiana Street, Suite 2100
          Houston, Texas 77002
          Telephone – 713.425.7100
          Facsimile – 713.425.7101
          Email – kbailey@bpblaw.com
          Email – cbailey@bpblaw.com
          Email – ftrammell@bpblaw.com
          Email – rcowan@bpblaw.com

*CO-LEAD COUNSEL FOR MDL PLAINTIFFS*


**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 19th day of April, 2010, I electronically filed the foregoing: MDL PLAINTIFFS' RESPONSE TO ASTRAZENECA'S MOTION FOR RELIEF FROM ORDER AND INCORPORATED MEMORANDUM with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                                                /s/  Robert W. Cowan
                                                Robert W. Cowan