UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation  MDL No. 1769

This Document Relates to:

Priscilla L. Cook v. AstraZeneca Pharmaceuticals LP, et al (MDL # 07-2049)
Sheila Varnado v. AstraZeneca Pharmaceuticals LP, et al (MDL # 07-2050)
Walterine Sandifer v. AstraZeneca Pharmaceuticals LP, et al (MDL # 07-2051)
Florastine Longs v. AstraZeneca Pharmaceuticals LP, et al (MDL # 07-2052)
Ralph M. Fleming v. AstraZeneca Pharmaceuticals LP, et al (MDL # 07-2053)
Julia Greenup v. AstraZeneca Pharmaceuticals LP, et al (MDL # 08-1551)
Tony Bearden v. AstraZeneca Pharmaceuticals LP, et al (MDL # 08-1554)
Dolores W. Lee v. AstraZeneca Pharmaceuticals LP, et al (MDL # 08-1716)

## OPPOSITION TO DEFENDANTS' MOTION FOR RELIEF FROM ORDER AND INCORPORATED MEMORANDUM

Plaintiffs file this Opposition in response to Defendant's Motion for Relief from Order and Incorporated Memorandum. Plaintiffs file this Opposition solely to preserve their rights in the event dismissal of the subject cases is addressed at the hearing of Defendant's Motion. Otherwise, Plaintiffs are confident they will be able to resolve with Defendant the issue of proper service in each of these matters.

Complaints in five of the eight cases at issue were filed on November 11, 2007. These cases were served on November 20, 2007. (See Exhibit "A" attached hereto.) Complaints in the remaining three cases were filed in August 2008. Responses to Plaintiff Fact Sheets were submitted to Defendant in each of the eight cases. In seven of

the eight cases, defense counsel acknowledged receipt of the Plaintiff Fact Sheet, by way of either granting an extension to respond, sending a deficiency letter, or both. (For a case by case summary of each of the eight cases at issue see Exhibit "B" attached hereto.)

In the event the issue is raised at the hearing of Defendant's Motion, Plaintiffs contend it would be inappropriate to dismiss these matters for the foregoing reasons.

Respectfully Submitted:

By: /s/Scott E. Brady
Philip Bohrer (Louisiana #14089)
Scott E. Brady (Louisiana #24976)
BOHRER LAW FIRM, L.L.C
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

-and-

Steve Skikos
Jane Joseph
SKIKOS, CRAWFORD, SKIKOS,
    JOSEPH & MILLICAN
625 Market Street, 11th Floor
San Francisco, CA  94105
Telephone:  (415) 546-7300
Facsimile:  (415) 546-7301