## BOHRER LAW FIRM, L.L.C.
8712 Jefferson Highway
Suite B
Baton Rouge, Louisiana 70809

Philip Bohrer*
Mandie S. Lucas

Roxanne Maddie, Paralegal

* Also Licensed In Texas

Telephone: 225/925-5297
Facsimile: 225/231-7000
Email: *phil@bohrerlaw.com*
Website: *www.bohrerlaw.com*

OF COUNSEL:
Scott E. Brady

November 20, 2007

Ms. Paulette Hendrix
Attorney at Law
AstraZeneca Pharmaceuticals, LP
Law Department (FOP3)
1800 Concord Pike
Wilmington, DE   19850

Re:   Priscilla L. Cook v. AstraZeneca Pharmaceuticals LP and AstraZeneca LP
Ralph M. Fleming v. AstraZeneca Pharmaceuticals LP and AstraZeneca LP
Florastine Longs v. AstraZeneca Pharmaceuticals LP and AstraZeneca LP
Walterine Sandifer v. AstraZeneca Pharmaceuticals LP and AstraZeneca LP
Sheila Varnado v. AstraZeneca Pharmaceuticals LP and AstraZeneca LP
USDC, Eastern District of Louisiana

Dear Ms. Hendrix:

Enclosed please find a copy of the Complaint filed in the above referenced matter. It is my understanding receipt of this Complaint constitutes acceptance of service and waiver of same, without the necessity of a formal waiver, on behalf of AstraZeneca Pharmaceuticals LP and AstraZeneca LP. If that is not correct, please notify me immediately.

With kindest regards, I remain

Very truly yours,

BOHRER LAW FIRM, L.L.C.

Scott E. Brady

SEB/gb
Enclosure

**EXHIBIT "A"**