**Priscilla L. Cook v. AstraZeneca**
Filed November 13, 2007 in the Eastern District of Louisiana (07-8521)
Served November 20, 2007
Part of CTO-47; transferred to the MDL January 17, 2008 (MDL # 07-2049)
PFS submitted January 19, 2008
Deficiency letter dated May 30, 2008
Deficiency response dated June 13, 2008

**Sheila Varnado v. AstraZeneca**
Filed November 13, 2007 in the Eastern District of Louisiana (07-8522)
Served November 20, 2007
Part of CTO-47; transferred to the MDL February 8, 2008 (MDL # 07-2050)
PFS submitted January 17, 2008
Deficiency letter dated May 30, 2008
Deficiency response dated June 13, 2008

**Walterine Sandifer v. AstraZeneca**
Filed November 13, 2007 in the Eastern District of Louisiana (07-8523)
Served November 20, 2007
Part of CTO-47; transferred to the MDL January 17, 2008 (MDL # 07-2051)
PFS submitted January 17, 2008
Deficiency letter dated May 30, 2008
Extension to respond to deficiency letter dated June 13, 2008
Deficiency response dated June 25, 2008

**Florastine Longs v. AstraZeneca**
Filed November 13, 2007 in the Eastern District of Louisiana (07-8524)
Served November 20, 2007
Part of CTO-47; transferred to the MDL January 16, 2008 (MDL # 07-2052)
PFS submitted January 17, 2008
Deficiency letter dated May 30, 2008
Deficiency response dated June 13, 2008

**Ralph Fleming v. AstraZeneca**
Filed November 13, 2007 in the Eastern District of Louisiana (07-8525)
Served November 20, 2007
Part of CTO-47; transferred to the MDL January 16, 2008 (MDL # 07-2053)
PFS submitted January 18, 2008
Deficiency letter dated June 3, 2008
Deficiency response dated June 17, 2008

EXHIBIT "B"

**Julia Greenup v. AstraZeneca**
Filed August 8, 2008 in the Middle District of Louisiana (08-490)
Part of CTO-69; transferred to the MDL September 15, 2008 (MDL # 08-1551)
Email to Marjorie Shiekman on November 4, 2008 requesting an extension to file the PFS
Letter from M. Shiekman dated November 7, 2008 granting an extension to file the PFS
PFS submitted December 9, 2008

**Tony Bearden v. AstraZeneca**
Filed August 4, 2008 in the Western District of North Carolina (08-364)
Part of CTO-69; transferred to the MDL September 17, 2008 (MDL # 08-1554)
PFS submitted November 11, 2008

**Dolores W. Lee v. AstraZeneca**
Filed August 4, 2008 in the Western District of Tennessee (08-2503)
Part of CTO-70; transferred to the MDL October 14, 2008 (MDL # 08-1716)
Email to Marjorie Shiekman on December 8, 2008 requesting an extension to file the PFS
Letter from M. Shiekman dated December 8, 2008 granting an extension to file the PFS
PFS submitted January 6, 2009