**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation.

                                Case No.  6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion for Relief from Order (Doc. 1623), to which Plaintiffs responded (Docs. 1626, 1628). AstraZeneca seeks relief from the Court's Order of March 25, 2010 (Doc. 1615), which required the company to file answers in approximately 100 cases in which no responsive pleading had yet been filed. Specifically, AstraZeneca contends that Plaintiffs did not serve a summons or complaint in 98 of those cases and, therefore, the company cannot be compelled to answer.

The MDL Plaintiffs briefly responded by hinting that AstraZeneca may have waived any challenge to service of process at this late stage of the litigation; however, Plaintiffs ultimately declined to litigate the issue at this point in time. In addition, eight plaintiffs represented by the Bohrer Law Firm separately responded by indicating that although AstraZeneca may not have been served, the company acknowledged notice of seven of the eight cases when it engaged in discussions with counsel regarding deficient or delinquent Plaintiff Fact Sheets in those cases.

Curiously, neither of the Plaintiffs' responses noted Case Management Order No. 1 (Doc. 130), in which the Court noted AstraZeneca's prospective waiver of service of process:

> To eliminate disputes over service of process and to reduce the expense of such service, Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca") have agreed to waive service of process for Seroquel-related cases

alleging personal injury filed in federal court and alleging injuries consistent with the stated purposes of this MDL, subject to the provisions of Fed. R. Civ. P. 4(d).

Neither party has indicated that the 98 cases about which AstraZeneca complains do not fall under the terms of this waiver. Therefore, Plaintiffs' failure to effect service in these cases does not relieve AstraZeneca from its duty to answer their complaints.

Accordingly, it is **ORDERED** as follows:

1. AstraZeneca's Motion for Relief from Order (Doc. 1623) is **DENIED**.

2. AstraZeneca shall file answers in all cases listed in Exhibit A to its Motion within 14 days of the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Parties

ANNE C. CONWAY
United States District Judge