**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**MYRTLE COLLINS v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17221-Orl-22DAB**

**ARDELIA STURGES v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17222-Orl-22DAB**

**YOLANDA WILLIAMS v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17223-Orl-22DAB**

**PATTI JEAN HAMMOND v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17224-Orl-22DAB**

**DANIEL WILLIAMSON v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17225-Orl-22DAB**

**MATTHEW WOOLSLAYER v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17226-Orl-22DAB**

**MICHAEL OVERTON v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17227-Orl-22DAB**

**JOHNNIE PEREIRA v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17228-Orl-22DAB**

**LAVERNE BERRY v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17229-Orl-22DAB**

**KELLY WEBLER v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17230-Orl-22DAB**

**GABRIEL NAVA v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17231-Orl-22DAB**

**LUCITHA MITCHELL v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17232-Orl-22DAB

**LISA WILLIAMS v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17233-Orl-22DAB

**JOHN HUGHES v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17234-Orl-22DAB

**GREGORY GARY v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17235-Orl-22DAB

**MARY JANE FEAGAN v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17236-Orl-22DAB

**VERONICA TURNER v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17237-Orl-22DAB

**JANICE MOORE v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17238-Orl-22DAB

**TIM KNAPP v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17239-Orl-22DAB

**JIMMIE HUGHES v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17240-Orl-22DAB

**SUSAN BROWN v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17241-Orl-22DAB

**CLYDE JACKSON v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17266-Orl-22DAB

**MAY XIONG v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17267-Orl-22DAB

**FRANK ARMIJO v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17268-Orl-22DAB

**ALGERINE CLARK v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-17269-Orl-22DAB

**WILLIE TOWNSEND v. ASTRAZENECA PHARMS. LP, ET AL.**

**MDL Case No. 6:09-cv-17270-Orl-22DAB**

**MICHAEL SAIZ v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17271-Orl-22DAB**

_____

### ORDER TO SHOW CAUSE

In late March, the Court entered two orders requiring the parties to address various pleading and filing fee deficiencies in certain plaintiffs' individual files. *See* Docs. 1615, 1616. Plaintiffs in the above-captioned cases did not timely comply with either of the Court's orders. In lieu of compliance, however, Plaintiffs filed notices stating that they did not intend to pursue their cases and agreeing to dismissal of their cases without prejudice. *See, e.g.*, *Susan Brown v. AstraZeneca Pharms. LP, et al.*, No. 6:09-cv-17241-Orl-22DAB, at Doc. 8. According to Plaintiffs, their cases were also filed in another jurisdiction by the law firm of Matthews and Associates, and they have decided to proceed with that firm instead of maintaining their cases here in this MDL.

Regardless of Plaintiffs' reasons for agreeing to dismissal of their cases, the fact remains that they have failed to comply with both the Court's original[1] and renewed orders regarding the filing of short-form complaints and the payment of filing fees. The Court's assessment of the proper sanction for noncompliance must await further information from Plaintiffs' counsel.

Accordingly, it is **ORDERED** as follows:

1. On or before May 10, 2010, counsel shall file a notice with the Court indicating in what other jurisdiction the above-captioned cases have been filed and listing the case numbers that jurisdiction has on file for these cases.

---

[1] Well before these cases were filed, deadlines for short-form complaints and filing fees in all present and future severed cases were established by Court order. *See* Doc. 180.

  2. Counsel shall additionally show cause, on or before May 10, 2010, why these cases should not be dismissed *with* prejudice for failure to comply with multiple court orders.

  3. The Clerk is directed to file a copy of this order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 26, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge