# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

This document relates to:

**RUTH SILLS v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:08-cv-522-Orl-22DAB

**LORI ANN DAHLBERG v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:08-cv-524-Orl-22DAB

**PATSY HALL v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:08-cv-525-Orl-22DAB

**DAWN CARTER v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:08-cv-936-Orl-22DAB

**SHARON DENNIS v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:08-cv-944-Orl-22DAB

**LISA ANGLEN-SHEARS v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:08-cv-1325-Orl-22DAB

**THERESA A. ROBINSON v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:08-cv-1411-Orl-22DAB

**CAROL SHIPLEY v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:08-cv-2007-Orl-22DAB

**MARY HUNTER CROOKS HALL v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:08-cv-2095-Orl-22DAB

**CHRISTINE GOUGH v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-21-Orl-22DAB

**BETHZAIDA FIGUEROA v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:09-cv-24-Orl-22DAB

**JOHN NORMAN v. ASTRAZENECA PHARMS. LP, ET AL.**

**MDL Case No. 6:09-cv-30-Orl-22DAB**

**DAVID TAUL v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-38-Orl-22DAB**

**ROBERT REEDY v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-112-Orl-22DAB**

**MELISSA MURAWSKI v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-119-Orl-22DAB**

**DEBRA PAYNE v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-239-Orl-22DAB**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the Motions to Withdraw as Counsel filed in the individual cases listed above. **THEREON** it is **RECOMMENDED** that the Motions to Withdraw as Counsel in the cases listed above be **DENIED**.

It is further **RECOMMENDED** that the cases listed above be dismissed for failure to prosecute and abandonment of their claims if these Plaintiffs fail timely to respond to their counsel allowing prosecution of their claim and **DIRECTING** each Plaintiffs' counsel to assure that each of their respective Plaintiffs receives the Report and Recommendation and understands the consequences of failing to respond.

The Clerk is directed to file a copy of this Report and Recommendation in each of the above-captioned cases.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 3, 2010.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record