# EXHIBIT 2

**Subject:** FW: John Blenkinsopp and Jeff Hough

**From:** "Pennock, Paul" [PPennock@weitzlux.com]
**Sent:** 04/26/2010 03:04 PM AST
**To:** Glenn Pogust
**Cc:** <eblizzard@blizzardlaw.com>; <sallen@crusescott.com>; <dmatthews@thematthewslawfirm.com>; <tomp@lpm-triallaw.com>; <mlondon@douglasandlondon.com>; <cbailey@bpblaw.com>; "Sedgh, Jonathan" <JSedgh@weitzlux.com>; <goss39587@aol.com>; <rickl@lpm-triallaw.com>
**Subject:** John Blenkinsopp and Jeff Hough

Glenn,

We intend to either call one or both of these former AZ employees live at trial as fact witnesses or we will at some point put them on video for trial (or both), depending on the trial schedules. I believe that you claim the right to depose them. So, we need to take some steps to accomplish that and we need to take those steps fairly quickly or we will consider any claimed right to deposition waived.

The first order of business is that AZ must produce the custodial file for both of them. We need this produced at least 45 days prior to any deposition, so you probably should move on getting this together because given the expected trial schedules for NY and NJ, we should get your deposition of them done before the end of July. Just so you know, we will be asking that the file be produced within the next 20 days. Regardless as to whether you agree to any of this, I would request that you immediately slate these files for production. I'm sure they were put together already, so it shouldn't be a problem.

In any event, we can talk about details at our meet and confer regarding the New Jersey issues on Wednesday but I thought it best to let you know that we need to talk about this discovery at that time.

Also, some people have expressed an interest in participating by phone at this meeting. Can you please arrange for that? Thanks.

See you Wednesday.


Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY  10003
tel. (212) 558-5549
E-mail:  Ppennock@weitzlux.com


Please visit us at http://www.weitzlux.com

*******************************************************************

The information contained in this message may be privileged and confidential a

5/5/2010

protected from disclosure.  If the reader of this message is not the intend
or an employee or agent responsible for delivering this message to the inte
recipient, you are hereby notified that any dissemination, distribution or
communication is strictly prohibited.  If you have received this communicat
please notify us immediately by telephone or by replying to the message and
and all of its attachments from your computer.  Thank you.  Weitz & Luxenbe

Every effort is made to keep our network free from viruses.  You should, ho
review this e-mail message, as well as any attachment thereto, for viruses.
no responsibility and have no liability for any computer virus which may be
via this e-mail message.

All e-mails sent to Weitz & Luxenberg, P.C. or any individuals at Weitz & L
P.C. are carefully scanned for viruses and content.  The sender should have
expectation of privacy in said transmission.

In the course of scanning all incoming e-mails to W & L, virus scanning sof
block the e-mail and prevent it from being delivered.  Neither the intended
the sender will receive notice that their transmission has been blocked.

All e-mail to W & L or any individuals at W & L should be followed up by ha
including attachment(s), as specific file types may be blocked at any time
notice being provided to sender or recipient.

*******************************************************************

                                    *   *   *   *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department

5/5/2010

**Subject:** FW: Fw:

**From:** "Pennock, Paul" [PPennock@weitzlux.com]
**Sent:** 04/27/2010 04:51 PM AST
**To:** Glenn Pogust

Glenn,

We're going to want discovery of the evidence that AZ provided regarding the following DOJ statements today:

(1)     AstraZeneca promoted the sale and use of Seroquel to psychiatrists, other physicians (including primary care physicians) and other health care professionals in pediatric and primary care physician offices, in long-term care facilities and hospitals and in prisons for certain uses that were not approved by the Food and Drug Administration as safe and effective for those uses (including aggression, Alzheimer's disease, anger management, anxiety, attention deficit hyperactivity disorder, bipolar maintenance, dementia, depression, mood disorder, post-traumatic stress disorder, and sleeplessness) ("unapproved uses"). AstraZeneca also promoted the unapproved uses by engaging in the following conduct: AstraZeneca improperly and unduly influenced the content of and speakers in company-sponsored Continuing Medical Education programs; engaged doctors to give promotional speaker programs it controlled on unapproved uses for Seroquel; engaged doctors to conduct studies on unapproved uses of Seroquel; recruited doctors to serve as authors of articles largely prepared by medical literature companies about studies they did not conduct on unapproved uses of Seroquel; and, used those studies and articles as the basis for promotional messages about unapproved uses of Seroquel. These unapproved uses were not medically accepted indications for which the United States and the state Medicaid programs provided coverage for Seroquel.

(2)     AstraZeneca offered and paid illegal remuneration to doctors: (a) it recruited to conduct studies for unapproved uses, (b) it recruited to serve as authors of articles written by AstraZeneca and its agents about these unapproved uses of Seroquel, (c) to travel to resort locations to "advise" AstraZeneca about marketing messages for unapproved uses of Seroquel, and (d) it recruited to give promotional lectures to other health care professionals about unapproved and unaccepted uses of Seroquel. The United States contends that these payments were intended to induce the doctors to promote and/or prescribe Seroquel for unapproved uses in violation of the Federal Anti-Kickback Statute, 42 U.S.C. § 1320-7b(b).

We are also going to want:

(1) The corporate Integtrity Agreement
(2) The plea agreement;
(3) All correspondence btw prosecutor and the company and its attys;
(4) Any witness stmts given to prosecutor;
(5) The deposition of the person who signed (signs) the agreement on behalf of company;
(6) The board minutes re discussions of agreement and its approval.

This is not an exclusive list of requests but certainly you can start by telling us your position on these.

5/5/2010

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
tel. (212) 558-5549
E-mail: Ppennock@weitzlux.com

Please visit us at http://www.weitzlux.com

*********************************************************************

The information contained in this message may be privileged and confidentia
protected from disclosure.  If the reader of this message is not the intend
or an employee or agent responsible for delivering this message to the inte
recipient, you are hereby notified that any dissemination, distribution or
communication is strictly prohibited.  If you have received this communicat
please notify us immediately by telephone or by replying to the message and
and all of its attachments from your computer.  Thank you.  Weitz & Luxenbe

Every effort is made to keep our network free from viruses.  You should, ho
review this e-mail message, as well as any attachment thereto, for viruses.
no responsibility and have no liability for any computer virus which may be
via this e-mail message.

All e-mails sent to Weitz & Luxenberg, P.C. or any individuals at Weitz & L
P.C. are carefully scanned for viruses and content.  The sender should have
expectation of privacy in said transmission.

In the course of scanning all incoming e-mails to W & L, virus scanning sof
block the e-mail and prevent it from being delivered.  Neither the intended
the sender will receive notice that their transmission has been blocked.

All e-mail to W & L or any individuals at W & L should be followed up by ha
including attachment(s), as specific file types may be blocked at any time
notice being provided to sender or recipient.

*********************************************************************

                                                                                  *  *  *  *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department

5/5/2010