# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                           Case No.  6:06-md-1769-Orl-22DAB

_____

## ORDER

On May 6, 2010, the Special Master in charge of coordinating case-specific discovery in the Eleventh Circuit Trial Group filed his Report and Recommendation No. 11 (Doc. 1634).  In the Report and Recommendation, the Special Master advised the Court that, for various reasons, depositions of three critical Group One witnesses, one treating physician and two pharmaceutical sales specialists, could not take place until after the discovery deadline of May 3, 2010.  The Special Master further asserted that should the Court extend the discovery deadline, the parties would still be able to meet the other Group One deadlines as previously set.  Thus, the Special Master recommended that the Court allow the parties to conduct the three remaining depositions on May 21, May 28, and June 4, 2010.

In light of the compelling reasons for delay cited by the Special Master, and the parties' agreement as to the relief sought, the recommendation set forth in Report and Recommendation No. 11 is approved.  Accordingly, it is **ORDERED** as follows:

    1.    The Special Master's Motion for Extension of Time to Complete Discovery (Doc. 1634) is **GRANTED**.

2. The parties shall complete the three remaining depositions in the Group One cases no later than June 4, 2010.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 12, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Parties

ANNE C. CONWAY
United States District Judge