# EXHIBIT C

### Florida-Related Consent-to-Venue Cases

| Transferor Court | Original Case No. | CTO No. | Severed MDFL Case No. |
|---|---|---|---|
| **D. Mass.** | Valerie Abeyta, et al. v. AstraZeneca LP, et al., No. 06-10713 | 4 | Stephanie Altman v. AstraZeneca LP, et al., No. 07-10182 |
| | | | Jan Ash v. AstraZeneca LP, et al., No. 07-10185 |
| | | | Karen Barber v. AstraZeneca LP, et al., No. 07-10187 |
| | | | Tomasa Batalla v. AstraZeneca LP, et al., No. 07-10192 |
| | | | Linda Beaty v. AstraZeneca LP, et al., No. 07-10194 |
| | | | Evelyn Bennett v. AstraZeneca LP, et al., No. 07-10195 |
| | | | Catherine Berkhan v. AstraZeneca Pharms. LP, et al., No. 07-10196 **DISMISSED WITHOUT PREJUDICE (12/19/08)** |
| | | | Maureen Binkowski v. AstraZeneca LP, et al., No. 07-10198 |

|  |  |  | Winfred Blackmore v. AstraZeneca LP, et al., No. 6:07-cv-10203 |
|---|---|---|---|
|  |  |  | Shelley Brito v. AstraZeneca LP, et al., No. 6:07-cv-10210 |
|  |  |  | James Campbell, Jr. v. AstraZeneca LP, et al., No. 07-10223 |
|  |  |  | Linda Cantelmo v. AstraZeneca LP, et al., No. 07-10225 |
|  |  |  | Peter Carley v. AstraZeneca LP, et al., No. 07-10226 |
|  |  |  | Ann-Marie Chaplin v. AstraZeneca LP, et al., No. 07-10229 |
|  |  |  | Denis Christiansen v. AstraZeneca LP, et al., No. 07-10234 |
|  |  |  | Theresa Sinclair v. AstraZeneca LP, et al., No. 07-10249 |
|  |  |  | Sharon Fashner v. AstraZeneca LP, et al., No. 07-10265 |
|  |  |  | Venus Fish v. AstraZeneca LP, et al., No. 07-10267 |
|  |  |  | Diane Garletts v. AstraZeneca LP, et al., No. 07-10274 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Judith Grant v. AstraZeneca LP, et al., No. 07-10286 |
|  |  |  | Twyla Gray v. AstraZeneca LP, et al., No. 07-10287 |
|  |  |  | Linda Guinn v. AstraZeneca Pharms. LP, et al., No. 07-10291 **JUDGMENT IN FAVOR OF DEFENDANT (2/4/09); AFFIRMED BY ELEVENTH CIRCUIT COURT OF APPEALS (4/6/10)** |
|  |  |  | Otishia Hall v. AstraZeneca LP, et al., No. 07-10293 |
|  |  |  | Gerline Harris v. AstraZeneca LP, et al., No. 07-10296 |
|  |  |  | Cindy Hickman v. AstraZeneca LP, et al., No. 07-10301 |
|  |  |  | Joanne Hinton v. AstraZeneca LP, et al., No. 07-10304 |
|  |  |  | Brenda Ing v. AstraZeneca LP, et al., No. 07-10312 |
|  |  |  | Karyn Jaudon v. AstraZeneca LP, et al., No. 07-10316 |
|  |  |  | William Jones v. AstraZeneca LP, et al., No. 07-10325 |

|  |  |  | Patricia Kaliszeski v. AstraZeneca LP, et al., No. 07-10326 |
|  |  |  | Jeri Klein v. AstraZeneca LP, et al., No. 07-10329 |
|  |  |  | Terry Lamica v. AstraZeneca LP, et al., No. 07-10334 |
|  |  |  | Anthony Leimonitis v. AstraZeneca LP, et al., No. 07-10339 |
|  |  |  | Angel Lemons v. AstraZeneca LP, et al., No. 07-10340 |
|  |  |  | Charles Lester v. AstraZeneca LP, et al., No. 07-10342 |
|  |  |  | Jeffrey Licker v. AstraZeneca LP, et al., No. 07-10343 |
|  |  |  | Connie Lydard v. AstraZeneca LP, et al., No. 07-10348 |
|  |  |  | Marie Mallard v. AstraZeneca LP, et al., No. 07-10351 |
|  |  |  | Esther Maness v. AstraZeneca LP, et al., No. 07-10352 |
|  |  |  | Kimberly Martin v. AstraZeneca LP, et al., No. 07-10355 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Quentin Mays v. AstraZeneca LP, et al., No. 07-10359 |
|  |  |  | Eileen McAlexander v. AstraZeneca LP, et al., No. 07-10360 |
|  |  |  | Shirley McCraw v. AstraZeneca LP, et al., No. 07-10361 |
|  |  |  | Kimberly McDaniel v. AstraZeneca LP, et al., No. 07-10362 |
|  |  |  | Jacqueline Melton v. AstraZeneca Pharms. LP, et al., No. 07-10366 **DISMISSED WITHOUT PREJUDICE (12/19/08)** |
|  |  |  | Lois Montague v. AstraZeneca LP, et al., No. 07-10373 |
|  |  |  | Lydia Montney v. AstraZeneca LP, et al., No. 07-10374 |
|  |  |  | Virginia Niswander v. AstraZeneca LP, et al., No. 6:07-cv-10380 |
|  |  |  | Helen Pagan v. AstraZeneca LP, et al., No. 07-10385 |
|  |  |  | Sonya Patton v. AstraZeneca LP, et al., No. 07-10393 |
|  |  |  | Deborah Powell v. AstraZeneca LP, et al., No. 07-10401 |

| | | | |
|---|---|---|---|
| | | | Mary J. Robinson v. AstraZeneca LP, et al., No. 07-10417 |
| | | | Tina Rose v. AstraZeneca LP, et al., No. 07-10422 |
| | | | Jesse Runner v. AstraZeneca LP, et al., No. 07-10424 |
| | | | William Sarmiento v. AstraZeneca Pharms. LP, et al., No. 07-10425 **DISMISSED WITH PREJUDICE (10/6/08)** |
| | | | Michael Paul Schapiro v. AstraZeneca Pharms. LP, et al., No. 07-10427 **DISMISSED WITHOUT PREJUDICE (12/19/08)** |
| | | | Michel Schroeter v. AstraZeneca LP, et al., No. 07-10434 |
| | | | Diane Semljatschenko v. AstraZeneca LP, et al., No. 07-10437 |
| | | | Cheri Sperry v. AstraZeneca LP, et al., No. 07-10445 |
| | | | Shirley Stevens v. AstraZeneca LP, et al., No. 07-10448 |
| | | | Jessamy Stoudt v. AstraZeneca LP, et al., No. 07-10450 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Leslie Thomas v. AstraZeneca Pharms. LP, et al., No. 07-10457 **DISMISSED WITH PREJUDICE (12/4/08)** |
|  |  |  | Lance Warren v. AstraZeneca LP, et al., No. 07-10466 |
|  |  |  | Charles West v. AstraZeneca LP, et al., No. 07-10471 |
|  |  |  | Rhunette White v. AstraZeneca LP, et al., No. 07-10473 |
|  |  |  | Linda Whittington v. AstraZeneca LP, et al., No. 07-10475 |
|  |  |  | Gilbert Young v. AstraZeneca LP, et al., No. 07-10483 |
|  | Pamela J. Adair, et al. v. AstraZeneca LP, et al., No. 06-10726 | 4 | Clemmie Middleton v. AstraZeneca LP, et al., No. 07-10949 **DISMISSED WITHOUT PREJUDICE (10/24/08)** |
|  | Larry Adkins, et al. v. AstraZeneca LP, et al., No. 06-10727 | 4 | Beverly Ellberg v. AstraZeneca LP, et al., No. 07-11177 **DISMISSED WITHOUT PREJUDICE (12/19/08)** |
|  |  |  | Ava Bell v. AstraZeneca LP, et al., No. 07-11223 |

|  |  |  | Eula Rash v. AstraZeneca LP, et al., No. 07-11278 |
|  |  |  | James Shaefer v. AstraZeneca LP, et al., No. 07-11299 |
|  | Natalie Aguirre, et al. v. AstraZeneca LP, et al., No. 06-10729 | 4 | Edward Balmer v. AstraZeneca LP, et al., No. 07-11067 |
|  |  |  | Erania Brinker v. AstraZeneca LP, et al., No. 6:07-cv-11070 |
|  |  |  | Lawrence Lincoln v. AstraZeneca LP, et al., No. 07-11093 **DISMISSED WITH PREJUDICE (12/4/08)** |
|  |  |  | Kevin McCarthy v. AstraZeneca LP, et al., No. 07-11096 |
|  |  |  | Charles Ray v. AstraZeneca LP, et al., No. 07-11102 **DISMISSED WITHOUT PREJUDICE (10/28/08)** |
|  |  |  | Matthew Young v. AstraZeneca LP, et al., No. 07-11117 |
|  | Edna J. Beland v. AstraZeneca LP, et al., No. 06-11100 | 4 | Tina Houck v. AstraZeneca LP, et al., No. 07-12094 **DISMISSED WITHOUT PREJUDICE (12/19/08)** |

|  |  |  |  |
|---|---|---|---|
|  | Jamie Abad, et al. v. AstraZeneca LP, et al., No. 1:06-10730 | 6 | Gustavo Abreu v. AstraZeneca LP, et al., No. 07-11351 |
|  |  |  | Cathy Berkowitz v. AstraZeneca LP, et al., No. 07-11396 **DISMISSED WITHOUT PREJUDICE (5/21/08)** |
|  |  |  | Patricia Capponi v. AstraZeneca LP, et al., No. 07-11445 |
|  |  |  | James Cutshaw v. AstraZeneca LP, et al., No. 07-11492 |
|  |  |  | Jeffrey Delgado v. AstraZeneca LP, et al., No. 07-11507 |
|  |  |  | Barbara Gonzalez v. AstraZeneca LP, et al., No. 07-11601 |
|  |  |  | Benjamin Head v. AstraZeneca LP, et al., No. 07-11633 |
|  |  |  | Sally Looney v. AstraZeneca LP, et al., No. 07-11751 |
|  |  |  | Joe McDaniel v. AstraZeneca LP, et al., No. 07-11782 **DISMISSED WITHOUT PREJUDICE (7/28/08)** |
|  |  |  | Jennifer Miranda v. AstraZeneca LP, et al., No. 6:07-cv-11797 |

| | | | |
|---|---|---|---|
| | | | Nicole Nurse v. AstraZeneca LP, et al., No. 6:07-cv-11831 |
| | | | Jeffrey Pagar v. AstraZeneca LP, et al., No. 07-11848 |
| | | | Victor Pereira v. AstraZeneca LP, et al., No. 07-11858 |
| | | | Cheryl Radford v. AstraZeneca LP, et al., No. 07-11890 |
| | | | Virginia Rogers v. AstraZeneca LP, et al., No. 07-11925 |
| | | | Cherylyn Thomas v. AstraZeneca LP, et al., No. 07-12008 |
| | Michelle Ammerman, et al. v. AstraZeneca LP, et al., No. 1:06-11844 | 14 | Tammy Scharet v. AstraZeneca LP, et al., No. 07-12217 |
| | | | Andrea Slapion v. AstraZeneca LP, et al., No. 07-12224 |
| | William Abernathy, et al. v. AstraZeneca LP, et al., No. 1:06-11845 | 14 | Calvin Beavers v. AstraZeneca LP, et al., No. 07-12285 |
| | | | Sharon Duvall v. AstraZeneca LP, et al., No. 07-12443 |
| | | | Randall Herron v. AstraZeneca LP, et al., No. 07-12556 |

| | | | |
|---|---|---|---|
| | | | Hope Lorditch v. AstraZeneca LP, et al., No. 07-12657 **DISMISSED WITHOUT PREJUDICE (10/30/08)** |
| | | | Brian Murphy v. AstraZeneca LP, et al., No. 07-12719 **DISMISSED WITH PREJUDICE (12/11/08)** |
| | Cynthia Abel, et al. v. AstraZeneca LP, et al., No. 1:06-11846 | 14 | Kathryn Alvarez v. AstraZeneca LP, et al., No. 07-13032 **DISMISSED WITHOUT PREJUDICE (10/6/08)** |
| | | | Vera Bess v. AstraZeneca LP, et al., No. 07-13110 |
| | | | Eddie Brooks v. AstraZeneca LP, et al., No. 6:07-cv-13158 |
| | | | Dena Browning v. AstraZeneca LP, et al., No. 07-13182 **DISMISSED WITHOUT PREJUDICE (1/29/09)** |
| | | | Sandra Carter v. AstraZeneca LP, et al., No. 07-13234 **DISMISSED WITHOUT PREJUDICE (10/30/08)** |
| | | | Connie Holmes v. AstraZeneca LP, et al., No. 07-13613 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Robert Joyner v. AstraZeneca LP, et al., No. 07-13713 |
|  |  |  | Lora Kirkland v. AstraZeneca LP, et al., No. 07-13765 |
|  |  |  | Joyce Lyles v. AstraZeneca LP, et al., No. 07-13833 |
|  |  |  | Thomas Moynihan v. AstraZeneca LP, et al., No. 07-13980 |
|  |  |  | Lucy Pokrywka v. AstraZeneca LP, et al., No. 07-14083 |
|  |  |  | Lori Quinn v. AstraZeneca LP, et al., No. 07-14108 |
|  |  |  | Candida Rodriguez v. AstraZeneca LP, et al., No. 07-14178 |
|  |  |  | George Zackschewski v. AstraZeneca LP, et al., No. 07-14554 **DISMISSED WITHOUT PREJUDICE (10/8/08)** |
|  | Nancy Aaron, et al. v. AstraZeneca LP, et al., No. 1:06-11847 | 14 | Angela Dockett v. AstraZeneca LP, et al., No. 07-14803 |
|  | Linda Anderton-Vilimek, et al. v. AstraZeneca LP, et al., No. 1:06-11849 | 14 | Donna Anderton-Vilimek v. AstraZeneca Pharms. LP, et al., No. 06-1848 |
|  |  |  | Barbara Spitz v. AstraZeneca LP, et al., No. 07-15579 |

| | | | |
|---|---|---|---|
| | Lisa C. Ashley, et al. v. AstraZeneca LP, et al., No. 1:06-11850 | 14 | April Fulk v. AstraZeneca LP, et al., No. 07-15590 |
| | | | Douglas Huffaker v. AstraZeneca LP, et al., No. 07-15594 |
| | | | Suzanne McElroy v. AstraZeneca LP, et al., No. 07-15605 |
| | Jannette M. Abear, et al. v. AstraZeneca LP, et al., No. 1:06-11852 | 14 | Jannette Abear v. AstraZeneca LP, et al., No. 06-1851 |
| | | | Rebecca Anderson v. AstraZeneca LP, et al., No. 07-15678 |
| | | | James Barnebee v. AstraZeneca LP, et al., No. 07-15683 |
| | | | Carnetta Best v. AstraZeneca LP, et al., No. 07-15687 |
| | | | Karen Longo v. AstraZeneca LP, et al., No. 07-15690 |
| | | | Lois Brown v. AstraZeneca LP, et al., No. 07-15692 |
| | | | Daniel Clauson v. AstraZeneca LP, et al., No. 07-15696 |
| | | | Connie Curley v. AstraZenca LP, et al., No. 07-15701 |

|  |  |  | |
|---|---|---|---|
|  |  |  | Dorian Cuyler v. AstraZeneca LP, et al., No. 07-15703 |
|  |  |  | William Dixon v. AstraZenca LP, et al., No. 07-15706 |
|  |  |  | Brenda Echols v. AstraZeneca LP, et al., No. 07-15710 |
|  |  |  | Joan Episcopo v. AstraZeneca LP, et al., No. 07-15715 |
|  |  |  | Lynda Epps v. AstraZeneca LP, et al., No. 07-15716 |
|  |  |  | Miguel Fernandez v. AstraZeneca LP, et al., No. 07-15719 |
|  |  |  | Paula Francis v. AstraZeneca LP, et al., No. 07-15721 |
|  |  |  | Janie Grass v. AstraZeneca LP, et al., No. 07-15729 |
|  |  |  | David Haller v. AstraZeneca LP, et al., No. 07-15733 **JUDGMENT IN FAVOR OF DEFENDANT (2/9/09)** |
|  |  |  | Christine Hernandez v. AstraZeneca LP, et al., No. 07-15736 **DISMISSED WITH PREJUDICE (12/4/08)** |

|  |  |  | Terry Ivers v. AstraZeneca LP, et al., No. 07-15739 |
|  |  |  | Debra Livesay v. AstraZeneca LP, et al., No. 07-15752 |
|  |  |  | Janet Lowe-Bernard v. AstraZeneca LP, et al., No. 07-15754 |
|  |  |  | Robert Michael v. AstraZeneca LP, et al., No. 07-15762 **DISMISSED WITHOUT PREJUDICE (1/29/09)** |
|  |  |  | Barbara Miqueli v. AstraZeneca LP, et al., No. 07-15765 |
|  |  |  | Jonathan Morrow v. AstraZeneca LP, et al., No. 07-15770 |
|  |  |  | Patricia Nazarro v. AstraZeneca LP, et al., No. 07-15773 |
|  |  |  | Beverly Pinion v. AstraZeneca LP, et al., No. 07-15781 |
|  |  |  | Kim Masgola v. AstraZeneca LP, et al., No. 07-15784 |
|  |  |  | Melody Richmond v. AstraZeneca LP, et al., No. 07-15786 |
|  |  |  | James Robbins v. AstraZeneca LP, et al., No. 07-15788 |

-15-

|  |  |  |  |
|---|---|---|---|
|  |  |  | Carmen Russell v. AstraZeneca LP, et al., No. 07-15791 |
|  |  |  | Connie Smith v. AstraZeneca LP, et al., No. 07-15799 |
|  |  |  | Terry Stephens v. AstraZeneca LP, et al., No. 07-15805 |
|  |  |  | William Sumner v. AstraZeneca LP, et al., No. 07-15808 |
|  |  |  | Kathleen Tanner v. AstraZeneca LP, et al., No. 07-15809 |
|  |  |  | Richard Unger v. AstraZeneca LP, et al., No. 07-15812 |
|  |  |  | Dawn White v. AstraZeneca LP, et al., No. 07-15815 |
|  |  |  | Willie White v. AstraZeneca LP, et al., No. 07-15816 **DISMISSED WITHOUT PREJUDICE (10/6/08)** |
|  |  |  | Michael Wilson v. AstraZeneca LP, et al., No. 07-15818 |
|  |  |  | David Young v. AstraZeneca LP, et al., No. 07-15824 |
|  | Tina Abbott, et al. v. AstraZeneca LP, et al., No. 1:06-11858 | 14 | Janice Burns v. AstraZeneca LP, et al., No. 07-15959 |

| | | | |
|---|---|---|---|
| | | | Mary Tanke v. AstraZeneca LP, et al., No. 07-16603 |
| | | | Ava Williams v. AstraZeneca LP, et al., No. 07-16687 |
| **S.D. Tex.** | Esther Fox v. AstraZeneca LP, et al., No. 4:07-924 | 35 | 07-1395 |
| | Steven Moore v. AstraZeneca Pharms. LP, et al., No. 4:07-926 | 35 | 07-1397 |
| | Robert Smith v. AstraZeneca Pharms. LP, et al., No. 4:07-927 | 35 | 07-1398 |
| | Christina McGrath v. AstraZeneca Pharms. LP, et al., No. 4:07-928 | 35 | 07-1399 **DISMISSED WITH PREJUDICE (3/28/08)** |
| | Christina Foote v. AstraZeneca Pharms. LP, et al., No. 4:07-929 | 35 | 07-1400 |
| | Marilyn Martone v. AstraZeneca Pharms. LP, et al., No. 4:07-931 | 35 | 07-1401 |
| | Stephen Tripp v. AstraZeneca Pharms. LP, et al., No. 4:07-932 | 35 | 07-1402 |
| | Kathleen McCarthy v. AstraZeneca Pharms. LP, et al., No. 4:07-930 | 41 | 07-1719 |
| | Todd Green v. AstraZeneca Pharms. LP, et al., No. 4:07-933 | 41 | 07-1720 |