# EXHIBIT D

### Intra-Circuit Assignment Cases

| Transferor Court | Original Case No. | CTO No. | MDFL Case No. |
|---|---|---|---|
| **N.D. Ala.** | Gloria Grayson v. AstraZeneca Pharms. LP, et al., No. 7:06-558 | 1 | 06-1135 **DISMISSED WITH PREJUDICE (4/26/10)** |
| | David McCormick v. AstraZeneca Pharms. LP, et al., No. 2:08-199 | 53 | 08-352 |
| | Judy Itter-Caldwell v. AstraZeneca Pharms. LP, et al., No. 3:08-660 | 59 | 08-848 **DISMISSED WITH PREJUDICE (2/17/10)** |
| | Tammy Butler v. AstraZeneca Pharms. LP, et al., No. 3:08-1132 | 65 | 08-1309 **DISMISSED WITH PREJUDICE (3/22/10)** |
| | Erica Dumpson v. AstraZeneca Pharms. LP, et al., No. 2:09-67 | 80 | 09-367 |
| | Robert Burgett, Jr. v. AstraZeneca Pharms. LP, et al., No. 2:09-109 | 81 | 09-520 |
| | Michael Davis, Sr. v. AstraZeneca Pharms. LP, et al., No. 2:09-547 | 83 | 09-758 |
| | Oretha Reese v. AstraZeneca Pharms. LP, et al., No. 2:09-827 | 85 | 09-956 |
| | Anne Hebbler v. AstraZeneca Pharms. LP, et al., No. 2:09-998 | 86 | 09-1192 |

|  | | | |
|---|---|---|---|
|  | Shirley Nelson v. AstraZeneca Pharms. LP, et al., No. 2:09-999 | 86 | 09-1193 |
|  | Deborah Pratt v. AstraZeneca Pharms. LP, et al., No. 2:09-1088 | 87 | 09-1260 |
|  | Wayne Williams v. AstraZeneca Pharms. LP, et al., No. 2:09-1106 | 87 | 09-1261 |
|  | Diane Henderson v. AstraZeneca Pharms. LP, et al., No. 2:09-1211 | 88 | 09-1339 |
|  | William Lindsey v. AstraZeneca Pharms. LP, et al., No. 2:09-1359 | 90 | 09-1495 **DISMISSED WITHOUT PREJUDICE (1/12/10)** |
| **S.D. Ala.** | Mary Crooks-Hall v. AstraZeneca Pharms. LP, et al., No. 2:08-631 | 76 | 08-2095 |
| **S.D. Fla.** | Carolyn Rice v. AstraZeneca Pharms. LP, et al., No. 9:07-81122 | 47 | 07-2048 **DISMISSED WITH PREJUDICE (11/21/08)** |
|  | Andy Fulton v. AstraZeneca Pharms. LP, et al., No. 2:09-14022 | 81 | 09-523 |
|  | Evelyn Davis v. AstraZeneca Pharms. LP, et al., No. 2:09-14023 | 81 | 09-524 |
|  | Patsie Suarez v. AstraZeneca Pharms. LP, et al., No. 2:09-14029 | 81 | 09-525 |
|  | John England v. AstraZeneca Pharms. LP, et al., No. 2:09-14021 | 83 | 09-759 |

|  | Andrea Sokoloff v. AstraZeneca Pharms. LP, et al., No. 0:09-60826 | 89 | 09-1407 **DISMISSED WITHOUT PREJUDICE (9/28/09)** |
|---|---|---|---|
|  | Ariel Gomez v. AstraZeneca Pharms. LP, et al., No. 9:09-81544 | 97 | 09-2062 |