# EXHIBIT E

### Eleventh Circuit Trial Group Two Track Cases

| Transferor Court | Original Case No. | CTO No. | MDFL Case No. | § 1404 Transfer Recommendation |
|---|---|---|---|---|
| **D. Minn.** | Victoria Amirault v. AstraZeneca Pharms. LP, et al., No. 09-3342 | 98 | 10-11 | MA |
| | Christal Anderson v. AstraZeneca Pharms. LP, et al., 09-3343 | 98 | 10-12 | AL |
| | Kim Clark v. AstraZeneca Pharms. LP, et al., 09-3344 | 98 | 10-13 **DISMISSED WITH PREJUDICE (4/9/10)** | -- |
| | Victoria Turner v. AstraZeneca Pharms. LP, et al., No. 09-3345 | 98 | 10-14 | KS |
| | Gregorio Valadez, Jr. v. AstraZeneca Pharms. LP, et al., No. 09-3346 | 98 | 10-15 **DISMISSED WITH PREJUDICE (4/9/10)** | -- |
| | Cynthia Brooks v. AstraZeneca Pharms. LP, et al., No. 09-3359 | 98 | 10-16 **DISMISSED WITH PREJUDICE (4/6/10)** | -- |
| | Shirley Wachlin v. AstraZeneca Pharms. LP, et al., 09-3360 | 98 | 10-17 | No Transfer |
| | Matthew Dawson v. AstraZeneca Pharms. LP, et al., No. 09-3364 | 98 | 10-18 | TX |

| | | | | |
|---|---|---|---|---|
| | Christina English v. AstraZeneca Pharms. LP, et al., 09-3365 | 98 | 10-19 | SC |
| | Jesse Haney, III v. AstraZeneca Pharms. LP, et al., No. 09-3366 | 98 | 10-20 | TN |
| | Thomas Hobson v. AstraZeneca Pharms. LP, et al., No. 09-3367 | 98 | 10-21 **DISMISSED WITH PREJUDICE (4/6/10)** | -- |
| | Dennis Rice v. AstraZeneca Pharms. LP, et al., No. 09-3368 | 98 | 10-22 | IN |
| | Suann Rice v. AstraZeneca Pharms. LP, et al., No. 09-3369 | 98 | 10-23 | MI |
| | Burt Simmons v. AstraZeneca Pharms. LP, et al., No. 09-3370 | 98 | 10-24 **DISMISSED WITH PREJUDICE (4/30/10)** | -- |
| | Tami Terry v. AstraZeneca Pharms. LP, et al., 09-3371 | 98 | 10-25 | ME |
| | Rosemary Josefowicz v. AstraZeneca Pharms. LP, et al., 09-3372 | 98 | 10-26 | CA |
| | Crystal Nichols v. AstraZeneca Pharms. LP, et al., No. 09-3373 | 98 | 10-27 | PA |
| | Eric Rector v. AstraZeneca Pharms. LP, et al., 09-3374 | 98 | 10-28 | OK |
| | Susie Rhoades v. AstraZeneca Pharms. LP, et al., No. 09-3375 | 98 | 10-29 | TX |