**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL DOCKET NO:<br>6:06-MDL-1769-ACC-DAB |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION AND MEMORANDUM SEEKING A CERTIFICATION PROGRAM**

Plaintiffs respond as follows to the latest of AstraZeneca's tireless and contumacious requests for this Court to implement a "certification" and *Lone Pine* order (MDL Doc. No. 1635; the "Motion") without regard for this Court's prior Orders denying AstraZeneca's repeated requests. (MDL Docs. 791, 1419, 1456.) The underlying objective of AstraZeneca's Motion is again to delay remand of the MDL cases. As this Court has now suggested remand to the Judicial Panel on Multidistrict Litigation ("J.P.M.L.") (MDL Doc. 1640), Plaintiffs believe that AstraZeneca's Motion is moot because the J.P.M.L. shall now consider whether remand to the transferor courts is appropriate.[1] J.P.M.L. Rule 7.6(c)(ii). Plaintiffs' contention is particularly appropriate in light of the Court's prior Orders. (MDL Docs. 1419, 1456.) Should the J.P.M.L. decline to remand the MDL cases, or if this Court withdraws or modifies its earlier Orders on this subject, Plaintiffs reserve their right to oppose AstraZeneca's Motion and will fully respond to the Motion at such time.

---

[1] Plaintiffs do not mean to suggest that this Court does not retain jurisdiction over the cases until such time as remand is final. J.P.M.L. Rule 1.5.

1

DATED: May 17, 2010					Respectfully submitted,


							By: ___/s/ K. Camp Bailey_____
								F. Kenneth Bailey Jr.
								K. Camp Bailey
								Fletcher V. Trammell
								Robert W. Cowan
								**BAILEY PERRIN BAILEY**
								440 Louisiana St., Suite 2100
								Houston, Texas 77002
								(713) 425-7100 Telephone
								(713) 425-7101 Facsimile
								kbailey@bpblaw.com
								cbailey@bpblaw.com
								ftrammell@bpblaw.com
								rcowan@bpblaw.com
								**Co-Lead Counsel for Plaintiffs**


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2010, I electronically filed the foregoing: PLAINTIFFS' RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION AND MEMORANDUM SEEKING A CERTIFICATION PROGRAM with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

						/s/ Robert W. Cowan
						Robert W. Cowan

2