**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL DOCKET NO:<br>6:06-MDL-1769-ACC-DAB |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION FOR LEAVE TO SUBMIT PROPOSED ORDER REGARDING REMANDED CASES**

Plaintiffs respond as follows to the above-referenced Motion filed by Defendants AstraZeneca Pharmaceuticals, LP, *et al.* (MDL Doc. 1636.) As this Court has now suggested remand to the Judicial Panel on Multidistrict Litigation ("J.P.M.L.") and issued its Final Pretrial Order (MDL Doc. 1640), Plaintiffs believe that AstraZeneca's Motion is moot. Should the J.P.M.L. decline to remand the MDL cases, or if this Court disagrees with Plaintiffs' contention as to the status of AstraZeneca's Motion, Plaintiffs shall request an opportunity to respond in full to AstraZeneca's Motion at such time.

DATED: May 17, 2010           Respectfully submitted,

By:   /s/ K. Camp Bailey
F. Kenneth Bailey Jr.
K. Camp Bailey
Fletcher V. Trammell
Robert W. Cowan
**BAILEY PERRIN BAILEY**
440 Louisiana St., Suite 2100
Houston, Texas 77002
(713) 425-7100 Telephone
(713) 425-7101 Facsimile
kbailey@bpblaw.com

1

cbailey@bpblaw.com  
ftrammell@bpblaw.com  
rcowan@bpblaw.com  
**Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2010, I electronically filed the foregoing: PLAINTIFFS' RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION FOR LEAVE TO SUBMIT PROPOSED ORDER REGARDING REMANDED CASES with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ Robert W. Cowan  
Robert W. Cowan

2