# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

In light of the Court's entry of the Final Pretrial Order and Suggestion of Remand (Doc. 1640), it is **ORDERED** as follows:

1. MDL Plaintiffs' Opposed Motion Regarding the Court's Suggestion of Remand (Doc. 1627) is **DENIED** as moot.

2. AstraZeneca's Motion Seeking a Certification Program (Doc. 1635) is **DENIED** as moot.

3. AstraZeneca's Motion for Leave to Submit Proposed Order Regarding Remanded Cases (Doc. 1636) is **DENIED** as moot.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 24, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge