UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE: Seroquel Products Liability
Litigation**

                                      **Case No. 6:06-md-1769-Orl-22DAB**

**This document relates to:**

**MYRTLE COLLINS v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17221-Orl-22DAB**

**ARDELIA STURGES v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17222-Orl-22DAB**

**YOLANDA WILLIAMS v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17223-Orl-22DAB**

**PATTI JEAN HAMMOND v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17224-Orl-22DAB**

**DANIEL WILLIAMSON v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17225-Orl-22DAB**

**MATTHEW WOOLSLAYER v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17226-Orl-22DAB**

**MICHAEL OVERTON v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17227-Orl-22DAB**

**JOHNNIE PEREIRA v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17228-Orl-22DAB**

**LAVERNE BERRY v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17229-Orl-22DAB**

**KELLY WEBLER v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17230-Orl-22DAB**

**GABRIEL NAVA v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17231-Orl-22DAB**

**LUCITHA MITCHELL v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17232-Orl-22DAB**

**LISA WILLIAMS v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17233-Orl-22DAB**

**JOHN HUGHES v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17234-Orl-22DAB**

**GREGORY GARY v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17235-Orl-22DAB**

**MARY JANE FEAGAN v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17236-Orl-22DAB**

**VERONICA TURNER v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17237-Orl-22DAB**

**JANICE MOORE v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17238-Orl-22DAB**

**TIM KNAPP v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17239-Orl-22DAB**

**JIMMIE HUGHES v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17240-Orl-22DAB**

**SUSAN BROWN v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17241-Orl-22DAB**

**CLYDE JACKSON v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17266-Orl-22DAB**

**MAY XIONG v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17267-Orl-22DAB**

**FRANK ARMIJO v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17268-Orl-22DAB**

**ALGERINE CLARK v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17269-Orl-22DAB**

**WILLIE TOWNSEND v. ASTRAZENECA PHARMS. LP, ET AL.**

**MDL Case No. 6:09-cv-17270-Orl-22DAB**

**MICHAEL SAIZ v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:09-cv-17271-Orl-22DAB**

_____

# ORDER

In late March, the Court entered two orders requiring the parties to address various pleading and filing fee deficiencies in certain plaintiffs' individual files. *See* Docs. 1615, 1616. Plaintiffs in the above-captioned cases did not timely comply with either of the Court's orders. In lieu of compliance, however, Plaintiffs filed notices stating that they did not intend to pursue their cases and agreeing to dismissal of their cases without prejudice. *See, e.g.*, *Susan Brown v. AstraZeneca Pharms. LP, et al.*, No. 6:09-cv-17241-Orl-22DAB, at Doc. 8. According to Plaintiffs, their cases were also filed in another jurisdiction by the law firm of Matthews and Associates, and they had decided to proceed with that firm instead of maintaining their cases here in this MDL.

The Court issued an Order to Show Cause (Doc. 1631) requiring counsel to: (1) file a notice indicating the cases numbers and jurisdiction for the duplicate cases filed by Matthews and Associates; and (2) show cause why the cases in this MDL should not be dismissed with prejudice for failure to comply with multiple court orders. Plaintiffs timely responded. *See, e.g.*, Doc. 10, *Collins v. AstraZeneca Pharms. LP, et al.*, No. 6:09-cv-17221-Orl-22DAB.

Having reviewed Plaintiffs' responses to the show cause order, and based on counsel's representation that these cases are also pending in New York state court, the Court concludes that dismissing these cases without prejudice is a suitable sanction in this instance.

Accordingly, it is **ORDERED** as follows:

1. The claims of all plaintiffs in the above-captioned cases are **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk is directed to file a copy of this Order in each of the above-captioned cases, and is additionally instructed to **CLOSE** these cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 24, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge