**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

_____

## ORDER

This cause comes before the Court for consideration of Plaintiffs' Motion for Clarification of Court's March 4, 2009 Order (Doc. 1633), to which AstraZeneca responded in opposition (Doc. 1637).  In the March 4, 2009 Order (Doc. 1331), the Court denied Plaintiffs' request for a continuance in the five remaining Florida Trial Group One cases[1] due to the Court's decision to suspend activity in all of the Florida cases pending the outcome of an appeal in another Group One case, *Guinn v. AstraZeneca Pharmaceuticals LP, et al.*, No. 6:07-cv-10291-Orl-22DAB.  The motion was denied without prejudice to refiling, if appropriate, once the *Guinn* appeal was concluded and the cases were reactivated.  The Eleventh Circuit's mandate in the *Guinn* case was issued on May 5, 2010, and, shortly thereafter, the five remaining Group One cases were reopened and scheduled for trial in July 2010.  Given these recent events, Plaintiffs now seek guidance from the Court as to whether a renewed motion for continuance would be appropriate.

---

[1] These cases are: *Burns v. AstraZeneca Pharms. LP, et al.*, No. 6:07-cv-15959-Orl-22DAB; *Unger v. AstraZeneca Pharms. LP, et al.*, No. 6:07-cv-15812-Orl-22DAB; *Curley v. AstraZeneca Pharms. LP, et al.*, No. 6:07-cv-15701-Orl-22DAB; *Whittington v. AstraZeneca Pharms. LP, et al.*, No. 6:07-cv-10475-Orl-22DAB; and *McAlexander v. AstraZeneca Pharms. LP, et al.*, No. 6:07-cv-10360-Orl-22DAB.

The Court's March 4, 2009 Order needs no clarification, and, therefore, Plaintiffs' motion as framed will be denied. Furthermore, even if the Court construes Plaintiffs' motion as a motion for continuance, it is still due to be denied. These cases were fully prepared for trial in February 2009, and they should be ready to go to trial this July. The adverse rulings in other trial group cases do not entitle Plaintiffs to extra time to re-work certain aspects of the remaining cases now.

Accordingly, it is **ORDERED** as follows: Plaintiffs' Motion for Clarification of Court's March 4, 2009 Order (Doc. 1331) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 24, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge