UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to All Cases
_____

ASTRAZENECA'S PARTIALLY UNOPPOSED MOTION
AND SUPPORTING MEMORANDUM
FOR LEAVE TO FILE DEPOSITION OF MARK SCOTT, AND TO AMEND
SUGGESTION OF REMAND IN THREE NARROW RESPECTS

AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca") hereby move the Court to enter an order granting AstraZeneca leave to file the deposition of Mark Scott, and amending its Suggestion of Remand (Doc. 1640, at 17-18) to reflect that the deposition has been filed and deleting the related recommendation that, because the deposition was not filed, transferor courts prohibit AstraZeneca from calling Mark Scott as a witness in any future Seroquel trial.  Plaintiffs do not oppose this aspect of the motion.

In addition, AstraZeneca requests that the Court amend its Suggestion of Remand (at 21), which presently provides that "plaintiffs [may] make a compelling request [for general expert discovery] based on new developments in the case," so that it provides concomitantly that AstraZeneca may also make such a request.  Plaintiffs do not oppose this request.

Finally, AstraZeneca requests that the Suggestion of Remand be amended to add language set forth below regarding the inclusion of the Florida Group 2 Cases in the Court's

16872549.4

recommendation of a stay to the transferor and other courts that will be receiving these remanded cases.[1]  Plaintiffs and defendants have conferred and have been unable to resolve this last issue.

As grounds for these requests, AstraZeneca submits the following memorandum.

## MEMORANDUM

### The Mark Scott Deposition

In its Suggestion of Remand (at 17-18), the Court correctly recites that AstraZeneca had withdrawn Mark Scott from the list of witnesses who were to testify live in the MDL Court.  The Court then noted that the deposition of Mr. Scott had not been filed with the Court and "recommend[ed] that transferor courts prohibit AstraZeneca from calling Mark Scott as a witness in any future Seroquel trial."  In so doing, the Court referenced its July 15, 2009 order (Doc. 1478) that had required AstraZeneca "to either present Mr. Scott for live testimony on July 28 or submit his testimony by deposition on or before September 30, 2009," failing which "the Court will recommend to the transferor courts that they bar AstraZeneca from calling Mr. Scott as a witness in future Seroquel cases."

Consistent with this order, Mr. Scott's deposition was taken on September 23-24, 2009.  At the time, AstraZeneca believed that the submission of Mr. Scott for deposition by September 30 would constitute compliance with the Court's order.[2]  AstraZeneca now understands that the Court intended for AstraZeneca to submit the transcript to the Court, as well.  AstraZeneca

---

[1] AstraZeneca has limited its Motion to these specific matters, understanding that the Court's Suggestion of Remand paraphrased and did not intend to recite *verbatim* aspects of the Court's prior case orders.  AstraZeneca understands that all of the Court's prior orders, including its Case Management Orders, will be part of the record on remand and operative in the transferor courts.  *In re Ford Motor Co.*, 591 F.3d 406, 411 (5th Cir. 2009) ("In reviewing transferee court decisions under the law of the case doctrine, transferor courts should rarely reverse, because any widespread overturning of transferee court decisions would frustrate the principle aims of the MDL process and lessen the system's effectiveness. The law of the case doctrine 'requires attention to the special authority granted to the multidistrict transferee judge' and ensures that transferor courts respect the transferee court's decisions.  That doctrine also has the virtue of allowing transferor courts to correct serious errors of the transferee court.").

[2] At the July 28, 2009, hearing, AstraZeneca's counsel reported to the Court that it "had pulled Mark Scott down for live testimony today because we had offered him up for deposition [and] that we're working with the plaintiffs to get him deposed by Your Honor's deadline of September 30."  (Tr. at 261).

apologizes for its error in not previously filing the Scott transcript with the Court. By this motion, AstraZeneca seeks leave to file Mr. Scott's deposition at this time, and respectfully requests that the Court amend its Suggestion of Remand to delete the recommendation to the transferor courts that would prohibit AstraZeneca from calling Mark Scott as a witness in future trials. Plaintiffs do not oppose this requested relief.

Neither prejudice nor inefficiency would result from permitting AstraZeneca to file the deposition now and removing the related recommendation barring Mr. Scott's testimony. As noted, Mr. Scott was submitted for deposition in the time frame required by the Court. It was only the actual filing of his deposition transcript that did not occur by the specified date. Moreover, as the Court stated in its Suggestion of Remand (at 18), although it had intended to issue rulings on objections to deposition designations that had been submitted, that task proved unworkable outside the context of trial, and the Court therefore determined that it would leave that task to transferor courts to handle on a case-by-case basis. Thus, even if excerpts of Mr. Scott's deposition testimony had already been submitted, any objections therein would not have been resolved by this Court in its MDL capacity but would remain to be dealt with by the trial courts after remand. Since there is no prejudice to plaintiffs from permitting AstraZeneca to file the deposition now and no resulting inefficiency, and since AstraZeneca otherwise complied with the Court's July 15 order, AstraZeneca respectfully requests that the Court permit the deposition to be filed at this time and used at subsequent trials.

**Possible Additional General Expert Discovery**

The Suggestion of Remand (at 21) provides that "transferor courts need not be concerned with facilitating general expert, corporate and third party discovery unless the <u>plaintiffs</u> make a compelling request based on new developments in the case." (emphasis supplied) In the

interests of fairness and balance, AstraZeneca asks that it be given a concomitant opportunity to make such a showing.  Therefore, AstraZeneca requests that the Court amend its Suggestion of Remand to add in this provision, after "the plaintiffs," the words "or AstraZeneca."  This would place both parties on an equal footing with respect to possible additional general expert discovery.  Plaintiffs do not oppose this requested relief.

### The Florida Group Two Cases and the Recommended Stay

AstraZeneca believes that, in the Suggestion of Remand (at 20), the Court intended to recommend a stay of remanded cases by transferor courts until disposition by summary judgment or jury verdict of the remaining "Florida Trial Group cases" – both Groups One and Two, and not just what were the then-remaining-and-now-dismissed Group One cases scheduled for possible trial in July, 2010.

As the Court stated in the summary of its recommendations, a "[t]emporary stay while Florida Trial Group cases are tried should be considered."  The Court's use of the encompassing phrase, "Florida Trial Group cases" in recommending the stay and in summarizing that recommendation contrasts with other places in the Suggestion of Remand (e.g., at 25, 28) where the Court explicitly limited its observations to the Group One cases specially and did not reference all the Florida Trial Group cases.  Thus, AstraZeneca believes the Court intended the recommended stay to extend to disposition of all the Florida Trial Group cases, including Groups One and Two.  On the other hand, interpreting the Court's reference as applying only to the Group One cases would render moot the recommended stay because plaintiffs have now dismissed those Group One cases even before remand occurs.

Because the language of the recommended stay refers to "the next wave of Florida Trial Group cases," those words may provide some opportunity for post-remand uncertainty.  It

4

appears in context that the Court's phrase was intended to distinguish the remaining Florida Trial Group cases from the *Guinn* and *Haller* cases that had been referenced on the preceding page as the "first two Florida Trial Group cases," rather than intended to exclude the Group Two cases. AstraZeneca thus submits that the Court could avoid any possible uncertainty in this regard by substituting the words "Group One and Group Two" for the phrase "next wave of" in the stay recommendation and deleting the reference to trial having been set for July, 2010.

## Conclusion

For all of the foregoing reasons, AstraZeneca requests that the Court enter an Order:

(1)  Granting AstraZeneca leave to file the deposition of Mark Scott; and

(2)  Amending the Suggestion of Remand to provide that:

  (a)  The first two text sentences at the top of p. 18 are deleted and replaced with the following: "Mr. Scott's deposition was taken within the time set but was not filed until June, 2010, after obtaining leave of the Court.  Notwithstanding its prior order (Doc. 1478), the Court recommends that AstraZeneca not be prohibited from calling Mr. Scott as a witness in any future Seroquel trials."

  (b)  The second sentence on p. 21 under "General Discovery" is modified to add the words "or AstraZeneca" after the words "the plaintiffs."

  (c)  In the first sentence of the first full paragraph on page 20, the words "next wave" are deleted and replaced with the words "Group One and Group Two."  The second sentence in that paragraph is deleted.

Respectfully submitted this 2nd day of June, 2010.

/s/ Chris S. Coutroulis

Chris S. Coutroulis (Fla. Bar No. 300705)

5

16872549.4

>Robert L. Ciotti (Fla. Bar No. 333141)
>CARLTON FIELDS, P.A.
>Corporate Center Three at International Plaza
>4221 W. Boy Scout Blvd.
>Tampa, FL 22607
>T: (813) 223-7000
>F: (813) 229-4133
>ccoutroulis@carltonfields.com
>rciotti@carltonfields.com
>
>/s/ Fred T. Magaziner
>
>Fred T. Magaziner
>A. Elizabeth Balakhani
>Shane T. Prince
>DECHERT LLP
>Cira Centre
>2929 Arch Street
>Philadelphia, PA 19104
>T: (215) 994-4000
>F: (215) 994-2222
>fred.magaziner@dechert.com
>shane.prince@dechert.com
>
>*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

## CERTIFICATE OF CONFERENCE

In accordance with Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, I hereby certify that moving counsel has conferred with plaintiffs' counsel regarding the issues raised by this Motion. Plaintiffs do not oppose the relief requested with respect to the Mark Scott deposition and the possible additional general expert discovery as set forth in the Conclusion of this motion at (1) and (2)(a & b), but counsel have not agreed on the resolution of the issue regarding the Florida Group Two Cases and the recommended stay.

>/s/ Shane T. Prince

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 2, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on Plaintiffs' Liaison Counsel, who is charged with serving non-CM/ECF participants on the attached Service List.

/s/ Chris S. Coutroulis

16872549.4

**SERVICE LIST**

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>700 Broadway<br>New York, NY 10003<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Robert Cowan, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>rcowan@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Rumberger, Kirk & Caldwell, P.A.<br>Post Office Box 1873 [32802-1873]<br>Lincoln Plaza, Suite 1400<br>300 South Orange Avenue<br>Orlando, FL  32801<br>Telephone: (407) 872-7300<br>Facsimile:  (407) 841-2133<br>lroth@rumberger.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

16872549.4

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |

9

16872549.4

| | |
|---|---|
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | Seth S. Webb, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>swebb@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |

16872549.4

| | |
|---|---|
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson, Esq.<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900<br>lowellf@phillipslaw.ws |

11

16872549.4

| | |
|---|---|
| Gale D. Pearson, Esq.<br>Stephen J. Randall, Esq.<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN  55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Roster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL  62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD  57702<br>(605) 399-3994<br>Scottarmstrong1235@earthlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN  55402-3901<br>(612) 766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE  19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN  46254<br>(317)299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH  43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |
| Jane F. Thorpe<br>Scott A. Elder<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA  30309<br>(404) 881-7000<br>jane.thorpe@alston.com<br>scott.elder@alston.com | |

16872549.4