**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

JANICE BURNS v. ASTRAZENECA PHARMS. LP, ET AL.
MDL Case No. 6:07-cv-15959-Orl-22DAB

RICHARD UNGER v. ASTRAZENECA PHARMS. LP, ET AL.
MDL Case No. 6:07-cv-15812-Orl-22DAB

CONNIE M. CURLEY v. ASTRAZENECA PHARMS. LP, ET AL.
MDL Case No. 6:07-cv-15701-Orl-22DAB

LINDA WHITTINGTON v. ASTRAZENECA PHARMS. LP, ET AL.
MDL Case No. 6:07-cv-10475-Orl-22DAB

EILEEN MCALEXANDER v. ASTRAZENECA PHARMS. LP, ET AL.
MDL Case No. 6:07-cv-10360-Orl-22DAB

_____

**ORDER**

In light of the Stipulations of Dismissal With Prejudice filed in each of the above-captioned cases on May 27, 2010, it is **ORDERED** as follows:

1. Trial Group One Plaintiffs' Motion for Trial Continuance (Doc. 1645) is **DENIED** as moot.

2. Trial Group One Plaintiffs' Second Rule 56(f) Motion for Continuance (Doc. 1646) is **DENIED** as moot.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 2, 2010.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record