# EXHIBIT 1

## SEROQUEL MDL PLAINTIFFS RIPE FOR DISMISSAL – June 9, 2010

| **Plaintiff** | **Case Number** |
|---|---|
| Bailey, Brooke | 09-cv-00016 |
| Burrell, Sophia | 09-cv-00248 |
| Cote, Timothy | 09-cv-02064 |
| Eiffert, Lorie | 09-cv-00017 |
| Estep, Celeste | 09-cv-00249 |
| Evans, Mary | 09-cv-02067 |
| Francisco, Zenia | 09-cv-01162 |
| Greek, Deanna | 09-cv-02077 |
| Hardy, John | 09-cv-02068 |
| Johnson, David | 08-cv-01733 |
| Kitchen, Darra | 09-cv-00250 |
| Lanza, Joann | 09-cv-02074 |
| Lower, Michael | 09-cv-02075 |
| McCarter, Heather | 09-cv-02073 |
| Ovrebo, Delia | 09-cv-00251 |
| Percell, Danielle | 09-cv-02063 |
| Sargent, David | 08-cv-01319 |
| Sliman, Eugenia | 09-cv-00253 |
| Soler, Mayra | 09-cv-02066 |
| Spurgeon, Linda | 09-cv-02065 |
| Stout, Richard | 09-cv-02072 |
| Suttle, Sandra | 09-cv-00371 |
| Swanzy, Loretta | 09-cv-02071 |
| Walls, Lillian | 09-cv-00254 |
| Whiting, Daniel | 09-cv-02069 |
| Williams, Autumn | 09-cv-02070 |
| Wright, Trenda | 09-cv-00255 |