UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation         MDL No. 1769

**This Document Relates to:**

| | |
|---|---|
| Cathy Church v. AstraZeneca Pharm. LP, et al. | Case No. 6:07-cv-01698 |
| Kendra Harper-Howell v. AstraZeneca Pharm. LP, et al. | Case No. 6:08-cv-00622 |
| David McCormick v. AstraZeneca Pharm. LP, et al. | Case No. 6:08-cv-00352 |

## NOTICE OF SUPPLEMENTAL AUTHORITY

AstraZeneca LP and AstraZeneca Pharmaceuticals LP ("AstraZeneca") hereby submit Special Master Redfearn's June 8, 2010 Scheduling Order in the Delaware Seroquel litigation as additional authority in support of AstraZeneca's Motion To Compel Defense Expert Endocrine And Psychiatric Medical Examinations. *See* June 8, 2010 Scheduling Order (Ex. 1). Footnote 2 of the scheduling order, which was agreed to by the parties, acknowledges AstraZeneca's right to request a medical examination of any plaintiff by a defense expert after the close of fact discovery and production of expert reports, as long as the expert reports his or her findings in a supplemental report served prior to the expert's depositions.

Respectfully submitted on this the 9th day of June, 2010,

/s/ *Stephen J. McConnell*
Stephen J. McConnell
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
T: (215) 994-4000
F: (215) 994-2222
stephen.mcconnell@dechert.com

/s/ *Chris S. Coutroulis*
Chris S. Coutroulis (Fla. Bar No. 300705)
Robert L. Ciotti (Fla. Bar No. 333141)
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, FL 22607
T: (813) 223-7000
F: (813) 229-4133
ccoutroulis@carltonfields.com
rciotti@carltonfields.com

*Counsel for AstraZeneca Pharmaceuticals LP*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 9, 2010, the foregoing motion, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on plaintiffs' liason counsel who is charged with serving any non-CM/ECF participants.

    Holly W. Gibson
    Blizzard, McCarthy & Nabers, LLP
    Lyric Centre Building
    440 Louisiana Street, Suite 1710
    Houston, TX 77002
    T: (713) 844-3750
    F: (713 844-3755
    hgibson@blizzardlaw.com

    Lewis Garrison
    Heninger Garrison Davis, LLC
    2224 1st Avenue North
    Birmingham, AL 35203
    T: (205) 326-3336
    F: (205) 326-3332
    lewis@hgdlawfirm.com

    David J. Dickens
    The Miller Firm, LLC
    The Sherman Building
    108 Railroad Avenue
    Orange, VA 22980
    T: (540) 672-4224
    F: (540) 672-3055
    DDickens@millerfirmllc.com

    *Counsel for Plaintiffs*

Larry M. Roth
Rumberger, Kirk & Caldwell, PA
300 S Orange Ave - Suite 1400
PO Box 1873
Orlando, FL 32802-1873
T: (407) 872-7300
F: (407) 841-2133
lroth@rumberger.com

*Plaintiffs' Liaison Counsel*

/s/ *Chris S. Coutroulis*