# Exhibit 1

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

|  |  |
|---|---|
| IN RE: SEROQUEL LITIGATION, | : |
|  | : C.A. No. 07C-SER-1 |

**THIRD TRIAL GROUP (3TG) CASE SPECIFIC SCHEDULING ORDER**
(Revised June 2010)
November 1, 2010 Trial Setting

## THIRD TRIAL GROUP ("3TG")
## CASE SPECIFIC SCHEDULING ORDER[1]
## (Revised June 2010)
## November 1, 2010 Trial Setting

|  | 11/1/10 Trial Setting |
|---|---|
| Choose Cases for Trial Setting | Completed |
| Serve Case Specific Discovery | Completed |
| Respond to Form Discovery | Completed |
| Respond to Case Specific Discovery | Completed |
| Fact Depositions | Completed |
| Choose Trial Cases | 6/4/10 |
| Pls' Expert Reports | Completed |
| Defs' Expert Reports | 7/1/10 |
| Dep of Pls' Experts | 7/6/10 – 7/23/10 |
| Dep of Defs' Experts | 7/26/10 – 8//23/10[2] |
| Schedule Mediation | 6/1/10 |
| Conclude Mediation | 8/20/10 |
| Exchange Exhibits and Affirmative Deposition Designations | 7/6/10 |
| Exchange Objections to Affirmative Designations and Exhibits, and Counter-designations | 7/19/10 |
| Exchange Objections to Counter-designations | 7/26/10 |
| Last Date to Submit Objections Re: Exhibits and Dep. Desig. To SDM For Rulings | 8/2/10 |
| Last Date to Submit Arguments Re:Challenged Exhibits and Dep. Desig. To SDM For Rulings | 8/9/10 |

---

[1] Cases available for this trial setting will be selected from the remaining cases in the 2TG and 3TG, which at the time of this Order are Mullens, Cox, Williams, Latoski, Perry, and Riddle.

[2] Defendants reserve the right to request a medical examination of any plaintiff by any of defendants' experts to be conducted prior to the deposition of that expert. A supplemental report incorporating the findings of any such medical examination shall be provided to plaintiffs' counsel within two weeks of the examination or no later than 48 hours prior to the deposition of that defense expert, whichever is earlier.

DELI 71247-1

| Rulings by SDM | 9/9/10 |
|---|---|
| Exceptions to SDM Rulings | 9/22/10 |
| Response to Exceptions to Rulings | 9/30/10 |
| Argument of Exceptions (If Needed) | To be determined |
| Motions | 8/13/10[3] |
| Answering Brief | 8/27/10 |
| Reply Briefs | 9/9/10 |
| Pl's Pretrial Stip | 9/23/10 |
| Def's Pretrial Stip | 9/30/10 |
| File Pretrial Stip | 10/14/10 |
| Submissions re: Jury Instructions | 10/14/10 |
| **Argument/Hearing Dates** | 10/12/10 – 10/13/10 |
| **Pretrial Conf. Date** | 10/21/10 |
| **Jury Selection** | 10/27/10 – 10/29/10 |

Dated: June 8, 2010

SO ORDERED:

/s/ Wilson C. Redfearn
Special Master B. Wilson Redfearn

---

[3] Deadline for Plaintiffs to file Daubert motions as to Defendants' experts is September 3, 2010; Answering Briefs due 9/17/10; and Replies due 9/27/10. Any such Daubert motion will be heard by the Court on October 12 and 13, 2010.

DEL1 71247-1