UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation          MDL No. 1769

**This Document Relates to:**

*Cathy Church v. AstraZeneca Pharm. LP, et al.*          Case No. 6:07-cv-01698
_____

### ORDER

Upon consideration of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP's Motion to Compel Defense Endocrine And Psychiatric Examinations and Plaintiffs' Response in Opposition thereto, it is hereby ORDERED and DECREED as follows:

1. Defendants' request for an endocrine examination of Plaintiff Cathy Church is hereby:

   DENIED_____          GRANTED_____.

2. Defendants' request for a psychiatric examination of Plaintiff Cathy Church is hereby:

   DENIED_____          GRANTED_____

   _____
   J.