# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**　　　　　　　　MDL No. 1769

**This Document Relates to:**

*Kendra Harper-Howell v. AstraZeneca Pharm. LP, et al.*　　　　Case No. 6:08-cv-00622

_____

## ORDER

Upon consideration of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP's Motion to Compel Defense Endocrine And Psychiatric Examinations and Plaintiffs' Response in Opposition thereto, it is hereby ORDERED and DECREED as follows:

1. Defendants' request for an endocrine examination of Plaintiff Kendra Harper-Howell is hereby:

    DENIED_____　　　GRANTED_____.

2. Defendants' request for a psychiatric examination of Plaintiff Kendra Harper-Howell is hereby:

    DENIED_____　　　GRANTED_____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　J.