**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**                    **MDL No. 1769**

**This Document Relates to:**

*David McCormick v. AstraZeneca Pharm. LP, et al.*                    Case No. 6:08-cv-00352
_____

## ORDER

Upon consideration of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP's Motion to Compel Defense Endocrine And Psychiatric Examinations and Plaintiffs' Response in Opposition thereto, it is hereby ORDERED and DECREED as follows:

1. Defendants' request for an endocrine examination of Plaintiff David McCormick is hereby:

   DENIED_____        GRANTED_____.

2. Defendants' request for a psychiatric examination of Plaintiff David McCormick is hereby:

   DENIED_____        GRANTED_____

   _____
   J.