# Exhibit 1

## Holly W. Gibson

**From:** McConnell, Stephen [stephen.mcconnell@dechert.com]
**Sent:** Thursday, May 13, 2010 3:14 AM
**To:** Holly W. Gibson
**Cc:** Venderbush, David
**Subject:** Re: Seroquel expert deposition schedule

Holly,

Thanks for the message. I wasn't involved in the extension request, but those who were think it applied to case-specific experts. Is that right? Based on what I've heard, and on your message, we propose the following:

The parties agree to the following expert disclosure and deposition schedule in the five remaining Seroquel MDL 11th Circuit Trial Group One cases:

On or before May 17, 2010, Plaintiffs will serve expert reports and related documents as required by Fed. R. Civ. Proc. 26 for all generic experts in all five cases and for all case-specific experts in Harper-Howell, Johnson, and Scott.

On or before May 24, 2010, Plaintiffs will serve expert reports and related documents as required by Fed. R. Civ. Proc. 26 for all case-specific experts in Church and McCormick.

On or before June 14, 2010, AstraZeneca will serve expert reports and related documents as required by Fed. R. Civ. Proc. 26 for all generic experts in all five cases and for all case-specific experts in Harper-Howell, Johnson, and Scott.

On or before June 21, 2010, AstraZeneca will serve expert reports and related documents as required by Fed. R. Civ. Proc. 26 for all case-specific experts in Church and McCormick.

In the period from June 1, 2010, to July 1, 2010, Plaintiffs in all five cases will make their experts available for deposition.

In the period from July 6, 2010, to July 30, 2010, AstraZeneca will make its experts available for deposition.

Let mke know if that's agreeable.

As always, it's a pleasure doing business with you. I hope all is well.

- Steve

---

**From:** Holly W. Gibson <hgibson@blizzardlaw.com>
**To:** McConnell, Stephen
**Sent:** Wed May 12 14:52:46 2010
**Subject:** Seroquel expert deposition schedule

Hi Steve. I spoke with counsel on the Church and McCormick cases. All of us are fine with setting up a more structured schedule for the expert depositions. Assuming they get the extension they've requested, we can present our experts by July 1st and you all can present your experts in July. If you want to send me something more formal in writing, that's fine. I assume you all are fine with the extension based on our conversation yesterday but will someone from your team be letting them know? Give me a call if we need to talk about this further.

Thanks.

Holly W. Gibson
Blizzard, McCarthy & Nabers, LLP
440 Louisiana, Suite 1710

1

Houston, Texas 77002
Telephone: (713) 844-3750
Facsimile: (713) 844-3755

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

# Holly W. Gibson

| | |
|---|---|
| **From:** | McConnell, Stephen [stephen.mcconnell@dechert.com] |
| **Sent:** | Friday, May 14, 2010 2:53 PM |
| **To:** | Holly W. Gibson |
| **Subject:** | RE: |

We've got a deal.  Your dates are fine.
One addendum:  this process will work better if both sides can provide dates for expert depos (or categories) sooner rather than later, just so we can line up the lawyers.
Thanks, and have a great weekend.

-----Original Message-----
From: Holly W. Gibson [mailto:hgibson@blizzardlaw.com]
Sent: Friday, May 14, 2010 11:02 AM
To: McConnell, Stephen
Subject:

Good morning Steve. Is there any word on the agreement yet?

Thanks.

Holly


This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.