# Exhibit 3

```
                                                                    Page 1
                        UNITED STATES DISTRICT COURT
                         MIDDLE DISTRICT OF FLORIDA
                              ORLANDO DIVISION

         IN RE:   SEROQUEL Products Liability Litigation
         MDL DOCKET NO. 1769


         This Document Relates to:

 6:08    Harper-Howell v. AstraZeneca LP, et al.
             -cv-00622




                 *********************************************

                              ORAL DEPOSITION OF

                              MEENA VYAS, M.D.

                               MARCH 1, 2010

                 *********************************************




             ORAL DEPOSITION of MEENA VYAS, M.D., produced as a

         witness at the instance of the Defendant and duly sworn,

         was taken in the above-styled and -numbered cause on the

         1st of March, 2010, from 8:03 a.m. to 11:10 a.m., before

         Melisa Duncan, CSR in and for the State of Texas, reported

         by machine shorthand, at the offices of Esquire Deposition

         Solutions, 1700 Pacific Avenue, Suite 4750, Dallas, Texas,

         in accordance with the Federal Rules of Civil Procedure and

         agreement hereinafter set forth.
```

Page 42

1  that and tried to find out what had worked better for her
2  since she had been on Zoloft and Remeron. And she had done
3  better on Prozac and so she preferred to go back on that.
4  That was under assessment section.
5      Q.  Under the progress note in this subjective box?
6      A.  Yes.
7      Q.  You see that? The second line, does it say CPS
8  involved?
9      A.  Yes.
10     Q.  What -- can you read that sentence?
11     A.  Yes. Patient going Remeron and changes. Have
12 separated from husband for a month. CPS involved due to
13 question mark drug use. Father, quote/unquote,
14 controlling. Patient now lives with her two children in an
15 apartment. Was -- did you want me to --
16     Q.  That's fine.
17         MR. BLIZZARD: I would like it read but
18 if -- if the witness can't read it, then that's fine.
19 We'll -- we won't read it.
20         MR. DAVIDSON: Well --
21         MR. BLIZZARD: But I don't want incomplete
22 things read of things only favoring AZ. I don't want that
23 to have to happen.
24         MR. DAVIDSON: Well --
25         MR. BLIZZARD: So I object to incomplete

Page 43

1  reading of the document.
2          MR. DAVIDSON: I understand we've only got
3  three hours of the doctor's time today. And so I'm doing
4  my best to move through a lot of medical records.
5          MR. BLIZZARD: Okay. Well, my objection.
6          MR. DAVIDSON: Okay. You'll have to time to
7  read them as well to the witness if you'd like.
8      Q.  (BY MR. DAVIDSON) Doctor, I'm going to go ahead
9  and mark as Exhibit 9 the next appointment with Ms. Howell
10 after putting her on Prozac.
11         (Exhibit 9 was marked.)
12     Q.  (BY MR. DAVIDSON) On this visit you continued
13 her on Prozac?
14     A.  Yes.
15     Q.  Okay. If we go to the next page it appears that
16 she's doing well; is that fair?
17     A.  Yes.
18     Q.  It says Prozac working great?
19     A.  Yes.
20     Q.  Doctor, are you doing all right? Do you need a
21 short break or --
22     A.  I'm okay.
23     Q.  Okay. The next records I've got -- I have are
24 from early 2002. Start with I'll mark as Exhibit 10.
25         (Exhibit 10 was marked.)

Page 44

1      Q.  (BY MR. DAVIDSON) What I just handed you is
2  Exhibit 10. It says care at the top and then it says
3  client diagnostics.
4      A.  Yes.
5      Q.  What is this form?
6      A.  This is one of the form that they fill out. And
7  I believe they submit that for -- to the -- the MHMR
8  central authority in Austin. Like I suppose -- so this is
9  a diagnostic form.
10     Q.  Okay. In looking at the diagnostic form, there's
11 three different, I guess there's five Axis listed here?
12     A.  Right.
13     Q.  The first one it says MDD and then what it's say
14 after that?
15     A.  With psychotic features.
16     Q.  With psychotic features?
17     A.  Yes.
18     Q.  Then it says rule out bipolar?
19     A.  Yes.
20     Q.  And then Axis II, what's it say there?
21     A.  It says, Mixed personality disorder not otherwise
22 specified.
23     Q.  What does that --
24     A.  NOS.
25     Q.  What does that mean?

Page 45

1      A.  When someone struggles with -- it's a pattern of
2  emotional reaction to the events. Also perceptions of --
3  and views of events and how they integrate and how they
4  deactivate emotionally or behaviorally or otherwise. And
5  if that particular style of coping has impacted their
6  various arenas, you know, psychosocial functioning, you
7  know, then we put this diagnosis. There are various kind
8  but when there are no specific form of personality disorder
9  then we put no otherwise -- not otherwise specified.
10     Q.  Okay. And then major depressive disorder with
11 psychotic features, is that a serious condition?
12     A.  Yes, it is.
13     Q.  Did you believe that Ms. Harper needed to be
14 treated for her mental illness?
15     A.  Yes.
16     Q.  Was it ever an option to just not treat her?
17     A.  When you look at the evidence in each individual
18 case and Ms. Harper's case, her symptom had increased when
19 she had gone off the medication and affected her, you know,
20 functioning, so she needed to be on medication.
21     Q.  When she took her medication it helped her?
22     A.  Yes.
23     Q.  Who signed this form here, this diagnostics form?
24     A.  Says F. Buchannon. One of the staff at the
25 center.

Page 46

1  Q.  Is the information that's listed in the
2  diagnostics form, is that information you would have
3  provided to somebody on the staff to fill out?
4  A.  It's possible they may have, you know, put it
5  down to write on the diagnostics on the chart.
6  Q.  Okay. So either provided by you or based on your
7  chart?
8  A.  Right.
9       (Exhibit 11 was marked.)
10 Q.  (BY MR. DAVIDSON) Doctor, I'll hand you what
11 I've marked as Exhibit 11.
12 A.  Okay.
13 Q.  This is a record from April 8, 2002. This looks
14 like 10 o'clock in the morning; is that right?
15 A.  Yes.
16 Q.  Okay. And you didn't fill this one out, this was
17 somebody on the staff?
18 A.  Yes. The RN.
19 Q.  Okay. It says per RN triage protocol?
20 A.  Yes.
21 Q.  What does that mean?
22 A.  We at MHMR -- this was 2002. At that -- at MHMR
23 many times if the doctors don't have a closer appointment
24 available to help with the continuity of care and monitor
25 symptoms, they are in the interim, follow-ups are done by

Page 47

1  clinic nurse. And the triage protocol gives them
2  guidelines in terms of the things -- guidelines that they
3  should follow. And to symptoms assessment, also consulting
4  with a doctor, what are the decisions they are able to make
5  within the parameter of the triage protocol.
6  Q.  Okay. And my question is really triage protocol,
7  does that suggest any kind of emergency or is that just a
8  normal visit that somebody has?
9  A.  It could be a normal visit.
10 Q.  Okay. If we look on the next page, looking at
11 this form, do you see where it says patient family
12 education?
13 A.  Yes.
14 Q.  Does it say Prozac and then something has sexual?
15 A.  Prozac gives her sexual side effects.
16 Q.  Okay. Is that information that she reported?
17 A.  This is Nurse R. Pederson.
18 Q.  Okay. Nurse Pederson was recording what
19 Ms. Harper was telling her?
20 A.  Yes.
21 Q.  Okay. And at the bottom under plan it says,
22 Client will wait for -- some abbreviations I don't
23 follow -- with Dr. Vyas today. Did you understand --
24 looking at this, it looks like she's going to wait and see
25 you later that day. Is that fair?

Page 48

1  A.  It says, Client will wait for cancellation with
2  Dr. Vyas today. In the clinic we offer them that sometimes
3  if there is a cancellation and the person wanting to see
4  the doctor, they're willing to wait until that cancellation
5  so that we can work them in. So she agreed to wait.
6       (Exhibit 12 was marked.)
7  Q.  (BY MR. DAVIDSON) Doctor, I'll hand you what
8  I've marked as Exhibit 12. And it looks like she was able
9  to get in to see you a couple hours later. Do you see
10 that?
11 A.  Yes.
12 Q.  Doctor, here on April 8, 2002, do you see there's
13 some side effects listed there under patient global
14 self-report?
15 A.  Yes.
16 Q.  What does it say there?
17 A.  It says, Sexual side effect better with adding
18 Wellbutrin.
19 Q.  Okay. And what is Wellbutrin?
20 A.  Wellbutrin is another antidepressant medication.
21 Q.  If you look in the box it says prescription
22 information on the bottom of page 1. Do you see Wellbutrin
23 is there along with Prozac and is that SEROQUEL?
24 A.  Yes.
25 Q.  How much SEROQUEL did you prescribe for her on

Page 49

1  this visit?
2  A.  This visit she was SEROQUEL 25 milligram, one at
3  bedtime for one day and increase it to two at bedtime. And
4  she was also given option of taking one twice a day as
5  needed PRN, meaning as needed for education.
6  Q.  Why would you add SEROQUEL to her prescriptions
7  at this time?
8  A.  Give me a minute to -- just to review the --
9  Q.  Sure.
10 A.  The reason why the SEROQUEL was added, obviously
11 this is -- the patient was having increasing the symptoms
12 that she was experiencing, increased depression, increased
13 irritability, decreased energy. Also she was now
14 additionally having symptoms of paranoia and significant
15 increase in the agitation. If you see the Nurse R.
16 Pederson's note the same day when she had seen the -- the
17 nurse, she had also reported that increased anger,
18 screaming, wanting to strike at someone, had incidents with
19 people in traffic, following them to parking lot. So
20 obviously there was an increase in the agitation, the
21 feeling of aggression and increased depression combined
22 with paranoia.
23 Q.  Doctor, are those symptoms that you've just run
23 through, are those consistent with a diagnosis of major
25 depressive disorder with psychotic features?

Page 50

1   A.  Yes.
2   Q.  Was SEROQUEL added to help treat those symptoms?
3   A.  Yes.
4   Q.  Looking at the second page of this Exhibit 12.
5   A.  Yes.
6   Q.  Your notes. You see the plan?
7   A.  Yes.
8   Q.  What does that say? There's a number one, a two,
9   and a three.
10  A.  Plan is what actions were recommended that day or
11  taken that day. Number one says risk/benefit then side
12  effects of SEROQUEL and treatment options. Discussed
13  consent. Obtained. Aims done. Recommend not to drive if
14  sleepy. No 2, discussed coping skills. No. 3, recommend
15  sobriety, recommend not to mix medication with alcohol or
16  street drugs.
17  Q.  Okay. On No. 1 where it says risk, benefits,
18  side effects of SEROQUEL, what would you have discussed
19  with Ms. Harper-Howell?
20      MR. BLIZZARD: Object to form.
21  A.  I would have discussed the -- the effect of the
22  medication, how it will benefit her, the possible side
23  effects, sedation, you know, the knowledge that was
24  available at the time. Also any shaking, trembling that
25  she may experience, risk of tardive dyskinesia, possibly --

Page 51

1   I'm not aware at the time the awareness of the increased
2   weight or was there as much. I'm not able to recall, you
3   know, but I discussed, you know, at that time.
4   Q.  (BY MR. DAVIDSON) Doctor, at some point you were
5   aware of an association between SEROQUEL and weight gain?
6   A.  Yes.
7   Q.  Okay. Did you read the package insert for
8   medications that you had prescribed to patients? Is that
9   something that was part of your practice?
10  A.  Yes.
11  Q.  Okay. And at some point, though, you became
12  aware of an increased risk of weight gain with a number of
13  atypical antipsychotics?
14  A.  Yes.
15  Q.  Did you continue to prescribe those medications
16  after you became aware of that?
17  A.  Yes.
18      (Exhibit 13 was marked.)
19  Q.  (BY MR. DAVIDSON) Doctor, I'm going to hand you
20  what I've marked Exhibit 13. What is that?
21  A.  This is the form for the neuroleptic treatment
22  consent form. So any time you prescribe somebody
23  antipsychotic medication this is the consent form utilized
24  by Denton County MHMR.
25  Q.  What's the purpose of having an informed consent

Page 52

1   form?
2   A.  So that the patients are aware of the risks and
3   the benefits of the side effects and ...
4   Q.  Okay. Is this the same kind of information you
5   would have discussed or is this some of the information you
6   would have discussed with Ms. Harper-Howell when you
7   prescribed SEROQUEL to her?
8   A.  Yes.
9   Q.  Why would you do that?
10  A.  As you can see even from the earlier note, each
11  time a medication decision is made it is important to
12  inform the individual how -- what are the different various
13  treatment options she has and how would it benefit and what
14  are some of the risks associated with the medication.
15  Q.  It says here at the beginning, Dr. Vyas has
16  explained to me that I have a mental disorder identified by
17  the following symptoms. What are those symptoms that are
18  listed there? Are you able to read that or is it a copy?
19  The box.
20  A.  Oh, yes. It says paranoia and anger.
21  Q.  Okay. And to treat my mental disorder the doctor
22  recommends that I take and continue to take SEROQUEL, a
23  neuroleptic drug?
24  A.  Yes.
25  Q.  That was your recommendation to her, right?

Page 53

1   A.  Yes.
2   Q.  Okay. It also refers to possibly developing
3   involuntary movements of my mouth, tongue, face and/or
4   other body parts. Do you see that?
5   A.  Yes.
6   Q.  Is that something that you would have discussed
7   with her?
8   A.  Yes.
9   Q.  And she agreed to take it anyway?
10  A.  Yes.
11  Q.  What's the practice on -- what was the practice
12  at that time of these informed consent forms? Did you just
13  hand it to her and wait for her to sign or would you
14  discuss it with her if she had questions?
15  A.  No, we discussed that with her.
16  Q.  Has that practice ever changed, discussing
17  informed consent forms with patients at MHMR?
18  A.  Meaning?
19  Q.  Well, would you always take an informed consent
20  form and make sure the patient understands it before you
21  ask them to sign it?
22  A.  Yes, yes.
23      (Exhibit 14 was marked.)
24  Q.  (BY MR. DAVIDSON) Doctor, I'm going to hand you
25  the first appointment after she started on SEROQUEL. This

Page 58

1  side effects from Prozac. However, it had worked compared
2  to the other medication. As you recall, she had been on
3  Zoloft and Remeron and had some other side effects. She
4  wanted to resume that, but we decided to start Prozac at
5  the lower date because of the sexual side effects and
6  resume, you know, the medications.
7       (Exhibit 19 was marked.)
8  Q.  (BY MR. DAVIDSON) Looking at that note, did it
9  appear that SEROQUEL had been effective for her when she
10 was taking it?
11 A.  Yes.
12      MR. BLIZZARD: Object to form.
13 Q.  (BY MR. DAVIDSON) In your review of the medical
14 records, did you see that SEROQUEL had been effective for
15 her in treating her mental illness?
16 A.  Yes.
17      MR. BLIZZARD: Object to form.
18 Q.  (BY MR. DAVIDSON) Did you ever tell her that
19 SEROQUEL had caused her diabetes?
20 A.  I'm sorry. Repeat that question, please.
21 Q.  You never told Ms. Howell that SEROQUEL caused
22 her diabetes, did you?
23      MR. BLIZZARD: Object to form.
24 A.  Not aware of it.
25 Q.  (BY MR. DAVIDSON) Okay. Let me hand you what

Page 59

1  I've marked Exhibit 19. This is one of your records from
2  June of 2003.
3  A.  Yes.
4  Q.  What are the medications that she was on --
5  actually let me ask you this. On the very first page it
6  says medications taken as prescribed, and it's checked no,
7  inadequate?
8  A.  Right.
9  Q.  What's it say after that?
10 A.  Taking 300 milligram only for four weeks.
11 Q.  Okay. What was the dose of SEROQUEL that she was
12 being prescribed at that time?
13 A.  I would have to look at the previous notes to --
14 or interim visits from the progress note.
15 Q.  That's fine. And I'll tell you, I've skipped a
16 couple in the interest of time.
17 A.  Okay. So . . .
18 Q.  Let me ask you this. In the prescription
19 information box at the bottom of that first page --
20 A.  Yes. Yes.
21 Q.  -- what are the medications that she was on at
22 this time period?
23 A.  SEROQUEL 300 milligram at nighttime and she was
24 given option of the 25 milligram twice a day -- up to twice
25 a day as needed for any anxiety or agitation. We decreased

Page 60

1  the Wellbutrin to 150 at one in the morning and Lexapro.
2  Q.  Okay. Was --
3  A.  Started. Lexapro is an antidepressant
4  medication.
5  Q.  Okay. Why would you add Lexapro at this time?
6  A.  I don't have the entry notes but what I can tell
7  based on the current note, at one point she -- the Prozac
8  was discontinued. So then you look at the -- under the
9  assessment section, it says she's having symptoms,
10 increasing the symptoms and we reviewed that she has been
11 on Wellbutrin and Remeron. We talked about the Serzone at
12 the time because it -- Serzone doesn't have the sexual side
13 effects of the Prozac. And so we -- about the discussion
14 she agreed for the Lexapro, which was newer antidepressant
15 medication potentially with less side effects. And so that
16 was added to address her symptoms.
17 Q.  Is Lexapro associated with any side effects?
18 A.  Lexapro, like any serotonin group of medication,
19 common side effects are upset stomach, nausea. Serotonin
20 medication in 15 to 17 percent can have some sexual side
21 effects. And the Lexapro -- Prozac is more longer acting.
22 Lexapro is not as long acting, so potentially hopeful as to
23 give her less sexual side effects and still get the
24 efficacy of the medication.
25 Q.  Are you aware that Lexapro has been associated

Page 61

1  with increased -- increased weight?
2       MR. BLIZZARD: Object to form.
3  A.  No.
4  Q.  (BY MR. DAVIDSON) Okay. Or diabetes mellitus?
5  A.  Not -- no.
6  Q.  Are you aware of the literature about long term
7  use of antidepressants and weight gain or hypoglycemia?
8  A.  In small percentage of cases, serotonin group of
9  medication can cause weight gain.
10 Q.  And despite knowing that, you continue to
11 prescribe those medications for patients?
12 A.  In her case to address the symptoms and weighing
13 the risk/benefit analysis, yes.
14      (Exhibit 20 was marked.)
15 Q.  (BY MR. DAVIDSON) Doctor, I'll hand you what
16 I've marked as Exhibit 20. What is this form?
17 A.  This is the neuroleptic antipsychotic consent
18 form.
19 Q.  It says at the beginning lists the consumer as
20 Kendra Harper, that's your name as the doctor?
21 A.  Yes.
22 Q.  Dr. Vyas has explained to me that I have had a
23 mental disorder identified by the following symptoms.
24 And what's the symptoms that's listed?
25 A.  Hearing voices.

Meena Vyas, M.D.                                         March 1, 2010

Page 70

1  A.  Depending upon the degree of diabetes, it
2  sometimes managing through the diet, sometimes it requires
3  medication, treatment.
4  Q.  Can it be progressive?
5  A.  Can be.
6  Q.  Okay. When we say a medicine progressive, what
7  do you mean by that?
8  A.  The diabetes can affect the -- the kidneys, the
9  retina, heart disease.
10 Q.  Okay. Can it lead to hospitalizations?
11 A.  Possibly.
12 Q.  Can it lead to disability?
13 A.  Possible.
14 Q.  Death?
15 A.  Possible.
16 Q.  Okay. Are there well-known -- strike that.
17     In medicine, are there well-known chronic
18 complications of diabetes?
19 A.  Yes.
20     MR. DAVIDSON: Objection, form.
21 Q.  (BY MR. BLIZZARD) Is heart attack one of them?
22 A.  Heart disease can be.
23 Q.  Is stroke one of them?
24 A.  Can be.
25 Q.  Is neuropathy one of them?

Page 71

1  A.  Yes.
2  Q.  What is diabetic neuropathy?
3  A.  Where the person experiences either pain,
4  tingling, numbness as a result of the neuropathy.
5  Q.  Is that usually of the hands and feet?
6  A.  Generally.
7  Q.  Can people suffer blindness from long-term
8  diabetes?
9  A.  Can -- they can.
10 Q.  Amputations?
11 A.  Some people require amputation, yes.
12 Q.  Kidney failure?
13 A.  Possible.
14 Q.  Okay. How old is Ms. Howell?
15 A.  At present -- let me look at the date.
16 Q.  Let me tell you, I believe she's around 40 now.
17 Would that be approximately right?
18 A.  Yes.
19 Q.  Considering the age she was when you treated her?
20 A.  I believe she was in her 30s when I saw her.
21 Q.  Okay. Would she be a relatively young woman to
22 contract diabetes?
23     MR. DAVIDSON: Objection, form.
24 A.  Possibly.
25 Q.  (BY MR. BLIZZARD) Okay. I mean, is diabetes

Page 72

1  usually a disease that people get later in life, type two
2  diabetes that is?
3  A.  Generally.
4     MR. DAVIDSON: Objection, form.
5  Q.  (BY MR. BLIZZARD) Okay. Now, you were Kendra's
6  psychiatrist at MHMR in Denton for what period of time?
7  A.  I believe from February 9, '01, when I saw her
8  for the first time. And I believe was January '04 when I
9  saw her the last time.
10 Q.  Okay. And when you first saw her your diagnosis
11 of her was major depressive disorder without psychotic
12 features, correct?
13 A.  At that time she did not have psychotic features,
14 yes.
15 Q.  But her -- her diagnosis or the label that
16 psychiatry had put on her at that time was that she had
17 major depressive disorder; is that right?
18 A.  Yes.
19 Q.  What was the social history at that time that
20 would have put -- could have led to her having major
21 depressive disorder?
22     MR. DAVIDSON: Objection, form.
23 A.  The social history at that time?
24 Q.  (BY MR. BLIZZARD) Yes.
25 A.  In terms of the depressive symptom and the

Page 73

1  diagnosis --
2  Q.  Before you go to the records, let me just ask
3  you.
4  A.  Okay.
5  Q.  Do you have a memory of what her -- the events
6  that she had experienced during her lifetime that may have
7  led to her depressive disorder?
8     MR. DAVIDSON: Objection, form.
9  A.  Yes.
10 Q.  (BY MR. BLIZZARD) Okay. What were those events?
11 A.  Well, this is somebody who had genetic
12 vulnerability. Then she experienced sexual trauma during
13 earlier age, age six, where she had reported being
14 molested. Also at age 18 she was gang raped. And I
15 believe that's the time she -- during that time soon after
16 that she saw Dr. Vasavada. At that time she was struggling
17 with depression and psychotic features at that time.
18 Q.  Okay. So the first evidence that MHMR has of her
19 suffering depression was after she was gang raped, correct?
20     MR. DAVIDSON: Objection, form.
21 A.  In one of the notes, it indicated that she had
22 struggle with some depression prior to that as well.
23 Q.  (BY MR. BLIZZARD) Okay. She had difficulty at
24 school, didn't she?
25 A.  I believe she went up to the eighth grade and was