# Exhibit 4

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

_____X

IN RE: SEROQUEL PRODUCTS LIABILITY

LITIGATION

MDL DOCKET NO. 1769

_____X

Harper-Howell v. AstraZeneca LP, et al.

[Kendra G. Harper-Howell 6:08-cv-00622]

_____X

- - -

THURSDAY, APRIL 15, 2010

- - -

    Oral deposition of RAMON CRUZ, M.D., held at Best Western Inn & Suites, 330 East Corporate Drive, Lewisville, TX 75067, commencing at 9:19 a.m., on the above date, before Joseph D. Hendrick, Certified Shorthand Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Ramon Cruz, M.D.

Page 2

```
 1  APPEARANCES:
 2  LAMINACK PIRTLE & MARTINES, LLP
    BY: RUSS M. BRUDNER, ESQUIRE
 3  5020 Montrose Boulevard
    9th Floor
 4  Houston, Texas 77006
    (713) 292-2750
 5  russb@lpm-triallaw.com
    Counsel for Plaintiff
 6
    BAKER BOTTS, LLP
 7  BY: AARON D. DAVIDSON, ESQUIRE
    2001 Ross Avenue, Suite 600
 8  Dallas, Texas 75201
    (214) 953-6784
 9  aaron.davidson@bakerbotts.com
    Counsel for Defendant AstraZeneca, LP
10
    STEED FLAGG, LLP
11  BY: RUSSELL H. HILL, ESQUIRE
    One Horizon Ridge
12  1010 W. Ralph Hall Parkway, 2nd Floor
    Rockwall, Texas 75032
13  (469) 698-4200
    rustyhill@steedflagg.com
14  Counsel for The Witness, Dr. Cruz
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              INDEX
 2  Appearances ................................ 2
 3  RAMON CRUZ, M.D.
      EXAMINATION BY MR. BRUDNER .......... 5
 4    EXAMINATION BY MR. DAVIDSON ........ 32
      RE-EXAMINATION BY MR. BRUDNER ...... 99
 5    RE-EXAMINATION BY MR. DAVIDSON .... 110
      RE-EXAMINATION BY MR. BRUDNER ..... 114
 6  Signature Waived ......................... 118
 7  Reporter's Certification ................. 119
 8  Lawyer's Notes ........................... 121
 9
              EXHIBITS
10
    NO   DESCRIPTION                    PAGE
11
     1  Notice of Deposition               6
12
     2  Confidential                      12
13      KHARPER-HOWELL/DR.RAMONCRUZ 00001-00130
        Records from office chart for Kendra
14      Harper-Howell
15   2-A Confidential                     12
        KHARPER-HOWELL/DR.RAMONCRUZ 00131-00291
16      Records from office chart for Kendra
        Harper-Howell
17
     3  Confidential AZSER2326840 - 2326841   25
18      AstraZeneca Minutes, June 8, 2007
19   4  April 12, 2010, Chart record      31
20   5  Seroquel package insert, July 2004  33
21   6  Confidential                      40
        KHARPER-HOWELL/CVSCAREMARK00004 - 00008
22      CVS Pharmacy Patient Prescription Record
        Between 04/01/2000 and 01/06/2010, re
23      Kendra Howell
24
25
```

Page 4

```
 1   7  Confidential                      44
        KHARPER-HOWELL/DRUGEMPORIUM00004 - 00011
 2      January 18, 2010. Drug Emporium
        prescription record for Kendra Howell,
 3      March 15, 2002, through January 18, 2010
 4   8  Confidential                      55
        KHARPER-HOWELL/DRCRUZPLTF 00039
 5      October 18, 2006, Clinical Pathology
        Laboratories, Inc.
 6
     9  Confidential                      60
 7      KHARPER-HOWELL/DENTONCOMHMRIIIPLTF/00023
        - 00028
 8      Denton County MHMR Center Psychiatric
        Evaluation, December 6. 2006
 9
    10  Confidential                      65
10      KHARPER-HOWELL/DENTONCOMHMRIIPLTF/00014
        - 00015
11      Denton County MHMR Center Psychiatric
        Evaluation, January 24, 2007
12
    11  Confidential                      94
13      KHARPER-HOWELL/DATAMANAGEMENTCOMPANY/
        0008 - 00011
14      February 24, 2010, record from chart
15  12  AS/SER 7302771 - 7302778         105
        November 2002, Dear Doctor Letter
16
    13  February 18, 2010, lab results report  117
17      from Clinical Pathology Laboratories
18
          REQUESTED DOCUMENTS/INFORMATION
19
    NO   DESCRIPTION                   PAGE
20
            None
21
22
       CERTIFIED QUESTIONS/INSTRUCTIONS NOT TO ANSWER
23
    NO               PAGE/LINE
24
            None
25
```

Page 5

```
 1         THE REPORTER: Doctor, would you raise your
 2  right hand, please.
 3         Do you swear or affirm the testimony you
 4  are about to give in this case will be the truth, the
 5  whole truth, and nothing but the truth, so help you
 6  God?
 7         THE WITNESS: I do.
 8         THE REPORTER: Thank you.
 9         RAMON CRUZ, M.D.
10  having been duly sworn, testified as follows:
11              EXAMINATION
12  BY MR. BRUDNER:
13     Q.  Good morning, Dr. Cruz.
14     A.  Good morning.
15     Q.  My name is Russ Brudner. We met briefly
16  just before your deposition began.
17         But for the record, my name is Russ
18  Brudner, I am here today on behalf of your patient,
19  Ms. Kendra Harper-Howell. Okay?
20     A.  All right.
21     Q.  Have you ever given a deposition before?
22     A.  Yes.
23     Q.  Okay. In what kind of case?
24     A.  A lawsuit filed against the residency when
25  I was a resident.
```

Ramon Cruz, M.D.

Page 10

1  A.  Family practice office.
2  Q.  Okay. And how long were you there?
3  A.  Three months.
4  Q.  Okay. Where did you go after that?
5  A.  In Denton.
6  Q.  All right. And what practice in Denton?
7  A.  I believe it's called North Texas
8  Medical-Surgical Office.
9  Q.  Okay. And what kind of practice were you
10 engaged in there?
11 A.  Family practice.
12 Q.  Okay. And how long were you there?
13 A.  Three years.
14 Q.  Okay. Which three years? I've lost my
15 place here.
16 A.  March '99 to December 2002.
17 Q.  Where did you go after that?
18 A.  Established another practice with another
19 doctor. That was January of 2003. That practice is
20 called North Denton Family Practice Associates.
21 Q.  All right. And how long were you there?
22 A.  Until May of 2005.
23 Q.  And then where did you go?
24 A.  I established my own separate individual
25 practice in Denton as well.

Page 11

1  Q.  Are you still practicing on your own?
2  A.  Yes, I am, but different location.
3  Q.  Okay. And again, your practice
4  consisted -- it is a family practice?
5  A.  Family practice.
6  Q.  All right.
7     (Marked Deposition Exs. 2 and 2-A)
8  BY MR. BRUDNER:
9  Q.  I am going to show you what is going to be
10 marked as -- I guess the way they've got this bundled,
11 2 and 2-A probably would be the best way to handle it.
12    And again, not to alarm you, we're not
13 going to go page-by-page through this stuff.
14    MR. BRUDNER: Can you work off that one?
15    MR. HILL: Yes.
16    MR. BRUDNER: Okay.
17    MR. DAVIDSON: This is all Exhibit 2?
18    MR. BRUDNER: This is 2 and 2-A.
19    MR. HILL: Are those his office notes?
20 BY MR. BRUDNER:
21 Q.  Right. That's what I am going to have him
22 identify. These are your chart notes for Ms. Kendra
23 Harper-Howell, right?
24    MR. HILL: Look through there.
25 A.  That is correct.

Page 12

1  BY MR. BRUDNER:
2  Q.  Okay. I'm going to be working -- and 2 and
3  2-A are both portions of your chart; is that correct?
4  2-A seems to have some stuff in it, medical records
5  that you might have collected from somewhere else?
6  A.  This one (indicating Exhibit 2-A) contains
7  some of my records, but some of these ...
8  Q.  When you say "this one," it's 2-A, right?
9  A.  Some of these -- let me see.
10    MR. HILL: What he's asking is would this
11 stack be, even though it's from UBH, would be stuff
12 that's in your chart for her that came to your office.
13 BY MR. BRUDNER:
14 Q.  Yes, sir. That's my question.
15 A.  If it came from my office, then it is.
16 Q.  Okay.
17 A.  I don't see all of these necessarily.
18 Q.  And let's take a look on Exhibit 2-A that
19 you are flipping through right now. At the bottom do
20 you see it says Harper-Howell and, slash, Dr. Ramon
21 Cruz, and has a page number?
22 A.  Yes.
23 Q.  Okay. I will represent to you that that is
24 from your chart.
25 A.  Okay.

Page 13

1     MR. DAVIDSON: Russ, is this all of the
2  records that we got from them?
3     MR. BRUDNER: I believe that's --
4     MR. DAVIDSON: Okay.
5     MR. BRUDNER: -- that's it.
6     MR. DAVIDSON: Basically goes 1 through 130
7  for Exhibit 2, and 131 through 291 for 2-A?
8     MR. BRUDNER: Last page I have on 2-A is
9  291.
10    MR. DAVIDSON: Okay.
11 BY MR. BRUDNER:
12 Q.  Okay, let's look at Exhibit 2, which is
13 this one.
14    I am going to ask you to turn -- it's in
15 reverse chronological order so I will ask you to turn
16 towards the back to the page that's Bates stamped 115.
17 And by "Bates stamp," I mean this number at the bottom.
18 I am looking for 115.
19    Are you there?
20 A.  Yes.
21 Q.  Okay. Do you see that that's a record of
22 an October 4th, 2006 visit?
23 A.  Yes.
24 Q.  Okay. And by the word "Encounter," it says
25 in all caps "NEW PATIENT," right?

Page 14

1   A.   Yes.
2   Q.   Okay. Does that indicate that this is your
3   first visit with Ms. Harper-Howell?
4   A.   Yes.
5   Q.   Okay. And then under Chief Complaint it
6   says, "The Chief Complaint is: NP - patient has been
7   on Seroquel and Xanax for bipolar. She has been off
8   her meds for a month. She was going to MHMR."
9        Did I read that correctly?
10  A.   Yes.
11  Q.   So when you first saw Ms. Harper-Howell,
12  she was already taking Seroquel at that time?
13       MR. DAVIDSON: Objection, form.
14  BY MR. BRUDNER:
15  Q.   You can still answer.
16       MR. HILL: Yes, you can. He --
17  A.   Yes.
18  BY MR. BRUDNER:
19  Q.   Right. And let me try to clean it up.
20       Somebody, prior to Ms. Harper-Howell ever
21  visiting with you, prescribed Ms. Harper-Howell
22  Seroquel, right?
23  A.   Yes.
24  Q.   And down in the Current Medications, you
25  see Xanax and Seroquel, right?

Page 15

1   A.   Yes.
2   Q.   And if we flip the page to page 116 of
3   Exhibit 2, under the list -- there is a list at the
4   top, in the middle of that list it says, "No diabetes
5   mellitus," right?
6   A.   Yes.
7   Q.   What does that mean?
8   A.   She has -- that's a continuation of Family
9   History. No -- we didn't -- we got that there was no
10  diabetes in the family.
11  Q.   Okay. And then at the bottom under RX
12  Order, it says Seroquel and Xanax, right?
13  A.   Yes.
14  Q.   Does that mean that you continued her on
15  the medications she was on when she came to see you her
16  first time?
17       MR. DAVIDSON: Objection, form.
18       MR. HILL: The law allows them to raise
19  objections that maybe at a later time the judge might
20  need to rule on or be asked to rule on. So if they
21  say, "Objection, form," they are just preserving the
22  deposition record, but you can go ahead and answer the
23  question.
24       If there is a question that -- if I ask you
25  not to answer the question, then you look at me. But

Page 16

1   other than that, I think you can just wait until they
2   finish their objection, then you can answer if you
3   understand the question and can answer it.
4        THE WITNESS: All right.
5   A.   Please repeat --
6   BY MR. BRUDNER:
7   Q.   Sure.
8   A.   -- the last question.
9   Q.   Sure. And it will probably be a rephrase.
10       But on the first page of this visit,
11  you see that the medications she was on when she first
12  came to you were Xanax and Seroquel, right?
13  A.   Yes.
14  Q.   Okay. And then the second page under RX
15  Order, it says Seroquel and Xanax, right?
16  A.   Yes.
17  Q.   Okay. So you continued Ms. Harper-Howell
18  on the medications she was on when she first came to
19  see you, right?
20       MR. DAVIDSON: Objection, form.
21  A.   Yes.
22  BY MR. BRUDNER:
23  Q.   All right. With respect to that, let me
24  ask you, when you are starting a patient on a
25  medication, do you perform an analysis where you weigh

Page 17

1   the risks that you are aware of related to the drug
2   against the benefits that you hope to achieve by
3   prescribing the drug?
4   A.   Yes.
5   Q.   Okay. When you are continuing a patient on
6   a medication, a situation in which a patient presents
7   to you already on a medication and needs a refill, is
8   that analysis different in that do you, in that
9   situation, do you simply say, "Well, patient, how are
10  you doing on this medication," and if they say, "Okay,"
11  then just continue the medication?
12       MR. DAVIDSON: Objection, form.
13  BY MR. BRUDNER:
14  Q.   That might have been a bad question.
15  A.   Yes, but I would have done more than just
16  that. I would also continue to do the
17  advantage/disadvantage analysis as well.
18  Q.   Okay. So when you are continuing somebody
19  on a prescription, it's the same analysis as when you
20  are starting somebody on a prescription?
21  A.   Yes.
22  Q.   Okay. When Ms. Harper-Howell visited you
23  on October 4th, 2006, did you weigh the risks that you
24  were aware of regarding Seroquel against the benefits
25  that you hoped to achieve by continuing her on that

Ramon Cruz, M.D.

Page 18

```
 1  medication?
 2      A.   Yes.
 3      Q.   And what risks were you aware of on October
 4  4th, 2006?
 5      A.   What is written on the adverse effects
 6  portion of the package insert.
 7      Q.   Okay. So whatever is on the package
 8  insert, you would have reviewed that and considered
 9  those warnings prior to continuing this prescription?
10      A.   Yes.
11      Q.   Okay. Let's turn to page 105. Do you see
12  that this is a January 23rd, 2007 visit?
13      A.   Yes.
14      Q.   And it says under the Chief Complaint that
15  the "Patient here to follow up on blood pressure,
16  request Seroquel rx," right?
17      A.   Yes.
18      Q.   Can you -- it's kind of in shorthand. Can
19  you tell us what that means?
20      A.   It means that she went to the office to
21  request for me to give her a prescription for her
22  Seroquel in addition to looking at her blood pressure
23  and other things.
24      Q.   Okay. And then on the Current Medications,
25  it lists Seroquel at 200 milligram tabs 3 PO QHS,
```

Page 19

```
 1  right?
 2      A.   Yes.
 3      Q.   Okay. What does "3 PO QHS" mean?
 4      A.   Three tablets of the 200-milligram Seroquel
 5  at bedtime.
 6      Q.   Okay. And that was the same as the
 7  prescription she was on when she came to visit you
 8  the first time, back on page 115, right?
 9           MR. DAVIDSON: Objection, form.
10      A.   It's the same.
11  BY MR. BRUDNER:
12      Q.   Okay. And then on the third page of that
13  document, page 107, under RX Order, it shows that you
14  wrote another prescription for Seroquel in the same
15  amount, the same prescription, right?
16      A.   Yes.
17      Q.   Let's turn to page 96.
18           Do you see that is an August 21st, 2007
19  visit?
20      A.   Yes.
21      Q.   Okay. And under the History of Present
22  Illness, it says in part that "Patient is in to get a
23  refill on her Seroquel for bipolar disorder and
24  anxiety"?
25      A.   Yes.
```

Page 20

```
 1      Q.   Okay. And then under Past Medical/Surgical
 2  History, it says, "Reported History: Reported
 3  medications: Taking high-risk medication for a long
 4  time."
 5           What does that mean?
 6      A.   This is the standard phrase that our
 7  software has where you put in a code or statement that
 8  a patient had been taking prescription medications for
 9  a long time that require close monitoring. This
10  particular statement is taken right out of the coding
11  book. That's what it says.
12      Q.   And which medication does it refer to?
13      A.   Xanax.
14      Q.   Not Seroquel?
15      A.   No.
16      Q.   Turn to page 87.
17           Do you see that's October 2nd, 2007 visit?
18      A.   Yes.
19      Q.   And if you turn to the second page under
20  the Assessment portion, do you see that one of the
21  assessments is that "Type II diabetes mellitus,
22  uncomplicated - uncontrolled"?
23      A.   Yes.
24      Q.   Does that mean you diagnosed
25  Ms. Harper-Howell with diabetes on this date?
```

Page 21

```
 1      A.   Yes.
 2      Q.   Okay. And under the Discussed portion just
 3  below, it says, "Education and instructions diabetes
 4  education, glucometer education and instructions,"
 5  right?
 6      A.   Yes.
 7      Q.   And what does that mean?
 8      A.   We discussed the new diagnosis of diabetes,
 9  its pathophysiology, treatment, implications,
10  complications potentially, and we gave her a referral
11  for a diabetic education class at the hospital. We
12  gave her a glucometer and instructions how to procure
13  her supplies, showed her how to use it.
14      Q.   Okay. And under RX Order, I noticed that
15  you added phentermine. Is that correct?
16      A.   Yes.
17      Q.   And what is phentermine?
18      A.   Phentermine is a medication to help a
19  patient lose weight.
20      Q.   Why did you add that?
21      A.   At her request.
22      Q.   Did it have anything to do with the new
23  diagnosis of diabetes?
24      A.   Probably.
25      Q.   And why do you say that it probably did?
```

Ramon Cruz, M.D.

Page 82

1 diabetic meds, patient states it is making her sick,
2 says she feels nauseated, upset stomach, reflux acting
3 up." S-O-B?
4     A.   Shortness of breath.
5     Q.   Shortness of breath.  Okay.
6          What was the diabetic medication she was
7 taking at that time?  Metformin?
8     A.   Metformin.
9     Q.   Okay.  Is it listed as a current medication
10 here?
11    A.   It doesn't say on this particular list.
12    Q.   Okay.  Okay, but that was the medication
13 you were prescribing for her?
14    A.   Yes.
15    Q.   Under "Current Medications" it also lists
16 Geodon, but it doesn't indicate that she has any pills
17 left to take, right?
18    A.   She merely reported that, yes.
19    Q.   Okay.  And Geodon; do you see that?
20    A.   Yes.
21    Q.   Did you ever prescribe Geodon for her; do
22 you recall?
23    A.   No.
24    Q.   What is Geodon?
25    A.   It's for schizophrenia primarily.

Page 83

1     Q.   Okay.  There is also a note that she needs
2 a refill on Xanax.  Says, "she did get one from
3 Dr. Moolamalla on the 12th of this month, but she
4 states it got stolen while she was in UBH."  Do you see
5 that?
6     A.   Yes.
7     Q.   And then if you flip to the last page,
8 there is a sentence, "she must bring back signed
9 statement before I can refill the Xanax."  Do you see
10 that?  It's under the Therapy heading.
11    A.   Yes.
12    Q.   Why would she be required to have a signed
13 statement before you could refill her Xanax?
14    A.   For liability issues.
15    Q.   And what do you mean by that?
16    A.   Well, I don't want to be prescribing a
17 patient another prescription of Xanax if in fact they
18 still have it.  But if they say that it was lost and
19 stolen, if the patient said that, that could be a
20 reasonable thing to do.
21    Q.   But, again, it's a situation where you are
22 relying on her to tell you the truth about her
23 medications; is that fair?
24    A.   Yes, we expect our patients to be truthful
25 all the time.

Page 84

1     Q.   Okay.  Doctor, I want to move ahead to your
2 next appointment with her -- actually, Doctor, sorry.
3 Before we leave that one, if you haven't moved past
4 that, what was her weight on that as of March 2008?
5     A.   204 pounds.
6     Q.   Okay.  Again, consistent with what her
7 weight was the first time you saw her, right?
8     A.   Yes.
9     Q.   Let's go ahead then to the page that is
10 Bates labeled 62, your visit with her in June of 2008.
11    A.   Yes.
12    Q.   And you were asked some questions about
13 this earlier.  On the third page of this record that is
14 Bates labeled 64, the Assessment section refers to
15 "Diabetic polyneuropathy"?
16    A.   Yes.
17    Q.   Do you have any understanding about how
18 long it usually takes for patients who are a diabetic
19 to evidence neuropathy as a complication of diabetes?
20    A.   It's variable.
21    Q.   It varies?  Okay.
22         Did you -- do you recall if you ever sent
23 her to a neurologist to determine whether her
24 complaints were actually diabetic neuropathy?
25    A.   No.

Page 85

1     Q.   Okay.  You don't recall, or you never did
2 refer her?
3     A.   I don't -- I don't recall.
4     Q.   In other words, do you know if she ever had
5 a nerve conduction test?
6     A.   I don't recall.
7     Q.   Okay.  During the time that you have been
8 treating Ms. Howell and since she has been diagnosed
9 with diabetes, have you referred her to any eye doctors
10 for periodic eye exams?
11    A.   I would have done that.
12    Q.   This record describes her Type II diabetes
13 mellitus as "uncomplicated" and "uncontrolled."
14         Let me ask you about "uncomplicated" first.
15 What does that mean?
16    A.   No other -- no other symptoms as a result
17 of the disease itself.
18    Q.   Okay.  And what does "uncontrolled" mean?
19    A.   Not within the hemoglobin A1C goal of 6.5
20 or less.
21    Q.   Okay.  What are some steps that patients
22 can take to help get their diabetes under control?
23    A.   Adhere as close as possible to the
24 recommended diabetic diets, take their medications as
25 instructed, and go to the appropriate weight, and a

Page 86

1  reasonable amount of exercise.
2      Q.   Is exercise something you discussed with
3  Ms. Harper-Howell?
4      A.   I would have done that, especially with her
5  weight loss program.
6      Q.   Okay. What do you mean, "with her weight
7  loss program"?
8      A.   We put her on phentermine at some point to
9  help her lose weight.
10     Q.   Do you recall her ever telling you whether
11 she was exercising regularly or not?
12     A.   Not regularly.
13     Q.   Okay. Has she recently told you she's
14 begun exercising?
15     A.   Yes.
16     Q.   In this calendar year, 2010?
17     A.   Yes, as of the last visit.
18     Q.   As of the last visit she told you she'd
19 been exercising?
20          Okay. You are looking at Exhibit 4?
21     A.   Yes.
22     Q.   Okay. And that's your visit with
23 Ms. Harper-Howell just three days ago?
24     A.   Yes.
25     Q.   On this visit, did she tell you that she

Page 87

1  had been exercising?
2      A.   She would have probably told me that
3  because she's been trying to lose weight, and she lost
4  14 pounds.
5      Q.   And what was her weight on that visit?
6      A.   212.
7      Q.   Okay. And that was after she said she had
8  lost 14 pounds?
9      A.   Yes.
10     Q.   Is there any mention in this record from
11 your most recent visit with Ms. Harper-Howell of
12 diabetic neuropathy?
13     A.   She did not mention that.
14     Q.   And her diabetes mellitus is still
15 described as "uncomplicated"?
16     A.   Yes.
17     Q.   And under the Family History section, does
18 it indicate that she has a family history of diabetes?
19     A.   No.
20     Q.   Okay, Doctor, I want to call your attention
21 to Exhibit 2, Bates label 56, your appointment with her
22 in June of 2008.
23     A.   56.
24     Q.   Are you with me? Do you see the visit on
25 June 19, 2008?

Page 88

1      A.   Yes.
2      Q.   And what was the purpose of this visit?
3      A.   Follow-up of lab results.
4      Q.   What did those lab results show according
5  to this record?
6      A.   We have to go to that record.
7      Q.   Okay. It indicates there in your notes,
8  "Patient here for follow up on bloodwork results
9  showing elevated triglycerides"?
10     A.   Yes.
11     Q.   Was this during a time period where she was
12 taking Seroquel?
13     A.   It was stopped at a particular point. I
14 believe -- refresh my memory, was that December of '07?
15     Q.   I believe it was late February or early
16 March of 2008.
17     A.   So June of 2008, that would have been the
18 period that she was off her Seroquel, based on her
19 statement.
20     Q.   Okay. Under the Family History section of
21 this record, what does it say?
22     A.   "Diabetes."
23     Q.   And does that indicate that she reported to
24 you or someone in your office on this date that she had
25 a family history of diabetes?

Page 89

1      A.   Yes.
2      Q.   Does it also indicate that she reported a
3  family history of hyperlipidemia?
4      A.   Yes.
5      Q.   Okay. And then also esophageal reflux?
6      A.   Yes.
7      Q.   And what was her weight on this visit?
8      A.   210 pounds.
9      Q.   Okay. And then, Doctor, just to be
10 complete, let's go to the next record, July 17, 2008.
11     A.   Yes.
12     Q.   Okay. And what was her weight reading on
13 this visit?
14     A.   207 pounds.
15     Q.   During the time you have been seeing
16 Ms. Howell, has your practice of taking weights changed
17 at all? In other words, is it mechanically done the
18 same way with having patients stand on an electronic
19 scale?
20     A.   Yes.
21     Q.   Okay. It's been the same way since October
22 of '06 all the way through the present?
23     A.   Yes.
24     Q.   Do your records indicate that she
25 experienced a 50-pound weight gain between 2007 and