# Exhibit 6

May 12, 2010

Re: Kendra Gail Harper-Howell

I have been asked to review the medical records pertaining to the above noted individual and assess the relationship, if any, between ingestion of Seroquel and the development of diabetes and the impact of this disease on this individual.

Prior to my being asked to review this case, in the course and scope of my clinical practice and work at the Joslin Diabetes Center, I became familiar through review of the literature and interactions with colleagues that Seroquel can cause diabetes. I was aware of this association long before I was asked to consult in this litigation, having conducted numerous hours of literature research over the years on the subject of diabetes and through my interaction with colleagues in my clinical practice as an Endocrinologist and my role as a Senior Physician at the Joslin Diabetes Center and at meetings and seminars I attended over the years.

In forming my opinions in this case I used methodology consistent with that which I utilize in my clinical practice and which I teach to students and applied the same, generally accepted causality criteria (Bradford Hill epidemiologic criteria) to my analysis that physicians are taught and trained to utilize in clinical practice. I reviewed available medical records and medical history of the patient and also conducted an interview with the patient during which I obtained information about risk factors, lifestyle, weight patterns, current condition and treatment. I then considered the patient's individual risk factors, which ones were present at various points in the patient's clinical course and went through the process of ruling in and out various risk factors as potentially causal of the patient's diabetes. I reviewed the laboratory testing to analyze glucose, Hemoglobin A1C and lipid levels both prior and subsequent to initiation of Seroquel and considered the pattern and evolution of this patient's lab profiles and compared them to the typical natural progression of Type 2 Diabetes. I then performed a differential diagnosis utilizing all the data I had collected as I do in my clinical practice in the course of forming my opinions in patients for whom I am a treating physician, and also patients presented at medical presentations during which medical history and clinical course is presented and the patients' diagnosis and treatment are analyzed and discussed amongst colleagues. In addition, while I had already reviewed numerous medical and scientific articles pertaining to atypical antipsychotic medications over the years in the scope of my clinical practice, once asked to evaluate this case I conducted my own literature search and reviewed the relevant medical and scientific literature, much of which I was already familiar with, and incorporated that into my analysis. In reviewing the literature I considered the consistency of the findings, whether there was evidence of biologically plausible mechanisms whereby ingestion of Seroquel can cause diabetes in humans, dose-response, duration of use, experimental evidence in the animal studies, and the temporality of the exposure in relation to the timing of diagnosis and whether this was consistent with the typical natural progression of Type 2 diabetes.
The literature shows a clear and statistically significant link between Seroquel ingestion and the onset of Type 2 Diabetes and multiple mechanisms whereby this can occur in

various patients. While there is also literature that does not show an association, as is frequently the case with drug-induced diseases, I examined the weight of the evidence, the quality of the studies, the presentations of the study patients compared to Ms. Harper-Howell, and also the current labeling for the product, which led me to the conclusion that Seroquel can cause changes in the human body that result in the development of Type 2 Diabetes and did cause such changes in Kendra Harper-Howell. I factored in my education, training, extensive experience, considered the peer-reviewed medical and scientific literature and the current Seroquel labeling and then formulated my opinions based on the weight of the evidence.

I have also reviewed the expert opinions of William Wirshing, Laura Plunkett and Donna Arnett and agree with and adopt their opinions and the basis thereof regarding the effects of Seroquel on glucose metabolism and obesity and the multiple mechanisms whereby Seroquel can induce changes in insulin resistance and precipitate diabetes.

Qualifications of Kenneth J. Snow, MD:

My full curriculum vitae is attached. In summary, I obtained my bachelor's degree from the Massachusetts Institute of Technology in 1982. I then attended Johns Hopkins Medical School and graduated in 1986 with my M.D. degree. I did my internship and residency training in internal medicine at Northwestern Memorial Hospitals in Chicago completing my training in 1989. I did my fellowship in Endocrinology at Tufts New England Medical Center hospitals and completed that training in 1992. I obtained my MBA from the University of Massachussets in 2007. I am Board Certified in Internal Medicine and in Endocrinology, Diabetes and Metabolism. I am an Assistant Professor of Clinical Medicine at Harvard Medical School. I am a Fellow of the American College of Endocrinology.

I worked as an endocrinologist for one year at Tufts New England Medical Center Hospitals and then worked in private practice for one year before joining the Joslin Diabetes Center in 1994. I've been at the Joslin Diabetes Center ever since. Thus, the focus of my career as a physician for the past 20 years has been on the diagnosis, care, treatment and research of diabetes. The Joslin Diabetes Center is a multispecialty clinic devoted to the care of people with diabetes as well as research in the field of diabetes. The Joslin Diabetes Center is the oldest and largest center devoted to the care of people with diabetes in the country.

Initially, I worked at a satellite center in Peabody, Massachusetts - a suburb north of Boston. I was promoted to assistant medical director and to medical director. In this role I had clinical responsibilities treating patients with diabetes. In addition, I also had administrative duties which included the oversight of the other physicians at the center and the clinical care that was provided by all.

After that satellite was closed, I rejoined the staff at the Joslin Diabetes Center in Boston. I had an active clinical practice in the care of patients with diabetes and in addition have a specialty interest in erectile dysfunction, a common complication of diabetes. I

eventually became the Associate Chief of the Adult Diabetes section and from 2004 to 2009 served as the Acting Chief of the adult diabetes section. The adult diabetes section of the Joslin Diabetes Center has 26 physicians seeing over 35,000 patients with diabetes each year. I continued to keep an active practice while serving as the Acting Chief and in addition also had administrative duties which included the review of the quality of care provided by physicians in the adult diabetes section as well as issues regarding efficiency and productivity.

I have participated as a Clinical Investigator in research pertaining to Diabetes and am currently serving as a Co-Investigator in a project for the American Heart Association investigating glycemic control to prevent cardiac morbidity in diabetes undergoing peripheral vascular bypass surgery. In addition I have published on the subject of diabetes and given numerous grand round and lectures to peers and medical students, residents and fellows on the various aspects of diabetes. The lectures and training I have given to medical and scientific colleagues, medical students, residents and fellows incorporate the scientific reasoning and methodology I apply in my clinical practice regarding the analysis of the risks of diabetes, the natural progression and prevention of diabetes, consequences and long term prognosis of patients with diabetes. I have utilized the same scientific principles in my analysis of this case as described below.

Current Practice:

I continue to see patients with diabetes as part of my clinical practice. Approximately 20% of my time is spent in a clinical role which includes evaluating the patient's risk factors for diabetes, confirming the diagnosis of diabetes, identifying the type of diabetes that the patient may have (type 1 versus type 2), initiating treatment regimens, assessing the adequacy of diabetes treatment and adjusting therapy as needed, and the identification and prevention of complications associated with or caused by diabetes.

The remaining 80% of my work effort is within the Strategic Initiatives division of the Joslin Diabetes Center as a Senior Medical Adviser. The Strategic Initiatives division leverages the knowledge and expertise of the Joslin to improve the care of people with diabetes worldwide.

One of my major roles as a Senior Medical Adviser at the Joslin Diabetes Center is within our section of continuing medical education (CME). The Joslin Diabetes Center produces hundreds of continuing medical education programs including live events and enduring materials - both electronic as well as print. My role within the CME section is to identify gaps in knowledge and skill among physicians and others who take care of people with diabetes, create content for continuing medical education programs and to assist in producing these programs. This content includes but is not limited to the risk factors for the development of diabetes, the diagnosis and the treatment of diabetes.

Another major part of my work is within our affiliated centers section. The Joslin Diabetes Center has 26 affiliated centers across the United States as well as 2

international centers. My role within the affiliated centers section includes traveling to the centers to review the care provided to patients making sure that they meet acceptable Joslin standards of practice and if these standards are not being met, then to assist in creating a remediation plan to bring the quality of care to a level that meets Joslin expectations.

Finally, the strategic initiatives division also contracts with a number of healthcare entities who touch the lives of people with diabetes. These entities may require educational materials, staff training or assistance in disease management programs. My role is to provide diabetes expertise to meet their particular needs.

Thus, based on my education, training, and extensive experience, both nationally and internationally, as faculty at one of the largest and most respected Diabetes Centers in the nation I am qualified and have special expertise in the risk factors for and causes of diabetes, the diagnosis of, care and treatment of diabetes as well as the complications, associated cost and burden of this disease on individuals and on society.

Diabetes:
Diabetes mellitus is a disease that affects the ability of the body to utilize glucose. There are two major forms of diabetes - type 1 diabetes and type 2 diabetes. Patients with type 1 diabetes cannot produce insulin while patients with type 2 diabetes are resistant to its action. Glucose is a major fuel for the human body and is needed to live. Insulin is a hormone that is produced in the pancreas that is needed for cells to take up glucose. In the absence of insulin or if a person is resistant to the action of insulin, glucose is not readily taken up by cells and used for energy. Chronically elevated blood glucose can lead to blindness, kidney failure, loss of nerve function and significant vascular disease including heart attacks, strokes and amputation. In the short-term, very high levels of glucose can lead to coma and death.

People who are resistant to the action of insulin are at greater risk of developing Type 2 diabetes. Obesity, sedentary lifestyle and a genetic predisposition are risk factors for insulin resistance. In response to the insulin resistance, the body produces an increased amount of insulin to overcome the resistance and maintain blood glucose levels in the normal range. Over the course of time, some people begin to produce less insulin and are not able to produce enough insulin to overcome the insulin resistance. Blood glucose levels begin to climb. Levels between 100 and 125 mg/dl reflects impaired glucose tolerance or "prediabetes". A fasting blood glucose level greater than or equal to 126 mg/dl or a nonfasting level of > 200 mg/dl makes a diagnosis of diabetes. Average blood glucose levels can be assessed using the HgbA1c test. This test measures the average blood glucose level over the prior 2-3 months. In addition to giving information on average blood glucose levels, the test can also be used to diagnose abnormal levels of glucose. A result of 5.7-6.4% reflects impaired glycemic control and a level of 6.5% or greater diagnoses diabetes. The natural progression of Type 2 Diabetes is for the gradual development of mild elevations in glucose with gradual increase in the level of abnormality over a period years and then the subsequent diagnosis of diabetes.

Diabetes is a serious disease which can, even with treatment, lead to complications of virtually every major organ system in the body including cardiovascular, renal, neurologic and ophthalmic complications as noted above. For this reason patients with diabetes require lifelong and frequent monitoring including daily glucose testing, physical examination for complications, diagnostic testing and treatment. Diabetes significantly increases the need for and cost of medical care in an individual and also increases a patient's risk of need for surgery, hospitalization and disability. Diabetes can also result in loss of productivity and increased absenteeism from work.

Seroquel and Type 2 diabetes:

Numerous studies have shown an increased risk of developing diabetes in people who take various second generation antipsychotic agents including quetiapine.[1,2,3,4,5,6,7,8] These studies involve the use of database analysis, large retrospective cohort studies, retrospective case controlled trials, as well as cross sectional studies involving the comparison of one agent versus another. The sum total of the scientific evidence supports a clear causal link between certain second generation antipsychotic agents, including quetiapine, and diabetes with or without weight gain, though the literature supports a clear causal link that quetiapine can cause weight gain, especially in the first few months of treatment (Bowden 2005; Calabrese 2005).

Both in vitro and in vivo animal studies exist that support this causal link that is seen in human beings. These studies have begun to explain the mechanisms that can lead to hypoglycemia and diabetes in humans taking quetiapine. As discussed above, it is known that people who develop type 2 diabetes are resistant to the action of insulin. This insulin resistance is a reflection of the fact that insulin is less effective at facilitating the transport of glucose into cells. Ardizzone et. al. showed that in the presence of risperidone and clozapine certain cell lines in vitro were less able to transport glucose into cells.[9] Vestri et. al. demonstrated that numerous antipsychotic drugs, including quetiapine, impaired the insulin-responsive glucose transport system. This finding proved that some of the second generation antipsychotics directly induce insulin resistance.[10] These effects may partially explain increased rates of insulin resistance and diabetes associated with some of the second-generation antipsychotics.

Dwyer and Donohoe investigated the development of hypoglycemia in mice. In their study they used various second generation antipsychotic agents, including quetiapine, to induce hyperglycemia. They found that there was a strong correlation between the ability of a drug to inhibit glucose transport in vitro and its ability to induce hyperglycemia in mice. They also found that the drugs that were able to induce hyperglycemia in mice correlate well with those agents that have been reported to produce hyperglycemia and diabetes in human beings.[11]

Given an increase in insulin resistance, it is not surprising that fasting blood glucose levels are not a sensitive measure to detect the effects of quetiapine on glucose homeostasis. As discussed above, in response to an increase in insulin resistance the

body will naturally produce more insulin with the goal of maintaining normal glucose levels. Only later, when the body is not able to produce enough insulin to overcome this insulin resistance will fasting blood glucose levels begin to climb and a diagnosis of diabetes will be able to be made. Insulin resistance would be a better marker to measure. Unfortunately, there is no easy way to measure insulin resistance in a clinical setting outside of a research study. Therefore, it is not surprising that there can be a delay from the time of initiation of therapy with quetiapine and the development of Type 2 diabetes.

Analysis of the development of Type 2 diabetes in Kendra Gail Harper-Howell:

Kendra Gail Harper-Howell is a 40 year old divorced Caucasion woman with no personal or family history of diabetes with a history of mental illness dating back to approximately 1989 following a rape incident. Her risk factor profile was minimal prior to Seroquel ingestion with hypertension as her only documented risk factor. She is Caucasian which rules out ethnicity as a risk factor. Her weight profile placed her in the "overweight" category by BMI calculations. She did not fall into the "obese" category prior to Seroquel based on available medical records. Her BMI on 3-11-02, approximately 1 month prior to starting Seroquel was 29 (height 5' 6", weight 180 lb.). She was 32 years old at this visit. On 11-15-01 her weight was also recorded at 180 lb. Previous weights show a weight at age 19 of 160 lb (on 11-20-89) and 171 lb on 4-28-92. As such, her weight profile does not demonstrate any rapid significant weight gain outside her pregnancies. Of note is that she delivered children in 1993 and 1997 and neither pregnancy was complicated either by gestational diabetes or macrosomia (large birth weight). Her lipid profile on 3-7-02 included a normal cholesterol level with a borderline triglyceride level of 177 on a non-fasting study. There is no diagnosis of hyperlipidemia prior to Seroquel therapy. Thus, it is my opinion that her risk factor profile placed her at low risk for developing diabetes prior to Seroquel exposure. Having interviewed Ms. Harper-Howell and reviewed available medical records, I ruled out other risk factors as potentially causal of her diabetes including family history, ethnicity, hyperlipidemia (her cholesterol was normal and triglycerides borderline 1 month prior to initiation of Seroquel), gestational diabetes, obesity although she was overweight (her weight at initiation of Seroquel was 180 lb which at 5' 6" gives her a BMI of 29 which is in the overweight but not obese category).

On April 8th, 2002 she was started on Seroquel. Prior to initiating Seroquel therapy she had no known history of diabetes nor gestational diabetes. In fact, she had numerous blood glucose levels assessed prior to starting Seroquel and all showed no evidence of either diabetes or impaired glucose tolerance. These results are:

| Date | Blood glucose |
|---|---|
| 5/4/92 | 82 (drawn at 9 a.m.) |
| 9/6/97 | 89 (drawn at 5:06 p.m.) |
| 8/3/00 | 88 (drawn at 1 p.m.) |
| 2/22/01 | 98 (fasting – drawn at 9:50 a.m.) |
| 6/4/01 | 98 (drawn at 1:15 p.m.) |
| 3/7/02 | 114 (drawn at 11:25 a.m.) |

| | |
|---|---|
| 3/11/02 | 95 (drawn at 10 a.m.) |
| 3/13/02 | 98 (drawn at 4:45 a.m.) |
| 7/12/02 | 88 (drawn at 4:42 p.m.) |

While only one of these results is specifically noted to be fasting, the fact that most of the results are drawn at times that make them likely not fasting does not prevent their use is assessing the absence of diabetes. Since nonfasting blood glucose levels will be higher or at least equal to fasting levels, the absence of elevated blood glucose levels in the nonfasting state makes the likelihood of diabetes being present even less likely than if the readings were all based on fasting results. It also indicates she was not in a pre-diabetic state at the time Seroquel was initiated.

The next blood glucose that Ms. Harper-Howell had performed was on March 22, 2004. This result, 23 months after starting Seroquel therapy, revealed a fasting blood glucose level of 137 mg/dl – consistent with the presence of diabetes. Her triglycerides had increased as well to 227. The natural progression to Type 2 diabetes involves a gradual onset of mildly increased glucose levels (pre-diabetes) over a period of years and then the diagnosis of Type 2 diabetes. In the situation of Ms. Harper-Howell, she had years worth of normal glucoses in both the fasting and non-fasting state and then 23 months after initiation of Seroquel demonstrates a blood sugar consistent with the presence of diabetes. This is atypical of the natural progression and typical clinical course seen in Type 2 diabetes which supports my opinion that the Seroquel exposure was the most likely cause of Ms. Harper-Howell developing diabetes.

Subsequent testing in 2004-2006 revealed blood glucose values higher than her pre-Seroquel results. These include:

| | |
|---|---|
| 5/20/04 | 101 (drawn at 11:46 a.m.) |
| 2/10/05 | 130 (drawn at 8:40 a.m.) |
| 6/28/06 | 152 (drawn at 10:09 a.m.) |
| 10/16/06 | 136. (drawn at 12:16 a.m. – HgbA1C drawn at 12 a.m. was 6.8) |

The last 3 of these results are consistent with a diagnosis of diabetes if performed while fasting. Since the record does not clearly identify the results as fasting or not, these results might reflect a diagnosis of diabetes or could reflect an elevation due to timing after a meal. A HgbA1c test also done on October 16, 2006 had a result of 6.8%. This test is elevated and consistent with a diagnosis of diabetes. I must note that at the time the test was performed, HgbA1c was not recognized as a tool to diagnose diabetes. Nonetheless, the test does reflect an elevation in average blood glucose and as a result is now recognized as diagnosing diabetes when elevated to this level. Therefore, this test can be used to demonstrate the presence of diabetes as of October 16, 2006.

Further blood glucose levels measured in 2007 revealed:

| | |
|---|---|
| 2/10/07 | 157 (drawn at 4:20 p.m.) |
| 6/15/07 | 91 (drawn at 8:40 a.m.) |
| 9/21/07 | 203 (drawn at 10:15 a.m.) |

A HgbA1c was also performed at 12 a.m. on Sept 21, 2007 with a result of 7.1%. Based on the blood glucose value over 200 the patient was diagnosed with Type 2 diabetes.

Thus, while Ms. Harper-Howell was formally diagnosed with diabetes 5 years after initiating Seroquel there is evidence that her diabetes developed much sooner after initiating the drug and that this abnormal handling of glucose marked a dramatic change from her pre-Seroquel state.

Ms. Harper-Howell's weight at baseline prior to initiation of Seroquel was 180 lb with a BMI of 29 (on 3-11-02). Weight recorded on 7-16-02 was 199 lb which reflects a 19 lb weight gain in 4 months with elevation to a BMI of 32.1, which would place her in the category of obese. Studies have demonstrated that "Recent weight gain significantly increased the risk of Impaired Glucose Tolerance independent of current BMI" (Black, et al 2005) and that Seroquel can result in weight gain within the first few months of therapy (Bowden 2005; Calabrese 2005).This rapid weight gain in a short period is not evident at any time prior to Seroquel ingestion in the available medical records (absent pregnancy) but is consistent with patients described in the peer-reviewed literature regarding Seroquel which supports my opinion that Seroquel was the substantial contributing factor in the weight gain and resultant obesity in Kendra Harper-Howell that increased the risk of her developing diabetes and ultimately resulted in that diagnosis.

Summary of Opinions:

Seroquel is capable of causing diabetes and there are several biologically plausible mechanisms whereby Seroquel can induce physiologic changes that result in diabetes as supported by the published medical and scientific literature.

Ms. Harper-Howell had no history of diabetes prior to initiating Seroquel therapy and was at low risk for developing this disease based on her risk factor profile as noted above. Several blood glucose measurements performed prior to initiating Seroquel therapy were all normal with no evidence of either diabetes or impaired glucose tolerance. Having interviewed Ms. Harper-Howell and reviewed available medical records, I ruled out other risk factors as not potentially causal of her diabetes including family history, ethnicity, hyperlipidemia (her cholesterol was normal and triglycerides borderline1 month prior to initiation of Seroquel), gestational diabetes, and obesity (her weight at initiation of Seroquel was 180 lb which at 5' 6" gives her a BMI of 29 which is in the overweight but not obese category).

Ms. Harper-Howell actually had an elevated fasting glucose level consistent with the diagnosis of diabetes 23 months after initiating Seroquel therapy although she was not formally diagnosed with diabetes until October 2007. This rapid onset of elevated fasting glucose levels 23 months after starting Seroquel and 20 months after the last normal glucose level is inconsistent with the natural history and progression of Type 2 Diabetes absent Seroquel ingestion, which supports my opinion that Seroquel, a known risk factor

for Type 2 Diabetes, was the likely cause of Ms. Harper-Howell's diagnosis of diabetes in October 2007.

Ms. Harper-Howell had an elevated HgbA1c level 4 years after initiating Seroquel therapy which is diagnostic for Type 2 diabetes. It is my opinion that but for Seroquel ingestion, it is statistically unlikely that she would have developed diabetes at this juncture. The Diabetes Prevention Program (DPP) supports this opinion. The DPP was a multi-center trial sponsored by the National Institutes of Diabetes and Digestive and Kidney Diseases (NIDDK) which examined the ability of an intensive lifestyle or metformin to prevent or delay the development of diabetes in a high risk population due to the presence of impaired glucose tolerance (IGT). The study participants were defined as "high risk" for developing diabetes as all enrolled patients already had impaired glucose tolerance (pre-diabetes) and obesity as risk factors. Also, 50% of the enrolled patients had ethnicity as an additional risk factor. Every one of the patients in the DPP were at higher risk for developing diabetes than Kendra Harper-Howell. The results of the Diabetes Prevention Program demonstrates an 11% conversion to diabetes per year in persons with obesity and pre-diabetes (patients at higher risk for diabetes than Kendra Harper-Howell) from the onset of the study. Ms. Harper-Howell is clearly diabetic 4 years after her exposure to Seroquel began. Based on these statistics from the NIDDK study and the known natural progression and typical clinical course of Type 2 diabetes, it would be unlikely that she would have developed diabetes absent Seroquel ingestion in the time frame in which it occurred in this case based on her underlying risk factor profile. Her clinical course and time progression to Type 2 diabetes after exposure to Seroquel supports my opinion that Seroquel was the substantial contributing factor, in other words a cause, of her diabetes and that the other risk factors were unlikely to have caused her diabetes.

Thus, based on my education, training, experience, review of the relevant medical and scientific literature, consideration, review and analysis of Ms. Harper-Howell's risk factor profile and medical history, ruling out other risk factors, and utilizing accepted scientific methodology in conducting my analysis and synthesis of available data and information, the weight of the evidence supports my opinion that Seroquel can cause diabetes and was the substantial contributing factor in Ms. Harper-Howell developing diabetes.

My opinions as stated in this report are stated to a reasonable degree of medical certainty.

My current CV is attached as is my reference list of materials, fee schedule and list of testimony.

I utilized information from the above records in combination with my training and expertise in the field of Endocrinology and Diabetes in forming my opinions. I reserve the right to review other materials, literature and reports submitted by other experts in this litigation.

Respectfully submitted,

*[signature]*

Kenneth J Snow, MD

---

[1] Buse JB, et. al. A retrospective cohort study of diabetes mellitus and antipsychotic treatment in the United States. J Clin Epid. 2003;56:164-70.

[2] Citrome L, et al. Relationship between antipsychotic medication treatment and new cases of diabetes among psychiatric inpatients. Psychiatric Services. 2004;55:1006-13.

[3] Dumouchel W, et. al. Antipsychotics, glycemic disorders, and life threatening diabetes events: A Bayesian data-mining analysis of the FDA Adverse Events Reporting System (1968-2004). Ann Clinic Psych. 2008:20:21-31.

[4] Guo JJ, et. al. Risk of diabetes associated with atypical antipsychotic use among patient with bipolar disorder: A retrospective, population-based, case-control study. J Clin Psychiatry. 2006;67:105561.

[5] Kornegay C, et. al. Incident diabetes associated with antipsychotic use in the United Kingdom General Practice Research Database. J Clin Psychiatry. 2002;63:758-62.

[6] Lambert BL, et al. Diabetes risk associated with use of olanzapine, and risperodone in Veterans Health Administration patients with schizophrenia. Am J Epidemiol. 2006;164:672-81.

[7] Sacchetti F, et. al. Incidence of diabetes in a general practice population: a database cohort study on the relationship with haloperidol, olanzapine, risperidone or quetiapine exposure. Intern Clin Psychopharm. 2005;20 33-7

[8] Sernyak MJ, et al. Association of diabetes mellitus with use of atypical neuroleptics in the treatment of schizophrenia. Am j Psychiatry. 2002;159:561-6.

[9] Ardizzone TD, et al. Inhibition of glucose transport in PC12 cells by the atypical antipsychotic drugs risperidone and clozapine, and structural analogs of clozapine. Brain research. 2001;923:82-90.

[10] Vestri HS, et al. Atypical antipsychotic drugs directly impair insulin action in adipocytes: effects on glucose transport, lipogenesis, and antilipolysis. Neuropsychopharmacology. 2006; 1-8.

[11] Dwyer DS and Donohoe D. Induction of hyperglycemia in mice with atypical antipsychotic drugs that inhibit glucose uptake. Pharmacology, Biochemistry and Behavior. 2003;75:255-60.

12. Black E. et. al., "Long-term influences of body-weight changes, independent of the attained weight, on risk of impaired glucose tolerance and Type 2 diabetes." Diabetic Medicine,22, 1199–1205, 2005