# Exhibit 7

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to:

Harper-Howell v. AstraZeneca LP, et al.
      -cv-00622

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

KENDRA HARPER-HOWELL

FEBRUARY 22, 2010

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    ORAL DEPOSITION of KENDRA HARPER-HOWELL, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and -numbered cause on the 22nd of February, 2010, from 10:22 a.m. to 3:22 p.m., before Melisa Duncan, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Baker Botts, 2001 Ross Avenue, Suite 600, Dallas, Texas, in accordance with the Federal Rules of Civil Procedure and agreement hereinafter set forth.

Page 14

1   A.  Yes, it helps out but there's times that I
2   don't have my check, and I needed -- my medicine runs out
3   and I have to go and they have a co-pay and sometimes I
4   have to go without my medicine until I get my check.
5   Q.  Before you were getting some assistance from
6   the government for your health care for prescriptions, did
7   you ever have times when you couldn't afford your
8   medication?
9   A.  Yes.
10  Q.  And what did you do during those times?
11  A.  Went to churches and -- to see if they could
12  help me.
13  Q.  Okay.  Were there ever times when you weren't
14  able to --
15  A.  Yes.
16  Q.  -- get your medication?
17  A.  Yes.
18      MR. BLIZZARD:  Try to wait until he
19  finishes --
20      THE WITNESS:  I'm so sorry.
21      MR. BLIZZARD:  -- his question.
22  Q.  (BY MR. DAVIDSON) That's all right.  We're
23  having a good conversation, but it's tough for the court
24  reporter.
25  A.  I'm so sorry.

Page 15

1   Q.  How did you get to the deposition today?
2   A.  I rode with my attorney, Mr. Blizzard.
3   Q.  Do you drive yourself?
4   A.  Yes.
5   Q.  And you have a driver's license?
6   A.  (Witness nods head.)
7   Q.  If you need to get to a doctor's office do you
8   drive yourself there?
9   A.  Sometimes my dad takes me.
10  Q.  Does your father live with you?
11  A.  No.
12  Q.  And do you keep track of all your own
13  appointments or do you have somebody who helps you with
14  that?
15  A.  My dad helps me.
16  Q.  What if you had a problem with one of your
17  medications who would you talk to about that?
18  A.  I would call the doctor or the pharmacy.
19  Q.  Is there anybody -- would you talk with your
20  father about that?
21  A.  Uh-huh.
22  Q.  Is that yes?
23  A.  Yes.  Yes.
24  Q.  And do you take all of your medication every
25  day?

Page 16

1   A.  Yes.
2   Q.  There's some medications you take more than
3   once a day?
4   A.  Yes.
5   Q.  Who else lives with you?  Do your children live
6   with you?
7   A.  Uh-huh.
8   Q.  Yes?
9   A.  Yes.  Sorry.
10  Q.  How old are your children?
11  A.  My daughter is 16 and my son is 12.
12  Q.  And have they always lived with you?
13  A.  Yes.
14  Q.  Do you have any other children?
15  A.  No.
16  Q.  Besides your father, do you have any other
17  relatives in the Denton area, North Texas?
18  A.  Yes.
19  Q.  And who else lives in the area?
20  A.  My sister.
21  Q.  What's her name?
22  A.  Katrina.
23  Q.  I'm sorry?
24  A.  Katrina.
25  Q.  Katrina.  Okay.

Page 17

1       Have you ever had a situation where a
2   court has declared that you were legally incompetent?  Do
3   you follow me?
4   A.  No.
5   Q.  Okay.  The court ever said that you weren't
6   capable of caring for yourself or for your children?
7   A.  No.
8   Q.  Okay.  Have you ever been committed into a
9   hospital involuntarily?
10  A.  No.
11  Q.  Okay.  Whenever you've gone into a hospital
12  you've gone there yourself and asked to be admitted?
13  A.  Right.  Yes.
14  Q.  Does anybody have any ability to make decisions
15  for you under a medical power of attorney?
16  A.  No.
17  Q.  What did you do to prepare for the deposition
18  today?
19  A.  I talked to my attorney, we went over some
20  stuff.  And we've met a couple of times, two Sundays in a
21  row and then on our way here today.
22  Q.  Okay.  You met this past Sunday?
23  A.  Uh-huh.
24  Q.  Just yesterday?
25  A.  Yes.

Page 42

1  prescriptions filled?
2     A.   A long time ago. It's -- I don't even know --
3  sure how many years ago. It's when my kids were babies.
4     Q.   Okay. Any other pharmacy you can remember
5  going to get a prescription filled?
6     A.   Huh-uh.
7     Q.   No?
8     A.   No. I'm sorry.
9     Q.   That's all right. Anyone in your family ever
10 been treated for elevated lipid levels?
11    A.   No.
12    Q.   Okay. Do you know what I mean or heard of
13 elevated lipid levels?
14    A.   I'm not sure. Could you explain?
15    Q.   That's fine. Have you ever heard of high
16 cholesterol?
17    A.   Yes.
18    Q.   Okay. Do you have high cholesterol?
19    A.   I did at one point.
20    Q.   You're currently being treated for high
21 cholesterol?
22    A.   No, not now.
23    Q.   Is anyone in your family, your father or
24 sister, ever treated for high cholesterol?
25    A.   No.

Page 43

1     Q.   What about for elevated glucose, high glucose?
2     A.   That's ...
3     Q.   Has anybody in your family ever been treated
4  for elevated glucose levels?
5     A.   Okay. Could you explain it to me?
6     Q.   Yeah. What about hyperglycemia, you've heard
7  of that?
8     A.   No.
9     Q.   Okay. No one in your family's been treated for
10 hyperglycemia?
11    A.   No.
12    Q.   What about low blood sugar, hypoglycemia?
13    A.   No.
14    Q.   Have you ever been treated for hyperglycemia?
15    A.   No.
16    Q.   Okay. What about diabetes, is there --
17         MR. BLIZZARD: Do you understand what
18 hyperglycemia is?
19         THE WITNESS: No.
20    Q.   (BY MR. DAVIDSON) We'll get there.
21         What about diabetes, you're being treated
22 for diabetes now?
23    A.   Correct, yes.
24    Q.   Has anybody in your family ever been --
25    A.   No.

Page 44

1     Q.   -- treated for diabetes?
2     A.   No.
3     Q.   Okay. When you go see a doctor, do you
4  sometimes fill out family history forms?
5     A.   Yes.
6     Q.   Okay. Have you ever told a doctor that you had
7  a family history of diabetes?
8     A.   No.
9     Q.   Has anybody in your family been treated for any
10 kind of mental illness?
11    A.   No -- well, I'm sorry. Yes, when my mother
12 passed away my dad had some problems.
13    Q.   Okay. Was he struggling with depression?
14    A.   Yes.
15    Q.   Anything besides depression?
16    A.   No.
17    Q.   Okay. Anybody in your family been diagnosed or
18 treated for bipolar disorder?
19    A.   No.
20    Q.   At the time you signed that plaintiff's fact
21 sheet there that I've got in front of you that's marked
22 Exhibit 2. Did you understand what you were signing?
23    A.   Yes.
24    Q.   Okay. And you wouldn't have signed something
25 like that unless you understood it, right?

Page 45

1     A.   Right.
2     Q.   Okay. If you could turn back to the first part
3  of that. Go to the second page. It asks your address and
4  you've given me that earlier, it's 1906 Bernard Street,
5  right?
6     A.   Yes.
7     Q.   And it listed here marital status that you had
8  a pending divorce and that's been completed, right?
9     A.   Uh-huh. Yes.
10    Q.   And if we go to the next page. It asks if
11 you've ever served in the military. And you never served
12 in the military, did you?
13    A.   No.
14    Q.   Did you ever apply to serve in the military?
15    A.   No.
16    Q.   It says here that you're home schooled for high
17 school and we talked about that, right?
18    A.   Yes.
19    Q.   Have you taken any kind of classes as part of
20 trying to get your GED?
21    A.   Yes, through the school system I have. I've
22 checked into it.
23    Q.   You taken classes or you've looked into the
24 possibility of taking classes?
25    A.   I've looked -- checked into the possibility,

Page 74

1  you?
2     A.  Dr. Cruz.
3     Q.  Besides adding metformin to the medications you
4  were taking did he take you off any medications?
5     A.  He tried another medication and it didn't work
6  and so then he put me on metformin.
7     Q.  Do you know the other medication?
8     A.  No, I'm not right off sure.
9     Q.  Did he tell you to stop taking any of the
10 medications that you had been taking before?
11    A.  No.
12    Q.  Did he tell you to stop taking Seroquel?
13    A.  When he found out that I had diabetes and
14 stuff, yeah, he took me off of it.
15    Q.  Okay.  He took you off --
16    A.  But not off -- not at first.  He didn't take me
17 off of it at first.  I got insurance and, you know, and
18 stuff I was able to go to the doctor I wanted to and then
19 I went to Dr. Cruz.  And I told him that I was pretty much
20 addicted to it.  And he -- he understood and he wanted me
21 to get some help to get off of it.
22    Q.  Okay.  Let me try to understand.  You told
23 Dr. Cruz that you were addicted to Seroquel?
24    A.  Yeah.
25    Q.  Okay.  And how did he respond to that?

Page 75

1     A.  He knew that I needed to get off of it.
2     Q.  Did he tell you why he wanted you to get off
3  Seroquel?
4     A.  Yes, because of my diabetes.
5         MR. DAVIDSON:  Just a couple more
6  questions and I think probably a good time for a break.
7         MR. BLIZZARD:  Sounds like they're ringing
8  the break bell.
9         MR. DAVIDSON:  Yeah.  Actually, let's take
10 a break there and then come back.
11        (Recess from 12:02 p.m. to 12:59 p.m.)
12    Q.  (BY MR. DAVIDSON) Ms. Howell, we took a break
13 for lunch.  We're back.  Are you ready to proceed?
14    A.  Yes, sir.
15    Q.  When we left we were talking about when you
16 were diagnosed with diabetes and Dr. Cruz diagnosed you;
17 is that right?
18    A.  Yes.
19    Q.  And he's one who prescribed metformin for you?
20    A.  Yes, sir.
21    Q.  And this was in October of 2002 -- I'm sorry.
22 October 2007?
23    A.  Yes.
24    Q.  Okay.  And I believe you also testified that
25 you told him that you were addicted to Seroquel, right?

Page 76

1     A.  I felt that I was.
2     Q.  Okay.  And why did you feel that?
3     A.  Because if I didn't have it and if the pharmacy
4  was closed -- because Drug Emporium they don't stay open
5  24 hours.  And if they were closed then I didn't make it
6  up there to get my medication, then I'd have to wait until
7  Monday.  And I -- when I would do that I couldn't eat,
8  couldn't sleep.  And I just felt like that -- I never had
9  addiction.  I really didn't -- didn't know what it was but
10 if that was then -- that's how I felt.
11    Q.  Okay.  You say you couldn't eat, what do you
12 mean?
13    A.  I didn't have an appetite.  I couldn't eat.
14    Q.  Did your anxiety level go up?
15    A.  Oh, yes.
16    Q.  Was Seroquel effective for you?  Did it treat
17 the symptoms that your doctor prescribed it to you for?
18    A.  No, not really.  I mean, I've got diabetes now.
19    Q.  Okay.
20        MR. DAVIDSON:  Objection, move to strike
21 as nonresponsive.
22    Q.  (BY MR. DAVIDSON) My question is:  Whether
23 Seroquel helped treat your symptoms of bipolar disorder?
24    A.  In the beginning it did.
25    Q.  Okay.

Page 77

1     A.  But then when I found this out -- I mean, I've
2  got diabetes now.  I'll have it the rest of my life.
3     Q.  Okay.
4         MR. DAVIDSON:  I'll move to strike the
5  nonresponsive portion there.
6     Q.  (BY MR. DAVIDSON) The -- when you first
7  started taking Seroquel what was the dosage you were on,
8  do you remember?
9     A.  No.
10    Q.  Okay.  And which doctor is the one that
11 prescribed it for you?
12    A.  Dr. Vyas.
13    Q.  You took Seroquel for nearly seven years?
14    A.  Yes.
15    Q.  If you look -- if you could open up that
16 Exhibit 2 and turn to page 4.  The first section there it
17 lists the dates of use is October of 2001 through March of
18 2008.  I'll represent to you my records show that you
19 didn't start taking Seroquel till 2002.  So I wanted to
20 ask you if you remember exactly when you started, if you
21 could link it to some other kind of event that was going
22 on at that time?
23    A.  No, I don't recall.
24    Q.  Okay.  Was it about the time you quit work at
25 the day care, is that when you started taking Seroquel?

Page 82

1  AstraZeneca about Seroquel?
2     A.  No.
3     Q.  Did Dr. Moolamalla ever tell you you should
4  stop taking Seroquel?
5     A.  Yes.
6     Q.  Okay. Did he tell you why?
7     A.  Well, when we found out that I had diabetes and
8  stuff, I told him that I wanted to get off of it and
9  that's when I went to the hospital. He committed me -- I
10 went in myself and he -- he's the one that treated me.
11    Q.  Okay. So if I can get the sequence, you told
12 him you wanted to stop Seroquel, right?
13    A.  Yes, but he also thought it was a good idea.
14    Q.  Did he tell you why he thought that was a good
15 idea?
16    A.  Because of my diabetes.
17    Q.  Okay. What did he tell you about that?
18    A.  Basically, I went in there one day after I took
19 my kids to school, talked to him and they put me in a
20 room. And I told him what was going on and that I had
21 sugar diabetes and that I wanted to get off this
22 medication, but I didn't think I could get off of it by
23 myself, that I needed some help. And that's when they --
24 I committed myself.
25    Q.  Okay. You say you committed yourself, was this

Page 83

1  a treatment program at the hospital?
2     A.  Yes.
3     Q.  Okay. And how long did you stay in the
4  hospital?
5     A.  A week and a half.
6     Q.  And during that time period did you stop taking
7  Seroquel?
8     A.  He weaned me off of it onto different
9  medications.
10    Q.  What was the other medication?
11    A.  Trazodone. Let me see. And I'm not -- I'm not
12 sure about the other medications, but I took the ones that
13 I -- my Benicar, I took all that too.
14    Q.  Okay. And I asked you earlier about a drug
15 called Abilify?
16    A.  Uh-huh.
17    Q.  Did you start taking it --
18    A.  Yeah, that's when I started taking it, yes.
19 Abilify.
20    Q.  I think you said earlier, you didn't take
21 Abilify very long?
22    A.  No, I didn't like the way it made me feel.
23    Q.  You filed this lawsuit because of diabetes,
24 right?
25    A.  Yes.

Page 84

1     Q.  Is there any other kind of injury that you're
2  claiming that Seroquel caused for you?
3     A.  Well, I feel that I should be, you know, helped
4  out because my -- me and my kids have had to go through
5  all this and it's not -- you know, it's not right. I
6  mean, it's something I'm going to live with the rest of my
7  life. My kids walk up to me and ask me when I'm checking
8  blood, you know, how long is this going to last, and it
9  scares them. And I feel like that I should be -- I mean,
10 I've had it this long and it hasn't gone away yet and I
11 feel like that pain and suffering, you know.
12       MR. DAVIDSON: Move to strike as
13 nonresponsive.
14    Q.  (BY MR. DAVIDSON) Do you have any other
15 physical injury besides diabetes that you're claiming?
16    A.  No.
17    Q.  And do you know what the amount of damages are
18 that you're asking for in this case?
19    A.  No.
20    Q.  And what are you not able to do today with
21 diabetes that you used to be able to do, if anything?
22    A.  Well, let's see. One, I've got this weight
23 gain that I can't get rid of. No. 2, I have to -- my
24 diabetes goes up, I have to check it every other hour and
25 that's poking a hole in my finger and on each hand. And I

Page 85

1  have to eat snacks all through the day. And so if I'm out
2  and -- or driving on the road then I have to pull over
3  and, you know, eat a snack because if I don't then it goes
4  down. So, I mean, it's just a lot of things that I have
5  to do that -- people that have diabetes. A person gets
6  it -- like last week, my feet swelled up so huge. I never
7  seen feet that big. And I had to go to the doctor and
8  they said that it was -- I was retaining water from my
9  diabetes. So -- and that's stuff that I'm going to have
10 to learn to live with and I'm only 40 years old.
11    Q.  Who do you see for your diabetes? Who treats
12 you?
13    A.  Dr. Cruz.
14    Q.  Has Dr. Cruz restricted you from doing any sort
15 of physical activity?
16    A.  No.
17    Q.  Has he told you that you should exercise?
18    A.  Yes.
19    Q.  And do you exercise?
20    A.  Yes.
21    Q.  Do you belong to a gym?
22    A.  No, me and my daughter . . .
23    Q.  What do you do for exercise?
24    A.  Sit-ups, jumping jacks and we also ride our
25 bikes.

Page 86

1  Q.  How often do you do those exercises?
2  A.  Every day.
3  Q.  How far do you ride on the bike?
4  A.  About -- I try to at least do a mile.
5  Q.  Before you were diagnosed with diabetes were
6  you exercising?
7  A.  Uh-huh.
8  Q.  Yes?
9  A.  Yes.
10 Q.  And did you exercise at the same level?
11 A.  Yeah, basically, yes.
12 Q.  Okay.  Have you always exercised like that?
13 A.  Yeah.
14 Q.  Okay.  You say you've always ridden your bike
15 about a mile a day --
16 A.  Uh-huh.
17 Q.  -- your whole life?
18 A.  And a treadmill.  I have a treadmill.  If it's
19 raining then usually we work -- we do it inside.
20 Q.  Where do you like to ride?
21 A.  What do I like to ride?
22 Q.  Where?
23 A.  Oh, where.  We ride up -- I live in Denton.
24 And there's a park at the end of my road, it's called
25 Denia Park, and we ride up there.  And then usually we get

Page 87

1  off our bikes and walk around the track.
2  Q.  You go on vacation sometimes?
3  A.  I went to Florida.  It's been -- '05.
4  Q.  And is there any kind of physical activity that
5  you can't do now that Dr. Cruz has told you you should
6  avoid?
7  A.  No.
8  Q.  Is there anything he's told you to avoid
9  eating?
10 A.  Oh, yes.
11 Q.  Okay.  And what has he told you to avoid
12 eating?
13 A.  Pork, a lot of pork, a lot of red meat.  He
14 wants me to do a lot of vegetables, steamed vegetables.  I
15 can't eat rice.  I can't eat white bread.  I have to eat
16 wheat bread and a lot of fruit and vegetables, salads and
17 not so much meat, so.
18 Q.  And has that required a change from what you
19 used to eat before you were diagnosed with diabetes?
20 A.  Yeah, because -- growing up, yeah.
21 Q.  Growing up what did you typically eat?
22 A.  Well, when my mom was alive she would -- we had
23 a garden and we -- she fried stuff a lot and -- and stuff.
24 I ate rabbit.  And -- she just -- she liked to fry food.
25 Q.  I meant to ask you this earlier.  Either of

Page 88

1  your parents have trouble with their weight?
2  A.  No.
3  Q.  Do you know how big is your dad?
4  A.  I'm not -- I'm not sure.
5  Q.  Do you know how tall he is?
6  A.  He's very tall.  He's probably as tall as --
7  about the height of Mr. Blizzard, yeah.
8      MR. BLIZZARD:  Do you want me to give
9  testimony about my height?
10 Q.  (BY MR. DAVIDSON)  Do you ever buy clothes for
11 him or gifts or anything?
12 A.  No.
13 Q.  Do you know what kind of shirt size he wears?
14 A.  He wears an extra large.
15 Q.  Over the years, have you ever been on diets to
16 help control your weight?
17 A.  Yes, I have.
18 Q.  What kind of diets have you tried?
19 A.  I would buy -- most of the time I would use
20 diet pills until I had hypertension then I had to quit
21 taking those.  And I would count calories.  And what I did
22 mostly -- I do a lot of counting calories.
23 Q.  Okay.  Do you remember when you started doing
24 that, was it sometime after high school?
25 A.  Yeah, it was -- it was after I got married.

Page 89

1  Q.  Okay.  Has it pretty much been something you've
2  done over the years off and on tried different diets?
3  A.  Yeah, yeah.
4  Q.  Has any diet been particularly effective for
5  you?
6  A.  Just counting calories.
7  Q.  When you were counting calories, what was your
8  target per day?
9  A.  Well, my target is having -- having one -- one
10 serving.  That's how I do it right now with my diabetes.
11 And one -- we go eat and stuff I have to tell them that I
12 need just one serving.  And I use a measuring cup when I'm
13 at home to do my food and to do the kids.  And so
14 basically that's what I do, use measuring cups.
15 Q.  And earlier, you know, when you were first
16 married and when you had younger kids --
17 A.  Uh-huh.
18 Q.  -- what did you do to count calories then?
19 A.  I would just basically look at the can and, you
20 know, ate -- I have a calculator and -- in my purse and I
21 use that a lot.  And I've got -- going to see a
22 dietitian.  I got a lot of good ideas, different recipes.
23 My dad downloads them for diabetes and stuff like that.
24 Q.  And I'm talking now about what you did before
25 you were diagnosed with diabetes back when you had, you

Page 90

1  know, small children at home, you were married. Did you
2  have a target for how many calories you wanted to eat in a
3  day or were you just kind of trying to watch it generally?
4     A.   Well, in the beginning I didn't really watch
5  what I was eating and stuff so -- but when I got on
6  Seroquel I ate everything in sight, so . . .
7     Q.   Okay. Did you -- are you saying that you
8  gained weight while you were taking Seroquel?
9     A.   Yeah.
10    Q.   How much weight do you recall gaining?
11    A.   I gained probably about 40 -- 40, 50 pounds.
12    Q.   Okay. What's your recollection about what you
13 weighed before starting Seroquel?
14    A.   I weighed 180.
15    Q.   Okay. Now, that was seven and a half years
16 ago, how do you recall that weight specifically?
17    A.   How do I recall? Because I remember my weight.
18    Q.   Okay. Have you reviewed records preparing for
19 the deposition that listed your weight?
20    A.   No. Me and my -- no.
21    Q.   And I don't want to ask you about -- what you
22 talked about with counsel. I just wanted to see if it's
23 stuck because you had seen something recently that listed
24 your weight. And then over what period of time did you
25 gain 40 pounds?

Page 91

1     A.   While I was on Seroquel.
2     Q.   You took Seroquel for approximately six and a
3  half, seven years?
4     A.   Uh-huh.
5     Q.   Was the weight gain gradual over that period of
6  time?
7     A.   Yeah. At first when I started taking it it
8  was -- you know, is -- I wasn't getting that much weight
9  gain, but over the years that I was on it I was eating
10 everything.
11    Q.   Okay. Did you also start other medications at
12 the same time you started Seroquel?
13    A.   Huh-uh.
14    Q.   No?
15    A.   No. Sorry.
16    Q.   Did you talk with your doctors about the weight
17 gain while you were taking Seroquel?
18    A.   Yes.
19    Q.   Okay. And what'd you tell them?
20    A.   I told them that I was putting weight on.
21    Q.   What did your doctors tell you?
22    A.   They said that was one of the side effects.
23    Q.   Okay. Do you remember which doctors told you
24 that?
25    A.   Huh-uh.

Page 92

1     Q.   No?
2     A.   No.
3     Q.   Okay. And you continue to take Seroquel after
4  they told you that?
5     A.   Yes.
6     Q.   Did you lose weight when you were diagnosed
7  with diabetes?
8     A.   Yes, I've been losing weight.
9     Q.   What was the highest weight that you were up
10 to, if you can recall, say, in the last ten years?
11    A.   About 200 pounds.
12    Q.   Is that about where your weight is right now?
13    A.   Yes.
14    Q.   I saw a note in here in looking at some of your
15 records about you having gallbladder surgery.
16    A.   Uh-huh.
17    Q.   What was that for? What prompted that?
18    A.   After I had my son. They said that that was a
19 part of the reason why, that and hypertension. And so
20 they did emergency gallbladder surgery on me.
21    Q.   What kind of symptoms were you experiencing
22 before that?
23    A.   Oh, I was -- my stomach hurt a lot. My bowels
24 were real bad. I couldn't use the bathroom. At one point
25 I threw up some blood and that's when they rushed me into

Page 93

1  the hospital.
2     Q.   Okay. And those symptoms improved after you
3  recovered from that surgery?
4     A.   Yes.
5     Q.   I meant to ask you this before. Do you ever
6  drink alcohol?
7     A.   No.
8     Q.   Have you ever?
9     A.   When I was younger, but that was when I was
10 like 21, but I don't do it anymore.
11    Q.   When did you stop drinking?
12    A.   About -- probably after -- well, when I had my
13 daughter, so that was August of '97.
14    Q.   Okay. Is there a reason you stopped drinking
15 alcohol?
16    A.   Yeah, because I got -- drank once too much and
17 I got real sick, and after that I didn't want no part of
18 it.
19    Q.   Okay. Had you ever done that before --
20    A.   No.
21    Q.   -- drank too much?
22    A.   Never.
23    Q.   How much did you drink?
24    A.   I'm not really sure. It was New Year's. It
25 was a party and my -- it was -- I think it was vodka and

Page 122

1   A.   Yes.
2   Q.   What did your doctors do when you said you were
3   concerned about your energy level taking Lexapro?
4   A.   They would just write out another scrip for
5   something else.
6   Q.   And what replaced the Lexapro in your
7   recollection?
8   A.   No, I don't.
9   Q.   You don't remember?
10  A.   They put me on so many different pills.
11  Q.   Okay. And what about Zoloft, you mentioned
12  that is when you told doctors you didn't like it?
13  A.   Yes, that I also had a lot of energy.
14  Q.   And you also took Prozac over the years?
15  A.   Yes, I have.
16  Q.   And did that have the same issue with causing
17  too much energy?
18  A.   Yes.
19  Q.   Have you ever been hospitalized for any of your
20  mental illnesses?
21  A.   No.
22  Q.   Ever had an issue where you were having trouble
23  controlling your anger when you were first seeing a
24  psychiatrist?
25       MR. BLIZZARD: Objection, asked and

Page 123

1   answered.
2   A.   No.
3   Q.   (BY MR. DAVIDSON) Did you ever tell any of
4   your psychiatrists that you found yourself slapping other
5   people?
6   A.   No.
7        (Exhibit 5 was marked.)
8   Q.   (BY MR. DAVIDSON) Hand you what I've marked as
9   Exhibit 5. What I have marked here as Exhibit 5 is dated
10  October 27, 2000. Do you see that?
11  A.   Yes.
12  Q.   Okay. Is this your handwriting?
13  A.   Yes, it is.
14  Q.   Okay. This says Denton County MHMR Center,
15  adult mental health intake, social history. Do you recall
16  why you were going to Denton County MHMR in October of
17  2000?
18  A.   Yes.
19  Q.   Okay. What do you remember about why you were
20  seeing -- why you were going to MHMR then?
21  A.   To get some help so I could get away from my
22  husband.
23  Q.   Okay. The first line it says, Please describe
24  the main problem for which you seek treatment at this
25  time.

Page 124

1        Do you see that?
2   A.   Uh-huh.
3   Q.   And you wrote, Need help so I don't lose my
4   mind.
5   A.   Yes.
6   Q.   Then it says, When did you first experience
7   this difficulty? And you wrote, When I was 17.
8        Right?
9   A.   Yes. Correct.
10  Q.   And then there's a whole list of symptoms and
11  you checked a number of them; is that right?
12  A.   Yes.
13  Q.   One of them that you checked was aggressiveness
14  in the middle there?
15  A.   Uh-huh.
16  Q.   Yes?
17  A.   Yes.
18  Q.   And you checked extreme mood swings?
19  A.   Yes.
20  Q.   Extreme nervousness or anxiety?
21  A.   Yes.
22  Q.   Panic?
23  A.   Yes.
24  Q.   And you checked thoughts of harming yourself?
25  A.   I guess I did put that on there. I don't

Page 125

1   remember, but . . .
2   Q.   And you checked strange or unusual thoughts?
3   A.   Yes.
4   Q.   Confused or disorganized thoughts?
5   A.   Yes, but a lot of this stuff I can't even
6   read. And you -- sometimes when I go in the doctor's
7   office and they make you fill out a new sheet of history,
8   sometimes I just go because I can't read it and nobody's
9   with me.
10  Q.   Okay. Ma'am, are you saying these are just
11  randomly checked?
12  A.   Yes, some of them are because I can't even read
13  some of these.
14  Q.   Did you understand that your doctors would rely
15  on this information to help treat you?
16  A.   Yes.
17  Q.   Okay. You also checked sadness, hopelessness?
18  A.   Yes.
19  Q.   Okay. If we go to the next page. It says,
20  Indicate any significant changes, stresses or adjustments
21  you've experienced in the past year. And you checked
22  marriage/divorce?
23  A.   Yes.
24  Q.   And moves?
25  A.   Yes.

Page 126

1  Q.  And if we go to page 3. It asks the question:
2  If any of your biological family had a mental illness?
3      Do you see that?
4  A.  Uh-huh.
5  Q.  And it says, If yes, the relative. And you
6  wrote, My dad.
7  A.  Yes.
8  Q.  Okay. And you didn't fill out the type of
9  disorder. What's the disorder? What's the mental
10 illness?
11 A.  The mental illness was after I lost -- he lost
12 his wife and he was having panic attacks and he went
13 through a little bit of depression, but he got medicated
14 and now he's not on any medication.
15 Q.  Okay. If we go to the bottom it says, Current
16 medications, Buspar.
17 A.  Uh-huh.
18 Q.  And I can't read the other one there. Are you
19 able to read that, M-O something?
20 A.  I can't read that.
21 Q.  Okay. If we go to the last page. The very
22 last page. That's your signature there?
23 A.  Uh-huh. Yes.
24 Q.  Okay. And just before that it says, By my
25 signature, I affirm that the information presented and all

Page 127

1  questions in this document are complete and correct to the
2  best of my knowledge.
3      Do you see that?
4  A.  Yes. Uh-huh.
5  Q.  Did you ever have a time when you were taken to
6  the hospital because people were concerned you had taken
7  too many Tylenol?
8  A.  No, no one took me to the hospital.
9  Q.  Well, do you remember having a fight with your
10 husband and then grabbing a big handful of Tylenol pills
11 and saying you were going to take them?
12 A.  No, I don't.
13 Q.  Have you ever locked yourself in the closet
14 with pills when you were fighting with your husband?
15 A.  No.
16 Q.  Have you ever taken a medication called
17 Remeron?
18 A.  Yes.
19 Q.  Why were you taking Remeron?
20 A.  It's for my depression.
21 Q.  Are you still taking it?
22 A.  No.
23 Q.  When did you stop taking it?
24 A.  After I went to UBH, the hospital, I quit
25 taking it. They put me on something else to take the

Page 128

1  place of Seroquel.
2  Q.  Okay. Did you ever stop taking Remeron because
3  you were having side effects from it?
4  A.  I think so.
5  Q.  Okay. Did you ever sign something telling
6  Child Protective Services that you continue taking your
7  medication?
8  A.  Yes.
9  Q.  Why were you asked to sign something saying
10 that you'd continue to take your medication?
11 A.  Because -- like I said earlier, my dad wanted
12 me to get away from my husband because of the fighting and
13 the stuff that was going on. And he -- I wasn't going to
14 do it unless somebody made me do it, and he made me do it
15 by doing it. And, I mean, he -- to this day, he told me
16 that he called protective service because he knew I needed
17 to get away from him.
18 Q.  Okay. And he thought if he got Child
19 Protective Services involved --
20 A.  Right.
21 Q.  -- with your children that would send you a
22 message that you needed to get help?
23 A.  Big message.
24 Q.  And did that work?
25 A.  Yes, it did.

Page 129

1  Q.  Was there a time period when your mother was
2  actually watching the kids?
3  A.  No, my mom died before my kids were born.
4  Q.  Okay. Okay. Dr. Vyas wrote you a prescription
5  for Seroquel; is that right?
6  A.  I'm not sure if it was Dr. Vyas -- which doctor
7  it was. It's been so long ago.
8  Q.  Okay. You were on bipolar medication before
9  you started Seroquel, right?
10 A.  Yes.
11 Q.  Did you have periods of time where you didn't
12 take your bipolar medication?
13 A.  No, I've always took it.
14 Q.  Okay. You never had periods of time where
15 you, for whatever reason, just didn't take your bipolar
16 medication?
17     MR. BLIZZARD: Are you talking about other
18 than what we've talked about earlier?
19 A.  No, they sent me to have blood work done. It
20 should be in the lab work.
21 Q.  (BY MR. DAVIDSON) Okay. Let me ask you this:
22 Before you met with Dr. Vyas in April of 2002, had you
23 been taking your bipolar medication?
24 A.  Yes.
25 Q.  Had you ever had incidents where you got upset

Page 158

1  your diabetes?
2    A.  Yes, sir.
3    Q.  Are you seeing any other doctors that treat
4  your diabetes?
5    A.  No.
6    Q.  Do you have regular eye exams?
7    A.  Yes, I do.
8    Q.  Who do you see for your eye exams?
9    A.  It's a diabetic eye doctor, and I don't have
10 the name with me, but I do see -- it's out of Denton
11 Regional Hospital.
12   Q.  When's the last time you were there?
13   A.  Last year.
14   Q.  Okay.  Did the doctor tell you there had been
15 any changes in your eyesight?
16   A.  Yes, they said that I have something wrong with
17 my left eye, it could be a cataract.
18   Q.  Okay.  Have you ever been told you have
19 diabetic retinopathy?
20   A.  No.
21   Q.  Do you understand why they look at your eyes?
22   A.  Yes.
23   Q.  Okay.  What's your understanding of that?
24   A.  Because people with diabetes can go blind.
25   Q.  And no doctor's ever told you that you're

Page 159

1  becoming blind?
2    A.  No.
3    Q.  Okay.  How often do you see the doctor, once a
4  year?
5    A.  Once a year.
6    Q.  And just Denton Regional Hospital?
7    A.  Uh-huh.
8    Q.  Is that yes?
9    A.  Yes, sir.
10   Q.  Is that the same doctor you see every year?
11   A.  Yes.  Yes, sir.
12   Q.  And where do you fill your prescriptions for
13 diabetes medications?
14   A.  At Drug Emporium.
15   Q.  Have any doctors talked to you about the
16 potential side effects of any of your diabetes
17 medications?
18   A.  No.
19   Q.  Do you know of any health risks that are
20 associated with any of your diabetes medications?
21   A.  No.
22   Q.  Okay.  Have you ever asked your doctor about
23 that?
24   A.  No, no.
25   Q.  Do you know if any of your diabetes medications

Page 160

1  are associated with weight gain?
2    A.  No, as far as I know it's not.
3    Q.  Okay.  Would you continue to take them even if
4  you found out they had been associated with weight gain?
5    A.  No, I wouldn't take it.
6    Q.  Are you currently scheduled for any kind of
7  testing having to do with your diabetes?
8    A.  I just had blood work done last week.  And --
9    Q.  I'm sorry.  You can finish.
10   A.  It should be in.  I just had blood workup.
11   Q.  You haven't seen the results of that yet?
12   A.  No.
13   Q.  Have you ever been diagnosed with any sort of
14 neuropathy?
15   A.  I'm not sure what that means.
16   Q.  Have you seen anybody -- a neurologist about
17 tingling in the arms and legs or any kind of shooting pain
18 with your nerves?
19   A.  No, I have a pain in my -- my hand and it's
20 from lifting boxes when I was working at Russell Newman's,
21 but it just -- it comes and goes.
22   Q.  Aside from that, have you had any issues --
23   A.  No.
24   Q.  -- with tingling of nerves?
25   A.  Huh-uh.

Page 161

1    Q.  No?
2    A.  No, sir.
3    Q.  What about numbness in your fingers or in your
4  feet?
5    A.  None, no, sir.
6    Q.  Do you recall ever having any blood sugar tests
7  done when you were pregnant?
8    A.  Yeah.  Uh-huh.  Yes, sir.
9    Q.  Okay.  Do you recall what those readings were?
10   A.  They -- as far as I know they were okay.
11   Q.  Do you do tests daily now for your blood sugar?
12   A.  Oh, yes.
13   Q.  And what range is your blood sugar in?
14   A.  It's been -- the past two weeks has been up a
15 little bit, and it's been around 165, 170, the most 200.
16 And that's the high -- I've had it up to 230, but I -- I
17 don't know what's causing it.  That's why I had blood work
18 done and stuff to find out what's causing it to go up.
19   Q.  Okay.  Before it had gone up, what was the
20 typical range?
21   A.  I was doing real good.  I was staying around
22 99, 110.  I was doing real good.
23   Q.  And those readings when you tested you were
24 testing it at home, right?
25   A.  Uh-huh.  Yes.