# Exhibit 8

Bharat Patel, M.D. March 1, 2010

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:   SEROQUEL Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to:

6:08   Harper-Howell v. AstraZeneca LP, et al.
    -cv-00622

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

BHARAT PATEL, M.D.

MARCH 1, 2010

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION of BHARAT PATEL, M.D., produced as a witness at the instance of the Defendant and duly sworn, was taken in the above-styled and -numbered cause on the 1st of March, 2010, from 12:35 p.m. to 2:29 p.m., before Melisa Duncan, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Esquire Deposition Solutions, 1700 Pacific Avenue, Suite 4750, Dallas, Texas, in accordance with the Federal Rules of Civil Procedure and agreement hereinafter set forth.

Page 6

1   A.   I'll do my best too because I have accent, it
2   might be difficult.
3   Q.   Well, and if I ever ask you to explain something
4   that may be why. If there's something that I ask you
5   though and you don't understand, just let me know and I'll
6   give it another shot.
7   A.   Okay.
8   Q.   And if you ever need to take a break, just let us
9   know. I don't think we'll be here too long, but --
10  A.   Okay.
11  Q.   -- you're certainly free to take a break.
12       And if I ever have to say, you know, is that
13  a yes or is that a no, it's just because a head nod doesn't
14  get taken down real well on the transcript.
15  A.   All right.
16  Q.   What's your full name?
17  A.   My full name -- my first name Bharat Patel.
18  First name is spelled B like Bob, H like Henry, A, R like
19  Robert, A, T like Tom. Last name Patel, P like Peter,
20  A-T-E-L.
21  Q.   And where do you work?
22  A.   I work with Denton County MHMR center.
23  Q.   And are you a psychiatrist there?
24  A.   Yes, sir.
25  Q.   How long have you been a psychiatrist?

Page 7

1   A.   I have been practicing psychiatry since 1988.
2   Q.   And where did you attend college?
3   A.   I did my residency training in Pittsburgh,
4   Pennsylvania.
5   Q.   That was your residency training?
6   A.   Yes, sir.
7   Q.   Was it at University of Pittsburgh?
8   A.   No, it is Saint Francis Medical Center.
9   Q.   Are you board certified?
10  A.   No, I'm not. I'm board eligible.
11  Q.   Board eligible.
12  A.   Uh-huh.
13  Q.   How long have you been at Denton MHMR?
14  A.   Since 1991.
15  Q.   What kind of patients do you see at MHMR?
16  A.   All kind of patients, but most of the patients
17  they have mental illnesses because we have to treat
18  patient -- those with prior depression diagnosis, including
19  major depression, bipolar disorder, schizophrenia, seasonal
20  affective disorder.
21  Q.   And how many other psychiatrists are on staff
22  there?
23  A.   At this time there are a total seven, part time
24  and full time including, but I work there full time.
25  Q.   Okay. Do you have any other practices outside of

Page 8

1   MHMR?
2   A.   No.
3   Q.   Okay. Have you ever had any other practices?
4   A.   In the past I work for Dallas County MHMR. And
5   now I'm working full-time with Denton County MHMR center.
6   Q.   Doctor, did you do anything to prepare for the
7   deposition today, review any records?
8   A.   I have the records --
9   Q.   Okay.
10  A.   -- you know, from the center. And I have
11  reviewed those charts.
12  Q.   Okay. You say you have the records and reviewed
13  the charts. What records or charts did you review? Can
14  you summarize it?
15  A.   I'm sorry?
16  Q.   Can you explain in general terms what are the
17  records that you reviewed?
18  A.   Well, I reviewed the records right from the
19  beginning when I saw her first time, I think it was in
20  1992.
21  Q.   Okay. We're talking about the first time you saw
22  Ms. Harper-Howell?
23  A.   Yes, sir.
24  Q.   Okay. And you understand that she's filed a
25  lawsuit claiming that SEROQUEL caused her diabetes. Do you

Page 9

1   understand that?
2   A.   Yes, sir.
3   Q.   Okay. So to prepare for the deposition you've
4   got a copy of the records going back to the first time you
5   saw her?
6   A.   Yes, sir.
7   Q.   Okay. Did you collect any documents from before
8   you saw her, do you have access to any of those?
9   A.   Well, we had some records from the doctors she
10  was seeing before she came to Denton MHMR center. The
11  first time I saw her was in April 1992.
12  Q.   Okay. Doctor, you have a notebook there that
13  you're looking at. Can I take a quick look at that, do you
14  mind?
15  A.   Uh-huh.
16  Q.   And how is this organized?
17  A.   These are more appointment notes by the doctors
18  and the lab reports and all that. And the full report --
19  the full records I have, the full copy of that too, with
20  all of the information about finances and the caseworker
21  notes and so forth.
22  Q.   Okay. Doctor, I think we've probably got the
23  same records here. We're going to mark those as we go
24  through, but we may take a look at that during a break, if
25  that's all right?

Page 10

1  A. Okay.
2  Q. But if you need to refer back to it, just let me
3  know and we can do that.
4  A. Can I have that with me or no?
5  Q. Yeah, that's fine. I don't have any objection to
6  it.
7     When did you review the records for
8  Ms. Harper-Howell?
9  A. I think about two weeks ago we were told that we
10 have been subpoenaed.
11 Q. Okay. Have you ever talked with counsel for
12 Ms. Harper-Howell or Ms. Harper-Howell herself about this
13 lawsuit?
14 A. No, sir.
15 Q. Did she consult with you at all before deciding
16 to file the lawsuit?
17 A. No, sir.
18 Q. Do you remember the last time you saw her?
19 A. It was January 2007.
20 Q. So it's been about three years?
21 A. Uh-huh.
22 Q. Is that right, about the years?
23 A. Yes, sir.
24 Q. Okay. And sitting here today, do you actually
25 recall her as a patient? Do you remember -- have an

Page 11

1  independent recollection of her separate from the records
2  that you have?
3  A. No, sir.
4  Q. Okay. As you look at the records, do they
5  refresh your recollection at all about things that happen
6  back then?
7  A. Well, when I reviewed the chart, yes, I had some
8  recollection of what was going on.
9  Q. Okay. Do you understand that you're here today
10 just because you were one of the doctors who treated
11 Ms. Harper-Howell? You haven't been sued in any way, do
12 you understand that?
13 A. Yes, sir.
14 Q. And until you received the request for your
15 deposition in this case, were you even aware that
16 Ms. Harper-Howell had been diagnosed with diabetes?
17 A. No, sir. Before this particular -- no, I did not
18 have any idea about that.
19 Q. And I take it you don't have any kind of opinion
20 one way or the other about whether SEROQUEL caused her
21 diabetes?
22 A. I'm sorry?
23 Q. You don't -- and I take it you don't have any
24 opinion about whether SEROQUEL caused her diabetes or not,
25 right?

Page 12

1  A. We do not have that particular proof that it
2  can -- or it cause the diabetes in this particular patient.
3  I did not have any awareness of her having diabetes when I
4  have interaction with her, last time in 2007. I saw her
5  prior to January '07 was -- it was December 6, 2006 when I
6  saw her for reevaluation, because she was under the
7  doctor's services or care before then.
8  Q. Okay. Doctor, what I want to do is go ahead and
9  mark a few records and hand those to you and ask you some
10 questions about them. All right?
11 A. Uh-huh.
12 Q. I'll hand you -- put a sticker there at the
13 bottom that says Exhibit 1.
14    (Exhibit 1 was marked.)
15 Q. (BY MR. DAVIDSON) And you see this is dated
16 October 7, 1991. Do you see that by date of intake?
17 A. Yes, October 7, '91.
18 Q. Okay. And this is labeled intake/social history
19 worksheet. Is an intake/social history worksheet something
20 that you would review before treating a patient for the
21 first time?
22 A. Yes, sir.
23 Q. Okay. Is this one of the documents that you
24 reviewed as part of preparing for the deposition?
25 A. Before we see the patient we were to go through

Page 13

1  this information.
2  Q. Okay. And where does the information come from
3  that's reported in the intake/social history worksheet?
4  A. I see where assaulted by three people -- three
5  men.
6  Q. Let me ask you this: Who writes -- who fills out
7  these forms?
8  A. This will be the caseworker or the intake worker.
9  Q. And where would the caseworker get the
10 information that's reported in this form?
11 A. I think they have the interview before the
12 patient come to see the psychiatrist. It's a face-to face
13 evaluation.
14 Q. Can you turn to page 4?
15 A. Yes, sir.
16 Q. It say there's a mental health history. Do you
17 see that section?
18 A. Mental health.
19 Q. See in the middle of page 4 it says mental health
20 history?
21 A. Yes.
22 Q. Okay. Looking at this, do you see that she has
23 reported a previous suicide attempt?
24 A. Yes, sir.
25 Q. And were you aware of that when you began

Page 50

1    not taking the medication.
2    Q.  Right. Her symptoms were worse because she
3    wasn't --
4    A.  Symptoms were worse, yes, sir.
5    Q.  Okay. On the next page there there's a box it's
6    labeled prescription information. What was the medication
7    she was taking at this visit or -- what was the medication
8    been prescribed to her at this visit?
9    A.  She was prescribed Wellbutrin, Serzone, Lexapro
10   and SEROQUEL. And that particular appointment she wanted
11   to get off of Wellbutrin.
12   Q.  Okay.
13   A.  And per her request I discontinued that.
14   Q.  What did you prescribe to replace the Lexapro, if
15   anything?
16   A.  We just continue the Lexapro what she was taking
17   before.
18   Q.  Okay. I asked you a bad question. You said she
19   wanted to stop Wellbutrin, and so you discontinued her off
20   that. Did you prescribe Lexapro to replace the Wellbutrin?
21   A.  Not to replace, but I just continued the
22   medication, I just put her back on the same medication.
23   She was taking the medicine, but she was off it for about a
24   week or so, so I just resume that by giving her smaller
25   doses intend to try to treat it.

Page 51

1    Q.  Okay. So after leaving this appointment, what
2    was the medication treatment plan for Ms. Harper-Howell?
3    A.  To come back to see Dr. Vyas in two weeks after
4    that.
5    Q.  Was she still seeing Dr. Vyas at this time or had
6    you taken over care for Ms. Harper-Howell?
7    A.  When Dr. Vyas was not there, and that's the
8    reason I had to see her. And I gave her the medication for
9    two weeks and she was supposed to come back to see Dr. Vyas
10   that day, two weeks after.
11   Q.  Okay. Can you read us what it says in your
12   progress note section?
13   A.  Sir?
14   Q.  It says -- can you read the handwritten language
15   there chart and --
16   A.  Chart and treatment reviewed. Client has been
17   missing M.D.'s appointments since January '04. She was
18   provided retreatment through nurses triage but missed
19   appointment again and had been without the treatment for
20   about a week. She had been complaining of depressed,
21   anxious, irritable mood, decreased sleep and crying
22   spells. She denied any side effect or substance abuse.
23   She came in as a walk-in and I was asked to see her.
24   Q.  Okay. In the section where it's labeled plan, do
25   you see that?

Page 52

1    A.  Yes, sir.
2    Q.  What did you write there?
3    A.  She does not want to take Wellbutrin slow release
4    but want to get back on Lexapro and SEROQUEL. She will
5    come back as stand-by to see Dr. Vyas in two weeks. I
6    strongly recommended counseling and better compliance to
7    the treatment plan. She agreed to comply with the
8    treatment and to contact center crisis line in case of an
9    emergency.
10   Q.  Okay. And it says that you strongly recommended
11   counseling and better compliance. What does that mean?
12   A.  That means she was not complying. And she was
13   contesting the effect of medication because of the lack of
14   medication at particular intervals. And she was missing
15   many appointments with Dr. Vyas. I had to reinforce that
16   particular fact that she had to keep on that appointment
17   and take the medication regularly.
18   Q.  The date of this visit was June of 2004?
19   A.  Yes, sir.
20   Q.  The note here in case, she'd been missing doctors'
21   appointments since January 2004?
22   A.  Yes, sir.
23   Q.  Okay. That's almost five months, right?
24   A.  Yes, sir.
25       (Exhibit 10 was marked.)

Page 53

1    Q.  (BY MR. DAVIDSON) Doctor, I'll hand you what
2    I've marked Exhibit 10. And it looks like you saw her
3    again about a month later on July 21, 2004. Do you see
4    that?
5    A.  I did not see her that day, but she came in to
6    see the nurse.
7    Q.  So she came in and she saw a nurse this day
8    instead of a doctor?
9    A.  Yes, sir.
10   Q.  Okay. This was about a month after you spoke
11   with her about compliance; is that right?
12   A.  Yes, sir.
13   Q.  Okay. Do you see in the progress note section --
14   A.  Yes, sir.
15   Q.  -- it says has been out of SEROQUEL for two days?
16   A.  Yes, sir.
17   Q.  Slept three hours in the past two days, increased
18   energy, increased anxiety, racing thoughts two days?
19   A.  Yes, sir.
20   Q.  Doctor, was SEROQUEL effective for
21   Ms. Harper-Howell?
22       MR. BLIZZARD: Object to form.
23   A.  I'm sorry?
24   Q.  (BY MR. DAVIDSON) Was SEROQUEL effective for
25   Ms. Harper-Howell?

Page 54

1  A   Depending on the note, yes, sir
2  Q   When she stopped taking it did she experience
3  increase in symptoms that prompted her to be prescribed an
4  antipsychotic medication?
5      MR. BLIZZARD: Object to form
6  A   Yes, sir
7  Q   (BY MR. DAVIDSON) At Denton County MHMR do you
8  sometimes use informed consent forms?
9  A   Yes, sir
10 Q   And what's the purpose of having an informed
11 consent form?
12 A   I'm sorry?
13 Q   What's the purpose of using an informed consent
14 form?
15 A   To get permission from the patient to prescribe
16 the medication
17 Q   Okay
18 A   To make them aware of what the side effect could
19 be or they can feel. And we have to let them know before
20 they make the decision
21 Q   And even after a patient's been taking a
22 medication and has signed one consent form, do you
23 sometimes have the patient sign additional consent forms to
24 confirm that they want to continue the treatment?
25 A   Yes, sir --

Page 55

1      MR. BLIZZARD: Object to form
2  A   -- on a regular basis we get the consent signed
3  by the patient
4      (Exhibit 11 was marked.)
5  Q   (BY MR. DAVIDSON) Okay. Doctor, I'll hand you
6  what I've marked as Exhibit 11. Doctor, do you recognize
7  the signature down below for physician RN?
8  A   It's an RN
9  Q   Okay. Who is that?
10 A   I'm sorry. RN. It's very difficult for me -- it
11 may be the doctor, I believe
12 Q   Okay
13 A   Because I know most of the nurses' signature
14 Q   Okay. That was really all my question, if you
15 could recognize the signature?
16 A   I'm sorry. Okay.
17 Q   You're not able to recognize it looking at this?
18 A   No.
19 Q   Okay. And the date of this is -- the date of the
20 doctor's signature is February 23, 2005. Do you see that?
21 A   Yes, sir
22 Q   Okay. And are you familiar with this consent
23 form?
24 A   Yes, sir
25 Q   Is this a form you have used with patients that

Page 56

1  you've treated?
2  A   Yes, sir
3  Q   Okay. And do you see the medications that's
4  listed here as SEROQUEL an antipsychotic drug?
5  A   Yes, sir
6  Q   And what warnings are communicated to a patient
7  in this informed consent form?
8      MR. BLIZZARD: Objection, form. Are you
9  talking about in this particular one that doesn't have his
10 signature or are we talking about --
11     MR. DAVIDSON: Yeah
12     MR. BLIZZARD: -- generally?
13     MR. DAVIDSON: This form
14 Q   (BY MR. DAVIDSON) You understand this is a form
15 that was used at Denton County MHMR in 2005?
16 A   Yes, sir
17 Q   Okay. And do you see there's a date at the
18 bottom of it that says 11/04.
19 A   Revised, November '04.
20 Q   Over the years has the form changed?
21 A   Yes, sir
22 Q   And if you look in paragraph one there do you see
23 it discusses something called tardive dyskinesia?
24 A   Yes, sir
25 Q   And does it also discuss any other potential side

Page 57

1  effects of taking the medication that's described here?
2  A   The risk of developing hypoglycemia, high blood
3  sugar, especially for unusual with at-risk condition such
4  as obesity, hyperlipidemia, diabetes or a family history of
5  diabetes.
6  Q   And what does it say in the paragraph that starts
7  No. 2?
8  A   All my questions regarding my mental disorder is
9  treatment and the risk of developing involuntary movements
10 and/or hyperglycemia and/or hyperlipidemia.
11 Q   Okay. This form also reads in the paragraph
12 above, I have been informed that in the doctor's opinion
13 this type of drug is the most effective available therapy
14 in improving, preventing a relapse of my mental disorder.
15     Do you see that?
16 A   Yes, sir.
17 Q   And this is a form that -- or a variation of it
18 is a form that you use in your practice with patients at
19 MHMR?
20 A   Yes, sir.
21 Q   When you use it with patients do you talk with
22 them about what the consent form says?
23 A   Yes, sir.
24 Q   Okay. Is it common for doctors to do that at
25 MHMR?