# Exhibit 10

```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                    ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation
MDL DOCKET NO. 1769


This Document Relates to:

Harper-Howell v. AstraZeneca LP, et al.

6:08-cv-00622




     ***********************************************

                   ORAL DEPOSITION OF

                 RICHARD J. PERRY, M.D.

                     APRIL 19, 2010

     ***********************************************
```

ORAL DEPOSITION of RICHARD J. PERRY, M.D., produced as a witness at the instance of the Defendant and duly sworn, was taken in the above-styled and -numbered cause on the 19th of April, 2010, from 4:07 p.m. to 4:47 p.m., before Melisa Duncan, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Dr. Richard Perry, 1630 West Chapman Drive, Sanger, Texas, in accordance with the Federal Rules of Civil Procedure and agreement

07fefd40-4287-4194-9dd0-ac137eac301d

Page 14

1  A. Okay.
2  Q. Doctor, I'll go slightly out of order. Let's
3  start with Exhibit 4 first, the CVS pharmacy records. And
4  these were produced to us in the case by CVS. Do you see
5  that your name appears in the prescriber column on
6  Exhibit 4 next to a date filled of June 28, 2006?
7  A. Yes.
8  Q. That's for Seroquel 200 milligrams, and it's a
9  quantity of 90?
10 A. Yes.
11 Q. And that was first time you --
12 A. That was the first prescription I wrote for her
13 on that date.
14 Q. And then there's another prescription
15 July 24, 2006, that you filled for a three-month supply?
16 A. Correct.
17 Q. Okay. And then another prescription
18 October 21, 2006, for another three-month supply; is that
19 right?
20 A. Yes.
21 Q. Okay. You also prescribed -- it looks like
22 methylprednisolone?
23 A. Uh-huh, medrol dose pack on her first visit.
24 Q. Okay. What was that for?
25 A. That was for pain in her elbow, antiinflammatory.

Page 15

1  Q. Doctor, there's a reference here to a Dr. Meena
2  Vyas, do you know her at all?
3  A. I'm sorry, who?
4  Q. On the very --
5  A. Oh, Meena, no.
6  Q. Doctor, then if we look at what I marked
7  Exhibit 3, the prescription records from Drug Emporium, see
8  there's a prescription that you wrote -- that she filled
9  that you wrote dated May 5, 2006. Actually a couple of
10 them there.
11       MR. BRUDNER: May 8th.
12 A. May 8.
13 Q. (BY MR. DAVIDSON) I'm sorry. May 8, 2006
14 A. Yes.
15 Q. Okay. And it appears that she filled the
16 prescriptions you wrote for her?
17       MR. BRUDNER: Objection, form.
18 A. Yes.
19 Q. (BY MR. DAVIDSON) Okay. Then do you see she
20 also filled a couple of additional prescriptions that you
21 wrote on or about June 28th --
22 A. 28th.
23 Q. -- 2006?
24 A. Yes.
25 Q. And what are those medications?

Page 16

1  A. Metoprolol and then the generic triamterene
2  hydrochlorothiazide, which is -- both of those are for
3  blood pressure.
4  Q. Then, Doctor, do you see there's some Seroquel
5  prescriptions that were written by a Dr. Ramon Cruz?
6  A. Uh-huh.
7  Q. Is that yes?
8  A. Yes.
9  Q. Okay. Do you know Dr. Cruz?
10 A. I know of him. I don't know him personally. I
11 know who he is.
12 Q. Looking at Exhibit 3 and 4, do you see that he
13 was writing Seroquel prescriptions in October of '06 at the
14 same time you were writing prescription Seroquel?
15       MR. BRUDNER: Objection, form.
16 A. Yes, but that would have been after the
17 prescription that I had written.
18 Q. (BY MR. DAVIDSON) Doctor, if you look at
19 Exhibit 4, you see you wrote a prescription of Seroquel
20 October 21, 2006?
21 A. I wrote --
22       MR. BRUDNER: Objection.
23 A. -- that she had a refill on the prescription that
24 I wrote. I wrote a prescription on June 28th.
25 Q. (BY MR. DAVIDSON) Right.

Page 17

1  A. Then I wrote another one on July 24th for a
2  90-day scrip. And we increased the amount with one refill.
3  Q. Okay. And so she --
4  A. So that's why it would have been what she filled
5  there.
6  Q. Got it. So she had a refill October 21, 2006,
7  while she was seeing and getting prescriptions from
8  Dr. Cruz in October?
9  A. It appears that way, yes.
10       MR. BRUDNER: Objection, form.
11 Q. (BY MR. DAVIDSON) Doctor, let's go back to
12 Exhibit 2, your records there.
13 A. Okay.
14 Q. You saw her on July 12, 2006 -- I'm sorry.
15 September 12, 2006?
16 A. Correct.
17 Q. And did you take a weight reading?
18 A. Yes.
19 Q. And what was her weight?
20 A. 206 pounds.
21 Q. You also took blood pressure readings?
22 A. Yes.
23 Q. And what's your note say on that visit?
24 A. Patient came in complaining had a motor vehicle
25 accident last weekend, still having headache and neck pain

Page 22

1  Bolivar, Suite No. 304.
2      A.  Yeah, that was my office address, yes.
3      Q.  This was from August of 2002 -- or I'm sorry
4  August of 2000. Do you see that?
5      A.  Okay.
6      Q.  I'm just curious. Do you have any idea where the
7  records might be if you saw her back in that time period?
8      A.  Not off the top of my head. They may possibly be
9  here. I don't know.
10     Q.  Okay. May ask you to follow up on that --
11     A.  Sure.
12     Q.  -- after we're done here.
13         But I did want to ask you about one other
14 record. Do you recall ever providing records to the Social
15 Security office for an application that Ms. Harper-Howell
16 had filed?
17     A.  Not off the top of my head, no.
18         (Exhibit 7 was marked.)
19     Q.  (BY MR. DAVIDSON) Okay. Let me hand you what
20 I've marked Exhibit 7.
21     A.  Okay.
22     Q.  Doctor, these are some records we got from the
23 Social Security office. And do you see on the first page
24 that's your name?
25     A.  Yes.

Page 23

1      Q.  Okay. And if you go to the third page, it's a
2  fax sheet. Is that from your office?
3      A.  Yes.
4      Q.  Okay. And then looking at the second page of
5  this Exhibit 7, is that your handwriting?
6      A.  Some of it, yes.
7      Q.  It looks like you may have seen her on
8  November 6, 2001. Do you see that?
9      A.  Yes.
10     Q.  Okay. And did you take a weight reading on that
11 date?
12     A.  Yes.
13     Q.  What was her weight?
14     A.  191 pounds.
15     Q.  And you did blood pressure as well?
16     A.  Yes.
17     Q.  What's the note say?
18     A.  Here to get back on blood pressure medicine.
19 States that she was taking Prozac, 20 milligrams,
20 prescribed by MHMR, no other medications.
21     Q.  Okay. Then are you able to make out the notes
22 below that?
23     A.  Yes. HEENT, negative JVD or bruits; heart,
24 regular rate and rhythm without murmur; lungs, clear;
25 extremities, negative cyanosis, clubbing or edema;

Page 24

1  neurologic exam intact. EKG, I don't have anything noted
2  by it. Don't know if I just didn't trans -- write that
3  down from the EKG or if one was not done since it wasn't
4  attached to this as well. Diagnosis: Hypertension,
5  restarted the patient on Monopril, 10 milligrams, gave her
6  No. 30 one a day, instructed her to recheck blood pressure
7  in one month and drew a metabolic panel on her for lab
8  work.
9      Q.  Okay.
10     A.  Below that noted the results of the lab was
11 normal, recheck in one year.
12     Q.  Okay. Doctor, this is a record that you would
13 have made at or about the time you saw Ms. Harper-Howell in
14 November of 2001?
15     A.  Yes.
16     Q.  Looking at this it appears it was faxed in
17 February of 2005 to Disability Determination Services in
18 Austin, Texas. Do you see that?
19     A.  Yeah, looks March 7, '05 is the date on there.
20     Q.  Okay. Doctor that's all the question I have for
21 you.
22     A.  Okay.
23     Q.  I would like to just check and see if there any
24 other records there might be for her from that time period.
25 I know you looked a couple of times --

Page 25

1      A.  Well, I can actually -- I can look and see real
2  quick. Based on the date of '01 that -- if that had been
3  separate -- the file probably is not here anymore since
4  it's been over seven years.
5      Q.  And those prescription records are from 2000, so
6  they were even earlier.
7      A.  Okay. I was thinking I saw an '04 on there or
8  whatever, so yeah.
9      Q.  And is that your normal retention practice is
10 seven years?
11     A.  Seven years, yeah.
12         MR. DAVIDSON:  Thank you, Doctor. I'll pass
13 the witness.
14              EXAMINATION
15 BY MR. BRUDNER:
16     Q.  Dr. Perry, we met just briefly before your
17 deposition started. But for the record my name is Russ
18 Brudner. I'm here on behalf of Ms. Harper-Howell. And I
19 don't have a whole lot of questions for you, but if you'd
20 like, we can take a break before I get going.
21     A.  I'm fine.
22     Q.  You want to press on?
23     A.  Yeah.
24     Q.  All right. Let's do it.
25         I want to turn your attention back to