# Exhibit 11

```
                                                                  Page 1
                      UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
                           ORLANDO DIVISION

        IN RE:  Seroquel Products Liability Litigation
        MDL DOCKET NO. 1769


        This Document Relates to:

6:08    Harper-Howell v. AstraZeneca LP, et al.
           -cv-00622




            *********************************************

                         ORAL DEPOSITION OF

                           KENNETH HOWELL

                           APRIL 9, 2010

            *********************************************



        ORAL DEPOSITION of KENNETH HOWELL, produced as a

    witness at the instance of the Defendant and duly sworn,

    was taken in the above-styled and -numbered cause on the

    9th of April, 2010, from []10:22 p.m. to []3:22 p.m.,

    before Melisa Duncan, CSR in and for the State of Texas,

    reported by machine shorthand, at the offices of Baker

    Botts, 2001 Ross Avenue, Suite 600, Dallas, Texas, in

    accordance with the Federal Rules of Civil Procedure and

    agreement hereinafter set forth.
```

7b9dad56-ff02-42fb-a886-642aeccd29e7

**Page 62**

1  in this case?
2     A.  Do what now?
3     Q.  Has anybody asked you to be a witness at trial in
4  this case?
5     A.  To be a witness?
6     Q.  Yeah
7     A.  No
8     Q.  To come and testify at trial in Florida?
9     A.  No.
10        MR. BLIZZARD.  I didn't know we had a trial
11  date
12    Q.  (BY MR. DAVIDSON)  Well, has anybody talked to
13  you about the possibility of coming to trial someday?
14    A.  No
15    Q.  Okay
16    A.  Huh-uh
17        MR. DAVIDSON:  Take a short break, I may be
18  done.
19        (Recess from 2:27 p.m. to 2:32 p.m.)
20    Q.  (BY MR. DAVIDSON)  I just got a few more
21  questions for you.
22        Are you aware at all of whether Seroquel was
23  effective for treating your daughter's mental illness?
24    A.  No, I wasn't aware whether it worked or not.
25    Q.  Okay.  Are you aware of whether she was actually

**Page 63**

1  taking it or not taking it?
2     A.  No.
3     Q.  Okay.  And I assume, then, you're not aware of
4  whether she was taking more than she had been prescribed?
5     A.  Not aware of it.
6     Q.  Okay.  Have you ever asked her that?
7     A.  No, I really never asked her that.
8     Q.  Okay.  Had you ever asked her if she was letting
9  someone else take some of her Seroquel?
10    A.  No.
11    Q.  Did she ever tell you that she had been?
12    A.  No.
13    Q.  Did she ever tell you that she was getting
14  Seroquel prescriptions from two doctors at the same time?
15    A.  No, she never told me.
16    Q.  And you never talked with her doctors about
17  whether being on Seroquel was a good idea?
18    A.  No.
19    Q.  Okay.  Or you never talked with her doctors about
20  whether stopping Seroquel was a good idea?
21    A.  No.
22    Q.  Have you read at all about Seroquel, anything
23  from AstraZeneca?
24    A.  No.
25    Q.  Do you know how long Kendra had been prescribed

**Page 64**

1  Seroquel, how many years?
2     A.  No.
3     Q.  You said she's gained some weight over the last
4  couple of years, right?
5     A.  Correct.
6     Q.  Before that, did you notice any periods where she
7  gained a significant amount of weight?
8     A.  No.
9     Q.  Do you recall when she was diagnosed with
10  diabetes, what year that was?
11    A.  I think it was last year.
12    Q.  Okay.  Was it Dr. Cruz who diagnosed her with
13  diabetes?
14    A.  I think so, yes.
15    Q.  Have you talked with her at all about what she
16  wants to get out of this lawsuit?
17    A.  No.
18        MR. DAVIDSON:  That's all my questions.
19  Pass the witness.
20        MR. BLIZZARD:  I don't have any questions
21  for Mr. Howell at this time.
22        (Deposition was concluded at 2:34 p.m.)
23
24
25

**Page 65**

1               CHANGES AND SIGNATURE
2  WITNESS NAME: _____  DATE OF DEPOSITION: _____
3  PAGE      LINE    CHANGE            REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____