# Exhibit 12

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation          MDL No. 1769

**This Document Relates to:**

*Kendra Harper-Howell v. AstraZeneca Pharm. LP, et al.*          Case No. 6:08-cv-00622

_____

## AFFIDAVIT OF HOLLY W. GIBSON

BEFORE ME, the undersigned authority, personally appeared Holly W. Gibson, who, after being duly sworn by me, upon her oath stated:

"My name is Holly W. Gibson. I am over the age of eighteen (18) years. I am of sound of mind, and I am competent to testify to the facts contained in this affidavit. I am the attorney of record for Kendra Gail Harper-Howell, the Plaintiff in this action. I am licensed to practice law in the State of Texas. I have not been convicted of a felony or a misdemeanor involving moral turpitude. I hereby state under oath, and based upon personal knowledge, the following medical and pharmacy records are true and correct:

1. Affiliated Pathologists                      (14 pages)
2. Clinical Pathology Laboratories, INC         (46 pages)
3. CVS Caremark                                 (8 pages)
4. Denton County MHMR Center                    (649 pages)
5. Denton Regional Medical Center               (637 pages)
6. Dr. Bruce Cheatham                           (12 pages)
7. Dr. Praveen Moolamalla                       (18 pages)
8. Dr. Ramon Cruz                               (291 pages)
9. Dr. Richard Perry                            (5 pages)
10. Drug Emporium                               (4 pages)
11. Methodist Hospitals of Dallas               (117 pages)
12. North Dallas Eye Associates                 (3 pages)
13. Presbyterian Hospital of Denton             (550 pages)
14. Questcare Medical Services PA               (3 pages)
15. Solis Women's Health                        (2 pages)
16. University of Behavioral Health             (276 pages)

17. Social Security Disability     (223 pages)
18. Medicaid * TX TMHP     (76 pages)

Further affiant sayeth not."

_____
Holly W. Gibson

SWORN TO AND SUBSCRIBED BEFORE ME, on this 10th day of June, 2010.

_____
Notary Public, the State of Texas

STEPHANIE A. GEBHARDT
Notary Public, State of Texas
My Commission Expires
April 11, 2012