# Exhibit 13

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


IN RE: Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

v.

This document relates to:

Church v. AstraZeneca LP, et al.,
(Cathy Ruth Church 6:07-cv-1698)

_____

       The deposition of SUSAN KESSLER, taken by the attorney for the Defendants, commencing at 8:10 a.m., on the 29th day of April, 2010, at Psychiatry Associates, 235 Carmel Drive, Fort Walton Beach, Florida, before Gina Hawkins, Registered Professional Reporter and Notary Public in and for the State of Florida.

Case 6:06-md-01769-ACC-DAB   Document 1657-16   Filed 06/10/10   Page 3 of 15 PageID
131546

```
                                                                  61
 1      A     Right.
 2      Q     And you were asking her to return in two months?
 3      A     Correct.
 4      Q     Now, were the first psychiatric provider at
 5   Lakeside Alternatives to prescribe Seroquel to Ms. Church?
 6      A     According to this Exhibit 3 and the records I was
 7   just given, I have never seen these -- most of these before,
 8   which I think is very unprofessional.
 9            However, in August the 21st of '02 from your
10   document that you've just given me on page 16 it states that
11   a practitioner named Linda Yankovich began the Seroquel
12   initially.
13      Q     Do you know Linda Yankovich?
14      A     I do.
15      Q     And what is her -- what was her position at
16   Lakeside Alternatives?
17      A     A nurse practitioner.
18      Q     Do you recall if you and Linda Yankovich ever
19   discussed Cathy Church?
20      A     I don't recall.
21      Q     Is there an indication here for August 21, 2002,
22   as to why Linda Yankovich prescribed Seroquel to Ms. Church?
23      A     I'd have to read through the whole note.
24      Q     Can you take a moment to do that, please?
25      A     Under "Plan" it says, "Discontinued Desyrel, give
```

```
                                                              62
 1   Seroquel for sleep."
 2        Q    What was the dosage prescribed on August 21,
 3   2002, of Seroquel?
 4        A    25mg, one at bedtime.
 5        Q    Is page 15 the prescription note for Ms. Church
 6   on October 12, 2002?
 7        A    Yes.
 8        Q    When you prescribed Seroquel on October 12, 2002,
 9   did you increase the dosage?
10        A    I did.
11        Q    It went from 25mg to 50 a day, correct?
12        A    Correct.
13        Q    Look with me at page 11, please.  This is a note
14   dated December 4, 2002; correct?
15        A    Correct.
16        Q    And the note is by Ayesha -- I don't know how to
17   pronounce her last name.  If you look at "Physician's Notes"
18   under "Subjective," the first sentence, do you see that?
19        A    Yes.
20        Q    "Patient was seen today for follow-up in absence
21   of primary provider, Susan Kessler."  Do you see that?
22        A    Yes.
23        Q    Were you the primary provider for Ms. Church when
24   she was at Lakeside?
25        A    I was the person who initially did the
```

```
                                                                    64
 1   2003?
 2        A     Right.
 3        Q     And what did you prescribe for Ms. Church on
 4   September 10, 2003?
 5        A     Seroquel 300mg, 31 tablets, one at bedtime, Paxil
 6   CR 37.5mg, 60 tablets, two p.o.q.d., Lexapro 10mg, 1 p.o. --
 7   31 tablets, 1 p.o. at bedtime, a month's supply with one
 8   refill.
 9        Q     Now, the last time you saw Ms. Church you had
10   increased the dosage to 50mg per day, but on September 10,
11   2003, she's now being prescribed 300mg, correct?
12        A     Correct.
13        Q     Was that dosage a refill, do you know, or did
14   you --
15        A     According to this note, that was giving the
16   patient a refill, yes.
17        Q     To the best of your knowledge, did you see
18   Ms. Church anytime after September 10, 2003?
19        A     To the best of my knowledge, I did not.
20        Q     Go back with me to your first prescription of
21   Seroquel to Ms. Church on October 12, 2002.  That's page 14.
22        A     Page 14, okay.
23        Q     Earlier you testified that you prescribed
24   Seroquel to Ms. Church to improve sleep.  And what was the
25   second thing?
```

```
                                                                65
 1      A     And decrease paranoid delusions.
 2      Q     Had you ever prescribed Seroquel to a patient for
 3   these indications before Ms. Church?
 4      A     Yes.
 5      Q     And had you had success in doing so?
 6      A     Yes.
 7      Q     Did you consider prescribing a first-generation
 8   antipsychotic to Ms. Church?
 9      A     I don't recall.
10      Q     Do you know why you chose Seroquel in particular?
11      A     Because it had been effective previously with
12   other patients.
13      Q     Do you recall if you considered other
14   second-generation antipsychotics?
15      A     I don't recall.
16      Q     When you prescribed Seroquel to Ms. Church in
17   October of 2002, were you aware of the potential risk of
18   weight gain?
19           MR. GRUBBS:  If you can recall, to the best of
20       your knowledge.
21      A     I don't recall.  I really don't know.
22   BY MS. BOSTON:
23      Q     What treatment would you have recommended for
24   Ms. Church if you had not prescribed the Seroquel to her?
25      A     Are you asking me if I see that patient today?
```

```
                                                                66
 1      Q    No.  At the time that you were prescribing
 2  Seroquel to Ms. Church, were there other medications that
 3  you tended to use for the treatment of depression and the
 4  decrease of paranoid delusions?
 5           MR. DICKENS:  Object to form.
 6      A    I don't recall.
 7  BY MS. BOSTON:
 8      Q    In October of 2002, having done a risk/benefit
 9  analysis, did you conclude that Seroquel was the best choice
10  for Ms. Church?
11      A    Yes.
12      Q    Did Ms. Church need medication to treat her
13  mental illness?
14           MR. DICKENS:  Object to the form.
15           MR. GRUBBS:  Object to form.
16      A    According to my assessment, yes.
17  BY MS. BOSTON:
18      Q    Now, do different mental illnesses sometimes
19  share some of the same symptoms?
20      A    Yes.
21      Q    And can patients with different psychiatric
22  diagnoses sometimes share the same symptoms?
23      A    Yes.
24      Q    Will reasonable psychiatry providers sometimes
25  arrive at different diagnoses even based on the same set of
```

```
                                                              67
 1   symptoms?
 2       A    Yes.
 3       Q    And is it fair to say that a single medication is
 4   often helpful in treating the symptoms of various
 5   psychiatric illnesses?
 6       A    Yes.
 7       Q    Now, when you prescribe a medication for a mental
 8   illness, do you focus more on the symptoms or the diagnosis?
 9       A    Both equally.
10       Q    And do you ever prescribe medications for
11   indications not formally approved by the FDA?
12       A    Yes.
13       Q    And that's called off-label prescriptions,
14   correct?
15       A    Correct.
16       Q    And that's a common practice in medicine;
17   correct?
18       A    Very common.
19       Q    When you prescribed Seroquel to Ms. Church in
20   October of 2002, was this an on-label or off-label
21   prescription?
22       A    When I wrote the prescription on October 12,
23   2002, it was an on-label prescription.
24       Q    And is that because of the paranoid delusions?
25       A    Correct.
```

```
                                                                68
 1      Q      Sleep is an off-label indication for Seroquel?
 2      A      That's correct.
 3      Q      By the way, are you aware that Seroquel was
 4   recently approved as an adjunct for major depressive
 5   disorder?
 6      A      Yes.
 7      Q      Do you recall if Ms. Church had problems with her
 8   weight when you were treating her?
 9      A      Yes.
10      Q      Do you recall if she was obese?
11      A      I don't recall. That's a relative term, but I
12   would have to know her BMI, and that is not documented.
13      Q      Are you aware that there's an increase in the
14   risk of diabetes among people diagnosed with mental
15   disorders as compared to the general population?
16      A      Yes.
17             MR. GRUBBS: If I can interrupt, are you doing
18      okay? Do you need a break?
19             MS. BOSTON: So sorry. Do you want to take a
20      five-minute break?
21             THE WITNESS: I'm okay. Let's get this done.
22             MS. BOSTON: This is off the record.
23             (Discussion was held off the record.)
24   BY MS. BOSTON:
25      Q      During her treatment at Lakeside Alternatives,
```

```
                                                          78
 1   discuss a case if we needed to on an emergency basis or
 2   whatever.
 3       Q    Now, you indicated when you prescribed
 4   medications you underwent a risk/benefit analysis?
 5       A    Correct.
 6       Q    You try to choose the safest drug that was also
 7   effective?
 8       A    Right.
 9            MS. BOSTON:  Object to form.
10   BY MR. DICKENS:
11       Q    If you have two medications you determine are
12   equally effective in a patient, you would choose the safer
13   of the two?
14            MS. BOSTON:  Objection to form.
15       A    Correct.
16   BY MR. DICKENS:
17       Q    And in order to undergo that risk/benefit
18   analysis, you as a prescribing nurse practitioner would like
19   to have as much information about the risk and side effects
20   of the drug as possible?
21       A    Yes.
22            MS. BOSTON:  Objection to form.
23   BY MR. DICKENS:
24       Q    Then you weigh those risks and side effects?
25       A    Correct.
```

```
                                                            79
```

1  Q   So any decision you make to prescribe a
2  particular drug is based on the information you have at that
3  particular time?
4  A   Correct.
5  Q   Now, I believe you indicated earlier that
6  learning and the information you have about a particular
7  medication is an ever-evolving process.  Do you recall that?
8  A   Yes.
9  Q   There's times that you learn information about a
10 drug that you didn't know when you were first prescribing
11 it?
12 A   At times.
13 Q   And that includes information that you learn
14 about side effects of particular medications?
15 A   Yes.
16 Q   There's times that you, as a prescribing nurse
17 practitioner, have learned about side effects related to
18 medication that you didn't know previously?
19 A   Yes.
20 Q   That occurs often?
21     MS. BOSTON:  Objection to form.
22 A   I wouldn't call it often.  At times.
23 BY MR. DICKENS:
24 Q   You testified earlier about some of the sources
25 of information that you used to derive information about the

```
                                                                103
 1      A      According to these records, yes.
 2      Q      And the visit prior to that you were asked some
 3   questions with respect to the visit in August of 2002 with
 4   Ms. Yankovich?
 5      A      Yes.
 6      Q      Do you recall that?
 7      A      Yes.
 8      Q      This was the first time that any physician or
 9   medical professional at Lakeside Alternatives prescribed
10   Seroquel to Ms. Church?
11      A      Yes.
12      Q      At this point in time, Ms. Yankovich discontinued
13   Desyrel?
14      A      Yes.
15      Q      And prescribed Seroquel?
16      A      Yes.
17      Q      And it says she prescribed Seroquel for sleep?
18      A      Yes.
19      Q      What is Desyrel?
20      A      Another name for the generic is Trazodone.  It's
21   an older tricyclic antidepressant that we don't use very
22   often anymore.  Unfortunately, when given in doses that are
23   effective for depression, it causes the patient to be asleep
24   just about all the time.  Therefore, one of the side effects
25   of a low dose of Trazodone is that it will help the person
```

```
                                                          107
 1   and tardive dyskinesia; correct?
 2       A    I don't know if that terminology was there, but
 3   the tardive dyskinesia was there, and NMS was there, and I'm
 4   sure the symptoms of EPS were there.
 5       Q    Under "Side Effects" here you don't have any
 6   mention of the weight gain that Ms. Church has experienced;
 7   is that correct?
 8       A    That's correct.
 9       Q    Is it your understanding that you did not
10   associate the weight gain in October of 2002 with the
11   Seroquel?
12            MS. BOSTON:  Objection to form.
13       A    I don't recall.  I don't remember if that was
14   just an oversight on my part or if I should have listed it.
15   I don't recall.
16   BY MR. DICKENS:
17       Q    Do you have a particular standard of practice
18   with respect to when you recognize potential side effects in
19   patients, noting them in your medical records?
20       A    I try, the best I can, to do that.
21       Q    There's no mention in this record with respect to
22   side effects of hyperglycemia?
23       A    There's nothing here that I can see that
24   references the hyperglycemia on this note.
25       Q    And you, at this point in time, prescribed or
```

```
                                                              108
 1   increased Ms. Church's Seroquel dosage?
 2        A    Yes.
 3        Q    And you did that based on a risk/benefit analysis
 4   of the information you had at that time?
 5        A    Yes.
 6        Q    You were asked the question towards the end of
 7   the direct examination with respect to whether you believe
 8   you made a mistake in prescribing Seroquel to Ms. Church.
 9   Do you recall that?
10        A    Yes.
11        Q    And your testimony was you did not feel you made
12   a mistake?
13        A    That's correct.
14        Q    And that's because, based on the information you
15   had at the time, you adequately weighed the risk and
16   benefits of that medication?
17        A    Correct.
18        Q    You had asked counsel whether she was asking
19   whether now you would have concluded Seroquel was the best
20   for Ms. Church.  Do you recall that?
21        A    Yes.
22        Q    Now do you recall or do you believe that Seroquel
23   was the best choice for Ms. Church at this point in time,
24   based on the information that you currently have?
25             MS. BOSTON:  Objection to form.
```

```
                                                           109
 1            MR. GRUBBS:  Objection to form.
 2       A    Based on the information I currently have, I
 3  would say, no, that would not be best choice -- with the
 4  information I have now.
 5  BY MR. DICKENS:
 6       Q    And what information is that that you have now?
 7       A    That this medication can contribute -- this
 8  medication, as well as the whole class of medications, has a
 9  possible side effect profile to include increased risk of
10  diabetes, increased risk of increased cholesterol, problems
11  with weight gain.
12       Q    With that information -- had you had that
13  information back in October of 2002, what medication would
14  you have considered at that point in time?
15       A    I possibly would have offered her something else
16  for sleep that would not have weight gain, possibly Ambien,
17  something short-acting, that sort of thing.
18            However, that wouldn't have addressed the
19  paranoid delusions, and all of those medications have a
20  possibility of this.
21       Q    Is it fair to say that with the information about
22  the risks of Seroquel that you know now -- the diabetes,
23  cholesterol, weight gain -- that you would have prescribed
24  or at least tried another medication before moving to
25  Seroquel?
```