# Exhibit 14

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

ORLANDO DIVISION

CATHY CHURCH,                          )
                                       )
        Plaintiff,                     )
                                       )
vs.                                    ) CASE NO.
                                       ) 6:07-cv-1698
                                       )
ASTRAZENECA PHARMACEUTICALS            )
LP, ASTRAZENECA, LP,                   )
                                       )
        Defendant.                     )
_____    )


        DEPOSITION OF:
        CATHY CHURCH
        Taken on Behalf of the Defendant
        March 24, 2010

Page 53

1 A.      There was a few doctors that came and went

2 over there, so I'm not sure of the exact name.

3 Q.      Okay.  And when did you first start using

4 Zantac or the generic of it?

5 A.      Well recently I restarted taking it, about

6 a month ago.

7 Q.      Okay.  But you had taken it before?

8 A.      I was supposed to be, but the insurance

9 wouldn't pay for it, so....

10 Q.      Okay.  Let me put it this way:  Did you

11 ever actually use Zantac before -- what did you

12 say?  A month ago?

13 A.      I believe I did once.

14 Q.      Okay.  And who was the first to prescribe

15 it?

16 A.      Rexford Agbenohevi.

17 Q.      So you think you've only used the Zantac

18 on two occasions?  Two times periods, I should

19 say?

20 A.      With two different doctors, yes.

21 Q.      So who was the other doctor who prescribed

22 Zantac?

23 A.      Karen Joyce, a recent doctor.

24 Q.      Where is Karen Joyce?

25 A.      She's my new primary care physician here

Page 54

1 in Cookeville, in the same address as Rexford

2 Agbenohevi.

3 Q.      So you don't see Dr. Rexford Agbenohevi

4 anymore?

5 A.      No.

6 Q.      And why did you stop seeing him?

7 A.      Well, I wasn't pleased with his service at

8 the time.

9 Q.      Okay.  Can you give me a little more

10 detail?  What was unpleasing?

11 A.      Well, in October of last year he started

12 taking off, going on trips, and he didn't even

13 notify some of his patients that he would be gone.

14 And then I had asked him -- I called him before

15 hours wanting to see him with severe headaches and

16 that.

17          "Well, I'll call you in a prescription."

18          I'm, like, "Don't you want to find out

19 what it is first?"

20 Q.      Okay.

21 A.      So I proceeded to go to the emergency room

22 that afternoon.  I didn't even go pick up the

23 pills because I'm not going to take a pill if I

24 don't know what's wrong with me.

25 Q.      Okay.  So he became inaccessible?

Page 55

1 A.       Well, I -- it made me put doubt, because

2 if he was going to do that, you know, how could I

3 just totally trust the person?  And then a month

4 later he pulled the same thing; he went on

5 vacation.

6 Q.       Oh, he did twice?

7 A.       And didn't come back for a longer period

8 of time.  And when he did come back, I was already

9 searching for a new doctor, found a new doctor,

10 and then I received notice that he was no longer

11 accepting our insurance.  I'm like, well, that's

12 just a fine kettle.

13 Q.      Now, is Dr. Karen Joyce a part of his

14 practice?

15 A.      No.  She's in the same building but

16 upstairs, her own practice.  Karen Joyce.

17 Q.      And what type of doctor is she?

18 A.      She's a nurse practitioner.

19 Q.      Okay.  And she accepts your insurance?

20 A.      Yes.  And her overseer, the medical doctor

21 that oversees her, is Roy Anderson.

22 Q.      Do you know what type of doctor he is?

23 A.      The exact type I'm not sure, but I know

24 he's my parents' doctor.

25 Q.      And do you ever see him?

Page 85

1 physical injuries, illnesses or disabilities?"

2      Do you see that question?

3 A.    Yes.

4 Q.    You have it marked yes, correct?

5 A.    Yes.

6 Q.    I just want to point out I see here listed

7 "female sexual problems." Do you see that?

8 A.    Yes.

9 Q.    Okay. To what is that referring?

10 A.   I put that in there. I don't believe it

11 has to do with Seroquel.

12 Q.   I understand.

13 A.   That was prior. I had prior female

14 problems, yes.

15 Q.   Okay. It's a part of your health issues?

16 A.   Yes. I'm sorry.

17 Q.   I just need to have an understanding of

18 what.

19 A.   Yes. I had to have a hysterectomy, so

20 yeah, it was prior to this, yes.

21 Q.   Okay. Also listed here is renal failure?

22 A.   Yeah, that's missing part of it too.

23 Acute kidney renal failure. Yeah, I had kidney

24 failure in '07. I was hospitalized for three

25 days.

1 Q.      And what was the cause for that?

2 A.      They said it had to do with my diabetic

3 conditions.  When you're diabetic you get various

4 other medical conditions can come up.  I became

5 dehydrated severely.  My kidneys were just about

6 ready to shut down on one side.  And --

7 Q.      Okay.  I'm a little bit confused.  Let me

8 explain why.  It says here in the question it's

9 suggesting that you list conditions basically that

10 were not caused by Seroquel.  Do you understand

11 what I'm saying?

12 A.      Okay.

13 Q.      And yet you have "renal failure" listed

14 here.  I just want to clarify:  Do you believe

15 that the renal failure is associated with your

16 Seroquel use?

17 A.      Yes.

18 Q.      Okay.

19 A.      And the neuropathy.  The rest of it are

20 correct -- is correct.

21 Q.      Okay.  Would you look with me at page 11

22 of Exhibit 5.

23 A.      (The witness complies.)

24 Q.      Do you see Section XI that says "Insurance

25 and Benefits"?

Page 87

1 A.      Yes.

2 Q.      You were asked to provide information on
3 the insurance or other companies which have
4 provided medical coverage or paid your bills at
5 any time beginning 10 years prior to your
6 prescription of Seroquel to the present.  Are all
7 of these -- strike that.

8          Are the four entities listed the answer to
9 question XI-A on page 11 of Exhibit 5?

10 A.     Yes, they are.

11 Q.     Okay.  There are no others?

12 A.     No.

13 Q.     Okay.  Would you look with me at page 12?

14 A.     (The witness complies.)

15 Q.     Do you see Roman numeral XII which says
16 "Prior Legal Actions"?

17 A.     Yes.

18 Q.     Let's talk about these now.  It lists that
19 you received a workers' compensation settlement in
20 September of 1998; is that correct?

21 A.     Yes.

22 Q.     Okay.  And how much did you receive?

23 A.     12,000.

24 Q.     And that was because of knee and back
25 injury on the job, correct?

Page 94

1 Q.     You've never been treated for any type of

2 substance abuse, right?

3 A.     No.

4 Q.     Have any of your family members been

5 treated for substance abuse?

6 A.     Yes.

7 Q.     Which family members?

8 A.     My brother, Robert.

9 Q.     The one who passed away?

10 A.     No, Robert Mastine, my living brother.

11 Q.     Okay.  I'm sorry.

12 A.     He has been in recovery for a long time,

13 yes.

14 Q.     What type of substance abuse?

15 A.     Cocaine and alcohol.

16 Q.     Are you currently experiencing any

17 significant financial problems?

18 A.     Yes.

19 Q.     Is that a stressor in your life?

20 A.     Oh, yes.

21 Q.     Sorry.  Earlier you were telling me what

22 you thought were injuries derived from your

23 Seroquel use.  Do you remember when we went

24 through that?

25 A.     Yes.

Page 95

1 Q.      Okay.  I just want to doublecheck a few
2 things, okay?

3 A.      Okay.

4 Q.      Do you contend that your back, neck or
5 knee problems have anything to do with your
6 Seroquel use?

7 A.      No, not those.

8 Q.      Okay.  Do you contend that your
9 fibromyalgia has anything to do with your Seroquel
10 use?

11 A.      No.

12 Q.      Okay.  Do you contend that your arthritis
13 has anything to do with your Seroquel use?

14 A.      No.  Not the arthritis, no.

15 Q.      And I wasn't sure if you were suggesting
16 that your sleep apnea -- does that have anything
17 to do with your Seroquel use?

18 A.      I'm not sure on that one.

19 Q.      Okay.

20 A.      Because I do have a lot of conditions that
21 go with that.  I'm not sure if they intercede with
22 the rest of it, yes.

23 Q.      Okay.  Has any medical provider ever told
24 you that your sleep apnea is associated with your
25 Seroquel use?

Page 96

1 A.        Not directly, no, no.  Never, actually.

2 Q.        Never?  Okay.

3 A.        No.  As to do with the diabetes, yes,
4 parts of it, but not those two together, no.

5 Q.        Who has told you that the sleep apnea has
6 to do with the diabetes?

7 A.        Indirectly because the sleep apnea, it
8 involves the neuropathy, the restless leg
9 syndrome.

10 Q.        Who told you that?

11 A.        Danny Donovan and the sleep study people.

12 Q.        Where did you have a sleep study?

13 A.        Sleep Solutions of Tennessee.  That should
14 be in Danny Donovan's records.

15 Q.        Okay.  Has any doctor or nurse, medical
16 provider, ever told you that Seroquel caused your
17 Type II diabetes?

18 A.        Yes.  I have been told that Seroquel was
19 one of the main reasons -- the only reasons that I
20 was informed of anyway -- why I have diabetes, is
21 because I was on that and I got off.  As soon as I
22 stopped taking it, I acquired all of these
23 symptoms.

24 Q.        So as soon as you started to take it?

25 A.        No, stopped.

1 Q.     As soon as you stopped?

2 A.     Yes.

3 Q.     Are you saying that you acquired symptoms

4 after you stopped using Seroquel?

5 A.     For the diabetics, yes.

6 Q.     You didn't have symptoms of diabetes while

7 you were using Seroquel?

8 A.     I'm not sure.  In my medical records they

9 were always watching all of my levels and they

10 said -- one doctor said in there they wanted to

11 keep an eye on the level.

12 Q.     You mean blood sugar levels?

13 A.     Blood sugar levels and that -- yes, and

14 triglycerides.

15 Q.     You said that there's a medical provider

16 who has said that one of the main reasons you have

17 diabetes is because of Seroquel.  Who is that?

18 A.     Well, the one doctor who took me off of

19 the pill was Chip Fountain.

20 Q.     So Dr. Fountain directed you to stop

21 taking Seroquel?

22 A.     Yes.

23 Q.     You did not stop taking it on your own?

24 A.     No, I did not.

25 Q.     And tell me about the conversation you had

1 A.      Oh, yeah, they started back then helping

2 me, and even more so now.  So, yeah.

3 Q.      How, if at all, did your life change after

4 you were diagnosed with Type II diabetes?

5 A.      After I was diagnosed with diabetes, over

6 a period of time more medical conditions came up,

7 which made my physical medical state more complex,

8 more detailed to where I couldn't -- the things I

9 couldn't do, I couldn't do even more.  I mean,

10 there was more I could not do than before.

11         Like standing and sitting for long periods

12 of time, my arms and legs would go numb.  They

13 diagnosed me originally with, like I said,

14 fibromyalgia that went into restless leg syndrome

15 with the sleep apnea.  Then they tested me for

16 neuropathy.  I have that now.

17         Now they're saying that they're going to

18 send me to another neurologist and I might have

19 PAD, peripheral artery disease.  So it's, like,

20 one rolls over into the other, but it's all

21 surrounding a similar thing, circulation in your

22 body.  And I don't know what they can do about

23 that, but all's I know is it's very uncomfortable

24 when you can't sit or move or -- how can I

25 describe this?  Even going to the restroom, if you

1 have to sit there for more than five minutes, my

2 legs would go numb and I'd go to get up and I

3 would have to bring them back to life like they

4 fell asleep, you know.

5 Q.      Okay.

6 A.      Those kinds of things are very painful,

7 very unsettling.  Even -- you know, like I said,

8 holding things, because of my -- all of my

9 extremities.  It used to be my arms, I would have

10 problems because way back, because of the neck

11 problems, pinched nerves.  Well, it's more than

12 that now.  It's the neuropathy plus the -- now

13 they're sending me -- going to try to send me to

14 vascular testing and go from there, which medical

15 terms, I don't know.

16 Q.      Okay.  Did you say that you had been

17 diagnosed with peripheral artery disease?

18 A.      No, I said they're checking me out for

19 that.

20 Q.      Who is having that done?

21 A.      My primary care doctor, Karen Joyce.  She

22 asked me where I got that term and I'm like, well,

23 it's on TV.

24 Q.      Okay.  Are you teaching the doctor?  Okay.

25 A.      You see something where you have certain

Page 181

1 Q.      And listed are three medications, Paxil,

2 Vistaril and Seroquel; is that correct?

3 A.      Yes.

4 Q.      Paxil is prescribed at -- is that 37.5

5 milligrams?

6 A.      Yes.

7 Q.      Okay.  And the Vistaril is 25 milligrams?

8 A.      Looks like 25, yes.

9 Q.      And the Seroquel is 400 milligrams,

10 correct?

11 A.      Yes.

12 Q.      Okay.

13              (Marked Exhibit No. 15.)

14 BY MS. BOSTON:

15 Q.      Ms. Church, you have been handed what has

16 been marked Exhibit 15.

17              MS. BOSTON:  For the record, it's a

18 two-page document Bates-stamped CCHURCH/

19 CUMBERLANDMOUNTAINMENTALHEALTHCENTER/00041 through

20 -42.

21 BY MS. BOSTON:

22 Q.      Ms. Church, have you ever seen Exhibit 15

23 before?  If you recall.

24 A.      I'm not sure on this one.  I don't recall

25 this particular page.

Page 187

1 Q.       Do you recall any discussions with doctors

2 about the potential association between

3 hyperglycemia and Seroquel?

4 A.       No.

5 Q.       Do you recall any discussions with any

6 doctor about the potential association between

7 diabetes and Seroquel?

8 A.       No.

9 Q.       Okay.  Did Seroquel help you in any way?

10 A.       I don't believe it did, because they

11 continually had to increase the dose.

12 Q.       Do you recall telling a health-care

13 provider that Seroquel helped to improve your

14 mood?

15 A.       No, I don't.

16 Q.       Did Seroquel help you with your anxiety

17 disorder?

18 A.       I don't believe so.

19 Q.       Did Seroquel help you with your insomnia?

20 A.       No, it did not.

21 Q.       Did Seroquel help you with your mood

22 swings?

23 A.       No.

24 Q.       And did Seroquel help to make you less

25 nervous?

Page 188

1 A.      Definitely not.

2 Q.      For how long did you use Seroquel?

3 A.      From '02 through roughly '05 or '06-ish.

4 Q.      Okay.  So you used Seroquel for over three
5 years?

6 A.      Yes.

7 Q.      Okay.  And you say that Seroquel was
8 ineffective for you.  Why did you use it for three
9 years?

10 A.      They kept increasing the dose hoping that
11 they would find the appropriate dose for me.

12 Q.      During what time of the day did you
13 usually take your Seroquel?

14 A.      At nighttime.

15 Q.      Did you ever take it during the daytime?

16 A.      No.  Not that I can remember anyway.

17 Q.      Did you take it at approximately the same
18 time every night?

19 A.      Usually bedtime, late at night.

20 Q.      What was bedtime for you, approximately?

21 A.      Around 9-ish, I think it was, yeah.

22 Q.      And did you ever take more Seroquel than
23 you had been prescribed?

24 A.      No, definitely not.

25 Q.      Did you ever take less pills than you'd

Page 211

1 you're not sure, you have to talk to your

2 pharmacist because they know second to a doctor.

3 Q.       Have you ever talked to a pharmacist about

4 your medications?

5 A.       No.  Mostly what I would do is ask, like,

6 if a prescription would affect the other

7 medicines, like I'm on sinus pills --

8 Q.       If there would be an interaction?

9 A.       An interaction, yeah.

10 Q.       Okay.  Are you making a claim for mental

11 and emotional distress in this lawsuit, if you

12 know?

13 A.       We haven't discussed that yet.

14 Q.       Okay.  Do you feel that you have

15 experienced any mental distress from the use of

16 Seroquel?

17 A.       We haven't really got into that, but there

18 are issues we will discuss.

19 Q.       Okay.  I'm just asking do you feel that

20 you have suffered emotionally from your use of

21 Seroquel?

22 A.       Yes, I do.

23 Q.       How have you suffered emotionally?

24 A.       Because I physically and mentally am not

25 like what I used to be.  I'm affected by all of

Page 212

1 the medical, physical, and because of all the

2 medicines I've been on, I can't remember things.

3 I can't do like I used to do.

4        It's just everything's totally changed, so

5 I don't feel like I'm the same person I was.  So

6 my mind feels more depressed, more emotionally --

7 I'm not the happy person I used to be.

8 Q.      And as you are not working, is it correct

9 to assume you are not seeking lost wages in this

10 lawsuit?

11 A.      We haven't --

12            MS. BOSTON:  Counsel, if you wish to

13 respond --

14            MR. DICKENS:  Yeah.  To any extent

15 that I guess the medical condition she described

16 above could be attributed to not going back to

17 work, we would keep that in.  There may become a

18 time later down the road that those claims will be

19 dropped.  They have been pled, and we will

20 continue until further notice.

21            MS. BOSTON:  That's what I needed to

22 know.  Thank you.

23 BY MS. BOSTON:

24 Q.      Are you making any consortium claims in

25 this lawsuit?

Page 213

1              MS. BOSTON:  Again, I'll ask counsel.

2              MR. DICKENS:  We are not, no.

3              THE WITNESS:  I was going to say, you

4 have to ask him.

5 BY MS. BOSTON:

6 Q.      That has to do with your marriage.  Just

7 asking.

8              I believe earlier you testified that your

9 Social Security benefit application is pending; is

10 that right?

11 A.      Yes.

12 Q.      Now, you first made the application in

13 1996; is that right?

14 A.      Yes.

15 Q.      Have you ever received disability

16 benefits?

17 A.      No, not Social Security disability.  I

18 received workers' comp, but that's all.

19 Q.      Have you received workers' comp more than

20 once?

21 A.      No.

22 Q.      And how many times have you applied for

23 the Social Security benefits?

24 A.      More than I can count.

25 Q.      Okay.  Five?  Six times?