# Exhibit 15

 

### PATIENT RECORD

```
PAT# 0002615560  CHART# 048826  01801
ENC# 0307836 DATE 08/15/05  PAYOR 1 ATBL
NAME CHURCH, CATHY R          2 ATBL
SSN 001560430  DOB 10/25/62 RC W SEX F
YRS  42 MON  9 DAYS 21  PLAN: TBL00P18
ADDR: 170 WALLOP DRIVE
CITY: CROSSVILLE        TN 38571
COUNTRY OF ORIGIN:  UNITED STATES
```

### PROGRESS NOTES

Name of Patient _____

Patient No. _____

| DATE | COMMENTS | SIGNATURE TITLE |
|------|----------|-----------------|
| 8-15-05 | Sterile Venipuncture X 1 Stick RT arm. for CMP & Lipids. Tollerated well RTC for results | J M Bash FN |
| 8/19/05 | T - 97.3  P 88  R 24   HT ___  WT 246.0  BP 138/84 | R Benty N |
| | Tobacco Use: Current  Former  Never | |
| | S) Here for lab results. BG 160, Chol 196, LDC 96, Trig 241. Discussed that pt was fasting & this is a new diagnosis for her. | |
| | O) Heart - RRR. Lungs - CTA. A&Ox3 in NAD | |
| | A) Diabetes | |
| | P) Blood Glucose Monitoring Machine, Test strips #100, Lancets #100, 12 RF. ✓ BG till - Bring in for class c RN on how to use it. Refer for diabetes education. A1C today. Repeat labs in 3 wos. Eye exam yearly. | B Hg, CFNP |
| 8/17/05 | Sterile venipuncture X5 - 1 per. Pt.n. (c) tollicated for - A1C - tollerated well - | K Ranker R |
| | Reviewed by ___ Danny R. Hall, M.D. | |
| | Date ___ 8-18-05 | |

PH-1748
Rev 1/93
CONFIDENTIAL

CCHURCH/CUMBERLANDCOUNTYHEALTHDEPT/00019

RDA 150

CC-01A-0000