# Exhibit 16

Confidential - Danny Ray Hall, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

- - -

| | | |
|---|---|---|
| IN RE: Seroquel Products Liability Litigation | : : : : | MDL DOCKET NO. 1769 |
| This document relates to: | : : | |
| Church v. AstraZeneca LP, et al. (Cathy Ruth Church) | : : : | No. 6:07-cv-1698 |

- - -

March 23, 2010     ORIGINAL

- - -

Confidential telephonic deposition of DANNY RAY HALL, M.D. taken pursuant to notice, was held at the offices of Golkow Technologies, Inc., One Liberty Place, 51st Floor, 1650 Market Street, Philadelphia, Pennsylvania, beginning at 11:13 a.m. (EST), on the above date, before Kimberly A. Cahill, a Federally Approved Registered Merit Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Danny Ray Hall, M.D.

Page 17

1                (Pause.)
2                THE WITNESS:  No.
3    BY MR. DICKENS:
4        Q.   Did you do anything else to
5    prepare for today's deposition?
6        A.   No.
7        Q.   You didn't review any other
8    documents outside of the medical chart
9    that you have for Miss Church?
10       A.   No.  I just looked through
11   her chart.
12       Q.   And you indicated that the
13   last time that you saw Miss Church was in
14   January of 2006?
15       A.   1/19/06 was her last visit.
16       Q.   Have you -- you have not
17   treated Miss Church at all since that
18   time?
19       A.   No.  She's not been to our
20   clinic.  According to the note, she was
21   in the process of moving to Cookeville
22   and was going to see a doctor there, so I
23   assume she did that.  I don't know that
24   for sure.

Confidential - Danny Ray Hall, M.D.

Page 157

1   the plan, lose weight, decrease
2   calories, increase exercise.
3           MS. BOSTON:  No further
4   questions.
5           MR. DICKENS:  We're all set,
6   Doctor.
7           THE WITNESS:  All right.
8           (Witness excused.)
9           (Deposition concluded at
10  approximately 2:04 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24