# Exhibit 17

DEPOSITION OF REXFORD Y. AGBENOHEVI, M.D.

April 27, 2010

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1769

This document relates to:

Church v. AstraZeneca LP, et al.

[Cathy Ruth Church 6:07-cv-1698]

---------------------------------x

The deposition of REXFORD Y. AGBENOHEVI, M.D., taken pursuant to notice, was held at the offices of Dr. Agbenohevi, Mercy Clinic, 315 N. Washington Avenue, Suite 109, Cookeville, Tennessee, beginning at 9:10 a.m. (CST), on the above date, before Debbie West, Licensed Court Reporter and Notary Public in the State of Tennessee.

Q Have you published any articles in medical journals?
A No.
Q Do you belong to any medical professional organizations?
A I am a member of the board of -- I am sorry. American College of Physicians and the local chapter of the Putnam County Physicians Medical Society.
Q Do you recall your patient Cathy Church at all?
A Yes, I am very familiar with her.
Q Did you review Ms. Church's records prior to this deposition?
A I have looked at it, yes.
Q Did you meet with any attorneys prior to this deposition?
A No.
Q Did your review of the records refresh your recollection of Ms. Church?
A Yes.
Q And about how long have you treated Ms. Church?
A Since 2006.
Q Was that you yourself or did you

have some staff meeting with her?

A I predominantly see her most of the time.

Q Was there someone else also that met with her?

A She has had just one visit -- actually her last visit to us in last year in September.

Q Who did she --

A She saw a nurse practitioner.

Q And what is the name of that nurse?

A Sara DeBovis.

MS. BOSTON: Could you spell the last name?

THE WITNESS: D-e capital B-o-v-i-s.

MS. BOSTON: Thank you.

BY MR. ANDERSEN:

Q Were there any other doctors in this practice that met with Ms. Church?

A Not in my practice. I know she has other providers that see her.

Q I am going to give you what has been marked as Exhibit 1, which is the notice of deposition for this. Did you receive this

A Her diabetes was ongoing, the problem that she had.

Q In your assessment on page 26-019, I see the carpal tunnel syndrome and also diabetic neuropathy. Can you tell us how the neuropathy was diagnosed?

A Yes. She complained of tingling in her feet and hands. I did send her over for -- I referred her for nerve conduction studies which came positive for carpal tunnel syndrome which is one of the complications that one could develop from diabetes. Even though other problems can cause carpal tunnel syndrome.

Q Did she represent that she had any repetitive motions in her life that would be causing the carpal tunnel?

A I did not obtain that history from her.

Q What was involved in the neurological test that you sent her for?

A They did a nerve conduction study. I think we have a report of that.

Q I think I have that. I can't tell you the page at the moment. Hopefully we will run across it. Can you describe the form of the test

7th of '06; is that right? I am looking at set 15-12.

A Yes, that was the next visit.

Q Can you tell us how she presented in that visit and how you treated her?

A She complained of worsening pain in her hands. And by then we had had an EMG done which reported that she had median nerve neuropathy, which is carpal tunnel syndrome.

And it was at this visit that she mentioned that she had a swelling behind the right knee also.

Q Now under subjective and chief complaint -- sorry, HPI, you use the term hands to locate the pain and then you use the term wrists. Are those terms interchangeable for this purpose?

A They are not interchangeable. They are not interchangeable. The wrists that I use was the report of the EMG. The EMG said she had neuropathy at that wrist. That is the problem was at her wrist.

Q What sort of test is an EMG? How does that work?

A It is a nerve conduction study.

Q Is that what you described to us

previously?

A Yes.

Q An electrical test?

A Right.

Q Okay. So the patient was reporting pain in the hands and the EMG results showed neuropathy at the wrists. Are those two connected?

A Yes, they are.

Q When you say complaints of worsening pain in both hands, would that be the body of the hands as well as the fingers?

A That is what I understood it to mean.

Q And does carpal tunnel syndrome normally include pain in the hands and fingers?

A Usually it is pain in the fingers and usually they are located in the thumb, the index finger and the middle finger. Those are the fingers that are particularly involved in carpal tunnel syndrome.

Q It says onset timing three weeks ago reported. Does that mean she had had this for three weeks as of April 7th?

A The worsening was for that period of time.

A A Baker's cyst is a collection of fluid in the capsule of the knee joint. It is usually people with arthritis in their knees tend to develop fluid in the joint capsule.

Occasionally this fluid tracks backwards to behind the knee and presents as a swelling in the knee. Usually that does not cause a problem. Occasionally they may rupture and cause intense pain and it is often difficult to distinguish between that and a blood clot

Q Thank you. Did you assess her again this date with diabetic neuropathy or was this the first date that you assessed that?

A With the diabetic neuropathy, yes, we did. Yes, it is possible -- yes, I thought she had a diabetic neuropathy because she had these sensory symptoms and she had diabetes.

And not having had any history of anything that could predispose her to these symptoms, I concluded that she had a diabetic neuropathy and was a result of the diabetes.

Q That was on this date that you came to that conclusion?

A Yes.

Q Were there any other considerations

that led you to believe that the diabetes caused the neuropathy?

A Well, with her having diabetes that was not controlled, that was a reasonable conclusion to draw.

Q Now, on April 7th of '06 was the diabetes still uncontrolled?

A Yes. I think she mentioned that she -- on April 7th?

Q Yes. I am looking at set 15-012.

A It still was uncontrolled I believe.

Q Is there anything in your record that shows that? I am sorry, I think you said that she reported high blood sugars?

A Well, at that particular visit I did not have any indication that her blood sugars had become any better than they were before.

Q Would you normally ask her about that?

A Yes, I would.

Q Would you normally put it in the record?

A I notice under endocrine, a number of things which would be indicated of that, which I checked, which she didn't have any polydipsia or

A Three months.

Q Is that an average?

A Yes, it is an average.

Q Did she indicate how long she had changed back -- how long previous to this visit she had changed back to Metformin?

A No, I don't think I have information on how long she had gone back to taking the Metformin.

Q On March 8th of '07 was the numbness in the lower extremities the same as before?

A She complained of numbness in both legs.

Q So there was no change from previous visits in that regard?

A I don't think so.

Q Now under assessment you list diabetes as uncontrolled with neuropathy. Is that right?

A Yes.

Q And why is that?

A She still had the subjective symptoms of numbness and we had demonstrated that she had paresthesias in her legs previously.

Q I am sorry, I mean why was it

Type 2 diabetes?

A It is.

Q And in fact in your records from Ms. Church, sometimes you listed her diabetes as controlled and sometimes you listed it as uncontrolled; correct?

A Yes.

Q What are the potential complications of Type 2 diabetes?

A There are a number of complications ranging from developing vascular complications leading to peripheral vascular disease. They could develop kidney failure from it.

They could develop neurological complications which leads to numbness and impotence in men. Some of my male patients have developed complications relative to the bladder where they can't empty their bladders on their own, so they have to catheterize themselves.

Heart disease is another. Eye problems, cataracts, retinopathy, bleeding to the eyes, that is a retinal hemorrhage, and gastroparesis is another complication of diabetes.

Q Okay. Let's talk about neurological complications for a moment. Is Type 2 diabetes the

only cause of neuropathy?

A No.

Q What are some of the other causes?

A High blood pressure could cause a neuropathy. Vitamin deficiencies may cause a neuropathy. And there are neuropathies that are due to inflammatory conditions.

Q Such as arthritis?

A No, not arthritis. We call them chronic inflammatory polyneuropathy. Usually we cannot pinpoint a single cause of that, but we know it is an inflammatory condition.

Q Can arthritis cause neuropathy?

A It can. If there is nerve involvement. Arthritis can have a pressure effect on a nerve and cause a neuropathy.

Q Can carpal tunnel syndrome cause neuropathy?

A Carpal tunnel by itself is a neuropathy. And a number of conditions can cause that disease state, rheumatoid arthritis, hypothyroidism, diabetes can do it and so on and so forth.

Q Is diabetes the only cause of retinopathy?

A No.

Q Can hypertension cause retinopathy?

A Hypertension surely can cause retinopathy.

Q We have discussed Ms. Church's neuropathy, we have discussed Ms. Church's vision problems at times. Other than those categories, having reviewed Ms. Church's medical records, do you recall seeing any evidence of diabetic complications? Do you understand my question?

A I understand your question. Some of the complications that she have, for example, her carpal tunnel could be ascribed to -- could be related to the diabetes.

Q Do you know whether Ms. Church experienced carpal tunnel syndrome before she was diagnosed with diabetes?

A I do not have that information.

Q Anything else?

A And she had sensory changes in her feet which could be a result of the diabetes. I think that is most likely related to her diabetes because of her being diabetic and not having good sensation in her feet.

Q Is the sensory the same as

neuropathy?

A The sensory changes may be a manifestation of a neuropathy.

Q Okay. Is it possible that those sensory changes are due to her hypertension?

A In the feet?

Q Yes.

A It is possible they can.

Q Doctor, do you have any patients who are able to control their blood sugar levels without medication?

A Yes, I had a patient -- I mean I often talk about him because when he came to me he was really uncontrolled, he was obese.

We got him to lose his weight and took him -- actually he was on insulin and oral medication. Took him off of insulin and eventually took him off of his pills and he was well controlled by diet.

Q He was able to do it by lifestyle modification?

A Yes.

Q Would you agree that people who control their blood sugars and other risk factors are able to avoid significant complications from their

would be made for in the nature of the calculation for obtaining a body mass index.

BY MR. ANDERSEN:

Q Is it simply a ratio of height to weight?

A It is a ratio of weight divided by the square of the height.

Q The square of the height. So if someone were to -- to take an extreme example to prove a point -- if someone were to lift a lot of weights and drop their body fat below a normal level, could they still have a high body mass index and be technically obese according to the BMI chart?

MS. BOSTON: Objection to form.

THE WITNESS: Could be. Yes, that is possible.

MR. ANDERSEN: Thank you. I have no further questions.

MS. BOSTON: We are done.

THE WITNESS: I would like to read and sign.

FURTHER THIS DEPONENT SAITH NOT.

(3:14 p.m.)