# Exhibit 18

Patient: Cathy Church   Acct# 13668   Date: 3/10/06

## Middle Tennessee Eye Associates

### Opthalmoscopy
☐ Extended  ☒ Subsequent



OD — vit chem, DIB Hem, 0.2 [illegible], NL DISK, Edema

OS — DIB h

Cathy R. Church
289 Country Meadows Ln
Cookeville, TN 38501
(931) 858-7666
10/25/1962   Age: 43   Sex: Female

Referring Physician: Segal MD, Scott E.

Appt Date: 3/10/2006

| | HPI Today's Visit: DFE | Medical History: | Ocular Medications: |
|---|---|---|---|
| Cat/YAG/Bleph OD/OS | ☐ CC: c/o headaches - almost all the time | ☐ ROS/PFSH Reviewed | ∅ gtts |
| Cat/YAG/Bleph OD/OS | ☐ trouble VA ↓ (N)HD) | No change since visit (   ) Initials | |
| Cat/YAG/Bleph OD/OS | ☐ (+) floaters | New Information: (Medical or Ocular) H/o Hemorrage OU | |
| Cat/YAG/Bleph OD/OS | ☐ (+) flashes | H/o Strabmus sx OU x 42yrs | |
| Cat/YAG/Bleph OD/OS | Sensitive eyes OU | Corrected med list | |
| | NIDDM - 6 mos. | 143 this am - stable (120-130) | |

☒ Vcc/sc   OD 20/40⁶   J 20/___   PH 20/___   RX OD ___ 20/___
           OS 20/40⁻¹  J 20/___   PH 20/___      OS ___ 20/___
           OU 20/40⁺²  J 20/___                  OU ___ 20/___

+1.50 -1.00  80  =20/50   AR OD ___ 20/___
                                OS ___ 20/___
Mo { +1.75 -0.75  70   V. Martin 1/13/06
                                MR OD +2.75 -1.50x080  20/___
                                   OS +1.75 -1.75x065  20/___
                                   OU +2.00             20/___
=20/50
JE-20        CR OD ___ 20/___
PI-20           OS ___ 20/___
                OU ___ 20/___

☒ Pupils: PERRLA
☒ Dilation 2.5/IT ☐ Cyclo Time: ___

K's   OD ___/___                    Bat:  OD 20/___   OS 20/___
      OS ___/___                    PAM:  OD 20/___   OS 20/___
                                    ☒ IOP Time: 905am   OD 20   OS 18

☒ Oriented to time, place, person   ☒ Mood and affect appropriate

**SLE: OU Normal if checked**

|  | OD | OS |
|---|---|---|
| ☒ Lids / Lashes | | |
| ☒ Conjunctiva | | |
| ☒ Cornea | SPK c✓ | --- |
| ☐ AC | | |
| ☒ Iris | | |
| ☒ Lens / IOL / PC | | |
| ☐ Vitreous | clear | itml |

**Fundus: OU Normal if checked**

|  | OD | OS |
|---|---|---|
| ☐ DISC C/D ratio | | |
| ☐ MACULA | | |
| ☐ PERIPHERAL | | |

See S.D.

**IMPRESSIONS/PLAN**
① DM c DR
② Tortuosity 1/25 SF6
③ H/o Strab surg
④ Mild Amblyopia
⑤ Early cataract

☐ Risk & Benefits Discussed with patient
☐ Discussed Co-management with patient
Return to: ☐ WCS ☐ SES ☐ VCF ☐ OD
☐ Specialist ___
Appt Date 5/21/06 @ 1:00   Dr Martin

Mailed ___
Faxed ___

## PATIENT BILLING HISTORY

Middle Tennessee Eye Associates
315 North Washington Ave. STE 190
Cookeville, TN 38501
Phone: 931-372-1994

Patien Cathy R. Church
289 Country Meadows Ln
Cookeville, TN 38501

Guara Cathy R. Church

Account #: 13668
DOB: 10/25/1962
Home Phone: (931) 858-7666
Work Phone:

---

**1/13/2006** Provider: Segal MD, Scott E. (EIN: 62-1838558, UPIN: G70175)   145.00
Procedure: 92004 (Eye exam, new patient)   Diagnosis: 250.00

  Payments: 02/02/2006  TennCare Select   -85.14
  Adjustments: 02/02/2006  Provider Level Adjustment   -59.86
  Balance: 0.00

**3/10/2006** Provider: Segal MD, Scott E. (EIN: 62-1838558, UPIN: G70175)   80.00
Procedure: 92226-LT (Special eye exam, subsequent)   Diagnosis: 362.01

  Payments: 03/21/2006  TennCare Select   -43.85
  Adjustments: 03/21/2006  Provider Level Adjustment   -36.15
  Balance: 0.00

**3/10/2006** Provider: Segal MD, Scott E. (EIN: 62 1838558, UPIN: G70175)   80.00
Procedure: 92226-RT (Special eye exam, subsequent)   Diagnosis: 362.01

  Payments: 03/21/2006  TennCare Select   -43.85
  Adjustments: 03/21/2006  Provider Level Adjustment   -36.15
  Balance: 0.00

**3/10/2006** Provider: Segal MD, Scott E. (EIN: 62-1838558, UPIN: G70175)   214.14
Procedure: 92235-LT (Eye exam with photos)   Diagnosis: 362.01

  Payments: 03/21/2006  TennCare Select   -81.43
  Adjustments: 03/21/2006  Provider Level Adjustment   -132.71
  Balance: 0.00

**3/10/2006** Provider: Segal MD, Scott E. (EIN: 62-1838558, UPIN: G70175)   214.14
Procedure: 92235-RT (Eye exam with photos)   Diagnosis: 362.01

  Payments: 03/21/2006  TennCare Select   -81.43
  Adjustments: 03/21/2006  Provider Level Adjustment   -132.71
  Balance: 0.00

**3/10/2006** Provider: Segal MD, Scott E. (EIN: 62-1838558, UPIN: G70175)   65.36
Procedure: 92250 (Eye exam with photos)   Diagnosis: 362.01

  Payments: 03/21/2006  TennCare Select   -47.98
  Adjustments: 03/21/2006  Provider Level Adjustment   -17.38
  Balance: 0.00

**3/10/2006** Provider: Segal MD, Scott E. (EIN: 62-1838558, UPIN: G70175)   89.44
Procedure: 99214 (Office/outpatient visit, est)   Diagnosis: 362.01, V45.69, 368.00, 366.

  Payments: 03/21/2006  TennCare Select   -58.72
  Adjustments: 03/21/2006  Provider Level Adjustment   -30.72
  Balance: 0.00

CONFIDENTIAL
CCHURCH/MIDDLETNEYECAREASSOCIATES/00020                                              CC-27-0000