# Exhibit 19

CHURCH, CATHY R - - - Dr Rexford Agbenohevi - 02/11/2008 - 15 of 25

Endocrine: Cold Intolerance(-). Polydipsia(-). Polyphagia(-).
ENT: Tinnitus(+).
NECK: Neck Pain(+).
LUNGS/Respiratory: Negative LUNGS-RESPIRATORY systems review(+).
HEART/Cardiovascular: Chest Pain(-). She says she was diagnosed with heart disease by angiogram in Florida and will get to records in.
ABD/Gastrointestinal: Abdomen Pain(+)-epigastric. Her insurance will no longer cover Protonix. Hematemesis(-). Hematochezia(-). Melena(-). Pyrosis(+).
GENT/Genitourinary: Dysuria(-). Urine Frequency(-).
BJE/Musculoskeletal: Back Pain(+)-she reports having been diagnosed with osteoporosis but has had no bone density testing in 4 years. Joint Swelling(-).
SKIN/Integumentary:
NEURO: Paresthesias(+).
PSYCH: Anxiety(-). Apprehension(+). Depressed(+). She is currently being seen at the Life Care Center and she is now on cymbalta 60 mg, Abilify 10 mg at bedtime.
Objective:
GEN: Appear/General-Abn(-). VS: W: 214 lbs. BP: 135/94. VS: BP: 135/094. BMI: 40.5. H: 5' 1.0". P: 98. RR: 20. T: 97.60 Deg. W: 214 lbs. 00.0 oz., SaO2 97% RA.
HEENT: Lips/Teeth/Gums-Abn(-). Oropharynx-Abn(-).
NECK: Supple.
LUNGS: Lung/Auscultation-Abn(-). Respirations-Abn(-).
HEART: Heart/Auscultation-Abn(-).
ABD: Abdomen-Mass/Tenderness-Abn(-).
BJE: No vertebral point tenderness. There is no peripheral edema.
NEURO: Sensation-Abn(+) paresthesia in the lower extremity.
PSYCH: Insight/Judgement-Abn(+). Him up.
Assessment:
Type 2 diabetes mellitus with neuropathy, controlled # 250.62.
Hypertension, controlled #401.1.
Epigastric pain #789.06.
Hypertension, controlled #401.1.
Obesity #728.01.
Bipolar disorder #256.52.
History of osteoporosis #V13.8.
History of coronary artery disease #V12.59.
Plan:
Obtain bone density testing.
Put on double strength ranitidine.
Medications:
Ranitidine 300 mg i p.o. b.i.d. #60 with three refills.
Tylenol 500 mg ii p.o. t.i.d. p.r.n. #60 with refills.
Follow Up:
Return to office in one month.
Rex Agbenohevi M.D.
05/09/06.
Bone density test reported as normal.
Rex Agbenohevi M.D.

    04/07/2006 09:57   Dr Rexford Agbenohevi

Subjective:
CHIEF COMPLAINT: Pain in the hands(+).
HPI: 43 year-old female returns to office with complaints of worsening pain in both hands. Has symptoms and signs suggestive of carpal tunnel syndrome. EMG done reported as showing bilateral median nerve neuropathy at both wrists. She also complains of swelling behind the right knee.
ONSET/TIMING: 3 weeks ago(+). 4 weeks ago(-).
DURATION: Continuous(+).
QUALITY/COURSE: --Worsening(+). Dull pain(+).
LOCATION: Bilateral hands (+). Right popliteal swelling(+).
INTENSITY/SEVERITY: Moderate(-).
SYMPTOMS/RELATED:

CONFIDENTIAL
CCHURCH/MERCYCLINIC/00020

CHURCH, CATHY R - - - Dr Rexford Agbenohevi - 02/11/2008 - 14 of 25

CHIEF COMPLAINT: Swelling under the chin (+).
HPI: 43 year-old white female complains of swelling under the chin.
ONSET/TIMING: 3 days ago(+).
DURATION: Acute(+).
QUALITY/COURSE: Unchanged(+). Sharp pain(+).
INTENSITY/SEVERITY: Mild(+).
REVIEW OF SYMPTOMS:
GEN:
Associated/Constitutional: Anorexia(+). Chills(-). Malaise(+).
Endocrine: Cold Intolerance(-). Hot Flashes(-). Polydipsia(-). Blood sugars between 110 and 130(+).
Hematologic/Lymphatic: Lymphadenitis(+).
Allergic/Immunologic:
ENT: Dentalgia(-). Dysphagia(-). Gingivitis(-). Sore Throat(-).
 NECK: Neck Swellings(-).
LUNGS/Respiratory: Negative LUNGS-RESPIRATORY systems review(+).
HEART/Cardiovascular: Chest Pain(-).
ABD/Gastrointestinal: Abdomen Pain(-).
BJE/Musculoskeletal: Back Pain(+). Myalgia(+).
 PSYCH: Anxiety(+). Depressed(+). Suicidal Ideation(-).
Objective:
GEN: Appear/General-Abn(-). VS: BP: 138/92. H: 5' 1.0". P: 78. RR: 18. T: 97.40 Deg. SaO2 97% RA.
HEENT: Lips/Teeth/Gums-Abn(-). Oropharynx-Abn(-). EARS- Otoscopic-Abn(-).
Ear-Nose/Appear-Abn(-). NOSE- Nose/Internal-Abn(-). EYES: Conjunctiva/Lids-Abn(-).
Pupils/Irises-Abn(-).
NECK: 1 cm sized firm and tender lymph node beneath the hyoid bone.
LUNGS: Lung/Auscultation-Abn(-). Respirations-Abn(-).
HEART: Heart/Auscultation-Abn(-).
ABD: Soft and nontender. No hepatosplenomegaly
BJE: No joint swelling or tenderness.
NEURO: No focal deficit.
PSYCH: Insight/Judgement-Abn(-). Affect is flat.
SKIN: Skin/Subcutaneous-Inspection-Abn(-).
Assessment:
Subhyoid adenitis(probable viral illness) #683.
Myalgia #729.9.
Type 2 diabetes mellitus, controlled #250.00.
Plan:
Rest at home.
Continue current medication.
Follow Up:
Return to Clinic if problems develop or worsen.
Rex Agbenohevi M.D.

    05/08/2006 09:29   Dr Rexford Agbenohevi

Subjective:
CHIEF COMPLAINT: Diabetes(+) follow up.
HPI: 43 year old female here for follow-up. Problems are type 2 diabetes mellitus, hypertension, peptic ulcer disease, carpal tunnel syndrome and bipolar disoder.
 INTENSITY/SEVERITY: She reports an improvement in her blood glucose with levels being between 100 and 140. She complains of numbness in the lower extremities and also in her hands.
CONTEXT/WHEN: She has been walking to lose weight.
MODIFIERS/TREATMENTS: Degree of compliance with taking prescribed medications 100 %.
Degree of compliance with following diabetic diet 90 %.
SYMPTOMS/RELATED:
REVIEW OF SYMPTOMS:
GEN:
Associated/Constitutional: Anorexia(-). Chills(+). Fatigue(+). Fever(-). Hypertension(+). Weight Loss(+).

CONFIDENTIAL

CCHURCH/MERCYCLINIC/00021                                                    CC-26-000021