# Exhibit 20

CONFIDENTIAL

Progress Notes

Patient: Church, Cathy R
DOB: 10/25/1962   Age: 47 Y   Sex: Female
Phone: 931-858-7666
Address: 289 Country Meadows Lane, Cookeville, TN-38501

Provider: Karen F. Joyce, APN BC
Date: 03/22/2010

## Subjective:

**CC:**
1. F/b/w/f/. 2. Allergies acting up. 3. Still dizzy.

**HPI:**

General:
  47 year old female presents with c/o Arthralgias. c/o Bodyache. c/o Dizziness. c/o Fatigue. c/o Joint pains.
    Denies: Cyanosis. Diaphoresis. Fever. Headache. Insomnia. Leg edema. Myalgia. Night sweats. still with dizziness; evaluation by ENT, has appointment pending with neurology.

Diabetes Mellitus:
  The patient is seen today in follow up of Type 2 diabetes. The patient is complaining of no complaint. Compared to last visit the diabetes has remains unchanged. The patient has been diagnosed with Type 2 diabetes. The complaints are reported by the patient. The diet that the patient has been following is the American Diabetes Association diet. Efforts at weight loss have been unsuccessful. The frequency of exercise that the patient achieves is none at all. The frequency of the monitoring schedule is occasionally. Hypoglycemic episodes are none known. The most recent fasting blood sugar result was on 136mg/dl last month per patient report. The feet are symptomatic. Patient denies fluid retention, headache, polydipsia, polyphagia, polyuria.

Allergic Rhinitis:
  c/o Allergic Rhinitis. c/o Nasal congestion. c/o Postnasal drip. c/o Sneezing. c/o Symptom season.
    Denies: Angioedema. Cough. Eye symptoms. Rash. Sinus pain. Shortness of breath. Sore throat.

Hyperlipidemia:
  c/o Dizziness.
    Denies: Chest pain. Shortness of breath. Palpitations. Leg edema. Orthopnea. Fatigue.
  Med side effects none. Weight change none. Cardiac risk factors diabetes, obesity, hyperlipidemia.

**ROS:**

ALLERGY:
  per HPI for details.
CARDIOLOGY:
  See HPI for details.
CONSTITUTIONAL:
  See HPI for details.
DERMATOLOGY:
  Patient complaining of nose ulcerations.
ENDOCRINOLOGY:
  See HPI for details.
GASTROENTEROLOGY:
  Patient denies abdominal pain, acid reflux, change in bowel habits, nausea, constipation, diarrhea, difficulty swallowing, dysphagia, early satiety.
HEMATOLOGY/LYMPH:
  Patient denies easy bleeding, easy bruising, slow healing, swollen glands, varicose veins, blood clots.
MUSCULOSKELETAL:
  Patient complaining of joint stiffness, joint pain, muscle aches, morning stiffness.
NEUROLOGY:
  Patient denies confusion, memory loss, tingling, numbness, tremors.
RESPIRATORY:
  Patient denies chest congestion, blood-tinged sputum, shortness of breath, orthopnea, pain with breathing, persistent cough, wheezing.

**CONFIDENTIAL**

UROLOGY:
Patient denies difficulty urinating, dysuria, flank pain, frequent urination, hematuria, kidney disease, kidney stones.

**Medical History:** HTN, hx of Pneumonia, Osteoporosis, Arthritis, Diabetes Type 2 with peripheral neuropathy, Obesity, RLS, DDD, Sleep Apnea, Diabetic Retinopathy, ADHD/schizoaffective disorder/mood disorder.

**Gyn History:** Date of Last Period, 1996 or 1997.

**OB History:** Total pregnancies, 3. C section(s), 1.

**Surgical History:** eye surgery- cross eyed at birth , 2 knee surgeries- torn ligaments , 2 wrist surgeries both R and L- carpal tunnel , 2 laproscopies , hysterectomy, total with BSO , c section first child .

**Hospitalization/Major Diagnostic Procedure:** acute renal failure secondary to dehydration 5/2007.

**Family History:** Father: deceased in his 80s, "old age" Mother: deceased at age 72, thoracic aneurysm

**Social History:** Alcohol Screening: Points: 0, Interpretation: Negative. Caffeine: yes, frequency: diet pepsi max. Tobacco Use: Are you a:: never smoker .

**Medications:** Lovastatin 20 MG 1 tablet with a meal Once a day, Lisinopril 10 MG 1 tablet Once a day, Cymbalta 60 MG 1 capsule Once a day, Adderall 15 MG 1 tablet twice a day, Clonidine HCl 0.2 MG 1 tablet Twice a day, Vistaril 25 MG 1 capsule Three times a day, Ibuprofen 600 MG 1 tablet Three times a day, CPAP as directed , Nasacort AQ 55 MCG/ACT 2 puffs Once a day, Ranitidine HCl 150 MG 1 capsule Twice a day, Metformin HCl 1000 mg 1 tablet with meals Twice a day

**Allergies:** All Anti Inflammatories: Stomach Upset.

## Objective:

**Vitals:** Temp 98.4, HR 86, BP 122/72, RR 16, SaO2 99%, Wt 196.2, Ht 62, BMI 35.88.

**Examination:**

General Examination:

GENERAL APPEARANCE: pleasant, no acute distress. HEENT: TMs clear, nares pink, small ulceration anterior edge of left nostril, oropharynx benign. NECK: no lymphadenopathy, supple, no carotid bruit, no thyromegaly. HEART: no murmurs, regular rate and rhythm. LUNGS: clear to auscultation bilaterally, no wheezes, rhonchi, rales. ABDOMEN: soft, non-tender/non-distended, bowel sounds present. NEUROLOGIC EXAM: CN II-XII intact, speech fluent, gait smooth. SKIN: normal, no rash. EXTREMITIES: no clubbing, no edema. PERIPHERAL PULSES: normal (2+) bilaterally. PSYCH good eye contact, alert , oriented x 3 , appropriate mood and affect .

## Assessment:

**Assessment:**
1. Unspecified essential hypertension - 401.9 (Primary)
2. Diabetes with neurological manifestations, type II or unspecified type, not stated as uncontrolled - 250.60
3. Pure hypercholesterolemia - 272.0
4. Other malaise and fatigue - 780.79
5. Nasal mucositis (ulcerative) - 478.11

## Plan:

### 1. Unspecified essential hypertension
LAB: Comp. Metabolic Panel (14)

| | | |
|---|---|---|
| Calcium, Serum | 9.3 | 8.7-10.2 - mg/dL |
| Glucose, Serum | 124 | 65-99 - mg/dL H |
| BUN | 17 | 5-26 - mg/dL |
| Protein, Total, Serum | 6.7 | 6.0-8.5 - g/dL |
| Albumin, Serum | 3.8 | 3.5-5.5 - g/dL |
| Bilirubin, Total | 0.3 | 0.1-1.2 - mg/dL |
| Alkaline Phosphatase, S | 65 | 25-150 - IU/L |

CONFIDENTIAL

| | | |
|---|---|---|
| AST (SGOT) | 20 | 0-40 - IU/L |
| Potassium, Serum | 5.1 | 3.5-5.2 - mmol/L |
| Sodium, Serum | 140 | 135-145 - mmol/L |
| Chloride, Serum | 103 | 97-108 - mmol/L |
| Creatinine, Serum | 0.76 | 0.57-1.00 - mg/dL |
| ALT (SGPT) | 27 | 0-40 - IU/L |
| Carbon Dioxide, Total | 20 | 20-32 - mmol/L |
| BUN/Creatinine Ratio | 22 | 8-27 - |
| Globulin, Total | 2.9 | 1.5-4.5 - g/dL |
| A/G Ratio | 1.3 | 1.1-2.5 - |
| Glom Filt Rate, Est | >59 | >59 - mL/min/1.73 |
| If African American | >59 | >59 - mL/min/1.73 |

    Joyce,Karen F 3/23/2010 8:10:42 AM > needs to adhere to low fat, low cholesterol and no concentrated sweets diet-slight elevation of triglycerides, slight elevation of glucose; otherwise, normal labs-repeat six months fasting Glass,Twila D 3/23/2010 9:47:47 AM > pt aware of labs Givens,Chelsie R 3/23/2010 9:56:19 AM >

Continue meds.

**2. Diabetes with neurological manifestations, type II or unspecified type, not stated as uncontrolled**

    LAB: Comp. Metabolic Panel (14)

| | | |
|---|---|---|
| Calcium, Serum | 9.3 | 8.7-10.2 - mg/dL |
| Glucose, Serum | 124 | 65-99 - mg/dL H |
| BUN | 17 | 5-26 - mg/dL |
| Protein, Total, Serum | 6.7 | 6.0-8.5 - g/dL |
| Albumin, Serum | 3.8 | 3.5-5.5 - g/dL |
| Bilirubin, Total | 0.3 | 0.1-1.2 - mg/dL |
| Alkaline Phosphatase, S | 65 | 25-150 - IU/L |
| AST (SGOT) | 20 | 0-40 - IU/L |
| Potassium, Serum | 5.1 | 3.5-5.2 - mmol/L |
| Sodium, Serum | 140 | 135-145 - mmol/L |
| Chloride, Serum | 103 | 97-108 - mmol/L |
| Creatinine, Serum | 0.76 | 0.57-1.00 - mg/dL |
| ALT (SGPT) | 27 | 0-40 - IU/L |
| Carbon Dioxide, Total | 20 | 20-32 - mmol/L |
| BUN/Creatinine Ratio | 22 | 8-27 - |
| Globulin, Total | 2.9 | 1.5-4.5 - g/dL |
| A/G Ratio | 1.3 | 1.1-2.5 - |
| Glom Filt Rate, Est | >59 | >59 - mL/min/1.73 |
| If African American | >59 | >59 - mL/min/1.73 |

    Joyce,Karen F 3/23/2010 8:10:42 AM > needs to adhere to low fat, low cholesterol and no concentrated sweets diet-slight elevation of triglycerides, slight elevation of glucose; otherwise, normal labs-repeat six months fasting Glass,Twila D 3/23/2010 9:47:47 AM > pt aware of labs Givens,Chelsie R 3/23/2010 9:56:19 AM >

    LAB: Hemoglobin A1c

    Joyce,Karen F 3/23/2010 8:10:42 AM > needs to adhere to low fat, low cholesterol and no concentrated sweets diet-slight elevation of triglycerides, slight elevation of glucose; otherwise, normal labs-repeat six months fasting Glass,Twila D 3/23/2010 9:47:47 AM > pt aware of labs Givens,Chelsie R 3/23/2010 9:56:26 AM >

Continue meds.

**3. Pure hypercholesterolemia**

    LAB: Comp. Metabolic Panel (14)

| | | |
|---|---|---|
| Calcium, Serum | 9.3 | 8.7-10.2 - mg/dL |
| Glucose, Serum | 124 | 65-99 - mg/dL H |

CONFIDENTIAL

| Test | Value | Reference |
|---|---|---|
| BUN | 17 | 5-26 - mg/dL |
| Protein, Total, Serum | 6.7 | 6.0-8.5 - g/dL |
| Albumin, Serum | 3.8 | 3.5-5.5 - g/dL |
| Bilirubin, Total | 0.3 | 0.1-1.2 - mg/dL |
| Alkaline Phosphatase, S | 65 | 25-150 - IU/L |
| AST (SGOT) | 20 | 0-40 - IU/L |
| Potassium, Serum | 5.1 | 3.5-5.2 - mmol/L |
| Sodium, Serum | 140 | 135-145 - mmol/L |
| Chloride, Serum | 103 | 97-108 - mmol/L |
| Creatinine, Serum | 0.76 | 0.57-1.00 - mg/dL |
| ALT (SGPT) | 27 | 0-40 - IU/L |
| Carbon Dioxide, Total | 20 | 20-32 - mmol/L |
| BUN/Creatinine Ratio | 22 | 8-27 - |
| Globulin, Total | 2.9 | 1.5-4.5 - g/dL |
| A/G Ratio | 1.3 | 1.1-2.5 - |
| Glom Filt Rate, Est | >59 | >59 - mL/min/1.73 |
| If African American | >59 | >59 - mL/min/1.73 |

Joyce,Karen F 3/23/2010 8:10:42 AM > needs to adhere to low fat, low cholesterol and no concentrated sweets diet-slight elevation of triglycerides, slight elevation of glucose; otherwise, normal labs-repeat six months fasting Glass,Twila D 3/23/2010 9:47:47 AM > pt aware of labs Givens,Chelsie R 3/23/2010 9:56:19 AM >

LAB: Lipid Panel With LDL/HDL Ratio

| Test | Value | Reference |
|---|---|---|
| Cholesterol, Total | 174 | 100-199 - mg/dL |
| Triglycerides | 169 | 0-149 - mg/dL H |
| HDL Cholesterol | 42 | >39 - mg/dL |
| LDL/HDL Ratio | 2.3 | 0.0-3.2 - ratio units |
| VLDL Cholesterol Cal | 34 | 5-40 - mg/dL |
| LDL Cholesterol Calc | 98 | 0-99 - mg/dL |

Joyce,Karen F 3/23/2010 8:10:42 AM > needs to adhere to low fat, low cholesterol and no concentrated sweets diet-slight elevation of triglycerides, slight elevation of glucose; otherwise, normal labs-repeat six months fasting Glass,Twila D 3/23/2010 9:47:47 AM > pt aware of labs Givens,Chelsie R 3/23/2010 9:56:14 AM >

Continue meds.

### 4. Other malaise and fatigue

LAB: CBC With Differential/Platelet

| Test | Value | Reference |
|---|---|---|
| WBC | 7.4 | 4.0-10.5 - x10E3/uL |
| RBC | 3.83 | 3.80-5.10 - x10E6/uL |
| Hemoglobin | 11.8 | 11.5-15.0 - g/dL |
| Hematocrit | 34.1 | 34.0-44.0 - % |
| MCV | 89 | 80-98 - fL |
| MCH | 30.8 | 27.0-34.0 - pg |
| MCHC | 34.5 | 32.0-36.0 - g/dL |
| Neutrophils | 53 | 40-74 - % |
| Lymphs | 37 | 14-46 - % |
| Monocytes | 9 | 4-13 - % |
| Eos | 1 | 0-7 - % |
| Basos | 0 | 0-3 - % |
| Platelets | 207 | 140-415 - x10E3/uL |
| Neutrophils (Absolute) | 3.9 | 1.8-7.8 - x10E3/uL |
| Lymphs (Absolute) | 2.7 | 0.7-4.5 - x10E3/uL |
| Monocytes(Absolute) | 0.7 | 0.1-1.0 - x10E3/uL |
| Eos (Absolute) | 0.1 | 0.0-0.4 - x10E3/uL |
| Baso (Absolute) | 0.0 | 0.0-0.2 - x10E3/uL |
| RDW | 15.3 | 11.7-15.0 - % H |

CONFIDENTIAL

Joyce,Karen F 3/23/2010 8:10:42 AM > needs to adhere to low fat, low cholesterol and no concentrated sweets diet-slight elevation of triglycerides, slight elevation of glucose; otherwise, normal labs-repeat six months fasting Glass,Twila D 3/23/2010 9:47:47 AM > pt aware of labs Givens,Chelsie R 3/23/2010 9:56:22 AM >

LAB: Comp. Metabolic Panel (14)

| Test | Value | Reference |
|---|---|---|
| Calcium, Serum | 9.3 | 8.7-10.2 - mg/dL |
| Glucose, Serum | 124 | 65-99 - mg/dL H |
| BUN | 17 | 5-26 - mg/dL |
| Protein, Total, Serum | 6.7 | 6.0-8.5 - g/dL |
| Albumin, Serum | 3.8 | 3.5-5.5 - g/dL |
| Bilirubin, Total | 0.3 | 0.1-1.2 - mg/dL |
| Alkaline Phosphatase, S | 65 | 25-150 - IU/L |
| AST (SGOT) | 20 | 0-40 - IU/L |
| Potassium, Serum | 5.1 | 3.5-5.2 - mmol/L |
| Sodium, Serum | 140 | 135-145 - mmol/L |
| Chloride, Serum | 103 | 97-108 - mmol/L |
| Creatinine, Serum | 0.76 | 0.57-1.00 - mg/dL |
| ALT (SGPT) | 27 | 0-40 - IU/L |
| Carbon Dioxide, Total | 20 | 20-32 - mmol/L |
| BUN/Creatinine Ratio | 22 | 8-27 - |
| Globulin, Total | 2.9 | 1.5-4.5 - g/dL |
| A/G Ratio | 1.3 | 1.1-2.5 - |
| Glom Filt Rate, Est | >59 | >59 - mL/min/1.73 |
| If African American | >59 | >59 - mL/min/1.73 |

Joyce,Karen F 3/23/2010 8:10:42 AM > needs to adhere to low fat, low cholesterol and no concentrated sweets diet-slight elevation of triglycerides, slight elevation of glucose; otherwise, normal labs-repeat six months fasting Glass,Twila D 3/23/2010 9:47:47 AM > pt aware of labs Givens,Chelsie R 3/23/2010 9:56:19 AM >

LAB: TSH

| Test | Value | Reference |
|---|---|---|
| TSH | 3.230 | 0.450-4.500 - uIU/mL |

Joyce,Karen F 3/23/2010 8:10:42 AM > needs to adhere to low fat, low cholesterol and no concentrated sweets diet-slight elevation of triglycerides, slight elevation of glucose; otherwise, normal labs-repeat six months fasting Glass,Twila D 3/23/2010 9:47:47 AM > pt aware of labs Givens,Chelsie R 3/23/2010 9:56:11 AM >

**5. Nasal mucositis (ulcerative)** Start Bactroban ointment, 2%, applied topically, 5 grams, as directed, twice a day, Refills 0 .

**Immunizations:**

**Labs:**
**Procedure Codes:** 85025 COMPLETE CBC W/AUTO DIFF WBC, 36415 VENIPUNCT, ROUTINE*, 80053 COMPREHEN METABOLIC PANEL, 83036 GLYCATED HEMOGLOBIN TEST, 80061 LIPID PANEL, 84443 ASSAY THYROID STIM HORMONE

**Preventive:**

**Follow Up:** 3 Months-routine f/u


**Provider:** Karen F. Joyce, APN BC
**Patient:** Church, Cathy R  **DOB:** 10/25/1962  **Date:** 03/22/2010

**Electronically signed by Karen Joyce on 03/24/2010 at 11:34 AM CDT**
**Sign off status: Pending**