# Exhibit 21

United States District Court
Middle District of Florida
Orlando Division

IN RE: Seroquel Products Liability Litigation
MDL Docket No. 1769

This document relates to:

Church v. AstraZeneca LP, et al.
[Cathy Ruth Church 6:07-cv-1698]

_____

### Expert Witness Report and Declaration of Elizabeth H. Gaufberg MD MPH

On behalf of Plaintiff Cathy Church, I, Elizabeth H. Gaufberg MD, MPH, hereby state as follows:

**Background and Qualifications:**

1.      I am a physician duly licensed to practice medicine in the state of Massachusetts. I am a double-boarded internist and psychiatrist with 15 years practice experience in both specialties, and an Assistant Professor of Medicine and Assistant Professor of Psychiatry at Harvard Medical School.

2.      I graduated in 1988 from SUNY Syracuse as valedictorian of my medical school class. After obtaining a Masters Degree in Public Health at the Harvard School of Public Health in 1989, I completed sequential Internal Medicine and Psychiatry residencies at the Cambridge Hospital/Harvard Medical School from 1989-1995, with board certification in Internal Medicine in 1992 and in Psychiatry and Neurology in 1996.   I have maintained my certification in both specialties as required by the specialty boards.

3.      For the past 12 years, I have been the Director of the Medicine Consultation service to the Inpatient Psychiatry Units at the Cambridge Hospital.  In this position, I consult on the care of hospitalized psychiatric patients with both medical and mental illness.  A large

1

proportion of these patients are prescribed the medication Seroquel, and many carry diagnoses of obesity and diabetes. I have consulted on (and/or supervised residents and physician assistants) on the care of many dozens of patients with Seroquel-induced weight gain and diabetes.

4.      I teach extensively to Harvard Medical School Students, and Cambridge Health Alliance Internal Medicine and Psychiatry Residents about the care of patients with combined medical and mental illness. I regularly deliver lectures on the metabolic side effects of the atypical antipsychotic agents, including Seroquel.

5.      My curriculum vitae is attached as Exhibit A.

6.      My fee for case review and expert witness testimony is $500/hour.

7.      I have not testified as an expert at trial or by deposition within the preceding four (4) years.

**Information Reviewed:**

1.      I have reviewed the peer-reviewed medical and scientific literature regarding the drug Seroquel, internal Astra Zeneca documents regarding Seroquel, as well as Physician's Desk Reference (PDR) information regarding Seroquel.   A partial list of references is appended.

**Summary of Opinions:**

1.      Quetiapine (trade name Seroquel) is a widely prescribed prescription drug product initially approved by the FDA for the treatment of schizophrenia in 2004. It is an atypical anti-psychotic agent labeled for the treatment of schizophrenia and bipolar disorder, and is commonly used off label for the treatment of other disorders such as anxiety and insomnia.

2.      Numerous studies have shown that weight gain and type II diabetes are known complications of Seroquel use.

2

3. Type II diabetes is a disorder that is characterized by normal or high levels of insulin in the blood at the same time that glucose levels in the blood are elevated. Insulin is a hormone produced by the beta cells of the pancreas and acts to facilitate transfer of glucose across cell membranes so that glucose can provide energy necessary for cellular activities. The condition is sometimes referred to as insulin resistance, because the cells are resistant to the effects of insulin on glucose transport and metabolism. The diagnosis of diabetes is made when the patient has a fasting plasma (blood) glucose of $\geq$ 126 mg/dl or a random (non-fasting) plasma glucose $\geq$ 200 mg/dl   (diagnosis must be confirmed with a subsequent reading).

4. Diabetes can lead to premature death and disability because the metabolic derangement produces long term damage to blood vessels and other tissues. Some long-term consequences of diabetes include kidney disease, eye disease, cardiovascular disease, cerebrovascular (brain) disease and neurologic dysfunction.

5. Clinically significant weight gain is often seen with administration of Seroquel to patients. The weight gain caused by Seroquel appears to be both dose-dependent and time dependent. The effects of atypical antipsychotics such as Seroquel on weight gain have been shown to be attributable to both increased caloric intake and decreased energy expenditure, as well as increased adiposity (body fat content). It is well-established in the medical literature that a clinically significant increase in body weight and/or body fat is the major risk factor for type-II diabetes. Therefore, any effects of Seroquel to increase body weight and body fat are significant risks for the development of hyperglycemia and type II diabetes.

6. Body mass index (BMI) is measure of body fat based on height and weight. BMI is considered to be the most useful scale to define obesity and is defined as wt. in kg/(ht. in

3

meters)2   or   [(wt. in lbs.)/(ht in inches)2] x 704.5.   BMI is divided into several categories
including

- o   Normal weight = 18.5-24.9
- o   Overweight = 25-29.9
- o   Obesity = 30-39.9
- o   Morbidly Obese = BMI over 40

Health risks increase as BMI increases.  For example, the risk of death increases with BMI's
above 25.  This increase in mortality tends to be modest until a BMI of 30.  For people with a
BMI>30, mortality rates from all causes, and especially from cardiovascular diseases, are
increased by 50 to 100% above that of people with BMI's in the 20-25 range.  Co-morbidity:
associations with hypertension, dyslipidemia, type 2 diabetes mellitus (with a relative risk of
developing diabetes increasing by 25% for each additional BMI over 22), coronary artery
disease, stroke, gallbladder disease, osteoarthritis, sleep apnea, respiratory problems and some
types of cancer.  The direct economic costs associated with obesity account for about 6% of the
national health expenditure, and obesity carries great stigma and social disadvantages.
Waist Circumference is the presence of excess fat in the abdomen and is an independent
predictor of risk factors and morbidity from obesity.

7.      Although increased weight gain and adiposity are factors in the development of
insulin resistance and drug-induced diabetes, there are data that demonstrate antipsychotic-
induced effects on glucose metabolism and insulin resistance that are independent of weight
gain.  Glucose abnormalities have been reported in cases of patients without weight changes
taking the atypical antipsychotic Seroquel.  It is hypothesized that atypical antipsychotic agents

4

may have a direct effect on insulin sensitive tissues or on beta cell function. Thus, Seroquel seems to contribute to the development of diabetes through multiple potential mechanisms.

**Case Specific Expert Report for Plaintiff Cathy Church**

1.      I have reviewed the medical records of Cathy Church. These records document her treatment at or by the Cumberland Medical Center, Cumberland County Mental Health, Cumberland Mountain Mental Health, Baptist Eye Institute, Center for Diagnostic Imaging, Chelsea Bay Family Psychiatry, Cookeville Regional Medical Center, Dr. Daniel Donovan, Dr. Danny Hall, Dr. Jeffrey Pickett, Dr. Rexford Agbenohevi, Dr. Robert Davis, Family ENT and Allergy Clinic, Family Health Center East, Gastroenterology Consultants, Jewett Orthopedic Clinic, Dr. Joyce Bremmer, Karen Joyce APN, Lakeside Alternatives Hospital, Lakeside Behavioral Healthcare, Life Care Family Services, Mercy Clinic, Middle Tennessee Eye Associate, Premier Diagnostic Imaging, Primecare Family Medical Center, Regional Orthopedic Associates, Sleep Solutions, Southeaster Retina Associates Susan Kessler, NLP, Therapeutic Interventions, Turney and Boyd Optometrists, Central FL Arthritis and Osteoporosis Ctr. Ms. Church's CVS pharmacy records were also reviewed. Additionally, I have reviewed the deposition transcripts of Cathy Church and her treating and prescribing physicians.

2.      According to her medical records, Ms. Church has suffered with a variety of psychiatric symptoms and diagnosed disorders over the years including Major Depression, Bipolar Disorder, ADHD, PTSD and various personality disorders.

3.      On 8/21/02, Ms. Church was prescribed Seroquel by her provider at Lakeside Alternatives Community Mental Health Center to treat symptoms of anxiety refractory to other treatment. Ms Church was initially prescribed a dose of Seroquel 25 mg at bedtime, and the dose was increased to 50 mg on 10/12/02, to 100mg on 12/4/02, to 200 mg on 1/29/03, to 300

5

mg on 7/16/03.  In 4/04, Ms Church transferred her care to Volunteer Behavioral Health Care
System, and the Seroquel was continued.  On 8/19/05 Ms. Church was diagnosed with Type II
Diabetes.  She remained on the Seroquel 300 mg at bedtime dose until 10/05/04 when her
provider at Volunteer BHC, Susan Rainey APRN, increased the Seroquel to 400 mg at bedtime.
On 9/21/05, Dr. Chip Fountain further increased the dose to 750 mg at bedtime, which she stayed
on until approximately January 2006 at which time Ms. Church discontinued the Seroquel on her
own, and Dr. Fountain discontinued prescribing it at the subsequent visit.

    4.    There is no history to suggest that Ms. Church suffered from diabetes, or impaired
glucose tolerance, prior to ingestion of Seroquel.  In order to consider the role that the ingestion
of Seroquel may have played in the development of Ms. Church's diabetes it is important to
consider Ms. Church's preexisting risk factors for diabetes. Although there are references to a
family history of diabetes in Ms. Church's medical records, Ms. Church clarified, at her
deposition, that no immediate family member has ever been diagnosed with diabetes. Although
diabetes was suspected in her mother it was effectively ruled out. Further, Ms. Church is not of a
race/ethnicity that is particularly prone to diabetes, nor is she a smoker or heavy drinker of
alcohol.

    5.    Her lifestyle has appeared to be fairly sedentary due to her multiple physical
problems and she did not follow a particularly healthy diet both of which may contribute to the
development of diabetes at least in part by the effect on body weight. Notably, in the few years
preceding her first prescription for Seroquel in 2002, and during the approximately 3.5 year
period she ingested Seroquel, Ms. Church engaged in the same type of lifestyle, which can be
described as fairly sedentary. Although Ms. Church suffered from obesity prior to the ingestion
of Seroquel, her weight remained within a fairly stable range and she did not have any recordings

6

of elevated glucose despite her obesity.  Ms Church does suffer from hypertension, a diagnosis which is *associated with* diabetes (i.e. associated diagnoses tend to cluster in the same individuals, often because of common risk factors such as obesity or genetic predisposition), but hypertension would not be considered as *causally associated* with Ms. Church's diabetes.  Ms. Church also suffered with mild hyperlipidemia, which increased in severity with her increasing weight on Seroquel (increased lipids is a known complication of Seroquel use), and ultimately required treatment with a lipid-lowering agent prescribed shortly after the diabetes diagnosis. Like hypertension, hyperlipidemia is associated with diabetes, but not in a causal manner.

6.     The most significant risk factor for diabetes is obesity, with risk of diabetes increasing at increasing weight.  In the seven years prior to starting Seroquel, Ms. Church's weight ranged between 190-220 lbs.  Given her height of 5'1" this corresponds to a BMI of between 35.9-41.6 (obese/morbidly obese range).  Despite years of obesity, it was not until the ingestion of Seroquel that Ms. Church gained significant additional weight which brought her BMI well above 40 (solidly into the morbidly obese range) at which time she was ultimately diagnosed with Type II Diabetes. Ms Church's weight steadily climbed with increasing dose and increasing duration of use of Seroquel.  On the day she was diagnosed with Diabetes her weight was recorded as 246 lbs corresponding to a BMI of 46.5.

7.     Of note, Ms. Church was prescribed the Selective Serotonin Reuptake Inhibitor (SSRI) antidepressant medication Paroxetine on 6/27/02, approximately 2 months prior to initiating Seroquel. This medication was discontinued on 3/30/06, approximately 2.5 months after Ms. Church discontinued the Seroquel.  Treatment with SSRIs such as Paroxetine may result in weight gain, but it is not clear if this is a true side effect of the medication or the result of recovery from depression which is often accompanied by poor appetite.  Paroxetine leads to

7

weight gain in approximately 6 percent of patients, ranging from 1.6 to 3.6 percent of body weight at baseline.

8.       Ms. Church's diabetes at times has been difficult to control, and she suffers from several sequelae of diabetes including diabetic neuropathy (nerve disease) and diabetic retinopathy (eye disease).

9.       A list of recorded weights and glucose levels pre-, during- and post-Seroquel usage are appended to this testimony.

10.      Based on my review of the medical records of Cathy Church, it is my opinion, to a reasonable degree of medical certainty that Ms. Church's ingestion of Seroquel was the substantial contributing factor in her considerable weight gain, and ultimately in the development of diabetes. Of note is the fact that the time course of Ms. Church's weight gain follows the pattern typical of Seroquel use. While her development of morbid obesity (which appears to be due to Seroquel ingestion) was the most significant contributing factor in her development of glucose intolerance and diabetes, her pre-existing obesity, Paxil use, sedentary lifestyle and eating habits may also have been contributing factors. It is important to note that Ms. Church's other risk factors for diabetes preceded the initiation of Seroquel and were not modified in any significant way before or during the use of Seroquel.   Thus, it is my opinion to a reasonable degree of medical certainty that Seroquel ingestion was the material and substantial factor in Ms. Church's weight gain and her ultimate development of Type II Diabetes.

11.      I have used and relied upon my knowledge, training and experience as a medical doctor in forming my opinions and are stated to a reasonable degree of scientific certainty.

Dated: _5/25/10_

Elizabeth H. Gaufberg MD MPH

8

# APPENDIX 1

## CURRICULUM VITAE

| | |
|---|---|
| **Date Prepared:** | March 2009 |
| **Name:** | **ELIZABETH HECHT GAUFBERG, M.D., M.P.H.** |
| **Office Address:** | Departments of Medicine and Psychiatry, Cambridge Health Alliance 1493 Cambridge Street Cambridge, MA  02139 |
| **Home Address:** | 25 Swan Road Winchester, MA  01890 |
| **Work Phone:** | 617-665-1343 |
| **Work E-Mail:** | EGaufberg@challiance.org or Elizabeth_gaufberg@hms.harvard.edu |
| **Work Fax:** | 617-665-1671 |
| **Place of Birth:** | New York, NY |

**Education:**

| | | |
|---|---|---|
| 1984 | B.A. | Colgate University, Hamilton, NY Summa Cum Laude, High Honors in Philosophy |
| 1988 | M.D. | SUNY Health Science Center, Syracuse, NY Summa Cum Laude, Valedictorian |
| 1989 | M.P.H. | Harvard School of Public Health, Boston |

**Postdoctoral Training:**

| | |
|---|---|
| 1989-1990 | Intern in Medicine, The Cambridge Hospital |
| 1990-1992 | Resident in Medicine, The Cambridge Hospital |
| 1992-1995 | Resident in Psychiatry, The Cambridge Hospital |
| 1994-1995 | Chief Resident, Consultation-Liaison Psychiatry, The Cambridge Hospital |

**Faculty Academic Appointments:**

| | |
|---|---|
| 1989-1992 | Clinical Fellow in Medicine, Harvard Medical School |
| 1992-1995 | Clinical Fellow in Psychiatry, Harvard Medical School |
| 1995-2001 | Instructor in Psychiatry, Harvard Medical School |
| 2001-2006 | Instructor in Medicine, Harvard Medical School |
| 2006- | Assistant Professor of Medicine, Harvard Medical School |
| 2006- | Assistant Professor of Psychiatry, Harvard Medical School |

**Appointments at Hospitals/Affiliated Institutions:**

*Elizabeth Hecht Gaufberg, M.D., M.P.H.*

| | |
|---|---|
| 1995-1997 | Associate Staff, Departments of Medicine and Psychiatry, Cambridge Health Alliance |
| 1997- | Active Staff, Departments of Medicine and Psychiatry, Cambridge Health Alliance |

**Other Professional Positions:**

| | |
|---|---|
| 2005- | Expert Witness Consultant, Harvard Risk Management Foundation |
| 2009- | Expert Witness Consultant, The Miller Firm LLC |

**Major Administrative Leadership Positions:**

<u>Local</u>

| | |
|---|---|
| 1995-1997 | Associate Director, Consultation-Liaison Psychiatry, The Cambridge Hospital |
| 1995- | Director of Psychosocial Curriculum, Internal Medicine Residency, The Cambridge Hospital |
| 1995-1997 | Continuous Quality Improvement Coordinator Consultation-Liaison Psychiatry Service, The Cambridge Hospital |
| 1997-2004 | Director, Primary Care Center Mental Health Team |
| 2001-2004 | Director, Consultative Medicine, Cambridge Hospital |
| 2001- | Director, Medical Consultation-Liaison Service, Department of Psychiatry |
| 2001- | Director of Consultative Medicine Rotation, Coordinator of Medical Consultation Curriculum, Supervisor of Rotating PGY-3 Medical Residents, Internal Medicine Residency Program. |
| 2003- | Co-Director, Humanities in Medicine Program, Internal Medicine and Psychiatry Residency Training Programs (with Ayse Atasoylu and Maren Batalden) |
| 2004- | Director of Medical Consultation to Inpatient Psychiatry |
| 2004- | Director, Integration of Social Sciences and Clinical Medicine Task Force, The Cambridge Integrated Clerkship, Harvard Medical School |
| 2006- | Director of Professional Development, Department of Medicine |
| 2007 - | Faculty Coordinator of Annual Cambridge Health Alliance Academic Poster Session |

<u>Regional</u>

| | |
|---|---|
| 2004 | Harvard Medical School Team Leader, The U Mass Macy Mentorship Program in Health Communication Education |
| 2006 | Harvard Medical School Team Leader, The Massachusetts Medical School Educational Consortium |

<u>National</u>

| | |
|---|---|
| 2007 | Harvard Medical School/Massachusetts Medical School Consortium Representative to the AMA ISTEP (American Medical Association Innovative Strategies for Transforming the Education of Physicians) Research Collaborative |
| 2008 | Director of the Observation Sequence, Harvard Macy Program for Educators in the Health Professions |

2

*Elizabeth Hecht Gaufberg, M.D., M.P.H.*

**Committee Service:**

Cambridge Health Alliance

| | |
|---|---|
| 1997- 2001 | Cambridge Health Alliance Committee on Medical Psychiatric Services |
| 1997-2002 | Network Health Medically/Mentally Ill Design Team |
| 2001-2003 | Joint CHA and Department of Mental Health Committee on Medical Care of the Chronically Mentally Ill |
| 2003-2006 | Professionalism and Interpersonal and Communication Skills General Competency Areas, Adult Psychiatry Residency Training Program (Chair) |
| 2004- | Physician Health Committee, Cambridge Health Alliance |
| 2004- | Arts in Health Care Committee, Cambridge Health Alliance (Founding Member) |
| 2006- | Training Council, Department of Medicine, Cambridge Health Alliance |
| 2006- | Residency Leadership Council, Department of Medicine |
| 2007- | Physician Leadership Evaluation Committee, Cambridge Health Alliance |
| 2008- | Chief's Council, Department of Medicine |
| 2009 | Planning Committee The Cambridge Health Alliance Second Annual Art of Healing Fundraiser |
| 2010 | Co-Chair, Planning Committee, The Cambridge Health Alliance Third Annual Art of Healing Fundraiser |
| 2010- | Chair, CHA Physician Organization Professional Development Committee |
| 2010- | Department of Medicine Representative to Credentials Committee |

Harvard Medical School

| | |
|---|---|
| 2005-2008 | Joint Committee on the Status of Women, Harvard Medical School |
| 2007- | Patient-Doctor III Steering Committee, Harvard Medical School |
| 2008- | Harvard Macy Program for Educators in the Health Profession Steering Committee, Harvard Macy Institute |
| 2009- | HMS Comprehensive Exam OSCE Steering Committee |
| 2009-10 | Planning Committee for Annual HMS Science of Learning Symposium |
| 2009- | HMS Medical Education Research Task Force |
| 2010- | HMS Curriculum Committee |

**Professional Societies**:

| | |
|---|---|
| 1987 | Alpha Omega Alpha |
| 1994-1998 | Academy of Psychosomatic Medicine |
| 1994-1998 | Association of Medicine and Psychiatry |
| 1994-1998 | American Association of General Hospital Psychiatrists |
| 1999- | American Academy on Physician and Patient/American Academy on Communication in Health Care |
| 2004- | The Society for the Arts in Healthcare |

**Editorial Activities:**

| | |
|---|---|
| 2003- | Reviewer for Journal of General Internal Medicine |
| 2005- | Reviewer for the Reflective Practice Section of Patient Education and Counseling |
| 2006- | Reviewer for The Clinical Teacher |
| 2008- | Reviewer for Health Affairs |

3

*Elizabeth Hecht Gaufberg, M.D., M.P.H.*

**Honors and Prizes:**

1982   Phi Beta Kappa
1985   McGraw Hill Book Award
1986   Lange Series Book Award
1987   Alpha Omega Alpha
1987   Merck Manual Book Award
1988   Syracuse Medical Alumni Association Academic Achievement Award
1988   Janet M. Glasgow Award (Academic Achievement)
1988   Paul A. Bunn Award (Infectious Disease)
1995   Livingston Award; Harvard Consolidated Department of Psychiatry
2004   Harvard Macy Program for Physician Educators
2004   Grant Awarded to Incorporate the Humanities into Medical Education, Kenneth B.
       Schwartz Center
2004   Team Leader, Harvard Medical School Delegation to the UMass Macy Mentorship
       Program in Health Communication Education
2005   Fiftieth Anniversary Scholars in Medicine Fellowship, Harvard Medical School
2005   Grant Recipient, The Society for the Arts in Health Care and Johnson and Johnson to lead
       an employee arts initiative at the Cambridge Health Alliance
2005   Recipient, AMA Medical Education Research Consortium Planning Grant. HMS PI for
       Massachusetts Medical School Consortium
2006   Blair Sadler International Healing Arts Competition, Society for the Arts in Healthcare,
       Honorable Mention for Auscultations Literary Arts Journal
2006   Grant Recipient, National Institute on Drug Abuse, Centers of Excellence for Physician
       Information. PI of HMS team of Massachusetts Medical School Consortium. For
       development of a prescription drug abuse curriculum
2007   Grant Recipient, The Arnold B. Gold Foundation. For development of a creative arts
       professionalism curriculum for medical students and residents.
2007   Nomination, Harvard Medical School Faculty Prize for Excellence in Teaching Award
2007   Curtis Prout Academy Fellowship, Harvard Medical School
2008   Arnold P. Gold Assistant Professorship of Medicine and Psychiatry
2010   Member, Harvard Medical School Academy

## Report of Funded and Unfunded Projects

**Funding Information:**

Past
1995-96    Livingston Award; Harvard Consolidated Department of Psychiatry
           Study of Psychosocial Training in US Internal Medicine and Family Medicine
           Residency Training Programs $5000
2004       Grant from Kenneth B. Schwartz Center to Incorporate the Humanities into
           Medical Education at the Cambridge Health Alliance. $20,000
2004       Grant from the UMass Macy Mentorship Program in Health Communication
           Education to Develop a Communication Skills Curriculum on Professional
           Boundaries $10,000

4

*Elizabeth Hecht Gaufberg, M.D., M.P.H.*

| | |
|---|---|
| 2005-06 | Fiftieth Anniversary Scholars in Medicine Fellowship, Harvard Medical School. Development of a creative arts professionalism curriculum for medical students and residents.  $25,000/1yr |
| 2005-06 | Grant Recipient, The Society for the Arts in Health Care and Johnson and Johnson.  To develop an employee arts initiative at the Cambridge Health Alliance.  $25,000/1yr |
| 2005 | AMA Medical Education Research Consortium Planning Grant.  HMS PI for Massachusetts Medical School Consortium.  Development of a Collaborative Model for Cross Institutional Research in Medical Education. |
| 2006 | National Institute on Drug Abuse, Centers of Excellence for Physician Information.  PI of HMS team of Massachusetts Medical School Consortium.  For development of a prescription drug abuse curriculum $15,000 |
| 2007 | The Arnold B. Gold Foundation. Development of a creative arts professionalism curriculum for medical students and residents (continuation of Scholars in Medicine Project). $5,000 |
| 2007-8 | Curtis Prout Academy Fellowship, Harvard Medical School.  A Qualitative Analysis of Medical Student Narratives on the Hidden Curriculum  $25,000/1 yr |

<u>Current</u>

| | |
|---|---|
| 2008- | Arnold P Gold Foundation Professorship.   A Humanistic Model of Medical Education:  Does it make a difference in the long run?   $70,000/2 years. |

**Current Unfunded Projects:**

| | |
|---|---|
| 2004- | Editor of CHA Auscultations Literary Arts Journal |
| 2008- | Director and educational facilitator (with Ray Williams, Director of Education, Harvard Art Museum) of 'Reflection in a Museum Setting' Curricular Initiative. We have developed a curriculum consisting of educational exercises for medical trainees and faculty using museum holdings as reflective triggers. |

## Report of Local Teaching and Training

**Teaching of Students in Courses:**

<u>Harvard Medical School</u>

| | |
|---|---|
| 1994-1995 | Faculty Preceptor, Second Year Medical Student Psychiatry Course, Harvard Medical School. |
| 2004-present | Patient-Doctor III Site Director and Tutor, HMS Cambridge Integrated Clerkship |

**Formal Teaching of Residents, Clinical Fellows, and Research Fellows (post-docs):**

<u>Cambridge Health Alliance</u>

| | |
|---|---|
| 1995-2006 | Workshop: Biweekly Video Review/Interviewing Skills Seminar, Internal Medicine Residency, The Cambridge Hospital |
| 1995- | Lecture: Psychosocial Conference Series (12 lectures/year on topics relating to Psychiatry, Addictions, and Interviewing). Internal Medicine Residency, The Cambridge Hospital. |

*Elizabeth Hecht Gaufberg, M.D., M.P.H.*

| 1995 | Advanced Psychopharmacology Seminar. Depression in the Primary Care Setting. May 10, 1995 |
| 1996 | Advanced Psychopharmacology Seminar. The Organic-Functional Differential. May 3, 1996. |
| 1996 | Medical Update for Psychiatrists. Didactic Series. Spring, 1997. |
| 2001- | Medical Care for the Seriously Mentally Ill and Medical Side Effects of Psychotropic Medications to PGY-2 Psychiatry Residents Semi-annual Lecture. |
| 2001-2005 | Summer Orientation Series for PGY-2 Psychiatry Residents. Annual Lecture on Medical Clearance |
| 2001 | Resident Conference on Giving and Receiving Feedback in Medical Education |
| 2001 | Resident Conferences (2-3 x/year) on Professional Boundaries |
| 2002- | Faculty Development Conferences on Giving and Receiving Feedback in Medical Education, annually |
| 2005- | Physician Health and Wellness, Annual Teaching Session during Intern Orientation. |
| 2007- | Video Review of a Patient Encounter with each PGY-1 Resident in the Internal Medicine and Transitional Year Medicine Programs, CHA |
| 2007 | Food for the Soul, Monthly Resident Humanism Conference |

**Clinical Supervisory and Training Responsibilities:**

Cambridge Health Alliance

| 1995- | Clinical Supervisor, PGY III Psychiatry Residents, Internal Medicine Residents, and Harvard Medical Students, Consultation-Liaison Psychiatry Rotation, The Cambridge Hospital |
| 1995-2001 | Clinical Supervisor, Primary Care Internal Medicine Residents, Primary Care Center |
| 1995-2002 | Faculty Preceptor and Medicine-Psychiatry Liaison, Pre-Psychiatry Transitional Intern Group |
| 1995 | Faculty Advisor for 1-3 Internal Medicine Residents per year |
| 2004- | Facilitator, New Faculty Support Group, Departments of Medicine and Psychiatry |

**Formal Teaching of Peers (e.g., CME and other continuing education courses):**

| 1996, 1997 | Harvard Medical School and Brigham and Women's Hospital: Office Practice of Primary Care Medicine Conference. Workshop on Psychiatric Problems in Primary Care. March 8, 1996; March 7, 1997 |
| 2001 | The Cambridge Hospital Department of Psychiatry, The Cambridge Series, Conference on Self-Destructive Behaviors in Women. Lecture on "Medical Non-Compliance as Self-Destruction." March 31, 2001 |
| 2002 | Faculty Development Workshop on Giving and Receiving Feedback for Medical Leadership (co-lead with Ayse Atasoylu MD), The Cambridge Health Alliance, January 15, 2002 |
| 2005- | Faculty, Harvard Macy Program for Physician Educators |
| 2006- | Harvard Macy Program for Physician Educators, Annual Workshop on Teaching Professional Boundaries |
| 2005- | Lead Facilitator of CME Workshop on Teaching Professional Boundaries for HMS faculty. Harvard Faculty Club. October 25, 2005. |

*Elizabeth Hecht Gaufberg, M.D., M.P.H.*

| | |
|---|---|
| 2006 | HMS Primary Care Division Annual Retreat.  Workshop on Teaching Professional Boundaries.  April 1, 2006 |
| 2007 | Harvard Medical School, Principles and Practice of Primary Care CME Course.  Workshop entitled 'My Boundary Alarm Keeps Going Off!' Boston, MA Oct 2, 2007 |
| 2007 | NIDA Workshop on Teaching Students and Residents about Prescription Drug Abuse.  Harvard Faculty Club.  October 29, 2007 (with Robin Barnes, Pieter Cohen, Mark Albanese) |
| 2008 | Harvard Medical School Academy Grand Rounds, The Power of Third Things: Reflective Triggers in Medical Education, March 7, 2008 (with Maren Batalden) |
| 2008- | Harvard Macy Program for Educators in the Health Professions approximately two workshops per year (since May 2008) held at the Sackler Museum of Art on uses of Art Museums in Medical Education. |
| 2009- | Harvard Macy Program for Educators in the Health Professions, Director of Observation Sequence including annual interactive lecture entitled "Learning to Look In" and post-observation facilitation of three additional large group sessions. January 2009, January 2010 |
| 2009 | Symposium Co-director, Art Museums and Medical Education:  a conversation across disciplines.  Two day symposium in conjunction with the AAMC at the Sackler Museum of Art, Harvard University  November 5-6, 2009 |

**Local Invited Presentations:**

| | |
|---|---|
| 1995 | Medicine Grand Rounds.  Primary Care: De facto mental health care?  Cambridge Health Alliance, July 10, 1995. |
| 1997 | Psychiatry Grand Rounds, Psychiatric Illness in Primary Care: an insider's perspective. Cambridge Health Alliance, February 4, 1998. |
| 2001 | Combined Medicine and Psychiatry Grand Rounds, Women's Health Symposium, Cambridge Health Alliance, May 30, 2001 |
| 2001 | Medicine Grand Rounds (Discussant) Somatization in the Medical Setting, Cambridge Health Alliance, July 18ʹ2001 |
| 2001 | Research Grand Rounds, Department of Psychiatry, Presentation on Research in Psychosocial Training in Internal Medicine and Family Residency Programs.  Cambridge Health Alliance,  November 14, 2001 |
| 2002 | Combined Medicine and Psychiatry Grand Rounds Cardiovascular effects of psychotropic medications (as part of "Excessive Cardiovascular morbidity among chronically mentally ill) CHA-DMH task force to improve primary care of persons with mental illness. Cambridge Health Alliance, January 30, 2002 |
| 2005 | Harvard Medical Education Day. Lead Facilitator, Workshop on Teaching Professional Boundaries. November 1, 2005. |
| 2006 | Massachusetts General Hospital Revere Health Center.  Workshop on Professional Boundaries for Clinical Staff.  May 2, 2006. |
| 2006 | Cambridge Health Alliance Medicine Grand Rounds.  Professional Boundaries. May 3, 2006. |
| 2006 | Massachusetts General Hospital Palliative Care Grand Rounds.  Professional Boundaries.  December 6, 2006. |
| 2006- | HMS Mentored Casebook Project.  Annual Teaching Session on "How to Relate to your Patient" |

7

*Elizabeth Hecht Gaufberg, M.D., M.P.H.*

| | |
|---|---|
| 2007- | Children's Emotional Health Link Network Annual Presentation. Professional Boundaries for Pediatric Care Givers. Newton Wellesley Hospital. Fall 2007, 2008, 2009. |
| 2009 | Partners Healthcare Chief Resident Course. Small group workshop on Giving and Getting Feedback May 6, 2009 |
| 2010 | Workshop with Massachusetts General Hospital Internal Medicine Residents on Reflective Writing (with Sigall Bell), ArtLab Program March 25, 2010. |
| 2010 | HMS Inter-Hospital Educational Collaborative. Cambridge Hospital's Report on Current Educational Initiatives Harvard Medical School (with Dave Hirsh) May 5, 2010 |
| 2010 | Using Art to Enhance Medical Education: Experience and Exploration (with Amy Ship MD) at Beth Israel Deaconess Medical Center May 6, 2010 |
| 2010 | Cambridge Integrated Clerkship: Implications of an Innovative Curriculum for Psychiatric Education (with Todd Griswold). Annual HMS Psychiatry Symposium on Medical Education Harvard Faculty Club. May 13, 2010. |

## Report of Regional, National, and International Invited Teaching and Presentations

**Regional, National, and International Invited Presentations and Courses:**

| | |
|---|---|
| 1995 | American Psychiatric Association 148th Annual Meeting, Issue Workshop: Encompassing Diversity in Group Therapy Training. May 24, 1995. |
| 1996 | Massachusetts Psychiatric Society and Massachusetts Medical Society. Joint Conference on Gender Issues in Health Care. Workshop on Gender and Psychopharmacology. March 30, 1996. |
| 1996 | American Psychiatric Association 149th Annual Meeting. Issue Workshop: To Turf or to Treat: The Organic-Functional Differential, May 9, 1996. |
| 1998- | Massachusetts College of Pharmacy and Allied Health Professions. Annual Lecture to Physician Assistant Program, Somatization in the Medical Setting. |
| 1999 | Massachusetts Department of Mental Health and University of Massachusetts Medical School Conference on Recovery and Rehabilitation. Conference Planner; Lecture on Medical Care for the Mentally Ill, Lecture on Psychopharmacology Update for the Primary Care Physician. June 15, 1999. |
| 1999 | Academy of Psychosomatic Medicine Conference. Paper Presentation: Psychosocial Training in US Internal Medicine and Family Practice Residency Programs. November 20, 1999. |
| 2000 | Society for General Internal Medicine 2000 Conference. Interviewing for Social Awareness Workshop. May 4, 2000. |
| 2001 | Workshop Presentation, "An Insider's View of Addiction and Treatment" (conference for Massachusetts Judges). Jointly sponsored by The Department of Public Health, Tewksbury Hospital and Bureau of Substance Abuse Services, Harvard Medical School Division on Addictions. October 17, 2001 |
| 2003 | Society for General Internal Medicine Regional Conference, 2003. Workshop on Teaching Professional Boundaries to Primary Care Residents (with Robin Barnes). March 14, 2003. |

*Elizabeth Hecht Gaufberg, M.D., M.P.H.*

| | |
|---|---|
| 2005 | Association of American Medical Colleges Annual Conference. Discussant, GEA/GSA Small Group Discussion on Competency-Based Communication Skills Curricula at 8 Medical Schools: A Report from the U Mass Macy Mentorship Program in Health Communication Education. Washington, DC November 9, 2005 |
| 2006 | Society of General Internal Medicine New England Regional Meeting.  Workshop on Teaching Professional Boundaries to Medical Students and Residents.  Boston, MA. March 24, 2006 |
| 2006 | Society of General Internal Medicine New England Regional Meeting.  Workshop on Incorporating the Humanities into Medical Education (with Ayse Atasoylu). Boston, MA. March 24, 2006 |
| 2006 | UCSF Academy, Medical Education Day.  Workshop on Teaching Professional Boundaries.  April 17, 2006. |
| 2006 | 12th Annual Ottawa Conference on Clinical Competence.  Workshop on Teaching Professional Boundaries.  May 21, 2006. |
| 2006 | 12th Annual Ottawa Conference on Clinical Competence.  Alarm and Altruism: Role and Boundaries in the HMS Cambridge Integrated Clerkship.  May 22, 2006. |
| 2007 | National Taiwan University Humanism in Medicine Conference.  Two lectures on The Cambridge Integrated Clerkship as a Humanistic Model of Medical Education and two workshops on developing humanistic medical education in Taiwan.  Taipei, May 22, 23 2007 |
| 2007 | Academy for Academic Psychiatry Conference.  Workshop on Teaching Professional Boundaries (with Stuart Beck MD).  Boston MA September 19, 2007. |
| 2007 | Arnold Gold Foundation Conference on Humanism in Medicine 'How are we teaching humanism and is it working?'  Invited oral presentation (with David Hirsh MD) on The Cambridge Integrated Clerkship as a Humanistic Model of Medical Education.  Chicago Sept 27-29, 2007 |
| 2007 | International Consortium on Communication in Health Care Conference . Workshop on Teaching Professional Boundaries.  Charleston, S.C. Oct 9-12, 2007 |
| 2008 | Emerson Hospital Grand Rounds, Professional Boundaries,  Concord, MA April 4, 2008 |
| 2008 | National Defense Medical College, Taipei Taiwan.  Lectures on the Harvard Medical School Cambridge Integrated Clerkship, Workshops on the Hidden Curriculum and Use of Video Trigger Tapes in Medical Education. May 16,17 2008. |
| 2009 | American Association of Law Schools Clinical Law Conference. A Multidisciplinary Perspective on Professional Boundaries.  May 8, 2009. |
| 2009 | International Conference on Communication in Healthcare, Workshop on Communicating within the Hidden Curriculum:  Let the students speak! (with Matt Wideroff and Sigall Bell) Miami October 2009 |
| 2009 | International Conference on Communication in Healthcare, Oral Presentation on The Hidden Curriculum: a thematic analysis of third year medical student narrative reflections, Miami October 2009 |
| 2009 | International Conference on Communication in Healthcare, Oral Presentation on Reflection in the Museum Setting: the personal responses tour, Miami October 2009 |

*Elizabeth Hecht Gaufberg, M.D., M.P.H.*

| | |
|---|---|
| 2009 | New York Academy of Medicine/Royal College of Surgeons Conference on Humanism in Medicine  Panel Presentation and Discussion on Current Educational Initiatives Toward Promoting Humanism and Patient-Centered Care. Presentation on the Cambridge Integrated Clerkship as a Humanistic Model of Medical Education New York City, October 8, 2009 |
| 2009 | Association of American Medical Colleges Annual Conference, Society for the Arts in Healthcare Panel Presentation entitled Art Museums and Medical Education:  collaborating to develop better doctors (with Ray Williams and Joel Katz) Boston, MA November 8, 2010. |

## Report of Clinical Activities and Innovations

### Current Licensure and Certification:

| | |
|---|---|
| 1992- | Massachusetts License Registration |
| 1992- | Certified, American Board of Internal Medicine |
| 1996- | Certified, American Board of Psychiatry and Neurology |

### Practice Activities:

| | |
|---|---|
| 1995-2001 | Staff Physician, Primary Care Center, The Cambridge Hospital |
| 2001- | Attending Physician, Department of Medicine, Cambridge Health Alliance |
| 2001-2007 | Attending Psychiatrist, Consultation-Liaison Service, Department of Psychiatry, Cambridge Health Alliance |
| 1997- | Internal Medicine Consultant, Adult Psychiatry Inpatient Service, Department of Psychiatry, Cambridge Health Alliance |

## Report of Education of Patients and Service to the Community

| | |
|---|---|
| 1995- | Physicians for Human Rights, Medical and psychiatric asylum evaluations for victims of political torture |
| 2001 | "Demystifying Psychiatry: Pastoral Care for People with Mental Illness" Talk to Pastoral Counselors. St Paul Lutheran Church, Arlington MA, November 2001. |
| 2008 | Spa for the Spirit.  Facilitator of Reflection and Renewal half-day workshop. Winchester Unitarian Society, Winchester, MA May 2008. |
| 2009 | The Power of Third Things: reflective triggers in medical education and life. Touchstones Series.  First Congregational Church, Winchester, MA  March 10, 2009 |

## Report of Scholarship

### Publications

### Peer Reviewed Publications in print or other media:

10

*Elizabeth Hecht Gaufberg, M.D., M.P.H.*

Research investigations

1. Kraly FS, Miller LA, **Hecht [Gaufberg], ES:**  Histaminergic mechanism for drinking elicited by insulin in the rat.  Physiology and Behavior, August 1983.
2. **Gaufberg, E.**  Joseph RD; Pels RJ, Wyshak G; Wieman, D, Nadelson, C:  Psychosocial Training in U.S. Internal Medicine and Family Practice Residency Programs.  Academic Medicine 2001; 76:738-742.
3. **Gaufberg E**, Batalden, M.  The Third Thing in Medical Education. The Clinical Teacher 2007 4: 78 - 81.
4. **Gaufberg E**,  Fitzpatrick A  The Favor; a professional boundaries OSCE station, Medical Education 2008; 42: 529-530.
5. Ho M, Lee K, **Gaufberg E** Stigma: A Curriculum to Change Attitudes, Knowledge, and Skills Medical Education 2008; 42: 530–531.
6. Ho, Ming Jung, **Gaufberg E.**  Problem-Based Learning: Hidden Curricular Messages and Cultural Competence. Medical Education 2008; 42: 1124-1125.
7. **Gaufberg E**, Shtasel D, Hirsh D, Ogur B, Bor D  The Harvard Medical School Cambridge Integrated Clerkship: Challenges of Longitudinal Integrated Training; The Clinical Teacher 2008; 5:78-82.
8. **Gaufberg E,**  Baumer N, Hinrichs M, Krupat E  Professional Boundaries:  The Perspective of the Third Year Medical Student in Negotiating Three Boundary Challenges, Teaching and Learning in Medicine 2008, 20 (4), 334-339.
9. **Gaufberg E,** Batalden M, Sands R, Bell S.  The Hidden Curriculum: What can we learn from third year medical student narrative reflections?  Accepted for publication in Academic Medicine with anticipated publication date late fall 2010.

Other peer-reviewed publications

1. **Gaufberg, E.** Alarm and Altruism: Professional Boundaries and the Medical Student.  The Clinical Teacher 2006; 3: 206-209.
2. **Gaufberg E** Should Physicians Accept Gifts from Patients?  American Family Physician. August 1, 2007   Volume 76, Number 3.
3. **Gaufberg E,** Learning to Listen, Academic Medicine, Vol 83, No 4/April 2008 p. 389
4. **Gaufberg E.** Time to Care, Health Affairs Vol 27 No 3  May/June 2008; 845-849
5. Bortnick R, **Gaufberg E.** Injustice.  Medical Education 2008; 42: 1108-1109.
6. **Gaufberg E.**  On Courage.  Academic Medicine.  Vol 85 No 5 May 2010 p 805.
7. **Gaufberg E**  The Moral of the Story.  Accepted for publication in Academic Medicine with anticipated publication date late fall 2010.

Research publications without named authorship

1. Hirsh DA, Ogur B, Krupat E, Bor D on behalf of the HMS-CIC Writing Group.*  The Harvard Medical School-Cambridge Integrated Clerkship: a pilot multi-disciplinary, longitudinal integrated clerkship. Acad Med 2007; 82(4):397-404. (***E Gaufberg** cited in the appendix of the manuscript as a member of the writing group.)

**Non-peer reviewed scientific or medical publications/materials in print or other media:**

*Elizabeth Hecht Gaufberg, M.D., M.P.H.*

Reviews, chapters, monographs and editorials

Book Chapters:
1. **Gaufberg** E.  Professional Boundaries, in doc.com (web-based communication skills educational resource )  http://webcampus.drexelmed.edu/doccom/user/  Posted November, 2007.

Book Reviews:
1. **Gaufberg, E.** The psychiatric mental status examination. General Hospital Psychiatry 1995;17: 392-3.
2. **Gaufberg, E.**  Medical complications of psychiatric illness. General Hospital Psychiatry, 2004

Letters to the Editor

1. **Gaufberg, E,** Ellison, JM.  Photosensitivity reaction to fluoxetine [letter].  The Journal of Clinical Psychiatry  1995; 56: 486.

**Professional Educational Materials or Reports, in print or other media:**

1. **Gaufberg E,** Hinrichs M, Beck S, Atasoylu A, Coleman M  "My Boundary Alarm Keeps Going Off!"  Series of 10 audiovisual trigger tapes (DVD format; also posted on www.umassmed.edu/macy/index.aspx) depicting common professional boundary challenges, with discussion questions, teaching points and handout 2005 Audience:  Faculty, residents and medical students.
2. **Gaufberg E** Taboos and Boundaries:  a literary arts curriculum for physicians   A compilation of 25 works of poetry and narrative with original introductory material and discussion questions.  Curriculum designed to trigger discussion and role play on common boundary challenges encountered in the doctor-patient relationship.  Audience:  Medical Trainees and Faculty
3. **Gaufberg E,** Bell S  The Hidden Curriculum.  Learning Module in the HMS Patient-Doctor III Course Guide (2006-7, 2007-8, 2008-9)
4. **Gaufberg E**  Professional Boundaries.  Learning Module in the HMS Patient-Doctor III Course Guide (2007-8, 2008-9)
5. **Gaufberg E,** Cohen PA. "Nothing Else Works, Doc!" Faculty development workshop for primary care preceptors:  helping your residents care for patients requesting opioids for chronic pain. 2008. 10 pages. (peer reviewed)  Audience: institutions designing workshops to address prescription drug abuse

**Abstracts, Poster Presentations and Exhibits Presented at Professional Meetings:**

Poster Presentations
2006   Pugnaire M, Ferrara E, Dardano K, Fortin A, **Gaufberg E,** McCahan J, Monroe A, Pfeiffer, Richardson-Nassif K, Rowland P. UMass Macy Mentorship Program in Health Communication Education: Lessons Learned in an 8-School Partnership (poster exhibit), SEP Ottawa Conference, New York, NY, May 2006.

*Elizabeth Hecht Gaufberg, M.D., M.P.H.*

2007    Ferrara E, Pugnaire M, Siegel B, Hafler J, **Gaufberg E**, Kao A. The Massachusetts
        Consortium: A Medical Education Research Collaborative Model, 2007 NEGEA Annual
        Educational Retreat, Stony Brook, NY, June 2007

2008    Hirsh D, Ogur B, Bernstein C, Cohen P, **Gaufberg E**, Gaufberg S, Ghosh A, Meyer R,
        Shaffer K, Shtasel D,  Spector A, Krupat E, Pelletier S, Gutterson W.  The Harvard Medical
        School Cambridge Integrated Clerkship Four Years' Experience, International Meeting of
        the Consortium of Longitudinal Integrated Clerkships (CLIC), San Francisco, CA
        November 2008.

2009    **Gaufberg E**, Bell S, Batalden M, Sands R The Hidden Curriculum: a thematic analysis of
        medical student narrative reflections, The Association of American Medical Colleges
        Annual Conference, Boston, MA 2009

# APPENDIX 2

Appendix to the Expert Report of Elizabeth Gaufberg, MD, MPH

In addition to the documents and literature identified in my report, I also reviewed the following:

| | Author | Title |
|---|---|---|
| 01/00/02 | AACE | The American Association of Clinical Endocrinologists Medical Guidelines for the Management of Diabetes Mellitus: The AACE System of Intensive Diabetes Self-Management -2002 Update; Endocrine Practice; vol 8; suppl 1; pages 40-65. |
| 01/00/02 | AACE | AACE Guidelines; Endocr Pract 2002; vol. 8; suppl1; pages 66-82. |
| 03/00/03 | Abdullah, Nasreen; et al. | Olanzapine and Quick-Response Hyperglycemia; Psychosomatics; Vol 44; page 2; pages 175-176. |
| 01/00/02 | ACE | American College of Endocrinology Consensus Statement on Guidelines for Glycemic Control; Endocrine Practice; vol 8; suppl 1; page 5-11. |
| 11/00/99 | Allison, David B; et al | Antipsychotic-Induced Weight Gain: A comprehensive Research Synthesis; Am J Psychiatry 1999; vol 156; pages 1686-1696 |
| | Allison, DB Et al | The impact of weight gain on quality of life among persons with schizophrenia, Psychiatric services; vol 54, no4, 565-567 |
| 02/00/04 | American Diabetes Association; et al. | Consensus Development Conference on Antipsychotic Drugs and Obesity and Diabetes; Diabetes Care, Vol 27, No 2; pages 596-601. |
| 01/00/02 | Ananth, Jambur; et al. | Atypical Antipsychotic Drug Use and Diabetes; Psychother Psychosom 2002; Vol 71, no 1; pages 244-254. |
| 01/00/02 | Baptista T; et al. | Obesity and Related Metabolic Abnormalities During Antipsychotic Drug Administration: Mechanisms, Management and Research Perspectives; Pharmacopsychiatry 2002; vol 35; pages 205-219. |
| | Baptista,Trino, et al. | Metformin for prevention of weight gain and insulin resistance ewith olanzapine: A double-blind study placebo-controlled trial. Can J Psychiatry, vol 51, no 3, 192-196. |
| 15-Aug-05 | Black, E., et al. | Long-term influences of body-weight changes, independent of the attained weight, on risk of impaired glucose tolerance and Type 2 diabetes, 22 Diabetic Medicine, Vol. 22, Issue 9, 1199-1205. |
| 7/29/2004 | Belmaker, RH | Bipolar Disorder; NEJM; vol 351; pages 476-486. |
| | Bushe, Chris | The role of lifestyle interventions and weight management in schizophrenia; Psychopharm, 19(6) Supplement (2005), p28-35. |
| 01/00/01 | Casey, Daniel E. and Stevin H. Zorn | The Pharmacology of Weight gain With Antipsychotics; J Clin Psychiatry 2001; vol 62; suppl 7; pages 4-10. |
| 01/00/05 | Cavazzoni, Patrizia; et al | Retrospective Analysis of Risk factors in Patients With Treatment-Emergent Diabetes During Clinical Trials of Antipsychotic Medications; Brit J of Psychiatry; vol 185; suppl 47; pages 94-101. |
| 12/00/03 | Citrome, Leslie and Ari B Jaffe | Relationship of Atypical Antipsychotics with Development of Diabetes Mellitus; The Annals of Pharmacotherapy; Vol 37; no 18; page 1849-1857. |
| 09/00/04 | Citrome, Leslie; et al. | Relationship Between Antipsychotic Medication Treatment and New Cases of Diabetes Among Psychiatric Inpatients; Psychiatric Services; vol 55; no 9; pages 1006-1013. |

Appendix to the Expert Report of Elizabeth Gaufberg, MD, MPH

In addition to the documents and literature identified in my report, I also reviewed the following:

| | | |
|---|---|---|
| 01/00/04 | Cohen, D | Atypical Antipsychotics and New Onset Diabetes Mellitus:  A Overview of the Literature; Pharmacopsychiatry 2004; Vol 37; 1-11. |
| 06/00/03 | Davis, John M; et al | A Meta-Analysis of the Efficacy of Second-Generation Antipsychotics; Arch Gen Psychiatry; vol 60; pages 553-564. |
| 6/27/2006 | De Hert, et al | Prevalence of diabetes, metabolic syndrome and metabolic abnormalities in schizophrenia over the course of the illness: a cross-sectional study. Clin Pract Epidemol Ment Health. 2(14) |
| 01/00/01 | Dwyer, Donard S.; et al. | Glucose Metabolism in Relation to Schizophrenia and Antipsychotic Drug Treatment; Annals of Clinical Psychiatry; Vol 13, No 2; pages 103-113. |
| 1997 | Ford, ES, et al. | Weight Change and Diabetes Incidence: Findings from a National Cohort of US Adults, American Journal of Epidemiology, 146(3) 214-222 (1997) |
| 1/8/2003 | Fontaine, Kevin R; et al. | Years of Life Lost Due To Obesity; JAMA; vol 289, no 2; pages 187-193. |
| 10/30/2003 | Freedman, Robert | Schizophrenia; NEJM; vol 349; no 18; pages 1738-1749. |
| 02/00/03 | Geller, Wayne and Wayne MacFadden | Diabetes and Atypical Neuroleptics; Am J Psychiatry; vol 160; no2; page 388-389. |
| 10/00/02 | Gianfrancesco, Frank D; et al. with Ruey-hua Wang and Henry A. Nasrallah | Differential Effects of Risperidone, Olanzapine, Clozapine, and Conventional Antipsychotics on Type 2 Diabetes:  Findings From a Large Health Plan Database; J Clin Psychiatry; Vol 63, No 10, pages 920-930. |
| 2/13/2003 | Gianfrancesco, Frank et al. with Ruey-Hua Wang | Differential Effects of Antipsychotic Agents on the Risk of Development of Type 2 Diabetes Mellitus in Patients with Mood Disorders; Clin Ther 2003; Vol 25; pages 1150-1171. |
| 08/00/03 | Gianfrancesco, Frank; et al. with Ruey-hua Wang and Henry A. Nasrallah | Antipsychotic-Induced Type 2 Diabetes:  Evidence From a Large Health Plan Database; Journal of Clinical Psychopharmacology, Vol 23; No 4, pages 328-335. |
| 07/00/2006 | Guo, et al | Risk of diabetes mellitus associated with atypical antipsychotic use among patients with bipolar disorder: A retrospective, population-based, case-control study. J Clin Psychiatry. 67(7):1055-1061. |
| 2003 | Gupta, Sanjay; et al. | Hyperglycemia and Hypertriglyceridemia in Real World Patients on Antipsychotic Therapy, American Journal of Therapeutics, 10, 348-355 (2003) |
| 11/00/03 | Haberfellner, Egon Michael and Hans Rittmannsberger | Weight Gain During Long-Term Treatment With Olanzapine: A Case Series; Int Clin Psychopharmacol 2004; vol 19; pages 251-253. |
| 05/00/03 | Heiskanen, Tuula; et al. | Metabolic Syndrome in Patients with Schizophrenia; J Clin Psychiatry; vol 64; no 5; pages 575-579. |
| 01/00/01 | Henderson, David C | Clozapine: Diabetes Mellitus, Weight Gain, and Lipid Abnormalities; J Clin Psychiatry 2001; Vol 62; suppl; 23; pages 39-44. |
| 01/00/01 | Henderson, David C. | Clinical Experience with Insulin Resistance, Diabetic Ketoacidosis, and type 2 Diabetes mellitus in Patients Treated with Atypical Antipsychotics; J Clin Psychiatry 2001; vol 62;suppl 27; pages 10-14. |

Appendix to the Expert Report of Elizabeth Gaufberg, MD, MPH

In addition to the documents and literature identified in my report, I also reviewed the following:

| | Author | |
|---|---|---|
| 06/00/00 | Henderson, David C; et al | Clozapine, Diabetes Mellitus, Weight Gain, and Lipid Abnormalities: A Five-Year Naturalistic Study; Am J Psychiatry; Vol 157; No 6; page 975-981. |
| 01/00/05 | Henderson, David C; et al. | Glucose Metabolism in Patients With Schizophrenia Treated With Atypical Antipsychotic Agents; Arch Gen Psychiatry; vol 62; pages 19-28. |
| 01/00/02 | Henderson, DC | Atypical Antipsychotic Induced Diabetes Mellitus: How strong is the evidence? (Abstract); CNS Drugs; Vol 16; no 2; pages 77-89. |
| 09/00/2005 | Henderson, et al | Clozapine, diabetes mellitus, hyperlipidemia, and cardiovascular risks and mortality: results of a 10-year naturalistic study. J Clin Psychiatry, 66(9):1116-21 |
| 07/00/00 | Isakov, Isak; et al. | Insulin-Resistant Hyperglycemia Induced by Clozapine; Psychosomatics; vol 41; no 4; pages 373-374. |
| 01/00/03 | Kabinoff, Gary S; et al. | Metabolic Issues With Atypical Antipsychotics in Primary Care: Dispelling the Myths; J Clin Psychiatry; vo 5 no 1; pages 6-14. |
| 05/00/73 | Keskinher Ali. et al. | Psychotropic Drugs, Diabetes and Chronic Mental Patients; Psychosomatics; vol 14; pages176-181. |
| 02/00/2001 | Kinon, et al | Long-term olanzapine treatment: weight change and weight-related health factors in schizophrenia. J Clin Psychiatry, 62(2):92-100 |
| Jun-04 | Koller, Elizabeth A., et al. | A Survey of Reports of Quetiapine-Associated Hyperglycemia and Diabetes, J Clin Psychiatry 65:6, June 2004. |
| 8/3/2001 | Koro, Carol E.; et al. | Assessment of Independent Effect of Olanzapine and Risperidone on Risk of Diabetes Among Patients with Schizophrenia: Population Based Nested Case-Control Study; BMJ; Vol 325, pages 1-5. |
| 30-Aug-06 | Lambert, Bruce L., et al. | Diabetes Risk Associated with Use of Olanzapine, Quetiapine, and Risperidone in Veterans Health Administration Patients with Schizophrenia. Am J Epidemiol 2006, Vol 164, No. 7, 672-681 |
| 01/00/01 | Lebovitz, Harold E. | Diagnosis, Classification and Pathogenesis of Diabetes Mellitus; J Clin Psychiatry 2001; Vol 62 (suppl 27), pages 5-9. |
| 09/00/04 | Leslie, Douglas and Robert Rosenheck | Incidence of Newly Diagnosed Diabetes Attributable to Atypical Antipsychotic Medications; Am J Psychiatry; vol 161; no 9; pages 1709-1711. |
| 9/22/2005 | Lieberman, Jeffrey | Effectiveness of Antipsychotic Drugs in Patients With Chronic Schizophrenia (CATIE STUDY), NEJM, vol 353, no 12, p 1209-23. |
| 01/00/01 | Lindenmayer, Jean-Pierre; et al. | Hyperglycemia Associated With the Use of Atypical Antipsychotics; J Colin Psychiatry 2001; Vol 62; (suppl 23), pages 30-38. |
| 02/00/03 | Lindenmayer, Jean-Pierre; et al | Changes in Glucose and Cholesterol Levels in Patients in Schizophrenia Treated with Typical or Atypical Antipsychotics; Am J Psychiatry 2003; Vol 160; No 2; pages 290-296 |
| 10/24/2001 | Luna, Beatriz and mark N. Feinglos | Drug Induced Hyperglycemia; JAMA; vol 286; no 16; pages 1945-1948. |

Appendix to the Expert Report of Elizabeth Gaufberg, MD, MPH

In addition to the documents and literature identified in my report, I also reviewed the following:

| | | |
|---|---|---|
| 2000 | McAskill, R., Taylor, D.M., | Atypical Antipsychotics and weight gain – a systematic review, Acta Psychiatry Scand 2000: 101: 416-423 (2000) |
| Apr-01 | McIntyre, Roger S., et al. | Antipsychotic Metabolic Effects: Weight Gain, Diabetes Mellitus and Lipid Abnormalities, Can J. Psychiatry 2001; 46:273-281 |
| 10/00/04 | Nasrallah, Henry A. and John W. Newcomer | Atypical Antipsychotics and metabolic Dysregulation : Evaluating the Risk/Benefit Equation and Improving the Standard of Care; J Clin Psychopharmacol; vol 24; suppl 1; pages S7-S14. |
| 01/00/01 | Newcomer, John W and Dan W. Haupt | Hyperglycemia and Antipsychotic Medications; J Clin Psychiatry 2001; Vol 62;; suppl 27; pages 15-26. |
| Sep-00 | Procyshyn, Rie M, et al. | New-Onset Diabetes Mellitus Associated with Quetiapine, Case Report, The Canadian Journal of Psychiatry, Vol. 45 No. 7 668-669 (2000). |
| 18-Aug-99 | Reinstein, Michael, J., et al. | Effect of Clozapine-Quetiapine Combination Therapy on Weight and Glycaemic Control, Clin. Drug Invest 18 (2) 99-104, 1999 |
| Aug-00 | Resnick, HE, et al | Relation of weight gain and weight loss on subsequent diabetes risk in overweight adults, J. Epidemmiol Community Health, 54(8):596-602 (2000) |
| Apr-04 | Saari, Kaisa, et al. | Hyperlipidemia in Persons Using Antipsychotic Medication: A General Population - Based Birth Cohort Study, J Clin Psychiatry 65:4 547-550, April 2004 |
| Oct-04 | Sacchetti, Emilio, et al. | Incidence of diabetes in a general practice population: a database cohort study on the relationship with haloperidol, olanzapine, risperidone or quetiapine exposure, Int Clin Psychopharmacol 20:33-37 (2005) |
| 04/00/02 | Semyak, Michael J.; et al. | Association of Diabetes Mellitus With Use of Atypical Neuroleptics in the Treatment of Schizophrenia; Am J Psychiatry 2002; Vol 159; No 4; pages 561-566. |
| 09/00/01 | Simpson, Merrill M; et al. | Weight Gain and Antipsychotic Medication: Differences Between Antipsychotic-Free and Treatment Periods; J Clin Psychiatry; vol 62; no 9; page 694-700. |
| 06/00/04 | Sumiyoshi, Tomiki; et al. | A Comparison of Incidence of Diabetes Mellitus Between Atypical Antipsychotic Drugs; J Clin Psycho pharmacol.; vol 24; no. 3; pages 345-348. |
| 06/00/2003 | Sussman, Norman | The Implications of Weight Change with Antipsychotic Treatment; J of Clin Psychopharmacology; Vol 23, Supplement 1, S21-S26 |
| 07/00/97 | The Expert Committee on the Diagnosis and Classification of Diabetes Mellitus | Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus; Diabetes Care; vol 20; no 7; page 1183-1197. |
| 4/14/2001 | Various Authors to Geddes, et al. | Atypical Antipsychotics in the Treatment of Schizophrenia; BMJ 2001; vol 322; page 924 |
| Aug-04 | Marder S, et al | Physical Health Monitoring of Patients with Schizophrenia ; AM J Phsychiatry 161:1334-1349 |
| | Newcomer, John W, et al | The Metabolic Effects of Antipsychotic medications; Can J Psychiatry, 51(8):480-91 |

# APPENDIX 3

Appendix to the Expert Report of Elizabeth Gaufberg, MD, MPH

| | | |
|---|---|---|
| 7/15/96 | 190 | 35.9 |
| 3/7/97 | 184 | 34.8 |
| 9/6/98 | 220 | 41.6 |
| 2/8/99 | 208 | 39.3 |
| 5/4/99 | 207 | 39.1 |
| 9/16/99 | 224 | 42.3 |
| 1/7/00 | 226 | 42.7 |
| 10/4/00 | 222 | 41.9 |
| 9/25/01 | 217 | 41.0 |
| 5/7/02 | 211 | 39.9 |
| 8/21/02 **Start Seroquel 25 mg** | | |
| 10/12/02 **Increase Seroquel to 50 mg** | | |
| 10/22/02 | 220 | 41.6 |
| 12/4/02 **Increase Seroquel to 100 mg** | | |
| 1/29/03 **Increase Seroquel to 200 mg** | 229 | 43.3 |
| 7/16/03 **Increase Seroquel to 300 mg** | | |
| 8/14/03 | 238 | 45.0 |
| 1/30/04 | 233 | 44.0 |
| 6/10/04 | 234 | 44.2 |
| 9/8/04 | 235 | 44.4 |
| 10/5/04 **Increase Seroquel to 400 mg** | | |
| 3/15/05 | 242 | 45.7 |
| 8/19/05 | 246 | 46.5 |
| 9/21/05 **Increase Seroquel to 750 mg** | | |
| 12/12/05 | 238 | 45.0 |
| 1/16/06 | 238 | 45.0 |
| 2/6/06 | 231 | 43.6 |
| 2/15/06 **Discontinue Seroquel** | | |
| 3/9/06 | 223 | 42.1 |
| 4/7/06 | 216 | 40.8 |
| 5/8/06 | 214 | 40.4 |
| 10/18/06 | 219 | 41.4 |
| 3/8/07 | 217 | 41.0 |
| 5/9/07 | 207 | 39.1 |
| 5/25/07 | 211 | 39.9 |
| 7/10/07 | 202 | 38.2 |
| 9/20/07 | 191 | 36.1 |
| 12/6/07 | 185 | 35.0 |

| DATE | BLOOD GLUCOSE | HbA1c |
|------|---------------|-------|
| 3/5/98 | 107 | |
| 4/17/99 | 97 | |
| 4/18/99 | 106 | |
| 4/19/99 | 112 | |
| 5/21/01 | 109 | |
| 5/9/02 | 102 | |
| 9/3/02 | 103 | |
| 6/10/04 | 129 –Non Fasting | |
| 3/15/05 | 177 | |
| 8/19/05 | 160 – Fasting | 7.3 |
| 12/6/05 | 250 | 9.6 |
| 3/9/06 | 213 | |
| 5/26/06 | 122 | |
| 8/10/06 | | 5.8 |
| 3/12/07 | 153 | 5.8 |
| 5/9/07 | 178 | |
| 5/10/07 | 195 | |
| 5/30/07 | 182 | 7.2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

2