# Exhibit 22

# CHEROKEE DOCUMENTS

# DAVID MCCORMICK

CONFIDENTIAL

David McCormick                                         Client # 4891
Tazewell Office
September 10, 2001

**SUBJECTIVE:**
This is the first time I have seen this patient as he has no shown to three separate appointments. I approached him about this and he offered several excuses mostly centering around his transportation difficulties although he says he repaired a car and that the situation has improved. Reports that he is doing better with current regimen. In particular says " like I have told every doctor that **PROZAC** has been a god send to me". Says he is still not happy, but that he is not depressed either since being on it. Sleeping better with **SEROQUEL** and seems in general pleased with his current regimen. Does have some sinus congestion symptoms today. Patient is filling our paperwork and seems generally more interested in that than our session together. I had to prompt him on numerous occasions to get answers to my questions. He did eventually relent and place the paperwork to the side until we were finished. Spends his time cleaning house doing general chores. Lives alone. Has family in Kentucky that he plans on seeing more often now that his car is repaired. Denies side effects to current medication with the exception of some impotence that he suffered from with the **PROZAC** for several years. Appetite is okay.

**OBJECTIVE:**
Average eye contact, speech and motor behavior. Average grooming. Mood is euthymic and affect is of average intensity and range. Thoughts are logical and goal oriented without suicidal or homicidal ideation. No delusions, paranoia or hallucinations.

**IMPRESSION:**
Depression NOS with anxiety & impulsive outbursts improved
History of PTSD improved

**PLAN:**
1. Will continue **PROZAC** 40mg q a.m. #30 with two refills.
2. **SEROQUEL** 25mg BID #60 with two refills.
3. Return to clinic in 12 weeks and encouraged him to get back involved with individual psychotherapy in the interim.

Lanny Leftwich, M. D.
Staff Psychiatrist

/kk

CONFIDENTIAL

IMPRESSION:
Axis I  Depression c anxiety - improved
        Hx impulsive anger outbursts
        Hx PTSD

Axis II  _____
Axis III _____
Axis IV  _____
Axis V   _____

PLAN:
1) Cont Rx
2)
3)
4)
5)
6)
RTC 12 wks or prn

This information has been disclosed to you from records whose confidentiality is protected by law. Further disclosure of this information is prohibited without the express permission of Cherokee Health Systems and the concerned individual or higher legal representative.

☑ Patient is agreeable with treatment plan.
☑ Potential side effects of medications are discussed.

CLINICIAN _____

CONFIDENTIAL

David McCormick     Client #4891
Tazewell Office
March 26, 2004

**SUBJECTIVE:** He reports that he is doing well. Denies any complaints. He states that he has been sleeping good with 100 mg of Seroquel about eight to nine hours each night. Denies any impulse control problems. Denies any mood disturbances.

**OBJECTIVE:** He is comfortably seated. Maintains eye contact. Coherent in thought process. Full range of affect. Reports a euthymic mood. His element of urgency in the personality continues. No other evidence of psychosis or mood disturbance.

**IMPRESSION**
Axis I     Major depression in remission.
           History of intermittent impulsive disorder in remission.

**PLAN:** Maintained his Prozac 20 mg per day and Seroquel 100 mg q.h.s. plus one q.h.s. p.r.n. Prescribed #30 pills of Prozac and #40 of Seroquel with three refills each. He is to followup in three to four months or sooner if needed. He verbalized his understanding and agreement.

_____
Bilal Ahmed, MD
BA/PS/dwp/8027

This information has been disclosed to you from records whose confidentiality is protected by law. Further disclosure of this information is prohibited without the express permission of Cherokee Health Systems and the concerned individual or higher legal representative.

CONFIDENTIAL

David McCormick                                            Client #4891
Tazewell Office
January 10, 2005

**SUBJECTIVE:** Mr. McCormick reports that he is sleeping well. Denies any mood disturbances. Comfortable with his way of life.

**OBJECTIVE:** Baseline mental status examination. No features of psychosis. Denies any impulse control problems. Denies any sleep disturbances. Tolerating the medications adequately.

**IMPRESSION**
Axis 1     He has carried a diagnosis of depression NOS and history of intermittent explosive disorder, both in remission and he dates his symptom complex to a head injury years ago while in service in the Army.

**PLAN:** I maintained his Prozac 40 mg q.d. #30 pills with two refills and Seroquel 100 mg q.h.s. #30 pills with two refills. He is to follow up in three months or sooner if needed. He verbalized his agreement.

_____
Bilal Ahmed, M.D.
BA/PS/dwp/15660

This information has been disclosed to you from records whose confidentiality is protected by law. Further disclosure of this information is prohibited without the express permission of Cherokee Health Systems and the concerned individual or higher legal representative.

CONFIDENTIAL   Medication Management

Name: DAVID ALLEN MCCORMICK                          Account: 4891
Visit Date: March 12, 2009
Site: CHS New Tazewell
Visit Length: 15 minutes

### Subjective:

59 year old white male with Bipolar Disorder here for medication visit. Not sleeping very well. Has tried multiple medications to help his sleep. Has not had success. Mood is good. He denies hypomanic or psychotic symptoms. Only success with Seroquel, but developed insulin dependant DM.

### Mental Status Exam:

Appearance: Normal
Attitude: Cooperative
Motor Activity: Calm
Speech: Normal
Mood: Irritable
Affect: Irritable
Thought Processes: Normal
Thought Content: Normal
Suicidal Thoughts: Has no thoughts, plan, or intent
Homicidal Thoughts: Has no thoughts, plan, or intent

### Impression:

Axis I:    Insomnia NOS
           Rule Out Bipolar disorder NOS

Axis II:   deferred

Axis III:  DM Type II, broken leg from fall

Axis IV:
           Social/Enviromental
           Economic

Axis V:    50

### Plan:

| Medication | Dose | Sig Desc | Qty | Rf | Rx'd Else |
|---|---|---|---|---|---|
| Ramelteon | 8mg | take 1 tablet (8MG) by ORAL route every day at bedtime | 30 | 0 | N |

1. Rozerem 8mg one daily. #30 No refills.

Patient is agreeable with treatment plan. Parent/Guardian is agreeable with treatment plan. Potential side effects of medications are discussed.

Return Appointment: 4 Weeks

KIMBERLY A. QUIGLEY MD

This information from records has been disclosed to you from records whose confidentiality is protected by law. Further disclosure of this information is prohibited without the express permission of the Cherokee Health Systems and the concerned individual or his/her legal representative.

CONFIDENTIAL         **Medication Management**

**Name:** DAVID ALLEN MCCORMICK                    Account: 000000004891
**Visit Date:** November 05, 2009
**Site:** CHS New Tazewell
**isit Length:** 20 minutes

### Subjective:

59 year old white male with Bipolar Disorder here for medication visit. Mood has been irritable and not sleeping well Has slept well and mood has improved since restarting Seroquel. He wants to come off medication because he doesn't want to be addicted to meds. We discussed trial decrease rather than a sudden stop of medication.

### Mental Status Exam:

Appearance: Normal
Attitude: Cooperative
Motor Activity: Calm
Speech: Normal
Mood: Euthymic
Affect: Appropriate
Thought Processes: Normal
Thought Content: Normal
Suicidal Thoughts: Has no thoughts, plan, or intent
Homicidal Thoughts: Has no thoughts, plan, or intent

### Impression:

Axis I:     Manic-depressive psychosis NOS

Axis II:    deferred

Axis III:   DM Type II, broken leg from fall

Axis IV:
            Social/Enviromental
            Economic

Axis V:     50

### Plan:

| Medication | Dose | Sig Desc | Qty | Rf | Rx'd Else |
|---|---|---|---|---|---|
| Quetiapine Fumarate | 100mg | take 1 tablet (100MG) by ORAL route every day | 30 | 0 | N |

1. Seroquel 100mg one at bedtime. #30 No refills. Try taking one half tablet at bedtime for one week then cqall the office.

Patient is agreeable with treatment plan. Parent/Guardian is agreeable with treatment plan. Potential side effects of medications are discussed.

Return Appointment: 4 Weeks

This information from records has been disclosed to you from records whose confidentiality is protected by law. Further disclosure of this information is prohibited without the express permission of the Health Systems and the Cherokee individual or his/her legal representative.

Authenticated By:   Kim Quigley, MD 11/05/2009

CONFIDENTIAL        **Medication Management**

**Name:** DAVID ALLEN MCCORMICK
**Visit Date:** January 27, 2010
**Site:** CHS New Tazewell
**isit Length:** 20 minutes

**Account:** 000000004891

### Subjective:

60 year old white male with Bipolar Disorder NOS here for medication visit. Mood stable. Taking 50- 100mg of Seroquel nightly. When he takes 100mg he feels overly sedated in the morning. He has been experiencing leg pain with the rod that was placed in leg to internally splint the fracture sustained by a fall. Sleeping well with medication.

### Mental Status Exam:

Appearance: Normal
Attitude: Cooperative
Motor Activity: Calm
Speech: Normal
Mood: Euthymic
Affect: Appropriate
Thought Processes: Normal
Thought Content: Normal
Suicidal Thoughts: Has no thoughts, plan, or intent
Homicidal Thoughts: Has no thoughts, plan, or intent

### Impression:

Axis I:    Manic-depressive psychosis NOS

Axis II:   deferred

Axis III:  DM Type II, broken leg from fall

Axis IV:
           Social/Enviromental
           Economic

Axis V:    50

### Plan:

| Medication | Dose | Sig Desc | Qty Rf | Rx'd Else |
|---|---|---|---|---|
| Seroquel | 50mg | Take one and one half tablets to two tablets by mouth at bedtime. | 602 | N |

1. Seroquel 50mg one and one half tablets to two tablets each evening #60 Two refills.

Patient is agreeable with treatment plan. Potential side effects of medications are discussed.

Return Appointment: 12 Weeks

Authenticated By:  Kim Quigley, MD  01/27/2010