# Exhibit 23

# MEDICAL CENTER PHARMACY AND CHEROKEE DOCUMENTS

# DAVID MCCORMICK

**Medical Center Pharmacy**
606 N. Broad Street
New Tazewell, TN 37825-
Phone: (423) 626-5411   Fax: (423) 626-6538

**Patient Medical Expenses**
From: 01/01/1999 To: 01/05/2010

DAVID MCCORMICK
339 MCVEY RD
TAZEWELL, TN 37879-
Date of Birth:
MRN:

| Product / NDC / Plan | Days Supply | RPh | Rx / Fill / Pharmacy / Sig / Subscriber | Qty | Fill Date / Adj Auth Id | Prescriber | DEA / Amt Billed | Triplicate | DAW / Pat Pay |
|---|---|---|---|---|---|---|---|---|---|
| Risperdal Tab 1 MG / 50458-0300-50 / TBH-082 | 30 | | 0256034 / 2 / 100 / TAKE 1 TABLET(S) AT BEDTIME / 403703174 | 30.00 | 05/25/2001 | KEN GREENWOOD | BG4312219 / 71.86 | | |
| Ambien Tab 10 MG / *00025-5421-31 / TBH-082 | 30 | | 0256036 / 2 / 100 / TAKE 1 TABLET(S) AT BEDTIME / 403703174 | 30.00 | 05/25/2001 | KEN GREENWOOD | BG4312219 / 63.91 | | |
| Ambien Tab 5 MG / *00025-5401-31 / TBH-082 | 30 | | 0256037 / 2 / 100 / TAKE 1 TABLET(S) AT BEDTIME AS NEEDED / 403703174 | 30.00 | 05/25/2001 | KEN GREENWOOD | BG4312219 / 52.43 | | |
| Monopril Tab 20 MG / 00087-0609-42 / PHP | 30 | | 0256523 / 2 / 100 / TAKE 1 TABLET(S) EVERY DAY / 403703174 | 30.00 | 05/25/2001 | DIANA CHICOS | BC6939954 / 27.46 | | |
| Trazodone HCl Tab 150 MG / 50111-0441-01 / TBH-082 | 30 | | 0259674 / 0 / 100 / TAKE .5-1 AT BEDTIME AS NEEDED FOR INSOMNIA / 403703174 | 30.00 | 05/25/2001 | KEN GREENWOOD | BG4312219 / 12.10 | | |
| Prozac Cap 40 MG / 00777-3107-30 / TBH-082 | 30 | | 0259676 / 0 / 100 / TAKE 1 CAPSULE(S) EVERY MORNING / 403703174 | 30.00 | 06/19/2001 | KEN GREENWOOD | BG4312219 / 157.26 | | |
| Acetaminophen-Codeine #3 Tab 300- / *00093-0150-10 / PHP | 10 | | 0262606 / 1 / 100 / TAKE 1 TABLET(S) EVERY 4 HOURS PRN, MAY REFILL EVERY 30 DAYS / 403703174 | 60.00 | 06/21/2001 | Sr. WILLIAM N. SMITH | AS0386020 / 13.66 | | |
| Seroquel Tab 25 MG / 00310-0275-10 / TBH-082 | 30 | | 0266016 / 0 / 100 / TAKE 1 TABLET(S) TWO TIMES A DAY / 403703174 | 60.00 | 06/25/2001 | LANNY LEFTWICH | BL5765106 / 76.48 | | |
| Diazepam Tab 5 MG / *00555-0363-05 / TBH-082 | 30 | | 0266245 / 0 / 100 / TAKE 1 TABLET(S) AT BEDTIME / 403703174 | 30.00 | 06/27/2001 | Sr. WILLIAM N. SMITH | AS0386020 / 3.46 | | |
| Allergy Relief Tab 4 MG / 55966-0140-09 / PHP | 20 | | 0266244 / 0 / 100 / TAKE 1 TABLET(S) EVERY 12 HOURS / 403703174 | 40.00 | 06/27/2001 | Sr. WILLIAM N. SMITH | AS0386020 / 2.69 | | |
| Astelin Solution 137 MCG/SPRAY / 00037-0241-10 / PHP | 30 | | 0260969 / 1 / 100 / USE 2 PUFF(S) IN EACH NOSTRIL EVERY DAY / 403703174 | 34.00 | 06/27/2001 | Sr. WILLIAM N. SMITH | AS0386020 / 44.84 | | |

I certify that the charges on this form are for prescriptions as shown in my records and that they are accurate to the best of my knowledge and belief.
Pharmacist's Signature

Printed: Tuesday, January 05, 2010 10:17 AM

Copyright JASCORP - 2002       d_pat_med_exp       Page 21 of 34

CONFIDENTIAL

DMCCORMICK/MEDICALCENTERPHARMACY/00024

CONFIDENTIAL

## MEDICATION PROGRESS NOTE

DATE 6/19/01   PATIENT NAME David McCormick.   CASE # 4891

ATTENDANCE: (ON TIME) EARLY  LATE  PT CANCELLED  CHS CANCELLED  NO SHOW
FORMAT: GROUP (INDIVIDUAL)  ASSISTING M.D. _____  OTHER _____
DURATION: 2.5 HRS.  1.5 HRS.  1 HR.  45 MIN.  (30 MIN)  15 MIN.  OTHER _____

SIDE EFFECTS
CONSTIPATION  DRY MOUTH  URINARY HESITATION OR RETENTION  HYPERSALIVATION  TACHYCARDIA  BLURRED VISION  SEDATION
NASAL CONGESTION  PUPILLARY DILATION  LIGHT SENSITIVITY  INCREASED APPETITE
AKATHISIA  FINE TREMOR  PARKINSONIAN TREMOR  RIGIDITY/ COGWHEELING  OCULOGYRIC CRISIS  TORTICOLLIS  BRADYKINESIA
CHOREIC OR ATHETOID MOVEMENTS: FACIAL / PERIORBITAL  MOUTH / TONGUE / JAW / PERIORAL  ARMS / HANDS / FINGERS
LEGS /FEET  SHOULDERS / TRUNK
OTHER _____

BLOOD PRESSURE _____  WEIGHT _____  LAB VALUES _____

MENTAL STATUS
APPEARANCE: (NEAT & CLEAN)  FAIR APPEARANCE  POOR HYGIENE  DISHEVELLED  BIZARRE
ATTITUDE: (COOPERATIVE)  UNCOOPERATIVE  UNINTERESTED
MOTOR ACTIVITY: CALM  (FIDGETY)  SLOWED  TREMORS/ TICS  SPASMS  MANNERED  GUARDED
AFFECT: APPROPRIATE  INAPPROPRIATE  LABILE  (CONSTRICTED)  BLUNTED  FLAT  EXPANSIVE  BELLIGERENT
MOOD INCONGRUENT
MOOD: STABLE  UNSTABLE  (SAD)  (ANXIOUS)  ANGRY  HYPOMANIC  MANIC
SPEECH: (CLEAR)  UNCLEAR  SPONTANEOUS  DELAYED  SOFT  LOUD  SLURRED  EXCESSIVE  PRESSURED  TANGENTIAL
CIRCUMSTANTIAL  IRRATIONAL
THOUGHT CONTENT: PREOCCUPATIONS  DELUSIONS  HALLUCINATIONS denies
SLEEP: ADEQUATE  EXCESSIVE  SLEEP LATENCY  EARLY AWAKENING  (FREQUENT AWAKENING)  SLEEPS IN DAYTIME

APPETITE: EXCESSIVE  (GOOD)  FAIR  POOR        EXERCISE: DAILY  1 - 3X WEEKLY  (INFREQUENTLY)
SUICIDAL IDEATION? ___ YES  ✓ NO   HOMICIDAL IDEATION? ___ YES  ✓ NO  EXPLAIN: _____
OTHER SAFETY ISSUES? _____
REPORT OF ANGRY OUTBURSTS? ___ YES  ✓ NO   EXPRESSES SELF APPROPRIATELY? ✓ YES  ___ NO  ___ AT TIMES
IS PATIENT WORKING ON TREATMENT PLAN GOALS? ✓ YES  ___ NO  TOPICS DISCUSSED _____

IS A&D ADDRESSED? ___ YES  ✓ NO  NOT APPLICABLE _____
PATIENT PARTICIPATION IN DISCUSSION: EXCELLENT  (GOOD)  FAIR  MARGINAL  POOR
MEDICATION CHANGE: ___ NO  ✓ YES - EXPLAIN  dx Risperdal + Trazodone + Ambien Seroquel starter pack, cont prozac
IF MEDICATION ADMINISTERED, DESCRIBE: _____
NOTES: Med v: Trazodone causes hangover most of day. Mouth is very dry, like sandpaper. Prozac "has been God sent to me for my depression" Risperdal no good, dry mouth, very "low geared, has trouble getting around" + actual difficulty walking. Still taking Ambien but does not help by itself. Reviewed chart c̄ Dr Lefwich Meds as above. Pt given instr on need & + how to titrate Seroquel. He prefers slow titration of Seroquel so he will take 25mg ī AM ī PM x1 day then ii AM ī PM x 1day then 100mg q̄ HS x 5days. Then call report to me in 1wk. If tolerates will continue titration of Seroquel.

RETURN APPOINTMENTS: 1mo c̄ MD

STATUS SUMMARY:  REGRESSION  MILD - MODERATE - SEVERE
GAINS  MINIMAL - GUARDED - FAIR - EXCELLENT   SIGNATURE Chas Sanders RNC