# Exhibit 24

# CLAIBORNE COUNTY HOSPITAL DOCUMENT

# DAVID MCCORMICK

CONFIDENTIAL

## Claiborne County
### HOSPITAL AND NURSING HOME

DISCHARGE SUMMARY

MCCORMICK DAVID ALLEN           PT: 6074964            Mircea Badara, M.D.
M    57                         HOS:# 52505
ADM. DATE: 02-02-2007
DISC DATE: 02-07-2007

ADMITTING DIAGNOSIS:

DISCHARGE DIAGNOSIS:            RIGHT ANKLE FRACTURE
                                STATUS POST ORIF
                                DIABETES MELLITUS
                                HYPERLIPIDEMIA
                                GERD

HOSPITAL COURSE: This is a 57 year old man who fell and broke his ankle. He had ORIF and he recovered very well. He is doing well today and he was diagnosed with diabetes during his stay here. Head and neck exam is normal. Lungs clear to auscultation. Heart S1, S2 normal. Abdomen soft. Nontender, nondistended. Right leg in a cast. His blood pressure is 125/80, temperature 97.4. Heart rate 74. He ambulates with a walker very well. He seems to be determined to recover.

PLAN: We'll send him home. Continue pain medication for him. We'll continue aspirin at home and Lipitor. He's on Prozac and Seroquel and we'll continue that. We'll continue Novolog mix twice a day.

_____
Mircea Badara, M.D.
MB/kd
D&T: 2-7-07
Cc: chart, office

1850 Old Knoxville Road • Tazewell, TN 37879 • (423) 626-4211