# Exhibit 25

# MCORMICK DEPOSITION EXCERPTS

```
0001
 1                DEPOSITION OF DAVID MCCORMICK
 2                       April 19, 2010
 3             IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 4                     ORLANDO DIVISION
 5   IN RE: SEROQUEL PRODUCTS LIABILITY
     MDL Docket No. 1769
 6
 7   This document relates to:
     MCCORMICK v. ASTRAZENECA LP, ET AL.
 8
 9   {David McCormick 6:08-cv-000352}
10
11
12
13
14
     APPEARANCES:
15                    FOR THE PLAINTIFF:
16                    William L. Bross, Esq.
                      Heninger, Garrison, Davis
17                    2224 1st Avenue North
                      P.O. Box 11310
18                    Birmingham, Alabama 35203-4204
19                    FOR THE DEFENDANT:
20
21                    Manvin S. Mayell, Esq.
22                    Christine L. Hogan, Esq.
23                    Kaye Scholer
24                    425 Park Avenue
25                    New York, New York 10022-3598
0002
 1                      I N D E X
                                                Page No.
 2
     WITNESS: DAVID MCCORMICK
 3
 4                     EXAMINATION
 5      by Mr. Mayell ------------------------------    5
 6
 7
 8                       EXHIBITS
 9   Exhibit No. 1,
         Office note 8/6/04 --------------------------  64
10
     Exhibit No. 2,
11       Office note 6/19/06 ------------------------- 72
12   Exhibit No. 3,
         Report of Medical Examination for
13       Disability Evaluation ----------------------- 90
14   Exhibit No. 4,
         Waiver of Grand Jury Indictment ------------ 107
15
```

```
10      Q.   For pain where?
11      A.   Headaches, and my leg too.
12      Q.   And what kind of pain were you having in your
13   leg?
14      A.   I've got a metal rod in my leg.
15      Q.   How long have you had a metal rod in your leg?
16      A.   Since February '07.
17      Q.   Since February '07 you've had a --
18      A.   Right.
19      Q.   Is that rod around your ankle area?
20      A.   Yes.
21      Q.   That's where you broke your ankle?
22      A.   My mid-leg to my ankle.
23      Q.   And that's from when you broke your ankle in
24   February '07?
25      A.   Yes.
0034
 1      Q.   And you were having pain in your ankle and leg
 2   area at that time --
 3      A.   Yes.
 4      Q.   -- you went to see Dr. Smith?
 5      A.   Yes.  Leg and my headaches too.
 6      Q.   Do you know if they checked -- took labs on
 7   that visit?
 8      A.   I don't think so, no.
 9      Q.   When is the last time you had blood work done?
10      A.   Probably a year.  I had my gallbladder
11   removed.
12      Q.   Where did you have your gallbladder removed?
13      A.   Claiborne County Hospital.
14      Q.   Where is that?
15      A.   In Tazewell.
16      Q.   And at that time they checked your glucose?
17      A.   Yes.
18      Q.   Do you remember what it was?
19      A.   No.  I didn't see the records.
20      Q.   Do you currently -- you mentioned Dr. Quigley.
21   Do you currently see Dr. Quigley?
22      A.   Yes.
23      Q.   And she is at Cherokee --
24      A.   Mental Health.  Right.
25      Q.   -- Mental Health.  In Tazewell?
0035
 1      A.   Tazewell.
 2      Q.   When is the last time you saw her?
 3      A.   Couple months.  Supposed to see her, I think,
 4   Friday.
 5      Q.   You're going to see her this Friday?
 6      A.   Uh-huh.
 7      Q.   And what does she treat you for?
 8      A.   She dispenses the Seroquel to help me sleep.
 9      Q.   And you've been going to Cherokee Mental
10   Health for a long time; right?
11      A.   Since '97, probably.
```

```
 6                        (Thereupon, the respective
 7                        document was marked Exhibit
 8                        Number 11.)
 9    BY MR. MAYELL:
10       Q.  I'll show you this document, Exhibit 11,
11    Mr. McCormick.  Do you see at the first -- the second
12    sentence Dr. Ahmed wrote:  He reports that when he
13    does not take his Seroquel at night he has a
14    significant problem in going to sleep.
15           Do you see that?
16       A.  Uh-huh.
17       Q.  And that's something you remember telling
18    Dr. Ahmed?
19       A.  Sure.  Yeah.  But I had to take it.  I
20    couldn't rest.
21       Q.  Then he wrote:  At the same time he is also
22    concerned about his weight gain.  He weighs around
23    205 pounds now and presumes this is because of
24    increased hunger because of the medication, which I
25    told him can result from both Seroquel and Prozac.
0165
 1           Do you see that?
 2       A.  Yes.
 3       Q.  And so at this visit you were concerned about
 4    weight gain from your medications?
 5       A.  Uh-huh.
 6       Q.  And Dr. Ahmed told you that weight gain can
 7    result from both Seroquel and Prozac; right?
 8       A.  Uh-huh.
 9       Q.  And you understood from reading the labels of
10    both that weight gain can result from both Seroquel
11    and Prozac?
12       A.  Right.
13       Q.  And then you discussed -- do you recall
14    discussing with Dr. Ahmed whether you should continue
15    taking Seroquel or not, given the weight gain?
16       A.  Yeah, I probably did.  I asked a lot of
17    questions of them about that.
18       Q.  And at the time Seroquel was the only drug
19    that had worked for you for sleep; right?
20       A.  Yes.
21       Q.  And do you recall discussing with him that in
22    light of the fact that Seroquel is only drug that
23    worked for you for sleep, that you would continue
24    taking it despite the weight gain possibility?
25             MR. BROSS:  Object to form.
0166
 1             THE WITNESS:  It worked.  Helped me
 2       sleep.
 3    BY MR. MAYELL:
 4       Q.  And so did you discuss with Dr. Ahmed what
 5    might happen if you didn't -- if you stopped taking
 6    Seroquel at that point because of concerns about
 7    weight?
```

```
24      A.  No.
25      Q.  Did you continue -- after you raised that with
0183
 1  your doctors in 2001 did you continue to experience
 2  that numbness in your left foot?
 3      A.  Somewhat, yes.
 4      Q.  And you continue to experience it today?
 5      A.  A little, yes.
 6      Q.  And has the numbness changed in any way --
 7      A.  No.
 8      Q.  -- since 2001 to forward?  Okay.  Were you
 9  feeling any numbness in your fingers when you raised
10  that issue with your doctors in 2001?
11      A.  Probably, yes.
12      Q.  And are you still feeling numbness in your
13  fingers today?
14      A.  No, not so much.
15      Q.  Now you're not?
16      A.  Not in a long time.
17      Q.  Has any doctor told you you have any
18  complications resulting from diabetes?
19      A.  No, not really.
20      Q.  No.  Have you had any eye problems from
21  diabetes?
22      A.  Before I went on the insulin and a few days
23  before I broke my leg my vision was real cloudy.  And
24  someone told me I should have my sugar checked.  And
25  then I broke my leg and it happened accidentally.
0184
 1  But since I've been on the insulin, no.  No.
 2      Q.  Do you see an eye doctor or --
 3      A.  No.
 4      Q.  -- do you rely on Drs. Smith and Debusk for
 5  eyes?
 6      A.  Yes, yes.
 7      Q.  Do you have any kidney problems, Mr. --
 8      A.  No, not that I know of.
 9      Q.  Do you have any heart problems?
10      A.  No.
11      Q.  Do you have any liver problems?
12      A.  No.  Long ago they told me my liver enzymes
13  were elevated a little bit.  But after that it was
14  all right.
15      Q.  Are you claiming any damages from lost wages
16  in this suit --
17      A.  No.
18      Q.  -- due to your diabetes?  Are you claiming any
19  out-of-pocket expenses as a result of your diabetes?
20      A.  No.
21      Q.  Is there anything you were able to do before
22  your diabetes diagnosis in February '07 that you
23  can't do now?
24      A.  Sure.
25      Q.  What are those things?
```

```
0185
 1     A.  I exercised better.  I wasn't -- my memory was
 2  much better.  It seems -- my memory had been fading
 3  for quite some time.  But seemed like my memory was
 4  better, exercised better, just felt better all over.
 5  But complications.  It wasn't just the diabetes.
 6  It's this leg.  It's crippled me.
 7     Q.  So the rod in your leg has prevented you from
 8  exercising?
 9     A.  It's really hampered me a lot.
10     Q.  And it's currently continuing to cause you
11  pain?
12     A.  Yes.  Right now.
13     Q.  Did any doctor tell you that your diabetes was
14  caused by Seroquel?
15     A.  Not definitely, no.
16     Q.  Did any doctor tell you that Seroquel caused
17  you to gain weight?
18     A.  I think I've heard Dr. -- that one doctor that
19  you spoke of there that said some of the side effects
20  of it could make me gain weight.  Yes.
21     Q.  That was in conversation with Dr. Ahmed in
22  April --
23     A.  Ahmed.  Yeah.
24     Q.  -- 2003?  We went through a few of the drunk
25  driving arrests and pleas.  Have you been arrested
0186
 1  for anything aside from the assault we talked about
 2  and the drunk driving convictions that we went
 3  through?
 4     A.  No.
 5     Q.  Now, you said that your license has been taken
 6  away, and I didn't explore that at the time.  When
 7  was your driving license taken away?
 8     A.  Last July, I'm sure.  Yeah.
 9     Q.  That was after the drunk driving plea where
10  Officer Evans --
11     A.  Yes.
12     Q.  -- pulled you over?  And for how long has your
13  license suspended?
14     A.  Until August, this year.
15     Q.  Until August 2010?
16     A.  Right.
17     Q.  And at that point will you automatically get
18  your license back?
19     A.  I have to apply.
20     Q.  What is your understanding of what you have to
21  show in order to get your license back?
22     A.  I already have.  I've done finished the
23  probation.
24     Q.  From Buffalo Valley did you get any kind of
25  paperwork?
0187
 1     A.  Yeah.  I got a little certificate.  Yeah.
```