# Exhibit 26

# EXPERT REPORT OF ELIZABETH GAUFBERG, MD

# DAVID MCCORMICK

### Expert Witness Report and Declaration of Elizabeth H. Gaufberg MD MPH

On behalf of Plaintiff David McCormick, I, Elizabeth H. Gaufberg MD, MPH, hereby state as follows:

**Background and Qualifications:**

1. I am a physician duly licensed to practice medicine in the state of Massachusetts. I am a double-boarded internist and psychiatrist with 15 years practice experience in both specialties, and an Assistant Professor of Medicine and Assistant Professor of Psychiatry at Harvard Medical School.

2. I graduated in 1988 from SUNY Syracuse as valedictorian of my medical school class. After obtaining a Masters Degree in Public Health at the Harvard School of Public Health in 1989, I completed sequential Internal Medicine and Psychiatry residencies at the Cambridge Hospital/Harvard Medical School from 1989-1995, with board certification in Internal Medicine in 1992 and in Psychiatry and Neurology in 1996. I have maintained my certification in both specialties as required by the specialty boards.

3. For the past 12 years, I have been the Director of the Medicine Consultation service to the Inpatient Psychiatry Units at the Cambridge Hospital. In this position, I consult on the care of hospitalized psychiatric patients with both medical and mental illness. A large proportion of these patients are prescribed the medication Seroquel, and many carry diagnoses of obesity and diabetes. I have consulted on (and/or supervised residents and physician assistants) on the care of many dozens of patients with Seroquel-induced weight gain and diabetes.

4. I teach extensively to Harvard Medical School Students, and Cambridge Health Alliance Internal Medicine and Psychiatry Residents about the care of patients with combined medical

1

and mental illness. I regularly deliver lectures on the metabolic side effects of the atypical antipsychotic agents, including Seroquel.

5. My curriculum vitae is attached as Exhibit A.

6. My fee for case review and expert witness testimony is $500/hour.

7. I have not testified as an expert at trial or by deposition within the preceding four (4) years.

**Information Reviewed:**

1. I have reviewed the peer-reviewed medical and scientific literature regarding the drug Seroquel, internal Astra Zeneca documents regarding Seroquel, the Physician's Desk Reference (PDR) information regarding Seroquel; medical records, deposition testimony and court opinions. A list of references will be provided to Defendants upon request.

**Summary of Opinions:**

1. Quetiapine (trade name Seroquel) is a widely prescribed prescription drug product initially approved by the FDA for the treatment of schizophrenia in 1997. It is an atypical anti-psychotic agent labeled for the treatment of schizophrenia and bipolar disorder, and is commonly used off label for the treatment of other disorders such as anxiety and insomnia.

2. Numerous studies have shown that weight gain and type II diabetes are known complications of Seroquel use.

3. Type II diabetes is a disorder that is characterized by normal or high levels of insulin in the blood at the same time that glucose levels in the blood are elevated. Insulin is a hormone produced by the beta cells of the pancreas and acts to facilitate transfer of glucose across cell membranes so that glucose can provide energy necessary for cellular activities. The condition is sometimes referred to as insulin resistance, because the cells are resistant to the effects of insulin on glucose transport and metabolism. The diagnosis of diabetes is made when the patient has a

fasting plasma (blood) glucose of $\geq$ 126 mg/dl or a random (non-fasting) plasma glucose $\geq$ 200 mg/dl (diagnosis must be confirmed with a subsequent reading).

4. Diabetes can lead to premature death and disability because the metabolic derangement produces long term damage to blood vessels and other tissues. Some long-term consequences of diabetes include kidney disease, eye disease, cardiovascular disease, cerebrovascular (brain) disease and neurologic dysfunction.

5. Clinically significant weight gain is often seen with administration of Seroquel to patients. The weight gain caused by Seroquel appears to be both dose-dependent and time dependent. The effects of atypical antipsychotics such as Seroquel on weight gain have been shown to be attributable to both increased caloric intake and decreased energy expenditure, as well as increased adiposity (body fat content). It is well-established in the medical literature that a clinically significant increase in body weight and/or body fat is a risk factor for type-II diabetes. Therefore, any effects of Seroquel to increase body weight and body fat are significant risks for the development of hyperglycemia and type II diabetes.

6. Body mass index (BMI) is measure of body fat based on height and weight. BMI is considered to be the most useful scale to define obesity and is defined as wt. in kg/(ht. in meters)$^2$ or [(wt. in lbs.)/(ht in inches)$^2$] x 704.5. BMI is divided into several categories including:

- Normal weight = 18.5-24.9
- Overweight = 25-29.9
- Obesity = BMI of 30 or greater

7. Although increased weight gain and adiposity are factors in the development of insulin resistance and drug-induced diabetes, there are data that demonstrate antipsychotic-induced effects on glucose metabolism and insulin resistance that are independent of weight gain. Glucose abnormalities have been reported in cases of patients without weight changes taking the atypical antipsychotic Seroquel. It is my opinion that atypical antipsychotic agents may have a direct effect on insulin sensitive tissues or on beta cell function. Thus, it is my opinion that Seroquel contributes to the development of diabetes through multiple potential mechanisms.

**Case Specific Expert Report for Plaintiff David McCormick**

1) My opinions in this report regarding the relationship between Mr. McCormick's ingestion of Seroquel and his development of diabetes are based on my education, training, experience, review of medical records, review of deposition testimony, review of the relevant literature, knowledge of the available literature, and review of Astra Zeneca internal documents. All of my opinions are stated to a reasonable degree of medical certainty.

2) I have reviewed the medical records of David McCormick. These records document his outpatient medical treatment at Heartland Medical (11/93 – 11/09), his outpatient mental health treatment at Cherokee Health Systems (1994-2/10), records from Claiborne County Hospital (including the 2/07 admission for an ankle fracture during which Type II Diabetes was diagnosed), an admission to Lakeshore Mental Health Institute (1/15/08 – 1/17/08 for bipolar disorder), and various other Veteran's administration medical records. I have also reviewed pharmacy records from Medical Center Pharmacy and Cunningham Drug.

3) According to his medical records, Mr. McCormick has suffered with a variety of psychiatric disorders over the years including Post-Traumatic Stress Disorder, Alcohol

4

Abuse and Alcohol Abuse in Remission, Bipolar I Disorder, Depressive Disorder, Intermittent Explosive Disorder and Insomnia.. On 6/19/01, Seroquel was prescribed to Mr. McCormick to treat symptoms of poor sleep and anxiety. Mr. McCormick was started on Seroquel 25 mg twice a day with the plan to titrate his dose up to 100 mg at bedtime over the course of the first week. After one week Mr. McCormick felt the 100 mg dose was too sedating and on 6/25/01 the dose was decreased back to 25 mg twice a day. Mr. McCormick was continued on Seroquel 25 mg twice a day until 12/11/01 when the dose was increased to 100 mg at bedtime by Dr. Leftwich in an attempt to treat Mr. McCormick's insomnia. Mr. McCormick remained on the 100 mg Seroquel dose until the decision was made to taper it beginning on 2/14/07 -2/21/07 after diabetes was diagnosed (during a hospital visit for an ankle fracture). After a hiatus from Seroquel for 2 ½ years, Seroquel was restarted by Dr. Quigley on 8/26/09 in order to treat sleep problems refractory to multiple trials of other medications.

4) There is no history to suggest that Mr. McCormick suffered from diabetes, or impaired glucose tolerance, prior to ingestion of Seroquel. It is important to consider Mr. McCormick's preexisting risk factors for diabetes in considering the role that the ingestion of Seroquel may have played in his development of diabetes. Mr. McCormick has no family history of diabetes (a highly significant risk factor for developing diabetes), he is not of a race/ethnicity that is particularly prone to diabetes, nor is he a regular smoker (which might constitute an additional, albeit minor risk). He does suffer from hyperlipidimia which is associated with diabetes, as well as hypertension (which some studies suggest may be a risk factor for diabetes). His lifestyle has appeared to be fairly sedentary and he eats a 'western diet', both of which may contribute to the development of diabetes at least in part

by the effect on body weight. Notably, in the few years preceding his first prescription for Seroquel in 2001, and during the almost six year period that he ingested Seroquel before his diagnosis of diabetes in 2007, Mr. McCormick engaged in the same type of lifestyle, which can be described as fairly sedentary. While Mr. McCormick is a user of alcohol, his consumption habits typically consist of periodic binge drinking. Moderate regular alcohol intake has been associated with a low risk of Type II diabetes. Mr. McCormick has periods where he consumes no alcohol and other occasions where he binges. Mr. McCormick's alcohol consumption is likely a negligible factor in the development of his diabetes.

5) The most significant risk factor for diabetes is obesity. For many years prior to starting Seroquel, Mr. McCormick's weight ranged consistently between 185-190. Given his height of 5'8" this corresponds to a BMI of between 28.1-28.5, which corresponds to the 'overweight' category of health risk stratification based on weight. Despite years of being overweight, it was not until the ingestion of Seroquel that Mr. McCormick gained significant additional weight which brought his BMI above 30 (into the obesity range) at which time he was ultimately diagnosed with Type II Diabetes. In the first several months after Seroquel was started in 2001, Mr. McCormick's weight remained fairly stable, but with increasing dose and increasing duration of use, Mr. McCormick's weight began to steadily increase. In the 2.5 years prior to being diagnosed with diabetes, Mr. McCormick's weight ranged between 202 and 215 lbs. This corresponds to BMI's between 30.7 and 32.7.

6) Based on my review of the medical records of David McCormick and knowledge of the literature, as well as my training and experience, it is my opinion, to a reasonable degree of medical certainty that Mr. McCormick's ingestion of Seroquel was the major contributing

factor in his substantial weight gain, and ultimately in the development of diabetes. Of note is the fact that the time course of Mr. McCormick's weight gain follows the pattern typical of Seroquel use. While his development of obesity, as discussed earlier in my report, was likely the most significant contributing factor in his development of glucose intolerance and diabetes, his sedentary lifestyle and Western diet and possibly his diagnosis of hypertension may also have been contributing factors. However, it is unlikely that these latter risk factors alone would have led to the development of diabetes, especially given Mr. McCormick's negative family history and his lower weight range prior to starting Seroquel. It is important to note that Mr. McCormick's other risk factors for diabetes preceded the initiation of Seroquel and were not modified in any significant way before or during the use of Seroquel. As stated previously, although he had hyperlipidemia, this condition preceded his ingestion of Seroquel and was for the most part controlled. This condition was not modified during the period in which Mr. McCormick took Seroquel. With respect to hypertension, it likewise preceded the Seroquel use and was for the most part controlled. Furthermore, there is no clear evidence that either of these latter two diagnoses lead to the development of diabetes in themselves, but rather are conditions sometimes seen in persons with diabetes or who are at risk for diabetes. The single most significant risk factor contributing to diabetes is weight gain. Thus it is my opinion that Seroquel ingestion was the major contributing factor in Mr. McCormick's weight gain, which in my medical opinion was the most significant risk factor in his ultimate development of Type II Diabetes. Mr. McCormick did have other risk factors for diabetes, but these were minor. The only major significant contributing factor was the ingestion of

Seroquel. Absent the ingestion of Seroquel, Mr. McCormick would not have contracted diabetes on the date of his diagnosis.

Dated: 5/27/10

_____
Elizabeth H. Gaufberg MD MPH