# Exhibit 27

# AFFIDAVIT OF WILLIAM L. BROSS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID MCCORMICK, ) | |
| ) | |
| Plaintiff, ) | CV No.: 6:08-cv-000352 |
| ) | |
| ) | |
| v. ) | |
| ) | |
| ASTRAZENECA PHARMACEUTICALS LP, ) | |
| ASTRAZENECA LP, and ZENECA, INC ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

1.  My name is William L. Bross. I am over the age of nineteen (19) and am competent to give this affidavit.

2.  I am one of the attorneys representing David McCormick ("Mr. McCormick") in the above matter. As counsel for Mr. McCormick, I have personal knowledge of the matters discussed herein.

3.  This affidavit is made in support of Mr. McCormick's Opposition in Response to Defendants' Motion to Compel Defense Expert Endocrine and Psychiatric Medical Examinations and Motion for Protective Order. As more fully set forth in Mr. McCormick's Opposition, the Defendants have conducted extensive discovery in this matter.

4.  I personally attended the depositions of Plaintiff David McCormick, One of his Psychiatrists, Dr. Kimberly Quigley (by telephone), and two of his treating Physicians; Dr. William Smith and Dr. Charles DeBusk (by telephone). Lewis Garrison, Jr. attended the depositions of two of the Psychiatrists; Dr. Bilal Ahmed and Dr. Lanny Leftwich. Gayle Douglas attended the deposition

(by telephone) of Verna McCormick, the Plaintiff's mother. The treatment provided by these physicians spans a period of over 11 years. The total amount of deposition testimony was approximately 18.5 hours.

5. Defendants have in their possession more than 3,200 pages of Mr. McCormick's medical, pharmacy, VA/military, VA claims center, hospitalization, rehabilitation, and Social Security Disability records which date back to 1969. (In fact, a visit to the RecordTrak website, the service used by Defedants to obtain records, notes records requested and obtained as follows: Cunningham Drug Company; Medical Center Pharmacy; Claiborne County Hospital; University of Tennessee Medical Center; Cherokee Health Systems (Psychiatric Records); Lakeshore Mental Health; Heartland Medical Group (various Physicians); Dr. Rose, Thomas & Wilmoth; Doctor Debusk, Barada & Smith (treating physicians); Wolf, Williams, Rutherford & Reynolds; Dr. Linas Adams; VA Regional Claims Center; National Personnel Records Center (extensive records of many years prior history); Social Security Disability; and, Appalachian Regional Healthcare.

These records contain extensive medical histories, psychiatric evaluations, questionnaires completed by Plaintiff, documentation of any potential risk factors for diabetes, documentation of Plaintiff's Seroquel use, weight measurements and lab results, including blood/urine glucose and hemoglobin A1c results.

Additionally, Defendants have, on order, several additional sets of medical and treatment records.

6. Mr. McCormick received psychiatric treatment from Cherokee Health Systems where Psychiatrists Dr. Bilal Ahmed, Dr. Kimberley Quigley and Dr. Lanny Leftwich. The records from these physicians, and a series of other Psychiatrists, are approximately 227 pages and document Plaintiff's psychiatric care as far back as 1999. The Defendants are in possession of these records.

7. Mr. McCormick's records from the Veteran's Administration Claims Center are

approximately 560 pages and document his psychiatric treatment as early as 1994. Defendants are also in possession of Plaintiff's VA claims center records which document medical care as early as 1969.

8.  The Defendants also have the general family practitioner records of Dr. Charles DeBusk, Dr. William Smith (both deposed by Defendants), and Dr. Mircea, where Plaintiff receives care for his diabetes and other general medical conditions / needs - a total of 575 pages.

9.  At this time, Mr. McCormick has not been diagnosed and is not claiming that he suffers from diabetic neuropathy, diabetic retinopathy or any other diabetic complications.

FURTHER THE AFFIANT SAITH NOT

_____
William L. Bross

I, _Nada Tadic_____, a notary public in and for said County and State, hereby certify that William L. Bross, whose name is signed to the foregoing document and who is known to me, being first duly sworn on oath, acknowledged before me on this day, that being informed of the contents of said document she executed the same voluntarily on the day the same bears date.

Given under my hand this the 10th day of June 2010.

_____
Notary Public

My Commission Expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Aug 6, 2013
BONDED THRU NOTARY PUBLIC UNDERWRITERS

3