# Exhibit 28

Patient:     11266 - Kendra G. Howell
DOB:         12/17/1969
SSN:         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

Date:        04/12/2010 14:45
Provider:    Cruz, Ramon A. MD
Encounter:   ESTABLISHED PATIENT

## CHIEF COMPLAINT
The Chief Complaint is: Stomach cramps.

## HISTORY OF PRESENT ILLNESS
Kendra Howell is a 40 year old female.
• Musculoskeletal symptoms.
  ° No sinus pain  ° No red eyes  ° No hoarseness
HPI
Patient is here for stomach aches, has nausea, not been able to eat and states she has been having lower back pain as well,
States her bowels are runny and having cramps
Also very fatigue x 4 weeks
she has been trying to lose weight and she has lost 14lbs
says she is also having hot flashes, she notice she turns red

## CURRENT MEDICATION
• Allegra 180 MG TABS, once a day, 30 days, 6 refills
• Ambien 10 MG TABS, ONE TAB DAILY, 30 days, 3 refills
• Benicar HCT 40-25 MG TABS, ONE TAB DAILY, 30 days, 6 refills
• Flonase 50 MCG/ACT SUSP, , 30 days, 6 refills, 2 SQUIRTS EACH NOSTRIL DAILY
• Flurazepam HCl 15 MG CAPS, , 30 days, Prescribe As Needed., Take two capsules by mouth at bedtime as needed for sleep.
• glumetza 1000 mg TABS, b -ONE TAB BID, 0 days, 0 refills, gave samples
• Lyrica 50 MG CAPS, ONE TAB THREE TIMES DAILY, 30 days, 2 refills
• Zegerid 40-1100 MG CAPS, , 0 days, 0 refills, gave sample

## PAST MEDICAL/SURGICAL HISTORY
**Reported History:**
    Medications:  Taking high-risk medication for a long time and for a long time.
**Diagnosis History:**
    Allergic rhinitis.
    Hypertension.
    No asthma.
    No menopause.
    No hyperlipidemia.
    No hypothyroidism.
    Diabetes mellitus.
    No osteoarthritis.
    No stroke syndrome.
    Depression BIPOLAR
Surgical History:GALLBLADDER.

## SOCIAL HISTORY
Personal:  Recent emotional stress from a physical disability.



Patient: 11266 - Kendra G. Howell
DOB: 12/17/1969
SSN: 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

Date: 04/12/2010 14:45
Provider: Cruz, Ramon A. MD
Encounter: ESTABLISHED PATIENT

Behavioral: Not smoking.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.
RISK FACTORS
.

## ALLERGIES
- No Known Allergies

## FAMILY HISTORY
   Allergic rhinitis
   No coronary artery disease
   Hypertension
   No asthma
   No chronic obstructive pulmonary disease
   Esophageal reflux
   Menopause
   Hyperlipidemia
   No hypothyroidism
   No osteopenia
   Osteoporosis
   No diabetes mellitus
   Osteoarthritis
   No migraine headache
   No stroke syndrome
   Depression
   Cancer

## REVIEW OF SYSTEMS
**Systemic:** No systemic symptoms. Not feeling fine.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** Gastrointestinal symptoms.
**Genitourinary:** Genitourinary symptoms.
**Endocrine:** Endocrine symptoms.
**Hematologic:** No hematologic symptoms.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms
**Skin:** No skin symptoms.
OTHER

IMMUNOLOGICAL.

## PHYSICAL FINDINGS
- Vitals taken 04/12/2010 02:45 pm

| | |
|---|---|
| Patient: | 11266 - Kendra G. Howell |
| DOB: | 12/17/1969 |
| SSN: | 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 |
| | |
| Date: | 04/12/2010 14:45 |
| Provider: | Cruz, Ramon A. MD |
| Encounter: | ESTABLISHED PATIENT |

| | | |
|---|---|---|
| BP-Sitting | 111/72 mmHg | 100 - 120/60 - 80 |
| Pulse Rate-Sitting | 72 bpm | 60 - 100 |
| Respiration Rate | 20 per min | 18 - 26 |
| Height | 66 in | 59.8 - 68.1 |
| Weight | 212 lbs | 98 - 183 |
| Body Mass Index | 34.2 kg/m2 | 18 - 25 |
| Body Surface Area | 2.05 m2 | |

**General Appearance:**
 • Chronically ill. ° Well developed. ° Well nourished. ° Well hydrated. ° Not acutely ill.
**Neck:**
 Appearance: ° Neck veins were not diffusely distended.
 Suppleness: ° Neck demonstrated no decrease in suppleness.
**Eyes:**
 **General/bilateral:**
  Lens: ° Clear.
**Ears:**
 **General/bilateral:**
  Tympanic Membrane: ° Not bulging. ° No retraction of tympanic membrane. ° Not
   erythematous. ° Not opacified.
 **Right Ear:**
  External Auditory Canal: ° No external auditory canal ceruminous discharge.
 **Left Ear:**
  External Auditory Canal: ° No external auditory canal ceruminous discharge.
**Nose:**
 **General/bilateral:**
  Cavity: ° Nasal turbinate not hypertrophied.
**Pharynx:**
 Oropharynx: ° Tonsils were not swollen. ° Tonsils showed no exudate.
 Mucosal: ° Pharynx was not dry. ° Pharynx was not erythematous. ° Pharynx showed no
  accumulation of mucous.
**Lymph Nodes:**
 ° No adenopathy. ° Not tender.
**Lungs:**
 • A decrease in breath sounds was heard. ° No painful respirations were observed. ° No wheezing was
  heard. ° No rales/crackles were heard.
**Cardiovascular:**
 Heart Rate And Rhythm: ° Heart rhythm regular.
 Murmurs: ° No murmurs were heard.
 Carotid Arteries: ° No bilateral carotid bruits.
 Edema: • Present.
**Abdomen:**
 Visual Inspection: ° Abdomen was not distended.
 Auscultation: ° Bowel sounds were normal on repeated examinations. ° Bowel sounds were not
  diminished or absent. ° Bowel sounds were not hyperactive.
 Palpation: ° No abdominal tenderness.
**Musculoskeletal System:**
 **Other:**
  General/bilateral: ° No joint tenderness was seen. ° No muscle tenderness was seen.
**Neurological:**

| | |
|---|---|
| Patient: | 11266 - Kendra G. Howell |
| DOB: | 12/17/1969 |
| SSN: | 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 |
| | |
| Date: | 04/12/2010 14:45 |
| Provider: | Cruz, Ramon A. MD |
| Encounter: | ESTABLISHED PATIENT |

Motor: ° Strength was normal.
Gait And Stance: ° No limping was observed.
Oral membanes dry.
Watery eyes.
Full range of motion.

## TESTS
**Urinalysis Was Performed:**
An automated urinalysis without microscopic exam was performed glu neg
bil small
ket neg
sg 1.030
blo neg
ph 5.5
pro 100 mg
uro 0.2
nit neg
leu trace.

## ASSESSMENT
Ramon A. Cruz MD made the following assessments
• Esophageal reflux
• Abdominal pain--epigastric
• Urinary tract infection
• Type II diabetes mellitus - uncomplicated, uncontrolled
• Depression
• Long term use of other medications

## THERAPY
• Disposition - not discharged to work.

## PLAN
• **OTHER**
  Lasix 20 MG TABS, b -ONE TAB BID, 30 days, 1 refills
  Diovan HCT 320-25 MG TABS, a -ONE TAB DAILY, 90 days, 1 refills
  Cipro 500 MG TABS, ONE TAB TWICE DAILY, 10 days, 0 refills

Ramon A. Cruz MD ordered
• Imaging studies sonogram abdomen and pelvis

**Ramon A. Cruz MD**
**Electronically signed by: Ramon Cruz, MD    Date: 04/14/2010 13:38**