# Exhibit 29

Confidential - Eugene J. Barrett, M.D., Ph.D.

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This document relates to:

All Group One Initial Trial Pool Cases

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

IN RE: Seroquel Litigation    CASE NO.: 07C-SER-1

This Document Relates to:    CASE NO. 07C-04-037 SER

All Cases in First Half of    CASE NO. 07C-04-015 SER
Initial Trial Group          CASE NO. 07C-01-405 SER
                             CASE NO. 06C-01-325 SER
                             CASE NO. 07C-01-420 SER
                             CASE NO. 07C-04-371 SER

CONFIDENTIAL

November 11, 2008

Charlottesville, Virginia

The deposition of EUGENE J. BARRETT, M.D., Ph.D., a Witness, taken at the instance of the Plaintiffs, before Lisa M. Blair, RPR, a Notary Public for the State of Virginia at Large, beginning at 9:17 a.m., at the Omni Hotel, Montpelier Room, 235 West Main Street, Charlottesville, Virginia.

Golkow Technologies, Inc. - 1.877.370.DEPS

c3104869-3c16-442e-bb93-a134f6fe7bb8

Page 106

```
1    2003?
2    A.  No.  No, it wasn't.
3         MR. PIRTLE:  We can go off the record for
4    just a second.  I'm going to talk to you about the
5    consensus statement when I get back, or conference.
6
7         (Recess, 11:37 a.m. to 11:45 a.m.)
8
9    BY MR. PIRTLE:
10   Q.  Doctor, we've taken a brief recess.  Are you
11   ready to continue with your deposition?
12   A.  Yes.
13   Q.  Prior to the recess we were talking about
14   diabetes and the risk factors that have been identified
15   for the development of Type II diabetes.  I think we
16   have exhausted that area, unless you have any others
17   that you want to talk about.
18   A.  I think we have a reasonable list.
19   Q.  I'm not pinning you down that there isn't
20   another one out there.  And they may come up in the
21   specific context of a case, but for the general
22   discussion I'm fairly well satisfied with it.
23        Now, I want to talk to you -- before I move
24   to talk about the ADA consensus study, I want to talk to
25   you about what diabetes can and does do in human beings;
```

Page 107

```
1    all right?
2    A.  Yes.
3    Q.  You're an advocate for the treatment of
4    diabetes?
5    A.  I'm sorry?
6    Q.  You're an advocate for the prevention of
7    diabetes first?
8    A.  Yes.
9    Q.  And once there has been a diagnosis, I would
10   assume that you're an advocate for the treatment of
11   diabetes?
12   A.  Yes.
13   Q.  Why is that?
14   A.  To -- well, as a physician, my role, I think,
15   is to help people to have as healthy a life as possible.
16   The treatment of diabetes is one way of improving their
17   health.
18   Q.  Generally, that's true.  But specifically,
19   diabetes can be a bad disease, can't it?
20   A.  It can have some very severe complications,
21   yes.
22   Q.  In terms of diabetes and what it can do to
23   the human body, it has the ability to affect almost
24   every system in the body doesn't it?
25   A.  Many systems, certainly.
```

Page 108

```
1    Q.  We have identified some.  It can cause damage
2    to the eyes up and to including blindness?
3    A.  Yes.
4    Q.  And we talked about some of the ways it goes
5    about doing that, by changing the vascular system in the
6    eyes?
7    A.  Yes.
8    Q.  Can it also affect the vascular system
9    throughout the body?
10   A.  It can affect it in many parts of the body,
11   yes.
12   Q.  In your view or your opinion, what other
13   parts of the body can it affect through the vascular
14   system?  We're going to go system by system.
15   A.  So the heart would be one.  It predisposes to
16   an increase in atherosclerosis.  So atherosclerosis
17   affects many large blood vessels going to the heart, to
18   the legs, to the head.
19   Q.  Let's define that.  Atherosclerosis is a
20   medical term for something that folks call hardening of
21   the arteries?
22   A.  Well, it's more like clogging of the
23   arteries.
24   Q.  Sure.  It's plaque that builds up in the
25   arteries throughout the body?
```

Page 109

```
1    A.  Yes; principally the large arteries.
2    Q.  And there is an association between folks who
3    have diabetes and increased incidence of
4    atherosclerosis?
5    A.  Yes.
6    Q.  And that atherosclerosis is not just limited
7    to the heart; it's throughout the body?
8    A.  Yes.  It affects principally large vessels
9    throughout the body.
10   Q.  That would mean when someone, by way of
11   example, who has Type II diabetes has a higher risk of
12   having to undergo cardiac bypass surgery?
13   A.  Yes.
14   Q.  Do you know what the magnitude of the risk
15   is?
16        MS. FREIWALD:  Objection to form; foundation.
17   A.  There are a number of estimates, but
18   generally on the two to fourfold increase.
19   Q.  Folks who have Type II diabetes have a higher
20   risk of having clogged arteries in the neck, correct?
21   A.  Yes.
22   Q.  That has to be fixed through a procedure
23   called an endarterectomy sometimes?
24   A.  Sometimes that's appropriate.
25   Q.  You cut me off.
```