# Exhibit 30

M. James Lenhard, M.D.

Page 1

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

- - -

REGINA HOPKINS,                    :
                                   : Civil Action No.
       Plaintiff,                  : 06C-01-325 SER
                                   :
       vs.                         :
                                   :
ASTRAZENECA, LP, ASTRAZENECA       :
PHARMACEUTICALS, LP,               :
                                   :
       Defendants.                 :

- - -

Videotaped deposition of M. James Lenhard, M.D.,

taken at McCarter & English, LLP

405 North King Street, 8th Floor

Wilmington, Delaware 19801

Thursday, January 8, 2009

9:12 a.m.

Gail L. Inghram Verbano, CSR, RMR, CLR

302.449.0529

M. James Lenhard, M.D.

Page 34

1  and you looked at all their records and you did not
2  find any reasons in their records for the increase
3  six months later, what, if anything, would you do to
4  more fully assess whether or not they have diabetes?
5  Or would you just diagnose them with diabetes?
6      A  If it meets the accepted criteria for
7  diagnosis of diabetes, then I would confer a
8  diagnosis of diabetes upon them at that time.
9      Q  Well, does that meet the accepted
10  criteria for diagnosis?
11         MR. TOMASELLI: Objection.
12  BY MR. PENNOCK:
13      Q  Withdrawn.
14         Diagnosis of diabetes is a serious thing;
15  no?
16      A  Agreed.
17      Q  And telling a patient that they have
18  diabetes could be one of the most serious
19  conversations that patient has in their whole life;
20  right?
21         MR. TOMASELLI: Objection; form.
22         THE WITNESS: It's possible.
23  BY MR. PENNOCK:
24      Q  Well, it's telling them they have a

Page 35

1  lifelong disease probably; right?
2      A  If they just have survived cancer, then
3  they may consider that more serious.
4      Q  That is true.
5         But aside from that, you agree with me
6  that telling a patient that they have diabetes is a
7  very significant life event for any patient of yours;
8  isn't that true?
9      A  It should be.
10      Q  Okay. And you take that very seriously,
11  do you not?
12      A  I do.
13      Q  And do you tell patients -- in other
14  words, let's say you've determined that somebody that
15  has come to you has diabetes. Do you send your nurse
16  in to tell them they have diabetes or do you tell
17  them yourself?
18      A  Tell them myself.
19      Q  Okay. And the reason you tell them
20  yourself is because it's serious; right?
21         MR. TOMASELLI: Objection to form.
22         THE WITNESS: That's correct.
23  BY MR. PENNOCK:
24      Q  And you care about your patients?

Page 36

1      A  As far as I know.
2      Q  So if you are looking at a patient with
3  these two blood glucoses six months apart, under the
4  circumstances that we've described, would you tell
5  that patient, You have diabetes?
6         MR. TOMASELLI: Objection; form.
7         THE WITNESS: If the blood glucose has
8  met the definition of diabetes and there is no reason
9  preventing me from telling them, then I would do
10  that.
11  BY MR. PENNOCK:
12      Q  What do you mean by has "it met the
13  definition"? You mean, in other words, it's greater
14  than or equal to 126 milligrams per deciliter? Is
15  that what you mean?
16      A  That is what I mean.
17      Q  So if you have a blood glucose on Day 1
18  that is greater than or equal to 126 milligrams per
19  deciliter and a blood glucose six months later that's
20  greater than or equal to 126 milligrams per
21  deciliter, nothing else in between, you would tell
22  that patient that they have Type II diabetes?
23         MR. TOMASELLI: Are they still fasting?
24         MR. PENNOCK: They are.

Page 37

1         THE WITNESS: No, I would tell them that
2  they have diabetes mellitus. The distinction between
3  Type I and Type II can be more difficult to make.
4  BY MR. PENNOCK:
5      Q  You would tell them they have diabetes,
6  and would you do -- what recommendations would you
7  make to them?
8         MR. TOMASELLI: Objection; form.
9  BY MR. PENNOCK:
10      Q  Withdrawn.
11         What recommendations for their medical
12  care would you make to them?
13      A  It would depend on the individual.
14         For example, if the blood sugar, fasting,
15  was too high to read on a handheld glucose meter, or
16  the plasma value was over a thousand, my
17  recommendation would be, Sit here while I call 911
18  for your ambulance.
19      Q  Other than making the diagnosis of
20  diabetes based on these tests, would you do any other
21  testing for these people?
22         MR. TOMASELLI: Objection to form.
23  BY MR. PENNOCK:
24      Q  At that time?

10 (Pages 34 to 37)

DepositionsDelaware LLC
www.DeposDE.com

c9a671ca-2770-45d8-b494-1402ed680925