# Exhibit 31

# DEPOSITION EXCERPT DR. BILAL AHMED

# DAVID MCCORMICK

```
0001
 1           IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                  ORLANDO DIVISION

 3   _____

     IN RE:  SEROQUEL PRODUCTS LIABILITY
 4   LITIGATION
     MDL DOCKET NO. 1769,
 5
 6   THIS DOCUMENT RELATES TO:
 7   MCCORMICK v. ASTRAZENECO, LP, et al.,
     (David A. McCormick 6:08-cv-000352)
 8
 9   _____
10
            THE DEPOSITION OF BILAL AHMED, M.D.
11
                    APRIL 20, 2010
12
13
14
15
16
17
18
19
20              MORROW & ASSOCIATES
                 COURT REPORTERS
21           80 Monroe Avenue, Suite 610
              Memphis, Tennessee 38103
22                 901.528.1168
              www.morrowandassociates.com
23
24
25
0002
 1            The deposition of BILAL AHMED,
 2   M.D., taken on behalf of the Defendants,
 3   pursuant to Notice, on April 20, 2010,
 4   beginning at approximately 1:31 p.m. in the
 5   conference room at U.T. Medical Group, 135
 6   North Pauline Street, 6th Floor, Memphis,
 7   Tennessee, 38105.
 8            This deposition is taken in
 9   accordance with the terms and provisions of
10   the Federal Rules of Civil Procedure.
11            The signature of the witness is
12   waived.
13
14
15
16
```

```
19   Mr. McCormick?
20   A.       No.
21   Q.       In the second sentence, you wrote:
22   "He reports that when he does not take his
23   Seroquel at night, he has a significant
24   problem going to sleep."
25            Was it your understanding that
0035
 1   Seroquel was effective for him?
 2   A.       That's what it suggests.
 3   Q.       And did Mr. McCormick explain to you
 4   the nature of his sleep problems?
 5   A.       Sleep cessation and maintenance.
 6   Q.       Was it something that happened to him
 7   every night if he didn't take medicine?
 8   A.       That I can't recall now.
 9   Q.       What else do you recall about the
10   problems Mr. McCormick was having with sleep
11   while you were treating him?
12   A.       You're referring to that one visit
13   or --
14   Q.       In general during the course of time
15   that you were treating him.
16   A.       He would generally give me an
17   impression that he takes the Seroquel and it
18   helps him to sleep and that was generally --
19   that's the gist of it, as long as he keeps
20   taking the medication, he sleeps reasonably
21   well.
22   Q.       And he told you if he doesn't take
23   the medication, you wrote, "He has a
24   significant problem in going to sleep,"
25   right?
0036
 1   A.       Per his report, yes.
 2   Q.       Do you remember what was the nature
 3   of that significant problem?  I mean, what --
 4   what was happening to him at night?
 5   A.       I don't --
 6   Q.       To the extent that you're familiar.
 7   A.       That I am not clear -- I don't think
 8   I asked him.
 9   Q.       Okay.  Dr. Ahmed, under the
10   impression, you wrote:  "Carries a diagnosis
11   of depression NOS."  What is that?
12   A.       Not otherwise specified.
13   Q.       And intermittent explosive disorder?
14   A.       Right.
15   Q.       "Though no such behavior reported in
16   recent past by patient."
17            Do you see that?
18   A.       Right.
19   Q.       Were those your diagnoses at the time
20   of his psychiatric condition?
```