# Exhibit 32

# DEPOSITION EXCERPT DR. LANNY LEFTWICH

## DAVID MCCORMICK

```
0001
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF FLORIDA
 2                      ORLANDO DIVISION
 3
    IN RE:  Seroquel Products Liability)
 4  Litigation, MDL DOCKET NO. 1679.    )
                                        )
 5  This document relates to:           )
                                        )
 6  DAVID A. McCORMICK,                 )
                                        )
 7                        Plaintiff,    )
    vs.                                 ) CASE NO.
 8                                      ) 6:08CV000352
    ASTRAZENECA LP, ET AL.,             )
 9                                      )
                          Defendant.    )
10  _____)
11
12
13
14       DEPOSITION OF:
15       LANNY LEFTWICH, M.D.
16       Taken on Behalf of the Defendant
17       April 12, 2010
18
19
20
21
22
23
24
25
0002
 1  APPEARANCES:
 2  For the Plaintiff:
 3        W. LEWIS, GARRISON, ESQ.
          Heninger, Garrison & Davis
 4        2224 1st Avenue North
          Birmingham, Alabama 35203
 5        205.326.3336
          wlgarrison@hgdlawfirm.com
 6
 7  For the Defendant:
 8        MANVIN S.MAYELL, ESQ.
          CHRISTINE HOGAN, ESQ.
 9        Kaye Scholer
          425 Park Avenue
10        New York, New York 10022-3598
          212.836.7031
11        mmayell@kayescholer.com
12
13
```

```
 2   A.      May have seen those studies if they have
 3   been published in the literature, because I get
 4   numerous magazines, psychiatric magazines, which
 5   are in my office there.  I've got them stacked in
 6   big stacks on the floor where they come to me
 7   every month.
 8           So I suspect that it's been published in
 9   some of those and have seen them.  But to sit here
10   and tell you right off the top of my head a
11   specific study by AstraZeneca on it, I couldn't do
12   that.
13   Q.      And you couldn't tell us about a specific
14   study by -- on Seroquel by anyone else other than
15   AstraZeneca relating to diabetes that you're
16   relying on for this opinion?
17   A.      There are a lot of them, so I wouldn't
18   rely on just one.  I mean, there are probably more
19   than even dozens.  I suspect there are hundreds of
20   articles that have been written in the last
21   several years on metabolic issues about atypicals.
22   Q.      Sitting here now, you can't name one, can
23   you?
24   A.      The actual name of the study, I couldn't.
25   Q.      Going back to Mr. McCormick, do you
0153
 1   ever -- did you ever prescribe a medication for
 2   Mr. McCormick that you didn't believe was
 3   medically necessary to treat his mental health?
 4   A.      No.
 5   Q.      Did you -- and in treating Mr. McCormick,
 6   you believe Mr. McCormick got a benefit of the
 7   Seroquel you prescribed to him, right?
 8   A.      I do.
 9   Q.      It improved his life?
10   A.      I do.
11   Q.      Made him socialize?
12   A.      At the time I was seeing him, he did
13   report -- I do believe at the time I was seeing
14   him it improved his life and symptoms.  What's
15   happened since then, I can't say.  But at the time
16   when I left in June of '02, he was reporting
17   improvements in all those symptoms we reviewed a
18   while ago, yes, sir.
19   Q.      Those included improved sleep?
20   A.      Includes improved sleep, decreased anger,
21   decreased impulsivity, increased interactions with
22   other individuals.
23   Q.      If you go back -- you don't have to look
24   at the record.
25           But looking at the record, that note of
0154
 1   Nurse Sanders I believe it was.
 2   A.      Right, Charlotte Sanders.
 3   Q.      June 19, 2001, right?
```