# Exhibit 33

Holly W. Gibson

**From:** McConnell, Stephen [stephen.mcconnell@dechert.com]
**Sent:** Tuesday, May 18, 2010 6:58 PM
**To:** Holly W. Gibson
**Subject:** MDL - IME's

We want to do IME's (both psych and endo) of the four remaining MDL plaintiffs in the first 11th Cir trial group. Could you let Bross and Dickens know? We'll work with you re locations, transportation, etc. Obviously, we need the IME's before our expert reports are due.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.