# Exhibit 34



LEXSTAT N.J. COURT RULES R. 4:19

NEW JERSEY COURT RULES ANNOTATED
Copyright (c) 2010 by Matthew Bender and Company, Inc.,
a member of the LexisNexis Group
All rights reserved.

\*\*\* RULES CURRENT THROUGH APRIL 1, 2010 \*\*\*
\*\*\* ANNOTATIONS CURRENT THROUGH MAY 27, 2010 \*\*\*

RULES GOVERNING THE COURTS OF THE STATE OF NEW JERSEY
PART IV. RULES GOVERNING CIVIL PRACTICE IN THE SUPERIOR COURT, TAX COURT AND SURROGATE'S COURTS
CHAPTER III. PRETRIAL DISCOVERY; PRETRIAL CONFERENCE PROCEDURE
RULE 4:19. PHYSICAL AND MENTAL EXAMINATION OF PERSONS

*N.J. Court Rules, R. 4:19* (2010)

Review Court Orders which may amend this Rule

Rule 4:19. Physical and mental examination of persons

In an action in which a claim is asserted by a party for personal injuries or in which the mental or physical condition of a party is in controversy, the adverse party may require the party whose physical or mental condition is in controversy to submit to a physical or mental examination by a medical or other expert by serving upon that party a notice stating with specificity when, where, and by whom the examination will be conducted and advising, to the extent practicable, as to the nature of the examination and any proposed tests. The time for the examination stated in the notice shall not be scheduled to take place prior to 45 days following the service of the notice, and a party who receives such notice and who seeks a protective order shall file a motion therefor, returnable within said 45-day period. The court may, on motion pursuant to *R. 4:23-5*, either compel the discovery or dismiss the pleading of a party who fails to submit to the examination, to timely move for a protective order, or to reschedule the date of and submit to the examination within a reasonable time following the originally scheduled date. A court order shall, however, be required for a reexamination by the adverse party's expert if the examined party does not consent thereto. This rule shall be applicable to all actions, whenever commenced, in which a physical or mental examination has not yet been conducted.

**HISTORY:** Source-R.R. 4:25-1; amended July 13, 1994 to be effective September 1, 1994; amended July 5, 2000 to be effective September 5, 2000; amended July 12, 2002 to be effective September 3, 2002.

**NOTES:**

Related Statutes & Rules: