# Exhibit 35

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

Church v. AstraZeneca LP, et al
[Cathy Ruth Church 6:07-cv-1698]

---

DEPOSITION OF DR. AYSHA MELOUKHEIA

Taken by Counsel for Plaintiff/Defendant

(Pages 1 - 324)

Friday, April 30, 2010
9:10 a.m. - 3:20 p.m.

at

Psychiatric Group of Orlando
422 S. Alafaya Trail
Suite 17
Orlando, Florida  32828

Reported By:
Richard Castillo
Certified LiveNote Reporter
Notary Public, State of Florida
Esquire Deposition Solutions
Orlando Office Job No. 152178
Phone - (407)426-7676

```
                                                       165
 1    diagnosing her with major depression,
 2    correct?
 3          A     Correct.
 4          Q     You list the GAF as 45,
 5    right?
 6          A     Right.
 7          Q     What is the slash EPS and
 8    tremors, what is that statement?
 9          A     No.  No tremors, no extra-
10    pyramidal symptoms.  These are side
11    effects of Seroquel, so I was checking for
12    side effects of Seroquel.
13          Q     Okay.  Now, and what is
14    your plan on this date?
15          A     Continue to increase Paxil
16    CR to 50 milligram a day.  And increase
17    Seroquel to 200 milligram at bedtime.
18          Q     Okay.  And why did you
19    increase the Paxil and the Seroquel on
20    this date?
21          A     Because patient continued
22    to experience mood symptoms and anxiety,
23    depression and sleep, poor sleep, as well.
24          Q     Okay.  Let's go to page
```

166

1  seven. Okay. This note is dated
2  April 23, 2003. And who is the author of
3  this note?
4       A    Me.
5       Q    Okay. And on this date,
6  Ms. Church reports being out of Seroquel
7  at two weeks, correct?
8       A    Correct.
9       Q    What does it say on the
10 second line?
11      A    Having trouble sleeping
12 now.
13      Q    Okay. And if you would
14 look at the "Subjective," it repeats
15 again. She reports that she's out of
16 Seroquel for two weeks.
17      A    That Seroquel did help her
18 a lot with the sleep, but still feels
19 anxious and depressed at times.
20      Q    Okay.
21      A    Patient agreed to increase
22 Paxil CR for her, and there was no new
23 medical problems, and patient denies
24 abusing alcohol or illicit drugs.

```
                                                        172
 1        A     Sexual side effects.
 2              (Pause.)
 3        Q     When you prescribed
 4   Seroquel for Ms. Church, did you rely on
 5   your professional judgment and experience
 6   to make that prescription decision?
 7              MR. DICKENS:  Object to
 8        form.
 9              THE WITNESS:  Yes, ma'am.
10   BY MS. BOSTON:
11        Q     As of December, 2002, had
12   you had past success in treating major
13   depression with Seroquel?
14        A     Yes, I did.
15        Q     And as of December 2002,
16   had you heard that your colleagues had
17   success in treating major depression with
18   Seroquel?
19        A     Yes, we did.
20        Q     Did you ever consider
21   prescribing Ms. Church an -- a first-
22   generation antipsychotic?
23              MR. DICKENS:  Object to
24        form.
```

173

1        THE WITNESS: No.
2  BY MS. BOSTON:
3        Q    And why is that?
4        A    There was no indication.
5        Q    Did you consider
6  prescribing an atypical antipsychotic,
7  other than Seroquel, to Ms. Church?
8        A    For her presenting
9  symptoms, I believe Seroquel was the most
10 appropriate one.
11       Q    And why is that?
12       A    Because of the
13 irritability, the anxiety, the possibility
14 of bipolar, insomnia, and refractory
15 depression.
16       Q    And, just for the record,
17 could you please explain what refractory
18 depression is.
19       A    Refractory depression is
20 resistant depression that failed trial
21 of -- two or three trials with different
22 medications.
23            (Pause.)
24       Q    When you prescribed