# Exhibit 36

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products : MDL DOCKET
Liability Litigation : NO. 1769
:
:
This document relates to: :
:
:
Church v. AstraZeneca LP :
et al, [Cathy Ruth Church :
6:07-cv-1698] :

DEPOSITION OF
NILE LORRAINE REMSING, NP
Taken on behalf of the Plaintiff
April 14, 2010
1:00 p.m. to 3:35 p.m.

Page 92

1  I because that's a decreased need for sleep,
2  not an inability --
3     Q.      Uh-huh.
4     A.      -- to not sleep, and no acute
5  mania.
6     Q.      So at this point in time you were
7  looking at her symptoms and you were going to
8  try to control those with Cymbalta alone?
9     A.      Uh-huh.
10    Q.      And you did not add on an
11 antipsychotic at that point in time?
12    A.      No.
13    Q.      You decided based on a
14 risk/benefit analysis that an antipsychotic
15 was not needed?
16    A.      Yes.
17    Q.      And that -- is there a reason that
18 you would have chosen Cymbalta over an
19 antipsychotic medication?
20    A.      Because I was taking Paxil away.
21 And I was taking Equetro away, which can help
22 with anxiety. And Cymbalta can do both of
23 them, and it's an antidepressant.
24    Q.      Okay. Turn your attention now,
25 second page of that same visit, for the

Page 93

1 record, CChurchLifeCareFamilyCenter, page 8.
2 Under medications -- and we talked at length
3 about the medications for Ms. Church.
4 There's a history section. Do you see that?
5    A.    Uh-huh.
6    Q.    Would the information that is in
7 this history section be derived from
8 Ms. Church herself?
9    A.    Yes. To me.
10   Q.    Okay.
11   A.    This is -- the difference between
12 different facilities, whereas Ms. Toler did
13 the 801, this part is left blank. And then
14 the doctor or nurse practitioner fills this
15 in. And then this carries over to every
16 note. And you can add to it if you want.
17   Q.    At this point this time, would you
18 have reviewed Ms. Church's medical record
19 from other facilities?
20   A.    No. Plateau Mental Health hates
21 Life Care and Life Care hates Plateau Mental
22 Health. So you won't get notes.
23   Q.    Is it fair to -- fair enough. Is
24 it fair to say that there is not cooperation
25 between the two facilities?