# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IN RE:  Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

**This Document Relates to ALL CASES**

_____

# REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

REPORT NUMBER:  34

DATE:  JUNE 15, 2010

# CONTENTS

**PAGE**

I. INTRODUCTION ..................................................................................................1

II. STATUS REPORT ................................................................................................2

    A. Case-Specific Discovery Program for Eleventh Circuit
       Trial Group.................................................................................................2

    B. Suspended Cases.......................................................................................2

    C. The Status of Records Collection and Depositions in the Active Cases........4

       1. Group 1 Cases................................................................................4
       2. Group 2 Cases................................................................................5

    D. Standard PMO Reports ..................................................................................6

    E. Special Master Escrow Account Information ...............................................7

# I.  INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office.  The Special Master has filed the Reports identified in Table 1:

| TABLE 1 | Special Master Reports |
|---|---|
| **Report** | **Date** |
| Report No. 1 | 9/14/08 |
| Report No. 2 | 10/15/07 |
| Report No. 3 | 11/13/07 |
| Report No. 4 and Supplemental Report | 12/14/07 12/18/07 |
| Report No. 5 | 1/15/08 |
| Report No. 6 | 2/15/08 |
| Report No. 7 | 3/14/08 |
| Report No. 8 | 4/15/08 |
| Report No. 9 | 5/15/08 |
| Report No. 10 | 6/16/08 |
| Report No. 11 | 7/15/08 |
| Report No. 12 | 8/15/08 |
| Report No. 13 | 9/15/08 |
| Report No. 14 | 10/15/08 |
| Report No. 15 | 11/14/08 |
| Report No. 16 | 12/15/08 |
| Report No. 17 | 1/15/09 |
| Report No. 18 | 2/13/09 |
| Report No. 19 | 3/13/09 |
| Report No. 20 | 4/15/09 |
| Report No. 21 | 5/15/09 |
| Report No. 22 | 6/15/09 |
| Report No. 23 | 7/15/09 |
| Report No. 24 | 8/12/09 |

| TABLE 1 | Special Master Reports |
|---|---|
| Report No. 25 | 9/15/09 |
| Report No. 26 | 10/15/09 |
| Report No. 27 | 11/13/09 |
| Report No. 28 | 12/15/09 |
| Report No. 29 | 1/15/10 |
| Report No. 30 | 2/15/10 |
| Report No. 31 | 3/15/10 |
| Report No. 32 | 4/15/10 |
| Report No. 33 | 5/14/10 |

## II.  STATUS REPORT

   A.   **Case-Specific Discovery Program for the Eleventh Circuit Trial Group.**

The PMO has completed collection of medical records in all but one of the cases the Court placed in Group 1 of the Eleventh Circuit Trial Group.  Depositions have been scheduled for all designated deponents in Group 1 cases.  The PMO continues to work with the Parties to collect medical records from physicians and to set the depositions of physicians as designated by the Parties in the cases that the Court placed in Group 2 of the Eleventh Circuit Trial Group.  The cases in Group 1 were assigned a discovery deadline of May 3, 2010, while those in Group 2 have a discovery deadline of August 2, 2010.

   B.   **Suspended Cases.**

At the direction of the Parties, the PMO has placed on hold the 33 cases listed in Table 2 and suspended any further work on them.  The Parties have notified the PMO that the cases of Gloria Grayson, Christina English and Dennis Rice are likely to be dismissed; the Cody Tokheim case has been transferred to another court; the cases of Susan Courts and Robert Stickney have been dismissed; Stipulations of Dismissal with

2

Prejudice were filed on March 5, 2010 for Leonard Burckhard, Mary Canchola (individually and as representative of the estate of Johnny Canchola), Roger Courson, Tammy Ledbetter, Carolyn Morales, and Jimmie Varju; Stipulations of Dismissal with Prejudice were filed on April 6, 2010 for Cynthia Brooks and Thomas Hobson; and Stipulations of Dismissal with Prejudice were filed on April 9, 2010 for Kim Clark and Gregorio Valdez.  In the other cases, there is some question about whether the action will proceed or will go forward in this forum.

| TABLE 2 | Suspended Cases | | | |
|---|---|---|---|---|
| Row | Plaintiff Last Name | Plaintiff First Name | Case Number | Discovery Group |
| 1. | Brooks | Cynthia | 6:10-cv-00016-ACC-DAB | Group 2 |
| 2. | Butler | Tammy | 6:08-cv-1309-Orl-22DAB | Group 1 |
| 3. | Burckhard | Leonard | 6:09-cv-00571-Orl-22DAB | Group 2 |
| 4. | Canchola | Mary | 6:09-cv-238-Orl-22DAB | Group 2 |
| 5. | Courson | Roger | 6:09-cv-00115-Orl22DAB | Group 2 |
| 6. | Clark | Kim | 6:10-cv-00013-ACC-DAB | Group 2 |
| 7. | Courts | Susan | 6:08-cv-623-Orl-22DAB | Group 1 |
| 8. | Crooks-Hall | Mary | 6:08-cv-2095-Orl-22DAB | Group 1 |
| 9. | Dickerson | Rebecca | 6:09-cv-00111-Orl-22DAB | Group 2 |
| 10. | English | Christina | 6:07-cv-11535-Orl-22DAB | Group 2 |
| 11. | Grayson | Gloria | 6:06-cv-01135-Ord-22DAB | Group 1 |
| 12. | Harris | Shari | 6:08-cv-00627-Orl-22DAB | Group 1 |
| 13. | Hobson | Thomas | 6:10-cv-00021-ACC-DAB | Group 2 |
| 14. | Howard | Kathleen | 6:09-cv-01192-Orl-22DAB | Group 2 |
| 15. | Itter-Caldwell | Judy | 6:08-cv-848-Orl-22DAB | Group 1 |
| 16. | Lawson-Harper | Alice | 6:09-cv-00121-Orl-22DAB | Group 2 |
| 17. | Ledbetter | Tammy | 6:09-cv-00120-Orl-22DAB | Group 2 |
| 18. | Lindsey | William | 6:08-cv-1495-Orl-22DAB | Group 2 |
| 19. | Malachi | Darius | 6:09-cv-00114-Orl-22DAB | Group 2 |
| 20. | Morales | Caroline | 6:09-cv-1282-Orl-22DAB | Group 2 |
| 21. | Murawski | Melissa | 6:09-cv-00119-Orl-22DAB | Group 2 |
| 22. | O'Neal | Amy | 6:09-cv-00117-Orl-22DAB | Group 2 |
| 23. | Payne | Debra | 6:09-cv-00239-Orl-22DAB | Group 2 |
| 24. | Reedy | Robert | 6:09-cv-00112-Orl-22DAB | Group 2 |
| 25. | Rice | Dennis | 6:10-cv-22-Orl-22DAB | Group 2 |
| 26. | Robinson | Theresa | 6:08-cv-01411-Orl-22DAB | Group 1 |
| 27. | Scott | Sandra | 6:08-cv-00625-Orl-22DAB | Group 1 |
| 28. | Simmons | Burt | 6:10-cv-24-Orl-22DAB | Group 2 |
| 29. | Stickney | Robert | 6:08-cv-621-Orl-22DAB | Group 1 |
| 30. | Tokheim | Cody | 6:08-cv-544-Orl-22DAB | Group 1 |
| 31. | Valadez | Gregorio | 6:10-cv-00015-ACC-DAB | Group 2 |

| TABLE 2 | Suspended Cases | | | |
|---|---|---|---|---|
| Row | Plaintiff Last Name | Plaintiff First Name | Case Number | Discovery Group |
| 32. | Varju | Jimmie | 6:09-cv-00113-Orl-22DAB | Group 2 |
| 33. | Young | Matthew | 6:09-cv-00116-Orl-22DAB | Group 2 |

### C. The Status of Records Collection and Depositions in the Active Cases.

#### 1. Group 1 Cases.

The PMO received direction from the Parties to obtain records from 764 physicians or facilities. Of the 764, 100 are for active Group 1 cases. The PMO successfully obtained records from 60 of these 100 physicians or facilities. The PMO is working to obtain records from one more facility, Lincoln Trail Behavioral Health Center, in the *McCormick* case. Because Mr. McCormick's records were more than three years old, this facility kept at an off-site storage unit, which significantly delayed their retrieval. On May 5, 2010, the facility advised the PMO shipment of these records would not occur for at least two weeks. On May 17, 2010, the facility advised the PMO they are awaiting installation of a new computer system and they are unable to provide copies of the records until the system is installed. The PMO expects to receive these records by June 30, 2010. The PMO was not able to collect records from the remaining 39 physicians or facilities in Group 1 cases because the records have been destroyed or the office can find no records for the patient. The PMO has discontinued its efforts on those sources.

The PMO received 31 deponent designations in the five active Group 1 cases. At the direction of the Parties, the PMO ceased efforts to schedule four of the 31 designated deponents. Of the remaining 25 designations, the PMO successfully scheduled all but three of these depositions to occur before the May 3, 2010 cut-off. On May 12, 2010, the Court entered an Order (Document No. 1639) granting an extension of time to complete

4

those three depositions on or before June 4, 2010. The depositions were completed by June 4, 2010, in accordance with that Order.

### 2. Group 2 Cases.

Of the 764 physicians or facilities provided to the PMO for records collection, 522 are for active Group 2 cases. The PMO has obtained records from 373 of the 522 physicians or facilities provided for Group 2. The PMO is working to obtain records from another 21 of these offices. The PMO has not been able to collect records from the remaining 128 physicians or facilities in Group 2 cases because the records have been destroyed or the office can find no records for the patient.

The PMO has received 83 designations for physician depositions in 19 of the 20 active Group 2 cases. Four of these depositions were scheduled and have been completed. On June 14, 2010, the Parties provided the PMO with scheduling information for 28 deponents. The PMO now has enough information from the Parties to schedule all but three of the remaining 79 depositions. The PMO is awaiting scheduling information for three designations entered on June 14, 2010. As of this report, the PMO has been able to schedule depositions for 30 of the 76 designated deponents ready for scheduling. The PMO is working to schedule the remaining 46 depositions over the next seven weeks leading up to the Group 2 discovery deadline of August 2, 2010. Table 3 shows the progress made on records collection and deposition scheduling in the remaining active Group 2 cases:

| TABLE 3 | Status of Records Collection and Deposition Scheduling for Group Two | | | |
|---|---|---|---|---|
| Row | Plaintiff Name | Medical Records Obtained | Deponent Designations Complete | Depositions Scheduled |

5

| TABLE 3 | Status of Records Collection and Deposition Scheduling for Group Two | | | |
|---|---|---|---|---|
| Row | Plaintiff Name | Medical Records Obtained | Deponent Designations Complete | Depositions Scheduled |
| 1. | Amirault, Victoria | 32 | Yes | 1 |
| 2. | Anderson, Christal | 14 | Yes | |
| 3. | Burgett, Robert | 12 | Yes | 2 |
| 4. | D'Angelo, Steven A | 6 | No | 5 |
| 5. | Davis, Michael | 7 | Yes | 2 |
| 6. | Dawson, Matthew Q. | 33 | Yes | |
| 7. | Haney, Jesse | 16 | Yes | |
| 8. | Hebbler, Anna | 13 | No | 2 |
| 9. | Josefowicz, Rosemary | 13 | Yes | |
| 10. | Nelson, Shirley | 8 | Yes | 4 |
| 11. | Nichols, Crystal M. | 10 | No | |
| 12. | Orr, Sherrie L. | 17 | Yes | 3 |
| 13. | Rector, Eric L. | 22 | Yes | 1 |
| 14. | Reese, Oretha | 17 | Yes | 5 |
| 15. | Rhoades, Susie H. | 12 | Yes | |
| 16. | Rice, Susanne M. | 8 | Yes | |
| 17. | Terry, Tami S. | 24 | Yes | |
| 18. | Turner, Victoria | 27 | Yes | 1 |
| 19. | Wachlin, Shirley | 24 | No | |
| 20. | Williams, Wayne | 18 | Yes | 4 |
| | **Total** | **333** | | **30** |

D.   **Standard PMO Reports.**

The PMO has designed and coded into the PMO's Seroquel database application a set of standard Reports to apprise the Court and the parties of critical information on the activities of the PMO and the progress of case-specific discovery. The PMO posts these Reports on the PMO website. An authorized user of the website can click on a Reports section of the Master Calendar home page and view the current version of each Report. Table 4 identifies and describes these standard Reports. A full set of the current Reports is attached to this Report as Exhibit 1.

| TABLE 4 | Seroquel PMO Summary Reports |
|---|---|

| TABLE 4 | | Seroquel PMO Summary Reports |
|---|---|---|
| **Physician Depositions Scheduling** | **SQ106** | **Seroquel PMO: Physician Depositions Scheduling Report**<br><br>(Reports on the number of Physicians designated for cases in the months shown, and the progress of the PMO in scheduling such depositions.) |
| **Medical Records** | **SQ200A** | **Seroquel PMO: Medical Records Status (By Plaintiff)**<br><br>(Reports on the status of the PMO's acquisition of Medical Records from Physicians, listed in alphabetical order by Plaintiff last name.) |
| **Payments to Physicians** | **SQ300A** | **Seroquel PMO: Special Master Escrow Account Summary**<br><br>(Reports a summary of deposits and payments made from the Special Master Escrow Account.) |

E. **Special Master Escrow Account Information.**

The Special Master Escrow Account Summary Report (SQ300A, attached in Exhibit 1) reflects that a total of $75,000 has been deposited into the Special Master Escrow account since January 1, 2010 for work on the Eleventh Circuit Trial Group cases. From that amount, $38,646 has been paid to compensate physician deponents for deposition time; $28,872 has been paid to reimburse physicians for the cost of copying their Medical Records; $6,547 has been paid in shipping charges incurred by physicians in sending records to the PMO; and $30 has been paid for bank fees. The balance as of April 15, 2010, in the Special Master Escrow account is $934.

The Special Master Escrow Account Physician Payment Details Report (SQ301A) is available on-line at https://www.browngreer.com/seroquel.  This report provides details of each payment made to each physician, the reason for the payment, and the case to which the payment is related.

    Respectfully submitted,

    BROWNGREER PLC

By:    **s/ Orran L. Brown**
    Orran L. Brown
    Virginia State Bar No. 25832
    BrownGreer PLC
    115 South 15th Street, Suite 400
    Richmond, Virginia  23219
    Telephone:  (804) 521-7201
    Facsimile:  (804) 521-7299
    Email:  obrown@browngreer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.


          **s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

**SERVICE LIST**

In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

1

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>**Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>**Attorney for Defendant, Marguerite Devon French** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>**Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>**Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP** |

2

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>*Attorney for Defendant Dr. Asif Habib* | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |