**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

Barbara S. Jones
United States District Court
Southern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

June 21, 2010

Honorable Anne C. Conway
Chief Judge, U.S. District Court
1200 U.S. Courthouse
401 West Central Boulevard
Suite 6750
Orlando, FL 32801

Re:  MDL No. 1769 -- IN RE: Seroquel Products Liability Litigation

(See Attached CRO)

Dear Judge Conway:

    For your information, I am enclosing a copy of a conditional remand order filed today by the Panel in this matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Jakeia Mells
Case Administrator

JPML Form 39B