# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                                  **Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER

It is **ORDERED** as follows:

1. AstraZeneca's Partially Unopposed Motion For Leave to File Deposition of Mark Scott, and to Amend Suggestion of Remand in Three Narrow Respects (Doc. 1652), to which no response in opposition was filed, is **GRANTED**.

2. AstraZeneca shall file the deposition of Mark Scott no later than June 29, 2010.

3. The Final Pretrial Order and Suggestion of Remand (Doc. 1640) is hereby amended in the following respects:

(a) At the top of page 18, delete the following text: "Mr. Scott's deposition has never been filed. Therefore, the Court recommends that transferor courts prohibit AstraZeneca from calling Mark Scott as a witness in any future Seroquel trial." In its place, add the following text: "Mr. Scott's deposition was taken within the time set but was not filed until June 2010, after obtaining leave of the Court. Notwithstanding its prior order (Doc. 1478), the Court recommends that AstraZeneca not be prohibited from calling Mr. Scott as a witness in any future Seroquel trials."

(b) On page 20, in the paragraph immediately following the heading "Further Proceedings Needed in Remand Courts," delete the words "next wave of Florida Trial Group cases" and replace them with "Florida Trial Group Two cases." In the same paragraph, delete the words "July 2010" and replace them with "February 2011."

(c) On page 21, under the "General Discovery" heading, insert the words "or the defendants" after "the plaintiffs" in the second sentence.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 23, 2010.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party