Confidential - Mark S. Scott, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
- - -

IN RE:  SEROQUEL      : CASE NO.
PRODUCTS LIABILITY    :
LITIGATION            : 6:06-md-01769-ACC-DAB
                      :
MDL Docket No. 1769   :
ALL CASES             :

- - -

September 23, 2009

- - -

C O N F I D E N T I A L

- - -

Videotape deposition of MARK S.

SCOTT, Ph.D., taken pursuant to notice,

was held at the offices of McCarter &

English, Renaissance Centre, 405 N. King

Street, Wilmington, Delaware, commencing

at 9:44 a.m., on the above date, before

Linda Rossi Rios, RPR, CCR and Notary

Public.

- - -

Golkow Technologies, Inc.
877.370.3377 ph/917.591.5672 fax
deps@golkow.com

Confidential - Mark S. Scott, Ph.D.

Page 2

```
1   A P P E A R A N C E S :
2
3        CRUSE, SCOTT, HENDERSON
         & ALLEN, LLP
4        BY:  T. SCOTT ALLEN, JR., ESQUIRE
         7th Floor
5        2777 Allen Parkway
         Houston, Texas 77019-2133
6        (713) 650-6600
         sallen@crusescott.com
7        Counsel for the Plaintiffs
8
9        WEITZ & LUXENBERG, P.C.
         BY:  PAUL J. PENNOCK, ESQUIRE
10       700 Broadway
         New York, New York  10003
11       (212) 558-5500
         ppennock@weitzlux.com
12       Co-Counsel for the Plaintiff,
         Tracy Williams
13
14
15       COVINGTON & BURLING LLP
         BY:  ROBERT C. ("MIKE") BROCK, ESQUIRE
16       1201 Pennsylvania Avenue, NW
         Washington, D.C.  20004
17       (202) 662-5985
         mbrock@cov.com
18       Counsel for the Defendant, AstraZeneca
19
20
21
22
23
24
```

Page 3

```
1   A P P E A R A N C E S (cont'd):
2
3        BARTLIT BECK HERMAN
         PALENCHAR & SCOTT LLP
4        BY:  SEAN W. GALLAGHER, ESQUIRE
         Courthouse Place
5        54 West Hubbard Street
         Chicago, Illinois  60610
6        (312) 494-4428
         sean.gallagher@bartlit-beck.com
7            and
         BARTLIT BECK HERMAN
8        PALENCHAR & SCOTT LLP
         BY:  DONALD E. SCOTT, ESQUIRE
9        1899 Wynkoop Street
         8th Floor
10       Denver, Colorado  80202
         (303) 592-3166
11       donald.scott@bartlit-beck.com
         Counsel for the Defendant, AstraZeneca
12
13
         DRINKER BIDDLE & REATH LLP
14       BY:  KOOSHAN NAYERAHMADI, ESQUIRE
         One Logan Square
15       18th and Cherry Streets, Suite 2000
         Philadelphia, Pennsylvania  19103
16       (215) 988-2707
         kooshan.nayerahmadi@dbr.com
17       Counsel for Janssen
18
19
20
21
22
23
24
```

Page 4

```
1   A L S O  P R E S E N T :
2
3        WEITZ & LUXENBERG, P.C.
         YOMMY CHIU
4        CHELSEA DURGAN
         EILEEN SUGIARTO
5        LAUREN TREADAWAY
6
         MARIAM KOOHDARY, ESQUIRE
7        mariam.koohdary@astrazeneca.com
         AstraZeneca
8
9        CATHERINE SMALFUS, Videographer
10
11
                   - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 5

```
1              - - -
2            I N D E X
3   WITNESS                PAGE NO.
4   MARK S. SCOTT, Ph.D.
5      By Mr. Pennock         10
6      By Mr. Brock          236
7              - - -
8
9
10           E X H I B I T S
11  NO.       DESCRIPTION      PAGE NO.
12  Scott-1  Personal information,
             AZSER 15326403 - 6406    19
13
     Scott-2  SEROQUELTM International
14           Approval Form        31
15  Scott-3  Performance Planning
             for 2006 Global Managers  36
16
     Scott-4  6/8/07 Minutes,
17           AZSER 23260840 & 0841    62
18  Scott-5  Series of e-mails      73
19  Scott-6  Seroquel label        84
20  Scott-7  Clinical Trial Report
             International Approval
21           Form             92
22  Scott-8  Clinical Trial Report
             International Approval
23           Form            112
24
```

2 (Pages 2 to 5)

Confidential - Mark S. Scott, Ph.D.

| | Page 6 |
|---|---|

```
 1          E X H I B I T S (cont'd.)
 2    NO.      DESCRIPTION      PAGE NO.
 3
 4    Scott-9  (Skipped)            *
 5    Scott-10 Seroquel label        129
 6    Scott-11 Seroquel label        129
 7    Scott-12 Seroquel label        129
 8    Scott-13 2004 Seroquel label   129
 9    Scott-14 2005 Seroquel label   129
10    Scott-15 2006 Seroquel label   129
11    Scott-16 2007 Seroquel label   129
12    Scott-17 7/20/05 Clinical Study
            Report            135
13
      Scott-18 Series of e-mails     139
14
      Scott-19 Series of slides      141
15
      Scott-20 Graphic display of data  145
16
      Scott-21 Seroquel and Glucose
17        Dysregulation slide     148
18    Scott-22 10/24/05 Clinical
            Pharmacology Study Report 149
19
      Scott-23 12/1/05 Clinical Study
20          Report            152
21    Scott-24 (Skipped)            *
22    Scott-25 3/2/06 Clinical Study
            Report            156
23
      Scott-26 3/16/06 Clinical Study
24          Report            169
```

| | Page 8 |
|---|---|

```
 1          E X H I B I T S (cont'd )
 2    NO       DESCRIPTION      PAGE NO
 3
 4    Defendant's-116  Seroquel New
             Drug Application
             Integrated
 5           Summary of
             Efficacy,
 6           AZSER 00252340 &
             2341, 2377, 2378
 7           & 2449        261
 8    Defendant's-113   International
             Approval Form,
 9           AZSER 00324412,
             4413, 4491 - 4503,
10           5904 - 5906, 4655
             - 4669, 4708 -
11           4710, 5905, 5909,
             5910, 5942, 5943,
12           6216 - 6239, 6391,
             6392, 6720, 6730 -
13           6732          266
14    Defendant's-335  5/4/05 Agenda,
             AZ/SER 1287620,
15           0775996 - 6041   290
16    Defendant's-1063  12/3/02 Clinical
             Study Report    294
17
      Defendant's-1064  12/10/02 Clinical
18           Study Report    300
19    Defendant's-1061  12/2/02 Clinical
             Study Report    304
20
      Defendant's-1062  11/29/92 Clinical
21           Study Report    306
22    (* - Skipped exhibits )
23
24           - - -
```

| | Page 7 |
|---|---|

```
 1          E X H I B I T S (cont'd.)
 2    NO.       DESCRIPTION      PAGE NO.
 3
 4    Scott-27 4/4/06 Clinical Study
            Report            172
 5
      Scott-28 6/12/06 Clinical Study
 6          Report            179
 7    Scott-29 5/16/06 Clinical
            Pharmacology Study
 8          Report            180
 9    Scott-30 Epidemiology Studies
            Published Relating to
10          Seroquel and Risk of
            Diabetes from 2002 to
11          April 2006         194
12    Scott-31 Integrated Summary of
            Safety,
13          AZSER 10885516 - 5907   201
14    Scott-32 Results for all
            clinical chemistry tests
15          can be found in Table
            T11.1.3,
16          AZSER 10885764      201
17    Scott-33 Other Clinical Chemistry
            tests,
18          AZSER 10885772 & 5773   201
19
20
21
22
23
24
```

| | Page 9 |
|---|---|

```
 1          DEPOSITION SUPPORT INDEX
 2
      Direction to Witness Not To Answer
 3
      Page Line  Page Line
 4
      (None)
 5
 6
 7
 8    Request For Production of Documents
 9    Page Line  Page Line
10    (None)
11
12
13    Stipulations
14    Page Line  Page Line
15    (None)
16
17
18    Questions Marked
19    Page Line  Page Line
20    (None)
21          - - -
22
23
24
```

3  (Pages 6 to 9)

Confidential - Mark S. Scott, Ph.D.

Page 10

1              - - -
2        VIDEOGRAPHER:  We are now on
3   the record.  Today's date is
4   September 23, 2009, and the time
5   is 9:44 a.m.
6        This is the deposition of
7   Mark S. Scott, Ph.D. In Re:
8   Seroquel Products Liability
9   Litigation.
10              - - -
11        MARK S. SCOTT, Ph.D., after
12   having been duly sworn, was
13   examined and testified as follows:
14              - - -
15        MR. BROCK:  Paul, let me,
16   before you start asking questions,
17   just state for the record that we
18   designate the deposition and the
19   exhibits to the deposition as
20   confidential.
21              - - -
22        EXAMINATION
23              - - -
24   BY MR. PENNOCK:

Page 11

1        Q.   Good morning, Dr. Scott.  My
2   name is Paul Pennock, and I represent the
3   plaintiffs in cases involving Seroquel
4   against AstraZeneca.  I'm going to have
5   some questions for you this morning.
6        If at any time you don't
7   understand my questions, I'd like your
8   agreement that you'll let me know.  Is
9   that all right?
10        A.   That's fine.
11        Q.   If you don't let me know,
12   I'll assume you understood my questions.
13        A.   That's fine.
14        Q.   If you need to take a break
15   for any reason, let us know.  All right?
16   But if there is an open question on the
17   record, then we'll have to complete that.
18   All right?
19        A.   That's fine.
20        Q.   Throughout the morning, I'll
21   be referring to AstraZeneca, and when I
22   do so, I mean both AstraZeneca and Zeneca
23   and any prior -- or any predecessor of
24   Zeneca.  If for some reason there's some

Page 12

1   confusion in the question based on that,
2   will you let me know?
3        A.   Yes, I will.
4        Q.   Similarly if I'm referring
5   to your employer, I'm referring to both
6   Zeneca and AstraZeneca and any
7   predecessor covering some time frames.
8        A.   That's fine.
9        Q.   Dr. Scott, as I understand
10   it, you have been employed with
11   AstraZeneca for somewhere around 25, 26
12   years.  Is that correct?
13        A.   A little over 26 years.
14        Q.   And throughout that time
15   period, you've been involved in the
16   development of prescription drug
17   medications.  Is that true?
18        A.   Yes, I have.
19        Q.   Now, are you aware that you
20   have been designated as a trial witness
21   for AstraZeneca in the Seroquel
22   litigation?
23        A.   I am aware that I've been
24   designated as a witness.  Whether it's

Page 13

1   called a trial witness, I don't know that
2   language.
3        Q.   When did you first become
4   aware that you were going to be asked by
5   your employer to be a witness at trials
6   in Seroquel cases?
7        A.   To be honest with you, I
8   can't really recall the date.  I've
9   helped out the legal team understanding
10   about Seroquel, but the actual timing of
11   being designated as a witness, I don't
12   really recall.
13        Q.   Since the time that you
14   became aware that you would be a trial
15   witness for AstraZeneca at Seroquel
16   trials, have you had any training
17   regarding being a witness?
18        A.   No.  I didn't have any
19   training regarding being a witness, no.
20        Q.   Have you had any training
21   regarding public speaking, specifically
22   directed towards giving testimony in this
23   case?
24        A.   No, I have not.

4 (Pages 10 to 13)

Confidential - Mark S. Scott, Ph.D.

Page 14

1      Q.   Have you had meetings with
2   lawyers regarding preparation for
3   testimony in this case?
4      A.   Yes, I have.
5      Q.   Have you had several
6   meetings in that regard?
7      A.   I've had several meetings.
8   We've met over the last two weeks.  Over
9   the last two weeks' period of time we've
10   met and periodic meetings prior to that,
11   but some of that was, again, to help them
12   understand my knowledge about Seroquel
13   and the brand itself.
14      Q.   In terms of your preparation
15   for your testimony here today, about how
16   many hours did you spend meeting with
17   lawyers?
18      A.   It would be hard for me to
19   put a figure on that.  I would have to go
20   back and look and see what days.  So for
21   the last two weeks, if I put six hours a
22   day for two days this week, four days
23   last week, that's 24, 30.  I would say
24   maybe 50 hours, 60 hours.

Page 15

1      Q.   Have you had any discussions
2   with anyone at AstraZeneca regarding any
3   additional compensation that you might
4   expect for serving as a trial witness in
5   this litigation?
6      A.   No, I have not.
7      Q.   Are you expecting any
8   additional compensation of any nature for
9   serving as a trial witness in this
10   litigation?
11      A.   No, I am not.
12      Q.   During the 50 or 60 hours
13   that you spent preparing for your
14   testimony here today, did you review any
15   documents?
16      A.   Yes, I did.
17      Q.   Could you -- the best you
18   can remember as we sit here now, can you
19   list for me the documents that you recall
20   reviewing?
21      A.   Well, I couldn't list the
22   documents, you know, one by one.  I know
23   I looked at outcomes of clinical trial
24   reports.  I've looked at integrated

Page 16

1   summaries, safety package from the
2   original submission.  I looked at some
3   memos that were sent to me.  I also
4   looked at some other memos that were --
5   you know, I wasn't party to but have been
6   part of other depositions, but I couldn't
7   put a number on there.  Somewhere, you
8   know, more than ten and I couldn't put an
9   upper bound on it.  I can't list them.
10      If you have ones that
11   obviously you want to show me, I'd be
12   more than happy to look at them.
13      Q.   Now, Seroquel new drug
14   application, also called the NDA, was
15   submitted to the FDA in 1996.  Is that
16   right?
17      A.   Submitted in late 1996.
18      Q.   You had a major role in
19   supporting the submission of Seroquel's
20   new drug application, did you not?
21      A.   I had a role in submitting
22   the new drug application, yes.
23      Q.   Actually, you had one of the
24   most significant roles regarding the new

Page 17

1   drug application for Seroquel, didn't
2   you?
3      A.   I wouldn't characterize it
4   as the most significant.  I had a role in
5   filing the NDA.  I was the international
6   project statistician assigned to the
7   product.
8      Q.   Your role regarding Seroquel
9   and the new drug application for Seroquel
10   that went to the FDA went beyond merely
11   being the statistician for the project,
12   didn't it?
13      A.   I had other roles in helping
14   the team put together documentation from
15   the clinical perspective to the FDA
16   through regulatory affairs.  But there
17   are a lot of other individuals who
18   contribute to the program as well.
19      Q.   Dr. Scott, would you agree
20   with me that you were one of --
21   withdrawn.
22      Would you agree with me that
23   you were the person who was responsible
24   for the safety portion of the new drug

Confidential - Mark S. Scott, Ph.D.

Page 18

1  application for Seroquel to the FDA?
2      A.   No, I was not.
3      Q.   Did you have any role with
4  regard to the safety portion for the new
5  drug application to the FDA?
6      A.   Yes, I did.
7      Q.   And as we sit here today,
8  what's your recollection as to what your
9  role was in the safety portion?
10     A.   Alongside the international
11 project physician on the -- for Seroquel.
12 We worked together in putting together
13 the integrated summary of safety for
14 Seroquel, and we both had sign off
15 authority on the document itself.
16     Q.   Who is we both, I'm sorry?
17     A.   The international project
18 physician.
19     Q.   Who is that?
20     A.   That was Dr. Lisa Arvanitis.
21     Q.   So together with Dr. Lisa
22 Arvanitis, you were responsible, the two
23 of you together, for managing the safety
24 portion of the FDA submission.  Correct?

Page 19

1      A.   I would characterize it as
2  we collected clinical trial data
3  throughout the program, throughout the
4  clinical trial program.  The integrated
5  summary reflects compilation of all of
6  that data.  And Lisa had the role of
7  saying how would we look at things,
8  things that were important from the
9  clinical perspective.  I helped do that
10 through other statisticians and
11 programmers in creating the tables and
12 listings and summaries based on that.
13     MR. PENNOCK:  Let me mark
14 this as Exhibit 1.  I'm sorry for
15 sliding them to you, but I don't
16 have any other way to get them
17 across Mike Kelly's conference
18 table.
19     - - -
20     (Exhibit Scott-1, Personal
21 information, Bates AZSER 15326403
22 - 15326406, was marked for
23 identification.)
24     - - -

Page 20

1  BY MR. PENNOCK:
2      Q.   Dr. Scott, I've marked as
3  Exhibit 1 to your deposition what -- this
4  is a resume that you prepared for
5  yourself at one point several years ago.
6  Isn't that correct?
7      A.   Yes, I prepared this.  I'm
8  trying to think of the date of it given
9  the -- my role when this was written.  It
10 looks like it was the head of
11 quantitative decision sciences.
12     Q.   So you prepared this back
13 around the year 2000.  Right?
14     A.   It would seem that way given
15 that it was 1999 to present.  That was
16 about the time I had that role.
17     Q.   At that time, that was about
18 four or five years from the time that you
19 had been a part of preparing the new drug
20 application, submitting it to the FDA.
21 Right?
22     A.   Yes.  I was -- if this was
23 2000, then the NDA went in in 2006, so it
24 would have been four years or so.

Page 21

1      Q.   And the reason that you
2  prepared this resume and you maintained
3  it was to hold and to sort of describe
4  what you had done to others in terms of
5  your experience in the field of
6  pharmaceuticals with AstraZeneca.  True?
7      MR. BROCK:  Object to the
8  form.
9      THE WITNESS:  I would
10 describe it as basically keeping
11 track from my point of view of my
12 work experience that might have
13 been evolved into other roles in
14 the organization.
15 BY MR. PENNOCK:
16     Q.   Within the AstraZeneca
17 organization?
18     A.  Yes.
19     Q.   If you wouldn't mind turning
20 to the third page of this document, under
21 the section "OTHER MANAGERIAL,
22 PROFESSIONAL, AND RESEARCH ACTIVITIES."
23 The first question is, did you have a
24 role in redacting any of the information

6 (Pages 18 to 21)

Confidential - Mark S. Scott, Ph.D.

Page 22

1  from this document?
2       A.   No, I did not.
3       Q.   Now, if you look down at
4  this sentence beginning, "Project managed
5  entire clinical component of an NDA
6  for...," some other drug, right?  Do you
7  see that?
8       A.   Yes.
9       Q.   The drug name is redacted.
10 Right?
11      A.   Yes.
12      Q.   That's not Seroquel.  Right?
13      A.   I don't believe it is, no.
14      Q.   And it says, "Project
15 managed...safety portion of an NDA for
16 antipsychotic (quetiapine) in 1996."  Do
17 you see that?
18      A.   Correct.
19      Q.   So in 2000 when you prepared
20 this document to keep track of what your
21 experience was within the organization in
22 case other positions became open in the
23 organization, you were holding yourself
24 out as having project managed the entire

Page 23

1  safety portion of an NDA for Seroquel.
2  Correct?
3       MR. BROCK:  Object to the
4  form.
5       THE WITNESS:  Well, I would
6  characterize it as we had assigned
7  a time that we were going to get
8  the NDA into the FDA.  And because
9  of the work that needed to be
10 done, they wanted me to project
11 manage in the sense of bringing
12 together the people and -- the
13 people involved in it into one, if
14 you'd like, line of responsibility
15 to make sure that the timelines
16 were being met with respect to the
17 submission.
18 BY MR. PENNOCK:
19      Q.   So just so we're clear,
20 then, you were heavily involved in the
21 safety portion for the NDA for Seroquel.
22 True?
23      A.   I had responsibilities for
24 the safety portion of the NDA, yes.

Page 24

1       Q.   And according to what you
2  said nine years ago, closer to the time
3  when it was submitted, what you said then
4  was that you project managed the safety
5  portion.  You're telling me now that's
6  not correct.  Is that your testimony?
7       MR. BROCK:  Object to the
8  form.
9       THE WITNESS:  I apologize.
10 I don't think I'm disagreeing with
11 what I said.  Project management
12 is the responsibility of bringing
13 together the people and the tools
14 and the times to get the work
15 done.  So that to me is a role of
16 you have a certain number of tasks
17 you need to do in a certain amount
18 of time, so you have to project
19 manage the people and the time to
20 do so.  So I had that role as it
21 related to the integrated summary
22 of safety for the new drug
23 application.
24 BY MR. PENNOCK:

Page 25

1       Q.   Dr. Scott, you said at the
2  beginning that you were also involved in
3  the biostatistics for the NDA for
4  Seroquel.  Correct?
5       A.   I was the international
6  project statistician for Seroquel at the
7  time.
8       Q.   The international product --
9  project statistician means that you were
10 in charge of collecting, organizing and
11 assisting in the interpretation of the
12 data from the clinical trials that had
13 been performed internationally regarding
14 Seroquel.  Correct?
15      A.   Can you break the question
16 down?
17      Q.   Sure.  You had
18 responsibilities as a statistician to
19 review the data that came from the
20 clinical trials regarding Seroquel.
21 Right?
22      A.   Part of -- yes.  Part of the
23 role of the international project
24 statistician in the context of an NDA is

7 (Pages 22 to 25)

Confidential - Mark S. Scott, Ph.D.

Page 26

1  to ensure consistency across the clinical
2  trial program in terms of presentation of
3  data and then making sure that the data
4  that had to be integrated could be
5  integrated seamlessly.  That was part of
6  my role as well as being able to have the
7  sign off authority on clinical trial
8  reports as well as the integrated
9  summaries of safety and integrated
10  summaries of efficacy.
11       Q.   Just so we're clear on what
12  we're talking about here, the clinical
13  trials were conducted on Seroquel that
14  included human subjects, some of whom
15  were given Seroquel, some of whom were
16  not given Seroquel.  They were studied
17  for some period of time and different
18  biometrics or information on them was
19  collected.  Correct?
20       A.   I would characterize it as
21  we did a clinical trial program in
22  agreement with the FDA according to
23  protocols.  And each of those protocols
24  had a methodology that was a clinical

Page 27

1  methodology of what measures and tests
2  were done and a biometric component which
3  was the intended analysis that was
4  planned of those data.
5       Q.   And you had primary
6  responsibility regarding the -- I think
7  you just said, the presentation of the
8  clinical trial information and the
9  integrated summary of safety.  True?
10       A.   Well, the presentation is
11  principally dictated by the international
12  project statistician, and I helped
13  facilitate that through bringing together
14  programmers and other statisticians to
15  address the way that the data were
16  collected and the way that the
17  international project physician would
18  want the data displayed.
19       Q.   And when you say how the
20  data would be displayed, that means how
21  it would be presented to the Food and
22  Drug Administration.  Correct?
23       A.   Correct.
24       Q.   Now, the integrated summary

Page 28

1  of safety which we mentioned a couple of
2  times, that's part of the new drug
3  application.  Correct?
4       A.   The integrated summary of
5  safety brings together all of the safety
6  data that was collected from the
7  development program, and that would
8  include preclinical safety as well as
9  human safety all in one place so that the
10  reviewers can easily access all of the
11  information.
12       Q.   How many pages would you say
13  the integrated summary of safety was for
14  the Seroquel NDA including its
15  appendices?
16       A.   It was many pages, and I
17  couldn't tell you how many.
18       Q.   Several thousand pages?
19       A.   I would say several thousand
20  patients would be reasonable.
21       Q.   Several thousand pages?
22       A.   Several thousand pages, yes.
23       Q.   You just mentioned it was
24  important that you present this

Page 29

1  information in a way that would be easily
2  accessible to whoever was reviewing it at
3  the FDA.  Correct?
4       A.   Correct.
5       Q.   Now, the integrated summary
6  of safety was not your only
7  responsibility with respect to the new
8  drug application.  Correct?
9       A.   I had also responsibility
10  for sign-off authority on the integrated
11  summary of efficacy as well.
12       Q.   How many different pieces
13  are there for a new drug application; the
14  integrated summary of safety, right?
15       A.   Well, the building blocks
16  are all of the individual -- from a
17  clinical perspective, it's all the
18  individual clinical trials that are
19  conducted for the application, a
20  summarization of those into appropriate
21  groupings.  So you might have a clinical
22  pharmacology section, you might have a
23  pharmacodynamic section, have a clinical
24  efficacy section, and then a clinical

8 (Pages 26 to 29)

Confidential - Mark S. Scott, Ph.D.

Page 30

1    safety section. And then on top of that
2    there would be an integrated summary of
3    benefits and risks. And also at this
4    time we were -- the FDA was reviewing
5    applications through what were called
6    computer assisted NDAs, and part of what
7    we were doing was making sure they could
8    access all the data through what was
9    called the CANDAs at the time.
10        Q.   So in addition to being
11   responsible, at least in some part, for
12   the integrated summary of safety, you
13   were also responsible for the integrated
14   summary of efficacy or how the drug
15   appeared to work in the clinical trials.
16   Correct?
17       A.   In the same way I would
18   characterize it as we collected the
19   clinical trials. The clinical trials
20   pretty much have to stand on their own as
21   being evidence of efficacy. What the
22   clinical summary of -- the integrated
23   summary of efficacy does is tries to pull
24   those data together and get better

Page 31

1    estimates of the overall effects and
2    interact with subsets where you might not
3    be able to do that as part of the
4    integrated clinical trial.
5        Q.   Let me mark as Exhibit 2 to
6    your deposition a document that's
7    entitled "SEROQUELTM INTERNATIONAL
8    APPROVAL FORM."
9             - - -
10           (Exhibit Scott-2, SEROQUELTM
11           International Approval Form, was
12           marked for identification.)
13            - - -
14   BY MR. PENNOCK:
15       Q.   Do you recognize that
16   document?
17       A.   Let's see, this is -- I
18   recognize the approval, but it looks like
19   it's the list of investigators.
20       Q.   You have that right, Dr.
21   Scott, that's the list of investigators
22   for the new drug application. Right?
23       A.   That's what the title says,
24   yes.

Page 32

1        Q.   You were actually one of the
2    people that signed off on the list of
3    investigators, too?
4        A.   Yes, I did.
5        Q.   So in terms of folks at
6    AstraZeneca dealing with the new drug
7    application for Seroquel, will you agree
8    with me that you were one of the more
9    extensively involved individuals at
10   AstraZeneca for this new drug
11   application?
12       A.   I would say I was -- I would
13   not only characterize it as the most
14   extensively involved. I was involved in
15   the clinical trial application just as a
16   lot of other individuals were.
17       Q.   Dr. Scott, at the time in
18   1996, did you have any concerns about
19   complete and accurate presentation of
20   data to the FDA regarding Seroquel?
21       A.   No, I did not.
22       Q.   Did you -- perhaps I need to
23   rephrase that.
24          At that time, did you --

Page 33

1    before you submitted the application to
2    the Food and Drug Administration, did you
3    have concerns regarding making sure that
4    that data was complete and accurate?
5          MR. BROCK:  Object to the
6          form.
7          THE WITNESS:  The process in
8          clinical development which existed
9          then, which exists now, is one
10         where we go through a process of
11         quality control for all the
12         clinical trial data and doing
13         audits of investigational sites
14         with respect to clinical trial
15         data. So all of those steps took
16         place in the production of these,
17         so my assurance was that those
18         steps had taken place, clinical
19         trial results, again, are the
20         clinical trial results. So I had
21         no issue with respect to the
22         submission itself. If I had, I
23         wouldn't have signed off on it.
24   BY MR. PENNOCK:

9 (Pages 30 to 33)

Confidential - Mark S. Scott, Ph.D.

Page 34

1      Q.   You wouldn't have signed off
2   on any piece of it including the safety
3   piece.  Correct?
4      A.   You asked me one particular
5   question with respect to any concerns I
6   had about the data, and I had no concerns
7   about the data.
8      Q.   Did you have any concerns
9   about how the data was presented to the
10  FDA?
11     A.   No, I did not.
12     Q.   Did anyone else express to
13  you any concerns about how the data was
14  presented to the FDA?
15        MR. BROCK:  Object to the
16     form.
17        THE WITNESS:  No, they did
18     not.
19  BY MR. PENNOCK:
20     Q.   Do you know who Frank Casty
21  is?
22     A.   Yes, I do.
23     Q.   Who is he?
24     A.   Frank is a physician who

Page 35

1   works for AstraZeneca, and I believe he
2   was with the Astra arm of the company.
3   So his involvement -- his involvement and
4   sort of my -- he was also my boss at one
5   time as head of strategic development.
6      Q.   Was he ever your -- was he
7   your boss in 2005, 2006, about ten years
8   after the new drug application?
9      A.   That would have been about
10  the right time.
11     Q.   That would have been what?
12     A.   That would have been about
13  the right time, yes.  I don't recall the
14  exact dates, but that would have been
15  about the right time.
16  REDACTED
17
18
19
20
21
22
23
24

Page 36

1  REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16  BY MR. PENNOCK:
17     Q.   Just for moving things
18  along, I wrote the word "Seroquel" on
19  there.  You were the global product
20  team -- well, let me back up.
21        This is with reference to
22  you.  Correct?
23     A.   This document is -- it looks
24  like it's a performance planning template

Page 37

1   for 2006.
2      Q.   For you?
3      A.   For me, yes.
4      Q.   And at that time in 2006,
5   you were the co-lead U.S. Seroquel brand
6   team.  Right?
7      A.   My role at the time was
8   development brand leader for Seroquel as
9   well.
10     Q.   These bullet points that are
11  listed here, were these prepared by you
12  or by someone else?
13     A.   The bullet points in terms
14  of individual objectives are ones that I
15  would draft in an agreement with my
16  manager that those would be the
17  objectives that I was responsible for.
18  So it would be a joint effort of me
19  taking a draft and then in the end making
20  edits to -- for agreement.
21     Q.   So, correct me if I'm wrong,
22  you worked on Seroquel for some period of
23  time up until about 2003 and then you
24  went off Seroquel for a couple of years

10  (Pages 34 to 37)

Confidential - Mark S. Scott, Ph.D.

Page 38

1  and then came back to Seroquel.  Is that
2  correct?
3      A.    That's not correct.
4      Q.    Okay.  How -- have you been
5  working on Seroquel continuously since
6  its inception?
7      A.    No.  I formally left direct
8  involvement with the project after the
9  submission in 2006.  I managed
10  individuals who were --
11     Q.    I'm sorry, after the
12  submission in 1996 you mean?
13     A.    I managed individuals who
14  were responsible for Seroquel in the U.S.
15  and in the U.K. during that period of
16  time.  And as head of quantitative
17  decision sciences, I also managed people
18  who were deployed to the brand.  So I had
19  indirect involvement with respect to
20  people that were deployed to the brand
21  and then came back to the brand full time
22  in 2005.
23         MR. BROCK:  Dr. Scott, did
24  you answer his question when he

Page 39

1      said did you mean 1996?
2  BY MR. PENNOCK:
3      Q.    I'll clarify.
4      A.    I'm sorry, I apologize.
5      Q.    So your testimony is that
6  you left Seroquel after the new drug
7  application was filed in 1996, and then
8  you came back to the brand full time,
9  meaning Seroquel, in 2005.  Is that
10  right?
11     A.    I would characterize it as I
12  had individuals who were -- I was their
13  line manager for who were working on
14  Seroquel directly.  So although I wasn't
15  a project statistician, I had individuals
16  who were responsible for Seroquel from a
17  statistics point of view from 1996
18  through 2003.
19     Q.    Do you remember any of those
20  individuals?
21     A.    Yes, I do.
22     Q.    Could you give me the names
23  of any of those individuals?
24     A.    Well, Martin Jones was the

Page 40

1  individual that I assigned to be the
2  international project statistician for
3  Seroquel during that period of time.
4      Q.    Do you recall Sergio
5  Escavito?
6      A.    No, I do not.
7      Q.    Do you recall working with
8  him at all with regard to Seroquel?
9      A.    A Sergio Escavito, I don't
10  think I ever heard the name.
11     Q.    Coming back to Exhibit 3,
12  this is about a year and a half or so
13  after you rejoined the Seroquel brand
14  full time.  Correct?
15     A.    I rejoined the Seroquel
16  brand in the middle of 2005.  So if this
17  was performance planning for 2006, this
18  would have taken place early in 2006.
19     Q.    Well, it was some point back
20  in that time frame and you were the
21  co-lead, U.S. Seroquel brand team.
22  Right?
23     A.    I was the co-lead of the
24  Seroquel brand team, yes.

Page 41

1      Q.    And these bullet points you
2  said are things that you would have
3  prepared as your individual objectives.
4      A.    In agreement --
5      Q.    Correct?
6      A.    In agreement with Frank
7  Casty and Lisa Schoenberg.
8      Q.    Let me just go down a couple
9  of these here.  You wanted to "Drive
10  defensive/offensive development to
11  further differentiate Seroquel from the
12  competitors (current and future)."
13  Right?
14     A.    You've read that correctly.
15     Q.    You wanted to "Ensure all
16  work aligned (via function and sub-teams)
17  toward meeting US Seroquel Scorecard
18  Objectives and Global Product Team
19  Objectives.  (US Scorecard and GPT goals
20  attached)."  Do you see that?
21     A.    You've read that correctly.
22     Q.    You wanted to ensure that
23  business decisions are made based on well
24  informed business proposal.

11 (Pages 38 to 41)

Confidential - Mark S. Scott, Ph.D.

Page 42

1   A.   You've read that correctly.
2   Q.   Just moving down to the
3   bottom, you -- personal development, you
4   wanted a "Development plan in place that
5   highlights needs to move into VP role."
6   Do you see that?
7   A.   Yes, I do.
8   Q.   So is that a statement by
9   you alerting your superiors that you want
10  to be a -- you want to be a vice
11  president?
12  A.   The role that I was seeking
13  is one of being what's called a global
14  product director which is a VP role.
15  Q.   So you were letting your
16  superiors know you wanted to be a vice
17  president?
18  A.   I wanted to be a global
19  product director which has a VP title to
20  it.
21  Q.   Now, the standards for each
22  objectives, are these bullet points
23  things that you worked out as well?
24  A.   The standards would be --

Page 43

1   yes, this would be what I would be
2   measured against in terms of those
3   objectives.  And those were agreed with
4   by Lisa Schoenberg and Frank Casty.
5   Q.   With regard to this -- your
6   individual objectives, I don't think
7   they -- at least on this page.  Let me
8   back up.  I'm sorry.
9       As co-lead of the U.S.
10  Seroquel brand team, you were, I take it,
11  one of the two senior people involved in
12  running Seroquel in the United States.
13  Correct?
14  A.   My role is, as a co-lead of
15  the brand team, is to manage the clinical
16  and regulatory activities related to
17  brand team for Seroquel in the United
18  States.
19  Q.   So clinical meaning the
20  study of the effects on people taking
21  Seroquel.  Right?
22  A.   That would be -- clinical
23  would be the clinical trials activities
24  as well as the filing of the

Page 44

1   documentation associated with those
2   clinical trial activities to FDA.
3   Q.   And clinical trial
4   activities means the study of people
5   taking Seroquel?
6   A.   Looking at the effects of
7   Seroquel in various indications, yes.
8   Q.   And the regulatory aspects,
9   that's referring to submissions to --
10  withdrawn.
11      The regulatory aspects refer
12  to submissions to the FDA and
13  communications with the FDA.  Correct?
14  A.   That's -- that is a part of
15  it, yes.
16  Q.   Now, in terms of your
17  individual objectives for that particular
18  year, is there anything listed here that
19  relates to the safety of people in the
20  United States that are taking Seroquel?
21  A.   It's embedded in the -- let
22  me take a look at this, because the
23  safety obviously has to do with the
24  filing of information, the summarization

Page 45

1   of information as it relates to new drug
2   applications to FDA.  And so I would have
3   it embedded in the leadership of the
4   brand team in the U.S. as my
5   participation as a member of the global
6   product team.
7   Q.   Which bullet point is that?
8   A.   I would "Ensure all work
9   aligned (via functions and sub-teams)
10  toward meeting US Seroquel Scorecard
11  Objectives and Global Product Team
12  Objectives."
13  Q.   So did you say the word
14  "embedded," embedded?
15  A.   Yes.  What I mean by that is
16  the following --
17  Q.   Let me just ask a question.
18  A.   Well --
19      MR. BROCK:  Paul, don't cut
20  him off.
21      MR. PENNOCK:  I just asked
22  him if he said the word
23  "embedded."
24      THE WITNESS:  I was trying

12  (Pages 42 to 45)

Confidential - Mark S. Scott, Ph.D.

Page 46

1    to explain embedded in the sense
2    that the global product team
3    scorecard would have -- global
4    product team is accountable from
5    an operations point of view of the
6    development of clinical trial,
7    clinical trials, and so that would
8    be a scorecard objective saying
9    clinical trials, and this was
10   2006, saying we are working on the
11   XR schizophrenic submission.
12        So they have an
13   accountability with respect to
14   delivery of the clinical trials
15   related to Seroquel XR in
16   schizophrenia.  And as a result of
17   that, we would have a U.S.
18   objective of making sure that that
19   data was submitted to the FDA
20   consistent with the outcomes of
21   the clinical trials as part of the
22   regulatory filing.  So that's what
23   I mean by embedded.
24        MR. ALLEN:  Objection.

Page 47

1        Responsiveness.
2    BY MR. PENNOCK:
3        Q.   So let me just get this
4    straight.  So for your individual
5    objectives for 2006, safety of people
6    taking Seroquel is embedded in this
7    statement here.  Correct?
8        A.   Well, I wouldn't
9    characterize it as safety is embedded.
10   Safety is what we do in terms of the way
11   we do clinical trials.  The clinical
12   trial work is under the Seroquel product
13   team objectives.
14        Q.   Under the scorecard in
15   particular?
16        A.   Under the team -- global
17   product team objectives.
18        Q.   I'm sorry, I thought you
19   said a moment ago it was in the scorecard
20   for the --
21        A.   There's a --
22        Q.   -- U.S. Seroquel scorecard
23   objectives.  Didn't you say that a minute
24   ago?

Page 48

1        A.   If I misspoke, I'll
2    apologize.  The global product team has a
3    set of objectives.  The U.S. brand team
4    has objectives as well.  The global -- as
5    part of the -- my role on the U.S. brand
6    team is to file the sNDA for Seroquel as
7    part of the global product team
8    objectives and that gets filtered into
9    the brand team scorecard as well.
10        Q.   What was -- could you tell
11   me one of the safety objectives of the
12   global product team in terms of patients
13   who were out there in the United States
14   taking Seroquel in 2006?
15        A.   If I could have a copy of
16   the -- I could list all of the objectives
17   on the global product team scorecard.  I
18   don't want to speak in terms of
19   generalities when there are specific
20   things and individuals who have direct
21   responsibility for the overall safety of
22   the product.
23        Q.   So if we were able to obtain
24   a copy of the U.S. Seroquel scorecard

Page 49

1    objectives for 2006, you would be able to
2    see what one or more of the safety
3    objectives were for the global product
4    team for that year.  Is that your -- what
5    you're saying?
6        A.   I don't know if I've
7    said things -- I don't think I've said --
8    I don't think I've said that in that way.
9    The global product team and then out of
10   that the medical science director as well
11   as the overall -- the safety physician
12   for the brand have the overall
13   accountability from a clinical
14   perspective of patient safety.  Those
15   specific safety objectives for the brand
16   are embedded into their goals and
17   objective as far as I understand.  But
18   all of us as it relates to the conduct of
19   clinical trials reporting from the field
20   have an obligation toward safety as part
21   of our goals.
22        MR. ALLEN:  Object to
23   responsiveness.
24   BY MR. PENNOCK:

13 (Pages 46 to 49)

Confidential - Mark S. Scott, Ph.D.

Page 50

1     Q.   So as we sit here today
2  anyway, and even though you were the
3  co-lead of U.S. Seroquel brand team in
4  2006, you are unable to list for me one
5  safety objective for that team for 2006.
6          MR. BROCK:  Object to the
7      form.
8  BY MR. PENNOCK:
9      Q.   Correct?
10     A.   The filing of the NDA to
11  the -- the filing of any application to
12  the FDA, the conduct of the clinical
13  trials all has protection of patient
14  interest as part of it.
15     Q.   You're saying the filing of
16  the NDA.  You're referring to a
17  supplemental NDA.  Correct?
18     A.   I was giving the example of
19  in this case Seroquel XR as an example.
20     Q.   And with regard to Seroquel
21  XR, you and AstraZeneca was trying to get
22  expanded use of a new Seroquel drug,
23  namely the extended release version of
24  Seroquel.  Correct?

Page 51

1      A.   The filing of Seroquel XR
2  was to gain the initial approval for
3  Seroquel XR in schizophrenia.  So
4  expanded use, we didn't have use of it,
5  it was a new drug -- it was essentially a
6  new molecule for a different -- based on
7  the molecule quetiapine.
8      Q.   Other than the supplemental
9  new drug application that you were
10  working on at that time for Seroquel XR,
11  were there any other safety objectives
12  for your brand team in 2006?
13     A.   We have a lot of other
14  clinical trials that are ongoing as well
15  at the time under -- in development,
16  either through protocol development or
17  data collection or through reporting
18  where safety is embedded in each one of
19  those activities.
20     Q.   What do you mean by you
21  had -- well, let me -- let me withdraw
22  that.
23          You just said that you had
24  other clinical trials going on at the

Page 52

1  time.  Correct?
2      A.   Yes.
3      Q.   And you said that as to
4  those clinical trials, safety was
5  embedded in that -- in the studies.  Is
6  that --
7      A.   Safety is part and parcel of
8  what we do in terms of the conduct of
9  clinical trials.  It is priority number
10  one in terms of ensuring patient safety.
11     Q.   At that time in 2006, what
12  safety concerns were you looking at in
13  the clinical trials that you were
14  conducting?
15     A.   The clinical trials that
16  were conducted were addressing the
17  efficacy -- the efficacy and safety of
18  the brand relative to protocol that was
19  conducted.  So all aspects of safety were
20  being looked at.
21     Q.   And were you taking the
22  information from the clinical trials and
23  examining it and analyzing it and trying
24  to figure out whether there was any --

Page 53

1  whether there were any safety issues
2  being raised by those clinical trials?
3      A.   The individuals -- we have
4  individuals who are on what are called
5  clinical development teams.  My role was
6  a senior member of the global product
7  team to help in the review and
8  interpretation of clinical trial results
9  based on the work of the clinical
10  development teams.
11          So clinical development
12  teams, once a clinical trial had reported
13  out and data had been locked and the
14  analysis had proceeded, would come to the
15  global product team and review that data.
16  And they would also review that data
17  perhaps in the context of what else is
18  going on with the brand.
19     Q.   Let me see if I can sort
20  that out because I'm not quite sure that
21  you answered my question.
22          In 2006 with regard to
23  clinical trials that you said that were
24  going on at that time that had safety

14  (Pages 50 to 53)

Confidential - Mark S. Scott, Ph.D.

Page 54

1    components to them, did you engage in an
2    analysis of those -- of the data from
3    those trials with regard to safety
4    issues?  You, yourself, I'm talking about
5    you.
6         A.    First off, I want to make
7    sure I understand the question, because
8    how I would address the question was,
9    again, we look at aspects of safety in
10   all of our clinical trials, every single
11   one of them safety is examined.  My
12   personal role was not as a -- if you
13   would call it a project statistician but
14   as one who is experienced in clinical
15   trials, has reviewed clinical trials,
16   done clinical trials as well along with
17   other individuals, and can help the team
18   in trying to interpret the results.
19        Q.    Why did you look at the
20   safety and -- you just said in every
21   single one of the trials that you
22   conducted with respect to Seroquel?
23        A.    We always do that.  We
24   always do that.

Page 55

1         Q.    And so in every single trial
2    that you conducted on Seroquel, there was
3    always an examination of safety?
4         A.    Every single one.
5         Q.    Why would you do that?
6         A.    You always do that
7    because you always do that because
8    it's part and parcel of the totality of
9    evidence that you're generating in
10   wanting to see whether or not the results
11   that you're seeing right now are either
12   consistent or inconsistent with what
13   you've seen in the past.
14        Q.    So would you always look at
15   safety in clinical trials that you
16   conducted in order to see whether safety
17   issues were being raised that you hadn't
18   expected?
19        A.    It was -- part and parcel of
20   the clinical trials process is that
21   clinical trials have results, they have
22   results for efficacy and safety, and you
23   like to see how that -- your
24   understanding -- if your understanding of

Page 56

1    the drug, the disease has changed as a
2    result of the results of any clinical
3    trial.
4         Q.    I think you said that you
5    had participated in many clinical trials
6    over the years including the design of
7    them.  Correct?
8         A.    Yes, I have.
9         Q.    So in all of the clinical
10   trials that you have been involved in,
11   you have looked at the results from the
12   clinical trials to see if new safety
13   issues were being raised by those
14   results.  Correct?
15        A.    What I have done alongside
16   the clinicians is in every protocol at --
17   every clinical study has a protocol.  The
18   protocol lays out the steps of conducting
19   the clinical trial, the presentation of
20   data and then working with the clinician
21   on the outcome of the clinical trial as
22   it relates to the safety and efficacy of
23   the drug.
24        Q.    Doctor, I'm going to have to

Page 57

1    ask you to try and focus a little bit
2    more clearly on my questions, some of
3    which are simply asking for yes or no
4    answers and are directed at your work at
5    AstraZeneca during this time period.
6         I'm going have to restate my
7    question, and that is, during the time
8    that you worked at AstraZeneca, you
9    reviewed clinical trials always with an
10   eye toward whether new safety issues were
11   being raised by the results from the data
12   from those clinical trials.  Correct?
13        MR. BROCK:  Object to the
14   form.  You can answer.
15        THE WITNESS:  Again, there's
16   no one person who is deciding on
17   safety.  That is, I see that as
18   the role of a clinician that's
19   involved in the clinical trial
20   process.  My role is to help them
21   understand the data in terms of
22   the way it was selected, the way
23   it was presented and analyzed.
24   And I can help interpret the

15 (Pages 54 to 57)

Confidential - Mark S. Scott, Ph.D.

Page 58

1    numbers, but ultimately the safety
2    concerns are in the realm of the
3    physician in terms of what that
4    might mean for patients and what
5    it might mean in terms of the past
6    history of the drug.
7  BY MR. PENNOCK:
8      Q.   To the extent that you were
9  involved in helping to clearly present
10 information to the FDA in any submissions
11 to the FDA, you would ensure that any
12 safety issues that came out of new data
13 from clinical trials would be clearly
14 presented to the FDA.  Correct?
15     A.   I would ensure that all of
16 the data that was collected from the
17 clinical trials had been summarized
18 appropriately and alongside the
19 commission tried help them interpret the
20 results with respect to what they're
21 observing.
22 REDACTED
23
24

Page 60

1  REDACTED
2
3
4
5
6
7
8
9  BY MR. PENNOCK:
10     Q.   Do you know what the SERM
11 is?
12     A.   I know what the SERM is,
13 yes.  I know of what the letters are and
14 basically what the SERM is.
15     Q.   Tell me what the letters
16 are.
17     A.   Safety evaluation review
18 meeting.
19     Q.   Have you ever been on the
20 SERM?
21     A.   No, I have not.
22     Q.   Or at a SERM meeting?
23     A.   No, I have not.
24     Q.   In 2000 -- June of 2007,

Page 59

1  REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 61

1  were you still a co-lead of the U.S.
2  Seroquel brand team?
3      A.   Yes, I was.
4      Q.   And were you ever asked to
5  attend a SERM meeting regarding the
6  safety of Seroquel?
7      A.   No, I was not.
8      Q.   You were aware in 2007, were
9  you not, that there were issues regarding
10 Seroquel in terms of changing the label
11 to -- in terms of the warning, the safety
12 warning for Seroquel?  Do you remember
13 that?
14     A.   I know that we were
15 reviewing the results of trials 126 and
16 127 as it related to our core data sheet
17 and then as a result of that, whether any
18 other changes to the U.S. label would be
19 required.
20     Q.   Let me talk to you for a few
21 minutes about that.
22         MR. PENNOCK:  Let me mark
23     this as an exhibit.  This is
24     Exhibit 4.

16 (Pages 58 to 61)

Confidential - Mark S. Scott, Ph.D.

Page 62

1          - - -
2          (Exhibit Scott-4, 6/8/07
3    Minutes, Bates AZSER 23260840 &
4    23260841, was marked for
5    identification.)
6          - - -
7          THE WITNESS:  Could I have a
8    copy, please?  I have trouble
9    reading that.
10   BY MR. PENNOCK:
11       Q.   Not a problem.  You can take
12   that one.
13       Dr. Scott, looking at what
14   we've just marked as Exhibit 4 to your
15   deposition, do you see that this is
16   meeting minutes from a SERM meeting?  Do
17   you see that?
18       A.   Yes, I do.  If give me a --
19   can I take a look at it?
20       Q.   I'll give you one second.  I
21   just want to identify it first.  This is
22   from June 2007.  Right?
23       A.   Yes.
24       Q.   Please take a moment to read

Page 63

1    that.
2        A.   (Reviewing document.)
3        Okay.
4        Q.   Now, the minutes from this
5    SERM meeting in June of 2007 relate to
6    the very issue that you just mentioned
7    regarding the results from clinical
8    trials 126 and 127 as well as clinical
9    trial 125.  Correct?
10       A.   Well, they're reviewing all
11   the clinical trial data which includes
12   125, 126, 127, epidemiology,
13   postmarketing as well.  So all of the
14   evidence that we had at that time related
15   to Seroquel and blood glucose.
16       Q.   So as of June of 2007
17   SERM -- withdrawn.
18       I take it you were somewhat
19   involved in reviewing all this clinical
20   data, too.  Correct?
21       A.   I was involved in reviewing
22   parts of the clinical trial data but not
23   all of the clinical trial data.
24       Q.   In the fall of 2007, a

Page 64

1    change was made to the AstraZeneca label
2    for Seroquel, and they -- wherein they
3    included clinical trial regarding
4    glucose changes.  Do you remember that?
5        A.   I recall that we made a
6    submission, a changes being effected
7    submission to the FDA.  I thought it was
8    in June, the ultimate change, I have to
9    recall the dates, where we
10   cross-referenced the warning to clinical
11   trial information from our clinical trial
12   program, so yes.
13       Q.   In other words, you -- in
14   2007, with reference to the warning for
15   Seroquel regarding glucose dysregulation,
16   you included references to clinical
17   trials and the results from those
18   clinical trials on glucose dysregulation.
19   Correct?
20       MR. BROCK:  Object to the
21   form.
22       THE WITNESS:  Well, we --
23   again, this was SERM.  The SERM
24   process led to a change in what we

Page 65

1    call our core data sheet where we
2    hadn't had a mention of glucose
3    dysregulation principally because
4    there weren't sufficient data at
5    the time to do that until 2007.
6        We made the change to our
7    core data sheet and we voluntarily
8    included clinical trial
9    information into our labeling
10   which would give clinicians an
11   understanding of what we saw in
12   clinical trials with Seroquel in
13   short term, long term.
14   BY MR. PENNOCK:
15       Q.   What was the importance of
16   giving physicians in 2007 what you saw in
17   the clinical trial, short term and long
18   term, regarding glucose changes?
19       A.   It was decided that from the
20   clinical perspective, we had the existing
21   warning for hyperglycemia and diabetes,
22   it was in the warnings and precaution
23   section.  It was thought that we could
24   give information to clinicians because

17 (Pages 62 to 65)

Confidential - Mark S. Scott, Ph.D.

Page 66

1   now we had more information that might be
2   helpful for them to understand what might
3   happen with Seroquel with their patients.
4        Q.   And the more information
5   that you're referring to was additional
6   clinical trial evidence?
7        A.   It was clinical trial
8   evidence from the short-term
9   placebo-controlled trials I recall, as
10  well as trials 126 and 127, as well as
11  the results from trial 125.
12       Q.   It also references here that
13  there was epidemiological literature that
14  had been reviewed.  Do you see that?
15       A.   It's written there that the
16  team, the SERM team looked at epidemiologic
17  data as well.
18       Q.   Epidemiologic data means
19  studies done outside of AstraZeneca
20  looking at use of the drug in the
21  population and doing some studies on the
22  population.  Right?
23       A.   I would characterize it as
24  looking at -- I would say it's, from an

Page 67

1   epidemiology perspective, principally
2   nonrandomized clinical trial data.
3        Q.   And in terms of the clinical
4   trial value versus the -- withdrawn.
5            Prior to June of 2007, there
6   was epidemiologic data regarding Seroquel
7   and glucose dysregulation, wasn't there?
8        A.   There was -- prior to 2007,
9   there was a lot of epidemiologic data
10  looking at the use of Seroquel as
11  whether -- as well as other
12  antipsychotics in terms of -- in terms of
13  other events as well.
14       Q.   And I think you said that
15  prior to 2007, the clinical trial data
16  weren't sufficient to make the change
17  regarding glucose regulation including
18  clinical trial data?
19       A.   Correct.
20       Q.   Now, is there something
21  about randomized controlled clinical
22  trial data that is in the -- withdrawn.
23           Was there something about
24  randomized controlled clinical trial data

Page 68

1   that was in the eyes of AstraZeneca more
2   important than the epidemiologic studies
3   that had been published?
4        A.   Well, again, I wasn't
5   involved in the discussion with respect
6   to all of the clinical trial data, so I
7   can't speak to the discussion that went
8   on during this time, but I know what the
9   clinical trial data said up until 2007.
10       Q.   And what did it say up until
11  2007?
12       A.   There wasn't really an
13  effect on fasting plasma -- it was not an
14  effect on glucose in our randomized
15  clinical trial program.
16       Q.   If there -- and if you had
17  ascertained that there had been a
18  potential effect on plasma glucose,
19  that's something that you would have
20  presented to the FDA.  Correct?
21       A.   Well, again, you're
22  characterizing it as I.
23       Q.   Let me withdraw that.
24           If AstraZeneca had

Page 69

1   determined through its people responsible
2   that there was an issue with regard to
3   glucose dysregulation and Seroquel, that
4   issue would have been presented to the
5   FDA.  Correct?
6            MR. BROCK:  Object to the
7        form.
8            THE WITNESS:  We provide all
9        of the clinical trial data to the
10       FDA with respect to our clinical
11       trials that we conduct.  Looking
12       at across the clinical trial
13       program, we agreed with the FDA on
14       labeling based on those clinical
15       trial data.  And throughout that
16       period of time, all that data was
17       being submitted to the FDA.
18  BY MR. PENNOCK:
19       Q.   Well, in submitting data to
20  the FDA, you understood that it was the
21  company's responsibility not to just give
22  a haystack to the FDA with a needle in it
23  and tell the FDA to go find it, they had
24  to clarify what information the company

Confidential - Mark S. Scott, Ph.D.

Page 70

1     was aware of for the FDA.  Right?
2          MR. BROCK:  Object to the
3     form.
4          THE WITNESS:  I'm missing
5     the meaning of haystack because we
6     provide all the data to the FDA.
7     We summarize it consistent with
8     the way the data were collected.
9     We offer interpretation and
10    ultimately the FDA would decide
11    on, you know, what would go into
12    the label and not go into the
13    label.  So I don't think it's
14    the -- I wouldn't characterize our
15    provided data to the FDA as needle
16    in the haystack.
17         MR. ALLEN:  Objection to the
18    responsiveness.
19    BY MR. PENNOCK:
20         Q.   You wouldn't characterize it
21    as a needle in the haystack because you
22    summarize the data and highlight data
23    that the FDA would be interested in
24    seeing regarding safety.  Correct?

Page 71

1          A.   I would characterize it as
2     we provide summaries of all the clinical
3     trial data; not just what the FDA would
4     be interested in, but all the clinical
5     trials data.
6          Q.   And including any safety
7     data?
8          A.   All safety data are
9     presented and summarized to the FDA.
10         Q.   I'd like to go back, we're
11    looking here at 2007 when the change was
12    made to the label as you just testified
13    regarding glucose issues with Seroquel.
14    I'd like to dial back to 1996 and the new
15    drug application that we were talking
16    about a little while ago.
17         Now, you were heavily
18    involved in the -- every aspect of the
19    conduct of study 15.  Correct?
20         A.   I was involved in the design
21    and conduct analysis and presentation of
22    trial 15, yes.
23         Q.   I'm sorry, with regard to
24    study 15 you were involved in the design

Page 72

1     of it?
2          A.   Yes.
3          Q.   The conduct of it?
4          A.   In the sense of setting out
5     what measures would be in terms of the
6     protocol measures, yes.
7          Q.   You had attended and
8     participated in essentially all study 15
9     investigator and consultant meetings.
10    Correct?
11         A.   That was a long time ago.  I
12    know I was involved with a number of
13    different individuals outside the company
14    contingent on the results of the study.
15    But I don't know if all, I would
16    characterize it, I don't recall.
17         Q.   You were -- you attended and
18    participated in a large number of the
19    study 15 investigator and consultant
20    meetings.  Correct?
21         A.   Again, you're characterizing
22    it as large number.  I don't recall how
23    many we had and how many I attended.  I
24    know I attended at least two, but I don't

Page 73

1     know how many more were that -- were as a
2     result of that trial.
3          Q.   Let me just ask you about a
4     name that you mentioned earlier.  Lisa
5     Arvanitis?
6          A.   Arvanitis I believe.
7          Q.   Arvanitis, thank you.
8          Who was she in 1996?
9          A.   She's a physician.  And she
10    was the international project physician
11    on Seroquel.
12         Q.   And you had worked pretty
13    closely with her.  Correct?
14         A.   I worked closely with her
15    during a period of time.
16         Q.   During that NDA period of
17    time?
18         A.   Yes, I did.
19         Q.   And let me just show you --
20    could I get a copy of that?  I'm going to
21    mark this as Exhibit 5.
22              - - -
23         (Exhibit Scott-5, Series of
24    e-mails, was marked for

19 (Pages 70 to 73)

Confidential - Mark S. Scott, Ph.D.

Page 74

1    identification.)
2         - - -
3    BY MR. PENNOCK:
4         Q.   This is a series of e-mails.
5    The one that I would like to direct your
6    attention to is from Lisa Arvanitis dated
7    May 14, 1998, to Marc Cantillon.  And if
8    you -- this is Exhibit 5.  If you turn to
9    the second page of this exhibit.
10        A.   Could I make -- can I take a
11   look in terms of some context to go back
12   to the original, please?
13        Q.   Let me just read the
14   sentence and then you can look at it.  I
15   just have a quick question.  "I chatted
16   briefly with Mark Scott about the sample
17   sizes (he ran them for me to confirm
18   which null hypothesis was being tested)
19   and he was in agreement that this trial
20   sounds too large as to not be feasible.
21   He really hasn't been consulted despite
22   his attendance and participation in all
23   previous Study 15 investigator and
24   consultant meetings and being the primary

Page 75

1    driver for the statistical methodology
2    and analysis of Study 15."
3         Do you see that statement?
4         A.   You read that correctly.
5         Q.   So my question simply is,
6    you don't think that Dr. Arvanitis was
7    misrepresenting your involvement with
8    respect to study 15, do you?
9         A.   No, I said I was involved
10   with trial 15.  You were asking me
11   whether I attended all the study
12   investigator meetings, and this was,
13   again, in -- well, the memo is written in
14   1998.  Those investigator meetings were
15   1996 and that was, you know, 15, 14, 13
16   years ago and that was -- you know.
17        Q.   13 years ago.
18        A.   13 years ago, so...
19        Q.   And Seroquel has been on the
20   market for 12 of those 13 years.
21   Correct?
22        A.   It's been on the market
23   since late 1997.
24        Q.   During those 12 years, do

Page 76

1    you have any estimate as to how many
2    people in the United States have taken
3    Seroquel?
4         A.   Not off the top of my head,
5    no.
6         Q.   Do you have an estimate as
7    to how many people have taken Seroquel
8    off label during those 12 years?
9         A.   No, I do not.
10        Q.   Do you have an estimate as
11   to what percentage of the people that
12   used Seroquel during those 12 years was
13   off label?
14        A.   I know that there's
15   off-label use, but I do not have a
16   percentage off the top of my head.
17        Q.   If I told you that it was
18   around as high as 85 percent, would that
19   surprise you?
20            MR. BROCK:  Object to the
21        form.
22            THE WITNESS:  I don't know
23        what surprise is.  You would have
24        to talk to a clinician whether or

Page 77

1        not that would be surprising
2        because of, you know, their use
3        of -- their use of drugs in
4        patients.
5    BY MR. PENNOCK:
6         Q.   Well, as we established a
7    few minutes ago, until 2007 there was --
8    AstraZeneca did not include glucose
9    information from clinical trials in the
10   label for Seroquel in terms of the
11   warning.  Correct?
12            MR. BROCK:  Object to the
13        form.
14            THE WITNESS:  I'm sorry.
15   BY MR. PENNOCK:
16        Q.   Let me rephrase it.
17        A.   Rephrase, I apologize.
18        Q.   We established a few minutes
19   ago that the warning for Seroquel in
20   terms of glucose dysregulation did not
21   include the clinical trial evidence
22   because until 2007 the clinical trial
23   data weren't sufficient -- weren't
24   sufficient to make that change.  Right?

20 (Pages 74 to 77)

Confidential - Mark S. Scott, Ph.D.

Page 78

1          MR. BROCK:  Object to the
2     form.
3          THE WITNESS:  No, I wouldn't
4     characterize it as the original
5     filing for Seroquel.  Diabetes and
6     hyperglycemia were mentioned as
7     part of labeling for Seroquel at
8     that time.  So if you're talking
9     about that information appearing
10    in the warning section of the
11    label, the information on
12    hyperglycemia and diabetes
13    appeared as part of the labeling
14    from the initial approval time.
15         MR. ALLEN:  Object to the
16    responsiveness.
17         MR. PENNOCK:  Move to --
18    nonresponsive.
19    BY MR. PENNOCK:
20         Q.   You told us 15 minutes ago
21    at most that until 2007, the clinical
22    trial data for Seroquel weren't
23    sufficient at that time to make the
24    change to include clinical trial data for

Page 79

1     glucose dysregulation in the warning for
2     Seroquel?
3          A.   I will apologize.  There was
4     information from our clinical trials in
5     terms of adverse events, hyperglycemia
6     and diabetes that were in the warning.
7     But the clinical trial summaries, as I've
8     described, didn't appear in the label
9     until 2007.
10         Q.   So from what I understand,
11    then, what you're saying here is that
12    from the new drug application forward,
13    there was evidence that there were
14    effects on glucose by Seroquel.
15         A.   No, I wouldn't characterize
16    it --
17         Q.   Correct?
18         A.   I said there was information
19    on what we observed in our clinical
20    trials with Seroquel in terms of
21    hyperglycemia and diabetes, yes.
22         Q.   But there was nothing in
23    warning regarding glucose changes in
24    Seroquel.  Correct?

Page 80

1          A.   The label is a
2     multi-sectioned document and our
3     expectation is clinicians take a look at
4     all aspects of the label.  So all aspects
5     of the label are important in our point
6     of view.
7          MR. ALLEN:  Objection.
8     Responsiveness.
9     BY MR. PENNOCK:
10         Q.   There was nothing in the
11    warning for Seroquel when Seroquel was
12    launched in 1997 or until 2007 that
13    Seroquel caused glucose dysregulation,
14    was there?
15         A.   There was information in the
16    labeling from 1997 on with respect to
17    hyperglycemia and glucose.
18         Q.   There was nothing in the
19    warning.  Right?
20         A.   Again, all parts of the
21    label are important.  As I've said, the
22    information was in -- was in the
23    labeling, it was not in the section
24    labeled warning, but it was in the label

Page 81

1     which all parts of the label are
2     important for clinicians to read.
3          Q.   Are you a clinician?
4          A.   No, I'm not.
5          Q.   Are you a medical doctor?
6          A.   No, I'm not.
7          Q.   Now, let's look at this
8     label that -- before I do, so you -- is
9     it your testimony that the -- that
10    studies in the new drug application,
11    clinical trials, found glucose
12    dysregulation results?
13         A.   It's my testimony that there
14    was information in the label that are
15    observation from clinical trials that
16    appeared in the label.
17         MR. ALLEN:  Objection to
18    nonresponsiveness.
19    BY MR. PENNOCK:
20         Q.   Doctor, is it your testimony
21    that there were clinical trial results in
22    the new drug application that illustrated
23    that Seroquel might be having an effect
24    on glucose levels in the individuals who

21 (Pages 78 to 81)

Confidential - Mark S. Scott, Ph.D.

Page 82

1  were taking it in those clinical trials?
2      A.   There was information in the
3  label regarding occurrences of
4  hyperglycemia and diabetes that were in
5  temporal relationship with Seroquel.
6  That was what was -- we found in the
7  clinical trial reports.
8          MR. ALLEN:  Objection to the
9      responsiveness.
10  BY MR. PENNOCK:
11     Q.   So in the clinical trial
12  reports in the new drug application,
13  AstraZeneca identified glucose changes
14  that raised a hyperglycemia and diabetes
15  safety issue.  Correct?
16         MR. BROCK:  Object to the
17     form.
18         THE WITNESS:  They were -- I
19     wouldn't characterize them as
20     hyperglycemia and safety issues.
21     We had reported events of
22     hyperglycemia, reported events of
23     diabetes in the clinical trial
24     program.

Page 83

1  BY MR. PENNOCK:
2      Q.   When you say "reported
3  events," are you speaking of results from
4  the clinical trials or individuals in the
5  clinical trials?
6      A.   If I had the -- I could go
7  to the -- I could go to the section of
8  the label right now and point to it with
9  respect to the observations, and it was
10  my recollection these were adverse events
11  that were in the clinical trial program.
12     Q.   When you say there were
13  adverse events, is it your testimony that
14  in the clinical trial program for the new
15  drug application there were individuals
16  who had hyperglycemia but there was no
17  clinical trial which showed mean
18  increases across the study population of
19  increased fasting plasma glucose?
20     A.   You have a two part question
21  there.  So I'll try to address both
22  parts.  So the first part is that, again,
23  we had observations from our clinical
24  trial program of adverse events that

Page 84

1  investigators reported.  That is what
2  appears in our labeling.  And we also
3  then collected and summarized the glucose
4  data from our clinical trial program to
5  the FDA as part of the integrated summary
6  of safety.
7      Q.   And what did that summary
8  tell the FDA back in 1996?
9      A.   If you had the ISS right in
10  front of you, it's better for me just to
11  quote right from there as opposed to from
12  my memory.
13                - - -
14         (Exhibit Scott-6, Seroquel
15     label, was marked for
16     identification.)
17                - - -
18  BY MR. PENNOCK:
19     Q.   We'll get that in a minute.
20     Let me look at Exhibit 6,
21  which is the label.  This is a label,
22  I'll represent to you, from 1999.  And
23  I'd like you to show me where in here
24  there is reference to any clinical trial

Page 85

1  data that Seroquel had increased the
2  fasting plasma glucoses in patients in a
3  Seroquel clinical trial.
4      A.   Well, all of the clinical
5  trial data had -- I mean, excuse me.  All
6  of the information that's in the adverse
7  event reaction section is from clinical
8  trials in the section dealing with other
9  adverse events observed during the
10  premarketing evaluation of Seroquel.  So
11  for endocrine system, if I had something
12  which was a word search, I could go
13  through here.  But it looks like for
14  metabolic and nutritional systems, you
15  have hyperglycemia as an infrequent
16  adverse event.  And under endocrine
17  systems you have diabetes as an
18  increased -- as an infrequent adverse
19  event.
20     Q.   I'm going to -- let me put
21  this up.  And here is the -- here is the
22  label.  This is Seroquel.
23         MR. BROCK:  Could I have one
24  more copy of that?  Thanks.

22 (Pages 82 to 85)

Confidential - Mark S. Scott, Ph.D.

Page 86

BY MR. PENNOCK:
1  BY MR. PENNOCK:
2       Q.   Tell me when to stop in
3  terms of this information you're citing
4  to.  Is it on this page?
5       A.   I'm sorry, I cannot read
6  that.
7       Q.   Well, I'm on the first page.
8       A.   I'm sorry, to be honest with
9  you, I just see gray lines there.  I
10 apologize.  I have this on, at least on
11 my copy, I have it on page, let's see, 1,
12 2, the third page of the --
13      Q.   Okay.  So it's not --
14      A.   The fourth page rather.
15      Q.   It's not on the first page.
16 Right?
17      A.   It is on the fourth page
18 where other adverse events observed
19 during the premarket evaluations of
20 Seroquel are located.
21      Q.   It's not on the second page.
22 Correct?
23      A.   Again, it is on the page
24 where it is -- has been agreed with the

Page 87

1  FDA of the appropriate location of that
2  information.
3       Q.   I'm on the fourth page:
4  "...Adverse Events Observed During the
5  Premarketing Evaluation of SEROQUEL."
6  That's the section that we're under?
7       A.   Yes.
8       Q.   And so these are just
9  individual case reports from the clinical
10 trials, not clinical trial results.
11 Right?
12      A.   Adverse events from clinical
13 trials are clinical trial results.
14      Q.   This is not mean data of the
15 study population.  Correct?  It's not the
16 average data, it's just individuals in
17 the clinical trials?
18      A.   This is a -- again, these
19 are adverse events that occurred in the
20 premarketing evaluation cycle, yes.
21      Q.   Maybe we're just -- we're
22 not speaking the same language here.
23           MR. ALLEN:  Objection.
24      Nonresponsive.

Page 88

1  BY MR. PENNOCK:
2       Q.   When you do a clinical
3  trial, you look at a study population,
4  and in this case you looked at people
5  taking Seroquel and people either not
6  taking Seroquel or taking some other
7  drug.  Correct?
8       A.   Yes.
9       Q.   And you do those studies and
10 you do analyses of those studies to see
11 if the people taking Seroquel in
12 comparison to the people who weren't
13 taking any drug or who were taking some
14 other drug, whether there's a difference
15 between the effects on that.  Correct?
16      A.   It's one of the objectives
17 in the clinical trial, yes.
18      Q.   And with respect to Seroquel
19 and the clinical trials on Seroquel, in
20 some patients there were instances where
21 there was hyperglycemia.  That's your
22 testimony.  Correct?
23      A.   My testimony is that these
24 are adverse reactions that were seen in

Page 89

1  the clinical trial program where the
2  investigator reported them and we've
3  reported them as part of the premarketing
4  evaluation of Seroquel.
5       Q.   But these reports here -- is
6  it your testimony that these reports
7  here -- withdrawn.
8           Are you saying, Doctor, that
9  with respect to the new drug application
10 and clinical trials for Seroquel, there
11 were clinical trial findings that there
12 were mean increases in fasting plasma
13 glucose in patients that took Seroquel?
14      A.   Again, I would go back to
15 the integrated summary of safety which
16 contains all the analysis of the
17 laboratory data.  If you have that to
18 show me, then I could quote to what was
19 observed in there.  But I don't have that
20 right in front of me right now.
21      Q.   I'll pull that out for you
22 in a second.  Show me where this mention
23 of hyperglycemia is.
24      A.   If you look under "Metabolic

23  (Pages 86 to 89)

Confidential - Mark S. Scott, Ph.D.

Page 90

1  and Nutritional Systems," you read there
2  that is in infrequent weight loss,
3  alkaline phosphate is increased,
4  hyperlipidemia, or hyperlipemia rather,
5  alcohol intolerance, dehydration,
6  hyperglycemia and creatinine increased
7  and hypoglycemia.
8      Q.   That word right there.
9      A.   As I said I cannot read that
10  at all. So I have to go by what's --
11      Q.   I'm sorry.  I didn't realize
12  I didn't have it on.  That's hypoglycemia.
13      A.   Blow up.  So it's
14  hyperglycemia is right there.
15      Q.   This word right there.
16      A.   Yes.
17      Q.   That's the -- that's what
18  AstraZeneca included in terms of clinical
19  trial findings regarding patients having
20  increased blood sugar on Seroquel when
21  they submitted their new drug application
22  to the FDA?
23      A.   We included all of the
24  information to the FDA and then agreed

Page 91

1  with the FDA labeling that was
2  appropriate for that.  And this was the
3  information that we agreed with the FDA
4  that was appropriate relative to the
5  clinical trial findings that occurred.
6      MR. PENNOCK:  Can I see the
7  integrated summary of safety,
8  please?
9      THE WITNESS:  Could I get
10  some more water, too, please?
11      MR. PENNOCK:  We're going to
12  change the tape and I'm going to
13  give you the ISS.
14      VIDEOGRAPHER:  We are now
15  going off the record.  This is the
16  end of videotape number one.  The
17  time is 10:59.
18      - - -
19      (A recess occurred.)
20      - - -
21      VIDEOGRAPHER:  We are now
22  back on the record.  This is the
23  beginning of videotape number two.
24  The time is 11:18.

Page 92

1      - - -
2      (Exhibit Scott-7, Clinical
3      Trial Report International
4      Approval Form, was marked for
5      identification.)
6      - - -
7  BY MR. PENNOCK:
8      Q.  Dr. Scott, I marked as
9  Exhibit 7 to your deposition a document
10  entitled "CLINICAL TRIAL REPORT
11  INTERNATIONAL APPROVAL FORM."  The trial
12  title is "A Multicenter, Double-Blind,
13  Randomized, Controlled, Multiple
14  Fixed-Dose and Dose Regimen Comparison of
15  SEROQUELTM...and Haloperidol in the
16  Prevention of Psychotic Relapse in
17  Outpatients with Chronic or Subchronic
18  Schizophrenia."  The trial number is
19  5077IL/0015.  And the first question is,
20  that's your signature.  Correct?
21      A.  That I can read.  That is my
22  signature.
23      Q.  And here you go, sir.
24  Now --

Page 93

1      MR. BROCK:  What number is
2      this again, I'm sorry?
3      MR. PENNOCK:  Exhibit 7.
4  BY MR. PENNOCK:
5      Q.   This trial that we marked
6  as -- or this document that we marked
7  comes from study number 0015.  Correct?
8      A.   Yes, study number 0015.
9  That's correct.
10      Q.   Now, when you submitted
11  study number 0015 to the FDA with the new
12  drug application in 1996, you submitted
13  what's called the clinical study report
14  to the FDA.  Correct?
15      A.   Yes, we did.
16      Q.   And that clinical study
17  report would have been part of these many
18  thousands of pages that were in the new
19  drug application.  Correct?
20      A.   Clinical study report forms
21  an integral part of the application to
22  the -- to the FDA, yes.
23      Q.   It forms an integral part to
24  it.  Right?

24  (Pages 90 to 93)

Confidential - Mark S. Scott, Ph.D.

Page 94

1    A.   Yes.
2       Q.   And the clinical study
3    report is a document comprised of a --
4    the first section is when there's a
5    description of the findings that were
6    made during the clinical trial.  Correct?
7       A.   The clinical trial report
8    describes the intent of the protocol,
9    then describes the measures, the
10   statistical analysis strategy and then
11   the results section and then a brief
12   discussion section, and then all of the
13   tables and listings that are there to
14   support the conclusions.
15      Q.   Okay.  And if you turn to
16   the page after your signature page that
17   I've marked as Exhibit 7, if you look,
18   that's page 1832 for the clinical study
19   report trial 0015 that you submitted to
20   the FDA in 1996?
21      A.   It looks like this would be
22   from trial 0015 and then -- from there.
23   If I had the whole document, I could plow
24   through it, but for expediency's sake,

Page 95

1    I'll take that this being this trial --
2    this table is from that trial.
3       Q.   And it appears on page 1832
4    of what was submitted just for trial 0015
5    to the FDA in 1996.  Correct?
6       A.   Well, again, the
7    organization of clinical trial report is
8    one where you have by default in-text
9    tables.  You have -- I don't know if we
10   were using it at the time, what were
11   called T tables, but tables that would go
12   right after the summary.  And you have a
13   longer list of all of the clinical trial
14   findings.  But through all of this,
15   irrespective of the number, these --
16   every table was looked at and examined by
17   a clinician with respect to the outcome.
18      Q.   But the fact remains that
19   this is -- this table appears on page
20   1832 of study 0015 that was submitted to
21   the FDA?
22      A.   It is a table that is in the
23   clinical trial report, it happens to be
24   on table 1832.

Page 96

1       Q.   Now, if we could just look
2    at some of the data on this -- on this
3    table, again, this is 1996.  Correct?
4       A.   This is 1996, yes.
5       Q.   And this table relates to
6    findings that were made in clinical trial
7    0015 on the 75-milligram dose of
8    Seroquel.  Correct?
9       A.   Yes, it does.
10      Q.   And if we look at the
11   findings here, there was a measurement
12   regarding glucose in patients taking
13   Seroquel.  Correct?
14      A.   These are the summary
15   statistics for the laboratory data for
16   glucose in the clinical trial.
17      Q.   And this refers to milli --
18   what's commonly referred to as millimoles
19   per liter.  Right?
20      A.   Yes.
21      Q.   And that's a measurement of
22   glucose that can be converted to
23   milligrams per deciliter by multiplying
24   it by 18.  Correct?

Page 97

1       A.   To be honest with you, I
2    don't know the exact figure to translate
3    it, but 18 sounds right.  I don't know
4    the exact figure.
5       Q.   18 sounds right?
6       A.   Yes.
7       Q.   Now --
8          MR. BROCK:  Did you get a
9       verbal answer to that?
10         MR. PENNOCK:  He said yes.
11         THE WITNESS:  Yes.
12   BY MR. PENNOCK:
13      Q.   Now, these are showing lab
14   values and then the change from baseline.
15   Do you see that?
16      A.   Yes, I do.
17      Q.   So the lab value means
18   that's the actual value that was measured
19   in the person's blood.  Correct?
20      A.   This table represents the
21   values that were taken from the clinical
22   trial at various points in time during
23   the study, yes.
24      Q.   And the change in baseline,

25 (Pages 94 to 97)

Confidential - Mark S. Scott, Ph.D.

Page 98

1  that means that it's the change in the
2  glucose from the first measurement in the
3  patients in the clinical trial 0015?
4      A.   This is the average of the
5  changes seen with 75 milligrams of
6  Seroquel again at times 24, 52 and then
7  the final.
8      Q.   And the average, that's the
9  mean.  Correct?
10     A.   Yes.
11     Q.   Now, with respect to this,
12 clinical trial 0015 was a long-term
13 trial?
14     A.   It was designed to be a
15 long-term trial in the sense that it was
16 there to assess the relative effects of
17 Seroquel versus haloperidol in patients
18 stabilized on Seroquel.  I don't think
19 that it met protocol objectives, so I
20 don't know necessarily whether I would
21 call it long term.
22     Q.   But it looked -- it was
23 attempting to look at data over a 52-week
24 period.  Correct?

Page 99

1      A.   It was attempting to do so,
2  yes.
3      Q.   And in looking at the data
4  over a 52-week period, there was an
5  average change in glucose for the
6  patients taking Seroquel of
7  1.34 millimoles per liter.  Correct?
8      A.   Well, in the patients who
9  were at 52 weeks, the change from
10 baseline was 1.34 millimoles per liter.
11 That was the observed change.
12     Q.   So to make sure we're clear
13 on that, so for those patients that took
14 the drug for 52 weeks, they had their
15 glucose measured at the beginning, zero,
16 right?
17     A.   Prior to receiving --
18     Q.   Prior to receiving Seroquel?
19     A.   Well, I've got to make sure
20 I understand -- I recall the design.  But
21 prior to the randomized receiving of
22 75 milligrams.
23     Q.   Prior to receiving the
24 Seroquel, that's the week zero data.

Page 100

1  Right?
2      A.   Yes.
3      Q.   And then those patients that
4  were still taking Seroquel 52 weeks
5  later, from this table, there's an
6  average increase in plasma glucose of
7  1.34 millimeters -- sorry, millimoles per
8  liter.  Correct?
9      A.   In those -- there are nine
10 patients who -- where there are 52-week
11 data and the average increase for those
12 nine patients is 1.34.
13     Q.   And if we multiply that by
14 18, that comes out to 24.12 milligrams
15 per deciliter.  Do you agree?
16     A.   If that's the arithmetic,
17 that's what that would be.
18     Q.   So from study 0015,
19 75 milligrams of Seroquel, you found an
20 average change from baseline of
21 24 milligrams per deciliter in patients
22 who had been taking the drug for 52
23 weeks?
24     MR. BROCK:  Object to the

Page 101

1  form.
2      THE WITNESS:  Again, the --
3  this is a summary of data.
4  There's got to be a clinical
5  interpretation of these data
6  alongside all other data that were
7  collected on glucose of what the
8  effects of glucose are.  We
9  reserve the -- we reserve the
10 integrated summary of safety to
11 address what are the changes that
12 are observed from our clinical
13 trial program.
14 BY MR. PENNOCK:
15     Q.   With respect to clinical
16 trial -- clinical study reports, in the
17 summary section for the particular
18 clinical trial, you would summarize
19 important results for the FDA so the FDA
20 could be directed to those results.
21 Correct?
22     A.   I apologize.  Ask the
23 question again.  I'm sorry.
24     Q.   Sure.  When you have a

26 (Pages 98 to 101)

Confidential - Mark S. Scott, Ph.D.

Page 102

1    clinical study report such as the one you
2    had for study 0015 in 1996, you submitted
3    that to the FDA, and in the summary
4    portion of the clinical study report, you
5    would direct the FDA to any aspects
6    regarding safety that were important.
7    Correct?
8        A.   The clinical trial report,
9    again, was submitted to the FDA in its
10   entirety and a description of the results
11   that we saw from the clinical trial form
12   part of that report.  I don't have in
13   front of me the results section of the
14   protocol, and perhaps if I had that, to
15   help understand how these data relate to
16   the summary.
17       Q.   Well, the data themselves
18   for 75 milligrams of Seroquel as reported
19   in this table, the raw data, shows that
20   there was an increase in fasting plasma
21   glucose.  Correct?
22            MR. BROCK:  Object to the
23       form.
24            THE WITNESS:  I would say

Page 103

1        that there was a mean increase.
2        Again, characterizing it being any
3        more than a mean, I would have
4        been working with the clinician
5        with respect to what that actually
6        would mean, how I would want to
7        interpret that.
8    BY MR. PENNOCK:
9        Q.   On average -- aside from how
10   you would interpret it, on average,
11   clearly there was an increase in fasting
12   plasma glucose in the patients taking
13   Seroquel for 52 weeks.  Right?
14       A.   Again, there were nine
15   patients here with data, and, again, I
16   wouldn't want to draw any -- necessarily
17   any inferences from nine patients.  I
18   would be cautioning about that because of
19   the sample size.
20       Q.   And with respect to this
21   data, this is something, however, that
22   you, in your obligation to be aware of
23   safety of the drugs you're submitting for
24   approval to the FDA, that you would have

Page 104

1    brought this to the attention of the FDA.
2    Correct?
3        A.   We supplied all of the
4    information to FDA with respect to the
5    outcome of the clinical trial.
6        Q.   Well, with --
7        A.   Clinical trials.
8        Q.   With respect to study 0015,
9    in 1996 in your new drug application, did
10   you point the FDA to this data regarding
11   average increases in glucose in patients
12   taking Seroquel?
13            MR. BROCK:  Object to the
14       form.
15            THE WITNESS:  What we did in
16       1997 was provided the clinical
17       trial data, each individual
18       clinical trial, all the results
19       from that, and then using the
20       totality of evidence from the
21       clinical trial with respect to
22       adverse events clinical trial lab
23       data from placebo-controlled
24       trials and other trials to form an

Page 105

1        opinion about what was important
2        from a safety point of view for
3        this particular drug.
4    BY MR. PENNOCK:
5        Q.   So AstraZeneca would form
6    an -- withdrawn.
7            AstraZeneca formed an
8    opinion as to whether this average
9    increase was important enough to tell the
10   FDA?
11       A.   We formed an opinion with
12   respect to what we believed the effects
13   on glucose was using the totality of
14   evidence, not just one piece of data.
15       Q.   So in the new drug
16   application you formed an opinion as to
17   what the significance was of this data
18   and then told the FDA about it.  Is that
19   your testimony?
20       A.   I would characterize it in
21   that we looked at all of the data on
22   glucose across the clinical trial
23   program, summarized it and commented on
24   it to the FDA with respect to not just

27 (Pages 102 to 105)

Confidential - Mark S. Scott, Ph.D.

Page 106

1  glucose, but every laboratory value that
2  was collected in the clinical trial
3  program.
4      Q.  Every laboratory value?
5      A.  Every laboratory value.
6      Q.  Let's look at the next page
7  of the Exhibit 7.  This is for the
8  300-milligram dose of Seroquel.  Also
9  from trial 0015.  Correct?
10     A.  Correct.
11     Q.  And with respect to the
12 300-milligram dose, there was at 24 weeks
13 an average change of .58 milligrams per
14 deciliter?
15     A.  Right.  And I would say that
16 at 52 weeks there was decrease in the 13
17 patients of 300 milligrams at minus .27.
18     Q.  And with respect to 24 weeks
19 on 300 milligrams, that would represent a
20 10.44 milligrams per deciliter increase
21 in average fasting plasma glucoses for
22 the 59 patients who had taken the drug
23 that long.  Correct?
24     A.  Change from baseline of 58

Page 107

1  patients, so the value -- when you have a
2  mean change of .58 and then of those who
3  were around 52 weeks, it went down to
4  minus point -- it went down by minus .27.
5          MR. ALLEN:  Objection.
6      Nonresponsive.
7  BY MR. PENNOCK:
8      Q.  Let's look at the
9  600 milligrams.  Change from baseline at
10 52 weeks, the average change was .51
11 millimoles per liter.  Right?
12     A.  Yes.  That is the mean
13 change, yes.
14     Q.  That's the mean change that
15 you put in this table here.  Correct?
16     A.  I didn't put it in the
17 table.  That was the results of the
18 calculations from those patients who had
19 52 weeks.
20     Q.  How is that calculation
21 made, that mean change?
22     A.  Taking the patients who had
23 data at 52 weeks on 600 milligrams,
24 comparing that to those patients who had

Page 108

1  data at baseline, subtracting that and
2  then averaging them for those 13
3  patients.
4      Q.  So the mean glucose
5  millimoles per liter for the patients at
6  the start of the study was 5.53.
7  Correct?
8      A.  For those patients who had
9  baseline values was 5.53.
10     Q.  Then when we go to 52 weeks
11 and we look at the patients who remain
12 and you measure their plasma glucose, the
13 mean value, the average value for those
14 patients is 6.28.  Correct?
15     A.  For those patients who had
16 data at 52 weeks, their mean value at
17 baseline was 6.28.
18     Q.  And the mean change from
19 baseline for the patients at 52 weeks is
20 calculated by subtracting 5.53 from 6.28.
21 Correct?
22     A.  No.
23     Q.  Tell me how you would
24 calculate the mean change from baseline

Page 109

1  in this table.
2      A.  If you go back to the 59
3  patients at the beginning, that's people
4  who had data at baseline.  Only a certain
5  number of patients actually make it to 52
6  weeks and have data.  So you use the
7  baseline data for those 13 patients,
8  their baseline lab value -- excuse me, I
9  don't recall what their baseline value
10 was, but you use their baseline values to
11 calculate the change from baseline.
12     Q.  You don't look at the means
13 for all of the patients, you only look at
14 the means for the patients that made it
15 all the way for the 52 weeks?
16     A.  Right.  It's a
17 representative of a sample of patients
18 who are able to go to 52 weeks, so you
19 want to use their data to calculate
20 change from baseline.
21     Q.  And if we multiply this
22 times 18, we come up with the milligrams
23 per deciliter for the mean change in
24 study 0015 for people on 600 milligrams

28 (Pages 106 to 109)

Confidential - Mark S. Scott, Ph.D.

Page 110

1  of Seroquel over 52 weeks?
2      A.   For that subset of patients
3  who made it to 52 weeks.  In this case
4  there are 13 patients.
5      Q.   And that comes out to
6  9.18 milligrams per deciliter.  Right?
7      A.   If that's 18 times that,
8  yes.  I think what I find interesting
9  here, too, though, is if you look at the
10  haloperidol arm, and I don't know a lot
11  about haloperidol in terms of its -- all
12  of the adverse events, but the mean
13  changes for Seroquel for the various time
14  points seem to be similar to or less than
15  that seen on haloperidol, so...
16      Q.   We're here today to talk
17  about whether or not Seroquel can cause
18  diabetes, not whether or not haloperidol
19  can -- haloperidol can also cause
20  diabetes.  You understand that.  Right?
21      MR. BROCK:  Object to the
22  form.
23      THE WITNESS:  Well, I don't
24  know if we're here to discuss that

Page 111

1      today.  I'm talking about clinical
2      trial data.  Again, this is one
3      clinical trial, one piece of
4      information to judge what the
5      effects of Seroquel might be on
6      the various lab parameter.  This
7      doesn't have a placebo control.
8      It has what's called a positive
9      control.  And that positive
10      control may be giving you some
11      information with respect to what
12      the relative effects of what
13      Seroquel are or are not.
14  BY MR. PENNOCK:
15      Q.   Dr. Scott, do you agree with
16  me that AstraZeneca had an obligation to
17  point out this glucose data to the FDA
18  when they submitted their new drug
19  application?
20      A.   We have an obligation to
21  faithfully summarize the data that were
22  collected in the clinical trial and
23  provide that data to FDA, and with the
24  FDA then craft language that's

Page 112

1  appropriate for the data that we have in
2  front of us.  And that's exactly what we
3  did.
4      Q.   You also have an obligation
5  not to put a needle in the haystack and
6  give it to the FDA.
7      MR. BROCK:  Object to the
8  form.
9  BY MR. PENNOCK:
10      Q.   Correct?
11      A.   I would never characterize
12  what we do as putting a needle in a
13  haystack.
14              - - -
15      (Exhibit Scott-8, Clinical
16      Trial Report International
17      Approval Form, was marked for
18      identification.)
19              - - -
20  BY MR. PENNOCK:
21      Q.   Well, I've marked -- I've
22  marked as Exhibit 8 to your deposition a
23  document entitled "CLINICAL TRIAL
24  REPORT."  This is actually the same cover

Page 113

1  page we looked at.  That's your
2  signature.  Correct?
3      A.   Yes.
4      Q.   And this is the cover page
5  for the clinical trial report for study
6  0015.  Correct?
7      A.   Yes, it is.
8      Q.   This was submitted to the
9  FDA in 1996 with your signature.
10  Correct?
11      A.   Yes.
12      Q.   And this is the summary
13  section where -- that you were alluding
14  to earlier where you summarize the
15  results of the clinical trial for the
16  FDA.  Correct?
17      A.   Well, I think that may be
18  the -- again, if I could see it, it would
19  be more helpful, I just see one part.  We
20  have a summary that sits on top of the
21  entire clinical trial report.  And by
22  definition, clinical trial reports are
23  large documents because of the volume of
24  data collected.  So having 1800 pages is

29 (Pages 110 to 113)

Confidential - Mark S. Scott, Ph.D.

Page 114

1  not uncommon for any clinical trial.  So
2  what you have there, it looks like the
3  summary, but I don't know if it's the
4  full clinical trial report.
5       Q.   I'll ask you to take a look
6  at that.  This is Exhibit 8.
7          Dr. Scott, could you please
8  show me in the summary that you submitted
9  to the FDA for clinical trial study 0015
10  where you point out to the FDA the
11  glucose data that we were just discussing
12  in those tables?
13      A.   What you've provided to me
14  is what we would call the summary that
15  would sit on top of the clinical trial
16  report, per se.  So this is, if you would
17  like, a summary -- again, the way the
18  clinical trial report is produced is, you
19  have the raw data, you have tabular
20  displays of that raw data and then you
21  have a full clinical trial report which
22  delineates background, rationale,
23  methodology, statistical methods, results
24  and conclusions.  And what sits on top of

Page 115

1  that is a summary.  What you have here is
2  just the high level summary.  So if you
3  have the clinical trial report which
4  forms part of the FDA review, FDA filing
5  and review as well, that would be
6  helpful.
7       Q.   Okay.  But in the summary,
8  the summary that you prepare, this
9  summary is for the FDA, is it not?  It's
10  for the FDA to read.  Correct?
11      A.   This is part of the
12  documentation of the entire clinical
13  trial to the FDA.  So our expectation is
14  that sits on top, FDA reviewers look at
15  the entire documentation associated with
16  the submission.
17      Q.   So this -- let's just be
18  clear, this summary is what you,
19  AstraZeneca, drafted and prepared and
20  submitted to the FDA to give whoever at
21  the FDA was looking at this
22  multi-thousand page study 0015 clinical
23  trial report, an outline, if you will, of
24  the important information in the clinical

Page 116

1  trial report.  Isn't that correct?
2       A.   This is one part of the
3  clinical trial report to the FDA for
4  trial 0015.  I can't speak to who at FDA
5  reads what, but this serves as a high
6  level summary of the results.  You have a
7  full clinical trial report that sits
8  under this as well as all of the raw data
9  and tabulation results from the clinical
10  trial as well.
11      Q.   And the fact remains, does
12  it not, Dr. Scott, that in the summary
13  that you provided to the FDA for clinical
14  trial 0015, you do not make mention of
15  the glucose data that we looked at in
16  those three tables?  Isn't that correct?
17      A.   I'd like to take a look at
18  the basis for inclusion or exclusion of
19  data because there's a lot of information
20  that's in the summary which is -- excuse
21  me, a lot of information in terms of
22  safety -- there's a lot of information in
23  the clinical trial report which
24  doesn't -- that doesn't appear in the

Page 117

1  summary because a decision has been made
2  with respect to interpretation of that in
3  the context of the protocol.
4       Q.   So are you saying --
5          MR. ALLEN:  Objection.
6  Nonresponsive.
7  BY MR. PENNOCK:
8       Q.   Are you saying that the data
9  that we just looked at regarding glucose
10  from study 0015 was not included in the
11  summary document for the FDA because the
12  interpretation was that it was not
13  clinically significant?
14      A.   Again, I can't speak to
15  the -- excuse me.  I can't speak to the
16  contents of the clinical trial report
17  because I don't have it in front of me
18  right now.  I'll go back to how one
19  interprets safety with respect to any
20  compound, especially early in
21  development, because you use the totality
22  of the evidence from the clinical trial
23  program to communicate the benefits and
24  risks of -- benefits and risks of the

30 (Pages 114 to 117)

Confidential - Mark S. Scott, Ph.D.

Page 118

1  drug and communicate to the FDA with
2  respect to what we know about the drug.
3  So all the trial 0015 data are featured
4  in the summaries to the FDA.
5       Q.   Dr. Scott, if you wouldn't
6  mind turning your attention to Roman
7  numeral VII, page VII of this summary
8  that you supplied to the FDA regarding
9  study 0015.  Do you have that?
10      A.   Roman numeral VII?
11      Q.   I'm sorry, VI, I apologize.
12      A.   I have, yes, Roman number
13  VII.
14      Q.   Now, on this page, you talk
15  about certain findings that were made
16  from laboratory testing in study 0015.
17  Correct?
18      A.   If you give me a second here
19  to go through it in detail, please.
20      Okay.
21      Q.   In this summary, you tell
22  the FDA that there was treatment
23  associated, benign fluctuations in white
24  blood cell counts.  Right?

Page 119

1       A.   That's what is written here,
2  yes.
3       Q.   So you made findings
4  regarding changes in white blood cell
5  counts, you interpreted them as being
6  benign, and you told the FDA, number one,
7  that you made those findings; and number
8  two, you're interpretation is that they
9  were benign.  Correct?
10      A.   That's what's written here.
11  Again, what would be helpful is to have
12  the full clinical trial report because
13  that would be a synopsis of the findings
14  for that section.  So in the clinical
15  trial report itself, I would expect to
16  see more information on each of the
17  laboratory parameters and what was looked
18  at.
19      Q.   Well, in fact, the document
20  we're looking at is the synopsis of the
21  clinical trial findings.  Right?
22      A.   It is a synopsis, but a full
23  delineation of the outcome of the
24  clinical trial is contained in the

Page 120

1  clinical trial report.
2       Q.   As you understood it in your
3  vast experience with clinical trial
4  submissions to the FDA, this summary
5  would be the first thing that the FDA
6  reviewer would read with respect to a
7  multi-thousand page clinical trial
8  report.  Isn't that right?
9       MR. BROCK:  Object to the
10  form.
11      THE WITNESS:  To be honest
12  with you, I can't speak to the way
13  that the FDA reviews documents.
14  That's not my expertise.
15  BY MR. PENNOCK:
16      Q.   Well, at least in terms of
17  this synopsis that AstraZeneca prepared
18  for the FDA regarding study 0015, you
19  also told the FDA that there were lab
20  tests showing elevations in liver
21  function tests.  Right?
22      A.   It says Seroquel was
23  associated with transient elevations in
24  liver function tests.

Page 121

1       Q.   And you interpreted these
2  transient elevations for the FDA as not
3  having any clinical significance as far
4  as you could see.  Right?
5       A.   The statement is there was
6  no dose-response relationship among
7  Seroquel groups and no clear difference
8  between the TID, which means three times
9  a day, and BID dose regimens in terms of
10  proportions of patients with clinically
11  significant LFT elevations.
12      Q.   So once again, you tell them
13  about this laboratory finding and you
14  give an interpretation of it.  Right?
15      A.   Again, this is a summary of
16  a summary, and so the full clinical trial
17  report would be very helpful to look at
18  with respect to how these conclusions
19  were drawn relative to all of the other
20  examinations for laboratory data that
21  were done in the context of clinical
22  trial report.
23      Q.   Well, just to move on
24  through the summary that, as you put it,

31 (Pages 118 to 121)

Confidential - Mark S. Scott, Ph.D.

Page 122

1  sits on top of a clinical trial report,
2  you also told them about findings you
3  made regarding thyroid function and the
4  conclusion that there were no substantial
5  elevations for the thyroid function, too.
6  Right?
7      A.   We discussed the findings
8  from thyroid from trial 0015 here, but
9  again, if I go back to the individual
10  clinical trial report itself, to look at
11  the results for each lab parameter and
12  the discussion of each one, that might be
13  more helpful than just the summary.
14     Q.   With respect to what you did
15  tell them in this synopsis that sits on
16  top of the report, Dr. Scott, if we could
17  just move through this and get through
18  it, I want to confirm with you that you
19  told the FDA that with regard to plasma
20  prolactin, there were, in fact, decreases
21  from baseline and, therefore, you
22  distinguished yourself from any concern
23  regarding plasma prolactin lab tests that
24  were find -- found in standard atypical

Page 123

1  agents.  That's what you're saying in
2  that sentence.  Correct?
3      A.   No, I think this is saying
4  what we found in plasma prolactin
5  concentrations with Seroquel.  It says
6  nothing else about being -- it just -- it
7  does make a general reference for the
8  standard antipsychotic agents, but I
9  don't know -- the clinical interpretation
10  of that would not be mine.  Again, this
11  is one sentence out of a larger section
12  in a clinical trial report where each
13  laboratory value is analyzed and
14  commented on.
15     Q.   You also did what's called a
16  slit lamp examination on patients because
17  you were looking for potential signs of
18  cataracts from Seroquel, and you told the
19  FDA that that all worked out okay for you
20  as well.  Right?
21         MR. BROCK:  Object to the
22  form.
23         THE WITNESS:  This is the
24  findings that were in the clinical

Page 124

1      trial report and comment about it
2  all working out well for us, I
3  don't think that that's reflected
4  here.
5  BY MR. PENNOCK:
6      Q.   You conducted electrocardiograms
7  on the patients and there were no
8  consistently clinically relevant changes,
9  and you told the FDA about that?
10     A.   We told the FDA that there
11  were no clinically relevant changes in
12  ECG and there was no evidence of
13  conducting abnormalities, arrhythmias and
14  no confirmation changes associated with
15  Seroquel treatment.
16     Q.   Turning to the next page,
17  you state in the conclusions that
18  "SEROQUEL was well tolerated with no
19  additional safety issues..."  Do you see
20  that statement?
21     A.   Yes.
22     Q.   So the very last thing you
23  said to the FDA in the conclusion for the
24  synopsis for study 0015, that SEROQUEL

Page 125

1  was well tolerated with no additional
2  safety issues, beyond those previously
3  identified in short-term (6 weeks or
4  less) trials, arising after long-term
5  treatment with SEROQUEL?
6      A.   Well, you've read that
7  statement correctly.  However, I'll
8  characterize it as, again, we looked at
9  all the clinical trial data from this
10  clinical trial, reviewed it as part of
11  the full clinical trial report, it is
12  there for review, and this is, again, a
13  synopsis.  I'll go back to this trial
14  featured as all other trials featured
15  with respect to what the overall
16  conclusions are on glucose given the
17  totality of evidence that we collected
18  from the submission as part of the
19  integrated summary of safety.
20     Q.   So the findings in all three
21  dose ranges, 75 milligrams,
22  300 milligrams and 600 milligrams, that
23  there were mean increases in fasting
24  plasma glucose in the patients who lasted

32 (Pages 122 to 125)

Confidential - Mark S. Scott, Ph.D.

Page 126

1  the 52 weeks, were not included by you in
2  this synopsis even as an issue to be
3  discussed?
4        MR. BROCK:  Object.  That
5     misstates the testimony.
6  BY MR. PENNOCK:
7     Q.   I'll rephrase the question.
8  Let me rephrase, Dr. Scott.
9        So with respect to the
10 findings of the -- of glucose changes,
11 mean changes in patients that took the
12 75-milligram, 300-milligram and
13 600-milligram dose, you chose not to tell
14 the FDA that that was a safety issue?
15       MR. BROCK:  Object to the
16    form.
17       THE WITNESS:  We examined
18    all of the clinical trial data,
19    analyzed the clinical trial data
20    and provided that information to
21    FDA.  Again, the interpretation of
22    results has to be done in the
23    context of the clinical trial as
24    well as in terms of the findings

Page 127

1     of glucose overall as part the
2     NDA, is part of the integrated
3     summary of safety which we
4     submitted to the FDA and had
5     conclusions about glucose in that
6     document as well.
7  BY MR. PENNOCK:
8     Q.   In 1996, 11 years before the
9  SERM meeting that -- minutes that we
10 looked at earlier, you had clinical trial
11 data that there were mean increases in
12 fasting plasma glucose in patients that
13 were taking Seroquel.  Correct?
14       MR. BROCK:  Object to the
15    form.
16       THE WITNESS:  There's
17    clinical trial data which examines
18    glucose.  I would want to
19    characterize what is an
20    interpretation of that clinical
21    trial data as opposed to just
22    stating mean changes.
23 BY MR. PENNOCK:
24    Q.   Doctor, I'm going to hand

Page 128

1  you the labels for Seroquel from -- I
2  think you have 1999 there.  I'm going to
3  hand you 2000, 2001, 2002, 2003, 2004,
4  2005, 2006 and 2007.  And I'd ask you to
5  take the time to tell me where the study
6  0015 glucose data that we looked at in
7  those tables is -- might be found in the
8  Seroquel labels.
9        MR. BROCK:  Off the record
10    just a second and I'll come around
11    and get them, I think that will be
12    easier.
13       VIDEOGRAPHER:  Shall we go
14    off the record for a moment?
15       MR. BROCK:  I'll go around
16    the other way next time, sorry.
17       Do you want to mark these in
18    some way?  Do you want to provide
19    an exhibit number at the bottom?
20       MR. PENNOCK:  I can mark
21    them and hand it to him or we can
22    do it afterwards, whatever you
23    want.
24       MR. BROCK:  Why don't you

Page 129

1  give it by year and the exhibit
2  number when you get to it, and
3  I'll write it on the bottom or you
4  can pass me some stickers.
5     I apologize, I skipped
6  Exhibit 9.  So this will be 10
7  through 16.
8            - - -
9        (Exhibits Scott-10, Seroquel
10    label, Scott-11, Seroquel label,
11    Scott-12, Seroquel label,
12    Scott-13, 2004 Seroquel label,
13    Scott-14, 2005 Seroquel label,
14    Scott-15, 2006 Seroquel label, and
15    Scott-16, 2007 Seroquel label,
16    were marked for identification.)
17            - - -
18       MR. BROCK:  Is there a
19    question?
20       MR. PENNOCK:  There is.
21       MR. BROCK:  Do you know the
22    question?
23       THE WITNESS:  No, I'm sorry.
24    You asked about a number of years

Confidential - Mark S. Scott, Ph.D.

Page 130

1    and labels, so...
2  BY MR. PENNOCK:
3    Q.   Dr. Scott, I've asked you to
4  look at the labels for Seroquel through
5  2007, 2007 label, excluding the label
6  change that happened in the end of the
7  fall of 2007.  And I'd ask you to show me
8  where the clinical trial data is on
9  fasting plasma glucose mean increases
10  that we looked at from study 0015 that
11  was conducted and concluded by 1996.
12    A.   I just want to make sure
13  that these labels are from the
14  Physicians' Desk Reference?
15    Q.   Yes.
16    A.   We make label changes on the
17  basis of our periodic safety update
18  reports as well as we provide new
19  applications to the FDA for additional
20  claims for Seroquel.
21      Now, as I stated earlier,
22  the information on all of the clinical
23  trial data, given study 0015, formed part
24  of the original NDA for submission to the

Page 131

1  FDA, and formed part of the safety review
2  that led to the labeling that was again
3  agreed with the FDA with respect to the
4  information that was found in the
5  clinical trials that should appear in
6  labeling, that information was part of
7  that review and did not feature in the
8  labeling because of all of the clinical
9  trial data related to hyperglycemia.
10    MR. ALLEN:  Objection.
11  Nonresponsive.
12  BY MR. PENNOCK:
13    Q.   Doctor, is that -- I think
14  that's a long way of saying that the data
15  that we looked at is not found or
16  presented to physicians in the labels
17  that I've handed to you.  Correct?
18    A.   I would say that the labels
19  that we have contain an accurate
20  assessment of the clinical trial data,
21  their interpretation with respect to
22  changes not just in blood glucose, but
23  changes in other laboratory parameters
24  that was found in our clinical trials

Page 132

1  data.  And at the time of the NDA,
2  looking across the totality of the
3  evidence for the NDA, the only
4  information that was included, but was
5  thought to be relevant and agreed with
6  the FDA, was the information on adverse
7  events that was included in the clinical
8  trial program.
9    Q.   And for the ensuing 11 years
10  after the NDA, you, AstraZeneca still did
11  not think it important to put in initial
12  clinical trial findings of mean increases
13  in fasting plasma glucose in patients
14  that took Seroquel in three separate dose
15  ranges.  Correct?
16    A.   I wouldn't -- I wouldn't
17  characterize -- what we've done is
18  throughout the years in development of
19  Seroquel is we've provided on the basis
20  of clinical trial program updates to the
21  labeling with respect to the safety and
22  efficacy of Seroquel.  That includes
23  fasting plasma glucose.  And the time
24  that we made a change was in 2007 where

Page 133

1  we had the results of trials 126 and 127
2  which were the drivers for the SERM.  And
3  then we included them as part of the
4  labeling in terms of our clinical trial
5  data that went beyond that which we saw
6  previous.
7    Q.   Doctor, isn't it a fact that
8  aside from study 0015 that we've looked
9  at and aside from studies 126 and 127
10  that were the drivers for the SERM in
11  June of 2007 resulting in a label change
12  that included clinical trial data on
13  glucose changes, that putting the study
14  0015 aside and 126 and 127 aside, that by
15  mid-1996 you had multiple clinical trials
16  showing changes in glucose in the
17  patients taking Seroquel?
18    A.   Glucose changes, as
19  I perceive a change -- as I understand,
20  glucose would change irrespective of
21  Seroquel, but in terms of the inference
22  that you would draw from the clinical
23  trial program is what we would be doing,
24  what we did on an ongoing basis in

Confidential - Mark S. Scott, Ph.D.

| Page 134 | Page 136 |
|---|---|

**Page 134**

1 reviewing glucose levels.  Seeing changes
2 is not surprising.  Laboratory values
3 change with every patient irrespective of
4 what they're on.  But it's the
5 interpretation of those results in the
6 context of a clinical trial program which
7 is the basis for our labeling.
8     Q.   This document was marked as
9 Exhibit 4 earlier, it's the SERM document
10 that we were talking about from June
11 of 2007.  And the Seroquel evaluation
12 safety meeting said following a review of
13 all clinical trial data, they had
14 concluded that they should create a
15 special warnings and special precautions
16 section in the core data sheet for
17 Seroquel?  Right?
18     A.   No, I think the special
19 warnings and special precaution section
20 was always there as part of the core data
21 sheet.  And now it was included into that
22 section for increases in blood glucose
23 and hyperglycemia as part of that
24 section.

**Page 135**

1     Q.   In 2007?
2     A.   In 2007, yes.
3     Q.   Well, are you -- you're
4 familiar with study 0049, are you not,
5 that was clinical study report from July
6 of 2005, although the last patient was
7 completed in September of 2003?  Do you
8 remember that study?
9     A.   I remember the -- number
10 0049.  I have to remember what it was in
11 and the results of the study.  I don't
12 have it in front of me.
13         MR. PENNOCK:  Let me mark as
14     Exhibit 17 study 0049.
15         - - -
16     (Exhibit Scott-17, 7/20/05
17     Clinical Study Report, was marked
18     for identification.)
19         - - -
20 BY MR. PENNOCK:
21     Q.   This study is dated July 20,
22 2005.  Right?
23     A.   The study is dated, yes,
24 July 20, 2005.

**Page 136**

1     Q.   And this is placebo
2 controlled.  Correct?
3     A.   This was one of two
4 placebo-controlled trials that were used
5 in the submission to FDA seeking approval
6 for patients with bipolar depression.
7     Q.   And if you turn to a table
8 that appeared on page 135 of this
9 clinical trial report, we see several
10 findings that are pertinent to metabolic
11 syndrome.  Correct?
12     A.   What I have on table 53 is a
13 listing of laboratory values that were
14 collected across the clinical trial
15 program.
16     Q.   And if we look at glucose in
17 terms of the mean glucose value for
18 patients on 600 milligrams of Seroquel,
19 that was higher than placebo?
20     A.   You have a numeric increase
21 over placebo, but again, from this
22 clinical trial, I'd like to see what was
23 said from a clinical perspective about --
24 or even if you wanted, if statistics were

**Page 137**

1 done on this from a statistical
2 perspective with respect to those because
3 here I see -- in terms of changes in
4 glucose, I see all groups going up, and I
5 see a relatively high variance.  So I
6 can't make much out of this without some
7 sort of anchor from a clinical
8 perspective about the relevance of these
9 given the variability that exists.
10     Q.   Take a look at the insulin
11 in the Seroquel patients relative to
12 placebo.  Do you see that, that I've
13 highlighted here?
14     A.   Yes, I do.
15     Q.   And for the 600-milligram
16 dose it was almost nine times higher than
17 the placebo group?
18     A.   I see the changes that are
19 there, but I also see very large
20 variances.  So I wouldn't want to make
21 any statement about something being nine
22 times higher unless I had a more further
23 in-depth investigation about the nature
24 of that variability.

35 (Pages 134 to 137)

Confidential - Mark S. Scott, Ph.D.

Page 138

1    Q.    And for triglycerides,
2  you're also seeing a significant
3  difference between the 600-milligram and
4  the 300-milligram group and the placebo.
5  Right?
6    A.    Well, I don't know if
7  significance is -- I can characterize
8  that as significant from the clinical or
9  significant perspective.  You have a lot
10  of variability there with respect to
11  changes in triglycerides, but I do know
12  that we've had triglycerides as well
13  featured as part of the labeling since
14  1997.
15    Q.    If we look at the labels for
16  Seroquel prior to your label change in
17  the fall of 2007, we are not going to see
18  a reporting of this data either, are we?
19    A.    But, again, we've submitted
20  this as part of the overall findings for
21  bipolar depression.  This is one clinical
22  trial.  And I would want to look at the
23  totality of the evidence with respect to
24  the clinical trial program and then have

Page 139

1  some clinical comment about those
2  results.  One clinical trial given this
3  is a safety variable, but it's one of
4  many safety variables that we look at,
5  I'd want to look at the totality of the
6  evidence and not just one clinical trial.
7    Q.    Let's look at another
8  clinical trial.  Do you remember the
9  STACK trial, it's called the STACK trial?
10    A.    No, I do not remember the
11  STACK trial.
12    Q.    Study 165?
13    A.    Again, it doesn't ring a
14  bell with me.  I remember the name, but I
15  don't think it's featured as a
16  placebo-controlled trial as I recall as
17  part of a submission.
18    Q.    Well, you actually presented
19  a slide show on the STACK trial back in
20  September of 2005, didn't you?
21    A.    Not that I recall.
22    Q.    Let's take a look at this.
23       - - -
24    (Exhibit Scott-18, Series of

Page 140

1  e-mails, was marked for
2  identification.)
3       - - -
4  BY MR. PENNOCK:
5    Q.    Marked as Exhibit 18, an
6  e-mail chain that you were included on,
7  and if we look at the bottom of the
8  chain, it says, "Rohini and I compiled a
9  list of all the ongoing Clinical studies
10  for Seroquel, including the study
11  nickname (STACK, PRINCESS, etc.), the
12  study design and the Primary Outcome
13  Variables.  The first tab lists all
14  studies except the MDD/...," major
15  depressive disorder and "...GAD...,"
16  generalized anxiety disorder, "...and the
17  second study details the MDD/GAD
18  studies."  Hope you find this useful.
19       And you ask "Are you making
20  slides for next week?"  Do you see that
21  statement?
22    A.    Yes.
23    Q.    John -- Joan Shaw replied to
24  you, "That's my job this morning.  Will

Page 141

1  you be presenting them?  We only have 20
2  minutes, so I was thinking about 10 - 12
3  slides?  Joan."
4       And you replied, "I
5  am...thanks."
6       Does this refresh your
7  recollection that you presented some
8  slides regarding study 165 back in
9  September of 2005?
10    A.    To be honest with you, no, I
11  don't recollect that.  I may have done
12  that, but, again, I'd like to understand
13  what the overall presentation was about.
14       - - -
15    (Exhibit Scott-19, Series of
16  slides, was marked for
17  identification.)
18       - - -
19  BY MR. PENNOCK:
20    Q.    Well, I've marked as
21  Exhibit 19 a series of slides regarding
22  STACK.
23    A.    To be honest with you,
24  looking at that, I don't think I -- I

36 (Pages 138 to 141)

Confidential - Mark S. Scott, Ph.D.

Page 142

1  would never have produced a PowerPoint
2  slide like that. So I mean, I don't
3  know -- I don't know where that came
4  from, to tell you the truth.
5      Q.   Does it refresh your
6  recollection as to whether Joan produced
7  a PowerPoint slide such as that for you?
8      A.   As I said, that if you give
9  me a copy of the slides themselves, I
10 might give some more context for it, but
11 I just don't -- I just don't know off the
12 top of my head.
13     Q.   Well, does that have any --
14 do you recollect presenting this?
15     A.   No.
16     Q.   None of these?
17     A.   No.
18     Q.   What about this, "Glucose
19 Findings"?
20     A.   No, wouldn't do that.
21     Q.   No, you would not do that?
22     A.   No.
23     Q.   And are you familiar with
24 the anatomy here that the glucose meter

Page 143

1  is in the location of where the pancreas
2  would be in the human body?
3      A.   No, to be -- as I said, I
4  would -- I don't know where that came
5  from, and I would never use that. So I
6  can't interpret that at all.
7      Q.   You would not use that
8  because it's making light of a very
9  serious medical issue. Correct?
10         MR. BROCK: Object to form.
11         THE WITNESS: As I said, I
12     don't know anything about that.
13     I'm not a clinician. I don't know
14     the anatomy. So I don't know what
15     that actually means.
16 BY MR. PENNOCK:
17     Q.   Well, you are a
18 statistician. Correct?
19     A.   I am a statistician,
20 correct.
21         MR. BROCK: If you don't
22     have an extra copy of that, can we
23     make one real quick? Thank you.
24 BY MR. PENNOCK:

Page 144

1      Q.   The STACK study was a study
2  of patients taking 800 milligrams -- 800
3  milligrams a day. Correct?
4      A.   As I said, I'm not familiar
5  with the STACK trial. I mean, off the
6  top of my head -- I could review it, but
7  I don't recall it off the top of my head,
8  the design of it. If you have a copy of
9  the -- if you have a copy of the trial
10 itself, I'd appreciate that.
11         MR. BROCK: We don't mind
12     making a quick copy of it if
13     that's okay.
14         MR. PENNOCK: Let me just
15     ask a quick question and maybe
16     I'll move to -- I'm going to move
17     to the next one.
18         MR. BROCK: You're shuffling
19     portions of it across and then
20     asking him questions about it. He
21     said he doesn't remember it, but
22     he'd like to review what you have.
23     I'm asking if we can make a quick
24     copy of it so we can take a quick

Page 145

1  look at it.
2          MR. PENNOCK: I just have
3      one question on this slide and
4      then I'll move on. And then we
5      can come back to it when the copy
6      is ready.
7          - - -
8          (Exhibit Scott-20, Graphic
9      display of data, was marked for
10     identification.)
11         - - -
12 BY MR. PENNOCK:
13     Q.   Doctor, does that slide
14 reflect mean changes in millimoles per
15 liter of glucose from a glucose tolerance
16 test in general population showing an
17 increase in the Seroquel group?
18     A.   That's a graphic display of
19 some data. The contents of it, I'd have
20 to look at in terms of design of
21 experiments and the outcome. So all I
22 have up there are some bars on a graph
23 with -- on a figure. So other than that,
24 I'd --

37 (Pages 142 to 145)

Confidential - Mark S. Scott, Ph.D.

Page 146

1     Q.   Let me ask you, do any of
2  these slides refresh your recollection as
3  to the slide presentation you gave in
4  September 2005?
5          MR. BROCK:  Object to form.
6          THE WITNESS:  Again, this --
7     I don't recall this meeting.  I'll
8     tell you that I would have not
9     presented results that looked like
10    that on a graphic.  That's not
11    something that I would be doing.
12    And as for the other slides, they
13    look like slides that were a part
14    of a larger efficacy and safety
15    review that took place in 2005.
16    But I wouldn't have generated
17    those.
18         MR. BROCK:  I'm going to ask
19    that the complete Exhibit 19 be
20    attached to the deposition.
21         MR. PENNOCK:  All of the
22    slides again?
23         MR. BROCK:  Yeah.  Whatever
24    you have on Exhibit 19, the

Page 147

1     complete slide deck, if you could
2     attach those.
3          MR. PENNOCK:  Okay.  We'll
4     get those together and give them
5     to you.  We'll put together a full
6     set.  Why don't you give him our
7     set.
8  BY MR. PENNOCK:
9     Q.   Well, to this very day, has
10 any of the data from 165 been presented
11 in the label for Seroquel?
12    A.   All of the clinical trial
13 data that has been submitted to the
14 FDA -- we've submitted all clinical trial
15 to the FDA and we've agreed with the FDA
16 appropriate labeling as a result of
17 totality of all of that evidence.  So you
18 have a clinical trial -- you have one
19 clinical trial.  Again, I don't recall
20 the features of that particular clinical
21 trial, but I'd like to see how that trial
22 was looked at opposite the other clinical
23 trials that were used and any evaluation
24 of glucose.

Page 148

1     Q.   So is your answer that study
2  165 data is not presented, in table form
3  or otherwise, in the label for Seroquel?
4     A.   All of the clinical trial
5  data are used to inform the contents of
6  the labeling.  It's not just one clinical
7  trial.  It is all the clinical trial data
8  across the clinical trial program are
9  used to form the labeling for the drug --
10 for the brand drug.
11              - - -
12         (Exhibit Scott-21, Seroquel
13    and Glucose Dysregulation slide,
14    was marked for identification.)
15              - - -
16 BY MR. PENNOCK:
17    Q.   Do you recall a
18 pharmacokinetic study number 3 that was
19 dated October 2005?
20    A.   A clinical pharmacology
21 study?
22    Q.   Pharmacokinetics.
23    A.   I'd have to take a look at
24 it.

Page 149

1     I recall the design of this
2  because I wanted to assess the effects of
3  light meal in a fasted state for the XR
4  formulation.  So I recall the -- I recall
5  the original design intent and then how
6  it featured ultimately in the labeling.
7          MR. ALLEN:  What exhibit is
8     this?
9          MR. PENNOCK:  I'm sorry,
10    this is Exhibit 22.
11              - - -
12         (Exhibit Scott-22, 10/24/05
13    Clinical Pharmacology Study
14    Report, was marked for
15    identification.)
16              - - -
17 BY MR. PENNOCK:
18    Q.   This was -- healthy
19 volunteers were given 50 milligrams of
20 Seroquel.
21    A.   I'm sorry, I'm caught up
22 in -- I'm caught up in the --
23    Q.   I'll repeat it.
24         Healthy volunteers were

38 (Pages 146 to 149)

Confidential - Mark S. Scott, Ph.D.

Page 150

1 given a low dose of Seroquel
2 50 milligrams.  Do you see that?
3      A.   Healthy volunteers were
4 given 50 milligrams and 300 milligrams of
5 Seroquel to assess the effect of food.
6      Q.   In the safety population,
7 there was a fasting glucose mean
8 increase, a change from randomization
9 of .463?
10      A.   You have a mean change
11 of .463 on Seroquel.
12      Q.   So in seven days, there was
13 an 8.3 milligram per deciliter increase
14 in fasting glucose?
15      A.   Well, again, these are
16 healthy volunteers.  The interpretation
17 of which I would rather leave to the
18 clinician.  And these data as well
19 featured as part of the submission for
20 Seroquel XR for the use in schizophrenia
21 which were all communicated to the FDA.
22      Q.   And where in the label did
23 you communicate that in healthy
24 volunteers on a 50 milligram dose of

Page 151

1 Seroquel for seven days there was an 8.3
2 milligram per deciliter increase in the
3 fasting plasma glucose?
4      A.   We use, as part of the
5 labeling, all of the totality of the
6 evidence from clinical pharmacology
7 trials, from positive-controlled trials
8 as well as placebo-controlled trials to
9 draft the labeling.  So all of this data
10 form part of the review of safety for the
11 product as part of any labeling for
12 Seroquel XR.  So these data featured in
13 the accumulation of evidence that we had
14 and we stand behind the information that
15 was in the label based on all of that
16 evidence and not just results from one
17 clinical trial.
18      Q.   So from all the clinical
19 trial results that we've looked at so
20 far, what you're saying is that your
21 interpretation of these results as not
22 being clinically significant is in the
23 label but the results themselves are not
24 in the label.  Correct?

Page 152

1      A.   What I'm saying is that
2 you've shown me, and I don't recall the
3 number, maybe three or four studies where
4 some observations have been made.  And we
5 have a large database of other clinical
6 trials that we've used as well where we
7 have measured those same parameters.
8      Q.   We'll get to those.
9      A.   And we'll use amalgamation
10 of totality of all the evidence to draw a
11 conclusion about changes in blood
12 glucose.  And the changes that we had are
13 the changes that are reflected -- excuse
14 me.  The changes that we have are
15 reflected as part of labeling.
16      Q.   Let's look at study 135.  Do
17 you remember that study?
18      A.   135 I believe was one of the
19 trials that went in for the XR
20 schizophrenia.
21           - - -
22      (Exhibit Scott-23, 12/1/05
23      Clinical Study Report, was marked
24      for identification.)

Page 153

1           - - -
2 BY MR. PENNOCK:
3      Q.   Exhibit 23.
4      A.   Sorry, I had the wrong
5 number.  It was 132 I was thinking of,
6 sorry.
7      Q.   135 was also placebo
8 controlled.  Correct?
9      A.   135 was placebo controlled,
10 yes.
11      Q.   Let me see if I can get this
12 clear on here.
13           So for the 300 milligram
14 dose for insulin was over ten times
15 placebo according to this table?
16      A.   Well, again, you have a --
17 changes in laboratory parameters that are
18 seen in this trial.  There is a lot of
19 variability with respect to these
20 outcomes.  And so I wouldn't again
21 characterize as something as being ten
22 times.  I would characterize that you're
23 seeing these changes and I would want to
24 put these data alongside the evidence

Confidential - Mark S. Scott, Ph.D.

Page 154

1  from the companion trial with respect to
2  making any comment on changes in any
3  parameter.
4      Q.   And where in the label did
5  you put these data along a companion
6  trial and make comments that were --
7  present the data that while there was a
8  tenfold difference in insulin between the
9  300 milligram dose and placebo, it didn't
10  matter clinically?
11     A.   Again, this -- well, the
12  clinical trials were conducted and here
13  an integrated safety summary was also
14  produced.  It might have been called the
15  clinical summary of safety for this,
16  where all the data from the bipolar
17  depression program were looked at in
18  terms of changes in glucose, changes in
19  insulin as well as shifts.  At that level
20  of the documentation a label was formed
21  on the basis of that information relative
22  to the information that we had already in
23  the label with respect to Seroquel.
24         So, again, given the

Page 155

1  totality of evidence here, plus the
2  totality of evidence that we had prior to
3  this, do we need to make any other
4  changes to the label with respect to
5  information on any particular laboratory
6  value or any other safety variable.  If
7  we had found it, we would have included
8  it as part of the labeling.
9      Q.   But you didn't present this
10  data in the label for Seroquel in 2006
11  after you completed this report in 2005?
12     A.   What we did do is we put
13  these data together with a companion
14  trial which was the other bipolar
15  depression trial as part of the
16  integrated summary of safety, looked at
17  that information, that information
18  alongside all of the other information
19  that had been collected prior to this
20  period of time, and made a determination
21  of what other things needed to be
22  included as part of the labeling.  We
23  agreed with those changes to the labeling
24  with FDA when we submitted this for use

Page 156

1  in bipolar depression.
2      Q.   Well, let's look at another
3  trial.  And was this -- I'm going to mark
4  this as Exhibit 25.  Do you recall study
5  41?
6      A.   Yes, I do.
7      Q.   I'm going to mark as
8  Exhibit 25, tables from study 41.
9              - - -
10         (Exhibit Scott-25, 3/2/06
11         Clinical Study Report, was marked
12         for identification.)
13              - - -
14  BY MR. PENNOCK:
15     Q.   Now, we're still 15 months
16  from the SERM meeting in June of '06 when
17  the decision was made to make some kind
18  of label change on glucose dysregulation.
19     A.   If I could make a comment,
20  we --
21         MR. BROCK:  Object to the
22     form.
23         THE WITNESS:  We had --
24  BY MR. PENNOCK:

Page 157

1      Q.   Let me -- let me withdraw
2  that and rephrase it.
3         Doctor, this is March
4  of 2006, that's 15 months from the SERM
5  meeting that we were looking at earlier
6  when the decision was made to make a
7  change regarding glucose dysregulation
8  based on the clinical trials.  Correct?
9      A.   This clinical trial report
10  was in March of 2006 which was prior to
11  June of 2007.
12     Q.   And by the way, AstraZeneca
13  completed this report almost four years
14  earlier in May of 2002?
15     A.   The trial -- yes, this was
16  the trial that didn't succeed with
17  respect to separating from placebo.
18     Q.   What you mean by that is it
19  didn't -- it wasn't good for you in terms
20  of comparison to placebo?
21     A.   No, I would say it was just
22  another piece of information.  We had a
23  formulation that was being developed, and
24  at times clinical trials failed,

40 (Pages 154 to 157)

Confidential - Mark S. Scott, Ph.D.

| Page 158 | Page 160 |
|---|---|
| 1 especially in this particular order.  So | 1 regarding diabetes and |
| 2 this was a step along the development | 2 hyperglycemia that appeared as |
| 3 path. | 3 part of our labeling. |
| 4      Q.    During that -- | 4      So our review ongoing at the |
| 5      A.    Subsequent to that we had | 5 time, we looked at this trial |
| 6 two other clinical trials to help support | 6 alongside other trials as part of |
| 7 the use of Seroquel in XR in | 7 our ongoing review to see whether |
| 8 schizophrenia which ultimately was | 8 or not information in here would |
| 9 approved by FDA. | 9 change any existing labeling that |
| 10      Q.    In that formulation that was | 10 we had either as part of our core |
| 11 being developed -- withdrawn. | 11 data sheet or the existing |
| 12      Did you have a formulation | 12 labeling in the U.S.  And the |
| 13 that you were developing as to how much | 13 individuals looking at the |
| 14 clinical trial data you would need | 14 clinical trial data across the |
| 15 regarding glucose increasing in the | 15 clinical trial program every step |
| 16 patients on Seroquel before you put the | 16 of the way was saying no change |
| 17 data in the label? | 17 needed to be made.  The only |
| 18      A.    I'm sorry, can you -- | 18 change that we needed to make was |
| 19      Q.    Did you have any type of | 19 when we had data to support that, |
| 20 protocol or formulation internally at | 20 and that was in 2007. |
| 21 AstraZeneca as to when you would decide | 21 BY MR. PENNOCK: |
| 22 that the totality of the clinical trial | 22      Q.    And that data that you had |
| 23 data on glucose changes for patients on | 23 in 2007 was the 126 and 127 data that |
| 24 Seroquel indicated that you should put | 24 came out to you in 2007.  Right? |

| Page 159 | Page 161 |
|---|---|
| 1 that data in the label for doctors to be | 1      A.    I think that was the -- one |
| 2 able to see? | 2 of the drivers for the change.  But, |
| 3      MR. BROCK:  Object to the | 3 again, we looked across all of the -- all |
| 4 form. | 4 of the data from a clinical trial |
| 5      THE WITNESS:  We have a | 5 perspective, epidemiologic data, case |
| 6 complex question so I'll try to -- | 6 reports, all of that information went |
| 7 I'll try to break it down.  If I | 7 into the decision to change the label. |
| 8 have it wrong, let me know, | 8      Q.    Went into the decision to |
| 9 please. | 9 change the label in June of 2007? |
| 10      We have an ongoing -- we | 10      A.    If not change -- it was |
| 11 have an ongoing review of safety | 11 change the label in terms of adding |
| 12 information as part of what we do | 12 specific clinical trial information to |
| 13 with every product within | 13 the label where we already had a warning |
| 14 AstraZeneca.  For Seroquel | 14 with respect to hyperglycemia and |
| 15 obviously no exception.  We have | 15 diabetes that would have been in the |
| 16 ongoing safety reviews in a | 16 label since 2004. |
| 17 variety of different topics | 17      Q.    The warning with respect to |
| 18 depending on the information that | 18 hyperglycemia and diabetes that had been |
| 19 we have.  I know that glucose | 19 in the label since 2004 did not recite |
| 20 formed part of that review. | 20 clinical trial data, randomized |
| 21      Now, we had -- in 2004, I | 21 controlled clinical trial data that |
| 22 wasn't part of the -- I wasn't | 22 AstraZeneca itself had been accumulating. |
| 23 part of the team then, but we had | 23 Correct? |
| 24 changes to the label from the FDA | 24      A.    The information that goes |

41 (Pages 158 to 161)

Confidential - Mark S. Scott, Ph.D.

|  | Page 162 |
|---|---|

1    into the label is based on the totality
2    of evidence with respect to clinical
3    trials, not just one clinical trial
4    features into that.  It considers all of
5    the evidence.  So one clinical trial a
6    label doesn't make.  It's all the
7    clinical trial evidence.
8         Q.   Well, we are now only in
9    March of 2006 and we've gone through
10   several clinical trials, not one clinical
11   trial, showing that patients on Seroquel
12   had changes in their fasting plasma
13   glucose that was worse than the
14   comparator groups and in this case study
15   135 -- I'm sorry, study 41, it was
16   compared to placebo.  Correct?
17        A.   No.  I would --
18             MR. BROCK:  Object to the
19        form.
20             MR. PENNOCK:  I'll withdraw.
21   BY MR. PENNOCK:
22        Q.   Doctor, we've been through
23   several clinical trials so far, and each
24   one of them in the data that we've looked

|  | Page 163 |
|---|---|

1    at in the tables showed changes in terms
2    of plasma fasting glucose that were worse
3    for the Seroquel patients than the
4    comparator groups.  Correct?
5             MR. BROCK:  Objection to
6        form.
7             THE WITNESS:  No, I wouldn't
8        characterize it that way.  You
9        have changes in the values that
10       you're seeing in the clinical
11       trial program.  What I would do,
12       though, is I would want to put all
13       the data together to look at from
14       a statistical and clinical
15       perspective to arrive at a
16       decision.
17   BY MR. PENNOCK:
18        Q.   Well, let's --
19        A.   Because you have one
20   clinical trial going in one direction and
21   other clinical trials may go in another
22   direction, that's the evidence that you
23   want to use with respect to any
24   interpretation.

|  | Page 164 |
|---|---|

1         Q.   And by March of 2006,
2    clinical trials we looked at, they're all
3    going in one direction.  Right?
4             MR. BROCK:  Object to the
5        form.
6             THE WITNESS:  Well, you've
7        shown me a number of clinical
8        trials.  There are other clinical
9        trials that existed prior to this
10       time that I've looked at as well
11       where there is information that
12       would tell me there's been no
13       effect on plasma glucose for
14       Seroquel.
15   BY MR. PENNOCK:
16        Q.   Well, for study 15 clinical
17   trial that we looked at earlier that you
18   had from 1996 forward, it showed results
19   data-wise that were similar to the
20   results we had been looking at in these
21   trials, you would agree with that,
22   wouldn't you?
23             MR. BROCK:  Object to the
24        form.

|  | Page 165 |
|---|---|

1             THE WITNESS:  No, I would
2        not.  I would not agree with that.
3        Again, it's the interpretation of
4        those results.  As I said with
5        trial 15, you had a schizophrenic
6        population, you had a positive
7        control in there with haloperidol
8        where you had those haloperidol
9        changes, we treat in a larger or
10       similar to the changes that we saw
11       in Seroquel.  You have to look at
12       that alongside the
13       placebo-controlled trial data for
14       Seroquel at that time to arrive at
15       a decision.  It's the totality of
16       all of that evidence which gets
17       factored into the labeling, not
18       just one clinical trial.
19   BY MR. PENNOCK:
20        Q.   So continuing to look at
21   clinical trials and see if we get to
22   totality as to study 41 at least,
23   placebo, there was a mean -- a change
24   from baseline 3.4 milligrams per

Confidential - Mark S. Scott, Ph.D.

Page 166

1  deciliter of fasting plasma glucose, and
2  it was higher in the 300 group.  Right?
3      A.   The value for 300 milligrams
4  for the XR group was 4.2 mean change.
5      Q.   And for the 600 milligrams
6  XR group it was more than double the
7  placebo?
8      A.   Again, I wouldn't
9  characterize it as double the placebo.
10 There is -- the value is 8.9 which I'll
11 agree is higher than the change for
12 placebo, but again, you've got values
13 here which are -- there's a lot of
14 variants attached to them.  And also you
15 have in one of the Seroquel groups for
16 the product that was being marketed, IR,
17 you see a decrease in fasting plasma
18 glucose.
19     Q.   And for each of the other
20 groups in this study, there was an
21 increase?
22         MR. BROCK:  Object to the
23     form.
24         THE WITNESS:  You have,

Page 167

1      again, mean changes.  And from an
2      inferential point of view, we'd
3      want to have a clinician alongside
4      me to say the magnitude of those
5      changes and the variability, can I
6      make sense out of this from a
7      clinical perspective.
8  BY MR. PENNOCK:
9      Q.   And who was the clinician
10 alongside you in March of 2006?
11     A.   Well, this trial report,
12 Martin Brecher -- Martin Brecher signed
13 off on it.  I was not the statistician on
14 the project, there was another
15 statistician that was assigned to it.  So
16 I can't speak to the statistician
17 involved, but I'd want to have the whole
18 clinical trial report as well as the
19 other evidence that would go into an
20 assessment of glucose changes saying the
21 shifters as well from this clinical trial
22 to make a determination about changes in
23 glucose.
24     Q.   You mentioned Martin

Page 168

1  Brecher.  He was a physician who was
2  assisting in interpreting this data for
3  AstraZeneca.  Right?
4      A.   Yes, he was.
5      Q.   And --
6          MR. PENNOCK:  Let's take a
7      break to change the tape.
8          VIDEOGRAPHER:  We are now
9      going off the record.  This is the
10     end of videotape number two.  The
11     time is 12:37.
12             - - -
13         (A recess occurred.)
14             - - -
15         VIDEOGRAPHER:  We are now
16     back on the record.  This is the
17     beginning of videotape number
18     three.  The time is 1:56.
19 BY MR. PENNOCK:
20     Q.   Dr. Scott, I'm going to show
21 you what we're marking as Exhibit 26 to
22 your deposition.
23             - - -
24         (Exhibit Scott-26, 3/16/06

Page 169

1      Clinical Study Report, was marked
2      for identification.)
3             - - -
4  BY MR. PENNOCK:
5      Q.   Are you familiar with study
6  133?
7      A.   Yes.  Study -- excuse me.
8  Study 133 was one of the three
9  placebo-controlled trials that were used
10 in submission for Seroquel XR in the
11 treatment of schizophrenia.
12     Q.   Study 133, the date of this
13 report was March 16, 2006.  The last
14 patient enrolled was in August of 2005.
15 Correct?
16     A.   That is correct.
17     Q.   And with respect to this
18 study, there were results reported in
19 Table 51 that once again showed as to
20 glucose an increase in the Seroquel group
21 that -- across all dose ranges that were
22 multiples of the placebo because, in
23 fact, the placebo decreased.  Right?
24     A.   You have, again, mean

43 (Pages 166 to 169)

Confidential - Mark S. Scott, Ph.D.

Page 170

1  changes for each of the treatment groups
2  in the study with a large degree of
3  variability that's associated with each
4  one of those in terms of -- this is --
5  I'm sorry. I was looking at the wrong
6  page. You're on page -- Table 51, I'm
7  sorry, I apologize.
8          So yes, you see -- for
9  glucose, you're seeing mean changes on --
10 for placebo, Seroquel, each of the
11 Seroquel groups with a large degree of
12 variability that's attached to each of
13 those measures.
14     Q.  And HbA1c is a measurement
15 of glucose essentially for the prior 90
16 days before the test was conducted.
17 Right?
18     A.  I understand that hemoglobin
19 A1c is a measure that's related to
20 glucose. The exact sort of
21 interpretation, I don't feel qualified
22 enough to talk to.
23     Q.  Well, at least in terms of
24 looking at the numbers reported in Table

Page 171

1  51 for study 133, the HbA1c was increased
2  in the Seroquel patients and it was not
3  in the placebo patients?
4          MR. BROCK: Object to the
5          form.
6          THE WITNESS: Well, again, I
7          see there are mean changes here.
8          I look at not just the means, I
9          look at the variability that's
10         attached to it. And I also look
11         at the medians as well in terms of
12         those changes as well. Any
13         conclusion on any parameter should
14         be based on all the evidence, not
15         just from one trial.
16 BY MR. PENNOCK:
17     Q.  And with respect to insulin,
18 once again, we see increases with
19 Seroquel. And with respect to the
20 placebo group, there was a decrease.
21     A.  Again, you have the mean
22 changes in insulin and for each of the
23 doses of Seroquel, you do see mean
24 changes with a lot of variability

Page 172

1  attached to them as well.
2      Q.  Now, with respect to each of
3  these tables that I've shown you so far,
4  you agree with me that the data that's
5  reported in the table is that there were
6  mean changes for Seroquel with respect to
7  these glucose parameters?
8      A.  I would say that there are
9  observations in terms of changes in the
10 mean for each of the parameters and for
11 placebo, the relevance of which I would
12 say needs to be reserved for when you
13 integrate data across trials, the
14 appropriate ways to include as part of
15 labeling.
16     Q.  We'll get to cross trials in
17 a second. Let me just look at a couple
18 of more. Let's look at study -- this is
19 the CAFE study. Are you familiar with
20 that one?
21     A.  Yes, I am.
22             - - -
23         (Exhibit Scott-27, 4/4/06
24         Clinical Study Report, was marked

Page 173

1      for identification.)
2              - - -
3  BY MR. PENNOCK:
4      Q.  This was April 4, 2006.
5  We're still more than a year away from
6  the SERM meeting in June 2007. Right?
7      A.  April 2006 was before June
8  of 2007, yes.
9      Q.  And yet another trial
10 conducted by AstraZeneca we see metabolic
11 related laboratory measures that are
12 showing changes from baseline in the
13 quetiapine patients.
14     A.  What I have here are, again,
15 changes in the means for a variety of
16 different laboratory parameters through
17 time. But again, this one is a little
18 bit more difficult to interpret
19 because -- excuse me.
20         This one is a little bit
21 more difficult to interpret because there
22 isn't a placebo control.
23     Q.  Well, what we see is that
24 with respect to the Seroquel patients, in

44 (Pages 170 to 173)

Confidential - Mark S. Scott, Ph.D.

Page 174

1    one group of Seroquel patients the
2    fasting glucose shifted to greater than
3    100 milligrams per deciliter in
4    12.5 percent of the patients, and in the
5    other group it shifted to greater than
6    100 in 20 percent of the patients?
7         A.   Well, this is -- this is
8    representative of patients who have data
9    at 12 weeks -- the same patients observed
10   at different times.  So at 12 weeks,
11   5 percent had a shift, and at 52 weeks,
12   20 percent had shifts.  And then
13   risperidone was 2.8 and 12.5.  And
14   olanzapine was 11.9 and 28.5.
15        Q.   So actually that was at --
16   it's at 12 weeks, 12.5 percent had a
17   shift.  Right?
18        A.   There were 12.5 -- there
19   were 12.5 percent of patients had a shift
20   above 100.
21        Q.   And a shift over to over 100
22   is clinically significant, isn't it?
23        A.   I really can't answer that.
24   That's something where for an individual

Page 175

1    patient, you have to ask someone who is
2    treating patients who looks at those
3    values every day.
4         Q.   In a clinical trial one of
5    the primary things that you're looking at
6    in a group of patients is the -- what
7    happens to the mean, isn't it?
8         A.   You look at a lot of
9    different data.  You look at mean shifts,
10   you look at clinical shifts as well.
11        Q.   One of the primary things
12   that you want to look at in any clinical
13   trial is whether as a group there is an
14   effect because if the group has an effect
15   by the mean or the average, that
16   decreases the likelihood that that effect
17   is due to chance.  Isn't that true?
18        A.   Well, you're talking
19   about -- you have to give me the -- from
20   a statistical perspective, you want to
21   make sure that the results are not due to
22   chance alone, and they could potentially
23   be attributable to the intervention that
24   you have in place.  So you would set up

Page 176

1    an experiment to try to address that.
2         Q.   Well, the clinical trial is
3    in the nature of an experiment, isn't it,
4    a randomized prospective controlled
5    clinical trial?
6         A.   Yes, indeed.  A clinical
7    trial is a randomized -- clinical trial,
8    it's -- here it's not a randomized
9    placebo control, it's randomized positive
10   control.  But the primary endpoint for
11   this trial, as I recall, was looking at
12   efficacy with respect to what happens
13   with the dropout rate on each of these
14   compounds over a 52-week period in first
15   episodes of schizophrenic patients.
16   There are a lot of other data which are
17   collected to look at, but whether or not
18   I would say I could draw inferences from
19   that would depend on the variable, it's
20   importance, as well as other data that
21   would go alongside this.
22        Q.   Despite the fact that the
23   primary endpoint of this study may have
24   been to look at efficacy issues, as you

Page 177

1    said earlier, you always have an
2    obligation to consider any safety issues
3    that are raised by any of the data in any
4    clinical trial.  Correct?
5         A.   Correct.
6         Q.   Study 125 was referenced in
7    those SERM minutes and formed part of the
8    bases for the SERM decision in June
9    of '06 to change the label.  Do you
10   remember that?
11        A.   Study 125 was one of the
12   trials that was reviewed as part of all
13   the data that was there.
14        Q.   And you had reviewed the
15   study 125 data as -- in early 2006.
16   Correct?
17        A.   I recall that was about the
18   time the draft clinical trial report was
19   available.
20        Q.   So you had available to you
21   and had an opportunity to review and did
22   review the study 125 results about 15 to
23   16 months before the SERM meeting?
24        MR. BROCK:  Object to the

45 (Pages 174 to 177)

Confidential - Mark S. Scott, Ph.D.

Page 178

1    form.
2         THE WITNESS:  There were
3    clinical trial results that were
4    reviewed as part of the review of
5    that clinical trial in -- I know
6    we had some results in early 2006.
7    The exact date of the clinical
8    trial report I don't have in front
9    of me.
10   BY MR. PENNOCK:
11        Q.   Study 125 also showed
12   statistically significant increases in
13   fasting plasma glucose in the Seroquel
14   subjects.  Right?
15        A.   Well, I wouldn't
16   characterize those as being statistically
17   significant from an inference point of
18   view.  The primary endpoint of the trial
19   was the oral glucose tolerance test
20   which, as I understand, is -- I put
21   quotes around, a standard for measuring
22   glucose control.  And that was the
23   primary endpoint.  Fasting blood glucose
24   at any time forms part of that.  So my

Page 179

1    inference would be based on the primary
2    efficacy endpoint which is the oral
3    glucose tolerance test.
4         Q.   And study 125 also showed
5    increases in body mass index for the
6    Seroquel patients.  Right?
7         A.   I'd have to look at -- to be
8    honest with you, I don't recall the exact
9    outcome of all the variables because we
10   measured a lot of variables on that.  If
11   you had a copy of the clinical trial
12   report, I could refresh my memory.
13        Q.   Sure.  Study 125 also showed
14   an increase in the Seroquel patients in
15   HbA1c.  Right?
16        A.   Again, to refresh my memory
17   on all the aspects of what's in there
18   beyond the glucose tolerance test,
19   because that was what was considered
20   primary.
21             - - -
22        (Exhibit Scott-28, 6/12/06
23        Clinical Study Report, was marked
24        for identification.)

Page 180

1             - - -
2    BY MR. PENNOCK:
3         Q.   The date of this 125 report
4    is June 12, 2006.  Right?
5         A.   The date of this report is
6    June 12, 2006, yes.
7         Q.   And the change in kilograms
8    for Seroquel patients at week 24 was
9    3.65?
10        A.   The change in weight did you
11   say?
12        Q.   The change in weight.
13        A.   The mean change in weight,
14   the least square mean change in weight
15   was 3.65 kilograms, yes.
16        Q.   Now, one last study I want
17   to show is study 28, May 2006.
18             - - -
19        (Exhibit Scott-29, 5/16/06
20        Clinical Pharmacology Study
21        Report, was marked for
22        identification.)
23             - - -
24   BY MR. PENNOCK:

Page 181

1         Q.   Do you recall this study?
2         A.   That one I'm not familiar
3    with off the top of my head, I have to
4    take a look at it.
5         Q.   The last subject was
6    completed in September of 2004.  Do you
7    see that?
8         A.   The last study complete
9    September 2004 and -- yes.
10        Q.   This was a study in children
11   and adolescents.  Right?
12        A.   This was a -- called a
13   pharmacokinetic study in children,
14   adolescents, yes.
15        Q.   And once again we have a
16   table which shows that fasting glucose
17   millimoles per liter, that there was a
18   change in baseline in these children and
19   adolescents, a mean change
20   of .5 millimoles per liter which is
21   9 milligrams per deciliter fasting plasma
22   glucose.  Right?
23        A.   You have, again, a mean
24   change based in the sample of 24

46 (Pages 178 to 181)

Confidential - Mark S. Scott, Ph.D.

Page 182

1  patients.  And, again, I would rely on
2  the placebo-controlled trials and from
3  this -- in this setting to rely on any
4  sort of inference about what that change
5  might mean.
6       Q.   Earlier, we can go back to
7  them, we looked at numerous
8  placebo-controlled trials that showed
9  mean increases that were different than
10  the changes in the placebo?
11       MR. BROCK:  Object to the
12       form.
13       THE WITNESS:  Well, again,
14       if you want to draw inferences
15       from it, you want to do it across
16       all the clinical trial data and
17       not just a select group of
18       clinical trial data.  Some trials
19       show some things, some trials show
20       other things.
21  BY MR. PENNOCK:
22       Q.   So these trials that we've
23  just looked at, we've looked at study 15,
24  study 49, pharmacokinetic study 3, study

Page 183

1  135, study 41, study 133, the CAFE trial,
2  the pharmacokinetics trial 28, 125, 165,
3  the STACK trial?
4       A.   Excuse me, the STACK trial,
5  you put some data up there.  I haven't
6  commented on that because I haven't
7  really looked at that.
8       Q.   Okay.  We'll take that one
9  out.  Take out 165.  So we have 15, 49,
10  3, 135, 41, 133, the CAFE, and 28, and
11  125, all of which AstraZeneca had data on
12  prior to June of 2006.  And you'll agree
13  with me that all of these showed
14  differences between -- withdrawn --
15  showed changes in glucose parameters for
16  the Seroquel patients?
17       MR. BROCK:  Object to the
18       form.
19       THE WITNESS:  All of the --
20       all of the trials that you showed
21       me, I would agree that they all
22       were prior to 2007.  But the
23       inferences that were drawn were
24       drawn in a carefully conducted

Page 184

1  manner with respect to the
2  submissions that were sent in as
3  well as part of our ongoing safety
4  review of glucose as well as other
5  safety variables.  So there are
6  glucose data in each of those
7  clinical trials.  The inferences
8  that one should draw upon are all
9  of the clinical trials and not
10  those select ones.
11  BY MR. PENNOCK:
12       Q.   The inferences that are
13  drawn by AstraZeneca on all of these
14  trials was that the data did not support
15  any safety issue concerning Seroquel and
16  glucose dysregulation.  Correct?
17       A.   I have to go back to the --
18  there are SERM minutes with respect to
19  glucose from 2006.  I don't recall the
20  SERMs that took place, but there are
21  ongoing safety reviews.  All of those
22  data -- excuse me, all of those data
23  featured as part of our submissions to
24  FDA with respect to labeling for the

Page 185

1  various supplements, and we agreed with
2  FDA the contents of the label relative to
3  all aspects of safety, and whether
4  additional information would be required.
5  All of that data have been analyzed,
6  examined, shared with FDA and labels have
7  proceeded appropriately with respect to
8  any new data that was coming out.
9       Q.   And the only data, then,
10  that SERM had available to it according
11  to the SERM minutes in June of 2007 that
12  was different than the data we have gone
13  over were the data from 126 and 127.
14  Right?
15       A.   No.  There's a very large
16  discussion document from SERM which
17  contains a summary of all the information
18  that's used in the evaluation of that
19  particular laboratory value, and I
20  haven't looked at that document recently,
21  but I know all the clinical trial data
22  had glucose data featured into that
23  assessment.
24       Q.   We have discussed here today

47 (Pages 182 to 185)

Confidential - Mark S. Scott, Ph.D.

Page 186

1 nine studies, not including 165. We
2 already recited that. What studies can
3 you cite me that are these studies that
4 are at variance from the nine studies
5 that I've just gone over with you?
6           MR. BROCK: Object to the
7 form.
8 BY MR. PENNOCK:
9       Q.   Let me rephrase that. We
10 have discussed nine studies. I'll recite
11 them again, 15, 49, 3, 135, 41, 133,
12 CAFE, pharmacokinetic 28, and 125, not
13 including 165. Throughout this
14 discussion, you have said to me that you
15 need to consider the totality of the
16 evidence, have you not?
17       A.   Correct.
18       Q.   And you said to me
19 throughout this discussion that you need
20 to consider all of the clinical trials,
21 have you not?
22       A.   Correct.
23       Q.   What studies, clinical
24 trials can you cite to me that were

Page 187

1 available to AstraZeneca before June
2 of 2006 that presented results which were
3 contrary to any concern over glucose
4 issues in patients taking Seroquel?
5           MR. BROCK: Object to the
6 form.
7           THE WITNESS: Let me just
8 sort of rephrase that. I wouldn't
9 say contrary to. What I would say
10 is you want to look at all the
11 available evidence and make an
12 assessment, not of saying I see
13 this and then I see this. You put
14 all the evidence together to form
15 an opinion, not just the ones that
16 are going in one direction.
17           So to answer your question,
18 I would go back to the original
19 clinical trial program for
20 schizophrenia where we had three
21 other placebo-controlled trials
22 which formed part of the
23 submissions where glucose data
24 were included and then analyzed.

Page 188

1 BY MR. PENNOCK:
2       Q.   What studies were those?
3       A.   I believe they were 4, 6 and
4 8. If you go back then to the -- we had
5 four bipolar mania trials that were
6 submitted in support of the initial
7 claims for adjunct use as well as acute
8 therapy for bipolar mania, those were
9 four clinical trials. You showed to me
10 two of the three XR schizophrenia trials.
11 Trial 41, trial 132 and 133 formed part
12 of that package where you would evaluate
13 all of the evidence for XR from that
14 package of data in terms of glucose.
15       Q.   I'm not sure I understand.
16 Can I interrupt you a second? You said
17 there were four trials that were from an
18 adjunct therapy application?
19       A.   No. Excuse me if I wasn't
20 clear. We submitted to the FDA four
21 clinical trials for the use of Seroquel
22 in the treatment of bipolar mania. Two
23 were monotherapy and two were adjunct. I
24 don't recall the exact numbers of them.

Page 189

1 But they were submitted in support of the
2 application where approval was granted in
3 the early 2000s, maybe 2003, 2004.
4       Q.   You don't recall the numbers
5 of those trials?
6       A.   I don't -- off the top my
7 head, like 99, 100, 103, 105, something
8 like that.
9       Q.   What were the glucose
10 interpretations from those trials?
11       A.   Again, if you go back and
12 look at the ISS, or the integrated
13 summary of safety, or the clinical safety
14 summary, whatever we were calling them at
15 the time, if there was a need to comment
16 on glucose above and beyond what was in
17 the existing labeling, it would have.
18 But my recollection is there weren't many
19 changes in terms of the means and there
20 weren't many changes in terms of the
21 shifters in those clinical trials.
22       Q.   Well, if there was a need to
23 comment on the glucose data, that was a
24 determination that was made by

                              48 (Pages 186 to 189)

Confidential - Mark S. Scott, Ph.D.

Page 190

1  AstraZeneca.  Right?
2      A.   Again, we integrate --
3  excuse me, we put the clinical trials --
4  put the clinical trials together, have
5  that as the basis for the integrated
6  summary of safety.  All the data are
7  commented on, and that data then coupled
8  with the existing clinical trial
9  information that we had prior to that
10 forms the basis for any sort of additions
11 to the labeling especially around safety
12 that we would be seeing in a patient
13 population with bipolar mania.
14     Q.   So what other trials can you
15 cite to me, if any, that ran counter to
16 the data that we looked at in the nine
17 trials that we discussed?
18         MR. BROCK:  Object to the
19     form.
20         THE WITNESS:  Again, I
21     wouldn't characterize it as ran
22     counter to.  You have data from
23     clinical trials.  It's the job of
24     the statistician and the physician

Page 191

1      working on the integrated
2      summaries to put together all the
3      data together in a place where you
4      can look at all of the evidence
5      with respect to safety and draw
6      conclusions on all of that -- all
7      of that together.  So you ask for
8      other studies, we did studies in
9      elderly demented populations that
10     were placebo controlled.  We -- at
11     the time we had -- I don't know if
12     MDD/GAD trials had been reporting
13     out by then.  But subsequent to
14     all that, we had trials in MDD and
15     GAD as well which reported out
16     which we form all of our basis in
17     terms of safety.
18 BY MR. PENNOCK:
19     Q.   I'm speaking 2006 and
20 before.
21     A.   We had three clinical trials
22 in schizophrenia that were placebo
23 controlled leading to the 1997 approval.
24 We had four clinical trials in bipolar

Page 192

1  mania that led to the approvals in 2002.
2  We had an additional -- I apologize if I
3  said 2002.  Somewhere 2002, '3 or '4 was
4  approval, I don't recall exactly.
5          We also had an additional
6  clinical trial in schizophrenia that
7  formed part of the totality of the
8  evidence for Seroquel XR in the treatment
9  of schizophrenia which we formed our
10 basis of --
11     Q.   That was 132?
12     A.   You showed me trial 41,
13 130 -- which one did you show me?
14     Q.   133.
15     A.   I think there was trial 132
16 was another schizophrenia trial.
17     Q.   Other than the three trials
18 that you mentioned in '97 and the four
19 bipolar mania trials and the study 132,
20 other than those seven, are there any
21 others before the middle of 2006 upon
22 which AstraZeneca based its
23 interpretation that glucose in Seroquel
24 patients was not a safety concern?

Page 193

1      A.   Well, I think that you're
2  characterizing as not a safety concern.
3  I don't think I would characterize it
4  that way.  We had also trial 125
5  which had reported out as well.  I guess
6  we already talked about trial 125, but
7  that's featured as well as part of the --
8      Q.   How would you -- I'm sorry,
9  are you finish, Doctor?
10     A.   Yes, I am.
11     Q.   How would you characterize
12 it if you're not going to characterize it
13 as a safety concern?
14     A.   The evidence as a topic of
15 watch in terms of getting data from our
16 clinical trials program, in terms of data
17 from epidemiologic studies, as data from
18 adverse reports, and we got information
19 in our labeling as well in terms of the
20 warning for hyperglycemia.  So we didn't
21 have data in advance of that to say
22 anything more about glucose until the
23 June 2007 SERM.
24     Q.   You mentioned as a topic of

49 (Pages 190 to 193)

Confidential - Mark S. Scott, Ph.D.

Page 194

1    watching in terms of the epidemiologic
2    data, what epidemiologic studies came out
3    between the middle of 2006 and the middle
4    of 2007 that added to this body of
5    knowledge resulting in your decision to
6    change the label in June of 2007?
7        A.   To be honest with you, I
8    couldn't speak to the epidemiologic
9    studies.  I'm certainly more familiar
10   with our own clinical trial
11   investigations.
12       Q.   I thought you just said they
13   were a topic of watch?
14       A.   The SERMs consider all
15   available information to evaluate the
16   topic of interest.  And they use clinical
17   trial data, they use epidemiologic data,
18   they use case reports and they use our
19   internal adverse events database to use
20   that - all of that data together to draw
21   inferences.
22              - - -
23          (Exhibit Scott-30,
24       Epidemiology Studies Published

Page 195

1        Relating to Seroquel and Risk of
2        Diabetes from 2002 to April 2006,
3        was marked for identification.)
4              - - -
5    BY MR. PENNOCK:
6        Q.   Let me show you what I've
7    marked as Exhibit 30 to your deposition
8    and see if that refreshes your
9    recollection.
10          Doctor, do you recognize
11   this list of lead authors as
12   epidemiologic -- authors for
13   epidemiologic studies involving Seroquel?
14          MR. BROCK:  Object to the
15       form.
16          THE WITNESS:  I recognize
17       that there are some authors on
18       here that they've written
19       epidemiologic papers.  I don't
20       know their backgrounds.  I don't
21       know -- I don't know their, you
22       know -- I know that some of them I
23       recognize, some of them I don't.
24   BY MR. PENNOCK:

Page 196

1        Q.   Well, looking at this, does
2    that refresh your recollection as to
3    whether or not there were any studies
4    that came out after the middle of 2006
5    and before June of 2007 that might have
6    somehow contributed to the decision by
7    AstraZeneca to change the label in 2007
8    whereas they did not change it in 2006?
9          MR. BROCK:  Object to the
10       form.
11          THE WITNESS:  Could you
12       repeat the question, please?  I'm
13       sorry, I'm missing the question.
14   BY MR. PENNOCK:
15       Q.   Sure.  Looking at this, does
16   this refresh your recollection as to
17   whether or not there are any studies that
18   you can now recall that came out after
19   the middle of 2006, but before the middle
20   of 2007, that contributed to
21   AstraZeneca's decision to change the
22   label in 2007?
23       A.   Well, you have listed here
24   two studies by an investigator named Guo,

Page 197

1    if I can pronounce that correctly.  As I
2    said, there was a lot of epidemiologic
3    data out there.  That was one of the
4    reasons for having obviously the ongoing
5    review of glucose as well as one of the
6    reasons why we conducted trial 125.
7          So the epidemiology formed
8    sort of a basis of going to look at, if
9    you'd like, higher sources of evidence
10   with respect to clinical data.  And there
11   you would look at randomized
12   placebo-controlled trials to draw your
13   inferences as opposed to epidemiologic
14   studies.
15          MR. ALLEN:  Objection.
16       Nonresponsive.
17   BY MR. PENNOCK:
18       Q.   But as we just -- as we just
19   established, when AstraZeneca looked at
20   the placebo-controlled clinical trials to
21   draw inferences as to whether or not to
22   change the label, the AstraZeneca only
23   drew inferences from those trials which
24   came up good for them in terms of

50 (Pages 194 to 197)

Confidential - Mark S. Scott, Ph.D.

Page 198

1 glucose. Right?
2        MR. BROCK: Object to the
3 form.
4        THE WITNESS: No, we looked
5 at all of the data from our
6 clinical trial program to draw
7 inferences about glucose. That's
8 what any responsible company will
9 do, is to use all of the available
10 evidence to them to draw
11 inferences, where clinical trial
12 is the data that you have to draw
13 those inferences.
14 BY MR. PENNOCK:
15       Q.   But throughout that time
16 period from the beginning with study 15
17 when you had glucose data showing
18 increases in the Seroquel population up
19 until June of 2006, there was no change
20 in the label to reflect clinical trial
21 evidence that there were changes in
22 glucose regulation in patients taking
23 Seroquel?
24       MR. BROCK: Object to the

Page 199

1    form.
2        THE WITNESS: You had a long
3 question. I don't think that I've
4 agreed that we saw increases in
5 trial 15. We saw data in trial 15
6 that were then folded into the
7 clinical trial integrated summary
8 of safety which formed the basis
9 of the approval of Seroquel for
10 schizophrenia in 1997. And all of
11 that data featured in an
12 interpretation around glucose.
13       So all the data we've looked
14 at, we've analyzed, we've
15 summarized, submitted to the FDA,
16 and every step of the way the FDA
17 has agreed with us with respect to
18 the content of the labels with
19 respect to Seroquel.
20       MR. ALLEN: Objection.
21 Nonresponsive.
22       MR. PENNOCK: Move to strike
23 as nonresponsive.
24 BY MR. PENNOCK:

Page 200

1       Q.   Doctor, from 19 -- it took
2 from 1997 until 2007 for AstraZeneca to
3 incorporate the glucose findings in its
4 clinical trials regarding Seroquel.
5 Correct?
6        MR. BROCK: Object to the
7 form.
8        THE WITNESS: No, I
9 disagree. In 1997 we had
10 information from our clinical
11 trials on hyperglycemia as well as
12 diabetes as part of our initial
13 labeling. The other data that we
14 had were submitted to the FDA as
15 part of the integrated summaries
16 of safety and any subsequent
17 changes that would be required
18 were agreed with the FDA.
19 BY MR. PENNOCK:
20       Q.   Let me go to that because
21 you -- remember when we went over study
22 15 earlier and you told us that the
23 synopsis we were looking at, you agreed
24 did not have the glucose data

Page 201

1 incorporated but you said that you wanted
2 to see the integrated summary of safety?
3       A.   I wanted to see from trial
4 15 the other portion of the clinical
5 trial report.
6       Q.   You wanted to see the other
7 portion of the clinical trial report, you
8 also wanted to see the integrated summary
9 of safety which you mentioned a thousand
10 times. Right?
11      A.   Yes. Right.
12      Q.   Well, let's first look at
13 the integrated summary of safety.
14            - - -
15       (Exhibit Scott-31,
16       Integrated Summary of Safety,
17       Bates AZSER 10885516 - 5907;
18       Scott-32, Results for all clinical
19       chemistry tests can be found in
20       Table T11.1.3, Bates AZSER
21       10885764; and Scott-33, Other
22       Clinical Chemistry tests, Bates
23       AZSER 10885772 & 5773, were marked
24       for identification.)

51 (Pages 198 to 201)

Confidential - Mark S. Scott, Ph.D.

Page 202

1           - - -
2    BY MR. PENNOCK:
3        Q.   I'm going to mark as
4    Exhibit 31, Doctor, a document that
5    appears to be entitled the "INTEGRATED
6    SUMMARY OF SAFETY." In fact, your
7    signature appears on it, from July
8    of 1996.
9        A.   Are you going to get that?
10   I'll get it. Do you want me to get it?
11       MR. BROCK: I'll get it.
12       THE WITNESS: I'll get it.
13       MR. BROCK: This may be
14   labeled -- you've got a mark on
15   that one. You may have a page
16   marked on that one.
17       MR. PENNOCK: That's all
18   right. That was to see -- to help
19   him along.
20   BY MR. PENNOCK:
21       Q.   So, Dr. Scott, let me
22   interrupt your review of that for a
23   second. I also have the appendices for
24   the integrated summary of safety which is

Page 203

1    the multi-thousand page tables and so
2    forth, if you want to look at that. Let
3    me know and I'll pass it across to you.
4        This document that we marked
5    as Exhibit 31 is a descriptive written
6    document that you provided to the FDA
7    describing what you found regarding
8    safety data from the preclinical studies
9    that AstraZeneca did as well as the
10   clinical studies that AstraZeneca did.
11   Correct?
12       A.   It contains all of the
13   information on safety from the clinical
14   trial program, both animal toxicology as
15   well as human experiments.
16       Q.   And the integrated summary
17   of safety is intended as a comprehensive
18   review for the FDA as to all the massive
19   data that was coming from your various
20   studies and trials. Correct?
21       A.   It's an attempt to put data
22   together in a sensible way that the
23   reviewers can have access to all of the
24   data to help them in their review.

Page 204

1        Q.   I'd ask you to take a look
2    at that and tell me where, if at all, in
3    that document the glucose data that we
4    looked at earlier in the day from study
5    15 is found or described?
6        A.   Okay. Give me a second.
7    I'm not going through page by page. I'm
8    just looking at the table of contents.
9        What I was doing was looking
10   at the statistical methodology for the
11   approach to the data so I could go to the
12   appropriate section.
13       For the first part is -- I
14   don't have -- let me check what I have.
15   There's a set of tables here which I
16   would need to look at as well which
17   contain the glucose data, but there is a
18   comment on page -- the top of page 195.
19   The table, top table -- look at Table 195
20   which is Table T.13. 10. -- excuse me,
21   Table 10.13. And by design, by virtue if
22   we go back to doing the analysis, we
23   focused on areas of clinical interest in
24   advance of what we knew as well as things

Page 205

1    that were found in the dataset that were
2    unexpected.
3        So if you look at this, if I
4    read to you the table under Table T --
5    the Table 10.13, it shows as shown in
6    this table, 10.13, a slight increase from
7    baseline in mean triglyceride levels were
8    seen at the end of quetiapine treatment
9    with very little change in cholesterol
10   levels. Increases from baseline mean and
11   AST/SGOT, ALT/SGPT and GGT values were
12   also seen at the end of treatment with
13   very little change in total bilirubin and
14   alkaline phosphatase values. Decrease
15   from baseline in mean total T4, free T4
16   and total T3 were observed at the end of
17   quetiapine treatment. A slight increase
18   in mean TSH values was also observed at
19   the end of treatment. Mean proactive
20   values were decreased from baseline at
21   the end of treatment. It goes on to say
22   for clinical chemical test not displayed
23   in Table 10.13, mean values before and
24   after therapy showed little change from

52 (Pages 202 to 205)

Confidential - Mark S. Scott, Ph.D.

Page 206

1  baseline. That's reflected in T1.7.1.
2       So the intent was here, is
3  to do a screening of all data together,
4  arrive at a decision with respect to what
5  the clinician would want to look at, the
6  clinician looked at everything with
7  respect to the outcomes and focused in on
8  the things that were either statistically
9  significant or things that were
10 clinically meaningful because of prior
11 knowledge about what might happen with
12 the drug. And this summarizes that.
13      So the table on glucose
14 would be in Table T1.7.1 which is
15 referenced in the text, but I don't have
16 that as part of the tables here.
17     Q.   Let me stop you right there.
18     Doctor, just so we're clear,
19 the word "glucose" does not appear on
20 this page. Correct?
21     A.   The reference --
22     Q.   Sorry, sir. The word
23 "glucose" does not appear on this page.
24 Correct?

Page 207

1      A.   The word "glucose" does not
2  appear on this page. However, it is
3  referred to in terms of all the clinical
4  trials that collected glucose, and it
5  references all the other laboratory
6  values beyond glucose as well because
7  there are a whole lot of other variables
8  here beyond glucose which are included as
9  well.
10     Q.   Everything that you
11 mentioned here and that appears on this
12 page are simply all of the things that we
13 went over in the synopsis earlier in the
14 day, TSA, the thyroid changes, the liver
15 function tests, these are the things that
16 were in the synopsis. Do you recall
17 that?
18     A.   Bear with me a second. I
19 want to make sure I got the right page
20 here.
21     These are -- you have the
22 synopsis for trial 15. This is -- I
23 misread this, I apologize. This was the
24 Phase I trials. I'd have to go to the --

Page 208

1  you go to the Phase III trials, that
2  would give you on page --
3      Q.   Hold on a second, Doctor.
4  Now I'm confused. First of all, I just
5  want to be clear that not only does the
6  word "glucose" not appear on this page,
7  the glucose data that we looked at in
8  that table from study 15 does not appear
9  anywhere on this page. Correct?
10     A.   The reference to glucose is
11 contained in -- for clinical chemistry
12 test not displayed in 10.13, mean values
13 before and after therapy showed little
14 change, so...
15     Q.   So this -- all of this
16 was -- this means glucose, is that what
17 you're telling us?
18     A.   No, it doesn't -- I'm not
19 saying it means glucose. This is --
20 again, I apologize for going out of it,
21 but this is the Phase I trials, not the
22 Phase III trials.
23     Q.   So, in fact, this doesn't
24 even have anything to do with the data

Page 209

1  table that we were looking at. Right?
2      A.   No. The earlier clinical
3  trial that you had was trial 15. This is
4  an amalgamation of all the data from the
5  Phase I trials. The Phase III trials are
6  later on.
7      Q.   So this isn't where the FDA
8  was supposed to learn about the glucose
9  data from the Phase III trial study 15.
10 Correct? This was not where they were
11 supposed to figure that out from?
12     A.   FDA -- FDA would base their
13 decisions on glucose from all the data
14 that's included in the clinical trials
15 themselves as well as the integrated
16 summary of safety.
17     Q.   So any glucose data from the
18 Phase I trials, the FDA is being told by
19 this sentence, go look there if you want
20 the glucose data. Correct?
21     A.   We've made -- we've looked
22 at the glucose data, we've assessed the
23 glucose data. We said that the mean
24 values before and after therapy show

53 (Pages 206 to 209)

Confidential - Mark S. Scott, Ph.D.

Page 210

1  little change from baseline and we refer
2  the reader to Table T.1.7.1.
3      Q.   Once again, it doesn't say
4  anything about looking at the glucose
5  data, interpreting the glucose data or
6  that the glucose data showed little
7  change from baseline.  It doesn't say
8  anything to that effect.  Correct?
9      A.   It says that for the
10  clinical chemistry test not displayed
11  here in Table 10.13, the mean value
12  before and after showed little change
13  from baseline.  So glucose as well as
14  many other parameters which form part of
15  clinical chemistry were examined, little
16  change from baseline, so they're included
17  in the NDA or sNDA.
18      Q.   That's the road map for the
19  FDA to find the glucose from the Phase I
20  trials?
21          MR. BROCK:  Object to the
22      form.
23          THE WITNESS:  Well, again,
24      the FDA review is a thorough and

Page 211

1      comprehensive review.  How they go
2      about going through a document, I
3      can't really say.  But we've put
4      together the clinical trial data
5      in a sensible way, interpreted
6      those data and offered up those
7      interpretations to the FDA.
8  BY MR. PENNOCK:
9      Q.   Well, you have a dozen
10  different laboratory measurements here
11  for the Phase I trials and not one of
12  them is glucose.  Right?
13      A.   We have these clinical trial
14  measurements as well as other clinical
15  measurements that we have looked at.  If
16  we looked at Table T1.7.1, that includes
17  the other group, all the other clinical
18  chemistry measures as well.
19      Q.   Why don't you tell me if you
20  can find in this integrated summary of
21  safety from the 1996 new drug application
22  where it references the study 15 glucose
23  data that which was a Phase III trial.
24      A.   I'm just going back through

Page 212

1  the statistical methodology to get some
2  understanding of the various locations of
3  information.
4          So analysis of all of the
5  clinical chemistry data for the Phase II
6  and III trials begins, let me make sure I
7  get this right, in section 10.2.2 which
8  is -- the top page is 198, where we
9  summarize, again, the data from all the
10  placebo-controlled trials in one place,
11  and it begins on page 199, where we set
12  out an agreement.  Again, we agreed the
13  strategy with FDA in advance as a part of
14  end of Phase II meeting or pre-NDA
15  meeting with respect to the format and
16  content where we agreed on the various
17  variables to look at and how they should
18  be looked and what pools of data.  Those
19  were all agreed with FDA in advance.
20          Here you have, again, the
21  changes, and it does say selected
22  clinical chemistry at baseline and then
23  the treatment with quetiapine and placebo
24  in the short-term placebo-controlled

Page 213

1  trials.  And there's a paragraph under
2  Table 10.16 that begins on page 200 which
3  gives a description and interpretation of
4  the clinical -- the clinical results that
5  are in 10.16.  And then it also says, as
6  we saw before, for clinical chemistry
7  tests not displayed in Table 10.16, mean
8  values before and after therapy showed
9  little difference between quetiapine and
10  placebo.  And post treatment changes from
11  baseline were similar for the two groups.
12  And refers to Table T.11.1.1 which
13  contains all of that information.
14      Q.   Once again, Doctor, in
15  neither page 245 nor page 246 does the
16  word "glucose" appear.  Correct?
17      A.   Again, the --
18      Q.   Is that correct that the
19  word does not appear?
20      A.   The data that we had at the
21  time with glucose as well as other
22  variables by virtue of the way that the
23  studies were conducted and analyzed, the
24  results weren't different from placebo so

54 (Pages 210 to 213)

Confidential - Mark S. Scott, Ph.D.

Page 214

1  we only factored in -- excuse me, only
2  included those values where either things
3  in advance were to be expected or things
4  that came out that were unexpected.  And
5  given there was no difference between
6  Seroquel and placebo in that, as well as
7  other laboratory parameters, they were
8  put in reference to Table T11.1.1.
9      Q.   Study 15 was not placebo
10 controlled?
11     A.   No, Table -- comments on
12 study 15 come later on.
13     Q.   Where are those comments?
14     A.   Well, the next section is
15 dealing with the short-term positive
16 control, the comparator controlled
17 studies, tables -- that's tables --
18 trials 13 and 14 where you have
19 short-term use versus haloperidol.
20 Again, commenting on only those aspects
21 where there was something in advance
22 which was known or could be predicted or
23 things that came out in the clinical
24 trial which were unexpected.

Page 215

1      Q.   Let me ask you, okay, so you
2  were commenting on things that were known
3  or could be predicted or things that were
4  unexpected.  So the glucose findings from
5  study 15, were those predicted to have
6  occurred or unexpected to have occurred?
7          MR. BROCK:  Objection to
8      form.
9          THE WITNESS:  No.  The data
10     from trial 15 are the data from
11     trial 15.  I'm talking about
12     before you go into human beings at
13     all, you might have some prior
14     knowledge about on the chemical
15     structure what your drug might
16     effect.
17 BY MR. PENNOCK:
18     Q.   It's your testimony that
19 AstraZeneca had no prior knowledge or
20 expectation that glucose might be
21 affected?
22     A.   To be honest with you, I
23 would have to go back and look at what
24 the preclinical information was.  But if

Page 216

1  it had been something of interest at that
2  time, we would have looked at it as part
3  of this.
4      Q.   So then the glucose findings
5  in study 15 were unexpected results?
6      A.   No.  Again, the data from --
7  I'll get to study 15 in a second.  But
8  the data from trial 15 are the data from
9  trial 15 which gets factored into all of
10 the trial data that form the initial
11 submission for Seroquel in the U.S.
12     Q.   Right.  It gets factored in,
13 but it doesn't get presented to the FDA
14 in the integrated summary of safety or in
15 the summary of study 15 itself that we
16 looked at earlier?
17     A.   No, I disagree with that.  I
18 think that the study -- all the data from
19 trial 15 were presented to the FDA.  As
20 you saw, we had some tables that
21 contained that information from study 15.
22 So all of that data was, in fact,
23 presented to the FDA as part of the
24 clinical trial report and it also

Page 217

1  featured in the integrated summary of
2  safety.
3      Q.   Well, I look forward to
4  seeing where it's featured in the
5  integrated summary of safety.  Could you
6  show us that, please?
7          MR. BROCK:  Object to the
8      form.  If there is an argument in
9      that, I move to strike that.
10         MR. PENNOCK:  Well, I'll
11     rephrase it.
12 BY MR. PENNOCK:
13     Q.   Doctor, you said that it was
14 featured in the integrated summary of
15 safety.  I would like you to show us
16 where the glucose data from study 15 is
17 featured in the integrated summary of
18 safety?
19         MR. BROCK:  Object to the
20     form.
21         THE WITNESS:  Trial 15, the
22     section dealing with trial 15
23     begins on the top of page 200 --
24     the bottom of page 202.  And it's

55 (Pages 214 to 217)

Page 218

1    the indentation is long-term,
2    comparator-controlled trial, trial
3    15. And it compares the -- it
4    looks at the -- again, the
5    chemistry values, for selected
6    chemistry values at baseline the
7    end of treatment for Seroquel
8    relative to haloperidol. And it
9    comments on those values, again,
10   the ones that could have been
11   predicted in advance or were found
12   in the clinical trial program.
13        And then it ends up on the top of
14   page 204 saying "Other mean
15   clinical chemistry parameters were
16   similar for quetiapine- and
17   haloperidol-treated subjects after
18   both long-term...and short-term
19   dosing."
20        So it refers to Table 11.1.3
21   which would contain the glucose
22   values as well as other clinical
23   chemistry parameters for
24   quetiapine.

Page 219

1    BY MR. PENNOCK:
2        Q.   Once again, Doctor, the data
3    that we looked at for glucose in study 15
4    is not displayed in this section of
5    integrated summary of safety. Correct?
6        MR. BROCK: Object to the
7        form.
8        THE WITNESS: There is
9        reference to that data in the
10       integrated summary of safety.
11   BY MR. PENNOCK:
12       Q.   The reference to the data is
13   this sentence here starting at the
14   page -- the bottom of page 2002. Right?
15       A.   I don't know the exact
16   location of it.
17       Q.   Well, isn't that what you
18   were just reading, there were no
19   comparator-controlled trial results for
20   all clinical chemistry test to be found
21   in Table T11-1.3?
22       A.   You had said page 2000
23   something. I don't see page 2000.
24       Q.   I'm sorry, I meant to say

Page 220

1    page 2003.
2        MR. ALLEN: 203.
3    BY MR. PENNOCK:
4        Q.   203. I'm sorry, Doctor.
5        A.   That's where I got confused.
6        Q.   I'm sorry.
7        A.   I apologize. So the --
8        Q.   I'm sorry, let me just
9    clarify, I apologize. I kept repeating
10   the same error.
11        Doctor, is this the sentence
12   that you are referring to that directs
13   the FDA to glucose data or am I looking
14   at the wrong one?
15       A.   There are two parts of it,
16   one of which is at the top of page 203
17   and the other comment is at the top of
18   page 204. There are "Other mean clinical
19   chemistry parameters were similar for
20   quetiapine- and haloperidol-treated
21   subjects after both long-term...and
22   short-term dosing," and there's a
23   reference. Again, in the production of
24   this NDA --

Page 221

1        Q.   Before you go, this is the
2    other sentence directing the FDA to the
3    glucose data in study 15 back in 1997?
4        MR. ALLEN: Read that into
5        the record.
6    BY MR. PENNOCK:
7        Q.   Read that into the record.
8    This is the other sentence. "Other mean
9    clinical chemistry parameters were
10   similar for quetiapine- and
11   haloperidol-treated subjects after both
12   long-term (Table T11.1.3) and short-term
13   dosing."
14       A.   You've read that correctly.
15        If I could offer up that in
16   the production of this, as I said, we had
17   computer-assisted NDAs. And these sNDAs
18   had what were called -- I think are
19   called hyperlinks to each of these
20   tables. So a reviewer would be reviewing
21   this on a screen, they'd be able to
22   highlight that table and jump right to it
23   to make it -- to make their review much
24   easier. So we tried to, as much as

56 (Pages 218 to 221)

Confidential - Mark S. Scott, Ph.D.

Page 222

1 possible, again, bring together the
2 synthesis of information in a way that
3 the reviewers could have easy access to
4 all the data, and that was a way to get
5 at -- have them get at that data.
6     Q.   But hyperlinks aside, the
7 tables that we looked at earlier are not
8 here.  Correct?
9     A.   The tables are in the ISS,
10 they are there, they are in the clinical
11 trial reports and in the ISS as well.
12 Again, this is an integrated summary of
13 safety where we pulled together
14 information of all the clinical trials,
15 provided a synthesis of it and then
16 offered some interpretation of it.
17 Ultimately the FDA would agree with that
18 interpretation opposite all the data that
19 were presented.
20     Q.   And just so once again we're
21 clear, on neither of these two pages does
22 the word "glucose" appear.  Correct?
23     A.   There's reference to all of
24 the other parameters that are looked at

Page 223

1 as part of the integrated summary where
2 glucose is part of that.
3     Q.   Those references are
4 AstraZeneca's invented code that the FDA
5 was supposed to understand meant glucose.
6 Right?
7         MR. ALLEN:  Objection.
8         MR. BROCK:  Object to the
9     form.
10        THE WITNESS:  No, I wouldn't
11     ever characterize it as invented
12     code.  It's a way to try to
13     summarize data and allow the
14     reader access to all of the data
15     that was collected.
16 BY MR. PENNOCK:
17     Q.   Would you call this a smoke
18 and mirrors job?
19        MR. BROCK:  Object to form.
20        THE WITNESS:  No, it's not a
21     smoke and mirrors job.
22 BY MR. PENNOCK:
23     Q.   Doctor, let me turn -- is
24 there anywhere else in the integrated

Page 224

1 summary of safety that you think the
2 references to the study 15 glucose
3 results appears?
4     A.   I think there might be just
5 reference in the original clinical trials
6 that -- I mean, of all the glucose data
7 that were there, you have a list of all
8 the tables of the studies and the
9 laboratory parameters that were
10 collected.  So if you go to page 30 --
11 the top of page 35, it lists for the
12 reviewers all of the clinical trials that
13 we've conducted through Phase I and Phase
14 II and III clinical trials and it checks
15 off what laboratory parameters were
16 collected in what studies.  So as you can
17 see, glucose was collected throughout the
18 Phase I program.  This is on the top
19 of -- middle of page 35, was collected in
20 all but one of the -- looks like 4, 8,
21 12, 16, 17 Phase I studies, glucose was
22 collected in 16 of those.
23         If you go to the Phase II
24 and III clinical trials, it was collected

Page 225

1 in five, six, seven, seven of those
2 trials of the four, eight, ten, seven of
3 ten trials.  And it was also collected in
4 the longer term open label extension
5 study from U.S. patients.
6     Q.   Just so the jury is clear,
7 Dr. Scott, in what -- the documents that
8 you were looking at right now, the data
9 that was in the Table 15 -- the study 15
10 table that we looked at, the data is not
11 there, there's just a reference that
12 glucose was collected.  Correct?
13        MR. BROCK:  Object to the
14     form.
15        THE WITNESS:  Part of the
16     review of -- part of the review
17     has to look at all of the evidence
18     that's collected.  You can see
19     that there are a lot of clinical
20     chemistry variables there that
21     were studied in a variety of
22     different settings.  The reviewer
23     has to review it.  So I'm saying
24     trial 15 going forward, along with

57 (Pages 222 to 225)

Page 226

```
 1      all the other glucose data that's
 2      from of our clinical trial
 3      program.
 4  BY MR. PENNOCK:
 5      Q.   Doctor, there was another
 6  section of the new drug application
 7  that -- let me just get to the title of
 8  it, was called the item 8B background and
 9  overview of clinical investigations.  Are
10  you familiar with that section?
11      A.   It's been a long time, I'd
12  have to refresh myself.  I recall the
13  title, but I'd have to go into the intent
14  of it.  I just don't -- we've changed --
15  the format and content of drug
16  applications has changed over the years,
17  and I don't believe that features as part
18  of the newer drug application, so I'd
19  have to look at the content of that.
20      Q.   I think we marked this
21  earlier as Exhibit 2.  But I'm not
22  entirely sure that you have that.
23      A.   Is that part of the list of
24  investigators?
```

Page 227

```
 1      Q.   It's underneath that, yes.
 2      A.   I have the list of
 3  investigators and I have the clinical
 4  pharmacology summary, and later on, I
 5  have controlled clinical trials which is
 6  8D.
 7      Q.   I'd ask you to turn your
 8  attention to page 73, looking at the page
 9  numbers that are in the bottom right-hand
10  corner of the document.
11      A.   Of -- page 73 of this very
12  large document here?
13      Q.   Uh-huh.
14      A.   Is it the first page 73?
15      Q.   It's the bottom right-hand
16  corner.  And, yes, it would be the first
17  page 73.
18      A.   I just want to see what
19  document this is.  Give me a second,
20  please.
21          The background and overview
22  of clinical investigation.
23      Q.   Correct, that's what I was
24  referring to.  Background and overview of
```

Page 228

```
 1  clinical investigations.  Are you with
 2  me?
 3      A.   I just want to go through
 4  the rationale for the document, that's
 5  all.
 6      Q.   Doctor, I don't mean to
 7  interrupt you, but if you look at the
 8  first sentence of the introduction --
 9      A.   I apologize, I just want to
10  again -- for me, context means a lot.  I
11  want to make sure that I understand --
12      Q.   It means a lot to me, too.
13      A.   I want to understand the
14  purpose of the document.
15          (Reviewing document.)
16          Okay.  Page 70 what -- I'm
17  sorry, page 70 what, 5?
18      Q.   Doctor, let me read the
19  first sentence of the introduction.  It
20  says, This section of the submission
21  provides an overview of the clinical
22  trial program conducted for the
23  development of Seroquel, an antipsychotic
24  agent belonging to the new chemical
```

Page 229

```
 1  class, dibenzo -- I'm never going to get
 2  that.
 3      A.   I'm going to apologize.  I'm
 4  sorry, I lost your page.
 5      Q.   Let me -- let me withdraw --
 6      A.   Bottom of page --
 7      Q.   -- and go back.  Page 62.
 8      A.   62.  Okay.  62.  This is on
 9  the top of page 62.  I'm sorry, the
10  bottom of 62.  Top of page -- 1 on the
11  top and 62 at the bottom.  I'm sorry.  I
12  got it now.  I got it.  Section 8B,
13  background overview and clinical
14  investigations.
15      Q.   The introduction, the first
16  sentence says, This section of the
17  submission provides an overview of the
18  clinical trial program conducted for the
19  development of SEROQUEL, an atypical
20  antipsychotic agent belonging to a new
21  chemical class, dibenzothiazepine
22  derivatives.
23      A.   You've read that correctly.
24      Q.   So this was an additional
```

58 (Pages 226 to 229)

Confidential - Mark S. Scott, Ph.D.

Page 230

1  submission in the new drug application
2  that was intending to summarize or give
3  an overview to the FDA of the clinical
4  trial programs.  Right?
5      A.   Yes.  This section then, I
6  don't know if -- I don't think it exists
7  right now, called this name, but it
8  provides the FDA a review of the
9  rationale for the clinical trial program,
10 high level results of the clinical trial
11 program as well as any sort of agreements
12 that we had with the FDA in the conduct
13 of the clinical trial program.
14     Q.   Could you please turn to
15 page 73?  I'm looking at the pages in the
16 lower right-hand corner.  There's a
17 section in here called "Safety."  Do you
18 see that?
19     A.   Yes, I do.
20     Q.   And if we look at this
21 safety section, there is nothing in this
22 section that references glucose -- I'll
23 withdraw that.
24         If we look in this section,

Page 231

1  there's nothing in here that discusses or
2  states anything about any glucose data
3  from study 15 or any other study.
4         MR. BROCK:  Object to the
5  form.
6         THE WITNESS:  This safety
7  section, if you go to the very top
8  of it and it goes to what the --
9  what is the intent of the section.
10 It reads, The safety of quetiapine
11 in psychotic adults was evaluated
12 by standard safety assessments
13 including investigators'
14 assessments of spontaneously
15 reported adverse -- and elicited
16 adverse events, physical
17 examinations, electrocardiograms,
18 clinical laboratory tests, vital
19 signs, and weight measurements.
20     So it's telling the reviewer
21 that we did all the things that we
22 were suppose to do with respect to
23 evaluating the safety in this
24 patient population.  This

Page 232

1  document, this top level document
2  is to provide, again, a high level
3  summary of what AstraZeneca's
4  belief is with respect to the data
5  that's collected opposite the
6  clinical trial program.  It's not
7  intended to reproduce the ISS.
8  It's not intended to reduce the
9  individual clinical trial reports.
10 It's to provide the FDA with what
11 AstraZeneca's view is opposite
12 this submission.  And then the
13 role of the FDA is to review this
14 application and determine whether
15 or not they agree or disagree with
16 our conclusions opposite this and
17 then arrive at whether labeling
18 can be drafted.
19 BY MR. PENNOCK:
20     Q.   And the fact is that nowhere
21 in this section do the data from study 15
22 regarding glucose appear nor anywhere in
23 this section does the word "glucose"
24 appear.  Correct?

Page 233

1         MR. BROCK:  Object to the
2  form.
3         THE WITNESS:  Again, I
4  would -- I would be surprised if
5  there was many specific -- any
6  specific references to individual
7  studies because this sits on top
8  of all the documentation that's
9  associated with the NDA.
10 BY MR. PENNOCK:
11     Q.   The only problem with that
12 statement, Doctor, right, is that you are
13 referring to study 15 in this last
14 sentence on page 73, aren't you?
15     A.   This study, study 15, is
16 referred here as:  Special assessments
17 driven by preclinical toxicology
18 findings...included ophthalmologic exams
19 (...of the ocular lens and collection of
20 LOCS III data from selected centers in
21 selected trials) and a comprehensive
22 battery of thyroid function tests in two
23 multiple fixed dose Phase III trials.
24 That was trials 13 and 15.

59 (Pages 230 to 233)

Confidential - Mark S. Scott, Ph.D.

Page 234

1    Q.   Study 15 is referenced
2  there?
3    A.   I was saying the results of
4  trial 15 were referenced -- would be
5  referenced.
6    Q.   And not only is study 15
7  referenced, but you actually once again
8  recite for the FDA all of the benign
9  findings from the studies such as the
10  thyroid findings and the transient
11  elevations in liver function tests and
12  these other things that you mention in
13  this section here?
14    MR. BROCK:  What page is
15  that?
16    MR. PENNOCK:  Page 13.
17    THE WITNESS:  Page 13.  13
18  is after -- I wouldn't
19  characterize as -- any of these
20  findings as benign.  I would
21  characterize these as what we
22  observed in our clinical trial
23  results which we view as either
24  unexpected or expected as meaning

Page 235

1  consistent with our preclinical --
2  our preclinical data.  So this is
3  a characterization of the data
4  that we found and interpretation
5  of those data as well.
6  BY MR. PENNOCK:
7    Q.   And the glucose findings in
8  study 15 fell somewhere in this neverland
9  between unexpected and expected and,
10  therefore, was not reported anywhere in
11  this document.  Correct?
12    MR. BROCK:  Object to the
13  form.
14    THE WITNESS:  Again, trial
15  15 data were included in the
16  original NDA.  It was included as
17  part of the integrated summary of
18  safety.  It was examined alongside
19  the data from trials, the other
20  placebo-controlled trials, and we
21  arrived at a conclusion about
22  glucose at that time.
23    MR. PENNOCK:  I have no
24  further questions at this time.

Page 236

1  Thank you, Doctor.
2    THE WITNESS:  Thank you.
3    VIDEOGRAPHER:  We are now
4  going off the record.  This is the
5  end of videotape number three.
6  The time is 3:07.
7    MR. ALLEN:  We pass the
8  witness to the defense to conduct
9  their direct exam.
10    - - -
11  (A recess occurred.)
12    - - -
13    VIDEOGRAPHER:  We are now
14  back on the record.  This is the
15  beginning of videotape number
16  four.  The time is 3:28.
17    - - -
18    EXAMINATION
19    - - -
20  BY MR. BROCK:
21    Q.   Please introduce yourself to
22  the jury, tell them who you are and where
23  you live.
24    A.   I am Mark Scott, and I live

Page 237

1  in Wilmington, Delaware.
2    Q.   Are you employed with
3  AstraZeneca?
4    A.   Yes, I am.
5    Q.   What is your present job
6  position, please, sir?
7    A.   It is executive director for
8  development and co-lead of the Seroquel
9  brand team.
10    Q.   What are your job duties and
11  responsibilities in that regard?
12    A.   My job duties are to provide
13  overall oversight for the clinical and
14  regulatory activities associated with
15  Seroquel in the United States as well as
16  be a member of the global product team.
17    Q.   So you have responsibility
18  for clinical trials?
19    A.   Clinical trials, yes.
20    Q.   As well as regulatory
21  affairs with the FDA?
22    A.   Correct.
23    Q.   Your background is in
24  statistics?

60 (Pages 234 to 237)

Confidential - Mark S. Scott, Ph.D.

Page 238

1    A.   Yes, I have a Ph.D. in
2  statistics.
3    Q.   Dr. Scott, are you prepared
4  today to discuss AstraZeneca's clinical
5  trial program for Seroquel, specifically
6  the placebo-controlled clinical trials?
7    A.   Yes, I am.
8    Q.   Would you describe briefly
9  for the members of the jury what a
10 placebo-controlled clinical trial is?
11   A.   You take placebo-controlled
12 clinical trials, those four words, you
13 take it for the last two words, clinical
14 trial is an experiment and it's an
15 experiment involving either human
16 subjects or human patients, that's a
17 clinical trial.
18         Controlled is controlled in
19 the sense of, if you have an experiment,
20 you need to have it controlled for so you
21 could be able to interpret the results,
22 interpret the results in a way which is
23 consistent with the way that it was
24 conducted.

Page 239

1          A placebo-controlled trial
2  is one where the comparison that you're
3  making is with a group of subjects who
4  have given placebo as opposed to given,
5  say, an active drug.
6    Q.   In terms of your work
7  experience at AstraZeneca, did you have
8  personal involvement in the design and
9  interpretation of clinical trials
10 involving the medicine Seroquel?
11   A.   Yes, I have.
12   Q.   Did you do that from a
13 statistical point of view?
14   A.   Yes, I did.  I was the
15 international project statistician for
16 Seroquel for a number of years in the
17 mid-'90s and was involved in a number of
18 the clinical trials in terms of their
19 design analysis, summarization and
20 presentation to the FDA.
21   Q.   Before we get into the
22 detail of the placebo-controlled clinical
23 trial, let's talk about your background a
24 little bit.

Page 240

1          First of all, where did you
2  grow up?
3    A.   I grew up outside of
4  Chicago, Illinois.
5    Q.   Are you married?
6    A.   Yes, I am.
7    Q.   What's your wife's name?
8    A.   Lois.
9    Q.   Tell the members of the jury
10 about your undergraduate training.
11   A.   I have an undergraduate
12 degree in mathematics from Southern
13 Illinois University in Carbondale.  And I
14 have a Master's degree in mathematics
15 from that same institution.
16   Q.   Did you go on to formally
17 study statistics beyond your Master's?
18   A.   Yes, I went on to Iowa State
19 to study for a Ph.D. from Iowa State
20 University.
21   Q.   Can you describe for the
22 members of the jury briefly what's
23 involved in obtaining a Ph.D. in
24 statistics?

Page 241

1    A.   A Ph.D. in statistics, you
2  were required to do a certain amount of
3  course work as well as do a piece of
4  independent research which is called a
5  dissertation.
6    Q.   What's the period of time
7  that it takes to obtain a Ph.D.?
8    A.   I don't know if there is a
9  set period.  It took me four years, from
10 1975 to 1979.
11   Q.   That's beyond your
12 undergraduate degree and your Master's?
13   A.   Correct.
14   Q.   Upon completing your Ph.D.
15 work at Iowa State, did you go on to work
16 in the public sector -- in the private
17 sector, I'm sorry?
18   A.   I went to work for the Mayo
19 Clinic in Rochester, Minnesota.  I was
20 offered what was called a postdoctoral
21 fellowship grant from the National Cancer
22 Institute.  So I worked in the
23 Comprehensive Cancer Center at the Mayo
24 Clinic.

61 (Pages 238 to 241)

Confidential - Mark S. Scott, Ph.D.

Page 242

1    Q.    Describe that for the
2  members of the jury, please.
3    A.    I was a statistician
4  employed by the Mayo Clinic to work in
5  the Comprehensive Cancer Center to help
6  clinicians in design and analysis of
7  clinical trials as well as do other work
8  using the Mayo Clinic record system to
9  publish data on their records.
10   Q.    How long were you at the
11 Mayo Clinic?
12   A.    I was there from 1979 to
13 1983.
14   Q.    And what is the Mayo Clinic?
15   A.    The Mayo Clinic is a very
16 large primary care clinic where
17 individuals come from not just
18 southeastern Minnesota but from all over
19 the world for diagnosis and treatment.
20   Q.    During your time at the Mayo
21 Clinic, did you gain experience in
22 designing clinical trials?
23   A.    That's where I learned my
24 understanding of clinical trials, was

Page 243

1  based at Mayo Clinic, yes.
2    Q.    At the completion of your
3  work at the Mayo Clinic, what did you do
4  next?
5    A.    In 1983, I was offered a
6  position at then ICI Pharmaceuticals,
7  which eventually became AstraZeneca
8  Pharmaceuticals, to work in the clinical
9  development group within ICI.
10   Q.    So did you join ICI in 1983?
11   A.    Yes, I did.
12   Q.    Tell the members of the jury
13 what you did once you joined ICI
14 Pharmaceuticals.
15   A.    The initial project work at
16 ICI was involved with a cephalosporin
17 antibiotic called cephalothin which was
18 being worked on to ultimately be
19 submitted and approved to the FDA, or
20 gain approval from the FDA for a variety
21 of serious infections.
22   Q.    What responsibility did you
23 have for the antibiotic you just
24 described?

Page 244

1    A.    I was the project
2  statistician involved in a number of
3  clinical trials as well as worked on the
4  integrated summaries of efficacy and
5  safety for those clinical trials.
6    Q.    Describe for the members of
7  the jury what a project statistician
8  does.
9    A.    A project statistician's
10 role in working in a clinical development
11 department in the pharmaceutical industry
12 is to work alongside clinicians to design
13 clinical trials, propose analysis plans
14 for clinical trials, analyze clinical
15 trials and then summarize clinical trials
16 in support of new drug applications.
17 That's their -- that is a primary role of
18 an industry statistician.
19   Q.    After completing your work
20 with the antibiotic, did you go on to
21 other projects with Zeneca?
22   A.    I worked on a number of -- I
23 worked on virtually all of the drugs at
24 that time ICI was developing, and they

Page 245

1  included a breast cancer drug called
2  tamoxifen, Nolvadex; two prostate cancer
3  drugs, Zoladex and Casodex; a beta
4  blocker called Tenormin; an ace inhibitor
5  called Zestril, and combinations of those
6  products.  Virtually all of the products
7  that they were working on I was involved
8  in one shape or the other.
9    Q.    But the medicines that
10 you've talked about, did you have
11 involvement in designing clinical trials
12 for those medicines?
13   A.    Yes, I did.
14   Q.    Did you have involvement in
15 preparing submissions to the Food and
16 Drug Administration?
17   A.    Yes, I did.
18   Q.    Including integrated
19 summaries of safety and efficacy?
20   A.    Yes, I did.
21   Q.    For the record, would you
22 describe for the members of the jury,
23 what is the integrated summary of safety
24 in the context of a submission to the

62 (Pages 242 to 245)

Confidential - Mark S. Scott, Ph.D.

Page 246

1    FDA?
2        A.   The integrated summary of
3    safety, that was what it was called back
4    in the mid-'80s, is a compilation of all
5    of the data from the development program
6    which includes preclinical information as
7    well as clinical information.  And in
8    that it contains summaries of the
9    clinical trial data put together in a
10   sensible way.  It offers an
11   interpretation of that -- of that -- all
12   of that data, and then forms the basis
13   for the information that would be going
14   into the labeling.
15       Q.   Likewise, did you have
16   involvement in preparing integrated
17   summaries of efficacy for submission to
18   the Food and Drug Administration?
19       A.   Yes, I did.
20       Q.   What is the integrated
21   summary of efficacy?
22       A.   When you're doing a
23   development program, you usually do a
24   number of different clinical trials to

Page 247

1    try to address what happens with this
2    drug in the setting that you're being --
3    you're studying.  So you'll do multiple
4    clinical trials.
5            So in terms of efficacy,
6    basically each trial has to stand on its
7    own for efficacy.  But the integrated
8    summary of efficacy is a place where you
9    can explore potential outcomes in, say,
10   subsets where you might not have been
11   able to do that because of the size of
12   one clinical trial, but on their own
13   clinical trials should stand by their
14   own.  But it's a place where you can give
15   the FDA and perhaps even clinicians then
16   an understanding of what happens in
17   important subsets.
18       Q.   At some point, did you begin
19   working on the Seroquel project?
20       A.   Yes, I did.
21       Q.   Tell the members of the jury
22   when that was and what your role was in
23   terms of that project.
24       A.   To be honest with you, I

Page 248

1    can't put an exact date on it, but it was
2    in the early to mid-'90s, I was involved
3    in the design of the yearly clinical
4    trials with respect to efficacy, so the
5    trials that went into the original
6    application for treatment of
7    schizophrenia, I was involved in the
8    design of those and ultimately the
9    analyses of those, the summarization of
10   those, and working with the medical
11   doctor with respect to the interpretation
12   of those once they were reported out.
13       Q.   Now, we've used the term a
14   couple of times already today, NDA or new
15   drug application.  So let's stop for just
16   a second.  Would you tell the jury what
17   the new drug application is in the
18   context of a medicine?
19       A.   The new drug application
20   contains all of the information, all of
21   the information from a clinical
22   perspective, a preclinical information.
23   There's also a chemistry and
24   manufacturing component of the NDA.  And

Page 249

1    as well it contains a draft labeling.
2        Q.   Just to back up just a step,
3    why does a medicine company file a new
4    drug application?
5        A.   The only way that a
6    medicine -- excuse me, a pharmaceutical
7    firm can market a drug in the United
8    States, it has to go through the Food and
9    Drug Administration for review and
10   approval prior to marketing.
11       Q.   Now, we've talked today
12   about clinical study reports.  Correct?
13       A.   Correct.
14       Q.   What is a clinical study
15   report and did you have involvement in
16   writing clinical study reports for
17   Seroquel clinical trials?
18       A.   I did have involvement in
19   writing clinical trial study reports for
20   Seroquel.  And my involvement would have
21   been in the protocol development as well
22   as in the analysis plan which forms part
23   of the protocol and then oversight of the
24   actual pulling together that data into a

63 (Pages 246 to 249)

Confidential - Mark S. Scott, Ph.D.

Page 250

1 series of summaries that form the basis
2 for a narrative around the outcome of the
3 clinical trial. So the clinical trial
4 report is a description of the study that
5 you did and then the results of that
6 study as well as an interpretation of
7 that results. And as well it contains
8 all of the data that were collected from
9 that clinical trial.
10      Q.   We've talked about the
11 integrated summary of safety. Did you
12 have personal involvement in reviewing,
13 editing and signing off on the integrated
14 summary of safety for the medicine
15 Seroquel?
16      A.   Yes, I did.
17      Q.   We talked a little bit about
18 clinical trials and the concept of having
19 a placebo control for a clinical trial.
20 Can you share with the jury why it's
21 important in the pre-approval phase to
22 have placebo-controlled trials?
23      A.   Placebo-controlled trials
24 are considered by most researchers and I

Page 251

1 would -- most researchers as well as most
2 health authorities as the "gold" standard
3 for determining whether or not an
4 intervention of drug has an effect on a
5 patient population. So it forms the
6 basis of the science behind drug
7 approval.
8      Q.   When we talk about adding a
9 term and saying randomized
10 placebo-controlled clinical trial, what
11 does that mean?
12      A.   I said earlier that you want
13 to make sure you have a control and you
14 would like to make sure that -- so you're
15 able to understand whether that -- your
16 intervention of your drug is actually
17 displaying an intended effect.
18      What randomization does is
19 it balances what are called the factors
20 which may be known or unknown to you that
21 could influence the result of the drug,
22 the result of the experiment. So you
23 want to make sure that the comparison
24 groups are as like as possible before you

Page 252

1 would be able to -- before you would be
2 able analyze those data. And
3 randomization allows you to do that.
4      Q.   How does placebo help you
5 understand the study results?
6      A.   Placebos are there because
7 -- especially in an area like Seroquel
8 where there are many subjective
9 assessments of clinical efficacy, if a
10 physician and a patient do not know what
11 treatment they're on, you're likely to
12 get a more what's called unbiased answer
13 in terms of the outcome of that
14 experiment.
15      Q.   Now, you are not a
16 physician. Correct?
17      A.   No, I am not.
18      Q.   I want to just shift gears
19 just a little bit to talk about the role
20 of a statistician like yourself in the
21 design and the interpretation of clinical
22 trials and how you interact with your
23 physician colleagues. Could you describe
24 that for the members of the jury, please?

Page 253

1      A.   Well, the statistics in
2 general is the science that is --
3 specializes in summarization, display and
4 communication of those results. Now, in
5 terms of a clinical experiment, a
6 clinician may have a question that they
7 would like to have answered. And the
8 statistician gets involved in being able
9 to quantify that clinical question.
10      So in this example, with
11 Seroquel, a physician might want to know
12 whether or not giving Seroquel improves
13 symptoms. A statistician would sit with
14 the physician and try to understand what
15 improvement looks like from a numeric
16 point of view and what tools could be
17 used or what measurement scales could be
18 used to quantify what improvement looks
19 like.
20      Q.   Take an example. If a
21 medicine company wanted to conduct a
22 trial to see if a medicine reduced, say,
23 the symptoms of depression, how would the
24 statistician and the physician interact

64 (Pages 250 to 253)

Confidential - Mark S. Scott, Ph.D.

Page 254

1  to design a clinical trial to answer that
2  question?
3      A.   Well, I think the first
4  thing the statistician would want to
5  understand is something about the
6  condition being studied, so depression.
7  So we'd like to understand perhaps what
8  studies have gone before, what
9  information might be available to us
10 right now that would help us.
11     We would also want to know
12 what are the tools that are used by a
13 psychiatrist or a clinician that they
14 would feel -- they would feel that are
15 important in assessing whether symptoms
16 actually improve.  So that in the end, we
17 would have something that would have what
18 would be called external validity with
19 respect to the results.
20     In terms of then looking to
21 the design of the experiment, we would
22 want to understand how much of the
23 clinical improvement could be expected.
24 On the basis of that determination, the

Page 255

1  statistician would work on the sample
2  size for the experiment, as well as ask
3  the clinician are there any other
4  measures from a secondary perspective
5  that might be important to include to be
6  able to assess what the potential effects
7  of the drug are in that setting.
8      Q.   Are these the kinds of
9  things you have done as a statistician at
10 AstraZeneca?
11     A.   Yes, I have.
12     Q.   And have you done that with
13 regard to the medicine Seroquel?
14     A.   Yes, I have.
15     Q.   Now, how does -- how does a
16 placebo control help you understand the
17 data that you obtain at the conclusion of
18 a trial?
19     A.   Well, again, a placebo
20 control, the patients who are receiving
21 placebo are being essentially given an
22 inert substance, something which should
23 have no effect on the condition being
24 studied.  So what you would see with an

Page 256

1  individual patient through time is what
2  is what we call the natural history of
3  either the disease or condition under
4  study.
5      So you have a group of
6  patients receiving a therapy which --
7  excuse me, an inert substance which in
8  theory has no effect.  And what you would
9  want to do is compare the results that
10 you have with your potential medicine
11 with the group that received placebo to
12 make sure that any what we would call
13 noise that could be contributing because
14 of -- because of the natural history of
15 the disease is accounted for in that
16 comparison.
17     Q.   Now, let's talk specifically
18 about the Seroquel clinical trial
19 program.  Are you familiar with that?
20     A.   Yes, I am.
21     Q.   Let's talk first about the
22 clinical trial program for the new drug
23 approval or for the NDA.  Did AstraZeneca
24 conduct clinical trials to support its

Page 257

1  application for permission to market
2  Seroquel in the United States?
3      A.   Yes, we did.
4      Q.   And are you familiar with
5  those trials?
6      A.   Yes, I am.
7      Q.   At that point of time, how
8  many clinical trials were required of a
9  medicine company prior to approval?
10     A.   The number of clinical
11 trials, there's no specific minimum or
12 maximum, but typically for approval of a
13 medication in a disease area, most health
14 authorities, including FDA, would say
15 that typically two adequate and well
16 controlled trials are required for
17 approval.  But, however, in terms of
18 development of a new medicine, a
19 potential new medicine, you typically do
20 a lot more work to understand what's
21 going on from what we call a pharmacology
22 perspective and what happens in longer
23 term -- longer term settings as well.
24     Q.   How many clinical trials

65 (Pages 254 to 257)

Confidential - Mark S. Scott, Ph.D.

Page 258

1    were involved in the new drug application
2    that AstraZeneca presented to the FDA for
3    Seroquel?
4         A.   I couldn't tell you off the
5    top of my head the total number, but
6    there had to be over 20, 25 trials with
7    the Phase I trials, Phase II trials as
8    well as the Phase II and III trials.
9         Q.   How many placebo-controlled
10   studies were conducted?
11        A.   I recall there were four.
12             MR. BROCK:  Don, if we could
13   see our first slide?
14   BY MR. BROCK:
15        Q.   Do you see that we have a
16   demonstrative on the screen there that
17   has a timeline at the top, three trials
18   by number on the left-hand side and then
19   at the bottom a glucose box showing
20   Seroquel same or better or Seroquel
21   worse?  Do you see that?
22        A.   Yes, I do.
23             MR. ALLEN:  Mike, can we
24   have a copy?

Page 259

1              MR. BROCK:  I'm getting you
2    one.
3              MR. ALLEN:  I know, but I'd
4    like as we go along each
5    individual demonstrative.
6              MR. BROCK:  Give me just a
7    second, he'll be back with one.
8              MR. ALLEN:  Oh, no, you can
9    proceed with this, I just want a
10   copy.
11             MR. BROCK:  Okay.  Give one
12   of those to Scott and one to Mark,
13   please.
14   BY MR. BROCK:
15        Q.   Doctor, do you see that we
16   have listed on the left-hand column there
17   the numbers 4, 6 and 8?  Do you see that?
18        A.   Yes, I do.
19        Q.   Can you describe just in
20   general terms what trials 4, 6 and 8
21   involve?
22        A.   4, 6 and 8 were
23   placebo-controlled clinical trials.
24   Trial 4 was a pilot trial.  And 6 and 8

Page 260

1    were placebo-controlled trials looking at
2    primary endpoint of reduction in symptoms
3    for schizophrenia using Seroquel.
4         Q.   Is there glucose data
5    contained within trials 4, 6 and 8?
6         A.   Yes.  Glucose data was
7    collected in each of those clinical
8    trials.
9         Q.   Have you looked at and
10   analyzed that glucose data?
11        A.   What I've looked at, each of
12   those clinical trials from the clinical
13   trials data and looked at the mean
14   changes as well as if shifts were
15   available.  So I've looked at them from a
16   statistical perspective.
17        Q.   Have you looked at not only
18   trials 4, 6 and 8, but all the
19   placebo-controlled clinical trials?
20        A.   I looked at all of the
21   placebo-controlled trials as well.
22        Q.   Now, do you see we have a
23   box there, glucose, Seroquel same or
24   better or Seroquel worse, and there's a

Page 261

1    green or yellow there?
2         A.   Yes, I do.
3         Q.   Have you looked at the
4    placebo-controlled clinical trials to see
5    if they're -- if Seroquel looks the same
6    or better or worse within each of the
7    clinical trials?
8         A.   Yes, I have.
9         Q.   And then assigned a color to
10   the clinical trial based on your
11   evaluation of the data?
12        A.   Yes, I have.
13             MR. BROCK:  Let me see 116
14   if I could.
15             - - -
16             (Exhibit Defendant's-116,
17   Seroquel New Drug Application
18   Integrated Summary of Efficacy,
19   Bates AZSER 00252340, 2341, 2377,
20   2378 & 2449, was marked for
21   identification.)
22             - - -
23   BY MR. BROCK:
24        Q.   Now, I'm going to come back

66 (Pages 258 to 261)

Confidential - Mark S. Scott, Ph.D.

Page 262

1  to that in minute.  I just wanted to set
2  that up for purposes of discussion, then
3  we'll talk about it a little more.
4        I'm going to hand you now
5  Exhibit 116.  If you look at the first
6  page of that, do you see that that is the
7  "INTEGRATED SUMMARY OF EFFICACY"?
8     A.  Yes, it is.
9     Q.  And it is dated May 21,
10 1996.  Correct, sir?
11    A.  Correct.
12    Q.  If you look at page 2, do
13 you see there in the middle that it is
14 signed by Mark Scott on 5/19/1996?
15    A.  Correct.
16    Q.  So when you were referencing
17 a bit ago that you were involved in the
18 integrated summary of safety, you were
19 actually one of the signatories to the
20 document that went to the FDA?
21    A.  Yes, I was.
22    Q.  If you turn and you look at
23 page 38, 116.38, do you see that listed
24 there are the bases for the efficacy

Page 263

1  evaluations?
2     A.  Make sure -- I'm on page 38
3  which is the lower right-hand corner?
4     Q.  Yes.  And it's also got a --
5  it's actually page 38 and then there's a
6  116.38.  So you can track it by either
7  number.
8        Oh, it is page 38.
9     A.  And what heading?
10    Q.  Do you see that there is a
11 statement there at the bottom -- well,
12 there's efficacy evaluations and then
13 there's primary assessments.  Do you see
14 that?
15    A.  Yes, I do.
16    Q.  And can you describe for the
17 jury from those sections what criteria
18 AstraZeneca utilized to evaluate efficacy
19 within the clinical trial program?
20    A.  Give me a second to look
21 here.  The primary rating scale, what was
22 called the BPRS which is -- stands for
23 the brief psychiatric rating scale which
24 was a commonly used tool to assess

Page 264

1  symptomatology in schizophrenic patients.
2  We also used what was called the clinical
3  global impression scale which allows the
4  clinician to assess how well the patient
5  is doing in his or her perspective, and
6  also as part of that what was called the
7  clinical global impression severity scale
8  as being an efficacy measure as well.
9     Q.  So you are setting out for
10 the FDA the criteria that you were using
11 to see if the medicine was working?
12    A.  Correct.  As well in our
13 conversations with FDA in the ongoing
14 development of Seroquel, they agreed with
15 those as being appropriate for this
16 patient population.
17    Q.  I've heard the term "end of
18 Phase II conference."  Is that something
19 that you're familiar with?
20    A.  Yes, I am.
21    Q.  And was there an end of
22 Phase II conference with regard to the
23 development program for Seroquel?
24    A.  Yes, there was.

Page 265

1     Q.  Is that a point in time when
2  the FDA gives input as to clinical trials
3  that are planned in terms of measures
4  that would be acceptable to it in terms
5  of proving efficacy?
6     A.  It's -- I see the meaning as
7  twofold, one of which as you described is
8  you ask the question, do you have enough
9  sufficient data to move competently into
10 Phase III and then you get an agreement
11 from the FDA on the scope of a program
12 that you're conducting that could
13 potentially lead to a new medicine being
14 introduced.
15       MR. ALLEN:  Mike, did you
16 mark these?
17       MR. BROCK:  Yeah, I'm
18 marking it as Exhibit 116.  So
19 we're working off our master
20 exhibit list, and it's 116.
21 BY MR. BROCK:
22    Q.  If you will turn to page 110
23 of the integrated summary of efficacy,
24 does AstraZeneca report in summary

67 (Pages 262 to 265)

Confidential - Mark S. Scott, Ph.D.

Page 266

1    fashion the overall conclusions for the
2    short-term placebo-controlled trials with
3    regard to efficacy?
4        A.   Yes, we do.
5        Q.   And what is the conclusion?
6        A.   The conclusions are -- the
7    main conclusions are "The efficacy of
8    quetiapine was demonstrated in four
9    double-blind, placebo-controlled trials
10   as determined by its consistent
11   superiority to placebo on the two primary
12   efficacy variables...," meaning "...the
13   BPRS total score and the CGI Severity of
14   illness score."
15       Q.   For the record, you're
16   reading from the first sentence of the
17   paragraph under section 3.5?
18       A.   Correct.
19           MR. BROCK:  Let me see 113,
20   please.
21               - - -
22       (Exhibit Defendant's-113,
23       International Approval Form, Bates
24       AZSER 00324412, 4413, 4491 - 4503,

Page 267

1    5904 - 5906, 4655 - 4669, 4708 -
2    4710, 5905, 5909, 5910, 25942,
3    5943, 6216 - 6239, 6391, 6392,
4    6720, 6730 - 6732, was marked for
5    identification.)
6               - - -
7    BY MR. BROCK:
8        Q.   I'm handing you now, Dr.
9    Scott, Exhibit 113. If you look at the
10   first page of that document, do you see
11   that it is the integrated summary of
12   safety submitted or dated and signed by
13   you on July the 3rd, 1996?
14       A.   Yes, it is.
15       Q.   I want to ask you a few
16   questions about this document. If you
17   would turn to page 80 of this document.
18       A.   Now, is it 80 in the lower
19   right-hand corner or the top page?
20       Q.   It's 80 in the lower
21   right-hand corner.
22       A.   Okay.
23       Q.   Do you see the section there
24   2.6.10?

Page 268

1        A.   Yes, I do.
2        Q.   Do you see listed there
3    "Tables of safety assessments by trial
4    and definitions of clinically significant
5    values"?
6        A.   Yes, I do.
7        Q.   And then it reads that "The
8    following tables provide information
9    regarding the safety assessments
10   collected by trial (for trials included
11   in the integrated database) and
12   definitions of clinically significant
13   values for clinical laboratory, vital
14   signs, and ECG variables." Do you see
15   that?
16       A.   Yes, I do.
17       Q.   And then if you turn the
18   page to page 81. Do you see Table 2.2?
19       A.   Yes, I do.
20       Q.   And then coming down the
21   left-hand column, do you see that there
22   is a section for hematology?
23       A.   Yes, I do.
24       Q.   And then a number of

Page 269

1    different clinical tests that are done
2    under the hematology section. Do you see
3    that?
4        A.   Yes, I do.
5        Q.   And then there's an X in
6    each trial where that -- where that lab
7    assessment was conducted. Correct?
8        A.   Correct.
9        Q.   And then there's a section
10   for chemistry?
11       A.   Yes.
12       Q.   And it's actually continued
13   on the next page?
14       A.   Yes, it continues down to
15   about the middle of the next page.
16       Q.   And then there's a section
17   for urinalysis?
18       A.   Yes.
19       Q.   Now, Dr. Scott, could you
20   explain to the jury why there are so many
21   different kinds of tests being conducted
22   by AstraZeneca prior to the approval of
23   the medicine?
24           MR. ALLEN:  Object to the

68 (Pages 266 to 269)

Confidential - Mark S. Scott, Ph.D.

| Page 270 | Page 272 |
|---|---|
| 1    form. | 1  a little bit, there is glucose collected |
| 2        THE WITNESS: My | 2  for trial 0048? |
| 3  understanding of the rationale for | 3        A.    And trial 0015.  This is in |
| 4  that is that you're introducing | 4  the Phase -- this is a Phase I -- you |
| 5  not a medicine but a chemical | 5  might be looking at the urinalysis.  Page |
| 6  substance into human beings where | 6  83 contains Phase II and Phase III trials |
| 7  you don't know what the potential | 7  for chemistry.  Chemistry would be -- |
| 8  outcomes are.  So what you would | 8        Q.    You're right. |
| 9  like to do is cast a very wide net | 9        A.    -- in the middle of that |
| 10  with respect to laboratory data to | 10  page. |
| 11  see what potential impact it might | 11        Q.    My apologize.  So let's |
| 12  have on patients taking this drug. | 12  start over on that.  Do you have page 80 |
| 13  So you're very -- try to be -- | 13  there? |
| 14  cast a wide net with respect to | 14        A.    I have page 80, yes. |
| 15  gain some understanding and to be | 15        Q.    Do you have the section for |
| 16  able to summarize that completely | 16  chemistry? |
| 17  for health authorities to be able | 17        A.    Yes, I do. |
| 18  to make a determination whether | 18        Q.    Are there Xs by trials 4, |
| 19  any untoward effects were seen. | 19  6 -- 4, 5, 6, 7, 8, 15, 48 and the OLE? |
| 20  BY MR. BROCK: | 20        A.    Yes, I do. |
| 21        Q.    And the information you | 21        Q.    And for the record, what do |
| 22  gather is then organized so that it can | 22  those Xs represent? |
| 23  be presented to the FDA in the new drug | 23        A.    Those are the Xs for where |
| 24  application? | 24  clinical laboratory assessments were done |

| Page 271 | Page 273 |
|---|---|
| 1        A.    Yes, typically we would take | 1  and they were included in the integrated |
| 2  right here a list of Phase I trials and | 2  database for Phase I and Phase II and III |
| 3  you have a list of Phase II trials later | 3  trials. |
| 4  on.  You go along with it.  You try to | 4        Q.    Let me get you to turn over |
| 5  summarize those in a sensible way where | 5  to Table 11.1.1. |
| 6  you would put together Phase I trials | 6        A.    11.1.1. |
| 7  together and then Phase II and III trials | 7        Q.    It's on page 223. |
| 8  together. | 8        A.    Okay. |
| 9        Q.    Now, look on Table 2.2 on | 9        Q.    First of all, describe for |
| 10  page 84, if you would, please.  Do you | 10  the members of the jury what this |
| 11  see that is a table related to clinical | 11  represents. |
| 12  laboratory assessments by trial | 12        A.    Give me a second to look at |
| 13  integrated Phase I and Phase II-III | 13  it.  So the data that are contained in |
| 14  trials? | 14  this table are the integration of the |
| 15        A.    Yes, I do. | 15  serum chemistry values for the |
| 16        Q.    And do you see about | 16  placebo-controlled clinical trials, the |
| 17  three-quarters down the page, there is a | 17  short-term placebo-controlled trials and |
| 18  place for glucose? | 18  it contains what happens before Seroquel |
| 19        A.    Yes, I do. | 19  and then what happens at the end of |
| 20        Q.    And do you see that glucose | 20  treatment for those various serum |
| 21  values were collected for trials 0004, | 21  chemistry parameters. |
| 22  0006, 0008? | 22        Q.    Do you know what trial |
| 23        A.    Yes, I do. | 23  numbers this would involve? |
| 24        Q.    And then if you move on over | 24        A.    This would have been the |

Confidential - Mark S. Scott, Ph.D.

Page 274

1  compilation of trials 0004, 0006 and
2  0008.
3       Q.   Now, if you look at the
4  left-hand column, does it give the number
5  of patients included in those trials that
6  were taking Seroquel?
7       A.   What's included here are the
8  number of patients with reach laboratory
9  parameter with data who are at baseline
10 and have a final assessment value.
11      Q.   Is the same true for the
12 number of patients that are reflected on
13 placebo?
14      A.   That's correct.
15      Q.   Now, do you see that there
16 is a column there that relates to mean
17 change for the short-term
18 placebo-controlled trials?
19      A.   Yes, I do.
20      Q.   And do you see there that
21 the value is set out .18?
22      A.   Yes, I do.
23      Q.   And then if you go over to
24 placebo, there's a value of .02?

Page 275

1       A.   Correct.
2       Q.   And from a statistical
3  standpoint, what's your takeaway from
4  this table?
5            MR. ALLEN:  Objection to
6       form.
7            THE WITNESS:  You have a
8       small change in means and you have
9       a large degree of variability
10      attached to it.
11 BY MR. BROCK:
12      Q.   You've used the term
13 "variability" today.  What does
14 variability mean?
15      A.   It means that every time
16 that you would do a -- any sort of, say,
17 laboratory test, you would get a
18 different value on the same patient.  So
19 the variability is a measure of how
20 widely distributed those values are.
21      Q.   When we use the term "mean,"
22 are we talking about average?
23      A.   We're talking about the
24 arithmetic average.

Page 276

1       Q.   How is that -- how is that
2  calculated?
3       A.   In terms of -- for a
4  particular variable, it's the sum of all
5  the observations for that particular
6  variable divided by the number of
7  individuals with that value.
8       Q.   Look at Table 11.1.1 which
9  is on page 224.
10      A.   Okay.
11      Q.   Excuse me, I'm sorry, look
12 at Table 11.1.3 which is on page 227.
13      A.   227?
14           MR. ALLEN:  Mr. Brock, I
15      don't believe I have it.
16           MR. BROCK:  You've got it.
17 BY MR. BROCK:
18      Q.   How about page 1452?
19      A.   Is it at the back?
20      Q.   It is.  It's --
21      A.   Page 227, did you say?
22      Q.   On bottom right-hand corner
23 is 227.
24      A.   It says Table 11.5?

Page 277

1       Q.   11.1.3.
2       A.   11. --
3            MR. ALLEN:  I'm not trying
4       to be difficult here, I don't seem
5       to have it, Mr. Brock.
6            THE WITNESS:  I've got it.
7       It's --
8            MR. ALLEN:  Is it out of
9       order?
10           THE WITNESS:  It's just that
11      I think that these -- this is a
12      compilation from the integrated
13      summary of safety and it jumps
14      around a little bit.  It would be
15      on -- the very top number would be
16      1452 if you look at the very top
17      pages.  It's about halfway into
18      the deck.
19           MR. ALLEN:  Okay.  I've got
20      it.
21           MR. BROCK:  You got it?
22           MR. ALLEN:  Yeah.
23 BY MR. BROCK:
24      Q.   Now, do you see at the top

70 (Pages 274 to 277)

Confidential - Mark S. Scott, Ph.D.

Page 278

1  here there's "MEAN AND MEAN CHANGE VALUES
2  FOR SERUM CHEMISTRY PARAMETERS AT
3  BASELINE AND END OF TREATMENT LONG-TERM
4  (> 6 WEEKS) HALOPERIDOL-CONTROLLED
5  TRIAL." Do you see that?
6      A.   Correct.
7      Q.   What trial number is that?
8      A.   That's trial 0015.
9      Q.   And is trial 0015 included
10  in the integrated summary of safety?
11     A.   Yes, it is.
12     Q.   Do you see there it says,
13  "INTEGRATED SUMMARY OF SAFETY," and
14  that's on page 1452? Do you see that?
15     A.   Yes, I do.
16     Q.   Are there glucose values set
17  out for trial 0015 in the integrated
18  summary of safety?
19     A.   Yes, there are.
20     Q.   You see the next to the last
21  column at the bottom, actually going
22  across, there is a -- there are values
23  for glucose?
24     A.   Yes, I do.

Page 279

1      Q.   Did AstraZeneca report in
2  the integrated summary of safety the
3  glucose values from trial 0015?
4      A.   Yes, we did.
5      Q.   Are they set out on page --
6  on Table 11.1.3?
7      A.   Yes, they are.
8      Q.   Were they also included in a
9  clinical study report that would have
10  been submitted with regard to trial 0015?
11     A.   Yes. These data are derived
12  from the clinical trial report for study
13  0015.
14     Q.   Now, we've talked about
15  placebo-controlled trials. Is there also
16  a type of trial known as an active
17  comparator trial?
18     A.   Yes, there is.
19     Q.   Is study 0015 a
20  placebo-controlled trial or an active
21  comparator trial?
22     A.   It is a -- study 0015 is an
23  active-controlled trial.
24     Q.   So "controlled" would be the

Page 280

1  word you would prefer to use?
2      A.   In this way, yes. It's
3  controlled in the sense that the patient
4  is not receiving Seroquel, he's receiving
5  another medicine that was used in the
6  treatment of schizophrenia, and that
7  medicine is haloperidol.
8      Q.   In trial 0015 is there a
9  placebo comparator?
10     A.   No, there is not.
11     Q.   What's the difference
12  between a placebo-controlled trial and an
13  active-controlled trial in terms of the
14  information that you receive from the
15  trial?
16     A.   The interpretation of a lot
17  of what happens in a positive control or
18  an active-controlled trial is much more
19  difficult than a placebo-controlled trial
20  because you need to understand almost
21  what would have happened if, in fact, a
22  placebo would have been used. So most of
23  the time you would look at these data in
24  terms of is there anything large in terms

Page 281

1  of differences, but you would want to
2  rely on the placebo-controlled data to
3  help you draw your inferences about what
4  the effect of the drug was, because here
5  you don't have a placebo to compare it
6  to.
7          MR. ALLEN:  Objection.
8          Nonresponsive.
9  BY MR. BROCK:
10     Q.   Now, do you see that there
11  are columns for baseline and end of
12  treatment in the Seroquel area of this
13  document?
14     A.   I see the values for
15  baseline and end of treatment, yes.
16     Q.   And what is shown with
17  regard to this table with regard to
18  Seroquel baseline to end of treatment in
19  trial 0015?
20     A.   There is an average change
21  of .27 millimoles per liter on Seroquel
22  with a standard deviation of 1.75.
23     Q.   And in statistical terms,
24  what does that mean?

71 (Pages 278 to 281)

Confidential - Mark S. Scott, Ph.D.

Page 282

1     A.   That the average change
2 was .27.
3     Q.   Are there changes also shown
4 in the haloperidol arm of the trial?
5     A.   Yes, there were.  There was
6 an average change of 0.14 millimoles per
7 liter on haloperidol with a standard
8 deviation of 2.45.
9     Q.   And this data was reported
10 to the FDA?
11     A.   These data were reported to
12 the FDA as part of the clinical trial
13 report as well as part of the integrated
14 summary of safety.
15     Q.   Now, look over, if you
16 would, to page 1485, which is Table
17 11.2.3.  Do you have that?
18     A.   Yes, I do.
19     Q.   Is this another table in the
20 integrated summary of safety with regard
21 to trial 0015?
22     A.   Yes, it is.
23     Q.   Can you describe for the
24 jury what this represents?

Page 283

1     A.   This table represents
2 another way of looking at laboratory data
3 in general.  And what the clinician would
4 say is they would specify in advance what
5 are clinically significant values that
6 could occur.  And this table summarizes
7 the proportion of patients with
8 clinically significant values that were
9 seen in trial 0015 for each of the
10 clinical chemistry guys.
11     Q.   And is there a column for
12 glucose?
13     A.   There is a -- there's a
14 column for -- in the chemistry column
15 there's a glucose row.
16     Q.   Does it reflect 2.3 percent
17 in that column?
18     A.   Yes, there were four
19 patients out of 171 who had a clinically
20 significant value on Seroquel.
21     Q.   And is a comparison made to
22 haloperidol in that same column?
23     A.   Yes, the active control
24 group haloperidol had four patients out

Page 284

1 of 35 which is 11.4 percent of patients.
2     Q.   Let me ask you to turn now
3 to page 1770.  That would be at Table
4 11.5.  Correct?
5     A.   That's correct.
6     Q.   And are we now back to
7 talking about short-term, less than
8 six-week placebo-controlled trials?
9     A.   Yes, we are.
10     Q.   And that would be -- include
11 those trials we talked about earlier,
12 0004, 0006 and 0008?
13     A.   Yes, they are.
14     Q.   Tell the members of the jury
15 what this table represents.
16     A.   This table represents for
17 each trial the number and the proportion
18 of shift -- the patients who had shifted
19 to clinically significant thresholds for
20 glucose as well as a summarization across
21 the clinical trial program for those same
22 values.
23     Q.   And what's your takeaway
24 from this table?

Page 285

1         MR. ALLEN:  Objection to
2     form.
3 BY MR. BROCK:
4     Q.   Let me rephrase.  What does
5 this table reflect?
6         MR. ALLEN:  Object to the
7     form.
8         THE WITNESS:  This table
9     reflects the summarization and the
10     statistical analysis that was
11     performed across the clinical
12     trial program for the
13     placebo-controlled trials on
14     shifters for glucose.
15 BY MR. BROCK:
16     Q.   And what's the finding?
17     A.   There was a nonsignificant
18 difference between Seroquel and placebo
19 in the proportion of shifters.
20         MR. BROCK:  Let me go back,
21     Don, if I could, to the PowerPoint
22     slide.
23 BY MR. BROCK:
24     Q.   Using the criteria of

Confidential - Mark S. Scott, Ph.D.

Page 286

1  whether Seroquel is the same or better or
2  worse, did you evaluate trials 0004, 0006
3  and 0008 and make a determination about
4  that?
5      A.   From the evidence that was
6  in the clinical trial reports and that
7  was ultimately part of the integrated
8  summary of safety, there was no
9  difference between Seroquel and placebo
10 based on those trials for glucose
11 measurements.
12     Q.   So you would say Seroquel is
13 the same or better for those?
14     A.   I would say I couldn't tell
15 you it's the same or better, but I would
16 just say that there's no difference.
17 There's no information there to tell me
18 anything about a difference between
19 Seroquel and placebo.
20     Q.   Now, based on the integrated
21 summary of safety, the integrated summary
22 of efficacy and the other materials that
23 were submitted to the FDA, did the FDA
24 approve Seroquel for marketing in the

Page 287

1  United States?
2      A.   Yes, it did in 1997.
3      Q.   Do you see that I have on
4  the screen there schizophrenia 1997?
5      A.   Correct.
6          MR. ALLEN:  Let me just get
7      a running objection to this
8      unrelated document.  But I think
9      it will inaccurately reflect and
10     already has inaccurately reflected
11     his answers.  I object to the
12     presentation of this.  I
13     understand you're going to do it
14     today, it will be up to later the
15     judge's ruling.  And I don't want
16     my silence to be taken as
17     acquiescence.  So I want to get my
18     objection on the record to the
19     demonstrative aid that you're
20     using and is specific for the
21     jury.  Thank you.
22 BY MR. BROCK:
23     Q.   In the original label, was
24 there information included about weight

Page 288

1  gain that had been seen in the clinical
2  trial program?
3      A.   Yes, there was.
4      Q.   And were there references to
5  cases of diabetes and hyperglycemia in
6  the original label?
7      A.   Yes, there were.
8      Q.   After the approval of
9  Seroquel for sale in the United States,
10 did you continue to work in this area?
11     A.   My involvement -- my direct
12 involvement in the day-to-day clinical
13 trials I was not involved.  However, I
14 was involved as being the manager and
15 head of statistics for the time -- we
16 were Zeneca at the time, so I had
17 statisticians reporting to me who were
18 assigned to Seroquel itself.
19     Q.   And for what period of time
20 were you employed in that capacity?
21     A.   From 1997 until the time of
22 the merger, which was 2001 -- or 2000
23 rather, and then I had responsibility for
24 a U.S. portion of statistics.

Page 289

1      Q.   So from 2000 until some
2  point of time, you were managing
3  statistics for AstraZeneca?
4      A.   Yes, I was.
5      Q.   Would you describe briefly
6  for the members of the jury so we have a
7  point of reference, what you were doing
8  in that capacity and then share with us
9  when you returned to working on the
10 medicine Seroquel on a more full-time
11 basis?
12     A.   Okay.  During the years 1997
13 until 2001, I was either the manager or
14 the head of statistics for the company
15 for in the United States which meant I
16 had responsibility for supervision of all
17 the statisticians who were working on the
18 various projects for the company,
19 Seroquel included.
20         At the time of the merger,
21 the role that I took was a job that was
22 called head of quantitative decision
23 sciences, which included statistics,
24 epidemiology, health economics, and it

73 (Pages 286 to 289)

Confidential - Mark S. Scott, Ph.D.

Page 290

1  was a role of being a functional manager
2  for the various groups supporting drug
3  development.
4         In 2002, I took the role --
5  I left statistics and clinical
6  development and I became the head of
7  regulatory affairs for the oncology
8  therapy area which meant I had regulatory
9  affairs specialists reporting in to me to
10  work on all the oncology projects or the
11  cancer drugs for AstraZeneca. And then I
12  rejoined the Seroquel team in April or
13  May -- April/May 2005 to be the brand
14  team leader.
15         MR. BROCK: Let me see 335.
16             - - -
17         (Exhibit Defendant's-335,
18         5/4/05 Agenda, Bates AZ/SER
19         1287620, 0775996 - 6041, was
20         marked for identification.)
21             - - -
22  BY MR. BROCK:
23     Q.  Dr. Scott, I'm showing you
24  now Exhibit 335. Do you have that in

Page 291

1  front of you?
2     A.  Yes, I do.
3     Q.  Do you see that that
4  document is dated May the 4th of 2005?
5     A.  Yes. May the 4th, 2005.
6     Q.  And then on the called or
7  attendee list, do you see that your name
8  is listed in the fourth set of names?
9     A.  Yes, I do.
10     Q.  And then you see that
11  there's a title "Seroquel Safety Review."
12  And then if you look at the topics,
13  included in the presentation were the
14  topics "Diabetes" and "Weight"?
15     A.  Yes, I do.
16     Q.  Did you attend this meeting?
17     A.  Yes, I did.
18     Q.  I want to ask you to turn
19  over to page 18.
20     A.  Is this in the lower
21  right-hand corner?
22     Q.  Lower right-hand corner,
23  yes, sir.
24     A.  Okay.

Page 292

1     Q.  Do you see there is a slide
2  there for Trial US/0049 and then the name
3  BOLDER?
4     A.  Yes, I do.
5     Q.  Are you familiar with the
6  BOLDER trial?
7     A.  Yes, I am.
8     Q.  Could you describe for the
9  members of the jury what BOLDER test did
10  and what the design was?
11     A.  The BOLDER trial was a
12  randomized placebo-controlled trial
13  looking at two doses of Seroquel for
14  potential use in the treatment of bipolar
15  disorder which formed part of the basis
16  for submission to FDA and ultimate
17  approval for that indication.
18     Q.  If you look at page 19, do
19  you see that there's a slide there for
20  data review?
21     A.  Yes, I do.
22     Q.  And do you see the first
23  bullet point, it says, "Intended to be
24  fasting, but probably not"?

Page 293

1     A.  Yes, I do.
2     Q.  And then if you look at the
3  next page, page 20, does that slide help
4  you understand the bullet point that we
5  just looked at "Intended to be fasting,
6  but probably not"?
7     A.  Yes, it does.
8     Q.  And could you explain that
9  to the jury, please?
10     A.  This slide represents the
11  axis, the horizontal axis is time, and
12  that represents the time that the sample
13  for blood draw was taken. And the
14  vertical axis represents a proportion of
15  samples that occurred prior to that hour.
16  So if I was to take, say, 12 noon and
17  draw a line up to 12 noon in that graph
18  you had, sorry about that, goes from 12
19  noon up, that would say that between,
20  say, 50 and 60 percent of the samples
21  were before noon and that another 50 to
22  60 percent -- 40 to 50 percent were
23  after noon. And that would mean to me
24  that if you're getting a fasting blood

74 (Pages 290 to 293)

Confidential - Mark S. Scott, Ph.D.

Page 294

1   sample where someone was to fast
2   overnight, half the patients were getting
3   their samples done after 12:00.
4       Q.   If you look at the next
5   page, page 21, you see it shows "Sample
6   times suggest it's unlikely that the
7   patients were truly fasted"?
8       A.   I think that was a
9   conclusion that was drawn from trial 0049
10  opposite the sample.
11          MR. ALLEN:  Object to the
12          responsiveness of the answer.
13  BY MR. BROCK:
14      Q.   Did the company conduct
15  clinical trials to test Seroquel in the
16  bipolar mania patient population?
17      A.   Yes, we did.
18          MR. BROCK:  Let me see 1063.
19              - - -
20          (Exhibit Defendant's-1063,
21          12/3/02 Clinical Study Report, was
22          marked for identification.)
23              - - -
24  BY MR. BROCK:

Page 295

1       Q.   Just in general terms so
2   that the jury understands this, why would
3   a company continue to test the medicine
4   after it's been approved by the FDA?
5       A.   There are a number of
6   reasons why in that physicians might
7   believe that after the drug has been
8   available for a period of time, they
9   might have found new uses for it that we
10  might not have been aware of or thought
11  of.  And through that feedback, other
12  clinical development programs can be
13  generated.
14      Q.   I want to talk to you now
15  about the bipolar mania trials.  I've
16  placed in front of you Defendant's
17  Exhibit 1063.  Do you have that?
18      A.   Yes, I do.
19      Q.   Do you see that there's a
20  study code under the clinical study
21  report that refers to 5077 IL/0104 and
22  then there's a date of December 3, 2002?
23      A.   Yes, I do.
24      Q.   And if you come down a

Page 296

1   little bit, you'll see last patient
2   completed April 25, 2002.
3       A.   Yes, I do.
4       Q.   If you turn over to page
5   152 --
6       A.   And 152 would be in the
7   lower left hand or is this a --
8       Q.   Lower left-hand corner, yes.
9       A.   152, okay.
10      Q.   Do you see that there is set
11  out there Table 58?
12      A.   Yes, I do.
13      Q.   And that's "Change from
14  baseline in clinical chemistry
15  parameters"?
16      A.   Yes, I do.
17      Q.   And is there a section there
18  for glucose?
19      A.   Yes, there is.
20      Q.   And under the section for
21  glucose, what is the finding?
22      A.   The finding for glucose,
23  this was a three arm placebo-controlled
24  clinical trial.  It also included a

Page 297

1   positive control, active control
2   haloperidol.  So the change for baseline
3   for glucose, this is in milligrams per
4   dL, for Seroquel was minus 3 with a
5   standard deviation of 23.64.  For placebo
6   it was minus 2.9 with a standard
7   deviation of 24.6.  And for haloperidol
8   there was a mean change of 0.5 units with
9   a standard deviation of 19.14.
10      Q.   Using the standard that
11  we've talked about, green and yellow,
12  does this reflect a difference between
13  quetiapine and placebo?
14          MR. ALLEN:  Object to the
15          form.
16          THE WITNESS:  No, it does
17          not.
18  BY MR. BROCK:
19      Q.   Tell the members of the jury
20  what is shown with regard to the glucose
21  comparison in -- on Table 58.
22      A.   From just a comparison of
23  the means from a statistical perspective,
24  those results would be statistically

Confidential - Mark S. Scott, Ph.D.

Page 298

1  indistinguishable.
2      Q.   Would that be in the
3  category of no difference?
4      A.   That would be the category
5  of no difference.  So that would be
6  green.
7      Q.   Now, if you look at --
8          MR. ALLEN:  Objection to the
9      responsiveness of the answer.
10 BY MR. BROCK:
11     Q.   If you look at page 153, the
12 bottom left-hand corner, do you see there
13 Table 59?
14     A.   Yes, I do.
15     Q.   And tell the members of the
16 jury what that table represents and how
17 it's helpful to you in evaluating glucose
18 issues within this particular clinical
19 trial.
20     A.   This is the, again, all the
21 serum chemistry values, and it represents
22 the clinically significantly low and high
23 valves that were observed in the clinical
24 trial for these clinical chemistry

Page 299

1  values.  And this helps myself and I
2  think more importantly the clinician to
3  have an understanding of what's going on
4  that's a little bit different than the
5  shifts in the means.  This is the shifter
6  table and it's a partner to the mean --
7  table of means.
8      Q.   So on the right-hand side of
9  Table 59, there are three columns under
10 "Shift to high."  Do you see that?
11     A.   Yes, I do.
12     Q.   There are columns for
13 quetiapine, placebo and haloperidol.
14 Right?
15     A.   Correct.
16     Q.   How many patients shifted to
17 high in the quetiapine group?
18     A.   There were no patients who
19 shifted to high.
20     Q.   From the standpoint of your
21 work as a statistician, what does Table
22 59 show?
23     A.   Given that there were no
24 patients who shifted on placebo, there is

Page 300

1  no information on shifters that I could
2  say that -- I could say quetiapine to
3  placebo so I would say they're the same
4  from a statistical perspective here.
5          - - -
6      (Exhibit Defendant's-1064,
7      12/10/02 Clinical Study Report,
8      was marked for identification.)
9          - - -
10 BY MR. BROCK:
11     Q.   I want to ask you now about
12 study 105.  Do you have study 105 there?
13     A.   If it's Exhibit
14 Document 1064, yes, I do.
15     Q.   Thank you.  Do you see that
16 there is a column about halfway down that
17 relates to study dates and it reflects
18 that the last patient completed on
19 May the 22nd -- 27th of 2002?
20     A.   Yes, I do.
21     Q.   Is this one of the trials
22 that was used to support the registration
23 for bipolar mania?
24     A.   Yes, it was.

Page 301

1      Q.   Have you looked at the
2  glucose results with regard to mean
3  changes and shifters for study 105 in the
4  same way that you did the previous trial?
5      A.   Yes, I did.
6      Q.   If you turn to page 150, do
7  you see that there is a Table 59 that has
8  changes from baseline and clinical
9  chemistry parameters and a section for
10 glucose?
11     A.   Yes, I do.
12     Q.   And is the finding for
13 glucose minus 3.7?
14     A.   For Seroquel, the mean
15 change was minus 3.7 with standard
16 deviation of 30.26.
17     Q.   And what about placebo?
18     A.   For placebo there was a
19 change of minus 5.2, this is in
20 millimoles per liter, with a standard
21 deviation of 28.76.
22     Q.   From the standpoint of a
23 statistician, what does this information
24 convey to you?

Confidential - Mark S. Scott, Ph.D.

Page 302

1        A.   That there would be no
2   evidence that the Seroquel was different
3   than placebo in this clinical setting in
4   terms of the changes of means.
5        Q.   Is there also a Table 60
6   that reflects shifters on Exhibit 1064?
7        A.   Yes, there is.
8        Q.   And do you see that that is
9   found on page 151 in Table 60?
10       A.   Yes, I do.
11       Q.   Summarize quickly for the
12  jury what you find under the section
13  shift to high in Table 60.
14       A.   For Seroquel, of 102
15  patients, there was one shifter.  Of the
16  89 patients on placebo, there was no
17  patients.  And for lithium, which was
18  again an active control used in the
19  study, there was one patient.
20       Q.   From Table 59 and Table 60,
21  did you evaluate whether or not there was
22  a change in glucose reflected in trial
23  105?
24       A.   Based on my observations,

Page 303

1   there's no -- there's no evidence of
2   changes in means or shifting to high
3   glucose for -- in this clinical trial for
4   any treatment arm.  So quetiapine and
5   placebo I'd have as essentially the same
6   outcomes.
7        Q.   Would this be a trial that
8   you would put in the green category?
9            MR. ALLEN:  Objection to
10           form.
11           THE WITNESS:  Yes, this
12           would be a green trial.
13  BY MR. BROCK:
14       Q.   Let me ask it again so that
15  when we play this tape some day, the jury
16  can hear it.
17           Is trial 105 a green trial?
18  Let him put his objection in and then you
19  can answer.
20           MR. ALLEN:  Let me object to
21       the form of the question.
22           THE WITNESS:  Trial 105 is a
23       green trial.
24                - - -

Page 304

1            (Exhibit Defendant's-1061,
2        12/2/02 Clinical Study Report, was
3        marked for identification.)
4                 - - -
5   BY MR. BROCK:
6        Q.   Dr. Scott, I'm handing you
7   now Defendant's Exhibit 1061.  And I'll
8   ask you if this is the clinical study
9   report for trial 099?
10       A.   Yes, it is.
11       Q.   And is this one of the
12  trials that was submitted to the FDA in
13  support of request for approval in the
14  bipolar mania population?
15       A.   Yes, it was.
16       Q.   It reflects last patient
17  completed of November 26th of 2001?
18       A.   Yes, it does.
19       Q.   In the interest of time, I'd
20  ask you to look at the mean glucose
21  changes and the shifter data in
22  Defendant's Exhibit 261.  If you'll refer
23  to them by table, we'll put them up, tell
24  the members of the jury what your

Page 305

1   findings are from those tables, please.
2            MR. SCOTT:  1061.  It
3        sounded like 261.
4   BY MR. BROCK:
5        Q.   Oh, 1061.
6            THE WITNESS:  This is Table
7        54, change from baseline clinical
8        chemistry parameters, and for the
9        row of glucose which is in
10       millimoles per liter, of the 71
11       Seroquel patients, there was a
12       change of minus 2.06 units with a
13       standard deviation of 29.77; and
14       for placebo, of the 79 patients on
15       placebo, there was a change of
16       minus 1.01 units with a standard
17       deviation of 34.72.
18  BY MR. BROCK:
19       Q.   Just to be clear, when
20  there's a minus in the front of the
21  number for glucose, does that mean it's
22  going down?
23       A.   The observed mean is less
24  than the observed mean that you saw at

77 (Pages 302 to 305)

Confidential - Mark S. Scott, Ph.D.

Page 306

1  the beginning on average.
2      Q.    Please continue.
3      A.    And in terms of the shifts
4  to high in this clinical trial, there
5  were no shifters on Seroquel or shifters
6  on placebo.
7      Q.    Considering the data that
8  you have just talked about, what does it
9  mean to you as a statistician for
10 AstraZeneca?
11     A.    That the results that I see
12 on -- for glucose are the same as I saw
13 on placebo.  So I would give that a green
14 rating.
15         MR. ALLEN:  Objection to the
16     responsiveness.
17            - - -
18         (Exhibit Defendant's-1062,
19     11/29/92 Clinical Study Report,
20     was marked for identification.)
21            - - -
22 BY MR. BROCK:
23     Q.    I'm handing you now
24 Exhibit 1062, which is the clinical study

Page 307

1  report for trial 0100.  Do you have that?
2      A.    This is, yes, a portion of
3  the clinical trial report for study 0100.
4      Q.    Do you see that it has a
5  last patient completed date of January
6  25th of 2002?
7      A.    Yes, I do.
8      Q.    I'll ask you to look in the
9  material I furnished you and share with
10 the jury what the findings in trial 0100
11 were with respect to average glucose
12 changes as well as shift data.
13     A.    Now, this was a trial which
14 was a comparison of quetiapine plus
15 either lithium and divalproex versus
16 placebo, or plus lithium or divalproex,
17 so it is placebo controlled but there is
18 a background of another drug there.  But
19 in this study there was a change of
20 2.9 units, in this case as milligrams per
21 dL on Seroquel, and with standard
22 deviation of 35.7.  And on placebo, with
23 87 patients, there was a changes of 6.1
24 units with a standard deviation of 29.10.

Page 308

1  And as for shifters, there was one out of
2  85 patients on the combination of
3  Seroquel and lithium or divalproex
4  shifting to a high range versus 1 out of
5  86 for placebo plus lithium or
6  divalproex.
7      Q.    As a statistician for
8  AstraZeneca, considering the values that
9  you've just discussed, what's your
10 assessment from a statistical standpoint
11 of that data?
12         MR. ALLEN:  Objection to
13     form.
14         THE WITNESS:  The results of
15     this clinical trial would indicate
16     for the glucose findings that the
17     results on placebo are essentially
18     the same as the results on
19     quetiapine.  So I would give that
20     a green rating.
21         MR. BROCK:  I think -- for
22     the record, I think this is a good
23     place to stop today, so we'll
24     conclude now and resume in the

Page 309

1  morning.
2          MR. ALLEN:  Let me make a
3      statement for the record.
4          MR. BROCK:  Sure.
5          MR. ALLEN:  How much time --
6      let me ask a question.  How much
7      more time do you have?
8          MR. BROCK:  I'm not sure.  I
9      need to talk to my group.  But we
10     can have a conversation about it.
11     I can give you a judgment about
12     it.
13         MR. ALLEN:  Can you give
14     me -- here's my point.  I don't
15     object to you stopping obviously
16     unless you intend to start again
17     in the morning at 9:30 and take it
18     until past noon because we need to
19     have time to cross this direct.
20     So if, in fact, it's only a
21     quarter of 5:00, and I can't
22     remember the protocol, Mr. Brock,
23     and I'm always lenient on
24     protocol, I mess with people that

78 (Pages 306 to 309)

Confidential - Mark S. Scott, Ph.D.

Page 310

1  are not as lenient but I'm always
2  lenient and willing to discuss
3  things, but I think the protocol
4  requires you to go to 5:30, as I
5  recall the protocol. So I don't
6  want our side to be punished by
7  not getting to complete our cross
8  of this direct if tomorrow I need
9  to go longer to finish the cross.
10       As a courtesy to you, I
11 promise you, I'm not personally
12 objecting to anything. I just
13 don't -- I have to make note of
14 what the protocol is, ask to
15 enforce the protocol if the
16 protocol is going to be enforced
17 against me. That's all I'm
18 saying.
19       MR. BROCK: My judgment is
20 we will finish by lunch. But I
21 will say that at this point, we'll
22 just take a break and I will be
23 back to you in five minutes --
24       MR. ALLEN: Five minutes.

Page 311

1        MR. BROCK: -- and let you
2  know if we want to take a break --
3        MR. ALLEN: Thank you. As I
4  said, I'm always --
5        MR. BROCK: -- commit to
6  finishing by lunch or a little
7  after or continuing on.
8        MR. ALLEN: I just want you
9  to know, I personally am willing,
10 but the protocol is important if
11 it's going to be enforced.
12       MR. BROCK: Well, let me
13 state for the record, I don't know
14 that there's anything that says
15 you must continue to 5:30, you
16 know, with the witness is a little
17 tired, been on the witness stand
18 all day. So I don't know of that
19 rule, maybe it exists.
20       MR. ALLEN: There's a
21 protocol in this case.
22       MR. BROCK: I understand.
23 But I don't think it says go to
24 5:30.

Page 312

1        We're go off the record.
2        VIDEOGRAPHER: We are now
3  going off the record. This is the
4  end of videotape number four. The
5  time is 4:47.
6        (Witness excused.)
7        (Deposition adjourned at
8  approximately 4:47 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 313

1
2              CERTIFICATE
3
4
5        I HEREBY CERTIFY that the
   witness was duly sworn by me and that the
6  deposition is a true record of the
   testimony given by the witness.
7
        It was requested before
8  completion of the deposition that the
   witness, MARK S. SCOTT, Ph.D., have the
9  opportunity to read and sign the
   deposition transcript.
10
11
   _____
12   LINDA ROSSI RIOS, RPR, CCR and
   Notary Public
13   Dated: September 23, 2009
14
15
16       (The foregoing certification
17 of this transcript does not apply to any
18 reproduction of the same by any means,
19 unless under the direct control and/or
20 supervision of the certifying reporter.)
21
22
23
24

79 (Pages 310 to 313)

Confidential - Mark S. Scott, Ph.D.

| Page 314 |
| --- |

```
 1        INSTRUCTIONS TO WITNESS
 2
 3            Please read your deposition
 4    over carefully and make any necessary
 5    corrections.  You should state the reason
 6    in the appropriate space on the errata
 7    sheet for any corrections that are made.
 8            After doing so, please sign
 9    the errata sheet and date it.
10            You are signing same subject
11    to the changes you have noted on the
12    errata sheet, which will be attached to
13    your deposition.
14            It is imperative that you
15    return the original errata sheet to the
16    deposing attorney within thirty (30) days
17    of receipt of the deposition transcript
18    by you.  If you fail to do so, the
19    deposition transcript may be deemed to be
20    accurate and may be used in court.
21
22
23
24
```

| Page 316 |
| --- |

```
 1
 2        ACKNOWLEDGMENT OF DEPONENT
 3
 4        I,_____, do
 5    hereby certify that I have read the
 6    foregoing pages, 1 - 313 and that the
 7    same is a correct transcription of the
 8    answers given by me to the questions
 9    therein propounded, except for the
10    corrections or changes in form or
11    substance, if any, noted in the attached
12    Errata Sheet.
13
14
15    _____
16    MARK S. SCOTT, Ph.D.      DATE
17
18
19    Subscribed and sworn
      to before me this
20    _____ day of _____, 20____.
21    My commission expires:_____
22
      _____
23    Notary Public
24
```

| Page 315 |
| --- |

```
 1        - - - - - -
          E R R A T A
 2        - - - - - -
 3
 4    PAGE LINE CHANGE
 5    _____
 6        REASON: _____
 7    _____
 8        REASON: _____
 9    _____
10        REASON: _____
11    _____
12        REASON: _____
13    _____
14        REASON: _____
15    _____
16        REASON: _____
17    _____
18        REASON: _____
19    _____
20        REASON: _____
21    _____
22        REASON: _____
23    _____
24        REASON:
```

| Page 317 |
| --- |

```
 1        LAWYER'S NOTES
 2    PAGE LINE
 3    ____ ____ _____
 4    ____ ____ _____
 5    ____ ____ _____
 6    ____ ____ _____
 7    ____ ____ _____
 8    ____ ____ _____
 9    ____ ____ _____
10    ____ ____ _____
11    ____ ____ _____
12    ____ ____ _____
13    ____ ____ _____
14    ____ ____ _____
15    ____ ____ _____
16    ____ ____ _____
17    ____ ____ _____
18    ____ ____ _____
19    ____ ____ _____
20    ____ ____ _____
21    ____ ____ _____
22    ____ ____ _____
23    ____ ____ _____
24    ____ ____ _____
```

80 (Pages 314 to 317)