# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to All Cases

## ASTRAZENECA'S NOTICE OF FILING UNDER SEAL
## REDACTED PORTIONS OF DEPOSITION OF MARK SCOTT

AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca") hereby give Notice of filing under seal, pursuant to the Court's Order of June 29, 2010 (Doc. 1666), the redacted portions of the deposition of Mark Scott. The remainder of the deposition was previously filed in the public record.

Respectfully submitted this 30th day of June, 2010.

/s/ Robert L. Ciotti

Chris S. Coutroulis (Fla. Bar No. 300705)
Robert L. Ciotti (Fla. Bar No. 333141)
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, FL 22607
T: (813) 223-7000
F: (813) 229-4133
ccoutroulis@carltonfields.com
rciotti@carltonfields.com

/s/ Stephen J. McConnell

Fred T. Magaziner
Stephen J. McConnell
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

17076830.1

>T: (215) 994-4000
>F: (215) 994-2222
>fred.magaziner@dechert.com
>shane.prince@dechert.com
>
>*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 30, 2010, pursuant to a service agreement with Plaintiffs' counsel, I e-mailed an electronic copy of the referenced portions of the deposition of Mark Scott, filed under seal, to the individuals identified on the attached service list.

>/s/ Robert L. Ciotti

## SERVICE LIST

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Camp Bailey, Esq.<br>Robert Cowan, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>rcowan@bpblaw.com<br>***Plaintiffs' Lead Counsel*** | Larry Roth, Esq.<br>Rumberger, Kirk & Caldwell, P.A.<br>Post Office Box 1873 [32802-1873]<br>Lincoln Plaza, Suite 1400<br>300 South Orange Avenue<br>Orlando, FL  32801<br>Telephone: (407) 872-7300<br>Facsimile:  (407) 841-2133<br>lroth@rumberger.com<br>***Plaintiffs' Liaison Counsel*** |