# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**TIMOTHY COTE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2064-Orl-22DAB**

**DEANNA GREEK v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2077-Orl-22DAB**

**JOHN HARDY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2068-Orl-22DAB**

**DAVID JOHNSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-1733-Orl-22DAB**

**MICHAEL LOWER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2075-Orl-22DAB**

**HEATHER MCCARTER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2073-Orl-22DAB**

**DANIELLE PERCELL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2063-Orl-22DAB**

**DAVID SARGENT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-1319-Orl-22DAB**

**MAYRA SOLER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2066-Orl-22DAB**

**RICHARD STOUT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2072-Orl-22DAB**

**SANDRA SUTTLE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-371-Orl-22DAB**

**LILLIAN WALLS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-254-Orl-22DAB**

**DANIEL WHITING v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2069-Orl-22DAB**

**TRENDA WRIGHT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-255-Orl-22DAB**

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion to Dismiss Cases of Plaintiffs Who Have Failed to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 1654),[1] to which Plaintiffs in the above-captioned cases have not responded in opposition. Having considered the motion, the Court **ORDERS** as follows:

1. The Motion to Dismiss (Doc. 1654) is **GRANTED**.

2. All claims of Plaintiffs in the above-captioned cases are **DISMISSED WITHOUT PREJUDICE** for failure to timely serve upon Defendants verified Plaintiff Fact Sheets and records authorizations. No later than **80 days** from the date of this Order, Plaintiffs may file a motion to reinstate their claims provided they have served Defendants with a verified Plaintiff Fact Sheet and records authorizations. Plaintiffs shall attach to the motion a certification that AstraZeneca has been provided with all requested documents and shall also attach documentation of receipt of those documents. If Plaintiffs fail to properly move for reinstatement within the established time limit, their cases shall be dismissed with prejudice and closed without further notice.

3. The Clerk is directed to file a copy of this Order in each of the above-captioned cases.

---

[1] The motion was withdrawn as to thirteen of the plaintiffs originally cited for fact sheet and medical records authorization deficiencies. *See* Doc. 1662.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 30, 2010.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record