# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

---

# REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

---

**REPORT NUMBER:  35**

**DATE:  JULY 15, 2010**

# **CONTENTS**

**PAGE**

I. INTRODUCTION ....................................................................................................1

II. STATUS REPORT ..................................................................................................2

    A. Case-Specific Discovery Program for Eleventh Circuit
Trial Group..................................................................................................2

    B. Suspended Cases..........................................................................................2

    C. The Status of Records Collection and Depositions in the Active Cases........4

        1. Group 1 Cases ................................................................................4
        2. Group 2 Cases ................................................................................5

    D. Florida Trial Group Cases..........................................................................10

    E. Standard PMO Reports ..............................................................................11

    F. Special Master Escrow Account Information ..............................................11

# I.  INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office.  The Special Master has filed the Reports identified in Table 1:

| TABLE 1 | Special Master Reports |
|---|---|
| **Report** | **Date** |
| Report No. 1 | 9/14/07 |
| Report No. 2 | 10/15/07 |
| Report No. 3 | 11/13/07 |
| Report No. 4 and Supplemental Report | 12/14/07  12/18/07 |
| Report No. 5 | 1/15/08 |
| Report No. 6 | 2/15/08 |
| Report No. 7 | 3/14/08 |
| Report No. 8 | 4/15/08 |
| Report No. 9 | 5/15/08 |
| Report No. 10 | 6/16/08 |
| Report No. 11 | 7/15/08 |
| Report No. 12 | 8/15/08 |
| Report No. 13 | 9/15/08 |
| Report No. 14 | 10/15/08 |
| Report No. 15 | 11/14/08 |
| Report No. 16 | 12/15/08 |
| Report No. 17 | 1/15/09 |
| Report No. 18 | 2/13/09 |
| Report No. 19 | 3/13/09 |
| Report No. 20 | 4/15/09 |
| Report No. 21 | 5/15/09 |
| Report No. 22 | 6/15/09 |
| Report No. 23 | 7/15/09 |
| Report No. 24 | 8/12/09 |

| TABLE 1 | Special Master Reports |
|---|---|
| Report No. 25 | 9/15/09 |
| Report No. 26 | 10/15/09 |
| Report No. 27 | 11/13/09 |
| Report No. 28 | 12/15/09 |
| Report No. 29 | 1/15/10 |
| Report No. 30 | 2/15/10 |
| Report No. 31 | 3/15/10 |
| Report No. 32 | 4/15/10 |
| Report No. 33 | 5/14/10 |
| Report No. 34 | 6/15/10 |

## II.  STATUS REPORT

**A.     Case-Specific Discovery Program for the Eleventh Circuit Trial Group.**

The PMO has completed collection of medical records in all but one of the cases the Court placed in Group 1 of the Eleventh Circuit Trial Group. Depositions have been scheduled for all designated deponents in Group 1 cases. The PMO continues to work with the Parties to collect medical records from physicians and to set the depositions of physicians as designated by the Parties in the cases that the Court placed in Group 2 of the Eleventh Circuit Trial Group. The cases in Group 1 were assigned a discovery deadline of May 3, 2010, while those in Group 2 have a discovery deadline of August 2, 2010.

**B.     Suspended Cases.**

At the direction of the Parties, the PMO has placed on hold the 38 cases listed in Table 2 and suspended any further work on them. The Parties have notified the PMO that the cases of Christina English, Gloria Grayson, Terry Johnson, Susie Rhoades, Dennis Rice, Suann Rice, Victoria Turner and Shirley Wachlin are likely to be dismissed;

the Cody Tokheim case has been transferred to another court; the cases of Susan Courts and Robert Stickney have been dismissed; Stipulations of Dismissal with Prejudice were filed on March 5, 2010 for Leonard Burckhard, Mary Canchola (individually and as representative of the estate of Johnny Canchola), Roger Courson, Tammy Ledbetter, Carolyn Morales, and Jimmie Varju; Stipulations of Dismissal with Prejudice were filed on April 6, 2010 for Cynthia Brooks and Thomas Hobson; and Stipulations of Dismissal with Prejudice were filed on April 9, 2010 for Kim Clark and Gregorio Valdez. In the other cases, there is some question about whether the action will proceed or will go forward in this forum.

| TABLE 2 | Suspended Cases | | | |
|---|---|---|---|---|
| Row | Plaintiff Last Name | Plaintiff First Name | Case Number | Discovery Group |
| 1. | Brooks | Cynthia | 6:10-cv-00016-ACC-DAB | Group 2 |
| 2. | Burckhard | Leonard | 6:09-cv-00571-Orl-22DAB | Group 2 |
| 3. | Butler | Tammy | 6:08-cv-1309-Orl-22DAB | Group 1 |
| 4. | Canchola | Mary | 6:09-cv-238-Orl-22DAB | Group 2 |
| 5. | Clark | Kim | 6:10-cv-00013-ACC-DAB | Group 2 |
| 6. | Courson | Roger | 6:09-cv-00115-Orl22DAB | Group 2 |
| 7. | Courts | Susan | 6:08-cv-623-Orl-22DAB | Group 1 |
| 8. | Crooks-Hall | Mary | 6:08-cv-2095-Orl-22DAB | Group 1 |
| 9. | Dickerson | Rebecca | 6:09-cv-00111-Orl-22DAB | Group 2 |
| 10. | English | Christina | 6:07-cv-11535-Orl-22DAB | Group 2 |
| 11. | Grayson | Gloria | 6:06-cv-01135-Ord-22DAB | Group 1 |
| 12. | Harris | Shari | 6:08-cv-00627-Orl-22DAB | Group 1 |
| 13. | Hobson | Thomas | 6:10-cv-00021-ACC-DAB | Group 2 |
| 14. | Howard | Kathleen | 6:09-cv-01192-Orl-22DAB | Group 2 |
| 15. | Itter-Caldwell | Judy | 6:08-cv-848-Orl-22DAB | Group 1 |
| 16. | Johnson | Terry | 6:08-cv-01414-Orl22DAB | Group 1 |
| 17. | Lawson-Harper | Alice | 6:09-cv-00121-Orl-22DAB | Group 2 |
| 18. | Ledbetter | Tammy | 6:09-cv-00120-Orl-22DAB | Group 2 |
| 19. | Lindsey | William | 6:08-cv-1495-Orl-22DAB | Group 2 |
| 20. | Malachi | Darius | 6:09-cv-00114-Orl-22DAB | Group 2 |
| 21. | Morales | Caroline | 6:09-cv-1282-Orl-22DAB | Group 2 |
| 22. | Murawski | Melissa | 6:09-cv-00119-Orl-22DAB | Group 2 |
| 23. | O'Neal | Amy | 6:09-cv-00117-Orl-22DAB | Group 2 |
| 24. | Payne | Debra | 6:09-cv-00239-Orl-22DAB | Group 2 |
| 25. | Reedy | Robert | 6:09-cv-00112-Orl-22DAB | Group 2 |
| 26. | Rhoades | Susie | 6:10-cv-29-Orl-22DAB | Group 2 |

| TABLE 2 | Suspended Cases | | | |
|---|---|---|---|---|
| Row | Plaintiff Last Name | Plaintiff First Name | Case Number | Discovery Group |
| 27. | Rice | Dennis | 6:10-cv-22-Orl-22DAB | Group 2 |
| 28. | Rice | Suann | 6:10-cv-23-Orl-22DAB | Group 2 |
| 29. | Robinson | Theresa | 6:08-cv-01411-Orl-22DAB | Group 1 |
| 30. | Scott | Sandra | 6:08-cv-00625-Orl-22DAB | Group 1 |
| 31. | Simmons | Burt | 6:10-cv-24-Orl-22DAB | Group 2 |
| 32. | Stickney | Robert | 6:08-cv-621-Orl-22DAB | Group 1 |
| 33. | Tokheim | Cody | 6:08-cv-544-Orl-22DAB | Group 1 |
| 34. | Turner | Victoria | 6:10-cv-14-Orl-22DAB | Group 2 |
| 35. | Valadez | Gregorio | 6:10-cv-00015-ACC-DAB | Group 2 |
| 36. | Varju | Jimmie | 6:09-cv-00113-Orl-22DAB | Group 2 |
| 37. | Wachlin | Shirley | 6:10-cv-17-Orl-22DAB | Group 2 |
| 38. | Young | Matthew | 6:09-cv-00116-Orl-22DAB | Group 2 |

C. **The Status of Records Collection and Depositions in the Active Cases.**

1. **Group 1 Cases.**

The PMO received direction from the Parties to obtain records from 462 physicians or facilities for the current active cases. Of the 462, 79 are for Group 1 cases. The PMO successfully obtained records from 48 of these 79 physicians or facilities. The PMO is working to obtain records from one more facility, Lincoln Trail Behavioral Health Center, in the *McCormick* case. Because Mr. McCormick's records were more than three years old, this facility kept the records at an off-site storage unit, which significantly delayed their retrieval. On May 5, 2010, the facility advised the PMO shipment of these records would not occur for at least two weeks. On May 17, 2010, the facility advised the PMO they are awaiting installation of a new computer system and they are unable to provide copies of the records until the system is installed. On July 1, 2010, the facility indicated the records could not be retrieved before the end of July. The PMO expects to receive these records by August 1, 2010. The PMO was not able to collect records from the remaining 30 physicians or facilities in Group 1 cases because

4

the records have been destroyed or the office can find no records for the patient. The PMO has discontinued its efforts on those sources.

The PMO received 25 deponent designations in the three active Group 1 cases. At the direction of the Parties, the PMO ceased efforts to schedule two of the 25 designated deponents. Of the remaining 23 designations, the PMO successfully scheduled all but three of these depositions to occur before the May 3, 2010 cut-off. On May 12, 2010, the Court entered an Order (Document No. 1639) granting an extension of time to complete those three depositions on or before June 4, 2010. Two of the depositions were completed by June 4, 2010, in accordance with that Order. The Parties withdrew their request for the third deposition prior to June 4, 2010.

    **2.**    **Group 2 Cases.**

Of the 462 physicians or facilities provided to the PMO for records collection, 383 are for active Group 2 cases. The PMO has obtained records from 276 of the 383 physicians or facilities provided for Group 2. The PMO is working to obtain records from another 20 of these offices. The PMO has not been able to collect records from the remaining 87 physicians or facilities in Group 2 cases because the records have been destroyed or the office can find no records for the patient.

The PMO has received 73 designations for physician depositions in 15 of the 16 active Group 2 cases. As of this report, the PMO has received no designations in the *Crystal Nichols* case. The Parties withdrew their request for six of these depositions. Twenty-two of these depositions were scheduled and have been completed. The PMO has been able to secure deposition dates for 27 of the remaining 47 deponents. The PMO is working to schedule 18 depositions over the next two weeks leading up to the Group 2 discovery deadline of August 2, 2010.

On July 2, 2010, the PMO filed Report and Recommendation 12 (Document 1670), requesting an extension of time until September 30, 2010, to complete discovery in 11 of the active Group 2 cases (the "Minnesota Cases"). Since July 2, 2010, the PMO has been notified that three of these cases will likely be dismissed: Suann Rice, Susie Rhoades and Victoria Turner. Table 3 shows the status of record collection and deposition scheduling in the remaining eight Minnesota Cases:

| TABLE 3 | Outstanding Records Collection and Deposition Scheduling for Minnesota Cases | | |
|---|---|---|---|
| Row | Plaintiff Name | Offices From Which Medical Records Not Obtained | Depositions To Be Scheduled |
| 1. | Amirault, Victoria | 0 | 1 |
| 2. | Anderson, Christal | 1 | 1 |
| 3. | Dawson, Matthew Q. | 3 | 2 |
| 4. | Haney, Jesse | 3 | 2 |
| 5. | Josefowicz, Rosemary | 5 | 1 |
| 6. | Nichols, Crystal M. | 1 | PMO is awaiting designations in this case. |
| 7. | Rector, Eric L. | 0 | 3 |
| 8. | Terry, Tami S. | 2 | 0 |
|  | Total | 15 | 10 |

Table 4 shows the progress made on records collection and deposition scheduling in the remaining active Group 2 cases:

| TABLE 4 | Outstanding Records Collection and Deposition Scheduling for Group Two Cases | | |
|---|---|---|---|
| Row | Plaintiff Name | Offices From Which Medical Records Not Obtained | Depositions To Be Scheduled |
| 1. | Burgett, Robert | 0 | 1 |
| 2. | D'Angelo, Steven A | 1 | 0 |
| 3. | Davis, Michael | 0 | 2 |
| 4. | Hebbler, Anna | 2 | 1 |
| 5. | Nelson, Shirley | 2 | 2 |
| 6. | Orr, Sherrie L. | 0 | 2 |
| 7. | Reese, Oretha | 0 | 0 |
| 8. | Williams, Wayne | 0 | 0 |
|  | Total | 5 | 8 |

6

The PMO has been working diligently to schedule the nine outstanding depositions for cases identified in Table 4. The PMO has encountered difficulties in scheduling the depositions of six physicians designated in this group:

(1) The PMO has been working with counsel for Dr. Gray in the *Sherrie Orr* case, Larry Brock at Chambliss, Bahner & Stophel, P.C., to schedule this deposition before the discovery deadline of August 2, 2010; however, the PMO has been notified Dr. Gray cannot participate in a deposition before August 4, 2010.

(2) The PMO has encountered more than usual difficulty in locating Dr. Bobet in the *Shirley Nelson* case. Dr. Bobet was last employed at Baldwin County Mental Health. Shortly after the PMO contacted the Baldwin County Mental Health facility to schedule her deposition, Dr. Bobet left the practice. The facility notified the PMO they have no any forwarding information, but advised they would urge the physician to call PMO. Extensive internet research yields no results for Dr. Bobet. The PMO is currently unable to locate Dr. Bobet.

(3) Dr. Brooks in the *Michael Davis* case has been uncooperative in scheduling a deposition with the PMO. Despite numerous attempts to schedule this deposition, neither Dr. Brooks nor his office will discuss scheduling with the PMO. The physician has not given a reason why he cannot or will not participate in the deposition. The PMO has taken the following actions to schedule Dr. Brooks' deposition:

- 4/12/10 - The Parties designated Dr. Brooks.
- 4/23/10 - PMO made initial contact with Dr. Brooks to begin scheduling efforts.
- Between 4/23 and 5/25 the PMO contacted Dr. Brooks' office manager on numerous occasions to schedule the deposition. Voicemails were left but calls were not returned. The PMO also send information by facsimile.
- 5/25/10 – Because the office was not responsive, the PMO scheduled the deposition on 7/12/10 and served the Notice by facsimile.
- 6/2/10 - Spoke with the office manager who confirmed receipt of Notice and advised the PMO that the physician was reviewing his schedule.
- 6/8/10 - Office manager advised PMO that Dr. Brooks could not attend on 7/12/10. The PMO asked for an alternate date.
- 6/9/10 - Plaintiff counsel requested to attend this deposition by phone. The PMO left Dr. Brooks a voicemail asking for a phone number.
- 6/14/10 – Voicemail left for Dr. Brooks about deposition on 7/12/10 and counsel participation by phone.
- 6/16/10 - Voicemail left for Dr. Brooks about deposition on 7/12/10 and counsel participation by phone.
- 6/18/10 – PMO officially cancels the 7/12/10 deposition.

7

- Between 6/22 and 6/28 the PMO contacted the office in an attempt to reschedule.
- 6/28/10 – Because the office was not responsive, the PMO rescheduled the deposition for 7/16/10 and served the Notice by facsimile.
- Between 6/29/10 and 7/12/10 – the PMO contacted the office on numerous occasions to confirm the physician's attendance.
- 7/6/10 – The PMO made numerous calls and left messages for office personnel.  Voicemail left for Dr. Brooks.
- 7/7/10 – Voicemail left requesting a return call.
- 7/12/10 – Numerous calls made to office.  PMO sent confirmation of the 7/16/10 deposition by facsimile, strongly urging the office to comply with the request.
- 7/13/10 – PMO received facsimile from Dr. Brooks indicating he cannot attend the deposition on 7/16/10.
- 7/14/10 – The PMO sent cancellation of the deposition to Dr. Brooks' office.  The PMO rescheduled the deposition for Saturday, July 31, 2010 and sent the Notice by facsimile to Dr. Brooks.

(4) The PMO has been working to schedule depositions for Dr. Lacy in the *Robert Burgett* case and Dr. Abdulrauf and Dr. Ban in the *Michael Davis* case since April 26, 2010.  The PMO was notified that permission must be obtained from Assistant US Attorney Ed Raglin to take the depositions of these three doctors.  All three physicians are affiliated with Tuscaloosa VA Medical Center (Tuscaloosa VAMC).  After many calls and follow-up by the PMO, Mr. Raglin contacted the PMO on July 7, 2010.  Mr. Raglin requested additional information regarding the depositions which the PMO provided to Mr. Raglin on July 13, 2010.  The PMO has not heard back from Mr. Raglin.  The PMO has taken the following action to schedule these depositions:

- 4/13/2010 – The Parties designated Dr. Abdulrauf, Dr. Ban and Dr. Lacy.
- 4/26/2010 – The PMO made initial contact with the Human Resources Department at Tuscaloosa VAMC regarding Dr. Abdulrauf and Dr. Ban.
- 4/26/10 – The PMO made initial contact with Hillcrest Hospital regarding Dr. Lacy.  The PMO was notified Dr. Lacy is no longer at this facility.
- 4/28/2010 - A Deposition Information Packet was mailed to Dr. Lacy's home address.
- 4/29/2010 – Voicemails left for Dr. Ban and Dr. Abdulrauf at Tuscaloosa VAMC.  Yolanda Kennedy, Dr. Ban's secretary, instructed PMO to contact the Director's Office. The PMO spoke with Debbie Elmore at the Director's Office who instructed PMO to contact James Miller at the Regional Office. James Miller instructed PMO to contact Tsopei Robinson. Ms. Robinson informed the PMO she feels strongly that the depositions are unnecessary and she would prefer the doctors provide affidavits. Ms. Robinson informed the PMO to submit a formal written request for her to forward to the Assistant US Attorney (AUSA).  The

8

- PMO asked for direct contact information for the AUSA, but Ms. Robinson would not provide it.
- 5/17/2010 – Formal request letters for permission to take depositions of Dr. Ban and Dr. Abdulrauf sent by facsimile to Ms. Robinson.
- 5/18/2010 – 5/21/2010 – Attempts made to locate Dr. Lacy at Affiliated Mental Health Services in Birmingham, AL Baptist Medical Center in Birmingham, AL and University Medical Center in Tuscaloosa, AL but Dr. Lacy was not found.
- 5/18/2010 – Notified Parties of difficulty locating Dr. Lacy and requested additional information.
- 5/20/2010 – Voicemail left for Ms. Robinson asking for an update on the AUSA decision.
- 5/25/2010 - Voicemail left for Ms. Robinson asking for an update on the AUSA decision.
- 5/25/2010 - Spoke with Ms. Robinson and confirmed formal letters were received.
- 5/25/2010 - The Parties notified the PMO Dr. Lacy is at Tuscaloosa VA Medical Center. PMO located Dr. Lacy at Tuscaloosa VAMC.
- 6/1/2010: Ms. Robinson said she would contact the PMO once a decision is made. Ms. Robinson could not provide a timeframe. She said she would inform the AUSA the PMO has been contacting her about the requests.
- 6/3/10-6/18/10: attempts made by PMO to reach Dr. Lacy at Tuscaloosa VAMC.
- 6/8/2010: Voicemail left for Ms. Robinson asking for an update on the AUSA decision.
- 6/14/2010 - Follow-up with Ms. Robinson for an update on the AUSA decision.  The PMO again asked Ms. Robinson for the AUSA contact information. She would not provide this information to the PMO.
- 6/18/10 – PMO contacted James Miller regarding Dr. Lacy. Mr. Miller instructed the PMO to speak with Tsopei Robinson to schedule deposition with Dr. Lacy. Voicemail left for Ms. Robinson informing her of need to schedule additional deposition for Dr. Lawrence Lacy.
- 6/18/2010:  Voicemail left for Ms. Robinson asking for an update on the AUSA decision.
- 6/22/2010: Voicemail left for Ms. Robinson asking for an update on the AUSA decision.
- 6/24/2010: Ms. Robinson informed the PMO she does not have any updates from the AUSA.
- 6/27/2010 – Formal written request provided to Ms. Robinson for Dr. Lawrence Lacy.

9

- 6/29/10 and 6/30/10 – Voicemails left with T. Robinson asking for an update on the AUSA decision.
- 7/1/10 – Contacted Ms. Robinson for an update on the AUSA decision.
- 7/2/10 – Contacted Ms. Robinson who was not in the office. Spoke to another of the attorneys in the office, Jay Miller, who agreed to contact the AUSA. AUSA Raglin called that afternoon and left a message for the PMO.
- 7/7/10 – Spoke with Ed Raglin who informed the PMO that he just received the file. Mr. Raglin requested additional information concerning the depositions.
- 7/13/10 – K. Hamilton provided requested information to Mr. Raglin. Voicemail left for Mr. Raglin requesting a call to discuss the deposition.

The PMO is continuing to make every effort to schedule these Physicians before August 2, 2010. If we are unsuccessful and the Parties continue to feel that these depositions are necessary, we may have to ask the Court for assistance in allowing depositions after the August 2 cut-off.

### D. Florida Trial Group Cases.

On June 18, 2010, the Court entered an Order setting twenty-five cases for trial and assigning a discovery deadline of February 15, 2011 (the "Florida Trial Group Cases"). During the weekly status conference on July 2, 2010, the Special Master and the Parties began planning for the PMO to assist in its current role on these new cases. Holly W. Gibson of Blizzard, McCarthy & Nabers LLP will not serve as Plaintiffs' Counsel Liaison for the Florida Trial Group Cases. Instead, Laurence G. Tien of Bailey Perrin Bailey will be the Plaintiffs' Counsel Liaison for this group of cases. Russell O. Stewart of Faegre & Benson will remain the Defendants' Counsel Liaison.

The PMO stands ready to assist with the Florida Trial Group Cases. Because the Florida Trial Group Cases involve plaintiffs' counsel unique to those cases, the PMO and the Special Master will segregate their fees and expenses and the costs of medical records

and physician depositions in those cases from the Group 2 cases, to ensure proper allocation of the plaintiff's 50% share of such costs among the responsible plaintiffs.

E. **Standard PMO Reports.**

The PMO has designed and coded into the PMO's Seroquel database application a set of standard Reports to apprise the Court and the parties of critical information on the activities of the PMO and the progress of case-specific discovery. The PMO posts these Reports on the PMO website. An authorized user of the website can click on a Reports section of the Master Calendar home page and view the current version of each Report. Table 4 identifies and describes these standard Reports. A full set of the current Reports is attached to this Report as Exhibit 1.

| TABLE 4 | | Seroquel PMO Summary Reports |
|---|---|---|
| **Physician Depositions Scheduling** | **SQ106** | **Seroquel PMO: Physician Depositions Scheduling Report**<br><br>(Reports on the number of Physicians designated for cases in the months shown, and the progress of the PMO in scheduling such depositions.) |
| **Medical Records** | **SQ200A** | **Seroquel PMO: Medical Records Status (By Plaintiff)**<br><br>(Reports on the status of the PMO's acquisition of Medical Records from Physicians, listed in alphabetical order by Plaintiff last name.) |
| **Payments to Physicians** | **SQ300A** | **Seroquel PMO: Special Master Escrow Account Summary**<br><br>(Reports a summary of deposits and payments made from the Special Master Escrow Account.) |

E. **Special Master Escrow Account Information.**

The Special Master Escrow Account Summary Report (SQ300A, attached in Exhibit 1) reflects that a total of $120,000 has been deposited into the Special Master

11

Escrow account since January 1, 2010 for work on the Eleventh Circuit Trial Group cases.  From that amount, $49,446 has been paid to compensate physician deponents for deposition time; $34,111 has been paid to reimburse physicians for the cost of copying their Medical Records; $6,857 has been paid in shipping charges incurred by physicians in sending records to the PMO; and $30 has been paid for bank fees.  The balance as of July 15, 2010, in the Special Master Escrow account is $29,585.  The Special Master Escrow Account Physician Payment Details Report (SQ301A) is available on-line at https://www.browngreer.com/seroquel.  This report provides details of each payment made to each physician, the reason for the payment, and the case to which the payment is related.

Respectfully submitted,

BROWNGREER PLC

By:  **s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.


                    **s/ Orran L. Brown**
                    Orran L. Brown
                    Virginia State Bar No. 25832
                    BrownGreer PLC
                    115 South 15th Street, Suite 400
                    Richmond, Virginia  23219
                    Telephone:  (804) 521-7201
                    Facsimile:  (804) 521-7299
                    Email:  obrown@browngreer.com

**SERVICE LIST**

In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

1

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

2

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>*Attorney for Defendant Dr. Asif Habib* | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |