UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MDL DOCKET NO:

IN RE:  Seroquel Products                    Case No. 6:06-md-1769-Orl-22DAB
        Liability Litigation

_____/

**PLAINTIFFS' LIAISON COUNSEL'S MOTION
AND COMBINED MEMORANDUM FOR DETERMINATION
AND APPROPRIATENESS OF ATTORNEYS' FEES
ON CERTAIN MDL SETTLEMENTS AND CERTIFICATION**

The undersigned counsel, Larry M. Roth, Liaison Counsel on behalf of the Plaintiffs in this federal multi-district litigation action (hereinafter "MDL"), hereby files this Motion and combined Memorandum with the Court for a determination and establishment of attorneys' fees for the time spent on the MDL by Liaison Counsel, as applicable to any of the MDL cases that may have already been or might be settled in the future, and in support of this Motion the following would be stated:

1. On September 7, 2006, Doc. 28, at the Pre-Trial Hearing, this Court with the Consent of then lead Plaintiffs' attorneys on September 5, 2006 (Doc. 23, at 3) agreed to appoint Larry M. Roth as Liaison Counsel for the Plaintiffs' attorneys in this MDL litigation. The undersigned Liaison Counsel has been involved in this MDL Case No. 6:06-md-1769-Orl-22DAB since that date, and actually was contacted about availability and interest in acting as Plaintiffs' Liaison Counsel a couple of months prior to the formal appointment by this Court.

2.      A final Pre-Trial Order and Suggestion for Remand (Doc. 1640) has been forwarded to the Judicial Panel on Multi-District Litigation.  An Objection to the Court's Remand Order has been filed by AstraZeneca with the Panel.

3.      When the Court appointed the undersigned as Liaison Counsel no specific rules, determination or formulas for establishment of attorneys' fees were part of those Orders that Liaison Counsel may be entitled to as part of his work on these cases on behalf of all of the Plaintiffs' attorneys over the past approximately four (4) years.  The responsibility and duties of Liaison Counsel were specified, however (Doc. 4; Doc. 122; Doc. 130).

4.       As the Court may know, Mediation is ongoing in these cases, as well as for cases which are involved in the State Court litigations up North.  It has come to the attention of Liaison Counsel that several settlements are now pending with MDL counsel which Liaison Counsel has worked with.  Liaison Counsel does not have a contract or an agreement with these attorneys or their firm for attorneys' fees, although some of these counsel were a signatory approving the undersigned for Liaison Counsel (Doc. 23, at 3).  Liaison Counsel has entered into a contract for attorneys' fees with several of the firms who have the majority of the Plaintiffs' cases still in the MDL which have not settled.

5.      Liaison Counsel can advise the Court that he has contacted via electronic mail all known Plaintiffs' attorneys in the MDL about the need for a determination of attorneys' fees by the Court.  No specific objection(s) have yet been received.  Although there was an initial objection, it now appears an agreement will be reached regarding a recent settlement involving 50 MDL cases.

6.      Liaison Counsel believes he is entitled to some type of compensation, even from those counsel with whom no contract or agreement exists.  Liaison Counsel has been involved in

this litigation for almost four (4) years. Liaison Counsel has been before this Court, and Magistrate Judge Baker on numerous occasions. The Court is well aware of the role that Liaison Counsel has played in this MDL.

7. There is no common fund of settlement monies that presently exist, or is expected to be established in this MDL, unlike perhaps other attorneys' fee situations, which arise either in MDLs or class actions. It seems clear that Liaison Counsel is entitled to some award of attorneys' fees based upon the settlement of any of the MDL cases. As stated in the *Manual for Complex Litigation (4th Edition),* "The court may award fees to lead counsel, liaison counsel, and other attorneys designated to perform tasks on behalf of a group of litigants." Section 14.121, at 186 (Federal Judicial Center 2004) (*case citation omitted*). *See also Manual for Complex Litigation (4th)* § 10.221, at 24-25 discussing liaison counsel, its role and duties, citing *In re: San Juan Dupont Plaza Fire Lit.,* MDL No. 721, 1989 W.L. 168401 at *19-20 (D.P.R. December 2, 1988), and defining duties of "liaison persons" for plaintiffs and defendants. In other multi-district litigation cases a District Court has stated that liaison counsel is entitled to some type of compensation for their efforts and work on behalf of the group of plaintiffs' attorneys. *See In re: Litigation, Joint Discovery M./V. Horizon Legionnaires Disease,* 1996 W.L. 39318, *1 (S.D.N.Y. 1996) ("Some recompense to Liaison Counsel, counsel on the Committee undertaking work to further consolidated discovery and counsel designated to conduct specific dispositions is, plainly, warranted.") (footnote omitted.)

8. That during the course of this MDL proceedings, Liaison Counsel has advanced costs for such things as transcripts and court reporter fees. These have all been reimbursed to Liaison Counsel by the Bailey, Perrin & Bailey ("BP&B") firm. Liaison Counsel was also responsible for, and advanced costs, for all telephonic hearings and scheduling conferences

3

before Magistrate Judge Baker and this Court since the inception of the MDL. These costs were also reimbursed mainly by the Bailey firm, and then later pro rata by the firms participating.

9. It is anticipated, based upon current events, and with Mediation proceeding and Defendants' position that they are operating in good faith, there is a prospect that other MDL cases will settle. To the extent those settlements do involve MDL cases, it is the belief of Liaison Counsel he is entitled to some type of attorneys' fees for the hours and hours of work put in on behalf of the Plaintiffs' lawyers since his appointment as Liaison Counsel was formalized by this Court. Liaison Counsel has been keeping time records for the work performed on the MDL cases as Liaison Counsel.

10. Although no formal objection from anyone has yet been received, Liaison Counsel cannot certify that there might not be any objection to this Motion as filed. M.D. Fla. L. R. 3.01(g).

11. The Court is hereby requested to consider this issue, and to develop a formula by which Liaison Counsel would be entitled to payment of certain reasonable attorneys' fees for those MDL cases that already have been or may be settled. Possibilities for such a formula would include either a percentage of the settlement received per MDL case. Plaintiffs' Liaison Counsel, upon information and belief, understands that the percentage generally runs at or about 1% of the attorneys' fee recovery on MDL cases by Plaintiffs' counsel. Alternatively, there could be some formula established based upon the total hours worked by Liaison Counsel, a reasonable attorneys' fee per hour attributed to the work, which would then be divided by all the MDL cases and then those amount of hours would be charged against each individual settlement, at least up to a point, depending upon the amount of settlement of each MDL case, that could be

paid from the settlement proceeds, or if there were insufficient settlement proceeds some reduced pro rata portion of the proceeds would then be paid to Plaintiffs' Liaison Counsel for attorneys' fees.  <u>A percentage formula would be the easiest to deal with</u>.

12. Plaintiffs' Liaison Counsel can file, appropriately, under seal time sheets kept since the onset of this litigation, plus any agreement with a Plaintiffs' firm and, if necessary, an Affidavit or Affidavits from outside counsel unaffiliated with the litigation to advise the Court as to what a reasonable hourly fee would be for Liaison Counsel for the work performed, and based upon the level of experience of Plaintiffs' Liaison Counsel, also under seal.

13. Whatever is filed in terms of specific hours, or money spent, they should also be filed under seal as this is an issue Liaison Counsel believes is between the Court and the group of Plaintiffs' attorneys, and not AstraZeneca.

14. Liaison Counsel also requests all MDL Plaintiffs' counsel be required to advise the undersigned of any MDL settlement, and to identify those cases.

WHEREFORE, Plaintiffs' Liaison Counsel, hereby respectfully submits that the Court consider this Motion, determine what, if any, attorneys' fees he is entitled to, and to advise Liaison Counsel of further information that may be needed in order to develop an overall formula for attorneys' fees compensation based upon any MDL case settlement for where there is not an agreement already reached between Plaintiffs' counsel and Liaison counsel.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of July, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List.  I further certify that I mailed or e-mailed the foregoing document and the Notice of Electronic Filing by First-Class mail delivery to the non-CM/ECF Participants listed on the attached Service List.

    **/s/ Larry M. Roth**
**Larry M. Roth**
**Plaintiffs' Liaison Counsel**
**Florida Bar No. 208116**
**Rumberger, Kirk & Caldwell, P.A.**
**Lincoln Plaza, Suite 1400**
**300 South Orange Avenue**
**Post Office Box 1873**
**Orlando, Florida  32802-1873**
**Telephone:  (407) 872-7300**
**Telecopier:  (407) 841-2133**
**E-mail:        LROTH@rumberger.com**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone:  (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX  77002<br>Telephone:  (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone:  (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX  77010<br>Telephone:  (713) 751-0025<br>tfibich@fhl-law.com<br>mailto:kfibich@fhl%1Elaw.com |
| Matthew F. Pawa, Esq.<br>Benjamin A. Krass, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone:  (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Seth Webb, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO  63101<br>Telephone:  (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone:  (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX  77060<br>Telephone:  (281) 272-0797     .<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Kallas, LLC<br>2001 Park Place North, Suite 1000<br>Birmingham, AL  35203<br>Telephone:  (205) 328-9576<br>THARVEY@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone:  (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone:  (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |

| | |
|---|---|
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL  32503<br>Telephone:  (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>mailto:jsale@aws%1Elaw.comksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone:  (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>(current address unknown)<br>*Pro Se* |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone:  (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* |

| | |
|---|---|
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br><br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Joseph C. Langston, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP*** | Aaron K. Dickey, Esq.<br>K. Lindsay Rakers, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| David P. Matthews, Esq.<br>Lizy Santiago<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>Brennan Joseph Torregrossa<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |

| | |
|---|---|
| Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net | Linda S. Svitak<br>Russell O. Stewart<br>Krisann Kleibacker Lee<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com |
| James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com | Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@clarkperdue.com<br>lcollins@clarperdue.com |
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| William N. Riley<br>Jamie R. Kendall<br>Price, Waterhouse & Riley, LLC<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204<br>(317)633-8787<br>eamos@price-law.com | Earl Francis Carriveau<br>1012 6th Avenue<br>Lake Charles, LA 70601-4706 |
| Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett Street<br>Houston, TX 77098<br>(713) 222-8080<br>shawnaf@gld-law.com | Stacy K. Hauer<br>Charles S. Zimmerman<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>(612) 341-0400<br>(800) 755-0098<br>csz@zimmreed.com |
| Buffy Martines<br>Laminack, Pirtle & Martines<br>440 Louisiana, Suite 1250<br>Houston, TX 77002<br>(713) 292-2750<br>buffm@lpm-triallaw.com | Orran Brown<br>Brown Greer PLC<br>115 South 15th Street, Suite 400<br>Richmond, VA 23219<br>(804) 521-7201<br>obrown@browngreer.com |

1852269