# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**  Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration of the Report and Recommendation No. 12 by Case-Specific Discovery Special Master (Doc. No. 1670), which recommends that the parties be given until September 30, 2010 to finish discovery in 11 Minnesota cases which will eventually be remanded for trial in Minnesota.

It is **ORDERED** that the discovery deadline for the 11 Minnesota cases identified in the Report and Recommendation No. 12 is extended from August 2, 2010 until September 30, 2010; the other pretrial deadlines are also extended by 60 days.

**DONE** and **ORDERED** in Orlando, Florida on July 29, 2010.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record