**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

# REPORT AND RECOMMENDATION NO. 13 BY
# CASE-SPECIFIC DISCOVERY SPECIAL MASTER

## I. INTRODUCTION

### A. General Background.

On July 2, 2010, the Special Master submitted Report and Recommendation No. 12 (Document No. 1670) addressing the status of case-specific discovery in eleven cases in the Eleventh Circuit Trial Group (the "Minnesota Cases") and the question whether the case-specific discovery can be concluded in them by the August 2, 2010 deadline. The Report suggested that the Parties be allowed until September 30, 2010, to finish such discovery and that the pre-trial submission deadlines set forth in the Court's February 9, 2010 Scheduling Order also be adjusted by 60 days to follow upon that additional time for completion of the discovery. On July 29, 2010, the Court entered an Order (Document No. 1674) granting that requested relief. This Report and Recommendation No. 13 concerns two matters in two Group 2 cases that also will require leave of Court to conclude.

### B. Progress in the Group Two Cases.

In addition to its work on the Minnesota Cases, the PMO has been striving to complete medical records collection and deposition scheduling in the Group 2 Cases designated in the Court's Order of November 23, 2009, where discovery was to be completed by August 2, 2010,

#372812

pursuant to the Court's Case Management and Scheduling Order of December 16, 2009 . On December 11, 2009, the PMO received the first set of requests for medical records for plaintiffs in Group 2 and promptly set to work obtaining records from those doctors. On March 17, 2010, the PMO received the first designations for physician depositions in the Group 2 Cases and immediately began setting those depositions. At the direction of the Parties, the PMO has placed on hold 22 cases in this group and suspended any further work on them.

Two remaining Group 2 cases, *D'Angelo* and *Orr*, present two depositions that have not been concluded:

(1) The PMO has been working with counsel for Dr. Gray in the *Sherrie Orr* case, Larry Brock at Chambliss, Bahner & Stophel, P.C., to schedule this deposition before the discovery deadline of August 2, 2010, but his counsel now says that Dr. Gray cannot participate in a deposition before August 4, 2010. The PMO has tentatively scheduled Dr. Gray's deposition for August 4, 2010.

(2) The Parties conducted the deposition of Dr. Sparrow in the *D'Angelo* case on July 12, 2010 but did not conclude all questioning in the time allotted. The Parties have notified the PMO an additional two and one half hours is needed to complete this deposition. The PMO is working with counsel for Dr. Sparrow, Robert Yosua, to schedule this deposition as soon as possible. Dr. Sparrow and Mr. Yosua are not able to conduct this deposition before August 2, 2010.

These two items cannot be finished by the August 2, 2010 discovery deadline, but at least one of the Parties feels that the discovery in necessary for the adequate preparation of the case for trial.

## II. RECOMMENDATION

We regret again having to ask to depart from any of the Court's deadlines. However, we will not be able to conclude these two lingering matters in the two Group 2 cases by the August 2, 2010 deadline. The Special Master recommends that the Parties be allowed until August 16, 2010, to conduct the two depositions identified above. Though we think we can finish these by August 4, allowing until August 16 will provide sufficient allowance to the chronic schedule changes of these physicians and their lawyers. This extension will not alter the pretrial deadlines

in the Court's February 9, 2010 Scheduling Order as to those Group 2 cases and no such change is requested.

      The Special Master thus recommends that the Court enter an Order granting this relief.

_____
Orran L. Brown
Special Master for Case-Specific Discovery

DATED: July 30, 2010