**From:** FDLI SmartBrief [fdli@smartbrief.com]
**Sent:** Tuesday, August 10, 2010 9:29 AM
**To:** lroth@roth-law.com
**Subject:** August 10, 2010 - AstraZeneca to pay $198M to settle 17,500 Seroquel complaints

Reading this on a mobile device? Try our optimized mobile version here: http://r.smartbrief.com/resp/xGfYgrgUcVvauAfCljbEcNmpQZ





Engage 115,000 Practicing MDs Through Social Media   Free D

August 10, 2010                                       News for the biotech, medical device, drug and food r

# FDLI SmartBrief
Your Daily Dose of FDA & Regulatory News                 Food Law

Sign up for this newsletter    Read more at SmartBrief.com

## Drugs & Biologics                              Sponsored by: Combination Products Summit

- **AstraZeneca to pay $198M to settle 17,500 Seroquel complaints**
  AstraZeneca has agreed to a $198 million settlement of 17,500 complaints in the U.S. relate
  the association between antipsychotic drug Seroquel and diabetes. "We believe it was in the
  best interest of the company to explore resolving these cases through the mediation process
  We remain committed to a strong defense effort, but will also continue to participate in good
  faith in court-ordered mediation," a spokesman for the drugmaker said. The Guardian (Londo
  (8/9)  E-MAIL  RELATED STORIES

- **Gilead expects an FDA warning related to a Calif. manufacturing pla**
  Gilead Sciences said in a regulatory filing that it might receive an FDA warning letter regardin
  maintenance and procedural problems at its San Dimas, Calif., plant. Despite Gilead's efforts
  address the agency's concerns, the letter might hinder "export or regulatory approvals for [a
  fungal drug] AmBisome or any other products at issue," according to the company. The Wall
  Street Journal/Dow Jones Newswires (8/9)  E-MAIL  RELATED STORIES

- **Glenmark and Sepracor end a patent dispute regarding Lunesta**
  Sepracor and Glenmark Pharmaceuticals ended a patent-infringement lawsuit regarding
  eszopiclone, a generic version of the former's insomnia drug Lunesta. The settlement, which
  subject to approval by the District Court of New Jersey, would permit Glenmark to market its
  copy under certain circumstances. Business Standard (India) (8/10)  E-MAIL  RELATED STORIES

- **FDA allows a late-stage trial of Repros' fertility drug Androxal**
  The FDA said in a letter that Repros Therapeutics can launch a Phase III study of Androxal, a
  experimental treatment for secondary hypogonadism in men who wish to preserve their ferti
  American City Business Journals/Houston (8/9)  E-MAIL  RELATED STORIES

- **Lupin sues after Ranbaxy requests FDA approval of a generic Antara**
  Lupin filed a lawsuit against Ranbaxy Laboratories that accuses the latter of infringing on a
  patent for cholesterol-lowering drug Antara by seeking FDA approval of a generic version.
  Lupin's Swiss subsidiary, Lupin Atlantis Holdings, licensed the patent from Ethypharm and
  requested an injunction to block Ranbaxy from launching its copy. The Economic Times
  (India)/Press Trust of India (8/9)  E-MAIL  RELATED STORIES

8/13/2010