# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

---

# REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

---

**REPORT NUMBER:  36**

**DATE:  AUGUST 13, 2010**

# **CONTENTS**

**PAGE**

I. INTRODUCTION ..................................................................................................1

II. STATUS REPORT ................................................................................................2

    A. Case-Specific Discovery Program for Eleventh Circuit Trial Group............................................................................................2

    B. Suspended Cases................................................................................2

    C. The Status of Records Collection and Depositions in the Active Cases........4

        1. Group 1 Cases....................................................................4
        2. Group 2 Cases....................................................................5

    D. Florida Trial Group Cases..................................................................6

    E. Standard PMO Reports ......................................................................7

    F. Special Master Escrow Account Information....................................8

# I.  INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office.  The Special Master has filed the Reports identified in Table 1:

| TABLE 1 | Special Master Reports |
|---|---|
| **Report** | **Date** |
| Report No. 1 | 9/14/07 |
| Report No. 2 | 10/15/07 |
| Report No. 3 | 11/13/07 |
| Report No. 4 and Supplemental Report | 12/14/07 12/18/07 |
| Report No. 5 | 1/15/08 |
| Report No. 6 | 2/15/08 |
| Report No. 7 | 3/14/08 |
| Report No. 8 | 4/15/08 |
| Report No. 9 | 5/15/08 |
| Report No. 10 | 6/16/08 |
| Report No. 11 | 7/15/08 |
| Report No. 12 | 8/15/08 |
| Report No. 13 | 9/15/08 |
| Report No. 14 | 10/15/08 |
| Report No. 15 | 11/14/08 |
| Report No. 16 | 12/15/08 |
| Report No. 17 | 1/15/09 |
| Report No. 18 | 2/13/09 |
| Report No. 19 | 3/13/09 |
| Report No. 20 | 4/15/09 |
| Report No. 21 | 5/15/09 |
| Report No. 22 | 6/15/09 |
| Report No. 23 | 7/15/09 |
| Report No. 24 | 8/12/09 |

| TABLE 1 | Special Master Reports |
|---|---|
| Report No. 25 | 9/15/09 |
| Report No. 26 | 10/15/09 |
| Report No. 27 | 11/13/09 |
| Report No. 28 | 12/15/09 |
| Report No. 29 | 1/15/10 |
| Report No. 30 | 2/15/10 |
| Report No. 31 | 3/15/10 |
| Report No. 32 | 4/15/10 |
| Report No. 33 | 5/14/10 |
| Report No. 34 | 6/15/10 |
| Report No. 35 | 7/15/10 |

## II.  STATUS REPORT

A.  **Case-Specific Discovery Program for the Eleventh Circuit Trial Group.**

The PMO has completed collection of medical records in all but one of the cases the Court placed in Group 1 of the Eleventh Circuit Trial Group. Depositions have been scheduled for all designated deponents in Group 1 cases. The PMO continues to work with the Parties to collect medical records from physicians and to set the depositions of physicians as designated by the Parties in the cases that the Court placed in Group 2 of the Eleventh Circuit Trial Group. The cases in Group 1 were assigned a discovery deadline of May 3, 2010. Certain Group 2 cases had a discovery deadline of August 2, 2010, while others have a cut-off of September 30, 2010.

B.  **Suspended Cases.**

At the direction of the Parties, the PMO has placed on hold the 46 cases listed in Table 2 and suspended any further work on them. The Parties have notified the PMO that the cases of Victoria Amirault, Christal Anderson, Christina English, Gloria

2

Grayson, Terry Johnson, Susie Rhoades, Dennis Rice, Suann Rice, Victoria Turner and Shirley Wachlin are likely to be dismissed; the Cody Tokheim case has been transferred to another court; the cases of Susan Courts and Robert Stickney have been dismissed; Stipulations of Dismissal with Prejudice were filed on March 5, 2010 for Leonard Burckhard, Mary Canchola (individually and as representative of the estate of Johnny Canchola), Roger Courson, Tammy Ledbetter, Carolyn Morales, and Jimmie Varju; Stipulations of Dismissal with Prejudice were filed on April 6, 2010 for Cynthia Brooks and Thomas Hobson; and Stipulations of Dismissal with Prejudice were filed on April 9, 2010 for Kim Clark and Gregorio Valdez. In the other cases, there is some question about whether the action will proceed or will go forward in this forum.

| TABLE 2 | Suspended Cases ||||
|---|---|---|---|---|
| **Row** | **Plaintiff Last Name** | **Plaintiff First Name** | **Case Number** | **Discovery Group** |
| 1. | Amirault | Victoria | 6:10-ccv-11-Orl-22DAB | Group 2 |
| 2. | Anderson | Christal | 6:10-cv-12-Orl-22DAB | Group 2 |
| 3. | Brooks | Cynthia | 6:10-cv-00016-ACC-DAB | Group 2 |
| 4. | Burckhard | Leonard | 6:09-cv-00571-Orl-22DAB | Group 2 |
| 5. | Burgett | Robert | 6:09-cv-00520-Orl-22DAB | Group 2 |
| 6. | Butler | Tammy | 6:08-cv-1309-Orl-22DAB | Group 1 |
| 7. | Canchola | Mary | 6:09-cv-238-Orl-22DAB | Group 2 |
| 8. | Clark | Kim | 6:10-cv-00013-ACC-DAB | Group 2 |
| 9. | Courson | Roger | 6:09-cv-00115-Orl22DAB | Group 2 |
| 10. | Courts | Susan | 6:08-cv-623-Orl-22DAB | Group 1 |
| 11. | Crooks-Hall | Mary | 6:08-cv-2095-Orl-22DAB | Group 1 |
| 12. | Davis | Michael | 6:09-cv-00758-Orl-22DAB | Group 2 |
| 13. | Dickerson | Rebecca | 6:09-cv-00111-Orl-22DAB | Group 2 |
| 14. | English | Christina | 6:07-cv-11535-Orl-22DAB | Group 2 |
| 15. | Grayson | Gloria | 6:06-cv-01135-Ord-22DAB | Group 1 |
| 16. | Harris | Shari | 6:08-cv-00627-Orl-22DAB | Group 1 |
| 17. | Hebbler | Anna | 6:09-cv-01192-Orl-22DAB | Group 2 |
| 18. | Hobson | Thomas | 6:10-cv-00021-ACC-DAB | Group 2 |
| 19. | Howard | Kathleen | 6:09-cv-01192-Orl-22DAB | Group 2 |
| 20. | Itter-Caldwell | Judy | 6:08-cv-848-Orl-22DAB | Group 1 |
| 21. | Johnson | Terry | 6:08-cv-01414-Orl22DAB | Group 1 |
| 22. | Lawson-Harper | Alice | 6:09-cv-00121-Orl-22DAB | Group 2 |
| 23. | Ledbetter | Tammy | 6:09-cv-00120-Orl-22DAB | Group 2 |
| 24. | Lindsey | William | 6:08-cv-1495-Orl-22DAB | Group 2 |

| TABLE 2 | Suspended Cases | | | |
|---|---|---|---|---|
| Row | Plaintiff Last Name | Plaintiff First Name | Case Number | Discovery Group |
| 25. | Malachi | Darius | 6:09-cv-00114-Orl-22DAB | Group 2 |
| 26. | Morales | Caroline | 6:09-cv-1282-Orl-22DAB | Group 2 |
| 27. | Murawski | Melissa | 6:09-cv-00119-Orl-22DAB | Group 2 |
| 28. | Nelson | Shirley | 6:09-cv-01193-Orl-22DAB | Group 2 |
| 29. | O'Neal | Amy | 6:09-cv-00117-Orl-22DAB | Group 2 |
| 30. | Payne | Debra | 6:09-cv-00239-Orl-22DAB | Group 2 |
| 31. | Reedy | Robert | 6:09-cv-00112-Orl-22DAB | Group 2 |
| 32. | Reese | Oretha | 6:09-cv-00956-Orl-22DAB | Group 2 |
| 33. | Rhoades | Susie | 6:10-cv-29-Orl-22DAB | Group 2 |
| 34. | Rice | Dennis | 6:10-cv-22-Orl-22DAB | Group 2 |
| 35. | Rice | Suann | 6:10-cv-23-Orl-22DAB | Group 2 |
| 36. | Robinson | Theresa | 6:08-cv-01411-Orl-22DAB | Group 1 |
| 37. | Scott | Sandra | 6:08-cv-00625-Orl-22DAB | Group 1 |
| 38. | Simmons | Burt | 6:10-cv-24-Orl-22DAB | Group 2 |
| 39. | Stickney | Robert | 6:08-cv-621-Orl-22DAB | Group 1 |
| 40. | Tokheim | Cody | 6:08-cv-544-Orl-22DAB | Group 1 |
| 41. | Turner | Victoria | 6:10-cv-14-Orl-22DAB | Group 2 |
| 42. | Valadez | Gregorio | 6:10-cv-00015-ACC-DAB | Group 2 |
| 43. | Varju | Jimmie | 6:09-cv-00113-Orl-22DAB | Group 2 |
| 44. | Wachlin | Shirley | 6:10-cv-17-Orl-22DAB | Group 2 |
| 45. | Williams | Wayne | 6:09-cv-1261-Orl-22DAB | |
| 46. | Young | Matthew | 6:09-cv-00116-Orl-22DAB | Group 2 |

C.  **The Status of Records Collection and Depositions in the Active Cases.**

 1.  **Group 1 Cases.**

The PMO successfully completed scheduling efforts for all active Group 1 cases by the applicable court deadlines. The PMO has completed medical records collection efforts in the Group 1 cases, except for one matter. The PMO is working to obtain records from one more facility, Lincoln Trail Behavioral Health Center, in the *McCormick* case, not as part of discovery but as effort to finish up the medical records the parties desired to obtain. Because Mr. McCormick's records were more than three years old, this facility kept the records at an off-site storage unit, which significantly delayed their retrieval. On May 5, 2010, the facility advised the PMO shipment of these records would not occur for at least two weeks. On May 17, 2010, the facility advised

4

the PMO they are awaiting installation of a new computer system and they are unable to provide copies of the records until the system is installed. On July 1, 2010, the facility indicated the records could not be retrieved before the end of July. On August 5, 2010, the facility informed the PMO the records would be mailed by August 13, 2010. The PMO expects to receive these records by August 20, 2010.

### 2. Group 2 Cases.

Of the 474 physicians or facilities provided to the PMO for records collection, 216 are for currently active Group 2 cases. The PMO obtained records from 166 of the 216 physicians or facilities provided for current active Group 2 cases. The PMO is working to obtain records from another 10 of these offices. The PMO has not been able to collect records from the remaining 40 physicians or facilities in Group 2 cases because the records have been destroyed or the office can find no records for the patient.

With one exception, the PMO and the Parties successfully completed deposition scheduling in the Group 2 Cases designated in the Court's Order of November 23, 2009, in which, pursuant to the Court's Case Management and Scheduling Order of December 16, 2009, discovery was to be completed by August 2, 2010. Only one remaining Group 2 case, *D'Angelo*, presents a deposition that has not been concluded. The Parties conducted the deposition of a Dr. Francis Sparrow in the *D'Angelo* case on July 12, 2010, but did not conclude all the questioning that day. On July 20, 2010, the Parties notified the PMO of the need to schedule a second follow-up deposition with Dr. Sparrow, limited to two and one half hours of questioning. After much effort, the PMO now has obtained from counsel for Dr. Sparrow, Robert Yosua, the date of September 29, 2010, to finish this deposition. On August 11, 2010 the Special Master submitted Amended Report and Recommendation No 13 (Document Number 1676) suggesting the Parties be allowed until September 29, 2010, to complete this one lingering matter.

5

On July 2, 2010, the PMO filed Report and Recommendation 12 (Document 1670), requesting an extension of time until September 30, 2010, to complete discovery in 11 of the active Group 2 cases (the "Minnesota Cases"). On July 29, 2010, the Court entered an Order (Document Number 1674) granting that extension. The PMO has received 25 designations in the remaining six active Minnesota cases. Three of these depositions have been scheduled to occur in August, and an additional twelve have been scheduled and completed. Table 3 shows the status of record collection and deposition scheduling in the remaining six Minnesota Cases:

| TABLE 3 | Outstanding Records Collection and Deposition Scheduling for Minnesota Cases | | |
|---|---|---|---|
| Row | Plaintiff Name | Offices From Which Medical Records Not Obtained | Depositions To Be Scheduled |
| 1. | Dawson, Matthew Q. | 13 | 2 |
| 2. | Haney, Jesse | 2 | 2 |
| 3. | Josefowicz, Rosemary | 5 | 3 |
| 4. | Nichols, Crystal M. | 0 | 3 |
| 5. | Rector, Eric L. | 3 | 2 |
| 6. | Terry, Tami S. | 11 | 0 |
|  | **Total** | **34** | **10** |

D.  **Florida Trial Group Cases.**

On June 18, 2010, the Court entered an Order setting twenty-five cases for trial and assigning a discovery deadline of February 15, 2011 (the "Florida Trial Group Cases"). During the weekly status conference on July 2, 2010, the Special Master and the Parties began planning for the PMO to assist in its current role on these new cases. On July 28, 2010, the PMO received its first instruction to begin the medical records collection in the Florida Trial Group Cases and is actively working to collect these records.

6

E.   **Standard PMO Reports.**

The PMO has designed and coded into the PMO's Seroquel database application a set of standard Reports to apprise the Court and the parties of critical information on the activities of the PMO and the progress of case-specific discovery. The PMO posts these Reports on the PMO website. An authorized user of the website can click on a Reports section of the Master Calendar home page and view the current version of each Report. Table 4 identifies and describes these standard Reports. A full set of the current Reports is attached to this Report as Exhibit 1.

| TABLE 4 | | Seroquel PMO Summary Reports |
|---|---|---|
| **Physician Depositions Scheduling** | **SQ106** | **Seroquel PMO: Physician Depositions Scheduling Report**<br><br>(Reports on the number of Physicians designated for cases in the months shown, and the progress of the PMO in scheduling such depositions.) |
| **Medical Records** | **SQ200A** | **Seroquel PMO: Medical Records Status (By Plaintiff)**<br><br>(Reports on the status of the PMO's acquisition of Medical Records from Physicians, listed in alphabetical order by Plaintiff last name.) |
| **Payments to Physicians** | **SQ300A** | **Seroquel PMO: Special Master Escrow Account Summary**<br><br>(Reports a summary of deposits and payments made from the Special Master Escrow Account.) |

F.   **Special Master Escrow Account Information.**

The Special Master Escrow Account Summary Report (SQ300A, attached in Exhibit 1) reflects that a total of $135,000 has been deposited into the Special Master Escrow account since January 1, 2010. From that amount, $67,856 has been paid to compensate physician deponents for deposition time; $36,297 has been paid to reimburse

7

physicians for the cost of copying their Medical Records; $7,388 has been paid in shipping charges incurred by physicians in sending records to the PMO; and $30.06 has been paid for bank fees.  The balance as of August 13, 2010, in the Special Master Escrow account is $23,458.  The Special Master Escrow Account Physician Payment Details Report (SQ301A) is available on-line at https://www.browngreer.com/seroquel.  This report provides details of each payment made to each physician, the reason for the payment, and the case to which the payment is related.

        Respectfully submitted,

        BROWNGREER PLC

By:  **s/ Orran L. Brown**
        Orran L. Brown
        Virginia State Bar No. 25832
        BrownGreer PLC
        115 South 15th Street, Suite 400
        Richmond, Virginia  23219
        Telephone:  (804) 521-7201
        Facsimile:  (804) 521-7299
        Email:  obrown@browngreer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

                                      **s/ Orran L. Brown**
                                      Orran L. Brown
                                      Virginia State Bar No. 25832
                                      BrownGreer PLC
                                      115 South 15th Street, Suite 400
                                      Richmond, Virginia  23219
                                      Telephone:  (804) 521-7201
                                      Facsimile:  (804) 521-7299
                                      Email:  obrown@browngreer.com

# SERVICE LIST

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

1

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>**Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>**Attorney for Defendant, Marguerite Devon French** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>**Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>**Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>*Attorney for Defendant Dr. Asif Habib* | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |

4