# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**          Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration of the Amended Report and Recommendation No. 13 by Case-Specific Discovery Special Master (Doc. No. 1676), which recommends that the parties be given until September 29, 2010 to finish a single deposition (of Dr. Sparrow) in the *D'Angelo* case, which is part of Trial Group 2.

It is **ORDERED** that the deadline to conduct the Sparrow deposition (only) is extended until **September 29, 2010**. Provided, however, this extension in no way relieves the parties of other obligations and deadlines set forth in the February 9, 2010 Scheduling Order for Trail Group 2. In particular, the parties are reminded that the deadline for filing of dispositive motions in the *D'Angelo* case is **NOT** extended.

**DONE** and **ORDERED** in Orlando, Florida on August 16, 2010.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record