**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____

**WITHDRAWAL OF SUGGESTION OF REMAND**

On May 13, 2010, the Court entered a Final Pretrial Order and Suggestion of Remand in this MDL. At that time, the Court believed the chances of settlement to be minimal; the parties had consistently reported to the Court that they did not wish to engage in mediation and the court-appointed mediator had filed two reports indicating that settlement negotiations had been, for various reasons, largely unproductive. In the last few months, however, things have changed. Recent mediation conferences have resulted in thousands of settlements. In fact, recent news reports indicate that AstraZeneca has settled two-thirds of the approximately 26,000 Seroquel cases presently pending in state and federal court. More cases are sure to follow.

In light of these dramatic developments, the Court believes that it is no longer prudent to remand the bulk of the MDL cases at this time. The Court suggests, and the mediator agrees, that retaining these cases as a coordinated action subject to continuing court-ordered mediation is vital to maintaining the momentum of ongoing settlement negotiations. A remand at this juncture would likely disrupt the settlement dialogue the mediator has

established with the parties and could serve to stall negotiations altogether. Accordingly, the Court respectfully withdraws its suggestion of remand.

*signature*
ANNE C. CONWAY
United States District Judge