UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 31, 2010

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION        MDL No. 1769

### ORDER VACATING CONDITIONAL REMAND ORDERS
### AND VACATING THE SEPTEMBER 30, 2010, HEARING SESSION

Conditional remand orders were filed in this matter on June 21, 2010, and June 24, 2010, respectively, pursuant to a suggestion of remand issued by the Honorable Anne C. Conway, the transferee judge. The schedules attached to the conditional remand orders, as amended, encompassed 6,003 civil actions in toto. Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP filed a notice of opposition and the subsequent motion and brief to vacate the conditional remand orders. The Panel has now been informed that the transferee judge has withdrawn her suggestion of remand.

IT IS THEREFORE ORDERED that the Panel's conditional remand orders filed on June 21, 2010, and June 24, 2010, are VACATED.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 12, 2010, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel