# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**     Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration of Liaison Counsel's Motion For Determination and Appropriateness of Attorneys' Fees on Certain MDL Settlements (Doc. 1673). AstraZeneca filed an Opposition to the Motion on August 16, 2010. Doc. 1680. Although the Motion represents that "there was an initial objection [but] it now appears an agreement will be reached regarding a recent settlement," and "no specific objection(s) have yet been received" from Plaintiffs' attorneys in the MDL, no response indicating any position has been filed by *any* of Plaintiffs' counsel.

It is **ORDERED** that Plaintiffs' counsel electronically file their response(s) to Liaison Counsel's Motion for Determination and Appropriateness of Attorneys' Fees on Certain MDL Settlements (Doc. 1673) by **September 10, 2010.**

**DONE** and **ORDERED** in Orlando, Florida on September 1, 2010.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record