# EXHIBIT 1

## <u>Florida Trial Group Plaintiffs – Motion to Dismiss (September 7, 2010)</u>

| Case | Case Number |
|------|-------------|
| Altman, Stephanie M. | 6:07-cv-10182 |
| Ash, Jan | 6:07-cv-10185 |
| Barber, Karen | 6:07-cv-10187 |
| Beaty, Linda L. | 6:07-cv-10194 |
| Bennett, Evelyn E. | 6:07-cv-10195 |
| Binkowski, Maureen | 6:07-cv-10198 |
| Blackmore, Winfred H. | 6:07-cv-10203 |
| Brito, Shelley | 6:07-cv-10210 |
| Campbell, James P., Sr. | 6:07-cv-10223 |
| Cantelmo, Linda L. | 6:07-cv-10225 |
| Carley, Peter B. | 6:07-cv-10226 |
| Chaplin, Ann-Marie | 6:07-cv-10229 |
| Christiansen, Denis A. | 6:07-cv-10234 |
| Sinclair, Theresa (o.b.o. Elizabeth Dalrymple) | 6:07-cv-10249 |
| Fashner, Sharon K. | 6:07-cv-10265 |
| Fish, Venus C. | 6:07-cv-10267 |
| Garletts, Diane | 6:07-cv-10274 |
| Gray, Twyla R. | 6:07-cv-10287 |
| Pereira, Victor F. | 6:07-cv-11858 |
| Radford, Cheryl | 6:07-cv-11890 |
| Rogers, Virginia M. | 6:07-cv-11925 |
| Thomas, Cherylyn E. | 6:07-cv-12008 |
| Scharet, Tammy | 6:07-cv-12217 |
| Slapion, Andrea | 6:07-cv-12224 |
| Hall, Otishia (o.b.o. Betty Hall) | 6:07-cv-10293 |