# EXHIBIT 3

EFiled: Aug 12 2010 11:50AM EDT
Transaction ID 32630266
Case No. 07C-SER-1

# SUPERIOR COURT
OF THE
# STATE OF DELAWARE

JOSEPH R. SLIGHTS, III
JUDGE

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET
Suite 10400
WILMINGTON, DE 19801
PHONE: (302) 255-0656

August 12, 2010

Linda Richenderfer, Esquire
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 Market Street
Suite 1000
Wilmington, DE 19801-3062

Michael P. Kelly, Esquire
McCarter & English, LLP
405 North King Street, 8th Floor
P.O. Box 111
Wilmington, DE 19899

Re: *In Re Seroquel Litigation*
C.A. No. 07C-SER-1

Dear Counsel:

As promised, the Court has reviewed the question of whether the plaintiffs must verify their supplemental fact sheets as per the Court's May 12, 2010 Order. The Court's research indicates that the federal courts interpret Fed. R. Civ. P. 26(e) & 33(b) as requiring a party to verify not only initial interrogatory answers but also supplemental interrogatory answers.[1] State courts appear to be in accord with this

---

[1] See *Knights Armament Co. v. Optical Systems Technology, Inc.*, 254 F. R. D. 463, 466 (M.D. Fla. 2008)("although it appears that the United States Court of Appeals for the 11th Circuit has not addressed whether supplemental interrogatory responses must be verified, Rule 33 is commonly interpreted as requiring all interrogatory answers, whether initial or supplemental, to be signed under oath.")(citations omitted); *Anderson v. Duke Energy Corp.*, 2007 WL 1041187, *2 (W.D.N.C. 2007)(holding that plaintiff's supplemental interrogatory answers much be verified); *Stevens v. Omega Protein, Inc.*, 2002 WL 102507, *3 (E.D.La. 2002)(same).

1

general rule.[2]

Based on the foregoing, plaintiffs shall supply affidavits/acknowledgments executed by the plaintiffs themselves attesting to the truthfulness and accuracy (to the best of their knowledge) of the information supplied in the supplemental fact sheets within 30 days of this Order. Hereafter, all supplemental fact sheets shall be verified by the plaintiffs.

**IT IS SO ORDERED.**

Very truly yours,

Joseph R. Slights, III

JRS, III/sb

cc: B. Wilson Redfearn, Esq.

---

[2] *See State Farm Fire & Cas. Co. v. Morua*, 979 S.W.2d 616, 621 (Tex. 1998)("In sum, we hold that supplemental interrogatory responses must be verified.").