# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**     Case No. 6:06-md-1769-Orl-22DAB

*Individual Cases:*

| | |
|---|---|
| Kendra Harper-Howell v. AstraZeneca LP, et al. | Case No. 6:08-cv-00622-Orl-22DAB |
| Steven A. D'Angelo v. AstraZeneca LP, et al. | Case No. 6:08-cv-00626-Orl-22DAB |
| Sherrie L. Orr v. AstraZeneca LP, et al. | Case No. 6:09-cv-00834-Orl-22DAB |

_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **JOINT MOTION TO MODIFY CERTAIN PRE-TRIAL DATES IN THE CASE MANAGEMENT ORDERS (Doc. No. 1685 in MDL)**[1]
>
> **FILED:** September 2, 2010
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part** and **DENIED in part** as set forth herein.

1. As to the *Harper-Howell* case, it is **ORDERED** that the deadlines in the Amended Case Management and Scheduling Order (Doc. 5) – to the extent not moot – are extended by thirty days as set forth in the Motion (Doc. 1685). Provided, however, this extension in no way relieves the parties of other obligations and deadlines set forth in the Amended Case Management and Scheduling Order. Further, this extension shall not be the basis for seeking relief from that Order.

---

[1] Various case management orders govern in the individual cases and this ruling applies in all three cases.

2. As to *D'Angelo* and *Orr* cases, it is **ORDERED** that certain deadlines in the Second Amended Case Management and Scheduling Order (Doc. 6) will be extended only **45 days** (not the 60 days proposed)[2] and certain deadlines will not be extended at all[3] as follows:

| | |
|---|---|
| Disclosure of Defendants' Expert Reports | *NOVEMBER 1, 2010* |
| Depositions of Experts | *DECEMBER 15, 2010* |
| Dispositive Motions, *Daubert*, and *Markman* Motions | *JANUARY 3, 2011* |
| Meeting In Person to Prepare Joint Final Pretrial Statement | **FEBRUARY 16, 2011** |
| Joint Final Pretrial Statement/Trial Briefs | **MARCH 16, 2011** |
| All Other Motions Including Motions In Limine | **FEBRUARY 16, 2011** |

Provided, however, this extension in no way relieves the parties of other obligations and deadlines set forth in the Second Amended Case Management and Scheduling Order. Further, this extension shall not be the basis for seeking relief from that Order.

**DONE** and **ORDERED** in Orlando, Florida on September 10, 2010.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

---

[2] These deadlines are italicized.

[3] These deadlines are in bold; the Motion is denied without prejudice as to the extension of these deadlines.