UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: SEROQUEL PRODUCTS
LIABILITY LITIGATION

This document relates to:

No. 6:06-MDL-1769-ACC-DAB

*All Plaintiffs*

**CERTAIN MDL PLAINTIFFS' RESPONSE IN SUPPORT OF PLAINTIFFS' LIAISON COUNSEL'S MOTION AND COMBINED MEMORANDUM FOR THE DETERMINATION AND APPROPRIATENESS OF ATTORNEYS' FEES**

Counsel for the MDL Plaintiffs represented by the Bailey Perrin Bailey law firm ("BPB"), pursuant to the Court's Order of September 1, 2010 (MDL Doc. 1684), respond as follows to the Motion and Combined Memorandum for the Determination and Appropriateness of Attorneys' Fees on Certain MDL Settlements and Certification (MDL Doc. 1673, hereinafter the "Motion"):

1.   Having also served as Co-Lead Counsel for the MDL Plaintiffs roughly since the initiation of these proceedings, BPB joins the Response to the Motion filed by Co-Lead Counsel Paul J. Pennock of Weitz & Luxenburg, P.C.  BPB concurs that MDL Plaintiffs' Liaison Counsel Larry M. Roth has performed his duties effectively and efficiently, which has inured to the benefit of all MDL Plaintiffs and the Court.  Indeed, BPB, together with Mr. Pennock and his firm, initially engaged the services of Mr. Roth for this litigation.

2.   BPB also joins Mr. Pennock's support for Mr. Roth's recommendation to the Court that he be allocated a one percent (1%) fee for all Seroquel MDL cases pending or previously pending in this MDL, with the same caveat that firms that have already negotiated and executed a written agreement with Mr. Roth to compensate him for his liaison counsel duties

1

be excepted from application of any fee order.  BPB's agreement with Mr. Roth has been in place for a substantial period of the litigation.  Importantly, BPB's agreement with Mr. Roth is not conditioned upon either the award of fees by any Court or the particular venue in which the firm's cases lie at the time of resolution.  In other words, even though Mr. Roth's efforts have focused on assisting in the representation of MDL Plaintiffs in this Court, he will be compensated according to the terms of his agreement with BPB whether the Court-ordered mediation process results in settlement or the cases are resolved sometime after remand.

3. With respect to the number of settled cases, the Court should be aware that AstraZeneca has settled only a tiny fraction of MDL Plaintiffs' cases.  As Mr. Pennock identifies, as well as infers, many of the counsel in those cases never appeared before this Court, and most if not all never litigated their now-settled cases beyond filing and serving the Original Complaint.

4. None of BPB's cases are settled.  During the last 15 months, BPB and AstraZeneca have had settlement discussions, both independently and once in the presence of the Court-appointed mediator in January 2010.  While there has been no involvement by the mediator in settlement discussions between BPB and AstraZeneca since that occasion, BPB looks forward to participating in any Court-directed settlement discussions.  Given the Court's withdrawal of its Suggestion of Remand last week to "maintain[] the momentum of ongoing settlement negotiations," the BPB Plaintiffs whose cases are ripe for remand would anticipate that the Court intends to set a deadline—and believe the Court should set a deadline—at which time it may assess whether the observed momentum of negotiations has productively carried over to the BPB Plaintiffs' cases.

5. With the assistance of their Co-Lead Counsel, the BPB Plaintiffs drove the discovery, attorney work product, and pretrial litigation, and obtained the Court rulings—while funding virtually all of it—which culminated in the settlements achieved thus far. Plaintiffs' Liaison Counsel, Mr. Roth, contributed to that effort in his role as liaison counsel, and he deserves to be compensated as described herein.

DATED: September 10, 2010　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ K. Camp Bailey
　　　　　　　　　　　　　　　　　　　　　　F. Kenneth Bailey, Jr.
　　　　　　　　　　　　　　　　　　　　　　K. Camp Bailey
　　　　　　　　　　　　　　　　　　　　　　Fletcher V. Trammell
　　　　　　　　　　　　　　　　　　　　　　Robert W. Cowan
　　　　　　　　　　　　　　　　　　　　　　BAILEY PERRIN BAILEY
　　　　　　　　　　　　　　　　　　　　　　440 Louisiana Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　　　Telephone – 713.425.7100
　　　　　　　　　　　　　　　　　　　　　　Facsimile – 713.425.7101
　　　　　　　　　　　　　　　　　　　　　　Email – kbailey@bpblaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　cbailey@bpblaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　ftrammell@bpblaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　rcowan@bpblaw.com

　　　　　　　　　　　　　　　　　　　　　　CO-LEAD COUNSEL FOR MDL
　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 10th day of September, 2010, I electronically filed the foregoing: CERTAIN MDL PLAINTIFFS' RESPONSE IN SUPPORT OF PLAINTIFFS' LIAISON COUNSEL'S MOTION AND COMBINED MEMORANDUM FOR THE DETERMINATION AND APPROPRIATENESS OF ATTORNEYS' FEES with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                                                  /s/ Robert W. Cowan
                                                  Robert W. Cowan