# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

---

# REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

---

**REPORT NUMBER:  37**

**DATE:  SEPTEMBER 15, 2010**

**CONTENTS**

**PAGE**

I. INTRODUCTION ...................................................................................................1

II. STATUS REPORT ................................................................................................2

    A. Case-Specific Discovery Program for Eleventh Circuit
        Trial Group......................................................................................................2

    B. Suspended Cases.............................................................................................2

        1. Eleventh Circuit Trial Group…………………………………………….3
        2. Florida Trial Group……………………………………………………...4

    C. The Status of Records Collection and Depositions in the Active Cases........5

        1. Eleventh Circuit Trial Group Cases……………………………………...5
        2. Florida Trial Group Cases..........................................................................5

    D. Standard PMO Reports ..................................................................................7

    E. Special Master Escrow Account Information ................................................8

# I.  INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office.  The Special Master has filed the Reports identified in Table 1:

| TABLE 1 | Special Master Reports |
|---|---|
| **Report** | **Date** |
| Report No. 1 | 9/14/07 |
| Report No. 2 | 10/15/07 |
| Report No. 3 | 11/13/07 |
| Report No. 4 and Supplemental Report | 12/14/07 12/18/07 |
| Report No. 5 | 1/15/08 |
| Report No. 6 | 2/15/08 |
| Report No. 7 | 3/14/08 |
| Report No. 8 | 4/15/08 |
| Report No. 9 | 5/15/08 |
| Report No. 10 | 6/16/08 |
| Report No. 11 | 7/15/08 |
| Report No. 12 | 8/15/08 |
| Report No. 13 | 9/15/08 |
| Report No. 14 | 10/15/08 |
| Report No. 15 | 11/14/08 |
| Report No. 16 | 12/15/08 |
| Report No. 17 | 1/15/09 |
| Report No. 18 | 2/13/09 |
| Report No. 19 | 3/13/09 |
| Report No. 20 | 4/15/09 |
| Report No. 21 | 5/15/09 |
| Report No. 22 | 6/15/09 |
| Report No. 23 | 7/15/09 |
| Report No. 24 | 8/12/09 |

| TABLE 1 | Special Master Reports |
|---|---|
| Report No. 25 | 9/15/09 |
| Report No. 26 | 10/15/09 |
| Report No. 27 | 11/13/09 |
| Report No. 28 | 12/15/09 |
| Report No. 29 | 1/15/10 |
| Report No. 30 | 2/15/10 |
| Report No. 31 | 3/15/10 |
| Report No. 32 | 4/15/10 |
| Report No. 33 | 5/14/10 |
| Report No. 34 | 6/15/10 |
| Report No. 35 | 7/15/10 |
| Report No. 36 | 8/13/10 |

## II.  STATUS REPORT

A.  **Case-Specific Discovery Program for the Eleventh Circuit Trial Group and Florida Trial Group.**

The PMO has completed collection of medical records and deposition scheduling in all active Eleventh Circuit Trial Group cases.  The cases in Group 1 were assigned a discovery deadline of May 3, 2010.  Certain Group 2 cases had a discovery deadline of August 2, 2010, while others have a cut-off of September 30, 2010.

On June 18, 2010, the Court entered an Order setting twenty-five Florida cases for trial and assigning a discovery deadline of February 15, 2011 (the "Altman Group Cases").  On June 21, 2010, the Court entered an Order setting twenty-five Florida cases for trial and assigning a discovery deadline of May 2, 2011 (the "Harris Group Cases").  During the weekly status conference on July 2, 2010, the Special Master and the Parties began planning for the PMO to assist in its current role on these new cases.

B. **Suspended Cases**.

1. **Eleventh Circuit Trial Group**

At the direction of the Parties, the PMO has placed on hold the 46 cases listed in Table 2 and suspended any further work on them.  The Parties have notified the PMO that the cases of Victoria Amirault, Christal Anderson, Christina English, Gloria Grayson, Terry Johnson, Susie Rhoades, Dennis Rice, Suann Rice, Victoria Turner and Shirley Wachlin are likely to be dismissed; the Cody Tokheim case has been transferred to another court; the cases of Susan Courts and Robert Stickney have been dismissed; Stipulations of Dismissal with Prejudice were filed on March 5, 2010 for Leonard Burckhard, Mary Canchola (individually and as representative of the estate of Johnny Canchola), Roger Courson, Tammy Ledbetter, Carolyn Morales, and Jimmie Varju; Stipulations of Dismissal with Prejudice were filed on April 6, 2010 for Cynthia Brooks and Thomas Hobson; and Stipulations of Dismissal with Prejudice were filed on April 9, 2010 for Kim Clark and Gregorio Valdez.  In the other cases, there is some question about whether the action will proceed or will go forward in this forum.

| TABLE 2 | Eleventh Circuit Trial Group Suspended Cases | | | |
|---|---|---|---|---|
| Row | Plaintiff Last Name | Plaintiff First Name | Case Number | Discovery Group |
| 1. | Amirault | Victoria | 6:10-ccv-11-Orl-22DAB | Group 2 |
| 2. | Anderson | Christal | 6:10-cv-12-Orl-22DAB | Group 2 |
| 3. | Brooks | Cynthia | 6:10-cv-00016-ACC-DAB | Group 2 |
| 4. | Burckhard | Leonard | 6:09-cv-00571-Orl-22DAB | Group 2 |
| 5. | Burgett | Robert | 6:09-cv-00520-Orl-22DAB | Group 2 |
| 6. | Butler | Tammy | 6:08-cv-1309-Orl-22DAB | Group 1 |
| 7. | Canchola | Mary | 6:09-cv-238-Orl-22DAB | Group 2 |
| 8. | Clark | Kim | 6:10-cv-00013-ACC-DAB | Group 2 |
| 9. | Courson | Roger | 6:09-cv-00115-Orl22DAB | Group 2 |
| 10. | Courts | Susan | 6:08-cv-623-Orl-22DAB | Group 1 |
| 11. | Crooks-Hall | Mary | 6:08-cv-2095-Orl-22DAB | Group 1 |
| 12. | Davis | Michael | 6:09-cv-00758-Orl-22DAB | Group 2 |
| 13. | Dickerson | Rebecca | 6:09-cv-00111-Orl-22DAB | Group 2 |
| 14. | English | Christina | 6:07-cv-11535-Orl-22DAB | Group 2 |
| 15. | Grayson | Gloria | 6:06-cv-01135-Ord-22DAB | Group 1 |

| TABLE 2 | Eleventh Circuit Trial Group Suspended Cases | | | |
|---|---|---|---|---|
| Row | Plaintiff Last Name | Plaintiff First Name | Case Number | Discovery Group |
| 16. | Harris | Shari | 6:08-cv-00627-Orl-22DAB | Group 1 |
| 17. | Hebbler | Anna | 6:09-cv-01192-Orl-22DAB | Group 2 |
| 18. | Hobson | Thomas | 6:10-cv-00021-ACC-DAB | Group 2 |
| 19. | Howard | Kathleen | 6:09-cv-01192-Orl-22DAB | Group 2 |
| 20. | Itter-Caldwell | Judy | 6:08-cv-848-Orl-22DAB | Group 1 |
| 21. | Johnson | Terry | 6:08-cv-01414-Orl22DAB | Group 1 |
| 22. | Lawson-Harper | Alice | 6:09-cv-00121-Orl-22DAB | Group 2 |
| 23. | Ledbetter | Tammy | 6:09-cv-00120-Orl-22DAB | Group 2 |
| 24. | Lindsey | William | 6:08-cv-1495-Orl-22DAB | Group 2 |
| 25. | Malachi | Darius | 6:09-cv-00114-Orl-22DAB | Group 2 |
| 26. | Morales | Caroline | 6:09-cv-1282-Orl-22DAB | Group 2 |
| 27. | Murawski | Melissa | 6:09-cv-00119-Orl-22DAB | Group 2 |
| 28. | Nelson | Shirley | 6:09-cv-01193-Orl-22DAB | Group 2 |
| 29. | O'Neal | Amy | 6:09-cv-00117-Orl-22DAB | Group 2 |
| 30. | Payne | Debra | 6:09-cv-00239-Orl-22DAB | Group 2 |
| 31. | Reedy | Robert | 6:09-cv-00112-Orl-22DAB | Group 2 |
| 32. | Reese | Oretha | 6:09-cv-00956-Orl-22DAB | Group 2 |
| 33. | Rhoades | Susie | 6:10-cv-29-Orl-22DAB | Group 2 |
| 34. | Rice | Dennis | 6:10-cv-22-Orl-22DAB | Group 2 |
| 35. | Rice | Suann | 6:10-cv-23-Orl-22DAB | Group 2 |
| 36. | Robinson | Theresa | 6:08-cv-01411-Orl-22DAB | Group 1 |
| 37. | Scott | Sandra | 6:08-cv-00625-Orl-22DAB | Group 1 |
| 38. | Simmons | Burt | 6:10-cv-24-Orl-22DAB | Group 2 |
| 39. | Stickney | Robert | 6:08-cv-621-Orl-22DAB | Group 1 |
| 40. | Tokheim | Cody | 6:08-cv-544-Orl-22DAB | Group 1 |
| 41. | Turner | Victoria | 6:10-cv-14-Orl-22DAB | Group 2 |
| 42. | Valadez | Gregorio | 6:10-cv-00015-ACC-DAB | Group 2 |
| 43. | Varju | Jimmie | 6:09-cv-00113-Orl-22DAB | Group 2 |
| 44. | Wachlin | Shirley | 6:10-cv-17-Orl-22DAB | Group 2 |
| 45. | Williams | Wayne | 6:09-cv-1261-Orl-22DAB | Group 2 |
| 46. | Young | Matthew | 6:09-cv-00116-Orl-22DAB | Group 2 |

2.     **Florida Trial Group**

At the direction of the Parties, the PMO has placed on hold the five Florida Trial Group cases listed in Table 3 and suspended any further work on them.

| TABLE 3 | Florida Trial Group | | | |
|---|---|---|---|---|
| Row | Plaintiff Last Name | Plaintiff First Name | Case Number | Discovery Group |
| 1. | Pereira | Victor | 6:07-cv-11858-Orl-22DAB | Altman |

4

| TABLE 3 | Florida Trial Group | | | |
|---|---|---|---|---|
| Row | Plaintiff Last Name | Plaintiff First Name | Case Number | Discovery Group |
| 2. | Bennett | Evenly | 6:07-cv-10195-Orl-22DAB | Altman |
| 3. | Blackmore | Winifred | 6:07-cv-10203-Orl-22DAB | Altman |
| 4. | Carley | Peter | 6:07-cv-10226-Orl-22DAB | Altman |
| 5. | Cuyler | Dorian | 6:07-cv-15703-Orl-22DAB | Altman |

C. **The Status of Records Collection and Depositions in the Active Cases.**

1. **Eleventh Circuit Trial Group Cases.**

The PMO successfully completed medical records collection and scheduling efforts for all active Group 1 and Group 2 cases by the applicable court deadlines, except for one deposition in the *D'Angelo* case, which is in Group 2. The deposition of Dr. Sparrow in that case is scheduled to occur on September 29, 2010, as the Court permitted.

2. **Florida Trial Group Cases.**

(a) **Altman Group.**

On July 28, 2010, the PMO received its first instructions to begin the medical records collection in the Altman Group Cases and is actively working to collect these records. The PMO has received direction from the Parties to obtain records from 128 physicians or facilities for Altman Group plaintiffs. Of the 128, 125 are for active cases. The PMO has successfully obtained records from 39 of these 128 physicians or facilities. The PMO is working to obtain records from 88 of these physicians or facilities. The PMO was not able to collect records from the remaining 33 physicians or facilities because the records have been destroyed or the office can find no records for the patient.

The PMO has received 57 deponent designations in 17 active cases. The PMO has enough information to schedule 43 of these depositions. The PMO is actively working to schedule these physicians.

5

**(b) Harris Group.**

The PMO is working to obtain records from 18 physicians or facilities for Harris Group plaintiffs. The Parties informed the PMO they will not begin scheduling Plaintiffs or designating deponents in the Harris Group until early November.

**D.     Standard PMO Reports.**

The PMO has designed and coded into the PMO's Seroquel database application a set of standard Reports to apprise the Court and the parties of critical information on the activities of the PMO and the progress of case-specific discovery. The PMO posts these Reports on the PMO website. An authorized user of the website can click on a Reports section of the Master Calendar home page and view the current version of each Report. Table 4 identifies and describes these standard Reports. A full set of the current Reports is attached to this Report as Exhibit 1.

| **TABLE 4** | | **Seroquel PMO Summary Reports** |
|---|---|---|
| **Physician Depositions Scheduling** | **SQ106** | **Seroquel PMO: Physician Depositions Scheduling Report for Florida Trial Pool**<br><br>(Reports on the number of Physicians designated for Florida Trial Pool cases, and the progress of the PMO in scheduling such depositions.) |
| **Medical Records** | **SQ200B** | **Seroquel PMO: Medical Records Status (By GroupType, Plaintiff)**<br><br>(Reports on the status of PMO's acquisition of Medical Records from Physicians identified in the Florida Trial Pool, alphabetically by Plaintiff Name and sorted by Trial Group.) |
| **Payments to Physicians** | **SQ300A** | **Seroquel PMO:  Special Master Escrow Account Summary**<br><br>(Reports a summary of deposits and payments made from the Special Master Escrow Account.) |

E. **<u>Special Master Escrow Account Information</u>.**

The Special Master Escrow Account Summary Report (SQ300A, attached in Exhibit 1) reflects that a total of $135,000 has been deposited into the Special Master Escrow account since January 1, 2010. From that amount, $74,681 has been paid to compensate physician deponents for deposition time; $37,467 has been paid to reimburse physicians for the cost of copying their Medical Records; $7,540 has been paid in shipping charges incurred by physicians in sending records to the PMO; and $60 has been paid for bank fees. The balance as of August 13, 2010, in the Special Master Escrow account is $15,282. The Special Master Escrow Account Physician Payment Details Report (SQ301A) is available on-line at https://www.browngreer.com/seroquel. This report provides details of each payment made to each physician, the reason for the payment, and the case to which the payment is related.

Respectfully submitted,

BROWNGREER PLC

By: **s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia 23219
Telephone: (804) 521-7201
Facsimile: (804) 521-7299
Email: obrown@browngreer.com

7

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

       **s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>**Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>**Attorney for Defendant, Marguerite Devon French** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>**Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>**Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP** |

2

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>*Attorney for Defendant Dr. Asif Habib* | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com |