# EXHIBIT "A"

|    | Last Name  | First Name | Case No.                | Status                                         |
|----|------------|------------|-------------------------|------------------------------------------------|
| 1  | Altman     | Stephanie  | 6:07-cv-10182-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 2  | Ash        | Jan        | 6:07-cv-10185-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 3  | Barber     | Karen      | 6:07-cv-10187-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 4  | Beaty      | Linda      | 6:07-cv-10194-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 5  | Bennett    | Evelyn     | 6:07-cv-10195-Orl-22DAB | Case Dismissed                                 |
| 6  | Binkowski  | Maureen    | 6:07-cv-10198-Orl-22DAB | Motion to Withdraw Filed                       |
| 7  | Blackmore  | Winfred    | 6:07-cv-10203-Orl-22DAB | Case Dismissed                                 |
| 8  | Brito      | Shelley    | 6:07-cv-10210-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 9  | Campbell   | James      | 6:07-cv-10223-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 10 | Cantelmo   | Linda      | 6:07-cv-10225-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 11 | Carley     | Peter      | 6:07-cv-10226-Orl-22DAB | Case Dismissed                                 |
| 12 | Chaplin    | Ann-Marie  | 6:07-cv-10229-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 13 | Christiansen | Denis    | 6:07-cv-10234-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 14 | Dalrymple  | Elizabeth  | 6:07-cv-10249-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 15 | Fashner    | Sharon     | 6:07-cv-10265-Orl-22DAB | Case to be Dismissed                           |
| 16 | Fish       | Venus      | 6:07-cv-10267-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 17 | Garletts   | Diane      | 6:07-cv-10274-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 18 | Gray       | Twyla      | 6:07-cv-10287-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 19 | Hall       | Betty      | 6:07-cv-10293-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 20 | Pereira    | Victor     | 6:07-cv-11858-Orl-22DAB | Case Dismissed                                 |
| 21 | Radford    | Cheryl     | 6:07-cv-11890-Orl-22DAB | Case Dismissed                                 |
| 22 | Rogers     | Virginia   | 6:07-cv-11925-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 23 | Scharet    | Tammy      | 6:07-cv-12217-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 24 | Slapion    | Andrea     | 6:07-cv-12224-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |
| 25 | Thomas     | Cherylyn   | 6:07-cv-12008-Orl-22DAB | Acknowledgement submitted to AZ on 9/16/10     |