**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No.  6:06-md-1769-Orl-22DAB

**This document relates to:**

**TIMOTHY COTE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2064-Orl-22DAB**

**DEANNA GREEK v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2077-Orl-22DAB**

**JOHN HARDY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2068-Orl-22DAB**

**DAVID JOHNSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-1733-Orl-22DAB**

**MICHAEL LOWER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2075-Orl-22DAB**

**HEATHER MCCARTER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2073-Orl-22DAB**

**DANIELLE PERCELL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2063-Orl-22DAB**

**DAVID SARGENT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-1319-Orl-22DAB**

**MAYRA SOLER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2066-Orl-22DAB**

**RICHARD STOUT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2072-Orl-22DAB**

**SANDRA SUTTLE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-371-Orl-22DAB**

**LILLIAN WALLS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-254-Orl-22DAB**

**DANIEL WHITING v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-2069-Orl-22DAB**

**TRENDA WRIGHT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-255-Orl-22DAB**

_____

## ORDER

Upon review of the above-captioned cases, it is **ORDERED** as follows:

1. Having failed to file a timely motion to reinstate their cases pursuant to this Court's Order of June 30, 2010 (Doc. 1669), the claims of all Plaintiffs in the above-captioned cases are hereby **DISMISSED WITH PREJUDICE**.

2. The Clerk is directed to file a copy of this Order in each of the above-captioned cases, and is additionally instructed to **CLOSE** these cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 23, 2010.

Copies furnished to:

Counsel of Record

*[signature]*
ANNE C. CONWAY
United States District Judge