# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                      **Case No. 6:06-md-1769-Orl-22DAB**

**This document relates to:**

**STEPHANIE ALTMAN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-10182-Orl-22DAB**

**JAN ASH v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-10185-Orl-22DAB**

**KAREN BARBER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-10187-Orl-22DAB**

**LINDA BEATY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-10194-Orl-22DAB**

**MAUREEN BINKOWSKI v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-10198-Orl-22DAB**

**SHELLEY BRITO v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-10210-Orl-22DAB**

**JAMES CAMPBELL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-10223-Orl-22DAB**

**LINDA CANTELMO v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-10225-Orl-22DAB**

**ANN-MARIE CHAPLIN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-10229-Orl-22DAB**

**DENIS CHRISTIANSEN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-10234-Orl-22DAB**

**ELIZABETH DALRYMPLE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-10249-Orl-22DAB**

**SHARON FASHNER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-10265-Orl-22DAB

**VENUS FISH v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-10267-Orl-22DAB

**DIANE GARLETTS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-10274-Orl-22DAB

**TWYLA GRAY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-10287-Orl-22DAB

**OTISHIA HALL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-10293-Orl-22DAB

**VIRGINIA ROGERS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-11925-Orl-22DAB

**TAMMY SCHARET v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-12217-Orl-22DAB

**ANDREA SLAPION v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-12224-Orl-22DAB

**CHERYLYN THOMAS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-12008-Orl-22DAB

_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion to Dismiss Cases of Plaintiffs Who Have Failed to Verify Updated Plaintiff Fact Sheets (Doc. 1686), filed September 7, 2010.[1] On September 20, 2010, all plaintiffs in the above-captioned cases jointly responded in opposition to the motion (Doc. 1693), and AstraZeneca subsequently withdrew the

---

[1] Five cases that were originally the subject of AstraZeneca's motion (6:07-cv-10195 (Bennett), 6:07-cv-10203 (Blackmore), 6:07-cv-10226 (Carley), 6:07-cv-11858 (Pereira), 6:07-cv-11890 (Radford)) have been omitted from the style because they were dismissed and closed prior to, or shortly after, the motion was filed.

motion as to all plaintiffs except Maureen Binkowski (6:07-cv-10198) and Sharon Fashner (6:07-cv-10265) (Doc. 1694). On the same day AstraZeneca partially withdrew its motion, Ms. Fashner stipulated to dismissal of her case with prejudice. *See* Doc. 12, *Fashner v. AstraZeneca Pharms., et al.*, No. 6:07-cv-10265-Orl-22DAB. Thus, the motion to dismiss is now moot as applied to her case. Furthermore, since the initial motion was filed, Ms. Binkowski's attorneys have moved to withdraw from her case. *See* Doc. 12, *Binkowski v. AstraZeneca Pharms., et al.*, No. 6:07-cv-10198-Orl-22DAB. That motion is not yet ripe for determination, and the Court declines to dismiss the case on discovery grounds until the issues associated with the motion to withdraw have been resolved.

Accordingly, the Court **ORDERS** as follows:

1. The Motion to Dismiss (Doc. 1686) is **DENIED** as to Plaintiffs in the above-captioned cases.

2. The Clerk is directed to file a copy of this Order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 24, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge