UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: SEROQUEL PRODUCTS
LIABILITY LITIGATION

This document relates to:

*All Cases Listed in Exhibit A*

No. 6:06-MDL-1769-ACC-DAB

## JOINT MOTION FOR TEMPORARY STAY OF PROCEEDINGS

The Court-appointed mediator, Professor Stephen Saltzburg, the Plaintiffs who are represented by the Bailey Perrin Bailey firm, whose cases are listed in Exhibit A ("Plaintiffs"), and Defendants AstraZeneca Pharmaceuticals LP, *et al.* (collectively, "AstraZeneca") request a temporary stay of proceedings so that the parties may pursue in good faith mediation and related settlement discussions, and in support of this Motion, would show the Court the following:

1. On August 30, 2010, this Court withdrew the Final Pretrial Order and Suggestion of Remand it had issued on May 13, 2010 (MDL Doc. 1640) for purposes of "maintaining the momentum of ongoing settlement negotiations" between AstraZeneca and Seroquel litigation plaintiffs, deciding that "at this time" it was "no longer prudent to remand the bulk of the MDL cases" in light of recent agreements in principle to settle cases. (MDL Doc. 1682 at 1.)

2. Although the parties continue to disagree regarding the propriety and timing of any eventual remand of MDL cases that are not presently subject to trial schedules, Professor Saltzburg and the parties agree that in respect of the Bailey Perrin Bailey firm's Florida trial-set cases, it is important that the parties be permitted earnestly to engage in good faith in any mediation and related settlement discussions, unbridled by ongoing medical records discovery, prescriber depositions, expert witness development and discovery, motion practice and hearings,

1

and particularly the mounting associated costs to all parties, which may only serve to drive apart the parties' respective negotiating positions.

3.     Professor Saltzburg and the parties, therefore, request a three month stay of proceedings in the *Altman*, *Harris*, *Montney*, *Balmer*, *Brown*, and *Williams* trial groups (cases listed in Exhibit A) through December 31, 2010.  They propose to achieve the stay in such a way as to minimize necessary changes to the schedule the Court previously put in place.

4.     Specifically, Professor Saltzburg and the parties propose the following:  the pre-trial deadlines and trial setting (in July, 2011) for the *Altman* Plaintiffs would be vacated, and the *Altman* Plaintiffs would be reassigned to the pretrial schedule and trial docket for the next group – currently assigned to the *Harris* group – with a trial setting in October 2011; the *Harris* Plaintiffs in turn would be reassigned to the pretrial schedule and trial docket now occupied by the *Montney* group, with a trial setting in January 2012, and so on.  In this way, each group of cases would be shifted back one slot to adopt the pretrial and trial schedule currently assigned to the next subsequent group.  Proceeding in this fashion would effectively achieve a three month stay of proceedings without changing the schedule the court has put in place except for reassigning the cases that populate each group and cancelling the dates for the first group.  Only the final group, the *Williams* trial group (currently assigned for trial in October 2012) would require the issuance of a new pretrial schedule since, under this proposal, the *Brown* group would be reassigned that slot.

5.     Professor Saltzburg and the parties also wish to inform the Court that today, Judge Joseph R. Slights, III, presiding over the Seroquel litigation pending in the Superior Court of Delaware, ordered a three month stay of all proceedings and litigation-related activity, consistent with the request the parties had made to that court supported by Professor Saltzburg.

6. The proposed three month stay in this Court, where the vast majority of cases filed by the Bailey Perrin Bailey firm are pending, is not sought for delay, but so that the parties and the mediator may fully engage in court-ordered mediation and related settlement discussions contemplated by the Court when it withdrew the suggestion of remand, while minimizing additional costs and expenses of the litigation during that time. (MDL Doc. 1682 at 1.) If the stay is granted, the parties intend to use the time diligently to attempt to resolve the affected cases, acknowledging that if the negotiations are unsuccessful, pretrial work-up of the Florida trial group cases will begin again and Plaintiffs intend to again seek remand of the MDL cases.

DATED: October 1, 2010              Respectfully submitted,

| | |
|---|---|
| By: /s/ K. Camp Bailey<br>K. Camp Bailey<br>Robert W. Cowan<br>BAILEY PERRIN BAILEY<br>440 Louisiana Street, Suite 2100<br>Houston, Texas 77002<br>Telephone – 713.425.7100<br>Facsimile – 713.425.7101<br>Email – cbailey@bpblaw.com<br>        rcowan@bpblaw.com<br><br>PLAINTIFFS' COUNSEL | By: /s/ Chris S. Coutroulis<br>Chris S. Coutroulis<br>Robert L. Ciotti<br>CARLTON FIELDS, P.A.<br>Corporate Center Three at<br>  International Plaza<br>4221 W. Boy Scout Blvd.<br>Tampa, FL 22607<br>Telephone – 813.223.7000<br>Facsimile – 813.229.4133<br>Email – ccoutroulis@carltonfields.com<br>          rciotti@carltonfields.com<br><br>DEFENDANTS' COUNSEL |

By: /s/ Stephen A. Saltzburg
   Prof. Stephen Allen Saltzburg
   George Washington University Law School
   2000 H. Street, N.W.
   Washington, D.C. 20052
   Email: ssaltz@law.gwu.edu

   COURT-APPOINTED MEDIATOR

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 1st day of October, 2010, I electronically filed the foregoing: JOINT MOTION FOR TEMPORARY STAY OF PROCEEDINGS with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                                    /s/  Robert W. Cowan
                                    Robert W. Cowan