**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

This document relates to:                                       Case No.   6:06-md-1769-Orl-22DAB

**CHURCH V. ASTRAZENECA LP, ET AL.,**
Case No. 6:07-cv-01698-Orl-22DAB

**MCCORMICK V. ASTRAZENECA LP, ET AL.,**
Case No. 6:08-cv-00352-Orl-22DAB

**HARPER-HOWELL V. ASTRAZENECA LP, ET AL.**
Case No. 6:08-cv-00622-Orl-22DAB

_____

**ORDER**

This cause comes before the Court on Joint Motion and Supporting Memorandum to Vacate Scheduling Order and Remove Cases from the January Eleventh Circuit Trial Group I Docket (Doc. No. 1702, *In re Seroquel Products Liability Litigation*, 6:06-md-1769-ACC-DAB), filed by Plaintiffs in each of the three above-captioned cases, AstraZeneca Pharmaceuticals LP, et al., and the Court-appointed Mediator, Professor Stephen Saltzburg, on November 17, 2010. In their motion, Professor Saltzburg and counsel for Plaintiffs and AstraZeneca represent to the Court that each of the above-captioned cases has been settled, and counsel either have completed or are in the process of completing written settlement documents and obtaining releases that will result in dismissals with prejudice.

Based on the above-mentioned representations, it is **ORDERED** as follows:

-1-

1.      The Joint Motion (Doc. No. 1702) is GRANTED.  The above-captioned cases shall be removed from the January Eleventh Circuit Trial Group I docket and all pre-trial deadlines in connection therewith shall be stayed until further Court order.

2.      As to Case No. 6:08-cv-00622-Orl-22DAB, AstraZeneca's Motion for Miscellaneous Relief, Specifically to Exclude the Specific-Causation Testimony of Dr. Kenneth J. Snow (Doc. No. 13) and Motion for Summary Judgment (Doc. No. 15) are DENIED AS MOOT, with leave to re-file if necessary.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 17, 2010.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party