**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

This document relates to:  Case No.  6:06-md-1769-Orl-22DAB

**D'ANGELO V. ASTRAZENECA LP, ET AL.,**
Case No. 6:08-cv-00626-Orl-22DAB

**ORR V. ASTRAZENECA LP, ET AL.,**
Case No. 6:09-cv-00834-Orl-22DAB

_____

## ORDER

This cause comes before the Court on Joint Motion and Supporting Memorandum to Vacate Scheduling Order and Remove Cases from the June 2011 Eleventh Circuit Trial Group II Docket (Doc. No. 1706, *In re Seroquel Products Liability Litigation*, 6:06-md-1769-ACC-DAB), filed by Plaintiffs in each of the two above-captioned cases, AstraZeneca Pharmaceuticals LP, et al., and the Court-appointed Mediator, Professor Stephen Saltzburg, on February 8, 2011.  In their motion, Professor Saltzburg and counsel for Plaintiffs and AstraZeneca represent to the Court that each of the above-captioned cases has been settled, and counsel either have completed or are in the process of completing written settlement documents and obtaining releases that will result in dismissals with prejudice.

Based on the above-mentioned representations, it is **ORDERED** as follows:

1.  The Joint Motion (Doc. No. 1706), filed on February 8, 2011, is **GRANTED**.

-1-

    2.    The above-captioned cases shall be removed from the June 2011 Eleventh Circuit Trial Group II docket and all pre-trial deadlines in connection therewith shall be stayed until further Court order.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 11, 2011.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party