UNITED STATES DISTRICTCOURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products            MDL DOCKET NO:
Liability Litigation                Case No. 6:06-md-1769-Orl-22DAB

_____/

**MEDIATOR'S REPORT IN RESPONSE TO
COURT'S MARCH 30, 2011 ORDER**

On March 30, 2011, the Court entered the following Order: On or before April 8, 2011 the Court appointed Mediator, Professor Stephen Saltzburg, shall notify the Court of any known delays in reaching the final settlement agreements between the plaintiffs and the defendants in this litigation.

The Mediator has been in almost daily communications with either plaintiffs' counsel or defense counsel in an effort to assure that settlement agreements are reduced to writing and finalized. Given the complexity of the issues and the number of cases involved in the settlements, the process of moving from agreements in principle to final, signed agreements has understandably been complicated. I am pleased to report, however, that virtually every agreement save one has been completed.

One case has taken longer than I had anticipated, but the parties each have assured me that they have been working diligently to resolve a few remaining issues. My hope and belief is that it will be resolved by the end of next week with a signed agreement. Should I be proven wrong, I shall file an additional report and consider asking the parties to meet with me for however long it takes to move to completion.

Date: April 7, 2011                /s/ Stephen A. Saltzburg
                                              Mediator

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the Service List. I further certify that I e-mailed the foregoing document to Plaintiffs' Liaison Counsel and to AstraZenica counsel.

/s/ Stephen A. Saltzburg