*Confidential Information*

| SQ106 | Seroquel PMO:<br>Physician Depositions Scheduling Report<br>for Florida Trial Group 2010<br>(As of 7/14/11) | | |
|---|---|---|---|
| | **Status** | **Status Detail** | |
| 1. | Scheduled/<br>Concluded | Scheduled by Parties | 0 |
| 2. | | Scheduled/Rescheduled | 0 |
| 3. | | Completed | 0 |
| 4. | | **Scheduled/Concluded Total** | **0** |
| 5. | Scheduled/<br>Pending | Scheduled/Rescheduled | 0 |
| 6. | | **Scheduled/Pending Total** | **0** |
| 7. | Currently Unable<br>to Schedule | Hold Scheduling Efforts for Directions from Parties | 0 |
| 8. | | Unable to Locate Physician | 0 |
| 9. | | Physician Deceased | 0 |
| 10. | | **Currently Unable to Schedule Total** | **0** |
| 11. | Not Yet<br>Scheduled | 48-Hour Packet Sent | 0 |
| 12. | | Contact Made/Awaiting Date from Physician | 19 |
| 13. | | Fees/Other Questions Delaying Scheduling | 0 |
| 14. | | Designation Received by PMO | 12 |
| 15. | | Messages Left for Return Call | 11 |
| 16. | | **Not Yet Scheduled Total** | **42** |
| 17. | | **Grand Total** | **42** |

| SQ200B | Seroquel PMO: Medical Records Status (By Plaintiff) (As of 7/14/11) | | | | | |
|---|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** | **Group Type** |
| 1. | Altman, Stephanie M. | Conty-Tores, Alex | Physician | | Received at PMO 9/10/10 | Florida – Altman |
| 2. | Altman, Stephanie M. | Latham, Bruce | Prescribing | | Received at PMO 9/10/10 | Florida – Altman |
| 3. | Altman, Stephanie M. | Renner, Leonard M. | Prescribing | | Received at PMO 9/2/10 | Florida – Altman |
| 4. | Altman, Stephanie M. | Worsley, Wendy | Prescribing | | Received at PMO 9/10/10 | Florida – Altman |
| 5. | Ash, Jan L. | Bosa, Edwin O. | Prescribing | | Received at PMO 8/27/10 | Florida – Altman |
| 6. | Ash, Jan L. | Holding, Kimberly | Treating | | Received at PMO 8/27/10 | Florida – Altman |
| 7. | Ash, Jan L. | Uppu, Vijaya L | Physician | | Records Requested 9/20/10 | Florida – Altman |
| 8. | Barber, Karen | Keesal, Richard | Prescribing | | Records Requested 9/13/10 | Florida – Altman |
| 9. | Beaty, Linda L. | Access Health, Solutions | Physician | | Records Requested 9/10/10 | Florida – Altman |
| 10. | Beaty, Linda L. | Aschheim, Lydie | Prescribing | | Received at PMO 9/16/10 | Florida – Altman |
| 11. | Beaty, Linda L. | Clark, Christopher S. | Prescribing | | Received at PMO 9/16/10 | Florida – Altman |
| 12. | Beaty, Linda L. | Cole, James D. | Prescribing | | Records Requested 7/30/10 | Florida – Altman |
| 13. | Beaty, Linda L. | Florida, Hospital Deland | Physician | | Received at PMO 9/23/10 | Florida – Altman |
| 14. | Beaty, Linda L. | Glisker, Richard E. | Physician | | Received at PMO 9/14/10 | Florida – Altman |
| 15. | Beaty, Linda L. | Gottfried, Jeffrey | Prescribing and Treating | | Received at PMO 9/11/10 | Florida – Altman |
| 16. | Beaty, Linda L. | Ips Value, Health Consultants Inc. | Physician | | Received at PMO 9/24/10 | Florida – Altman |
| 17. | Beaty, Linda L. | Kirmani, Yasmeen | Prescribing | | Due at PMO 9/16/10 | Florida – Altman |
| 18. | Beaty, Linda L. | Losardo, Richard | Physician | | Due at PMO 9/30/10 | Florida – Altman |
| 19. | Beaty, Linda L. | Maranon, Dominador | Physician | | Records Requested 9/10/10 | Florida – Altman |
| 20. | Beaty, Linda L. | Munne Quintana, Rafael A. | Prescribing | | Records Requested 8/17/10 | Florida – Altman |
| 21. | Beaty, Linda L. | Shaikh, Liaquddin | Treating | | Due at PMO 9/30/10 | Florida – Altman |
| 22. | Beaty, Linda L. | St. Lucie, Emergency Group LLC | Physician | | Received at PMO 10/9/10 | Florida – Altman |
| 23. | Beaty, Linda L. | Thompson, Dennis | Prescribing | | Received at PMO 9/29/10 | Florida – Altman |
| 24. | Beaty, Linda L. | Torres, Maria | Physician | | Records Requested 9/10/10 | Florida – Altman |

| SQ200B | Seroquel PMO: Medical Records Status (By Plaintiff) (As of 7/14/11) | | | | |
|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** | **Group Type** |
| 25. | Beaty, Linda L. | Zimmer, Suzan E. | Physician | | Due at PMO 9/30/10 | Florida – Altman |
| 26. | Binkowski, Maureen | Agostinelli, John | Physician | | Records Requested 8/23/10 | Florida – Altman |
| 27. | Binkowski, Maureen | Araiza, Joseph | Physician | | Received at PMO 9/15/10 | Florida – Altman |
| 28. | Brito, Shelley | Blair-Britt, Loray | Physician | | Records Requested 9/21/10 | Florida – Altman |
| 29. | Brito, Shelley | Hunt, Owen R. | Treating | | Records Requested 9/10/10 | Florida – Altman |
| 30. | Brito, Shelley | Matejka, Theodore | Prescribing | | Records Requested 9/22/10 | Florida – Altman |
| 31. | Brito, Shelley | McCathrine, Cassandra | Prescribing | | Records Requested 9/7/10 | Florida – Altman |
| 32. | Brito, Shelley | Medical Specialist, of Palm Coast | Physician | | Received at PMO 8/6/10 | Florida – Altman |
| 33. | Brito, Shelley | Orthopaedic Center, of Volusia | Physician | | Received at PMO 9/9/10 | Florida – Altman |
| 34. | Brito, Shelley | Rabkin, Mariana Z. | Treating | | Received at PMO 11/9/10 | Florida – Altman |
| 35. | Campbell, James P. | Syed, Muhammad | Prescribing | | Due at PMO 9/29/10 | Florida – Altman |
| 36. | Cantelmo, Linda L. | Linzer, Howard | Physician | | Records Requested 8/18/10 | Florida – Altman |
| 37. | Cantelmo, Linda L. | Martin, Laurence J. | Physician | | Records Requested 8/18/10 | Florida – Altman |
| 38. | Cantelmo, Linda L. | Mass, Health | Physician | | Records Requested 8/18/10 | Florida – Altman |
| 39. | Cantelmo, Linda L. | Parsons, Nicole Linsey | Physician | | Received at PMO 8/26/10 | Florida – Altman |
| 40. | Chaplin, Ann-Marie | Aziz, Abdul | Physician | | Records Requested 9/20/10 | Florida – Altman |
| 41. | Chaplin, Ann-Marie | Canaan, Antonio | Prescribing | | Records Requested 9/7/10 | Florida – Altman |
| 42. | Chaplin, Ann-Marie | Casterline, B. Sue | Prescribing | | Received at PMO 9/8/10 | Florida – Altman |
| 43. | Chaplin, Ann-Marie | Center for, Drug Free Living | Physician | | Records Requested 8/18/10 | Florida – Altman |
| 44. | Chaplin, Ann-Marie | Chaudhary, Sajid R. | Physician | | Records Requested 9/20/10 | Florida – Altman |
| 45. | Chaplin, Ann-Marie | Coastal Pulmonary, and Critical | Physician | | Records Requested 9/22/10 | Florida – Altman |
| 46. | Chaplin, Ann-Marie | Conlan, Walter | Physician | | Records Requested 9/20/10 | Florida – Altman |
| 47. | Chaplin, Ann-Marie | Edward White, Hospital | Physician | | Records Requested 9/21/10 | Florida – Altman |
| 48. | Chaplin, Ann-Marie | Florida Hospital, Orlando | Physician | | Records Requested 9/20/10 | Florida – Altman |
| 49. | Chaplin, Ann-Marie | Gordon, Scott S. | Physician | | Received at PMO 11/4/10 | Florida – Altman |

| SQ200B | Seroquel PMO: Medical Records Status (By Plaintiff) (As of 7/14/11) | | | | |
|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** | **Group Type** |
| 50. | Chaplin, Ann-Marie | Harper, Linda S | Physician | | Records Requested 9/21/10 | Florida – Altman |
| 51. | Chaplin, Ann-Marie | Janolo, Esteban L | Physician | | Records Requested 9/22/10 | Florida – Altman |
| 52. | Chaplin, Ann-Marie | Khan, Agha B. | Physician | | Received at PMO 9/24/10 | Florida – Altman |
| 53. | Chaplin, Ann-Marie | Luciano, Jose F | Physician | | Records Requested 9/22/10 | Florida – Altman |
| 54. | Chaplin, Ann-Marie | Noda, Francisco | Physician | | Records Requested 9/20/10 | Florida – Altman |
| 55. | Chaplin, Ann-Marie | Northside Hospital & Tampa, Bay Heart Institute | Physician | | Received at PMO 10/2/10 | Florida – Altman |
| 56. | Chaplin, Ann-Marie | O'Brien, Thomas | Physician | | Received at PMO 9/23/10 | Florida – Altman |
| 57. | Chaplin, Ann-Marie | Park Place Behavioral, Health Care | Physician | | Received at PMO 9/8/10 | Florida – Altman |
| 58. | Chaplin, Ann-Marie | Poulos, Peter | Physician | | Records Requested 9/15/10 | Florida – Altman |
| 59. | Chaplin, Ann-Marie | Short, Jeannie | Prescribing | | Due at PMO 10/8/10 | Florida – Altman |
| 60. | Chaplin, Ann-Marie | Singh, Shanti N. | Physician | | Records Requested 9/20/10 | Florida – Altman |
| 61. | Chaplin, Ann-Marie | St. Petersburg, General Hospital | Physician | | Records Requested 9/20/10 | Florida – Altman |
| 62. | Chaplin, Ann-Marie | Stewart-Marchman-Act, Behavioral Healthcare | Physician | | Records Requested 8/30/10 | Florida – Altman |
| 63. | Chaplin, Ann-Marie | Tabor, Debra | Prescribing | | Received at PMO 9/8/10 | Florida – Altman |
| 64. | Chaplin, Ann-Marie | Urdaneta-Jaimes, Jose A. | Physician | | Received at PMO 9/23/10 | Florida – Altman |
| 65. | Chaplin, Ann-Marie | Weinberger, Joel M. | Treating | | Received at PMO 9/23/10 | Florida – Altman |
| 66. | Chaplin, Ann-Marie | Windmoor, Healthcare | Physician | | Records Requested 9/20/10 | Florida – Altman |
| 67. | Christiansen, Denis A. | Jacome, Alfredo | Physician | | Received at PMO 8/16/10 | Florida – Altman |
| 68. | Christiansen, Denis A. | King, Edward | Physician | | Received at PMO 8/6/10 | Florida – Altman |
| 69. | Christiansen, Denis A. | Lemire, James | Physician | | Received at PMO 8/18/10 | Florida – Altman |
| 70. | Christiansen, Denis A. | Mitchell, Lillian | Treating | | Due at PMO 9/27/10 | Florida – Altman |
| 71. | Christiansen, Denis A. | Penas-Ouano, Josefina | Prescribing | | Records Requested 9/17/10 | Florida – Altman |
| 72. | Christiansen, Denis A. | Singh, Arun K. | Treating | | Received at PMO 11/18/10 | Florida – Altman |
| 73. | Fish, Venus C. | Browarsky, Irwin | Physician | | Records Requested 9/16/10 | Florida – Altman |

| SQ200B | Seroquel PMO: Medical Records Status (By Plaintiff) (As of 7/14/11) | | | | | |
|---|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** | **Group Type** |
| 74. | Fish, Venus C. | DeRuijter, Adrianus | Prescribing | | Received at PMO 9/9/10 | Florida – Altman |
| 75. | Fish, Venus C. | Fanous, Balsam S | Prescribing | | Records Requested 9/23/10 | Florida – Altman |
| 76. | Fish, Venus C. | Lozado, Nancy | Treating | | Records Requested 9/9/10 | Florida – Altman |
| 77. | Fish, Venus C. | Mubang, John | Physician | | Records Requested 9/22/10 | Florida – Altman |
| 78. | Fish, Venus C. | Poklepovic, Jerry | Physician | | Received at PMO 9/14/10 | Florida – Altman |
| 79. | Fish, Venus C. | Six, Richard R. | Physician | | Received at PMO 9/14/10 | Florida – Altman |
| 80. | Fish, Venus C. | Stay Well, Health Plan | Physician | | Records Requested 9/24/10 | Florida – Altman |
| 81. | Fish, Venus C. | Sulfur Springs, Health Center | Physician | | Records Requested 9/16/10 | Florida – Altman |
| 82. | Fish, Venus C. | Urrutia, Enrique | Physician | | Received at PMO 9/14/10 | Florida – Altman |
| 83. | Garletts, Diane | Rao, Ravishanker V. | Physician | | Received at PMO 10/7/10 | Florida – Altman |
| 84. | Gray, Twyla R. | Adel, Abdalla | Physician | | Records Requested 8/20/10 | Florida – Altman |
| 85. | Gray, Twyla R. | Highlands County, Emergency Medicine | Physician | | Records Requested 8/24/10 | Florida – Altman |
| 86. | Gray, Twyla R. | Hunter, Timothy J. | Physician | | Received at PMO 8/28/10 | Florida – Altman |
| 87. | Gray, Twyla R. | Iowa City, VA Medical Center | Physician | | Received at PMO 9/20/10 | Florida – Altman |
| 88. | Gray, Twyla R. | Mercy, Iowa Hospital | Physician | | Received at PMO 9/29/10 | Florida – Altman |
| 89. | Gray, Twyla R. | Orange County, Health Department | Physician | | Records Requested 8/24/10 | Florida – Altman |
| 90. | Gray, Twyla R. | Thakkar, Vinod C. | Treating | | Received at PMO 10/7/10 | Florida – Altman |
| 91. | Gray, Twyla R. | Vanterpool, Clyde C. | Treating | | Received at PMO 9/27/10 | Florida – Altman |
| 92. | Gray, Twyla R. | Winter Haven, Hospital | Physician | | Records Requested 8/26/10 | Florida – Altman |
| 93. | Hall obo Betty Hall, Otisha | Carrington, Selwyn | Physician | | Received at PMO 9/22/10 | Florida – Altman |
| 94. | Hall obo Betty Hall, Otisha | Panariello, Anthony | Treating | | Received at PMO 9/22/10 | Florida – Altman |
| 95. | Hall obo Betty Hall, Otisha | Porter, James W. | Physician | | Records Requested 9/8/10 | Florida – Altman |
| 96. | Hall obo Betty Hall, Otisha | Riva, Digna | Physician | | Records Requested 8/31/10 | Florida – Altman |

| SQ200B | Seroquel PMO: Medical Records Status (By Plaintiff) (As of 7/14/11) | | | | |
|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** | **Group Type** |
| 97. | Hall obo Betty Hall, Otisha | Shebert, Robert | Prescribing | | Due at PMO 9/28/10 | Florida – Altman |
| 98. | Hall obo Betty Hall, Otisha | Tauler, Antonio | Prescribing | | Due at PMO 9/24/10 | Florida – Altman |
| 99. | Rogers, Virginia M. | DiMarcangelo, Michael | Physician | | Records Requested 9/1/10 | Florida – Altman |
| 100. | Rogers, Virginia M. | Francis, David | Physician | | Due at PMO 9/17/10 | Florida – Altman |
| 101. | Rogers, Virginia M. | Hampton Behavioral, Health Center | Physician | | Records Requested 9/10/10 | Florida – Altman |
| 102. | Rogers, Virginia M. | Howard, Jason H. | Treating | | Records Requested 9/24/10 | Florida – Altman |
| 103. | Rogers, Virginia M. | Joslin, Diabetes Center | Physician | | Records Requested 9/20/10 | Florida – Altman |
| 104. | Rogers, Virginia M. | Knaus, Ronald | Prescribing | | Records Requested 9/8/10 | Florida – Altman |
| 105. | Rogers, Virginia M. | Kovach, Todd | Physician | | Received at PMO 8/31/10 | Florida – Altman |
| 106. | Rogers, Virginia M. | Moorestown, Behavioral Medicine | Physician | | Received at PMO 9/9/10 | Florida – Altman |
| 107. | Rogers, Virginia M. | Reynolds, Michael | Physician | | Received at PMO 9/14/10 | Florida – Altman |
| 108. | Rogers, Virginia M. | Switenko, Zenon M. | Physician | | Records Requested 9/1/10 | Florida – Altman |
| 109. | Rogers, Virginia M. | Whims-Squires, Lisa A. | Physician | | Received at PMO 9/17/10 | Florida – Altman |
| 110. | Slapion, Andrea | Sabin, John B. | Treating | | Due at PMO 9/30/10 | Florida – Altman |
| 111. | St. Clair obo Elizabeth Dalrymple, Theresa | Danzig, Michael | Treating | | Received at PMO 8/13/10 | Florida – Altman |
| 112. | St. Clair obo Elizabeth Dalrymple, Theresa | Winters, William C. | Prescribing | | Records Requested 8/18/10 | Florida – Altman |
| 113. | Thomas, Cherylyn E. | Adventist Health, System/Sunbelt, Inc. | Physician | | Records Requested 9/16/10 | Florida – Altman |
| 114. | Thomas, Cherylyn E. | Chekiri, Georgette | Treating | | Records Requested 9/22/10 | Florida – Altman |
| 115. | Thomas, Cherylyn E. | Chen, Kuo | Treating | | Records Requested 9/16/10 | Florida – Altman |
| 116. | Thomas, Cherylyn E. | Estrada, Elizabeth | Prescribing | | Records Requested 9/22/10 | Florida – Altman |
| 117. | Thomas, Cherylyn E. | Florida Clinical, Research Center | Physician | | Records Requested 9/24/10 | Florida – Altman |
| 118. | Thomas, Cherylyn E. | Florida Hospital Center, for Behavioral Health | Physician | | Records Requested 9/22/10 | Florida – Altman |
| 119. | Thomas, Cherylyn E. | Florida Hospital, Orlando | Physician | | Records Requested 9/22/10 | Florida – Altman |

| SQ200B | Seroquel PMO: Medical Records Status (By Plaintiff) (As of 7/14/11) | | | | | |
|---|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** | **Group Type** |
| 120. | Thomas, Cherylyn E. | Harrell, Michael | Physician | | Received at PMO 9/20/10 | Florida – Altman |
| 121. | Thomas, Cherylyn E. | Kessler, Susan | Prescribing | | Records Requested 9/23/10 | Florida – Altman |
| 122. | Thomas, Cherylyn E. | Meloukheia, Aysha | Prescribing | | Records Requested 9/28/10 | Florida – Altman |
| 123. | Thomas, Cherylyn E. | Orange County, Health Department | Physician | | Received at PMO 11/30/10 | Florida – Altman |
| 124. | Thomas, Cherylyn E. | Pine Hills, Family Health Center | Physician | | Records Requested 9/16/10 | Florida – Altman |
| 125. | Thomas, Cherylyn E. | Ruiz, Carlos | Physician | | Records Requested 9/22/10 | Florida – Altman |
| 126. | Thomas, Cherylyn E. | Silverstein, Eugene | Physician | | Records Requested 9/16/10 | Florida – Altman |
| 127. | Thomas, Cherylyn E. | South Seminole, Hospital | Physician | | Records Requested 9/22/10 | Florida – Altman |
| 128. | Thomas, Cherylyn E. | Strong, Memorial Hospital | Physician | | Records Requested 9/13/10 | Florida – Altman |
| 129. | Leimonitis, Anthony | Cannon, Fay | Physician | | Records Requested 8/18/10 | Florida – Harris |
| 130. | Leimonitis, Anthony | Iglesias, Nieves | Physician | | Received at PMO 9/7/10 | Florida – Harris |
| 131. | Leimonitis, Anthony | Thieman, Thomas | Physician | | Records Requested 8/18/10 | Florida – Harris |
| 132. | Lester, Charles | Biloxi, VA Medical Center | Physician | | Received at PMO 8/16/10 | Florida – Harris |
| 133. | Lester, Charles | Fort Lauderdale, Hospital | Physician | | Received at PMO 9/3/10 | Florida – Harris |
| 134. | Lester, Charles | Panama City, VA Outpatient Clinic | Physician | | Received at PMO 8/16/10 | Florida – Harris |
| 135. | Lester, Charles | VA Medical Center, New Orleans | Physician | | Received at PMO 9/16/10 | Florida – Harris |
| 136. | Lester, Charles | VA Pensacola, Clinic | Physician | | Received at PMO 8/16/10 | Florida – Harris |
| 137. | Maness, Esther A. | Dow, Thomas W | Physician | | Records Requested 8/19/10 | Florida – Harris |
| 138. | Montague, Lois R. | Boyer, Michael | Physician | | Received at PMO 9/13/10 | Florida – Harris |
| 139. | Montague, Lois R. | Brar, Paul S. | Prescribing and Treating | | Received at PMO 9/10/10 | Florida – Harris |
| 140. | Montague, Lois R. | Daryanani, Laxmichand K. | Prescribing and Treating | | Received at PMO 9/10/10 | Florida – Harris |
| 141. | Ryerson-Jaudon, Karyn L. | Edward White, Hospital | Physician | | Records Requested 8/13/10 | Florida – Harris |

| SQ200B | Seroquel PMO: Medical Records Status (By Plaintiff) (As of 7/14/11) | | | | | |
|---|---|---|---|---|---|---|
| | **Plaintiff Name** | **Physician Name** | **Treater/ Prescriber** | **Deposition Date** | **Records Status** | **Group Type** |
| 142. | Ryerson-Jaudon, Karyn L. | HCA, Healthone | Physician | | Records Requested 8/20/10 | Florida – Harris |
| 143. | Ryerson-Jaudon, Karyn L. | Highland Regional, Medical Center | Physician | | Due at PMO 9/15/10 | Florida – Harris |
| 144. | Ryerson-Jaudon, Karyn L. | Littleton Adventist, Hospital | Physician | | Received at PMO 8/28/10 | Florida – Harris |
| 145. | Ryerson-Jaudon, Karyn L. | Oakhurst, Medical Clinic | Physician | | Received at PMO 8/25/10 | Florida – Harris |
| 146. | Ryerson-Jaudon, Karyn L. | St. Petersburg, General Hospital | Physician | | Received at PMO 8/18/10 | Florida – Harris |
| 147. | Cuyler, Dorian | Reddy, Ashok G. | Physician | | Received at PMO 9/30/10 | Florida – Miquelli |

*Confidential Information*

| SQ300A | Seroquel PMO:<br>Special Master Escrow Account Summary<br>(As of 7/14/11) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | **Beginning Balance** | $29.67 |
| 2. | **Deposits** | $150,000.00 |
| 3. | **Physician Fee Payments** | ($74,818.50) |
| 4. | **Physician Costs for Medical Records** | ($48,206.61) |
| 5. | **Federal Express Expenses** | ($8,419.98) |
| 6. | **Bank Fees** | ($60.06) |
| 7. | **Ending Balance   (7/14/11)** | **$18,524.52** |