## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**IN RE:  Seroquel Products Liability Litigation**

**MDL DOCKET NO. 1769**

**This Document Relates to All Cases**

_____

### UNOPPOSED JOINT MOTION OF PROJECT MANAGEMENT OFFICE AND SPECIAL MASTER FOR CASE SPECIFIC DISCOVERY REQUESTING DISCHARGE FROM THEIR POSITIONS AND RESPONSIBILITIES IN THIS MDL, AND SUPPORTING MEMORANDUM

The Court-appointed Project Management Office ("PMO") (Dkt. 348) and designated Special Master for Case Specific Discovery (the "Special Master") (Dkt. 375) hereby jointly move the Court to enter an Order discharging them from their positions and responsibilities in this MDL.  As set forth in the Supporting Memorandum below, the status of settlement efforts in these MDL cases has eliminated the need for continuation of the PMO and Special Master, and the costs attendant thereto.[1]  Both AstraZeneca and the Court's appointed lead counsel for Plaintiffs – Paul Pennock of Weitz and Luxenberg, P.C. and Camp Bailey of Bailey Perrin Bailey (Dkt. 122) – have indicated that they do not oppose the instant motion.

### Supporting Memorandum

1.      On August 3, 2007, the Court entered an Order appointing the firm BrownGreer PLC as the Project Management Office ("PMO") to coordinate case specific discovery in this MDL.  (Dkt. 348)  Pursuant to that order, the PMO designated Orran Brown as Special Master

---

[1] Alternatively, the Special Master requests that he be relieved of any duty to file monthly reports as are presently being submitted per the Court's August 22, 2007 request.

for case specific discovery (Dkt. 375), and, at a hearing on August 22, 2007, the Court directed the Special Master to submit monthly reports summarizing his and the PMO's activities.

2.      Over the ensuing months, the Special Master has submitted 48 reports, the most recent being on August 12, 2011.  (Dkt. 1719)

3.      However, as the PMO and Special Master understand it, through the efforts of the Court-appointed mediator, all but a small handful of cases in this MDL are the subject of executed settlement agreements, and efforts are underway to resolve the rest.  The PMO and Special Master understand that motions to dismiss the settled cases with prejudice are expected to be filed in the next few weeks.

4.      As a result, for the last several months, the PMO and Special Master have conducted virtually no activities relating to case specific discovery and the monthly reports filed by the Special Master have reflected that inactivity.  Given the status of the cases, that pattern is not expected to increase.

5.      Therefore, the PMO and Special Master for case specific discovery respectfully request that the Court enter an order discharging them from their positions and responsibilities in this MDL.  Alternatively, they request that the Special Master be relieved of his duty to submit monthly reports summarizing his and the PMO's activities.

6.      **Certificate of Conference**:  Pursuant to Local Rule 3.01(g), the PMO and Special Master have conferred with counsel for AstraZeneca and are advised that both AstraZeneca and

lead counsel for plaintiffs (Paul Pennock and Camp Bailey) have themselves conferred and none of them oppose the granting of this motion.

Dated:  September 13, 2011                    Respectfully submitted,

                                                                       BROWNGREER PLC

                                            By:         **s/ Orran L. Brown**
                                                                       Orran L. Brown
                                                                       Virginia State Bar No. 25832
                                                                       BrownGreer PLC
                                                                       115 South 15th Street, Suite 400
                                                                       Richmond, Virginia  23219
                                                                       Telephone:  (804) 521-7201
                                                                       Facsimile:  (804) 521-7299
                                                                       Email:  obrown@browngreer.com

<u>**CERTIFICATE OF SERVICE**</u>

        I hereby certify that, on September 13, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served.  I further certify that, by using the CM/ECF, the foregoing has been served on plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants.

                                                                       **s/ Orran L. Brown**
                                                                       Orran L. Brown
                                                                       Virginia State Bar No. 25832
                                                                       BrownGreer PLC
                                                                       115 South 15th Street, Suite 400
                                                                       Richmond, Virginia  23219
                                                                       Telephone:  (804) 521-7201
                                                                       Facsimile:  (804) 521-7299
                                                                       Email:  obrown@browngreer.com

3