**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No.   6:06-md-1769-Orl-22DAB

This Document Relates to All Cases

_____

**ORDER**

This cause comes before the Court on Unopposed Joint Motion of Project Management Office ("PMO") and Special Master for Case Specific Discovery Requesting Discharge From Their Positions and Responsibilities in This MDL (Doc. No. 1720), filed on September 13, 2011.   Through the efforts of the Court-appointed mediator, the PMO and Special Master submit, all but a handful of cases in this MDL are subject to the settlement agreements.   (*Id.* at 2.)   As such, for the last several months they have conducted virtually no activities relating to case specific discovery, and the monthly reports filed by the Special Master reflect that inactivity.   (*Id.*)   The PMO and Special Master for case specific discovery request that the Court discharge them from their positions and responsibilities in this MDL, or, in the alternative, relieve the Special Master of his duty to submit monthly reports.   (*Id.*)

Based on the above-mentioned representations, it is **ORDERED** that the Unopposed Joint Motion (Doc. No. 1720), filed on September 13, 2011, is GRANTED IN PART.   Until further Court order, the Special Master is relieved of his duty to submit monthly reports summarizing his and the PMO's activities.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 14, 2011.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party