UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | |
| This document relates to: | No. 6:06-MDL-1769-ACC-DAB |
| *All Cases Comprising the Court's Six Trial Groups* | |

**JOINT MOTION AND SUPPORTING MEMORANDUM FOR
THREE MONTH STAY OF PROCEEDINGS**

The Court-appointed mediator, Professor Stephen Saltzburg, the Plaintiffs represented by the Bailey Perrin Bailey firm whose cases are included in the Court's Six Trial Groups ("Plaintiffs"), and Defendants AstraZeneca Pharmaceuticals LP, *et al.* (collectively, "AstraZeneca") request a three month stay of proceedings so that the parties may conclude their settlement in accordance with its terms. For the reasons explained below, the parties are requesting a three month stay and expect that dismissals of the Plaintiffs' cases will take place well within that time frame.

1.  As the Court is aware, it has six trial groups set to begin every three months from October, 2011 through January, 2013 (the *Altman*, *Harris*, *Montney*, *Balmer*, *Brown*, and *Williams* trial groups). The first five groups are cases in which the plaintiffs are represented by Bailey Perrin Bailey (the "Bailey trial groups"). The cases in the last trial group, the January, 2013 group, are represented by various other counsel. All of the cases in each trial group are subject to executed settlement agreements. It is fully expected that stipulated dismissals with

21033403.2

prejudice will be filed for all such cases and that such filings will occur before any of their trial dates are reached (with the notable exception being the October, 2011 setting).[1]

2. As for all the Bailey trial groups, there has been a recent development indicating that dismissals in each of those Bailey cases will occur within the next few weeks. Specifically, on October 11, 2011, the state court in Texas overseeing the parties' settlement agreement and related qualified settlement fund (QSF) entered an order, based on the Report and Recommendation of a Special Master, finding that the participation levels necessary for the parties to move forward with the consummation of their settlement have been satisfied. This determination will enable the parties rapidly to move forward both with the distribution of settlement funds from the QSF and the filing of stipulated dismissals in this Court for all the Bailey trial group cases, including the October, 2011 trial group cases. In fact, given this determination, the parties anticipate filing stipulated dismissals with prejudice not only in all the Bailey trial group cases but in nearly all of the approximately 5,000 cases pending in the MDL in which Bailey Perrin Bailey is counsel.

3. To provide time for the parties to continue moving the process forward, Professor Saltzburg and the parties request a three month stay of the Bailey trial groups. They propose to achieve the stay using the same kind of sliding mechanism the Court previously adopted (Doc. 1697 & 1698) that will minimize necessary changes to the schedule the Court previously put in place.

4. Specifically, Professor Saltzburg and the parties propose the following: the trial setting (in October, 2011) for the *Altman* Plaintiffs would be vacated, and the *Altman* Plaintiffs would be reassigned to the pretrial schedule and trial docket for the next group – currently

---

[1] The parties appreciate the Court's indulgence with respect to this motion not having been filed prior to October 1, 2011, and apologize for any inconvenience.

21033403.2

assigned to the *Harris* group – with a trial setting in January, 2012; the *Harris* Plaintiffs in turn would be reassigned to the pretrial schedule and trial docket now occupied by the *Montney* group, with a trial setting in April 2012, and so on. In this way, each group of cases would be shifted back one slot to adopt the pretrial and trial schedule currently assigned to the next subsequent group. Proceeding in this fashion would effectively achieve a three month stay of proceedings without changing the schedule the court has put in place except for reassigning the cases that populate each group and cancelling the dates for the first group. Only the final group, the *Williams* trial group (currently assigned for trial in January 2013), would require the issuance of an entirely new pretrial schedule since, under this proposal, the *Brown* group would be reassigned that slot.

     5.    The proposed three month stay is not sought for delay, but so that the parties may move forward in concluding their settlement, while minimizing additional costs and expenses, and the burden on this Court.

DATED: October 12, 2011         Respectfully submitted,

By: /s/ K. Camp Bailey
    K. Camp Bailey
    Robert W. Cowan
    BAILEY PERRIN BAILEY
    440 Louisiana Street, Suite 2100
    Houston, Texas 77002
    Telephone – 713.425.7100
    Facsimile – 713.425.7101
    Email – cbailey@bpblaw.com
           rcowan@bpblaw.com

    PLAINTIFFS' COUNSEL

By: /s/ Chris S. Coutroulis
    Chris S. Coutroulis
    Robert L. Ciotti
    CARLTON FIELDS, P.A.
    Corporate Center Three at
      International Plaza
    4221 W. Boy Scout Blvd.
    Tampa, FL 22607
    Telephone – 813.223.7000
    Facsimile – 813.229.4133
    Email – ccoutroulis@carltonfields.com
           rciotti@carltonfields.com

    DEFENDANTS' COUNSEL

21033403.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of October, 2011, I electronically filed the foregoing: JOINT MOTION FOR THREE MONTH STAY OF PROCEEDINGS with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ Chris S. Coutroulis
Chris S. Coutroulis

21033403.2