**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

This Document Relates to All Cases

Case No. 6:06-md-1769-Orl-22DAB

## ORDER

This cause comes before the Court on the Joint Motion for Three Month Stay of Proceedings (Doc. No. 1722). The parties represent that all of the cases in the six remaining trial groups (October 2011 through January 2013, scheduled every three months) are subject to executed settlement agreements. The parties seek a three month stay of the Bailey trial groups, the first five groups. Further the parties request the Court to reschedule and extend the trial dates in all the cases by three months. Rescheduling all the cases would be extremely burdensome on the Court, particularly in light of the settlements.

Based on the foregoing, it is ordered as follows:

1. The Joint Motion for Three Month Stay of Proceedings (Doc. No. 1722) is DENIED.

2. The cases listed on Exhibit "A" to this Order (the Bailey trial groups) are hereby DISMISSED without prejudice subject to the right of any party to re-open the action within one hundred and twenty (120) days, upon good cause shown, or to submit a stipulated form of final

order or judgment. The Clerk is directed to file this Order in the cases listed and to CLOSE the files.

3.    The cases in the January 2013 trial group (Plaintiffs not represented by Bailey Perrin Bailey) shall remain on the docket as scheduled.

4.    No later than October 31, 2011 the parties shall file a Joint Notice to the Court listing all the **cases with executed settlement agreements**. The Notice shall be organized by first listing the cases from the January 2011 docket (see Doc. No. 1703), then the cases from the June 2011 docket (see Doc. Nos. 1708 & 1709), and then the cases on the January 2013 docket. Thereafter, the parties shall advise the Court of the status of the six remaining cases wherein this Court entered a Scheduling Order setting forth pretrial deadlines, but no trial date (See Doc. No. 1606). Finally, the parties shall list all other cases that are not scheduled for trial before this Court.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 14, 2011.

*[signature]*
ANNE C. CONWAY
Chief United States District Judge

Copies furnished to:

Counsel of Record