# EXHIBIT A

(October 2011 Trial Docket)

STEPHANIE ALTMAN v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10182-Orl-22DAB

JAN ASH v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10185-Orl-22DAB

KAREN BARBER v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10187-Orl-22DAB

LINDA BEATY v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10194-Orl-22DAB

SHELLEY BRITO v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10210-Orl-22DAB

JAMES CAMPBELL, JR. v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10223-Orl-22DAB

LINDA CANTELMO v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10225-Orl-22DAB

ANN-MARIE CHAPLIN v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10229-Orl-22DAB

DENIS CHRISTIANSEN v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10234-Orl-22DAB

THERESA SINCLAIR v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10249-Orl-22DAB

VENUS FISH v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10267-Orl-22DAB

DIANE GARLETTS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10274-Orl-22DAB

TWYLA GRAY v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10287-Orl-22DAB

VIRGINIA ROGERS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11925-Orl-22DAB

CHERYLYN THOMAS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-12008-Orl-22DAB

TAMMY SCHARET v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-12217-Orl-22DAB

ANDREA SLAPION v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-12224-Orl-22DAB

OTISHIA HALL v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10293-Orl-22DAB


(January 2012 Trial Docket)

GERLINE HARRIS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10296-Orl-22DAB

CINDY HICKMAN v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10301-Orl-22DAB

BRENDA ING v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10312-Orl-22DAB

KARYN JAUDON v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10316-Orl-22DAB

WILLIAM JONES v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10325-Orl-22DAB

PATRICIA KALISZESKI v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10326-Orl-22DAB

JERI KLEIN v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10329-Orl-22DAB

ANTHONY LEIMONITIS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10339-Orl-22DAB

ANGEL LEMONS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10340-Orl-22DAB

CHARLES LESTER v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10342-Orl-22DAB

JEFFREY LICKER v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10343-Orl-22DAB

CONNIE LYDARD v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10348-Orl-22DAB

MARIE MALLARD v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10351-Orl-22DAB

ESTHER MANESS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10352-Orl-22DAB

KIMBERLY MARTIN v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10355-Orl-22DAB

QUENTIN MAYS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10359-Orl-22DAB

SHIRLEY MCCRAW v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10361-Orl-22DAB

CALVIN BEAVERS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-12285-Orl-22DAB

SHARON DUVALL v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-12443-Orl-22DAB

RANDALL HERRON v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-12556-Orl-22DAB

VERA BESS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-13110-Orl-22DAB

EDDIE BROOKS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-13158-Orl-22DAB

CONNIE HOLMES v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-13613-Orl-22DAB

KIMBERLY MCDANIEL v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10362-Orl-22DAB

LOIS MONTAGUE v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10373-Orl-22DAB

(April 2012 Trial Docket)

LYDIA MONTNEY v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10374-Orl-22DAB

VIRGINIA NISWANDER v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10380-Orl-22DAB

HELEN PAGAN v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10385-Orl-22DAB

SONYA PATTON v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10393-Orl-22DAB

DEBORAH POWELL v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10401-Orl-22DAB

MARY J. ROBINSON v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10417-Orl-22DAB

TINA ROSE v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10422-Orl-22DAB

JESSE RUNNER v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10424-Orl-22DAB

MICHAEL SCHROETER v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10434-Orl-22DAB

DIANE SEMLIJATSCHENKO v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10437-Orl-22DAB

CHERI SPERRY v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10445-Orl-22DAB

SHIRLEY STEVENS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10448-Orl-22DAB

JESSAMY STOUDT v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10450-Orl-22DAB

LANCE WARREN v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10466-Orl-22DAB

CHARLES WEST v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10471-Orl-22DAB

RHUNETTE WHITE v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10473-Orl-22DAB

ROBERT JOYNER v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-13713-Orl-22DAB

LORA KIRKLAND v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-13765-Orl-22DAB

JOYCE LYLES v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-13833-Orl-22DAB

THOMAS MOYNIHAN v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-13980-Orl-22DAB

LUCY POKRYWKA v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-14083-Orl-22DAB

LORI QUINN v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-14108-Orl-22DAB

GILBERT YOUNG v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-10483-Orl-22DAB

AVA BELL v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11223-Orl-22DAB

EULA RASH v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11278-Orl-22DAB

JAMES SHAEFER v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11299-Orl-22DAB


(July 2012 Trial Docket)

EDWARD BALMER v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11067-Orl-22DAB

ERANIA BRINKER v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11070-Orl-22DAB

KEVIN MCCARTHY v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11096-Orl-22DAB

MATTHEW YOUNG v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11117-Orl-22DAB

GUSTAVO ABREU v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11351-Orl-22DAB

PATRICIA CAPPONI v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11445-Orl-22DAB

JAMES CUTSHAW v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11492-Orl-22DAB

JEFFREY DELGADO v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11507-Orl-22DAB

BARBARA GONZALES v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11601-Orl-22DAB

BENJAMIN HEAD v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11633-Orl-22DAB

SALLY LOONEY v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11751-Orl-22DAB

JENNIFER MIRANDA v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11797-Orl-22DAB

NICOLE NURSE v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11831-Orl-22DAB

JEFFREY PAGAR v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-11848-Orl-22DAB

CANDIDA RODRIGUEZ v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-14178-Orl-22DAB

ANGELA DOCKETT v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-14803-Orl-22DAB

DONNA ANDERTON-VILIMEK v. ASTRAZENECA LP, ET AL.
No. 6:06-cv-1848-Orl-22DAB

BARBARA SPITZ v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15579-Orl-22DAB

APRIL FULK v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15590-Orl-22DAB

DOUGLAS HUFFAKER v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15594-Orl-22DAB

SUZANNE MCELROY v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15605-Orl-22DAB

JANNETTE ABEAR v. ASTRAZENECA LP, ET AL.
No. 6:06-cv-1851-Orl-22DAB

REBECCA ANDERSON v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15678-Orl-22DAB

JAMES BARNEBEE v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15683-Orl-22DAB

CARNETTA BEST v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15687-Orl-22DAB

KAREN LONGO v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15690-Orl-22DAB

(October 2012 Trial Docket)

LOIS BROWN v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15692-Orl-22DAB

DANIEL CLAUSON v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15696-Orl-22DAB

WILLIAM DIXON v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15706-Orl-22DAB

BRENDA ECHOLS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15710-Orl-22DAB

JOAN EPISCOPO v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15715-Orl-22DAB

LYNDA EPPS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15716-Orl-22DAB

MIGUEL FERNANDEZ v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15719-Orl-22DAB

PAULA FRANCIS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15721-Orl-22DAB

JANIE GRASS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15729-Orl-22DAB

TERRY IVERS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15739-Orl-22DAB

DEBRA LIVESAY v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15752-Orl-22DAB

JONATHAN MORROW v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15770-Orl-22DAB

PATRICIA NAZZARRO v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15773-Orl-22DAB

BEVERLY PINION v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15781-Orl-22DAB

KIM MASGOLA v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15784-Orl-22DAB

MELODY RICHMOND v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15786-Orl-22DAB

JAMES ROBBINS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15788-Orl-22DAB

CARMEN RUSSELL v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15791-Orl-22DAB

CONNIE SMITH v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15799-Orl-22DAB

TERRY STEPHENS v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15805-Orl-22DAB

WILLIAM SUMNER v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15808-Orl-22DAB

KATHLEEN TANNER v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15809-Orl-22DAB

DAWN WHITE v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15815-Orl-22DAB

MICHAEL WILSON v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15818-Orl-22DAB

DAVID YOUNG v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-15824-Orl-22DAB

MARY TANKE v. ASTRAZENECA LP, ET AL.
No. 6:07-cv-16603-Orl-22DAB