UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: SEROQUEL PRODUCTS
LIABILITY LITIGATION

This document relates to:

*All Cases*

No. 6:06-MDL-1769-ACC-DAB

**RESPONSE TO COURT ORDER (DOC. 1723)
REGARDING THE STATUS OF MDL CASES**

In the Court order addressing the Joint Motion for Stay filed by the Bailey Perrin Bailey firm ("Bailey"), AstraZeneca Pharmaceuticals LP, et. al. ("AstraZeneca"), and the Court-appointed mediator, Professor Stephen Saltzburg, the Court required that "the parties file a Joint Notice to the Court listing all the cases with executed settlement agreements." (Doc. 1723). The Order set forth the organizational structure it required for that submission, beginning with several sets of cases identified in earlier Court orders and concluding with a "list [of] of all other cases that are not scheduled for trial before this Court." Because AstraZeneca is the party familiar with the status of non-Bailey cases, AstraZeneca has taken the lead in preparing the attached lists, with cooperation from Bailey with respect to the cases for which it is counsel. The lists are organized as follows:

Exhibit A – cases from the January 2011 docket (Doc. 1703)

Exhibit B – cases from the June 2011 docket (Doc. 1708)

Exhibit C – additional cases from the June 2011 docket (Doc. 1709)

Exhibit D – cases from the January 2013 docket (Doc. 13 in Case No. 6:07-cv-16687)

Exhibit E – cases where the court entered a scheduling order setting forth pretrial deadlines but no trial date (Doc. 1606)

21326012.1

Exhibit F – all other cases that are not scheduled for trial in the Middle District.

There are a total of 6, 095 cases identified in the six exhibits, all of which are subject to executed Master Settlement Agreements between AstraZeneca and the various plaintiffs' counsel in the MDL.  However, not all claimants included in these 6,095 cases have fully satisfied the terms of their respective firms' master settlement agreements and therefore are not appropriate for dismissal with prejudice at this time.[1]

DATED:  October 31, 2011             Respectfully submitted,

By: /s/ K. Camp Bailey
    K. Camp Bailey
    Robert W. Cowan
    BAILEY PERRIN BAILEY
    440 Louisiana Street, Suite 2100
    Houston, Texas 77002
    Telephone – 713.425.7100
    Facsimile – 713.425.7101
    Email – cbailey@bpblaw.com
           rcowan@bpblaw.com

    PLAINTIFFS' COUNSEL

By: /s/ Chris S. Coutroulis
    Chris S. Coutroulis
    Robert L. Ciotti
    CARLTON FIELDS, P.A.
    Corporate Center Three at
       International Plaza
    4221 W. Boy Scout Blvd.
    Tampa, FL 22607
    Telephone – 813.223.7000
    Facsimile – 813.229.4133
    Email – ccoutroulis@carltonfields.com
           rciotti@carltonfields.com

    DEFENDANTS' COUNSEL

---

[1] Accordingly, if the Court were inclined to enter an order dismissing the listed cases, the parties would ask that that, as the Court did in dismissing without prejudice the Bailey trial group cases (Doc. 1723), any such order provide for the right of any party to re-open the action within 120 days, or to request that the dismissal of any case be converted to a stipulated form of final order or judgment.  The master settlement agreements to which the listed cases are subject involve all plaintiffs' counsel with cases in the MDL, except for four counsel with whom no executed settlement agreement has been reached.  Each of the four counsel has a single MDL case as follows:

| Segura | Hector | 6:06-cv-01660-ACC-DAB |
| King | Michael G | 6:07-cv-01909-ACC-DAB |
| Garza | Pedro Jr. | 6:08-cv-06001-ACC-DAB |
| Brown | Ralph W. | 6:09-cv-00960-ACC-DAB |

21326012.1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 31st day of October, 2011, I electronically filed the foregoing and its attached exhibits with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                                                   /s/ Chris S. Coutroulis

21326012.1