# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

This Document Relates to All Cases
On Exhibits A, B, C, D and E, attached hereto.

Case No. 6:06-md-1769-Orl-22DAB

## ORDER

This cause comes before the Court on the Response to Court Order (Doc. 1723) Regarding the Status of MDL Cases. (Doc. No. 1724). The parties represent that all of the cases on the attached Exhibits A, B, C, D and E are subject to executed settlement agreements.

Based on the foregoing, it is ordered as follows:

1. The cases listed on Exhibits A, B, C, D and E to this Order are hereby DISMISSED without prejudice subject to the right of any party to re-open the action within one hundred and twenty (120) days, upon good cause shown, or to submit a stipulated form of final order or judgment. The Clerk is directed to file this Order in the cases listed and to CLOSE the files.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 1, 2011.

ANNE C. CONWAY
Chief United States District Judge

Copies furnished to:

Counsel of Record