| EXHIBIT A ||| 
|---|---|---|
| JANUARY, 2011 DOCKET (PER DOC. 1703) ||| 
| Church | Cathy | 6:07-cv-01698-ACC-DAB |
| Harper-Howell | Kendra G. | 6:08-cv-00622-ACC-DAB |
| McCormick | David | 6:08-cv-00352-ACC-DAB |

21324705.1