| EXHIBIT B | | |
|---|---|---|
| JUNE, 2011 DOCKET (PER DOC. 1708) | | |
| D'Angelo | Steven A | 6:08-cv-00626-ACC-DAB |
| Orr | Sherrie L. | 6:09-cv-00834-ACC-DAB |

21324705.1