**EXHIBIT D**

**JANUARY, 2013 DOCKET**
**(PER 6:07-cv-16687 DOC. 13)**

| Williams | Ava | 6:07-cv-16687-ACC-DAB |
|---|---|---|
| Fox | Esther | 6:07-cv-01395-ACC-DAB |
| Moore | Steven | 6:07-cv-01397-ACC-DAB |
| Smith | Robert | 6:07-cv-01398-ACC-DAB |
| Foote | Christopher | 6:07-cv-01400-ACC-DAB |
| Martone | Marilyn | 6:07-cv-01401-ACC-DAB |
| Tripp | Stephen | 6:07-cv-01402-ACC-DAB |
| McCarthy | Kathleen | 6:07-cv-01719-ACC-DAB |
| Green | Todd | 6:07-cv-01720-ACC-DAB |
| Jackson | Linda | 6:07-cv-01699-ACC-DAB |
| Cuartas | Alexia | 6:08-cv-00095-ACC-DAB |
| Bellamy | Rebecca | 6:08-cv-00112-ACC-DAB |
| Reyes | Vincent | 6:08-cv-00113-ACC-DAB |
| Eddy | Keri | 6:08-cv-00121-ACC-DAB |
| Francisco | Zenia | 6:09-cv-01162-ACC-DAB |
| Consoer | Megan | 6:09-cv-01203-ACC-DAB |
| Dumpson | Erica | 6:09-cv-00367-ACC-DAB |
| Pratt | Deborah | 6:09-cv-01260-ACC-DAB |
| Henderson | Diane | 6:09-cv-01339-ACC-DAB |
| Fulton | Andy | 6:09-cv-00523-ACC-DAB |
| Davis | Evelyn | 6:09-cv-00524-ACC-DAB |
| Suarez | Patsie Glenda | 6:09-cv-00525-ACC-DAB |
| England | John | 6:09-cv-00759-ACC-DAB |
| Gomez | Ariel | 6:09-cv-02062-ACC-DAB |

21324705.1