| EXHIBIT E | | |
|---|---|---|
| **CASES TO BE PREPARED FOR TRIAL IN MINNESOTA (PER DOC. 1606)** | | |
| Dawson | Matthew Q. | 6:10-cv-00018-ACC-DAB |
| Haney | Jesse | 6:10-cv-00020-ACC-DAB |
| Josefowicz | Rosemary P. | 6:10-cv-00026-ACC-DAB |
| Nichols | Crystal | 6:10-cv-00027-ACC-DAB |
| Rector | Eric | 6:10-cv-00028-ACC-DAB |
| Terry | Tami S. | 6:10-cv-00025-ACC-DAB |

21324705.1