| EXHIBIT C | | |
|---|---|---|
| JUNE, 2011 DOCKET (PER DOC. 1709) | | |
| Burgett | Robert Jr. | 6:09-cv-00520-ACC-DAB |
| Davis | Michael Sr. | 6:09-cv-00758-ACC-DAB |
| Hebbler | Anne | 6:09-cv-01192-ACC-DAB |
| Nelson | Shirley | 6:09-cv-01193-ACC-DAB |
| Reese | Oretha | 6:09-cv-00956-ACC-DAB |
| Williams | Wayne | 6:09-cv-01261-ACC-DAB |

21324705.1