

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

This Document Relates to All Cases
on the Attached Exhibit

_____

**Case No. 6:06-md-1769-Orl-22DAB**

## ORDER

This cause comes before the Court on the Response to Court Order (Doc. 1723)

Regarding the Status of MDL Cases. (Doc. No. 1724). The parties represent that all of the cases

on the attached Exhibit are subject to executed settlement agreements.

Based on the foregoing, it is ordered as follows:

1.      The cases listed on the Exhibit to this Order are hereby DISMISSED without

prejudice subject to the right of any party to re-open the action within one hundred and twenty

(120) days, upon good cause shown, or to submit a stipulated form of final order or judgment.

The Clerk is directed to file this Order in the cases listed and to CLOSE the files.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 7, 2011.

ANNE C. CONWAY
Chief United States District Judge

Copies furnished to:

Counsel of Record

| EXHIBIT F | | |
|---|---|---|
| **OTHER ACTIVE CASES** | | |
| Abad | Jamie Gallegos | 6:06-cv-01389-ACC-DAB |
| Abbey | Joycelyn | 6:08-cv-01143-ACC-DAB |
| Abbott | Tina | 6:06-cv-01853-ACC-DAB |
| Abel | Cynthia R. | 6:06-cv-01845-ACC-DAB |
| Abel | Mona | 6:07-cv-13010-ACC-DAB |
| Abercrombie | Larry | 6:07-cv-13011-ACC-DAB |
| Abernathy | Ava | 6:07-cv-11349-ACC-DAB |
| Abernathy | William | 6:06-cv-01844-ACC-DAB |
| Abeyta | John | 6:07-cv-15677-ACC-DAB |
| Ables | William M. III | 6:07-cv-12256-ACC-DAB |
| Abram | Hilda | 6:06-cv-01847-ACC-DAB |
| Abshire | Bernice | 6:07-cv-14558-ACC-DAB |
| Aburadi | Janice | 6:07-cv-14559-ACC-DAB |
| Acevedo | Frances | 6:07-cv-13012-ACC-DAB |
| Ackerman | Stana | 6:07-cv-15848-ACC-DAB |
| Adair | Patricia | 6:07-cv-14560-ACC-DAB |
| Adams | Audrey | 6:07-cv-12257-ACC-DAB |
| Adams | Cherrie | 6:09-cv-00015-ACC-DAB |
| Adams | Christy | 6:06-cv-01140-ACC-DAB |
| Adams | Dawn | 6:07-cv-14561-ACC-DAB |
| Adams | Deborah | 6:07-cv-14562-ACC-DAB |
| Adams | Gail | 6:07-cv-13014-ACC-DAB |
| Adams | James I. | 6:06-cv-01319-ACC-DAB |
| Adams | Jim | 6:07-cv-14563-ACC-DAB |
| Adams | Joan | 6:07-cv-12259-ACC-DAB |
| Adams | Lefton | 6:09-cv-01856-ACC-DAB |
| Adams | Marie | 6:07-cv-13016-ACC-DAB |
| Adams | Mark | 6:07-cv-13017-ACC-DAB |
| Adams | Natasha | 6:07-cv-11352-ACC-DAB |
| Adams | Patricia Ann | 6:07-cv-00336-ACC-DAB |
| Adams | Paul | 6:06-cv-01318-ACC-DAB |
| Adams | Robyn | 6:07-cv-13018-ACC-DAB |
| Adams | Sherry | 6:07-cv-12260-ACC-DAB |
| Adams | Theresa M. | 6:06-cv-01137-ACC-DAB |
| Adams | Thomas | 6:07-cv-13019-ACC-DAB |
| Adams-Mays | Betty | 6:07-cv-15850-ACC-DAB |
| Adamson | Christopher E. | 6:06-cv-01140-ACC-DAB |
| Adcock | Trudy | 6:08-cv-01150-ACC-DAB |
| Aden | Michelle K. | 6:07-cv-00681-ACC-DAB |
| Adkins | Dena | 6:07-cv-13021-ACC-DAB |
| Adkins | Judith | 6:07-cv-14564-ACC-DAB |
| Adkins | Kevin | 6:07-cv-15851-ACC-DAB |
| Adkins | Violet | 6:07-cv-15852-ACC-DAB |
| Adkins | William | 6:07-cv-10571-ACC-DAB |
| Afshar | Mary | 6:07-cv-10180-ACC-DAB |
| Agner | June | 6:07-cv-15853-ACC-DAB |
| Agosto | Luis | 6:08-cv-01510-ACC-DAB |

| | | |
|---|---|---|
| Aguiar | Thomas | 6:07-cv-14565-ACC-DAB |
| Aguirre | Natalie | 6:06-cv-01322-ACC-DAB |
| Agurs | Lawrence | 6:07-cv-15854-ACC-DAB |
| Ahlrichs | Jean | 6:07-cv-10811-ACC-DAB |
| Ainley | Tony C. | 6:06-cv-01145-ACC-DAB |
| Akin | Kelly | 6:07-cv-11066-ACC-DAB |
| Alarcon | Jacqueline | 6:07-cv-11353-ACC-DAB |
| Albanese | Wendy | 6:07-cv-12262-ACC-DAB |
| Albert | Andrew William | 6:07-cv-00404-ACC-DAB |
| Albert | Michelle | 6:07-cv-13025-ACC-DAB |
| Albright | Antoinette | 6:07-cv-14567-ACC-DAB |
| Alcorn | Samuel | 6:07-cv-10485-ACC-DAB |
| Al-Dabbagh | John | 6:07-cv-11354-ACC-DAB |
| Alderson | Kathleen A. | 6:06-cv-01221-ACC-DAB |
| Aldredge | Stephen | 6:07-cv-13026-ACC-DAB |
| Alexander | Assia | 6:07-cv-13049-ACC-DAB |
| Alexander | Betty | 6:07-cv-14568-ACC-DAB |
| Alexander | Delma | 6:07-cv-13027-ACC-DAB |
| Alexander | Dorothy | 6:07-cv-12263-ACC-DAB |
| Alexander | Jeff | 6:06-cv-01854-ACC-DAB |
| Alexander | Lisa | 6:07-cv-11355-ACC-DAB |
| Alexander | Rushy | 6:07-cv-14569-ACC-DAB |
| Alexander | William | 6:07-cv-15857-ACC-DAB |
| Alexander-Douglas | Cynthia L. | 6:06-cv-01852-ACC-DAB |
| Alford | Jeanna | 6:07-cv-13028-ACC-DAB |
| Alicea | Efrain | 6:07-cv-15858-ACC-DAB |
| Al-Khuzaie | Kristine | 6:08-cv-00354-ACC-DAB |
| Allen | Charles | 6:07-cv-13029-ACC-DAB |
| Allen | Derdra | 6:07-cv-00995-ACC-DAB |
| Allen | Edward | 6:07-cv-14570-ACC-DAB |
| Allen | Jeffrey | 6:07-cv-12264-ACC-DAB |
| Allen | Katreena | 6:07-cv-10181-ACC-DAB |
| Allen | Kimla | 6:09-cv-00522-ACC-DAB |
| Allen | Larry | 6:07-cv-12265-ACC-DAB |
| Allen | Lisa | 6:07-cv-13030-ACC-DAB |
| Allen | Mary | 6:08-cv-00173-ACC-DAB |
| Allen | Melissa | 6:09-cv-16980-ACC-DAB |
| Allen | Meon | 6:07-cv-11118-ACC-DAB |
| Allen | Norman | 6:07-cv-11357-ACC-DAB |
| Allen | Phyllis | 6:07-cv-14571-ACC-DAB |
| Allen | Regina | 6:09-cv-00521-ACC-DAB |
| Allen | Tara | 6:07-cv-14572-ACC-DAB |
| Alley | Eric | 6:07-cv-15860-ACC-DAB |
| Alley | Johnny | 6:07-cv-14573-ACC-DAB |
| Alley | Stela | 6:07-cv-15861-ACC-DAB |
| Allison | Kellie | 6:09-cv-00625-ACC-DAB |
| Allman | Peggy | 6:07-cv-12266-ACC-DAB |
| Allred | Cecil | 6:07-cv-10572-ACC-DAB |
| Almstrom | Melissa | 6:07-cv-16773-ACC-DAB |
| Alsup | Tom | 6:07-cv-11359-ACC-DAB |
| Alvarez | Concepcion | 6:07-cv-15862-ACC-DAB |

| Alvarez | Simon A Sr. | 6:08-cv-00234-ACC-DAB |
|---|---|---|
| Alves | Maria | 6:07-cv-11360-ACC-DAB |
| Amagwula | Ruby | 6:07-cv-14574-ACC-DAB |
| Ambercrombie | Lucille | 6:07-cv-12853-ACC-DAB |
| Amerine | Beverly | 6:07-cv-13033-ACC-DAB |
| Amiott | Steven | 6:06-cv-01141-ACC-DAB |
| Amir | Abdullatif | 6:07-cv-01943-ACC-DAB |
| Amir | Ali | 6:07-cv-10812-ACC-DAB |
| Ammerman | Michelle | 6:06-cv-01843-ACC-DAB |
| Amos | Denise | 6:09-cv-17185-ACC-DAB |
| Amos | Rox | 6:09-cv-16981-ACC-DAB |
| Anaya | Connie | 6:07-cv-14575-ACC-DAB |
| Anderson | Anthony | 6:07-cv-14576-ACC-DAB |
| Anderson | Carl E. | 6:07-cv-10114-ACC-DAB |
| Anderson | Carol | 6:07-cv-11119-ACC-DAB |
| Anderson | Chad | 6:07-cv-13035-ACC-DAB |
| Anderson | Cheryl | 6:09-cv-16897-ACC-DAB |
| Anderson | Christopher | 6:07-cv-14577-ACC-DAB |
| Anderson | Deborah | 6:07-cv-15863-ACC-DAB |
| Anderson | Dinine | 6:07-cv-11362-ACC-DAB |
| Anderson | Dorothy | 6:07-cv-12101-ACC-DAB |
| Anderson | Erica K. | 6:07-cv-10059-ACC-DAB |
| Anderson | Joanne | 6:07-cv-11361-ACC-DAB |
| Anderson | Joseph | 6:07-cv-15865-ACC-DAB |
| Anderson | Larry | 6:09-cv-17242-ACC-DAB |
| Anderson | Marlee | 6:07-cv-14578-ACC-DAB |
| Anderson | Michelle | 6:07-cv-10184-ACC-DAB |
| Anderson | Pearl | 6:06-cv-01850-ACC-DAB |
| Anderson | Steven | 6:09-cv-01857-ACC-DAB |
| Anderson | Vickie | 6:07-cv-15866-ACC-DAB |
| Andrew | Justine | 6:07-cv-12102-ACC-DAB |
| Andrew | Roseann | 6:07-cv-10430-ACC-DAB |
| Andrews | Beverly | 6:07-cv-11363-ACC-DAB |
| Andrews | Dianne | 6:07-cv-13037-ACC-DAB |
| Andrews | Jackie | 6:07-cv-14579-ACC-DAB |
| Anegbeode | Paul | 6:07-cv-14580-ACC-DAB |
| Anglin | Randall | 6:07-cv-13038-ACC-DAB |
| Anthony | Callie | 6:07-cv-13039-ACC-DAB |
| Anthony | Jamica | 6:07-cv-11122-ACC-DAB |
| Anthony | Marcie | 6:09-cv-16983-ACC-DAB |
| Appleberry | Tonya | 6:07-cv-00366-ACC-DAB |
| Aranda | Zaida | 6:09-cv-17078-ACC-DAB |
| Archer | Barbara | 6:06-cv-01610-ACC-DAB |
| Archuleta | Richard | 6:07-cv-10487-ACC-DAB |
| Archuleta | Shirley | 6:07-cv-13040-ACC-DAB |
| Arisman | Jo Anne | 6:07-cv-11123-ACC-DAB |
| Armijo | Jerry | 6:07-cv-11364-ACC-DAB |
| Armstead | Collette | 6:07-cv-12269-ACC-DAB |
| Armstrong | John | 6:07-cv-11365-ACC-DAB |
| Arnold | Ada | 6:07-cv-13042-ACC-DAB |
| Arnold | Cindy A. | 6:07-cv-12270-ACC-DAB |

| Arnold | Debra | 6:07-cv-13043-ACC-DAB |
|---|---|---|
| Arnold | Debra | 6:09-cv-16985-ACC-DAB |
| Arnold | Erin K. | 6:06-cv-01321-ACC-DAB |
| Arnold | Janette | 6:09-cv-16984-ACC-DAB |
| Arnold | Kathleen | 6:07-cv-11366-ACC-DAB |
| Arnold | Shirley | 6:07-cv-14582-ACC-DAB |
| Arps | Sondra | 6:07-cv-13044-ACC-DAB |
| Arredondo | Jovita | 6:07-cv-13045-ACC-DAB |
| Arrington | Brandon | 6:07-cv-14583-ACC-DAB |
| Arrington | Jannie | 6:07-cv-15871-ACC-DAB |
| Arrowood | Julia | 6:07-cv-14584-ACC-DAB |
| Arther | Jonathan | 6:07-cv-13046-ACC-DAB |
| Arvizu | Rita | 6:07-cv-12271-ACC-DAB |
| Arzaga | Joe | 6:07-cv-13047-ACC-DAB |
| Ash | David | 6:07-cv-10488-ACC-DAB |
| Ashburn | Lorier | 6:07-cv-10115-ACC-DAB |
| Ashcraft | Diana | 6:08-cv-01507-ACC-DAB |
| Asher | Topazer | 6:07-cv-15873-ACC-DAB |
| Ashley | Dolores | 6:07-cv-14585-ACC-DAB |
| Ashley | Lisa | 6:07-cv-15874-ACC-DAB |
| Ashley | Lisa C. | 6:06-cv-01849-ACC-DAB |
| Ashton | Dennis | 6:07-cv-14586-ACC-DAB |
| Ashworth | Sally | 6:07-cv-10489-ACC-DAB |
| Askew | Robert | 6:07-cv-13048-ACC-DAB |
| Askew | Taylor | 6:07-cv-10186-ACC-DAB |
| Atherton | Gene | 6:07-cv-13050-ACC-DAB |
| Atkins | Nicole | 6:07-cv-12272-ACC-DAB |
| Atkinson | Janet | 6:07-cv-10573-ACC-DAB |
| Atkinson | Joseph | 6:07-cv-14587-ACC-DAB |
| Aubrey | Charlotte | 6:07-cv-11367-ACC-DAB |
| Aucoin | Jimmie | 6:07-cv-14588-ACC-DAB |
| Auguste | Robin | 6:07-cv-14589-ACC-DAB |
| Austin | Ernestine | 6:07-cv-15875-ACC-DAB |
| Austin | Kenneth | 6:07-cv-12273-ACC-DAB |
| Austin | Larry | 6:07-cv-14590-ACC-DAB |
| Austin | Polly | 6:07-cv-13052-ACC-DAB |
| Austin | Thomas | 6:07-cv-13054-ACC-DAB |
| Avery | Jim | 6:07-cv-14591-ACC-DAB |
| Avila | Joe | 6:07-cv-15876-ACC-DAB |
| Axelson | Arne | 6:07-cv-13055-ACC-DAB |
| Aycock | Darrell | 6:07-cv-14592-ACC-DAB |
| Ayers | Richard | 6:07-cv-15877-ACC-DAB |
| Ayon | Joe | 6:07-cv-14593-ACC-DAB |
| Baas | Dianne | 6:07-cv-12103-ACC-DAB |
| Babb | Trudi | 6:08-cv-01509-ACC-DAB |
| Bacchus | Lawrence | 6:07-cv-00520-ACC-DAB |
| Baccus | Emma | 6:07-cv-14594-ACC-DAB |
| Backus | Tammy | 6:07-cv-11368-ACC-DAB |
| Baclawski | Judith G | 6:07-cv-00355-ACC-DAB |
| Bacon | Angela | 6:07-cv-10574-ACC-DAB |
| Badger | Shelley L. | 6:08-cv-01134-ACC-DAB |

| Baemmert | Bernadette | 6:07-cv-10575-ACC-DAB |
|---|---|---|
| Baginski | Patricia | 6:07-cv-11124-ACC-DAB |
| Bahia | Lovejinder | 6:07-cv-12274-ACC-DAB |
| Bailey | Betty | 6:07-cv-12275-ACC-DAB |
| Bailey | Brooke | 6:09-cv-00016-ACC-DAB |
| Bailey | Douglas | 6:07-cv-11369-ACC-DAB |
| Bailey | Emmett | 6:07-cv-00346-ACC-DAB |
| Bailey | Joanne | 6:07-cv-10490-ACC-DAB |
| Bailey | Karen | 6:07-cv-10576-ACC-DAB |
| Bailey | Larry | 6:07-cv-13056-ACC-DAB |
| Bailey | Lizzie | 6:08-cv-01142-ACC-DAB |
| Bailey | Luvenia | 6:07-cv-15878-ACC-DAB |
| Bailey | Peter | 6:07-cv-11126-ACC-DAB |
| Bailey | Rebekah | 6:07-cv-11370-ACC-DAB |
| Baker | April | 6:09-cv-16988-ACC-DAB |
| Baker | Benjamin | 6:07-cv-11128-ACC-DAB |
| Baker | Brenda | 6:07-cv-12276-ACC-DAB |
| Baker | Chandra | 6:07-cv-11129-ACC-DAB |
| Baker | Connie | 6:07-cv-11373-ACC-DAB |
| Baker | Daniel S | 6:07-cv-15680-ACC-DAB |
| Baker | Daniel S | 6:07-cv-16733-ACC-DAB |
| Baker | Denise | 6:07-cv-10577-ACC-DAB |
| Baker | Garland | 6:07-cv-13058-ACC-DAB |
| Baker | George | 6:07-cv-11130-ACC-DAB |
| Baker | James | 6:06-cv-01399-ACC-DAB |
| Baker | Joey | 6:07-cv-11127-ACC-DAB |
| Baker | Joseph | 6:07-cv-11374-ACC-DAB |
| Baker | Lois | 6:07-cv-14595-ACC-DAB |
| Baker | Timothy | 6:07-cv-10578-ACC-DAB |
| Baker | William | 6:07-cv-11372-ACC-DAB |
| Balak | Larry | 6:07-cv-10167-ACC-DAB |
| Balbastro | John | 6:07-cv-15681-ACC-DAB |
| Balcorta | David | 6:07-cv-11375-ACC-DAB |
| Balderas | Marta | 6:07-cv-15880-ACC-DAB |
| Baldus | Judy | 6:07-cv-11131-ACC-DAB |
| Baldwin | Johnny | 6:07-cv-14597-ACC-DAB |
| Baldwin | Kenneth | 6:07-cv-13060-ACC-DAB |
| Baldwin | Susan L | 6:07-cv-00352-ACC-DAB |
| Bales | Donald | 6:07-cv-11376-ACC-DAB |
| Bales | Joyce | 6:07-cv-14598-ACC-DAB |
| Ball | Anthony | 6:07-cv-12105-ACC-DAB |
| Ball | Bobbie | 6:07-cv-14599-ACC-DAB |
| Ball | Emma | 6:07-cv-13061-ACC-DAB |
| Ball | Macy | 6:07-cv-13062-ACC-DAB |
| Ball | Robert | 6:07-cv-11377-ACC-DAB |
| Ball | Shalia | 6:07-cv-13064-ACC-DAB |
| Ballard | Beverly | 6:07-cv-12277-ACC-DAB |
| Ballard | Patricia | 6:08-cv-01715-ACC-DAB |
| Ballard | Robert | 6:07-cv-11378-ACC-DAB |
| Ballengee | Amy | 6:07-cv-10579-ACC-DAB |
| Ballew | Corinthia | 6:07-cv-15881-ACC-DAB |

| Bandy | Margarette | 6:07-cv-13066-ACC-DAB |
|---|---|---|
| Baniak | Gale | 6:07-cv-14600-ACC-DAB |
| Banister | Vaughn | 6:07-cv-15682-ACC-DAB |
| Banjanin | Milan | 6:09-cv-17079-ACC-DAB |
| Banks | Aurthur | 6:07-cv-15883-ACC-DAB |
| Banks | Elita | 6:07-cv-14601-ACC-DAB |
| Banks | Martha | 6:07-cv-11380-ACC-DAB |
| Banks | Mary | 6:07-cv-15554-ACC-DAB |
| Banks | Pauline | 6:07-cv-11379-ACC-DAB |
| Banks | Queen | 6:07-cv-15884-ACC-DAB |
| Banks | Vernado | 6:09-cv-16989-ACC-DAB |
| Bankston | Felicia | 6:07-cv-13068-ACC-DAB |
| Bantum | Alfreda | 6:09-cv-16990-ACC-DAB |
| Barber | Resa | 6:07-cv-14602-ACC-DAB |
| Barfelz | Max | 6:07-cv-13069-ACC-DAB |
| Bargas | Cindy | 6:07-cv-14603-ACC-DAB |
| Barile | Joseph A | 6:07-cv-00977-ACC-DAB |
| Barker | Daniel | 6:07-cv-11382-ACC-DAB |
| Barker | Joanne | 6:07-cv-14604-ACC-DAB |
| Barker | Mary | 6:07-cv-00340-ACC-DAB |
| Barker | Ruby | 6:07-cv-10188-ACC-DAB |
| Barlow | Billie | 6:07-cv-14605-ACC-DAB |
| Barlow | Sherry | 6:07-cv-14606-ACC-DAB |
| Barner | Jerry | 6:07-cv-13071-ACC-DAB |
| Barnes | Francie | 6:07-cv-15885-ACC-DAB |
| Barnes | Johnnie | 6:07-cv-14607-ACC-DAB |
| Barnes | Louis | 6:07-cv-15886-ACC-DAB |
| Barnes | Mark | 6:07-cv-15887-ACC-DAB |
| Barnes | Terry | 6:07-cv-16752-ACC-DAB |
| Barnett | Brenda | 6:07-cv-11383-ACC-DAB |
| Barnett-Chase | Patricia | 6:07-cv-10190-ACC-DAB |
| Barnette | Kevin | 6:08-cv-01941-ACC-DAB |
| Barney | Stephanie | 6:07-cv-14609-ACC-DAB |
| Barnhill | Larry | 6:07-cv-12280-ACC-DAB |
| Barnhill | Larry | 6:09-cv-00961-ACC-DAB |
| Barrera | Gonzalo | 6:07-cv-12281-ACC-DAB |
| Barreras | Ronald | 6:07-cv-11132-ACC-DAB |
| Barrett | Jason | 6:07-cv-13073-ACC-DAB |
| Barrick | Christina | 6:09-cv-16991-ACC-DAB |
| Barrier | Michael | 6:08-cv-01446-ACC-DAB |
| Barrier | William | 6:07-cv-10819-ACC-DAB |
| Barron | Patricia | 6:07-cv-13074-ACC-DAB |
| Barrow | Rebecca | 6:07-cv-10580-ACC-DAB |
| Barry | Lois | 6:07-cv-13075-ACC-DAB |
| Barry | Vicki | 6:07-cv-10491-ACC-DAB |
| Barry | William | 6:07-cv-13076-ACC-DAB |
| Barslund | Gina | 6:07-cv-10191-ACC-DAB |
| Barstad | Denise | 6:07-cv-10492-ACC-DAB |
| Bartlett | Connie | 6:07-cv-13077-ACC-DAB |
| Bartlett | Linda | 6:07-cv-14611-ACC-DAB |
| Bartlett | Seneca Virginia | 6:07-cv-10117-ACC-DAB |

| Bartoletti | Richard | 6:07-cv-10094-ACC-DAB |
|---|---|---|
| Barton | Barbara | 6:07-cv-15555-ACC-DAB |
| Barton | Sidney | 6:07-cv-13078-ACC-DAB |
| Basiletti | Bruce | 6:09-cv-16992-ACC-DAB |
| Bass | Jane | 6:07-cv-15891-ACC-DAB |
| Bass | Luzella | 6:07-cv-13080-ACC-DAB |
| Batchelor | Lisa | 6:09-cv-01264-ACC-DAB |
| Bateman | Anna | 6:07-cv-10493-ACC-DAB |
| Bateman | Sherry | 6:07-cv-15892-ACC-DAB |
| Bates | Cheryl | 6:07-cv-11068-ACC-DAB |
| Bates | Janette | 6:07-cv-11384-ACC-DAB |
| Bates | Karla | 6:07-cv-14613-ACC-DAB |
| Bates | Michael | 6:07-cv-15684-ACC-DAB |
| Bates | Narda | 6:07-cv-10193-ACC-DAB |
| Batie | Benjamin | 6:07-cv-14614-ACC-DAB |
| Batista | Earnistine | 6:07-cv-12282-ACC-DAB |
| Batiste | John | 6:07-cv-11385-ACC-DAB |
| Batiste | LaTonya | 6:07-cv-12107-ACC-DAB |
| Batjes | Marilyn | 6:07-cv-11386-ACC-DAB |
| Battle | Carlos | 6:07-cv-12108-ACC-DAB |
| Battle | Sonja | 6:07-cv-13081-ACC-DAB |
| Batts | Joy Brenda | 6:07-cv-00342-ACC-DAB |
| Baucom | Kay | 6:07-cv-14615-ACC-DAB |
| Baughman | Wallace | 6:07-cv-11133-ACC-DAB |
| Baum | Sherry | 6:07-cv-10494-ACC-DAB |
| Baxter | Shaina | 6:07-cv-14618-ACC-DAB |
| Baxter | Tony | 6:07-cv-14619-ACC-DAB |
| Bayes | Vanessa | 6:08-cv-00644-ACC-DAB |
| Baylor | Cary | 6:07-cv-14620-ACC-DAB |
| Baytos | John F. | 6:06-cv-00964-ACC-DAB |
| Beaird | Brian | 6:07-cv-13082-ACC-DAB |
| Beaird | Evelyn Marie | 6:07-cv-00354-ACC-DAB |
| Beal | Darnell | 6:07-cv-15895-ACC-DAB |
| Bean | Dennis | 6:07-cv-13083-ACC-DAB |
| Bean | Jennifer | 6:09-cv-17243-ACC-DAB |
| Beane | Forest | 6:07-cv-10581-ACC-DAB |
| Bearcub | Colleen | 6:07-cv-15896-ACC-DAB |
| Beard | Barbara | 6:07-cv-12283-ACC-DAB |
| Beard | Barbara | 6:07-cv-14621-ACC-DAB |
| Beard | Delores | 6:07-cv-13084-ACC-DAB |
| Beard | Marshall | 6:07-cv-12284-ACC-DAB |
| Beard | Sandra Jean | 6:07-cv-16777-ACC-DAB |
| Bearden | Tony H. | 6:08-cv-01554-ACC-DAB |
| Bearden | Yaki Yamania | 6:07-cv-10118-ACC-DAB |
| Bearse | Amy | 6:07-cv-15582-ACC-DAB |
| Beasley | Mary | 6:07-cv-15897-ACC-DAB |
| Beason | Joel | 6:07-cv-15898-ACC-DAB |
| Beauford | Michelle | 6:07-cv-14622-ACC-DAB |
| Beauregard | Arthur | 6:07-cv-15899-ACC-DAB |
| Beavers | Brian | 6:07-cv-13085-ACC-DAB |
| Beavers | Sharon | 6:07-cv-11387-ACC-DAB |

| Beck | Cleon | 6:09-cv-01408-ACC-DAB |
|---|---|---|
| Beck | David | 6:07-cv-13086-ACC-DAB |
| Beck | Pamela | 6:07-cv-15900-ACC-DAB |
| Beck | Terry | 6:07-cv-12286-ACC-DAB |
| Becker | Fredric | 6:07-cv-14623-ACC-DAB |
| Becker | Kenny | 6:07-cv-12287-ACC-DAB |
| Becker | Martha | 6:07-cv-13087-ACC-DAB |
| Beckham | Ronald | 6:07-cv-13089-ACC-DAB |
| Becton | Teresa | 6:07-cv-11388-ACC-DAB |
| Bedford | Robert | 6:07-cv-13091-ACC-DAB |
| Bedoy | Yolanda | 6:07-cv-00516-ACC-DAB |
| Beede | Amy | 6:07-cv-14624-ACC-DAB |
| Beets | Wallace | 6:07-cv-15902-ACC-DAB |
| Behe | Steven | 6:07-cv-14625-ACC-DAB |
| Beheler | Crystal | 6:07-cv-13093-ACC-DAB |
| Bejarano | Rebecca | 6:07-cv-10582-ACC-DAB |
| Beland | Edna J | 6:06-cv-01429-ACC-DAB |
| Belcher | Kimberly | 6:07-cv-15903-ACC-DAB |
| Belcomey | Dominique | 6:07-cv-00350-ACC-DAB |
| Belcourt | Lottie J | 6:07-cv-00680-ACC-DAB |
| Belk | Annie | 6:07-cv-12288-ACC-DAB |
| Bell | Charles | 6:08-cv-01918-ACC-DAB |
| Bell | Christina | 6:07-cv-12289-ACC-DAB |
| Bell | Clara | 6:07-cv-15904-ACC-DAB |
| Bell | Crystal | 6:07-cv-15907-ACC-DAB |
| Bell | Joyce | 6:07-cv-12290-ACC-DAB |
| Bell | Keith R | 6:07-cv-02072-ACC-DAB |
| Bell | Linda | 6:07-cv-14626-ACC-DAB |
| Bell | Pamela | 6:07-cv-13095-ACC-DAB |
| Bell | Robin | 6:07-cv-12291-ACC-DAB |
| Bellard | Garland | 6:07-cv-15906-ACC-DAB |
| Bellinger | Charity | 6:07-cv-13097-ACC-DAB |
| Bellman | Dawn R | 6:06-cv-01044-ACC-DAB |
| Belt | Audrey | 6:07-cv-15908-ACC-DAB |
| Belton | Pamela | 6:07-cv-12109-ACC-DAB |
| Benavidez | Noe | 6:06-cv-01393-ACC-DAB |
| Benjamin | Derrick | 6:07-cv-13098-ACC-DAB |
| Benjamin | Gary | 6:07-cv-14627-ACC-DAB |
| Benn | Anthony | 6:07-cv-13099-ACC-DAB |
| Bennett | Catherine | 6:07-cv-11392-ACC-DAB |
| Bennett | Christina | 6:07-cv-11391-ACC-DAB |
| Bennett | Diane | 6:07-cv-15910-ACC-DAB |
| Bennett | Harry | 6:07-cv-13100-ACC-DAB |
| Bennett | Helena | 6:07-cv-15911-ACC-DAB |
| Bennett | John | 6:08-cv-02015-ACC-DAB |
| Bennett | Roy | 6:07-cv-11069-ACC-DAB |
| Bennett | Vicki | 6:07-cv-11390-ACC-DAB |
| Benson | Anita | 6:07-cv-11393-ACC-DAB |
| Benson | Julius | 6:07-cv-13102-ACC-DAB |
| Benson | Michael | 6:07-cv-13103-ACC-DAB |
| Benson | Robert John | 6:08-cv-00362-ACC-DAB |

| | | |
|---|---|---|
| Bentley | Diana | 6:07-cv-13104-ACC-DAB |
| Benton | Raymond McAllister | 6:07-cv-11394-ACC-DAB |
| Berg | Lisa | 6:07-cv-11134-ACC-DAB |
| Berkevich | William | 6:07-cv-11395-ACC-DAB |
| Berman | Daniel | 6:07-cv-12292-ACC-DAB |
| Bernal | Ruth | 6:07-cv-11397-ACC-DAB |
| Bernard | Charles | 6:07-cv-13105-ACC-DAB |
| Bernard | Jacqueline | 6:07-cv-00978-ACC-DAB |
| Bernard | William | 6:09-cv-17080-ACC-DAB |
| Bernards | Christine | 6:07-cv-13106-ACC-DAB |
| Bernstein | Sherry | 6:09-cv-16994-ACC-DAB |
| Berresheim | Joshua | 6:07-cv-12293-ACC-DAB |
| Berry | Barry | 6:07-cv-12294-ACC-DAB |
| Berry | Craig | 6:07-cv-13107-ACC-DAB |
| Berry | Harvey | 6:09-cv-00959-ACC-DAB |
| Berry | Joan | 6:07-cv-13108-ACC-DAB |
| Berry | Julia | 6:07-cv-14630-ACC-DAB |
| Berry | Katie | 6:07-cv-15890-ACC-DAB |
| Berry | Robert | 6:07-cv-13109-ACC-DAB |
| Berry | Tammy | 6:07-cv-12295-ACC-DAB |
| Berryman | Theresa | 6:07-cv-14631-ACC-DAB |
| Bertermann | Deborah | 6:09-cv-17144-ACC-DAB |
| Bessette | Beth | 6:07-cv-14632-ACC-DAB |
| Besson | Elizabeth | 6:07-cv-12296-ACC-DAB |
| Beth | Dortha | 6:07-cv-15912-ACC-DAB |
| Bethea | Larry | 6:07-cv-10583-ACC-DAB |
| Betties | Jackie | 6:07-cv-15914-ACC-DAB |
| Bettiol | Chris | 6:07-cv-12297-ACC-DAB |
| Betz | Karen | 6:07-cv-11398-ACC-DAB |
| Beull | James | 6:07-cv-10197-ACC-DAB |
| Bevan | Paul | 6:07-cv-12298-ACC-DAB |
| Beyers | Shequita | 6:07-cv-14633-ACC-DAB |
| Bias | Willa | 6:07-cv-10584-ACC-DAB |
| Bibbs | Lawrence | 6:07-cv-15915-ACC-DAB |
| Bibee | James | 6:07-cv-14634-ACC-DAB |
| Bierce | James | 6:07-cv-12299-ACC-DAB |
| Bierlich | Russell | 6:07-cv-15688-ACC-DAB |
| Biles | Leola | 6:07-cv-12300-ACC-DAB |
| Bill | Theresa | 6:07-cv-15916-ACC-DAB |
| Billing | Debra | 6:06-cv-01149-ACC-DAB |
| Billings | Maureen | 6:07-cv-10822-ACC-DAB |
| Billingslea | Carol | 6:07-cv-15828-ACC-DAB |
| Billingsley | Willie | 6:07-cv-10585-ACC-DAB |
| Billy | John | 6:07-cv-13112-ACC-DAB |
| Binkley | Brenda | 6:07-cv-01840-ACC-DAB |
| Bircham | Joyce | 6:07-cv-13113-ACC-DAB |
| Birchmore | Martha | 6:07-cv-13115-ACC-DAB |
| Birden | Shauntae | 6:07-cv-10200-ACC-DAB |
| Bires | Colette | 6:07-cv-13116-ACC-DAB |
| Bischoff | Linda | 6:07-cv-15583-ACC-DAB |
| Bishop | Julie | 6:09-cv-16997-ACC-DAB |

| Bishop | Melissa | 6:09-cv-16996-ACC-DAB |
|---|---|---|
| Bisson | Molli | 6:09-cv-00527-ACC-DAB |
| Bjorn | Kathryn A | 6:06-cv-01010-ACC-DAB |
| Black | Bonnie | 6:07-cv-13118-ACC-DAB |
| Black | Calvin | 6:07-cv-15918-ACC-DAB |
| Black | Cody | 6:07-cv-14636-ACC-DAB |
| Black | Devin | 6:07-cv-13119-ACC-DAB |
| Black | Jerry | 6:07-cv-13120-ACC-DAB |
| Black | Kenneth | 6:07-cv-12301-ACC-DAB |
| Black | Vernon | 6:07-cv-14637-ACC-DAB |
| Blackard | James | 6:07-cv-10202-ACC-DAB |
| Blackburn | Danita | 6:07-cv-13121-ACC-DAB |
| Blackmer | Jane | 6:07-cv-11400-ACC-DAB |
| Blackmon | Linda | 6:07-cv-11135-ACC-DAB |
| Blackmore-Gee | Horace | 6:07-cv-11136-ACC-DAB |
| Blackwell | Kathryn | 6:07-cv-15689-ACC-DAB |
| Blaha | Margaret | 6:07-cv-12303-ACC-DAB |
| Blair | Carolyn | 6:07-cv-12304-ACC-DAB |
| Blair | Emma | 6:07-cv-13122-ACC-DAB |
| Blair | Shirlean | 6:07-cv-11401-ACC-DAB |
| Blake | Brenda | 6:07-cv-13123-ACC-DAB |
| Blakeman | Tim | 6:07-cv-13124-ACC-DAB |
| Blalock | Wailes | 6:07-cv-14638-ACC-DAB |
| Blanchard | Sharon F | 6:07-cv-10120-ACC-DAB |
| Blankenship | Daniel | 6:07-cv-14639-ACC-DAB |
| Blankenship | Terrance | 6:07-cv-11402-ACC-DAB |
| Blanton | Daniel W | 6:07-cv-00349-ACC-DAB |
| Blanton | John | 6:07-cv-13125-ACC-DAB |
| Blanton | Odell | 6:07-cv-13126-ACC-DAB |
| Bledsoe | Ruby | 6:07-cv-10204-ACC-DAB |
| Bleichner | Cindy | 6:08-cv-02101-ACC-DAB |
| Blevins | Colleen | 6:07-cv-14640-ACC-DAB |
| Blevins | Deborah B | 6:08-cv-00166-ACC-DAB |
| Blevins | Ismaiha | 6:07-cv-11404-ACC-DAB |
| Bligen | Beulah | 6:07-cv-11137-ACC-DAB |
| Blincoe | Darrylyn | 6:07-cv-13127-ACC-DAB |
| Block | Brandi | 6:07-cv-13128-ACC-DAB |
| Block | Conrad | 6:07-cv-14641-ACC-DAB |
| Block | Patrick | 6:07-cv-13129-ACC-DAB |
| Blocker | Lola | 6:07-cv-13130-ACC-DAB |
| Blofsky | Sean | 6:07-cv-12305-ACC-DAB |
| Blount | Beatrice | 6:07-cv-11138-ACC-DAB |
| Blount | Brandie | 6:07-cv-14642-ACC-DAB |
| Blue | Vannessa | 6:07-cv-11406-ACC-DAB |
| Blun | Pamela | 6:07-cv-13131-ACC-DAB |
| Boal | Jeffrey | 6:06-cv-01043-ACC-DAB |
| Boatwright | Julia L | 6:06-cv-01012-ACC-DAB |
| Bobal | Mark D | 6:06-cv-00969-ACC-DAB |
| Bock | Brenda | 6:07-cv-11407-ACC-DAB |
| Boger | Donald | 6:07-cv-14645-ACC-DAB |
| Bohon | John | 6:07-cv-10496-ACC-DAB |

| Bohorquez | Angelica M | 6:07-cv-16746-ACC-DAB |
|---|---|---|
| Boian | Jane | 6:07-cv-13132-ACC-DAB |
| Bolaus | Mary | 6:07-cv-15920-ACC-DAB |
| Bolds | Dominique | 6:07-cv-13133-ACC-DAB |
| Bolds | Lori | 6:07-cv-11408-ACC-DAB |
| Boler | Michael | 6:09-cv-17177-ACC-DAB |
| Bolton | Carol | 6:07-cv-14646-ACC-DAB |
| Bolton | William W | 6:07-cv-10121-ACC-DAB |
| Boman | Delmar | 6:07-cv-14647-ACC-DAB |
| Boman | Phoebia | 6:09-cv-17001-ACC-DAB |
| Bond | Jerry | 6:07-cv-14648-ACC-DAB |
| Bond | Ken | 6:07-cv-11410-ACC-DAB |
| Bonebrake | Carole | 6:07-cv-15690-ACC-DAB |
| Bonner | Brenda | 6:07-cv-15924-ACC-DAB |
| Bonner | Geraldine | 6:07-cv-10586-ACC-DAB |
| Booker | Gay | 6:07-cv-11411-ACC-DAB |
| Booker | Johnny | 6:07-cv-11140-ACC-DAB |
| Booker-Miles | Thelma | 6:07-cv-12307-ACC-DAB |
| Boone | Michael | 6:07-cv-14650-ACC-DAB |
| Borden | Delores | 6:09-cv-17174-ACC-DAB |
| Borders | Angela | 6:09-cv-17000-ACC-DAB |
| Borg | Sally | 6:07-cv-13136-ACC-DAB |
| Borges | Frank | 6:07-cv-00357-ACC-DAB |
| Borges | Mandi | 6:07-cv-15926-ACC-DAB |
| Bornes | Felicia | 6:07-cv-15927-ACC-DAB |
| Borowicz | Michael | 6:07-cv-13137-ACC-DAB |
| Bosaw | Jennifer L | 6:06-cv-01011-ACC-DAB |
| Boston | Annabelle | 6:07-cv-14652-ACC-DAB |
| Boston | Darlene | 6:07-cv-13138-ACC-DAB |
| Bouchard | Michael | 6:08-cv-00230-ACC-DAB |
| Boudreau | Elizabeth | 6:09-cv-00526-ACC-DAB |
| Bough-Robinson | Emily | 6:06-cv-01853-ACC-DAB |
| Bouie | Lythia | 6:07-cv-11413-ACC-DAB |
| Bouknight | Carl | 6:07-cv-15928-ACC-DAB |
| Bouras | Vicki | 6:07-cv-11414-ACC-DAB |
| Bouslog | Melissa | 6:07-cv-13139-ACC-DAB |
| Boutte | David | 6:07-cv-11415-ACC-DAB |
| Bouwman | Gary | 6:08-cv-00859-ACC-DAB |
| Bowdler | Larry | 6:09-cv-01496-ACC-DAB |
| Bowen | Amanda | 6:07-cv-15556-ACC-DAB |
| Bowen | Dawn | 6:07-cv-14653-ACC-DAB |
| Bowen | Joanne | 6:09-cv-17190-ACC-DAB |
| Bowers | Gregory | 6:07-cv-13141-ACC-DAB |
| Bowers | Virginia A | 6:08-cv-00169-ACC-DAB |
| Bowie | Annette | 6:07-cv-11416-ACC-DAB |
| Bowles | Eric | 6:07-cv-13142-ACC-DAB |
| Bowles | LaTashia | 6:07-cv-16786-ACC-DAB |
| Bowles | Sharman | 6:09-cv-17191-ACC-DAB |
| Bowling | James | 6:07-cv-13143-ACC-DAB |
| Bowman | James | 6:07-cv-10497-ACC-DAB |
| Bowman | Lonnie | 6:07-cv-14654-ACC-DAB |

21324705.1

| | | |
|---|---|---|
| Bowman | Naomia | 6:07-cv-12308-ACC-DAB |
| Bowman | Timmie | 6:07-cv-14655-ACC-DAB |
| Bowser | Tully | 6:07-cv-13144-ACC-DAB |
| Boyce | Lynette | 6:08-cv-01312-ACC-DAB |
| Boyce | Lynette | 6:08-cv-01508-ACC-DAB |
| Boyce | Willena | 6:07-cv-02069-ACC-DAB |
| Boyd | Christopher | 6:07-cv-15929-ACC-DAB |
| Boyd | Jenene | 6:07-cv-14656-ACC-DAB |
| Boyd | Mary | 6:07-cv-11417-ACC-DAB |
| Boyden-Campbell | Betty | 6:07-cv-10498-ACC-DAB |
| Boyer | Debra | 6:06-cv-00970-ACC-DAB |
| Boyer | John | 6:08-cv-01710-ACC-DAB |
| Boyer | Norman | 6:07-cv-11418-ACC-DAB |
| Boyer | Ronald | 6:07-cv-00997-ACC-DAB |
| Boyson | Deborah | 6:07-cv-14657-ACC-DAB |
| Brackney | Phyona | 6:07-cv-15691-ACC-DAB |
| Braden | Patricia | 6:07-cv-10208-ACC-DAB |
| Bradford | Katharine | 6:07-cv-11419-ACC-DAB |
| Bradley | Antoine | 6:07-cv-11420-ACC-DAB |
| Bradley | Carol | 6:07-cv-15931-ACC-DAB |
| Bradley | Helen | 6:07-cv-13146-ACC-DAB |
| Bradley | JoAnn | 6:09-cv-17002-ACC-DAB |
| Bradley | Michael | 6:07-cv-13147-ACC-DAB |
| Bradshaw | Craig | 6:09-cv-01858-ACC-DAB |
| Brady | Sandra | 6:09-cv-00964-ACC-DAB |
| Bragg | Fredrick A | 6:07-cv-10168-ACC-DAB |
| Bragg | Leonard | 6:07-cv-10499-ACC-DAB |
| Bragg | Martin | 6:07-cv-13148-ACC-DAB |
| Bragg | Misty | 6:07-cv-11141-ACC-DAB |
| Brake | Audrey | 6:09-cv-17003-ACC-DAB |
| Bramlett | Annette Kay | 6:09-cv-00965-ACC-DAB |
| Branch-Hartzog | Ernestine | 6:07-cv-15629-ACC-DAB |
| Brandt | Victoria | 6:07-cv-12311-ACC-DAB |
| Branham | Francis | 6:07-cv-00343-ACC-DAB |
| Brannan | Joel | 6:07-cv-13149-ACC-DAB |
| Brantley | LaKisha | 6:07-cv-16770-ACC-DAB |
| Brasher | Brett | 6:07-cv-11142-ACC-DAB |
| Brasher | Donna | 6:07-cv-15932-ACC-DAB |
| Brass | Andre | 6:08-cv-02104-ACC-DAB |
| Braun | Donna | 6:07-cv-15933-ACC-DAB |
| Braun | Linda | 6:07-cv-10209-ACC-DAB |
| Bray | Victor | 6:07-cv-15934-ACC-DAB |
| Brazee | Ashley | 6:07-cv-15935-ACC-DAB |
| Brazil | John | 6:07-cv-12312-ACC-DAB |
| Breaux | Joanne | 6:07-cv-12313-ACC-DAB |
| Brent | David | 6:07-cv-14662-ACC-DAB |
| Brewer | Anita | 6:07-cv-14663-ACC-DAB |
| Brewer | Makibra | 6:07-cv-00512-ACC-DAB |
| Brewer | Rachel | 6:07-cv-14664-ACC-DAB |
| Brezonick | Bobbette | 6:07-cv-12110-ACC-DAB |
| Brickey | Sharon | 6:07-cv-10824-ACC-DAB |

| Bride | James | 6:07-cv-11422-ACC-DAB |
|---|---|---|
| Bridgeman | Nelson | 6:07-cv-14665-ACC-DAB |
| Bridges | Brenda K | 6:07-cv-10123-ACC-DAB |
| Bridges | Kenneth | 6:07-cv-10825-ACC-DAB |
| Bridges | Mary | 6:07-cv-14666-ACC-DAB |
| Bridges | Teresa | 6:09-cv-00373-ACC-DAB |
| Bridgewater | Nathaniel | 6:07-cv-14667-ACC-DAB |
| Briggs | Althea | 6:07-cv-12314-ACC-DAB |
| Briggs | Dale | 6:07-cv-13153-ACC-DAB |
| Briggs | Lyndon | 6:07-cv-15937-ACC-DAB |
| Brigham | Michael | 6:07-cv-12315-ACC-DAB |
| Briglia | Christine | 6:08-cv-00646-ACC-DAB |
| Brigode | Kelly | 6:07-cv-15939-ACC-DAB |
| Briner | Tracy | 6:07-cv-14669-ACC-DAB |
| Brinson | Charles | 6:07-cv-14670-ACC-DAB |
| Brinson | Charles | 6:08-cv-01228-ACC-DAB |
| Britt | Carol | 6:09-cv-17004-ACC-DAB |
| Britt | Shannon Morris | 6:07-cv-10124-ACC-DAB |
| Britten | Ann | 6:07-cv-10211-ACC-DAB |
| Britton | Roger | 6:07-cv-14671-ACC-DAB |
| Brix | Phyllis | 6:07-cv-11144-ACC-DAB |
| Broach | Lora | 6:07-cv-13154-ACC-DAB |
| Broadnax | Mary A | 6:07-cv-13155-ACC-DAB |
| Brock | Diana | 6:07-cv-13156-ACC-DAB |
| Brock | O'Brien | 6:07-cv-14674-ACC-DAB |
| Brock | Shamika | 6:07-cv-10588-ACC-DAB |
| Brock | Sharon | 6:07-cv-13157-ACC-DAB |
| Brock | William H | 6:07-cv-00347-ACC-DAB |
| Broege | Cindy | 6:07-cv-12111-ACC-DAB |
| Brookman | Peggy | 6:07-cv-15941-ACC-DAB |
| Brooks | Carol | 6:07-cv-15942-ACC-DAB |
| Brooks | Carol | 6:09-cv-00264-ACC-DAB |
| Brooks | Daniel | 6:07-cv-10589-ACC-DAB |
| Brooks | George S | 6:07-cv-13159-ACC-DAB |
| Brooks | Jeannie | 6:09-cv-17005-ACC-DAB |
| Brcoks | Jennifer | 6:07-cv-10590-ACC-DAB |
| Brooks | Linda | 6:07-cv-15943-ACC-DAB |
| Brooks | Michelle | 6:09-cv-17005-ACC-DAB |
| Brooks | Rheba | 6:07-cv-10500-ACC-DAB |
| Brooks | Teresa | 6:07-cv-02061-ACC-DAB |
| Brooks | Tommy | 6:07-cv-11424-ACC-DAB |
| Broome | Lewis | 6:07-cv-14676-ACC-DAB |
| Broughton | Clarence | 6:07-cv-00514-ACC-DAB |
| Broughton | Dorothy | 6:07-cv-14677-ACC-DAB |
| Broussard | Carol | 6:07-cv-14678-ACC-DAB |
| Broussard | DiAnna | 6:07-cv-10212-ACC-DAB |
| Broussard | Joann | 6:07-cv-12316-ACC-DAB |
| Brown | Addlean | 6:07-cv-14679-ACC-DAB |
| Brown | Brenda | 6:07-cv-15944-ACC-DAB |
| Brown | Charles | 6:07-cv-10501-ACC-DAB |
| Brown | Charles | 6:07-cv-11432-ACC-DAB |

| Brown | Charles | 6:07-cv-13161-ACC-DAB |
|-------|---------|------------------------|
| Brown | Chris | 6:07-cv-10213-ACC-DAB |
| Brown | Christina | 6:07-cv-11430-ACC-DAB |
| Brown | Daisy | 6:07-cv-15945-ACC-DAB |
| Brown | Danita | 6:07-cv-13162-ACC-DAB |
| Brown | Darlene M | 6:07-cv-00338-ACC-DAB |
| Brown | Darnell | 6:07-cv-11425-ACC-DAB |
| Brown | David | 6:07-cv-13164-ACC-DAB |
| Brown | Deborah | 6:07-cv-13165-ACC-DAB |
| Brown | Deirdra | 6:07-cv-10591-ACC-DAB |
| Brown | Doris | 6:07-cv-10592-ACC-DAB |
| Brown | Douglas | 6:07-cv-11428-ACC-DAB |
| Brown | Edith | 6:07-cv-13167-ACC-DAB |
| Brown | Eugene | 6:07-cv-10214-ACC-DAB |
| Brown | Geneva | 6:07-cv-14680-ACC-DAB |
| Brown | George L | 6:07-cv-01406-ACC-DAB |
| Brown | Hattie | 6:07-cv-15947-ACC-DAB |
| Brown | Jacqueline | 6:07-cv-13168-ACC-DAB |
| Brown | James | 6:07-cv-10215-ACC-DAB |
| Brown | Jermeia | 6:07-cv-14681-ACC-DAB |
| Brown | Karen | 6:07-cv-13170-ACC-DAB |
| Brown | Karen | 6:07-cv-14682-ACC-DAB |
| Brown | Kenisha | 6:07-cv-14683-ACC-DAB |
| Brown | Kerry | 6:07-cv-14684-ACC-DAB |
| Brown | Kerry | 6:07-cv-14684-ACC-DAB |
| Brown | Lamar | 6:07-cv-10216-ACC-DAB |
| Brown | Larry | 6:07-cv-13171-ACC-DAB |
| Brown | Latoya | 6:07-cv-15584-ACC-DAB |
| Brown | Laurin | 6:07-cv-11431-ACC-DAB |
| Brown | Linda | 6:07-cv-13173-ACC-DAB |
| Brown | Lindi | 6:07-cv-00682-ACC-DAB |
| Brown | Lindi | 6:07-cv-00682-ACC-DAB |
| Brown | Marcella | 6:07-cv-14685-ACC-DAB |
| Brown | Marie Sue | 6:07-cv-13174-ACC-DAB |
| Brown | Michael | 6:07-cv-10217-ACC-DAB |
| Brown | Michael | 6:07-cv-10594-ACC-DAB |
| Brown | Paul | 6:07-cv-13175-ACC-DAB |
| Brown | Pauline | 6:07-cv-10827-ACC-DAB |
| Brown | Phylis | 6:07-cv-15948-ACC-DAB |
| Brown | Regina | 6:07-cv-12319-ACC-DAB |
| Brown | Regina | 6:07-cv-13176-ACC-DAB |
| Brown | Renee | 6:07-cv-11145-ACC-DAB |
| Brown | Rita | 6:07-cv-13177-ACC-DAB |
| Brown | Robert | 6:07-cv-12320-ACC-DAB |
| Brown | Sharyn | 6:07-cv-11427-ACC-DAB |
| Brown | Tom | 6:07-cv-13178-ACC-DAB |
| Brown | Tracie | 6:07-cv-11429-ACC-DAB |
| Brown | Virginia | 6:07-cv-14686-ACC-DAB |
| Brown | Walter | 6:07-cv-13174-ACC-DAB |
| Brown | William C | 6:07-cv-12317-ACC-DAB |
| Brown | William C | 6:07-cv-13179-ACC-DAB |

| Brown | Woodrow | 6:07-cv-16714-ACC-DAB |
|---|---|---|
| Brown | Yvonne | 6:07-cv-14688-ACC-DAB |
| Brownalawuru | Maryola | 6:07-cv-13180-ACC-DAB |
| Brownfield | Dennis | 6:07-cv-13181-ACC-DAB |
| Brown-Little | Mary | 6:07-cv-10828-ACC-DAB |
| Bruce | Christine M | 6:07-cv-00359-ACC-DAB |
| Bruce | Michelle | 6:07-cv-10829-ACC-DAB |
| Brudie | David | 6:07-cv-11071-ACC-DAB |
| Brumfield | Linda | 6:07-cv-10218-ACC-DAB |
| Brumfield | Lisa | 6:07-cv-15949-ACC-DAB |
| Brumley | Kimberly | 6:07-cv-12321-ACC-DAB |
| Brummel | Julie | 6:07-cv-12322-ACC-DAB |
| Bruner | Linda | 6:07-cv-13183-ACC-DAB |
| Brunson | Delores | 6:07-cv-13185-ACC-DAB |
| Brunson | Gayle | 6:07-cv-15950-ACC-DAB |
| Brush | Jimmy | 6:07-cv-15951-ACC-DAB |
| Bruton | Nancy | 6:09-cv-17007-ACC-DAB |
| Brutus | Darlin | 6:07-cv-00368-ACC-DAB |
| Bryant | Carlton | 6:07-cv-11435-ACC-DAB |
| Bryant | Cindy | 6:06-cv-01052-ACC-DAB |
| Bryant | Kristi | 6:07-cv-13188-ACC-DAB |
| Bryant | Lynda | 6:07-cv-13189-ACC-DAB |
| Bryant | Susan | 6:07-cv-13190-ACC-DAB |
| Bryant | Tora | 6:07-cv-10830-ACC-DAB |
| Bryant-Resnover | Gloria | 6:07-cv-12323-ACC-DAB |
| Buchanan | Anita L | 6:06-cv-01020-ACC-DAB |
| Buchanan | Russell | 6:07-cv-15568-ACC-DAB |
| Buchanan | Virginia | 6:07-cv-15953-ACC-DAB |
| Bucher | Harriett | 6:07-cv-15954-ACC-DAB |
| Buckingham | Trina | 6:07-cv-10220-ACC-DAB |
| Buckley | Maxine | 6:07-cv-15955-ACC-DAB |
| Buckner | Dennis | 6:07-cv-11436-ACC-DAB |
| Buffington | Carol | 6:07-cv-15956-ACC-DAB |
| Buffington | Julia | 6:07-cv-11146-ACC-DAB |
| Buggs | Jerome | 6:07-cv-11147-ACC-DAB |
| Bukowski | Anne | 6:07-cv-10596-ACC-DAB |
| Bull | Perry | 6:07-cv-13193-ACC-DAB |
| Bulla | Jerrold | 6:07-cv-10597-ACC-DAB |
| Bunce | Dorris | 6:07-cv-14689-ACC-DAB |
| Bunch | David | 6:07-cv-10221-ACC-DAB |
| Bundy | Michael | 6:07-cv-13195-ACC-DAB |
| Bunting | Sandra | 6:07-cv-15957-ACC-DAB |
| Burbage | Elizabeth | 6:09-cv-17008-ACC-DAB |
| Burbank | Winifred | 6:07-cv-13196-ACC-DAB |
| Burbridge | Arthur | 6:07-cv-13197-ACC-DAB |
| Burch | Randy | 6:07-cv-10197-ACC-DAB |
| Burden | Trent | 6:08-cv-01136-ACC-DAB |
| Burenatte | Kimberly | 6:07-cv-13198-ACC-DAB |
| Burford | Deborah | 6:07-cv-13199-ACC-DAB |
| Burger | James | 6:07-cv-12326-ACC-DAB |
| Burgess | Annbrea | 6:07-cv-11148-ACC-DAB |

| Burgess | Denise | 6:07-cv-12327-ACC-DAB |
|---------|--------|-----------------------|
| Burgess | Loretta D | 6:07-cv-10095-ACC-DAB |
| Burgess | Shelly | 6:07-cv-13200-ACC-DAB |
| Burgett | Judy | 6:09-cv-17192-ACC-DAB |
| Burgie | Felton | 6:07-cv-14690-ACC-DAB |
| Burke | Janay | 6:09-cv-17193-ACC-DAB |
| Burke | Tangela | 6:09-cv-01201-ACC-DAB |
| Burkhardt | Jacqueline | 6:07-cv-11438-ACC-DAB |
| Burkhart | Walter | 6:07-cv-12329-ACC-DAB |
| Burks | Kimberly | 6:07-cv-12330-ACC-DAB |
| Burleson | Gary | 6:07-cv-11439-ACC-DAB |
| Burley | Angela | 6:06-cv-01510-ACC-DAB |
| Burnett | Cassandra | 6:07-cv-10598-ACC-DAB |
| Burnette | Karen | 6:07-cv-12331-ACC-DAB |
| Burney | Henry | 6:07-cv-13202-ACC-DAB |
| Burnham | Mashell | 6:07-cv-12332-ACC-DAB |
| Burnine | Walter | 6:07-cv-12333-ACC-DAB |
| Burns | Beverly | 6:07-cv-12334-ACC-DAB |
| Burns | Sandra | 6:07-cv-14692-ACC-DAB |
| Burnson | Norma | 6:09-cv-01859-ACC-DAB |
| Burpee | Ellen | 6:07-cv-13203-ACC-DAB |
| Burrage | Lorene | 6:07-cv-15960-ACC-DAB |
| Burrell | Alethia | 6:07-cv-15961-ACC-DAB |
| Burrell | Sophia | 6:09-cv-00248-ACC-DAB |
| Burris | Jessica | 6:07-cv-14693-ACC-DAB |
| Burrow | Kari | 6:07-cv-12112-ACC-DAB |
| Burrus | Verna | 6:07-cv-16756-ACC-DAB |
| Burson | Nancy | 6:08-cv-01429-ACC-DAB |
| Burton | Catherine | 6:09-cv-00968-ACC-DAB |
| Burton | Charles | 6:07-cv-15962-ACC-DAB |
| Burton | David | 6:07-cv-14694-ACC-DAB |
| Burton | Dianna | 6:07-cv-00363-ACC-DAB |
| Burton | Michael | 6:07-cv-15586-ACC-DAB |
| Burton | Roseanne | 6:07-cv-12335-ACC-DAB |
| Burton | Sammy | 6:07-cv-00370-ACC-DAB |
| Burtschi | Diane | 6:07-cv-14695-ACC-DAB |
| Busby | Harry | 6:07-cv-15963-ACC-DAB |
| Busch | Crystal | 6:08-cv-01445-ACC-DAB |
| Busch | Indi | 6:07-cv-12113-ACC-DAB |
| Bush | Derek | 6:07-cv-12336-ACC-DAB |
| Bush | Lauran | 6:09-cv-17194-ACC-DAB |
| Bush | Thomas | 6:07-cv-01274-ACC-DAB |
| Bush | Walter | 6:07-cv-13204-ACC-DAB |
| Bustillos | Patrick | 6:07-cv-12337-ACC-DAB |
| Butcher | Albert III | 6:07-cv-14270-ACC-DAB |
| Butland | Chloe | 6:07-cv-11150-ACC-DAB |
| Butler | Bridetracy | 6:07-cv-10503-ACC-DAB |
| Butler | Carol | 6:07-cv-15964-ACC-DAB |
| Butler | Donna Jean | 6:07-cv-15966-ACC-DAB |
| Butler | Jason | 6:07-cv-13206-ACC-DAB |
| Butler | Jeffery | 6:07-cv-10061-ACC-DAB |

| Butler | June | 6:07-cv-00373-ACC-DAB |
|---|---|---|
| Butler | Richard | 6:07-cv-15968-ACC-DAB |
| Butler Turner | Lydia | 6:07-cv-11441-ACC-DAB |
| Butrick | Margaret | 6:07-cv-13207-ACC-DAB |
| Butts | James | 6:07-cv-15969-ACC-DAB |
| Byers | Janice | 6:07-cv-13209-ACC-DAB |
| Byington | Nancy | 6:07-cv-10599-ACC-DAB |
| Byrd | Davis | 6:07-cv-13210-ACC-DAB |
| Byrd | Fredrick | 6:07-cv-14697-ACC-DAB |
| Byrd | Ramona | 6:09-cv-17009-ACC-DAB |
| Byrom | Antionette | 6:07-cv-13212-ACC-DAB |
| Caban | Iris | 6:07-cv-15970-ACC-DAB |
| Cabay | Valerie | 6:09-cv-17160-ACC-DAB |
| Cable | Sharon | 6:09-cv-17010-ACC-DAB |
| Cade | Bobbie | 6:07-cv-12097-ACC-DAB |
| Cadena | Robert | 6:07-cv-13213-ACC-DAB |
| Cadle | Charles | 6:07-cv-10600-ACC-DAB |
| Cadwallader | Forrest | 6:08-cv-00645-ACC-DAB |
| Cagg | William | 6:07-cv-13214-ACC-DAB |
| Cagle | Gary | 6:09-cv-17011-ACC-DAB |
| Cain | Diane | 6:07-cv-14698-ACC-DAB |
| Cains | Gracie | 6:07-cv-10126-ACC-DAB |
| Caldwell | Bill | 6:07-cv-12339-ACC-DAB |
| Caldwell | Flora | 6:09-cv-17012-ACC-DAB |
| Caldwell | Gary | 6:07-cv-15972-ACC-DAB |
| Caldwell | Leona | 6:06-cv-00996-ACC-DAB |
| Caldwell | Sharon | 6:07-cv-00341-ACC-DAB |
| Calhoun | Dolores | 6:07-cv-13215-ACC-DAB |
| Calhoun | Priscilla | 6:07-cv-15973-ACC-DAB |
| Calhoun | Sandy | 6:07-cv-11442-ACC-DAB |
| Calicott | Linda | 6:07-cv-14699-ACC-DAB |
| Call | Martha | 6:07-cv-10601-ACC-DAB |
| Callahan | Linda | 6:07-cv-11072-ACC-DAB |
| Callier | Carylis | 6:07-cv-13216-ACC-DAB |
| Callion | Felicia | 6:07-cv-12341-ACC-DAB |
| Calloway | Veronica | 6:07-cv-15974-ACC-DAB |
| Camacho | Lucia | 6:07-cv-12115-ACC-DAB |
| Camacho | Paulette | 6:07-cv-12342-ACC-DAB |
| Camp | Angela | 6:07-cv-10602-ACC-DAB |
| Camp | Brenda | 6:07-cv-11443-ACC-DAB |
| Camp | James | 6:07-cv-13217-ACC-DAB |
| Camp | Kathy | 6:07-cv-12343-ACC-DAB |
| Camp | Peggy | 6:07-cv-14700-ACC-DAB |
| Camp | Ty | 6:07-cv-14701-ACC-DAB |
| Campbell | Alice | 6:07-cv-15975-ACC-DAB |
| Campbell | Betty | 6:07-cv-10022-ACC-DAB |
| Campbell | Betty | 6:07-cv-13205-ACC-DAB |
| Campbell | Dewey | 6:07-cv-14702-ACC-DAB |
| Campbell | Lloyd | 6:09-cv-17013-ACC-DAB |
| Campbell | Lorine | 6:07-cv-14703-ACC-DAB |
| Campbell | Mary | 6:07-cv-13219-ACC-DAB |

| Campbell | Sherry | 6:07-cv-10505-ACC-DAB |
|----------|--------|------------------------|
| Campos | Donna | 6:07-cv-12347-ACC-DAB |
| Campos | Juan | 6:07-cv-14704-ACC-DAB |
| Campos | Robert | 6:07-cv-11444-ACC-DAB |
| Canady | Mark | 6:07-cv-10832-ACC-DAB |
| Canales | Dianna | 6:07-cv-12348-ACC-DAB |
| Cannetti | John Peter | 6:09-cv-00031-ACC-DAB |
| Cannon | Brenda | 6:08-cv-01222-ACC-DAB |
| Cannon | Vicky | 6:07-cv-15977-ACC-DAB |
| Cannon | Yvette | 6:07-cv-10224-ACC-DAB |
| Cano | Alberto | 6:07-cv-13221-ACC-DAB |
| Cantey | Deloris | 6:09-cv-17129-ACC-DAB |
| Cantrell | James | 6:07-cv-10603-ACC-DAB |
| Cantrell | Marion | 6:07-cv-12349-ACC-DAB |
| Cantrell | Rebecca | 6:07-cv-13222-ACC-DAB |
| Cape | Elizabeth | 6:07-cv-12116-ACC-DAB |
| Capps | Brenda | 6:07-cv-13223-ACC-DAB |
| Capps | Robert | 6:09-cv-17014-ACC-DAB |
| Caraballo | George | 6:07-cv-13224-ACC-DAB |
| Caraballo | Miguel A | 6:07-cv-00344-ACC-DAB |
| Cardwell | David | 6:07-cv-13226-ACC-DAB |
| Cardwell | Donna | 6:07-cv-12350-ACC-DAB |
| Carey | John | 6:07-cv-10506-ACC-DAB |
| Carey | Shandra | 6:08-cv-02108-ACC-DAB |
| Cargal | Debra | 6:07-cv-12092-ACC-DAB |
| Carloni | Dawn | 6:09-cv-00621-ACC-DAB |
| Carlson | Laura | 6:07-cv-10227-ACC-DAB |
| Carlson | Lila | 6:07-cv-12351-ACC-DAB |
| Carlton | Michele | 6:07-cv-11446-ACC-DAB |
| Carmichael | Mark | 6:07-cv-15979-ACC-DAB |
| Carmichael | Theresa | 6:07-cv-11447-ACC-DAB |
| Carnahan | George | 6:09-cv-00035-ACC-DAB |
| Caroway | James | 6:07-cv-13227-ACC-DAB |
| Carpenter | Barbara | 6:07-cv-12352-ACC-DAB |
| Carpenter | Betty | 6:07-cv-13228-ACC-DAB |
| Carpenter | Charlotte | 6:09-cv-17015-ACC-DAB |
| Carpenter | Geraldine | 6:07-cv-15980-ACC-DAB |
| Carpenter | Loretta | 6:07-cv-11448-ACC-DAB |
| Carr | Florence | 6:07-cv-11449-ACC-DAB |
| Carr | Willie | 6:07-cv-14707-ACC-DAB |
| Carraway | Ruby | 6:07-cv-14708-ACC-DAB |
| Carreras | Peter | 6:07-cv-00348-ACC-DAB |
| Carriker | Tanya | 6:07-cv-10507-ACC-DAB |
| Carrillo | Daniel | 6:07-cv-11450-ACC-DAB |
| Carrizales | Gloria | 6:07-cv-15981-ACC-DAB |
| Carroll | Daniel | 6:07-cv-13230-ACC-DAB |
| Carroll | Debra L | 6:06-cv-01616-ACC-DAB |
| Carroll | Lori A | 6:06-cv-00974-ACC-DAB |
| Carroll | Lori M | 6:07-cv-10173-ACC-DAB |
| Carroll | Roland | 6:07-cv-10833-ACC-DAB |
| Carrow | Lester | 6:07-cv-01458-ACC-DAB |

| Carson | Carol | 6:07-cv-15982-ACC-DAB |
|---|---|---|
| Carson | Edith | 6:07-cv-14710-ACC-DAB |
| Carson | Lillian | 6:07-cv-14711-ACC-DAB |
| Carswell | James | 6:09-cv-17016-ACC-DAB |
| Carter | Angela | 6:07-cv-14712-ACC-DAB |
| Carter | Anthony | 6:07-cv-14713-ACC-DAB |
| Carter | Avis | 6:07-cv-13231-ACC-DAB |
| Carter | Deborah | 6:07-cv-12410-ACC-DAB |
| Carter | Delores | 6:07-cv-10834-ACC-DAB |
| Carter | Ida | 6:07-cv-13232-ACC-DAB |
| Carter | Lenora J | 6:06-cv-01325-ACC-DAB |
| Carter | Mary | 6:07-cv-10835-ACC-DAB |
| Carter | Mary | 6:07-cv-12354-ACC-DAB |
| Carter | Roger | 6:09-cv-17017-ACC-DAB |
| Carter | Sheila | 6:07-cv-12355-ACC-DAB |
| Carter | Tammy | 6:07-cv-15984-ACC-DAB |
| Carter | Tonya | 6:07-cv-15985-ACC-DAB |
| Carter | Wanda | 6:07-cv-15986-ACC-DAB |
| Carter-Gonding | Darla | 6:07-cv-13235-ACC-DAB |
| Cartier | Robert | 6:07-cv-15693-ACC-DAB |
| Carty | Inis | 6:07-cv-12356-ACC-DAB |
| Casadidio | David | 6:07-cv-11452-ACC-DAB |
| Casby | Shirley | 6:07-cv-14715-ACC-DAB |
| Case | Tammy | 6:07-cv-13236-ACC-DAB |
| Cash | Christopher | 6:07-cv-15988-ACC-DAB |
| Cash | Gloria | 6:07-cv-12357-ACC-DAB |
| Casillas | Jennifer | 6:09-cv-17178-ACC-DAB |
| Casorla | Kimberly | 6:07-cv-12358-ACC-DAB |
| Cassano | Marie | 6:07-cv-16768-ACC-DAB |
| Cassidy | Tina M | 6:07-cv-10024-ACC-DAB |
| Castillo | Andrew | 6:09-cv-00957-ACC-DAB |
| Casto | Eloise | 6:07-cv-15694-ACC-DAB |
| Catchings | Julia | 6:07-cv-11453-ACC-DAB |
| Cater | Mildred | 6:07-cv-12359-ACC-DAB |
| Cates | Nancy | 6:07-cv-14716-ACC-DAB |
| Cates | Ronald | 6:07-cv-15990-ACC-DAB |
| Cathcart | Yolanda | 6:08-cv-01943-ACC-DAB |
| Catherson | Daniel | 6:07-cv-15587-ACC-DAB |
| Cathey | Sue | 6:07-cv-12360-ACC-DAB |
| Caudill | Amanda | 6:07-cv-11718-ACC-DAB |
| Caughron | Alta | 6:08-cv-00946-ACC-DAB |
| Causey | Ella | 6:07-cv-10508-ACC-DAB |
| Causey | Mildred | 6:07-cv-15991-ACC-DAB |
| Caverl | Marcella | 6:07-cv-13237-ACC-DAB |
| Cavers | Bruce | 6:09-cv-17161-ACC-DAB |
| Caylor | Donna | 6:07-cv-14717-ACC-DAB |
| Ceesay | Lamin | 6:07-cv-11454-ACC-DAB |
| Cennamo | Steven | 6:07-cv-12363-ACC-DAB |
| Cerny | Matilda | 6:07-cv-11455-ACC-DAB |
| Chacon | Eduardo V Jr. | 6:08-cv-00909-ACC-DAB |
| Chadwell | Danielle | 6:07-cv-15992-ACC-DAB |

| Chaffen | Rudolph E. | 6:08-cv-00365-ACC-DAB |
|---|---|---|
| Chalk | Roy | 6:07-cv-14718-ACC-DAB |
| Challender | Daniel | 6:07-cv-10228-ACC-DAB |
| Chambers | Albert | 6:07-cv-15993-ACC-DAB |
| Chambers | Annie | 6:07-cv-11152-ACC-DAB |
| Chambers | Jean | 6:07-cv-15994-ACC-DAB |
| Chambers | Justin Bruce | 6:07-cv-10003-ACC-DAB |
| Chambers | Mary | 6:07-cv-14720-ACC-DAB |
| Chambers | Patsy | 6:09-cv-17152-ACC-DAB |
| Chambers | Teresa | 6:07-cv-15995-ACC-DAB |
| Champ | Brenda | 6:07-cv-15996-ACC-DAB |
| Champion | Felice | 6:09-cv-17162-ACC-DAB |
| Champy | William | 6:07-cv-10837-ACC-DAB |
| Chance | Nancy | 6:07-cv-13238-ACC-DAB |
| Chandler | Charles | 6:07-cv-14723-ACC-DAB |
| Chandler | Martha | 6:07-cv-15997-ACC-DAB |
| Chandler | Michael | 6:07-cv-14721-ACC-DAB |
| Chandler | Pamela | 6:07-cv-14722-ACC-DAB |
| Chandler | Virginia | 6:07-cv-12364-ACC-DAB |
| Chaney | Felicia | 6:07-cv-14724-ACC-DAB |
| Chapman | Dorothy | 6:07-cv-15998-ACC-DAB |
| Chapman | Mitchell | 6:07-cv-01941-ACC-DAB |
| Chapman | Teresa | 6:07-cv-15999-ACC-DAB |
| Chappell | Chiketa | 6:07-cv-00506-ACC-DAB |
| Chappell | Marilyn | 6:07-cv-15630-ACC-DAB |
| Charles | Gennivie | 6:09-cv-17019-ACC-DAB |
| Charles | Mildred | 6:07-cv-14240-ACC-DAB |
| Charm | Jack | 6:07-cv-12365-ACC-DAB |
| Chase | Archie | 6:07-cv-16000-ACC-DAB |
| Chathams | Sandra J | 6:06-cv-00999-ACC-DAB |
| Chavez | Debra | 6:07-cv-11153-ACC-DAB |
| Chavez | Regina | 6:07-cv-13242-ACC-DAB |
| Cheadle-Jones | Theresa | 6:07-cv-13244-ACC-DAB |
| Cheathem | Patricia | 6:07-cv-14725-ACC-DAB |
| Cheek | Tama | 6:07-cv-14726-ACC-DAB |
| Cherry | Anita | 6:07-cv-12119-ACC-DAB |
| Cherry | Glenda | 6:07-cv-13245-ACC-DAB |
| Cherry | Halline | 6:07-cv-11456-ACC-DAB |
| Cherry | Marvin | 6:07-cv-13246-ACC-DAB |
| Chesnutt | Matthew | 6:09-cv-17021-ACC-DAB |
| Chessor | Travis | 6:07-cv-12367-ACC-DAB |
| Chester | Pauline | 6:07-cv-16001-ACC-DAB |
| Chestnut | Sean | 6:07-cv-10231-ACC-DAB |
| Chevalier | Linda K | 6:07-cv-01410-ACC-DAB |
| Child | Katherine | 6:07-cv-13248-ACC-DAB |
| Childress | Linda | 6:07-cv-14727-ACC-DAB |
| Childress | Rodney | 6:08-cv-01156-ACC-DAB |
| Chiles | Pamela | 6:07-cv-13251-ACC-DAB |
| Chin | Victoria | 6:07-cv-10232-ACC-DAB |
| Chipps | Ronald | 6:07-cv-10233-ACC-DAB |
| Chisholm | James | 6:07-cv-13252-ACC-DAB |

21324705.1