## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

This Document Relates to All Cases on the Attached Exhibit

Case No. 6:06-md-1769-Orl-22DAB

### ORDER

This cause comes before the Court on the Response to Court Order (Doc. 1723) Regarding the Status of MDL Cases. (Doc. No. 1724). The parties represent that all of the cases on the attached Exhibit are subject to executed settlement agreements.

Based on the foregoing, it is ordered as follows:

1. The cases listed on the Exhibit to this Order are hereby DISMISSED without prejudice subject to the right of any party to re-open the action within one hundred and twenty (120) days, upon good cause shown, or to submit a stipulated form of final order or judgment. The Clerk is directed to file this Order in the cases listed and to CLOSE the files.

**DONE and ORDERED** in Chambers, in Orlando, Florida on November 16, 2011.

ANNE C. CONWAY
Chief United States District Judge

Copies furnished to:

Counsel of Record

| | | |
|---|---|---|
| Hogan | Sharon | 6:07-cv-13680-ACC-DAB |
| Hogwood | Wayne | 6:07-cv-14991-ACC-DAB |
| Holcomb | Larry | 6:07-cv-12564-ACC-DAB |
| Holden | Angela | 6:07-cv-14992-ACC-DAB |
| Holden | Chris | 6:07-cv-10894-ACC-DAB |
| Holguin | Rudolfo | 6:07-cv-10868-ACC-DAB |
| Holland | Elizabeth | 6:07-cv-11648-ACC-DAB |
| Holland | Mary | 6:07-cv-12565-ACC-DAB |
| Holley | William | 6:07-cv-10527-ACC-DAB |
| Hollinger | Martha | 6:07-cv-12566-ACC-DAB |
| Hollins | Effie | 6:07-cv-11649-ACC-DAB |
| Holloman | LaTonya | 6:07-cv-14993-ACC-DAB |
| Holloway | James | 6:07-cv-13610-ACC-DAB |
| Holloway | Letitia | 6:07-cv-14994-ACC-DAB |
| Holloway | Thomas D | 6:07-cv-10141-ACC-DAB |
| Holloway | Tony E. | 6:08-cv-01145-ACC-DAB |
| Holman | Mary | 6:07-cv-13612-ACC-DAB |
| Holmes | Angela | 6:07-cv-12568-ACC-DAB |
| Holmes | Dianne | 6:07-cv-11651-ACC-DAB |
| Holmes | Jacqueline | 6:07-cv-13614-ACC-DAB |
| Holmes | Janet | 6:07-cv-13615-ACC-DAB |
| Holmes | Jason | 6:07-cv-11652-ACC-DAB |
| Holmes | JoAnna | 6:07-cv-12569-ACC-DAB |
| Holstein | Jimmy | 6:07-cv-13617-ACC-DAB |
| Holt | Denise | 6:07-cv-10307-ACC-DAB |
| Holt | Doris J | 6:07-cv-00418-ACC-DAB |
| Holt | Johnnie R | 6:07-cv-11653-ACC-DAB |
| Holt | Ronald | 6:08-cv-02105-ACC-DAB |
| Holt | Tiffany | 6:07-cv-14995-ACC-DAB |
| Holt | Wanda | 6:08-cv-01321-ACC-DAB |
| Holtun | James | 6:07-cv-16197-ACC-DAB |
| Hom | Thomas | 6:08-cv-01712-ACC-DAB |
| Honaker | Donna | 6:07-cv-11059-ACC-DAB |
| Honeycutt | David | 6:07-cv-11654-ACC-DAB |
| Honeycutt | Edna | 6:07-cv-13619-ACC-DAB |
| Hood | Glenda | 6:07-cv-12570-ACC-DAB |
| Hoover | Cindy | 6:07-cv-13620-ACC-DAB |
| Hoover | Marina | 6:07-cv-11211-ACC-DAB |
| Hope | Don | 6:07-cv-13621-ACC-DAB |
| Hope | Toni | 6:07-cv-13622-ACC-DAB |
| Hopkin | Laquawna | 6:09-cv-16885-ACC-DAB |
| Hopkins | James E. | 6:07-cv-14996-ACC-DAB |
| Hopkins | Lorrenda | 6:07-cv-13623-ACC-DAB |
| Hopkins | Teresa | 6:07-cv-14997-ACC-DAB |
| Hopkins-Duarte | Christina | 6:07-cv-11657-ACC-DAB |
| Hopper | Danny | 6:07-cv-12571-ACC-DAB |
| Hopper | Danny | 6:07-cv-14998-ACC-DAB |
| Horch | Deborah | 6:07-cv-12158-ACC-DAB |
| Horn | Leslie | 6:07-cv-10895-ACC-DAB |
| Horn | Tammy R | 6:07-cv-10071-ACC-DAB |
| Horn | Valeria | 6:08-cv-01324-ACC-DAB |

21324705.1

| | | |
|---|---|---|
| Horne | Cynthia | 6:07-cv-13624-ACC-DAB |
| Horne | Elouise | 6:07-cv-11658-ACC-DAB |
| Horrice | Jacqueline | 6:07-cv-16790-ACC-DAB |
| Horton | George C Jr. | 6:07-cv-00403-ACC-DAB |
| Horton | Larry | 6:07-cv-10072-ACC-DAB |
| Horton | Marilyn | 6:07-cv-14999-ACC-DAB |
| Horvath | Joseph | 6:07-cv-13625-ACC-DAB |
| Hoskins | Robert | 6:07-cv-13626-ACC-DAB |
| Hoskinson | Norman | 6:07-cv-12572-ACC-DAB |
| Houde | Theresa | 6:09-cv-00062-ACC-DAB |
| Houlihan | Margaret | 6:07-cv-15001-ACC-DAB |
| House | Hope | 6:07-cv-11659-ACC-DAB |
| House | Kenny | 6:07-cv-16198-ACC-DAB |
| House | Vivian | 6:07-cv-13627-ACC-DAB |
| Houston | Ronald | 6:07-cv-13628-ACC-DAB |
| Howard | Austin | 6:07-cv-13629-ACC-DAB |
| Howard | Belinda | 6:07-cv-15002-ACC-DAB |
| Howard | Calvin | 6:07-cv-11660-ACC-DAB |
| Howard | Charles | 6:07-cv-10897-ACC-DAB |
| Howard | Clementine | 6:07-cv-00402-ACC-DAB |
| Howard | Harold | 6:07-cv-12574-ACC-DAB |
| Howard | John | 6:07-cv-11661-ACC-DAB |
| Howard | Larry | 6:09-cv-01262-ACC-DAB |
| Howard | Loretta | 6:08-cv-00490-ACC-DAB |
| Howard | Robert | 6:07-cv-15003-ACC-DAB |
| Howard | Wanda | 6:07-cv-16199-ACC-DAB |
| Howell | Alvin | 6:07-cv-11662-ACC-DAB |
| Howell | Angela | 6:07-cv-15005-ACC-DAB |
| Howell | Lowell | 6:07-cv-12575-ACC-DAB |
| Howell | Lynn | 6:07-cv-10898-ACC-DAB |
| Howell | Ramon | 6:07-cv-13630-ACC-DAB |
| Howell | Viola | 6:07-cv-16201-ACC-DAB |
| Howington | Bruce | 6:07-cv-13631-ACC-DAB |
| Howsmon | Maria | 6:07-cv-13632-ACC-DAB |
| Hubbard | Janet | 6:08-cv-00852-ACC-DAB |
| Huck | Brett | 6:07-cv-15006-ACC-DAB |
| Hudak | Francis | 6:07-cv-16203-ACC-DAB |
| Huddleston | Marilyn | 6:07-cv-13634-ACC-DAB |
| Huddy | John D | 6:07-cv-00401-ACC-DAB |
| Hudnall | Joe | 6:07-cv-13635-ACC-DAB |
| Hudson | Barbara | 6:07-cv-16204-ACC-DAB |
| Hudson | Diana J | 6:07-cv-10035-ACC-DAB |
| Hudson | Lyman | 6:08-cv-01155-ACC-DAB |
| Hudson | Noland | 6:07-cv-13636-ACC-DAB |
| Hudson | Reshia R | 6:06-cv-01618-ACC-DAB |
| Huff | Loretta | 6:07-cv-13637-ACC-DAB |
| Huff | Vincent | 6:07-cv-16207-ACC-DAB |
| Huffman | Jerry | 6:09-cv-01866-ACC-DAB |
| Huggins | Carolyn J | 6:07-cv-10142-ACC-DAB |
| Hughes | Evelyn | 6:06-cv-01615-ACC-DAB |
| Hughes | Garland | 6:07-cv-16208-ACC-DAB |

21324705.1

| | | |
|---|---|---|
| Hughes | John | 6:07-cv-13638-ACC-DAB |
| Hughes | Julia | 6:07-cv-16209-ACC-DAB |
| Hughes | Lee | 6:07-cv-13639-ACC-DAB |
| Hughes | Mary | 6:07-cv-12576-ACC-DAB |
| Hughes | Nathaniel | 6:09-cv-16887-ACC-DAB |
| Hughes | Sue Ann | 6:09-cv-16888-ACC-DAB |
| Hughey-Taylor | Patricia | 6:07-cv-10899-ACC-DAB |
| Hugo | John | 6:07-cv-16210-ACC-DAB |
| Hukill | Randy | 6:07-cv-10528-ACC-DAB |
| Hulbert | Lori | 6:07-cv-15738-ACC-DAB |
| Hulett | Nicholas | 6:09-cv-00022-ACC-DAB |
| Hull | Connie | 6:07-cv-12577-ACC-DAB |
| Humm | Richard | 6:07-cv-11664-ACC-DAB |
| Humphrey | Elgin | 6:07-cv-15009-ACC-DAB |
| Hundley | Pamela | 6:07-cv-13640-ACC-DAB |
| Hundt | Julie | 6:07-cv-11665-ACC-DAB |
| Hunnicutt | Anthony | 6:09-cv-17207-ACC-DAB |
| Hunt | Byron | 6:07-cv-11666-ACC-DAB |
| Hunt | James | 6:07-cv-12578-ACC-DAB |
| Hunt | Keith | 6:07-cv-16211-ACC-DAB |
| Hunter | Alfred | 6:07-cv-13642-ACC-DAB |
| Hunter | Arlaine | 6:08-cv-00854-ACC-DAB |
| Hunter | Curtis | 6:09-cv-17093-ACC-DAB |
| Hunter | Donald | 6:07-cv-15010-ACC-DAB |
| Hunter | Johnnie | 6:07-cv-15011-ACC-DAB |
| Hunter | Otha | 6:07-cv-13644-ACC-DAB |
| Hunter | Vernara | 6:09-cv-17093-ACC-DAB |
| Huntley | Calvin | 6:09-cv-16889-ACC-DAB |
| Hunt-Middleton | LaAnita | 6:07-cv-13641-ACC-DAB |
| Hurley | James C | 6:07-cv-10143-ACC-DAB |
| Hurley | Theresa | 6:07-cv-15012-ACC-DAB |
| Hurst | Cora | 6:08-cv-01138-ACC-DAB |
| Hurst | Judy | 6:07-cv-11213-ACC-DAB |
| Husband | Frankie | 6:09-cv-16890-ACC-DAB |
| Huston | Michael | 6:07-cv-13645-ACC-DAB |
| Huston | Tanya | 6:07-cv-13646-ACC-DAB |
| Hutchinson | Lavonne | 6:07-cv-15014-ACC-DAB |
| Hydar | Sharon | 6:07-cv-12581-ACC-DAB |
| Hyde | Novella | 6:07-cv-10036-ACC-DAB |
| Hyde | Pamela | 6:07-cv-13648-ACC-DAB |
| Hyder | Irvin | 6:07-cv-10901-ACC-DAB |
| Hyland | Bernard | 6:07-cv-13649-ACC-DAB |
| Hys | John | 6:07-cv-16212-ACC-DAB |
| Iglehart | Helen | 6:07-cv-11086-ACC-DAB |
| Igo | Dina | 6:07-cv-13650-ACC-DAB |
| Ilegbodu | Kenneth | 6:07-cv-12582-ACC-DAB |
| Ippolito | Amber | 6:07-cv-13651-ACC-DAB |
| Irby | Gloria | 6:07-cv-16791-ACC-DAB |
| Ireland | Patricia | 6:07-cv-13652-ACC-DAB |
| Irons | Mary J | 6:07-cv-13653-ACC-DAB |
| Irving | Barbara | 6:07-cv-13654-ACC-DAB |

| | | |
|---|---|---|
| Isaacs | Stephanie | 6:07-cv-12585-ACC-DAB |
| Ishee | Robert | 6:09-cv-17165-ACC-DAB |
| Ishisaka | Homer | 6:07-cv-11669-ACC-DAB |
| Ison | Paula | 6:07-cv-13655-ACC-DAB |
| Issac | Lillie | 6:07-cv-15015-ACC-DAB |
| Ivey | Sarah | 6:07-cv-15016-ACC-DAB |
| Ivory | Bobby | 6:07-cv-12587-ACC-DAB |
| Ivy | Patricia | 6:07-cv-16213-ACC-DAB |
| Izer | Douglas | 6:07-cv-16723-ACC-DAB |
| Jaber | Christopher | 6:07-cv-11670-ACC-DAB |
| Jablonka | Susan | 6:07-cv-13656-ACC-DAB |
| Jacks | Connie | 6:07-cv-13657-ACC-DAB |
| Jackson | Alvin | 6:07-cv-13658-ACC-DAB |
| Jackson | Annie | 6:07-cv-10313-ACC-DAB |
| Jackson | Brenda | 6:07-cv-12160-ACC-DAB |
| Jackson | Bruce D | 6:07-cv-02054-ACC-DAB |
| Jackson | Carisa D | 6:07-cv-13660-ACC-DAB |
| Jackson | Cathy | 6:07-cv-12588-ACC-DAB |
| Jackson | Cherie | 6:07-cv-12161-ACC-DAB |
| Jackson | Christina H | 6:07-cv-00399-ACC-DAB |
| Jackson | Donald | 6:07-cv-12589-ACC-DAB |
| Jackson | Dwight | 6:07-cv-16214-ACC-DAB |
| Jackson | Elisa | 6:07-cv-15018-ACC-DAB |
| Jackson | Freddie | 6:07-cv-12590-ACC-DAB |
| Jackson | Gary | 6:07-cv-15019-ACC-DAB |
| Jackson | James | 6:07-cv-10902-ACC-DAB |
| Jackson | Janice | 6:07-cv-13661-ACC-DAB |
| Jackson | Jennifer M | 6:07-cv-13662-ACC-DAB |
| Jackson | Karen | 6:07-cv-15020-ACC-DAB |
| Jackson | Larry | 6:07-cv-13663-ACC-DAB |
| Jackson | Lila | 6:06-cv-01661-ACC-DAB |
| Jackson | Lonzie L | 6:07-cv-13664-ACC-DAB |
| Jackson | Makeshar | 6:09-cv-17123-ACC-DAB |
| Jackson | Marlon | 6:07-cv-10903-ACC-DAB |
| Jackson | Mary | 6:07-cv-11673-ACC-DAB |
| Jackson | Mattie | 6:07-cv-15162-ACC-DAB |
| Jackson | Nicole | 6:07-cv-13666-ACC-DAB |
| Jackson | Octavia | 6:07-cv-00522-ACC-DAB |
| Jackson | Relena | 6:07-cv-16217-ACC-DAB |
| Jackson | Richard L. | 6:10-cv-00030-ACC-DAB |
| Jackson | Robin | 6:07-cv-13667-ACC-DAB |
| Jackson | Ronald | 6:07-cv-15596-ACC-DAB |
| Jackson | Roy | 6:07-cv-16218-ACC-DAB |
| Jackson | Sandra | 6:07-cv-13669-ACC-DAB |
| Jackson | Shirley | 6:07-cv-12162-ACC-DAB |
| Jackson | Shonda | 6:08-cv-02098-ACC-DAB |
| Jackson | Troy | 6:07-cv-11674-ACC-DAB |
| Jackson | Tyrell | 6:07-cv-15023-ACC-DAB |
| Jackson | VerLinda | 6:07-cv-13670-ACC-DAB |
| Jacob | Rita | 6:07-cv-11060-ACC-DAB |
| Jacobs | Clara | 6:07-cv-11671-ACC-DAB |

| Jacobs | Darlene | 6:07-cv-11675-ACC-DAB |
|---|---|---|
| Jacobs | Lori | 6:07-cv-11676-ACC-DAB |
| Jager-Luebke | Carmen | 6:07-cv-10315-ACC-DAB |
| James | Dana | 6:07-cv-13671-ACC-DAB |
| James | Iris | 6:07-cv-13672-ACC-DAB |
| James | Juanita | 6:07-cv-15024-ACC-DAB |
| James | Mable | 6:07-cv-16221-ACC-DAB |
| James | Pamela | 6:07-cv-13673-ACC-DAB |
| Jamison | Jackie | 6:07-cv-16222-ACC-DAB |
| Jamison | Linda | 6:07-cv-16223-ACC-DAB |
| Jampsa | Paul | 6:09-cv-16893-ACC-DAB |
| Jarrard | Patricia | 6:07-cv-10670-ACC-DAB |
| Jarrell | Billy | 6:07-cv-11677-ACC-DAB |
| Jarrell | Billy | 6:07-cv-13675-ACC-DAB |
| Jarrell | Teddy | 6:07-cv-13676-ACC-DAB |
| Jarrett | Michael | 6:07-cv-12591-ACC-DAB |
| Jarvis | Pamela | 6:07-cv-13677-ACC-DAB |
| Jean-Baptiste | Jerry | 6:07-cv-11678-ACC-DAB |
| Jeffers | Delores | 6:07-cv-13678-ACC-DAB |
| Jeffers | Loretta | 6:07-cv-11679-ACC-DAB |
| Jefferson | Diana | 6:07-cv-13325-ACC-DAB |
| Jefferson | George | 6:06-cv-01608-ACC-DAB |
| Jefferson | Terry | 6:07-cv-15025-ACC-DAB |
| Jeffries | Michael | 6:07-cv-10317-ACC-DAB |
| Jenkins | Al | 6:07-cv-13681-ACC-DAB |
| Jenkins | Delores | 6:07-cv-12592-ACC-DAB |
| Jenkins | James | 6:07-cv-12593-ACC-DAB |
| Jenkins | Mary | 6:07-cv-10529-ACC-DAB |
| Jenkins | Michael | 6:07-cv-13682-ACC-DAB |
| Jenkins | Rhonda | 6:07-cv-10037-ACC-DAB |
| Jenkins | Terry B. | 6:07-cv-13684-ACC-DAB |
| Jennings | Leo | 6:07-cv-15027-ACC-DAB |
| Jennings | Linda | 6:07-cv-15740-ACC-DAB |
| Jennings | Sandra | 6:07-cv-16227-ACC-DAB |
| Jensen | Peggy | 6:09-cv-16894-ACC-DAB |
| Jensen | Shelly | 6:07-cv-16743-ACC-DAB |
| Jepson | Brice | 6:07-cv-13685-ACC-DAB |
| Jernigan | Charles | 6:07-cv-16228-ACC-DAB |
| Jernigan | Kenneth | 6:09-cv-16895-ACC-DAB |
| Jernigan | LaShanda | 6:07-cv-16229-ACC-DAB |
| Jessup | Linda | 6:09-cv-16896-ACC-DAB |
| Jessup | Shirley | 6:07-cv-12594-ACC-DAB |
| Jeter | Sarah | 6:07-cv-13686-ACC-DAB |
| Jett | Diane | 6:07-cv-16230-ACC-DAB |
| Jewell | Barbara | 6:07-cv-11681-ACC-DAB |
| Jewell | John | 6:07-cv-16231-ACC-DAB |
| Jimenez | Maria | 6:07-cv-16232-ACC-DAB |
| Jirik | Mark | 6:07-cv-10318-ACC-DAB |
| Jobe | Tamica | 6:07-cv-16233-ACC-DAB |
| Johnson | Aaron | 6:07-cv-13687-ACC-DAB |
| Johnson | Albert | 6:09-cv-16976-ACC-DAB |

| | | |
|---|---|---|
| Johnson | Amanda | 6:07-cv-13688-ACC-DAB |
| Johnson | Anthony | 6:07-cv-11682-ACC-DAB |
| Johnson | Beverly | 6:07-cv-16235-ACC-DAB |
| Johnson | Christopher | 6:07-cv-13689-ACC-DAB |
| Johnson | Connie | 6:07-cv-15029-ACC-DAB |
| Johnson | Dallas | 6:07-cv-15030-ACC-DAB |
| Johnson | Darlyn | 6:09-cv-00969-ACC-DAB |
| Johnson | DeAnna | 6:07-cv-15572-ACC-DAB |
| Johnson | Debbie | 6:07-cv-11684-ACC-DAB |
| Johnson | Debra | 6:07-cv-11685-ACC-DAB |
| Johnson | Denise | 6:07-cv-11686-ACC-DAB |
| Johnson | Dianne | 6:07-cv-13691-ACC-DAB |
| Johnson | Donald | 6:07-cv-15031-ACC-DAB |
| Johnson | Donna | 6:07-cv-15033-ACC-DAB |
| Johnson | Douglas | 6:07-cv-10320-ACC-DAB |
| Johnson | Douglas | 6:07-cv-11687-ACC-DAB |
| Johnson | Earnestine | 6:07-cv-10904-ACC-DAB |
| Johnson | Faith | 6:07-cv-15034-ACC-DAB |
| Johnson | Floyd | 6:07-cv-11688-ACC-DAB |
| Johnson | Gisele | 6:07-cv-11689-ACC-DAB |
| Johnson | Gwendolyn | 6:07-cv-16237-ACC-DAB |
| Johnson | Gwendolyn M. | 6:07-cv-01913-ACC-DAB |
| Johnson | Harriet | 6:07-cv-13694-ACC-DAB |
| Johnson | Helen | 6:07-cv-15035-ACC-DAB |
| Johnson | Hollie | 6:07-cv-15036-ACC-DAB |
| Johnson | James | 6:07-cv-11087-ACC-DAB |
| Johnson | Janet | 6:09-cv-16897-ACC-DAB |
| Johnson | Jennifer | 6:07-cv-10672-ACC-DAB |
| Johnson | Joseph | 6:07-cv-10905-ACC-DAB |
| Johnson | Kenneth | 6:07-cv-10321-ACC-DAB |
| Johnson | Lamell | 6:07-cv-11691-ACC-DAB |
| Johnson | Larcenia | 6:07-cv-16239-ACC-DAB |
| Johnson | LaTonya | 6:07-cv-16238-ACC-DAB |
| Johnson | Lora | 6:07-cv-11216-ACC-DAB |
| Johnson | Louise | 6:07-cv-11692-ACC-DAB |
| Johnson | Lyna | 6:07-cv-16240-ACC-DAB |
| Johnson | Margaret | 6:07-cv-11693-ACC-DAB |
| Johnson | Marilyn | 6:07-cv-02067-ACC-DAB |
| Johnson | Mary | 6:07-cv-11694-ACC-DAB |
| Johnson | Mary | 6:07-cv-12597-ACC-DAB |
| Johnson | Michael | 6:07-cv-12598-ACC-DAB |
| Johnson | Michael | 6:07-cv-13697-ACC-DAB |
| Johnson | Michelle | 6:07-cv-10145-ACC-DAB |
| Johnson | Nettie | 6:07-cv-16241-ACC-DAB |
| Johnson | Ollie | 6:07-cv-11215-ACC-DAB |
| Johnson | Patricia | 6:07-cv-15037-ACC-DAB |
| Johnson | Patricia Jo | 6:07-cv-01837-ACC-DAB |
| Johnson | Pearl | 6:08-cv-01919-ACC-DAB |
| Johnson | Roger | 6:07-cv-10674-ACC-DAB |
| Johnson | Sharon | 6:09-cv-00261-ACC-DAB |
| Johnson | Shelby | 6:07-cv-11088-ACC-DAB |

21324705.1

| | | |
|---|---|---|
| Johnson | Shirley | 6:07-cv-11695-ACC-DAB |
| Johnson | Stephan | 6:07-cv-15038-ACC-DAB |
| Johnson | Sue | 6:07-cv-15039-ACC-DAB |
| Johnson | Ted | 6:09-cv-17094-ACC-DAB |
| Johnson | Thomas | 6:07-cv-11696-ACC-DAB |
| Johnson | Tina | 6:09-cv-02076-ACC-DAB |
| Johnson | Todd P. | 6:08-cv-00636-ACC-DAB |
| Johnson | Tom | 6:07-cv-15743-ACC-DAB |
| Johnson | Tommy | 6:07-cv-16244-ACC-DAB |
| Johnson | Toni | 6:07-cv-13698-ACC-DAB |
| Johnson | Veronica | 6:07-cv-15040-ACC-DAB |
| Johnson | Virginia | 6:07-cv-00993-ACC-DAB |
| Johnson | Walter | 6:07-cv-12600-ACC-DAB |
| Johnson | Wendy | 6:07-cv-15041-ACC-DAB |
| Johnson | Zachary | 6:07-cv-12164-ACC-DAB |
| Johnston | John | 6:09-cv-16977-ACC-DAB |
| Johnston | Ruth | 6:07-cv-15043-ACC-DAB |
| Jolly | Gregory | 6:09-cv-00376-ACC-DAB |
| Jones | Alex | 6:06-cv-01619-ACC-DAB |
| Jones | Alexander | 6:07-cv-12601-ACC-DAB |
| Jones | Alvin | 6:06-cv-01146-ACC-DAB |
| Jones | Amy | 6:09-cv-16898-ACC-DAB |
| Jones | Arvis | 6:07-cv-10908-ACC-DAB |
| Jones | Barbara | 6:07-cv-10675-ACC-DAB |
| Jones | Bobbie | 6:07-cv-15044-ACC-DAB |
| Jones | Brenda | 6:07-cv-15045-ACC-DAB |
| Jones | Carol J | 6:08-cv-16795-ACC-DAB |
| Jones | Carolyn | 6:07-cv-15744-ACC-DAB |
| Jones | Carolyn | 6:07-cv-16245-ACC-DAB |
| Jones | Cathy | 6:07-cv-13699-ACC-DAB |
| Jones | Celeste | 6:07-cv-15046-ACC-DAB |
| Jones | Connie | 6:07-cv-10909-ACC-DAB |
| Jones | Curtis | 6:07-cv-15047-ACC-DAB |
| Jones | Cynthia | 6:07-cv-16246-ACC-DAB |
| Jones | Dan | 6:07-cv-11697-ACC-DAB |
| Jones | Danny | 6:07-cv-11698-ACC-DAB |
| Jones | David | 6:07-cv-16247-ACC-DAB |
| Jones | Debra J. | 6:07-cv-13514-ACC-DAB |
| Jones | Deon | 6:07-cv-13700-ACC-DAB |
| Jones | Dorothy | 6:07-cv-16248-ACC-DAB |
| Jones | Gail | 6:07-cv-10676-ACC-DAB |
| Jones | Glenda | 6:07-cv-16249-ACC-DAB |
| Jones | Harvey | 6:07-cv-10324-ACC-DAB |
| Jones | Jacqueline | 6:07-cv-15048-ACC-DAB |
| Jones | James | 6:07-cv-16251-ACC-DAB |
| Jones | Jami | 6:07-cv-12603-ACC-DAB |
| Jones | Jamile | 6:07-cv-13703-ACC-DAB |
| Jones | Joe | 6:07-cv-15050-ACC-DAB |
| Jones | Judith | 6:07-cv-11700-ACC-DAB |
| Jones | Kathleen | 6:07-cv-11217-ACC-DAB |
| Jones | Kathy | 6:07-cv-16252-ACC-DAB |

| | | |
|---|---|---|
| Jones | LaTonia | 6:07-cv-16253-ACC-DAB |
| Jones | Lillian | 6:07-cv-12604-ACC-DAB |
| Jones | Linda | 6:07-cv-16254-ACC-DAB |
| Jones | Loretha | 6:07-cv-12166-ACC-DAB |
| Jones | Louis | 6:07-cv-13704-ACC-DAB |
| Jones | Marguerite | 6:07-cv-13706-ACC-DAB |
| Jones | Marion | 6:07-cv-11701-ACC-DAB |
| Jones | Marjorie | 6:07-cv-11702-ACC-DAB |
| Jones | Maurice | 6:09-cv-00622-ACC-DAB |
| Jones | Mendy | 6:08-cv-01135-ACC-DAB |
| Jones | Millicent | 6:07-cv-12605-ACC-DAB |
| Jones | Paul | 6:07-cv-16256-ACC-DAB |
| Jones | Rebecca Ann | 6:09-cv-00012-ACC-DAB |
| Jones | Richard | 6:07-cv-10677-ACC-DAB |
| Jones | Ricky | 6:07-cv-10678-ACC-DAB |
| Jones | Rochelle | 6:06-cv-01148-ACC-DAB |
| Jones | Sandra | 6:07-cv-11218-ACC-DAB |
| Jones | Shelia | 6:07-cv-15085-ACC-DAB |
| Jones | Teresa | 6:07-cv-16792-ACC-DAB |
| Jones | Ursel | 6:07-cv-11219-ACC-DAB |
| Jones | Wade | 6:07-cv-13707-ACC-DAB |
| Jones-Hands | Pamela | 6:07-cv-13709-ACC-DAB |
| Jordan | Danielle | 6:07-cv-15053-ACC-DAB |
| Jordan | Danny | 6:07-cv-13710-ACC-DAB |
| Jordan | David | 6:07-cv-00400-ACC-DAB |
| Jordan | Lee | 6:07-cv-15054-ACC-DAB |
| Jordan | Lucille | 6:07-cv-15055-ACC-DAB |
| Jordan | Phillip | 6:07-cv-15056-ACC-DAB |
| Jordan | Royal | 6:07-cv-12607-ACC-DAB |
| Jordon | Dorothy | 6:07-cv-15057-ACC-DAB |
| Jorgensen | Michael | 6:07-cv-13712-ACC-DAB |
| Joseph | Debra | 6:07-cv-16258-ACC-DAB |
| Joseph | Suzanne | 6:07-cv-16724-ACC-DAB |
| Jovenal | Leann | 6:07-cv-11703-ACC-DAB |
| Joyner | Michael | 6:07-cv-15058-ACC-DAB |
| Joyner | Ruth | 6:07-cv-11704-ACC-DAB |
| Joyner | Sandra | 6:07-cv-15059-ACC-DAB |
| Juarez | Sandra | 6:07-cv-13714-ACC-DAB |
| Judah | Aary-Jerusalem | 6:07-cv-13715-ACC-DAB |
| Junkersfeld | Sharon | 6:07-cv-15060-ACC-DAB |
| Jurado | Tammy | 6:07-cv-12098-ACC-DAB |
| Kabeller | Joseph | 6:07-cv-13717-ACC-DAB |
| Kadil | Ahmed | 6:07-cv-13718-ACC-DAB |
| Kagel | Harriette | 6:07-cv-13719-ACC-DAB |
| Kain | Darron | 6:07-cv-13720-ACC-DAB |
| Kakmis | Stanley | 6:07-cv-13721-ACC-DAB |
| Kalevas | Roger | 6:07-cv-13722-ACC-DAB |
| Kamanda | Kutu | 6:07-cv-13723-ACC-DAB |
| Kamara | Kathryn | 6:07-cv-15061-ACC-DAB |
| Kanary | Judy | 6:07-cv-12608-ACC-DAB |
| Kane | Christine | 6:07-cv-13724-ACC-DAB |

21324705.1

| | | |
|---|---|---|
| Kanupp | Phyllis | 6:07-cv-13725-ACC-DAB |
| Karajian | Madlen | 6:09-cv-16800-ACC-DAB |
| Karczmarek | Stephen | 6:07-cv-15746-ACC-DAB |
| Karl | Catherine | 6:09-cv-01199-ACC-DAB |
| Karl | Nancy | 6:09-cv-00260-ACC-DAB |
| Kartalas | Dean | 6:07-cv-13726-ACC-DAB |
| Kaucnik | Karyn | 6:06-cv-01143-ACC-DAB |
| Kaufman | Raymond | 6:07-cv-00398-ACC-DAB |
| Kaulins | Karen | 6:07-cv-13727-ACC-DAB |
| Kay | Donald | 6:07-cv-13728-ACC-DAB |
| Kay | Nancy | 6:07-cv-16261-ACC-DAB |
| Keathley | Madge | 6:07-cv-13729-ACC-DAB |
| Keene | Deborah | 6:07-cv-13730-ACC-DAB |
| Kees | Roy | 6:07-cv-11705-ACC-DAB |
| Kegg | Elizabeth | 6:07-cv-10113-ACC-DAB |
| Kegley | Debbie | 6:07-cv-10910-ACC-DAB |
| Kelm | Jacob | 6:07-cv-01457-ACC-DAB |
| Keith | Shirley | 6:06-cv-01305-ACC-DAB |
| Keith | Stacy | 6:07-cv-16725-ACC-DAB |
| Kelleher | Eugenia | 6:07-cv-13733-ACC-DAB |
| Keller | Angela | 6:07-cv-13734-ACC-DAB |
| Keller | Barbara | 6:07-cv-13735-ACC-DAB |
| Keller | Tracy | 6:07-cv-16263-ACC-DAB |
| Kelley | Jenny | 6:07-cv-13737-ACC-DAB |
| Kelley | Kearie | 6:07-cv-12610-ACC-DAB |
| Kelley | Luther | 6:07-cv-13738-ACC-DAB |
| Kelley | Richard | 6:07-cv-15063-ACC-DAB |
| Kelley | Sandy | 6:09-cv-00037-ACC-DAB |
| Kelly | Cynthia | 6:07-cv-13739-ACC-DAB |
| Kelly | John | 6:07-cv-13740-ACC-DAB |
| Kelly | Paul | 6:07-cv-10911-ACC-DAB |
| Kelly | Shirley | 6:07-cv-11707-ACC-DAB |
| Kelly-Crouch | Cheryl | 6:07-cv-11709-ACC-DAB |
| Kelly-Zieska | Jamie | 6:07-cv-15747-ACC-DAB |
| Kelsey | Jacqueline | 6:07-cv-15064-ACC-DAB |
| Kendrick | Lee | 6:09-cv-16901-ACC-DAB |
| Kennard | Anthony | 6:08-cv-01552-ACC-DAB |
| Kennebrew | Judy | 6:09-cv-17136-ACC-DAB |
| Kennedy | Gloria | 6:07-cv-11711-ACC-DAB |
| Kennedy | Ivy | 6:07-cv-11221-ACC-DAB |
| Kennedy | Joe-Anner | 6:07-cv-13743-ACC-DAB |
| Kennedy | Kimberley D. | 6:07-cv-15646-ACC-DAB |
| Kennedy | Paul | 6:07-cv-15065-ACC-DAB |
| Kennedy | Terry | 6:07-cv-16265-ACC-DAB |
| Kenrick | Michael | 6:07-cv-13744-ACC-DAB |
| Keohare | Jennyfer | 6:07-cv-15597-ACC-DAB |
| Kepley | Aaron | 6:07-cv-15066-ACC-DAB |
| Kern | Mary | 6:06-cv-01850-ACC-DAB |
| Kerns | Jill | 6:07-cv-13746-ACC-DAB |
| Kersey | Barbara | 6:07-cv-13748-ACC-DAB |
| Kersh | Irene | 6:07-cv-10327-ACC-DAB |

| | | |
|---|---|---|
| Kessler | Ralph | 6:09-cv-16902-ACC-DAB |
| Kesslick | Alisa | 6:07-cv-16266-ACC-DAB |
| Kesterson | Michael | 6:07-cv-16267-ACC-DAB |
| Keullum-Bauch | Robin | 6:09-cv-00369-ACC-DAB |
| Key | Amy | 6:07-cv-12612-ACC-DAB |
| Key | Gary | 6:09-cv-16903-ACC-DAB |
| Key | Vernelle | 6:07-cv-10679-ACC-DAB |
| Khautisen | Davanh | 6:07-cv-13749-ACC-DAB |
| Kibbee | Edward W. | 6:07-cv-00397-ACC-DAB |
| Kidd | Billy | 6:07-cv-13750-ACC-DAB |
| Kilgore | Terry | 6:07-cv-13752-ACC-DAB |
| Kilian | Margaret | 6:07-cv-11222-ACC-DAB |
| Kilhour | William | 6:07-cv-13753-ACC-DAB |
| Kilpatrick | Sandra | 6:07-cv-13754-ACC-DAB |
| Kimble | Donna C | 6:08-cv-00170-ACC-DAB |
| Kimble | Meta | 6:07-cv-13755-ACC-DAB |
| Kimble-Hammond | Gwendolyn | 6:07-cv-12613-ACC-DAB |
| Kimpson | Patricia | 6:07-cv-15068-ACC-DAB |
| Kincaid | Jacky | 6:07-cv-15069-ACC-DAB |
| Kindle | Angel | 6:07-cv-12614-ACC-DAB |
| Kinds | Herbert | 6:07-cv-12615-ACC-DAB |
| King | Bernadine | 6:07-cv-15070-ACC-DAB |
| King | Debra | 6:07-cv-12616-ACC-DAB |
| King | Erica | 6:07-cv-13757-ACC-DAB |
| King | Evan | 6:07-cv-13758-ACC-DAB |
| King | Julie | 6:07-cv-12617-ACC-DAB |
| King | Linda | 6:07-cv-13760-ACC-DAB |
| King | Linda | 6:07-cv-15071-ACC-DAB |
| King | Sharon | 6:07-cv-16269-ACC-DAB |
| King-Guest | Carolyn | 6:07-cv-11712-ACC-DAB |
| Kingsby | Donyale | 6:07-cv-13761-ACC-DAB |
| Kinlaw | Raymond | 6:07-cv-13762-ACC-DAB |
| Kinley | Shawna | 6:07-cv-12618-ACC-DAB |
| Kinney | Guy | 6:07-cv-11713-ACC-DAB |
| Kinney | Ronald | 6:07-cv-13763-ACC-DAB |
| Kinsey | Sharon | 6:07-cv-16270-ACC-DAB |
| Kinzey | Theresa | 6:07-cv-15073-ACC-DAB |
| Kirby | Kathe | 6:07-cv-15748-ACC-DAB |
| Kirby | William | 6:07-cv-15074-ACC-DAB |
| Kirk | Arlene | 6:07-cv-13764-ACC-DAB |
| Kirkland | Charlene | 6:07-cv-11223-ACC-DAB |
| Kirkland | Robert L. | 6:07-cv-10073-ACC-DAB |
| Kirksey | Lorie | 6:07-cv-10009-ACC-DAB |
| Kirshner | Steve E | 6:07-cv-02073-ACC-DAB |
| Kirtz | Linda | 6:07-cv-13766-ACC-DAB |
| Kiser | Ronda | 6:07-cv-13767-ACC-DAB |
| Kitchen | Darra | 6:09-cv-00250-ACC-DAB |
| Kittinger | Dianna | 6:07-cv-10328-ACC-DAB |
| Kitto | Rico | 6:07-cv-16271-ACC-DAB |
| Klameth | Robert | 6:07-cv-11224-ACC-DAB |
| Klein | Connie | 6:07-cv-10680-ACC-DAB |