# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability**
      **Litigation**

This Document Relates to All Cases
on the Attached Exhibit

_____

                **Case No. 6:06-md-1769-Orl-22DAB**

## ORDER

      This cause comes before the Court on the Response to Court Order (Doc. 1723)

Regarding the Status of MDL Cases. (Doc. No. 1724). The parties represent that all of the cases

on the attached Exhibit are subject to executed settlement agreements.

      Based on the foregoing, it is ordered as follows:

      1.      The cases listed on the Exhibit to this Order are hereby DISMISSED without

prejudice subject to the right of any party to re-open the action within one hundred and twenty

(120) days, upon good cause shown, or to submit a stipulated form of final order or judgment.

The Clerk is directed to file this Order in the cases listed and to CLOSE the files.

      **DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 21, 2011.

                    ANNE C. CONWAY
                    Chief United States District Judge

Copies furnished to:

Counsel of Record

| | | |
|---|---|---|
| Klimala | Joseph | 6:07-cv-15076-ACC-DAB |
| Kline | Lasonia | 6:08-cv-01553-ACC-DAB |
| Klinebough | Amy | 6:07-cv-15749-ACC-DAB |
| Klingensmith | Colleen | 6:07-cv-13769-ACC-DAB |
| Kluna | Robert | 6:09-cv-16904-ACC-DAB |
| Knee | Benjamin | 6:07-cv-10330-ACC-DAB |
| Kneece | Randy | 6:07-cv-11715-ACC-DAB |
| Kneeland | Barbara | 6:07-cv-15077-ACC-DAB |
| Knight | Betty | 6:07-cv-13770-ACC-DAB |
| Knight | Cindy | 6:07-cv-13771-ACC-DAB |
| Knight | Crystal | 6:07-cv-10331-ACC-DAB |
| Knight | Danielle | 6:07-cv-11716-ACC-DAB |
| Knight | Mary | 6:07-cv-16273-ACC-DAB |
| Knight | Shirley | 6:07-cv-10917-ACC-DAB |
| Knotts | Timothy | 6:09-cv-16856-ACC-DAB |
| Knox | Esther | 6:07-cv-12620-ACC-DAB |
| Knox | Gary | 6:07-cv-15080-ACC-DAB |
| Knox | Toni | 6:07-cv-13774-ACC-DAB |
| Knudson | Robert | 6:07-cv-11225-ACC-DAB |
| Kobel | Gaylene Kay | 6:08-cv-01922-ACC-DAB |
| Kohanek | Mark | 6:07-cv-15750-ACC-DAB |
| Kohlts | Darlene | 6:07-cv-11717-ACC-DAB |
| Koke | Richard | 6:07-cv-11091-ACC-DAB |
| Kokotan | Margaret | 6:08-cv-00809-ACC-DAB |
| Kole | Katrina | 6:07-cv-13775-ACC-DAB |
| Kometas | Barbara | 6:07-cv-11719-ACC-DAB |
| Koogler | Ken | 6:07-cv-10039-ACC-DAB |
| Koop | Michael | 6:07-cv-12622-ACC-DAB |
| Koory | Charlene | 6:07-cv-12623-ACC-DAB |
| Korkos | William | 6:07-cv-12624-ACC-DAB |
| Kotellos | Doyle | 6:07-cv-00396-ACC-DAB |
| Koulis | Elias | 6:09-cv-17133-ACC-DAB |
| Kovach | Kimberly | 6:07-cv-13778-ACC-DAB |
| Kovar | Sandra | 6:07-cv-16274-ACC-DAB |
| Kraker | Andrea | 6:07-cv-12168-ACC-DAB |
| Krakover | Charles | 6:07-cv-13779-ACC-DAB |
| Kramer | Aletha | 6:07-cv-16275-ACC-DAB |
| Kramer | Christine | 6:07-cv-16276-ACC-DAB |
| Kramer | George | 6:07-cv-12169-ACC-DAB |
| Krapf | Ronald | 6:07-cv-12626-ACC-DAB |
| Krause | Bernard | 6:07-cv-12627-ACC-DAB |
| Krawiec | Elizabeth | 6:07-cv-10332-ACC-DAB |
| Kreil | James | 6:07-cv-13781-ACC-DAB |
| Krieser | Gerald | 6:07-cv-13782-ACC-DAB |
| Kristof | Teresa | 6:07-cv-12628-ACC-DAB |
| Krizan | Theresa | 6:07-cv-10918-ACC-DAB |
| Kruger | Flora | 6:08-cv-00640-ACC-DAB |
| Kubiszak | Janet | 6:07-cv-00395-ACC-DAB |
| Kuehl | Susan | 6:07-cv-10171-ACC-DAB |
| Kunce | Debra | 6:07-cv-13783-ACC-DAB |
| Kunzie | Cheryl | 6:09-cv-00258-ACC-DAB |

| Kurtz | Randy | 6:07-cv-13785-ACC-DAB |
|---|---|---|
| Kutsch | Richard | 6:07-cv-13786-ACC-DAB |
| Kuykendall | Pinkney | 6:07-cv-10919-ACC-DAB |
| Kyzar | Samuel | 6:07-cv-12629-ACC-DAB |
| Labbe | Deborah | 6:07-cv-15082-ACC-DAB |
| LaBeff | Douglas | 6:08-cv-01929-ACC-DAB |
| Lacey | Connie | 6:07-cv-16277-ACC-DAB |
| Lachovych | Helen | 6:07-cv-15083-ACC-DAB |
| Lackey | Sandra | 6:07-cv-12631-ACC-DAB |
| LaClef | Travis | 6:07-cv-10333-ACC-DAB |
| Lacy | Darryle | 6:09-cv-17142-ACC-DAB |
| Ladd | Joan | 6:06-cv-01607-ACC-DAB |
| LaGrange | Allen | 6:07-cv-11226-ACC-DAB |
| Laguna | Nancy | 6:07-cv-13787-ACC-DAB |
| Laisure-Bates | Nanette | 6:07-cv-11723-ACC-DAB |
| Lalum | William | 6:07-cv-15599-ACC-DAB |
| La'Mar | Henry | 6:07-cv-11722-ACC-DAB |
| Lamb | Iris | 6:07-cv-16278-ACC-DAB |
| Lamb | Mary | 6:07-cv-16279-ACC-DAB |
| Lamb | Victor | 6:07-cv-15084-ACC-DAB |
| Lambert | Pamela | 6:07-cv-13788-ACC-DAB |
| Lambert | Richard | 6:07-cv-16280-ACC-DAB |
| Lambright | Larry | 6:06-cv-01386-ACC-DAB |
| Lammers | John | 6:07-cv-16281-ACC-DAB |
| Lampson | Kimberly | 6:07-cv-11227-ACC-DAB |
| Lampton | Betty | 6:07-cv-00662-ACC-DAB |
| Lance | Melissa | 6:09-cv-16906-ACC-DAB |
| Land | Jerry | 6:07-cv-00394-ACC-DAB |
| Landers | Ellison | 6:07-cv-11725-ACC-DAB |
| Landes | Mary | 6:07-cv-13789-ACC-DAB |
| Landis | Pamela | 6:07-cv-11726-ACC-DAB |
| Landry | Julie | 6:07-cv-15086-ACC-DAB |
| Landry | Tammy | 6:08-cv-00851-ACC-DAB |
| Lane | Evelyn | 6:07-cv-11727-ACC-DAB |
| Lane | Julie | 6:07-cv-13790-ACC-DAB |
| Lane | Mary | 6:07-cv-16282-ACC-DAB |
| Lang | Eunice | 6:07-cv-11728-ACC-DAB |
| Langaas | Edward | 6:07-cv-16283-ACC-DAB |
| Lang-Butler | Teresa | 6:07-cv-11729-ACC-DAB |
| Langford | Katherine | 6:07-cv-13791-ACC-DAB |
| Langston | Alfred | 6:07-cv-10335-ACC-DAB |
| Langston | Pam | 6:07-cv-12633-ACC-DAB |
| Lanham | Joan | 6:07-cv-12634-ACC-DAB |
| Lanier | Cynthia | 6:07-cv-13793-ACC-DAB |
| Lanza | Joann | 6:09-cv-02074-ACC-DAB |
| LaPointe | Karen | 6:07-cv-12630-ACC-DAB |
| Larese | Jennifer | 6:07-cv-10532-ACC-DAB |
| Laroe | Christopher | 6:07-cv-15751-ACC-DAB |
| LaRue | Cristal | 6:07-cv-15081-ACC-DAB |
| Lash | Stephanie | 6:07-cv-11731-ACC-DAB |
| Laskou | Tanya | 6:07-cv-12080-ACC-DAB |

| Lasley | Edna | 6:07-cv-16284-ACC-DAB |
|---|---|---|
| Latchison | Taffy | 6:07-cv-13795-ACC-DAB |
| Latham | Henry | 6:07-cv-16285-ACC-DAB |
| Lathan | Beverly | 6:07-cv-15088-ACC-DAB |
| Lathan | Jennifer | 6:07-cv-12171-ACC-DAB |
| Latta | Margot | 6:07-cv-15089-ACC-DAB |
| Lattimer | Ricky | 6:07-cv-12636-ACC-DAB |
| Lattimore | Shirley | 6:07-cv-13796-ACC-DAB |
| Lauenstein | Doris | 6:07-cv-11732-ACC-DAB |
| Lavender | Calvin | 6:07-cv-11733-ACC-DAB |
| Lavender | Diane | 6:07-cv-16286-ACC-DAB |
| Lavender | Mary | 6:07-cv-12637-ACC-DAB |
| Lavieri | Mary | 6:07-cv-12638-ACC-DAB |
| Lawhorn | Stevie | 6:07-cv-10682-ACC-DAB |
| Lawless | Bryan | 6:09-cv-16908-ACC-DAB |
| Lawrence | David | 6:07-cv-11734-ACC-DAB |
| Lawrence | Phyllis | 6:07-cv-10074-ACC-DAB |
| Lawson | Gwendolyn | 6:07-cv-10683-ACC-DAB |
| Lawson | Valerie | 6:07-cv-00360-ACC-DAB |
| Lay | Janet | 6:07-cv-16287-ACC-DAB |
| Leach-Monroe | Myra | 6:07-cv-16289-ACC-DAB |
| Leake | Troy | 6:07-cv-12173-ACC-DAB |
| Leaton | Chris | 6:07-cv-13798-ACC-DAB |
| Leavell | Kandie | 6:07-cv-12174-ACC-DAB |
| LeBlanc | Susan | 6:07-cv-16288-ACC-DAB |
| Lebron | Devalois | 6:07-cv-11230-ACC-DAB |
| LeClair | Debra | 6:07-cv-01839-ACC-DAB |
| Ledbetter | Nichol | 6:06-cv-01046-ACC-DAB |
| Leddy | Ellen | 6:07-cv-10336-ACC-DAB |
| Ledesma | Gilda | 6:07-cv-13799-ACC-DAB |
| Ledford | Alvin | 6:07-cv-15091-ACC-DAB |
| Ledford | Gary | 6:07-cv-13800-ACC-DAB |
| Lee | Albert | 6:07-cv-10337-ACC-DAB |
| Lee | Arthur | 6:07-cv-11735-ACC-DAB |
| Lee | Belinda | 6:07-cv-11736-ACC-DAB |
| Lee | Cardale | 6:07-cv-11737-ACC-DAB |
| Lee | Dolores W. | 6:08-cv-01716-ACC-DAB |
| Lee | Dorothy | 6:07-cv-11738-ACC-DAB |
| Lee | Douglas | 6:07-cv-15092-ACC-DAB |
| Lee | Elizabeth | 6:07-cv-16290-ACC-DAB |
| Lee | Helen | 6:07-cv-16291-ACC-DAB |
| Lee | Jo-Ann | 6:07-cv-15093-ACC-DAB |
| Lee | Kathey | 6:07-cv-00692-ACC-DAB |
| Lee | Kenneth | 6:07-cv-15094-ACC-DAB |
| Lee | Lee | 6:07-cv-12175-ACC-DAB |
| Lee | Michele | 6:07-cv-11824-ACC-DAB |
| Lee | Ric | 6:07-cv-12176-ACC-DAB |
| Lee | Robert | 6:07-cv-13802-ACC-DAB |
| Lee | Sharon | 6:07-cv-12644-ACC-DAB |
| Lee | Sharon | 6:09-cv-16909-ACC-DAB |
| Lee | Veronica | 6:07-cv-10921-ACC-DAB |

| Leek | Ashley | 6:07-cv-15095-ACC-DAB |
|---|---|---|
| Lefler | John | 6:07-cv-11739-ACC-DAB |
| Legette | Dora | 6:07-cv-13803-ACC-DAB |
| Legg | Gloria | 6:07-cv-11740-ACC-DAB |
| Leggett | Annie | 6:07-cv-16292-ACC-DAB |
| Leggett | Terry | 6:07-cv-10922-ACC-DAB |
| Leichman | Willa | 6:07-cv-12177-ACC-DAB |
| Leland | Emanuelle | 6:07-cv-12178-ACC-DAB |
| Lemar | John | 6:07-cv-10685-ACC-DAB |
| Lemmond | Louise | 6:07-cv-12645-ACC-DAB |
| Lemon | Shawna | 6:07-cv-16293-ACC-DAB |
| Lenarz | Brenda | 6:07-cv-10341-ACC-DAB |
| Lennie | Brian | 6:07-cv-13804-ACC-DAB |
| Lennie | Christina | 6:07-cv-10923-ACC-DAB |
| Lenz | Patricia | 6:07-cv-13805-ACC-DAB |
| Lepperd | Charles | 6:07-cv-16294-ACC-DAB |
| Leprowse | Ronald | 6:07-cv-00685-ACC-DAB |
| Lerma | Tonya | 6:07-cv-15096-ACC-DAB |
| Lesley | Alfonso | 6:09-cv-17151-ACC-DAB |
| Leslie | Billy | 6:09-cv-16863-ACC-DAB |
| Lester | Kristy | 6:07-cv-16295-ACC-DAB |
| Lesure | David | 6:07-cv-13807-ACC-DAB |
| Leszczynski | Candi | 6:07-cv-15098-ACC-DAB |
| Leuthauser | Lorraine | 6:09-cv-00029-ACC-DAB |
| Levesque | Evelyn | 6:07-cv-15100-ACC-DAB |
| Levine | Kathleen | 6:07-cv-10534-ACC-DAB |
| Levy | Cheryl K | 6:06-cv-01009-ACC-DAB |
| Levy | Steven | 6:07-cv-11742-ACC-DAB |
| Lewis | Bruce | 6:07-cv-15101-ACC-DAB |
| Lewis | Candice | 6:07-cv-16296-ACC-DAB |
| Lewis | Cassandra | 6:07-cv-13809-ACC-DAB |
| Lewis | Christine | 6:07-cv-13810-ACC-DAB |
| Lewis | Cleofas | 6:07-cv-13811-ACC-DAB |
| Lewis | Donald | 6:07-cv-12647-ACC-DAB |
| Lewis | Greggory | 6:07-cv-15102-ACC-DAB |
| Lewis | Isaac | 6:07-cv-11743-ACC-DAB |
| Lewis | Johnnie | 6:07-cv-11231-ACC-DAB |
| Lewis | Joyce | 6:07-cv-12648-ACC-DAB |
| Lewis | Karen | 6:07-cv-11744-ACC-DAB |
| Lewis | Leonard R Jr. | 6:07-cv-00335-ACC-DAB |
| Lewis | Luther | 6:07-cv-11746-ACC-DAB |
| Lewis | Marvin | 6:09-cv-16911-ACC-DAB |
| Lewis | Mary | 6:07-cv-13812-ACC-DAB |
| Lewis | Mia | 6:06-cv-01397-ACC-DAB |
| Lewis | Miriam | 6:07-cv-10686-ACC-DAB |
| Lewis | Pearline | 6:07-cv-16297-ACC-DAB |
| Lewis | Tamara | 6:09-cv-16910-ACC-DAB |
| Lewis | Veronica | 6:07-cv-10924-ACC-DAB |
| Lewis | Zelvia | 6:07-cv-10147-ACC-DAB |
| Lewis-Jones | Sonya | 6:09-cv-16912-ACC-DAB |
| Lias | Roberta | 6:07-cv-10687-ACC-DAB |

21324705.1

| Lichte | Lisa | 6:07-cv-11092-ACC-DAB |
|--------|------|------------------------|
| Lickimbat | Jolie | 6:07-cv-15648-ACC-DAB |
| Lidikay | Brooke E | 6:07-cv-01592-ACC-DAB |
| Liggett | Brian | 6:07-cv-11747-ACC-DAB |
| Lillico | Lisa | 6:07-cv-12650-ACC-DAB |
| Lilly | Brenda | 6:07-cv-12095-ACC-DAB |
| Limon | Rosemary | 6:07-cv-16300-ACC-DAB |
| Linder | Kimberly | 6:07-cv-12651-ACC-DAB |
| Linder | Rebecca | 6:07-cv-12652-ACC-DAB |
| Linderman | Donna R | 6:06-cv-01038-ACC-DAB |
| Lindner | Nick | 6:08-cv-02010-ACC-DAB |
| Lindsey | Linda | 6:07-cv-12654-ACC-DAB |
| Lindsley | William | 6:07-cv-12655-ACC-DAB |
| Linville | Christopher | 6:08-cv-01889-ACC-DAB |
| Lipich | Theresa | 6:07-cv-11232-ACC-DAB |
| Lipscomb | Alethia | 6:07-cv-13817-ACC-DAB |
| Lipscomb | Lisa | 6:07-cv-11749-ACC-DAB |
| Little | Dorothy | 6:07-cv-11233-ACC-DAB |
| Little | Stacie | 6:07-cv-02058-ACC-DAB |
| Little John | Eartha | 6:07-cv-13818-ACC-DAB |
| Littlejohn | Joseph | 6:07-cv-15104-ACC-DAB |
| Littlepage | Sherri | 6:09-cv-01867-ACC-DAB |
| Littles | Shawn | 6:09-cv-16913-ACC-DAB |
| Littleton | Dale | 6:07-cv-13819-ACC-DAB |
| Lively | Theresa L | 6:07-cv-10043-ACC-DAB |
| Livengood | Minta | 6:09-cv-16914-ACC-DAB |
| Living | Deborah | 6:07-cv-15106-ACC-DAB |
| Llewellyn | Deborah | 6:07-cv-15107-ACC-DAB |
| Lockhart | Martha | 6:07-cv-15108-ACC-DAB |
| Lockhart | Terri | 6:06-cv-01031-ACC-DAB |
| Lockinger | Cynthia | 6:07-cv-13820-ACC-DAB |
| Loes | Zachary L | 6:07-cv-01004-ACC-DAB |
| Loether | Joe | 6:07-cv-10689-ACC-DAB |
| Loftin | Jessie | 6:07-cv-16301-ACC-DAB |
| Lofton | Angela | 6:07-cv-12656-ACC-DAB |
| Logan | Nkosaithi | 6:07-cv-11234-ACC-DAB |
| Logan | Patricia | 6:07-cv-10927-ACC-DAB |
| Lomayesza | Melissa | 6:07-cv-16726-ACC-DAB |
| Lomba | John | 6:07-cv-10928-ACC-DAB |
| Lombardo | Anthony | 6:07-cv-16302-ACC-DAB |
| Long | Annie | 6:07-cv-15109-ACC-DAB |
| Long | Mary | 6:07-cv-13822-ACC-DAB |
| Long | Melvin | 6:07-cv-15110-ACC-DAB |
| Long | Rhonda | 6:07-cv-15111-ACC-DAB |
| Long | Zollie | 6:07-cv-13823-ACC-DAB |
| Longo | Patricia | 6:07-cv-11750-ACC-DAB |
| Longoria | Hector | 6:07-cv-10690-ACC-DAB |
| Longs | Florastine | 6:07-cv-02052-ACC-DAB |
| Longshore | Lucretia | 6:07-cv-13824-ACC-DAB |
| Looney | Leah | 6:07-cv-13825-ACC-DAB |
| Lopez | Lori | 6:07-cv-11752-ACC-DAB |

| Lopez | Rose I | 6:07-cv-00669-ACC-DAB |
|-------|--------|------------------------|
| Lorenzo | Dionisio | 6:07-cv-01403-ACC-DAB |
| Lostetter-Warsame | Davee | 6:07-cv-12179-ACC-DAB |
| Loteckie | Judith | 6:07-cv-15573-ACC-DAB |
| Lott | Anthony | 6:07-cv-11753-ACC-DAB |
| Lott | Dennis | 6:07-cv-00505-ACC-DAB |
| Lovato | Elizabeth | 6:07-cv-15112-ACC-DAB |
| Love | Ara | 6:07-cv-16303-ACC-DAB |
| Love | Curtis | 6:07-cv-13826-ACC-DAB |
| Love | Rochelle | 6:07-cv-15113-ACC-DAB |
| Lovelace | Mary A. | 6:07-cv-16753-ACC-DAB |
| Lovell | Brandon | 6:07-cv-10929-ACC-DAB |
| Lovell | Christopher | 6:08-cv-01317-ACC-DAB |
| Lovin | Sarah | 6:07-cv-10692-ACC-DAB |
| Lovincey | Anthony | 6:07-cv-12659-ACC-DAB |
| Lovlein | Amy L. | 6:07-cv-01032-ACC-DAB |
| Lowe | Curtis | 6:07-cv-13828-ACC-DAB |
| Lowe | Donald | 6:07-cv-16305-ACC-DAB |
| Lowmiller | Tracey | 6:07-cv-11754-ACC-DAB |
| Lowmiller | Tracey | 6:07-cv-11754-ACC-DAB |
| Lowrey | David | 6:07-cv-13829-ACC-DAB |
| Loy | Stephanie | 6:07-cv-10931-ACC-DAB |
| Lucas | Corey | 6:09-cv-00372-ACC-DAB |
| Lucas | Dixie | 6:07-cv-15116-ACC-DAB |
| Lucas | Mary Anne | 6:07-cv-10346-ACC-DAB |
| Lucas | Robbie | 6:07-cv-12660-ACC-DAB |
| Lucchetti | Lu Ann | 6:07-cv-16307-ACC-DAB |
| Lugo | John | 6:07-cv-15117-ACC-DAB |
| Lujan | Rita | 6:07-cv-11755-ACC-DAB |
| Luke | Anthony | 6:07-cv-13831-ACC-DAB |
| Luke | Jimmie | 6:07-cv-16308-ACC-DAB |
| Lumadue | David Allen | 6:07-cv-00393-ACC-DAB |
| Lumberg | Jeffrey | 6:07-cv-16309-ACC-DAB |
| Lundy | Kathryn | 6:07-cv-13832-ACC-DAB |
| Lunkkonen | John | 6:07-cv-10347-ACC-DAB |
| Luther | Peggy | 6:07-cv-16311-ACC-DAB |
| Luttrell | Kathryn | 6:07-cv-15118-ACC-DAB |
| Lycan | Toni | 6:07-cv-15119-ACC-DAB |
| Lyles | Atwina | 6:07-cv-10932-ACC-DAB |
| Lynch | Jordan | 6:07-cv-11235-ACC-DAB |
| Lynch | Tammie | 6:07-cv-13834-ACC-DAB |
| Lyons | Lisa | 6:07-cv-12180-ACC-DAB |
| Lyons | Michael | 6:07-cv-15120-ACC-DAB |
| Mabe-Wortman | Penny | 6:07-cv-12661-ACC-DAB |
| Mabry | Marcus | 6:07-cv-13836-ACC-DAB |
| MacDonald | James | 6:07-cv-15755-ACC-DAB |
| MacDuffie | Caroline Crompton | 6:07-cv-00435-ACC-DAB |
| Macias | James | 6:07-cv-13838-ACC-DAB |
| Mackey | Samuel | 6:07-cv-13839-ACC-DAB |
| Macklin | Katherine | 6:07-cv-12181-ACC-DAB |
| Macknicki | Holly | 6:07-cv-12662-ACC-DAB |

| | | |
|---|---|---|
| MacMahon | Janice | 6:07-cv-13837-ACC-DAB |
| Maday | Neil Mark | 6:07-cv-00339-ACC-DAB |
| Madden | John | 6:07-cv-10101-ACC-DAB |
| Maddox | Angela | 6:07-cv-11757-ACC-DAB |
| Maddox | Darrell | 6:07-cv-16314-ACC-DAB |
| Maddox | Yvette | 6:09-cv-16918-ACC-DAB |
| Madison | Bridgette | 6:09-cv-16919-ACC-DAB |
| Madison | Carolyn | 6:07-cv-15756-ACC-DAB |
| Madrigale | Lori | 6:07-cv-16315-ACC-DAB |
| Madron | Shannon | 6:07-cv-10349-ACC-DAB |
| Maestas | Fred | 6:07-cv-16316-ACC-DAB |
| Magana | Jose | 6:09-cv-16920-ACC-DAB |
| Mahaffey | Barnard | 6:07-cv-10350-ACC-DAB |
| Mahan | Christoper | 6:07-cv-13841-ACC-DAB |
| Mahoney | Frances | 6:07-cv-13842-ACC-DAB |
| Maines | Timothy Y Sr. | 6:08-cv-00232-ACC-DAB |
| Maker | Richard | 6:07-cv-11759-ACC-DAB |
| Makinson | James Anthony | 6:07-cv-16757-ACC-DAB |
| Malczewski | Robert | 6:07-cv-13844-ACC-DAB |
| Mallon | Mona | 6:07-cv-10102-ACC-DAB |
| Malloy | Harry | 6:07-cv-13848-ACC-DAB |
| Malmin | Forrest | 6:09-cv-17216-ACC-DAB |
| Malone | Gene | 6:09-cv-16922-ACC-DAB |
| Malone | Lynn Marie | 6:10-cv-00031-ACC-DAB |
| Maloney | James | 6:07-cv-13849-ACC-DAB |
| Manasian | Richard | 6:09-cv-17166-ACC-DAB |
| Mancini | Nancy | 6:10-cv-00165-ACC-DAB |
| Mani | James | 6:07-cv-15124-ACC-DAB |
| Manigault | Paula | 6:07-cv-10935-ACC-DAB |
| Manigo | Sandra | 6:08-cv-00356-ACC-DAB |
| Manley | Dianne | 6:07-cv-13850-ACC-DAB |
| Manners | Jacquelyn | 6:07-cv-10693-ACC-DAB |
| Manning | Della | 6:07-cv-16319-ACC-DAB |
| Manos | Pamela | 6:07-cv-15125-ACC-DAB |
| Mansell | Tyrone | 6:07-cv-11761-ACC-DAB |
| Mansfield | Donna | 6:07-cv-13852-ACC-DAB |
| Mansfield | Ronald | 6:07-cv-15126-ACC-DAB |
| Manson | Florine | 6:07-cv-13853-ACC-DAB |
| Manuel | Cameo | 6:07-cv-15649-ACC-DAB |
| March | Steven | 6:07-cv-12666-ACC-DAB |
| Marco | Theresa | 6:07-cv-11763-ACC-DAB |
| Marcomb | Linda | 6:07-cv-10353-ACC-DAB |
| Mardis | Ann | 6:07-cv-16321-ACC-DAB |
| Mares | Rebecca | 6:07-cv-10535-ACC-DAB |
| Mariner | Carla | 6:07-cv-00345-ACC-DAB |
| Marino | David | 6:09-cv-17095-ACC-DAB |
| Marion | Earnestine | 6:07-cv-12667-ACC-DAB |
| Markay | Jerome | 6:07-cv-13855-ACC-DAB |
| Marks | Marian | 6:07-cv-12668-ACC-DAB |
| Marquis | Malea | 6:07-cv-11764-ACC-DAB |
| Marsh | Mark | 6:09-cv-16925-ACC-DAB |

| Marsh | Mark T | 6:07-cv-01877-ACC-DAB |
|---|---|---|
| Marshall | Connell | 6:07-cv-13856-ACC-DAB |
| Marshall | Corrine | 6:07-cv-12183-ACC-DAB |
| Marshall | Gwendolyn | 6:07-cv-16323-ACC-DAB |
| Marshall | Rose | 6:07-cv-12669-ACC-DAB |
| Marshall | Rose | 6:07-cv-00391-ACC-DAB |
| Marshall | Teresa | 6:07-cv-11236-ACC-DAB |
| Marshman | Kimberly | 6:07-cv-13858-ACC-DAB |
| Martin | Angela | 6:07-cv-13859-ACC-DAB |
| Martin | Barbara | 6:07-cv-13860-ACC-DAB |
| Martin | Brenda | 6:07-cv-15127-ACC-DAB |
| Martin | Candace | 6:07-cv-12670-ACC-DAB |
| Martin | Charles | 6:07-cv-12671-ACC-DAB |
| Martin | Clarence | 6:07-cv-13861-ACC-DAB |
| Martin | Dennis | 6:07-cv-12672-ACC-DAB |
| Martin | Derrick | 6:07-cv-15128-ACC-DAB |
| Martin | Dorothy | 6:08-cv-00911-ACC-DAB |
| Martin | Evelyn | 6:07-cv-12099-ACC-DAB |
| Martin | Gwen | 6:07-cv-00510-ACC-DAB |
| Martin | John | 6:07-cv-11767-ACC-DAB |
| Martin | Judy | 6:07-cv-11237-ACC-DAB |
| Martin | Karen | 6:07-cv-10936-ACC-DAB |
| Martin | Kenneth | 6:07-cv-10354-ACC-DAB |
| Martin | Leroy | 6:07-cv-13863-ACC-DAB |
| Martin | Linda | 6:07-cv-10356-ACC-DAB |
| Martin | Lonnell | 6:07-cv-13864-ACC-DAB |
| Martin | Melvin | 6:07-cv-11766-ACC-DAB |
| Martin | Patricia | 6:08-cv-02107-ACC-DAB |
| Martin | Rokim | 6:07-cv-13865-ACC-DAB |
| Martin | Ronald | 6:07-cv-10695-ACC-DAB |
| Martin | Scherry | 6:07-cv-16324-ACC-DAB |
| Martin | Tamora | 6:07-cv-13866-ACC-DAB |
| Martin | Teresa | 6:07-cv-12673-ACC-DAB |
| Martin | Terry | 6:07-cv-10937-ACC-DAB |
| Martin | William | 6:07-cv-13867-ACC-DAB |
| Martindale | Gayla | 6:07-cv-13868-ACC-DAB |
| Martinez | Benjamin | 6:07-cv-13869-ACC-DAB |
| Martinez | Catherine | 6:07-cv-00982-ACC-DAB |
| Martinez | Elane | 6:07-cv-11238-ACC-DAB |
| Martinez | Jacob | 6:07-cv-13870-ACC-DAB |
| Martinez | Jesus | 6:07-cv-16327-ACC-DAB |
| Martinez | Karen | 6:07-cv-13871-ACC-DAB |
| Martinez | Leroy A. | 6:08-cv-00641-ACC-DAB |
| Martinez | Margarita | 6:07-cv-12442-ACC-DAB |
| Martinez | Pamela | 6:07-cv-15758-ACC-DAB |
| Martinez | Papatii | 6:07-cv-16328-ACC-DAB |
| Martinez | Randi | 6:07-cv-15131-ACC-DAB |
| Martinez | Ruby | 6:07-cv-12676-ACC-DAB |
| Martinez | Sarah | 6:07-cv-12677-ACC-DAB |
| Martinez | Velma | 6:07-cv-13872-ACC-DAB |
| Maschmann | Kimberly | 6:07-cv-13873-ACC-DAB |

| Maslakow | Lori | 6:07-cv-15132-ACC-DAB |
|---|---|---|
| Mason | Estelita | 6:07-cv-11239-ACC-DAB |
| Mason | Margo | 6:07-cv-11768-ACC-DAB |
| Mason | Norris | 6:07-cv-13874-ACC-DAB |
| Mason | Ronald | 6:07-cv-13875-ACC-DAB |
| Mason | W L | 6:07-cv-16329-ACC-DAB |
| Massa | Richard | 6:09-cv-01868-ACC-DAB |
| Massacci | Anthony | 6:07-cv-13876-ACC-DAB |
| Massengill | Donna | 6:07-cv-13877-ACC-DAB |
| Massey | Carly | 6:07-cv-15590-ACC-DAB |
| Massey | Janice | 6:07-cv-12678-ACC-DAB |
| Massey | Michelle | 6:06-cv-00966-ACC-DAB |
| Massie | Nancy | 6:07-cv-15601-ACC-DAB |
| Masterson | John | 6:06-cv-01039-ACC-DAB |
| Masterson | Michael | 6:07-cv-00983-ACC-DAB |
| Mastrocola | JoAnn | 6:07-cv-16330-ACC-DAB |
| Mathes | Brenda | 6:07-cv-12679-ACC-DAB |
| Mathews | Agnes | 6:07-cv-15650-ACC-DAB |
| Mathews | Kevin | 6:07-cv-16331-ACC-DAB |
| Mathis | Jewel | 6:09-cv-17132-ACC-DAB |
| Mathwig | Thomas | 6:07-cv-16332-ACC-DAB |
| Matlock | Debra | 6:07-cv-11769-ACC-DAB |
| Matney | Ricky | 6:08-cv-00810-ACC-DAB |
| Matos | Sherri | 6:07-cv-13878-ACC-DAB |
| Matsko | Mark | 6:07-cv-10357-ACC-DAB |
| Matson | Lisa-Marie | 6:07-cv-15133-ACC-DAB |
| Mattes | William | 6:07-cv-16333-ACC-DAB |
| Matthews | Joshua | 6:07-cv-16334-ACC-DAB |
| Matthews | Merle | 6:09-cv-16926-ACC-DAB |
| Matthews | Pamela | 6:07-cv-11770-ACC-DAB |
| Matthews | Robert | 6:07-cv-00507-ACC-DAB |
| Mattix | Patricia | 6:07-cv-12680-ACC-DAB |
| Mauk | Veronica | 6:07-cv-12681-ACC-DAB |
| Mauricio | Michelle | 6:07-cv-13879-ACC-DAB |
| Maxcy | Francis | 6:07-cv-13880-ACC-DAB |
| Maxwell | Tony | 6:07-cv-11771-ACC-DAB |
| Maxwell | William Richard | 6:07-cv-13881-ACC-DAB |
| May | Ronald | 6:07-cv-11773-ACC-DAB |
| Mayberry | Tracy | 6:07-cv-11774-ACC-DAB |
| Maye | Tracy | 6:09-cv-16874-ACC-DAB |
| Mayer | Anita | 6:07-cv-10358-ACC-DAB |
| Mayer | Karl | 6:07-cv-13882-ACC-DAB |
| Mayeux | Terrie | 6:07-cv-10044-ACC-DAB |
| Mayfield | Kenneth | 6:07-cv-11775-ACC-DAB |
| Mays | Regina | 6:07-cv-00390-ACC-DAB |
| Maze | Bernice | 6:07-cv-10939-ACC-DAB |
| Maze | Ida | 6:07-cv-10940-ACC-DAB |
| Mazza | Helen | 6:07-cv-10537-ACC-DAB |
| Mazzarini | Roberta | 6:07-cv-15781-ACC-DAB |
| Mazzoni | Perry | 6:07-cv-12683-ACC-DAB |
| McAdams | Terry | 6:07-cv-15136-ACC-DAB |

| McAfee | Bobbie | 6:07-cv-16335-ACC-DAB |
|---|---|---|
| McAfee | Herman | 6:07-cv-11776-ACC-DAB |
| McAfee | Margaret | 6:07-cv-11240-ACC-DAB |
| McAllister | Kathleen | 6:06-cv-00980-ACC-DAB |
| McAlpin | Verdie | 6:07-cv-16336-ACC-DAB |
| McBride | Patti | 6:09-cv-17255-ACC-DAB |
| McCabe | Donna | 6:07-cv-10941-ACC-DAB |
| McCain | Pamela | 6:07-cv-11777-ACC-DAB |
| McCall | Christine | 6:07-cv-00388-ACC-DAB |
| McCall | Ian | 6:07-cv-13885-ACC-DAB |
| Mccall | Mary | 6:07-cv-11241-ACC-DAB |
| McCall | Randy | 6:07-cv-15651-ACC-DAB |
| McCamey | Jannifer | 6:07-cv-16338-ACC-DAB |
| McCants | Octavia | 6:07-cv-13888-ACC-DAB |
| McCarthy | Reggie | 6:07-cv-16339-ACC-DAB |
| McCarthy | Rick | 6:07-cv-11778-ACC-DAB |
| McCarty | Kimberly | 6:07-cv-13889-ACC-DAB |
| McCarty | Russell | 6:07-cv-10538-ACC-DAB |
| McCaslin | Cynthia | 6:07-cv-10696-ACC-DAB |
| McClain | Angela R | 6:08-cv-00125-ACC-DAB |
| McClain | Cecil | 6:07-cv-00696-ACC-DAB |
| McClain | Robinn | 6:07-cv-15139-ACC-DAB |
| McClain | Shaunte | 6:07-cv-15140-ACC-DAB |
| McClamb | Joquana | 6:07-cv-15141-ACC-DAB |
| McClave | Genetta | 6:07-cv-13890-ACC-DAB |
| McClinton | Sherry | 6:07-cv-11780-ACC-DAB |
| McCloud | Deborah | 6:07-cv-16340-ACC-DAB |
| McCloud | Roy | 6:07-cv-13893-ACC-DAB |
| McCluney | Mack | 6:07-cv-13894-ACC-DAB |
| McConnell | Vivian | 6:07-cv-12685-ACC-DAB |
| McCook | Robert | 6:09-cv-00529-ACC-DAB |
| McCord | Larry | 6:07-cv-13895-ACC-DAB |
| McCorkle | Thomas | 6:07-cv-16341-ACC-DAB |
| McCormick | Bertha | 6:07-cv-16342-ACC-DAB |
| McCourt | James | 6:07-cv-10942-ACC-DAB |
| McCown | Shelly | 6:07-cv-16344-ACC-DAB |
| McCoy | Denver | 6:07-cv-13896-ACC-DAB |
| McCoy | Gary | 6:07-cv-12625-ACC-DAB |
| McCoy | Rachel | 6:08-cv-02013-ACC-DAB |
| McCrary | David | 6:07-cv-15604-ACC-DAB |
| McCrary | Tina | 6:07-cv-11242-ACC-DAB |
| McCready | Joanne | 6:07-cv-13899-ACC-DAB |
| McCullough | Becky | 6:07-cv-16346-ACC-DAB |
| McCullough | Myron | 6:07-cv-13900-ACC-DAB |
| McCune | Kathy | 6:07-cv-16347-ACC-DAB |
| McCunney | Mariann | 6:07-cv-00386-ACC-DAB |
| McCurley | Shelby | 6:07-cv-16348-ACC-DAB |
| McCutchen | Cecil | 6:07-cv-13901-ACC-DAB |
| McCutcheon | Garry | 6:07-cv-10697-ACC-DAB |
| McDade-Terry | Murphy | 6:07-cv-11243-ACC-DAB |
| McDaniel | David | 6:07-cv-12687-ACC-DAB |

| McDaniel | Joyce | 6:07-cv-10014-ACC-DAB |
|----------|-------|------------------------|
| McDaniel | William | 6:07-cv-11783-ACC-DAB |
| McDaniel | William | 6:07-cv-13904-ACC-DAB |
| McDaniels | George | 6:07-cv-11784-ACC-DAB |
| McDermott | John | 6:07-cv-11785-ACC-DAB |
| McDermott | William | 6:07-cv-10699-ACC-DAB |
| McDonald | Carolyn | 6:07-cv-15143-ACC-DAB |
| McDonald | Margaret | 6:07-cv-00664-ACC-DAB |
| McDonald | Mary | 6:07-cv-15144-ACC-DAB |
| McDonald | Patrick | 6:07-cv-16350-ACC-DAB |
| McDonald | Rita | 6:07-cv-10075-ACC-DAB |
| McDonald | Samuel | 6:07-cv-15145-ACC-DAB |
| McDougle | Dorothy | 6:07-cv-11244-ACC-DAB |
| McDowell | Calvin | 6:07-cv-10943-ACC-DAB |
| McDowell | Carolyn | 6:07-cv-13906-ACC-DAB |
| McDuffey | Tacara | 6:07-cv-15146-ACC-DAB |
| McElrath | Ruth | 6:07-cv-13907-ACC-DAB |
| McElroy | Dennis | 6:07-cv-15838-ACC-DAB |
| McFadden | Tracy | 6:09-cv-16880-ACC-DAB |
| McFarland | Margie | 6:07-cv-13908-ACC-DAB |
| McFarlin | Beverly | 6:07-cv-13909-ACC-DAB |
| McGee | Betty | 6:07-cv-15149-ACC-DAB |
| McGhee | Patsy | 6:07-cv-15150-ACC-DAB |
| McGhee | Troy | 6:07-cv-15152-ACC-DAB |
| McGill | Wilda L | 6:07-cv-13910-ACC-DAB |
| McGinn | Susan | 6:07-cv-12688-ACC-DAB |
| McGlone | Joseph | 6:07-cv-11246-ACC-DAB |
| McGlothin | Marjie | 6:07-cv-10149-ACC-DAB |
| McGrane | Linda | 6:07-cv-11247-ACC-DAB |
| McHan | Freddie | 6:07-cv-12689-ACC-DAB |
| McInnis | Carl E. | 6:08-cv-01229-ACC-DAB |
| McIntosh | Zevon | 6:07-cv-11062-ACC-DAB |
| McInturff | Michael | 6:08-cv-01152-ACC-DAB |
| McIntyre | Carole | 6:06-cv-00998-ACC-DAB |
| McIntyre | Matthew | 6:07-cv-12691-ACC-DAB |
| McIntyre | Rebecca | 6:07-cv-13912-ACC-DAB |
| McIntyre | Yvette | 6:08-cv-00143-ACC-DAB |
| McKeand | Roger | 6:07-cv-10944-ACC-DAB |
| McKeethern | Gary | 6:07-cv-16352-ACC-DAB |
| McKeever | Nancy | 6:07-cv-10700-ACC-DAB |
| McKeithen | Brandi | 6:07-cv-10363-ACC-DAB |
| McKellar | Adam | 6:07-cv-10166-ACC-DAB |
| McKenzie | Sharon | 6:07-cv-13913-ACC-DAB |
| McKeown | Bruce | 6:07-cv-16353-ACC-DAB |
| McKinney | Dana | 6:07-cv-00377-ACC-DAB |
| McKinney | Malcolm | 6:07-cv-16354-ACC-DAB |
| McKinney | Ronald | 6:07-cv-13914-ACC-DAB |
| McKinnis | Naomi | 6:07-cv-11787-ACC-DAB |
| McKnight | Ricky | 6:07-cv-16356-ACC-DAB |
| McLaughlin | Michael | 6:07-cv-11097-ACC-DAB |
| McLaurin | Ostina | 6:07-cv-12692-ACC-DAB |

| | | |
|---|---|---|
| McLemore | Helen | 6:07-cv-12693-ACC-DAB |
| McLeod | Kathy | 6:07-cv-13916-ACC-DAB |
| McMahon | Elizabeth | 6:07-cv-15153-ACC-DAB |
| McManus | Carrie | 6:07-cv-13917-ACC-DAB |
| McManus-Craig | Anjeanette | 6:07-cv-15154-ACC-DAB |
| McMillan | Mitchell | 6:07-cv-12694-ACC-DAB |
| McMillian-Jones | Katrina | 6:07-cv-15760-ACC-DAB |
| McMullen | Amika | 6:07-cv-15761-ACC-DAB |
| McMunn | John | 6:07-cv-10947-ACC-DAB |
| McNair | Earl | 6:07-cv-11509-ACC-DAB |
| McNeal | Kimberly | 6:07-cv-15155-ACC-DAB |
| McNear | Dennis | 6:07-cv-13919-ACC-DAB |
| McNease | Brenda | 6:07-cv-00376-ACC-DAB |
| McNeil | Janice | 6:07-cv-15156-ACC-DAB |
| McNeil | Judy | 6:07-cv-11249-ACC-DAB |
| McNeil | Ronnie | 6:07-cv-11788-ACC-DAB |
| McNeil | Tammy | 6:07-cv-10364-ACC-DAB |
| McPherson | Scott | 6:07-cv-13920-ACC-DAB |
| McQueen | Donna | 6:07-cv-13921-ACC-DAB |
| McQueen | Margaret | 6:09-cv-00528-ACC-DAB |
| McRae | Louise | 6:07-cv-11789-ACC-DAB |
| McSwain | Rueben | 6:07-cv-16358-ACC-DAB |
| McTigue | Rachel | 6:07-cv-15158-ACC-DAB |
| Meadows | Katheryn | 6:07-cv-13922-ACC-DAB |
| Meadows | William | 6:07-cv-13923-ACC-DAB |
| Meadows-Oneal | Carol | 6:07-cv-10703-ACC-DAB |
| Means | Angelia | 6:07-cv-15159-ACC-DAB |
| Means | Hilda | 6:07-cv-13924-ACC-DAB |
| Mecum | Franklin | 6:07-cv-12696-ACC-DAB |
| Medlen | Rachel | 6:07-cv-13925-ACC-DAB |
| Medlin | Kelly | 6:09-cv-16927-ACC-DAB |
| Meeks | Terri | 6:07-cv-11791-ACC-DAB |
| Meister | Janet | 6:09-cv-17140-ACC-DAB |
| Melanson | Suzanne | 6:07-cv-00667-ACC-DAB |
| Melser | Lance | 6:07-cv-13926-ACC-DAB |
| Melton | Lekelia | 6:07-cv-12697-ACC-DAB |
| Melton | Priscilla | 6:07-cv-12698-ACC-DAB |
| Melton | Vickie | 6:07-cv-13928-ACC-DAB |
| Melvin | Cheryl | 6:07-cv-12699-ACC-DAB |
| Mendez | Reuben | 6:07-cv-13929-ACC-DAB |
| Mendoza | Karolyn | 6:07-cv-13930-ACC-DAB |
| Menendez | Miguel | 6:07-cv-12096-ACC-DAB |
| Menser | Julius | 6:07-cv-13931-ACC-DAB |
| Menton | Marcus | 6:07-cv-13932-ACC-DAB |
| Mercado | Alexander | 6:07-cv-10367-ACC-DAB |
| Mercer | Johnnie | 6:07-cv-13933-ACC-DAB |
| Mercer | Julie | 6:07-cv-13934-ACC-DAB |
| Mercurio | Maureen | 6:08-cv-01425-ACC-DAB |
| Merenda | Justin | 6:09-cv-16928-ACC-DAB |
| Meridyth | James | 6:07-cv-13935-ACC-DAB |
| Merlenet | Riley | 6:06-cv-01317-ACC-DAB |

| Merrill | Annette | 6:07-cv-13665-ACC-DAB |
|---|---|---|
| Merrill | Paula D. | 6:09-cv-00066-ACC-DAB |
| Merrill | Wynn | 6:07-cv-10368-ACC-DAB |
| Merriman | Robert | 6:07-cv-15163-ACC-DAB |
| Merritt | Judith | 6:07-cv-00337-ACC-DAB |
| Merritt-Terry | Shenita | 6:08-cv-01718-ACC-DAB |
| Merryman | Robert | 6:07-cv-16361-ACC-DAB |
| Merten | Randy | 6:07-cv-12700-ACC-DAB |
| Messer | Amanda | 6:07-cv-15654-ACC-DAB |
| Messer | Randy | 6:07-cv-10369-ACC-DAB |
| Metz | Samuel | 6:07-cv-10103-ACC-DAB |
| Meyer | Delbert | 6:07-cv-15164-ACC-DAB |
| Meyer | Leshe | 6:07-cv-11792-ACC-DAB |
| Meyer | Tracie | 6:07-cv-15165-ACC-DAB |
| Meyers | Lillie | 6:07-cv-12701-ACC-DAB |
| Miceli | Jerome | 6:07-cv-12702-ACC-DAB |
| Michl | Donna | 6:07-cv-10704-ACC-DAB |
| Middleton | Christopher | 6:07-cv-12703-ACC-DAB |
| Middleton | Michael | 6:06-cv-01384-ACC-DAB |
| Middleton | Sharon | 6:09-cv-16929-ACC-DAB |
| Mikel | Lyneal | 6:10-cv-00159-ACC-DAB |
| Miles | Angelo | 6:07-cv-13939-ACC-DAB |
| Miles | Marcella | 6:07-cv-15764-ACC-DAB |
| Miles | Michelle | 6:07-cv-13940-ACC-DAB |
| Miles | Stanley | 6:07-cv-11794-ACC-DAB |
| Miller | Alice | 6:07-cv-10950-ACC-DAB |
| Miller | Brenda | 6:09-cv-16932-ACC-DAB |
| Miller | Catha | 6:07-cv-12431-ACC-DAB |
| Miller | Daryall | 6:09-cv-01869-ACC-DAB |
| Miller | Debbie | 6:07-cv-16363-ACC-DAB |
| Miller | Deloris | 6:09-cv-16933-ACC-DAB |
| Miller | Janee | 6:07-cv-15219-ACC-DAB |
| Miller | Jenny | 6:07-cv-16364-ACC-DAB |
| Miller | Kasey | 6:07-cv-10370-ACC-DAB |
| Miller | Marilyn | 6:07-cv-12704-ACC-DAB |
| Miller | Mark | 6:09-cv-16862-ACC-DAB |
| Miller | Richard | 6:07-cv-13944-ACC-DAB |
| Miller | Sarah | 6:07-cv-13945-ACC-DAB |
| Miller | Thomas | 6:09-cv-16932-ACC-DAB |
| Miller | Tracy | 6:07-cv-16365-ACC-DAB |
| Miller | Yvonne | 6:07-cv-15168-ACC-DAB |
| Milliner | Lee | 6:07-cv-15169-ACC-DAB |
| Mills | Christopher | 6:07-cv-11795-ACC-DAB |
| Mills | Henry | 6:07-cv-13946-ACC-DAB |
| Mills | Meredithe | 6:07-cv-15170-ACC-DAB |
| Mills | Sharron L. | 6:09-cv-01870-ACC-DAB |
| Milson | Patricia | 6:07-cv-12705-ACC-DAB |
| Milton | Emery | 6:07-cv-16366-ACC-DAB |
| Mims | Sheila | 6:07-cv-16367-ACC-DAB |
| Minter | Sheari | 6:07-cv-11796-ACC-DAB |
| Miranda | Rhonda | 6:07-cv-13948-ACC-DAB |

| Mitchell | Angela | 6:09-cv-16875-ACC-DAB |
|---|---|---|
| Mitchell | Cynthia | 6:07-cv-15171-ACC-DAB |
| Mitchell | Darlene | 6:07-cv-13949-ACC-DAB |
| Mitchell | Doreen | 6:07-cv-11250-ACC-DAB |
| Mitchell | Henry | 6:07-cv-13950-ACC-DAB |
| Mitchell | Jacqueline | 6:09-cv-17143-ACC-DAB |
| Mitchell | Michael | 6:09-cv-17096-ACC-DAB |
| Mitchell | Paulette | 6:08-cv-01426-ACC-DAB |
| Mitchell | Raymond | 6:07-cv-15173-ACC-DAB |
| Mitchell | Rhoda | 6:07-cv-16717-ACC-DAB |
| Mitchell | Thomas | 6:07-cv-11799-ACC-DAB |
| Mitchell | Vernethia | 6:07-cv-11798-ACC-DAB |
| Mitchem | James | 6:07-cv-13952-ACC-DAB |
| Mitts | Amanda | 6:07-cv-13953-ACC-DAB |
| Mizer | Brian | 6:09-cv-17187-ACC-DAB |
| Mizner | Susan A | 6:07-cv-00374-ACC-DAB |
| Mobley | Larry | 6:07-cv-16368-ACC-DAB |
| Mobley | Tamara | 6:07-cv-15175-ACC-DAB |
| Mock | Sheree | 6:07-cv-12707-ACC-DAB |
| Modesty | Jason M | 6:07-cv-00690-ACC-DAB |
| Mohler | Mary | 6:07-cv-13955-ACC-DAB |
| Mohr | Carl | 6:07-cv-11251-ACC-DAB |
| Molinari | Terry | 6:07-cv-16370-ACC-DAB |
| Monroe | Jody | 6:07-cv-11801-ACC-DAB |
| Monroy | Margaret | 6:07-cv-16371-ACC-DAB |
| Monson | Bruce | 6:07-cv-10372-ACC-DAB |
| Monson | Jay | 6:07-cv-11802-ACC-DAB |
| Montano | Yolanda | 6:07-cv-16372-ACC-DAB |
| Montero | Sammy | 6:07-cv-10952-ACC-DAB |
| Montgomery | Athena | 6:07-cv-16373-ACC-DAB |
| Montgomery | Belinda L.T. | 6:07-cv-00371-ACC-DAB |
| Montgomery | James | 6:07-cv-13958-ACC-DAB |
| Montgomery | Lawrence | 6:07-cv-15176-ACC-DAB |
| Montgomery | Lynette | 6:07-cv-11803-ACC-DAB |
| Montgomery | Teresa | 6:07-cv-00334-ACC-DAB |
| Montoya | David | 6:07-cv-10540-ACC-DAB |
| Montoya | Jose | 6:07-cv-10953-ACC-DAB |
| Moody | Darrell | 6:07-cv-15178-ACC-DAB |
| Moody | Jane | 6:07-cv-10954-ACC-DAB |
| Moody | Judy | 6:09-cv-17098-ACC-DAB |
| Moody | Teia | 6:07-cv-13959-ACC-DAB |
| Moon | Lisa | 6:07-cv-15768-ACC-DAB |
| Moore | Alonzo | 6:07-cv-16374-ACC-DAB |
| Moore | Angela | 6:07-cv-15179-ACC-DAB |
| Moore | Betty | 6:07-cv-13960-ACC-DAB |
| Moore | Cecil | 6:07-cv-11252-ACC-DAB |
| Moore | Crystal A. | 6:08-cv-01230-ACC-DAB |
| Moore | Cynthia | 6:07-cv-13961-ACC-DAB |
| Moore | Delores | 6:07-cv-13962-ACC-DAB |
| Moore | Donna | 6:09-cv-00018-ACC-DAB |
| Moore | Earnest | 6:07-cv-00367-ACC-DAB |

| Moore | Elizabeth A | 6:06-cv-01613-ACC-DAB |
| Moore | James | 6:07-cv-10706-ACC-DAB |
| Moore | James | 6:07-cv-11804-ACC-DAB |
| Moore | Jerry Jr. | 6:07-cv-00384-ACC-DAB |
| Moore | Joann | 6:07-cv-16377-ACC-DAB |
| Moore | John | 6:07-cv-12708-ACC-DAB |
| Moore | Karen | 6:07-cv-12709-ACC-DAB |
| Moore | Larry | 6:07-cv-12710-ACC-DAB |
| Moore | Lashonne | 6:07-cv-16378-ACC-DAB |
| Moore | Lee | 6:07-cv-15182-ACC-DAB |
| Moore | Lois | 6:08-cv-00523-ACC-DAB |
| Moore | Lora | 6:09-cv-16935-ACC-DAB |
| Moore | Margarita | 6:07-cv-16379-ACC-DAB |
| Moore | Martha | 6:07-cv-16380-ACC-DAB |
| Moore | Matthew J | 6:07-cv-00689-ACC-DAB |
| Moore | Matthew J | 6:08-cv-00287-ACC-DAB |
| Moore | Patricia | 6:07-cv-15184-ACC-DAB |
| Moore | Rosie | 6:07-cv-11253-ACC-DAB |
| Moore | Sharon | 6:07-cv-15185-ACC-DAB |
| Moore | Sheila | 6:08-cv-16796-ACC-DAB |
| Moore | Thelma | 6:07-cv-12711-ACC-DAB |
| Moore | Thomas | 6:08-cv-01139-ACC-DAB |
| Moore | Unda | 6:09-cv-17167-ACC-DAB |
| Moorer | Ernest | 6:07-cv-13963-ACC-DAB |
| Moorman | Terry | 6:07-cv-11805-ACC-DAB |
| Mora | Richard | 6:08-cv-01132-ACC-DAB |
| Morales | Jesus | 6:07-cv-15186-ACC-DAB |
| Morales | Miguel | 6:07-cv-13964-ACC-DAB |
| Moran | Alexander | 6:07-cv-16383-ACC-DAB |
| Moran | Donna | 6:07-cv-13965-ACC-DAB |
| Moran | Ronald | 6:07-cv-16384-ACC-DAB |
| Morehead | Robert | 6:09-cv-17168-ACC-DAB |
| Moreland | Billie | 6:07-cv-13966-ACC-DAB |
| Moreland | Samantha | 6:07-cv-11806-ACC-DAB |
| Moreland | Sylvia | 6:07-cv-11807-ACC-DAB |
| Moreman | Shirley | 6:07-cv-10707-ACC-DAB |
| Morgan | Andy | 6:07-cv-13967-ACC-DAB |
| Morgan | Barbara | 6:09-cv-16861-ACC-DAB |
| Morgan | Carolyn | 6:07-cv-15187-ACC-DAB |
| Morgan | Clai | 6:07-cv-11808-ACC-DAB |
| Morgan | Creecie | 6:09-cv-16937-ACC-DAB |
| Morgan | Diane | 6:09-cv-17176-ACC-DAB |
| Morgan | James | 6:07-cv-11809-ACC-DAB |
| Morgan | Jo | 6:07-cv-15188-ACC-DAB |
| Morgan | Joe | 6:09-cv-01196-ACC-DAB |
| Morgan | Kimberly | 6:07-cv-16385-ACC-DAB |
| Morgan | Larry | 6:07-cv-13969-ACC-DAB |
| Morgan | Selwyn | 6:07-cv-13970-ACC-DAB |
| Morgan | Todd | 6:07-cv-11810-ACC-DAB |
| Moritz | Roy | 6:07-cv-15769-ACC-DAB |
| Morman | Leon | 6:07-cv-11811-ACC-DAB |

| Morman | Sarah | 6:07-cv-11064-ACC-DAB |
|---|---|---|
| Morrell | Jack | 6:07-cv-11812-ACC-DAB |
| Morris | Cynthia | 6:07-cv-15190-ACC-DAB |
| Morris | John | 6:07-cv-13971-ACC-DAB |
| Morris | Laura | 6:07-cv-13972-ACC-DAB |
| Morris | Laurel | 6:06-cv-01005-ACC-DAB |
| Morris | Mark | 6:07-cv-15191-ACC-DAB |
| Morris | Molly | 6:09-cv-01198-ACC-DAB |
| Morris | Raymond | 6:07-cv-12714-ACC-DAB |
| Morris | Theresa | 6:07-cv-13973-ACC-DAB |
| Morris | Ursella | 6:07-cv-11254-ACC-DAB |
| Morris | Vera | 6:07-cv-15192-ACC-DAB |
| Morrison | Cheryl | 6:07-cv-16386-ACC-DAB |
| Morrison | Leota | 6:07-cv-12715-ACC-DAB |
| Morrison | Ronni | 6:07-cv-13974-ACC-DAB |
| Morrow | Juanis | 6:08-cv-02099-ACC-DAB |
| Morrow | Myrtice | 6:07-cv-13975-ACC-DAB |
| Morton | Gale | 6:07-cv-16387-ACC-DAB |
| Morton | Linda | 6:07-cv-11098-ACC-DAB |
| Morton | Linda | 6:09-cv-00266-ACC-DAB |
| Morton | Renee | 6:07-cv-10376-ACC-DAB |
| Moseley | Linda | 6:07-cv-13977-ACC-DAB |
| Moses | Paul | 6:07-cv-12716-ACC-DAB |
| Moses | Wilbur | 6:07-cv-13978-ACC-DAB |
| Mosley | Bessie | 6:07-cv-16388-ACC-DAB |
| Mosley | Grover | 6:07-cv-11813-ACC-DAB |
| Mosley | Robert | 6:07-cv-11814-ACC-DAB |
| Mosley | Victoria | 6:07-cv-15655-ACC-DAB |
| Mosqueda | Richard | 6:07-cv-13979-ACC-DAB |
| Moss | Clifton | 6:07-cv-16389-ACC-DAB |
| Moss | Dan | 6:07-cv-15656-ACC-DAB |
| Moss | Dannea | 6:07-cv-15193-ACC-DAB |
| Moss | Louise | 6:07-cv-10709-ACC-DAB |
| Moss | Richard | 6:07-cv-16718-ACC-DAB |
| Mounger | Tonya | 6:07-cv-16390-ACC-DAB |
| Mounts | Rebecca | 6:07-cv-15195-ACC-DAB |
| Mozingo | Leanne | 6:06-cv-01029-ACC-DAB |
| Mueller | Joan | 6:07-cv-15196-ACC-DAB |
| Mueller | Rose Marie | 6:07-cv-13981-ACC-DAB |
| Mueller | Tracy K. | 6:09-cv-16872-ACC-DAB |
| Muellersman | Joseph | 6:08-cv-01427-ACC-DAB |
| Muhammad | Larry | 6:07-cv-13982-ACC-DAB |
| Muir | M. Joanne | 6:09-cv-17217-ACC-DAB |
| Mulkey | Richard | 6:07-cv-12192-ACC-DAB |
| Mull | Timothy | 6:07-cv-12717-ACC-DAB |
| Mullarkey | Roger | 6:08-cv-01732-ACC-DAB |
| Mullen | Thomas | 6:07-cv-11099-ACC-DAB |
| Mulligan | Yolanda | 6:07-cv-16391-ACC-DAB |
| Mulliniks | Sue | 6:07-cv-15197-ACC-DAB |
| Mullins | Brenda | 6:07-cv-10710-ACC-DAB |
| Mullins | Eileen | 6:07-cv-12193-ACC-DAB |

| Mullins | Pamela | 6:07-cv-13984-ACC-DAB |
|---|---|---|
| Mullins | Roberta | 6:07-cv-11815-ACC-DAB |
| Mullins-Necessary | Tanya | 6:07-cv-10541-ACC-DAB |
| Muniz | Sheila | 6:07-cv-11816-ACC-DAB |
| Munoz | Angela | 6:07-cv-13985-ACC-DAB |
| Munoz | Sylvia | 6:07-cv-16392-ACC-DAB |
| Muovich | Billie | 6:07-cv-10955-ACC-DAB |
| Muraca | Sharon | 6:07-cv-16393-ACC-DAB |
| Murdock | Earl | 6:07-cv-13987-ACC-DAB |
| Murdock | Jerald | 6:07-cv-15198-ACC-DAB |
| Murphy | Amy | 6:08-cv-00594-ACC-DAB |
| Murphy | Carol | 6:07-cv-16763-ACC-DAB |
| Murphy | Ernest | 6:07-cv-12720-ACC-DAB |
| Murphy | Irene J | 6:07-cv-02059-ACC-DAB |
| Murphy | Julia | 6:07-cv-12721-ACC-DAB |
| Murphy | Katherine | 6:07-cv-15199-ACC-DAB |
| Murphy | Melissa | 6:08-cv-01939-ACC-DAB |
| Murphy | Wayne | 6:07-cv-13988-ACC-DAB |
| Murray | David | 6:07-cv-13989-ACC-DAB |
| Murray | Jacqueline | 6:07-cv-13990-ACC-DAB |
| Murray | Oliver | 6:07-cv-15200-ACC-DAB |
| Murray-Lowhorn | Regina | 6:07-cv-12722-ACC-DAB |
| Murry | Daisy | 6:07-cv-10377-ACC-DAB |
| Muse | Robert M Jr. | 6:08-cv-00171-ACC-DAB |
| Musil | James | 6:09-cv-16939-ACC-DAB |
| Myatt | Andrea | 6:08-cv-01717-ACC-DAB |
| Myers | Ann | 6:07-cv-11817-ACC-DAB |
| Myers | Kenneth | 6:07-cv-11818-ACC-DAB |
| Myers | Melissa | 6:08-cv-02106-ACC-DAB |
| Myers | Thelma | 6:07-cv-00508-ACC-DAB |
| Myles | Lawrence | 6:07-cv-15201-ACC-DAB |
| Myles | Lisa | 6:07-cv-11819-ACC-DAB |
| Mylott | Helen | 6:07-cv-00385-ACC-DAB |
| Myrks | Gwendolyn | 6:07-cv-12724-ACC-DAB |
| Myrtice | Hunter E | 6:07-cv-13643-ACC-DAB |
| Nabors | Alphonso | 6:07-cv-16395-ACC-DAB |
| Nafuna | Talibah | 6:07-cv-11257-ACC-DAB |
| Nagel | Jeffrey | 6:07-cv-13991-ACC-DAB |
| Nagel | Raymond | 6:07-cv-15607-ACC-DAB |
| Nagy | Angela | 6:07-cv-13992-ACC-DAB |
| Nagy | Frank | 6:09-cv-01625-ACC-DAB |
| Nalley | Julie | 6:07-cv-11821-ACC-DAB |
| Nalls | James | 6:07-cv-10956-ACC-DAB |
| Nalls | Willie | 6:07-cv-11822-ACC-DAB |
| Nally | Walter | 6:07-cv-11823-ACC-DAB |
| Nance | Anna | 6:07-cv-13993-ACC-DAB |
| Nance | Margaret | 6:07-cv-11825-ACC-DAB |
| Napier | Charlotte | 6:07-cv-16396-ACC-DAB |
| Naramore | Jennifer J. | 6:06-cv-01292-ACC-DAB |
| Narbonne | Helen | 6:07-cv-00387-ACC-DAB |
| Nash | Deena | 6:07-cv-13995-ACC-DAB |

| Nash | Robert | 6:07-cv-16397-ACC-DAB |
|---|---|---|
| Nashe | Linda | 6:07-cv-16398-ACC-DAB |
| Nations | Patricia | 6:06-cv-01503-ACC-DAB |
| Navarro | Albert | 6:07-cv-15202-ACC-DAB |
| Navies | Kathie | 6:07-cv-11826-ACC-DAB |
| Navin | Nora | 6:07-cv-12727-ACC-DAB |
| Neal | Alice | 6:07-cv-16399-ACC-DAB |
| Neal | Cheryl | 6:07-cv-16400-ACC-DAB |
| Neal | Gerald | 6:08-cv-01227-ACC-DAB |
| Neal | Leonard | 6:07-cv-00389-ACC-DAB |
| Neal | Niesha | 6:07-cv-12728-ACC-DAB |
| Neal | Phyllis | 6:07-cv-11259-ACC-DAB |
| Neal | Wylie | 6:07-cv-11827-ACC-DAB |
| Ned | Bonnitta | 6:07-cv-15203-ACC-DAB |
| Neill | Kimberly | 6:07-cv-15205-ACC-DAB |
| Nelms | Mary | 6:07-cv-13996-ACC-DAB |
| Nelson | Aira | 6:07-cv-15774-ACC-DAB |
| Nelson | Carl | 6:07-cv-13997-ACC-DAB |
| Nelson | Cheryl | 6:07-cv-15775-ACC-DAB |
| Nelson | Galzey | 6:09-cv-16941-ACC-DAB |
| Nelson | Jane | 6:07-cv-16402-ACC-DAB |
| Nelson | Joyce | 6:07-cv-10378-ACC-DAB |
| Nelson | Linda | 6:07-cv-12729-ACC-DAB |
| Nelson | Nina | 6:07-cv-00392-ACC-DAB |
| Nelson | Randy | 6:09-cv-16942-ACC-DAB |
| Nelson | Rena | 6:07-cv-10957-ACC-DAB |
| Nelson | Rodney | 6:07-cv-11828-ACC-DAB |
| Nelson | Sara | 6:07-cv-15206-ACC-DAB |
| Nelson | Sharon | 6:06-cv-00990-ACC-DAB |
| Nelson | Theresa | 6:07-cv-15207-ACC-DAB |
| Nelson | Timothy | 6:07-cv-16403-ACC-DAB |
| Nemeth | Cynthia | 6:07-cv-13999-ACC-DAB |
| Nemeth | Mark | 6:08-cv-00364-ACC-DAB |
| Nennig | Jason | 6:10-cv-00157-ACC-DAB |
| Neriz | Jacqueline | 6:07-cv-16727-ACC-DAB |
| Nesbitt | Carolyn | 6:07-cv-15208-ACC-DAB |
| Nesbitt | Maurice | 6:07-cv-15209-ACC-DAB |
| Ness | Charmaine | 6:07-cv-12194-ACC-DAB |
| Nester | Mary | 6:07-cv-16404-ACC-DAB |
| Nesteruk | Allan | 6:07-CV-14000-ACC-DAB |
| Neuman | Marilyn | 6:07-cv-12488-ACC-DAB |
| Newberry | Mark | 6:07-cv-14001-ACC-DAB |
| Newbill | Melissa | 6:07-cv-15210-ACC-DAB |
| Newbill | Sharon | 6:07-cv-12730-ACC-DAB |
| Newcomb | Robert | 6:07-cv-15211-ACC-DAB |
| Newell | James | 6:07-cv-16405-ACC-DAB |
| Newhouse | Jessica | 6:07-cv-14002-ACC-DAB |
| Newman | Cheri | 6:07-cv-14003-ACC-DAB |
| Newman | James | 6:07-cv-10543-ACC-DAB |
| Newsom | Kimberly | 6:07-cv-12732-ACC-DAB |
| Newsome | Charlene | 6:07-cv-15212-ACC-DAB |

21324705.1

| Newsome | James | 6:07-cv-10711-ACC-DAB |
|---|---|---|
| Newton | Brenda | 6:08-cv-00808-ACC-DAB |
| Nichols | Michael | 6:07-cv-12733-ACC-DAB |
| Nichols | Pamela | 6:07-cv-10109-ACC-DAB |
| Nichols | Rhonda | 6:07-cv-15678-ACC-DAB |
| Nichols | Stephanie | 6:07-cv-15213-ACC-DAB |
| Nicholson | Donna | 6:07-cv-16406-ACC-DAB |
| Nicholson | Linda | 6:07-cv-15561-ACC-DAB |
| Nickerson | Pamela | 6:07-cv-15214-ACC-DAB |
| Nickson | Dana | 6:07-cv-16407-ACC-DAB |
| Nicola | Shawn | 6:09-cv-16945-ACC-DAB |
| Nicolle | Mark | 6:07-cv-10379-ACC-DAB |
| Nielson | Troy | 6:07-cv-12734-ACC-DAB |
| Nienalt | Thomas | 6:08-cv-02110-ACC-DAB |
| Nieves | Janet | 6:07-cv-14005-ACC-DAB |
| Nisini | Sabrina | 6:07-cv-16719-ACC-DAB |
| Nivala | Judith | 6:07-cv-14006-ACC-DAB |
| Nixon | Judith | 6:07-cv-14007-ACC-DAB |
| Nixon | Minnie | 6:07-cv-15216-ACC-DAB |
| Noble | Jamar | 6:07-cv-14008-ACC-DAB |
| Noble | Wendy | 6:07-cv-14009-ACC-DAB |
| Nobles | Jeanine | 6:08-cv-01921-ACC-DAB |
| Noe | Jerry | 6:07-cv-14010-ACC-DAB |
| Noeller | Donna | 6:07-cv-12195-ACC-DAB |
| Nolton | Gail | 6:07-cv-10958-ACC-DAB |
| Norfleet | Elaine | 6:07-cv-15217-ACC-DAB |
| Normal | McKinley | 6:07-cv-14012-ACC-DAB |
| Norman | Arnold | 6:07-cv-15218-ACC-DAB |
| Norman | Billie | 6:07-cv-16409-ACC-DAB |
| Norman | Lawrence | 6:07-cv-12197-ACC-DAB |
| Norris | Billy | 6:07-cv-16411-ACC-DAB |
| Norris | Scott | 6:09-cv-17141-ACC-DAB |
| North | Lela | 6:07-cv-12735-ACC-DAB |
| North | Richard | 6:09-cv-17181-ACC-DAB |
| Norton | Linda | 6:08-cv-02012-ACC-DAB |
| Norton | Pamela | 6:07-cv-11829-ACC-DAB |
| Norwood | Barbara | 6:07-cv-14014-ACC-DAB |
| Norwood | Mellanie | 6:07-cv-12736-ACC-DAB |
| Not Afraid | Paul | 6:07-cv-16732-ACC-DAB |
| Novak | Allan | 6:07-cv-14015-ACC-DAB |
| Novak | Lucille | 6:09-cv-17116-ACC-DAB |
| Novo | Richard | 6:07-cv-12737-ACC-DAB |
| Nugett | Sharon | 6:09-cv-16946-ACC-DAB |
| Nunez | Patricia | 6:09-cv-16947-ACC-DAB |
| Nunley | Kathy | 6:07-cv-15777-ACC-DAB |
| Nunley | Ronnie | 6:07-cv-14016-ACC-DAB |
| Nunn | Elizabeth | 6:07-cv-12738-ACC-DAB |
| Nunnery | Marilyn | 6:07-cv-16413-ACC-DAB |
| Nuss | Rhonda | 6:07-cv-15221-ACC-DAB |
| Oaks | Adrienne | 6:07-cv-10381-ACC-DAB |
| Obanion | James | 6:07-cv-16414-ACC-DAB |

| | | |
|---|---|---|
| Oberding | Brenda | 6:07-cv-11261-ACC-DAB |
| Oberg | Bethany | 6:07-cv-12740-ACC-DAB |
| O'Blance | Emma | 6:09-cv-17127-ACC-DAB |
| O'Brien | Kathryn | 6:07-cv-14018-ACC-DAB |
| O'Brien | Michael | 6:07-cv-10959-ACC-DAB |
| Odom | Britt | 6:07-cv-12199-ACC-DAB |
| Odom | Dorothy | 6:09-cv-16948-ACC-DAB |
| Odom | Sandra | 6:09-cv-00040-ACC-DAB |
| Odom | Sheila Louise | 6:07-cv-01396-ACC-DAB |
| Odom | Tammy | 6:07-cv-15225-ACC-DAB |
| Odom | Tommy | 6:07-cv-11834-ACC-DAB |
| Odum | Larry | 6:07-cv-14020-ACC-DAB |
| Odum | Virginia | 6:07-cv-11835-ACC-DAB |
| Odum | Virginia | 6:09-cv-01871-ACC-DAB |
| Oglesby | Dianne | 6:07-cv-16415-ACC-DAB |
| Oglesby | Josie | 6:07-cv-15227-ACC-DAB |
| Oglesby | Karl | 6:07-cv-14021-ACC-DAB |
| Ogletree | Audrey | 6:07-cv-11836-ACC-DAB |
| Ohler | Amy Lynn | 6:09-cv-16949-ACC-DAB |
| O'Hosky | William | 6:06-cv-01016-ACC-DAB |
| O'Keefe | Richard | 6:07-cv-15223-ACC-DAB |
| Okwara | Sheila R. Gordon | 6:06-cv-01027-ACC-DAB |
| Olbrich | Thomas | 6:09-cv-16855-ACC-DAB |
| Oldfield | Kelly | 6:09-cv-01872-ACC-DAB |
| O'Leary | Michael | 6:07-cv-11837-ACC-DAB |
| Olham | John | 6:07-cv-16417-ACC-DAB |
| Olinger | Kevin | 6:07-cv-11838-ACC-DAB |
| Olivas | Rachel | 6:07-cv-15229-ACC-DAB |
| Olive | Wayne E. | 6:07-cv-10151-ACC-DAB |
| Oliver | Amanda | 6:07-cv-14022-ACC-DAB |
| Oliver | Ann | 6:07-cv-15230-ACC-DAB |
| Oliver | Kathy A. | 6:07-cv-01407-ACC-DAB |
| Oliviri | Alberta | 6:07-cv-11840-ACC-DAB |
| Olsen | Ava | 6:07-cv-11841-ACC-DAB |
| Olsen | Randall | 6:07-cv-16418-ACC-DAB |
| Olsen | Rick | 6:09-cv-01874-ACC-DAB |
| Olson | Sherry | 6:07-cv-10383-ACC-DAB |
| O'Malie | Kelly | 6:09-cv-17122-ACC-DAB |
| Oman | Edward | 6:07-cv-15231-ACC-DAB |
| O'Marrah | William | 6:07-cv-11832-ACC-DAB |
| O'Neal | Timothy | 6:07-cv-10961-ACC-DAB |
| O'Quain | Les | 6:07-cv-14019-ACC-DAB |
| Orick | Jay | 6:07-cv-10384-ACC-DAB |
| Orie | Joy Danielle | 6:06-cv-00962-ACC-DAB |
| Orr | Jeanette | 6:07-cv-14025-ACC-DAB |
| Ortega | Angela | 6:07-cv-16420-ACC-DAB |
| Ortega | Teresa | 6:09-cv-16950-ACC-DAB |
| Ortiz | Tony | 6:07-cv-11262-ACC-DAB |
| Orullian | Janica | 6:07-cv-14026-ACC-DAB |
| Osborne | Bruce | 6:07-cv-16421-ACC-DAB |
| Osborne | Gordon | 6:07-cv-14027-ACC-DAB |