## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION** | |
| This document relates to Case Nos: <br> 6:06-cv-01660-ACC-DAB <br> 6:07-cv-01909-ACC-DAB <br> 6:07-cv-10007-ACC-DAB <br> 6:07-cv-10416-ACC-DAB <br> 6:07-cv-11358-ACC-DAB <br> 6:07-cv-14892-ACC-DAB <br> 6:07-cv-15578-ACC-DAB <br> 6:08-cv-06001-ACC-DAB <br> 6:09-cv-00960-ACC-DAB <br> 6:09-cv-17117-ACC-DAB <br> 6:09-cv-17134-ACC-DAB <br> 6:09-cv-17155-ACC-DAB <br> 6:09-cv-17175-ACC-DAB <br> 6:09-cv-17186-ACC-DAB <br> 6:10-cv-00156-ACC-DAB | No. 6:06-MDL-1769-ACC-DAB |

## JOINT STATUS REPORT
## AMENDING "EXHIBIT F" TO RESPONSE TO COURT ORDER
## REGARDING THE STATUS OF MDL CASES (DOC. 1724)[1]

In Doc. 1723, the Court ordered that "the parties file a Joint Notice to the Court listing all the cases with executed settlement agreements." (Doc. 1723). The Response to the Order was filed October 31, 2011. (Doc. 1724). Since that filing, the Court has entered orders in 15 cases that were not included in the Exhibits to that response.[2] In each order, the Court asked whether that case had been settled or should have Summary Judgment Motion and Pretrial Stipulation deadlines set.

---

[1] AstraZeneca believes this Joint Status Report has provided the information requested by the Court in its orders and this filing has been joined in by counsel for all of the plaintiffs in the referenced cases except the respective counsel for *Segura* (Case No. 6:06-cv-01660) and *Garza* (Case No. 6:08-cv-06001), each of whom has not authorized their joinder.

[2] 6:06-cv-01660 (Doc. 5); 6:07-cv-01909 (Doc. 5); 6:07-cv-10007 (Doc. 20); 6:07-cv-10416 (Doc. 11); 6:07-cv-14892 (Doc. 12); 6:07-cv-15578 (Doc. 11); 6:07-cv-11358 (Doc. 14); 6:08-cv-06001 (Doc. 10); 6:09-cv-00960 (Doc. 5); 6:09-cv-17117 (Doc. 7); 6:09-cv-17134 (Doc. 7); 6:09-cv-17175 (Doc. 9); 6:09-cv-17155 (Doc. 7); 6:09-cv-17186 (Doc. 8); 6:10-cv-00156 (Doc. 5).

Four of the cases were discussed in the initial response (Doc. 1724 at n.1) as involving counsel with whom no executed settlement agreement has been reached. One of those has since been settled, and therefore the three remaining cases in this group are:

| Segura | Hector | 6:06-cv-01660-ACC-DAB |
| King | Michael G | 6:07-cv-01909-ACC-DAB |
| Garza | Pedro Jr. | 6:08-cv-06001-ACC-DAB[3] |

As for the other 12 cases, each should have been included in Exhibit F to Doc. 1724 but for various reasons was overlooked. AstraZeneca's undersigned counsel apologizes for any inconvenience this may have caused the Court. To correct this error, Exhibit F is hereby amended to add the following cases, each of which is subject to an executed Master Settlement Agreement between AstraZeneca and the respective plaintiffs' counsel in the MDL.[4]

| Gordon | Sheila | 6:07-cv-10007-ACC-DAB |
| Riley | Merlenet | 6:07-cv-10416-ACC-DAB |
| MacKenzie | Annie L. | 6:07-cv-11358-ACC-DAB |
| George | Deborah | 6:07-cv-14892-ACC-DAB |
| Sotelo | Laura | 6:07-cv-15578-ACC-DAB |
| Brown | Ralph W. | 6:09-cv-00960-ACC-DAB |
| Smith | Felicia | 6:09-cv-17117-ACC-DAB |
| Tipton | Marvin | 6:09-cv-17134-ACC-DAB |
| Kelley | Billy | 6:09-cv-17155-ACC-DAB |
| De Loache | Wendy | 6:09-cv-17175-ACC-DAB |
| Richards | Frank | 6:09-cv-17186-ACC-DAB |
| Hatch | Amy | 6:10-cv-00156-ACC-DAB |

DATED: December 16, 2011

---

[3] Although the respective parties in these three cases do not dispute that the cases are not within any settlement agreement, only *King's* counsel (Case No. 6:07-cv-01909), has joined in this submission. (See n.1, supra). Based on its communications with plaintiff's counsel in the other two cases, AstraZeneca understands that *Garza's* counsel (Case No. 6:08-cv-06001) intends to make a separate filing about that case but does not know whether *Segura's* counsel (Case No. 6:06-cv-01660) intends to do so as well. In either event, AstraZeneca reserves its right to file a response.

[4] As set forth in Doc. 1724, not all claimants included in Exhibit F have fully satisfied the terms of their respective firms' master settlement agreements and therefore their cases are not appropriate for dismissal with prejudice at this time. Accordingly, if the Court were inclined to enter an order dismissing these additional 12 cases, the parties would ask that that, as the Court has done in dismissing other Exhibit F cases, any such order provide for the right of any party to re-open the action within 120 days, or to request that the dismissal of any case be converted to a stipulated form of final order or judgment.

21628192.1

Respectfully submitted,

By: /s/ K. Camp Bailey  
    K. Camp Bailey  
    Robert W. Cowan  
    BAILEY PERRIN BAILEY  
    440 Louisiana Street, Suite 2100  
    Houston, Texas 77002  
    Telephone – 713.425.7100  
    Facsimile – 713.425.7101  
    Email – cbailey@bpblaw.com  
          rcowan@bpblaw.com  
    Plaintiffs' Counsel in Case No:  
        6:07-cv-10416-ACC-DAB  
        6:07-cv-11358-ACC-DAB  
        6:07-cv-14892-ACC-DAB  
        6:07-cv-15578-ACC-DAB

By: /s/ Patrick J. Mulligan  
    Patrick J. Mulligan  
    Brett Hiser  
    FL Bar No. 0018001  
    THE MULLIGAN LAW FIRM  
    4514 Cole Avenue, Suite 300  
    Dallas, Texas 75205  
    Telephone – 214.219.9779  
    Facsimile – 214.520.8789  
    Email – pmulligan@mulliganlaw.com  
    Plaintiffs' Counsel in Case No:  
        6:09-cv-17117-ACC-DAB  
        6:09-cv-17134-ACC-DAB  
        6:09-cv-17155-ACC-DAB  
        6:09-cv-17175-ACC-DAB

By: /s/ D. Renée Baggett  
    D. Renée Baggett  
    AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC  
    17 East Main Street  
    Suite 200  
    Pensacola, FL 32502  
    Telephone – 850.202.1010  
    Facsimile – 850.916.7449  
    Email – rbaggett@awkolaw.com  
    Plaintiffs' Counsel in Case No:  
        6:07-cv-10007-ACC-DAB

By: /s/ Robert L. Ciotti  
    Chris S. Coutroulis  
    Robert L. Ciotti  
    CARLTON FIELDS, P.A.  
    Corporate Center Three at  
      International Plaza  
    4221 W. Boy Scout Blvd.  
    Tampa, FL 22607  
    Telephone – 813.223.7000  
    Facsimile – 813.229.4133  
    Email ccoutroulis@carltonfields.com  
           rciotti@carltonfields.com  
    Defendants' Counsel (as to all listed cases)

21628192.1

By: /s/ David J. Dickens
    David J. Dickens, Esq.
    THE MILLER FIRM, LLC
    The Sherman Building
    108 Railroad Avenue
    Orange, VA 22960
    Telephone – 540.672.4224
    Facsimile – 540.672.3055
    Email – ddickens@millerfirmllc.com
    Plaintiffs' Counsel in Case No:
        6:09-cv-17186-ACC-DAB
        6:10-cv-00156-ACC-DAB

By: /s/ James H. Porn
    James H. Porn
    PORN & HICKS
    Attorneys at Law
    77 W. Washington St.
    Suite 1900
    Chicago, IL 60602
    Telephone – 312.456.0234
    Facsimile – 312.456.0237
    Email – jamespornjd@hotmail.com
    Plaintiffs' Counsel in Case No:
        6:09-cv-00960-ACC-DAB

By: /s/ John H. Stevens
    John H. Stevens
    GRENFELL, SLEDGE & STEVENS, PLLC
    1535 Lelia Drive
    Jackson, Mississippi  39216
    Telephone – 601.366.1900
    Facsimile: 601.366.1799
    Email – JStevens91@aol.com
    Plaintiffs' Counsel in Case No:
        6:07-cv-01909-ACC-DAB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/  Robert L. Ciotti

21628192.1