# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: SEROQUEL PRODUCTS
LIABILITY LITIGATION**

This document relates to all cases
shown on Attachment 1 to Exhibit A

No. 6:06-MDL-1769-ACC-DAB

## STIPULATED MOTION FOR ENTRY OF
## JUDGMENTS OF DISMISSAL WITH PREJUDICE IN 4,870 CASES

AstraZeneca, by its undersigned counsel, and each of the plaintiffs in the 4,870 cases

listed on Attachment 1 to Exhibit A hereto, by their separate undersigned counsel as shown on

that Attachment, hereby move the Court for an order in the form set forth on Exhibit A, granting

this motion and providing for entry of final Judgments of Dismissal with Prejudice in each of the

4,870 cases.  The form of the Judgment of Dismissal with Prejudice, which would be entered in

each separate docket for the individual case involved, is set forth on Attachment 2 to Exhibit A.

The grounds for the motion, which is joined in by Plaintiffs' liaison counsel, are set forth below.

## MEMORANDUM

The parties previously provided the Court with lists identifying those cases pending in the

MDL that were subject to executed settlement agreements.  (Doc. 1724, 1731)  Those executed

settlement agreements (plus one additional agreement that has now been executed) encompass

6,099 MDL cases (all but two of the cases that are contained in the MDL).  Setting those two

cases aside, the Court subsequently entered a series of dismissal orders covering these 6,099

cases.  Those orders dismissed the cases "without prejudice subject to the right of any party to re-

open the action within one hundred and twenty (120) days, upon good cause shown, or to submit

a stipulated form of final order or judgment."[1]   For each case, the Clerk was directed to close the file.  (*Id.*)

The instant motion encompasses 4,870 of the 6,099 cases, or approximately 80% of the cases previously dismissed without prejudice.[2]  There are 31 separate settlement agreements between AstraZeneca and a particular plaintiff's counsel covering in total the 6,099 cases; the cases in Exhibit A are included in 27 of these agreements.  Each agreement contains general and plaintiff-specific requirements that must be satisfied before a plaintiff may participate in the settlement.  In each of these 4,870 cases, both types of requirements have been satisfied, and therefore the listed plaintiffs are participating in their particular settlements. Accordingly, a judgment of dismissal with prejudice is appropriate in each such plaintiff's case and should now be entered.*

Wherefore, the undersigned counsel request that the Court enter an order granting this motion and providing that in each case listed on Attachment 1 to Exhibit A, a final judgment of dismissal with prejudice in the form of Attachment 2 to Exhibit A be entered in the applicable individual docket, each party to bear its own fees, costs, and expenses.

---

[1] See 6:06-MDL-1769 (Docs. 1725-1730); 6:07-cv-01909 (Doc. 7); 6:07-cv-10007 (Doc. 22); 6:07-cv-10416 (Doc. 13); 6:07-cv-14892 (Doc. 14); 6:07-cv-15578 (Doc. 13); 6:07-cv-11358 (Doc. 16); 6:09-cv-00960 (Doc. 7); 6:09-cv-17117 (Doc. 9); 6:09-cv-17134 (Doc. 9); 6:09-cv-17175 (Doc. 11); 6:09-cv-17155 (Doc. 9); 6:09-cv-17186 (Doc. 10); 6:10-cv-00156 (Doc. 7).

[2] The remaining 20% are subject to a separate, contemporaneously filed, stipulated motion.

* There are a handful of counsel -- Grenfell, Sledge & Stevens; Law Office of Michael Lipscomb; and Viles & Beckman – whose signature lines herein bear an "asterisk" and who each represent one case identified in Attachment 1 to Exhibit A.  These counsel have not responded to the several emails sent to them by AstraZeneca's counsel over the past two-week period.  Those e-mails attached these motions and exhibits, explained the context and purpose for them, set forth the time frame in which the filings needed to occur, and requested each to indicate its approval (or proposed edits) with respect to the plaintiffs they represent.  Ultimately, per Mediator Saltzburg's explicit suggestion as to how we should proceed, AstraZeneca's counsel advised these counsel that, unless they responded prior to the filing, they would be included as joint movants since they had never objected to the form of these motions or exhibits and therefore presumably concur in them.  In the unlikely event AstraZeneca's and Mediator Saltzburg's presumption is incorrect and these firms do have an objection, AstraZeneca's counsel would expect that these counsel will so state in a responsive memorandum filed forthwith once they receive service of this motion.

DATED:  February 28, 2012

Respectfully submitted,

/s/ Chris S. Coutroulis
Chris S. Coutroulis
/s/ Robert L. Ciotti
Robert L. Ciotti
Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, Florida  22607
Telephone:  813-223-7000
Facsimile:  813-229-4133
E-mail:  ccoutroulis@carltonfields.com
          rciotti@carltonfields.com
Defendants' Counsel (as to all cases listed on Attachment 1 to Exhibit A)

/s/ Larry M. Roth
Larry M. Roth
Rumberger, Kirk & Caldwell, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Ave. (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  407-839-4510
Facsimile:  407-841-2133
E-mail:  lroth@rumberger.com
Plaintiffs' Liaison Counsel in call cases shown on Attachment 1 to Exhibit A

/s/ J.H. Trey Allen
J.H. Trey Allen, Esq.
Allen Law Firm
3838 Oak Lawn Avenue
Suite 1100
Dallas, Texas 75219
Telephone:  214-521-2300
Facsimile:  214-528-7755
E-mail:  Trey@allenfirm.net
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Justin G. Witkin
Aylstock, Witkin, Kreis & Overholtz PLLC
17 East Main Street, Suite 200

Pensacola, Florida  32502
Telephone:  850-916-7450
Facsimile:  850-916-7449
E-mail:  BAylstock@awkolaw.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A


/s/ Robert A. Schwartz
Robert A. Schwartz
Bailey & Galyen
18333  Egret Bay Blvd., Suite 444
Houston, Texas  77058
Telephone:  281-335-7744
Facsimile:  281-335-5871
E-mail:  bschwartz@ galyen.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A


/s/ K. Camp Bailey
K. Camp Bailey
Robert W. Cowan
Bailey Perrin Bailey
440 Louisiana Street, Suite 2100
Houston, Texas  77002
Telephone:  713-425-7100
Facsimile: 713-425-7101
Email:  cbailey@bpblaw.com
        rcowan@bpblaw.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A


/s/ Edward Blizzard
Edward Blizzard
Blizzard, McCarthy & Nabers, LLP
440 Louisiana Street, Suite 1710
Houston, Texas  77002-1639
Telephone:  877-844-3760
Facsimile:  877-844-3755
E-mail:  eblizzard@blizzardlaw.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A


/s/ Curtis N. Bruehl
Curtis N. Bruehl
The Bruehl Law Firm, P.L.L.C.
14005 N. Eastern Ave.
Edmond, Oklahoma  73013
Telephone:  405-606-7899
Facsimile:  405-509-6268
E-mail:  curtbrue@gmail.com

Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ James T. Capretz
James T. Capretz
Capretz & Associates
5000 Birch Street
West Tower, Suite 2500
Newport Beach, California  92660
Telephone:  949-724-3000
Facsimile:  949-757-2635
E-Mail:  JCapretz@capretz.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Tim K. Goss
Tim K. Goss
Freese & Goss, PLLC
3031 Allen Street, Suite 200
Dallas, Texas  75204
Telephone:  214-761-6610
 Facsimile:  214-761-6688
E-mail:  goss39587@aol.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Michael Gallagher
Michael Gallagher
The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, Texas  77098
Telephone:  888-222-7052
Facsimile:  713-238-7705
E-mail:  mike@gld-law.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ John H. Stevens*
John H. Stevens
Grenfell, Sledge & Stevens, PLLC
1535 Lelia Drive
Jackson, Mississippi  39216
Telephone:  601-366-1900
Facsimile: 601-366-1799
Email:  JStevens91@aol.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ W. Lewis Garrison, Jr.

W. Lewis Garrison, Jr.
Heninger Garrison Davis, LLC
2224 1st Avenue North
PO Box 11310
Birmingham, Alabama  35202
Telephone:  205-326-3336
Facsimile:  205-326-3332
E-mail:  lewis@hgdlawfirm.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ David L. Friend
David L. Friend
Hissey Kientz, LLP
9442 North Capital of Texas Hwy, Suite 400
Austin, Texas  78759
Telephone:  512-320-9100
Facsimile:  512-320-9101
E-mail:  dfriend@hkllp.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Howard L. Nations
Howard L. Nations
Law Offices of Howard L. Nations
4515 Yoakum Blvd.
Houston, Texas  77006
Telephone:  713-807-8400
Facsimile:  713-807-8423
E-mail:  howard.nations@howardnations.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Buffy K. Martines
Buffy K. Martines
Laminack, Pirtle & Martines, L.L.P.
5020 Montrose Boulevard, 9th Floor
Houston, Texas  77006
Telephone:  713-292-2750
Facsimile:  713-292-2755
E-mail:  buffym@lpm-triallaw.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Michael R. Lipscomb*
Michael R. Lipscomb
Michael R. Lipscomb & Associates
312 Ouachita Avenue
Hot Springs, Arkansas  71901
Telephone:  501-623-0900

Facsimile:  501-623-0901
E-mail:  lipscomblawoffice@yahoo.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Lizy Santiago
Lizy Santiago
Matthews & Associates
2905 Sackett Street
Houston, Texas  77098
Telephone:  713-522-5250
Facsimile:  713-535-7133
E-mail:  lsantiago@thematthewslawfirm.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

 /s/ Patrick J. Mulligan
Patrick J. Mulligan
The Mulligan Law Firm
4514 Cole Avenue, Suite 300
Dallas, Texas 75205
Telephone:  214-219-9779
Facsimile:  214-520-8789
Email:  pmulligan@mulliganlaw.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Gale D. Pearson
Gale D. Pearson
Pearson, Randall, & Schumacher, P.A.
Fifth Street Towers
100 South Fifth Street, # 1025
Minneapolis, Minnesota  55402
Telephone:  612-767-7500
Facsimile:  612-767-7501
E-mail:  gpearson@prslegal.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Lowell W. Finson
Lowell W. Finson
Phillips Webster, P.C.
444 S. Flower St., 33rd Floor
Los Angeles, California  90071
Te;ephone: 213-808-6740 ext. 220
Facsimile:  213-330-0231
Email:  lowell@phillipswebster.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

 /s/ James H. Porn

James H. Porn
Porn & Hicks, Attorneys at Law
77 W. Washington Street, Suite 1900
Chicago, Illinois  60602
Telephone:  312-456-0234
Facsimile:  312-456-0237
Email:  jamespornjd@hotmail.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Jamie R. Kendall
Jamie R. Kendall
Price Waicukauski & Riley, LLC
Hammond Block Building
301 Massachusetts Avenue
Indianapolis, Indiana  46204
Telephone:  317-633-8787
Facsimile:  317-633-8797
E-mail:  jkendall@price-law.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Christopher T. Kirchmer
Christopher T. Kirchmer
Provost Umphrey Law Firm
490 Park Street
P.O. Box 4905
Beaumont, Texas  77701
Telephone:  409-835-6000 ext. 846
Facsimile:  409-813-8612
E-mail:  CKirchmer@provostumphrey.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Spencer P. Browne
Spencer P. Browne
Reyes Bartolomei Browne
5950 Berkshire Lane, Suite 410
Dallas, Texas  75225
Telephone:  214-526-7900
Facsimile:  214-526-7910
E-mail:  Spencer@reyeslaw.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Steven J. Skikos
Steven J. Skikos
Skikos, Crawford, Skikos, Joseph & Millican LLP
625 Market Street, 11th Floor
San Francisco, California  94105

Telephone:  415-546-7300
Facsimile:  415-546-7301
E-mail:  sskikos@skikoscrawford.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Todd S. Hageman
Todd S. Hageman
The Simon Law Firm, PC
701 Market Street, Suite 1450
St. Louis, Missouri  63101
Telephone:  314-241-2929
Facsimile:  314-241-2029
E-mail:  THageman@simonlawpc.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Marcus W. Viles*
Marcus W. Viles
Viles & Beckman, LLC
6350 Presidential Court
Fort Myers, Florida  33919
Telephone:  239-334-3933
Facsimile:  239-334-7105
E-mail:  marcus@vilesandbeckman.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Paul J. Pennock
Paul J. Pennock
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York  10003
Telephone:  212-558-5549
Facsimile:  212-344-5461
E-mail:  Ppennock@weitzlux.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Russell Jackson Drake
Russell Jackson Drake
Whatley Drake & Kallas, LLC
1000 Park Place Tower
2001 Park Place North
Birmingham, Alabama  35203
Telephone:  205-328-9576
Facsimile:  205-328-9669
Email:  jdrake@wdklaw.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of February, 2012, I electronically filed the foregoing and its attached exhibit with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/  Robert L. Ciotti

22099311.2