# EXHIBIT A

22099311.2

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | No. 6:06-MDL-1769-ACC-DAB |
| This document relates to all cases shown on Attachment 1 to Exhibit A | |

## [PROPOSED]
## ORDER ON STIPULATED MOTION FOR ENTRY OF
## FINAL JUDGMENTS OF DISMISSAL WITH PREJUDICE IN 4,870 CASES

This cause came before the Court on the stipulated motion of AstraZeneca, each of the plaintiffs in the 4,870 cases listed on Attachment 1 hereto, and Plaintiffs' liaison counsel for entry of a Final Judgment of Dismissal with Prejudice in each such case.

The Court having considered the motion and being otherwise fully briefed, it is hereby ORDERED and ADJUDGED that the stipulated motion is GRANTED. In each case listed on Attachment 1 hereto, the Clerk is directed to file a Final Judgment of Dismissal with Prejudice, in the form of Attachment 2 hereto, and enter the judgment on the docket.

DONE and ORDERED in Chambers in Orlando, Florida on _____ __, 2012.

_____
ANNE C. CONWAY
Chief United States District Judge

Copies furnished to:

Counsel of Record

22099311.2