# ATTACHMENT 2 TO EXHIBIT A

22099311.2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: SEROQUEL PRODUCTS
LIABILITY LITIGATION

No. 6:06-MDL-1769-ACC-DAB

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

Pursuant to the Court's order in Case No. 6:06-MDL-1769-ACC-DAB (Doc. _____), it is

ORDERED and ADJUDGED that this case is hereby dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

Date: _____ __, 2012.

_____

Copies furnished to:

Counsel of Record

22099311.2