**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | No. 6:06-MDL-1769-ACC-DAB |
| This document relates to all cases shown on Attachment 1 to Exhibit A | |

## JOINT MOTION FOR EXTENSION OF TIME AS TO REMAINING CASES

By a contemporaneously filed stipulated motion, AstraZeneca and the plaintiffs in 4,870 of the 6,099 cases – approximately 80% of the cases in the MDL that are presently dismissed without prejudice – are seeking entry of a judgment of dismissal with prejudice at this time. However, AstraZeneca, by its undersigned counsel, and each of the plaintiffs in the 1,229 cases listed on Attachment 1 to Exhibit A hereto, by their separate undersigned counsel as shown on that Attachment, hereby move the Court to enter an order extending by 90 days the time the Court previously provided for moving to re-open any of these actions, upon good cause shown, or for submitting a stipulated form of final order or judgment.  A proposed order to that effect is attached as Exhibit A.

The grounds for the motion, which is joined in by Plaintiffs' liaison counsel and Professor Stephen Saltzburg, Mediator, are set forth below.

### MEMORANDUM

The parties previously provided the Court with lists identifying those cases pending in the MDL that were subject to executed settlement agreements. (Doc. 1724, 1731)  All but two of the cases in the MDL were included.  The Court then entered a series of orders covering the 6,099 identified cases dismissing each of them "without prejudice subject to the right of any party to re-open the action within one hundred and twenty (120) days, upon good cause shown, or to

22102387.2

submit a stipulated form of final order or judgment."[1] For each case, the Clerk was directed to place a copy of the order in the individual case file and to close the file. (*Id.*) For some of the cases, that 120 day period begins to expire on February 29, 2012; for others, the period expires shortly thereafter.

Through diligent efforts by AstraZeneca and the plaintiffs in 4,870 of the 6,099 cases, those cases are now ready for a dismissal with prejudice at this time and the parties to those cases contemporaneously have filed a motion to that effect. However, for the remaining 1,229 cases, the parties are not yet in a position to request such relief, although they are hopeful that they will soon be in a position to do so in many of them. Thus, rather than seeking now to reopen these cases, they instead seek an additional 90 day period for doing what the Court previously provided with regard to any of the cases pending in the MDL – filing a stipulated motion seeking dismissal with prejudice or, if necessary, a motion to reopen. The parties seek this relief at this time not for purposes of delay, but so that they may be in a position to seek judgments of dismissal with prejudice or other appropriate relief, consistent with the various applicable settlement agreements, in as many of these remaining cases as possible.*

---

[1] See 6:06-MDL-1769 (Docs. 1725-1730); 6:07-cv-01909 (Doc. 7); 6:07-cv-10007 (Doc. 22); 6:07-cv-10416 (Doc. 13); 6:07-cv-14892 (Doc. 14); 6:07-cv-15578 (Doc. 13); 6:07-cv-11358 (Doc. 16); 6:09-cv-00960 (Doc. 7); 6:09-cv-17117 (Doc. 9); 6:09-cv-17134 (Doc. 9); 6:09-cv-17175 (Doc. 11); 6:09-cv-17155 (Doc. 9); 6:09-cv-17186 (Doc. 10); 6:10-cv-00156 (Doc. 7).

* There is one counsel, Douglas & London ("D&L"), whose signature line herein bears an "asterisk" and who represents (as settlement counsel) two cases identified in Attachment 1 to Exhibit A. D&L has not responded to the several emails sent to it by AstraZeneca's counsel over the past two-week period. Those e-mails attached these motions and exhibits, explained the context and purpose for them, set forth the time frame in which filings needed to occur, and requested approval (or proposed edits) with respect to the plaintiffs D&L represents. Ultimately, per Mediator Saltzburg's explicit suggestion as to how we should proceed, AstraZeneca's counsel advised D&L that, unless it responded prior to the filing, it would be included as a joint movant since it had never objected to the form of these motions or exhibits and therefore presumably concurred in them. In the unlikely event AstraZeneca's and Mediator Saltzburg's presumption is is incorrect and D&L does have an objection, AstraZeneca's counsel would expect that it will so state in a responsive memorandum filed forthwith once it receives service of this motion.

As with the 4,870 cases for which dismissal with prejudice is now appropriate, each of these 1,229 cases is encompassed within a settlement agreement reached between AstraZeneca and that particular plaintiff's counsel (AstraZeneca has entered into 31 separate settlement agreements covering the 6,099 cases; the cases on Attachment 1 to Exhibit A are included in 17 of these agreements). But unlike those 4,870 cases, the requirements that would allow for a stipulated dismissal with prejudice for these 1,229 cases have not yet been satisfied and thus, at this point, the parties are precluded from seeking such a dismissal. The reasons why these cases are not yet in a position for final disposition vary:

- In some instances, plaintiffs' counsel, despite good faith efforts that are continuing, has not yet been able to locate the plaintiff. As the Court will recall, many of these plaintiffs allegedly suffer from some form of mental illness, including psychosis, making this task more difficult than in another type of case.

- In other instances, the plaintiff has been located but for one reason or another, has not yet provided counsel with all of the documentation or information required for participation under the agreement, such as a fully executed release. With continuing efforts, however, counsel are hopeful that those requirements may still be satisfied.

- In a few instances, the general requirements for consummation of a particular settlement have not yet been satisfied by plaintiffs' counsel with regard to its inventory of cases covered by the settlement agreement. These general requirements extend to that counsel's entire inventory as a whole, including MDL cases, state court cases, and unfiled cases. In many instances, that inventory includes more (often substantially more) state-court cases than MDL cases. Thus,

22102387.2

such counsel have had to deal with multiple state cases simultaneously with their MDL cases. Therefore, even if a particular MDL plaintiff is ready to participate in that settlement (and thereupon have his or her case dismissed with prejudice), such a plaintiff cannot do so until consummation occurs pursuant to the overall terms of the applicable agreement. Counsel are hopeful that with continuing efforts by plaintiffs' counsel, that will still occur.

AstraZeneca and the parties anticipate that many of these situations will be resolved, and therefore, that a stipulated motion for entry of dismissal with prejudice can be filed in a number of these cases if additional time to do so is granted by the Court. Although in some cases, motions to reopen may become necessary, even then, for a significant portion of the reopened cases, counsel may be in a position to request relief that could ultimately result in a dismissal with prejudice through an alternative process.

Wherefore, AstraZeneca and the plaintiffs in each of the cases listed in Attachment 1 to Exhibit A, hereby move the Court to enter an order providing that each case remains dismissed without prejudice "subject to the right of any party to re-open the action within ninety (90) days from the date of this order, upon good cause shown, or to submit a stipulated form of final order or judgment."

DATED: February 29, 2012

Respectfully submitted,

/s/ Chris S. Coutroulis
Chris S. Coutroulis
/s/ Robert L. Ciotti
Robert L. Ciotti
Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, Florida 22607

22102387.2

Telephone:  813-223-7000
Facsimile:  813-229-4133
E-mail:  ccoutroulis@carltonfields.com
            rciotti@carltonfields.com
Defendants' Counsel (as to all cases listed on Attachment 1 to Exhibit A)

/s/ Stephen A. Saltzburg
Stephen A. Saltzburg
George Washington University Law School
2000 H Street, NW Washington, D.C. 20052
Telephone:  202-994-7089
Facsimile:  202-994-7143
E-mail:  ssaltz@law.gwu.edu
Court-appointed Mediator for MDL Cases

/s/ Larry M. Roth
Larry M. Roth
Rumberger, Kirk & Caldwell, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Ave. (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  407-839-4510
Facsimile:  407-841-2133
E-mail:  lroth@rumberger.com
Plaintiffs' Liaison Counsel in call cases shown on Attachment 1 to Exhibit A

/s/ J.H. Trey Allen
J.H. Trey Allen, Esq.
Allen Law Firm
3838 Oak Lawn Avenue
Suite 1100
Dallas, Texas 75219
Telephone:  214-521-2300
Facsimile:  214-528-7755
E-mail:  Trey@allenfirm.net
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Justin G. Witkin
Aylstock, Witkin, Kreis & Overholtz PLLC
17 East Main Street, Suite 200
Pensacola, Florida  32502
Telephone:  850-916-7450
Facsimile:  850-916-7449

E-mail: BAylstock@awkolaw.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Robert A. Schwartz
Robert A. Schwartz
Bailey & Galyen
18333 Egret Bay Blvd., Suite 444
Houston, Texas 77058
Telephone: 281-335-7744
Facsimile: 281-335-5871
E-mail: bschwartz@ galyen.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ K. Camp Bailey
K. Camp Bailey
Robert W. Cowan
Bailey Perrin Bailey
440 Louisiana Street, Suite 2100
Houston, Texas 77002
Telephone: 713-425-7100
Facsimile: 713-425-7101
Email: cbailey@bpblaw.com
      rcowan@bpblaw.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Brett Duke
Brett Duke
Law Offices of Brett Duke, P.C.
4157 Rio Bravo
El Paso, Texas 79902
Telephone: 915-875-0003
Facsimile: 915-875-0004
E-mail: brettduke@brettduke.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Brandon J. Taylor
Brandon J. Taylor
Cossich, Sumich, Parsiola & Taylor, LLC
8397 Highway 23 Suite 100,
Belle Chasse, Louisiana 70037-0400
Telephone: 504-394-9000
Facsimile: 504-394-9110
E-mail: btaylor@cossichlaw.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Michael A. London*

22102387.2

Michael A. London
Douglas & London, P.C.
111 John Street, 14th Floor
New York, New York 10038
Telephone:  212-566-7500
Facsimile:  212-566-7501
E-mail:  mlondon@douglasandlondon.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Michael Gallagher
Michael Gallagher
The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, Texas  77098
Telephone:  888-222-7052
Facsimile:  713-238-7705
E-mail:  mike@gld-law.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ David L. Friend
David L. Friend
Hissey Kientz, LLP
9442 North Capital of Texas Hwy, Suite 400
Austin, Texas  78759
Telephone:  512-320-9100
Facsimile:  512-320-9101
E-mail:  dfriend@hkllp.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Howard L. Nations
Howard L. Nations
Law Offices of Howard L. Nations
4515 Yoakum Blvd.
Houston, Texas  77006
Telephone:  713-807-8400
Facsimile:  713-807-8423
E-mail:  howard.nations@howardnations.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Lawrence J. Gornick
Lawrence J. Gornick
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th Floor
San Francisco, California  94104
Telephone:  877-575-4529
Facsimile:  415-981-1270

22102387.2

E-mail:  lgornick@lskg-law.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Lizy Santiago
Lizy Santiago
Matthews & Associates
2905 Sackett Street
Houston, Texas  77098
Telephone:  713-522-5250
Facsimile:  713-535-7133
E-mail:  lsantiago@thematthewslawfirm.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

 /s/ Patrick J. Mulligan
Patrick J. Mulligan
The Mulligan Law Firm
4514 Cole Avenue, Suite 300
Dallas, Texas 75205
Telephone:  214-219-9779
Facsimile:  214-520-8789
Email:  pmulligan@mulliganlaw.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Gale D. Pearson
Gale D. Pearson
Pearson, Randall, & Schumacher, P.A.
Fifth Street Towers
100 South Fifth Street, # 1025
Minneapolis, Minnesota  55402
Telephone:  612-767-7500
Facsimile:  612-767-7501
E-mail:  gpearson@prslegal.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Spencer P. Browne
Spencer P. Browne
Reyes Bartolomei Browne
5950 Berkshire Lane, Suite 410
Dallas, Texas  75225
Telephone:  214-526-7900
Facsimile:  214-526-7910
E-mail:  Spencer@reyeslaw.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Steven J. Skikos
Steven J. Skikos

22102387.2

Skikos, Crawford, Skikos, Joseph & Millican LLP
625 Market Street, 11th Floor
San Francisco, California 94105
Telephone: 415-546-7300
Facsimile: 415-546-7301
E-mail: sskikos@skikoscrawford.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ David J. Dickens
David J. Dickens, Esq.
The Miller Firm, LLC
The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960
Telephone: 540-672-4224
Facsimile: 540-672-3055
Email: ddickens@millerfirmllc.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Paul J. Pennock
Paul J. Pennock
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York 10003
Telephone: 212-558-5549
Facsimile: 212-344-5461
E-mail: Ppennock@weitzlux.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

/s/ Russell Jackson Drake
Russell Jackson Drake
Whatley Drake & Kallas, LLC
1000 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Telephone: 205-328-9576
Facsimile: 205-328-9669
Email: jdrake@wdklaw.com
Plaintiffs' Counsel as indicated on Attachment 1 to Exhibit A

22102387.2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of February, 2012, I electronically filed the foregoing and its attached exhibits with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ Robert L. Ciotti

22102387.2