# EXHIBIT A

22102387.2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all cases shown on attached Exhibit A | No. 6:06-MDL-1769-ACC-DAB |

**[PROPOSED]**
**ORDER ON JOINT MOTION FOR EXTENSION OF TIME**

This cause came before the Court on the Joint Motion of AstraZeneca, each of the plaintiffs in the 1,229 cases listed on Exhibit A hereto, Plaintiffs' liaison counsel and Professor Stephen Saltzburg, Mediator, to enter an order extending by 90 days the time the Court previously provided for moving to re-open any of these actions, upon good cause shown, or for submitting a stipulated form of final order or judgment.

The Court having considered the motion and being otherwise fully briefed, it is hereby ORDERED and ADJUDGED that each case listed in attached Exhibit A remains dismissed without prejudice subject to the right of any party to re-open the action within ninety (90) days from the date of this order, upon good cause shown, or to submit a stipulated form of final order or judgment.  The Clerk is directed to file this Order in the cases listed and to maintain the Closed status of the files.

DONE and ORDERED in Chambers in Orlando, Florida on _____ \_\_, 2012.

_____
ANNE C. CONWAY
Chief United States District Judge

Copies furnished to:

Counsel of Record

22102387.2