

FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

This Document Relates to All Cases listed on the attached Exhibit A

Case No. 6:06-md-1769-Orl-22DAB

## ORDER

This cause comes before the Court on the Joint Motion for Extension of Time as to Remaining Cases (Doc. No. 1736).

Based on the foregoing, it is ordered as follows:

1. The Joint Motion for for Extension of Time as to Remaining Cases (Doc. No. 1736) is GRANTED.

2. The deadline for any party to move to re-open the actions listed on Exhibit A attached hereto, upon good cause shown, or to submit a stipulated form of final order or judgment, or to file a stipulation of dismissal with prejudice is hereby extended by ninety (90) days.

3. Either party may file a copy of this Order in the specific cases listed.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 1, 2012.

ANNE C. CONWAY
Chief United States District Judge

Copies furnished to:

Counsel of Record