# EXHIBIT A

| Plaintiff Last Name | Plaintiff First Name | Case Number | Plaintiff Counsel | Settlement Counsel (if different) |
|---|---|---|---|---|
| Eburg | Traci | 6:09-cv-17246-ACC-DAB | Allen Law Firm | |
| Waddle | Bobby | 6:09-cv-17265-ACC-DAB | Allen Law Firm | |
| Abbey | Joycelyn | 6:08-cv-01143-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Alexander | Jeff | 6:06-cv-01854-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Allen | Derdra | 6:07-cv-00995-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Bailey | Lizzie | 6:08-cv-01142-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Barrier | Michael | 6:08-cv-01446-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Bjorn | Kathryn A | 6:06-cv-01010-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Boyer | John | 6:08-cv-01710-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Boyer | Ronald | 6:07-cv-00997-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Brooks | Carol | 6:09-cv-00264-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Bryant | Cindy | 6:06-cv-01052-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Cannon | Brenda | 6:08-cv-01222-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Carrow | Lester | 6:07-cv-01458-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Chambers | Justin Bruce | 6:07-cv-10003-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Christy | Wayne | 6:08-cv-01422-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Chrostowski | Francis | 6:08-cv-01925-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Ciaramitaro | Anthony | 6:06-cv-01015-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Clark | Wanda L | 6:07-cv-10004-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Coffin | Dawn | 6:09-cv-00019-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Cook | Robert | 6:08-cv-01223-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Crawford | Michael | 6:06-cv-00988-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Cuartas | Alexia | 6:08-cv-00095-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |

| Dehne | Tanya Mae | 6:09-cv-00020-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| DeKock | Dorian F.C. | 6:07-cv-01393-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Denny | Raymond | 6:08-cv-00355-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Dixon | Oliver | 6:07-cv-00286-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Eddy | Keri | 6:08-cv-00121-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Elliott | Charlene | 6:07-cv-01520-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Farabee | Glen S. | 6:07-cv-10006-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Fowler | Kenneth | 6:06-cv-00997-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Freeman | Valerie | 6:07-cv-00994-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Friar | Jacqueline | 6:07-cv-00979-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | Bailey Perrin Bailey LLP |
| Frierdich | Pamela | 6:08-cv-00358-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Garibaldi | Karen | 6:08-cv-01923-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Geers | Billie Jo | 6:08-cv-01424-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Gevarter | Alice | 6:08-cv-01130-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Gibson | Karen Sue | 6:07-cv-01709-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Gilbertson | Elizabeth C. | 6:07-cv-00898-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Gordon | Sheila | 6:07-cv-10007-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Goudzwaard | Robin | 6:09-cv-00920-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Govan | Doris | 6:09-cv-01197-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Gray | Denise | 6:08-cv-01796-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Griggs | Jerry | 6:08-cv-01141-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Hall | Carolyn J | 6:07-cv-01109-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Hanks | Sandra | 6:08-cv-00493-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Harris | Aura | 6:08-cv-00359-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |

| Hendrix | Paulette | 6:07-cv-01456-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Hubbard | Janet | 6:08-cv-00852-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Hunter | Arlaine | 6:08-cv-00854-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Johnson | Patricia Jo | 6:07-cv-01837-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Johnson | Sharon | 6:09-cv-00261-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Johnson | Virginia | 6:07-cv-00993-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Karl | Catherine | 6:09-cv-01199-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Karl | Nancy | 6:09-cv-00260-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Keim | Jacob | 6:07-cv-01457-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Kennard | Anthony | 6:08-cv-01552-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Kirksey | Lorie | 6:07-cv-10009-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Kline | Lasonia | 6:08-cv-01553-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Kobel | Gaylene Kay | 6:08-cv-01922-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Kunzie | Cheryl | 6:09-cv-00258-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Lampton | Betty | 6:07-cv-00662-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Landry | Tammy | 6:08-cv-00851-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Loes | Zachary L | 6:07-cv-01004-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Manigo | Sandra | 6:08-cv-00356-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Martin | Dorothy | 6:08-cv-00911-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Martin | Gwen | 6:07-cv-00510-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Mercurio | Maureen | 6:08-cv-01425-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Merrill | Paula D. | 6:09-cv-00066-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Mitchell | Paulette | 6:08-cv-01426-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Morgan | Joe | 6:09-cv-01196-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |

| Morris | Molly | 6:09-cv-01198-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Morrow | Juanis | 6:08-cv-02099-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Muellersman | Joseph | 6:08-cv-01427-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Murphy | Amy | 6:08-cv-00594-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Nelson | Sharon | 6:06-cv-00990-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Nobles | Jeanine | 6:08-cv-01921-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Okwara | Sheila R. Gordon | 6:06-cv-01027-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Osborne | Rebecca | 6:07-cv-10000-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Palmer | Willie | 6:06-cv-00978-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Penrose | Linda | 6:08-cv-01224-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Perry | Sharon | 6:08-cv-00913-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Piotrowski | Edward | 6:09-cv-00065-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Poke | Jacquelin | 6:08-cv-01225-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Price | Judy | 6:06-cv-00971-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Ratliff | Bobby | 6:09-cv-00259-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Reed | Bestelle | 6:08-cv-00912-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Reiter | Gina | 6:08-cv-01711-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Rollett | Patty | 6:09-cv-00262-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Sago | Tammy | 6:08-cv-01226-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Sanders | Kevin E. | 6:06-cv-00965-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Sanford | Michelle | 6:07-cv-10019-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Schuenemeyer | Robert | 6:06-cv-01136-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Sharp | James | 6:08-cv-01144-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Shows | Richard | 6:07-cv-00988-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |

| Singleton | Carol | 6:08-cv-01310-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
|-----------|-------|----------------------|-------------------------------------------|---|
| Skiles | Julie | 6:07-cv-10010-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Smith | Shirley | 6:07-cv-01945-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Snavely | Douglas | 6:07-cv-10011-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Sonnier | Linda Mae | 6:06-cv-01019-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Soucy | Dorothy | 6:06-cv-01004-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Spires | Vicki | 6:09-cv-01497-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Staples | Willie Lee | 6:09-cv-00257-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Stewart | Angela | 6:08-cv-01926-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Thomas | Natalie | 6:08-cv-01709-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Thomas | Rodney | 6:09-cv-00624-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Trendle | Joseph | 6:08-cv-01795-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Tretton | Gary | 6:07-cv-00511-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Tripp | Lynn | 6:08-cv-01924-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Vannoy | Chianyaun | 6:07-cv-00990-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Walker | Leonard | 6:08-cv-00357-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| White | Pearl | 6:07-cv-00996-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Wilken | Roma L | 6:06-cv-00981-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Williams | Deborah | 6:08-cv-01428-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Williams | Krishaun R. | 6:07-cv-10002-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Williams | Larry | 6:06-cv-01007-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Wilson | Lynette | 6:08-cv-01320-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Wofford | James | 6:07-cv-01944-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
| Womble | Marvin | 6:09-cv-00265-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |

| Woods | Cathy | 6:08-cv-01421-ACC-DAB | Aylstock, Witkin, Kreis & Overholtz, PLLC | |
|---|---|---|---|---|
| Fox | Esther | 6:07-cv-01395-ACC-DAB | Bailey & Galyen | |
| Smith | Robert | 6:07-cv-01398-ACC-DAB | Bailey & Galyen | |
| Abercrombie | Larry | 6:07-cv-13011-ACC-DAB | Bailey Perrin Bailey LLP | |
| Abshire | Bernice | 6:07-cv-14558-ACC-DAB | Bailey Perrin Bailey LLP | |
| Adams | James I. | 6:06-cv-01319-ACC-DAB | Bailey Perrin Bailey LLP | |
| Akin | Kelly | 6:07-cv-11066-ACC-DAB | Bailey Perrin Bailey LLP | |
| Alarcon | Jacqueline | 6:07-cv-11353-ACC-DAB | Bailey Perrin Bailey LLP | |
| Albert | Michelle | 6:07-cv-13025-ACC-DAB | Bailey Perrin Bailey LLP | |
| Allen | Katreena | 6:07-cv-10181-ACC-DAB | Bailey Perrin Bailey LLP | |
| Allen | Lisa | 6:07-cv-13030-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ambercrombie | Lucille | 6:07-cv-12853-ACC-DAB | Bailey Perrin Bailey LLP | |
| Anderson | Anthony | 6:07-cv-14576-ACC-DAB | Bailey Perrin Bailey LLP | |
| Anderson | Carol | 6:07-cv-11119-ACC-DAB | Bailey Perrin Bailey LLP | |
| Anthony | Jamica | 6:07-cv-11122-ACC-DAB | Bailey Perrin Bailey LLP | |
| Archuleta | Richard | 6:07-cv-10487-ACC-DAB | Bailey Perrin Bailey LLP | |
| Arnold | Cindy A. | 6:07-cv-12270-ACC-DAB | Bailey Perrin Bailey LLP | The Miller Firm, LLC |
| Arnold | Shirley | 6:07-cv-14582-ACC-DAB | Bailey Perrin Bailey LLP | |
| Arrowood | Julia | 6:07-cv-14584-ACC-DAB | Bailey Perrin Bailey LLP | |
| Arzaga | Joe | 6:07-cv-13047-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ashton | Dennis | 6:07-cv-14586-ACC-DAB | Bailey Perrin Bailey LLP | |
| Askew | Robert | 6:07-cv-13048-ACC-DAB | Bailey Perrin Bailey LLP | |
| Atkins | Nicole | 6:07-cv-12272-ACC-DAB | Bailey Perrin Bailey LLP | |
| Aubrey | Charlotte | 6:07-cv-11367-ACC-DAB | Bailey Perrin Bailey LLP | |
| Aycock | Darrell | 6:07-cv-14592-ACC-DAB | Bailey Perrin Bailey LLP | |
| Baccus | Emma | 6:07-cv-14594-ACC-DAB | Bailey Perrin Bailey LLP | |
| Baginski | Patricia | 6:07-cv-11124-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bailey | Karen | 6:07-cv-10576-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bailey | Peter | 6:07-cv-11126-ACC-DAB | Bailey Perrin Bailey LLP | |
| Baker | Benjamin | 6:07-cv-11128-ACC-DAB | Bailey Perrin Bailey LLP | |
| Baker | Daniel S | 6:07-cv-15680-ACC-DAB | Bailey Perrin Bailey LLP | Gallagher Law Firm |
| Baker | Denise | 6:07-cv-10577-ACC-DAB | Bailey Perrin Bailey LLP | |
| Balderas | Marta | 6:07-cv-15880-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ballew | Corinthia | 6:07-cv-15881-ACC-DAB | Bailey Perrin Bailey LLP | |
| Banks | Aurthur | 6:07-cv-15883-ACC-DAB | Bailey Perrin Bailey LLP | |
| Barnes | Louis | 6:07-cv-15886-ACC-DAB | Bailey Perrin Bailey LLP | |
| Barnhill | Larry | 6:07-cv-12280-ACC-DAB | Bailey Perrin Bailey LLP | |
| Barreras | Ronald | 6:07-cv-11132-ACC-DAB | Bailey Perrin Bailey LLP | |
| Barrett | Jason | 6:07-cv-13073-ACC-DAB | Bailey Perrin Bailey LLP | |
| Barrow | Rebecca | 6:07-cv-10580-ACC-DAB | Bailey Perrin Bailey LLP | |
| Barry | Vicki | 6:07-cv-10491-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bates | Cheryl | 6:07-cv-11068-ACC-DAB | Bailey Perrin Bailey LLP | |
| Baxter | Tony | 6:07-cv-14619-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bearse | Amy | 6:07-cv-15582-ACC-DAB | Bailey Perrin Bailey LLP | |

| Beauford | Michelle | 6:07-cv-14622-ACC-DAB | Bailey Perrin Bailey LLP | |
| Becker | Martha | 6:07-cv-13087-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bedoy | Yolanda | 6:07-cv-00516-ACC-DAB | Bailey Perrin Bailey LLP | |
| Belk | Annie | 6:07-cv-12288-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bell | Robin | 6:07-cv-12291-ACC-DAB | Bailey Perrin Bailey LLP | |
| Berry | Julia | 6:07-cv-14630-ACC-DAB | Bailey Perrin Bailey LLP | |
| Beth | Dortha | 6:07-cv-15912-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bethea | Larry | 6:07-cv-10583-ACC-DAB | Bailey Perrin Bailey LLP | |
| Betties | Jackie | 6:07-cv-15914-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bibee | James | 6:07-cv-14634-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bierlich | Russell | 6:07-cv-15688-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bill | Theresa | 6:07-cv-15916-ACC-DAB | Bailey Perrin Bailey LLP | |
| Black | Bonnie | 6:07-cv-13118-ACC-DAB | Bailey Perrin Bailey LLP | |
| Black | Cody | 6:07-cv-14636-ACC-DAB | Bailey Perrin Bailey LLP | |
| Black | Jerry | 6:07-cv-13120-ACC-DAB | Bailey Perrin Bailey LLP | |
| Black | Kenneth | 6:07-cv-12301-ACC-DAB | Bailey Perrin Bailey LLP | |
| Blackburn | Danita | 6:07-cv-13121-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Blaha | Margaret | 6:07-cv-12303-ACC-DAB | Bailey Perrin Bailey LLP | |
| Blair | Carolyn | 6:07-cv-12304-ACC-DAB | Bailey Perrin Bailey LLP | |
| Blair | Emma | 6:07-cv-13122-ACC-DAB | Bailey Perrin Bailey LLP | |
| Blankenship | Daniel | 6:07-cv-14639-ACC-DAB | Bailey Perrin Bailey LLP | |
| Block | Brandi | 6:07-cv-13128-ACC-DAB | Bailey Perrin Bailey LLP | |
| Block | Patrick | 6:07-cv-13129-ACC-DAB | Bailey Perrin Bailey LLP | |
| Blun | Pamela | 6:07-cv-13131-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bolds | Dominique | 6:07-cv-13133-ACC-DAB | Bailey Perrin Bailey LLP | |
| Boman | Delmar | 6:07-cv-14647-ACC-DAB | Bailey Perrin Bailey LLP | |
| Boone | Michael | 6:07-cv-14650-ACC-DAB | Bailey Perrin Bailey LLP | |
| Borowicz | Michael | 6:07-cv-13137-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bouslog | Melissa | 6:07-cv-13139-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bowman | Timmie | 6:07-cv-14655-ACC-DAB | Bailey Perrin Bailey LLP | |
| Boyden-Campbell | Betty | 6:07-cv-10498-ACC-DAB | Bailey Perrin Bailey LLP | |
| Brackney | Phyona | 6:07-cv-15691-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bradford | Katharine | 6:07-cv-11419-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bragg | Martin | 6:07-cv-13148-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bragg | Misty | 6:07-cv-11141-ACC-DAB | Bailey Perrin Bailey LLP | |
| Brasher | Brett | 6:07-cv-11142-ACC-DAB | Bailey Perrin Bailey LLP | |
| Brezonick | Bobbette | 6:07-cv-12110-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bridgeman | Nelson | 6:07-cv-14665-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bridges | Mary | 6:07-cv-14666-ACC-DAB | Bailey Perrin Bailey LLP | |
| Brigham | Michael | 6:07-cv-12315-ACC-DAB | Bailey Perrin Bailey LLP | |
| Brinson | Charles | 6:07-cv-14670-ACC-DAB | Bailey Perrin Bailey LLP | The Miller Firm, LLC |
| Brix | Phyllis | 6:07-cv-11144-ACC-DAB | Bailey Perrin Bailey LLP | |
| Broach | Lora | 6:07-cv-13154-ACC-DAB | Bailey Perrin Bailey LLP | |
| Broughton | Clarence | 6:07-cv-00514-ACC-DAB | Bailey Perrin Bailey LLP | |

| | | | | |
|---|---|---|---|---|
| Broussard | Carol | 6:07-cv-14678-ACC-DAB | Bailey Perrin Bailey LLP | |
| Brown | Charles | 6:07-cv-13161-ACC-DAB | Bailey Perrin Bailey LLP | |
| Brown | Chris | 6:07-cv-10213-ACC-DAB | Bailey Perrin Bailey LLP | |
| Brown | Darnell | 6:07-cv-11425-ACC-DAB | Bailey Perrin Bailey LLP | |
| Brown | Douglas | 6:07-cv-11428-ACC-DAB | Bailey Perrin Bailey LLP | |
| Brown | Edith | 6:07-cv-13167-ACC-DAB | Bailey Perrin Bailey LLP | |
| Brown | Larry | 6:07-cv-13171-ACC-DAB | Bailey Perrin Bailey LLP | |
| Brown | Pauline | 6:07-cv-10827-ACC-DAB | Bailey Perrin Bailey LLP | |
| Brunson | Delores | 6:07-cv-13185-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bryant | Susan | 6:07-cv-13190-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bucher | Harriett | 6:07-cv-15954-ACC-DAB | Bailey Perrin Bailey LLP | |
| Buffington | Carol | 6:07-cv-15956-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bunce | Dorris | 6:07-cv-14689-ACC-DAB | Bailey Perrin Bailey LLP | |
| Bundy | Michael | 6:07-cv-13195-ACC-DAB | Bailey Perrin Bailey LLP | |
| Burger | James | 6:07-cv-12326-ACC-DAB | Bailey Perrin Bailey LLP | |
| Burrow | Kari | 6:07-cv-12112-ACC-DAB | Bailey Perrin Bailey LLP | |
| Burton | David | 6:07-cv-14694-ACC-DAB | Bailey Perrin Bailey LLP | |
| Burtschi | Diane | 6:07-cv-14695-ACC-DAB | Bailey Perrin Bailey LLP | |
| Butler | Bridetracy | 6:07-cv-10503-ACC-DAB | Bailey Perrin Bailey LLP | |
| Caban | Iris | 6:07-cv-15970-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cadena | Robert | 6:07-cv-13213-ACC-DAB | Bailey Perrin Bailey LLP | |
| Caldwell | Gary | 6:07-cv-15972-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Calhoun | Sandy | 6:07-cv-11442-ACC-DAB | Bailey Perrin Bailey LLP | |
| Calicott | Linda | 6:07-cv-14699-ACC-DAB | Bailey Perrin Bailey LLP | |
| Calloway | Veronica | 6:07-cv-15974-ACC-DAB | Bailey Perrin Bailey LLP | |
| Campbell | Dewey | 6:07-cv-14702-ACC-DAB | Bailey Perrin Bailey LLP | |
| Campbell | Sherry | 6:07-cv-10505-ACC-DAB | Bailey Perrin Bailey LLP | |
| Campos | Robert | 6:07-cv-11444-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cannon | Vicky | 6:07-cv-15977-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cannon | Yvette | 6:07-cv-10224-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cantrell | Rebecca | 6:07-cv-13222-ACC-DAB | Bailey Perrin Bailey LLP | |
| Capps | Brenda | 6:07-cv-13223-ACC-DAB | Bailey Perrin Bailey LLP | |
| Carmichael | Mark | 6:07-cv-15979-ACC-DAB | Bailey Perrin Bailey LLP | |
| Carpenter | Betty | 6:07-cv-13228-ACC-DAB | Bailey Perrin Bailey LLP | |
| Carpenter | Loretta | 6:07-cv-11448-ACC-DAB | Bailey Perrin Bailey LLP | |
| Carrizales | Gloria | 6:07-cv-15981-ACC-DAB | Bailey Perrin Bailey LLP | |
| Carter | Anthony | 6:07-cv-14713-ACC-DAB | Bailey Perrin Bailey LLP | |
| Carter | Delores | 6:07-cv-10834-ACC-DAB | Bailey Perrin Bailey LLP | |
| Carter | Wanda | 6:07-cv-15986-ACC-DAB | Bailey Perrin Bailey LLP | |
| Carter-Gonding | Darla | 6:07-cv-13235-ACC-DAB | Bailey Perrin Bailey LLP | |
| Casby | Shirley | 6:07-cv-14715-ACC-DAB | Bailey Perrin Bailey LLP | |
| Casto | Eloise | 6:07-cv-15694-ACC-DAB | Bailey Perrin Bailey LLP | |
| Chambers | Teresa | 6:07-cv-15995-ACC-DAB | Bailey Perrin Bailey LLP | |
| Champ | Brenda | 6:07-cv-15996-ACC-DAB | Bailey Perrin Bailey LLP | |
| Chance | Nancy | 6:07-cv-13238-ACC-DAB | Bailey Perrin Bailey LLP | |

| | | | | |
|---|---|---|---|---|
| Chavez | Debra | 6:07-cv-11153-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cherry | Marvin | 6:07-cv-13246-ACC-DAB | Bailey Perrin Bailey LLP | |
| Chestnut | Sean | 6:07-cv-10231-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ciecierski | Connie | 6:07-cv-11154-ACC-DAB | Bailey Perrin Bailey LLP | |
| Clary | Vivian | 6:07-cv-10237-ACC-DAB | Bailey Perrin Bailey LLP | |
| Clayton | Saundra | 6:07-cv-12596-ACC-DAB | Bailey Perrin Bailey LLP | |
| Clemons | Donald | 6:07-cv-13263-ACC-DAB | Bailey Perrin Bailey LLP | |
| Coffee | Robert | 6:07-cv-13271-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cohen | Jacquline | 6:07-cv-12376-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cole | Christa | 6:07-cv-11157-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cole | Icelon | 6:07-cv-14742-ACC-DAB | Bailey Perrin Bailey LLP | |
| Coleman | Henry | 6:07-cv-11464-ACC-DAB | Bailey Perrin Bailey LLP | |
| Collier | Sandra | 6:07-cv-11467-ACC-DAB | Bailey Perrin Bailey LLP | |
| Collier | Virginia | 6:07-cv-11466-ACC-DAB | Bailey Perrin Bailey LLP | |
| Collins | Beth | 6:07-cv-14745-ACC-DAB | Bailey Perrin Bailey LLP | |
| Collins | Roxanne | 6:07-cv-14748-ACC-DAB | Bailey Perrin Bailey LLP | |
| Colman | Nathan | 6:07-cv-10240-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cone | Urssula | 6:07-cv-11469-ACC-DAB | Bailey Perrin Bailey LLP | |
| Conn | Juanita | 6:07-cv-11470-ACC-DAB | Bailey Perrin Bailey LLP | |
| Connor | Bessie | 6:07-cv-10610-ACC-DAB | Bailey Perrin Bailey LLP | |
| Contreras | Gloria | 6:07-cv-13285-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cook | Jo | 6:07-cv-13290-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cook | Leonard | 6:07-cv-14752-ACC-DAB | Bailey Perrin Bailey LLP | |
| Coon | Sandra | 6:07-cv-13293-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cooper | Ginger | 6:07-cv-14758-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cooper | Ginger | 6:07-cv-14759-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cordray | Kimberly | 6:07-cv-13299-ACC-DAB | Bailey Perrin Bailey LLP | |
| Corry | Davina | 6:07-cv-16029-ACC-DAB | Bailey Perrin Bailey LLP | |
| Couch | Donna | 6:07-cv-16030-ACC-DAB | Bailey Perrin Bailey LLP | |
| Council | Anthony | 6:07-cv-11161-ACC-DAB | Bailey Perrin Bailey LLP | |
| Craig | Maureen | 6:07-cv-11162-ACC-DAB | Bailey Perrin Bailey LLP | |
| Crawford | Carol | 6:07-cv-16034-ACC-DAB | Bailey Perrin Bailey LLP | |
| Creel | Robin | 6:07-cv-14770-ACC-DAB | Bailey Perrin Bailey LLP | |
| Crenshaw | Gladys | 6:07-cv-13312-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cronin | Darlene | 6:07-cv-10842-ACC-DAB | Bailey Perrin Bailey LLP | |
| Crooks | Adrian | 6:07-cv-11163-ACC-DAB | Bailey Perrin Bailey LLP | |
| Crouch | Ronald | 6:07-cv-16039-ACC-DAB | Bailey Perrin Bailey LLP | |
| Croucher | Jeffory | 6:07-cv-14772-ACC-DAB | Bailey Perrin Bailey LLP | Gallagher Law Firm |
| Curtis | William | 6:07-cv-13319-ACC-DAB | Bailey Perrin Bailey LLP | |
| Cutler | Katherine | 6:07-cv-14775-ACC-DAB | Bailey Perrin Bailey LLP | |
| Dack | Michael | 6:07-cv-10248-ACC-DAB | Bailey Perrin Bailey LLP | |
| Daniel | Shawn | 6:07-cv-13322-ACC-DAB | Bailey Perrin Bailey LLP | |
| Daniels | Gloria | 6:07-cv-13324-ACC-DAB | Bailey Perrin Bailey LLP | |
| Daniels | Maryjane | 6:07-cv-00285-ACC-DAB | Bailey Perrin Bailey LLP | |
| Davis | Brenda | 6:07-cv-11167-ACC-DAB | Bailey Perrin Bailey LLP | |
| Davis | Derrick | 6:07-cv-14783-ACC-DAB | Bailey Perrin Bailey LLP | |
| Davis | John | 6:07-cv-12411-ACC-DAB | Bailey Perrin Bailey LLP | |

| Davis | Robert | 6:07-cv-11168-ACC-DAB | Bailey Perrin Bailey LLP | |
|---|---|---|---|---|
| Davis | Rudoph | 6:07-cv-11075-ACC-DAB | Bailey Perrin Bailey LLP | |
| Davis | Steve | 6:07-cv-13337-ACC-DAB | Bailey Perrin Bailey LLP | |
| Davis | Sylvia | 6:07-cv-11503-ACC-DAB | Bailey Perrin Bailey LLP | |
| Dawson | Angelia | 6:07-cv-13343-ACC-DAB | Bailey Perrin Bailey LLP | |
| Day | Teresa | 6:07-cv-11504-ACC-DAB | Bailey Perrin Bailey LLP | |
| De La Cueva | Linda | 6:07-cv-10617-ACC-DAB | Bailey Perrin Bailey LLP | |
| Dean | Jerome T | 6:07-cv-13349-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Demps | Sonya | 6:07-cv-13356-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Dickerson | Robert E | 6:07-cv-12429-ACC-DAB | Bailey Perrin Bailey LLP | |
| Emery | John E. | 6:07-cv-13404-ACC-DAB | Bailey Perrin Bailey LLP | |
| Fair | John | 6:07-cv-15635-ACC-DAB | Bailey Perrin Bailey LLP | |
| Falcone | Joseph | 6:07-cv-12470-ACC-DAB | Bailey Perrin Bailey LLP | |
| Farrell | Steve | 6:07-cv-14841-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Faucett | Cherie | 6:07-cv-14844-ACC-DAB | Bailey Perrin Bailey LLP | |
| Febinger | Randi | 6:07-cv-10866-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ferguson | Evelyn | 6:07-cv-10627-ACC-DAB | Bailey Perrin Bailey LLP | |
| Fields | Jeannetta | 6:07-cv-16099-ACC-DAB | Bailey Perrin Bailey LLP | |
| Finister | Gwendolyn | 6:07-cv-14848-ACC-DAB | Bailey Perrin Bailey LLP | |
| Fitch | Dawn | 6:07-cv-14851-ACC-DAB | Bailey Perrin Bailey LLP | |
| Flanigan | Michael | 6:07-cv-13430-ACC-DAB | Bailey Perrin Bailey LLP | |
| Flores | Frank | 6:07-cv-11562-ACC-DAB | Bailey Perrin Bailey LLP | |
| Flores | Lonnie | 6:07-cv-11563-ACC-DAB | Bailey Perrin Bailey LLP | |
| Flower | Gregg | 6:07-cv-13432-ACC-DAB | Bailey Perrin Bailey LLP | |
| Floyd | Gentry | 6:07-cv-13433-ACC-DAB | Bailey Perrin Bailey LLP | |
| Floyd | Karen | 6:07-cv-14855-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ford | Kevin | 6:07-cv-14857-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ford | Robert | 6:07-cv-11570-ACC-DAB | Bailey Perrin Bailey LLP | |
| Forsyth | Linda | 6:07-cv-11571-ACC-DAB | Bailey Perrin Bailey LLP | |
| Fortner | Belinda | 6:07-cv-10270-ACC-DAB | Bailey Perrin Bailey LLP | |
| Fowler | Nancy | 6:07-cv-14866-ACC-DAB | Bailey Perrin Bailey LLP | |
| Fox | Christopher | 6:07-cv-16109-ACC-DAB | Bailey Perrin Bailey LLP | |
| Fox | Dennis | 6:07-cv-16110-ACC-DAB | Bailey Perrin Bailey LLP | |
| Franks | James | 6:07-cv-16114-ACC-DAB | Bailey Perrin Bailey LLP | |
| Franz | Daniel | 6:07-cv-16115-ACC-DAB | Bailey Perrin Bailey LLP | |
| Frazier | Betty | 6:07-cv-13444-ACC-DAB | Bailey Perrin Bailey LLP | |
| French | Damon | 6:07-cv-10632-ACC-DAB | Bailey Perrin Bailey LLP | |
| Fulmer | Jeremy | 6:07-cv-11582-ACC-DAB | Bailey Perrin Bailey LLP | |
| Furlough | Tammy | 6:07-cv-11584-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gabaldon | Tonya | 6:07-cv-13454-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gainey | Garry | 6:07-cv-13456-ACC-DAB | Bailey Perrin Bailey LLP | |
| Galloway | Leon | 6:07-cv-14883-ACC-DAB | Bailey Perrin Bailey LLP | Matthews & Associates |
| Garcia | Geneva | 6:07-cv-10518-ACC-DAB | Bailey Perrin Bailey LLP | |

| Garcia | Luz | 6:07-cv-15725-ACC-DAB | Bailey Perrin Bailey LLP | |
| Garcia | Richard R | 6:07-cv-15591-ACC-DAB | Bailey Perrin Bailey LLP | |
| Garcia | Roberto | 6:07-cv-11586-ACC-DAB | Bailey Perrin Bailey LLP | |
| Garcia | Ronald | 6:07-cv-11585-ACC-DAB | Bailey Perrin Bailey LLP | |
| Garland | Augustus | 6:07-cv-14887-ACC-DAB | Bailey Perrin Bailey LLP | |
| Garrett | Karen | 6:07-cv-14888-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gatson | Phylicia | 6:07-cv-14890-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gebhardt | Jeannie | 6:07-cv-12136-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gibson | Lisa | 6:07-cv-16130-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gibson | Rene | 6:07-cv-14894-ACC-DAB | Bailey Perrin Bailey LLP | |
| Giles | Kirsten | 6:07-cv-14896-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gill | Tammy | 6:07-cv-13474-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gillis | Toni | 6:07-cv-14900-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gillum | Sarina | 6:07-cv-11593-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gilman | Carol | 6:07-cv-11594-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gilmore | Angela | 6:06-cv-01144-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gilmore | Linda | 6:06-cv-01037-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gilmore | Rosa | 6:07-cv-11595-ACC-DAB | Bailey Perrin Bailey LLP | |
| Givens | Andrea | 6:07-cv-13478-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gladney | Dennis | 6:07-cv-11598-ACC-DAB | Bailey Perrin Bailey LLP | |
| Goff | Betty | 6:07-cv-13485-ACC-DAB | Bailey Perrin Bailey LLP | |
| Goff | Dianna | 6:07-cv-12140-ACC-DAB | Bailey Perrin Bailey LLP | |
| Golomon | Margaret | 6:07-cv-14905-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gonzalez | Eloisa | 6:07-cv-13491-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gooden | Sandra | 6:07-cv-16138-ACC-DAB | Bailey Perrin Bailey LLP | |
| Goodgames | Anthony | 6:07-cv-13494-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gordacan | Janice | 6:07-cv-12509-ACC-DAB | Bailey Perrin Bailey LLP | |
| Goutierez | Kristina | 6:07-cv-11603-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gowin | Marita | 6:07-cv-10521-ACC-DAB | Bailey Perrin Bailey LLP | |
| Grant | Billy | 6:07-cv-12144-ACC-DAB | Bailey Perrin Bailey LLP | |
| Green | Aljay | 6:07-cv-14914-ACC-DAB | Bailey Perrin Bailey LLP | |
| Green | Michael | 6:07-cv-13511-ACC-DAB | Bailey Perrin Bailey LLP | |
| Green | Shellyann | 6:07-cv-16143-ACC-DAB | Bailey Perrin Bailey LLP | |
| Green | Shirley | 6:07-cv-10649-ACC-DAB | Bailey Perrin Bailey LLP | |
| Greenwood | Timmothy | 6:07-cv-10288-ACC-DAB | Bailey Perrin Bailey LLP | |
| Griffin | Jacqueline | 6:07-cv-16146-ACC-DAB | Bailey Perrin Bailey LLP | |
| Groves | Cindy | 6:07-cv-14926-ACC-DAB | Bailey Perrin Bailey LLP | |
| Guerra | Annette | 6:07-cv-12523-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gugel | Kathy | 6:07-cv-13525-ACC-DAB | Bailey Perrin Bailey LLP | |
| Gurule | Valerie | 6:07-cv-13526-ACC-DAB | Bailey Perrin Bailey LLP | |
| Haaland | Marika | 6:07-cv-14931-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hackworth | Michael | 6:07-cv-13529-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hagen | Dan | 6:07-cv-14934-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hall | Kimberly | 6:07-cv-13537-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hall | Kimberly | 6:07-cv-14937-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hambrick | Veronica | 6:07-cv-14940-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hamilton | Joseph | 6:07-cv-10651-ACC-DAB | Bailey Perrin Bailey LLP | |

| Hamilton | Sybil | 6:07-cv-14941-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hancock | David | 6:07-cv-12532-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Hansen | Edward | 6:07-cv-14945-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hardman | Annie | 6:07-cv-12534-ACC-DAB | Bailey Perrin Bailey LLP | |
| Harney | Aundrea | 6:07-cv-11625-ACC-DAB | Bailey Perrin Bailey LLP | |
| Harper | Carolyn | 6:07-cv-16163-ACC-DAB | Bailey Perrin Bailey LLP | |
| Harr | Dorothy | 6:07-cv-12537-ACC-DAB | Bailey Perrin Bailey LLP | |
| Harrah | Phyllis | 6:07-cv-10885-ACC-DAB | Bailey Perrin Bailey LLP | |
| Harris | Brunette | 6:07-cv-13563-ACC-DAB | Bailey Perrin Bailey LLP | |
| Harris | Gregory | 6:07-cv-11083-ACC-DAB | Bailey Perrin Bailey LLP | |
| Harris | Jackie | 6:07-cv-10658-ACC-DAB | Bailey Perrin Bailey LLP | |
| Harris | Tara | 6:07-cv-10297-ACC-DAB | Bailey Perrin Bailey LLP | |
| Harry | Dejarra | 6:07-cv-14964-ACC-DAB | Bailey Perrin Bailey LLP | |
| Harvey | Gene | 6:07-cv-16169-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hathaway | Gloria | 6:07-cv-11632-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hayes | Julia | 6:07-cv-13584-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hayes | Warreene | 6:07-cv-14967-ACC-DAB | Bailey Perrin Bailey LLP | Gallagher Law Firm |
| Haynes | Robert | 6:07-cv-12546-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hays | Steven | 6:07-cv-16174-ACC-DAB | Bailey Perrin Bailey LLP | Douglas & London, P.C |
| Helin | Judy | 6:07-cv-11207-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hendricks | George | 6:07-cv-10888-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hendricks | Leora G. | 6:07-cv-14974-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hendry | Patricia | 6:07-cv-12553-ACC-DAB | Bailey Perrin Bailey LLP | |
| Henley | Freddy | 6:07-cv-10300-ACC-DAB | Bailey Perrin Bailey LLP | |
| Herman | Thomas | 6:07-cv-16182-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hickey | Donna | 6:07-cv-16186-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hicks | Maria | 6:07-cv-13600-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hinkle | Shannon | 6:07-cv-12561-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hinson | Kimberly | 6:07-cv-11210-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hoag | Faith | 6:07-cv-11646-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hobart | Terri | 6:07-cv-10305-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hoch | Isabel | 6:07-cv-11647-ACC-DAB | Bailey Perrin Bailey LLP | |
| Holley | William | 6:07-cv-10527-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hollinger | Martha | 6:07-cv-12566-ACC-DAB | Bailey Perrin Bailey LLP | |
| Holmes | Janet | 6:07-cv-13615-ACC-DAB | Bailey Perrin Bailey LLP | |
| Holt | Johnnie R | 6:07-cv-11653-ACC-DAB | Bailey Perrin Bailey LLP | Gallagher Law Firm |
| Holtun | James | 6:07-cv-16197-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hope | Don | 6:07-cv-13621-ACC-DAB | Bailey Perrin Bailey LLP | |
| Horne | Elouise | 6:07-cv-11658-ACC-DAB | Bailey Perrin Bailey LLP | |
| Horton | Marilyn | 6:07-cv-14999-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hoskinson | Norman | 6:07-cv-12572-ACC-DAB | Bailey Perrin Bailey LLP | |
| House | Hope | 6:07-cv-11659-ACC-DAB | Bailey Perrin Bailey LLP | |
| Howard | Calvin | 6:07-cv-11660-ACC-DAB | Bailey Perrin Bailey LLP | |
| Howard | Charles | 6:07-cv-10897-ACC-DAB | Bailey Perrin Bailey LLP | |
| Hughes | Julia | 6:07-cv-16209-ACC-DAB | Bailey Perrin Bailey LLP | |

| | | | | |
|---|---|---|---|---|
| Hunter | Alfred | 6:07-cv-13642-ACC-DAB | Bailey Perrin Bailey LLP | |
| Igo | Dina | 6:07-cv-13650-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ilegbodu | Kenneth | 6:07-cv-12582-ACC-DAB | Bailey Perrin Bailey LLP | |
| Irving | Barbara | 6:07-cv-13654-ACC-DAB | Bailey Perrin Bailey LLP | |
| Isaacs | Stephanie | 6:07-cv-12585-ACC-DAB | Bailey Perrin Bailey LLP | |
| Issac | Lillie | 6:07-cv-15015-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ivey | Sarah | 6:07-cv-15016-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jackson | Cathy | 6:07-cv-12588-ACC-DAB | Bailey Perrin Bailey LLP | |
| James | Pamela | 6:07-cv-13673-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jamison | Jackie | 6:07-cv-16222-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jean-Baptiste | Jerry | 6:07-cv-11678-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jeffers | Delores | 6:07-cv-13678-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jefferson | Diana | 6:07-cv-13325-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jeffries | Michael | 6:07-cv-10317-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Jenkins | Delores | 6:07-cv-12592-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jernigan | Charles | 6:07-cv-16228-ACC-DAB | Bailey Perrin Bailey LLP | |
| Johnson | Aaron | 6:07-cv-13687-ACC-DAB | Bailey Perrin Bailey LLP | |
| Johnson | Amanda | 6:07-cv-13688-ACC-DAB | Bailey Perrin Bailey LLP | |
| Johnson | Connie | 6:07-cv-15029-ACC-DAB | Bailey Perrin Bailey LLP | |
| Johnson | Debbie | 6:07-cv-11684-ACC-DAB | Bailey Perrin Bailey LLP | |
| Johnson | Donna | 6:07-cv-15033-ACC-DAB | Bailey Perrin Bailey LLP | |
| Johnson | Faith | 6:07-cv-15034-ACC-DAB | Bailey Perrin Bailey LLP | |
| Johnson | Harriet | 6:07-cv-13694-ACC-DAB | Bailey Perrin Bailey LLP | |
| Johnson | LaTonya | 6:07-cv-16238-ACC-DAB | Bailey Perrin Bailey LLP | |
| Johnson | Michael | 6:07-cv-12598-ACC-DAB | Bailey Perrin Bailey LLP | |
| Johnson | Nettie | 6:07-cv-16241-ACC-DAB | Bailey Perrin Bailey LLP | |
| Johnson | Sue | 6:07-cv-15039-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jones | Danny | 6:07-cv-11698-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jones | Harvey | 6:07-cv-10324-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jones | Jamile | 6:07-cv-13703-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jones | Joe | 6:07-cv-15050-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jones | Judith | 6:07-cv-11700-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jones | Louis | 6:07-cv-13704-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jones | Paul | 6:07-cv-16256-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jordan | Danny | 6:07-cv-13710-ACC-DAB | Bailey Perrin Bailey LLP | |
| Jordan | Lee | 6:07-cv-15054-ACC-DAB | Bailey Perrin Bailey LLP | |
| Joyner | Ruth | 6:07-cv-11704-ACC-DAB | Bailey Perrin Bailey LLP | |
| Kabeller | Joseph | 6:07-cv-13717-ACC-DAB | Bailey Perrin Bailey LLP | |
| Kakmis | Stanley | 6:07-cv-13721-ACC-DAB | Bailey Perrin Bailey LLP | |
| Kanary | Judy | 6:07-cv-12608-ACC-DAB | Bailey Perrin Bailey LLP | |
| Karczmarek | Stephen | 6:07-cv-15746-ACC-DAB | Bailey Perrin Bailey LLP | |
| Kartalas | Dean | 6:07-cv-13726-ACC-DAB | Bailey Perrin Bailey LLP | |
| Keller | Barbara | 6:07-cv-13735-ACC-DAB | Bailey Perrin Bailey LLP | |
| Kelley | Richard | 6:07-cv-15063-ACC-DAB | Bailey Perrin Bailey LLP | |
| Kelly | Cynthia | 6:07-cv-13739-ACC-DAB | Bailey Perrin Bailey LLP | |
| Kelly-Crouch | Cheryl | 6:07-cv-11709-ACC-DAB | Bailey Perrin Bailey LLP | |

| Kelly-Zieska | Jamie | 6:07-cv-15747-ACC-DAB | Bailey Perrin Bailey LLP | |
| Keohare | Jennyfer | 6:07-cv-15597-ACC-DAB | Bailey Perrin Bailey LLP | |
| Kepley | Aaron | 6:07-cv-15066-ACC-DAB | Bailey Perrin Bailey LLP | |
| Kersey | Barbara | 6:07-cv-13748-ACC-DAB | Bailey Perrin Bailey LLP | |
| Kesslick | Alisa | 6:07-cv-16266-ACC-DAB | Bailey Perrin Bailey LLP | |
| Kesterson | Michael | 6:07-cv-16267-ACC-DAB | Bailey Perrin Bailey LLP | |
| Khautisen | Davanh | 6:07-cv-13749-ACC-DAB | Bailey Perrin Bailey LLP | |
| Kilian | Margaret | 6:07-cv-11222-ACC-DAB | Bailey Perrin Bailey LLP | |
| Kimble | Meta | 6:07-cv-13755-ACC-DAB | Bailey Perrin Bailey LLP | |
| Kimble-Hammond | Gwendolyn | 6:07-cv-12613-ACC-DAB | Bailey Perrin Bailey LLP | |
| King | Sharon | 6:07-cv-16269-ACC-DAB | Bailey Perrin Bailey LLP | |
| Klameth | Robert | 6:07-cv-11224-ACC-DAB | Bailey Perrin Bailey LLP | |
| Knight | Cindy | 6:07-cv-13771-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lacey | Connie | 6:07-cv-16277-ACC-DAB | Bailey Perrin Bailey LLP | |
| Laisure-Bates | Nanette | 6:07-cv-11723-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lambright | Larry | 6:06-cv-01386-ACC-DAB | Bailey Perrin Bailey LLP | |
| Landry | Julie | 6:07-cv-15086-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lane | Evelyn | 6:07-cv-11727-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lang-Butler | Teresa | 6:07-cv-11729-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lanham | Joan | 6:07-cv-12634-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lawhorn | Stevie | 6:07-cv-10682-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lawrence | David | 6:07-cv-11734-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ledford | Alvin | 6:07-cv-15091-ACC-DAB | Bailey Perrin Bailey LLP | |
| Ledford | Gary | 6:07-cv-13800-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lee | Jo-Ann | 6:07-cv-15093-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lee | Lee | 6:07-cv-12175-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lee | Michele | 6:07-cv-11824-ACC-DAB | Bailey Perrin Bailey LLP | |
| Leek | Ashley | 6:07-cv-15095-ACC-DAB | Bailey Perrin Bailey LLP | |
| Legg | Gloria | 6:07-cv-11740-ACC-DAB | Bailey Perrin Bailey LLP | |
| Leggett | Annie | 6:07-cv-16292-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lemon | Shawna | 6:07-cv-16293-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lenarz | Brenda | 6:07-cv-10341-ACC-DAB | Bailey Perrin Bailey LLP | |
| Levine | Kathleen | 6:07-cv-10534-ACC-DAB | Bailey Perrin Bailey LLP | |
| Levy | Steven | 6:07-cv-11742-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lewis | Christine | 6:07-cv-13810-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lewis | Greggory | 6:07-cv-15102-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lewis | Mary | 6:07-cv-13812-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lilly | Brenda | 6:07-cv-12095-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lipscomb | Alethia | 6:07-cv-13817-ACC-DAB | Bailey Perrin Bailey LLP | |
| Little John | Eartha | 6:07-cv-13818-ACC-DAB | Bailey Perrin Bailey LLP | |
| Logan | Patricia | 6:07-cv-10927-ACC-DAB | Bailey Perrin Bailey LLP | |
| Longshore | Lucretia | 6:07-cv-13824-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lucas | Mary Anne | 6:07-cv-10346-ACC-DAB | Bailey Perrin Bailey LLP | |
| Lucchetti | Lu Ann | 6:07-cv-16307-ACC-DAB | Bailey Perrin Bailey LLP | |
| Luttrell | Kathryn | 6:07-cv-15118-ACC-DAB | Bailey Perrin Bailey LLP | |
| Maestas | Fred | 6:07-cv-16316-ACC-DAB | Bailey Perrin Bailey LLP | |

22102387.2

| Mahoney | Frances | 6:07-cv-13842-ACC-DAB | Bailey Perrin Bailey LLP | |
|---|---|---|---|---|
| Mansfield | Donna | 6:07-cv-13852-ACC-DAB | Bailey Perrin Bailey LLP | |
| Mardis | Ann | 6:07-cv-16321-ACC-DAB | Bailey Perrin Bailey LLP | |
| Martin | Brenda | 6:07-cv-15127-ACC-DAB | Bailey Perrin Bailey LLP | |
| Martin | Clarence | 6:07-cv-13861-ACC-DAB | Bailey Perrin Bailey LLP | |
| Martin | Dennis | 6:07-cv-12672-ACC-DAB | Bailey Perrin Bailey LLP | |
| Martinez | Jacob | 6:07-cv-13870-ACC-DAB | Bailey Perrin Bailey LLP | |
| Martinez | Margarita | 6:07-cv-12442-ACC-DAB | Bailey Perrin Bailey LLP | |
| Massengill | Donna | 6:07-cv-13877-ACC-DAB | Bailey Perrin Bailey LLP | |
| Matlock | Debra | 6:07-cv-11769-ACC-DAB | Bailey Perrin Bailey LLP | |
| Mayer | Anita | 6:07-cv-10358-ACC-DAB | Bailey Perrin Bailey LLP | |
| Mazzoni | Perry | 6:07-cv-12683-ACC-DAB | Bailey Perrin Bailey LLP | |
| McCabe | Donna | 6:07-cv-10941-ACC-DAB | Bailey Perrin Bailey LLP | |
| McCain | Pamela | 6:07-cv-11777-ACC-DAB | Bailey Perrin Bailey LLP | |
| Mccall | Mary | 6:07-cv-11241-ACC-DAB | Bailey Perrin Bailey LLP | |
| McCarthy | Rick | 6:07-cv-11778-ACC-DAB | Bailey Perrin Bailey LLP | |
| McCaslin | Cynthia | 6:07-cv-10696-ACC-DAB | Bailey Perrin Bailey LLP | |
| McCrary | David | 6:07-cv-15604-ACC-DAB | Bailey Perrin Bailey LLP | |
| McCrary | Tina | 6:07-cv-11242-ACC-DAB | Bailey Perrin Bailey LLP | |
| McCready | Joanne | 6:07-cv-13899-ACC-DAB | Bailey Perrin Bailey LLP | |
| McCullough | Becky | 6:07-cv-16346-ACC-DAB | Bailey Perrin Bailey LLP | |
| McCutchen | Cecil | 6:07-cv-13901-ACC-DAB | Bailey Perrin Bailey LLP | |
| McDermott | John | 6:07-cv-11785-ACC-DAB | Bailey Perrin Bailey LLP | |
| McGee | Betty | 6:07-cv-15149-ACC-DAB | Bailey Perrin Bailey LLP | |
| McKinney | Ronald | 6:07-cv-13914-ACC-DAB | Bailey Perrin Bailey LLP | |
| McLaughlin | Michael | 6:07-cv-11097-ACC-DAB | Bailey Perrin Bailey LLP | |
| McMunn | John | 6:07-cv-10947-ACC-DAB | Bailey Perrin Bailey LLP | |
| McNeil | Tammy | 6:07-cv-10364-ACC-DAB | Bailey Perrin Bailey LLP | Pearson, Randall & Schumacher, P.A. |
| McQueen | Donna | 6:07-cv-13921-ACC-DAB | Bailey Perrin Bailey LLP | |
| McSwain | Rueben | 6:07-cv-16358-ACC-DAB | Bailey Perrin Bailey LLP | |
| Melser | Lance | 6:07-cv-13926-ACC-DAB | Bailey Perrin Bailey LLP | |
| Melton | Priscilla | 6:07-cv-12698-ACC-DAB | Bailey Perrin Bailey LLP | |
| Melton | Vickie | 6:07-cv-13928-ACC-DAB | Bailey Perrin Bailey LLP | |
| Melvin | Cheryl | 6:07-cv-12699-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Mendez | Reuben | 6:07-cv-13929-ACC-DAB | Bailey Perrin Bailey LLP | |
| Mendoza | Karolyn | 6:07-cv-13930-ACC-DAB | Bailey Perrin Bailey LLP | |
| Meyer | Tracie | 6:07-cv-15165-ACC-DAB | Bailey Perrin Bailey LLP | |
| Miles | Michelle | 6:07-cv-13940-ACC-DAB | Bailey Perrin Bailey LLP | |
| Miller | Sarah | 6:07-cv-13945-ACC-DAB | Bailey Perrin Bailey LLP | |
| Miller | Yvonne | 6:07-cv-15168-ACC-DAB | Bailey Perrin Bailey LLP | |
| Mills | Henry | 6:07-cv-13946-ACC-DAB | Bailey Perrin Bailey LLP | Weitz & Luxenberg, P.C. |
| Minter | Sheari | 6:07-cv-11796-ACC-DAB | Bailey Perrin Bailey LLP | |
| Mitchell | Raymond | 6:07-cv-15173-ACC-DAB | Bailey Perrin Bailey LLP | |
| Mohler | Mary | 6:07-cv-13955-ACC-DAB | Bailey Perrin Bailey LLP | |